NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 0623441766
Ceo.Taft@Rescue-Social.com

**FILED**
CLERK, U.S. DISTRICT COURT
09/07/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CHRISTINA TAFT

Plaintiff(s),

v.

PAUL BARRESI, ADAM R WALDMAN, AND DOES 1-10, INCLUSIVE,

Defendant(s)

CASE NUMBER:

5:24-cv-01930-TJH(DTB)

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   CHRISTINA TAFT
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| PAUL BARRESI | DEFENDANT |
| ADAM R WALDMAN | DEFENDANT |
| DOES 1-10 | DEFENDANT |

September 7, 2024
Date

*Christina Taft* (signature)
Signature

Attorney of record for (or name of party appearing in pro per):

Christina Taft, Plaintiff in Propria Persona