UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CHRISTINA TAFT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAUL BARRESI, et al.,<br><br>　　　　Defendants. | Case No. 5:24-cv-01930-TJH (DTB)<br><br>**INITIAL ORDER RE: CIVIL RIGHTS CASE** |

### ORDER RE CIVIL RIGHTS CASE

This case has been referred to Magistrate Judge David T. Bristow for pre-trial proceedings. All future pleadings and correspondence shall be addressed to S. Lorenzo, Clerk to Magistrate Judge Bristow, George E. Brown, Jr. United States Courthouse, 3470 Twelfth Street, Riverside, California 92501.

**I.　Service of Summons and Complaint**

Plaintiff shall promptly proceed with service of the Summons and Complaint on all named Defendants. Service of the Summons and Complaint shall comply with the provisions of Federal Rule of Civil Procedure 4. Plaintiff shall file two (2) copies

///

of the proof of service showing compliance with this order within ninety (90) days of filing the Complaint. Non-compliance with this paragraph may result in issuance of an order to show cause re dismissal for failure to prosecute.

### II. Pleadings and Documents Submitted to Court

In preparing and submitting all pleadings and correspondence, Plaintiff must comply with the following:

1. At the top of page 1 (or the cover sheet, if any), Plaintiff shall provide his/her precise name and mailing address (including any prisoner number or dorm, wing or building number, if applicable) required for mail to be properly delivered. The address provided will be presumed correct and will be used to communicate with Plaintiff. During the pendency of the action, Plaintiff must notify the Court immediately if his/her address changes and must provide the Court with the new address and its effective date. **Failure by Plaintiff to comply with a Court order where Plaintiff did not receive the order due to failure to inform the Court of Plaintiff's current address may result in the action being dismissed for failure to prosecute. See Carey v. King, 856 F.2d 1439, 1440-1441 (9th Cir. 1988); Local Rules 11, 41-6.**

2. Plaintiff shall write/type legibly.

3. Only 1 side of each page shall be used.

4. Plaintiff shall submit 1 original document and 1 copy or, if Plaintiff wishes to receive a conformed copy, 1 original and 2 copies. The Clerk will not make photocopies except for good cause shown.

5. Each document shall have at least a 1-inch margin at the top of each page so that the document can be 2-hole punched and properly bound in the court file;

6. Plaintiff shall type or write the original document using ink (not pencil) sufficiently <u>dark</u> so that it can be photocopied clearly.

/ / /

7. Strict compliance with Local Rule 5-3 regarding proof of service will be required. If any pleading or other paper submitted by the Plaintiff to be filed and considered by the Court does <u>not</u> include a certificate of service upon Defendant(s), or counsel for Defendant(s), it will be stricken from this case and disregarded by the Court.

Any document submitted that does not comply with the foregoing may be denied consideration by the Court. Correspondence without proof of service will not be considered by the Magistrate Judge. Correspondence should be addressed to the Clerk only, not the Magistrate Judge. Compliance with these requirements will expedite consideration of your case.

Dated: September 19, 2024

_____
DAVID T. BRISTOW
United States Magistrate Judge