AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

```
FILED
CLERK, U.S. DISTRICT COURT
09/29/2024
CENTRAL DISTRICT OF CALIFORNIA
BY         AP         DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM
```

CHRISTINA TAFT

*Plaintiff(s)*

v.

PAUL BARRESI, ADAM R WALDMAN,
AND DOES 1-10, INCLUSIVE,

*Defendant(s)*

Civil Action No. 5:24-cv-01930-TJH(DTB)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PAUL BARRESI
9648 NOVA PL,
RANCHO CUCAMONGA, CA 91730
SAN BERNARDINO COUNTY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christina Taft
Plaintiff in Propria Persona

Mailing Address:
6839 Wire Road Zephyrhills, Florida 33542

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 09/07/2024

CLERK OF COURT

*Andres Pedro*

*Signature of Clerk*



Civil Action No. 5:24-cv-01930-TJH-DTB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PAUL JOSEPH BARESSI was received by me on *(date)* Sep 17, 2024, 2:09 pm.

[X] I personally served the summons on the individual at *(place)* 9648 NOVA PL, RANCHO CUCAMONGA, CA 91730 on *(date)* Thu, Sep 26 2024 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ 219.55 for travel and $ 0.00 for services, for a total of $ 219.55.

I declare under penalty of perjury that this information is true.

Date: 09/27/2024

*Server's signature*

WILLIAM SERA
LOS ANGELES COUNTY 2016163195

*Printed name and title*

MAKE 'EM PAY LLC P.O. BOX 2708 LOS ANGELES CA 90078

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Sep 26, 2024, 12:49 pm PDT at HOME: 9648 NOVA PL, RANCHO CUCAMONGA, CA 91730 received by PAUL JOSEPH BARESSI. Age: 75; Ethnicity: Caucasian; Gender: Male; Weight: 175; Height: 6'0"; Hair: Gray; Eyes: Brown; I knocked on the door and a female asked if she could take it. I hear recipient in the background, so I asked her for him to receive it personally. He told me, "Turn that fucking video off, that bitch posts it all over the Internet."

I turned it off and he personally accepted the legal documents.

**Docs Served:** AO 440 Summons in a Civil Action re: ADAM ROBERT WALDMAN, AO 440 Summons in a Civil Action re: PAUL BARRESI, CV-71 Civil Case Cover Sheet (Federal), Complaint, CV-30 Certification and Notice of Interested Parties (Local Rule 7.1-1), CV-25 Notice of Judge Assignment and Reference to a United States Magistrate Judge (Received Sep 17, 2024 at 2:09pm PDT)