FILED
CLERK, U.S. DISTRICT COURT
10/3/2024
CENTRAL DISTRICT OF CALIFORNIA
BY_____DE_____DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 0623441766
Ceo.Taft@Rescue-Social.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CHRISTINA TAFT<br><br>    Plaintiff,<br><br>vs.<br><br>PAUL BARRESI, ADAM R WALDMAN, and DOES 1-10, inclusive,<br><br>    Defendants.<br>_____/ | PLAINTIFF'S MOTION FOR SERVICE OF PUBLICATION<br><br>Case No.: 5:24-cv-01930-TJH-DTB |

PLAINTIFF'S MOTION FOR SERVICE OF PUBLICATION

   Plaintiff Christina Taft, respectfully moves this Court for an order allowing service of process by publication on Defendant Adam R. Waldman, pursuant to California Code of Civil Procedure § 415.50. Despite diligent efforts to serve the Defendant Waldman personally, including three attempts at service, Plaintiff has been unable to accomplish service. This motion is supported by the facts and legal authorities outlined below.

## MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF PLAINTIFF'S MOTION FOR SERVICE OF PUBLICATION

### FACTUAL BACKGROUND

1. Plaintiff initiated this action against Defendants on September 7, 2024.
2. Plaintiff engaged a licensed process server who attempted to serve Defendant ADAM ROBERT WALDMAN with said Complaint on the following dates and at the following locations *(See Exhibit A; a true and correct copy of said Declaration of Diligence; attached and incorporated herein).*:
    - Attempt 1: Sep 18, 2024, 9:02 pm EDT at HOME: 5163 TILDEN STREET NORTHWEST, WASHINGTON, DC 20016
    - Attempt 2: Sep 19, 2024, 6:31 pm EDT at HOME: 5163 TILDEN STREET NORTHWEST, WASHINGTON, DC 20016
    - Attempt 3: Sep 23, 2024, 12:45 pm EDT at ENDEAVOR GROUP: 1775 PENNSYLVANIA AVENUE NORTHWEST STE 350, WASHINGTON, DC 20006
3. All attempts were unsuccessful; the Defendant could not be located, and Plaintiff is unaware if Defendant is avoiding service.

### LEGAL STANDARD

Under California Code of Civil Procedure § 415.50, service of summons may be made by publication when the court is satisfied that the party to be served cannot, with reasonable diligence, be served in another manner specified in the code.

In determining whether "reasonable diligence" has been exercised, courts look to the totality of the circumstances surrounding the service attempts. As established in *Calvert v. Albright*, 2005 WL 2301184, the court held that multiple attempts at personal service could support a finding of reasonable diligence.

### ARGUMENT

A. **Reasonable Diligence**

Plaintiff has made multiple attempts to serve Defendant, demonstrating reasonable diligence in attempting to effectuate service. The unsuccessful attempts, detailed above, constitute a good faith effort to comply with service requirements.

B. **Notice by Publication**

Given that Defendant may be avoiding service and cannot be located through reasonable means, service by publication is appropriate under § 415.50. This method is consistent with the intent of ensuring that a defendant is given notice of the action against them, even when they are evading service.

C. **Federal Law Considerations**

While this motion is grounded in Federal law, it is important to note that service of process must also comply with federal and State standards when applicable. Under Federal Rule of Civil Procedure 4(e)(1), service may be accomplished by following state law for serving a summons. Thus, this request for service by publication in California is also consistent with federal service standards. Therefore Plaintiff is seeking an Order on this Motion.

**CASE LAW SUPPORT**

The courts have permitted service by publication in situations similar to this case:

- In *Mason v. Carr*, 188 Cal.App.3d 1098 (1986), the court allowed service by publication when the defendant was deliberately avoiding service and the plaintiff had made diligent attempts.
- In *Cannon v. Goodman*, 171 Cal.App.4th 1144 (2009), the court upheld a service by publication order, emphasizing the importance of providing notice when traditional means of service fail.

**CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that the Court grant the motion for service of publication, allowing service of the summons and complaint to be published in The Washington Post, a reputable newspaper publication widely read in the District of Columbia and located in the vicinity of Defendant Adam Waldman, for four consecutive weeks as required by law.

