Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 0623441766
Ceo.Taft@Rescue-Social.com



LODGED
CLERK, U.S. DISTRICT COURT
10/3/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DE_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CHRISTINA TAFT<br><br>    Plaintiff,<br><br>vs.<br><br>PAUL BARRESI, ADAM R WALDMAN, and DOES 1-10, inclusive,<br><br>    Defendants. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SERVICE OF PUBLICATION**<br><br>Case No.: 5:24-cv-01930-TJH-DTB |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR SERVICE OF PUBLICATION**

The Court, having considered Plaintiff's Motion for Service of Publication, the Memorandum of Points and Authorities in support thereof, and all other pleadings and papers on file in this action, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Service of Publication is granted.
2. Service of the summons and complaint in this action shall be made by publication in The Washington Post for four consecutive weeks, beginning on October 11, 2024.

3. Plaintiff shall file proof of publication with the Court upon completion of the publication period.
4. Defendant ADAM ROBERT WALDMAN shall have 30 days from the date of the last publication to respond to the complaint.

**IT IS SO ORDERED.**


Dated:


_____

Honorable David T. Bristow
U.S. Magistrate Judge
George E. Brown, Jr. Federal Building &
United States Courthouse
3470 12th Street, 3rd Floor, Courtroom 4
Riverside, CA 92501