Name: Christina Taft

Address: 1700 Ala Moana Blvd Apt 2301

Honolulu, Hawaii 96815

Phone Number: 0623441766

Email Address: Ceo.Taft@Rescue-Social.com

*Pro Se*

```
FILED
CLERK, U.S. DISTRICT COURT
10/10/2024
CENTRAL DISTRICT OF CALIFORNIA
BY    DE    DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CHRISTINA TAFT | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 5:24-cv-01930-TJH-DTB |
| v. | |
| PAUL BARRESI, ADAM R WALDMAN, and DOES 1-10, inclusive | **APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |
| DEFENDANT(S) | |

As the ☒ Plaintiff  ☐ Defendant  in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:

    *Check all that apply.*

    [✔] A Computer with internet access.

    [✔] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

    [✔] A scanner to convert documents that are only in paper format into electronic files.

    [✔] A printer or copier to create required paper copies such as chambers copies.

    [✔] A word-processing program to create documents; and

    [✔] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 10/10/2024          Signature: *Christina Taft*