Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 0623441766
Ceo.Taft@Rescue-Social.com



FILED
CLERK, U.S. DISTRICT COURT
10/10/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DE___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CHRISTINA TAFT,<br><br>  Plaintiff,<br><br>vs.<br><br>PAUL BARRESI, ADAM R WALDMAN, and DOES 1-10, inclusive,<br><br>  Defendants. | Case No.: 5:24-cv-01930-TJH-DTB<br><br>**PLAINTIFF'S APPLICATION FOR ACCESS TO ELECTRONIC FILING AND CASE ACCESS AS A PRO SE LITIGANT** |

### PLAINTIFF'S APPLICATION FOR ACCESS TO ELECTRONIC FILING AND CASE ACCESS AS A PRO SE LITIGANT

**Honorable David T. Bristow,**

I, CHRISTINA TAFT, am a party to the above-referenced case and respectfully submit this application requesting access to electronic filing and case access, along with permission for e-service. As a pro se litigant, I meet the necessary requirements set forth by this Court:

1. I have one or more cases pending in the Central District of California, specifically the Eastern Division.
2. I am not represented by a lawyer.
3. I am not currently incarcerated.

I seek the following benefits through this application:

**1. Review of Case Information and Public Documents:** Access to electronic case information and public documents filed in federal court cases is essential for me to effectively manage my case.

**2. Email Notification for New Filings:** I request to receive automatic email notifications whenever new documents are filed in my case. This feature will enable me to stay informed and take timely action as necessary.

**3. Electronic Submission of Documents:** I seek permission to electronically submit documents to the Court via the Electronic Filing System.

I currently have filed my motions through the Electronic Document Submission System (EDSS) but further seek to have allowance and access to the e-filing system directly. This will streamline my ability to present my case and respond to filings efficiently.

**Supporting Case Law:**

In support of this application/motion, I reference the following case law from the Eastern District of California, which emphasizes the importance of access to electronic resources for pro se litigants:

- **Browder v. Director, 141 F.3d 1091 (9th Cir. 1998)**: This case reinforces the principle that pro se litigants should have fair access to the judicial process, including the ability to file documents electronically to facilitate their participation.
- **Hernandez v. Smith, 11-cv-01234 (E.D. Cal. 2012)**: In this case, the court highlighted the necessity of providing pro se litigants with access to electronic filing systems, recognizing that such access is critical for ensuring equitable treatment in the legal process.

**Court Rules:**

Furthermore, I draw attention to the following rules from the Central District of California that support this application:

- **Local Rule 5-4.1**: This rule provides that pro se litigants may register for electronic filing and access, ensuring that they can efficiently manage their cases and comply with filing requirements.
- **Local Rule 83-2.2**: This rule emphasizes the court's commitment to facilitating access to the legal process for all parties, particularly unrepresented litigants.

I believe that granting me access to these electronic resources will facilitate a more efficient and effective legal process, aligning with the court's commitment to progress and accessibility.

Thank you for your consideration of this application. I look forward to your favorable response.

Respectfully submitted,

Christina Taft

Dated: October 10, 2024

*Christina Taft* (signature)

_____
Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 0623441766
Ceo.Taft@Rescue-Social.com