```
                            LODGED
                     CLERK, U.S. DISTRICT COURT

                         10/10/2024

                   CENTRAL DISTRICT OF CALIFORNIA
                   BY: _____DE_____ DEPUTY
```

Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 0623441766
Ceo.Taft@Rescue-Social.com

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

_____

CHRISTINA TAFT                          Case No.: 5:24-cv-01930-TJH-DTB

    Plaintiff,

vs.
                                        **[PROPOSED] ORDER GRANTING
PAUL BARRESI, ADAM R                    APPLICATION FOR ACCESS TO
WALDMAN, and DOES 1-10, inclusive,      ELECTRONIC FILING AND CASE
                                        ACCESS AS PRO SE LITIGANT**
    Defendants.

_____/

## [PROPOSED] ORDER GRANTING APPLICATION FOR ACCESS TO ELECTRONIC FILING AND CASE ACCESS AS PRO SE LITIGANT

Upon consideration of the Application filed by Plaintiff CHRISTINA TAFT for access to electronic filing and case access as a pro se litigant, the Court finds as follows:

1. Christina Taft is a party to the above-referenced case and meets the necessary requirements for pro se litigants seeking electronic filing access.
2. The request is consistent with the Court's commitment to facilitating access to the legal process for all parties, particularly those who are unrepresented.

It is hereby ORDERED that:

1. The Application for access to electronic filing and case access is GRANTED.
2. Christina Taft shall be permitted to:

- Review case information and public documents filed in federal court cases electronically.
- Receive automatic email notifications whenever new documents are filed in the case.
- Submit documents electronically to the Court through direct filing via the Electronic Filing System.

This order shall take effect immediately.

**IT IS SO ORDERED.**

Dated: October ____, 2024

_____

Honorable David T. Bristow
U.S. Magistrate Judge
George E. Brown, Jr. Federal Building &
United States Courthouse
3470 12th Street, 3rd Floor, Courtroom 4
Riverside, CA 92501