**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| CHRISTINA TAFT, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 5:24-cv-01930-TJH (DTB) |
| v. | |
| PAUL BARRESI, et al., | ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING |
| DEFENDANT(S) | |

IT IS ORDERED that the Application for Permission for Electronic Filing by  Plaintiff Christina Taft  is hereby:

☑ GRANTED

    Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: October 16, 2024

_/s/ David T. Bristow_
David T. Bristow, United States Magistrate Judge

☐ DENIED

*Comments:*

Dated: _____

_____
United States District/Magistrate Judge

CV-05 Order (12/15)          ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING