UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **5:24-cv-01930-TJH (DTB)**                                Date: **October 16, 2024**

Title: **Christina Taft v. Paul Barresi, et al.**
========================================================================
**DOCKET ENTRY**
========================================================================
PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| S. Lorenzo | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                ATTORNEYS PRESENT FOR DEFENDANT(S):
         None present                                                           None present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING PLAINTIFF'S APPLICATION FOR ACCESS TO ELECTRONIC FILING AND CASE ACCESS AS A PRO SE LITIGANT [DOCKET NO. 10]**

     On October 10, 2024, the Court received from Plaintiff, an Application for Access to Electronic Filing and Case Access as a Pro Se Litigant ("Application"). (Docket No. 10). The Court has read and considered Plaintiff's Application and hereby DENIES the same as moot.

     The Court has granted Plaintiff's Application for Permission for Electronic Filing (Docket No. 9), which requires Plaintiff to register to use the Court's CM/ECF System. Plaintiff is also required to have an active PACER account to which Plaintiff's Application seeks and order for. <u>See</u> Central District of California Local Rule 5-4.1.1

    **IT IS SO ORDERED.**

MINUTES FORM 11                                                                    Initials of Deputy Clerk <u>RAM</u>
CIVIL-GEN