MELISSA Y. LERNER (SBN285216)
mlerner@lavelysinger.com
**LAVELY & SINGER**
**PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615

Attorneys for Defendant
PAUL BARRESI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINA TAFT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PAUL BARRESI; ADAM R. WALDMAN; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 5:24-cv-01930-TJH (DTB)<br>[Hon. Terry J. Hatter, Jr.]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: September 26, 2024<br>Current response date: October 17, 2024<br>New response date: November 7, 2024 |

4528-3

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 8-3)**

IT IS HEREBY STIPULATED, pursuant to Local Rule 8-3, by and between Plaintiff in Pro Per Christina Taft ("Plaintiff") and Defendant Paul Barresi ("Barresi"), by and through his undersigned counsel, that Barresi may have an additional twenty one (21) day extension of time, up to and including November 7, 2024, to respond to Plaintiff's Complaint (ECF No. 1) in the above-captioned action.

Dated: October 16, 2024

By: _____
CHRISTINA TAFT
Plaintiff in Pro Per

Dated: October 16, 2024

LAVELY & SINGER
PROFESSIONAL CORPORATION

By: _____
MELISSA Y. LERNER
Attorneys for Defendant PAUL BARRESI

### Signature Attestation

Pursuant to Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized this filing.

Dated: October 16, 2024

LAVELY & SINGER
PROFESSIONAL CORPORATION

By: _____
MELISSA Y. LERNER
Attorneys for Defendant PAUL BARRESI

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2049 Century Park East, Suite 2400, Los Angeles, California 90067-2906.

On the date set forth below, I served the foregoing document described as:

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

on the interested parties in this action as follows:

Christina Taft

Plaintiff in Propria Persona

1700 Ala Moana Blvd Apt 2301

Honolulu, Hawaii 96815

**[X]    BY MAIL:**  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made. Executed October 17, 2024, at Los Angeles, California.

                                          *s/Desiree Skelly*
                                         DESIREE SKELLY