Christina Taft
Plaintiff In Propria Persona
1700 Ala Moana Blvd. Apt. 2301,
Honolulu, Hawaii, 96815
Phone: 0623441766
Ceo.Taft@Rescue-Social.com

**LODGED**
CLERK, U.S. DISTRICT COURT
10/24/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____AP_____ DEPUTY

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION**

| | |
|---|---|
| CHRISTINA TAFT<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PAUL BARRESI, ADAM R WALDMAN, AND DOES 1-10, INCLUSIVE,<br><br>　　　　Defendant | Case No.: 5:24-cv-01930-TJH-DTB<br><br>[Hon. Terry J. Hatter, Jr.]<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR INJUNCTION |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION

The Court, upon consideration of Plaintiff's Emergency Motion for Preliminary Injunction filed by Plaintiff Christina Taft, on October 24, 2024 and the accompanying Declaration of Witness, the Court finds as follows:

**THIS COURT,** having considered the motion for injunctive relief, finds as follows:

1. Permanent Injunction: A Permanent Injunction is hereby ordered on Defendant Paul Barresi and Defendant Adam Waldman to prevent contact with, intimidation of, and prevent unauthorized lookups of phone numbers of Plaintiff, key witnesses, Private Investigators, individuals, legal consultants.

[PROPOSED] ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR INJUNCTION - 1

**Legal Conclusions**

- The Court has jurisdiction over the parties and the subject matter.
- The plaintiff has demonstrated a likelihood of success on the merits and the potential for irreparable harm without a restraining order.
- The balance of hardships favors the issuance of the requested relief.

**IT IS HEREBY ORDERED that:**

**Restraining Order**

The Defendants, Defendant Paul Barresi and Defendant Adam Waldman are hereby restrained and enjoined from contacting Plaintiff, any witnesses, Private Investigators, individuals, legal consultants, and representatives, and to maintain all communication only through this Court by their attorneys. In addition, Defendants cannot harass, threaten, intimidate, coerce, attempt to intervene, or do any harm on Plaintiff, or any witness associated in this case, including Private Investigators, individuals, representatives or legal consultants.

**Notice of Hearing**

The Defendants shall be served with a copy of this order and notice of the hearing date.

**Further Relief**

The Court retains jurisdiction to modify this order as necessary to protect the interests of the Plaintiff.

Dated:

_____
Honorable David T. Bristow
U.S. Magistrate Judge
George E. Brown, Jr. Federal Building &
United States Courthouse
3470 12th Street, 3rd Floor, Courtroom 4
Riverside, CA 92501

[PROPOSED] ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR INJUNCTION - 2