MELISSA Y. LERNER (SBN 285216)
mlerner@lavelysinger.com
**LAVELY & SINGER**
**PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615

Attorneys for Defendant
PAUL BARRESI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINA TAFT,<br><br>  Plaintiff,<br><br>  vs.<br><br>PAUL BARRESI; ADAM R. WALDMAN; and DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO. 5:24-cv-01930-TJH (DTB)<br>[Hon. Terry J. Hatter, Jr.]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT PAUL BARRESI'S MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>[Filed concurrently with Motion to Dismiss] |

4528-3

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT**

# [PROPOSED] ORDER

Upon review of Defendant Paul Barresi's Motion to Dismiss the Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Motion"), and the parties' submissions to the Court in support of and opposition thereto, and for good cause shown, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

On November 7, 2024, Defendant PAUL BARRESI ("Defendant") filed his Motion to Dismiss Plaintiff CHRISTINA TAFT's ("Plaintiff") Complaint (ECF No. 1) pursuant to Federal Rule of Civil Procedure 12(b)(6). In his Motion, Defendant requests that the Court dismiss all claims for relief asserted against Defendant because Plaintiff's FAC fails to allege facts sufficient to state a claim upon which relief may be granted.

The Court, having considered Defendant's Motion to Dismiss and finding good cause therefor, hereby GRANTS the Motion to Dismiss and ORDERS as follows:

1. Defendant's Motion to Dismiss is granted.
2. Each claim for relief alleged against Defendant is dismissed with prejudice and without leave to amend.

IT IS SO ORDERED.

Dated:

_____
Hon. Terry J. Hatter, Jr.
Judge of the United States District Court

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2049 Century Park East, Suite 2400, Los Angeles, California 90067-2906.

On the date indicated below, I served the foregoing document described as:

**[PROPOSED] ORDER GRANTING DEFENDANT PAUL BARRESI'S MOTION TO DISMISS COMPAINT**

on the interested parties in this action as follows:

**Christina Taft**
**1700 Ala Moana Bl., Apt 2301**
**Honolulu, HI 96815**
**Email: ceo.taft@rescue-social.com**

**BY FIRST CLASS MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

**BY ELECTRONIC FILING THROUGH THE COURT'S CM/ECF SYSTEM PURSUANT TO L.R. 5-3.2.**

I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made. Executed November 7, 2024, at Los Angeles, California.

                           s/ Noelia Echesabal
                           NOELIA ECHESABAL