| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Martin D. Singer (SBN 78166)<br>Melissa Y. Lerner (SBN 285216)<br>Lavely & Singer PC<br>2049 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>(310) 556-3501<br>mdsinger@lavelysinger.com; mlerner@lavelysinger.com | |
| ATTORNEY(S) FOR: Defendant Paul Barresi | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christina Taft<br><br>Plaintiff(s),<br>v.<br>Paul Barresi; Adam R. Waldman; and Does 1-10, inclusive<br><br>Defendant(s) | CASE NUMBER:<br><br>5:24-cv-01930-TJH (DTB)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Defendant Paul Barresi_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Christina Taft | Plaintiff |
| Paul Barresi | Defendant |
| Adam R. Waldman | Defendant |

| | |
|---|---|
| November 7, 2024<br>Date | s/ Melissa Y. Lerner<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant Paul Barresi