Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 0623441766
Ceo.Taft@Rescue-Social.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CHRISTINA TAFT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PAUL BARRESI, ADAM R WALDMAN,<br><br>　　AND DOES 1-10, INCLUSIVE,<br><br>　　　　Defendants. | Case No.: 5:24-cv-01930-TJH-DTB<br><br>**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT AND CONTINUED INJUNCTION REQUESTS** |

LODGED
CLERK, U.S. DISTRICT COURT
11/06/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____AP_____ DEPUTY

## PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT AND CONTINUED INJUNCTION REQUESTS

Upon consideration of the Plaintiff's Motion to Amend the Complaint and Continued Injunction Requests, for good cause shown, it is hereby:

**ORDERED** that the Plaintiff's Motion to Amend the Complaint is GRANTED.

**IT IS FURTHER ORDERED** that the Plaintiff is permitted to:

1. Amend Causes of Actions of criminal violations for relief to provide civil remedies under the Civil Rights Act and Civil Racketeering Act, in acknowledgement of ongoing activities as declared by witnesses.
2. Incorporate Amendment of these actions as "color of law" violations and predicate acts to obstruct processes:
    - Witness Tampering and Obstruction of Justice under 18 U.S.C. § 1512;

- Destruction, Alteration, or Falsification of Records under 18 U.S.C. § 1519;
- Racketeering under 18 U.S.C. § 1952;
- Civil RICO claims under 18 U.S.C. §§ 1961 and 1962.
- Interstate Communications, 18 U.S. Code § 875.
- Interstate and Foreign Travel or Transportation in Aid of Racketeering
- Enterprises, 18 U.S.C. § 1952.
- Obstruction of Justice, Tampering with a Witness, Victim, or Informant, 18 U.S.C. § 1512(b)(1) and (2)

3. Injunction: Defendant Paul Barresi and Defendant Adam Waldman are hereby restrained and enjoined from contacting Plaintiff, any witnesses, Private Investigators, individuals, legal consultants, and representatives, and to maintain all communication only through this Court by their attorneys.   In addition, Defendants cannot harass, threaten, intimidate, coerce, illicitly intervene, or do any harm on Plaintiff, or any witness associated in this case, including Private Investigators, individuals, representatives or legal consultants.
4. Hearing Date: A hearing date shall be set in this manner on_____.

**IT IS FURTHER ORDERED** that the Plaintiff shall file the amended complaint within 30 days from the date of this Order.

IT IS SO ORDERED.    The Motion is GRANTED.

Dated:                                                 _____
                                                        Honorable David T. Bristow
                                                        U.S. Magistrate Judge
                                                        George E. Brown, Jr. Federal Building & United States Courthouse
                                                        3470 12th Street, 3rd Floor, Courtroom 4, Riverside, CA 92501

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT AND CONTINUED INJUNCTION REQUESTS - 2