# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **5:24-cv-01930-TJH (DTB)**　　　　　　　　　　　Date: **November 8, 2024**

Title:  **Christina Taft v. Paul Barresi, et al.**
================================================================

**DOCKET ENTRY**
================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

S. Lorenzo　　　　　　　　　　　　　　　n/a
Deputy Clerk　　　　　　　　　　　　　Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:　　　　　ATTORNEYS PRESENT FOR DEFENDANT(S):
　　　None present　　　　　　　　　　　　　　　None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING DEFENDANT'S MOTION TO DISMISS [DOCKET NO. 16]**

　　　Defendant Paul Barresi ("Barresi") has appeared and filed a Motion to Dismiss Plaintiff's Complaint ("Motion") (Docket No. 16).  Defendant set the hearing on the Motion for December 16, 2024.  The Court finds that the matters raised by the Motion are capable of resolution without a hearing and hereby takes the December 16, 2024, hearing OFF CALENDAR. Central District of California Local Rule 7-15.  No appearance by any party is required unless otherwise ordered by the Court.

　　　The Court sets the following briefing schedule on the Motion:  Plaintiff shall file an Opposition[1] on or before **December 6, 2024** and defendant shall file an optional Reply within 14 days of Plaintiff's filing.  Thereafter, the Court will take the matter under submission without further briefing or argument.

　　　**IT IS SO ORDERED**.

---

[1]　　Plaintiff is advised that pursuant to Central District of California Local Rule 7-12 - *Failure to File Required Documents* - the Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule.  The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion.

MINUTES FORM 11　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk  SL
CIVIL-GEN