UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **5:24-cv-01930-TJH (DTB)**     Date: **November 13, 2024**

Title: **Christina Taft v. Paul Barresi, et al.**

=================================================================
**DOCKET ENTRY**
=================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| S. Lorenzo | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                                      None present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING PLAINTIFF'S MOTION TO AMEND COMPLAINT AND CONTINUED INJUNCTION REQUESTS [DOCKET NO. 18]**

On November 8, 2024, the Court acknowledged defendant Paul Barresi's appearance and filing of a Motion to Dismiss Plaintiff's Complaint, ordering Plaintiff to file an opposition to the Motion to Dismiss. (Docket No. 19). However, on November 6, 2024, prior to defendant Barresi's appearance, Plaintiff filed a Motion to Amend Complaint and Continued Injunction Requests ("Motion") (Docket No. 18). Plaintiff's Motion and defendant's Motion to Dismiss were both entered on the Court's docket on November 8, 2024. However, Plaintiff's Motion was filed on November 6, 2024 and defendant's Motion to Dismiss was filed on November 7, 2024.

Pursuant to Fed.R.Civ.P. 15(a)(1)(A) & (B), Plaintiff may amend her Complaint within 21 days after service, or if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

Here, Plaintiff has sought leave to amend her Complaint prior to defendant Barresi's appearance, but not within 21 days of service of the Complaint. In the interests of justice, the Court hereby GRANTS the Motion, in part. Pursuant to Fed.R.Civ.P. 15(a)(1)(B), the Court GRANTS Plaintiff's Motion to amend her Complaint. Plaintiff may file an amended complaint within 21 days after service of defendant Barresi's

Motion to Dismiss, *i.e.* on or before December 2, 2024.[1]  With respect to Plaintiff's "continued injunction request," her Emergency Motion for Preliminary Injunction (Docket No. 15) is still pending and this Court makes no determination as to such request for injunctive relief.

In the event Plaintiff fails to file an amended complaint within the allotted time, defendant Barresi may renew his Motion to Dismiss.

**IT IS SO ORDERED**.

---

[1] 21 days after service of defendant Barresi's Motion to Dismiss falls on Thursday, November 28, 2024, Thanksgiving.  As such, Plaintiff shall have up to an including the next business day, December 2, 2024, to file an amended complaint.

MINUTES FORM 11  Initials of Deputy Clerk  SL
CIVIL-GEN