UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christina Taft<br><br>    PLAINTIFF(S)<br><br>v.<br><br>Paul Barresi et al.,<br><br>    DEFENDANT(S). | CASE NUMBER<br><br>**ED CV 24-1930-TJH(DTB)**<br><br>NOTICE OF REFERRAL OF MATTER<br>TO THE MAGISTRATE JUDGE |

Pursuant to the Judge's directive, the matter of Plaintiff's Emergency motion for Preliminary Injunction **[15]**/protective order, filed on October 24, 2024 and NOT currently scheduled for hearing is hereby referred to Magistrate David T. Bristow for ruling/processing.

CLERK, U. S. DISTRICT COURT

*Yolanda Skipper*

DATED: NOVEMBER 21, 2024                By _____

Yolanda Skipper, Courtroom Deputy

M-11        NOTICE OF REFERRAL OF MATTER TO THE MAGISTRATE JUDGE