# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No. **5:24-cv-01930-TJH (DTB)**                                Date: **November 22, 2024**

Title: **Christina Taft v. Paul Barresi, et al.**
================================================================

**DOCKET ENTRY**
================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| S. Lorenzo | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:              ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                                            None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING PLAINTIFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION [DOCKET NO. 15]**

On October 24, 2024, Plaintiff filed an Emergency Motion for Preliminary Injunction ("Motion") (Docket No. 15). On November 21, 2024, the Motion was referred to this Court for ruling. Prior to ruling on the Motion, the Court will afford Defendant Paul Barresi an opportunity to be heard. Accordingly, Defendant Barresi is hereby ordered to file an opposition or statement of non-opposition to the Motion on or before **December 13, 2024**. Upon receipt of Defendant Barresi's opposition or statement of non-opposition to the Motion, the matter will be taken under submission.

**IT IS SO ORDERED**.