# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **5:24-cv-01930-TJH (DTB)**                                    Date: **December 2, 2024**

Title: **Christina Taft v. Paul Barresi, et al.**

================================================================

**DOCKET ENTRY**

================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| S. Lorenzo | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| None present | None present |

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING PLAINTIFF'S FIRST AMENDED COMPLAINT [DOCKET NO. 23]**

　　The Court is in receipt of Plaintiff's First Amended Complaint ("FAC") filed November 30, 2024. (Docket No. 23). As Plaintiff has filed an amended complaint, Defendant Paul Barresi's ("Barresi") Motion to Dismiss Plaintiff's Complaint ("Motion") (Docket No. 16) is hereby DENIED as moot.

　　Pursuant to Fed.R.Civ.P. 15(a)(3), Defendant Barresi's response to the FAC is due on or before **December 14, 2024**. With respect to any unserved defendants, Plaintiff is reminded to comply with Fed.R.Civ.P 4.

　　The Parties are also reminded to comply with the Court's procedures, specifically, the Mandatory Chambers Copies requirement, *i.e.* Mandatory chambers copies of all e-filed documents must be delivered to the chambers copy box on the 3rd Floor by noon on the court day following the date of filing as required by Local Civil Rule 5-4.5.

　　**IT IS SO ORDERED**.