UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **5:24-cv-01930-TJH (DTB)**                              Date: **December 17, 2024**

Title:  **Christina Taft v. Paul Barresi, et al.**
==============================================================

**DOCKET ENTRY**
==============================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:            ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                                            None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING DEFENDANT'S MOTION TO DISMISS TO FIRST AMENDED COMPLAINT [DOCKET NO. 26]**

The Court is in receipt of Defendant Paul Barresi's ("Barresi") Motion to Dismiss Plaintiff's First Amended Complaint ("Motion") (Docket No. 26) filed December 13, 2024.  Defendant inadvertently set the hearing on the Motion for December 16, 2024.  The Court finds that the matters raised by the Motion are capable of resolution without a hearing and hereby vacates the December 16, 2024, hearing date.  Central District of California Local Rule 7-15.  No appearance by any party is required unless otherwise ordered by the Court.

The Court sets the following briefing schedule on the Motion:  Plaintiff shall file an Opposition[1] on or before **January 10, 2025** and Defendant shall file an optional Reply within 14 days of Plaintiff's filing.  Thereafter, the Court will take the matter under submission without further briefing or argument.

**IT IS SO ORDERED**.

---

1   Plaintiff is advised that pursuant to Central District of California Local Rule 7-12 - *Failure to File Required Documents* - the Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule.  The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion.

MINUTES FORM 11                                                                                  Initials of Deputy Clerk  rma
CIVIL-GEN