# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA TAFT<br><br>PLAINTIFF(S)<br><br>v.<br><br>PAUL BARRESI, et al.<br><br>DEFENDANT(S) | CASE NUMBER:<br><br>5:24−cv−01930−TJH−DTB<br><br>**NOTICE OF FILING OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

TO:     All Parties of Record

You are hereby notified that the Magistrate Judge's Report and Recommendation has been filed on  December 23, 2024  .

Any party having Objections to the Report and Recommendation and/or order shall, not later than  January 13, 2025  , file and serve a written statement of Objections with points and authorities in support thereof before the Honorable  Magistrate Judge David T. Bristow  . A party may respond to another party's Objections within 14 days after being served with a copy of the Objections.

Failure to object within the time limit specified shall be deemed a consent to any proposed findings of fact. Upon receipt of Objections and any Response thereto, or upon expiration of the time for filing Objections or a Response, the case will be submitted to the District Judge for disposition. Following entry of Judgment and/or Order, all motions or other matters in the case will be considered and determined by the District Judge.

The Report and Recommendation of a Magistrate Judge is not a Final Appealable Order. A Notice of Appeal pursuant to Federal Rules of Appellate Procedure 4(a)(1) should not be filed until entry of a Judgment and/or Order by the District Judge.

CLERK, UNITED STATES DISTRICT COURT

Dated:  December 23, 2024          By:   /s/ *ShaRon P Lorenzo*
                                                              Deputy Clerk