Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 0623441766
Ceo.Taft@Rescue-Social.com

**FILED**

CLERK, U.S. DISTRICT COURT

**12/31/2024**

CENTRAL DISTRICT OF CALIFORNIA

BY _____AP_____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

I/S

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

_____

CHRISTINA TAFT

    Plaintiff,

vs.

PAUL BARRESI, ADAM R
WALDMAN,

and DOES 1-10, inclusive,

    Defendants.

_____/

Case No.: 5:24-cv-01930-TJH-DTB

**NOTICE OF SUBPOENA OF
WITNESS TO PRODUCE
DOCUMENTS, INFORMATION,
OR OBJECTS**

**TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

**PLEAST TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 45,
Plaintiff is issuing the attached subpoena to the following **witness**:

Mario George Nitrini

The subpoena calls for the production of documents or things specified in the
subpoena and the attachment to the subpoena on the date, time, and location
indicated in the subpoena and before objection due for a preliminary injunction.

1

Date: December 31, 2024

Christina Taft
Plaintiff in Pro Per
Honolulu, Hawaii

NOTICE OF SUBPOENA OF WITNESS TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

## **PROOF OF SERVICE**

On the date set forth below, I served the foregoing documents described as:

**1. SUBPOENA OF WITNESS TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**

**2. NOTICE OF SUBPOENA OF WITNESS TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**

BY NOT MORE THAN 30 DAYS; via Mail and Email, Local Rules, (L.R. 5-3),

on the interested parties in this action as follows:

MELISSA Y. LERNER

Attorneys for Defendant PAUL BARRESI


**By Mail:**

MELISSA Y. LERNER
LAVELY & SINGER PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
2049 CENTURY PARK EAST, SUITE 2400
LOS ANGELES, CALIFORNIA 90067-2906

**By Electronic Service:**

mlerner@lavelysinger.com
[X] BY US MAIL: I am "readily familiar" with the practice of collection and processing correspondence for USPS. Under that practice it would be deposited with USPS on that same day with all costs fully prepaid in the United States, in the ordinary course of business.
[X] ELECTRONIC SERVICE: I served the documents on the parties listed via electronic service in accordance with the applicable rules (Local Rule 5-3).


I declare under oath that the foregoing is true and correct.

Dated: December 31, 2024

*Christina Taft*

Christina Taft, Plaintiff in Pro Per

Honolulu, Hawaii

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
Central District of California

| | |
|---|---|
| CHRISTINA TAFT<br>*Plaintiff*<br>v.<br>PAUL BARRESI, ADAM R WALDMAN, DOES 1-10, inclusive<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  5:24-cv-01930-TJH-DTB

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                           Mario George Nitrini

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: ATTACHED EXHIBITS – Documents, Audio Recordings, Emails, Related to Anthony Fox's Murder And/Or Death, Anthony Fox's Family, Ventura Police Investigation Interference by Defendant Paul Barresi, and Adam Waldman, Does 1-10, Obstruction of Justice Related to Fox, Harm/Coercion of Witnesses, Plaintiff, and You

| Place: Email Plaintiff at Ceo.Taft@Rescue-Social.com<br>Before Objection to Support Preliminary Injunction is due | Date and Time:<br><br>01/10/2025 7:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  _____

*CLERK OF COURT*

                                                            OR

_____          _____
*Signature of Clerk or Deputy Clerk*                     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Christina Taft
_____ , who issues or requests this subpoena, are:

Properia Persona/Self-Represented at Ceo.Taft@Rescue-Social.com, 1700 Ala Moana Blvd, Honolulu, Hawaii 96815

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

 **Christina Taft <taftchristina.ceo@gmail.com>**

---

## Audio of Anthony Fox's Family

---

**Mario George Nitrini** <nitrinimario3@gmail.com>                    Mon, Dec 9, 2024 at 7:23 AM
To: Christina Taft <taftchristina.ceo@gmail.com>

Christina:
The audio tape that I have of Paul Barresi tape recording Anthony Fox's brother Charles, must be
subpoenaed.
I will comply with any subpoena.
(I don't want to be accused of interfering in a law enforcement investigation).
Barresi sent the tape recording to the Ventura County Sheriff's Department. I have the back-and-
forth
correspondences.

