Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 0623441766
Ceo.Taft@Rescue-Social.com

FILED
CLERK, U.S. DISTRICT COURT
12/31/2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___AP___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

_____

CHRISTINA TAFT

    Plaintiff,

vs.

PAUL BARRESI, ADAM R WALDMAN, and DOES 1-10, inclusive,

    Defendants.

_____/

Case No.: 5:24-cv-01930-TJH-DTB

[Hon. David T. Bristow, Magistrate Judge]

**JOINT STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Current date for Opposition to Motion to Dismiss: January 10, 2025
New response date: January 24, 2025

Current date for Reply in Support of Motion to Dismiss: January 24, 2025
New reply date: February 7, 2025

---

1

STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

## JOINT STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO MOTION TO DISMISS

WHEREAS, Plaintiff in Pro Per Christina Taft ("Plaintiff") has respectfully requested permission from Defendant Paul Barresi ("Defendant") for an Extension of Time to Respond to Defendant Barresi's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 23) ("FAC"), filed by Defendant on December 13, 2024 (ECF No. 26) (the "Motion to Dismiss");

WHEREAS, Defendant was previously provided an extension of (21) days to respond to Plaintiff's original Complaint pursuant to a Stipulation between the litigating parties and Local Rule 8-3;

WHEREAS, on December 17, 2024, the Court ordered Plaintiff to file her Opposition to Defendant's Motion to Dismiss on or before January 10, 2025 and ordered Defendant to file an optional Reply within fourteen (14) days after the date the Opposition is filed (ECF No. 27);

WHEREAS, Plaintiff never has had a previous extension of time in this case;

WHEREAS, Plaintiff provides there is good cause and courtesy, due to previous stipulated extension, attorney limitations, time conflicts, to find an attorney that will represent on the public record, changing of legal consultants and lawyers who have not previously seen the documents, and stress;

WHEREAS, Plaintiff has requested that, notwithstanding Local Rule 7-9, the date for Plaintiff's Opposition to Defendant's Motion to Dismiss shall be continued by fourteen (14) days, from January 10 to January 24, 2025;

WHEREAS, Defendant does not object to the continuance of Plaintiff's deadline to file the Opposition by fourteen (14) days, provided that Defendant's deadline to file optional Reply be continued to the date fourteen (14) days after said Opposition is filed (*i.e.*, February 7, 2025).

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant (collectively, the "Parties"), as follows:

The Parties jointly agree, subject to the approval of the Court, to extend Plaintiff's deadline to file an Opposition to Defendant's Motion to Dismiss by fourteen (14) days, from January 10 to January 24th, 2025, and to extend Defendant's deadline to file an optional Reply thereto within fourteen (14) days after Plaintiff files her Opposition (*i.e.*, February 7, 2025).

Dated: December 31, 2024

By: *Christina Taft*
CHRISTINA TAFT
Plaintiff in Pro Per


Dated: December 31, 2024
LAVELY & SINGER
PROFESSIONAL CORPORATION
MELISSA Y. LERNER
MEGAN S. MALLONEE

By: _____*/s/ Megan S. Mallonee*_____
MEGAN S. MALLONEE
Attorneys for Defendant PAUL BARRESI

### Signature Attestation

Pursuant to Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized this filing.

Dated: December 31, 2024

By: *Christina Taft*
CHRISTINA TAFT
Plaintiff in Pro Per

# PROOF OF SERVICE

On the date set forth below, I served the foregoing document described as:

1. JOINT STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT
2. [PROPOSED] ORDER GRANTING STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

BY NOT MORE THAN 30 DAYS; via Mail and Email, Local Rules, (L.R. 5-3), on the interested parties in this action as follows:

MELISSA Y. LERNER

Attorneys for Defendant PAUL BARRESI

**By Mail:**
MELISSA Y. LERNER
LAVELY & SINGER PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
2049 CENTURY PARK EAST, SUITE 2400
LOS ANGELES, CALIFORNIA 90067-2906

**By Electronic Service:**
mlerner@lavelysinger.com
[X] BY FEDERAL EXPRESS: I am "readily familiar" with the practice of collection and processing correspondence for FedEx. Under that practice it would be deposited with US Mail on that same day with all costs fully prepaid in the United States, in the ordinary course of business.
[X] ELECTRONIC SERVICE: I served the on the parties listed via electronic service in accordance with the applicable rules (Local Rule 5-3).

Dated: December 31, 2024

*Christina Taft*

Christina Taft in Pro Per
United States