Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 0623441766
Ceo.Taft@Rescue-Social.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

LODGED
CLERK, U.S. DISTRICT COURT
12/31/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

CHRISTINA TAFT

    Plaintiff,

vs.

PAUL BARRESI, ADAM R WALDMAN, and DOES 1-10, inclusive,

    Defendants.

_____/

Case No.: 5:24-cv-01930-TJH-DTB
[Hon. David T. Bristow, Magistrate Judge]

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Upon review of the Parties' Stipulation to Extend Plaintiff's Deadline to Respond to Defendant's Motion to Dismiss First Amended Complaint ("Joint Stipulation"), and for good cause shown, THE COURT ORDERS that the Joint Stipulation is GRANTED. Plaintiff's deadline to file an Opposition to Defendant's Motion to Dismiss (ECF No. 23) is continued by fourteen (14) days, to and including January 24, 2025, and Defendant's deadline to file an optional Reply thereto is continued to the date fourteen (14) days thereafter, to and including February 7, 2025.

**IT IS HEREBY ORDERED** that:

Plaintiff's must file her Opposition to Defendant's Motion to Dismiss on or before January 24th, 2025, and Defendant must file any Reply on or before February 7, 2025.

**IT IS SO ORDERED.**

Dated: January _, 2025

_____
Hon. David T. Bristow
U.S. Magistrate Judge