```
 1  TIME IN HERE.
 2        A     WELL, THERE'S A CURRENT REPORT IN
 3  BURBANK.  THERE'S A CURRENT REPORT IN SOUTH CAROLINA.
 4  AND WE'RE MEETING WITH THE LOS ANGELES POLICE NEXT
 5  WEEK.
 6        Q     WHEN WAS THE ONE MADE IN BURBANK?
 7        A     THE ONE IN BURBANK WAS MADE TWO WEEKS
 8  AGO.
 9        Q     DO YOU HAVE A COPY OF IT?
10        A     I DON'T HAVE IT HERE.
11        Q     THIS IS YOUR TRIAL TODAY, SIR.
12        A     I UNDERSTAND, SIR, BUT PLEASE LET ME
13  ANSWER THAT.  MY COLLEAGUE WHO IS IN POSSESSION OF ALL
14  THE RECORDS AND FILES; A WOMAN, SHE'S BEEN RECEIVING
15  DEATH THREATS FROM PAUL BARRESI.  SHE WAS SUPPOSED TO
16  BE HERE THIS MORNING, BUT SHE WAS UNABLE TO MAKE IT.
17  SHE'S SCARED.  HER NAME IS CHRISTINA TAFT.
```



← Post

Paul Barresi ✓          Follow
@PaulBarresi1

Contrary to Christina Taft's FALSE CLAIMS, the FACTS SHOW, her mother VICTORIA was a 'Tits & Ass' actress & movie extra who sued Warren Beatty. Her lawyer did quit cause she failed to answer interrogatories. The judge fined her & subsequently threw her case out.



Last edited 3:09 PM · Dec 15, 2024 · **361** Views

💬 2    🔁 1    ♥ 30    🔖

Sergio Gorgone 🇮🇹🇩🇰 @sergio_gorg · 18h



🔒 x.com

140

EXHIBIT P



141

EXHIBIT P

**Laura B** @LauraB99737382 · Jan 4

Your house is burning and you take a shower? Yeah right

💬 1   🔁   ♥ 13   📊 121

**Paul Barresi** ✓
@PaulBarresi1

My precise sentiment. Brain dead people cost lives, or they are so f--kin wrapped up in themselves, they have no concern for other people. Hmmm ...Sounds like these two wretches.



AMBER WITH LUNATIC FAN CHRISTINA TAFT

5:09 AM · Jan 4, 2025 · 107 Views

💬 1   🔁 3   ♥ 12

EXHIBIT P