Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 0623441766
Ceo.Taft@Rescue-Social.com

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

LODGED
CLERK, U.S. DISTRICT COURT
01/13/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ AP _____ DEPUTY

_____

CHRISTINA TAFT

    Plaintiff,

vs.

PAUL BARRESI, ADAM R WALDMAN, and DOES 1-10, inclusive,

    Defendants.

_____/

Case No.: 5:24-cv-01930-TJH-DTB
[Hon. Terry J. Hatter, District Judge]

**[PROPOSED] ORDER GRANTING PLAINTIFF'S OBJECTION TO REPORT AND RECOMMENDATION ON PRELIMINARY INJUNCTION**

**IT IS HEREBY ORDERED** that the COURT:

A. Rejects the Magistrate Judge's Report and Recommendation.

B. Grants Plaintiff's Emergency Motion for Preliminary Injunction.

C. Considers the Supplementary Evidence provided with the Continued Injunction Requests.

D. Allows Plaintiff to file a Reply to address the opposition's arguments.

E. Issue a Writ of Mandamus to compel appropriate judicial action in the interest of justice.

**IT IS SO ORDERED.**

Dated: January _, 2025

_____

Hon. Terry J. Hatter
U.S. District Judge