# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No. **5:24-cv-01930-TJH (DTB)**                                    Date: **January 15, 2025**

Title: **Christina Taft v. Paul Barresi, et al.**

==================================================================
**DOCKET ENTRY**
==================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:            ATTORNEYS PRESENT FOR DEFENDANT(S):
    None present                                                                                  None present

**PROCEEDINGS: (IN CHAMBERS) ORDER VACATING REPORT AND RECOMMENDATION [DOCKET NO. 28] AND GRANTING PLAINTIFF'S REQUEST TO FILE A REPLY TO DEFENDANT BARRESI'S OPPOSITION TO THE EMERGENCY MOTION FOR PRELIMINARY INJUNCTION [DOCKET NOS. 33, 34]**

    On January 13, 2025, Plaintiff filed an Objection to the Report and Recommendation Denying Preliminary Injunction ("Objection"). (Docket Nos. 33, 34). Plaintiff objects to the Report and Recommendation, in part, based on her lack of an opportunity to file a Reply to defendant Barresi's Opposition to Plaintiff's Emergency Motion for Preliminary Injunction ("Opposition"). (Docket No. 33 at 1-3, 12-13, 18-19, 22-23, 27; Docket No. 34 at 1-3, 12-13, 18-19, 22-23, 27).

    Based on the Objection, the Court VACATES the Report and Recommendation issued on December 23, 2024 (Docket No. 28).

    Plaintiff is ORDERED to file a Reply to the Opposition on or before **January 30, 2025**. Pursuant to Central District Local Rule 7-10, Plaintiff's Reply can contain "declarations and other rebuttal evidence," which means that any evidence presented not as "rebuttal evidence" is not permitted. Moreover, under Central District Local Rule 11-6.1, Plaintiff's Reply may not exceed 7,000 words.

Since Plaintiff is being given the opportunity to file a Reply, the Court will not consider any statements/arguments in the Objection, or any exhibits attached to the Objection which concern the merits of Plaintiff's Emergency Motion for Preliminary Injunction.

**IT IS SO ORDERED.**