Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 0623441766
Ceo.Taft@Rescue-Social.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

_____

CHRISTINA TAFT

    Plaintiff,

vs.

PAUL BARRESI, ADAM R WALDMAN, and DOES 1-10, inclusive,

    Defendants.

_____/

Case No.: 5:24-cv-01930-TJH-DTB
[Hon. David T. Bristow, Magistrate Judge]

**[PROPOSED] PROPOSED ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO FILE AN OVERLENGTH OPPOSITION BRIEF**

**THIS HONORABLE U.S. DISTRICT COURT DECIDES**:

Upon due consideration of the Ex Parte Application with Good cause submitted by Plaintiff Christina Taft, pro se, seeking authorization to submit an Opposition Brief that exceeds the page limitations by 15 more pages of *up to* 40 pages, prescribed by Local Rule 11-6 in response to Defendant Barresi's Motion to Dismiss, and after careful review of the associated Memorandum of Points and Authorities, the supporting Declaration, any responses or oppositions thereto, and the entire record herein:

**FINDINGS OF FACT AND CONCLUSIONS OF LAW:**

1. **Adequacy of Notice:** The Court finds that Plaintiff has satisfactorily met the notice requirements as stipulated in Local Rule 7-19.1. Plaintiff has demonstrated reasonable efforts to inform the Defendant's legal representatives of intentions regarding this application, thereby adhering to the Court's standards for procedural propriety and equitable conduct.

2. **Justification of Good Cause**: The Court acknowledges the intrinsic legal and procedural complexities presented by Plaintiff's First Amended Complaint, which includes a variety of claims under both federal and state law that demand complex factual explanation, legal exposition, and declaration. The substantive need to address comprehensively the arguments presented in Defendant's Motion to Dismiss substantiates the extension of the standard page limits. Furthermore, Plaintiff's unrepresented status amplifies her need for additional space to ensure a complete and effective presentation of her arguments, warranting a departure from strict adherence to the page limit constraints.

3. **Preservation of Procedural Justice and Substantive Fairness**: Granting this application is in alignment with the principles of justice, as outlined by Federal Rule of Civil Procedure 1, aiming to secure the "just, speedy, and inexpensive determination of every action and proceeding" with equal protection

of the 14th amendment, witnesses, and due process considered. Extending the page limit, especially in light of a propria persona and self-represented party, facilitates a thorough judicial review of the presented facts and legal arguments, thereby contributing to a fair adjudication of the matters at issue without imposing undue prejudice on the Defendant.

**IT IS HEREBY ORDERED** that:

1.   Granting of Application: Plaintiff Christina Taft's Ex Parte Application for leave to file an overlength Opposition Brief is hereby GRANTED.

2.   Page Limit Adjustment: In accordance with Local Rule 11-6, the Plaintiff is permitted to file an Opposition Brief that exceeds the established page limit by an additional 10 to 15 pages, culminating in a total permissible length of <u>*up to* 40 pages</u>.

3.   Upholding of Court Procedures: Except as expressly modified by this Order, all other procedural rules and deadlines set forth by the Local and Federal Rules of Civil Procedure continue to apply and remain in full effect.

**IT IS SO ORDERED.**

Dated: January ____, 2025

                                              Hon. David T. Bristow
                                              U.S. Magistrate Judge