# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No. **5:24-cv-01930-TJH (DTB)**　　　　　　　　　　　　　Date: **January 21, 2025**

Title: **Christina Taft v. Paul Barresi, et al.**

================================================================

**DOCKET ENTRY**

================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:　　　　ATTORNEYS PRESENT FOR DEFENDANT(S):
　　　None present　　　　　　　　　　　　　　　　　None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING PLAINTIFF'S EX PARTE APPLICATION TO EXTEND PAGE LIMIT OF PLAINTIFF'S OPPOSITION BRIEF TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT [DOCKET NO. 36]**

　　　On January 20, 2025, Plaintiff filed an Ex Parte Application to Extend Page Limit of Plaintiff's Opposition Brief to Defendant's Motion to Dismiss First Amended Complaint ("Application"). (Docket No. 36). The Court has read and considered Plaintiff's Application and hereby GRANTS in part and DENIES in part the same. Plaintiff's Application to file up to a 40-page brief is hereby DENIED. However, the Court hereby GRANTS Plaintiff an additional 10 pages. Plaintiff mail file a 35-page Opposition Brief. Plaintiff is advised that the Court will not consider any content beyond 35 pages.

　　　**IT IS SO ORDERED.**