Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 0623441766
Email: Ceo.Taft@Rescue-Social.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CHRISTINA TAFT,<br><br>    Plaintiff,<br><br>vs.<br><br>PAUL BARRESI, ADAM R WALDMAN, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 5:24-cv-01930-TJH-DTB<br><br>[Hon. David T. Bristow, Magistrate Judge]<br><br>**PLAINTIFF'S DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>*[Filed concurrently with Opposition to Defendant's Motion; Proof of Service; Exhibits of Declaration in Support of Opposition]*<br><br>Date:  January 24, 2025<br>Time: Under submission |

1

**PLAINTIFF'S DECLARATION IN SUPPORT OF OPPOSITION**

# DECLARATION OF PLAINTIFF

I, Christina A. Taft, do hereby declare:

1. I am the Plaintiff in the above-entitled case. I have personal and first-hand knowledge of the matters set forth in this Declaration and, if called and sworn as a witness, I could and would testify competently thereto under oath.

2. Including during these proceedings, Defendant Barresi's pattern of unlawful actions has continued. Defendant continued to engage in repeated and deliberate acts of harassment with invasion, including locating my 2nd residency, and exploiting deeply sensitive matters such as my late mother Victoria Taft's death and coroner's reports. Defendant Barresi further continued intimidation and invasions against witnesses, victims, and whistleblowers to obstruct communications, including for this case, which are attached hereto, *in Five Witness Declarations D, E, F, G, M*.

3. This conduct reflects a longstanding and pervasive reign of intimidation and harassment by Defendant Barresi through emails, texts, phone calls, postings, videos, and audio tapes.

4. I was subjected to years of Paul Barresi's pattern of misconduct and documentations of it referenced in the Verified Amended Complaint dated November 30, 2024 and in subsequent pleadings.

5. He frequently invades and exploits my right to privacy; He exploits and invades the location of residence which severely compromises safety. He continues to exploit my private information related to my identity. I have extensive evidence, witnesses and facts for my case.

6. I have experienced severe emotional distress due to the fear of death or harm initiated by Barresi.

7. For example, in a January 1, 2025 Twitter/X post, Barresi wrote: "In Nov 18 Christina Taft packed up the car & drove off leaving her blind & fragile mom to die in the Paradise CA campfire. When she returned, all that was left of her weak & disabled mom were her teeth, charged (sic) bones & a near intact heart. Christina was

awarded a fortune in a wrongful death suit. Today, she uses the money not to honor her mother but to cast a vail (sic) of shadow over her memory." (Exhibit A)

8. In a January 2, 2025, Defendant Barresi erratically posted photos of flight paths between my off-record address in Antibes, France and to Madrid, Spain with a photo of me with Witness Amber Heard. Defendant Paul Barresi wrote: "Christina Taft has allegedly already begun to upset people in France, I am informed." The "I am informed" portion by Barresi is to make Taft be apprehensive of the danger that others could be monitoring her relationships even outside of the United States, which Defendant Barresi directed her to flee from, seen in her Verified initial and amended complaint. (Exhibit B)

9. Another post on January 2, 2025, threatening Taft's mortality states she should have never "ever breathed air" (Exhibit H). Defendant Barresi heightened his monitoring that Taft could speak with another potential witness for due process in this case.

10. Defendant Barresi's pattern of unlawful actions has not ceased even with the initiation of this action. Mr. Barresi continues to deliberately harass, intimidate, invade, and threaten me. Defendant has thwarted the judicial process by mocking this honorable court and continuing to terrorize witnesses, me, and victims (Seen in my Objection and Exhibits).

11. Defendant Barresi in Mot. Exhibit of Rescue Social Inc mischaracterizes erratically that all cases reviewed related to film, music, and art are about him. For 4 years, students in Chicago have partnered with my company Worldie Ltd. The exhibit shows support of improved legislation and services, by doing an historical analysis from Golden Hollywood to Present from over 500 cases. Hollywood Fixers have existed for decades. Resources for witnesses, victims, and whistleblowers are scarce, inadequate, and through Defendants like Barresi, unfortunately, can become exploitative. My beloved mom Victoria Taft Debaun's family were in the film business for 3, now 4, generations since the 1950s.

