

7:14

← **Post**



**Paul Barresi** ✓
@PaulBarresi1

**Follow**

In Nov 2018 Christina Taft packed up the car & drove off leaving her blind & fragile mom to die in the Paradise CA campfire. When she returned, all that was left of her weak & disabled mom were her teeth, charged bones & a near intact heart. Christina was awarded a fortune in a wrongful death suit. Today, she uses the money not to honor her mother but to cast a vail of shadow over her memory.



Last edited 3:28 PM · Jan 1, 2025 · **759** Views

**Exhibit A**

8:08

Show more



💬 9          ↻ 6          ♡ 37          📊 1.6K          🔖    ⬆️

**VeritasNumquamP** @vernumquamp · 6h    •••
Ugh, we don't want her in France thanks 😒
🤢

💬          ↻          ♡ 1          📊 25          🔖    ⬆️



**Paul Barresi** ✔️                    Follow
@PaulBarresi1

Christina Taft has allegedly already begun to
upset people in France, I am informed.

4:35 AM · Jan 2, 2025 · **17** Views

💬          ↻          ♡ 1          🔖

🏠    🔍    ⬜    🔔    ✉️    👥

🔒 x.com    ↻

‹    ›        ⬆️    📖    🗂

26

**Exhibit B**

**Electronically Filed
THIRD CIRCUIT
3DSS-25-0000044
22-JAN-2025
04:34 PM
Dkt. 10 OATRO**

## IN THE DISTRICT COURT OF THE THIRD CIRCUIT

### N.S. HILO DIVISION

### STATE OF HAWAII

| | |
|---|---|
| CHRISTINA TAFT )<br>)<br>)<br>)<br>)<br>Petitioner(s), )<br>vs. )<br>)<br>PAUL BARRESI )<br>)<br>)<br>)<br>Respondent(s). ) | CASE NO. 3DSS-25-44<br><br>TEMPORARY RESTRAINING ORDER AGAINST HARASSMENT; NOTICE OF HEARING<br><br>JUDGE: M. KANANI LAUBACH<br><br>HEARING DATE: January 29, 2025<br>TIME: 9:30 am |

### TEMPORARY RESTRAINING ORDER AGAINST HARASSMENT

Based upon the Petition for Ex Parte Temporary Restraining Order and Declaration of Petitioner(s) and pursuant to **Hawai'i Revised Statutes §604-10.5,** the Court finds there is probable cause to believe:

 Recent or past acts of harassment by Respondent(s) have occurred.
☐ Threats of harassment by Respondent(s) make it probable that acts of harassment may be imminent against Petitioner(s).

It appears to the Court that a Temporary Restraining Order should be granted and is necessary to prevent acts of harassment.

**Exhibit C**

Accordingly, IT IS ORDERED that Respondent(s) shall appear before the Judge in the above-entitled proceeding at the date, time and place indicated in the Notice of Hearing below. Pending the hearing on this Petition, Respondent(s) is/are ordered as follows:

### TO THE RESPONDENT:
### YOU AND ANYONE ACTING ON YOUR BEHALF ARE ORDERED AS FOLLOWS:

- Do not contact, threaten, or physically harass Petitioner(s)
  - and any person(s) residing at Petitioner(s) residence

- Do not telephone Petitioner(s)

- Do not enter of visit Petitioner(s)'
  - residence, including yard and garage
  - place of employment

- **Pursuant to HAWAI'I REVISED STATUTES §134•7, you shall not possess or control any electric gun(s), firearm(s) and/or ammunition for the duration of this Temporary Restraining Order.**

- **You shall immediately turn over for safekeeping all electric guns, firearms and/or ammunition in your possession and control to the Hawai'i County Police Department (any District Police Station in Hawai'i County), for the duration of this Order or any extension thereof.**

**This Order becomes effective upon its signing and filing and shall remain in effect for fifteen (15) days, unless extended or terminated by the Court.**

**ANY KNOWING OR INTENTIONAL VIOLATION OF THIS TEMPORARY RESTRAINING ORDER AGAINST HARASSMENT IS A MISDEMEANOR PUNISHABLE BY A JAIL SENTENCE OF UP TO ONE YEAR AND/OR UP TO A $2,000 FINE.**

**A SENTENCE OF 48 HOURS JAIL FOR A SECOND CONVICTION AND 30 DAYS JAIL FOR ANY SUBSEQUENT CONVICTION(S) IS MANDATORY. [HAWAI'I REVISED STATUTES §604-10.5, §706-663 AND §706-640]**

_Jeffrey Gilmarh_ ___4/22/2025___
JEFFREY A. HAWK
Judge of the above-entitled Court          Date

28                                         **Exhibit C**

## NOTICE OF HEARING

TO: PAUL BARRESI

NOTICE IS GIVEN that the Petitioner(s) above named has/have filed the foregoing
Petition for Ex Parte Temporary Restraining Order and for Injunction Against
Harassment.

YOU ARE COMMANDED to appear before the Presiding Judge of the above-entitled
Court, the District Court of the above Circuit, Courtroom 2C, 777 Kilauea Avenue,
Hilo, Hawaii, on  WEDNESDAY  ,  January 29, 2025 @ 9:30 am

Prior to the scheduled hearing date, you or your attorney may file a written
response explaining, justifying, or denying the alleged act or acts of harassment. At
the hearing, the parties shall be prepared to testify, call and examine witnesses,
present any documents, and give legal or factual reasons why the Injunction should
or should not be granted. Each party may be represented by an attorney and shall be
prepared to proceed at the hearing. **IF YOU OR YOUR ATTORNEY FAIL TO
ATTEND AT THE TIME AND PLACE DESIGNATED, AN ORDER GRANTING
PETITION FOR INJUNCTION AGAINST HARASSMENT WILL BE TAKEN
AGAINST YOU FOR THE RELIEF DEMANDED IN THE PETITION.**

The Court shall receive all evidence that is relevant at the hearing, and may
make independent inquiry. If the Court finds by clear and convincing evidence that
harassment by Respondent(s) in the form of physical harm, bodily injury, assault, or
the threat of imminent physical harm, bodily injury to Petitioner(s) exists, it may enjoin
for no more than three years further harassment by Respondent(s). If the Court finds
by clear and convincing evidence that harassment by Respondent(s) in the form of an
intentional or knowing course of conduct directed at Petitioner(s) that seriously alarms
or disturbs consistently or continually bothers Petitioner(s) and that serves no
legitimate purpose exists, and such course of conduct would cause a reasonable
person to suffer emotional distress, the court shall enjoin for no more than three years,
further harassment by Respondent(s).

This Order shall not be personally delivered between 10:00 p.m. and 6:00 a.m.
on premises not open to the public, unless a Judge of the above-entitled Court
permits, in writing on this Order, personal delivery during those hours.

JAN 2 2 2025

**K. MAEDA**
Clerk of the above-entitled Court                         Date

**Exhibit C**

## <u>DECLARATION OF IAN HERNDON</u>

**STATE OF FLORIDA**

**COUNTY OF PINELLAS**

Ian Herndon, being duly sworn, deposes and says:

I am a Witness in the matters of Case 5:24-cv-01930-TJH-DTB (Taft v. Paul Barresi, Adam R. Waldman, and Does 1-10), currently pending in the U.S. District Court of the Central District of California.

I am above the age of 18 and reside in Florida.  At the time of these events, I resided in Florida

The facts stated in this affidavit are true and correct to the best of my knowledge and belief. I have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true.

I am competent to testify as the facts stated herein in a court of law and will so testify if called upon.


1. I am a witness that has personal knowledge of Defendants Paul Barresi and Adam Waldman of their continuous harm, harassment, threats to kill, threats to assault, and maliciousness against Witnesses, Victims of Assaults, and Taft with intimidating and dangerous activities to interfere to obstruct reports to law enforcement and testimony for cases.

2. I first became aware of Paul Barresi through Richard Albertini. Albertini appeared to be in communication with Barresi at the time, and manipulated and provoked by him. I've witnessed Barresi threaten death, mortality, and danger to people.

3. I witnessed the coercion caused by Barresi against Angela and Plaintiff Taft when he obtained an audio recording of their conversation speaking of abuse and violence in 2022. Angela completely shifted after Barresi communicated with her after he became aware of her and I being in contact. To this day, and between 2022

Page 1

WITNESS DECLARATION OF IAN HERNDON

30

**Exhibit D**

to 2025, I observed that Angela and Taft are being coerced by Barresi. I witnessed the death threats of Barresi towards Angela and his intent to signal Taft to fear mortality and personal danger.

4. Richie and I met when he was having a dispute with Corey Feldman about Johnny Depp's Viper Room. Approximately 2019 to 2020, Richie and I went back and forth.

5. Richie Albertini introduced me to Angela, who is Jane Doe in Plaintiff Taft's lawsuit, and advised me that Angela was a victim of a famous actor who wasn't going to speak out about it, and Richie didn't want to talk with her any longer.

6. Richie gave me Angela's contact information and upon making contact with her first. Angela, though a victim of assault by Marton Csokas, was in contact with Richie and Richie was angry because of Johnny Depp. Back then he was affirmatively against Johnny Depp. I did not approve of the way he was treating her. Angela told me that Richie criticized her experience with Marton and other past abusive circumstances.

7. From that moment forward, Angela talked to me directly about having been abused by Marton Csokas. After getting to know each other over a period of months, they made plans to finally meet in person in Louisiana, during the 2015 filming season 2 of the Badlands.

8. On November 25, 2020, Angela and I spoke with each other directly by phone for hours multiple nights in a row. Angela told me she first communicated with Marton Csokas online, then eventually met him in New Orleans in 2015, and was drugged and kept for days to torture and sexually assault her. Angela advised that she had to be taken to the hospital, and also provided graphic photos to depict her injuries.

9. Angela sent me photos of injuries to depict how she was tortured by Martin, and I have knowledge of a letter that was threatening her.

Page 2

WITNESS DECLARATION OF IAN HERNDON

**Exhibit D**

10. Paul Barresi silenced what Marton did to Angela for years by making her afraid of retaliation.

11. Angela told me over the phone that a man named Paul Barresi showed up at locations she was at and in one instance pointed a gun at her face.

12. Angela told me on multiple occasions there are about ten women who are also victims of Csokas, and how one was in the middle of a Court case in Italy with Marton at the time. Angela said the custody court case was after the young woman had been raped by Marton and had a child.

13. Angela stated to me she is afraid to pursue anything criminally against Marton related to raping or torturing her, over a period of multiple days, and is afraid to pursue anything against or about Paul Barresi.

14. On November 25, 2020 at 1:27pm, Angela forwarded a copy of a letter, an email from Eric Hessler (hessler.law@gmail.com, attorney at law from New Orleans, Louisiana to Richie Albertini. The original email date stamp was April 21st 2015 at 1:32pm with the email subject titled Marton Csokas. – In summary it states: The author of the letter has been contacted by Marton Csokas regarding a possible police investigation by the New Orleans Police Department regarding reports of false imprisonment and sexual torture. The author of this letter references Marton Csokas and Eric Hessler as if they are not the authors of this letter and instead a third individual is.

15. The letter further advises with "unyielding advice" for Angela to not move forward in any way regarding Marton Csokas and the New Orleans Police.

16. Furthermore, the letter also states that attorney Erirc J Hessler is aware of the criminal report of torture & assault, and if Angela moves forward with her police case actions, Eric Hessler will charge Angela.

17. In this same letter, Angela was also instructed that Eric Hessler would be checking Angela's phone on a regular basis to *illegally* identify her location and/or scare Angela into believing she could be located at any time.

Page 3

WITNESS DECLARATION OF IAN HERNDON

**Exhibit D**

18. Additionally, the letter states if Marton Csokas name is released in the media, not only should Angela be afraid of the police, but she should be afraid of the author of this letter because as stated *"I myself will come and find you and the consequences of that will be dire"*

19. Angela advised me on numerous occasions that a Hollywood Fixer, believed to be Paul Barresi, was sent to intimidate and silence her, and at one point he showed up where she was in person and pointed a gun at her head.

20. After some time speaking with Angela, it became clear she was far too scared to expose anything about what happened to her in 2015 at the hands of Marton Csokas.

21. Not long after learning about this letter, Richie Albertini started repeatedly posting copies of her medical injury photos publicly on Twitter. This action by Richie Albertini immediately alarmed and worried Angela, because she stated to me she was deathly afraid of Paul Barresi thinking she is talking about what Marton Csokas did to her in 2015.

22. Richie Albertini provided my personal contact info as well as my wife's, directly to Paul Barresi.

23. Paul Barresi having my name and contact # was immediately concerning to me due to me already hearing directly from Angela what he has done to her.

24. Paul Barresi called my wife and said "Your husband needs to stop". I have knowledge that she told Barresi, 'I have no clue what you are talking about' and hung up.

25. While fact checking Richard Albertini on the things he stated previously about his past affiliation with Johnny Depp's club named 'The Viper Room' as well as various acquaintances Richie claimed to know, I contacted Olivia Barash on July 24, 2021 at 2:02PM and asked if she can confirm that Richie Albertini ever worked at The Viper Room.

**Exhibit D**

26. Olivia responded quickly, just a day later on July 25 at 1:20pm, and asked stated "Whats up? The timing of your inquiry, is odd. Are you making a Viper Room documentary, too? Lol Can you give me some more info"

27. In my next response to Olivia, I clarified that I am not making a documentary, and instead I was threatened by Richard Albertini that I would be highlighted in some documentary he is part of regarding the Viper Room.

28. Olivia never responded to me again after her first response, but later I received a copy of a text message from Olivia to Richie Albertini, advising him that Olivia was offered $20k by Barresi regarding her involvement in a documentary about the Viper Room.

29. These events surrounding Olivia and a documentary led me to believe there is clear coercion and attempts to silence individuals who worked at the Viper Room and/or around Johnny Depp.

30. After losing contact with Olivia via LinkedIn, Richard Albertini, still provoked by Defendant Paul Barresi and Defendant Adam Waldman, began targeting other female victims of assault.

31. Based on my time interacting with Richie Albertini since 2020, I believe he and Paul Barresi were collaborating. What I have seen regarding Paul Barresi and Richie Albertini, shows indications of individuals who are trying to silence victims of famous individuals.

32. Sometime between 2021 and 2023, Paul Barresi personally produced a copy of the letter with the header for Eric Hessler law, and that letter has Paul Barresi's name removed from it.

33. Paul claims the letter is fake, purely by producing a second version that is identical except for Paul's name being removed.

34. Paul admitted to not only being aware of the letter in 2020 after Angela had shared it with Richie and myself, but that he also possessed his very own copy of it (although conveniently with his name missing).

