# DECLARATION OF IAN HERNDON

**STATE OF FLORIDA**

**COUNTY OF PINELLAS**

Ian Herndon, being duly sworn, deposes and says:

I am a Witness in the matters of Case 5:24-cv-01930-TJH-DTB (Taft v. Paul Barresi, Adam R. Waldman, and Does 1-10), currently pending in the U.S. District Court of the Central District of California.

I am above the age of 18 and reside in Florida.  At the time of these events, I resided in Florida

The facts stated in this affidavit are true and correct to the best of my knowledge and belief. I have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true.

I am competent to testify as the facts stated herein in a court of law and will so testify if called upon.


1. I am a witness that has personal knowledge of Defendants Paul Barresi and Adam Waldman of their continuous harm, harassment, threats to kill, threats to assault, and maliciousness against Witnesses, Victims of Assaults, and Taft with intimidating and dangerous activities to interfere to obstruct reports to law enforcement and testimony for cases.

2. I first became aware of Paul Barresi through Richard Albertini. Albertini appeared to be in communication with Barresi at the time, and manipulated and provoked by him. I've witnessed Barresi threaten death, mortality, and danger to people.

3. I witnessed the coercion caused by Barresi against Angela and Plaintiff Taft when he obtained an audio recording of their conversation speaking of abuse and violence in 2022. Angela completely shifted after Barresi communicated with her after he became aware of her and I being in contact. To this day, and between 2022

**Exhibit A**

to 2025, I observed that Angela and Taft are being coerced by Barresi. I witnessed the death threats of Barresi towards Angela and his intent to signal Taft to fear mortality and personal danger.

4. Richie and I met when he was having a dispute with Corey Feldman about Johnny Depp's Viper Room. Approximately 2019 to 2020, Richie and I went back and forth.

5. Richie Albertini introduced me to Angela, who is Jane Doe in Plaintiff Taft's lawsuit, and advised me that Angela was a victim of a famous actor who wasn't going to speak out about it, and Richie didn't want to talk with her any longer.

6. Richie gave me Angela's contact information and upon making contact with her first. Angela, though a victim of assault by Marton Csokas, was in contact with Richie and Richie was angry because of Johnny Depp. Back then he was affirmatively against Johnny Depp. I did not approve of the way he was treating her. Angela told me that Richie criticized her experience with Marton and other past abusive circumstances.

7. From that moment forward, Angela talked to me directly about having been abused by Marton Csokas. After getting to know each other over a period of months, they made plans to finally meet in person in Louisiana, during the 2015 filming season 2 of the Badlands.

8. On November 25, 2020, Angela and I spoke with each other directly by phone for hours multiple nights in a row. Angela told me she first communicated with Marton Csokas online, then eventually met him in New Orleans in 2015, and was drugged and kept for days to torture and sexually assault her. Angela advised that she had to be taken to the hospital, and also provided graphic photos to depict her injuries.

9. Angela sent me photos of injuries to depict how she was tortured by Martin, and I have knowledge of a letter that was threatening her.

Page 2

WITNESS DECLARATION OF IAN HERNDON

Exhibit A

10. Paul Barresi silenced what Marton did to Angela for years by making her afraid of retaliation.

11. Angela told me over the phone that a man named Paul Barresi showed up at locations she was at and in one instance pointed a gun at her face.

12. Angela told me on multiple occasions there are about ten women who are also victims of Csokas, and how one was in the middle of a Court case in Italy with Marton at the time. Angela said the custody court case was after the young woman had been raped by Marton and had a child.

13. Angela stated to me she is afraid to pursue anything criminally against Marton related to raping or torturing her, over a period of multiple days, and is afraid to pursue anything against or about Paul Barresi.

14. On November 25, 2020 at 1:27pm, Angela forwarded a copy of a letter, an email from Eric Hessler (hessler.law@gmail.com, attorney at law from New Orleans, Louisiana to Richie Albertini. The original email date stamp was April 21st 2015 at 1:32pm with the email subject titled Marton Csokas. – In summary it states: The author of the letter has been contacted by Marton Csokas regarding a possible police investigation by the New Orleans Police Department regarding reports of false imprisonment and sexual torture. The author of this letter references Marton Csokas and Eric Hessler as if they are not the authors of this letter and instead a third individual is.

15. The letter further advises with "unyielding advice" for Angela to not move forward in any way regarding Marton Csokas and the New Orleans Police.

16. Furthermore, the letter also states that attorney Erirc J Hessler is aware of the criminal report of torture & assault, and if Angela moves forward with her police case actions, Eric Hessler will charge Angela.

17. In this same letter, Angela was also instructed that Eric Hessler would be checking Angela's phone on a regular basis to *illegally* identify her location and/or scare Angela into believing she could be located at any time.

Exhibit A

18. Additionally, the letter states if Marton Csokas name is released in the media, not only should Angela be afraid of the police, but she should be afraid of the author of this letter because as stated *"I myself will come and find you and the consequences of that will be dire"*

19. Angela advised me on numerous occasions that a Hollywood Fixer, believed to be Paul Barresi, was sent to intimidate and silence her, and at one point he showed up where she was in person and pointed a gun at her head.

20. After some time speaking with Angela, it became clear she was far too scared to expose anything about what happened to her in 2015 at the hands of Marton Csokas.

21. Not long after learning about this letter, Richie Albertini started repeatedly posting copies of her medical injury photos publicly on Twitter. This action by Richie Albertini immediately alarmed and worried Angela, because she stated to me she was deathly afraid of Paul Barresi thinking she is talking about what Marton Csokas did to her in 2015.

22. Richie Albertini provided my personal contact info as well as my wife's, directly to Paul Barresi.

23. Paul Barresi having my name and contact # was immediately concerning to me due to me already hearing directly from Angela what he has done to her.

24. Paul Barresi called my wife and said "Your husband needs to stop". I have knowledge that she told Barresi, 'I have no clue what you are talking about' and hung up.

25. While fact checking Richard Albertini on the things he stated previously about his past affiliation with Johnny Depp's club named 'The Viper Room' as well as various acquaintances Richie claimed to know, I contacted Olivia Barash on July 24, 2021 at 2:02PM and asked if she can confirm that Richie Albertini ever worked at The Viper Room.

Exhibit A

26. Olivia responded quickly, just a day later on July 25 at 1:20pm, and asked stated "Whats up? The timing of your inquiry, is odd. Are you making a Viper Room documentary, too? Lol Can you give me some more info"

27. In my next response to Olivia, I clarified that I am not making a documentary, and instead I was threatened by Richard Albertini that I would be highlighted in some documentary he is part of regarding the Viper Room.

28. Olivia never responded to me again after her first response, but later I received a copy of a text message from Olivia to Richie Albertini, advising him that Olivia was offered $20k by Barresi regarding her involvement in a documentary about the Viper Room.

29. These events surrounding Olivia and a documentary led me to believe there is clear coercion and attempts to silence individuals who worked at the Viper Room and/or around Johnny Depp.

30. After losing contact with Olivia via LinkedIn, Richard Albertini, still provoked by Defendant Paul Barresi and Defendant Adam Waldman, began targeting other female victims of assault.

31. Based on my time interacting with Richie Albertini since 2020, I believe he and Paul Barresi were collaborating. What I have seen regarding Paul Barresi and Richie Albertini, shows indications of individuals who are trying to silence victims of famous individuals.

32. Sometime between 2021 and 2023, Paul Barresi personally produced a copy of the letter with the header for Eric Hessler law, and that letter has Paul Barresi's name removed from it.

33. Paul claims the letter is fake, purely by producing a second version that is identical except for Paul's name being removed.

34. Paul admitted to not only being aware of the letter in 2020 after Angela had shared it with Richie and myself, but that he also possessed his very own copy of it (although conveniently with his name missing).

WITNESS DECLARATION OF IAN HERNDON

Exhibit A

35. Paul did not realize that despite refuting the authenticity of the letter as a whole, he accidentally validated the authenticity of her claims and the remarks of the letter from 2015 the moment he produced a copy himself. Paul's name not being included on the letter changes nothing about the facts contained within the letter, such as the repeated threatening remarks.

36. The email address Angela received the threatening letter from, Hessler.law@gmail.com needs data from it subpoenaed for any account activity the month prior, during, and after Angela received the email from that address: March 2015, April 2015, and May 2015.

37. I observed in 2022 when Paul Barresi became aware of Christina Taft's support for Amber Heard and Witnesses, including Richie Albertini, that he began targeting Taft.

38. I observed that Barresi was inciting Albertini to attack Taft, as I observed of their behavior prior. Christina stated to me she felt unable to help Angela due to the audio tape Barresi obtained of them speaking together and exploiting them.

39. I observed that Taft did not retract that Richie was a witness against Depp and that Angela was victimized by Csokas despite coercion and manipulation by Defendants Barresi and Waldman.

40. In the last 2 years I have known Christina Taft, she has been afraid for her life, and concerned Paul Barresi is going to find her or send someone to harm her. At one point she told me she had to move out of the state of California all the way to Hawaii just for some sense of safety from Paul Barresi.

41. Roberta Kaplan told me on the phone that when she joined the legal team, she removed Barresi off Amber's case.

42. From 2022 to this very day, I have observed Christina Taft be in constant fear of Paul Barresi, supported by ongoing contact by him using threatening and

**Exhibit A**

harassing language. I fully support Taft getting a restraining order and injunctions against Defendants and Barresi being restrained from contacting witnesses to harass them or invade their privacy.

43. I have observed Paul Barresi obtaining commercial gain through reputational enhancement. I saw his book titled, "Johnny Depp's Accidental Fixer" and many different articles with him that he can solve any problem without any boundaries up to and including murder. High profile people are seeing his association with Johnny Depp, and in turn it portrays that he is valuable to them as a 'fixer.'

44. Based on my personal witness interactions with Paul Barresi and witnesses manipulated by Barresi, including Richie Albertini, I am afraid of them and others should be too. My exposure to Paul and potential witnesses he manipulates has shown me they are exploitative of other individuals living through complex and difficult criminal situations.

I attest that lines 207, and 267, of the lawsuit of Plaintiff Taft are true and correct; and all lines in the footnotes of the lawsuit referencing myself are true and correct.

I have additional knowledge and information I can declare and attest to, inclusive of defendants ongoing activities.

I, Ian Herndon, as a declaring witness to testify if so called upon, do hereby declare under penalty of perjury that the information provided herein is true and accurate to the best of my knowledge. This declaration has been verified and is made in good faith.

Exhibit A

DATED this <u>10th</u> day of <u>January</u>, 2025.

Signed: _____

Name: Ian Travis Herndon

State of Texas
County of Brazoria

**SUBSCRIBED and SWORN to before me**

**this** ___<u>10th</u>___ **of** ___<u>January</u>___ **, 2025.** By Ian Travis Herndon.

_Linda F. Peeples_ ,Online Notary Public

**NOTARY PUBLIC in and for said State,**

**in the United States of America**

**OFFICIAL SEAL**

LINDA F. PEEPLES
Notary ID #132579084
My Commission Expires
July 21, 2028

This notarial act was an online notarization via
two-way webcam and audiovisual technology.

Produced <u>Florida Driver License</u> as identification along with multi-factor KBA authentication.

Exhibit A

# DECLARATION OF MOLLY BEATON

**STATE OF FLORIDA**

**COUNTY OF ORANGE**

Molly Moreen Skye Beaton, being duly sworn, deposes and says:

I am a Witness in the matters of Case 5:24-cv-01930-TJH-DTB (Taft v. Paul Barresi, Adam R. Waldman, and Does 1-10), currently pending in the U.S. District Court of the Central District of California.

I am above the age of 18 and reside in Florida. At the time of these events, I resided in Florida.

The facts stated in this affidavit are true and correct to the best of my knowledge and belief. I have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true.

I am competent to testify as the facts stated herein in a court of law and will so testify if called upon.

1. Knowing I could be a witness, Defendant Paul Barresi has continued to contact me to this day, and I want his brutal, continual threats and harassment to stop. I am afraid of him and I haven't told directly that I am testifying for Plaintiff. I do not want Barresi who acts like a hitman going to my house for being a witness.

2. Since first interacting with witnesses and then Barresi from 2021, 2022 to December 2024, I personally have reported that he is a 'hitman' as I provided that to Florida State Police (Case 48-2021-NM-002537). Two witnesses corroborated Barresi's imminent dangerousness to threaten and kill.

3. Barresi has tried to make me provide information about Plaintiff Christina Taft and described Angela, who is Jane Doe in Plaintiff's lawsuit, a "non-entity," which I find disturbing. She is absolutely an 'entity' that is important. I find Barresi's description disturbing because I have observed Barresi's credible threats and behaviors leading me to believe he is an erratic criminal for hire and dangerous.

4. As recent as December 28, Defendant Barresi has contacted me which I see as harassing, dangerous, invasion of privacy, threatening, and malicious. His emails are eerily intimidating, manipulative, and controlling. He was trying to force me to say or do things I do not agree with. I'm an innocent victim that was brought in related to victims of sexual assault. Barresi is a criminal stalker.

5. Plaintiff Taft first contacted me in 2022, and I witnessed escalations of intimidation towards her by Defendants Barresi and Waldman. I witnessed escalations of vandalism, TROs filed, and that "witnesses are still being harassed" discussed between Barresi and Waldman as they wanted to "END" Amber Heard and as a result, endanger anyone nonsensibly who did not agree with him.

6. I continued to see Defendant Barresi harassing and stalking Plaintiff Taft for 2 years. As recent as January 5th, 2024, I saw that Barresi was stalking Taft's location, residency, about her mother's death, all in his alarming efforts as a criminal fixer, and to eliminate witnesses that may have turned to assist Heard.

