Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 0623441766
Ceo.Taft@Rescue-Social.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

|  |  |
|---|---|
| _____<br><br>CHRISTINA TAFT<br><br>   Plaintiff,<br><br>vs.<br><br>PAUL BARRESI, ADAM R WALDMAN, and DOES 1-10, inclusive,<br><br>   Defendants.<br><br>_____ | Case No.: 5:24-cv-01930-TJH-DTB<br>[Hon. David T. Bristow, Magistrate Judge]<br><br>**[PROPOSED] MODIFIED ORDER GRANTING PRELIMINARY INJUNCTION REQUEST & WRIT TO PROTECT WITNESSES**<br><br>*[Modified Proposed Order filed concurrently with Reply Brief to Defendant's Opposition to Preliminary Injunction, Exhibits of Reply in Support of Preliminary Injunction]* |

Upon review of the Parties' Motion, Opposition, and Reply to Plaintiff's Motion for Preliminary Injunction ("Writ of Authority to Protect Witnesses"), supplemental and continuing evidence, urgent witness declarations, and for good cause shown, THE COURT ORDERS that the Request is GRANTED.

In conclusion, *at minimum*, the honorable judge Grants that the Defendant cannot directly contact potential witnesses and/or victims, and that the Defendant must employ a licensed intermediary for contacting that is verified as a private investigator by the Department of Public Safety.

It is imperative that a safer person communicates with witnesses, as an intermediary, no matter if there is an association of any person with Hollywood. Witnesses plead for equitable consideration, due process, and equal protection in a civilized society.

Furthermore, Plaintiff respectfully requests that the honorable court Grants this protective motion in its entirety and issues a writ to protect witnesses and victims, whether they have come forward voluntarily presently or in the past.

**IT IS HEREBY ORDERED** that:

The Court Grants the Modified Proposed Order GRANTING Preliminary Injunction Request, Considers Supplemental Evidence, Declarations, and Briefing, and Issues a Writ to Protect Witnesses.

**IT IS SO ORDERED.**

Dated: February____, 2025

Hon. David T. Bristow
U.S. Magistrate Judge