# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.   **5:24-cv-01930-TJH (DTB)**                                   Date: **February 11, 2025**

Title:  **Christina Taft v. Paul Barresi, et al.**

========================================================================
**DOCKET ENTRY**
========================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT(S):

None present                                                             None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REQUIRING DEFENDANT PAUL BARRESI TO FILE A SUR-REPLY TO PLAINTIFF'S REPLY [DOCKET NO. 39]**

   On January 30, 2025, Plaintiff filed a Reply to defendant Paul Barresi's ("Barresi") Opposition to Preliminary Injunction ("Reply"). (Docket No. 39). The Reply makes allegations and has attached exhibits which were not contained in Plaintiff's "Emergency Motion for Preliminary Injunction" (see Docket No. 15).
   Accordingly, Defendant Barresi is ORDERED to file a Sur-Reply to the Reply on or before **February 26, 2025**. The Sur-Reply should be limited to matters raised in the Reply.

   **IT IS SO ORDERED.**

MINUTES FORM 11                                                        Initials of Deputy Clerk   RAM
CIVIL-GEN