**Index of Exhibits in Support of Extending Service to Co-Defendant Adam Waldman**

Exhibits A **-** Declarations of Servers, DC Deed Transfer........................................................................ 2

  Exhibit 01 Declaration of Diligence by Server Adam Rast..................................................... 3

  Exhibit 02 Deed of Washington DC House Transfer of Adam Waldman.............................5

  Exhibit 03 Declaration of Due Diligence Server Philip Hamilton.........................................8

EXHIBITS B **-** Phone Calls, Voicemails, Texts, and Emails to Adam Waldman and Family to Accept Service by Server...................................................................................................................................11

  Exhibit 04 Text to Adam Waldman by Server Philip Hamilton.........................................12

  Exhibit 05 Calls, Voicemails, Texts to Adam Waldman and Family of Waldman by Server Philip Hamilton...................................................................................................................................14

  Exhibit 06 Emails to Adam Waldman by Server Philip Hamilton......................................16

EXHIBITS C **-** Pages Declaration Barresi to Restraining Order (Albertini v Barresi) with Police Report suspects & texts Barresi to Waldman's DC Phone #................................................................. 18

  Exhibit 07 Lancaster County Sheriff's Police Report Listing Barresi and Depp as Suspects, Plaintiff Appears in Exhibits, and Implicated Witness Tampering.................................................... 19

  Exhibit 08 Barresi Phone Record Shows Barresi Texting Adam Waldman in DC............................21

EXHIBITS D **-** Previous FBI Call Assertions by Federal Informant "Expert" After Police Report on Barresi & Depp..................................................................................................................................24

  Exhibit 09 Federal Informant Expert called by FBI's North Carolina and South Carolina Offices After Report by Witnesses/Victims to FBI and Police........................................................25

EXHIBITS E **-** Attempts to Process Serve Known Addresses to Adam Waldman by Adam Rast & We Serve Law LLC................................................................................................................................. 27

  Exhibit 10 Affidavit Nonservice to Adam Waldman, Massachusetts Address and Family, Matthew, by Server John Roberto (We Serve Law LLC)................................................................. 28

Exhibit 11 Affidavit Nonservice to Adam Waldman, Washington DC Address and Family, Barbara, by Server Nicolas Alverez (We Serve Law LLC)..............................................................30

Exhibit 12 Affidavit Nonservice to Adam Waldman, Massachusetts Address and Family, Tomar, by Server Richard J. Coletti (We Serve Law LLC)..................................................................32

Exhibit 13 Affidavit Nonservice to Adam Waldman, Rhode Island Address and Family, Paul, by Server Vernon S. Lawrence (We Serve Law LLC)............................................................34

Exhibit 14 We Serve Law LLC states first server failed to serve Adam Waldman attempt at Washington DC Address and Family, Sienna and Ashley..................................................36

Exhibit 15 Nonservice to Adam Waldman, Washington DC Address and Family, Sienna and Ashley, by Server Michael Mantyla (We Serve Law LLC)............................................................38

Exhibit 16 Nonservice Adam Rast to Los Angeles Company by TJ Lewis, and Obtained Previous Affidavit Involving Failed Serves to Adam Waldman.......................................................40

EXHIBITS F - Emails to Friends/Attorneys of Adam Waldman - Stephen Braga and Benjamin Chew..42

Exhibit 17 Emails to Associate/Lawyer Stephen Braga About Waldman Accepting Service and Whereabouts by Server Philip Hamilton..............................................................43

Exhibit 18 Emails to Associate/Lawyer Benjamin Chew (Rudnick) About Waldman Accepting Service and Whereabouts by Server Philip Hamilton..........................................................46

Exhibit 19 Emails to Associate/Lawyer Benjamin Chew (Mullin) About Waldman Accepting Service and Whereabouts by Server Philip Hamilton..........................................................48

EXHIBITS G - Comprehensive Background Checks and New Licensed Private Investigator Discovery 50

Exhibit 20 TJ Lewis's Los Angeles Company Confirms Adam Waldman having a DC Current Address and Coordinates Adam Rast to Serve....................................................................51

Exhibit 21 Co-Defendant Paul Barresi Harasses Los Angeles Process Serving Company to Discontinue Service to Plaintiff.............................................................................53

*Index of Exhibits to Extend Time for Service & Re-Issue Summons to Co-Defendant Adam Waldman*

Exhibit 22 Former LAPD William Sera Serves Hostile Co-Defendant Paul Barresi, formally served restraining order to protect witness seeing assault by Depp................................................. 55

Exhibit 23 Comprehensive Check by Lewis's LA Company shows Washington DC Address as Current for Adam Waldman................................................................................................. 57

Exhibit 24 Comprehensive Check by We Serve Law LLC, Advising that Washington DC Address is Still Current for Adam Waldman after Judge's Order................................................. 62

Exhibit 25 Comprehensive Check by Licensed PI Desert Eagle Investigations Finds and Advises Plaintiff that Adam Waldman has Florida current address, car registrations, voter registrations, and to do a motion for a re-issued summons.................................................................................. 63

EXHIBITS H - ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE OF PUBLICATION IN WASHINGTON POST [DOCKET NO. 8]........................................................................... 74

Exhibit 26 Order Denying Plaintiff's Motion for Publication in the Washington Post to Serve Adam Waldman........................................................................................................................ 74

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA.................... 74

DOCKET ENTRY.............................................................................................................. 74

PROCEEDINGS: (IN CHAMBERS) ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE OF PUBLICATION [DOCKET NO. 8]....................................................... 74

EXHIBITS I - Five Declarations of Witnesses/Victims in Support....................................... 77

Exhibit 27 Declaration of Mike McCormick................................................................. 78

Exhibit 28 Declaration of Molly Beaton..................................................................... 84

Exhibit 29 Declaration of Ian Herndon...................................................................... 92

Exhibit 30 Declaration of Michael Kountz................................................................. 101

Exhibit 31 Affidavit of Erik R. Eichler........................................................................ 107

*Index of Exhibits to Extend Time for Service & Re-Issue Summons to Co-Defendant Adam Waldman*

# Exhibits A - Declarations of Servers, DC Deed Transfer

# Exhibit 01 Declaration of Diligence by Server Adam Rast

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| CHRISTINA TAFT<br>6839 WIRE ROAD<br>ZEPHYRHILLS, FL 33542<br>    TELEPHONE NO:  (212) 718-1003        FAX NO *(Optional):*<br>E-MAIL ADDRESS *(Optional):*  taftchristina.ceo@gmail.com<br>    ATTORNEY FOR *(Name):*  In Pro Per | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF   RIVERSIDE |
|---|
|    STREET ADDRESS:  3470 12TH STREET GEORGE E BROWN, JR. FEDERAL BUILDING<br>   MAILING ADDRESS:<br>CITY AND ZIP CODE:  RIVERSIDE, CA 92501<br>   BRANCH NAME:  US DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA (EASTERN DIVISION) |

| PLAINTIFF / PETITIONER:  CHRISTINA TAFT<br>DEFENDANT / RESPONDENT:  PAUL BARESSI, et al. | CASE NUMBER:<br>5:24-cv-01930-TJH-DTB |
|---|---|
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.:<br>11814277 |

I received the within assignment for filing and or/service on: Sep 17, 2024 at 2:09pm PDT and that after due and diligent effort I have been unable to serve said person. I attempted service on this servee on the following dates and times:

**Servee and Address:**  ADAM ROBERT WALDMAN, ENDEAVOR GROUP: 1775 PENNSYLVANIA AVENUE NORTHWEST STE 350, WASHINGTON, DC 20006

**Documents:**  AO 440 Summons in a Civil Action re: ADAM ROBERT WALDMAN, AO 440 Summons in a Civil Action re: PAUL BARRESI, CV-71 Civil Case Cover Sheet (Federal), Complaint, CV-30 Certification and Notice of Interested Parties (Local Rule 7.1-1), CV-25 Notice of Judge Assignment and Reference to a United States Magistrate Judge

**As enumerated below:**
1) Attempt: Sep 18, 2024, 9:02 pm EDT at HOME: 5163 TILDEN STREET NORTHWEST, WASHINGTON, DC 20016
No answer, no lights, no cars in driveway.

2) Attempt: Sep 19, 2024, 6:31 pm EDT at HOME: 5163 TILDEN STREET NORTHWEST, WASHINGTON, DC 20016
I spoke to Ms Fritz, W/F, 45, who said, "no, he moved. He moved to Norwich Canada. We moved here in December", The servee no longer at this address; they moved to - Canada per resident.

I observed a car, DC-JE5254. MVA information revealed that the car is owned to a Jennifer Harding Fritz. Additionally, public District of Columbia Tax records show a recordation date of 12/19/2023 for property at 5163 Tilden Street NW, WDC 20016 being purchased. Those records also list her as a co-owner with a Benjamin H. Fritz.

We checked records and Jennifer does NOT own any other houses, making it likely that she isn't renting this location to any other parties and uses this as her primary residence. The system we use does not update immediately upon an address change, for DC tags still shows the prior address she resided at which was not owned by her to which she resided until she moved here.

Further checking, we show that the servee did in fact sell the house, which he purchased in 2004.

3) Attempt: Sep 23, 2024, 12:45 pm EDT at ENDEAVOR GROUP: 1775 PENNSYLVANIA AVENUE NORTHWEST STE 350, WASHINGTON, DC 20006
I spoke with building security, who called the occupant of suite 350 and said "that's not the name of the company in Suite 350 and they don't have an Adam Waldman working there. That company is no longer in this building"

Later---I did some digging on the address and found the attached PDF file (which can also be accessed here: https://www.fairfaxcounty.gov/circuit/sites/circuit/files/assets/documents/pdf/high-profile/depp%20v%20heard/cl-2019-2911-affidavit-of-service-adam-waldman-2-11-2021.pdf)

It seems that in January 2021 this address was also reported bad to another process server attempting to serve ADAM. They also attempted the home address provided but had trouble making contact with anyone at that location on all attempts and ended up serving it by mail under the rules allowed by the jurisdiction issuing the subpoena for that case.


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 1, 2024

**Fees:**  $759.55

_____    10/1/2024
ADAM RAST               Date

Exhibit 01

# Exhibit 02 Deed of Washington DC House Transfer of Adam Waldman

Doc #: 2023113038
12/19/2023 04:21 PM

Case No.: CT0133779-ACB
Title Insurer:  First American Title Insurance Company

## THIS DEED

This Deed, effective this 14th day of December, 2023, by and between **Adam Robert Waldman, Sole Owner,** party of the first part, and **Jennifer H. Fritz and Benjamin H. Fritz, as tenants by the entirety,** parties of the second part:

WITNESSETH, that in consideration of the sum of **Three Million Six Hundred Thousand And No/100 Dollars** ($3,600,000.00), the party of the first part does grant and convey unto the parties of the second part, in Fee Simple **, as tenants by the entirety,** all that/those certain piece(s) or parcel(s) of land, together with the improvements, rights, privileges and appurtenances to the same belonging, situate in the District of Columbia, and **as described in Exhibit A attached hereto and made a part hereof.**

BEING all of the same property as described in Warranty Deed from Adam R. Waldman and Ashley M. Allen, to Adam R. Waldman, individually, as and for his sole and separate property, dated October 1, 2012, recorded October 22, 2012 among the records of The Recorder of Deeds for the District of Columbia as Instrument NNo. 2012113807, which has the address of 5163 Tilden Street, NW, Washington, DC 20016.

AND the said party of the first part covenant that he will warrant specially the property hereby conveyed; and that he will execute such further assurances of said land as may be requisite.

**AFTER RECORDING, MAIL TO:**
5163 Tilden Street, NW
Washington, MD 20016

Exhibit 02

Document Type: DEED
Document Number: 2023113038
Recorded Date: 12/19/2023 04:21:22 PM
Book Type: OPR
Roll / Frame:
Number of Pages: 4
Consideration Amt.: $3,600,000.00

## Name Information

### Grantor:
WALDMAN ADAM ROBERT

### Grantee:
FRITZ BENJAMIN H
FRITZ JENNIFER H

## Legal Description

### Legal Description:
1459 / 0008,0009,0839

Exhibit 02

# Exhibit 03 Declaration of Due Diligence Server Philip Hamilton

# DECLARATION OF DUE DILIGENCE

## UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION

CHRISTINA TAFT,

     Plaintiff,

vs.                   Case No. 5:24-CV-01930-TJH-DTB

PAUL BARRESI, ADAM R. WALDMAN, and DOES 1-10, inclusive,

     Defendants.

I, Philip Hamilton, am over the age of eighteen and am not a party to this case involving an Amended Summons and Complaint.  On February 3rd, 2025, at 9:29AM I called and texted defendant Adam Robert Waldman and recorded no response regarding my request to serve the plaintiff's court order.  On February 6th, 2025 at 2:58PM I emailed defendant Adam Robert Waldman's email awaldman@theendeavorgroup.com and received no response.  On February 9th, 2025 at 10:28PM I called and texted defendant Adam Robert Waldman with no response.  On February 9th, 2025, at 11:03PM I emailed the defendant a second time with no response.

Exhibit 03

On February 3rd, 2025, at 9:35AM I called and texted the defendant's son Lucas Waldman with no response.  On February 3rd, 2024 at 9:42AM I called the defendant's father Paul Waldman and the receptionist for Ciccone, Coughlin and Associates stated that Paul Waldman stopped working for the firm in 2018.  On February 3rd, 2025 at 9:52AM I attempted to contact the defendants father Paul Waldman with no response to my call and text.  On February 3rd, 2025, at 9:49AM I called and texted the defendant's mother Tomar Waldman and received no response.  On February 3rd, 2025, at 9:40AM I attempted to call the defendant's daughter Sienna Waldman and the woman who responded claimed that she was not the person that I asked for and hung up before I could ask any further questions.

On February 4th, 2025, at 5:57PM I called attorney Benjamin Chew and received no response.  On February 6th, 2025 at 2:49PM I sent an email to Benjamin Chew's email address BChew@brownrudnick.com On February 6th, 2025 at 2:50PM I received an email from Benjamin Chew's server that his work email was no longer valid.  On February 10th, 2025 at 4:11PM I sent an message to Benjamin Chew's current work email address BChew@sheppardmullin.com and received no response.

On February 4th, 2025, at 5:59PM I called attorney Steve Braga and received no response.  On February 6th, 2025, at 5:19PM attorney Steve Braga responded, in an email, that he no longer represents defendant Adam Robert Waldman.

Sworn to me on this

12th day of February 2025.          Name: Philip Hamilton

Signature: _Philip Hamilton_

Date: _2|12|2025_

Exhibit 03

# EXHIBITS B - Phone Calls, Voicemails, Texts, and Emails to Adam Waldman and Family to Accept Service by Server

# Exhibit 04 Text to Adam Waldman by Server Philip Hamilton

  

**Adam Robert** ›

iMessage
Today 9:32 AM

Good morning Adam Robert Waldman.  I am reaching out to you since I have a civil summons to deliver to you.  Please contact me at your earliest connivence.

Philip Hamilton
Owner
Hamilton Legal Services
HamiltonLegalServicesVirginia@Gmail.com

Delivered

# Exhibit 05 Calls, Voicemails, Texts to Adam Waldman and Family of Waldman by Server Philip Hamilton

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

---

## Server needed - co-defendant in DC/northeast

**Philip Andrew Hamilton** <hamiltonlegalservicesvirginia@gmail.com>          Mon, Feb 3, 2025 at 5:02 AM
To: Christina Taft <taftchristina.ceo@gmail.com>

Christian Taft,
   Here is my report from the calls I made in an attempt to contact Adam Robert Waldman.

Adam's phone number:
202-550-4507

2/3/2025 Left VM at 9:29AM.  Sent text at 9:32AM.

Possibly:
 202-715-0924 Bad phone number.

