# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **5:24-cv-01930-TJH (DTB)**             Date: **February 19, 2025**

Title:  **Christina Taft v. Paul Barresi, et al.**

===============================================================

**DOCKET ENTRY**

===============================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:             ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                                                      None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO SERVE DEFENDANT ADAM R. WALDMAN [DOCKET NO. 42]**

    On February 16, 2025, Plaintiff filed an Ex Parte Application for Extension of Time to Serve Defendant Adam R. Waldman ("Application"). (Docket No. 42). Plaintiff also filed a Request for Clerk to Issue Summons on Amended Complaint. (Docket No. 43). In her Application, Plaintiff seeks a 30 to 90 day extension of time within which to serve defendant Adam R. Waldman with the First Amended Complaint. (Application at 9). Plaintiff also requests the Clerk reissue the summons. (Id.). The Court has read and considered Plaintiff's Application and hereby finds that Plaintiff has demonstrated good cause for an extension of time in which to serve defendant Adam R. Waldman. Accordingly, the Court GRANTS Plaintiff a 30-day extension of time within which to serve defendant Adam R. Waldman. Plaintiff is advised that the Court makes no finding about her allegations of interference or harassment by defendant Paul Barresi.

    The Clerk is directed to issue the Summons as requested. Plaintiff must serve her First Amended Complaint on defendant Adam R. Waldman on or before **March 30, 2025**.

    **IT IS SO ORDERED.**

MINUTES FORM 11                                                                      Initials of Deputy Clerk   RAM
CIVIL-GEN