**MELISSA Y. LERNER (SBN 285216)**
mlerner@lavelysinger.com
**MEGAN S. MALLONEE (SBN 340276)**
mmallonee@lavelysinger.com
**LAVELY & SINGER**
**PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615

Attorneys for Defendant
PAUL BARRESI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CHRISTINA TAFT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PAUL BARRESI; ADAM R. WALDMAN; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 5:24-cv-01930-TJH (DTB)<br><br>[Hon. David T. Bristow, Magistrate Judge]<br><br>**DECLARATION OF MEGAN S. MALLONEE IN SUPPORT OF DEFENDANT PAUL BARRESI'S OPPOSED FIRST EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE SUR-REPLY TO PLAINTIFF'S REPLY RE PRELIMINARY INJUNCTION** |

4528-3

---

DECLARATION OF MEGAN S. MALLONEE ISO EX PARTE APPLICATION

# DECLARATION OF MEGAN S. MALLONEE

I, Megan S. Mallonee, do hereby declare:

1. I am an attorney at law duly licensed to practice before all the courts of this state and am an associate of the law firm Lavely & Singer Professional Corporation, attorneys for Defendant Paul Baressi ("Defendant") herein. I have personal and first-hand knowledge of the matters set forth in this Declaration and, if called and sworn as a witness, I could and would testify competently thereto under oath.

2. On February 11, 2025, the Court ordered that Defendant file a Sur-Reply to Plaintiff Christina Taft's ("Plaintiff") 25-page reply accompanied by 79 pages of exhibits, including five witness declarations, the vast majority of which constitutes new, non-rebuttal evidence.

3. Defendant had not anticipated filing a Sur-Reply and therefore began marshalling his own evidence only after the Court ordered him to file the Sur-Reply by February 26, 2025. While he has diligently attempted to prepare a response within the Court's deadline, Defendant is still in the process of preparing his Sur-Reply and collecting and preparing evidence in support thereof and requires additional time beyond the current February 26, 2025 deadline to do so. Defendant therefore seeks a brief, two-week extension to file his Sur-Reply, until March 12, 2025.

4. If the deadline is not continued, Defendant will be deprived of the ability to fully respond to the extensive evidence put at issue in Plaintiff's Reply.

5. On February 20, 2025, I provided notice of this *Ex Parte* Application, including the date and nature of relief sought, to Plaintiff Christina Taft. She indicated that she would oppose it. A true and correct copy of my correspondence with Ms. Taft is attached hereto as **Exhibit A**.

//
//

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21st day of February, 2025, at Los Angeles, California.

                                        s/ *Megan S. Mallonee*
                                        MEGAN S. MALLONEE

DECLARATION OF MEGAN S. MALLONEE ISO EX PARTE APPLICATION

# EXHIBIT A

# Megan Mallonee

| | |
|---|---|
| **From:** | Christina Taft <taftchristina.ceo@gmail.com> |
| **Sent:** | Thursday, February 20, 2025 10:49 PM |
| **To:** | Megan Mallonee |
| **Cc:** | Melissa Y. Glass |
| **Subject:** | Re: Ex Parte Application - Taft v Barresi 5:24-cv-01930-TJH-DTB |

Hello Ms. Mallonee,

I disagree that Barresi is doing a "factual investigation."

*I think since Barresi has engaged in years of behaviors, he should have plenty of time already to rebut.*

*The sheriff of San Bernardino further left his business card for Barresi, and it was taken as acknowledgment without any answer at the door.*

I also state that I wasn't asked for a stipulation, but the nature of harassment is that it's urgent, and critical to stop quickly, with agreement of not engaging in continuing conduct. The nature is not to extend time about interference needlessly.

Sincerely,
Christina Taft

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
[LinkedIn](#)


On Thu, Feb 20, 2025 at 8:38 PM Megan Mallonee <mmallonee@lavelysinger.com> wrote:
> Ms. Taft:
>
> We will be appearing *ex parte* on behalf of Defendant Paul Barresi ("Defendant") on Monday, February 24, 2025, at 8:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 4 in the George E. Brown, Jr. Federal Building & United States Courthouse located at 3470 12th Street, 3rd Floor, Riverside, California 92501, the Honorable David T. Bristow, to request an order extending time for Defendant to file a Sur-Reply to Plaintiff's Reply to Defendant's Opposition to Emergency Motion for Preliminary Injunction ("Ex Parte Application"). The Ex Parte Application is made on the basis that good cause exists for a brief, two-week extension of the filing deadline to permit Defendant to complete his diligent factual investigation and preparation of the Sur-Reply and supporting evidence to adequately address the extensive non-rebuttal evidence presented in support of Plaintiff's Reply. Were the Court to hear this request as a regularly-noticed motion, Defendant would be deprived of this opportunity and suffer irreparable harm and prejudice as a result.
>
> Please let me know by 10 a.m. Pacific tomorrow, February 21, 2025, whether you will be opposing the Ex Parte Application, so that we can include this information in the caption per Judge Bristow's local-local rules.

Sincerely,

Megan S. Mallonee

