MELISSA Y. LERNER (SBN 285216)
mlerner@lavelysinger.com
MEGAN S. MALLONEE (SBN 340276)
mmallonee@lavelysinger.com
**LAVELY & SINGER**
**PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615

Attorneys for Defendant
PAUL BARRESI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CHRISTINA TAFT,<br><br>    Plaintiff,<br><br>  vs.<br><br>PAUL BARRESI; ADAM R. WALDMAN; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 5:24-cv-01930-TJH (DTB)<br><br>[Hon. David T. Bristow, Magistrate Judge]<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANT PAUL BARRESI'S OPPOSED FIRST EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE SUR-REPLY TO PLAINTIFF'S REPLY RE PRELIMINARY INJUNCTION** |

4528-3

ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION

**[PROPOSED] ORDER**

Upon review of Defendant Paul Barresi's *Ex Parte* Application for Extension of Time to File Sur-Reply to Plaintiff's Reply re Preliminary Injunction, and the parties' submissions to the Court in support of and Opposition thereto, and for good cause shown, IT IS HEREBY ORDERED that

1) The *Ex Parte* Application is GRANTED; and
2) Defendant Paul Baressi's Sur-Reply to Plaintiff's Reply re Preliminary Injunction shall be due March 12, 2025.

IT IS SO ORDERED.

Dated: February 24, 2025

_____
DAVID T. BRISTOW
Magistrate Judge of the United States District Court

---

**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION**