## Index of Exhibits in Support of Privacy Protection Standards in The Matters

EXHIBITS A: Intimidation Continuing of myself, family, and witnesses with Retaliation for service extension to Co-Defendant Adam Waldman ........................1

EXHIBIT 1: Meet and Confer (March 2, 2025) With Defendant's Attorneys of Record About Privacy Standards Application, Former Lawyer Clients, Witnesses, Extension of Hawaii Restraining Order by Judge, and New York's Coercion Law........................................................................................................3

Exhibit 2: Retaliation, Defendant Barresi Threatening Mortality Feb 8, 2025......5

Exhibit 3: Retaliation for Extension of Service to "Consigliere" Adam Waldman Feb 22, 2025........................................................................................................7

Exhibit 4: Exploitation of Vicki Taft, Coroner Report, Threats to Family by Co-Defendants Feb 22, 2025 ................................................................................9

Exhibit 5: Retaliation for Service to Defendant Adam Waldman and Tracking of Plaintiff In Relation to Witness Amber Heard, Mortality, Mother Vicki Taft, Finances, and by Co-Defendants Feb 21, 2025 ...................................................11

Exhibit 6: Photo of Coroner Report of Beloved Vicki Taft Intimidation by Defendant Barresi Feb 22, 2025 ........................................................................13

Exhibit 7: Gun Intimidation by Principal of Co-Defendants and Blatant Intimidation.......................................................................................................15

Exhibit 8: Exploitation of Vicki Taft, Coroner Report by Defendant Feb 22, 2025 ........................................................................................................................17

Exhibit 9: Co-Defendants Intimidate with Image of Restraining Order & Plaintiff/Witness Amber Heard Feb 8, 2025 ......................................................14

Exhibit 10: Photo of Hawaii Restraining Order by Defendant Barresi, Who Evades Service.................................................................................................21

Exhibit 11: Defendant Threatening Mortality, Exposure, and Loved Ones Feb 28, 2025..................................................................................................................23

Exhibit 12: Defendant Conveying Threat Plaintiff Should Not Live or Breathe Feb 8, 2025......................................................................................................25

Exhibit 13: Defendant Conveying Threat Plaintiff Should Not Breathe Air Feb 8, 2025.........................................................................................................27

EXHIBITS B: Missing Anthony Fox Case Witnessing, Interference, and Mortality ...............................................................................................................30

Exhibit 14: Publishing of Anthony Fox's Missing Person Case on Feb 24, 2018 (Missing Since December 19, 2001) ................................................20

Exhibit 15: Docket From Anthony V. Fox Vs. Safe in Heaven Dead Productions, Inc, Et Al, State Civil Lawsuit Superior Court of California, County of Los Angeles, Case No. SC062176 –..................................................... 32-33

Exhibit 16: Witness Richard Albertini, from Viper Room, to Plaintiff in text on July 11, 2022 about Chud King Inc Registration by Depp's Friend and Alleging Money Laundering.................................................................................35

Exhibit 17: Email from Nitrini for Subpoena of 2022 Fwd: Anthony Fox's Daughter Contance Called and Recorded by Defendant Barresi and Defendants' Motives ....................................................................................... 37-40

Exhibit 18: Email from Nitrini for Subpoena of 2022 Defendant Barresi Fwd: Anthony Fox Missing Person Investigation VPD 01-18806 and recording of Fox's brother in 2021, 2 years after initial 2019 request to solve case .......... 42-43

EXHIBITS C: Forceful Recanting of Articles and Reporters, including of an article about 110 counts of racketeering and exploitation of former clients by Defendant Paul Barresi in an ABC article, a tribute article of Vicki Taft recanted in Associated Press, and taking down my websites .....................................................45

Exhibit 19: Full Article of Defendant Barresi and 110 counts of racketeering with co-worker/boss Pellicano, harming former clients (Sylvester Stallone and Nicole Kidman), with exploitation, coercion, and witness interference in ABC News (Archived on Rescue Social's Not-for-profit account).................................... 47-49

Exhibit 20: Recanted Article removing Defendant Barresi harming former clients during racketeering in ABC News after 2022 escalations between Barresi-Waldman (Archived on wayback machine) .................................................. 51-54

Exhibit 21: Plaintiff requesting restoration of Associated Press Article of "Victoria Taft, 66" of life including film, music, arts social circles in Los Angeles with forwarded 2 interviews by Reporter of family and friends of Taft ................................................................................................. 64-65

