EXHIBITS B: Missing Anthony Fox Case Witnessing, Interference, and Mortality - Related to Suppressive Recordings of Family and Witnesses in Matters by Defendants

- Obstruction of Justice Related to These Matters

Exhibit 14: Publishing of Anthony Fox's Missing Person Case on Feb 24, 2018 (Missing Since December 19, 2001)

# facebook

Log in

# MISSING PERSON
## Anthony Vivien Fox



| | |
|---|---|
| **MISSING SINCE:** | December 19, 2001 |
| **LAST SEEN:** | Ventura, California |
| **HEIGHT:** | 65.0 in    **SEX:** Male |
| **WEIGHT:** | 126.0 lbs  **EYES:** Blue |
| | **HAIR:** Gray or Partially Gray |

Contact Ventura Police Department at (805) 339-4462 with information.
Case #:  01-18806     NamUs MP #:   18047

National Missing and Unidentified Persons System
**NamUs**



**Missing & Homeless**
Feb 24, 2018 ·
Other missing "Not Homeless"

Anthony Vivien Fox ~ Missing from Ventura, CA since Dec 19, 2001



facebook.com

# Exhibit 15:

# Docket From Anthony V. Fox Vs. Safe in Heaven Dead Productions, Inc, Et Al, State Civil Lawsuit Superior Court of California, County of Los Angeles, Case No. SC062176 – Including:

Filed: 11/2/2001, Entered: 11/2/2001 Memorandum - Other

Memorandum of defendants John C. Depp II and Trouser Trumpet, Inc. regarding privilege against self-incrimination issues.
Filed: 11/13/2001, Entered: 11/13/2001 Response Further response by defendant's Depp and Trouser Trumpet regarding "crime-fraud" exception.
Filed: 12/10/2001, Entered: 12/10/2001

Notice of Motion
Plaintiff Anthony Fox's written response to issues raised in order of December 5, 2001 re motion to for amendment of complaint to conform to proof at trial"

2/27/25, 2:37 PM  Anthony V. Fox vs. Safe In Heaven Dead Productions, Inc. et Al :: Superior Court of California, County of Los Angeles :: State Civil L…

Case 5:24-cv-01030-TJH-DTB    Document 48-4    Filed 03/03/25    Page 5 of 17    Page ID #:1498