Dated: October 3, 2024

Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 0623441766
Ceo.Taft@Rescue-Social.com

# EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CHRISTINA TAFT <br><br> *Plaintiff(s)* <br> v. <br> PAUL BARRESI, ADAM R WALDMAN, AND DOES 1-10, INCLUSIVE, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 5:24-cv-01930-TJH(DTB) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> ADAM ROBERT WALDMAN
> 5163 TILDEN ST NW
> WASHINGTON, DC 20016-1961

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Christina Taft
> Plaintiff in Propria Persona
>
> Mailing Address:
> 6839 Wire Road Zephyrhills, Florida 33542

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 09/07/2024

*Andres Pedro*
*Signature of Clerk*

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>CHRISTINA TAFT<br>6839 WIRE ROAD<br>ZEPHYRHILLS, FL 33542<br>TELEPHONE NO: (212) 718-1003    FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: taftchristina.ceo@gmail.com<br>ATTORNEY FOR *(Name)*: In Pro Per | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF    RIVERSIDE<br>STREET ADDRESS: 3470 12TH STREET GEORGE E BROWN, JR. FEDERAL BUILDING<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: RIVERSIDE, CA 92501<br>BRANCH NAME: US DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA (EASTERN DIVISION) | |
| PLAINTIFF / PETITIONER: CHRISTINA TAFT<br>DEFENDANT / RESPONDENT: PAUL BARESSI, et al. | CASE NUMBER:<br>5:24-cv-01930-TJH-DTB |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.:<br>11814277 |

I received the within assignment for filing and or/service on: Sep 17, 2024 at 2:09pm PDT and that after due and diligent effort I have been unable to serve said person. I attempted service on this servee on the following dates and times:

**Servee and Address:**    ADAM ROBERT WALDMAN, ENDEAVOR GROUP: 1775 PENNSYLVANIA AVENUE NORTHWEST STE 350, WASHINGTON, DC 20006

**Documents:**    AO 440 Summons in a Civil Action re: ADAM ROBERT WALDMAN, AO 440 Summons in a Civil Action re: PAUL BARRESI, CV-71 Civil Case Cover Sheet (Federal), Complaint, CV-30 Certification and Notice of Interested Parties (Local Rule 7.1-1), CV-25 Notice of Judge Assignment and Reference to a United States Magistrate Judge

**As enumerated below:**
1) Attempt: Sep 18, 2024, 9:02 pm EDT at HOME: 5163 TILDEN STREET NORTHWEST, WASHINGTON, DC 20016
No answer, no lights, no cars in driveway.

2) Attempt: Sep 19, 2024, 6:31 pm EDT at HOME: 5163 TILDEN STREET NORTHWEST, WASHINGTON, DC 20016
I spoke to Ms Fritz, W/F, 45, who said, "no, he moved. He moved to Norwich Canada. We moved here in December", The servee no longer at this address; they moved to - Canada per resident.

I observed a car, DC-JE5254. MVA information revealed that the car is owned to a Jennifer Harding Fritz. Additionally, public District of Columbia Tax records show a recordation date of 12/19/2023 for property at 5163 Tilden Street NW, WDC 20016 being purchased. Those records also list her as a co-owner with a Benjamin H. Fritz.

We checked records and Jennifer does NOT own any other houses, making it likely that she isn't renting this location to any other parties and uses this as her primary residence. The system we use does not update immediately upon an address change, for DC tags and still shows the prior address she resided at which was not owned by her to which she resided until she moved here.

Further checking, we show that the servee did in fact sell the house, which he purchased in 2004.

3) Attempt: Sep 23, 2024, 12:45 pm EDT at ENDEAVOR GROUP: 1775 PENNSYLVANIA AVENUE NORTHWEST STE 350, WASHINGTON, DC 20006
I spoke with building security, who called the occupant of suite 350 and said "that's not the name of the company in Suite 350 and they don't have an Adam Waldman working there. That company is no longer in this building"

Later---I did some digging on the address and found the attached PDF file (which can also be accessed here: https://www.fairfaxcounty.gov/circuit/sites/circuit/files/assets/documents/pdf/high-profile/depp%20v%20heard/cl-2019-2911-affidavit-of-service-adam-waldman-2-11-2021.pdf)

It seems that in January 2021 this address was also reported bad to another process server attempting to serve ADAM. They also attempted the home address provided but had trouble making contact with anyone at that location on all attempts and ended up serving it by mail under the rules allowed by the jurisdiction issuing the subpoena for that case.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 1, 2024

**Fees:**    $759.55

*[signature]*    10/1/2024
ADAM RAST    Date

MAKE 'EM PAY LLC
P.O. BOX 2708
LOS ANGELES, CA 90078
(213) 277-7250

**DECLARATION OF DILIGENCE**

MAKE 'EM PAY LLC
P.O. BOX 2708
LOS ANGELES, CA 90078
(213) 277-7250

**DECLARATION OF DILIGENCE**