I read again all of what Paul Barresi sent me pertaining to the disappearance of Anthony Fox.
(It's unreal & there's lots of it).
Barresi even tried to convince the 2 Ventura County Sheriff's he had email correspondences with
that Johnny Depp had nothing to do with Anthony Fox's disappearance.
(Unreal).
He definitely convinced Charles Fox that Johnny Depp had nothing to do with the disappearance of
Charles' brother Anthony Fox.

Barresi also sent me a transcript related to Anthony Fox's daughter Constance, and an attorney for
Anthony Fox, and more.......

I will help you anyway I can. At this time, my materials related to the disappearance of Anthony Fox
must be subpoenaed, as is everything that Paul Barresi sent me must be subpoenaed.

And I need to find some housing ASAP.

Mario George Nitrini 111
-------
The OJ Simpson Case
[Quoted text hidden]

 **Gmail**                                        **Christina Taft <taftchristina.ceo@gmail.com>**

---

## Motion - Explain "Mortal Danger Threat"

---

**Mario George Nitrini** <nitrinimario3@gmail.com>                Mon, Dec 9, 2024 at 5:22 PM
To: Christina Taft <taftchristina.ceo@gmail.com>

It's in this post of mine

https://x.com/nitrini1950/status/1864465838755205489
W
where I screenshot Paul Barresi's post about my son.
My son got involved with the wrong crowd. A gang murder took place and my son testified for the prosecution.
Because Paul Barresi posted his post pertaining to my son and me, some very bad people have been looking for me.
I'm very seriously contemplating filing a criminal complaint on Paul Barresi for attempted murder.

As far as Anthony Fox's disappearance goes, I have my own evidence on whom I believe killed Anthony Fox on Johnny Depp's request. It's hearsay, but these people who I talked to are "in the know."

Mario George Nitrini 111
------
The OJ Simpson Case
[Quoted text hidden]

5:41

**Mario Nitrini** 
@nitrini1950

Follow

The OJ Simpson Case

Yesterday, I received a request to fill-out a

"Declaration of a witness"
form pertaining to Christina Taft's federal
lawsuit case
(Photos Below)

Oh,
and I still have "materials" related to this
federal lawsuit case that have not been made
public yet



7:56 AM · Oct 19, 2024 · **1,300** Views

💬 2          ⟲ 2          ♡ 3          🔖          ⬆️

**Mario Nitrini** @nitrini1950 · Dec 4

🔒 x.com

2:35

Johnny Depp - Charles Fox call

00:27                                        32:00



intended recipient, please contact the sender and destroy all copies of the communication.

3 attachments

🔊 Johnny Depp - Charles Fo…

PDF  Maud Fox Will 1.pdf

PDF  Maud Fox Will 2.pdf

Reply                    Forward

© 2024 Google



**paulbarresi@aol.com**
to mikemcminvestigations@gmail.com
                                                                    Wed, Jul 27, 2022, 6:26 PM

**ALMOST END OF APRIL AND NITRINI LIKES WHAT WE ARE DOING. NO COERCION OR FORCING HIM TO DO ANYTHING YET ON MY PART AS HE ALLEGES.**

-----Original Message-----
From: Mario George Nitrini 111 <marionit111@gmail.com>
To: paulbarresi@aol.com <paulbarresi@aol.com>
Sent: Tue, Apr 26, 2022 5:35 pm
Subject: Re: TAG Twitter TAG

I really like this one



HOLLYWOOD FIXER EXTRACTS VENOM FROM JOHNNY DEPP'S VIPER ROOM

PART 2
Hollywood Fixer Paul Barresi, hired by Amber Heard to investigate her x husband Johnny Depp, dispels rumor Viper Room co-owner Anthony Fox disappeared to kill himself over financial woes

Just eliminate 4 words

Mario George Nitrini 111
------
The OJ Simpson Case

On Tuesday, April 26, 2022, <paulbarresi@aol.com> wrote:
  to this one? which one ????