3
**PLAINTIFF'S DECLARATION IN SUPPORT OF OPPOSITION**

12. With recent changes in legal consultants, Plaintiff, being pro se, again struggles for equal protection. Witnesses plead for consideration of my case by the honorable judge.

**Plaintiff Granted Restraining Order Against Defendant Barresi**

13. Restraining order issued by the Third Circuit Court in Hawaii on January 22, 2025, against Defendant Paul Barresi (Case No. 3DSS-25-0000044). The order was granted based on Defendant's ongoing pattern of intimidation, harassment, and coercion targeting me and others associated with this case. This order represents judicial acknowledgment of the immediate threat posed by Defendant's actions. In obtaining this TRO, I was compelled to recant detailed references to the common purpose of Defendant Barresi's criminal behavior as a "fixer" due to the nature of his intimidation tactics. This behavior includes coercion, invasions of privacy, and acts of harassment designed to instill fear and obstruct justice. Despite this constraint, the TRO reflects the seriousness of the ongoing harm caused by Defendant Barresi and the urgent need for protection. *(Exhibit C, L)*

**Exhibits Supporting Evidence of Harassment and Intimidation**

14. On January 17, 2025. Barresi includes a photograph connecting himself to a prominent organized crime family, and "Teflon" Don Gotti, which he used to intimidate me, sent to my phone and in threats. He highlighted lines of my lawsuit, glorifying that he is attached to racketeering groups that coerced and witness tampered. He proudly confirms my fact, like he proudly declares he is a "Hollywood Fixer" and how he creates fear. Attached hereto is true and correct Exhibit K.

15. Defendant Paul Barresi on December 28, 2024. In this post, Barresi exploits legal proceedings related to restraining order requests about him being a 'murderer' and causing 'mayhem.' The post also includes an image of a court transcript referencing death threats made by Barresi to me. The focus of Barresi on murder and gun threats of being shot in allegations against him is continually disturbing.

16. Attached hereto as Exhibit I is a true and correct copy.

4

**PLAINTIFF'S DECLARATION IN SUPPORT OF OPPOSITION**

17. A court transcript excerpt referencing ongoing investigations and reports filed in Burbank and South Carolina by witness Albertini wanting to testify against Depp. The transcript highlights my inability to attend proceedings due to direct death threats made by Defendant Paul Barresi, which underscores his persistent harassment and intimidation tactics. Attached hereto as Exhibit J is a true and correct copy.

18. Defendant Paul Barresi bizarrely focuses again on "kill" with attaching an audio that witness Albertini believed Barresi was going to cause the mortality of Amber Heard, and malicious enough to result in her demise. The total discussion was about Jalee Carter having a roommate named Donna who was assaulted by Depp and abused in the Viper Room, as Albertini witnessed and that Barresi had silenced this testimony about this incident, and we were going to re-interview her. Attached hereto as Exhibit O is a true and correct copy.

19. Defendant Paul Barresi dated August 19, 2024. This email demonstrates Defendant's ongoing harassment, targeting me with references to my late mother, Victoria Taft. The email's contents are clearly intended to cause severe emotional distress and illustrate Defendant's pattern of malicious and harmful communications.

20. Attached hereto as Exhibit is a true and correct copy of an email.

21. Paul Barre disseminated a coroner's report concerning the remains of my mother, Victoria Taft, following the 2018 Paradise wildfire. This document includes sensitive and graphic details of the examination, including the condition of her remains and forensic finding and cause severe emotional distress. Attached hereto as Exhibit R.

22. Defendant Paul Barresi, dated December 3, 2024, openly acknowledges using this litigation filed against him as a marketing tool to increase proceeds from his "fixing" and suffering of others, while thwarting and maiming the judicial system. Attached hereto as Exhibit U is true and correct.