WITNESS DECLARATION OF IAN HERNDON

**Exhibit D**

35. Paul did not realize that despite refuting the authenticity of the letter as a whole, he accidentally validated the authenticity of her claims and the remarks of the letter from 2015 the moment he produced a copy himself. Paul's name not being included on the letter changes nothing about the facts contained within the letter, such as the repeated threatening remarks.

36. The email address Angela received the threatening letter from, Hessler.law@gmail.com needs data from it subpoenaed for any account activity the month prior, during, and after Angela received the email from that address: March 2015, April 2015, and May 2015.

37. I observed in 2022 when Paul Barresi became aware of Christina Taft's support for Amber Heard and Witnesses, including Richie Albertini, that he began targeting Taft.

38.  I observed that Barresi was inciting Albertini to attack Taft, as I observed of their behavior prior. Christina stated to me she felt unable to help Angela due to the audio tape Barresi obtained of them speaking together and exploiting them.

39.  I observed that Taft did not retract that Richie was a witness against Depp and that Angela was victimized by Csokas despite coercion and manipulation by Defendants Barresi and Waldman.

40. In the last 2 years I have known Christina Taft, she has been afraid for her life, and concerned Paul Barresi is going to find her or send someone to harm her. At one point she told me she had to move out of the state of California all the way to Hawaii just for some sense of safety from Paul Barresi.

41. Roberta Kaplan told me on the phone that when she joined the legal team, she removed Barresi off Amber's case.

42. From 2022 to this very day, I have observed Christina Taft be in constant fear of Paul Barresi, supported by ongoing contact by him using threatening and

WITNESS DECLARATION OF IAN HERNDON

Exhibit D

harassing language. I fully support Taft getting a restraining order and injunctions against Defendants and Barresi being restrained from contacting witnesses to harass them or invade their privacy.

43. I have observed Paul Barresi obtaining commercial gain through reputational enhancement. I saw his book titled, "Johnny Depp's Accidental Fixer" and many different articles with him that he can solve any problem without any boundaries up to and including murder. High profile people are seeing his association with Johnny Depp, and in turn it portrays that he is valuable to them as a 'fixer.'

44. Based on my personal witness interactions with Paul Barresi and witnesses manipulated by Barresi, including Richie Albertini, I am afraid of them and others should be too. My exposure to Paul and potential witnesses he manipulates has shown me they are exploitative of other individuals living through complex and difficult criminal situations.

I attest that lines 207, and 267, of the lawsuit of Plaintiff Taft are true and correct; and all lines in the footnotes of the lawsuit referencing myself are true and correct.

I have additional knowledge and information I can declare and attest to, inclusive of defendants ongoing activities.

I, Ian Herndon, as a declaring witness to testify if so called upon, do hereby declare under penalty of perjury that the information provided herein is true and accurate to the best of my knowledge. This declaration has been verified and is made in good faith.

1

2

3 DATED this <u>10th</u> day of <u>January</u>, 2025.

4

5 Signed: _____

6 Name:  Ian Travis Herndon

7 State of Texas
8 County of Brazoria

9 **SUBSCRIBED and SWORN to before me**

10 **this ___10th_____ of ___January_____ , 2025.** By Ian Travis Herndon.

11 _Linda F. Peeples_ ,Online Notary Public

12 **NOTARY PUBLIC in and for said State,**

13 **in the United States of America**

14 **OFFICIAL SEAL**

15

16

LINDA F. PEEPLES
Notary ID #132579084
My Commission Expires
July 21, 2028

This notarial act was an online notarization via
two-way webcam and audiovisual technology.

17

18 Produced <u>Florida Driver License</u> as identification along with multi-factor KBA authentication.

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF MOLLY BEATON

**STATE OF FLORIDA**

**COUNTY OF ORANGE**

Molly Moreen Skye Beaton, being duly sworn, deposes and says:

I am a Witness in the matters of Case 5:24-cv-01930-TJH-DTB (Taft v. Paul Barresi, Adam R. Waldman, and Does 1-10), currently pending in the U.S. District Court of the Central District of California.

I am above the age of 18 and reside in Florida. At the time of these events, I resided in Florida.

The facts stated in this affidavit are true and correct to the best of my knowledge and belief. I have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true.

I am competent to testify as the facts stated herein in a court of law and will so testify if called upon.

1. Knowing I could be a witness, Defendant Paul Barresi has continued to contact me to this day, and I want his brutal, continual threats and harassment to stop. I am afraid of him and I haven't told directly that I am testifying for Plaintiff. I do not want Barresi who acts like a hitman going to my house for being a witness.

2. Since first interacting with witnesses and then Barresi from 2021, 2022 to December 2024, I personally have reported that he is a 'hitman' as I provided that to Florida State Police (Case 48-2021-NM-002537). Two witnesses corroborated Barresi's imminent dangerousness to threaten and kill.

3. Barresi has tried to make me provide information about Plaintiff Christina Taft and described Angela, who is Jane Doe in Plaintiff's lawsuit, a "non-entity," which I find disturbing. She is absolutely an 'entity' that is important. I find Barresi's description disturbing because I have observed Barresi's credible threats and behaviors leading me to believe he is an erratic criminal for hire and dangerous.

4. As recent as December 28, Defendant Barresi has contacted me which I see as harassing, dangerous, invasion of privacy, threatening, and malicious. His emails are eerily intimidating, manipulative, and controlling. He was trying to force me to say or do things I do not agree with. I'm an innocent victim that was brought in related to victims of sexual assault. Barresi is a criminal stalker.

5. Plaintiff Taft first contacted me in 2022, and I witnessed escalations of intimidation towards her by Defendants Barresi and Waldman. I witnessed escalations of vandalism, TROs filed, and that "witnesses are still being harassed" discussed between Barresi and Waldman as they wanted to "END" Amber Heard and as a result, endanger anyone nonsensibly who did not agree with him.

6. I continued to see Defendant Barresi harassing and stalking Plaintiff Taft for 2 years. As recent as January 5th, 2024, I saw that Barresi was stalking Taft's location, residency, about her mother's death, all in his alarming efforts as a criminal fixer, and to eliminate witnesses that may have turned to assist Heard.

7. Barresi is orchestrating people to attack Taft repeatedly, as a paid fixer and obsession with her, to control, and to make people perceive her the way he wants. Barresi uses her mother to try to make her die, which is what a fixer does.

8. I saw disturbing activities after Barresi first contacted me, uninvited, through a social media account in 2022. He later called me September 28, 2022 and I was not comfortable talking with him. Barresi keeps focusing irrationally on me, witnesses, Taft, and a letter he is obsessed with that witness Mario Nitrini sent to me.

9. Angela is in an audio recording with Taft. I've seen Paul Barresi maliciously exploit their private telephone call to intimidate and coerce them for years now.

**Exhibit E**

10. Angela personally communicated to me that a Hollywood Fixer, believed at the time to be Paul Barresi, put a gun to her head on a hiking trial in Lake Mary, Florida, to silence her from ever successfully reporting or talking about the sexual assault of her by actor Marton Csokas. We bonded by being victims of assault and in the industry.

11. Angela first reached out to me on July 8th, 2021. She wanted me to email about her to a celebrity, Tygh Runyan, from a television show. I barely knew her, the email was embellished to promote her, I didn't like it, and I didn't send it. I was making a show for broadway. She wanted me to get in touch with Johnny Depp's agent about a song she wrote about him and I think Depp is an abuser.

12. A week later, I helped Angela, Jane Doe, with her music video and stayed with her in Tennessee at her house. Angela paid for my flight ticket and not for assisting her work. I saw that she had large scars on her legs and body that were from her surviving days long torturous attacks from Actor Marton Csokas.

13. We disagreed about compensation and argued, however, still communicated on well-being, safety, and music production. We were concerned about Barresi as a hitman and Richie who changed sides to harass us. Originally Richie convinced me that he wanted to help us, alerting that Barresi was a hitman and a Hollywood Fixer, and then he started to torment escalating to needing police intervention. 2021, I asked Mario Nitrini, about Barresi and Richie "he confessed to murder"

14. Angela was afraid for her life from "fixers" acting to benefit Actor Csokas when her name is used. I sent to the police in their investigation a text message from Angela on September 14, 2021 stating, "My police officers actually already warned him. He putting my life in danger every time he says my name." Angela asked me, "Have you tried the fbi?"

15. Since April of 2022 and since Taft showed Albertini that Barresi was oppressing him with Waldman to benefit Depp with documentation, he has stopped contacting me for two years. Albertini knew I was supportive of Amber when he

was contacting me before and when Barresi was contacting him. I do not want anymore instigated harassment by Barresi and I do not want to be contacted ever again by either of them or threatened. It is a nightmare.

16. In May 2022, Angel for Artists was harassing people supporting me, talking about "an actor and his goons" harming her, making up stories about the letter, how documents were obtained, photos, and making up stories about me. I corrected the stories in text messages to Angela and Angela replied strangely.

17. Defendant Barresi initially contacted me in 2022 in his interests in fighting Richie Albertini, who I know has information against Johnny Depp, although I did not know about the assaults in the Viper Room done by Depp. In the same documentation I sent the Florida police in 2021, Albertini was referencing Amber Heard, who is an assault victim like I am an assault victim.

18. I've seen messages of witness Ian Herndon messaging in 2021 to Roberta Kaplan, who was Amber's attorney, about problems of harming rape victims and monitoring rape victims, with "alleged ties to Johnny Depp, Anthony Pellicano, and Paul Barresi" in the message. Ian was trying to help me. Richie tagged @adam_waldman and @Barresi_paul in many postings attacking me and Amber, after showing me the text from Barresi to Richie of "Hey, that tranny had it coming. If it wasn't me to have done her in, it would've been somebody else."

19. Instead of productive activities by Richie, who kept being instigated by Barresi, he decided to be a witness for my abuser Dargan Watts for a film/modeling related job, who I have a civil court case with after he provided false pretense that I would be his employee, and assaulted me in his home. I'm here to help Taft not Richie.

20. I've witnessed from this nightmare related to cases that Defendant Barresi manipulates people to conspire with him to attack anyone who complains about the powerful, while those who don't agree with him are then ominously harmed.

**Exhibit E**

21. I am requesting that this court issues injunctions and restraining orders against Paul Barresi, to protect witnesses like me and Taft from his intimidation, stalking, and relentless pursuit to crush witnesses, even if they die as a result of his pursuit. I and others will have imminent and continuing harm, as well as severe emotional distress from Defendant Barresi's continuing harassment, invasions, and threats.

22. In my personal observations, Paul Barresi is erratic, psychopathic, and a danger to anyone around him. I'm afraid of what he'll do next.

23. For reports to the Florida police I sent: "hit man Paul Baressi attacking survivors of elite sex crimes" on September 14, 2021 at 3:27:33 PM EDT To: cestep@maitlandpd.org (Case number: 48-2021-NM-002537) and again "hit man Paul Barresi and survivor Angela" September 14, 2021 at 3:28:53 PM EDT To: cestep@maitlandpd.org as well as images of postings by Mario Nitrini "People connected to Johnny Depp" a sexual attack allegation was made re: actor Marton Csokas and "Porn actor Paul Barresi sent me several 'messages' (Despicable)" Another image related to Angela showed representing brutal injuries to her.

24. Barresi disturbs me in his activities as a criminal for hire fixer. On October 22, 2024 at 5:26:43 PM EDT Barresi emailed me, "The alleged victim or aka Jane Doe is really a non entity. Evidence shows Taft and Albertini partnered in a scheme to accuse me of heinous felonious acts including death threats." Barresi emailed me Oct 21, 2024 during his stalking activities and obsessions with Richie and Taft.

25. Paul Barresi emailed me unwantingly at Sat, Dec 28, 2024 at 12:51 PM claiming Christina Taft "She invokes your name in her lawsuit. [Attached]" where Barresi highlighted multiple lines on Obstruction of Justice and Witness, Victim, and Object Tampering, coercion, threatening to kill, and "fixing" for Depp.

**Exhibit E**

Defendant Barresi thinks I am a witness that could testify for Taft. I find Barresi is vengeful, manipulative, and controlling and any contact by him is very alarming. 26. Highlighted by Barresi while he's trying to control and manipulate me to say things I don't agree with in his pursuit: "Plaintiff aims to prevent coercion and protect individuals from being subjected to such unlawful and oppressive conduct in California, ensuring alignment with fundamental principles of justice and constitutional rights. In addition, Plaintiff addresses elements related to Obstruction of Justice as outlined in 18 U.S.C. § 1512(b)(1) and (2), which prohibit witness tampering through intimidation, threats, and corrupt persuasion. These provisions are designed to protect the integrity of the justice system by preventing any attempts to unduly influence witnesses or hinder their ability to testify in legal proceedings… Defendants conspired, co-conspired, and continue to conspire and co-conspire as of today's date, by threatening to kill, continuously mentioning harm towards, civilly harass, invade privacy of, and intentionally and negligently inflicting emotional distress to Plaintiff Ms. Taft, as well as to multiple individuals... Defendants, in their "fixing" activities to benefit Mr. Depp, engaged in conduct to tamper with physical evidence relevant to investigations and potential investigations by the Police, Federal Authorities, and the FBI."

27. I do not want anymore chaos, harassment, assaults, manipulation, or intimidation in my life, initiated by Paul Barresi in his evil schemes.

28. I have faith that the court and honorable judge can consider restraining Defendant Barresi and issuing a writ of authority to protect witnesses.

29. A true and correct copy of Defendant Barresi's harassing email to me on December 28th, 2024 is attached to my Declaration as Exhibit 1.

30. A true and correct copy of Angela's text to me on September 14, 2021 is attached to my Declaration as Exhibit 2.

31. A true and correct copy of Defendant Barresi's intimidating email to me on October 22, 2024 is attached to my Declaration as Exhibit 3.

32. A true and correct copy of Defendant Barresi's message to me to get on a phone call with him on September 28, 2022 is attached to my Declaration as Exhibit 4.

I have additional knowledge and information I can declare and attest to, inclusive of defendants ongoing activities.

I, Molly Moreen Skye Beaton, as a declaring witness to testify if so called upon, do hereby declare under penalty of perjury that the information provided herein is true and accurate to the best of my knowledge. This declaration has been verified and is made in good faith.

DATED this __13th__ day of January, 2025.

Signed: _____    *Molly-Moreen Beaton*

Name:    Molly - Moreen Beaton

State of Florida
County of Miami-Dade
Sworn to affirmed and subscribed before me on this 13th day of January 2025 by Molly-Moreen Beaton who appeared by means of online notarization and produced a Drivers License as identification.