7. Barresi is orchestrating people to attack Taft repeatedly, as a paid fixer and obsession with her, to control, and to make people perceive her the way he wants. Barresi uses her mother to try to make her die, which is what a fixer does.

8. I saw disturbing activities after Barresi first contacted me, uninvited, through a social media account in 2022. He later called me September 28, 2022 and I was not comfortable talking with him. Barresi keeps focusing irrationally on me, witnesses, Taft, and a letter he is obsessed with that witness Mario Nitrini sent to me.

9. Angela is in an audio recording with Taft. I've seen Paul Barresi maliciously exploit their private telephone call to intimidate and coerce them for years now.

10. Angela personally communicated to me that a Hollywood Fixer, believed at the time to be Paul Barresi, put a gun to her head on a hiking trial in Lake Mary, Florida, to silence her from ever successfully reporting or talking about the sexual assault of her by actor Marton Csokas. We bonded by being victims of assault and in the industry.

11. Angela first reached out to me on July 8th, 2021. She wanted me to email about her to a celebrity, Tygh Runyan, from a television show. I barely knew her, the email was embellished to promote her, I didn't like it, and I didn't send it. I was making a show for broadway. She wanted me to get in touch with Johnny Depp's agent about a song she wrote about him and I think Depp is an abuser.

12. A week later, I helped Angela, Jane Doe, with her music video and stayed with her in Tennessee at her house. Angela paid for my flight ticket and not for assisting her work. I saw that she had large scars on her legs and body that were from her surviving days long torturous attacks from Actor Marton Csokas.

13. We disagreed about compensation and argued, however, still communicated on well-being, safety, and music production. We were concerned about Barresi as a hitman and Richie who changed sides to harass us. Originally Richie convinced me that he wanted to help us, alerting that Barresi was a hitman and a Hollywood Fixer, and then he started to torment escalating to needing police intervention. 2021, I asked Mario Nitrini, about Barresi and Richie "he confessed to murder"

14. Angela was afraid for her life from "fixers" acting to benefit Actor Csokas when her name is used. I sent to the police in their investigation a text message from Angela on September 14, 2021 stating, "My police officers actually already warned him. He putting my life in danger every time he says my name." Angela asked me, "Have you tried the fbi?"

15. Since April of 2022 and since Taft showed Albertini that Barresi was oppressing him with Waldman to benefit Depp with documentation, he has stopped contacting me for two years. Albertini knew I was supportive of Amber when he

**Exhibit B**

1  was contacting me before and when Barresi was contacting him. I do not want

2  anymore instigated harassment by Barresi and I do not want to be contacted ever

3  again by either of them or threatened. It is a nightmare.

4

5  16. In May 2022, Angel for Artists was harassing people supporting me, talking

6  about "an actor and his goons" harming her, making up stories about the letter,

7  how documents were obtained, photos, and making up stories about me. I corrected

8  the stories in text messages to Angela and Angela replied strangely.

9

10  17. Defendant Barresi initially contacted me in 2022 in his interests in fighting

11  Richie Albertini, who I know has information against Johnny Depp, although I did

12  not know about the assaults in the Viper Room done by Depp. In the same

13  documentation I sent the Florida police in 2021, Albertini was referencing Amber

14  Heard, who is an assault victim like I am an assault victim.

15  18. I've seen messages of witness Ian Herndon messaging in 2021 to Roberta

16  Kaplan, who was Amber's attorney, about problems of harming rape victims and

17  monitoring rape victims, with "alleged ties to Johnny Depp, Anthony Pellicano,

18  and Paul Barresi" in the message. Ian was trying to help me. Richie tagged

19  @adam_waldman and @Barresi_paul in many postings attacking me and Amber,

20  after showing me the text from Barresi to Richie of "Hey, that tranny had it

21  coming. If it wasn't me to have done her in, it would've been somebody else."

22  19. Instead of productive activities by Richie, who kept being instigated by Barresi,

23  he decided to be a witness for my abuser Dargan Watts for a film/modeling related

24  job, who I have a civil court case with after he provided false pretense that I would

25  be his employee, and assaulted me in his home. I'm here to help Taft not Richie.

26  20. I've witnessed from this nightmare related to cases that Defendant Barresi

27  manipulates people to conspire with him to attack anyone who complains about the

28  powerful, while those who don't agree with him are then ominously harmed.

Exhibit B

21. I am requesting that this court issues injunctions and restraining orders against Paul Barresi, to protect witnesses like me and Taft from his intimidation, stalking, and relentless pursuit to crush witnesses, even if they die as a result of his pursuit. I and others will have imminent and continuing harm, as well as severe emotional distress from Defendant Barresi's continuing harassment, invasions, and threats.

22. In my personal observations, Paul Barresi is erratic, psychopathic, and a danger to anyone around him. I'm afraid of what he'll do next.

23. For reports to the Florida police I sent: "hit man Paul Baressi attacking survivors of elite sex crimes" on September 14, 2021 at 3:27:33 PM EDT To: cestep@maitlandpd.org (Case number: 48-2021-NM-002537) and again "hit man Paul Barresi and survivor Angela" September 14, 2021 at 3:28:53 PM EDT To: cestep@maitlandpd.org as well as images of postings by Mario Nitrini "People connected to Johnny Depp" a sexual attack allegation was made re: actor Marton Csokas and "Porn actor Paul Barresi sent me several 'messages' (Despicable)" Another image related to Angela showed representing brutal injuries to her.

24. Barresi disturbs me in his activities as a criminal for hire fixer. On October 22, 2024 at 5:26:43 PM EDT Barresi emailed me, "The alleged victim or aka Jane Doe is really a non entity. Evidence shows Taft and Albertini partnered in a scheme to accuse me of heinous felonious acts including death threats." Barresi emailed me Oct 21, 2024 during his stalking activities and obsessions with Richie and Taft.

25. Paul Barresi emailed me unwantingly at Sat, Dec 28, 2024 at 12:51 PM claiming Christina Taft "She invokes your name in her lawsuit. [Attached]" where Barresi highlighted multiple lines on Obstruction of Justice and Witness, Victim, and Object Tampering, coercion, threatening to kill, and "fixing" for Depp.

Exhibit B

Defendant Barresi thinks I am a witness that could testify for Taft. I find Barresi is vengeful, manipulative, and controlling and any contact by him is very alarming.

26. Highlighted by Barresi while he's trying to control and manipulate me to say things I don't agree with in his pursuit: "Plaintiff aims to prevent coercion and protect individuals from being subjected to such unlawful and oppressive conduct in California, ensuring alignment with fundamental principles of justice and constitutional rights. In addition, Plaintiff addresses elements related to Obstruction of Justice as outlined in 18 U.S.C. § 1512(b)(1) and (2), which prohibit witness tampering through intimidation, threats, and corrupt persuasion. These provisions are designed to protect the integrity of the justice system by preventing any attempts to unduly influence witnesses or hinder their ability to testify in legal proceedings… Defendants conspired, co-conspired, and continue to conspire and co-conspire as of today's date, by threatening to kill, continuously mentioning harm towards, civilly harass, invade privacy of, and intentionally and negligently inflicting emotional distress to Plaintiff Ms. Taft, as well as to multiple individuals... Defendants, in their "fixing" activities to benefit Mr. Depp, engaged in conduct to tamper with physical evidence relevant to investigations and potential investigations by the Police, Federal Authorities, and the FBI."

27. I do not want anymore chaos, harassment, assaults, manipulation, or intimidation in my life, initiated by Paul Barresi in his evil schemes.

28. I have faith that the court and honorable judge can consider restraining Defendant Barresi and issuing a writ of authority to protect witnesses.

29. A true and correct copy of Defendant Barresi's harassing email to me on December 28th, 2024 is attached to my Declaration as Exhibit 1.

30. A true and correct copy of Angela's text to me on September 14, 2021 is attached to my Declaration as Exhibit 2.

Page 6 of 7

WITNESS DECLARATION OF MOLLY BEATON

Exhibit B

31. A true and correct copy of Defendant Barresi's intimidating email to me on October 22, 2024 is attached to my Declaration as Exhibit 3.

32. A true and correct copy of Defendant Barresi's message to me to get on a phone call with him on September 28, 2022 is attached to my Declaration as Exhibit 4.

I have additional knowledge and information I can declare and attest to, inclusive of defendants ongoing activities.

I, Molly Moreen Skye Beaton, as a declaring witness to testify if so called upon, do hereby declare under penalty of perjury that the information provided herein is true and accurate to the best of my knowledge. This declaration has been verified and is made in good faith.

DATED this __13th__ day of January, 2025.

Signed: _Molly_ ⟶ _Molly-Moreen Beaton_

Name:   Molly - Moreen Beaton

State of Florida
County of Miami-Dade
Sworn to affirmed and subscribed before me on this 13th day of January 2025
by Molly-Moreen Beaton who appeared by means of online notarization and
produced a Drivers License as identification.

_Andrew Nadal_
                                    Andrew Nadal
NOTARY PUBLIC in and for said State,

in the United States of America   This notarial act was an online notarization.

OFFICIAL SEAL

ANDREW NADAL
Notary Public - State of Florida
Commission # HH 131969
My Comm. Expires May 21, 2025

Page 7 of 7

WITNESS DECLARATION OF MOLLY BEATON

Exhibit B

     **Christina Taft <taftchristina.ceo@gmail.com>**

---

# Fwd: fabricated letter

---

**Molly Skye Brown** <molly.skye.brown@gmail.com>          Mon, Nov 11, 2024 at 9:29
                                                                                AM

To: taftchristina.ceo@gmail.com

I never replied again once he said Anglea was a non entity. He's dismissive of a big part
of the puzzle and that just reinforced to me that he's a criminal for hire fixer.
Sent from my iPhone


Molly Skye Brown

#MeTooMuch

Host of the "Let's Be Frank" podcast

Subscribe to Apple Podcast here

Subscribe to the YouTube video production of podcast here


Begin forwarded message:


**From:** paulbarresi@aol.com
**Date:** October 22, 2024 at 5:26:43 PM EDT
**To:** Molly Skye Brown <molly.skye.brown@gmail.com>
**Subject: Re: fabricated letter**



Hello Molly Thanks so much for getting back.  The alleged
victim or aka Jane Doe is really a non entity. Evidence shows
Taft and Albertini partnered in a scheme to accuse me of
heinous felonious acts including death threats. Do you know
how Albertini or Taft came to know Jane Doe? Whatever
information you can provide to shed light on this malicious
scheme is appreciated. Thanks again, Paul

On Tuesday, October 22, 2024, 09:11:00 AM PDT, Molly Skye Brown

**Exhibit B**

5:32

◀ Facebook

**Paul Barresi**



# Paul Barresi

Facebook

You're not friends on Facebook

**View profile**

SEP 28 AT 11:20 AM

Hi Molly please give a call 908-656-5712 re, the bastard Richie Albertini

If you reply, Paul Barresi will also be able to call you and see info like your Active Status and when you've seen messages.

**Block**            **Delete**



Aa

**Exhibit N: Barresi's "Kill" Audio**

```
 1   TIME IN HERE.
 2          A      WELL, THERE'S A CURRENT REPORT IN
 3   BURBANK.  THERE'S A CURRENT REPORT IN SOUTH CAROLINA.
 4   AND WE'RE MEETING WITH THE LOS ANGELES POLICE NEXT
 5   WEEK.
 6          Q      WHEN WAS THE ONE MADE IN BURBANK?
 7          A      THE ONE IN BURBANK WAS MADE TWO WEEKS
 8   AGO.
 9          Q      DO YOU HAVE A COPY OF IT?
10          A      I DON'T HAVE IT HERE.
11          Q      THIS IS YOUR TRIAL TODAY, SIR.
12          A      I UNDERSTAND, SIR, BUT PLEASE LET ME
13   ANSWER THAT.  MY COLLEAGUE WHO IS IN POSSESSION OF ALL
14   THE RECORDS AND FILES; A WOMAN, SHE'S BEEN RECEIVING
15   DEATH THREATS FROM PAUL BARRESI.  SHE WAS SUPPOSED TO
16   BE HERE THIS MORNING, BUT SHE WAS UNABLE TO MAKE IT.
17   SHE'S SCARED.  HER NAME IS CHRISTINA TAFT.
```

7:52

← **Post**



**Paul Barresi** ✔
@PaulBarresi1

[Follow]  ⬚  ⋯

Despite a California State Judge denying
Christina Taft's cohort Richie Albertini's
request for a restraining order  in Oct 2022-
accusing me of murder, mayhem & worse-
two years later, she's got no qualms about
selling the same bill of goods to a United
States Judge.



Last edited 4:37 PM · Dec 28, 2024 · **110** Views

💬        ↻1        ♡ 8        🔖        ⬆



🔒 x.com        ↻

## STATE OF CONNECTICUT

| 5:24-CV-01930-TJH-DTB | | UNITED STATES |
| TAFT, CHRISTINA | | DISTRICT COURT OF |
| V. | | CENTRAL CALIFORNIA |
| BARRESI, PAUL, | | EASTERN DIVISION |
| WALDMAN, ADAM R. | | November 5, 2024 |

The undersigned, being duly sworn, deposes and states:

1. My name is Erik R. Eichler, and I am over eighteen years of age.

2. I believe in the obligation of oath and am competent to testify to the matter stated herein.

3. I am a Private Investigator employed by Eichler Investigative Services, LLC., in South Windsor, CT, according to the Connecticut Department of Public Safety License # A-2834.

4. On October 29, 2024, at approximately 2:00 p.m., I traveled to the residence of an individual known as Rebecca M. Berry, located at ███████████████ ██████████.