(847) 920-9281 (CT) (LandLine) Bad phone number.
(617) 290-2007 (ET) (Mobile)
At 9:59AM I spoke to a man who stated that he didn't know who the defendant was.
(617) 899-9380 (ET) (Mobile) At 9:57AM I eft a voicemail and sent a text at 9:58AM.
Paul (dad) -
(401) 837-5383 (ET) (Mobile) Left voicemail at 9:52AM and sent text at 9:52AM.
(401) 351-7800 (ET) (LandLine) At 9:44AM Receptionist at Ciccone, Coughlin and Associates stated that Paul Waldman retired in 2018 and no longer works at their office.
Tomar (mom) -
(508) 693-5353 (ET) (VoIP) Left a voicemail at 9:49AM and sent a text at 9:50AM.
Sienna (adult daughter) Called at 9:40AM and the woman stated that she was not Sienna and hung up.
Sent a text as a follow up and she stated that she didn't know the defendant.
(508) 868-3686 (ET) (Mobile) A woman, who refused to identify herself, hung up after stating that she was not Sienna.  I sent a text and she stated that she didn't know who the defendant was.

Ashley Allen
(202) 237-1435(ET)  Bad phone number
Lucas (adult son)
(202) 255-9363 (ET) (Mobile) Left voicemail at 9:35AM and sent a text at 9:38AM

Barbara (German wife)
(202) 237-1435 (ET) (VoIP) Bad phone number

I'll send another update tonight or tommorow.



Philip Andrew Hamilton
Owner: Hamilton Legal Services
Website: HamiltonLegalServicesVirginia.WordPress.com
Cellular Phone: (571) 455-5312
[Quoted text hidden]

Exhibit 05

# Exhibit 06 Emails to Adam Waldman by Server Philip Hamilton

M **Gmail**                                          **Christina Taft <taftchristina.ceo@gmail.com>**

## Needing To Deliver A Summons To Your In DC

2 messages

**Philip Andrew Hamilton** <hamiltonlegalservicesvirginia@gmail.com>        Thu, Feb 6, 2025 at 9:58 AM
To: awaldman@theendeavorgroup.com
Bcc: taftchristina.ceo@gmail.com

Adam Waldman,
   I am reaching out since I have a civil summons to deliver to you.  I wanted to confirm that you current address is:

5163 Tilden Street NW
Washington DC 20016

May you confirm this address or provide me another one where I can meet with you to deliver the civil summons?



Philip Andrew Hamilton
Owner: Hamilton Legal Services
Website: HamiltonLegalServicesVirginia.WordPress.com
Cellular Phone: (571) 455-5312

---

**Philip Andrew Hamilton** <hamiltonlegalservicesvirginia@gmail.com>        Sun, Feb 9, 2025 at 6:03 PM

To: awaldman@theendeavorgroup.com
Cc: Christina Taft <taftchristina.ceo@gmail.com>

Adam Waldman,
   I am reaching out to you because I have not received a response to my phone calls, voice mails, texts and prior emails to you.  I will be reporting to the judge in this California case that you are evading the process of service.



Philip Andrew Hamilton
Owner: Hamilton Legal Services
Website: HamiltonLegalServicesVirginia.WordPress.com
Cellular Phone: (571) 455-5312
[Quoted text hidden]

Exhibit 06

# EXHIBITS C - Pages Declaration Barresi to Restraining Order (Albertini v Barresi) with Police Report suspects & texts Barresi to Waldman's DC Phone #

# Exhibit 07 Lancaster County Sheriff's Police Report Listing Barresi and Depp as Suspects, Plaintiff Appears in Exhibits, and Implicated Witness Tampering



# Lancaster County Sheriff's Office

## Summary



| | | |
|---|---|---|
| **Print Date/Time:** | 09/30/2022 10:36 | Lancaster County Sheriff's Office |
| **Login ID:** | dbarfield | **ORI Number:**     SC0290000 |
| **Case Number:** | 2022-00034182 | |

## Case

| | | | |
|---|---|---|---|
| **Case Number:** | 2022-00034182 | **Incident Type:** | Harassment |
| **Location:** | ▮▮▮▮▮ | **Occurred From:** | 07/13/2022 16:25 |
| | | **Occurred Thru:** | 07/13/2022 16:25 |
| **Reporting Officer ID:** | 4032 - DeGrandpre | **Disposition:** | |
| | | **Disposition Date:** | |
| | | **Reported Date:** | 07/13/2022 16:25 Wednesday |

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | State | 13C | 16-3-1710(A) | Threats/harassment | 1 |

## Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Complainant | 1 | MCKINNEY, AARON SCOTT | ▮▮▮▮ | | White | Male | ▮/1980 42 |
| Suspect | 1 | BARRESI, PAUL | ▮▮▮▮ | | White | Male | ▮/1949 73 |
| Suspect | 2 | NITRINI, MARIO GEORGE | ▮▮▮▮ | | Unknown | Male | |
| Suspect | 3 | Depp, John Christopher, II | | | White | Male | ▮/1963 59 |
| Victim | 1 | MCKINNEY, AARON SCOTT | ▮▮▮▮ | | White | Male | ▮/1980 42 |
| Witness | 1 | ALBERTINI, RICHARD JOHN | ▮▮▮▮ | | White | Male | ▮/1965 56 |
| Witness | 2 | PALOMARES, RUBEN | ▮▮▮▮ | | White | Male | ▮/1969 52 |

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|

## Property

| Date | Code | Type | Make | Model | Description | Tag No. Item No. |
|---|---|---|---|---|---|---|

## Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|---|

**Routing:**

Exhibit 07



Ms Cristina.

Yep, they're still going after Amber Heard no matter of the outcome.

Barresi told me they (Waldman, Chew, Vasquez, ECT) have a big surprise for Amber if/when she files her appeal.

Well, I've got a BIGGER "LEGAL" SURPRISE for Johnny Depp and his legal team.

I haven't directly entered the case yet.

This was the tweet I did for Barresi regarding his email he sent to me and you mentioned it was new

https://

Exhibit 07

# Exhibit 08 Barresi Phone Record Shows Barresi Texting Adam Waldman in DC



...CONTINUED - (908) 656-5712 . **TEXT**

| When | Who | | Destination | Type | Cost |
|------|-----|-----|-------------|------|------|
| 9:16 PM | IN | (516) 635-3037 | Selden, NY | TXT | - |
| 9:18 PM | IN | 12133029688 | | PIC | - |
| 9:18 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:19 PM | IN | 12133029688 | | PIC | - |
| 9:30 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:32 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:36 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:49 PM | OUT | (202) 559-4507 | Washington, DC | TXT | - |
| 9:50 PM | OUT | (202) 559-4507 | Washington, DC | TXT | - |
| 9:52 PM | OUT | (202) 559-4507 | Washington, DC | TXT | - |
| 10:21 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 10:33 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | | | | | |
| 11:11 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 11:17 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 7:58 PM | IN | 12133029688 | | PIC | - |
| 8:03 PM | IN | 12133029688 | | PIC | - |
| 8:03 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:04 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:06 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:06 PM | IN | 12133029688 | | PIC | - |
| 8:06 PM | IN | 12133029688 | | PIC | - |
| 8:06 PM | IN | 12133029688 | | PIC | - |
| 8:08 PM | IN | 12133029688 | | PIC | - |
| 8:15 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:16 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:19 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:22 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:22 PM | IN | 12133029688 | | PIC | - |
| 8:27 PM | IN | 12133029688 | | PIC | - |
| 8:27 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:28 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:28 PM | IN | 12133029688 | | PIC | - |
| 8:29 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:29 PM | IN | 12133029688 | | PIC | - |
| 8:30 PM | IN | 12133029688 | | PIC | - |
| 8:31 PM | IN | 12133029688 | | PIC | - |
| 8:32 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:41 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:45 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:45 PM | IN | 12133029688 | | PIC | - |
| 8:46 PM | IN | 12133029688 | | PIC | - |
| 8:46 PM | IN | 12133029688 | | PIC | - |
| 8:46 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:21 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:30 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:49 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 10:31 PM | IN | 12133029688 | | PIC | - |
| 10:31 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 10:40 PM | IN | 12133029688 | | PIC | - |
| 10:40 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 10:42 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 10:42 PM | IN | 12133029688 | | PIC | - |

...CONTINUED - (908) 656-5712 . **TEXT**

| When | Who | | Destination | Type | Cost |
|------|-----|-----|-------------|------|------|
| 8:37 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 10:55 PM | IN | (213) 302-9688 | Losangeles, CA | PIC | - |
| 12:36 AM | IN | 12133029688 | | PIC | - |
| 12:59 AM | IN | 12133029688 | | PIC | - |
| 1:03 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 1:07 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 1:09 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 1:14 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | | | | TXT | - |
| 6:48 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:53 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:53 AM | IN | 12133029688 | | PIC | - |
| 8:53 AM | IN | 12133029688 | | PIC | - |
| 8:53 AM | IN | 12133029688 | | PIC | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | PIC | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | PIC | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | PIC | - |
| | | | | PIC | - |
| | | | | PIC | - |
| | | | | PIC | - |
| 4:38 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 7:10 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:13 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:13 PM | IN | 12133029688 | | PIC | - |
| 9:13 PM | IN | 12133029688 | | PIC | - |
| 1:55 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 2:02 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:36 AM | IN | 12133029688 | | PIC | - |
| 9:37 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:49 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 10:52 AM | IN | 12133029688 | | PIC | - |
| 11:23 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 1:21 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| 1:40 PM | IN | (818) 390-3081 | Van Nuys, CA | TXT | - |
| 1:44 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 1:44 PM | IN | 12133029688 | | PIC | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| 1:52 PM | IN | 12133029688 | | PIC | - |
| 2:00 PM | IN | (818) 390-3081 | Van Nuys, CA | TXT | - |
| 2:07 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |

Exhibit 08

# EXHIBITS D - Previous FBI Call Assertions by Federal Informant "Expert" After Police Report on Barresi & Depp

# Exhibit 09 Federal Informant Expert called by FBI's North Carolina and South Carolina Offices After Report by Witnesses/Victims to FBI and Police

 Christina Taft <taftchristina.ceo@gmail.com>

---

## FBI calls?

**Amber Depp** <deppamber252@gmail.com>                    Thu, Aug 11, 2022 at 9:22 PM
To: Richie Albertini <richiealbertini306@gmail.com>, Christina Taft <taftchristina.ceo@gmail.com>

This number has been idled for years. The only people who know it's active are you two and Mike. Why did I get almost simultaneous calls from the FBI field office in Columbia, SC, and Charlotte, NC on Monday? 814 is Pennsylvania, I guess they think I'm still in eastern time zone.

Something going on here I need to know about??



**FBIcalls.png**
56K

Exhibit 09

# EXHIBITS E - Attempts to Process Serve Known Addresses to Adam Waldman by Adam Rast & We Serve Law LLC

# Exhibit 10 Affidavit Nonservice to Adam Waldman, Massachusetts Address and Family, Matthew, by Server John Roberto (We Serve Law LLC)

## AFFIDAVIT OF NON-SERVICE

| Case:<br>5:24-cv-01930-TJH(DTB) | Court:<br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION | County: | Job:<br>12029955 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>CHRISTINA TAFT | | **Defendant / Respondent:**<br>PAUL BARRESI, ADAM R. WALDMAN, AND DOES 1-10, INCLUSIVE | |
| **For:**<br>WE SERVE NJ LLC | | **Received by:**<br>DEWSNAP & ASSOCIATES LLC | |
| **To be served upon:**<br>ADAM WALDMAN | | | |

I, JOHN ROBERTO, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   ADAM WALDMAN, 7 WAINWRIGHT ROAD UNIT 14, WINCHESTER, MA 01890

**Manner of Service:**   Non-Service

**Documents:**   SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET AND VERIFIED COMPLAINT

**Additional Comments:**
Unsuccessful Attempt: Oct 25, 2024, 12:24 pm EDT at 7 WAINWRIGHT ROAD UNIT 14, WINCHESTER, MA 01890
Unable to locate and serve at this address. I spoke with a resident who informed me that Adam Waldman is a relative but does not live here.


_____        10/25/2024
JOHN ROBERTO                            Date
Process Server and Disinterested Person

DEWSNAP & ASSOCIATES LLC
92 State Street 8th Floor
Boston, MA 02109
617-367-1070

Exhibit 10

# Exhibit 11 Affidavit Nonservice to Adam Waldman, Washington DC Address and Family, Barbara, by Server Nicolas Alverez (We Serve Law LLC)

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:24-cv-01930-TJH-DTB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Barbara Waldman

was received by me on *(date)*    10/21/2024    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because    Unable to serve at the address.    ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    11/04/2024

_____
Server's signature

Nikolas Alvarez, Process Server
_____
Printed name and title

1032 15th St NW, Suite 120
Washington, DC 20005
800-637-1805
_____
Server's address

Additional information regarding attempted service, etc:

Attempt to serve: Barbara Waldman
4201 CATHEDRAL AVE NW APT 324E, WASHINGTON, DC 20016

10/30/2024 at 3:48 PM - Spoke with the concierge, who advised there was no one by this name or last name in unit 324E. According to the front desk there is a resident with a different name at this address who recently moved in.

Exhibit 11

# Exhibit 12 Affidavit Nonservice to Adam Waldman, Massachusetts Address and Family, Tomar, by Server Richard J. Coletti (We Serve Law LLC)

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Adam Waldman

was received by me on *(date)*  10/28/2024   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   See details below   ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  11/11/2024

_____
Server's signature

Richard J. Coletti, Process Server
_____
Printed name and title

166D Main Street
Wareham MA 02571
800-637-1805
_____
Server's address

Additional information regarding attempted service, etc:
Unsuccessful service at: 68 CENTRAL AVE, VINEYARD HAVEN, MA 02568-5727

10/28/2024 at 8:00 AM - Attempt to serve, unsuccessful. No answer at door.

10/31/2024 at 12:00 PM - Attempt to serve, unsuccessful. No answer at door.

11/06/2024 at 2:00 PM - Attempt to serve, unsuccessful. No answer at door.

11/09/2024 at 10:15 AM - Attempt to serve, unsuccessful. No answer at door.

Exhibit 12

# Exhibit 13 Affidavit Nonservice to Adam Waldman, Rhode Island Address and Family, Paul, by Server Vernon S. Lawrence (We Serve Law LLC)

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Adam Waldman

was received by me on *(date)*    10/18/2024    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because    Bad address    ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   10/22/2024

*Server's signature*

Vernon S. Lawrence, Process Server
*Printed name and title*

44 Nelson Drive Exeter, RI 02822
800-637-1805
*Server's address*

Additional information regarding attempted service, etc:

Attempt to serve: Adam Waldman
433 BROADWAY, PROVIDENCE, RI 02909

10/22/2024 at 12:39 PM - This is a commercial address. Paul Waldman, Esq has not worked at this location in years according to one of the business's there.

Exhibit 13

# Exhibit 14 We Serve Law LLC states first server failed to serve Adam Waldman attempt at Washington DC Address and Family, Sienna and Ashley

 **Christina Taft <taftchristina.ceo@gmail.com>**

---

## Affidavit Re: Skip Trace Order - taftchristina.ceo@gmail.com

---

**We Serve Law LLC** <info@weservelaw.com>                    Tue, Feb 4, 2025 at 8:42 AM
To: Christina Taft <taftchristina.ceo@gmail.com>

We will send affidavit from the second server. The first server is still unresponsive.

    **We Serve Law LLC**

Nationwide Legal Services

**p:** 800-637-1805

**w:** weservelaw.com

**e:** info@weservelaw.com

[Quoted text hidden]

Exhibit 14

# Exhibit 15 Nonservice to Adam Waldman, Washington DC Address and Family, Sienna and Ashley, by Server Michael Mantyla (We Serve Law LLC)

## AFFIDAVIT OF NON-SERVICE

| Case:<br>5:24-cv-01930-TJH(DTB) | Court:<br>U.S. District court for the Central District of California, Eastern Division | County: | Job:<br>12657372 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Christina Taft | | Defendant / Respondent:<br>Paul Baressi, et al. | |
| Received by:<br>Silver Star Investigations LLC | | For:<br>We Serve NJ LLC | |
| To be served upon:<br>Adam Robert Waldman | | | |

I, Michael Mantyla, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Adam Robert Waldman, 3028 New Mexico Avenue Northwest, Washington, DC 20016

Manner of Service:        Unsuccessful Attempt

Documents:             Summons and Complaint

**Additional Comments:**
1) Unsuccessful Attempt: Feb 6, 2025, 10:06 am EST at 3028 New Mexico Avenue Northwest, Washington, DC 20016
Rang bell and knocked no response.