*Index of Exhibits in Support of Privacy Protection Standards and Objection to Co-Defendant's Intimidation: Case 5:24-cv-01930-TJH-DTB*

Exhibit 22: Hostile Barresi Email to Independent Reporter To Retract About Him Getting "Dirt" on Clients Stallone and Schwarzenegger, Intimidating "Fell out of my chair" with insult, and Contacting New York Times Reporters.....................56

Exhibit 23: Partial July 30, 2024 Threat to Taft via Email Against Family by Defendant Barresi for Speaking with Reporters, Claim Sued Warren Beatty, Witness Against Depp, and Co-Defendant Waldman with Audio Tapes ............58

Exhibit 24: Retracted ABC Article about Defendant Barresi Harming Former Clients and Racketeering Convictions............................................................ 60-62

Exhibit 25: Reporter Joceyln Gecker Tries to Find Missing Article with Interviews of Friends and Family of Victoria Taft, including about Hollywood Circles ...................................................................................................................67

Exhibit 26: Full Beloved Victoria Taft Tribute Page with Associated Press Article and Life related to Film, Music, Arts on Wayback Machine of Plaintiff's Page............................................................................................................... 69-73

Exhibit 27: Tribute Article on Victoria Taft from Interviews with Friends and Family, with Hollywood Social Groups, Associated Press Not Available Page .75

Exhibit 28: Plaintiff asking Reporter Jocylyn Gecker about Missing Article on Beloved Mom Vicki Taft......................................................................................77

Exhibit 29: Plaintiff's websites have been left down for years during Co-Defendants ...........................................................................................................79

EXHIBITS D: Continued Restraining Order to April 2 despite Defendant Barresi Acknowledging Judge's Orders as in Pacer, and Subpoenas of 11 Witnesses with Protected Addresses in Hawaii Court Issued by Clerk............................................80

Exhibit 30: Continued Restraining Order to April 2 by Judge.............................38

Exhibit 31: (11) Witnesses with Protected Addresses Issued by Court Clerk …………………………………………………………………………………..85-96

Exhibit 32: Granted Restraining Order Against Defendant Barresi Continued ......................................................................................................... …98-100

EXHIBITS F: Sheriff unable to serve Defendant Barresi, and intimidation by Co-Defendants of breakins, vandalism, threats of mortality by the mafia and guns, and of family, witnesses, hence the requests for privacy protection standards............101

Exhibit 33: Sheriff Unable to Serve Defendant Paul Barresi with Restraining Order Feb 4-14, 2025.................................................................................. 103-104

*Index of Exhibits in Support of Privacy Protection Standards and Objection to Co-Defendant's Intimidation: Case 5:24-cv-01930-TJH-DTB*

Exhibit 34: Email from San Bernadino Sheriff's Office of Trying to Serve Defendant Barresi with Restraining Order ........................................................106

Exhibit 35: Plaintiff Objecting to History of Addresses, Phone Numbers, and Email Addresses to Defendants' Attorneys of Record ......................................108

Exhibit 36: Defendant Barresi Intimidating Witness Daniel Brummitt with Co-Defendant Adam Waldman ................................................................................110

Exhibit 37: Defendant Barresi Intimidating Breakins and Masked Man Against Witnesses, and Intimidating Witness Daniel Brummitt ....................................112

Exhibit 38: Defendant Barresi Intimidating Broken Window of Car and Vandalism Against Declarants, and Intimidating Witness Daniel Brummitt ....114

Exhibit 39: Defendant Barresi Threat to Plaintiff, Family, Witnesses with Dead Man from Mafia with Audio Overlayed "Some testimony or witness she would be a witness" Feb 10, 2025 ................................................................................116

Exhibit 40: Defendant Barresi Threat with Gun, Overlapping Title February 10, 2025 ....................................................................................................................118

Exhibit 41: Continued Intimidation by Defendant Barresi To Not Declare, Support, in Proceedings, Do Not Witness Against Depp, Attaching Exploited Recordings During These Proceedings ................................................................120

Exhibit 42: Defendant Barresi After Murdered Anthony Fox's Family Recordings Exploited, Threatens Plaintiff with Co-Defendant Adam Waldman, Breakins/Vandalism, Harassment in 2023 ........................................................122

Exhibit 43: Initial Exposure of Threats Against Witnesses and Declarants by Defendant Barresi with Breakins of Home and Masked Man ...........................124