| | | |
|---|---|---|
| 187 | **Filed:** 12/10/2001, **Entered:** 12/10/2001 | **Supplement** |
| | Supplemental memorandum re: plaintiff's motion for order authorizing amendment to complaint | |
| | Request From Archives (Scanning Fees/Delay May Apply) | |
| 186 | **Filed:** 12/6/2001, **Entered:** 12/6/2001 | **Opposition** |
| | Plaintiff's consolidated opposition to motions for judgment pursuant to code of civil procedure section 631.8. | |
| | Request From Archives (Scanning Fees/Delay May Apply) | |
| 185 | **Filed:** 12/3/2001, **Entered:** 12/3/2001 | **Notice** |
| | Notice of Errata | |
| | Request From Archives (Scanning Fees/Delay May Apply) | |
| 184 | **Filed:** 12/3/2001, **Entered:** 12/3/2001 | **Notice of Joinder** |
| | Request From Archives (Scanning Fees/Delay May Apply) | |
| 183 | **Filed:** 12/3/2001, **Entered:** 12/3/2001 | **Opposition** |
| | Table of contents and table of authorities to defendants John C. Depp, and Trouser Trumpet Inc.'s oppostition to plaintiffs motion for an order authorizing an amendment to the complaint. | |
| | Request From Archives (Scanning Fees/Delay May Apply) | |
| 182 | **Filed:** 11/30/2001, **Entered:** 11/30/2001 | **Opposition** |
| | Request From Archives (Scanning Fees/Delay May Apply) | |
| 181 | **Filed:** 11/30/2001, **Entered:** 11/30/2001 | **Declaration** |
| | Request From Archives (Scanning Fees/Delay May Apply) | |
| 180 | **Filed:** 11/29/2001, **Entered:** 11/29/2001 | **Notice of Motion** |
| | Defendant's Oberman, Tivoli & Miller and Kaufman Bernstein, Oberman, Tivoli & Miller, LLC'S motion for judgment pursuant to C.C.P. 631.8 | |
| | Request From Archives (Scanning Fees/Delay May Apply) | |
| 179 | **Filed:** 11/29/2001, **Entered:** 11/29/2001 | **Notice of Motion** |
| | Motion for judgment of defendant's Jenco and Szerlip | |
| | Request From Archives (Scanning Fees/Delay May Apply) | |
| 178 | **Filed:** 11/28/2001, **Entered:** 11/28/2001 | **Motion for an Order** |
| | Motion for order authorizing an amendment to the complaint to conform to proof at trial. | |
| | Request From Archives (Scanning Fees/Delay May Apply) | |
| 177 | **Filed:** 11/28/2001, **Entered:** 11/28/2001 | **Amendment to Complaint** |
| | Request From Archives (Scanning Fees/Delay May Apply) | |
| 176 | **Filed:** 11/14/2001, **Entered:** 11/14/2001 | **Response** |
| | Further response by defendants Depp and Trouser Trumpet regarding crime fraud exception. | |
| | Request From Archives (Scanning Fees/Delay May Apply) | |
| 175 | **Filed:** 11/14/2001, **Entered:** 11/14/2001 | **Opposition** |
| | Defendants John Depp and Trouser Trumpets opposition to plaintiffs supplemental trial brief on privilege issues regarding authorization communications. | |
| | Request From Archives (Scanning Fees/Delay May Apply) | |
| 174 | **Filed:** 11/13/2001, **Entered:** 11/13/2001 | **reply to motion** |
| | Plaintiffs reply memorandum re application of crime/fraud exception to attorney-client privlege. | |

2/27/25, 2:37 PM Anthony V. Fox v. Safe in Heaven Dead Productions, Inc. et Al :: Superior Court of California, County of Los Angeles :: State Civil L…

Case 5:24-cv-01030-TJH-DTB   Document 48-4   Filed 03/03/25   Page 6 of 17   Page ID #:1499

📄 Request From Archives (Scanning Fees/Delay May Apply)

---

173 **Filed:** 11/13/2001, **Entered:** 11/13/2001 — Response

Further response by defendant's Depp and Trouser Trumpet regarding "crime-fraud" exception.
📄 Request From Archives (Scanning Fees/Delay May Apply)

---

172 **Filed:** 11/13/2001, **Entered:** 11/13/2001 — Response

Defendants Oberman, Tivoli & Miller, LTD. and Kaufman, Bernstein, Oberman, Tivoli & Miller, LLC's response to Plaintiff's reply.
📄 Request From Archives (Scanning Fees/Delay May Apply)

---

171 **Filed:** 11/9/2001, **Entered:** 11/9/2001 — Memorandum - Other

Defendant's Depp and Trouser Trumpet's memorandum in opposition to plaintiff's assertion of the crime/fraud exception.
📄 Request From Archives (Scanning Fees/Delay May Apply)

---

170 **Filed:** 11/2/2001, **Entered:** 11/2/2001 — Brief

📄 Request From Archives (Scanning Fees/Delay May Apply)

---

169 **Filed:** 11/2/2001, **Entered:** 11/2/2001 — Memorandum - Other

Memorandum of defendants John C. Depp II and Trouser Trumpet, Inc. regarding privilege against self-incrimination issues.
📄 Request From Archives (Scanning Fees/Delay May Apply)

---

168 **Filed:** 10/30/2001, **Entered:** 10/30/2001 — Proof of Service

📄 Request From Archives (Scanning Fees/Delay May Apply)

---

167 **Filed:** 10/29/2001, **Entered:** 10/29/2001 — Supplement

Plaintiff's supplemental trial brief on privilege issues.
📄 Request From Archives (Scanning Fees/Delay May Apply)