  -----Original Message-----
  From: Mario George Nitrini 111 <marionit111@gmail.com>
  To: paulbarresi@aol.com <paulbarresi@aol.com>
  Sent: Tue, Apr 26, 2022 4:33 pm
  Subject: Re: TAG

  You have to eliminate 7 letters for the twitter text.

  Mario George Nitrini 111
  -----
  The OJ Simpson Case

  On Tuesday, April 26, 2022, <paulbarresi@aol.com> wrote:

  **HOLLYWOOD FIXER EXTRACTS VENOM FROM JOHNNY DEPP'S VIPER ROOM**

  **PART 2**

  **Hollywood Fixer Paul Barresi,** hired by **Amber Heard** to investigate her x husband **Johnny Depp,** dispels rumor Viper Room co-owner **Anthony Fox** disappeared to killed himself over financial woes.



## Description        ✕

The OJ Simpson Case.
Mario George Nitrini 111.

This is an audio tape recording of Johnny Depp's head-of-security Big Ed Shaw talking about the night River Phoenix died at the Viper Room. Also talking about Depp's co-owner of the Viper Room Anthony Fox who mysteriously disappeared right before he was to give testimony.......
What does Big Ed Shaw imply?
You be the judge.

No doubt in my mind. if Amber Heard would have had access to this audio tape recording, Johnny Depp would have dropped his lawsuit against her



5:49



See Verified Lawsuit Attached          We want real news out on REAL CHANNELS
                                       like yours!

💬 1          ⟲ 1          ♡ 3          📊 276          🔖          ⬆️

**Mario Nitrini**                    Follow
@nitrini1950

The OJ Simpson Case

In the photos, Paul Barresi put my life in "grave mortal danger" referencing my son Mario, who is Mario the 4th

Paul Barresi posts that I took Christina Taft's "money."
(COMPLETELY UNTRUE).
At this time of my post

I have taken no money from Ms Taft



2:24 PM · Dec 4, 2024 · **239** Views

🏠 3          ⟲ 1          ♡ 2          🔔          ✉️          🏛️

🔒 x.com

 Gmail

**Christina Taft <taftchristina.ceo@gmail.com>**

---

## Motion - Explain "Mortal Danger Threat"

---

**Mario George Nitrini** <nitrinimario3@gmail.com>                Mon, Dec 9, 2024 at 5:29 PM
To: Christina Taft <taftchristina.ceo@gmail.com>

You're welcome Christina.
I'll keep you posted regarding how I'm going to go about filing a criminal complaint on Paul Barresi.

Mario George Nitrini 111
------
The OJ Simpson Case
[Quoted text hidden]

# Subject: Fwd: The OJ Simpson Case. Our Arnold Schwarzenegger tweet



**paulbarresi@aol.com**
to mikemcminvestigations@gmail.com

Wed, Jul 27, 2022, 5:58 PM

**FYI. MARIO SAYS THE CRAZIER ALBERTINI IS, THE LESS CREDIBLE HE IS. BUR YET HE SURE SOLD YOU GUYS A BILL OF GOODS. MORE IMPORTANLY IT'S APRIL 21ST AND I STILL AM NOT ASKING HIM NOR FORCING TO DO THINGS ILLEGAL FOR ME AS HE ALLEGED.**

-----Original Message-----
From: Mario George Nitrini 111 <marionit111@gmail.com>
To: paulbarresi@aol.com <paulbarresi@aol.com>
Sent: Thu, Apr 21, 2022 4:59 am
Subject: Re: The OJ Simpson Case. Our Arnold Schwarzenegger tweet

Absolutely....the crazy he is the less credible he is

Also, with our upcoming Anthony Fox tweet regarding the will. (Document).

Has a photo of the will ever been published on the internet?

Mario George Nitrini 111
------
The OJ Simpson Case

On Thursday, April 21, 2022, <paulbarresi@aol.com> wrote:
> Good the crazy he is the less credible he is.