23. Defendant Paul Barresi, dated December 19, 2024. Below images of my mother Victoria Taft's lawsuit against Walt Disney studios, Barresi stated every

1  witness or individual with grievances are "fucking cowards every one of them" who
2  hide from him, and who are connected to me. The inclusion of legal documents
3  concerning the Plaintiff's late mother further exemplifies Barresi's attempts to harass
4  and intimidate the Plaintiff by misusing personal and family-related matters.
5  24.    Attached hereto as Exhibit B-2 is true and correct.
6  25.    Line 414 of my FAC refers to Defendant Barresi continuing to coerce me with
7  tapes, threats to my family, and intimidation, including to continue to make me be
8  afraid of speaking with reporters. Albertini had reached out to me to speak with
9  reporter Andréa Oldereide, who had re-interviewed in part, Carre Otis, that Barresi
10 fabricated his alleged interview with her. Otis was seen with a bruise on her face by
11 Albertini outside the Viper Room nightclub. Later I saw that reporter deleted her
12 twitter account where witness Albertini had reached out to her.
13 26.    Defendant Barresi during the proceeding erratically mocked on "kill" and
14 "witnesses" on Sept 30, 2024, "US federal court lawsuit alleges "Threats to Kill
15 witnesses" in Depp v. Heard benefited Johnny Depp" with linking my lawsuit that
16 contains names of witnesses. (Exhibit A-2)
17 27.    On August 7, 2023, a licensed private investigator met with "Three federal
18 agents and their superior" in confidential discussions to address the
19 subject Defendant's actions with a risky assignment that is pertinent to my case
20 related to predicate acts. It confirms involvement of federal authorities and criminal
21 behavior. Attached hereto as Exhibit P is a true and correct copy of a text message
22 from former Diplomatic Security Specialist Juan Brooks.

23 **Witnesses Supporting Facts of Pleadings**
24      **Declaration of Ian Herndon (Exhibit D)**
25 28.    Ian Herndon's declaration paints a disturbing picture of Barresi's behavior. He
26 states unequivocally, "I've witnessed Barresi threaten death, mortality, and danger to
27 people". This stark statement sets the tone for the rest of the declaration, which
28 details Barresi's coercion of Angela (Jane Doe) and Christina Taft, particularly after

**PLAINTIFF'S DECLARATION IN SUPPORT OF OPPOSITION**

obtaining an audio recording of their conversation about abuse and violence in 2022. The declaration emphasizes the persistent fear experienced by Christina Taft.

29. Herndon notes with concern, "from 2022 to this very day, I have observed Christina Taft be in constant fear of Paul Barresi, supported by ongoing contact by him using threatening and harassing language". This ongoing intimidation began when Barresi became aware of Taft's support for Amber Heard and other witnesses in 2022. Herndon observed Barresi inciting Richie Albertini to attack and noted that Taft felt unable to help Angela due to the audio tape Barresi had obtained of their conversation.

30. In a particularly alarming incident, Herndon reports, "Angela advised me on numerous occasions that a Hollywood Fixer, believed to be Paul Barresi, was sent to intimidate and silence her, and at one point he showed up where she was in person and pointed a gun at her head". This escalation to physical threats underscores the severity of the situation. The declaration further states that Taft's fear was so intense that she felt compelled to move from California to Hawaii in search of safety from Barresi.

31. Herndon also "observed Barresi inciting Richie Albertini to attack and noted that Taft felt unable to help Angela due to the audio tape Barresi had obtained of their conversation." (Exhibit D)

**More Attacks, Intimidation, Disrespect to the Court by Defendant**

32. On January 4, 2025, Barresi taunts Taft with a post applying a crude narrative to her mother's death, mainly to harass and intimidate Plaintiff as well as taint witnesses. (Exhibit K)

- On January 7, 2025, Barresi again distresses Taft, with a post stating, "No her mother was burned to a crisp, nothing left but a few charged bones and most of her heart." (Exhibit K)
- As evidence of Barresi's ongoing harassment and desiring Plaintiff's death, he posted the following on January 12, 2025, "Christina Taft, CEO of Rescue

7

PLAINTIFF'S DECLARATION IN SUPPORT OF OPPOSITION

    Social, is fucking evil to the core. Not a more evil viscious [sic] human being has ever breathed air." (Exhibit Z)