*Andrew Nadal*
_____
                                           Andrew Nadal
NOTARY PUBLIC in and for said State,

in the United States of America   This notarial act was an online notarization.

OFFICIAL SEAL

ANDREW NADAL
Notary Public - State of Florida
Commission # HH 131969
My Comm. Expires May 21, 2025

Page 7 of 7

WITNESS DECLARATION OF MOLLY BEATON

Exhibit E

**DECLARATION OF MICHAEL KOUNTZ**

**STATE OF NEW MEXICO**      )
                                            ) SS:
**COUNTY OF BERNALILLO**   )

Michael Kountz, being duly sworn, deposes and says:

I am a Witness in the matters of Case 5:24-cv-01930-TJH-DTB (Taft v. Paul Barresi, Adam R. Waldman, and Does 1-10), currently pending in the U.S. District Court of the Central District of California.

I am above the age of 18 and reside in New Mexico. At the time of these events, I resided in New Mexico.

The facts stated in this affidavit are true and correct to the best of my knowledge and belief. I have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true.

**Events**

1. I am a licensed private investigator in New Mexico. Plaintiff Taft requested help from Superior Investigations on May 1, 2023 to locate and interview James Conner regarding an audio recording contained in an edited video by Paul Barresi which claimed to portray a phone call between Paul Barresi and James Conner. Taft understood that we adhere to legal practices, that we have witnesses feel safe to speak, and she was in fear from the coercion by Defendants. Plaintiff Taft was exploited by this tape for some time. I have knowledge there were fearful voicemails left to Superior Investigations and Auriella, while she was in Colorado while visiting witness Joe Triscari.

2.  It is my belief that the audio by Paul Barresi was exploited on purpose to be used to facilitate tactics similar to blackmail, and use of the audio, inclusive of either with influence on the witness and/or edits, was essential for him to do this.

3. I located and interviewed James Conner in June of 2023. James Conner advised me he was a licensed private investigator.  I observed that Conner appeared to be disabled by his own admission.

PAGE **1** OF **4**

**Exhibit F**

4. James Conner advised that he was not aware of the audio recording contained in edited videos by defendant Paul Barresi, which contained allegedly James Conner speaking about Plaintiff Christina Taft. James Conner advised that he did not know he was being recorded by Defendant Barresi during a phone call to him by Barresi.

5.  James Conner advised that he did not give permission to be recorded by Barresi.

6.  James Conner advised me that the audio was taken out of context. He further advised me that the audio did not reflect the actual nature of the conversation in which Conner had with Defendant Barresi.

7.  James Conner advised me that he did not consent to the use of his voice in that manner and desired help in having the audio and the videos removed.

8.  James Conner further advised me that the things he was portrayed as saying in the call regarding Plaintiff Taft were hearsay.

9.  After leaving the interview with James Conner, I received a phone call from him advising me that Paul Barresi was dangerous, and that he was in fear for his life due to his involvement.

10.  James Conner then advised that he was flying to his property in Alaska out of fear of reprisal from Barresi, and that I should be careful about my involvement with Defendant Barresi, as I could face reprisal as well.

11. I reviewed the audio tape contained in the video by Barresi. Contained in the audio tape done by Paul Barresi of purportedly James Conner, are alterations that he was an FBI agent and that her mother Victoria Taft had witnessed a mob murder by the Gottis. It distressed Taft about her mother Victoria Taft and her death. James Conner advised me he was never an FBI agent. The tape showed images of a man dead allegedly from the mafia, members of the mafia, and a gun. In the beginning of the tape, Barresi discussed a photo of Amber Heard with Plaintiff Taft to James Conner, that they were arm in arm, yet at the same time indicating danger to life through comparing to an assailant. I have information that Plaintiff is still fearful to this day that this audio tape is either to make someone shoot her or to shoot Amber. Or that a death could occur. I have information that Defendant Barresi acted aggressively to terrify Taft and others contained in the content of the audio tape.

12.  I was informed by Taft that she had an "Executive Protector PI" Juan Brooks for multiple months in 2023 with continuing fear and activities by Defendants.

PAGE **2** OF **4**

46

**Exhibit F**

13. Taft stated her mother had connections to Hollywood and although she'd been in social circles, never had any relation to these groups. Taft feared this was an underlying threat to her constantly, that she should be afraid of a murder of her or other people. James did not mention Gotti to me. Taft showed a photo that Barresi released referring to her and other witnesses of himself with Victoria Gotti where he wrote "Gambino family gathering" and Johnny Depp within the context. While I was on a call with Auriella, Auriella asked Taft if this had to do with Depp, and she was hesitant to say a case connection.

14. I have personal knowledge that Aurelia Barajas and I had a telephone interview with Jesse Adams at the Department of Consumer Affairs against Barresi's coercion. Mr. Adams accepted our report.

15. On September 05th, 2023, I received an email from Plaintiff Taft containing a screenshot of a text message chain from the phone number (908) 656-5712, which she advised was Defendant Paul Barresi's phone number. I observed the following message, portrayed in the screenshot to have been sent from the above number to Plaintiff Taft on Nov 7, 2022: "Stacy is your sister" and sexual expletives. Taft advised that the text referred to Stacy Hagman in Texas and requested that I interview her. She had compliments for Stacy and was fearful that Barresi could access her. I was able to locate a phone number for Stacy, but have not been able to reach her through it.

16. On October 19th, 2023, I spoke with a sister of James Conner, who previously owned Argus Private Investigations and Security Agency in Texas. She did not want interference with her brother, and approved that Barresi should not be licensed and that he was under investigation. In October 2023, I supported that Taft should have a restraining order against Barresi and I still support that she should have a restraining order. I have knowledge that Taft lives in Hawaii for her safety.

17. Plaintiff Taft advised in emails to me that Defendant Barresi continued to harass her during 2024, sending an email stating "Your Brother is a Monster," referring to probably Sean Conner, who may be Taft's half brother. I have knowledge that this email contained audio tapes that Barresi has, including one with Defendant Adam Waldman. I had previously tried reaching out to Sean Conner but was unable to make contact.

PAGE **3** OF **4**

**Exhibit F**

18.  Plaintiff Taft advised that she sent this email of Barresi to Jesse Adams at the Department of Consumer Affairs in California, but received no response.

I attest that lines 270, 271, 272, 275, 276, 288, of the lawsuit of Plaintiff Taft are true and correct.

I have additional knowledge and information I can declare and attest to, inclusive of defendants ongoing activities.  I assert that I can provide said evidence to the facts stated above.

I, Michael Kountz, as a declaring witness to testify if so called upon, do hereby declare under penalty of perjury that the information provided herein is true and accurate to the best of my knowledge. This declaration has been verified and is made in good faith.

DATED this 4th day of November, 2024.

Signed: _____
Name: Michael Kountz

SUBSCRIBED and SWORN to before me
this ___4TH Day___ of ___November___ , 2024.

_____
NOTARY PUBLIC in and for said State,
in the United States of America

OFFICIAL SEAL

DUSTIN MILLS
Notary Public
State of New Mexico
Comm. # 1128727
My Comm. Exp. May 26, 2028

PAGE **4** OF **4**

**Exhibit F**

1
2                           **DECLARATION OF MIKE MCCORMICK**

3    **STATE OF CALIFORNIA**        )
                                     ) SS:
4    **COUNTY OF LOS ANGELES**  )

5
6    Mike McCormick, being duly sworn, deposes and says:

     I am a Witness in the matters of Case 5:24-cv-01930-TJH-DTB (Taft v. Paul Barresi, Adam R. Waldman, and Does
7    1-10), currently pending in the U.S. District Court of the Central District of California.

8
     I am above the age of 18 and reside in California. At the time of these events, I resided in California.
9    The facts stated in this affidavit are true and correct to the best of my knowledge and belief.

10
11   I have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to
     those, I believe them to be true.
12
13                                  **Events**

14   I am a licensed retired LAPD private investigator in California. On March 13th, 2022, Ms. Taft inquired to me about
15   looking up an old friend of socialite Michelle Diamond's named Richard Bren, son of billionaire real-estate
     developer Donald Bren, so they could re-connect. Ms. Diamond was a friend of Plaintiff's mother Victoria Taft.
16
17   On June 16th, 2022, Plaintiff Taft requested that I be her private investigator related to witnesses being harmed as
     she was alarmed to. Plaintiff was afraid that witnesses could be harmed or disappear for giving information to Taft
18   that revealed Barresi's activities to suppress witness testimony. I reached out to several witnesses to let them know
19   they had help if they needed it and could speak.

20
21   I spoke with Witness of Viper Room Mr. Albertini and Defendant Barresi. Mr. Albertini wanted to testify and told
     my client Ms. Taft that he wanted to testify against Depp. Mr. Albertini stated that Barresi confessed to him to have
22   killed Shalimar Seuli. Shalimar fell off a roof to her death. I asked my client where Barresi was in the 24 hours
23   before and the 24 hours after death. Barresi did not appear to deny doing this from my observations and information
     over years.
24
25   I confirm that I approved of reporting to the Bureau of Security and Investigative Services and to the FBI after I
26   observed witness interference. I observed that witnesses reported to the FBI and advised my client Taft.

27
28                              PAGE **1** OF **4**

**Exhibit G**

I confirm that Barresi sent me over 30 emails and documents of his. He had called and texted me repeatedly for over a period of 2 years. Mr. Barresi stated he would record me as well when I asked him for consent to record him.

Barresi has left repeated aggressive voicemails, texts, phone calls and harassment to me, including about my former client Taft and other Witnesses for 2 years. The last one was September 30, 2024, that my former client informed me was after process service of him of Lawsuit with Actions including obstruction of justice, and restraining order requests.

I am intimidated and threatened by Barresi for attempting to help witnesses, Plaintiff Taft, and former clients of Barresi's who he exploits. I am intimidated by him constantly, in an attempt to get me to not report him. Mr. Barresi intimidates me by stating that my client ever had me as a private investigator and manipulates financial transactions, when in actuality all my witnesses and my client were afraid for their lives.

In the last aggressive voicemail, Mr. Barresi cursed me several times stating "that PI Juan Brooks," and claimed that there "could have been a soft landing." In context to what I have personal knowledge of, observed, and information of. This is a direct threat to me, a threat to other private investigators, a threat to witnesses, and to my former client, Plaintiff Ms. Taft.

From my ongoing observations, Mr. Barresi will not stop even when he is reported to authorities, or in the interest of investigation, including from the FBI.

Based on my personal knowledge and observations, the nature of Defendants is extreme. I have observed:

➢ I observed Witness Interference by interviewing witnesses and in documentation.
➢ I have knowledge of witnesses with ongoing threats and harassment made to them by Defendants.
➢ I observed Albertinti was originally listed as a cooperating witness and I have possession of Interview of Albertini from 2019 from Barresi on June 4, 2022.
➢ I personally communicated with Richie and was given witness names and timelines.
   Chris Stanco, Bruce Corkum, Peter Nichols, Cathy Duncan, Stacy Lopez, Donna, and Big Ed Shaw, were a few of the over 20 names I observed given to me which were related to the Viper Room and with information they could testify about.
➢ I have knowledge that Barresi used a recording to coerce Richie and Big Ed Shaw.
➢ I have knowledge of how Barresi contacted witness Daniel Brummit over a phone call, attempted to corruptly persuade him and intimidated him and his son.
➢ In 2022, I observed and have knowledge of emails, texts of Paul Barresi and Adam Waldman in

PAGE **2** OF **4**

**Exhibit G**

correspondence and conspiring to suppress witness testimonies and they were sent to Mario Nitrini.

➢ I have knowledge that Mario Nitrini has information regarding Barresi and Waldman correspondence, what Barresi sent about potential witnesses to the law firm Brown George Ross LLP that requested Barresi to obtain witnesses, about Joshua, and what Barresi sent Nitrini against or about Elon Musk and security person Gavin Debecker.

➢ I observed and have personal knowledge that witnesses were intimidated, including but not limited to Richie, Mario Nitrini, and myself, and crimes that I witnessed were enacted by Defendants.

➢ I observed Adam Waldman approve witness interference to gain unscrupulous advantage on intent, with break-ins and vandalism against Witnesses on a phone call with Paul Barresi. I have personal knowledge of this since September 2022.

➢ I observed Paul Barresi and Adam Waldman locating people. I have knowledge that witness Rebecca Berry was told by Barresi defendants use to refocus threat vandalism and break-ins perpetuated on witnesses to alter the intent as being by their opponents.

➢ I have information of Barresi's text to witness Richard Albertini, " I still go that taped conversation of you and Big Ed. The one where you do your damnest to try and get him to say horrible lies about Johnny Depp. Hmmm, I wonder what I should do with it you fucking moron." He also threatened the witness when he indicated earlier "if I hadn't done her in, someone else would have."

➢ I received emails from Barresi, including on the, to my belief, likely murdered Anthony Fox, former co-owner of the Viper Room.

➢ I have personal knowledge that Barresi is dangerous to potential witness Amber Heard and other former clients including as potential witnesses that could report him to authorities or testify. He named multiple former client potential witnesses in emails.

➢ I observed that Rocky Brook's case was impacted, including witnesses from the Viper Room and listed witness Heard no longer being available to testify.

➢ In my observation, Barresi audio records and can exploit his phone calls with attorneys, former clients, and potential witnesses that may want to report him.

➢ I observed Mr. Barresi had his license nearly immediately revoked by the California Attorney General 10 years ago and is not supposed to be doing unauthorized lookups.

➢ Barresi is dangerous and needs to be restrained. In my knowledge I have seen his aggression for years and it is serious by nature.

I attest that lines 78, 79 80, 95, 113, 114, 115, 116, 117, 118, and 119 of the lawsuit of Plaintiff Taft are true and correct.

I have additional knowledge and information I can declare and attest to, inclusive of defendants ongoing activities. I assert that I can provide said evidence to the facts stated above.

PAGE **3** OF **4**

**Exhibit G**

I, Mike McCormick, as a declaring witness to testify if so called upon, do hereby declare under penalty of perjury that the information provided herein is true and accurate to the best of my knowledge. This declaration has been verified and is made in good faith.

DATED this 24 day of Oct , 2024.

Signed: _____

Name: Mike McCormick

SUBSCRIBED and SWORN to before me

this _____ of _____ , 2024.

_____

NOTARY PUBLIC in and for said State,

in the United States of America

OFFICIAL SEAL

PAGE **4** OF **4**

Exhibit G

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me on this _24th_ day of _October_, 20_24_, by _Mike McCormick_

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

MATHEW CRES SAN JOSE
Notary Public - California
Los Angeles County
Commission # 2500056
My Comm. Expires Sep 17, 2028

(Seal)                     Signature_____

**Exhibit G**



💬 4      ⟲ 7      ♡ 46      ⅠⅠⅠ 1.2K      🔖      ⬆️



You're unable to view this Post because this account owner limits who can view their Posts. Learn more

**Paul Barresi** ✓
@PaulBarresi1                    Follow

I could not agree with you more. You will find very few people on the planet that would disagree with you. To my mind, not a more evil human has ever breathed air. She and her cohorts. All fuckin' rotten demons.