5. On that date, I spoke with Rebecca M. Berry and her mother, Joan Berry, in the driveway at that location.

6. I provided Rebecca M. Berry with a copy of the United States District Court complaint, *Christina Taft v. Paul Barresi and Adam R. Walkman, 5:24-CV-01930-TJH-DTB.*

7. I provided Rebecca M. Berry with a letter from Christina Taft requesting a Witness Declaration for the above-said case.

8. Ms. Joan Berry asked Rebecca M. Berry, "What is this about?"

Exhibit C

9.      At that time, I witnessed Rebecca Berry respond, "Remember that guy [Paul Barresi] who confessed to me about killing people?"

10.     Rebecca M. Berry said she would contact Christina Taft or this investigator later and terminated the interview.

7.      That I have read the above affidavit and understand it completely.

_____
Erik Eichler
Private Investigator
Eichler Investigative Services, LLC.

Subscribed and sworn to before me on this ___10___ day of ___NOVEMBER___, 2024.

_____
Notary Public
My Commission Expires: 4/30/29

ALMERY G LOPEZ
NOTARY PUBLIC
CONNECTICUT
MY COMMISSION EXPIRES 04-30-2029

50

**Exhibit C**

1

2
## DECLARATION OF MIKE MCCORMICK

3
**STATE OF CALIFORNIA**      )
                             ) SS:
4
**COUNTY OF LOS ANGELES** )

5

6
Mike McCormick, being duly sworn, deposes and says:

I am a Witness in the matters of Case 5:24-cv-01930-TJH-DTB (Taft v. Paul Barresi, Adam R. Waldman, and Does
7
1-10), currently pending in the U.S. District Court of the Central District of California.

8
I am above the age of 18 and reside in California. At the time of these events, I resided in California.
9
The facts stated in this affidavit are true and correct to the best of my knowledge and belief.

10

11
I have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to
those, I believe them to be true.
12

13
### Events

14
I am a licensed retired LAPD private investigator in California. On March 13th, 2022, Ms. Taft inquired to me about
looking up an old friend of socialite Michelle Diamond's named Richard Bren, son of billionaire real-estate
15
developer Donald Bren, so they could re-connect. Ms. Diamond was a friend of Plaintiff's mother Victoria Taft.
16

17
On June 16th, 2022, Plaintiff Taft requested that I be her private investigator related to witnesses being harmed as
she was alarmed to. Plaintiff was afraid that witnesses could be harmed or disappear for giving information to Taft
18
that revealed Barresi's activities to suppress witness testimony. I reached out to several witnesses to let them know
19
they had help if they needed it and could speak.

20
I spoke with Witness of Viper Room Mr. Albertini and Defendant Barresi. Mr. Albertini wanted to testify and told
21
my client Ms. Taft that he wanted to testify against Depp. Mr. Albertini stated that Barresi confessed to him to have
22
killed Shalimar Seuli. Shalimar fell off a roof to her death. I asked my client where Barresi was in the 24 hours
23
before and the 24 hours after death. Barresi did not appear to deny doing this from my observations and information
over years.
24

25
I confirm that I approved of reporting to the Bureau of Security and Investigative Services and to the FBI after I
observed witness interference. I observed that witnesses reported to the FBI and advised my client Taft.
26

27

28
PAGE 1 OF 4

**Exhibit J**

1

2   I confirm that Barresi sent me over 30 emails and documents of his. He had called and texted me repeatedly for over

3   a period of 2 years. Mr. Barresi stated he would record me as well when I asked him for consent to record him.

4   Barresi has left repeated aggressive voicemails, texts, phone calls and harassment to me, including about my former

5   client Taft and other Witnesses for 2 years. The last one was September 30, 2024, that my former client informed me

6   was after process service of him of Lawsuit with Actions including obstruction of justice, and restraining order

    requests.

7

8   I am intimidated and threatened by Barresi for attempting to help witnesses, Plaintiff Taft, and former clients of

9   Barresi's who he exploits.  I am intimidated by him constantly, in an attempt to get me to not report him. Mr. Barresi

10  intimidates me by stating that my client ever had me as a private investigator and manipulates financial transactions,

    when in actuality all my witnesses and my client were afraid for their lives.

11

12  In the last aggressive voicemail, Mr. Barresi cursed me several times stating "that PI Juan Brooks," and claimed that

13  there "could have been a soft landing." In context to what I have personal knowledge of, observed, and information

14  of.  This is a direct threat to me, a threat to other private investigators, a threat to witnesses, and to my former client,

    Plaintiff Ms. Taft.

15

16  From my ongoing observations, Mr. Barresi will not stop even when he is reported to authorities, or in the interest of

    investigation, including from the FBI.

17

18  Based on my personal knowledge and observations, the nature of Defendants is extreme. I have observed:

19      ➢   I observed Witness Interference by interviewing witnesses and in documentation.

20      ➢   I have knowledge of witnesses with ongoing threats and harassment made to them by Defendants.

21      ➢   I observed Albertinti was originally listed as a cooperating witness and I have possession of Interview of
            Albertini from 2019 from Barresi on June 4, 2022.

22      ➢   I personally communicated with Richie and was given witness names and timelines.

23          Chris Stanco, Bruce Corkum, Peter Nichols, Cathy Duncan, Stacy Lopez, Donna, and Big Ed Shaw, were a

24          few of the over 20 names I observed given to me which were related to Viper Room and with
            information they could testify about.

25      ➢   I have knowledge that Barresi used a recording to coerce Richie and Big Ed Shaw.

26      ➢   I have knowledge of how Barresi contacted witness Daniel Brummit over a phone call, attempted to
            corruptly persuade him and intimidated him and his son.

27      ➢   In 2022, I observed and have knowledge of emails, texts of Paul Barresi and Adam Waldman in

28                                          PAGE **2** OF **4**

**Exhibit J**

correspondence and conspiring to suppress witness testimonies and they were sent to Mario Nitrini.

➢ I have knowledge that Mario Nitrini has information regarding Barresi and Waldman correspondence, what Barresi sent about potential witnesses to the law firm Brown George Ross LLP that requested Barresi to obtain witnesses, about Joshua, and what Barresi sent Nitrini against or about Elon Musk and security person Gavin Debecker.

➢ I observed and have personal knowledge that witnesses were intimidated, including but not limited to Richie, Mario Nitrini, and myself, and crimes that I witnessed were enacted by Defendants.

➢ I observed Adam Waldman approve witness interference to gain unscrupulous advantage on intent, with break-ins and vandalism against Witnesses on a phone call with Paul Barresi. I have personal knowledge of this since September 2022.

➢ I observed Paul Barresi and Adam Waldman locating people. I have knowledge that witness Rebecca Berry was told by Barresi defendants use to refocus threat vandalism and break-ins perpetuated on witnesses to alter the intent as being by their opponents.

➢ I have information of Barresi's text to witness Richard Albertini, " I still go that taped conversation of you and Big Ed. The one where you do your damnest to try and get him to say horrible lies about Johnny Depp. Hmmm, I wonder what I should do with it you fucking moron." He also threatened the witness when he indicated earlier "if I hadn't done her in, someone else would have."

➢ I received emails from Barresi, including on the, to my belief, likely murdered Anthony Fox, former co-owner of the Viper Room.

➢ I have personal knowledge that Barresi is dangerous to potential witness Amber Heard and other former clients including as potential witnesses that could report him to authorities or testify. He named multiple former client potential witnesses in emails.

➢ I observed that Rocky Brook's case was impacted, including witnesses from the Viper Room and listed witness Heard no longer being available to testify.

➢ In my observation, Barresi audio records and can exploit his phone calls with attorneys, former clients, and potential witnesses that may want to report him.

➢ I observed Mr. Barresi had his license nearly immediately revoked by the California Attorney General 10 years ago and is not supposed to be doing unauthorized lookups.

➢ Barresi is dangerous and needs to be restrained. In my knowledge I have seen his aggression for years and it is serious by nature.

I attest that lines 78, 79 80, 95, 113, 114, 115, 116, 117, 118, and 119 of the lawsuit of Plaintiff Taft are true and correct.

I have additional knowledge and information I can declare and attest to, inclusive of defendants ongoing activities. I assert that I can provide said evidence to the facts stated above.

PAGE **3** OF **4**

**Exhibit J**

1

2

3

4  I, Mike McCormick, as a declaring witness to testify if so called upon, do hereby declare under penalty of perjury

5  that the information provided herein is true and accurate to the best of my knowledge. This declaration has been

6  verified and is made in good faith.

7  DATED this 24 day of Oct , 2024.

8

9  Signed: _____

   Name: Mike McCormick

10

11

12  SUBSCRIBED and SWORN to before me

    this _____ of _____ , 2024.

13

14  _____

15  NOTARY PUBLIC in and for said State,

    in the United States of America

16

17  OFFICIAL SEAL

18

19

20

21

22

23

24

25

26

27

28

PAGE 4 OF 4

**Exhibit J**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ___Los Angeles___

Subscribed and sworn to (or affirmed) before me on this __24th__ day of ___October___, 2024, by ___Mike McCormick___

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

MATHEW CRES SAN JOSE
Notary Public · California
Los Angeles County
Commission # 2500056
My Comm. Expires Sep 17, 2028

(Seal)                    Signature_____

**Exhibit J**

**DECLARATION OF MICHAEL KOUNTZ**

**STATE OF NEW MEXICO**   **)**
                               **) SS:**
**COUNTY OF BERNALILLO**   **)**

Michael Kountz, being duly sworn, deposes and says:

I am a Witness in the matters of Case 5:24-cv-01930-TJH-DTB (Taft v. Paul Barresi, Adam R. Waldman, and Does 1-10), currently pending in the U.S. District Court of the Central District of California.

I am above the age of 18 and reside in New Mexico. At the time of these events, I resided in New Mexico.

The facts stated in this affidavit are true and correct to the best of my knowledge and belief. I have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true.

**Events**

1. I am a licensed private investigator in New Mexico. Plaintiff Taft requested help from Superior Investigations on May 1, 2023 to locate and interview James Conner regarding an audio recording contained in an edited video by Paul Barresi which claimed to portray a phone call between Paul Barresi and James Conner. Taft understood that we adhere to legal practices, that we have witnesses feel safe to speak, and she was in fear from the coercion by Defendants. Plaintiff Taft was exploited by this tape for some time. I have knowledge there were fearful voicemails left to Superior Investigations and Auriella, while she was in Colorado while visiting witness Joe Triscari.

2. It is my belief that the audio by Paul Barresi was exploited on purpose to be used to facilitate tactics similar to blackmail, and use of the audio, inclusive of either with influence on the witness and/or edits, was essential for him to do this.

3. I located and interviewed James Conner in June of 2023. James Conner advised me he was a licensed private investigator. I observed that Conner appeared to be disabled by his own admission.

PAGE **1** OF **4**

**Exhibit D**

4. James Conner advised that he was not aware of the audio recording contained in edited videos by defendant Paul Barresi, which contained allegedly James Conner speaking about Plaintiff Christina Taft. James Conner advised that he did not know he was being recorded by Defendant Barresi during a phone call to him by Barresi.

5.  James Conner advised that he did not give permission to be recorded by Barresi.

6.  James Conner advised me that the audio was taken out of context. He further advised me that the audio did not reflect the actual nature of the conversation in which Conner had with Defendant Barresi.

7.  James Conner advised me that he did not consent to the use of his voice in that manner and desired help in having the audio and the videos removed.

8.  James Conner further advised me that the things he was portrayed as saying in the call regarding Plaintiff Taft were hearsay.

9.  After leaving the interview with James Conner, I received a phone call from him advising me that Paul Barresi was dangerous, and that he was in fear for his life due to his involvement.

10.  James Conner then advised that he was flying to his property in Alaska out of fear of reprisal from Barresi, and that I should be careful about my involvement with Defendant Barresi, as I could face reprisal as well.

11. I reviewed the audio tape contained in the video by Barresi. Contained in the audio tape done by Paul Barresi of purportedly James Conner, are alterations that he was an FBI agent and that her mother Victoria Taft had witnessed a mob murder by the Gottis. It distressed Taft about her mother Victoria Taft and her death. James Conner advised me he was never an FBI agent. The tape showed images of a man dead allegedly from the mafia, members of the mafia, and a gun. In the beginning of the tape, Barresi discussed a photo of Amber Heard with Plaintiff Taft to James Conner, that they were arm in arm, yet at the same time indicating danger to life through comparing to an assailant. I have information that Plaintiff is still fearful to this day that this audio tape is either to make someone shoot her or to shoot Amber. Or that a death could occur. I have information that Defendant Barresi acted aggressively to terrify Taft and others contained in the content of the audio tape.

12.  I was informed by Taft that she had an "Executive Protector PI" Juan Brooks for multiple months in 2023 with continuing fear and activities by Defendants.

PAGE **2** OF **4**

**Exhibit D**

13. Taft stated her mother had connections to Hollywood and although she'd been in social circles, never had any relation to these groups. Taft feared this was an underlying threat to her constantly, that she should be afraid of a murder of her or other people. James did not mention Gotti to me. Taft showed a photo that Barresi released referring to her and other witnesses of himself with Victoria Gotti where he wrote "Gambino family gathering" and Johnny Depp within the context. While I was on a call with Auriella, Auriella asked Taft if this had to do with Depp, and she was hesitant to say a case connection.

14.  I have personal knowledge that Aurelia Barajas and I had a telephone interview with Jesse Adams at the Department of Consumer Affairs against Barresi's coercion. Mr. Adams accepted our report.