2) Unsuccessful Attempt: Feb 7, 2025, 4:42 pm EST at 3028 New Mexico Avenue Northwest, Washington, DC 20016
Knocked on door and rang bell no response.

3) Unsuccessful Attempt: Feb 13, 2025, 6:15 pm EST at 3028 New Mexico Avenue Northwest, Washington, DC 20016
Knocked on door and rang bell no response.

_____        Feb 13, 2025
**Michael Mantyla**                 Date

**Silver Star Investigations LLC**
**20908 Pioneer Ridge Terrace**
**Ashburn, VA 20147**
**(703) 687-5062**

Exhibit 15

# Exhibit 16 Nonservice Adam Rast to Los Angeles Company by TJ Lewis, and Obtained Previous Affidavit Involving Failed Serves to Adam Waldman

M Gmail

Christina Taft <taftchristina.ceo@gmail.com>

---

## [ServeManager] Job #11814277 Update

THOMAS LEWIS II <notifications@mail.servemanager.com>
Reply-To: info@meprps.com
To: CHRISTINA TAFT <taftchristina.ceo@gmail.com>

Mon, Sep 23, 2024 at 4:45 PM

## Attempted Serve

THOMAS LEWIS, II shared a service notification with you:

### Details

**Process Server:** ADAM RAST

**Date & Time:** Sep 23, 2024, 12:45 pm EDT

**Service Type:** Bad Address

**Description of Service:**

I spoke with building security, who called the occupant of suite 350 and said "that's not the name of the company in Suite 350 and they don't have an Adam Waldman working there. That company is no longer in this building"

Later---I did some digging on the address and found the attached PDF file (which can also be accessed here: https://www.fairfaxcounty.gov/circuit/sites/circuit/files/assets/documents/pdf/high-profile/depp%20v%20heard/cl-2019-2911-affidavit-of-service-adam-waldman-2-11-2021.pdf)

It seems that in January 2021 this address was also reported bad to another process server attempting to serve ADAM. They also attempted the home address provided but had trouble making contact with anyone at that location on all attempts and ended up serving it by mail under the rules allowed by the jurisdiction issuing the subpoena for that case.

### Service Address

1775 PENNSYLVANIA AVENUE NORTHWEST STE 350, WASHINGTON, DC 20006, DISTRICT OF COLUMBIA

---

## Job & Case

**Job:** 11814277

**Priority: Rush**

**Job Type:** Standard SOP - Contracted

**Due Date:** Sep 23, 2024

**Party to Serve:** ADAM ROBERT WALDMAN

**Case:** 5:24-cv-01930-TJH-DTB

**Plaintiff:** CHRISTINA TAFT

**Defendant:** PAUL BARESSI / ADAM R WALDMAN

**Court:** US DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA (EDWARD R. ROYBAL FEDERAL BUILDING)

**County:** LOS ANGELES

**Documents:** AO 440 Summons in a Civil Action re: ADAM ROBERT WALDMAN, AO 440 Summons in a Civil Action re: PAUL BARRESI, CV-71 Civil Case Cover Sheet (Federal), Complaint, CV-30 Certification and Notice of Interested Parties (Local Rule 7.1-1), CV-25 Notice of Judge Assignment and Reference to a United States Magistrate Judge

---

### Attempt Uploads

- cl-2019-2911-affidavit-of-service-adam-waldman-2-11-2021.pdf (278 KB)

---

## Shared with you by:

THOMAS LEWIS, II
MAKE 'EM PAY LLC
info@meprps.com
(213) 277-7250

Exhibit 16

# EXHIBITS F - Emails to Friends/Attorneys of Adam Waldman - Stephen Braga and Benjamin Chew

# Exhibit 17 Emails to Associate/Lawyer Stephen Braga About Waldman Accepting Service and Whereabouts by Server Philip Hamilton

 Gmail                                    **Christina Taft <taftchristina.ceo@gmail.com>**

---

# Re: Voice Mail Message
3 messages

---

**Philip Andrew Hamilton** <hamiltonlegalservicesvirginia@gmail.com>          Tue, Feb 4, 2025 at 4:04 PM
To: "Braga, Stephen" <stephen.braga@bracewell.com>
Cc: Christina Taft <taftchristina.ceo@gmail.com>

> Steve Braga,
>     Thank you for responding to my voicemail earlier today.  I am reaching out since I'm trying to ascertain the whereabouts of Adam Waldman.  I have the plantiff for the U.S. District lawsuit, case # 5:24-CV-01930-TJH-DTV, copied to this message.  Adam Waldman is one of the defendants in this case and would you be able to provide a current residential or work address for him?



Philip Andrew Hamilton
Owner: Hamilton Legal Services
Website: HamiltonLegalServicesVirginia.WordPress.com
Cellular Phone: (571) 455-5312


On Tue, Feb 4, 2025 at 7:56 PM Braga, Stephen <stephen.braga@bracewell.com> wrote:
> Just listened to message again. Now think the caller's name might be Philip. Hard to hear
> though
>
> Sent from Steve Braga's IPhone
>
> > On Feb 4, 2025, at 6:33 PM, Braga, Stephen <stephen.braga@bracewell.com> wrote:
> >
> > Hello,
> >
> > I received a voice mail message from Paul late this afternoon, but the substance of the
> > message was garbled and breaking up. So I have no idea what he wanted. Can you type me his
> > message in response to this email?
> >
> > Thank you,
> >
> > Steve Braga
> >
> >
> > Sent from Steve Braga's IPhone

Exhibit 17

**Christina Taft** <taftchristina.ceo@gmail.com>                    Wed, Feb 5, 2025 at 2:33 PM
To: Philip Andrew Hamilton <hamiltonlegalservicesvirginia@gmail.com>
Cc: "Braga, Stephen" <stephen.braga@bracewell.com>

Hello Steve,

Will Adam accept service, of lawsuit
5:24-cv-01930-TJH (DTB)?

I am Pro Se, so I have to ask you directly…

I recall that in 2022, you stated that you are Adam Waldmans's attorney and/or a friend of his.

Philip is a process server reaching out.

Sincerely,
Christina Taft

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

[Quoted text hidden]

---

**Braga, Stephen** <stephen.braga@bracewell.com>                    Thu, Feb 6, 2025 at 12:19 PM
To: Philip Andrew Hamilton <hamiltonlegalservicesvirginia@gmail.com>
Cc: Christina Taft <taftchristina.ceo@gmail.com>

I am not presently representing Mr. Waldman, and I am not authorized to accept service of any
pleadings- or to answer any questions - on his behalf.

Sent from Steve Braga's IPhone

———

**STEPHEN L. BRAGA**
Partner
stephen.braga@bracewell.com | download v-card
T: +1.202.828.5840 | F: +1.800.404.3970 | M: +1.703.623.2180

**BRACEWELL LLP**
2001 M Street NW, Suite 900 | Washington, D.C. | 20036-3310
bracewell.com | profile | LinkedIn | Twitter

CONFIDENTIALITY STATEMENT
This message is sent by a law firm and may contain information that is privileged or
confidential. If you received this transmission in error, please notify the sender by
reply e-mail and delete the message and any attachments.
On Feb 4, 2025, at 9:21 PM, Philip Andrew Hamilton <hamiltonlegalservicesvirginia
@gmail.com> wrote:

[Quoted text hidden]

Exhibit 17

[Quoted text hidden]

# Exhibit 18 Emails to Associate/Lawyer Benjamin Chew (Rudnick) About Waldman Accepting Service and Whereabouts by Server Philip Hamilton

 Gmail

**Christina Taft <taftchristina.ceo@gmail.com>**

## Needing To Current Residential / Work Address For Adam Waldman

**Philip Andrew Hamilton** <hamiltonlegalservicesvirginia@gmail.com>                  Thu, Feb 6, 2025 at 9:49 AM
To: bchew@brownrudnick.com
Cc: Christina Taft <taftchristina.ceo@gmail.com>

Ben Chew,

    I am reaching out since I'm trying to ascertain the whereabouts of Adam Waldman. I have the plantiff for the U.S. District lawsuit, case # 5:24-CV-01930-TJH-DTV, copied to this message. Adam Waldman is one of the defendants in this case and would you be able to provide a current residential or work address for him?



Philip Andrew Hamilton
Owner: Hamilton Legal Services
Website: HamiltonLegalServicesVirginia.WordPress.com
Cellular Phone: (571) 455-5312

Exhibit 18

# Exhibit 19 Emails to Associate/Lawyer Benjamin Chew (Mullin) About Waldman Accepting Service and Whereabouts by Server Philip Hamilton

**M** Gmail

Christina Taft <taftchristina.ceo@gmail.com>

## Needing Current Residential / Work Address For Adam Waldman
4 messages

**Philip Andrew Hamilton** <hamiltonlegalservicesvirginia@gmail.com>    Thu, Feb 6, 2025 at 1:55 PM
To: BChew@sheppardmullin.com
Cc: Christina Taft <taftchristina.ceo@gmail.com>

Benjamin G. Chew,
I am reaching out since I'm trying to ascertain the whereabouts of Adam Waldman. I have the plantiff for the U.S. District lawsuit, case # 5:24-CV-01930-TJH-DTV, copied to this message. Adam Waldman is one of the defendants in this case and would you be able to provide a current residential or work address for him? To my knowledge he either lives in DC or at his property in Flordia.



Philip Andrew Hamilton
Owner: Hamilton Legal Services
Website: HamiltonLegalServicesVirginia.WordPress.com
Cellular Phone: (571) 455-5312

**Philip Andrew Hamilton** <hamiltonlegalservicesvirginia@gmail.com>    Thu, Feb 6, 2025 at 2:53 PM
To: BChew@sheppardmullin.com
Cc: Christina Taft <taftchristina.ceo@gmail.com>

[Quoted text hidden]

**Christina Taft** <taftchristina.ceo@gmail.com>    Thu, Feb 6, 2025 at 4:18 PM
To: Philip Andrew Hamilton <hamiltonlegalservicesvirginia@gmail.com>
Cc: BChew@sheppardmullin.com

Hello Ben,

I think you're a friend of Adam's.

Will Adam accept service of pleading
5:24-cv-01930-TJH (DTB)?

I am Pro Se, so I need to ask you directly.
Also does he still reside in the United States?

Philip is a process server reaching out and can meet with him at a coffee shop.

Sincerely,
Christina Taft

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
LinkedIn
[Quoted text hidden]

**Philip Andrew Hamilton** <hamiltonlegalservicesvirginia@gmail.com>    Mon, Feb 10, 2025 at 11:11 AM
To: BChew@sheppardmullin.com
Cc: Christina Taft <taftchristina.ceo@gmail.com>

Benjamin Chew,
May you immediate respond to my request to be contacted regarding Adam Robert Waldman? This matter is urgent**.**

Philip Andrew Hamilton
Owner: Hamilton Legal Services
Website: HamiltonLegalServicesVirginia.WordPress.com
Cellular Phone: (571) 455-5312
[Quoted text hidden]

Exhibit 19

# EXHIBITS G - Comprehensive Background Checks and New Licensed Private Investigator Discovery

# Exhibit 20 TJ Lewis's Los Angeles Company Confirms Adam Waldman having a DC Current Address and Coordinates Adam Rast to Serve

 **Christina Taft <taftchristina.ceo@gmail.com>**

---

## Fwd: process service

---

**TJ Lewis (Make 'Em Pay Info) <info@meprps.com>**                    Fri, Aug 30, 2024 at 1:10 PM
To: LucyMel <legalstructureconsulting@gmail.com>
Cc: Christina Taft <taftchristina.ceo@gmail.com>

Hey

We do work with servers in the DC area so we could likely coordinate this for you. What type of case is it and what is the area in CA for the service as well?
[Quoted text hidden]
--
## PLEASE CONFIRM RECEIPT OF EMAIL
### To Request a New Job Click Here!



TJ Lewis (2019126299)

CA Registered Process Server
Make 'Em Pay

P.O. Box 2708, Los Angeles, CA 90078

P: (213) 277-7250
F: (213) 341-0710



 

[Quoted text hidden]

Exhibit 20

# Exhibit 21 Co-Defendant Paul Barresi Harasses Los Angeles Process Serving Company to Discontinue Service to Plaintiff

10:20 🔇

◀ Gmail



← **Paul's review**

 **Paul B.**

 0   3   6     • • •

⭐☆☆☆☆   10/2/24

WARNING: 'Make em Pay' will surreptitiously record you while initiating service of process, regardless whether you have a reasonable expectation of privacy. They will turn the video over to the client who can post it on social media or whoever to shame you which essentially makes 'Make em Pay' an accomplice to aiding and abetting. So there could be potential criminal ramifications. This will leave you open to be sued in civil court & potentially charged criminally. Don't use these CLOWNS. The owner of 'Make em Pay,' Thomas Bryant Lewis II should no better.



| Thank | Comment | Direct message |

 Home     Yelp Ads     Biz Info     Inbox **2**     Notifications **6**     More

# Exhibit 22 Former LAPD William Sera Serves Hostile Co-Defendant Paul Barresi, formally served restraining order to protect witness seeing assault by Depp

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:24-cv-01930-TJH-DTB

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>PAUL JOSEPH BARESSI</u> was received by me on *(date)* <u>Sep 17, 2024, 2:09 pm</u>.

**[X]** I personally served the summons on the individual at *(place)* <u>9648 NOVA PL, RANCHO CUCAMONGA, CA 91730</u> on *(date)* <u>Thu, Sep 26 2024</u> ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ <u>219.55</u> for travel and $ <u>0.00</u> for services, for a total of $ <u>219.55</u>.

I declare under penalty of perjury that this information is true.

Date: 09/27/2024

_____
*Server's signature*

WILLIAM SERA
LOS ANGELES COUNTY 2016163195
_____
*Printed name and title*

MAKE 'EM PAY LLC P.O. BOX 2708 LOS ANGELES CA 90078
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Sep 26, 2024, 12:49 pm PDT at HOME: 9648 NOVA PL, RANCHO CUCAMONGA, CA 91730 received by PAUL JOSEPH BARESSI. Age: 75; Ethnicity: Caucasian; Gender: Male; Weight: 175; Height: 6'0"; Hair: Gray; Eyes: Brown; I knocked on the door and a female asked if she could take it. I hear recipient in the background, so I asked her for him to receive it personally. He told me, "Turn that fucking video off, that bitch posts it all over the Internet."

I turned it off and he personally accepted the legal documents.

**Docs Served:** AO 440 Summons in a Civil Action re: ADAM ROBERT WALDMAN, AO 440 Summons in a Civil Action re: PAUL BARRESI, CV-71 Civil Case Cover Sheet (Federal), Complaint, CV-30 Certification and Notice of Interested Parties (Local Rule 7.1-1), CV-25 Notice of Judge Assignment and Reference to a United States Magistrate Judge (Received Sep 17, 2024 at 2:09pm PDT)

Exhibit 22

# Exhibit 23 Comprehensive Check by Lewis's LA Company shows Washington DC Address as Current for Adam Waldman



**Make 'Em Pay**

Comprehensive Report on:

# ADAM ROBERT WALDMAN

Prepared on September 4, 2024

Interactive Data, LLC ("IDI") is not a "consumer reporting agency" and its services do not constitute "consumer reports," as these terms are defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA") or similar state statutes. Accordingly, IDI services may not be used in whole or in part as a factor in establishing an individual's eligibility for credit, insurance, employment, or for any other eligibility purpose permitted by the FCRA.

idiCORE may only be accessed and used in accordance with your Subscriber Agreement, the Gramm-Leach-Bliley Act ("GLBA"), the Driver's Privacy Protection Act ("DPPA"), and other applicable laws. By accessing and using idiCORE, Subscriber reaffirms its understanding and agreement to the foregoing. Subscriber shall be liable for its use of this system. Any misuse, or violation of Subscriber agreements and/or applicable law, will result in investigation and termination of access.