Exhibit 44: Barresi Leaving Intimidation Marks on Witnesses, Co-Defendant Adam Waldman on Top, Viper Room Witness Ed Shaw Audio Clip, Plaintiff, and Witnesses ....................................................................................................126

Exhibit 45: Defendant Barresi Quoting His Recording of Defendant Adam Waldman and Explicit Witness Interference, and Co-Defendants Threaten to "END" Witness Amber Heard ............................................................................128

4

*Index of Exhibits in Support of Privacy Protection Standards and Objection to Co-Defendant's Intimidation: Case 5:24-cv-01930-TJH-DTB*

EXHIBITS A: Intimidation Continuing of myself, family, and witnesses with Retaliation for service extension to Co-Defendant Adam Waldman

EXHIBIT 1: Meet and Confer (March 2, 2025) With Defendant's Attorneys of Record About Privacy Standards Application, Former Lawyer Clients, Witnesses, Extension of Hawaii Restraining Order by Judge, and New York's Coercion Law

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

## Taft v Barresi et al - Ex Parte for Privacy Protection Standards & Objection

**Christina Taft** <taftchristina.ceo@gmail.com>                    Sun, Mar 2, 2025 at 12:59 PM
To: Melissa Lerner <mlerner@lavelysinger.com>, Megan Mallonee
<mmallonee@lavelysinger.com>

Hello Ms. Glass and Ms. Mallonee,
I'm requesting in advance of an Ex Parte Application, if you oppose or do not oppose arguments for Privacy Protection Standards and Objection to Defendants' Intimidation, with FRCP and Local Rules applying.
I objected earlier to the history of residential addresses, personal contact information, being in the recent filing which goes beyond rules of meet and conferring, as it is redactable, as well as continually against this exploitation and intimidation, adhering to New York's Coercion Law elements, outside of court.
A recent court clerk accepted redacted address information for 11 witness subpoenas, see attached Notice of Extension to April 2.

"Defendant's intentional misuse of the process to exploit information serves no legitimate legal purpose and, instead, is calculated to inflict interference in the process, recantation of witnesses and victims, and former clients of lawyers, coinciding with emotional, financial, and physical harm on Plaintiff.

Precedential New York Coercion Law, in the third degree to first degree, containing "the actor or another will" and "withhold testimony"
Source: Section 135.60 — Coercion in the third degree, https://www.nysenate.gov/legislation/laws/PEN/135.60 (updated Dec. 24, 2021; accessed Mar. 1, 2025)."

Sincerely,
Pro Se Plaintiff, Christina Taft

--
*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

**2 attachments**

 **pos25001460 (1).pdf**
572K

 **Order Judge Extend RO Hawaii to April 2 2025.pdf**
496K

Exhibit 2: Retaliation, Defendant Barresi
Threatening Mortality Feb 8, 2025



**10:20**

💬 1    🔁    ♡ 1    📊 5    🔖 ⬆️

**Paul Barresi** ✓
@PaulBarresi1                    Follow    [𝕏]    …

We can only hope so.  Pure evil she is. Not a more rotten, evil human being has ever breathed air.

10:17 AM · Feb 8, 2025

💬        🔁        ♡        🔖        ⬆️

🔒 x.com

Exhibit 3: Retaliation for Extension of Service to "Consigliere" Adam Waldman Feb 22, 2025

7:00

**Paul Barresi** ✔️
@PaulBarresi1

**Follow**

Breaking...Johnny Depp consigliere Adam Waldman maliciously targeted in frivolous US lawsuit by Amber Heard obsessed fan Christina Taft.




Last edited 5:55 AM · Feb 22, 2025 · **5,266** Views

16          12          115          11

Exhibit 4: Exploitation of Vicki Taft, Coroner
Report, Threats to Family by Co-Defendants
Feb 22, 2025

9:29

 **Paul Barresi** ✓ @PaulBarresi1 · Feb 22    𝕏 ···

Christina Taft's mother Victoria Taft [pictured below] was a T&A, soft porn star



💬 1      🔁      ♡ 4      ᐧᔑᐧ 280      🔖 ⬆️

 **Joann H...** @JoannHe2898... · Oct 18, 2024    𝕏 ···

#IStandWithJohnnyDepp
#IStandWithJohnnyDepp
#IStandWithJohnnyDepp
#IStandWithJohnnyDepp
#IStandWithJohnnyDepp
#IStandWithJohnnyDepp
#IStandWithJohnnyDepp
#IStandWithJohnnyDepp
#IStandWithJohnnyDepp
#IStandWithJohnnyDepp ...
Show more

💬 3      🔁 7      ♡ 39      ᐧᔑᐧ 1.8K      🔖 ⬆️

 **Paul Barresi** ✓ @PaulBarresi1 · Feb 22    𝕏 ···

You wont believe what else I uncovered about this crazy bitch and her entire family. Stay tuned.