---

166 **Filed:** 10/29/2001, **Entered:** 10/29/2001 — Supplement

Plaintiff Anthony V. Fox's supplemental trial brief re trademark ownership issue.
📄 Request From Archives (Scanning Fees/Delay May Apply)

---

165 **Filed:** 10/29/2001, **Entered:** 10/29/2001 — Proof of Service

📄 Request From Archives (Scanning Fees/Delay May Apply)

---

164 **Filed:** 10/29/2001, **Entered:** 10/29/2001 — Motion in Limine

📄 Request From Archives (Scanning Fees/Delay May Apply)

---

163 **Filed:** 10/29/2001, **Entered:** 10/29/2001 — Declaration

Declarations of Brett B. Curlee, James L. Goldman and I. Bruce Speiser in support of the motion in limine.
📄 Request From Archives (Scanning Fees/Delay May Apply)

---

162 **Filed:** 10/22/2001, **Entered:** 10/22/2001 — Motion in Limine

For an order precluding defendants John C. Depp II and Trouser Trumpet Inc. from offering evidence on certain subjects.
📄 Request From Archives (Scanning Fees/Delay May Apply)

---

161 **Filed:** 10/16/2001, **Entered:** 10/16/2001 — Opposition

📄 Request From Archives (Scanning Fees/Delay May Apply)

---

160 **Filed:** 10/16/2001, **Entered:** 10/16/2001 — Opposition

To motion in limine to exclude testimony of Robert E. Braun.
📄 Request From Archives (Scanning Fees/Delay May Apply)

Exhibit 16: Witness Richard Albertini, from Viper Room, to Plaintiff in text on July 11, 2022 about Chud King Inc Registration by Depp's Friend and Alleging Money Laundering





Oh and The Money Laundering..

Exhibit 17: Email from Nitrini for Subpoena of 2022 Fwd: Anthony Fox's Daughter Contance Called and Recorded by Defendant Barresi and Defendants' Motives



Christina Taft <taftchristina.ceo@gmail.com>

## Fwd: ANTHONY FOX'S DAUGHTER CONSTANCE

**Mario George Nitrini 111** <marionit111@gmail.com>                                             Sat, Jan 4, 2025 at 4:46 PM
To: taftchristina.ceo@gmail.com

The OJ Simpson Case

Paul Barresi sent me this.
It's his interview with Anthony Fox's daughter Constance.

Mario George Nitrini 111
-----
The OJ Simpson Case

---------- Forwarded message ----------
From: <paulbarresi@aol.com>
Date: Thursday, April 28, 2022
Subject: ANTHONY FOX'S DAUGHTER CONSTANCE
To: "marionit111@gmail.com" <marionit111@gmail.com>


CONFIDENTIAL

Mario, Here is my interview with Anthony Fox's daughter Constance. Read all material sent to you thus far and I want you to take notes on paper and deliver the high points for a story. There are a lot of people I feel who know something but are keeping very quiet. Paul

DONFIDENTIAL


**Major Piece of Evidence Gone:**
**Anthony Fox's daughter believes letter he wrote to his mother told her of his intentions to disappear.**

**Another Major Piece of Evidence Gone**
**Candace was forced to leave home that she shared with her father so quickly, she abandoned the answering machine filled with many voice messages, likely some from her father, she never got a chance to listen too…**

**Police never took the answering machine, or the voice recordings left on the answering machine into evidence.**

**Candace's unlikely guardians**
**Lawyers suing Johnny Depp on behalf of Anthony Fox of all people cared for their client's daughter, following their client's disappearance.**

CANDADE FOX – CALL – DEC 11 – 9:45 A.M.

Paul:  Good morning

Constance: Hi, how are you?

Paul:  Hi, who is this?