Subject: Fwd: TITLE:



**paulbarresi@aol.com**                                          Wed, Jul 27, 2022, 6:28 PM
to mikemcminvestigations@gmail.com

**O LOOK, WE ARE STILL PUTTING OUT STORIES AND IM STIL HIS GOOD BUDDY! AND WE ARE GOING INTO MAY.**


-----Original Message-----
From: Mario George Nitrini 111 <marionit111@gmail.com>
To: paulbarresi@aol.com <paulbarresi@aol.com>
Sent: Sat, Apr 30, 2022 2:03 pm
Subject: Re: TITLE:

Looks good buddy
(Twitter 280 teaser character)

Mario George Nitrini 1111
------
The OJ Simpson Case

On Saturday, April 30, 2022, <paulbarresi@aol.com> wrote:

LETTER WRITTEN BY JOHNNY DEPP CO-OWNER, TURNED OVER TO
ENDANGERED MISSING PERSONS DETECTIVES BY HOLLYWOOD SLEUTH PAUL
BARRESI SUGGESTS, CIRCUMSTANCES OF ANTHONY FOX'S DISAPPEARANCE
COVERED UP

# Subject: Fwd: The OJ Simpson Case Adam Waldman & You

 **paulbarresi@aol.com**                                                    Wed, Jul 27, 2022, 5:33 PM
to mikemcminvestigations@gmail.com

-----Original Message-----
From: Mario George Nitrini 111 <marionit111@gmail.com>
To: paulbarresi@aol.com
Sent: Sun, Apr 17, 2022 8:08 pm
Subject: The OJ Simpson Case Adam Waldman & You

Here ya go Paul.
It was one text message. I had to fit it on 2 screenshots.
This is another despicable lying criminal allegation that Albertini makes towards you, and Adam Waldman.

I'll send you my tweet about it next email.
Give me a few minutes.

Mario George Nitrini 111
-------
The OJ Simpson Case

**2 Attachments** · Scanned by Gmail

5:42

 **Mario Nitrini**
@nitrini1950

**Follow**   •••

The OJ Simpson Case

As a continuation regarding my tweet
pertaining to the audio tape recording of
Johnny Depp's head-of-security at the Viper
Room Big Ed Shaw talking about the night
River Phoenix died, Anthony Fox & more,

x.com/nitrini1950/st...
More information to follow

 **Mario Nitrini** @nitrini1950 · Dec 7, 2023
Replying to @nitrini1950 @4lice1nWonderL and
43 others
Sorry about all the confusion.
Here is the unedited 1 hour & 2 minute audio
tape recording of Johnny Depp's head-of-
security Big Ed Shaw talking about the night ...
Show more

5:14 AM · Dec 8, 2023 · **337** Views

 3       1       2      

 **Mario Nitrini** @nitrini1950 · Feb 19    •••
The OJ Simpson Case

So @AlexiMostrous has a podcast series
coming out titled


 x.com

5:41

 **Mario Nitrini** @nitrini1950 · Dec 4    •••

The OJ Simpson Case

As I have stated, my name is mentioned many times in Christina Taft's Federal Lawsuit Case



x.com/nitrini1950/st...

And I have many materials related to this Case that I have not made public yet....

Show more



 **Mario Nitrini** @nitrini1950 · Oct 19

Replying to @nitrini1950
@jaybee556677 and 37 others

The OJ Simpson Case

Yesterday, I received a request to fill-out a ...

💬 3      ⟲ 1      ♡ 2      �_ı|ı 302      🔖    ⬆

 **Mario Nitrini** @nitrini1950 · Dec 17

The OJ Simpson Case 

🔒 x.com

5:40

 **Mario Nitrini**
@nitrini1950

Follow

The OJ Simpson Case

Christina Taft
(AKA @xtinataft_film )
is suing Paul Barresi & Johnny Depp's
attorney Adam Waldman in Federal Court

scribd.com/document/77452...
Ms Taft informed me by email on Oct 5th,
2024
(Bottom Photos).

My name is mentioned many times in this
lawsuit



8:16 PM · Oct 9, 2024 · **967** Views

💬 3    ⟳ 2    ♡ 2

Mario Nitrini @nitrini1950 · Oct 12

🔒 x.com



4:42

To

Subject

**Mario George Nitrini 111**
to paulbarresi

Apr 18, 2022   Details

Good morning Paul to you and Wendy.