- In Exhibit B-1, as shown in a post on his X account, Defendant Barresi states, "VICTORIA was a 'Tits & Ass' actress & movie extra who sued Warren Beaty." In this post he attaches records cursing her as a Hollywood Fixer. Such records do not exist in the LA Superior Court docket websites, nor does Plaintiff have any records of this lawsuit of her mother's. Barresi intimidated and pained Taft with these invasions.
- Defendant Barresi posts her mother's coroner report in a post noted in Exhibit U, with childhood photos of Taft involved, stating "WAS PRECIOUS TIME WASTED TO SAVE HER MOM? Christina Taft told CNN Anderson Cooper…"

33. Among these postings, including flight tracking photos with finding her address in France, Defendant Barresi repeatedly posted Plaintiff's photo with potential witness Amber Heard, including calling them both "brain dead" and "wrenches" on January 4th, 2025 (Exhibit V). In erratic behavior, Barresi uses a double persona to victimize.

**History of Restraining Orders Against Barresi (Exhibit K)**

34. The motive and ongoing pattern of conduct through the retaliation against me for enlightening testimonies of witnesses and trying to untangle them from Defendant Barresi's coercion, is in factual evidence. Albertini demonstrates a pattern of intimidation and threats, detailing Barresi's unlawful conduct. It describes ongoing witness intimidation by Barresi and Waldman, utilizing audio recordings to prevent testimony into 2024. The witness recounts firsthand experiences of threats and coercion aimed at suppressing testimony against Johnny Depp, as well as eyewitness accounts of violent incidents against both women and men that were instigated by Depp and his associates in the Viper Room.

8

**PLAINTIFF'S DECLARATION IN SUPPORT OF OPPOSITION**

35. A Judge issued a restraining order in Burbank, CA, protecting victim Richard Albertini from Barresi's violence. The filing threats of violence by Barresi "working for Johnny Depp," threatening to shoot him, and to hit him across the head substantiated in recording. (Exhibit Q). At a hearing on October 19, 2022, for Case No. Albertini v. Barresi, a transcription notes police reports against Barresi then, "I understand sir, but please let me answer that. My colleague who is in possession of the records and files; a woman, she's been receiving death threats from Paul Barresi…She's Scared. Her name is Christina Taft" (Exhibit P).

36. Defendant attached an exhibit to his motion of Albertini v Barresi without showing the granted the civil harassment application, and instead showed this transcript outside court.

**Declaration of Michael Kountz (Exhibit F)**

37. Michael Kountz is a licensed private investigator in New Mexico who became involved in the case when Plaintiff Christina Taft requested assistance from Superior Private Investigations on May 1, 2023. His role was to locate and interview James Conner regarding an audio recording edited and published by Defendant Paul Barresi. With consideration, licensed private investigator and retired LAPD Mike McCormick's declaration further reveals Barresi's efforts to obstruct justice, including intimidation tactics against witnesses. These tactics included coercion of individuals through audio recordings and spreading fear among potential witnesses. The declaration also details Barresi's intimidating statements, including claims of being a murderer, which instilled fear in Plaintiff. Additionally, McCormick highlights Barresi's connections to Waldman and his actions against witnesses, as well as the harm caused in related cases involving Amber and Anthony Fox. These findings substantiate the deliberate and malicious nature of Defendants' conduct. These actions represent a course of conduct rather than isolated incidents and were directed specifically at Plaintiff.

38.     In declaration number three, Kountz states, "I located and interviewed James Conner in June of 2023. James Conner advised me he was a licensed private investigator. I observed that Conner appeared to be disabled by his own admission." He further states in numbers four and five that he was not aware of the audio recording contained in edited video nor authorized permission for the recording. After the interview, Conner contacted Declarant warning of Barresi. "After leaving the interview with James Conner, I received a phone call from him advising that Paul Barresi was dangerous, and that he was in fear for his life due to his involvement."

39.     Kountz's review of recording provided insight into Barresi's conduct. "I reviewed the audio tape contained in the video by Barresi. Contained in the audio tape done by Paul Barresi of James Conner, are alterations that he was an FBI agent and that her mother Victoria Taft had witnessed a mob murder by the Gottis. It distressed Taft about her mother Victoria Taft and her death. James Conner advised me he was never an FBI agent. The tape showed images of a man dead from the mafia, members of the mafia, and a gun. In the beginning of the tape, Barresi discussed a photo of Amber Heard with Plaintiff Taft to James Conner, that they were arm in arm, yet at the same time indicating danger to life through comparing to an assailant. I have information that Plaintiff is still fearful to this day that this audio tape is either to make someone shoot her or to shoot Amber. Or that a death could occur. I have information that Defendant Barresi acted aggressively to terrify Taft and others contained in the content of the audio tape."