11:38 AM · Jan 2, 2025 · **34** Views

💬          ⟲          ♡ 1          🔖                    ⬆️

🔒 x.com

54

**Exhibit H**



7:52

← **Post**

**Paul Barresi** ✓
@PaulBarresi1

[Follow]

Despite a California State Judge denying Christina Taft's cohort Richie Albertini's request for a restraining order in Oct 2022- accusing me of murder, mayhem & worse- two years later, she's got no qualms about selling the same bill of goods to a United States Judge.



Last edited 4:37 PM · Dec 28, 2024 · **110** Views

💬    ⟲1    ♡ 8    🔖    ⬆



🔒 x.com

55

**Exhibit I**

1  TIME IN HERE.

2      A    WELL, THERE'S A CURRENT REPORT IN

3  BURBANK.  THERE'S A CURRENT REPORT IN SOUTH CAROLINA.

4  AND WE'RE MEETING WITH THE LOS ANGELES POLICE NEXT

5  WEEK.

6      Q    WHEN WAS THE ONE MADE IN BURBANK?

7      A    THE ONE IN BURBANK WAS MADE TWO WEEKS

8  AGO.

9      Q    DO YOU HAVE A COPY OF IT?

10     A    I DON'T HAVE IT HERE.

11     Q    THIS IS YOUR TRIAL TODAY, SIR.

12     A    I UNDERSTAND, SIR, BUT PLEASE LET ME

13  ANSWER THAT.  MY COLLEAGUE WHO IS IN POSSESSION OF ALL

14  THE RECORDS AND FILES, A WOMAN, SHE'S BEEN RECEIVING

15  DEATH THREATS FROM PAUL BARRESI.  SHE WAS SUPPOSED TO

16  BE HERE THIS MORNING, BUT SHE WAS UNABLE TO MAKE IT.

17  SHE'S SCARED.  HER NAME IS CHRISTINA TAFT.

Exhibit J

8:21

# Post

 **Paul Barresi** ✔
@PaulBarresi1

**Follow**     

In her frivolous lawsuit Crazy Christina Taft must be referring to this 2005 photo of me with teflon Don John Gotti's daughter Victoria in Staten Island.



s known as being dangerously

e American mafia families Ga

nd possibly clients or former

resi circled back to a witness t

ollywood Fixers.[36]

11:15 AM · Jan 17, 2025 · **366** Views

 2       2       16

**Exhibit K**

PETITION FOR EX PARTE TEMPORARY RESTRAINING
ORDER AND FOR INJUNCTION AGAINST HARASSMENT;
DECLARATION OF PETITIONER(S); TEMPORARY RESTRAINING          Form#3DC51
ORDER AGAINST HARASSMENT; AND NOTICE OF HEARING

| IN THE DISTRICT COURT OF THE THIRD CIRCUIT | |
| N/S Hilo ▼ DIVISION | |
| STATE OF HAWAI'I | |

| Petitioner(s) | |
| CHRISTINA TAFT | |
| | **Electronically Filed** |
| | **THIRD CIRCUIT** |
| | **3DSS-25-0000044** |
| | **21-JAN-2025** |
| | **10:08 AM** |
| | **Dkt. 1 EPTRO** |

Reserved for Court Use

Civil No.

| Respondent(s) (if known, list Address, Telephone, and email address for each respondent) | Petitioner(s)/Petitioner(s)' Attorney (Name, Attorney Number, Firm Name (if applicable)), Address, Telephone and email address |
|---|---|
| PAUL BARRESI | Christina Taft, Pro Se |
| 908-656-5712 | 747 Laukapu St |
| paulbarresi@aol.com | Hilo, Hawaii 212-718-1003 |

### PETITION FOR EX PARTE TEMPORARY RESTRAINING ORDER AND FOR INJUNCTION AGAINST HARASSMENT

This Petition is made pursuant to Hawai'i Revised Statutes §604-10.5 and the following statement:

1. This court has jurisdiction because the Petitioner(s) resides or temporarily resides; the Respondent(s) resides **and/or** the harassment occurred in this division.

2. Based upon the attached Declaration of Petitioner(s), Petitioner(s) asks for:
   a. An ex parte temporary restraining order not to exceed a period of ninety (90) days for protection enjoining Respondent(s) and any other person(s) acting on Respondent(s)' behalf from:
      ☑ contacting, threatening, or physically harassing Petitioner(s)
      ☑ telephoning the Petitioner(s)
      ☑ entering or visiting the Petitioner(s)'  ☑ residence, including yard and garage and  ☑ workplace or school.

   b. An order of an Injunction not to exceed a period of three (3) years enjoining Respondent(s) and any other person(s) acting on Respondent(s)' behalf from committing those acts set forth in paragraph 2a, hereof.

   c. An order prohibiting Respondent(s) from owning or possessing an electric gun, firearm(s) and/or ammunition.

   d. An order awarding reasonable attorney's fees and costs to Petitioner(s) and such further relief as the Court deems just and appropriate.

| | Signature of Petitioner(s)/Petitioner(s)' Attorney: *Christina Taft* |
|---|---|
| Date: 1/21/2025 | Print/Type Name(s): Christina Taft |

RG-AC-508 (7/2024) WF

(Rev. 5/20/24)     **RECEIVED (LDB)**   JAN 2 1 2025      Page 1 of 4      Form#3DC51

**SEE REVERSE SIDE**

58

**Exhibit L**

## DECLARATION OF PETITIONER

Petitioner states the following is true:

☒ Recent or past act(s) of harassment occurred; and/or
☒ Threats of harassment make it probable that acts of harassment may occur soon.
Respondent(s) ☒ own; ☒ possess; or ☐ intend to obtain or possess
   ☒ Firearm(s) and/or ammunition that may be used to threaten or injure Petitioner(s).
   ☐ Electric gun
Describe the firearm(s)/ammunition or electric gun: Paul has a Beretta Gun
Location of the firearm(s)/ammunition or electric gun: Gun in his house
Date last seen: _____ .
Street address/specific location where last seen: _____ .

(Briefly and clearly explain how you have been harassed or how you have been threatened with harassment, including all relevant dates. Write legibly so the Court can read your statement. Use additional sheets only if necessary.)

My name is Christina Taft and I have a stalker for the last three years (for reasons unknown to me) Paul Barresi has been:

1) Tracking my every move from Oahu to Hilo to Europe and back.
2) He knows all my addresses, phone numbers, and email accounts.
3) I've had to cancel all of my social media accounts and essentially feel like I am in hiding from this predator.

4) He has threatened my family members, my significant other, and myself with violence and even death.

5) He calls repeatedly unwantingly and threatens to sexually abuse, physically hurt, and now literally kill me and those I love. His behavior is clearly escalating.

6) I have reported this to the police department (filed numerous reports 23-436213, 23-450802, 24-00289) all to no avail.
7) I moved to another country, but that didn't help stop the abuse and threats of assault from him and associates.
8) He is demanding money from me now! And in exchange he will leave me alone

9) Judge I am living a nightmare and I am desperate for the court's protection. PAUL BARRESI's actions and terrifying behavior is escalating.
I am not sure of this individual's exact address or whereabouts. I've recently hired a process server Mark Ackrich (APS) to locate his physical address here in Hilo once this temporary protection order is granted. Mr. Ackrich feels that with this temporary order he can locate this individual.

Paul has found my reports before and the abuse and threats escalate to kill me.

Your honor I am pleading with you for my life and the court's protection.

☒ Unless Respondent(s)' wrongful conduct is stopped or prevented by order of the Court, Petitioner(s) will suffer emotional distress.

I have read the Petition and Declaration, know their contents, and verify that the statements contained therein are true to my personal knowledge and belief.

**I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF HAWAI'I THAT THE FACTS AND CIRCUMSTANCES STATED IN THE PETITION AND DECLARATION ARE TRUE AND CORRECT .**

| | |
|---|---|
| | Signature of Petitioner(s): *Christina Taft* |
| Date: 1/21/2025 | Print/Type Name(s): Christina Taft |

## STATE OF CONNECTICUT

| | | |
|---|---|---|
| 5:24-CV-01930-TJH-DTB | \| | UNITED STATES |
| TAFT, CHRISTINA | \| | DISTRICT COURT OF |
| V. | \| | CENTRAL CALIFORNIA |
| BARRESI, PAUL, | \| | EASTERN DIVISION |
| WALDMAN, ADAM R. | | November 5, 2024 |

The undersigned, being duly sworn, deposes and states:

1.  My name is Erik R. Eichler, and I am over eighteen years of age.

2.  I believe in the obligation of oath and am competent to testify to the matter stated herein.

3.  I am a Private Investigator employed by Eichler Investigative Services, LLC., in South Windsor, CT, according to the Connecticut Department of Public Safety License # A-2834.

4.  On October 29, 2024, at approximately 2:00 p.m., I traveled to the residence of an individual known as Rebecca M. Berry, located at ███████████████ ███████.

5.  On that date, I spoke with Rebecca M. Berry and her mother, Joan Berry, in the driveway at that location.

6.  I provided Rebecca M. Berry with a copy of the United States District Court complaint, *Christina Taft v. Paul Barresi and Adam R. Walkman, 5:24-CV-01930-TJH-DTB.*

7.  I provided Rebecca M. Berry with a letter from Christina Taft requesting a Witness Declaration for the above-said case.

8.  Ms. Joan Berry asked Rebecca M. Berry, "What is this about?"

**Exhibit M**

9.   At that time, I witnessed Rebecca Berry respond, "Remember that guy [Paul Barresi] who confessed to me about killing people?"

10.   Rebecca M. Berry said she would contact Christina Taft or this investigator later and terminated the interview.

7.   That I have read the above affidavit and understand it completely.


_____

Erik Eichler
Private Investigator
Eichler Investigative Services, LLC.



Subscribed and sworn to before me on this ___ (0 ___ day of ___ November ___ , 2024.


_____

Notary Public
My Commission Expires: 4/30/29


ALMERY G LOPEZ
NOTARY PUBLIC
CONNECTICUT
MY COMMISSION EXPIRES 04-30-2029

**Exhibit M**

 Gmail

**Christina Taft <taftchristina.ceo@gmail.com>**

---

## mommy, mommy, im sorry mommy, im sorry.....

---

**paulbarresi@aol.com** <paulbarresi@aol.com>                                        Mon, Aug 19, 2024 at 10:00 AM
To: Christina Taft <taftchristina.ceo@gmail.com>

When you are lounging on the beach enjoying the sun with the blood money you received for abandoning your mother to suffer unimaginable agony before she struggled to take her last breath, do you ever think of her.

**Exhibit N**

11:31

| Posts | **Replies** | Media |



**Paul Barresi** ✔ @PaulBarresi1 · 3h          ···
Recording linked is Richie Albertini &
Christina Taft rehearsing a Lie on Paul
Barresi to post on social media but ends
with him instructing her how to win Jalee
Carder over by convincing  Robert
Pastorelli's baby mama Barresi is out to kill
AH.
youtube.com/watch?v=p0oXd3...



    💬 1     ⟲ 2     ♡ 6     �archiveᴵ 96     🔖    ⬆



⟲ **Paul Barresi reposted**

🔒 x.com

**Exhibit O**

4:33  ID #:1053   79%

< **Juan Brooks** ◻ ℓ ⋮

Monday, Aug 7 • 12:05 AM

Greetings. This task I have embarked on for you is a real dangerous one with everything we are coming up with pertaining to SUBJECT. Everything that is unfolding and where we have been is the reason why I have not been able to communicate either with you or anyone else. One thing I want to assure you with this crazy and manipulative man I promise you to bring this guy down and to Justice. Where we are right now we just met three federal agents with their superior. I have a confidential meeting with these people in the morning. Once we are done with our meeting I will let you know our conclusion once the meeting is done. I will be able to give you a final conclusion after the meeting.

↓   ❤️

⊕     Text message   ☺   🎤

**Exhibit P**

**CH-109**    **Notice of Court Hearing**

Clerk stamps date here when form is filed.

**FILED**
Superior Court of California
County Of Los Angeles

SEP 13 2022

Sherri R. Carter, Executive Officer/Clerk
By _____ Deputy
Wendy Delgado

### (1) Person Seeking Protection

a. Your Full Name:

Richard Albertini

Your Lawyer *(if you have one for this case):*

Name: _____    State Bar No.: _____

Firm Name: _____

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or email.)*

Address: 1510 N Pass Ave

City: Burbank    State: CA Zip: 91505

Telephone: 213-302-9588    Fax: _____

Email Address: Richie Albertini 306 GCMD

Fill in court name and street address:

Superior Court of California, County of

LASC-NORTH CENTRAL DISTRICT
BURBANK COURTHOUSE
300 EAST OLIVE AVENUE
BURBANK, CA 91502

Court fills in case number when form is filed.

Case Number:

22PDR001308

### (2) Person From Whom Protection Is Sought

Full Name: Paul Garresi

*The court will complete the rest of this form.*

### (3) Notice of Hearing

**A court hearing is scheduled on the request for restraining orders against the person in (2):**

| Hearing Date → | Date: OCT 0 5 2022    Time: 8:30 AM | Name and address of court if different from above: |
| | Dept.: 5    Room: _____ | LOS ANGELES SUPERIOR COURT NORTHEAST DISTRICT - PASADENA 300 EAST WALNUT STREET PASADENA, CA 91101 |

### (4) Temporary Restraining Orders *(Any orders granted are on form CH-110, served with this notice.)*

a. Temporary Restraining Orders for personal conduct and stay-away orders as requested in form CH-100, *Request for Civil Harassment Restraining Orders,* are *(check only one box below):*

(1) ☐ All **GRANTED** until the court hearing.

(2) ☐ All **DENIED** until the court hearing. *(Specify reasons for denial in b, below.)*

(3) ☑ Partly **GRANTED** and partly **DENIED** until the court hearing. *(Specify reasons for denial in b, below.)*

Judicial Council of California, www.courts.ca.gov
Rev. September 1, 2022, Mandatory Form
Code of Civil Procedure, § 527.6
Approved by DOJ

**Notice of Court Hearing**
**(Civil Harassment Prevention)**

**CH-109**, Page 1 of 3
→

65    **Exhibit Q**

Case Number:

**2 2 P D R 0 0 1 3 0 8**

b. Reasons for denial of some or all of those personal conduct and stay-away orders as requested in form CH-100, *Request for Civil Harassment Restraining Orders,* are:

(1) ☐ The facts as stated in form CH-100 do not sufficiently show acts of violence, threats of violence, or a course of conduct that seriously alarmed, annoyed, or harassed the person in ① and caused substantial emotional distress.