15. On September 05th, 2023, I received an email from Plaintiff Taft containing a screenshot of a text message chain from the phone number (908) 656-5712, which she advised was Defendant Paul Barresi's phone number. I observed the following message, portrayed in the screenshot to have been sent from the above number to Plaintiff Taft on Nov 7, 2022: "Stacy is your sister" and sexual expletives.  Taft advised that the text referred to Stacy Hagman in Texas and requested that I interview her. She had compliments for Stacy and was fearful that Barresi could access her.  I was able to locate a phone number for Stacy, but have not been able to reach her through it.

16. On October 19th, 2023, I spoke with a sister of James Conner, who previously owned Argus Private Investigations and Security Agency in Texas. She did not want interference with her brother, and approved that Barresi should not be licensed and that he was under investigation. In October 2023, I supported that Taft should have a restraining order against Barresi and I still support that she should have a restraining order. I have knowledge that Taft lives in Hawaii for her safety.

17.  Plaintiff Taft advised in emails to me that Defendant Barresi continued to harass her during 2024, sending an email stating "Your Brother is a Monster," referring to probably Sean Conner, who may be Taft's half brother. I have knowledge that this email contained audio tapes that Barresi has, including one with Defendant Adam Waldman. I had previously tried reaching out to Sean Conner but was unable to make contact.

PAGE **3** OF **4**

**Exhibit D**

18.  Plaintiff Taft advised that she sent this email of Barresi to Jesse Adams at the Department of Consumer Affairs in California, but received no response.

I attest that lines 270, 271, 272, 275, 276, 288, of the lawsuit of Plaintiff Taft are true and correct.

I have additional knowledge and information I can declare and attest to, inclusive of defendants ongoing activities.  I assert that I can provide said evidence to the facts stated above.

I, Michael Kountz, as a declaring witness to testify if so called upon, do hereby declare under penalty of perjury that the information provided herein is true and accurate to the best of my knowledge. This declaration has been verified and is made in good faith.

DATED this 4th day of November, 2024.

Signed: _____
Name: Michael Kountz

SUBSCRIBED and SWORN to before me this ___4TH Day___ of ___November___ , 2024.



_____
NOTARY PUBLIC in and for said State, in the United States of America

OFFICIAL SEAL

DUSTIN MILLS
Notary Public
State of New Mexico
Comm. # 1128727
My Comm. Exp. May 26, 2028

PAGE 4 OF 4

**Exhibit D**

1

**Exibit F: Exhibit of Further abuse Related to Mother**



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Exhibit K

1

**Exhibit O: Barresi's Posts (Heard/Plaintiff)**

2

3    Laura B @LauraB99737382 · Jan 4          ···

4    Your house is burning and you take a
     shower? Yeah right

5

6    💬 1        ⟲        ♡ 13      ᵢₗᵢ 121      🔖     ⬆

7    Paul Barresi ✓          Follow    𝕏  ···
     @PaulBarresi1

8

9    My precise sentiment. Brain dead people cost
     lives, or they are so f--kin wrapped up in
10   themselves, they have no concern for other
     people. Hmmm ...Sounds like these two
11   wretches.

12

13   

14

15                            AMBER WITH
                             LUNATIC FAN
16                           CHRISTINA TAFT

17

18

19   5:09 AM · Jan 4, 2025 · **107** Views

20

21   💬 1        ⟲ 3        ♡ 12       🔖              ⬆

22        Laura B @LauraB99737382 · Jan 4

23

24        🔒 x.com                         ↻

25

26

27

28

1    **Exhibit M: Barresi's "Cowards" Statement**

2

3

4



5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Electronically Filed
THIRD CIRCUIT
3DSS-25-0000044
22-JAN-2025
04:34 PM
Dkt. 10 OATRO**

IN THE DISTRICT COURT OF THE THIRD CIRCUIT

N.S. HILO DIVISION

STATE OF HAWAII

| | | |
|---|---|---|
| CHRISTINA TAFT | ) | CASE NO. 3DSS-25-44 |
| | ) | |
| | ) | TEMPORARY RESTRAINING |
| | ) | ORDER AGAINST HARASSMENT; |
| | ) | NOTICE OF HEARING |
| Petitioner(s), | ) | |
| vs. | ) | JUDGE: M. KANANI LAUBACH |
| | ) | |
| PAUL BARRESI | ) | HEARING DATE:  January 29, 2025 |
| | ) | TIME:  9:30 am |
| | ) | |
| | ) | |
| Respondent(s). | ) | |

TEMPORARY RESTRAINING ORDER AGAINST HARASSMENT

Based upon the Petition for Ex Parte Temporary Restraining Order
and Declaration of Petitioner(s) and pursuant to **Hawai'i Revised Statutes
§604-10.5,** the Court finds there is probable cause to believe:

 Recent or past acts of harassment by Respondent(s) have occurred.
☐ Threats of harassment by Respondent(s) make it probable that acts
of harassment may be imminent against Petitioner(s).

It appears to the Court that a Temporary Restraining Order should be
granted and is necessary to prevent acts of harassment.

64

**Exhibit H**

Accordingly, IT IS ORDERED that Respondent(s) shall appear before the Judge in the above-entitled proceeding at the date, time and place indicated in the Notice of Hearing below. Pending the hearing on this Petition, Respondent(s) is/are ordered as follows:

## TO THE RESPONDENT:
## YOU AND ANYONE ACTING ON YOUR BEHALF ARE ORDERED AS FOLLOWS:

- Do not contact, threaten, or physically harass Petitioner(s)
  - and any person(s) residing at Petitioner(s) residence

- Do not telephone Petitioner(s)

- Do not enter of visit Petitioner(s)'
  - residence, including yard and garage
  - place of employment

- **Pursuant to HAWAI'I REVISED STATUTES §134•7, you shall not possess or control any electric gun(s), firearm(s) and/or ammunition for the duration of this Temporary Restraining Order.**

- **You shall immediately turn over for safekeeping all electric guns, firearms and/or ammunition in your possession and control to the Hawai'i County Police Department (any District Police Station in Hawai'i County), for the duration of this Order or any extension thereof.**

This Order becomes effective upon its signing and filing and shall remain in effect for fifteen (15) days, unless extended or terminated by the Court.

**ANY KNOWING OR INTENTIONAL VIOLATION OF THIS TEMPORARY RESTRAINING ORDER AGAINST HARASSMENT IS A MISDEMEANOR PUNISHABLE BY A JAIL SENTENCE OF UP TO ONE YEAR AND/OR UP TO A $2,000 FINE.**

**A SENTENCE OF 48 HOURS JAIL FOR A SECOND CONVICTION AND 30 DAYS JAIL FOR ANY SUBSEQUENT CONVICTION(S) IS MANDATORY. [HAWAI'I REVISED STATUTES §604-10.5, §706-663 AND §706-640]**

_Jeffrey C. Hawk_     1/22/2025
_____
JEFFREY A. HAWK

Judge of the above-entitled Court     Date

**Exhibit H**

## NOTICE OF HEARING

TO: PAUL BARRESI

NOTICE IS GIVEN that the Petitioner(s) above named has/have filed the foregoing Petition for Ex Parte Temporary Restraining Order and for Injunction Against Harassment.

YOU ARE COMMANDED to appear before the Presiding Judge of the above-entitled Court, the District Court of the above Circuit, Courtroom 2C, 777 Kilauea Avenue, Hilo, Hawaii, on  WEDNESDAY  ,  January 29, 2025 @ 9:30 am

      Prior to the scheduled hearing date, you or your attorney may file a written response explaining, justifying, or denying the alleged act or acts of harassment. At the hearing, the parties shall be prepared to testify, call and examine witnesses, present any documents, and give legal or factual reasons why the Injunction should or should not be granted. Each party may be represented by an attorney and shall be prepared to proceed at the hearing. **IF YOU OR YOUR ATTORNEY FAIL TO ATTEND AT THE TIME AND PLACE DESIGNATED, AN ORDER GRANTING PETITION FOR INJUNCTION AGAINST HARASSMENT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE PETITION.**

      The Court shall receive all evidence that is relevant at the hearing, and may make independent inquiry. If the Court finds by clear and convincing evidence that harassment by Respondent(s) in the form of physical harm, bodily injury, assault, or the threat of imminent physical harm, bodily injury to Petitioner(s) exists, it may enjoin for no more than three years further harassment by Respondent(s). If the Court finds by clear and convincing evidence that harassment by Respondent(s) in the form of an intentional or knowing course of conduct directed at Petitioner(s) that seriously alarms or disturbs consistently or continually bothers Petitioner(s) and that serves no legitimate purpose exists, and such course of conduct would cause a reasonable person to suffer emotional distress, the court shall enjoin for no more than three years, further harassment by Respondent(s).

      This Order shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a Judge of the above-entitled Court permits, in writing on this Order, personal delivery during those hours.

                    _X maeda_           JAN 2 2 2025

                  **K. MAEDA**
        Clerk of the above-entitled Court        Date

**Exhibit H**

1

**Exhibit K: Defendant Preventing Declaration of Former Lawyer Client & Potential**

2

**Witness**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



1

**Exhibit R: McCormick's Email (Intimidation)**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

M Gmail                                                    Christina Taft <taftchristina.ceo@gmail.com>

---

**Re: Document shared with you: "Mike McCormick - Lines in Lawsuit (Declaration)"**

---

**Mike McCormick** <mikemcminvestigations@gmail.com>                    Thu, Oct 17, 2024 at 6:29 AM
To: Christina Taft <taftchristina.ceo@gmail.com>

Christina

Your welcome.................You might want to talk to your attorney regarding the voice
mails left for me by Barrisi. You can probably file a complaint for
"intimidating/threatening a witness (me).

Mike
# MCM Investigations
**All investigators retired law enforcement officers**
Since 1996
Phone: (661) 478-7701
Office 24106 Lyons Ave. Santa Clarita, Ca. 91321
Web Page; www.MCMInvestigations.com
Email: Mikemcminvestigations@Gmail.com
California P.I. License # 19160
*" THE TRUTH IS LIKE A LION YOU DON'T HAVE TO DEFEND IT, LET IT LOSE IT
WILL DEFEND ITSELF. St. Augustine ".*

[Quoted text hidden]

---

1    **Exhibit E: Exhibit of Mario Nitrini**

2

3                                        ID #:719

     **M** Gmail                    Christina Taft <taftchristina.ceo@gmail.com>
4

5    ## Motion - Explain "Mortal Danger Threat"

6    **Mario George Nitrini** <nitrinimario3@gmail.com>              Mon, Dec 9, 2024 at 5:22 PM
     To: Christina Taft <taftchristina.ceo@gmail.com>

7    It's in this post of mine
     [i]
8    https://x.com/nitrini1950/status/1864465838755205489
     W
9    where I screenshot Paul Barresi's post about my son.
     My son got involved with the wrong crowd. A gang murder took place and my son testified for the
10   prosecution.
     Because Paul Barresi posted his post pertaining to my son and me, some very bad people have
11   been looking for me.
     I'm very seriously contemplating filing a criminal complaint on Paul Barresi for attempted murder.

12   As far as Anthony Fox's disappearance goes, I have my own evidence on whom I believe killed
     Anthony Fox on Johnny Depp's request. It's hearsay, but these people who I talked to are "in the
13   know."

14   Mario George Nitrini 111
     ------
     The OJ Simpson Case
15   [Quoted text hidden]

16

17

18   **M** Gmail                    Christina Taft <taftchristina.ceo@gmail.com>

19
     ## Motion - Explain "Mortal Danger Threat"
20
     **Mario George Nitrini** <nitrinimario3@gmail.com>              Mon, Dec 9, 2024 at 5:29 PM
21   To: Christina Taft <taftchristina.ceo@gmail.com>

     You're welcome Christina.
22   I'll keep you posted regarding how I'm going to go about filing a criminal complaint on Paul Barresi.

23   Mario George Nitrini 111
     ------
     The OJ Simpson Case
24   [Quoted text hidden]

25

26

27

28
     _____
     **REPLY BRIEF TO DEFENDANT's OPPOSITION TO PRELIMINARY INJUNCTION**

M Gmail                                                        Christina Taft <taftchristina.ceo@gmail.com>

## Fwd: Anthony Fox Missing Person Investigation VPD 01-18806

Mario George Nitrini 111 <marionit111@gmail.com>                    Sat, Jan 4, 2025 at 4:42 PM
To: taftchristina.ceo@gmail.com

Christina,

This is the email that Paul Barresi sent me pertaining to his emails to the Ventura County Sheriff's Department, and Maud Fox's will pertaining to the subpoena I received regarding your federal lawsuit case against Paul Barresi & Adam Waldman.

Barresi's last sentence is very telling trying to coerce the Ventura County detective's that Johnny Depp had nothing to do with the disappearance of Anthony Fox

"Charles agreed that the possibility of Johnny Depp having anything whatsoever to do with his brother's disappearance is next to zero"

Mario George Nitrini 111
------
The OJ Simpson Case

---------- Forwarded message ----------
From: <paulbarresi@aol.com>
Date: Thursday, April 28, 2022
Subject: Fwd: Anthony Fox Missing Person Investigation VPD 01-18806
To: "marionit111@gmail.com" <marionit111@gmail.com>

CONFIDENTIAL

Mario,  Here is investigative report I sent detectives.  Listen to my interview with Anthony Fox's brother, Charles and read mother's Will. KEEP FILE for story.

CONFIDENTIAL

-----Original Message-----
From: paulbarresi@aol.com
To: pfurlong@cityofventura.ca.gov <pfurlong@cityofventura.ca.gov>
Cc: amorales@cityofventura.ca.gov <amorales@cityofventura.ca.gov>
Sent: Thu, Dec 9, 2021 4:56 pm
Subject: Anthony Fox Missing Person Investigation VPD 01-18806

Dear Det. Furlong,

I spoke with lead Detective Morales earlier this week. He said he was immersed in a priority kidnap investigation and that he will contact me to get brought up to

speed on my updated findings re, Anthony Fox's disappearance.