Powered by



Exhibit 23   1

# Subject Information

**ADAM ROBERT WALDMAN**                    037-36-XXXX                08/04/1968                **AGE:**  56

**Alias(es)**

ADAM ROBERT WALDMAN

ADAM A WALDMAN

ADAM WAIDMAN

ADAM R ALLEN

**SSN(s)**

037-36-XXXX

*Issued in Rhode Island, 1968-1969*

**DOB(s)**

08/04/1968 (56)

08/04/1966 (58)

??/??/1960 (~63-64)

**Reported Current Address:**

5163 TILDEN ST NW, WASHINGTON, DC, 20016 (DISTRICT OF COLUMBIA) (11/29/2004-07/30/2024)

**Bankruptcies:** None Found

**Motor Vehicles:** Yes

**Aircraft:** None Found

**Properties:** Yes

**Employment:** Yes

**Liens:** None Found

**Judgments:** None Found

**Foreclosures:** None Found

**Possible Criminal/Infractions:** Yes

**Business Affiliations:** Yes
**Professional License:** Yes

Exhibit 23    2

## Address Summary                                                    16 Found

| | | |
|---|---|---|
| 5163 TILDEN ST NW, WASHINGTON, DC 20016 | (DISTRICT OF COLUMBIA) | (11/29/2004-Current) |
| 44 COCOANUT ROW, PALM BEACH, FL 33480 ⓘ | (PALM BEACH) | (02/06/2024) |
| 999 N DOHENY DR APT 808, WEST HOLLYWOOD, CA 90069 | (LOS ANGELES) | (10/22/2019) |
| 10599 WILSHIRE BLVD APT 102, LOS ANGELES, CA 90024 | (LOS ANGELES) | (09/25/2014) |
| 3210 WISCONSIN AVE NW, WASHINGTON, DC 20016 ⓘ | (DISTRICT OF COLUMBIA) | (09/23/2013) |
| 4201 CATHEDRAL AVE NW APT 324E, WASHINGTON, DC 20016 | (DISTRICT OF COLUMBIA) | (04/25/2012) |
| 1775 PENNSYLVANIA AVE NW STE 350, WASHINGTON, DC 20006 | (DISTRICT OF COLUMBIA) | (06/24/2011) |
| 2001 K ST NW STE 206, WASHINGTON, DC 20006 | (DISTRICT OF COLUMBIA) | (02/25/2009) |
| 901 15TH ST NW REAR, WASHINGTON, DC 20005 | (DISTRICT OF COLUMBIA) | (03/15/2004) |
| 4519 43RD ST NW, WASHINGTON, DC 20016 | (DISTRICT OF COLUMBIA) | (09/23/1996-12/01/2004) |
| 3911 W ST NW APT 3, WASHINGTON, DC 20007 | (DISTRICT OF COLUMBIA) | (09/19/1994-09/23/1996) |
| 938 WILBUR AVE, SWANSEA, MA 02777 | (BRISTOL) | (08/01/1993-12/31/1993) |
| 5130 CONNECTICUT AVE NW APT 101, WASHINGTON, DC 20008 | (DISTRICT OF COLUMBIA) | (08/01/1992-08/08/1995) |
| PO BOX 2482, WINTER PARK, FL 32790 | (ORANGE) | (05/01/1989-09/01/1993) |
| 1030 SE 7TH AVE, POMPANO BEACH, FL 33060 | (BROWARD) | (02/01/1988-12/31/1989) |
| 126 THAMES ST, NEWPORT, RI 02840 | (NEWPORT) | (12/31/1987-12/31/1991) |

Exhibit 23   7

# Exhibit 24 Comprehensive Check by We Serve Law LLC, Advising that Washington DC Address is Still Current for Adam Waldman after Judge's Order

 **Christina Taft <taftchristina.ceo@gmail.com>**

## Need Process Serve of Defendant Waldman - Judge Orders

**We Serve Law LLC** <info@weservelaw.com>                    Thu, Oct 17, 2024 at 4:20 PM
To: Christina Taft <taftchristina.ceo@gmail.com>
Cc: Lucy Hanna <legalstructureconsulting@gmail.com>

Please see the attached report.
Showing current address as:
**5163 TILDEN ST NW, WASHINGTON, DC 20016-1961 (DISTRICT OF COLUMBIA COUNTY) (12/16/2004 to 10/17/2024)**

Please let me know if you would like us to serve at this address. We will confirm and send an invoice.

Thank you,

    **We Serve Law LLC**

Nationwide Legal Services

**p:** 800-637-1805
**w:** weservelaw.com
**e:** info@weservelaw.com

[Quoted text hidden]

---

 **ADAM ROBERT WALDMAN WASHINGTON DC 20016 DISTRICT OF COLUMBIA-People-Search-202410172220.pdf**
9K

Exhibit 24

# Exhibit 25 Comprehensive Check by Licensed PI Desert Eagle Investigations Finds and Advises Plaintiff that Adam Waldman has Florida current address, car registrations, voter registrations, and to do a motion for a re-issued summons

M Gmail

Christina Taft <taftchristina.ceo@gmail.com>

**Emailing ADAM R WALDMAN - Comprehensive Report - 2025-02-02(1).pdf**

**Crystal VL Rivers** <deserteagleinvestigations@gmail.com>                                    Sun, Feb 2, 2025 at 12:57 PM
To: Christina Taft <taftchristina.ceo@gmail.com>
Cc: deserteagleinvestigations@gmail.com

Hello
Please find and confirm receipt of this email and responses below

The attached report is **CONFIDENTIAL**, IS NOT REDACTED, and can ONLY be used for litigation

Crystal VL Rivers, Compliance Agent
*LEGAL TEAM / Offering services in NC, SC, VA, MD, DC*
PI/PPS☆VA #11-16117 ☆NC #869108 ☆SC #RD261735

434-818-2921
Feel free to text



**Terms/Costs Quotes good for 48 hrs**
Routine $
SAME DAY $
Next Day $
RUSH $
Expidited $

**Printing:**
**If more than 20 pgs $.10 per all pgs**
**40 or more pgs $.25 per all pgs**

**Pre Payment Required BEFORE SERVICE ON ANY JOB**
Email a clear complete copy of your check payment before mailing to us or we can invoice with a cc link **available with 4%interest**

**$150 monthly late fees applied to overdue invoices**

**$25 Additional mailing with your mailing label**

We can procede with billing upon approval of our quote/terms
We will procede with service upon receipt of payment

📄 **ADAM R WALDMAN - Comprehensive Report - 2025-02-02(1).pdf**
197K

Exhibit 25

## REPORT CRITERIA

Name: ADAM R WALDMAN
Person ID: 002633018520
Reference Code:

GLBA: Transactions Authorized by Consumer
DPPA: Use in the Normal Course of Business

## REPORT SUMMARY

| Subject Information (Best Information for Subject) | Indicators | |
|---|---|---|
| **MR ADAM R WALDMAN** (Male) | Criminal/Traffic Conviction: | Yes |
| 037-36-#### | Property: | Yes |
| 08/##/1968 (Age 56) | Corporate Affiliation: | Yes |
| | Deceased: | No |

### Report Legend

- Shared Address
- Verified Address
- Deceased
- High Risk Indicator

### Record Counts

| | |
|---|---|
| Aliases | 7 |
| Imposters | 0 |
| Associates | 3 |
| Relatives (1st Degree) | 9 |
| Student Information | 1 |
| Student Records | 0 |
| Addresses | 17 |
| Property Records | 2 |
| Phone Records | 16 |
| Email Addresses | 6 |
| Utilities | 0 |
| Neighbors | 4 |
| Historical Neighbors | 4 |
| Drivers Licenses | 0 |
| Motor Vehicle Registrations | 5 |
| Watercraft Records | 0 |
| Aircraft Registrations | 0 |
| Bankruptcies | 0 |
| Liens and Judgments | 0 |
| Criminal & Traffic Records | 1 |
| Sexual Offenses | 0 |
| Foreclosures | 0 |
| Notices of Defaults | 0 |
| Civil Court Records | 0 |
| Corporate Affiliations | 9 |
| UCC Filings | 0 |
| People at Work | 50 |
| FAA Certifications | 0 |
| Professional Licenses | 2 |
| DEA Controlled Substance Licenses | 0 |
| Voter Registrations | 7 |
| Hunting/Fishing Licenses | 0 |
| Weapon Permits | 0 |
| Firearms/Explosives Licenses | 0 |

### Associated Addresses

**17 Address Record(s) found:**

| | |
|---|---|
| 44 COCOANUT ROW APT A222, PALM BEACH, FL 33480-4069 PALM BEACH | (Jan 2024 - Feb 2025) |
| 44 COCOANUT ROW APT A2222, PALM BEACH, FL 33480-4069 PALM BEACH | |
| 1107 N HILLCREST RD, BEVERLY HILLS, CA 90210-2614 LOS ANGELES | (Nov 2019 - Oct 2020) |
| 5163 TILDEN ST NW, WASHINGTON, DC 20016-1961 D.C | (Nov 2004 - Nov 2024) |
| 1775 PENNSYLVANIA AVE NW STE 350, WASHINGTON, DC 20006-4744 D.C | (Mar 2011 - Oct 2020) |
| 4201 CATHEDRAL AVE NW APT 324E, WASHINGTON, DC 20016-4928 D.C | (Apr 2012 - May 2012) |
| 2001 K ST NW STE 206, WASHINGTON, DC 20006-1039 D.C | (Feb 2009 - May 2011) |
| 901 15TH ST NW STE 350, WASHINGTON, DC 20005-2326 D.C | (Mar 2004 - Mar 2006) |
| 4519 43RD ST NW, WASHINGTON, DC 20016-4515 D.C | (Sep 1996 - Jun 2005) |
| 5130 CONNECTICUT AVE NW APT 101, WASHINGTON, DC 20008-2000 D.C | (Aug 1992 - Jul 1999) |
| 3911 W ST NW APT 3, WASHINGTON, DC 20007-1770 D.C | (Sep 1994 - Jan 1997) |
| 938 WILBUR AVE, SWANSEA, MA 02777-2135 BRISTOL | (Jan 1993 - Aug 1993) |
| PO BOX 2482, WINTER PARK, FL 32790-2482 ORANGE | (May 1989 - Dec 1992) |
| 1030 SE 7TH AVE, POMPANO BEACH, FL 33060-9416 BROWARD | (Jan 1988 - Jan 1988) |
| 999 N DOHENY DR APT 808, WEST HOLLYWOOD, CA 90069-3151 LOS ANGELES | (Oct 2019 - Mar 2021) |
| 10599 WILSHIRE BLVD APT 102, LOS ANGELES, CA 90024-7622 LOS ANGELES | (Sep 2014 - Sep 2015) |
| 3210 WISCONSIN AVE NW APT, WASHINGTON, DC 20016-3816 D.C | (Sep 2013 - Sep 2013) |

### Associated Phone Numbers Summary

**15 Phone(s) found:**

| | |
|---|---|
| (202) 550-4507 ★★★★★ (Phones Plus) (11/01/2004 - 08/01/2024 ) (ADAM ROBERT WALDMAN ) | |
| (202) 715-0966 ★★★★★ (Phones Plus) (08/14/2015 - 05/13/2016 ) (ADAM R WALDMAN ) | |
| (407) 952-4050 ★★★★★ (Phones Plus) (09/17/2001 - 05/04/2007 ) (ADAM WALDMAN ) | |
| (202) 589-0880 ★★★★★ (Phones Plus) (10/13/2005 - 02/01/2006 ) (ADAM R WALDMAN ) | |
| (202) 328-4063 ★★★★★ (Phones Plus) (02/12/2008 - 02/12/2008 ) (ADAM WALDMAN ) | |
| (312) 622-3660 ★★★★★ (Phones Plus) (10/01/2021 - 10/01/2021 ) (ADAM WEIL ) | |
| (202) 744-0074 ★★★★★ (Phones Plus) (12/14/2014 - 12/01/2016 ) (ADAM R WALDMAN ) | |
| (321) 728-4114 ★★★★★ (Phones Plus) (11/10/2016 - 11/10/2016 ) (ADAM WALDMAN ) | |
| (202) 362-9672 ★★★★★ (Phones Plus) (11/01/2004 - 11/01/2004 ) (ADAM ROBERT WALDMAN ) | |
| (202) 715-0924 ★★★★☆ (Phones Plus) (05/01/2020 - 09/01/2024 ) (ADAM R WALDMAN ) | |
| (202) 715-0960 ★☆☆☆☆ (Phones Plus) (ADAM WALDMAN ) | |
| (407) 754-2656 ★☆☆☆☆ (Phones Plus) (ADAM WALDMAN ) | |
| (202) 363-5314 ★☆☆☆☆ (Old Phone) (08/1993 - 12/2023 ) | |
| (202) 589-0881 ★☆☆☆☆ (Old Phone) (09/2005 - 03/2006 ) | |
| (202) 629-1525 ★☆☆☆☆ (Old Phone) (10/2007 - 03/2009 ) | |

### Criminal & Traffic Records Summary

**1 Criminal & Traffic Record(s) found:**

06/26/2006 - NOT PROVIDED BY SOURCE

### Vehicle Summary

**5 Vehicle(s) found:**

| | |
|---|---|
| 2022 BMW X3 - 5UX43DP05N9K46260 - 75EIMA (FL) | |
| 2012 Porsche 911 - WP0CA2A98CS793091 - DU3778 (DC) | |
| 2021 Jeep Wrangler - 1C4JJXFM3MW565785 - GN0403 (DC) | |
| 2004 Volvo XC90 - YV1CZ59HX41106359 - EK6281 (DC) | |
| 2001 BMW 330 - WBAAV534X1JR79620 - BM9423 (DC) | |

### People at Work Summary

**50 People at Work Record(s) found:**

| | |
|---|---|
| FRIENDS OF THE GLOBAL FIGHT AGAINST AIDS TUBERCULOSIS AND MALARIA (Apr 2004 - Nov 2024) | |
| INDIAN RIVER BEVERAGE CORPORATION - CFO (Nov 2016 - Nov 2024) | |
| A2 PARTNERS, INC. - DIRECTOR (May 2006 - Nov 2024) | |
| NORTH HILLCREST ROAD, LLC - MANAGER (Dec 2023 - Sep 2024) | |
| A2 PARTNERS, INC. - DIRECTOR (Dec 2016 - Aug 2024) | |
| NORTH HILLCREST ROAD, LLC - MANAGER (Jun 2022 - Sep 2023) | |
| TYTON NC BIOFUELS LLC - MANAGER (Jan 2021 - May 2022) | |
| NORTH HILLCREST ROAD, LLC (Nov 2019 - Apr 2022) | |
| POLYPHONY FOUNDATION (Jan 2012 - Aug 2021) | |

MANSOUR Y YAGOUB - 5/1947 (77) - 559-69-#### issued in California between 01/01/1982 and 12/31/1982

**Neighborhood Profile (Census)**
Average Age: 46
Average Home Value: $1,000,000

Median Household Income: $141,745
Average Education: 15

**Property Ownership Information for this Address**
**1107 N HILLCREST RD, BEVERLY HILLS, CA 90210-2614 LOS ANGELES - Assessed**

**Owners**
NORTH HILLCREST ROAD LLC – Business ID: 4846257644
**Care Of**
MR ADAM WALDMAN - 037-36-####

**Assessment**
Parcel Number: 4391-026-003
Sales Price: $15,000,150
Assessed Improvement Value: 3,216,605
Recording Date: 11/26/2019
Lot Number: 104
Brief Description: TRACT # 21360 LOT 104

Location: LOS ANGELES CA
Assessed Total Value: $16,083,029
Assessed Value Year: 2024
Prior Recording Date: 03/11/2016

**Features**
Year Built: 1958
No of Bedrooms: 4
Pool: POOL
Air Conditioning: YES

Living Square Feet: 4,507
No of Baths: 5.00
Heating: CENTRAL
Land Square Footage: 32622 SF

---

**5163 TILDEN ST NW, WASHINGTON, DC 20016-1961 D.C (11/2004 -11/2024 )**
Subject Name: MR ADAM ROBERT WALDMAN

**Current Residents at Address**
BENJAMIN H FRITZ - 02/##/1978 (46) - 018-58-#### issued in Massachusetts between 01/01/1978 and 12/31/1979
JENNIFER H FRITZ - 08/##/1978 (46) - 030-58-#### issued in Massachusetts between 01/01/1979 and 12/31/1980
ADAM ROBERT WALDMAN - 08/##/1968 (56) - 037-36-#### issued in Rhode Island between 01/01/1968 and 12/31/1970