💬      🔁      ♡ 2      ᐧᔑᐧ 23      🔖 ⬆️

 **Gemini** 🧟‍♂️🇮🇪🇪🇺 ... @IrishItalian... · Feb 22    𝕏 ···

We've entered Sicilian territory then?
Seriously, she's a joke.
She's picked the wrong legal mind to start with.

🏠            🔔      ✉️      👥

🔒 x.com

Exhibit 5: Retaliation for Service to Defendant
Adam Waldman and Tracking of Plaintiff In
Relation to Witness Amber Heard, Mortality,
Mother Vicki Taft, Finances, and by Co-
Defendants Feb 21, 2025

1:36

← **Post**



**Paul Barresi** ✔
@PaulBarresi1

Follow

US Judge denies Christina Taft TRO against me but grants her 30 days to serve Adam Waldman. Here's AH #1 suck-up, who claims I'm out to kill her, traveling the world, flaunting the ring she bought with the millions she got in wrongful-death suit for leaving her poor mom to burn to death.





Last edited 9:16 AM · Feb 21, 2025 · **423** Views

💬 3    🔁 5    ♡ 25

**Patty Ravaioli** @pattylovejohnny · 2h
Tutto ciò che leggo è terribile é terrificante c
quale coraggio e coscienza ostenta cose ma
inutili vantandosi 😢 povera madre,solo una poco

🔒 x.com ⟳

Exhibit 6: Photo of Coroner Report of Beloved Vicki Taft Intimidation by Defendant Barresi Feb 22, 2025

TAFT, VICTORIA                              B18-00065                              2

**IDENTIFICATION:**
Received in a box designated paper bag designated "B18-00065", "18-19633", and "DOE (SKELETAL REMAINS) is a sheet with bone fragments, described below.  There are also three bags: one bag is designated "TEETH" and the other two have only the case number.

**EXAMINATION**

In the sheet are numerous bone fragments that are calcined and charred.  There are larger fragments of long bone, calvarium, vertebrae, and portions of pelvis.  Reportedly, the portions of pelvis were examined at the scene by an anthropologist and determined to be possibly female.  Further examination is deferred to Anthropology.

In the bags are numerous small, fragmented, calcined and charred bones.  These are extremely small portions of various bones, including calvarium, long bones, and phalanges.  There is a large fragment of charred tissue; the fragment is difficult to cut due to charring, but there is a heart found with chambers.  Blood in the myocardium is submitted for DNA analysis.  Other tissue is present, including muscle, possible liver with gallbladder (possible stones).

A section of apparent muscle is submitted for toxicology.  No identifying features are found; however, the bag labeled "TEETH" is submitted for dental comparison.

KR/clk
R: 11/15/18
T: 11/16/18

Exhibit 7: Gun Intimidation by Principal of Co-
Defendants and Blatant Intimidation

5:54 🔕

📶 🛜 99

☰  🟠                    Log In  ◌  🔍  •••

⬆ 225 ⬇   💬 Reply   •••

⊕ 3 more replies

⊕ 13 more replies

🖼 **bs5sxzoa** OP · 5d ago

He's been in Spain so many times these past few years since she's been there. Going to the most random press junkets & festivals that he's never done before. As if this wasn't concerning on its own, he also recently just got a tattoo in Spanish (a language he doesn't speak) saying "yo tengo un arma" which translates to "I have a gun." Maybe it is all a coincidence, but imo this seems like a deliberate attempt to stay attached to & taunt her. For someone allegedly so traumatized by her, it seems he's making no effort to keep a distance 🥺



⊖  ⬆ 830 ⬇   💬 Reply   •••

⊕  findingmyvoice22 · 5d ago

🖼 **battleofflowers** · 5d ago



🔒 reddit.com   ↻

‹   ›        ⬆        📖        🗗

Exhibit 8: Exploitation of Vicki Taft, Coroner
Report by Defendant Feb 22, 2025

12:13



💬 1          🔁          ♡ 4          📊 91          🔖    ⬆️

**Paul Barresi** ✔️
@PaulBarresi1

Follow    𝕏    •••

Christina Taft's mother Victoria Taft [pictured below] was a T&A, soft porn star



11:10 AM · Feb 22, 2025 · **137** Views

 1                     2          🔖          

Exhibit 9: Co-Defendants Intimidate with Image of Restraining Order & Plaintiff/Witness Amber Heard Feb 8, 2025

9:28

needs to wake up!