Constance:  Constance Fox

Paul:  I was wondering if you had a chance to look at the Will, but I also wanted to tell you—By the way, how's the little guy doing? It's a little quieter.  Now, my conversation with Charles [Fox]…There are little things—He said he was sorry he couldn't be of more help but often when you talk to people, they recall things that they don't realize the significance of it. And he seems to be as taken aback and absolutely puzzled over Anthony writing a letter either on the day he disappeared or just before he disappeared. He [Charles] was able to figure it out that your grandmother got the letter just before Christmas. The letter probably takes six or seven days to get to London, so it was likely written either just before he disappeared or when he disappeared.  And I want to ask you, why do you suppose your dad wrote your grandma as opposed to another member of the family. I know he was very close to you and I'm curious as to why he didn't write the letter to you.

Constance: Because I was barely 16 maybe. I mean my assumption is that he was giving her, you know…

Paul: Instructions or letting her know…

Constance: Yeah, what his intention or plans were.

Paul: That's what we thought too. He was giving her sort of an account of what his next move. But the thing is, why do you suppose he would leave so many in pain, especially you. Why would he leave so them in pain unless he told your grandma to let them know that I'll be okay, but she decided not to do it. She went so far as to destroy that letter and that letter is a significant piece and the detectives believe that as well. The letter might have been the answer.

Constance: Yeah, I mean, the letter for me is something that I did not know about, and it brought up a lot of questions. I need a little more time to process some of this. I also want to speak with Charles. I am trying to figure out a time when I can do that. Given the time difference. I'm with my kid so I would like to try and have that conversation without any distraction.

Paul: I think they are about 9 hours ahead. Now on the Will, did you get a chance to look at it?

Constance: Not really, I mean honestly, I don't know how these things work, but I would imagine that anything that should have come to me after all this time, it's probably too late. I don't have a lot of expectations.

Paul: I understand. The letter that he wrote though, did it give you a little piece of mind? In other words, if the letter is what we think, that it was his plan of what he intended to do, supports your belief that likely, he did go off the grid.

Constance: Yeah, that's entirely possible. I can never really say without reading the letter.

Paul: Yeah, we can never really say for sure. Okay, I will leave you with your thoughts and we can talk in a couple of weeks if you want.

Constance: That sounds good. I am going to speak with Charles. It's been 16 or 17 years since we last spoke. I tried to reach out to him when I went to London after I graduated to sort of pay my respects to my father and find my grandmother's place via my grandmother's lawyer, who was the only person I had a contact number for because he had to give me that money from the Will. I don't know if the message [I gave the lawyer] ever made its way to Charles—This is a lot of personal stuff, I apologize.

Paul: Well, now you do have Charles' address and his phone number, and you can talk to him. He is an awfully nice guy.

Constance: Yeah, I know. I remember him, fondly.

Paul: Final question, I want to ask you. Did you dad ever say to you that he was in fear of his life or that he was in danger?

Constance: I don't know if would have shared that with me honestly if he was.

Paul: So, he may have been, but he never shared it with you.

Constance: **No, I mean, I saw in the year leading up to his disappearance, I saw my father lose his temper and become uncollected. My father was always a very calm, collected, and lovable person. I saw him suffer more frustration and desperation in that last year than I did many years prior, in my entire childhood. Fear, I never knew my father to be a fearful man.**

Paul: It wasn't like he got any threatening calls or anything like that that you know of.

Constance: This was way before cell phones. I was a teenage girl, I had to beg him to get a landline. He didn't even have a landline-- An answering machine, I mean.

Paul: I see

ANOTHER IMPORTANT PIECE OF EVIDENCE GONE…

Constance: **So, this is the other very unfortunate piece**—Whether there was also a letter for me or not, I will never know. **You know, I had to leave home [after my father went missing] because I was a minor alone. I had my own life, I was self-sufficient, I had a boyfriend, I was working. He [Anthony Fox] was working. Point being, [after he disappeared] I left quite suddenly in**

the middle of night to stay with someone. And when I came back to get my things, it was very much like, we had to get in and get my stuff and get out. So, I didn't really get a chance to do a once over. When I went to the answering machine there were so many messages.  The mailbox was full, [but it may have well been empty] because I didn't get to look at anything so whether he [Anthony] called or not, I don't know. We had phone records. I don't know whether anybody [people who went in and cleaned up, missing persons detectives or whomever] looked at these things.