My newest tweet pertaining to Big Ed Shaw and a real life "HOLLYWOOD FIXER"



https://mobile.twitter.com/nitrini1950/status/1516012175797600256

Mario George Nitrini 111

-------

The OJ Simpson Case

11:17

**Mario George Nitrini 111**

To:      paulbarresi@

Date:     May 11, 2022, 3:07 PM

I totally agree.

We don't link this article on any of our tweets, especially when you are in direct contact with Johnny Depp's attorney Adam Waldman.

Radar online just posted the article on their Twitter account



https://mobile.twitter.com/radar_online/status/1524509682181812224

I took a screenshot also

(Photo)

Mario George Nitrini 111

-----

The OJ Simpson Case

5:38



**Mario Nitrini**
@nitrini1950

Follow  •••

The OJ Simpson Case

As I have stated, my name is mentioned many times in Christina Taft's Federal Lawsuit Case


x.com/nitrini1950/st...

And I have many materials related to this Case that I have not made public yet.
Here are 2 of them





**Mario Nitrini** @nitrini1950 · Oct 19

Replying to @nitrini1950 @jaybee556677 and 37 others

The OJ Simpson Case

Yesterday, I received a request to fill-out a ...

Show more

🔒 x.com

 **Gmail**                                    **Christina Taft <taftchristina.ceo@gmail.com>**

---

## The OJ Simpson Case. Barresi called me this morning and this evening. They're freaking-out

---

**Mario Nitrini** <nitrinimario@gmail.com>                         Tue, Jun 14, 2022 at 3:46 PM
To: Christina Taft <taftchristina.ceo@gmail.com>

Mario George Nitrini 111
------
The OJ Simpson Case

Ms Cristina.
For sure Paul Barresi and Johnny Depp's entourage are freaking-out about me.
Barresi called me a short time ago
(Attached voicemail).
He says he's so worried about me.
He's worried alright. About what in have related to the Depp/Amber Heard Case,
the Rocky Brooks vs Johnny Depp case,
and more.

He makes one move on me or anyone in my family, I will file a criminal complaint on him.

I'll keep you posted.

---

 **VN-2022-06-14-18-40-51.amr**
119K

 Gmail

**Christina Taft <taftchristina.ceo@gmail.com>**

---

### Re; Investigation for Christina Taft

**Mike McCormick** <mikemcminvestigations@gmail.com>                                      Tue, Jul 5, 2022 at 11:05 AM
To: nitrinimarioo@gmail.com, Christina Taft <Taftchristina.ceo@gmail.com>

Mr. Nitrini

Christina wanted me to reach out to you to see if you could help with the investigation and the involved parties. Christina indicated you are very knowledgeable regarding the players, victims and witnesses, and what information you and they possess and may be able to provide. Christina indicated you did not want any recorded telephone conversations. Although I do understand your position, recorded conversations tend to go smoother as answers to questions tend to lead to additional questions and written communications slows that process down considerably. I have no problem with you audio recording any conversation we have so we both have a copy or I could provide you with a copy of the conversation after each recorded conversation via email. This would help in expediting any interviews we may have.

I will only be sharing with Christina so who Chrtistina would be sharing our conversations with would be between you and her. Whatever your decision is, I look forward to working with you. FYI I only communicate by phone, text or email. I do not use twitter or any other social media platforms while working any investigation.

I also included Christina in this email.

Sincerely

Mike McCormick

# MCM Investigations
" All investigators retired law enforcement officers "
Phone: (661) 259-5434
Email: Mikemcminvestigations@Gmail.com
California P.I. License # 19160
" THE TRUTH IS LIKE A LION YOU DON'T HAVE TO DEFEND IT, LET IT LOSE IT WILL DEFEND ITSELF. St. Augustine ".

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery.** A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**
   **(A)** Appearance Not Required. A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** Objections. A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**
   **(A)** When Required. On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
   **(B)** When Permitted. To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** Specifying Conditions as an Alternative. In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:
   **(A)** Documents. A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** Form for Producing Electronically Stored Information Not Specified. If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** Electronically Stored Information Produced in Only One Form. The person responding need not produce the same electronically stored information in more than one form.
   **(D)** Inaccessible Electronically Stored Information. The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**
   **(A)** Information Withheld. A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** Information Produced. If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).