40.     In further describes of Mr. Barresi's harassment and states, "On September 05th, 2023, I received an email from Plaintiff Taft containing a screenshot of a text message chain from the phone number (908) 656-5712, which she advised was Defendant Paul Barresi's phone number. I observed the following message, portrayed in the screenshot to have been sent from the above number to Plaintiff Taft on Nov 7, 2022: "Stacy is your sister" and sexual expletives. Taft advised that the text referred to Stacy Hagman in Texas and requested that I interview her. She had

**PLAINTIFF'S DECLARATION IN SUPPORT OF OPPOSITION**

compliments for Stacy and was fearful that Barresi could access her. I was able to locate a phone number for Stacy but have not been able to reach her through it."

41. Kountz believes that Barresi deliberately exploited the audio. The audio appeared to serve as a tool for intimidation, targeting Plaintiff with threats of violence, including a possible murder or harm. Plaintiff still fears for her safety due to the content of the tape, which she believes could incite someone to act violently against her. The ongoing threats were not limited to the audio but also included harassing communications, such as explicit text messages and emails. The declaration also touches on the broader context of Barresi's actions, which invoke a pattern of outrageous and coercive behavior. In particular, Barresi's use of imagery, coupled with mafia death threats and false claims about Plaintiff's mother, Victoria, being an actress who witnessed a mob hit, shows a deliberate attempt to manipulate and intimidate. These actions made it clear that Plaintiff was not only dealing with a personal vendetta but also an unlawful abuse of power.

42. Attached hereto as Exhibit F is a true and correct copy of the Declaration of Michael Kountz.

**Declaration of Molly Beaton (Exhibit E)**

43. Molly Beaton is a witness who received direct threats from Defendant Barresi, causing her to fear for her life and safety. Contained in Declaration 1 she explains, "Knowing I could be a witness, Defendant Paul Barresi has continued to contact me to this day, and I want his brutal, continual threats and harassment to stop. I am afraid of him, and I haven't told him directly that I am testifying for Plaintiff. I do not want Barresi who acts like a hitman going to my house for being a witness."

44. Contained in number 2, she attests, "Since first interacting with witnesses and then Barresi from 2021, 2022 to December 2024, I personally have reported that he is a 'hitman' as I provided that to Florida State Police (Case 48-2021-NM-002537). Two witnesses corroborated Barresi's imminent dangerousness to threaten and kill."

11
**PLAINTIFF'S DECLARATION IN SUPPORT OF OPPOSITION**

45. In number six, she declares, "I continued to see Defendant Barresi harassing and stalking Plaintiff Taft for 2 years. As recent as January 5th, 2024, I saw that Barresi was stalking Taft's location, residency, about her mother's death, all in his alarming efforts as a criminal fixer, and to eliminate witnesses that may have turned to assist Heard."

46. In number 15, she states in part, "…Albertini knew I was supportive of Amber when he was contacting me before and when Barresi was contacting him. I do not want any more instigated harassment by Barresi, and I do not want to be contacted ever again by either of them or threatened.

47. It is a nightmare." She states in number 17, "Defendant Barresi initially contacted me in 2022 in his interests in fighting Richie Albertini, who I know has information against Johnny Depp, although I did not know about the assaults in the Viper Room done by Depp. In the same documentation I sent the Florida police in 2021, Albertini was referencing Amber Heard, who is an assault victim like I am an assault victim. In number 18, she states, "I've seen messages of witness Ian Herndon messaging in 2021 to Roberta Kaplan, who was Amber's attorney, about problems of harming rape victims and monitoring rape victims, with "alleged ties to Johnny Depp, Anthony Pellicano, and Paul Barresi" in the message. Ian was trying to help me. Richie tagged @adam_waldman and @Barresi_paul in many postings attacking me and Amber, after showing me the text from Barresi to Richie of "Hey, that tranny had it coming. If it wasn't me to have done her in, it would've been somebody else."