(2) ☒ Other *(specify):* ☐ As set forth on Attachment 4b.

*All threats are verbal. No actual evidence.*

⑤ **Confidential Information Regarding Minor**

a. ☐ A *Request to Keep Minor's Information Confidential* (form CH-160) was made and **GRANTED**. (*See form CH-165, Order on Request to Keep Minor's Information Confidential, served with this form.*)

b. **If the request was granted, the information described in item ⑦ on the order (form CH-165) must be kept CONFIDENTIAL. The disclosure or misuse of the information is punishable as a sanction, with a fine of up to $1,000 or other court penalties.**

⑥ **Service of Documents for the Person in ①**

**At least** ☒ **five** ☐ _____ **days before the hearing,** someone age 18 or older—**not you or anyone to be protected**—must personally give (serve) a court's file-stamped copy of this form CH-109 to the person in ② along with a copy of all the forms indicated below:

a. CH-100, *Request for Civil Harassment Restraining Orders* (file-stamped)

b. ☒ CH-110, *Temporary Restraining Order* (file-stamped) **IF GRANTED**

c. CH-120, *Response to Request for Civil Harassment Restraining Orders* (blank form)

d. CH-120-INFO, *How Can I Respond to a Request for Civil Harassment Restraining Orders?*

e. CH-250, *Proof of Service by Mail* (blank form)

f. ☐ CH-170, *Notice of Order Protecting Information of Minor* and CH-165, *Order on Request to Keep Minor's Information Confidential* (file-stamped) **IF GRANTED**

g. ☐ Other *(specify):* _____

Date: **SEP 1 2 2022** _____

*Judicial Officer* **JOHN KRALIK, JUDGE**

Rev. September 1, 2022

**Notice of Court Hearing**
**(Civil Harassment Prevention)**

CH-109, Page 2 of 3
→

**Exhibit Q**

Case Number: `22PDR001308`

## To the Person in ①:

- The court cannot make the restraining orders after the court hearing unless the person in ② has been personally given (served) a copy of your request and any temporary orders. To show that the person in ② has been served, the person who served the forms must fill out a proof of service form. Form CH-200, *Proof of Personal Service,* may be used.

- For information about service, read form CH-200-INFO, *What Is "Proof of Personal Service"?*

- If you are unable to serve the person in ② in time, you may ask for more time to serve the documents. Use form CH-115, *Request to Continue Court Hearing and to Reissue Temporary Restraining Order.*

## To the Person in ②:

- If you want to respond to the request for orders in writing, file form CH-120, *Response to Request for Civil Harassment Restraining Orders,* and have someone age 18 or older—**not you or anyone to be protected**—mail it to the person in ①.

- The person who mailed the form must fill out a proof of service form. Form CH-250, *Proof of Service by Mail,* may be used. File the completed form with the court before the hearing and bring a copy with you to the court hearing.

- Whether or not you respond in writing, go to the hearing if you want the judge to hear from you before making an order. You may tell the judge why you agree or disagree with the orders requested.

- You may bring witnesses and other evidence.

- At the hearing, the judge may make restraining orders against you that could last up to five years and may order you to turn in to law enforcement, or sell to or store with a licensed gun dealer, any firearms that you own or possess.

 **Request for Accommodations**

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office or go to *www.courts.ca.gov/forms* for *Disability Accommodation Request* (form MC-410). (Civ. Code, § 54.8.)

*(Clerk will fill out this part.)*

### —Clerk's Certificate—

I certify that this *Notice of Court Hearing* is a true and correct copy of the original on file in the court.

*Clerk's Certificate*
*[seal]*

Date: _____

Clerk, by _____, Deputy

**CH-100**    **Request for Civil Harassment Restraining Orders**

Read *Can a Civil Harassment Restraining Order Help Me? (form CH-100-INFO)* before completing this form. Also fill out *Confidential CLETS Information (form CLETS-001)* with as much information as you know.

Clerk stamps date here when form is filed.

**FILED**
Superior Court Of California
County Of Los Angeles

SEP 13 2022

Sherri R. Carter, Executive Officer/Clerk
By _____, Deputy
Wendy Delgado

**① Person Seeking Protection**

a. Your Full Name: Richard Albertni    Age: 57

Your Lawyer *(if you have one for this case)*
Name: _____ State Bar No.: _____
Firm Name: _____

Fill in court name and street address:

Superior Court of California, County of

LASC-NORTH CENTRAL DISTRICT
BURBANK COURTHOUSE
300 EAST OLIVE AVENUE
BURBANK, CA 91502

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail.)*

Address: 1510 N Pass
City: Burbank    State: CA    Zip: 91505
Telephone: 213-302-9688    Fax: _____
E-Mail Address: _____

Court fills in case number when form is filed.

Case Number:
**22PDR001308**

**② Person From Whom Protection Is Sought**

Full Name: Paul Gaitesi    Age: 73
Address *(if known)*: 12994 Claret
City: Rancho Cucamonga    State: CA    Zip: 91739

**③ Additional Protected Persons**

a. Are you asking for protection for any other family or household members? ☐ Yes ☐ No    *If yes, list them:*

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| _____ | ___ | ___ | ☐ Yes ☐ No | _____ |
| _____ | ___ | ___ | ☐ Yes ☐ No | _____ |
| _____ | ___ | ___ | ☐ Yes ☐ No | _____ |
| _____ | ___ | ___ | ☐ Yes ☐ No | _____ |

☐ *Check here if there are more persons. Attach a sheet of paper and write "Attachment 3a—Additional Protected Persons" for a title. You may use form MC-025, Attachment.*

b. Why do these people need protection? *(Explain below):*
☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 3b—Why Others Need Protection" for a title.*

_____
_____
_____
_____
_____

**This is not a Court Order.**

Judicial Council of California, *www.courts.ca.gov*
Revised January 1, 2018, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Request for Civil Harassment Restraining Orders**
**(Civil Harassment Prevention)**

CH-100, Page 1 of 6
→

**Exhibit Q**

Case Number 22PDR001308

**④ Relationship of Parties**

How do you know the person in ②? *(Explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 4—Relationship of Parties" for a title.*

He is a Private Investigator for Johnny Dep

**⑤ Venue**

Why are you filing in this county? *(Check all that apply):*

a. ☐ The person in ② lives in this county.

b. ☐ I was harassed by the person in ② in this county.

c. ☑ Other *(specify):* I like here

**⑥ Other Court Cases**

a. Have you or any of the persons named in ③ been involved in another court case with the person in ②?

☐ Yes   ☐ No   *(If yes, check each kind of case and indicate where and when each was filed.)*

| | Kind of Case | Filed in *(County/State)* | Year Filed | Case Number *(if known)* |
|---|---|---|---|---|
| (1) ☐ | Civil Harassment | | | |
| (2) ☐ | Domestic Violence | | | |
| (3) ☐ | Divorce, Nullity, Legal Separation | | | |
| (4) ☐ | Paternity, Parentage, Child Custody | | | |
| (5) ☐ | Elder or Dependent Adult Abuse | | | |
| (6) ☐ | Eviction | | | |
| (7) ☐ | Guardianship | | | |
| (8) ☐ | Workplace Violence | | | |
| (9) ☐ | Small Claims | | | |
| (10) ☐ | Criminal | | | |
| (11) ☑ | Other *(specify):* | Depp VS Heard 2019 | | |

b. Are there now any protective or restraining orders in effect relating to you or any of the persons in ③ and the person in ②? ☑ No   ☐ Yes   *(If yes, attach a copy if you have one.)*

**⑦ Description of Harassment**

Harassment means violence or threats of violence against you, or a course of conduct that seriously alarmed, annoyed, or harassed you and caused you substantial emotional distress. A course of conduct is more than one act.

a. Tell the court about the last time the person in ② harassed you. He called to say he would

(1) When did it happen? *(provide date or estimated date):* kill me + showed up at house

(2) Who else was there? Ruben Polomares Shannon Torres

**This is not a Court Order.**

**Request for Civil Harassment Restraining Orders**
**(Civil Harassment Prevention)**

CH-100, Page 2 of 6 →

Exhibit Q

Case Number: 22PDR001308

⑦ a. (3) How did the person in ② harass you? *(Explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and wri... "Attachment 7a(3)—Describe Harassment" for a title.*

1 Threats- 2. INCiTiNG VioleNCE 3-Slander
4-Black Mail 5-? ①
TelephoNe threats - RecordiNgs
Showed up at my former Home
after Coulling to Say He was going to Shoot me

(4) Did the person in ② use or threaten to use a gun or any other weapon?

☑ Yes ☐ No  *(If yes, explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(4)—Use of Weapons" for a title.*

He Said He Had a guN
He is A P.I. HorkiNg for JoNNy DepP

(5) Were you harmed or injured because of the harassment?

☑ Yes ☐ No  *(If yes, explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(5)—Harm or Injury" for a title.*

MeNtally

(6) Did the police come? ☐ Yes ☑ No

If yes, did they give you or the person in ② an Emergency Protective Order? ☐ Yes ☐ No

If yes, the order protects *(check all that apply):*

☐ Me    ☐ The person in ②    ☐ The persons in ③.

*(Attach a copy of the order if you have one.)*

b. Has the person in ② harassed you at other times?

☑ Yes ☐ No  *(If yes, describe prior incidents and provide dates of harassment below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7b—Previous Harassment" for a title.*

SiNce 2019

**This is not a Court Order.**



Case Number: 2 2 P D R 0 0 1 3 0 8

*Check the orders you want.* ☑

⑧ ☐ **Personal Conduct Orders**

I ask the court to order the person in ② **not** to do any of the following things to me or to any person to be protected listed in ③ :

a. ☐ Harass, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, abuse, destroy personal property of, or disturb the peace of the person.

b. ☐ Contact the person, either directly or indirectly, in **any** way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by e-mail, by text message, by fax, or by other electronic means.

c. ☐ Other *(specify):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 8c—Other Personal Conduct Orders," for a title.*

_____
_____
_____

*The person in ② will be ordered not to take any action to get the addresses or locations of any protected person unless the court finds good cause not to make the order.*

⑨ ☐ **Stay-Away Orders**

a. I ask the court to order the person in ② to stay at least / 0 0 yards away from *(check all that apply):*

(1) ☑ Me.                                          (8) ☑ My vehicle.
(2) ☐ The other persons listed in ③.               (9) ☐ Other *(specify):*
(3) ☑ My home.                                     _____
(4) ☑ My job or workplace.                         _____
(5) ☑ My school.                                   _____
(6) ☐ My children's school.                        _____
(7) ☐ My children's place of child care.           _____

b. If the court orders the person in ② to stay away from all the places listed above, will he or she still be able to get to his or her home, school, or job?   ☐ Yes   ☐ No   *(If no, explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 9b—Stay-Away Orders," for a title.*

_____
_____

⑩ **Guns or Other Firearms and Ammunition**

Does the person in ② own or possess any guns or other firearms?   ☑ Yes   ☐ No   ☐ I don't know

*If the judge grants a protective order, the person in ② will be prohibited from owning, possessing, purchasing, receiving, or attempting to purchase or receive a gun, other firearm, and ammunition while the protective order is in effect. The person in ② will also be ordered to turn in to law enforcement, or sell to or store with a licensed gun dealer, any guns or firearms within his or her immediate possession or control.*

**This is not a Court Order.**

**Request for Civil Harassment Restraining Orders**
**(Civil Harassment Prevention)**

CH-100, Page 4 of 6 →

71                                                                              **Exhibit Q**

Case Number:
**2 2 P D R 0 0 1 3 0 8**

**(11)** ☐ **Temporary Restraining Order**

I request that a Temporary Restraining Order (TRO) be issued against the person in ② to last until the hearing. I am presenting form CH-110, *Temporary Restraining Order,* for the court's signature together with this *Request.*

Has the person in ② been told that you were going to go to court to seek a TRO against him/her?

☑ Yes   ☐ No   *(If you answered no, explain why below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 11—Temporary Restraining Order" for a title.*

_____

_____

_____

**(12)** ☐ **Request to Give Less Than Five Days' Notice of Hearing**

*You must have your papers personally served on the person in ② at least five days before the hearing, unless the court orders a shorter time for service. (Form CH-200-INFO explains* What Is "Proof of Personal Service"? *Form CH-200, Proof of Personal Service, may be used to show the court that the papers have been served.)*

If you want there to be fewer than five days between service and the hearing, explain why below:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 12—Request to Give Less Than Five Days' Notice" for a title.*

_____

_____

_____

_____

**(13)** ☐ **No Fee for Filing or Service**

a. ☐ There should be no filing fee because the person in ② has used or threatened to use violence against me, has stalked me, or has acted or spoken in some other way that makes me reasonably fear violence.

b. ☐ The sheriff or marshal should serve (notify) the person in ② about the orders for free because my request for orders is based on unlawful violence, a credible threat of violence, or stalking.

c. ☐ There should be no filing fee and the sheriff or marshal should serve the person in ② for free because I am entitled to a fee waiver. *(You must complete and file form FW-001, Application for Waiver of Court Fees and Costs.)*

**(14)** ☐ **Lawyer's Fees and Costs**

I ask the court to order payment of my ☐ lawyer's fees ☐ Court costs.

The amounts requested are:

| Item | Amount | Item | Amount |
|------|--------|------|--------|
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |

☐ *Check here if there are more items. Put the items and amounts on the attached sheet of paper or form MC-025 and write "Attachment 14—Lawyer's Fees and Costs" for a title.*

**This is not a Court Order.**

Revised January 1, 2018

**Request for Civil Harassment Restraining Orders**
**(Civil Harassment Prevention)**

CH-100, Page 5 of 6

→

**Exhibit Q**

Case Number: 2 2 P D R 0 0 1 3 0 8

(15) ☐ **Possession and Protection of Animals**

I ask the court to order the following:

a. ☐ That I be given the sole possession, care, and control of the animals listed below, which I own, possess, lease, keep, or hold, or which reside in my household.
*(Identify animals by, e.g., type, breed, name, color, sex.)*

_____

_____

I request sole possession of the animals because *(specify good cause for granting order)*:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 15a—Possession of Animals" for a title.*

_____

_____

_____

b. ☐ That the person in ② must stay at least _____ yards away from, and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of, the animals listed above.