Meanwhile, I now provide you with Anthony Fox's mother Maud Fox's **Will** along with [30 minute] audiotaped interview I conducted with his Anthony's eldest brother

**Charles Fox** this a.m.

Charles stated his mother **Maud Fox**, told him she had received a letter from Anthony just before Christmas 2001.

As you are well aware, Anthony disappeared just before Christmas 2001 on the 19th.  Therefore, he wrote the letter which his mother refused to disclose likely days

1

2    -----Original Message-----
     From: Furlong, Patrick <pfurlong@cityofventura.ca.gov>
     To: paulbarresi@aol.com <paulbarresi@aol.com>
3    Sent: Wed, Jul 31, 2019 12:40 pm
     Subject: Ref Anthony Fox Missing Person Investigation VPD 01-18806

4
     Per our phone conversation, I am reaching out to you to inquire about any information regarding the Missing Person
5    investigation for Anthony Fox (VPD 01-18806).

6
     Thanks again,
7

8    Patrick Furlong

9    Criminal Investigative Technician
     Sex Offender Registration / Missing Persons
     Ventura Police Department
10   1425 Dowell Dr., Ventura, CA 93003
     (805) 339-4473 Office

11
     CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged
12   information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is
     prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the
13   intended recipient, please contact the sender and destroy all copies of the communication.

14
     _____

15   3 attachments

16       Johnny Depp - Charles Fox call_09-36-18_OUT__16699291319017.amr
         3001K

17       Maud Fox Will 1.pdf
         528K

18       Maud Fox Will 2.pdf
         30K

19

20

21

22

23

24

25

26

27

28

**REPLY BRIEF TO DEFENDANT's OPPOSITION TO PRELIMINARY INJUNCTION**

ID #:14

1  prior to his disappearance. What makes this even more bizarre is that Charles asked his mother what Anthony said in the letter but she stubbornly refused to tell

2  him. And when Charles pressed her to tell her what the letter said, she told him she destroyed it.

3  Following Maud's death, Charles told me that he searched everywhere for the mysterious letter but it was nowhere to be found.

4
5  **Maud Fox had a secret she was keeping for her Anthony so worth protecting, she took it to her grave.**

6  As evident in a previous report I sent you, however, this was not the first time Maud covered for Anthony. When he filed for bankruptcy, she helped him fabricate a fraudulent laundry list people and businesses to whom he alleged he owed money and even went so far as to include her own name to the bogus list.

7
8  Charles was very surprised to hear that Johnny Depp turned over his interests in the Viperoom to Anthony's daughter. Despite it being widely reported, Charles said he was not aware.

9  What surprised him even more was to learn that his mother added Anthony's daughter to her Will because his she didn't think too kindly of Constance.

10  I suspect Anthony's letter to his mom included a plea for her to care for his daughter because his mother's [revised Will] makes generous provisions for her including

11  10,000 pounds in addition to Anthony's share of the estate, as stipulated in Will, after he is deemed dead in 2006. It appears this date 2006 was just pulled out of the hat which leads to only more suspicion. it is likely Maud wanted to
12  honor her son's wishes that she provide for his daughter.

13  **Irrespective of what Anthony's letter said, writing the letter only days before his disappearance is suspect.**

14  **Anthony's mom's refusal to say what was in the letter is further suspect.**

15  **To my mind, Anthony vanishing into thin air was not something he didn't see coming.**

16  Charles believes Anthony's daughter Constance knows more than what she has disclosed.

17  I told Charles that Johnny Depp is a very generous good hearted man and that over the years he has helped many people, paying their rent, bills, medical expenses, etc.

18  Charles confided that there is a stronger likelihood that Anthony is either still alive and just wanted to create the impression he disappeared or he committed
19  suicide."

20  Charles agreed that the possibility of Johnny Depp having anything whatsoever to do with his brother's disappearance is next to zero.

21
22  End Report

23  Paul Barresi
   cell no. 908-656-5712

24  **FYI**
   **Charles Fox**, Tel no. 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-312-524 age 75, resides with wife Morna at 8A Catharine Place, Bath, Avon, BA1
25  2PR- England
   https://en.wikipedia.org/wiki/Bath,_Somerset

26

27

28

 **Gmail**

**Christina Taft <taftchristina.ceo@gmail.com>**

## Barresi

**asarabia2** <asarabia2@gmail.com>                                    Mon, Jan 27, 2025 at 12:09 PM
To: Christina Taft <taftchristina.ceo@gmail.com>

Christina,

Barresi just called me. He had questions about communications with Paul George.  I said that I had been your lawyer and was not going to answer any of his questions. He did not like that and said he would talk to me face to face.

Even if he comes to my office, I will not be answering any questions or holding a conversation with him.

Just wanted to keep you informed.

Regards,

Tony

IP Business Law, Inc.
320 via Pasqual
Redondo Beach, CA 90277
(310)377-5171
www.calrestitution.com

**Exhibit I**

1

**Exhibit L: Undertaker Exhibit**

2

3

4

5

6

7

8

9

10

11



12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**Exhibit P: Berry's Reluctance to provide formal declaration**

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27



28

PETITION FOR EX PARTE TEMPORARY RESTRAINING
ORDER AND FOR INJUNCTION AGAINST HARASSMENT;
DECLARATION OF PETITIONER(S); TEMPORARY RESTRAINING
ORDER AGAINST HARASSMENT; AND NOTICE OF HEARING

Form#3DC51

| IN THE DISTRICT COURT OF THE **THIRD CIRCUIT** <br> **N/S Hilo** ▼ **DIVISION** <br> **STATE OF HAWAI'I** | |
|---|---|
| Petitioner(s) <br> CHRISTINA TAFT | <span style="color:red">**Electronically Filed <br> THIRD CIRCUIT <br> 3DSS-25-0000044 <br> 21-JAN-2025 <br> 10:08 AM <br> Dkt. 1 EPTRO**</span> |
| | Reserved for Court Use |
| | Civil No. |
| Respondent(s) (if known, list Address, Telephone, and email address for each respondent) <br> PAUL BARRESI <br> 908-656-5712 <br> paulbarresi@aol.com | Petitioner(s)/Petitioner(s)' Attorney (Name, Attorney Number, Firm Name (if applicable)), Address, Telephone and email address <br> Christina Taft, Pro Se <br> 747 Laukapu St <br> Hilo, Hawaii 212-718-1003 |

**PETITION FOR EX PARTE TEMPORARY RESTRAINING ORDER AND FOR INJUNCTION AGAINST HARASSMENT**

This Petition is made pursuant to Hawai'i Revised Statutes §604-10.5 and the following statement:

1. This court has jurisdiction because the Petitioner(s) resides or temporarily resides; the Respondent(s) resides **and/or** the harassment occurred in this division.

2. Based upon the attached Declaration of Petitioner(s), Petitioner(s) asks for:
   a. An ex parte temporary restraining order not to exceed a period of ninety (90) days for protection enjoining Respondent(s) and any other person(s) acting on Respondent(s)' behalf from:
      ☑ contacting, threatening, or physically harassing Petitioner(s)
      ☑ telephoning the Petitioner(s)
      ☑ entering or visiting the Petitioner(s)'   ☑ residence, including yard and garage and   ☑ workplace or school.

   b. An order of an Injunction not to exceed a period of three (3) years enjoining Respondent(s) and any other person(s) acting on Respondent(s)' behalf from committing those acts set forth in paragraph 2a, hereof.

   c. An order prohibiting Respondent(s) from owning or possessing an electric gun, firearm(s) and/or ammunition.

   d. An order awarding reasonable attorney's fees and costs to Petitioner(s) and such further relief as the Court deems just and appropriate.

| Date: 1/21/2025 | Signature of Petitioner(s)/Petitioner(s)' Attorney: *Christina Taft* |
|---|---|
| | Print/Type Name(s): Christina Taft |

RG-AC-508 (7/2024) WF

(Rev. 5/20/24)

RECEIVED (LDB)   JAN 2 1 2025

Page 1 of 4

76

**SEE REVERSE SIDE**

Form#3DC51

**Exhibit H**

## DECLARATION OF PETITIONER

Petitioner states the following is true:

- ☒ Recent or past act(s) of harassment occurred; and/or
- ☒ Threats of harassment make it probable that acts of harassment may occur soon.

Respondent(s)  ☒ own;  ☒ possess; or  ☐ intend to obtain or possess
- ☒ Firearm(s) and/or ammunition that may be used to threaten or injure Petitioner(s).
- ☐ Electric gun

Describe the firearm(s)/ammunition or electric gun: Paul has a Beretta Gun .
Location of the firearm(s)/ammunition or electric gun: Gun in his house .
Date last seen: .
Street address/specific location where last seen: .

(Briefly and clearly explain how you have been harassed or how you have been threatened with harassment, including all relevant dates. Write legibly so the Court can read your statement. Use additional sheets only if necessary.)

My name is Christina Taft and I have a stalker for the last three years (for reasons unknown to me) Paul Barresi has been:

1) Tracking my every move from Oahu to Hilo to Europe and back.
2) He knows all my addresses, phone numbers, and email accounts.
3) I've had to cancel all of my social media accounts and essentially feel like I am in hiding from this predator.

4) He has threatened my family members, my significant other, and myself with violence and even death.

5) He calls repeatedly unwantingly and threatens to sexually abuse, physically hurt, and now literally kill me and those I love. His behavior is clearly escalating.

6) I have reported this to the police department (filed numerous reports 23-436213, 23-450802, 24-00289) all to no avail.
7) I moved to another country, but that didn't help stop the abuse and threats of assault from him and associates.
8) He is demanding money from me now! And in exchange he will leave me alone

9) Judge I am living a nightmare and I am desperate for the court's protection. PAUL BARRESI's actions and terrifying behavior is escalating.
I am not sure of this individual's exact address or whereabouts. I've recently hired a process server Mark Ackrich (APS) to locate his physical address here in Hilo once this temporary protection order is granted. Mr. Ackrich feels that with this temporary order he can locate this individual.

Paul has found my reports before and the abuse and threats escalate to kill me.

Your honor I am pleading with you for my life and the court's protection.

☒ Unless Respondent(s)' wrongful conduct is stopped or prevented by order of the Court, Petitioner(s) will suffer emotional distress.

I have read the Petition and Declaration, know their contents, and verify that the statements contained therein are true to my personal knowledge and belief.

**I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF HAWAI'I THAT THE FACTS AND CIRCUMSTANCES STATED IN THE PETITION AND DECLARATION ARE TRUE AND CORRECT .**

| | |
|---|---|
| | Signature of Petitioner(s): *Christina Taft* |
| Date: 1/21/2025 | Print/Type Name(s): Christina Taft |

77

**Exhibit H**

**CH-109**    **Notice of Court Hearing**

Clerk stamps date here when form is filed.

**FILED**
Superior Court Of California
County Of Los Angeles

SEP 13 2022

Sherri R. Carter, Executive Officer/Clerk
By _____ Deputy
Wendy Delgado

## (1) Person Seeking Protection

a. Your Full Name:

Richard Albertini

Your Lawyer *(if you have one for this case)*:

Name: _____ State Bar No.: _____

Firm Name: _____

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or email.)*

Address: 1510 N PASS AVE

City: Burbank State: CA Zip: 91505

Telephone: 213-302-9588 Fax: _____

Email Address: Richie Albertini 306 GGMD

Fill in court name and street address:

Superior Court of California, County of

LASC-NORTH CENTRAL DISTRICT
BURBANK COURTHOUSE
300 EAST OLIVE AVENUE
BURBANK, CA 91502

Court fills in case number when form is filed.

Case Number:
22PDR001308

## (2) Person From Whom Protection Is Sought

Full Name: Paul Garresi

*The court will complete the rest of this form.*

## (3) Notice of Hearing

**A court hearing is scheduled on the request for restraining orders against the person in (2):**

| Hearing Date → | Date: OCT 05 2022 | Time: 8:30 AM | Name and address of court if different from above: |
|---|---|---|---|
| | Dept.: 5 | Room: _____ | LOS ANGELES SUPERIOR COURT NORTHEAST DISTRICT - PASADENA 300 EAST WALNUT STREET PASADENA, CA 91101 |

## (4) Temporary Restraining Orders *(Any orders granted are on form CH-110, served with this notice.)*

a. Temporary Restraining Orders for personal conduct and stay-away orders as requested in form CH-100, *Request for Civil Harassment Restraining Orders*, are *(check only one box below)*:

(1) ☐ All **GRANTED** until the court hearing.

(2) ☐ All **DENIED** until the court hearing. *(Specify reasons for denial in b, below.)*

(3) ☑ Partly **GRANTED** and partly **DENIED** until the court hearing. *(Specify reasons for denial in b, below.)*

Judicial Council of California, www.courts.ca.gov
Rev. September 1, 2022, Mandatory Form
Code of Civil Procedure, § 527.6
Approved by DOJ

**Notice of Court Hearing**
**(Civil Harassment Prevention)**

**CH-109**, Page 1 of 3
→

**Exhibit G**

Case Number:

**2 2 P D R 0 0 1 3 0 8**

b. Reasons for denial of some or all of those personal conduct and stay-away orders as requested in form CH-100, *Request for Civil Harassment Restraining Orders,* are:

(1) ☐ The facts as stated in form CH-100 do not sufficiently show acts of violence, threats of violence, or a course of conduct that seriously alarmed, annoyed, or harassed the person in ① and caused substantial emotional distress.

(2) ☑ Other *(specify):* ☐ As set forth on Attachment 4b.