**Phones**
(202) 363-5314

**Neighborhood Profile (Census)**
Average Age: 51
Average Home Value: $1,000,000

Median Household Income: $208,839
Average Education: 17

**Property Ownership Information for this Address**
**5163 TILDEN ST NW, WASHINGTON, DC 20016-1961 D.C - Deed**

**Buyer/Owner**
MR BENJAMIN H FRITZ
MS JENNIFER H FRITZ - 030-58-####
**Seller**
MR ADAM R WALDMAN - 037-36-####

**Deed**
Parcel Number: 1459-0000-0839
Contract Date: 12/14/2023
Sales Price: $3,600,000
Document Number: 113038
Transaction Type: 1 - RESALE

Location: DISTRICT OF COLUMB
Recording Date: 12/19/2023
Document Type: G - DEED
Title Company: FIRST AMERICAN TITLE INS CO

5163 TILDEN ST NW, WASHINGTON, DC 20016-1961 D.C

---

**1775 PENNSYLVANIA AVE NW STE 350, WASHINGTON, DC 20006-4744 D.C (03/2011 -10/2020 )**
Subject Name: MR ADAM ROBERT WALDMAN
⚠ Address commercial or institutional

**Neighborhood Profile (Census)**
Average Age: 30
Average Home Value: $534,091

Median Household Income: $67,279
Average Education: 17

**Property Ownership Information for this Address**
**1775 PENNSYLVANIA AVE NW, WASHINGTON, DC 20006-4605 D.C - Assessed**

**Owners**
RS WASHINGTON CORP
SPEYER TISHMAN
**Seller**
CARRAMERICA REALTY CORP

**Assessment**
Parcel Number: 0166-0000-0038
Sale Date: 07/13/2006
Assessed Total Value: $97,963,610
Market Land Value: 39,769,290
Market Total Value: 97,963,610
Tax Year: 2024
Recording Date: 08/11/2006
Subdivision: ROGER SMITH WASHINGTON CORPORA

Location: DISTRICT OF COLUMBIA DC
Sales Price: $21,578,669
Assessed Improvement Value: 58,194,320
Market Improvement Value: 58,194,320
Assessed Value Year: 2024
Tax Amount: 1,851,512.24
Lot Number: 38

**Features**
Year Built: 1975
No of Stories: 12

Living Square Feet: 309,460
Exterior Walls: BRICK VENEER

1775 PENNSYLVANIA AVE NW STE 350, WASHINGTON, DC 20006-4744 D.C

**ADAM WALDMAN** - ENDEAVOR GROUP (MANAGER)
037-36-####
2001 K ST NW STE 206, WASHINGTON, DC 20006-1039 DISTRICT OF COLUMBIA
Business ID: 000849739090
Dates Seen: 09/2006 - 09/2006

Confidence Level: High
(202) 715-0966 - EST

**ADAM WALDMAN**
ENDEAVOR GROUP
MANAGER

**Phones**

| (202) 715-0966 (EST) - Business | Carrier Name: MCIMETRO ATS LLC |
| Carrier Location: WASHINGTON, DC | (Feb 2012 - Feb 2025) |

**ADAM WALDMAN** - ENDEAVOR GROUP (MANAGER)
037-36-####
2001 K ST NW STE 206, WASHINGTON, DC 20006-1039 DISTRICT OF COLUMBIA
Business ID: 000849739090
Dates Seen: 09/2006 - 09/2006

Confidence Level: High
(202) 715-0966 - EST

**ADAM WALDMAN**
ENDEAVOR GROUP
MANAGER

**Phones**

| (202) 715-0966 (EST) - Business | Carrier Name: MCIMETRO ATS LLC |
| Carrier Location: WASHINGTON, DC | (Feb 2012 - Feb 2025) |

# Vehicles (5 Found)

**5 Vehicle Record(s) found:**

2022 Gray BMW X3 4 Dr Wagon Sport Utility - 5UX43DP05N9K46260
2021 Jeep Wrangler 4 Dr Wagon Sport Utility - 1C4JJXFM3MW565785
2001 BMW 330 Sedan 4 Door - WBAAV534X1JR79620

2012 Porsche 911 Convertible - WP0CA2A98CS793091
2004 Volvo XC90 4 Dr Wagon Sport Utility - YV1CZ59HX41106359

## 2022 Gray BMW X3 4 Dr Wagon Sport Utility - 5UX43DP05N9K46260

State of Origin: FL
Price: $43,700
Data Source: Local

Series: SDRIVE30I
Type: PASSENGER CAR/LIGHT TRUCK

**2022 Gray BMW X3 4 Dr Wagon Sport Utility - 5UX43DP05N9K46260**

**Features**
Engine: 4 Cylinder 122 Cubic Inch
Transmission: T
Air Conditioning: Standard
Power Steering: Standard
Power Windows: Standard
Security System: Passive Engine Immobilizer, Keyless Entry & Alarm
Roof: None / not available
Front Wheel Drive: No

Anti Lock Brakes: 4 wheel standard
Daytime Running Lights: Standard
Power Brakes: Standard

Tilt Wheel: Standard
Four Wheel Drive: No

**Registrants**
**ADAM ROBERT WALDMAN** (Male) - CURRENT
08/##/1968 (56)
Driver License Number: #############
44 COCOANUT ROW APT A222, PALM BEACH, FL 33480-4069 PALM BEACH
Tag Number: 75EIMA - FL
Previous Tag Number: 75EIMA - FL
Registration Dates: 01/20/2024 - 07/09/2024

Possible SSN: 037-36-####

License Plate Type: Private
Decal Number: 02164529
Expiration Date: 08/04/2026

**Owners**
**ADAM ROBERT WALDMAN** (Male) - CURRENT
08/##/1968
Driver License Number: #############
44 COCOANUT ROW APT A222, PALM BEACH, FL 33480-4069 PALM BEACH
Title Number: 0144826672
Previous Title Issue Date: 11/26/2021

Possible SSN: 037-36-####

Title Issue Dates: 01/20/2024 - 01/30/2024

## 2012 Porsche 911 Convertible - WP0CA2A98CS793091

State of Origin: DC
Price: $91,300
Data Source: Local

Series: CARRERA 2 BLACK/4 BLACK
Type: PASSENGER CAR/LIGHT TRUCK

**2012 Porsche 911 Convertible - WP0CA2A98CS793091**

**Features**
Engine: 6 Cylinder 220 Cubic Inch
Transmission: F
Air Conditioning: Standard
Power Steering: Standard
Power Windows: Standard
Security System: Passive Engine Immobilizer, Keyless Entry & Alarm
Roof: Power sun/moon roof
Front Wheel Drive: No

Anti Lock Brakes: 4 wheel standard
Daytime Running Lights: Standard
Power Brakes: Standard

Tilt Wheel: Standard
Four Wheel Drive: No

**Registrants**
**ADAM ROBERT WALDMAN** (Male) - CURRENT
08/##/1968 (56)
Driver License Number: #############
5163 TILDEN ST NW, WASHINGTON, DC 20016-1961 D.C
Tag Number: DU3778 - DC

Possible SSN: 037-36-####

License Plate Type: Other

Previous Tag Number: DU3778 - DC                  Registration Dates: 07/12/2011 - 01/30/2024
Expiration Date: 07/11/2025

**Owners**
ADAM ROBERT WALDMAN (Male) - CURRENT
08/##/1968                                        Possible SSN: 037-36-####
Driver License Number: #############
5163 TILDEN ST NW, WASHINGTON, DC 20016-1961 D.C
Title Number: K1693669                            Title Issue Dates: 07/12/2011 - 07/12/2011

---

## 2021 Jeep Wrangler 4 Dr Wagon Sport Utility - 1C4JJXFM3MW565785

State of Origin: DC                               Series: RUBICON
Price: $43,320                                    Type: PASSENGER CAR/LIGHT TRUCK
Data Source: Local

### Features
Engine: 6 Cylinder 183 Cubic Inch
Transmission: F                                   Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard                        Daytime Running Lights: Standard
Power Steering: Standard                          Power Brakes: Standard
Power Windows: Standard
Security System: Passive Immobilize Key, Keyless entry, and alarm
Roof: None / not available                        Tilt Wheel: Standard
Front Wheel Drive: No                             Four Wheel Drive: No

### Registrants
ADAM ROBERT WALDMAN (Male) - EXPIRED
08/##/1968 (56)                                   Possible SSN: 037-36-####
Driver License Number: #############
5163 TILDEN ST NW, WASHINGTON, DC 20016-1961 D.C
Tag Number: GN0403 - DC                           License Plate Type: Other
Previous Tag Number: GN0403 - DC                  Registration Dates: 07/11/2021 - 05/12/2024
Expiration Date: 07/10/2024

### Owners
ADAM ROBERT WALDMAN (Male) - CURRENT
08/##/1968                                        Possible SSN: 037-36-####
Driver License Number: #############
5163 TILDEN ST NW, WASHINGTON, DC 20016-1961 D.C
Title Number: K2440671                            Title Issue Dates: 07/11/2021 - 07/11/2021

---

## 2004 Volvo XC90 4 Dr Wagon Sport Utility - YV1CZ59HX41106359

State of Origin: DC                               Series: 2.5T
Price: $36,565                                    Type: PASSENGER CAR/LIGHT TRUCK
Data Source: Local

### Features
Engine: 5 Cylinder 153 Cubic Inch
Transmission: P                                   Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard                        Daytime Running Lights: Standard
Power Steering: Standard                          Power Brakes: Standard
Power Windows: Standard
Security System: Pass key
Roof: None / not available                        Tilt Wheel: Standard
Front Wheel Drive: No                             Four Wheel Drive: No

### Registrants
ADAM ROBERT WALDMAN (Male) - HISTORICAL
08/##/1968 (56)                                   Possible SSN: 037-36-####
Driver License Number: #############
5163 TILDEN ST NW, WASHINGTON, DC 20016-1961 D.C
Tag Number: EK6281 - DC                           License Plate Type: Other
Previous Tag Number: CD2470 - DC                  Registration Dates: 09/30/2013 - 09/30/2013
Expiration Date: 11/01/2015

### Owners
ADAM ROBERT WALDMAN (Male) - CURRENT
08/##/1968                                        Possible SSN: 037-36-####
Driver License Number: #############
5163 TILDEN ST NW, WASHINGTON, DC 20016-1961 D.C
Title Number: K1850352                            Title Issue Dates: 09/18/2013 - 09/18/2013

---

## 2001 BMW 330 Sedan 4 Door - WBAAV534X1JR79620

State of Origin: DC                               Series: I
Price: $33,990                                    Type: PASSENGER CAR/LIGHT TRUCK
Data Source: Local

### Features
Engine: 6 Cylinder 182 Cubic Inch
Transmission: D                                   Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard                        Daytime Running Lights: Available
Power Steering: Standard                          Power Brakes: Standard
Power Windows: Standard
Security System: Pass key
Roof: None / not available                        Tilt Wheel: Standard
Front Wheel Drive: No                             Four Wheel Drive: No

**Side notes:**
2021 Jeep Wrangler 4 Dr Wagon Sport Utility - 1C4JJXFM3MW565785

2004 Volvo XC90 4 Dr Wagon Sport Utility - YV1CZ59HX41106359

2001 BMW 330 Sedan 4 Door - WBAAV534X1JR79620

**Registrants**

**ADAM R WALDMAN** (Male) - CURRENT
08/##/1968 (56)
Driver License Number: #############
4519 43RD ST NW, WASHINGTON, DC 20016-4515 D.C
Tag Number: BM9423 - DC
Previous Tag Number: BM9423 - DC
Expiration Date: 07/21/2007

Possible SSN: 037-36-####

License Plate Type: Other
Registration Dates: 06/21/2005 - 06/21/2005

**Owners**

**ADAM R WALDMAN** (Male) - CURRENT
08/##/1968
Driver License Number: #############
4519 43RD ST NW, WASHINGTON, DC 20016-4515 D.C
Title Number: K1012163

Possible SSN: 037-36-####

Title Issue Dates: 07/22/2002 - 07/22/2002

---

# Drivers Licenses (4 Found)

4 Driver License Record(s) found:
############# - (FL) - Historical          ############# - (FL) - Current          ######### - (DC)
############# - (FL)

---

**############# - (FL) - Historical**
MR ADAM ROBERT WALDMAN (Male)                 037-36-####
08/##/1968 (56)
44 COCOANUT ROW UNIT A222, PALM BEACH, FL 33480-4069 PALM BEACH
Issue Date: 01/25/2024                        Expiration Date: 08/04/2032
Height/Weight: 5' 8"                          License Type: DRIVER LICENSE
Race: WHITE                                   Orig Issue Date: 01/25/2024
Name Change: N                                Address Change: Y
Issuance: 1                                   Non DMV Source: N
License Class: E - Non-Commercial - Regular Operator License
Dates Seen: 01/2024 - 01/2024

############# - (FL) -
Historical

---

**############# - (FL) - Current**
MR ADAM ROBERT WALDMAN (Male)                 037-36-####
08/##/1968 (56)
44 COCOANUT ROW UNIT A222, PALM BEACH, FL 33480-4069 PALM BEACH
Issue Date: 01/25/2024                        Expiration Date: 08/04/2032
Height/Weight: 5' 8"                          License Type: DRIVER LICENSE
Race: WHITE                                   Orig Issue Date: 01/25/2024
Name Change: N                                Address Change: N
OOS Prev DL Number: #######                   OOS Prev State: WA
Issuance: 1                                   Non DMV Source: N
License Class: E - Non-Commercial - Regular Operator License
Dates Seen: 02/2024 - 02/2024

############# - (FL) -
Current

---

**######### - (DC)**
MR ADAM R WALDMAN                             037-36-####
08/##/1968 (56)
3911 W ST NW APT 3, WASHINGTON, DC 20007-1770 D.C
Non DMV Source: Y

######### - (DC)

---

**############# - (FL)**
MR ADAM R WALDMAN                             037-36-####
08/##/1968 (56)
PO BOX 2482, WINTER PARK, FL 32790-2482 ORANGE
Non DMV Source: Y

############# - (FL)

---

# Aliases (7 Found)

ADAM R WALDMAN (Male) (Current) - 08/##/1968 (56) (Correct) - 037-36-#### issued in Rhode Island between 01/01/1968 and 12/31/1970
ADAM ROBERT WALDMAN (Current) - 08/##/1968 (56) (Correct) - 037-36-#### issued in Rhode Island between 01/01/1968 and 12/31/1970
ADAM A WALDMAN - 08/##/1968 (56) (Correct) - 037-36-#### issued in Rhode Island between 01/01/1968 and 12/31/1970
ADAM WALDMAN - 08/##/1968 (56) (Correct) - 037-36-#### issued in Rhode Island between 01/01/1968 and 12/31/1970
ADAM WAIDMAN - 08/##/1968 (56) (Correct) - 037-36-#### issued in Rhode Island between 01/01/1968 and 12/31/1970
ADAM R ALLEN - 08/##/1968 (56) (Correct) - 037-36-#### issued in Rhode Island between 01/01/1968 and 12/31/1970
ADAM WAIDMAN - 08/##/1968 (56) (Correct) - 037-36-#### issued in Rhode Island between 01/01/1968 and 12/31/1970

---

# Imposters (Individuals with who share SSN with subject) (None Found)

NO RECORDS

| 11/##/02 | 037-36-#### | **MR ADAM WALDMAN** |
|---|---|---|
| Dates Reported: 08/24/2016 - 08/05/2019 | | AMERICAN UNIVERSITY |
| Address At College: 3911 W ST NW APT 3, WASHINGTON, DC 20007-1770 DISTRICT OF COLUMBIA | | |
| Attended High School: Y - 2000 | Years Since HS Graduation: 38 yrs | |
| **AMERICAN UNIVERSITY** | | |
| Major: LAW | Level: FOUR YEAR COLLEGE | |
| Original Name: AMERICAN UNIVERSITY | Type: PRIVATE SCHOOL | |

| 08/##/1968 | 037-36-#### | **MR ADAM WALDMAN** |
|---|---|---|
| Dates Reported: 08/24/2016 - 08/05/2019 | | |
| Address At College: 5163 TILDEN ST NW, WASHINGTON, DC 20016-1961 DISTRICT OF COLUMBIA | | |
| Attended High School: Y - 1986 | Years Since HS Graduation: 38 yrs | |