💬 1    🔁    ♡ 1    📊 39    🔖    ⬆️



**Paul Barresi** ✔️
@PaulBarresi1

Follow    ✖️    ⋯

Perjury! I have it from the best authority Amber Heard's obsessed fan Christina Taft CEO of Rescue Social should be locked up in prison or mental institution.



8:06 AM · Feb 8, 2025 · **45** Views

💬    🔁    ♡ 2    🔖    ⬆️

Exhibit 10: Photo of Hawaii Restraining Order by Defendant Barresi, Who Evades Service

9:28

PETITION FOR EX PARTE TEMPORARY RESTRAINING
ORDER AND FOR INJUNCTION AGAINST HARASSMENT;
DECLARATION OF PETITIONER(S); TEMPORARY RESTRAINING
ORDER AGAINST HARASSMENT; AND NOTICE OF HEARING

Form#3DC51

**IN THE DISTRICT COURT OF THE THIRD CIRCUIT**
N/S Hilo ☑ DIVISION
**STATE OF HAWAI'I**

Petitioner(s)
CHRISTINA TAFT

Electronically Filed
THIRD CIRCUIT
3DSS-25-0000044
21-JAN-2025
10:08 AM
Dkt. 1 EPTRO

Reserved for Court Use

Civil No.

| Respondent(s) (if known, list Address, Telephone, and email address for each respondent) | Petitioner(s)/Petitioner(s)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and email address |
|---|---|
| PAUL BARRESI<br>908-656-5712<br>paulbarresi@aol.com | Christina Taft, Pro Se<br>747 Laukapu St<br>Hilo, Hawaii 212-718-1003 |

♡ 2    45

🔒 x.com

Exhibit 11: Defendant Threatening Mortality,
Exposure, and Loved Ones Feb 28, 2025

10:52

💬 1          ↻ 2          ♡ 12          📊 671          🔖     ⬆️

**Paul Barresi** ✔️
@PaulBarresi1                                    Follow    ⊘    •••

When that bitch finds out what we've uncovered
about her she'll look like Juliet at the awaking in the
tomb

5:23 PM · Feb 28, 2025 · **13** Views

💬 1          ↻          ♡ 1          🔖          ⬆️

Exhibit 12: Defendant Conveying Threat Plaintiff Should Not Live or Breathe Feb 8, 2025



9:27

accettare la petizione contro di lei Ti auguro
che tutto finisca bene presto ciao🥰

💬 1          ↻          ♡          ‖‖ 78          🔖          ↑

**Paul Barresi** ✔          Follow   ✗|   ⋯
@PaulBarresi1

QUESTA DONNA È MALE E UNA VERGOGNA

Translated by ✗| Grok

THIS WOMAN IS EVIL AND A DISGRACE

Was this translation accurate? Give us feedback so we
can improve: 👍  👎

5:55 AM · Feb 8, 2025 · **49** Views

💬 2          ↻          ♡ 1          🔖          ↑

**Teresa Conley …**  @TeresaC…  · 2h  ✗|  ⋯
She's a feckn' psycopath!

💬 1          ↻          ♡ 1          ‖‖ 16          🔖          ↑

**Paul Barresi** ✔  @PaulBarresi1 · 1h  ✗|  ⋯
Hard to believe there are evil people like
Christina Taft living and breathing on this
earth isn't it?

🏠          🔍          ✗|          🔔          ✉          👥

🔒 x.com          ↻

Exhibit 13: Defendant Conveying Threat Plaintiff Should Not Breathe Air Feb 8, 2025

10:52



○ 6          ↻ 4          ♡ 78          ‖ 1K          🔖          ↑

**Harleycospl...** @Harleycospla... · 11h    𝕏    ···

keep us posted, this woman is pure evil

○ 1          ↻          ♡ 3          ‖ 25          🔖          ↑

**Paul Barresi** ✓          [ Follow ]    𝕏    ···
@PaulBarresi1

## Not an eviler woman has ever breathed air.

12:55 PM · Feb 9, 2025 · **20** Views

○          ↻          ♡ 2          🔖          ↑



🏠          🔍          𝕏          🔔          ✉          👥

🔒 x.com          ↻