Paul:  Why did you leave abruptly?

Constance:  Because the police came, and then I could not be alone. I literally had just turned 16. I could not be alone.

Paul: Was this after they [the police] found the [Anthony's abandoned] truck and everything?

Constance:  No, this was before the truck.  I went to work, and I thought, 'I haven't seen my dad in a couple of days'. My co-workers were adamant that I call the police.  So, I called the police and reported that I hadn't seen him for a while.

Paul: **Now, before you left abruptly, did the police search the place?**

Constance: **No, they asked a couple of questions.**  This isn't on record?  None of this is in the?  report?  [Note: Constance should have damn-well gotten a report but never did.]

Paul:  I am more of a provider of information than a receiver of information, but I am sure because you're involved, they [the police detectives looking for your father] will tell you more than they are going to tell me. This works better for the police because whenever an outside investigator is involved, there is another pair of eyes, heart and mind involved, so they prefer rather not to lead me anywhere. Their attitude is, 'Okay if there is new intelligence, something we might have missed, you find it and let us know.  [The many messages left in the answering machine—so many that they filled the answering machine to the limit, for example, is an extraordinary piece of evidence that may have gleaned valuable information as to Anthony's whereabouts.]

Constance:  Do you work with the police department or did someone else hire you.

Paul:  I am assisting the detectives directly.  I keep forgetting that you were a minor at the time. When you called the police was it on the 19th of Dec or before the 19th of Dec [2001]?

Constance: I think it was before the 19th.   What is the significance of the 19th.

Paul: Well because this is the [official] date that was reported when he allegedly disappeared. I thought that when his vehicle was found on Jan 2, [2002] that was the date I went by but when your uncle told me there was a letter, you understand, that gave it a closer timeline. Your uncle said he [Anthony] wrote a letter just before he disappeared. And your grandmother said she received it just before Christmas, that tells me that the 19th or in the middle of December is on or about the time he would have mailed the letter. But if you think you called the police before the 19th that still falls within the timeline even it was on the 14th or 15th of December.

Constance: **My father was going through a legal battle, so I stayed with one of the lawyers. [Note: This 'lawyer' is the 'someone' Constance stated she stayed with after she had to abruptly leave her home.] I stayed with one of [my father's lawyer's because I didn't have a lot of friends, so I stayed with one of the lawyers for like a week or so, I want to say.**

Paul**: I'm sorry, a lawyer for whom?**

Constance: **For his [Anthony my father's] case. One his lawyers from his team.**

Paul: **You were staying with your father's lawyer?  Do you remember his name?**

Constance:  **Jim Goldman, [James L. Goldman, Esq, Pircher, Nichols & Meeks – 1925 Century Park /east**, 17th floor, Los Angeles /ca 90067-6077 was the conservator for the Estate of Anthony Fox] So, Brett Curlee [Brett B. Curlee, Esq. **11355 W. Olympic Blvd. Ste 100, Los Angeles, CA 90064** handled Fox's Bankruptcy] [See Exhibits 1 thru 7] was my dad's primary lawyer. [He was the first lawyer on the case. He came to pick me and my dog. And he let me stay with him and his wife. They just had a baby. Then he let me go stay with my boyfriend's dad and stepmother. And this was all approved by the court. They asked me to stay for Christmas and soon after that my father's truck was found.

[Note: This is highly suspect. Why of all people, did Constance go with Anthony's lawyers?]

Paul: Now the case Anthony Fox vs Johnny Depp etc., I looked at this case early on when it was filed. Was your dad close to getting a settlement?

Constance: There was a lot of back and forth on that. The lawyers seemed very perplexed by his disappearance because they felt confident the case was close to nearing an end.

Paul: The court documents were sky-high, and I know your dad hit a couple of brick roads along the way. I did discover on my own that Sal Jenco—I don't know if you know the name.