48. Attached hereto as Exhibit A is a true and correct copy of the Affidavit of Mike McCormick.

49. McCormick provides critical insights into Defendants' motives and methods. The declaration describes how Defendants' scheme involved Defendant Barresi's extensive access to sensitive information, creating significant risks to Plaintiff and others.

**Ongoing Emails to Taft (Exhibit I)**

12
**PLAINTIFF'S DECLARATION IN SUPPORT OF OPPOSITION**

50. Furthermore, evidence of ongoing harassment by Defendant Barresi is demonstrated through a series of disturbing emails sent to Plaintiff. On November 19, 2022, Barresi sent an email to Plaintiff attaching a coroner's report of her mother Victoria Taft, making Taft afraid for her life, and accusing her of speaking to the press (Exhibit F1). On December 13, 2022, Barresi sent a disturbing email referencing Plaintiff's deceased mother's body parts (Exhibit). On August 19, 2024, Barresi sent an email inflicting pain onto Plaintiff about her mother's death, using Plaintiff's pleading for "mommy mommy mommy," Defendant knowing the cruelty he was inflicting, to turn her mother Victoria into financial worth (Exhibit N).

**Declaration of Erik R. Eichler (Exhibit M)**

51. Erik Eichler is a private investigator of Eichler Investigative Services LLC., in South Windsor, CT. On October 29, 2024, Mr. Eichler drove to the residence of Rebecca Berry. Declarant spoke with Ms. Berry and her mother, Joan Berry, in the driveway. Mr. Eichler provided Ms. Berry with a copy of the Complaint in this matter, Christina Taft v. Paul Barresi, 5:24-CV-09130-TJH-DTB. The Declarant provided a letter from Christina Taft requesting a witness declaration in this case. The mother to Ms. Berry stated, "What is this about?" Ms. Berry replied, "Remember that guy [Paul Barresi] who confessed to me about killing people?" Ms. Berry said she would contact Christina Taft or the Declarant at another time and terminated the interview. Barresi's confession about killing people serves as a clear example of how Barresi has intentionally fostered an atmosphere of fear and danger, leading witnesses to believe they could be in physical danger if they cooperate with any legal proceedings. This strategy effectively suppresses witnesses, as they are left fearing for their lives, thus removing their ability to provide credible testimony or aid in investigations.

52. Attached hereto as Exhibit M is a true and correct copy of the Affidavit of Erik Eichler.

**Declaration of Mike McCormick (Exhibit G)**

53. McCormick provides critical insights into Defendants' motives and methods. The declaration describes how Defendants' scheme involved Defendant Barresi's extensive and unauthorized access to sensitive information, creating significant risks to Plaintiff and others.

54. The McCormick's declaration further reveals Barresi's efforts to obstruct justice, including intimidation tactics against witnesses. These tactics included coercion of individuals through audio recordings and spreading fear among potential witnesses. The declaration also details Barresi's intimidating statements, including claims of being a murderer, which instilled fear in Plaintiff. Additionally, McCormick highlights Barresi's connections to Waldman and his actions against witnesses, as well as the harm caused in related cases involving Amber and Anthony Fox. These findings substantiate the deliberate and malicious nature of Defendants' conduct. These actions represent a course of conduct rather than isolated incidents and were directed specifically at Plaintiff.

55. Attached hereto as Exhibit G is a true and correct copy of the Affidavit of Mike McCormick.

56. **Threats to Witness Nitrini by Defendant Barresi and Anthony Fox Missing Person Investigation (VPD Case 01-18806), in subpoena:**
Email correspondence involving Nitrini, which explicitly outlines concerns regarding threats of mortal danger tied to the actions of Defendant Paul Barresi. The document highlights instances of intimidation and fear instilled by the Defendant, further evidencing his ongoing pattern of harassment and attempts to silence individuals associated with this case. This exhibit serves as critical evidence of the Defendant's efforts to obstruct justice and intimidate those involved. Attached hereto as Exhibit C-3 is a true and correct copy of emails related to the Anthony Fox Missing Person Investigation (VPD Case 01-18806), dated between 2019 and 2025. These emails reveal significant obstruction of justice, including interference with the investigation, intimidation of witnesses, and suppression of critical information. The

communications suggest coordinated efforts to delay progress, tamper with evidence, and instill fear among those involved in the case. This exhibit is relevant as it demonstrates Defendant Barresi's ongoing pattern of obstructive behavior, which mirrors his actions in this case, further substantiating the claims of harassment, witness tampering, and intimidation. Attached hereto as Exhibit C-3, C-1, C-2 is a true and correct copy.