(16) ☐ **Additional Orders Requested**

I ask the court to make the following additional orders *(specify)*:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 16—Additional Orders Requested," for a title.*

_____

_____

_____

(17) Number of pages attached to this form, if any: 5

Date: 9-13-2022

_____
*Lawyer's name (if any)*

▶ _____
*Lawyer's signature*

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: 9-13-2022

RICHARD ALBERTINI
*Type or print your name*

▶ _____
*Sign your name*

**This is not a Court Order.**

Revised January 1, 2018          **Request for Civil Harassment Restraining Orders**
                                                    **(Civil Harassment Prevention)**          CH-100, Page 6 of 6

**Exhibit Q**

9/12/22, 12:03 PM
Case 5:24-cv-01930-TJH-DTB   Document 38-2   Filed 01/24/25   Page 50 of 82   Page
9 July Barresi posts vs Richie as first interviewed for AH case witness Sipes
ID #:1063

2 2 P D R 0 0 1 3 0 8

Describe
Harrasement



ATTACHMENT TO Ch-100

**Paul Barresi** @PaulBarresi1 · Jul 9
Replying to @HailsLouis3
Albertini is a reminder we must be careful about who they sidle up with. He was one of the first people I interviewed. It took me two seconds to realize he has zero credibility. His actions on social media stems from an improper and evil motive, with malice, to do others harm.

💬   🔁 3   ♡ 12   ↑

**Paul Barresi** @PaulBarresi1 · Jul 8
Replying to @ThatUmbrella
Barresi is approachable anytime by calling 908-656-5712 directly.

💬 1   🔁 1   ♡ 4   ↑

🔒 twitter.com

**Exhibit Q** 1/1

22 PDR 001308

*Described Harassment Attachment to Ch-100*

4

← **Paul Barresi**
+1 908-656-5712

Fri, Oct 16

P  I still got that taped conversation of you and Big Ed. The one where you do your damndest to try and get him to say horrible lies about Johnny Depp. Hmmm, I wonder what I should do with it you fucking moron
1:11 PM

Anything you want.. That is old news you old fag.
1:11 PM

P  If you ever contact me again it will be a Enquirer headline and it will be broadcast as well promise you
1:13 PM

You know Paul that sounds like Blackmail. You should stop drinking.. Your a silly old fag. Enquirer Lol.. I'll send it to Andy Tillit Now.
1:14 PM

Enter message                    Send

**Exhibit Q**

2 Barresi pleads w/s Replie to Corey Feldman with FR number

2 2 P D R 0 0 1 3 0 8

*Describe harass*

*Attachment*

*To ch-MaQ P D 100*




## Paul Barresi
### 49 Tweets

Tweets    **Tweets & replies**    Media



**Paul Barresi** @PaulB... · 18m   ⋮
Replying to @Corey_Feldman

I got that scumbag Richie Albertini where you want him too.  Been trying to reach you. Call 908-656-5712

 



**Angenette Levy** ✔ @... · 4d   ⋮
NEW INFO: @radar_online reporting talks underway to settle lawsuit between Rocky Brooks and #JohnnyDepp. I heard from a source earlier this week that talks were underway. Hoped to get more info to report yesterday but didn't.

radaronline.com/p/johnny-depp-…… (cont)

@LawCrimeNetwork

 

**Exhibit Q**

22PDR001308

ATTACHMENT
Ch-100)



**Paul Barresi**
79 Tweets



...eets | **Tweets & replies** | Media | Like...

**Paul Barresi** @PaulBa... · 4h

Richie Albertini, who Amber Heard fans love, brutally tormented and mentally abused his own sick ailing mother so much, she had to be hospitalized. His allegations against Johnny Depp are as baseless as is he. Not a more cowardly, weakling of a little man has ever breathed air.




💬 4    🔁 12    ♡ 23

**Paul Barresi** @PaulB...
US ARMY GREEN BERET SGT.



  

*Describe Harrass rept* (handwritten)

# 1 Barresi Threatens Richie to Hit Him July 1 2022

1c20220701023025n+1 908-656-5712_0.amr.m4a *Attachment* (handwritten)

**Speaker1 (Barresi):** [00:00:00] Now, if I did. If I did, it was an accident. *Oh-100* (handwritten)

**Speaker 2 (Albertini):** [00:00:03] All right, well, stop having so many accidents. I mean, unless you've got something to say.

**Speaker1 (Barresi):** [00:00:11] I told you, I got nothing. Oh, I got something to say. What's up with that lazy eye, left eye man? You got lazy eye and your big old potbelly.

**Speaker 2 (Albertini):** [00:00:19] Yeah.

**Speaker1 (Barresi):** [00:00:20] What's up with that?

**Speaker 2 (Albertini):** [00:00:20] I don't know. Why don't you come in?

**Speaker1 (Barresi):** [00:00:25] I say you want to see a right hook coming across your fucking ugly head?

**Speaker 2 (Albertini):** [00:00:29] Well, you're saying you're going to hit me?

**Exhibit Q**



TAFT, VICTORIA                    B18-00065                    2

**IDENTIFICATION:**
Received in a box designated paper bag designated "B18-00065", "18-19633", and "DOE (SKELETAL REMAINS) is a sheet with bone fragments, described below.  There are also three bags: one bag is designated "TEETH" and the other two have only the case number.

**EXAMINATION**

In the sheet are numerous bone fragments that are calcined and charred.  There are larger fragments of long bone, calvarium, vertebrae, and portions of pelvis.  Reportedly, the portions of pelvis were examined at the scene by an anthropologist and determined to be possibly female.  Further examination is deferred to Anthropology.

In the bags are numerous small, fragmented, calcined and charred bones.  These are extremely small portions of various bones, including calvarium, long bones, and phalanges.  There is a large fragment of charred tissue; the fragment is difficult to cut due to charring, but there is a heart found with chambers. Blood in the myocardium is submitted for DNA analysis.   Other tissue is present, including muscle, possible liver with gallbladder (possible stones).

A section of apparent muscle is submitted for toxicology.  No identifying features are found; however, the bag labeled "TEETH" is submitted for dental comparison.

KR/clk
R: 11/15/18
T: 11/16/18

3      6      37      759

79

**Exhibit R**



**VeritasNumquamP** @vernumquamp · 6h  ···
Ugh, we don't want her in France thanks 😑 🤮



**Paul Barresi** ✅    **Follow**
@PaulBarresi1

Christina Taft has allegedly already begun to upset people in France, I am informed.

4:35 AM · Jan 2, 2025 · **17** Views



Exhibit

🔒 x.com

80

Exhibit T

1:29

← **Post**



**Paul Barresi** ✔
@PaulBarresi1

**Follow**    ⋯

WAS PRECIOUS TIME WASTED TO SAVE HER MOM? Christina Taft told CNN Anderson Cooper she & her mother [Victoria Taft] were sleeping when their neighbor Alice knocked on their door. Taft said, "So, because of her warning we knew that there was an evacuation. My mom came in, also woke me up, and then. you know, also, we didn't know how severe it was so I kinda just went and took a shower."



10:20 PM · Jan 3, 2025 · **117** Views



🔒 x.com

**Exhibit U**

**10:47**                        .ıll  📶  🔋91



**Laura B** @LauraB99737382 · Jan 4          ···

Your house is burning and you take a
shower? Yeah right

💬 1          ⟲          ♡ 13          ╷╷╷ 121          🔖          ⬆️



**Paul Barresi** ✔️          **Follow**   𝕏  ···
@PaulBarresi1

My precise sentiment. Brain dead people cost
lives, or they are so f--kin wrapped up in
themselves, they have no concern for other
people. Hmmm ...Sounds like these two
wretches.



AMBER WITH
LUNATIC FAN
CHRISTINA TAFT

5:09 AM · Jan 4, 2025 · **107** Views

💬 1          ⟲ 3          ♡ 12          🔖                    ⬆️



**Laura B** @LauraB99737382 · Jan 4

🔒 **x.com**          ↻

‹          ›          ⬆️          📖          🗇

**Exhibit V**



**Exhibit W**



Exhibit X



**Xayide27** @Xayide2_07 · Jan 4

I don't know.
Somewhere i read that the mother refused to leave and that her daughter "respected her choice".

💬 1    ⟲    ♡    ᵢₗᵢ 32    🔖    ⬆



**Paul Barresi** ✓
@PaulBarresi1

**Follow**    𝕏    •••

Leaving your mother to burn to death is no expression of respect by any stretch of the imagination.

11:43 AM · Jan 4, 2025 · **29** Views

 2         3        

**Exhibit Y**

 **Paul Barresi** ✓
@PaulBarresi1

**Follow**  ···

Christina Taft, CEO of Rescue Social, is fucking evil to the core. Not a more evil viscious human being has ever breathed air.

5:31 AM · Jan 12, 2025 · **171** Views

 1    ⟲ 1    ♡ 5    🔖    ↥

 **Laura B** @LauraB99737382 · Jan 12    ···
Amber Heard? 😂

💬 1    ⟲    ♡ 5    �archi 96    🔖    ↥

87

**Exhibit Z**

7:05

**Post**

**Paul Barresi** 
@PaulBarresi1

**Follow**

Time to concentrate on my book sales. They've gone through the roof since Christina Taft CEO filed her lawsuit. Check out my website: paul–barresi.com

3:40 PM · Dec 3, 2024 · **920** Views

💬 3        🔁 3        🤍 36        🔖 2        ⬆️

 **Pandapocaly…** @Pa… · Dec 3, 2024   𝕏 ···
Congrats Paul! Thank you Christina hahaha

💬        🔁        🤍 1        ili 70        🔖        ⬆️

**Exhibit Z-1**

11:49

## Post

**Paul Barresi** ✓
@PaulBarresi1

**Follow**

Christina Taft v. Adam Waldman/Paul Barresi

I'm not a hitman. I don't care what the undertaker says. youtube.com/watch?v=_PlvUG...



that Mr. Waldman is the "Consigli

ommunicates with for these activiti

in their association have repeated t

proximately five years, and two yea

tion of 18 U.S.C. § 1512, 18 U.S.C.

)61 and 18 U.S.C. § 1962.

11:05 AM · Oct 2, 2024 · **118** Views

♡ **4**

🔒 x.com

**Exhibit A-1**

11:50



← **Post**



**Paul Barresi** ✔
@PaulBarresi1

**Follow** ···

US federal court lawsuit alleges "Threats to Kill witnesses" in Depp v. Heard benefited Johnny Depp




6:36 AM · Sep 30, 2024 · **3,741** Views

💬 13          ⟲ 8          ♡ 75          🔖 15          ⬆️

**Exhibit A-2**

3:26



🔒 youtube.com

**Exhibit A-3**



6:34    📶 5G 57

← **Post**

**Paul Barresi** ✔
@PaulBarresi1

[ **Follow** ]  ▢  •••

Contrary to Christina Taft's FALSE CLAIMS, the FACTS SHOW, her mother VICTORIA was a 'Tits & Ass' actress & movie extra who sued Warren Beatty. Her lawyer did quit cause she failed to answer interrogatories. The judge fined her & subsequently threw her case out.



Last edited 3:09 PM · Dec 15, 2024 · **361** Views

💬 2      ⟲ 1      ♡ 30      🔖      💬

**Sergio Gorgone** 🇮🇹 🇩🇰 @sergio_gor⋯ · 18h   •••



🔒 x.com

**Exhibit B-1**

8:08

Warren Beatty. Her lawyer did quit cause she failed to answer interrogatories. The judge fined her & subsequently threw her case out.



💬 3    🔁 1    🤍 32    📊 489    🔖    📤

**Sergio Gorgone** 🇮🇹🇲🇽 @sergio_g( · Dec 15  •••
Good stuff Paul! I enjoy these deep dives of yours immensely!

💬 1    🔁    🤍 1    📊 41    🔖    📤

**Paul Barresi** ✔    Follow
@PaulBarresi1

Cowards. Every fucking one of them.

9:28 AM · Dec 19, 2024 · **14** Views

💬    🔁    🤍 1    🔖    📤

🔒 x.com

**Exhibit B-2**

 **Gmail**

**Christina Taft <taftchristina.ceo@gmail.com>**

---

## Fwd: ANTHONY FOX - ENDANGERED MISSING PERSONS INVESTIGATION, NO. VPD 01-18806

**Mario George Nitrini 111** <marionit111@gmail.com>                                                    Sat, Jan 4, 2025 at 4:50 PM
To: taftchristina.ceo@gmail.com

The OJ Simpson Case

The transcript of what Paul Barresi sent me pertaining to his interview with Anthony Fox's lawyer Brett Curlee.

Mario George Nitrini 111
-----
The OJ Simpson Case

---------- Forwarded message ----------
From: <paulbarresi@aol.com>
Date: Thursday, April 28, 2022
Subject: ANTHONY FOX - ENDANGERED MISSING PERSONS INVESTIGATION, NO. VPD 01-18806
To: "marionit111@gmail.com" <marionit111@gmail.com>

**CONFIDENTIAL**

Mario, This is transcript of my interview with Anthony Fox's lawyer Brett Curlee which I forwarded to detectives.  Notice how he is avoiding me.

**CONFIDENTIAL**

-----Original Message-----
From: paulbarresi@aol.com
To: pfurlong@cityofventura.ca.gov <pfurlong@cityofventura.ca.gov>; amorales@cityofventura.ca.gov <amorales@cityofventura.ca.gov>
Sent: Mon, Dec 13, 2021 5:49 pm
Subject: ANTHONY FOX - ENDANGERED MISSING PERSONS INVESTIGATION, NO. VPD 01-18806

Dec 13, 2021

**VENTURA POLICE DEPARTMENT**
**Endangered Missing Persons Division**
**1425 Dowell Dr., Ventura, CA 93003**

**DETECTIVE CPL. A. MORALES and**
**DETECTIVE PATRICK FURLONG**

**Investigative Report**

**ANTHONY FOX - ENDANGERED MISSING PERSONS INVESTIGATION, NO. VPD 01-18806**

**Dear Detectives Morales and Furlong,**

**I spoke with Anthony Fox's estate lawyer, James Goldman and his wife Laura, today.**

**I told him about the letter Anthony Fox wrote to his mother before he disappeared. He said he knew nothing**

**about it. And when I told him the endangered missing person's case remains open on Fox, he was very**

**surprised.  Then he put me on the phone with his wife Laura.**

**Laura Goldman stated that after Anthony's disappearance, although Constance Fox was originally going to**

**stay with Brett Curlee, [lawyer handling Anthony's lawsuit against Johnny Depp and others] she**

94

**Exhibit C-1**

ended up

going with the Goldman's who took care of her until arrangements could be made for her to move into her

boyfriend's parents' home sometime after Christmas [2001].