*All threats are verbal. No actual violence.*

⑤ **Confidential Information Regarding Minor**

a. ☐ A *Request to Keep Minor's Information Confidential* (form CH-160) was made and **GRANTED**. (*See form CH-165, Order on Request to Keep Minor's Information Confidential, served with this form.*)

b. **If the request was granted, the information described in item ⑦ on the order (form CH-165) must be kept CONFIDENTIAL. The disclosure or misuse of the information is punishable as a sanction, with a fine of up to $1,000 or other court penalities.**

⑥ **Service of Documents for the Person in** ①

**At least ☒ five ☐ _____ days before the hearing, someone age 18 or older—not you or anyone to be protected—must personally give (serve) a court's file-stamped copy of this form CH-109 to the person in** ② along with a copy of all the forms indicated below:

a. CH-100, *Request for Civil Harassment Restraining Orders* (file-stamped)

b. ☑ CH-110, *Temporary Restraining Order* (file-stamped) **IF GRANTED**

c. CH-120, *Response to Request for Civil Harassment Restraining Orders* (blank form)

d. CH-120-INFO, *How Can I Respond to a Request for Civil Harassment Restraining Orders?*

e. CH-250, *Proof of Service by Mail* (blank form)

f. ☐ CH-170, *Notice of Order Protecting Information of Minor* and CH-165, *Order on Request to Keep Minor's Information Confidential* (file-stamped) **IF GRANTED**

g. ☐ Other *(specify):* _____

Date: **SEP 1 2 2022** _____

*Judicial Officer* **JOHN KRALIK, JUDGE**

**Notice of Court Hearing**
**(Civil Harassment Prevention)**

→

**Exhibit G**

Case Number: 2 2 P D R 0 0 1 3 0 8

## To the Person in ① :

- The court cannot make the restraining orders after the court hearing unless the person in ② has been personally given (served) a copy of your request and any temporary orders. To show that the person in ② has been served, the person who served the forms must fill out a proof of service form. Form CH-200, *Proof of Personal Service,* may be used.

- For information about service, read form CH-200-INFO, *What Is "Proof of Personal Service"?*

- If you are unable to serve the person in ② in time, you may ask for more time to serve the documents. Use form CH-115, *Request to Continue Court Hearing and to Reissue Temporary Restraining Order.*

## To the Person in ② :

- If you want to respond to the request for orders in writing, file form CH-120, *Response to Request for Civil Harassment Restraining Orders,* and have someone age 18 or older—**not you or anyone to be protected**—mail it to the person in ① .

- The person who mailed the form must fill out a proof of service form. Form CH-250, *Proof of Service by Mail,* may be used. File the completed form with the court before the hearing and bring a copy with you to the court hearing.

- Whether or not you respond in writing, go to the hearing if you want the judge to hear from you before making an order. You may tell the judge why you agree or disagree with the orders requested.

- You may bring witnesses and other evidence.

- At the hearing, the judge may make restraining orders against you that could last up to five years and may order you to turn in to law enforcement, or sell to or store with a licensed gun dealer, any firearms that you own or possess.



### Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office or go to *www.courts.ca.gov/forms* for *Disability Accommodation Request* (form MC-410). (Civ. Code, § 54.8.)

*(Clerk will fill out this part.)*

### —Clerk's Certificate—

I certify that this *Notice of Court Hearing* is a true and correct copy of the original on file in the court.

*Clerk's Certificate*
*[seal]*

Date: _____

Clerk, by _____, Deputy

Rev. September 1, 2022

**Notice of Court Hearing**
**(Civil Harassment Prevention)**

CH-109, Page 3 of 3

**Exhibit G**

**CH-100**  Request for Civil Harassment Restraining Orders

Read *Can a Civil Harassment Restraining Order Help Me?* (form CH-100-INFO) before completing this form. Also fill out *Confidential CLETS Information* (form CLETS-001) with as much information as you know.

*Clerk stamps date here when form is filed.*

**FILED**
Superior Court Of California
County Of Los Angeles

**SEP 13 2022**

Sherri R. Carter, Executive Officer/Clerk
By _____ Wendy Delgado _____, Deputy

**① Person Seeking Protection**

a. Your Full Name: Richard Albertini    Age: 57
   Your Lawyer *(if you have one for this case)*
   Name: _____    State Bar No.: _____
   Firm Name: _____

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail.)*
   Address: 1510 N Pass
   City: Burbank    State: CA    Zip: 91505
   Telephone: 213-302-9688    Fax: _____
   E-Mail Address: _____

*Fill in court name and street address:*
**Superior Court of California, County of**
LASC-NORTH CENTRAL DISTRICT
BURBANK COURTHOUSE
300 EAST OLIVE AVENUE
BURBANK, CA 91502

*Court fills in case number when form is filed.*
**Case Number:**
22PDR001308

**② Person From Whom Protection Is Sought**

Full Name: Paul Gattesi    Age: 73
Address *(if known)*: 12994 Claret
City: Rancho Cucamonga    State: CA    Zip: 91739

**③ Additional Protected Persons**

a. Are you asking for protection for any other family or household members? ☐ Yes ☐ No *If yes, list them:*

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
|-----------|-----|-----|-----------------|------------------------------|
| _____ | ___ | ___ | ☐ Yes ☐ No | _____ |
| _____ | ___ | ___ | ☐ Yes ☐ No | _____ |
| _____ | ___ | ___ | ☐ Yes ☐ No | _____ |
| _____ | ___ | ___ | ☐ Yes ☐ No | _____ |

☐ *Check here if there are more persons. Attach a sheet of paper and write "Attachment 3a—Additional Protected Persons" for a title. You may use form MC-025, Attachment.*

b. Why do these people need protection? *(Explain below):*
☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 3b—Why Others Need Protection" for a title.*

_____
_____
_____
_____

**This is not a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2018, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Request for Civil Harassment Restraining Orders**
**(Civil Harassment Prevention)**

CH-100, Page 1 of 6
→

**Exhibit G**

Case Number: 22PDR001308

## (4) Relationship of Parties

How do you know the person in (2)? *(Explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 4—Relationship of Parties" for a title.*

He is a Private Investigator for Johnny Depp

## (5) Venue

Why are you filing in this county? *(Check all that apply):*

a. ☐ The person in (2) lives in this county.

b. ☐ I was harassed by the person in (2) in this county.

c. ☑ Other *(specify):* I like here

## (6) Other Court Cases

a. Have you or any of the persons named in (3) been involved in another court case with the person in (2)?

☐ Yes  ☐ No  *(If yes, check each kind of case and indicate where and when each was filed.)*

| | Kind of Case | Filed in *(County/State)* | Year Filed | Case Number *(if known)* |
|---|---|---|---|---|
| (1) ☐ | Civil Harassment | _____ | _____ | _____ |
| (2) ☐ | Domestic Violence | _____ | _____ | _____ |
| (3) ☐ | Divorce, Nullity, Legal Separation | _____ | _____ | _____ |
| (4) ☐ | Paternity, Parentage, Child Custody | _____ | _____ | _____ |
| (5) ☐ | Elder or Dependent Adult Abuse | _____ | _____ | _____ |
| (6) ☐ | Eviction | _____ | _____ | _____ |
| (7) ☐ | Guardianship | _____ | _____ | _____ |
| (8) ☐ | Workplace Violence | _____ | _____ | _____ |
| (9) ☐ | Small Claims | _____ | _____ | _____ |
| (10) ☐ | Criminal | _____ | _____ | _____ |
| (11) ☑ | Other *(specify):* | Depp VS Heard 2019 | | |

b. Are there now any protective or restraining orders in effect relating to you or any of the persons in (3) and the person in (2)? ☑ No  ☐ Yes  *(If yes, attach a copy if you have one.)*

## (7) Description of Harassment

Harassment means violence or threats of violence against you, or a course of conduct that seriously alarmed, annoyed, or harassed you and caused you substantial emotional distress. A course of conduct is more than one act.

a. Tell the court about the last time the person in (2) harassed you. He called to say he would

(1) When did it happen? *(provide date or estimated date):* Kill me + showed up at house

(2) Who else was there? Ruben Polomares
Shannon Torres

**This is not a Court Order.**

Exhibit G

Case Number:
22PDR001308

(7) a. (3)  How did the person in (2) harass you? *(Explain below):*
☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and wri· "Attachment 7a(3)—Describe Harassment" for a title.*

1 Threats- 2. Inciting Violence 3-Slander
4- Black Mail 5.? @
Telephone threats - Recordings
Showed up at my former home
after Calling to say He was going to shoot me

(4)  Did the person in (2) use or threaten to use a gun or any other weapon?
☑ Yes   ☐ No   *(If yes, explain below):*
☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(4)—Use of Weapons" for a title.*

He Said He Had a gun
He is a P.I. Working for Johnny Depp

(5)  Were you harmed or injured because of the harassment?
☑ Yes   ☐ No   *(If yes, explain below):*
☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(5)—Harm or Injury" for a title.*

Mentally

(6)  Did the police come?  ☐ Yes  ☑ No
If yes, did they give you or the person in (2) an Emergency Protective Order?  ☐ Yes  ☐ No
If yes, the order protects *(check all that apply):*
☐ Me    ☐ The person in (2)    ☐ The persons in (3).
*(Attach a copy of the order if you have one.)*

b.  Has the person in (2) harassed you at other times?
☑ Yes   ☐ No   *(If yes, describe prior incidents and provide dates of harassment below):*
☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7b—Previous Harassment" for a title.*

Since 2019

**This is not a Court Order.**

**Request for Civil Harassment Restraining Orders**
(Civil Harassment Prevention)

CH-100, Page 3 of 6
→

**Exhibit G**



Case Number: 2 2 P D R 0 0 1 3 0 0

*Check the orders you want.* ☑

⑧ ☐ **Personal Conduct Orders**

I ask the court to order the person in ② **not** to do any of the following things to me or to any person to be protected listed in ③ :

a. ☐ Harass, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, abuse, destroy personal property of, or disturb the peace of the person.

b. ☐ Contact the person, either directly or indirectly, in **any** way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by e-mail, by text message, by fax, or by other electronic means.

c. ☐ Other *(specify):*
   ☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 8c—Other Personal Conduct Orders," for a title.*

_____

_____

_____

*The person in ② will be ordered not to take any action to get the addresses or locations of any protected person unless the court finds good cause not to make the order.*

⑨ ☐ **Stay-Away Orders**

a. I ask the court to order the person in ② to stay at least /0 0 yards away from *(check all that apply):*

(1) ☐ Me.                                          (8) ☐ My vehicle.
(2) ☐ The other persons listed in ③.               (9) ☐ Other *(specify):*
(3) ☐ My home.                                     _____
(4) ☐ My job or workplace.                         _____
(5) ☐ My school.                                   _____
(6) ☐ My children's school.                        _____
(7) ☐ My children's place of child care.           _____

b. If the court orders the person in ② to stay away from all the places listed above, will he or she still be able to get to his or her home, school, or job? ☐ Yes ☐ No *(If no, explain below):*

   ☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 9b—Stay-Away Orders," for a title.*

_____

_____

⑩ **Guns or Other Firearms and Ammunition**

Does the person in ② own or possess any guns or other firearms?     ☑ Yes ☐ No ☐ I don't know

*If the judge grants a protective order, the person in ② will be prohibited from owning, possessing, purchasing, receiving, or attempting to purchase or receive a gun, other firearm, and ammunition while the protective order is in effect. The person in ② will also be ordered to turn in to law enforcement, or sell to or store with a licensed gun dealer, any guns or firearms within his or her immediate possession or control.*

**This is not a Court Order.**

Revised January 1, 2018            **Request for Civil Harassment Restraining Orders**            CH-100, Page 4 of 6
                                        **(Civil Harassment Prevention)**                              →

84                                                                                    **Exhibit G**

Case Number:
2 2 P D R O O 1 3 0 0

**(11)** ☐ **Temporary Restraining Order**

I request that a Temporary Restraining Order (TRO) be issued against the person in **(2)** to last until the hearing. I am presenting form CH-110, *Temporary Restraining Order,* for the court's signature together with this *Request.*

Has the person in **(2)** been told that you were going to go to court to seek a TRO against him/her?

☑ Yes   ☐ No   *(If you answered no, explain why below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 11—Temporary Restraining Order" for a title.*

_____

_____

**(12)** ☐ **Request to Give Less Than Five Days' Notice of Hearing**

*You must have your papers personally served on the person in **(2)** at least five days before the hearing, unless the court orders a shorter time for service. (Form CH-200-INFO explains* What Is "Proof of Personal Service"? *Form CH-200,* Proof of Personal Service, *may be used to show the court that the papers have been served.)*

If you want there to be fewer than five days between service and the hearing, explain why below:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 12—Request to Give Less Than Five Days' Notice" for a title.*

_____

_____

_____

**(13)** ☐ **No Fee for Filing or Service**

a. ☑ There should be no filing fee because the person in **(2)** has used or threatened to use violence against me, has stalked me, or has acted or spoken in some other way that makes me reasonably fear violence.

b. ☐ The sheriff or marshal should serve (notify) the person in **(2)** about the orders for free because my request for orders is based on unlawful violence, a credible threat of violence, or stalking.

c. ☐ There should be no filing fee and the sheriff or marshal should serve the person in **(2)** for free because I am entitled to a fee waiver. *(You must complete and file form FW-001,* Application for Waiver of Court Fees and Costs *.)*

**(14)** ☐ **Lawyer's Fees and Costs**

I ask the court to order payment of my   ☐ lawyer's fees   ☐ Court costs.