## Voter Registrations (7 Found)

| | Reg Date | Reg State | Party | Status | Last Vote | Name | Address | Phone | Misc |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 10/05/1992 | District of Columbia | NONE DECLARED | | 11/02/2004 | MR ADAM ROBERT WALDMAN (Male) 08/##/1968 037-36-#### | 4519 43RD ST NW WASHINGTON, DC 20016-4515 D.C | (202) 362-9672 | |
| 2 | 10/05/1992 | District of Columbia | NONE DECLARED | Active | 11/2004 | MR ADAM R WALDMAN 037-36-#### | 4519 43RD ST NW WASHINGTON, DC 20016-4515 D.C | | |
| 3 | 10/05/1992 | District of Columbia | NONE DECLARED | Active | 11/2000 | MR ADAM ROBERT WALDMAN 037-36-#### | 4519 43RD ST NW WASHINGTON, DC 20016-4515 D.C | | |
| 4 | 01/25/2024 | Florida | NONE DECLARED | Active | | MR ADAM ROBERT WALDMAN (Male) 08/##/1968 037-36-#### | 44 COCOANUT ROW APT A2222 PALM BEACH, FL 33480-4069 PALM BEACH | | Race: WHITE |
| 5 | 11/07/2016 | District of Columbia | NONE DECLARED | Active | | MR ADAM ROBERT WALDMAN (Male) 08/##/1968 037-36-#### | 5163 TILDEN ST NW WASHINGTON, DC 20016-1961 D.C | (202) 550-4507 | |
| 6 | 10/05/1992 | District of Columbia | NONE DECLARED | Active | | MR ADAM R WALDMAN 1968 037-36-#### | 4519 43RD ST NW WASHINGTON, DC 20016-4515 D.C | (202) 362-9672 | |
| 7 | 10/06/1990 | Rhode Island | YOUTH INTL. | Active | | A R WALDMAN (Male) 08/##/1968 037-36-#### | 104 FOREST ST PROVIDENCE, RI 02906-2663 PROVIDENCE | | |

## Professional Licenses (2 Found)

**2 Professional License Record(s) found:**
**ATTOR ADAM WALDMAN**  LAWYER            **ADAM ROBERT WALDMAN**  ATTORNEY

| **LAWYER** | **ATTOR ADAM WALDMAN** |
|---|---|
| ATTOR ADAM WALDMAN (M) | 037-36-#### |
| 5163 TILDEN ST NW, WASHINGTON, DC 20016-1961 D.C | |
| 037-36-#### | |
| Company Name: ENDEAVOR LAW FIRM | |
| Original Name: ADAM WALDMAN | |
| Original Address: 5163 TILDEN ST NW, WASHINGTON, DC 20016 | |

| **ATTORNEY** (Maryland) - 9512140251 (CURRENT) | **ADAM ROBERT WALDMAN** |
|---|---|
| ADAM ROBERT WALDMAN | 037-36-#### |
| 5163 TILDEN ST NW, WASHINGTON, DC 20016-1961 D.C | |
| 037-36-#### | |
| Company Name: ENDEAVOR LAW FIRM    Issued Date: 1995 | |
| Original Name: ADAM ROBERT WALDMAN | |
| Original Address: 5163 TILDEN ST NW, WASHINGTON, DC 20016 | |

# EXHIBITS H - ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE OF PUBLICATION IN WASHINGTON POST [DOCKET NO. 8]

# Exhibit 26 Order Denying Plaintiff's Motion for Publication in the Washington Post to Serve Adam Waldman

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **5:24-cv-01930-TJH (DTB)**                Date: **October 16, 2024**

Title: **Christina Taft v. Paul Barresi, et al.**
==========================================================

**DOCKET ENTRY**
==========================================================

PRESENT:

### HON. DAVID T. BRISTOW, MAGISTRATE JUDGE

| S. Lorenzo | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:           ATTORNEYS PRESENT FOR DEFENDANT(S):
   None present                                    None present

## PROCEEDINGS: (IN CHAMBERS) ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE OF PUBLICATION [DOCKET NO. 8]

On October 3, 2024, the Court received from Plaintiff, a Motion for Service of Publication ("Motion"). (Docket No. 8). In her Motion, Plaintiff seeks an order allowing service of process by publication on Defendant Adam R. Waldman ("Waldman"), pursuant to California Code of Civil Procedure ("C.C.P.") § 415.50. (Motion at 1). In support of her Motion, Plaintiff states that she has diligently attempted personal service on Waldman on three occasions, each of which was unsuccessful. (Id.).

Pursuant to Fed.R.Civ.P. 4(e)(1), a summons may be served on an individual by, *inter alia*, "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made."

As this matter is pending in the Central District of California, Rule 4(e)(1) implicates California's statutory framework for service of process. Pursuant to C.C.P. § 415.50(a) "a summons may be served by publication if upon affidavit it appears to the satisfaction of the court in which the action is pending that the party to be served cannot with reasonable diligence be served in another manner specified in this article . . ."

Here, it does not appear that Plaintiff has satisfied the requirements for service by publication. First, pursuant to the declaration of diligence by Adam Rast ("Rast"), which is attached in Exhibit "A" to the Motion, it appears that both the home address and business address listed by Plaintiff for Waldman are inaccurate. Rast attests that the

MINUTES FORM 11                                    Initials of Deputy Clerk  RAM
CIVIL-GEN

Exhibit 26

address at 5163 Tilden Street Northwest, Washington, D.C., 20006, which is referred to
as Waldman's residence, is, instead, the residence of Jennifer Harding Fritz. (Motion,
Exh. A at 2). Rast attests that this address is shown to have been recorded in the name of
Jennifer Harding Fritz and Benjamin H. Fritz as of December 19, 2023. (Id.). Moreover,
the business address listed for Endeavor Group, 1775 Pennsylvania Avenue Northwest
350, Washington, D.C. 20006, also appears inaccurate, as Rast indicates that the
Endeavor Group is no longer located at that address. (Id.). As noted, C.C.P. § 415.50(a)
provides for service by publication when it appears the party to be served cannot, with
reasonable diligence, be served in another manner. "The term 'reasonable diligence' . . .
denotes a thorough, systematic investigation and inquiry conducted in good faith by the
party or his agent or attorney." Watts v. Crawford, 10 Cal.4th 743, 749 n.5 (1995)
(quoting Vorburg v. Vorburg, 18 Cal.2d 794, 797 (1941).) "In determining whether a
plaintiff has exercised 'reasonable diligence,' the court examines the affidavit to see
whether the plaintiff 'took those steps a reasonable person who truly desired to give
notice would have taken under the circumstance.' " United States v. Benson, 2019 WL
6612246, at *2 (N.D. Cal. Dec. 5, 2019) (quoting Donel, Inc. v. Badalian, 87 Cal.App.3d
327, 333 (1978)). Although "no single formula nor mode of search can be said to
constitute due diligence in every case," Donel, 87 Cal.App.3d at 333, "[a] number of
honest attempts to learn defendant's whereabouts . . . by inquiry of relatives, friends, and
acquaintances, or of his employer, and by investigation of appropriate city and telephone
directories, the voters' register, and the real and personal property index in the assessor's
office . . . are generally sufficient." Kott v. Superior Ct., 45 Cal.App.4th 1126, 1137
(1996); see also Entrepreneur Media, Inc. v. Doe, 2020 WL 2089485, at *2 (C.D. Cal.
Mar. 4, 2020) (performing same analysis). "Consistent with the notions of fair play and
due process, substituted service by publication is 'a last resort' when 'reasonable
diligence to locate a person in order to give him notice before resorting to the fictional
notice afforded by publication' has been exercised." Calvert v. Al Binali, 29
Cal.App.5th 42, 49-50 (2018) (quoting Donel, 87 Cal.App.3d at 332).

In her Motion, Plaintiff asserts that "Defendant [Waldman] could not be located,
and Plaintiff is unaware if Defendant is avoiding service." (Motion at 2). However, it is
apparent from the declaration of Rast that Waldman is not avoiding service; while the
declaration of diligence indicates that service was attempted twice at the residential
address and once at the business address, it appears that Waldman neither lives nor
works at the addresses where service was attempted. In addition, to the extent Plaintiff is
able to identify a current address for Waldman, and assuming such is not within the State
of California, California law provides that service may be accomplished by first class
mail, postage prepaid, requiring a return receipt. C.C.P. § 415.50. Service in such
manner is deemed complete on the 10th day after such mailing. (Id.). Plaintiff has not
shown to the satisfaction of the Court that Waldman either resides or works at the

Exhibit 26

locations where service has been attempted, or that he cannot be served in another manner as provided by California law.

Accordingly, the Motion is DENIED without prejudice.

**IT IS SO ORDERED.**

Exhibit 26

# EXHIBITS I - Five Declarations of Witnesses/Victims in Support

# Exhibit 27 Declaration of Mike McCormick

## DECLARATION OF MIKE MCCORMICK

**STATE OF CALIFORNIA**    )
                           ) SS:
**COUNTY OF LOS ANGELES**  )

Mike McCormick, being duly sworn, deposes and says:

I am a Witness in the matters of Case 5:24-cv-01930-TJH-DTB (Taft v. Paul Barresi, Adam R. Waldman, and Does 1-10), currently pending in the U.S. District Court of the Central District of California.

I am above the age of 18 and reside in California. At the time of these events, I resided in California.
The facts stated in this affidavit are true and correct to the best of my knowledge and belief.

I have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true.

### Events

I am a licensed retired LAPD private investigator in California. On March 13th, 2022, Ms. Taft inquired to me about looking up an old friend of socialite Michelle Diamond's named Richard Bren, son of billionaire real-estate developer Donald Bren, so they could re-connect. Ms. Diamond was a friend of Plaintiff's mother Victoria Taft.

On June 16th, 2022, Plaintiff Taft requested that I be her private investigator related to witnesses being harmed as she was alarmed to. Plaintiff was afraid that witnesses could be harmed or disappear for giving information to Taft that revealed Barresi's activities to suppress witness testimony. I reached out to several witnesses to let them know they had help if they needed it and could speak.

I spoke with Witness of Viper Room Mr. Albertini and Defendant Barresi. Mr. Albertini wanted to testify and told my client Ms. Taft that he wanted to testify against Depp. Mr. Albertini stated that Barresi confessed to him to have killed Shalimar Seuli. Shalimar fell off a roof to her death. I asked my client where Barresi was in the 24 hours before and the 24 hours after death. Barresi did not appear to deny doing this from my observations and information over years.

I confirm that I approved of reporting to the Bureau of Security and Investigative Services and to the FBI after I observed witness interference. I observed that witnesses reported to the FBI and advised my client Taft.

PAGE **1** OF **4**

Exhibit 27

I confirm that Barresi sent me over 30 emails and documents of his. He had called and texted me repeatedly for over a period of 2 years. Mr. Barresi stated he would record me as well when I asked him for consent to record him.

Barresi has left repeated aggressive voicemails, texts, phone calls and harassment to me, including about my former client Taft and other Witnesses for 2 years. The last one was September 30, 2024, that my former client informed me was after process service of him of Lawsuit with Actions including obstruction of justice, and restraining order requests.

I am intimidated and threatened by Barresi for attempting to help witnesses, Plaintiff Taft, and former clients of Barresi's who he exploits.  I am intimidated by him constantly, in an attempt to get me to not report him. Mr. Barresi intimidates me by stating that my client ever had me as a private investigator and manipulates financial transactions, when in actuality all my witnesses and my client were afraid for their lives.

In the last aggressive voicemail, Mr. Barresi cursed me several times stating "that PI Juan Brooks," and claimed that there "could have been a soft landing." In context to what I have personal knowledge of, observed, and information of.  This is a direct threat to me, a threat to other private investigators, a threat to witnesses, and to my former client, Plaintiff Ms. Taft.

From my ongoing observations, Mr. Barresi will not stop even when he is reported to authorities, or in the interest of investigation, including from the FBI.

Based on my personal knowledge and observations, the nature of Defendants is extreme. I have observed:

> ➢ I observed Witness Interference by interviewing witnesses and in documentation.
> ➢ I have knowledge of witnesses with ongoing threats and harassment made to them by Defendants.
> ➢ I observed Albertinti was originally listed as a cooperating witness and I have possession of Interview of Albertini from 2019 from Barresi on June 4, 2022.
> ➢ I personally communicated with Richie and was given witness names and timelines.
>    Chris Stanco, Bruce Corkum, Peter Nichols, Cathy Duncan, Stacy Lopez, Donna, and Big Ed Shaw, were a few of the over 20 names I observed given to me which were related to the Viper Room and with information they could testify about.
> ➢ I have knowledge that Barresi used a recording to coerce Richie and Big Ed Shaw.
> ➢ I have knowledge of how Barresi contacted witness Daniel Brummit over a phone call, attempted to corruptly persuade him and intimidated him and his son.
> ➢ In 2022, I observed and have knowledge of emails, texts of Paul Barresi and Adam Waldman in

PAGE **2** OF **4**

Exhibit 27

1    correspondence and conspiring to suppress witness testimonies and they were sent to Mario Nitrini.

2    ➢ I have knowledge that Mario Nitrini has information regarding Barresi and Waldman correspondence, what
     Barresi sent about potential witnesses to the law firm Brown George Ross LLP that requested Barresi to
3    obtain witnesses, about Joshua, and what Barresi sent Nitrini against or about Elon Musk and security
4    person Gavin Debecker.

5    ➢ I observed and have personal knowledge that witnesses were intimidated, including but not limited to
     Richie, Mario Nitrini, and myself, and crimes that I witnessed were enacted by Defendants.
6
     ➢ I observed Adam Waldman approve witness interference to gain unscrupulous advantage on intent, with
7    break-ins and vandalism against Witnesses on a phone call with Paul Barresi. I have personal knowledge of
8    this since September 2022.

9    ➢ I observed Paul Barresi and Adam Waldman locating people. I have knowledge that witness Rebecca Berry
     was told by Barresi defendants use to refocus threat vandalism and break-ins perpetuated on witnesses to
10   alter the intent as being by their opponents.

11   ➢ I have information of Barresi's text to witness Richard Albertini, " I still go that taped conversation of you
     and Big Ed. The one where you do your damnest to try and get him to say horrible lies about Johnny Depp.
12   Hmmm, I wonder what I should do with it you fucking moron." He also threatened the witness when he
13   indicated earlier "if I hadn't done her in, someone else would have."

14   ➢ I received emails from Barresi, including on the, to my belief, likely murdered Anthony Fox, former co-
     owner of the Viper Room.
15
     ➢ I have personal knowledge that Barresi is dangerous to potential witness Amber Heard and other former
16   clients including as potential witnesses that could report him to authorities or testify. He named multiple
17   former client potential witnesses in emails.

18   ➢ I observed that Rocky Brook's case was impacted, including witnesses from the Viper Room and listed
     witness Heard no longer being available to testify.
19
     ➢ In my observation, Barresi audio records and can exploit his phone calls with attorneys, former clients, and
20   potential witnesses that may want to report him.

21   ➢ I observed Mr. Barresi had his license nearly immediately revoked by the California Attorney General 10
     years ago and is not supposed to be doing unauthorized lookups.
22
     ➢ Barresi is dangerous and needs to be restrained. In my knowledge I have seen his aggression for years and
23   it is serious by nature.

24   I attest that lines 78, 79 80, 95, 113, 114, 115, 116, 117, 118, and 119 of the lawsuit of Plaintiff Taft are true and
25   correct.

26
     I have additional knowledge and information I can declare and attest to, inclusive of defendants ongoing activities. I
27   assert that I can provide said evidence to the facts stated above.

28                                        PAGE 3 OF 4

Exhibit 27

1

2

3

4  I, Mike McCormick, as a declaring witness to testify if so called upon, do hereby declare under penalty of perjury

5  that the information provided herein is true and accurate to the best of my knowledge. This declaration has been

6  verified and is made in good faith.

7  DATED this 24 day of Oct , 2024.

8  Signed: _____

9  Name: Mike McCormick

10

11

12  SUBSCRIBED and SWORN to before me

    this _____ of _____ , 2024.