Constance: Yeah, I do. He was the manager [of the Viperoom].

Paul: He stole.

Constance:  Yeah, I knew that.

Paul:  He stole, and he ripped-off Johnny and I guess in ripping off Johnny, he ripped off your dad.

Constance:  Yes.

Paul:  I was trying to get a hold of him because there is a documentary, Johnny vs Amber, but he didn't want to talk, I assume because he knew everyone had already known he was a thief.  Did your dad ever indicate to you that Jenco was ripping him off?

Constance: Yeah, that's what part of the legal battle was.

Paul:  I mean did he [your dad] ever express any of that to you directly.

Constance:  Yes, I went to a couple of the court dates, and I remember meeting Sal. And he was likeable but in a sleazy way.  And my dad something. It was a British thing…He was never one to slander someone, but he made it clear to me that Sal was not one to be trusted

Paul:  Sal was a bad apple. I think Johnny Depp was in it for the rock and roll because that was his first love, bands and being around bands and he didn't realize, I don't know, maybe he did, I don't know, but people were stealing from him left and right.

Constance:  I think he [Johnny Depp] did. They were doing things that were directly misusing the company trademark. It was more than just a misuse of company funds, skimming off the top.

Paul: Do you know who got those tape messages you had to abandon?  What if your dad called about fifteen times?

Constance: That's something I will never know.

Paul: Maybe you can ask your guardian what became of it. [The notion that the police didn't take the message tape recorder that might have very well contained recorded messages from Anthony, into evidence, is crazy as the old lady destroying Anthony's letter.]

Constance: My dad didn't have a lot of material attachment. He was the type to take whatever you need in a backpack and leave everything else behind. Move out and get the security deposit back, that was it.

Paul: He was a minimalist which is good for a people that like to just Up and Go, right?

Constance: My dad was very much an Up and Go person. He was very much a wonderer. Prior to having me, he traveled the whole world with his first wife, and he could his whole life in that existence.  I know he loved being a parent. He fought very hard in his custody battle for me when I was a child.  He was a good father.

End

Exhibit 18: Email from Nitrini for Subpoena of 2022 Defendant Barresi Fwd: Anthony Fox Missing Person Investigation VPD 01-18806 and recording of Fox's brother in 2021, 2 years after initial 2019 request to solve case



Christina Taft <taftchristina.ceo@gmail.com>

## Fwd: Anthony Fox Missing Person Investigation VPD 01-18806

**Mario George Nitrini 111** <marionit111@gmail.com>   Sat, Jan 4, 2025 at 4:42 PM
To: taftchristina.ceo@gmail.com

Christina,

This is the email that Paul Barresi sent me pertaining to his emails to the Ventura County Sheriff's Department, and Maud Fox's will pertaining to the subpoena I received regarding your federal lawsuit case against Paul Barresi & Adam Waldman.

Barresi's last sentence is very telling trying to coerce the Ventura County detective's that Johnny Depp had nothing to do with the disappearance of Anthony Fox
⬇️
"Charles agreed that the possibility of Johnny Depp having anything whatsoever to do with his brother's disappearance is next to zero"


Mario George Nitrini 111
------
The OJ Simpson Case

---------- Forwarded message ----------
From: <paulbarresi@aol.com>
Date: Thursday, April 28, 2022
Subject: Fwd: Anthony Fox Missing Person Investigation VPD 01-18806
To: "marionit111@gmail.com" <marionit111@gmail.com>


CONFIDENTIAL

Mario, Here is investigative report I sent detectives. Listen to my interview with Anthony Fox's brother, Charles and read mother's Will. KEEP FILE for story.