57. As per Mallonee's declaration, Barresi seeks dismissal, citing unrelated procedural dismissals to undermine the gravity of the current allegations. However, this motion disregards extensive evidence of Barresi's systematic intimidation, which includes coercion of consequences and perception of him as threatening mortality, as corroborated by Molly Beaton's sworn testimony. Manipulation of audio recordings, as detailed in private investigator Michael Kountz's affidavit. Intimidation and criminal behaviors, supported by physical evidence attached as Exhibits.

**Violation of California's 2022 Stand Against NDAs Act (Exhibit N)**

58. *With heart of the issue* - in response to Plaintiff's plea for an injunction, Defendant Barresi through his lawyers demanded that I withdraw reports to law enforcement and any other agency in a settlement as well as pay them egregiously $20,000. Meanwhile, attorney Fabricant at their firm repeatedly texted and called the known disbarred legal consultant who hardly communicated with me. This violated the law of California's Stand Against Non-Disclosure Agreements Act (SB 331), effective January 1, 2022, that prohibits confidentiality agreements in settlement agreements that prevent the disclosure of information about unlawful acts, including harassment, discrimination, or other illegal behavior. **I, Plaintiff, cited this law and that FBI Agent Greg recommended me to file a lawsuit and that it could help.**

59. Attached hereto as Exhibit D-2, D-3 are true and correct copies of email correspondence from November 24, 2024 and December 4, 2024.

60. On December 12, 2024, I participated in a telephonic meet and confer. It took time to be able to subsist past initial 'fixing' tactics preventing my due process and

freedom. I no longer have Lucy Hanna Bader or Melodye Sue as consultants as of late December. I verify that paralegal Lucy, from Michigan, was my consultant who did any writing or preparation of my case. I struggle for legal assistance as Pro Se for a California case. I plead that there is high merit for my case and facts.

61.  Under L.R. 7-9 and the Court's December 17, 2024, Order (Docket No. 27), Plaintiff Taft hereby files Opposition to Plaintiff's Motion.

62.  I request the Honorable Court allows my case to proceed for justice with consideration beyond *the pleading stage* with seeing that multiple witnesses and evidence shows the urgency with factual merit, with overwhelming avenues if I can proceed pro se, and needing time for paralegals formatting, for a just society.

I hereby declare under oath and penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated this 24th of January in the United States.

*signature: Christina Taft*

_____
Christina Taft
*Plaintiff in Propria Persona*

# CERTIFICATE OF SERVICE
CHRISTINA TAFT v. PAUL BARRESI, et al.
5:24-cv-01930-TJH-DTB

I, the undersigned, certify and declare that I am at least 18 years of age. I am a resident of the United States.

On January 24, 2025, I served a true copy of **(1) PLAINTIFF'S DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS; (2) EXIBITS OF DECLARATION IN SUPPORT OF OPPOSITION**

__X__ (By Electronic Transmission) I caused the document(s) described herein to be electronically transmitted and served via the Pacer system. The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(E)

__X__ (By Delivery) I caused the document(s) described herein to be delivered to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

| MELISSA Y. LERNER<br>LAVELY & SINGER PROFESSIONAL CORPORATION<br>ATTORNEYS AT LAW<br>2049 CENTURY PARK EAST, SUITE 2400<br>LOS ANGELES, CALIFORNIA 90067-2906 | *Attorneys for Defendants,*<br>PAUL BARRESI, ADAM R WALDMAN |
|---|---|

I declare under oath and penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Hawaii on **January 24, 2025**.

_____.
**Christina Taft**
**Plaintiff in Pro Per**

17
**PLAINTIFF'S DECLARATION IN SUPPORT OF OPPOSITION**