Neither Jim Goldman nor Laura Goldman knew what became of the answering machine.

Laura said, "Losing her father was a very dramatic experience for Constance. She was just a kid--

understandable  how she confused which one of her father's lawyers took her in."

I also spoke with Anthony Fox's former lawyer, Brett Curlee, [who eventually put a lien on Fox's estate],

However, he was not as forthcoming as the Goldman's.

I asked Mr. Curlee if he knew what became of the answering machine but he would not say one way or

the other. He used the excuse that it was a long time ago.

I told Mr. Curlee that a crucial piece of evidence that might potentially hold the key to Anthony Fox's

disappearance, I don't think is something that could be so easily forgotten.

continuing...

Paul: Have you spoken with the detectives investigation Fox's disappearance?

Curlee:  They contacted me but it's been a long while.

Paul:  Are you aware that Anthony wrote a letter to his mother just before he disappeared?

Curlee:  I'm not at liberty to talk about anything involving the case.

Paul:  May I know whether you ever spoke with Detective Furlong?

Curlee:  No, someone else, I can't recall the name.  Just have the detectives call me. Sorry I can't be of more

help but just have them call me.

End Call

Contact information:
James Goldman, Esq. https://lawyers.usnews.com/lawyers/james-l-goldman/90137092.  Home no. 805-320-6587

Brett Curlee, Esq. https://apps.calbar.ca.gov/attorney/Licensee/Detail/151058

End Report

**Exhibit C-1**

 Gmail

**Christina Taft <taftchristina.ceo@gmail.com>**

---

## Fwd: ANTHONY FOX'S DAUGHTER CONSTANCE

---

**Mario George Nitrini 111** <marionit111@gmail.com>             Sat, Jan 4, 2025 at 4:46 PM
To: taftchristina.ceo@gmail.com

The OJ Simpson Case

Paul Barresi sent me this.
It's his interview with Anthony Fox's daughter Constance.

Mario George Nitrini 111
-----
The OJ Simpson Case

---------- Forwarded message ----------
From: <paulbarresi@aol.com>
Date: Thursday, April 28, 2022
Subject: ANTHONY FOX'S DAUGHTER CONSTANCE
To: "marionit111@gmail.com" <marionit111@gmail.com>

CONFIDENTIAL

Mario, Here is my interview with Anthony Fox's daughter Constance.  Read all material sent to you thus far and I want you to take notes on paper and deliver the high points for a story.  There are a lot of people I feel who know something but are keeping very quiet. Paul

DONFIDENTIAL


**Major Piece of Evidence Gone:**
**Anthony Fox's daughter believes letter he wrote to his mother told her of his intentions to disappear.**

**Another Major Piece of Evidence Gone**
**Candace was forced to leave home that she shared with her father so quickly, she abandoned the answering machine filled with many voice messages, likely some from her father, she never got a chance to listen too...**

**Police never took the answering machine, or the voice recordings left on the answering machine into evidence.**

**Candace's unlikely guardians**
**Lawyers suing Johnny Depp on behalf of Anthony Fox of all people cared for their client's daughter, following their client's disappearance.**

CANDADE FOX – CALL – DEC 11 – 9:45 A.M.

Paul:  Good morning

Constance: Hi, how are you?

Paul:  Hi, who is this?

Constance:  Constance Fox

Paul:  I was wondering if you had a chance to look at the Will, but I also wanted to tell you—By the way, how's the little guy doing? It's a little quieter.   Now, my conversation with Charles [Fox]…There are little things—He said he was sorry he couldn't be of more help but often when you talk to people, they recall things that they don't realize the significance of it. And he seems to be as taken aback and absolutely puzzled over Anthony writing a letter either on the day he disappeared or just before he disappeared. He [Charles] was able to figure it out that your grandmother got the letter just before Christmas. The letter probably takes six or seven days to get to London, so it was likely written either just before he disappeared or when he disappeared.  And I want to ask you, why do you suppose your dad wrote your grandma as opposed to another member of the family. I know he was very close to you and I'm curious as to why he didn't write the letter to you.

Constance:  Because I was barely 16 maybe.  I mean my assumption is that he was giving her, you know…

**Exhibit C-2**

Paul:  Instructions or letting her know…

Constance:  Yeah, what his intention or plans were.

Paul:  That's what we thought too.  He was giving her sort of an account of what his next move.  But the thing is, why do you suppose he would leave so many in pain, especially you. Why would he leave so them in pain unless he told your grandma to let them know that I'll be okay, but she decided not to do it. She went so far as to destroy that letter and that letter is a significant piece and the detectives believe that as well. The letter might have been the answer.

Constance:  Yeah, I mean, the letter for me is something that I did not know about, and it brought up a lot of questions. I need a little more time to process some of this. I also want to speak with Charles. I am trying to figure out a time when I can do that. Given the time difference. I'm with my kid so I would like to try and have that conversation without any distraction.

Paul: I think they are about 9 hours ahead. Now on the Will, did you get a chance to look at it?

Constance:   Not really, I mean honestly, I don't know how these things work, but I would imagine that anything that should have come to me after all this time, it's probably too late.  I don't have a lot of expectations.

Paul:  I understand. The letter that he wrote though, did it give you a little piece of mind? In other words, if the letter is what we think, that it was his plan of what he intended to do, supports your belief that likely, he did go off the grid.

Constance:  Yeah, that's entirely possible.  I can never really say without reading the letter.

Paul: Yeah, we can never really say for sure.  Okay, I will leave you with your thoughts and we can talk in a couple of weeks if you want.

Constance: That sounds good. I am going to speak with Charles. It's been 16 or 17 years since we last spoke. I tried to reach out to him when I went to London after I graduated to sort of pay my respects to my father and find my grandmother's place via my grandmother's lawyer, who was the only person I had a contact number for because he had to give me that money from the Will. I don't know if the message [I gave the lawyer] ever made its way to Charles—This is a lot of personal stuff, I apologize.

Paul:  Well, now you do have Charles' address and his phone number, and you can talk to him. He is an awfully nice guy.

Constance:  Yeah, I know. I remember him, fondly.

Paul:  Final question, I want to ask you. Did you dad ever say to you that he was in fear of his life or that he was in danger?

Constance: I don't know if would have shared that with me honestly if he was.

Paul:  So, he may have been, but he never shared it with you.

Constance:  **No, I mean, I saw in the year leading up to his disappearance, I saw my father lose his temper and become uncollected.  My father was always a very calm, collected, and lovable person.  I saw him suffer more frustration and desperation in that last year than I did many years prior, in my entire childhood. Fear, I never knew my father to be a fearful man.**

Paul: It wasn't like he got any threatening calls or anything like that that you know of.

Constance:  This was way before cell phones. I was a teenage girl, I had to beg him to get a landline. He didn't even have a landline-- An answering machine, I mean.

Paul:  I see

**ANOTHER IMPORTANT PIECE OF EVIDENCE GONE…**

Constance:  **So, this is the other very unfortunate piece**—Whether there was also a letter for me or not, I will never know.  **You know, I had to leave home [after my father went missing] because I was a minor alone. I had my own life, I was self-sufficient, I had a boyfriend, I was working.  He [Anthony Fox] was working.  Point being, [after he disappeared] I left quite suddenly in the middle of night to stay with someone. And when I came back to get my things, it was very much like, we had to get in and get my stuff and get out. So, I didn't really get a chance to do a once over. When I went to the answering machine there were so many messages.  The mailbox was full, [but it may have well been empty] because I didn't get to look at anything so whether he [Anthony] called or not, I don't know. We had phone records. I don't know whether anybody [people who went in and cleaned up, missing persons detectives or whomever] looked at these things.**

**Exhibit C-2**

Paul: Why did you leave abruptly?

Constance: Because the police came, and then I could not be alone. I literally had just turned 16. I could not be alone.

Paul: Was this after they [the police] found the [Anthony's abandoned] truck and everything?

Constance: No, this was before the truck. I went to work, and I thought, 'I haven't seen my dad in a couple of days'. My co-workers were adamant that I call the police. So, I called the police and reported that I hadn't seen him for a while.

Paul: **Now, before you left abruptly, did the police search the place?**

Constance: **No, they asked a couple of questions.** This isn't on record? None of this is in the? report? [Note: Constance should have damn-well gotten a report but never did.]

Paul: I am more of a provider of information than a receiver of information, but I am sure because you're involved, they [the police detectives looking for your father] will tell you more than they are going to tell me. This works better for the police because whenever an outside investigator is involved, there is another pair of eyes, heart and mind involved, so they prefer rather not to lead me anywhere. Their attitude is, 'Okay if there is new intelligence, something we might have missed, you find it and let us know. [The many messages left in the answering machine—so many that they filled the answering machine to the limit, for example, is an extraordinary piece of evidence that may have gleaned valuable information as to Anthony's whereabouts.]

Constance: Do you work with the police department or did someone else hire you.

Paul: I am assisting the detectives directly. I keep forgetting that you were a minor at the time. When you called the police was it on the 19th of Dec or before the 19th of Dec [2001]?

Constance: I think it was before the 19th. What is the significance of the 19th.

Paul: Well because this is the [official] date that was reported when he allegedly disappeared. I thought that when his vehicle was found on Jan 2, [2002] that was the date I went by but when your uncle told me there was a letter, you understand, that gave it a closer timeline. Your uncle said he [Anthony] wrote a letter just before he disappeared. And your grandmother said she received it just before Christmas, that tells me that the 19th or in the middle of December is on or about the time he would have mailed the letter. But if you think you called the police before the 19th that still falls within the timeline even it was on the 14th or 15th of December.

Constance: **My father was going through a legal battle, so I stayed with one of the lawyers. [Note: This 'lawyer' is the 'someone' Constance stated she stayed with after she had to abruptly leave her home.] I stayed with one of [my father's lawyer's because I didn't have a lot of friends, so I stayed with one of the lawyers for like a week or so, I want to say.**

Paul: **I'm sorry, a lawyer for whom?**

Constance: **For his [Anthony my father's] case. One his lawyers from his team.**

Paul: **You were staying with your father's lawyer? Do you remember his name?**

Constance: **Jim Goldman, [James L. Goldman, Esq, Pircher, Nichols & Meeks – 1925 Century Park /east, 17th floor, Los Angeles /ca 90067-6077 was the conservator for the Estate of Anthony Fox] So, Brett Curlee [Brett B. Curlee, Esq. 11355 W. Olympic Blvd. Ste 100, Los Angeles, CA 90064 handled Fox's Bankruptcy] [See Exhibits 1 thru 7] was my dad's primary lawyer. [He was the first lawyer on the case. He came to pick me and my dog. And he let me stay with him and his wife.** They just had a baby. Then he let me go stay with my boyfriend's dad and stepmother. And this was all approved by the court. They asked me to stay for Christmas and soon after that my father's truck was found.

**[Note: This is highly suspect. Why of all people, did Constance go with Anthony's lawyers?]**

Paul: Now the case Anthony Fox vs Johnny Depp etc., I looked at this case early on when it was filed. Was your dad close to getting a settlement?

Constance: There was a lot of back and forth on that. The lawyers seemed very perplexed by his disappearance because they felt confident the case was close to nearing an end.

Paul: The court documents were sky-high, and I know your dad hit a couple of brick roads along the way. I did discover on my own that Sal Jenco—I don't know if you know the name.

Constance: Yeah, I do. He was the manager [of the Viperoom].

Paul: He stole.

Constance:  Yeah, I knew that.

Paul:  He stole, and he ripped-off Johnny and I guess in ripping off Johnny, he ripped off your dad.

Constance:  Yes.

Paul:  I was trying to get a hold of him because there is a documentary, Johnny vs Amber, but he didn't want to talk, I assume because he knew everyone had already known he was a thief.  Did your dad ever indicate to you that Jenco was ripping him off?

Constance: Yeah, that's what part of the legal battle was.

Paul:  I mean did he [your dad] ever express any of that to you directly.

Constance:  Yes, I went to a couple of the court dates, and I remember meeting Sal. And he was likeable but in a sleazy way.  And my dad something. It was a British thing…He was never one to slander someone, but he made it clear to me that Sal was not one to be trusted


Paul:  Sal was a bad apple. I think Johnny Depp was in it for the rock and roll because that was his first love, bands and being around bands and he didn't realize, I don't know, maybe he did, I don't know, but people were stealing from him left and right.

Constance:  I think he [Johnny Depp] did. They were doing things that were directly misusing the company trademark. It was more than just a misuse of company funds, skimming off the top.

Paul: Do you know who got those tape messages you had to abandon?  What if your dad called about fifteen times?

Constance: That's something I will never know.

Paul: Maybe you can ask your guardian what became of it. **[The notion that the police didn't take the message tape recorder that might have very well contained recorded messages from Anthony, into evidence, is crazy as the old lady destroying Anthony's letter.]**

Constance: My dad didn't have a lot of material attachment. He was the type to take whatever you need in a backpack and leave everything else behind. Move out and get the security deposit back, that was it.

Paul: He was a minimalist which is good for a people that like to just Up and Go, right?

Constance: My dad was very much an Up and Go person. He was very much a wonderer. Prior to having me, he traveled the whole world with his first wife, and he could his whole life in that existence.  I know he loved being a parent. He fought very hard in his custody battle for me when I was a child.  He was a good father.

End

**Exhibit C-2**

 Gmail

**Christina Taft <taftchristina.ceo@gmail.com>**

---

## Fwd: Anthony Fox Missing Person Investigation VPD 01-18806

**Mario George Nitrini 111** <marionit111@gmail.com>                    Sat, Jan 4, 2025 at 4:42 PM
To: taftchristina.ceo@gmail.com

Christina.

This is the email that Paul Barresi sent me pertaining to his emails to the Ventura County Sheriff's Department, and Maud Fox's will pertaining to the subpoena I received regarding your federal lawsuit case against Paul Barresi & Adam Waldman.

Barresi's last sentence is very telling trying to coerce the Ventura County detective's that Johnny Depp had nothing to do with the disappearance of Anthony Fox



"Charles agreed that the possibility of Johnny Depp having anything whatsoever to do with his brother's disappearance is next to zero"


Mario George Nitrini 111
------
The OJ Simpson Case

---------- Forwarded message ----------
From: <paulbarresi@aol.com>
Date: Thursday, April 28, 2022
Subject: Fwd: Anthony Fox Missing Person Investigation VPD 01-18806
To: "marionit111@gmail.com" <marionit111@gmail.com>


CONFIDENTIAL

Mario,  Here is investigative report I sent detectives.  Listen to my interview with Anthony Fox's brother, Charles and read mother's Will. KEEP FILE for story.