The amounts requested are:

| Item | Amount | Item | Amount |
|------|--------|------|--------|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

☐ *Check here if there are more items. Put the items and amounts on the attached sheet of paper or form MC-025 and write "Attachment 14—Lawyer's Fees and Costs" for a title.*

**This is not a Court Order.**

**Request for Civil Harassment Restraining Orders**
**(Civil Harassment Prevention)**

CH-100, Page 5 of 6
→

**Exhibit G**

Case Number: Z Z P D R 0 0 1 3 0 8

**(15)** ☐ **Possession and Protection of Animals**

I ask the court to order the following:

a. ☐ That I be given the sole possession, care, and control of the animals listed below, which I own, possess, lease, keep, or hold, or which reside in my household.
*(Identify animals by, e.g., type, breed, name, color, sex.)*

_____

_____

I request sole possession of the animals because *(specify good cause for granting order)*:
☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 15a—Possession of Animals" for a title.*

_____

_____

b. ☐ That the person in **(2)** must stay at least_____yards away from, and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of, the animals listed above.

**(16)** ☐ **Additional Orders Requested**

I ask the court to make the following additional orders *(specify)*:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 16—Additional Orders Requested," for a title.*

_____

_____

**(17)** Number of pages attached to this form, if any: 5
Date: 9-13-2022

_____          ▶ _____
*Lawyer's name (if any)*                      *Lawyer's signature*

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: 9-13-2022

RICHARD ALBERTINI          ▶ _____
*Type or print your name*          *Sign your name*

**This is not a Court Order.**

**Exhibit G**

22PDR001308

Describe Harrosenant



ATTACHMENT TO CH-100

**Exhibit G**

22 PDR001308

4

Describe HARrassment
Attachment to
Ch-100

← **Paul Barresi**    📞  🗑  ⋮
   +1 908-656-5712

Fri, Oct 16

P    I still got that taped
conversation of you and Big
Ed.  The one where you do
your damndest to try and
get him to say horrible lies
about Johnny Depp. Hmmm, I
wonder what I should do with
it you fucking moron
                              1:11 PM

Anything you want.. That is old
news you old fag.
1:11 PM

P    If you ever contact me again
it will be a Enquirer headline
and it will be broadcast as
well promise you
                              1:13 PM

You know Paul that sounds like
Blackmail. You should stop
drinking.. Your a silly old fag.
Enquirer Lol.. I'll send it to Andy
Tillit Now.
1:14 PM

Enter message    🔗    Send

◁    ○    □

**Exhibit G**

*Describe hanas*

*Attachment*

*To Ch-wa PD 100*



← **Paul Barresi**
   49 Tweets

🔍  ⋮

Tweets    **Tweets & replies**    Media

  **Paul Barresi** @PaulB...  · 18m    ⋮
Replying to @Corey_Feldman
I got that scumbag Richie Albertini where you want him too.  Been trying to reach you. Call 908-656-5712

💬    ⟳    ♡    ⤳

  **Angenette Levy** ✔ @...  · 4d    ⋮
NEW INFO: @radar_online reporting talks underway to settle lawsuit between Rocky Brooks and #JohnnyDepp. I heard from a source earlier this week that talks were underway. Hoped to get more info to report yesterday but didn't.
radaronline.com/p/johnny-depp-...... (cont)
@LawCrimeNetwork

◼    ◁    ○    ▢

**Exhibit G**

22 PDR 001308

ATtachment

Ch-100



## Paul Barresi
### 79 Tweets

**eets**  **Tweets & replies**  **Media**  **Like**

**Paul Barresi** @PaulBa... · 4h

Richie Albertini, who Amber Heard fans love, brutally tormented and mentally abused his own sick ailing mother so much, she had to be hospitalized. His allegations against Johnny Depp are as baseless as is he.  Not a more cowardly, weakling of a little man has ever breathed air.




💬 4    🔁 12    ♡ 23



**Paul Barresi** @PaulB...
US ARMY GREEN BERET SGT.





**Exhibit G**
1/1

Describe Harass rept

# 1 Barresi Threatens Richie to Hit Him July 1 2022

1c20220701023025n+1 908-656-5712_0.amr.m4a  attachment

**Speaker1 (Barresi):** [00:00:00] Now, if I did. If I did, it was an accident. Oh-100 100

**Speaker 2 (Albertini):** [00:00:03] All right, well, stop having so many accidents. I mean, unless you've got something to say.

**Speaker1 (Barresi):** [00:00:11] I told you, I got nothing. Oh, I got something to say. What's up with that lazy eye, left eye man? You got lazy eye and your big old potbelly.

**Speaker 2 (Albertini):** [00:00:19] Yeah.

**Speaker1 (Barresi):** [00:00:20] What's up with that?

**Speaker 2 (Albertini):** [00:00:20] I don't know. Why don't you come in?

**Speaker1 (Barresi):** [00:00:25] I say you want to see a right hook coming across your fucking ugly head?

**Speaker 2 (Albertini):** [00:00:29] Well, you're saying you're going to hit me?

**Exhibit G**



💬 9   🔁 6   ♡ 37   📊 1.6K   ⬆️

TAFT, VICTORIA                    B18-00065                    2

**IDENTIFICATION:**
Received in a box designated paper bag designated "B18-00065", "18-19633", and "DOE (SKELETAL REMAINS) is a sheet with bone fragments, described below. There are also three bags: one bag is designated "TEETH" and the other two have only the case number.

**EXAMINATION**

In the sheet are numerous bone fragments that are calcined and charred. There are larger fragments of long bone, calvarium, vertebrae, and portions of pelvis. Reportedly, the portions of pelvis were examined at the scene by an anthropologist and determined to be possibly female. Further examination is deferred to Anthropology.

In the bags are numerous small, fragmented, calcined and charred bones. These are extremely small portions of various bones, including calvarium, long bones, and phalanges. There is a large fragment of charred tissue; the fragment is difficult to cut due to charring, but there is a heart found with chambers. Blood in the myocardium is submitted for DNA analysis. Other tissue is present, including muscle, possible liver with gallbladder (possible stones).

A section of apparent muscle is submitted for toxicology. No identifying features are found; however, the bag labeled "TEETH" is submitted for dental comparison.

KR/clk
R: 11/15/18
T: 11/16/18

💬 3    🔁 6    ♡ 37    📊 759    ⬆️

1

**Exhibit H: Exhibit of License Revocation**

2

3

4

Dec 01 11 11:27a    GRAHAM E BERRY                    3107453771        p.8
NOV-28-2011  14:09        ATTY GENERAL OFFICE              2138975328    P.08

5

6

**BEFORE THE**
**DEPARTMENT OF CONSUMER AFFAIRS**
**FOR THE BUREAU OF SECURITY AND INVESTIGATIVE SERVICES**
**FOR THE BUREAU OF SECURITY AND INVESTIGATIVE SERVICES**
**STATE OF CALIFORNIA**

7

8

In the Matter of the Accusation Against:        Case No. A1 2010 0805

9

**PAUL BARRESI DBA HOLLYWOOD**
**CONFIDENTIAL INVESTIGATIONS**
11660 Church Street, #434
Rancho Cucamonga, CA 91730
Private Investigator License No. PI 26529

10

Respondent.

11

12

**DECISION AND ORDER**

13

The attached Stipulated Settlement and Disciplinary Order is hereby adopted by the

14

Director of Consumer Affairs and the Bureau of Security and Investigative Services as the

15

Decision and Order in the above entitled matter.

16

This Decision shall become effective on _January 7, 2012_

h is so ORDERED _____ DEC 0 7 2011

17

18

FOR THE DIRECTOR OF CONSUMER AFFAIRS
BUREAU OF SECURITY AND INVESTIGATIVE
SERVICES

19

20

21

22

23

24

25

TOTAL P.08

26

27

28



Dec 01 11 11:25a    GRAHAM E BERRY                    3107453771          p.4
NOV-28-2011  14:08      ATTY GENERAL OFFICE              2130975320        P.04

Investigations (Respondent). The Private Investigator License was in full force and effect at all

times relevant to the charges brought in Accusation No. A1 2010 0805 and expired on September

30, 2013, unless renewed.

## JURISDICTION

4.    Accusation No. A1 2010 0805 was filed before the Director of Consumer Affairs

(Director), for the Bureau of Security and Investigative Services (Bureau), and is currently

pending against Respondent. The Accusation and all other statutorily required documents were

properly served on Respondent on November 16, 2011. A copy of Accusation No. A1 2010 0805

is attached as exhibit A and incorporated herein by reference.

## ADVISEMENT AND WAIVERS

5.    Respondent has carefully read, fully discussed with counsel, and understands the

charges and allegations in Accusation No. A1 2010 0805. Respondent has also carefully read,

fully discussed with counsel, and understands the effects of this Stipulated Settlement and

Disciplinary Order.

6.    Respondent is fully aware of his legal rights in this matter, including the right to a

hearing on the charges and allegations in the Accusation; the right to be represented by counsel at

his own expense; the right to confront and cross-examine the witnesses against him; the right to

present evidence and to testify on his own behalf; the right to the issuance of subpoenas to compel

the attendance of witnesses and the production of documents; the right to reconsideration and

court review of an adverse decision; and all other rights accorded by the California

Administrative Procedure Act and other applicable laws.

7.    Respondent voluntarily, knowingly, and intelligently waives and gives up each and

every right set forth above.

## CULPABILITY

8.    Respondent admits the truth of each and every charge and allegation in Accusation

No. A1 2010 0805.

2

STIPULATED SETTLEMENT (A1 2010 0805)



Dec 01 11 11:26a    GRAHAM E BERRY                     3107453771        p.5
NOV-26-2011  14:00    ATTY GENERAL OFFICE              2138975320        P.05

9.    Respondent agrees that his Private Investigator License is subject to discipline and he

9.    Respondent agrees that his Private Investigator License is subject to discipline and he agrees to be bound by the Director's imposition of discipline as set forth in the Disciplinary Order below.

### CONTINGENCY

10.    This stipulation shall be subject to approval by the Director of Consumer Affairs or his designee. Respondent understands and agrees that counsel for Complainant and the staff of the Bureau of Security and Investigative Services may communicate directly with the Director and staff of the Department of Consumer Affairs regarding this stipulation and settlement, without notice to or participation by Respondent or his counsel. By signing the stipulation, Respondent understands and agrees that he may not withdraw his agreement or seek to rescind the stipulation prior to the time the Director considers and acts upon it. If the Director fails to adopt this stipulation as the Decision and Order, the Stipulated Settlement and Disciplinary Order shall be of no force or effect, except for this paragraph, it shall be inadmissible in any legal action between the parties, and the Director shall not be disqualified from further action by having considered this matter.

11.    The parties understand and agree that facsimile copies of this Stipulated Settlement and Disciplinary Order, including facsimile signatures thereto, shall have the same force and effect as the originals.

12.    This Stipulated Settlement and Disciplinary Order is intended by the parties to be an integrated writing representing the complete, final, and exclusive embodiment of their agreement. It supersedes any and all prior or contemporaneous agreements, understandings, discussions, negotiations, and commitments (written or oral). This Stipulated Settlement and Disciplinary Order may not be altered, amended, modified, supplemented, or otherwise changed except by a writing executed by an authorized representative of each of the parties.

13.    In consideration of the foregoing admissions and stipulations, the parties agree that the Director may, without further notice or formal proceeding, issue and enter the following Disciplinary Order:

///

3

STIPULATED SETTLEMENT (A1 2010 0105)



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



KAMALA D. HARRIS
Attorney General of California
MARC D. GREENBAUM
Supervising Deputy Attorney General
SHAWN P. COOK
Deputy Attorney General
State Bar No. 117851
300 So. Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 897-9954
Facsimile: (213) 897-2804
Attorneys for Complainant

BEFORE THE
DEPARTMENT OF CONSUMER AFFAIRS
FOR THE BUREAU OF SECURITY AND INVESTIGATIVE SERVICES
STATE OF CALIFORNIA

In the Matter of the Accusation Against:

PAUL BARRESI DBA HOLLYWOOD
CONFIDENTIAL INVESTIGATIONS
11660 Church Street, #434
Rancho Cucamonga, CA 91730
Private Investigator License No. PI 26529

Respondent.

Case No. A1 2010 8050

ACCUSATION AND PETITION TO
REVOKE PROBATION

Complainant alleges:

PARTIES

1.    Connie Trujillo (Complainant) brings this Accusation solely in her official capacity as the Deputy Chief of the Bureau of Security and Investigative Services, Department of Consumer Affairs.

2.    On or about September 2, 2009, the Bureau of Security and Investigative Services issued Private Investigator License Number PI 26529 to Paul Barresi dba Hollywood Confidential Investigations (Respondent). The Private Investigator License was immediately revoked, with revocation stayed, and Respondent placed on three (3) years probation subject to certain terms and conditions. A true and correct copy of the terms and conditions of probation imposed on Respondent's license are attached hereto as Exhibit A. The Private Investigator License was in

1

Accusation and Petition to Revoke Probation

full force and effect at all times relevant to the charges brought herein and will expire on

September 30, 2012, unless renewed.

JURISDICTION

3. This Accusation and Petition to Revoke Probation is brought before the Director of Consumer Affairs (Director) for the Bureau of Security and Investigative Services, under the authority of the following laws. All section references are to the Business and Professions Code unless otherwise indicated.

4. Section 22 of the Code states:

"(a) 'Board' as used in any provisions of this Code, refers to the board in which the administration of the provision is vested, and unless otherwise expressly provided, shall include 'bureau,' 'commission,' 'committee,' 'department,' 'division,' 'examining committee,' 'program,' and 'agency.'

"(b) Whenever the regulatory program of a board that is subject to review by the Joint Committee on Boards, Commissions, and Consumer Protection, as provided for in Division 1.2 (commencing with Section 473), is taken over by the department, that program shall be designated as a 'bureau.'"