13

14  _____

15  NOTARY PUBLIC in and for said State,

    in the United States of America

16

17  OFFICIAL SEAL

18

19

20

21

22

23

24

25

26

27

28                          PAGE 4 OF 4

Exhibit 27

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me on this _24th_ day of _October_, 20_24_, by _Mike McCormick_

_____,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

MATHEW CRES SAN JOSE
Notary Public - California
Los Angeles County
Commission # 2500056
My Comm. Expires Sep 17, 2028

(Seal)                    Signature_____

Exhibit 27

# Exhibit 28 Declaration of Molly Beaton

1  **DECLARATION OF MOLLY BEATON**

2  **STATE OF FLORIDA**

3  **COUNTY OF ORANGE**

4  Molly Moreen Skye Beaton, being duly sworn, deposes and says:

5  I am a Witness in the matters of Case 5:24-cv-01930-TJH-DTB (Taft v. Paul

6  Barresi, Adam R. Waldman, and Does 1-10), currently pending in the U.S. District

7  Court of the Central District of California.

8  I am above the age of 18 and reside in Florida. At the time of these events, I

9  resided in Florida.

10  The facts stated in this affidavit are true and correct to the best of my knowledge

11  and belief. I have personal knowledge of the facts stated herein, except for those

12  stated upon information and belief, and as to those, I believe them to be true.

13  I am competent to testify as the facts stated herein in a court of law and will so

14  testify if called upon.

15

16  1. Knowing I could be a witness, Defendant Paul Barresi has continued to contact

17  me to this day, and I want his brutal, continual threats and harassment to stop. I am

18  afraid of him and I haven't told directly that I am testifying for Plaintiff. I do not

19  want Barresi who acts like a hitman going to my house for being a witness.

20  2. Since first interacting with witnesses and then Barresi from 2021, 2022 to

21  December 2024, I personally have reported that he is a 'hitman' as I provided that

22  to Florida State Police (Case 48-2021-NM-002537). Two witnesses corroborated

23  Barresi's imminent dangerousness to threaten and kill.

24  3. Barresi has tried to make me provide information about Plaintiff Christina Taft

25  and described Angela, who is Jane Doe in Plaintiff's lawsuit, a "non-entity," which

26  I find disturbing. She is absolutely an 'entity' that is important. I find Barresi's

27  description disturbing because I have observed Barresi's credible threats and

28  behaviors leading me to believe he is an erratic criminal for hire and dangerous.

Exhibit 28

4. As recent as December 28, Defendant Barresi has contacted me which I see as harassing, dangerous, invasion of privacy, threatening, and malicious. His emails are eerily intimidating, manipulative, and controlling. He was trying to force me to say or do things I do not agree with. I'm an innocent victim that was brought in related to victims of sexual assault. Barresi is a criminal stalker.

5. Plaintiff Taft first contacted me in 2022, and I witnessed escalations of intimidation towards her by Defendants Barresi and Waldman. I witnessed escalations of vandalism, TROs filed, and that "witnesses are still being harassed" discussed between Barresi and Waldman as they wanted to "END" Amber Heard and as a result, endanger anyone nonsensibly who did not agree with him.

6. I continued to see Defendant Barresi harassing and stalking Plaintiff Taft for 2 years. As recent as January 5th, 2024, I saw that Barresi was stalking Taft's location, residency, about her mother's death, all in his alarming efforts as a criminal fixer, and to eliminate witnesses that may have turned to assist Heard.

7. Barresi is orchestrating people to attack Taft repeatedly, as a paid fixer and obsession with her, to control, and to make people perceive her the way he wants. Barresi uses her mother to try to make her die, which is what a fixer does.

8. I saw disturbing activities after Barresi first contacted me, uninvited, through a social media account in 2022. He later called me September 28, 2022 and I was not comfortable talking with him. Barresi keeps focusing irrationally on me, witnesses, Taft, and a letter he is obsessed with that witness Mario Nitrini sent to me.

9. Angela is in an audio recording with Taft. I've seen Paul Barresi maliciously exploit their private telephone call to intimidate and coerce them for years now.

WITNESS DECLARATION OF MOLLY BEATON

Exhibit 28

10. Angela personally communicated to me that a Hollywood Fixer, believed at the time to be Paul Barresi, put a gun to her head on a hiking trial in Lake Mary, Florida, to silence her from ever successfully reporting or talking about the sexual assault of her by actor Marton Csokas. We bonded by being victims of assault and in the industry.

11. Angela first reached out to me on July 8th, 2021. She wanted me to email about her to a celebrity, Tygh Runyan, from a television show. I barely knew her, the email was embellished to promote her, I didn't like it, and I didn't send it. I was making a show for broadway. She wanted me to get in touch with Johnny Depp's agent about a song she wrote about him and I think Depp is an abuser.

12. A week later, I helped Angela, Jane Doe, with her music video and stayed with her in Tennessee at her house. Angela paid for my flight ticket and not for assisting her work. I saw that she had large scars on her legs and body that were from her surviving days long torturous attacks from Actor Marton Csokas.

13. We disagreed about compensation and argued, however, still communicated on well-being, safety, and music production. We were concerned about Barresi as a hitman and Richie who changed sides to harass us. Originally Richie convinced me that he wanted to help us, alerting that Barresi was a hitman and a Hollywood Fixer, and then he started to torment escalating to needing police intervention. 2021, I asked Mario Nitrini, about Barresi and Richie "he confessed to murder"

14. Angela was afraid for her life from "fixers" acting to benefit Actor Csokas when her name is used. I sent to the police in their investigation a text message from Angela on September 14, 2021 stating, "My police officers actually already warned him. He putting my life in danger every time he says my name." Angela asked me, "Have you tried the fbi?"

15. Since April of 2022 and since Taft showed Albertini that Barresi was oppressing him with Waldman to benefit Depp with documentation, he has stopped contacting me for two years. Albertini knew I was supportive of Amber when he

WITNESS DECLARATION OF MOLLY BEATON

Exhibit 28

was contacting me before and when Barresi was contacting him. I do not want anymore instigated harassment by Barresi and I do not want to be contacted ever again by either of them or threatened. It is a nightmare.

16. In May 2022, Angel for Artists was harassing people supporting me, talking about "an actor and his goons" harming her, making up stories about the letter, how documents were obtained, photos, and making up stories about me. I corrected the stories in text messages to Angela and Angela replied strangely.

17. Defendant Barresi initially contacted me in 2022 in his interests in fighting Richie Albertini, who I know has information against Johnny Depp, although I did not know about the assaults in the Viper Room done by Depp. In the same documentation I sent the Florida police in 2021, Albertini was referencing Amber Heard, who is an assault victim like I am an assault victim.

18. I've seen messages of witness Ian Herndon messaging in 2021 to Roberta Kaplan, who was Amber's attorney, about problems of harming rape victims and monitoring rape victims, with "alleged ties to Johnny Depp, Anthony Pellicano, and Paul Barresi" in the message. Ian was trying to help me. Richie tagged @adam_waldman and @Barresi_paul in many postings attacking me and Amber, after showing me the text from Barresi to Richie of "Hey, that tranny had it coming. If it wasn't me to have done her in, it would've been somebody else."

19. Instead of productive activities by Richie, who kept being instigated by Barresi, he decided to be a witness for my abuser Dargan Watts for a film/modeling related job, who I have a civil court case with after he provided false pretense that I would be his employee, and assaulted me in his home. I'm here to help Taft not Richie.

20. I've witnessed from this nightmare related to cases that Defendant Barresi manipulates people to conspire with him to attack anyone who complains about the powerful, while those who don't agree with him are then ominously harmed.

WITNESS DECLARATION OF MOLLY BEATON

Exhibit 28

21. I am requesting that this court issues injunctions and restraining orders against Paul Barresi, to protect witnesses like me and Taft from his intimidation, stalking, and relentless pursuit to crush witnesses, even if they die as a result of his pursuit. I and others will have imminent and continuing harm, as well as severe emotional distress from Defendant Barresi's continuing harassment, invasions, and threats.

22. In my personal observations, Paul Barresi is erratic, psychopathic, and a danger to anyone around him. I'm afraid of what he'll do next.

23. For reports to the Florida police I sent: "hit man Paul Baressi attacking survivors of elite sex crimes" on September 14, 2021 at 3:27:33 PM EDT To: cestep@maitlandpd.org (Case number: 48-2021-NM-002537) and again "hit man Paul Barresi and survivor Angela" September 14, 2021 at 3:28:53 PM EDT To: cestep@maitlandpd.org as well as images of postings by Mario Nitrini "People connected to Johnny Depp" a sexual attack allegation was made re: actor Marton Csokas and "Porn actor Paul Barresi sent me several 'messages' (Despicable)" Another image related to Angela showed representing brutal injuries to her.

24. Barresi disturbs me in his activities as a criminal for hire fixer. On October 22, 2024 at 5:26:43 PM EDT Barresi emailed me, "The alleged victim or aka Jane Doe is really a non entity. Evidence shows Taft and Albertini partnered in a scheme to accuse me of heinous felonious acts including death threats." Barresi emailed me Oct 21, 2024 during his stalking activities and obsessions with Richie and Taft.

25. Paul Barresi emailed me unwantingly at Sat, Dec 28, 2024 at 12:51 PM claiming Christina Taft "She invokes your name in her lawsuit. [Attached]" where Barresi highlighted multiple lines on Obstruction of Justice and Witness, Victim, and Object Tampering, coercion, threatening to kill, and "fixing" for Depp.

Defendant Barresi thinks I am a witness that could testify for Taft. I find Barresi is vengeful, manipulative, and controlling and any contact by him is very alarming. 26. Highlighted by Barresi while he's trying to control and manipulate me to say things I don't agree with in his pursuit: "Plaintiff aims to prevent coercion and protect individuals from being subjected to such unlawful and oppressive conduct in California, ensuring alignment with fundamental principles of justice and constitutional rights. In addition, Plaintiff addresses elements related to Obstruction of Justice as outlined in 18 U.S.C. § 1512(b)(1) and (2), which prohibit witness tampering through intimidation, threats, and corrupt persuasion. These provisions are designed to protect the integrity of the justice system by preventing any attempts to unduly influence witnesses or hinder their ability to testify in legal proceedings… Defendants conspired, co-conspired, and continue to conspire and co-conspire as of today's date, by threatening to kill, continuously mentioning harm towards, civilly harass, invade privacy of, and intentionally and negligently inflicting emotional distress to Plaintiff Ms. Taft, as well as to multiple individuals... Defendants, in their "fixing" activities to benefit Mr. Depp, engaged in conduct to tamper with physical evidence relevant to investigations and potential investigations by the Police, Federal Authorities, and the FBI."

27. I do not want anymore chaos, harassment, assaults, manipulation, or intimidation in my life, initiated by Paul Barresi in his evil schemes.
28. I have faith that the court and honorable judge can consider restraining Defendant Barresi and issuing a writ of authority to protect witnesses.

29. A true and correct copy of Defendant Barresi's harassing email to me on December 28th, 2024 is attached to my Declaration as Exhibit 1.
30. A true and correct copy of Angela's text to me on September 14, 2021 is attached to my Declaration as Exhibit 2.

WITNESS DECLARATION OF MOLLY BEATON

Exhibit 28

31. A true and correct copy of Defendant Barresi's intimidating email to me on October 22, 2024 is attached to my Declaration as Exhibit 3.

32. A true and correct copy of Defendant Barresi's message to me to get on a phone call with him on September 28, 2022 is attached to my Declaration as Exhibit 4.

I have additional knowledge and information I can declare and attest to, inclusive of defendants ongoing activities.

I, Molly Moreen Skye Beaton, as a declaring witness to testify if so called upon, do hereby declare under penalty of perjury that the information provided herein is true and accurate to the best of my knowledge. This declaration has been verified and is made in good faith.

DATED this __13th__ day of January, 2025.

Signed: _____    *Molly-Moreen Beaton*

Name:    Molly - Moreen Beaton

State of Florida
County of Miami-Dade
Sworn to affirmed and subscribed before me on this 13th day of January 2025 by Molly-Moreen Beaton who appeared by means of online notarization and produced a Drivers License as identification.

*Andrew Nadal*
_____    Andrew Nadal
NOTARY PUBLIC in and for said State,

in the United States of America    This notarial act was an online notarization.

OFFICIAL SEAL

ANDREW NADAL
Notary Public - State of Florida
Commission # HH 131969
My Comm. Expires May 21, 2025

Page 7 of 7

WITNESS DECLARATION OF MOLLY BEATON

Exhibit 28

# Exhibit 29 Declaration of Ian Herndon

## DECLARATION OF IAN HERNDON

**STATE OF FLORIDA**

**COUNTY OF PINELLAS**

Ian Herndon, being duly sworn, deposes and says:

I am a Witness in the matters of Case 5:24-cv-01930-TJH-DTB (Taft v. Paul Barresi, Adam R. Waldman, and Does 1-10), currently pending in the U.S. District Court of the Central District of California.

I am above the age of 18 and reside in Florida.  At the time of these events, I resided in Florida

The facts stated in this affidavit are true and correct to the best of my knowledge and belief. I have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true.

I am competent to testify as the facts stated herein in a court of law and will so testify if called upon.

1. I am a witness that has personal knowledge of Defendants Paul Barresi and Adam Waldman of their continuous harm, harassment, threats to kill, threats to assault, and maliciousness against Witnesses, Victims of Assaults, and Taft with intimidating and dangerous activities to interfere to obstruct reports to law enforcement and testimony for cases.

2. I first became aware of Paul Barresi through Richard Albertini. Albertini appeared to be in communication with Barresi at the time, and manipulated and provoked by him. I've witnessed Barresi threaten death, mortality, and danger to people.

3. I witnessed the coercion caused by Barresi against Angela and Plaintiff Taft when he obtained an audio recording of their conversation speaking of abuse and violence in 2022. Angela completely shifted after Barresi communicated with her after he became aware of her and I being in contact. To this day, and between 2022

Exhibit 29

to 2025, I observed that Angela and Taft are being coerced by Barresi. I witnessed the death threats of Barresi towards Angela and his intent to signal Taft to fear mortality and personal danger.

4. Richie and I met when he was having a dispute with Corey Feldman about Johnny Depp's Viper Room. Approximately 2019 to 2020, Richie and I went back and forth.

5. Richie Albertini introduced me to Angela, who is Jane Doe in Plaintiff Taft's lawsuit, and advised me that Angela was a victim of a famous actor who wasn't going to speak out about it, and Richie didn't want to talk with her any longer.

6. Richie gave me Angela's contact information and upon making contact with her first. Angela, though a victim of assault by Marton Csokas, was in contact with Richie and Richie was angry because of Johnny Depp. Back then he was affirmatively against Johnny Depp. I did not approve of the way he was treating her. Angela told me that Richie criticized her experience with Marton and other past abusive circumstances.

7. From that moment forward, Angela talked to me directly about having been abused by Marton Csokas. After getting to know each other over a period of months, they made plans to finally meet in person in Louisiana, during the 2015 filming season 2 of the Badlands.

8. On November 25, 2020, Angela and I spoke with each other directly by phone for hours multiple nights in a row. Angela told me she first communicated with Marton Csokas online, then eventually met him in New Orleans in 2015, and was drugged and kept for days to torture and sexually assault her. Angela advised that she had to be taken to the hospital, and also provided graphic photos to depict her injuries.

9. Angela sent me photos of injuries to depict how she was tortured by Martin, and I have knowledge of a letter that was threatening her.

WITNESS DECLARATION OF IAN HERNDON

Exhibit 29

10. Paul Barresi silenced what Marton did to Angela for years by making her afraid of retaliation.

11. Angela told me over the phone that a man named Paul Barresi showed up at locations she was at and in one instance pointed a gun at her face.

12.  Angela told me on multiple occasions there are about ten women who are also victims of Csokas, and how one was in the middle of a Court case in Italy with Marton at the time. Angela said the custody court case was after the young woman had been raped by Marton and had a child.

13. Angela stated to me she is afraid to pursue anything criminally against Marton related to raping or torturing her, over a period of multiple days, and is afraid to pursue anything against or about Paul Barresi.

14.  On November 25, 2020 at 1:27pm, Angela forwarded a copy of a letter, an email from Eric Hessler (hessler.law@gmail.com, attorney at law from New Orleans, Louisiana to Richie Albertini.  The original email date stamp was April 21st 2015 at 1:32pm with the email subject titled Marton Csokas. – In summary it states: The author of the letter has been contacted by Marton Csokas regarding a possible police investigation by the New Orleans Police Department regarding reports of false imprisonment and sexual torture. The author of this letter references Marton Csokas and Eric Hessler as if they are not the authors of this letter and instead a third individual is.