CONFIDENTIAL

-----Original Message-----
From: paulbarresi@aol.com
To: pfurlong@cityofventura.ca.gov <pfurlong@cityofventura.ca.gov>
Cc: amorales@cityofventura.ca.gov <amorales@cityofventura.ca.gov>
Sent: Thu, Dec 9, 2021 4:56 pm
Subject: Anthony Fox Missing Person Investigation VPD 01-18806

Dear Det. Furlong,

I spoke with lead Detective Morales earlier this week. He said he was immersed in a priority kidnap investigation and that he will contact me to get brought up to

speed on my updated findings re, Anthony Fox's disappearance.

Meanwhile, I now provide you with Anthony Fox's mother Maud Fox's **Will** along with [30 minute] audiotaped interview I conducted with his Anthony's eldest brother

**Charles Fox** this a.m.

Charles stated his mother **Maud Fox**, told him she had received a letter from Anthony just before Christmas 2001.

As you are well aware, Anthony disappeared just before Christmas 2001 on the 19th. Therefore, he wrote the letter which his mother refused to disclose likely days

prior to his disappearance. What makes this even more bizarre is that Charles asked his mother what Anthony said in the letter but she stubbornly refused to tell

him. And when Charles pressed her to tell her what the letter said, she told him she destroyed it.

Following Maud's death, Charles told me that he searched everywhere for the mysterious letter but it was nowhere to be found.

### Maud Fox had a secret she was keeping for her Anthony so worth protecting, she took it to her grave.

As evident in a previous report I sent you, however, this was not the first time Maud covered for Anthony. When he filed for bankruptcy, she helped him fabricate a fraudulent laundry list people and businesses to whom he alleged he owed money and even went so far as to include her own name to the bogus list.

Charles was very surprised to hear that Johnny Depp turned over his interests in the Viperoom to Anthony's daughter. Despite it being widely reported, Charles said he was not aware.

What surprised him even more was to learn that his mother added Anthony's daughter to her Will because his she didn't think too kindly of Constance.

I suspect Anthony's letter to his mom included a plea for her to care for his daughter because his mother's [revised Will] makes generous provisions for her including

10,000 pounds in addition to Anthony's share of the estate, as stipulated in Will, after he is deemed dead in 2006. It appears this date 2006 was just pulled out of the hat which leads to only more suspicion. it is likely Maud wanted to honor her son's wishes that she provide for his daughter.

**Irrespective of what Anthony's letter said, writing the letter only days before his disappearance is suspect.**

**Anthony's mom's refusal to say what was in the letter is further suspect.**

**To my mind, Anthony vanishing into thin air was not something he didn't see coming.**

Charles believes Anthony's daughter Constance knows more than what she has disclosed.

I told Charles that Johnny Depp is a very generous good hearted man and that over the years he has helped many people, paying their rent, bills, medical expenses, etc.

Charles confided that there is a stronger likelihood that Anthony is either still alive and just wanted to create the impression he disappeared or he committed
suicide."

Charles agreed that the possibility of Johnny Depp having anything whatsoever to do with his brother's disappearance is next to zero.


End Report

Paul Barresi
cell no. 908-656-5712


**FYI**
**Charles Fox**, Tel no. 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-312-524 age 75, resides with wife Morna at 8A Catharine Place, Bath, Avon, BA1 2PR- England
https://en.wikipedia.org/wiki/Bath,_Somerset



-----Original Message-----
From: Furlong, Patrick <pfurlong@cityofventura.ca.gov>
To: paulbarresi@aol.com <paulbarresi@aol.com>
Sent: Wed, Jul 31, 2019 12:40 pm
Subject: Ref Anthony Fox Missing Person Investigation VPD 01-18806


Per our phone conversation, I am reaching out to you to inquire about any information regarding the Missing Person investigation for Anthony Fox (VPD 01-18806).


Thanks again,


Patrick Furlong

Criminal Investigative Technician
Sex Offender Registration / Missing Persons
Ventura Police Department
1425 Dowell Dr., Ventura, CA 93003
(805) 339-4473 Office


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**3 attachments**

- Johnny Depp - Charles Fox call_09-36-18_OUT__16699291319017.amr
  3001K

- Maud Fox Will 1.pdf
  528K

- Maud Fox Will 2.pdf
  30K