CONFIDENTIAL

-----Original Message-----
From: paulbarresi@aol.com
To: pfurlong@cityofventura.ca.gov <pfurlong@cityofventura.ca.gov>
Cc: amorales@cityofventura.ca.gov <amorales@cityofventura.ca.gov>
Sent: Thu, Dec 9, 2021 4:56 pm
Subject: Anthony Fox Missing Person Investigation VPD 01-18806

Dear Det. Furlong,

I spoke with lead Detective Morales earlier this week. He said he was immersed in a priority kidnap investigation and that he will contact me to get brought up to

speed on my updated findings re, Anthony Fox's disappearance.

Meanwhile, I now provide you with Anthony Fox's mother Maud Fox's **Will** along with [30 minute] audiotaped interview I conducted with his Anthony's eldest brother

**Charles Fox** this a.m.

Charles stated his mother **Maud Fox**, told him she had received a letter from Anthony just before Christmas 2001.

As you are well aware, Anthony disappeared just before Christmas 2001 on the 19th.  Therefore, he wrote the letter which his mother refused to disclose likely days

**Exhibit C-3**

prior to his disappearance.  What makes this even more bizarre is that Charles asked his mother what Anthony said in the letter but she stubbornly refused to tell

him. And when Charles pressed her to tell her what the letter said, she told him she destroyed it.

Following Maud's death, Charles told me that he searched everywhere for the mysterious letter but it was nowhere to be found.

**Maud Fox had a secret she was keeping for her Anthony so worth protecting, she took it to her grave.**

As evident in a previous report I sent you, however, this was not the first time Maud covered for Anthony. When he filed for bankruptcy, she helped him fabricate a fraudulent laundry list people and businesses to whom he alleged he owed money and even went so far as to include her own name to the bogus list.

Charles was very surprised to hear that Johnny Depp turned over his interests in the Viperoom to Anthony's daughter. Despite it being widely reported, Charles said he was not aware.

What surprised him even more was to learn that his mother added Anthony's daughter to her Will because his she didn't think too kindly of Constance.

I suspect Anthony's letter to his mom included a plea for her to care for his daughter because his mother's [revised Will] makes generous provisions for her including

10,000 pounds in addition to Anthony's share of the estate, as stipulated in Will,  after he is deemed dead in 2006.  It appears this date 2006  was just pulled out of the hat which leads to only more suspicion. it is likely Maud wanted to honor her son's wishes that she provide for his daughter.

**Irrespective of what Anthony's letter said, writing the letter only days before his disappearance is suspect.**

**Anthony's mom's refusal to say what was in the letter is further suspect.**

**To my mind, Anthony vanishing into thin air was not something he didn't see coming.**

Charles believes Anthony's daughter Constance knows more than what she has disclosed.

I told Charles that Johnny Depp is a very generous good hearted man and that over the years he has helped many people, paying their rent, bills, medical expenses, etc.

Charles confided that there is a stronger likelihood that Anthony is either still alive and just  wanted to create the impression he disappeared or he committed suicide."

Charles agreed that the possibility of Johnny Depp having anything whatsoever to do with his brother's disappearance is next to zero.


End Report

Paul Barresi
cell no. 908-656-5712


**FYI**
**Charles Fox**, Tel no. 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-312-524 age 75, resides with wife Morna at 8A Catharine Place, Bath, Avon, BA1 2PR-  England
https://en.wikipedia.org/wiki/Bath,_Somerset

**Exhibit C-3**

-----Original Message-----
From: Furlong, Patrick <pfurlong@cityofventura.ca.gov>
To: paulbarresi@aol.com <paulbarresi@aol.com>
Sent: Wed, Jul 31, 2019 12:40 pm
Subject: Ref Anthony Fox Missing Person Investigation VPD 01-18806


Per our phone conversation, I am reaching out to you to inquire about any information regarding the Missing Person investigation for Anthony Fox (VPD 01-18806).


Thanks again,


Patrick Furlong

Criminal Investigative Technician
Sex Offender Registration / Missing Persons
Ventura Police Department
1425 Dowell Dr., Ventura, CA 93003
(805) 339-4473 Office


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

**3 attachments**

 **Johnny Depp - Charles Fox call_09-36-18_OUT__16699291319017.amr**
3001K

**Maud Fox Will 1.pdf**
528K

**Maud Fox Will 2.pdf**
30K

**Exhibit C-3**

 Gmail                                  **Christina Taft <taftchristina.ceo@gmail.com>**

---

## Motion - Explain "Mortal Danger Threat"

---

**Mario George Nitrini** <nitrinimario3@gmail.com>                  Mon, Dec 9, 2024 at 5:22 PM
To: Christina Taft <taftchristina.ceo@gmail.com>

It's in this post of mine

https://x.com/nitrini1950/status/1864465838755205489
W
where I screenshot Paul Barresi's post about my son.
My son got involved with the wrong crowd. A gang murder took place and my son testified for the
prosection.
Because Paul Barresi posted his post pertaining to my son and me, some very bad people have
been looking for me.
I'm very seriously contemplating filing a criminal complaint on Paul Barresi for attempted murder.

As far as Anthony Fox's disappearance goes, I have my own evidence on whom I believe killed
Anthony Fox on Johnny Depp's request. It's hearsay, but these people who I talked to are "in the
know."

Mario George Nitrini 111
------
The OJ Simpson Case

[Quoted text hidden]

                                                                              **Exhibit D-1**

 **Gmail**

Christina Taft <taftchristina.ceo@gmail.com>

---

## Taft v. Barresi, et al. (Case No. 5:24-cv-01930)

Christina Taft <taftchristina.ceo@gmail.com>
To: Melissa Lerner <mlerner@lavelysinger.com>
Cc: Lucy Hanna <legalstructureconsulting@gmail.com>, Mel Sue H <melodyesue@gmail.com>, "ceo.taft@rescue-social.com" <ceo.taft@rescue-social.com>, " <taft.christina@yahoo.com>, Roya Hassas <rhassas@lavelysinger.com>, Max Fabricant <mfabricant@lavelysinger.com>

Ms. Lerner:

**For the Judge's Consideration, Exception (b) - The Answer is "No" to these demands**

**The demand to "withdraw any complaints or reports made with any other authority or agency" violates statutes:**

- **California Code of Civil Procedure § 1001 and Stand Against NDAs SB 331**: Prohibits agreements or actions aimed at silencing individuals from
- **Federal Whistleblower Protection Laws**: Protect individuals from retaliation when reporting illegal activity to federal agencies.

To Lavely & Singer - In consideration of former clients of law firms that may report against 'fixers' and witnesses reporting:

- During Defendant Waldman and Defendant Barresi escalating attacks against Plaintiff Taft and reporting witnesses, a very crucial redaction of a former
- **Former clients and attached clients of Barresi _can be_ exploited and intimidated, including to not report him to authorities, and to be silenced** forceful attachment by Defendant Barresi obstructs investigations and from stopping his exploitation.
- A 10 year old, 2006 article from ABC reported that "Barresi collected dirt on Sylvester Stallone" (while still claiming to 'work' for him) was redacted.
  - "Barresi said that Pellicano hired him to "get dirt on" Sylvester Stallone" (*original report from 2006 retrieved in early 2022*) *the repor exploitation with no notation of redaction* (*2022 redacted onward*).

### Violation of 2022 California Law on No NDAs Silencing Criminal or Unlawful Conduct

- **Law Violation,** California's **Stand Against Non-Disclosure Agreements Act** (SB 331), effective January 1, 2022, **prohibits c settlement agreements that prevent the disclosure of information about unlawful acts, including harassment, discrim behavior.**
  - California Code of Civil Procedure § 1001. Protects whistleblowers and victims from being silenced about unlawful activitie

### Violation of Rule 3.10 of California Bar Association Codes of Conduct:

- **Rule 3.10**: Lawyers are prohibited from threatening criminal, administrative, or disciplinary charges solely to obtain an advantage in a **In violation of Rule 3.10, the 3 years licensed Max Fabricant escalated to threaten after repeatedly calling and text me** Florida Melodye Haynes for allegedly Writing/Editing legal pleadings of Plaintiff, for providing legal consulting to Plaintiff, and for Hay comply to settle (accompanying violation of the 2022 California Law that confidentiality agreements cannot stop reporting unlawful activity). https://apps.calbar.ca.gov/attorney/Licensee/Detail/333859
  - Attached Two Exhibits of Text Messages
  - *After Plaintiff already wrote there was no authorization to contact Haynes*

### Federal Authorities Encourage Court Access and Equal Protection:

- **FBI agent Greg suggested that a lawsuit would be helpful at our interview.**
- **Reports under oath cannot be revoked and my lawsuit is under oath to prevent revocation**
- **Plaintiff Keeps Rights and Rule of Law from the Federal US Law against witness, victim, and informant tampering.**

**Intimidation or Threats by Lawyers - Potential Violations:**

- **18 U.S.C. § 1512 (Witness Tampering)**: Includes intimidating or threatening witnesses to prevent lawful reporting or participation in legal proceedings.
- **California Penal Code § 136.1**: Criminalizes preventing or dissuading a witness or victim from making a report to law enforcement or other authorities.
- **Threatening civil, administrative, or criminal consequences to discourage complaints violates California Rule of Professional Conduct 3.10.**

**You should tell your supervisor, Marty Singer.**

- **(b) Exceptions.** The court may admit this evidence for another purpose, such as proving a witness's bias or prejudice, negating a con **an effort to obstruct a criminal investigation or prosecution.**

Regards,
Christina Taft

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian, American*
LinkedIn

On Tue, Nov 26, 2024 at 7:01 PM Melissa Lerner <mlerner@lavelysinger.com> wrote:

CONFIDENTIAL AND PRIVILEGED SETTLEMENT COMMUNICATION (FRE 408)

EXHIBIT N
**Exhibit D-2**

M Gmail                                         Christina Taft <taftchristina.ceo@gmail.com>

**Taft v. Barresi, et al. (Case No. 5:24-cv-01930)**

**Christina Taft** <taftchristina.ceo@gmail.com>                                        Thu, Jan 9, 2025 at 12:57 PM
To: Christina Taft <taftchristina.ceo@gmail.com>

---------- Forwarded message ---------
From: **Melissa Lerner** <mlerner@lavelysinger.com>
Date: Tue, Nov 26, 2024 at 7:01 PM
Subject: Re: Taft v. Barresi, et al. (Case No. 5:24-cv-01930)
To: Christina Taft <taftchristina.ceo@gmail.com>
Cc: Lucy Hanna <legalstructureconsulting@gmail.com>, Mel Sue H <melodyesue@gmail.com>, ceo.taft@rescue-social.com <ceo.taft@rescue-social.com>, taft.christina@yahoo.com
<taft.christina@yahoo.com>, Roya Hassas <rhassas@lavelysinger.com>, Max Fabricant <mfabricant@lavelysinger.com>

CONFIDENTIAL AND PRIVILEGED SETTLEMENT COMMUNICATION (FRE 408)

Ms. Taft,

To avoid incurring further attorneys' fees and costs and in order to resolve this matter without additional motion practice before the Court, we propose the following terms for
settlement.

1. Mutual releases of all claims, known or unknown, existing at effective date of settlement agreement (with customary Civil Code 1542 waiver)
2. Mutual non-disparagement
3. Mutual non-contact
4. Takedowns
    a. Provision requiring that, within 7 days after execution of agreement, each Party take down any material (videos, articles, blogs, tweets, etc.) that he/she (or his/her
       representatives or agents) has publicly posted about the other Party and submit requests to any other site/company where such material has been published
    b. Within 10 days after execution of agreement, Parties must sign and return to each other signed and notarized statements attesting under oath that all material
       about the other Party has been removed from the Internet (from sites under the parties' control and/or that of their agents/representatives) and attaching copies of
       letters sent to any other sites/companies/publications requesting removal of such material
    c. Provision prohibiting the parties and their agents/representatives from posting about the other Party or discussing one another in any context or any way
5. Any breaches of the non-disparagement, non-contact or takedown provisions to constitute material breach to be resolved via expedited procedures at JAMS in Los
   Angeles, CA
6. Taft to withdraw any complaints or reports made against Barresi with any other authority or agency
7. Taft to dismiss with prejudice the action pending in federal court no later than 10 days after execution of the agreement
8. Taft to pay $20,000 to Barresi (c/o Lavely & Singer Client Trust Account) for his attorneys' fees and costs incurred in this action
9. Confidentiality of agreement and payment terms

Please provide your response before the Thanksgiving holiday. It would be in the parties' best interest to resolve this matter.

My client's rights and remedies are reserved.

Sincerely,

Melissa Lerner

From: Melissa Lerner <mlerner@lavelysinger.com>
Date: Wednesday, November 6, 2024 at 3:15 PM
To: Christina Taft <taftchristina.ceo@gmail.com>
Cc: Lucy Hanna <legalstructureconsulting@gmail.com>, Mel Sue H <melodyesue@gmail.com>, ceo.taft@rescue-social.com <ceo.taft@rescue-social.com>, taft.christina@yahoo.com
<taft.christina@yahoo.com>, Roya Hassas <rhassas@lavelysinger.com>, Max Fabricant <mfabricant@lavelysinger.com>
Subject: Re: Taft v. Barresi, et al. (Case No. 5:24-cv-01930)

Hi Ms. Taft,

The allegations against Mr. Barresi, Lavely & Singer P.C. ("L&S"), my colleagues and me and/or clients of L&S contained in your emails dated November 1-2, 5 and 6 and Ms. Hanna's October 31 email are denied in
full.

I do not agree that your filing a motion for a preliminary injunction is relevant to the issue of a response date to the operative complaint or that it belongs in a stipulation on the subject, but you are certainly able to
propose changes to what I sent you in Word format. Instead, I understand your email to mean that you received advice from your legal consultants, Lucy Hanna and Melodye Sue Hannes, to reject the proposal of
entering into a stipulation. Unless you indicate that this understanding is mistaken, we will be proceeding with our motion to dismiss the Complaint pursuant to FRCP 12(b).

All of my client's rights, remedies, claims and defenses, whether arising in law or in equity, remain expressly reserved.

Sincerely,

**Exhibit D-3**

 **Christina Taft <taftchristina.ceo@gmail.com>**

---

# (no subject)

---

**paulbarresi@aol.com** <paulbarresi@aol.com>          Sat, Nov 19, 2022 at 5:27 PM
Reply-To: paulbarresi@aol.com
To: "taftchristina.ceo@gmail.com" <taftchristina.ceo@gmail.com>

What you told the press and why the coroner report says conflict bitch. Did you leave you mom to die?

---

 **Vitoria Taft Cornoner Report .pdf**
525K

**Exhibit F-1**