5. Section 118, subdivision (b), of the Code provides that the suspension/ expiration/ surrender/ cancellation of a license shall not deprive the Board/Registrar/Director of jurisdiction to proceed with a disciplinary action during the period within which the license may be renewed, restored, reissued or reinstated.

6. Section 150 of the Code states: "The department is under the control of a civil executive officer who is known as the Director of Consumer Affairs."

7. Section 475 of the Code states:

"(a) Notwithstanding any other provisions of this code, the provisions of this division shall govern the denial of licenses on the grounds of:

"(1) Knowingly making a false statement of material fact, or knowingly omitting to state a material fact, in an application for a license.

"(2) Conviction of a crime.

2

Accusation and Petition to Revoke Probation

---

"(3) Commission of any act involving dishonesty, fraud or deceit with the intent to substantially benefit himself or another, or substantially injure another.

"(4) Commission of any act which, if done by a licentiate of the business or profession in question, would be grounds for suspension or revocation of license.

"(b) Notwithstanding any other provisions of this code, the provisions of this division shall govern the suspension and revocation of licenses on grounds specified in paragraphs (1) and (2) of subdivision (a).

"(c) A license shall not be denied, suspended, or revoked on the grounds of a lack of good moral character or any similar ground relating to an applicant's character, reputation, personality, or habits."

8.    Section 477 of the Code states:

As used in this division:

"(a) 'Board' includes 'bureau,' 'commission,' 'committee,' 'department,' 'division,' 'examining committee,' 'program,' and 'agency.'

"(b) 'License' includes certificate, registration or other means to engage in a business or profession regulated by this code."

9.    Section 480 of the Business and Professions Code provides, in pertinent part, that a board may deny a license if the applicant has been convicted of a crime substantially related to the qualifications, functions or duties of the business or profession for which application is made, has committed any act involving dishonesty, fraud or deceit, has committed any act which if done by a licentiate would be grounds for suspension or revocation of a license, or has knowingly made a false statement of fact required to be revealed in the application.

10.    Section 490 of the Code provides, in pertinent part, that a board may suspend or revoke a license on the ground that the licensee has been convicted of a crime substantially related to the qualifications, functions, or duties of the business or profession for which the license was issued.

11.    Section 493 of the Code states:

3

Accusation and Petition to Revoke Probation

**REPLY BRIEF TO DEFENDANT's OPPOSITION TO PRELIMINARY INJUNCTION**

"Notwithstanding any other provision of law, in a proceeding conducted by a board within

"Notwithstanding any other provision of law, in a proceeding conducted by a board within

the department pursuant to law to deny an application for a license or to suspend or revoke a

license or otherwise take disciplinary action against a person who holds a license, upon the

ground that the applicant or the licensee has been convicted of a crime substantially related to the

qualifications, functions, and duties of the licensee in question; the record of conviction of the

crime shall be conclusive evidence of the fact that the conviction occurred, but only of that fact,

and the board may inquire into the circumstances surrounding the commission of the crime in

order to fix the degree of discipline or to determine if the conviction is substantially related to the

qualifications, functions, and duties of the licensee in question.

"As used in this section, 'license' includes 'certificate,' 'permit,' 'authority,' and

'registration.'"

12.   Section 7512.1 of the Code states that as used in this chapter, "director" means the

Director of Consumer Affairs.

13.   Section 7520 of the Code states that no person shall engage in a business regulated by

this chapter, act or assume to act as, or represent himself or herself to be, a licensee unless he or

she is licensed under this chapter; and no person shall falsely represent that he or she is employed

by a licensee.

14.   Section 7531 of the Code provides that a licensee shall at all times be legally

responsible for the good conduct in the business of each of his or her employees or agents,

including his or her manager.

15.   Section 7538 of the Code states in pertinent part:

"After a hearing the director may deny a license unless the applicant makes a showing

satisfactory to the director that the applicant, if an individual, has not, or if the applicant is a

person other than an individual, that its manager and each of its officers have not:

"(a) Committed any act, which, if committed by a licensee, would be a ground for the

suspension or revocation of a license under this chapter.

"(b) Committed any act constituting dishonesty or fraud.

4

Accusation and Petition to Revoke Probation

---

**REPLY BRIEF TO DEFENDANT's OPPOSITION TO PRELIMINARY INJUNCTION**

"(c) Committed any act or crime constituting grounds for denial of licensure under Section

"(c) Committed any act or crime constituting grounds for denial of licensure under Section 480, including illegally using, carrying, or possessing a deadly weapon.

16.   Section 7539, subd. (b) of the Code states: "No licensee or officer, director, partner, manager, or employee of a licensee shall knowingly make any false report to his or her employer or client for whom information was being obtained."

17.   Section 7561.1 of the Code provides in pertinent part: "The director may deny, suspend, or revoke a license issued under this chapter if he or she determines that the licensee or his or her manager, if an individual, or if the licensee is a person other than an individual, that any of its officers, directors, partners, or its manager, has:

(l) Committed any act which is a ground for denial of an application for a license under this chapter."

18.   Section 7561.4 of the Code provides in pertinent part that the director may suspend or revoke a license issued under this chapter if he or she determines that the licensee or his or her manager, if an individual, or if the licensee is a person other than an individual, that any of its officers, directors, partners, or its manager, has committed any act in the course of the licensee's business constituting dishonesty or fraud.

"'Dishonesty or fraud' as used in this section, includes, in addition to other acts not specifically enumerated herein:

"(a) Knowingly making a false statement relating to evidence or information obtained in the course of employment, or knowingly publishing a slander or a libel in the course of business.

. . . .

"(c) Manufacture of evidence.

19.   Section 7562 of the Code provides that the record of conviction, or a certified copy thereof, shall be conclusive evidence of the conviction as that term is used in this article, or sections 7538 or 480. A plea or verdict of guilty or a conviction following a plea of nolo contendere is deemed a conviction within the meaning of this article, or sections 7538 or 480.

20.   Section 125.3, subdivision (a), states, in pertinent part: "Except as otherwise provided by law, in any order issued in resolution of a disciplinary proceeding before any board

5

Accusation and Petition to Revoke Probation

**REPLY BRIEF TO DEFENDANT's OPPOSITION TO PRELIMINARY INJUNCTION**



within the department . . . the board may request the administrative law judge to direct a licentiate
within the department . . . the board may request the administrative law judge to direct a licentiate
found to have committed a violation or violations of the licensing act to pay a sum not to exceed
the reasonable costs of the investigation and enforcement of the case."

ACCUSATION

FIRST CAUSE FOR DISCIPLINE

(Dishonesty or Fraud-False Statement)

21.    Respondent is subject to disciplinary action under section 7561.4, subd. (a), in that
Respondent has knowingly made a false statement relating to evidence or information obtained in
the course of employment, or knowingly published a slander or a libel in the course of business.
The circumstances are as follows:

22.    In or about April and May, 2010, Respondent, identifying himself as a private
investigator, contacted the human resources department at Pomona Valley Hospital Medical
Center (PVH) and informed them that he was conducting an investigation against ▓▓▓▓▓
(▓▓▓▓"), who worked at PVH as a registered nurse in the Neo-natal ICU. Thereafter, PVH
officials conducted a pharmaceutical inventory check for drugs and controlled substances
accessible to ▓▓▓ and found no discrepancies and that Respondent's allegations were without
merit.

23.    On or about May 11, 2010, Respondent wrote a letter addressed to Pomona Valley
Hospital Medical Center (PVH) and the Hesperia, CA police department, with a letterhead stating
"PAUL BARRESI STATE OF CALIFORNIA PRIVATE INVESTIGATOR, License No.
P126529."  In the letter, Respondent made false statements concerning ▓▓▓▓▓
▓▓▓, a registered nurse employed at PVH and with whom Respondent had a previous
relationship.  Respondent published the following false statements about ▓▓▓

a.    ▓▓▓ met Respondent's process server at her door on May 11, 2010 holding a glass
pipe (controlled substance apparatus) in her hand.

b.    ▓▓▓ yelled and screamed uncontrollably at the process server and appeared
disoriented.

6

Accusation and Petition to Revoke Probation

24. By letter dated June 25, 2010, Respondent wrote to the human resources department

24. By letter dated June 25, 2010, Respondent wrote to the human resources department at PVH and admitted that the allegations he had made in April and May, 2010 against ▮ "alleging drug abuse is absolutely false and without fact or basis." Respondent further admitted that he "lodged said claims out of retaliation because ▮ had terminated our relationship" and stated that ▮ was "an extremely competent, highly respected, conscientious nurse, at the top of her field, and not once did she ever demonstrate the slightest indication to the contrary."

25. On or about May 26, 2010, Respondent wrote a letter referenced "DRUG ABUSE COMPLAINT: ▮, CA Registered Nurse" addressed to the California Board of Nursing, attention "NURSE COMPLAINT EXAMINERS", with a letterhead stating "PAUL BARRESI CALIFORNIA STATE PRIVATE INVESTIGATOR, LIC. NUM. P126529." In the letter, Respondent published the following false statements concerning Alvarez under penalty of perjury:

a. ▮ filed a petition for TRO against Respondent after Respondent told her that he intended to report her for "drug abuse (Smoking methamphetamine and use of non-prescribed prescription drugs.)"

b. Respondent personally witnessed ▮ take his "own personal doctor prescribed medication."

c. Respondent witnessed ▮ take on "characteristics and symptoms associated with methamphetamine abuse, including unexplained rise in her body temperature (low grade fevers), tweaking, eye twitching, high blood pressure, liver pain, mood swings, weight gain, extreme weight loss, insomnia, irritability and dilated pupils."

d. Respondent stated that after he had been "dating" ▮ for two months, ▮ asked him to "run a criminal check on" ▮ male housemate, "confiding that [the housemate] was not forthcoming with ▮ on the extent of his drug abuse".

e. Respondent stated that ▮ "drug abuse is low intensity and she prefers to smoke it, the potential harm and possible death she may cause in her profession should not go uninvestigated."

7

Accusation and Petition to Revoke Probation

f.    Respondent stated that ████ on May 11, 2010, appeared at the door when

f.    Respondent stated that ████ on May 11, 2010, appeared at the door when

Respondent's process server attempted to serve her and that ████, was "disoriented, screaming

at him out of control, and holding a glass pipe (apparatus used for smoking crystal meth)."

26.    By letter dated July 2, 2010, Respondent wrote to the Department of Consumer

Affairs, Board of Registered Nursing ("Board"), and admitted that the allegations he had made in

his complaint that the filed with the Board against ████ alleging drug abuse "was without fact

or basis and is completely and utterly false." Respondent further admitted that he "lodged said

complaint" alleging drug use "from an evil and improper motive on my part, for no reason other

than to retaliate against her for having broken off a year long relationship I had with her. . . . The

truth is that I have never seen her take a controlled substance of any kind whatsoever, prescription

drugs or otherwise."

### SECOND CAUSE FOR DISCIPLINE

(Slander or Libel in the Course of Business)

27.    Respondent is subject to disciplinary action under section 7561.4, subd. (a), in that

Respondent has knowingly published a slander or a libel in the course of business. The

circumstances are as alleged in the preceding paragraphs 22 through 26 and all subparts, which

are incorporated here by this reference.

### THIRD CAUSE FOR DISCIPLINE

(Manufacturing Evidence)

28.    Respondent is subject to disciplinary action under section 7561.4, subd. (c), in that

Respondent has manufactured evidence. The circumstances are as alleged in the preceding

paragraphs 22 through 26 and all subparts, which are incorporated here by this reference.

### FOURTH CAUSE FOR DISCIPLINE

(Making False Report)

29.    Respondent is subject to disciplinary action under section 7539 subd. (b), in that

Respondent made a false report.  The circumstances are as alleged in the preceding paragraphs

25, subpart (d) and 26.

///

8

Accusation and Petition to Revoke Probation



FIFTH CAUSE FOR DISCIPLINE

FIFTH CAUSE FOR DISCIPLINE

(Acts that Would be Grounds for Denial)

30. Respondent is subject to disciplinary action under section 7561, subd. (1) in conjunction with sections 7538, subdivision (a) through (1), and 480. The circumstances are as alleged in the preceding paragraphs 22 through 26 and all subparts, which are incorporated here by this reference.

PETITION TO REVOKE PROBATION

FIRST CAUSE FOR REVOCATION

(Obey All Laws)

31. Respondent's probation with the Bureau contained as Condition Six, the requirement that Respondent: "[s]hall obey all federal, state and local laws and all rule and regulations governing the programs regulated by the Bureau."

32. Respondent has violated the term and condition of his probation that he obey all laws. The circumstances are as alleged in the preceding paragraphs 22 through 26 and all subparts, which are incorporated here by this reference.

Accusation and Petition to Revoke Probation

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



PRAYER

WHEREFORE, Complainant requests that a hearing be held on the matters herein alleged, and that following the hearing, the Director of Consumer Affairs issue a decision:

1.     Revoking or suspending Private Investigator License Number PI 26529, issued to Paul Barresi dba Hollywood Confidential Investigations.

2.     Ordering Paul Barresi to pay the Bureau of Security and Investigative Services the reasonable costs of the investigation and enforcement of this case, pursuant to Business and Professions Code section 125.3.

3.     Lifting the stay of revocation imposed under Paul Barresi's existing probation with the Bureau and revoking Private Investigator License Number PI 26529, issued to Paul Barresi dba Hollywood Confidential Investigations, and

4.     Taking such other and further action as deemed necessary and proper.

DATED: July 7, 2011

CONNIE TRUJILLO
Deputy Chief
Bureau of Security and Investigative Services
Department of Consumer Affairs
State of California
Complainant

LA2011500874
accusation.rtf

10

Accusation and Petition to Revoke Probation

**REPLY BRIEF TO DEFENDANT's OPPOSITION TO PRELIMINARY INJUNCTION**