15.  The letter further advises with "unyielding advice" for Angela to not move forward in any way regarding Marton Csokas and the New Orleans Police.

16. Furthermore, the letter also states that attorney Erirc J Hessler is aware of the criminal report of torture & assault, and if Angela moves forward with her police case actions, Eric Hessler will charge Angela.

17. In this same letter, Angela was also instructed that Eric Hessler would be checking Angela's phone on a regular basis to *illegally* identify her location and/or scare Angela into believing she could be located at any time.

WITNESS DECLARATION OF IAN HERNDON

Exhibit 29

18. Additionally, the letter states if Marton Csokas name is released in the media, not only should Angela be afraid of the police, but she should be afraid of the author of this letter because as stated *"I myself will come and find you and the consequences of that will be dire"*

19. Angela advised me on numerous occasions that a Hollywood Fixer, believed to be Paul Barresi, was sent to intimidate and silence her, and at one point he showed up where she was in person and pointed a gun at her head.

20. After some time speaking with Angela, it became clear she was far too scared to expose anything about what happened to her in 2015 at the hands of Marton Csokas.

21. Not long after learning about this letter, Richie Albertini started repeatedly posting copies of her medical injury photos publicly on Twitter. This action by Richie Albertini immediately alarmed and worried Angela, because she stated to me she was deathly afraid of Paul Barresi thinking she is talking about what Marton Csokas did to her in 2015.

22. Richie Albertini provided my personal contact info as well as my wife's, directly to Paul Barresi.

23. Paul Barresi having my name and contact # was immediately concerning to me due to me already hearing directly from Angela what he has done to her.

24. Paul Barresi called my wife and said "Your husband needs to stop". I have knowledge that she told Barresi, 'I have no clue what you are talking about' and hung up.

25. While fact checking Richard Albertini on the things he stated previously about his past affiliation with Johnny Depp's club named 'The Viper Room' as well as various acquaintances Richie claimed to know, I contacted Olivia Barash on July 24, 2021 at 2:02PM and asked if she can confirm that Richie Albertini ever worked at The Viper Room.

WITNESS DECLARATION OF IAN HERNDON

Exhibit 29

26. Olivia responded quickly, just a day later on July 25 at 1:20pm, and asked stated "Whats up? The timing of your inquiry, is odd. Are you making a Viper Room documentary, too? Lol Can you give me some more info"

27. In my next response to Olivia, I clarified that I am not making a documentary, and instead I was threatened by Richard Albertini that I would be highlighted in some documentary he is part of regarding the Viper Room.

28. Olivia never responded to me again after her first response, but later I received a copy of a text message from Olivia to Richie Albertini, advising him that Olivia was offered $20k by Barresi regarding her involvement in a documentary about the Viper Room.

29. These events surrounding Olivia and a documentary led me to believe there is clear coercion and attempts to silence individuals who worked at the Viper Room and/or around Johnny Depp.

30. After losing contact with Olivia via LinkedIn, Richard Albertini, still provoked by Defendant Paul Barresi and Defendant Adam Waldman, began targeting other female victims of assault.

31. Based on my time interacting with Richie Albertini since 2020, I believe he and Paul Barresi were collaborating. What I have seen regarding Paul Barresi and Richie Albertini, shows indications of individuals who are trying to silence victims of famous individuals.

32. Sometime between 2021 and 2023, Paul Barresi personally produced a copy of the letter with the header for Eric Hessler law, and that letter has Paul Barresi's name removed from it.

33. Paul claims the letter is fake, purely by producing a second version that is identical except for Paul's name being removed.

34. Paul admitted to not only being aware of the letter in 2020 after Angela had shared it with Richie and myself, but that he also possessed his very own copy of it (although conveniently with his name missing).

WITNESS DECLARATION OF IAN HERNDON

Exhibit 29

35. Paul did not realize that despite refuting the authenticity of the letter as a whole, he accidentally validated the authenticity of her claims and the remarks of the letter from 2015 the moment he produced a copy himself. Paul's name not being included on the letter changes nothing about the facts contained within the letter, such as the repeated threatening remarks.

36. The email address Angela received the threatening letter from, Hessler.law@gmail.com needs data from it subpoenaed for any account activity the month prior, during, and after Angela received the email from that address: March 2015, April 2015, and May 2015.

37. I observed in 2022 when Paul Barresi became aware of Christina Taft's support for Amber Heard and Witnesses, including Richie Albertini, that he began targeting Taft.

38.  I observed that Barresi was inciting Albertini to attack Taft, as I observed of their behavior prior. Christina stated to me she felt unable to help Angela due to the audio tape Barresi obtained of them speaking together and exploiting them.

39.  I observed that Taft did not retract that Richie was a witness against Depp and that Angela was victimized by Csokas despite coercion and manipulation by Defendants Barresi and Waldman.

40. In the last 2 years I have known Christina Taft, she has been afraid for her life, and concerned Paul Barresi is going to find her or send someone to harm her. At one point she told me she had to move out of the state of California all the way to Hawaii just for some sense of safety from Paul Barresi.

41. Roberta Kaplan told me on the phone that when she joined the legal team, she removed Barresi off Amber's case.

42. From 2022 to this very day, I have observed Christina Taft be in constant fear of Paul Barresi, supported by ongoing contact by him using threatening and

WITNESS DECLARATION OF IAN HERNDON

Exhibit 29

harassing language. I fully support Taft getting a restraining order and injunctions against Defendants and Barresi being restrained from contacting witnesses to harass them or invade their privacy.

43. I have observed Paul Barresi obtaining commercial gain through reputational enhancement. I saw his book titled, "Johnny Depp's Accidental Fixer" and many different articles with him that he can solve any problem without any boundaries up to and including murder. High profile people are seeing his association with Johnny Depp, and in turn it portrays that he is valuable to them as a 'fixer.'

44. Based on my personal witness interactions with Paul Barresi and witnesses manipulated by Barresi, including Richie Albertini, I am afraid of them and others should be too. My exposure to Paul and potential witnesses he manipulates has shown me they are exploitative of other individuals living through complex and difficult criminal situations.

I attest that lines 207, and 267, of the lawsuit of Plaintiff Taft are true and correct; and all lines in the footnotes of the lawsuit referencing myself are true and correct.

I have additional knowledge and information I can declare and attest to, inclusive of defendants ongoing activities.

I, Ian Herndon, as a declaring witness to testify if so called upon, do hereby declare under penalty of perjury that the information provided herein is true and accurate to the best of my knowledge. This declaration has been verified and is made in good faith.

Exhibit 29

DATED this <u>10th</u> day of <u>January</u>, 2025.

Signed: _____

Name: Ian Travis Herndon

State of Texas
County of Brazoria

**SUBSCRIBED and SWORN to before me**

**this** ___<u>10th</u>_____ **of** _<u>January</u>_____ **, 2025.** By Ian Travis Herndon.

_Linda F. Peeples_, Online Notary Public

**NOTARY PUBLIC in and for said State,**

**in the United States of America**

**OFFICIAL SEAL**

LINDA F. PEEPLES
Notary ID #132579084
My Commission Expires
July 21, 2028

This notarial act was an online notarization via
two-way webcam and audiovisual technology.

Produced <u>Florida Driver License</u> as identification along with multi-factor KBA authentication.

# Exhibit 30 Declaration of Michael Kountz

1

2

**DECLARATION OF MICHAEL KOUNTZ**

3

4

**STATE OF NEW MEXICO      )**
                          **) SS:**
**COUNTY OF BERNALILLO   )**

5

6

Michael Kountz, being duly sworn, deposes and says:

7

8

I am a Witness in the matters of Case 5:24-cv-01930-TJH-DTB (Taft v. Paul Barresi, Adam R. Waldman, and Does 1-10), currently pending in the U.S. District Court of the Central District of California.

9

10

I am above the age of 18 and reside in New Mexico. At the time of these events, I resided in New Mexico.

11

12

The facts stated in this affidavit are true and correct to the best of my knowledge and belief. I have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true.

13

14

**Events**

15

16

1. I am a licensed private investigator in New Mexico. Plaintiff Taft requested help from Superior Investigations on May 1, 2023 to locate and interview James Conner regarding an audio recording contained in an edited video by Paul Barresi which claimed to portray a phone call between Paul Barresi and James Conner. Taft understood that we adhere to legal practices, that we have witnesses feel safe to speak, and she was in fear from the coercion by Defendants. Plaintiff Taft was exploited by this tape for some time. I have knowledge there were fearful voicemails left to Superior Investigations and Auriella, while she was in Colorado while visiting witness Joe Triscari.

17

18

19

20

21

2.  It is my belief that the audio by Paul Barresi was exploited on purpose to be used to facilitate tactics similar to blackmail, and use of the audio, inclusive of either with influence on the witness and/or edits, was essential for him to do this.

22

23

24

3. I located and interviewed James Conner in June of 2023. James Conner advised me he was a licensed private investigator.  I observed that Conner appeared to be disabled by his own admission.

25

26

27

28

PAGE **1** OF **4**

Exhibit 30

4. James Conner advised that he was not aware of the audio recording contained in edited videos by defendant Paul Barresi, which contained allegedly James Conner speaking about Plaintiff Christina Taft. James Conner advised that he did not know he was being recorded by Defendant Barresi during a phone call to him by Barresi.

5. James Conner advised that he did not give permission to be recorded by Barresi.

6. James Conner advised me that the audio was taken out of context. He further advised me that the audio did not reflect the actual nature of the conversation in which Conner had with Defendant Barresi.

7. James Conner advised me that he did not consent to the use of his voice in that manner and desired help in having the audio and the videos removed.

8. James Conner further advised me that the things he was portrayed as saying in the call regarding Plaintiff Taft were hearsay.

9. After leaving the interview with James Conner, I received a phone call from him advising me that Paul Barresi was dangerous, and that he was in fear for his life due to his involvement.

10. James Conner then advised that he was flying to his property in Alaska out of fear of reprisal from Barresi, and that I should be careful about my involvement with Defendant Barresi, as I could face reprisal as well.

11. I reviewed the audio tape contained in the video by Barresi. Contained in the audio tape done by Paul Barresi of purportedly James Conner, are alterations that he was an FBI agent and that her mother Victoria Taft had witnessed a mob murder by the Gottis. It distressed Taft about her mother Victoria Taft and her death. James Conner advised me he was never an FBI agent. The tape showed images of a man dead allegedly from the mafia, members of the mafia, and a gun. In the beginning of the tape, Barresi discussed a photo of Amber Heard with Plaintiff Taft to James Conner, that they were arm in arm, yet at the same time indicating danger to life through comparing to an assailant. I have information that Plaintiff is still fearful to this day that this audio tape is either to make someone shoot her or to shoot Amber. Or that a death could occur. I have information that Defendant Barresi acted aggressively to terrify Taft and others contained in the content of the audio tape.

12. I was informed by Taft that she had an "Executive Protector PI" Juan Brooks for multiple months in 2023 with continuing fear and activities by Defendants.

PAGE **2** OF **4**

Exhibit 30

13. Taft stated her mother had connections to Hollywood and although she'd been in social circles, never had any relation to these groups. Taft feared this was an underlying threat to her constantly, that she should be afraid of a murder of her or other people. James did not mention Gotti to me. Taft showed a photo that Barresi released referring to her and other witnesses of himself with Victoria Gotti where he wrote "Gambino family gathering" and Johnny Depp within the context. While I was on a call with Auriella, Auriella asked Taft if this had to do with Depp, and she was hesitant to say a case connection.

14.  I have personal knowledge that Aurelia Barajas and I had a telephone interview with Jesse Adams at the Department of Consumer Affairs against Barresi's coercion. Mr. Adams accepted our report.

15. On September 05th, 2023, I received an email from Plaintiff Taft containing a screenshot of a text message chain from the phone number (908) 656-5712, which she advised was Defendant Paul Barresi's phone number. I observed the following message, portrayed in the screenshot to have been sent from the above number to Plaintiff Taft on Nov 7, 2022: "Stacy is your sister" and sexual expletives.  Taft advised that the text referred to Stacy Hagman in Texas and requested that I interview her. She had compliments for Stacy and was fearful that Barresi could access her.  I was able to locate a phone number for Stacy, but have not been able to reach her through it.

16. On October 19th, 2023, I spoke with a sister of James Conner, who previously owned Argus Private Investigations and Security Agency in Texas. She did not want interference with her brother, and approved that Barresi should not be licensed and that he was under investigation. In October 2023, I supported that Taft should have a restraining order against Barresi and I still support that she should have a restraining order. I have knowledge that Taft lives in Hawaii for her safety.

17.  Plaintiff Taft advised in emails to me that Defendant Barresi continued to harass her during 2024, sending an email stating "Your Brother is a Monster," referring to probably Sean Conner, who may be Taft's half brother. I have knowledge that this email contained audio tapes that Barresi has, including one with Defendant Adam Waldman. I had previously tried reaching out to Sean Conner but was unable to make contact.

Exhibit 30

18.  Plaintiff Taft advised that she sent this email of Barresi to Jesse Adams at the Department of Consumer Affairs in California, but received no response.

I attest that lines 270, 271, 272, 275, 276, 288, of the lawsuit of Plaintiff Taft are true and correct.

I have additional knowledge and information I can declare and attest to, inclusive of defendants ongoing activities.  I assert that I can provide said evidence to the facts stated above.

I, Michael Kountz, as a declaring witness to testify if so called upon, do hereby declare under penalty of perjury that the information provided herein is true and accurate to the best of my knowledge. This declaration has been verified and is made in good faith.

DATED this _4th_ day of _November_, 2024.

Signed:  _Michael Michaen Kountz_
Name: Michael Kountz

SUBSCRIBED and SWORN to before me
this _4TH Day_ of _November_ , 2024.

_Dt Mills_
NOTARY PUBLIC in and for said State,
in the United States of America

OFFICIAL SEAL

DUSTIN MILLS
Notary Public
State of New Mexico
Comm. # 1128727
My Comm. Exp. May 26, 2028

PAGE **4** OF **4**

Exhibit 30

# Exhibit 31 Affidavit of

# Erik R. Eichler

## STATE OF CONNECTICUT

| | | |
|---|---|---|
| 5:24-CV-01930-TJH-DTB | \| | UNITED STATES |
| TAFT, CHRISTINA | \| | DISTRICT COURT OF |
| V. | \| | CENTRAL CALIFORNIA |
| BARRESI, PAUL, | \| | EASTERN DIVISION |
| WALDMAN, ADAM R. | | November 5, 2024 |

The undersigned, being duly sworn, deposes and states:

1.   My name is Erik R. Eichler, and I am over eighteen years of age.

2.   I believe in the obligation of oath and am competent to testify to the matter stated herein.

3.   I am a Private Investigator employed by Eichler Investigative Services, LLC., in South Windsor, CT, according to the Connecticut Department of Public Safety License # A-2834.

4.   On October 29, 2024, at approximately 2:00 p.m., I traveled to the residence of an individual known as Rebecca M. Berry, located at ███████████ ██████.

5.   On that date, I spoke with Rebecca M. Berry and her mother, Joan Berry, in the driveway at that location.

6.   I provided Rebecca M. Berry with a copy of the United States District Court complaint, *Christina Taft v. Paul Barresi and Adam R. Walkman, 5:24-CV-01930-TJH-DTB.*

7.   I provided Rebecca M. Berry with a letter from Christina Taft requesting a Witness Declaration for the above-said case.

8.   Ms. Joan Berry asked Rebecca M. Berry, "What is this about?"

Exhibit 31

9.      At that time, I witnessed Rebecca Berry respond, "Remember that guy [Paul
        Barresi] who confessed to me about killing people?"

10.     Rebecca M. Berry said she would contact Christina Taft or this investigator later
        and terminated the interview.

7.      That I have read the above affidavit and understand it completely.

_____
Erik Eichler
Private Investigator
Eichler Investigative Services, LLC.

Subscribed and sworn to before me on this ___10___ day of ___NOVEMBER___, 2024.

_____
Notary Public
My Commission Expires: 4/30/29

ALMERY G LOPEZ
NOTARY PUBLIC
CONNECTICUT
MY COMMISSION EXPIRES 04-30-2029

Exhibit 31