EXHIBITS C: Forceful Recanting of Articles
and Reporters, including of an article about 110
counts of racketeering and exploitation of
former clients by Defendant Paul Barresi in an
ABC article, a tribute article of Vicki Taft
recanted in Associated Press, and taking down
my websites

Exhibit 19: Full Article of Defendant Barresi and 110 counts of racketeering with co-worker/boss Pellicano, harming former clients (Sylvester Stallone and Nicole Kidman), with exploitation, coercion, and witness interference in ABC News

(Archived on Rescue Social's Not-for-profit Account)




Eliminate Your Slice Forever
Here's how Hank Haney eliminated 52 lifelong slices using a revolutionary one-shot drill.
Performance Golf Zone

He called himself the FBI's ultimate Hollywood fixer. But his own "sins" have landed him in trouble with the law. He already served 2½ years in prison on weapons charges, and he's now facing a 110-count federal indictment for racketeering and conspiracy.

"What he did was basically set up wiretaps and listened in on people's communications that they believed were private without them knowing," said George Cardona, the U.S. attorney prosecuting the case.

According to prosecutors, Pellicano's gift for getting dirt was primarily a highly sophisticated illegal eavesdropping scheme. Pellicano allegedly paid two phone company employees thousands of dollars to help him listen in on Hollywood's secrets.

### Celebrity Secrets

With the reams of information Pellicano allegedly got from the wiretaps, he seemed able to solve clients' problems with ex-wives, business rivals and even the law. With his reputation on the rise, it seemed that everyone in show business with a crisis came calling.

When Michael Jackson was accused of molesting a 13-year-old boy in 1993, it was Pellicano who produced a tape he said proved the boy's family was trying to extort money from the pop star. Eventually, the family agreed to settle, and no criminal charges were brought against Jackson.

In 1991, when a British tabloid paid a woman $30,000 for her story alleging an affair with Kevin Costner, his lawyer hired Pellicano and the story was killed before it appeared in the United States.

During the messy public divorce of Tom Cruise and Nicole Kidman, Pellicano was on the case for Cruise. But unbeknown to Pellicano, DiSabatino was hired by Kidman.

"So I put her on scramblers immediately," DiSabatino said. "So that, uh, if there was anybody who was eavesdropping, it wasn't gonna happen."

DiSabatino said that some of the ugly headlines that surfaced around that time weren't an accident.

"What became very obvious was that he had a contact in one of the tabloids," he said.

Actually, Pellicano had several tabloid reporters on the payroll.

Paul Barresi, the first man ever to appear on the cover of Hustler magazine, worked as an investigator for Eddie Murphy's lawyer when the star was arrested for picking up a transsexual prostitute. (No charges were ever brought against Murphy.) Barresi also regularly freelanced for Pellicano.

"Whenever there was a damaging story involving a celebrity client that involved sex, then I was involved," Barresi said.

Barresi said that Pellicano hired him to "get dirt on" Sylvester Stallone. In addition, the the actor's phone was allegedly bugged by Pellicano when Stallone was in the midst of a bitter lawsuit over stock losses at Planet Hollywood.

"He may very well have wanted the dirt to use against Stallone. Maybe Stallone crossed him. I don't know. But I never asked questions," Barresi said.

### Not Above the Law

And Pellicano wasn't just getting the dirt and dishing it. There were also times when he allegedly got physical. When hired by billionaire financier Leonard Green to help with his divorce from his wife of five years, Jude

Green, she said he delivered his "beware" message in person.

"I pulled up at the dog groomer and this man blocked my car, I couldn't get out," said Green. "And then he came up to the window and thrust his face. I came out, and I asked him to move his car and he sort of like shoved me. No matter where I went that day, he was in my face blocking my car and constantly."

The experience was more than a little unnerving. "I just remember my heart beating out of my chest and really being terrified," she said.

Later, the FBI told Green that Pellicano had been monitoring her home telephone calls. And Green said there was more -- telephone threats, damage to her property's gate and more than once, she said, her car's brakes were tampered with.

"Pellicano had a reputation in Hollywood as a bully for hire," DiSabatino said. "So people would hire him and they would like when he'd talk to people and threaten them."

Eventually, Pellicano got so big that even the future governor put him to work. The Schwarzenegger campaign, reeling from allegations of sexual harassment, asked Pellicano to investigate the actor's entire past to find

every turn of their development might throw a little

Barresi got the call. "Pellicano said to me, 'I want you to find out everything you can about Schwarzenegger. Get all the dirt you can,'" he said.

Pellicano bragged about the Schwarzenegger job, said DiSabatino.

"And I asked him, 'What was the outcome?' And he laughed. He said, 'The outcome is he shouldn't run for anything,'" said DiSabatino.

Pellicano, of course, got it wrong about the future governor. But perhaps a bigger mistake was that he began to believe his own hype.

In 2002, Pellicano allegedly threatened a Los Angeles Times reporter. The FBI raided Pellicano's office and found explosives, a detonator and hand grenades.

In 2004, Pellicano was sentenced to 30 months in federal prison for illegal possession of dangerous weapons. He was set to be released earlier this month -- until the wiretapping charges were handed down Feb. 6, after a three-year federal investigation.

Pellicano has pleaded not guilty to the charges, but he remains in custody.

Meanwhile, some big names in Hollywood are holding their breath. It seems the style that made this Tinseltown gumshoe so sought after just may be his undoing.

"He felt that he was untouchable," said Barresi. "And he also probably felt protected."

💬 Comments (0)    f  🐦  ✉




Tommy Chong: The Horrifying Truth About CBD
Tommy Chong's CBD


Goodbye Plastic, Hello Metal Credit Cards
NerdWallet    Learn More


Is this the most addictive World War 1 strategy game? Register and pl...
Download on the App Store


On the Belarusian border, a NATO military exercise is now a powerful 'show of force'


Texas governor declares state of disaster as wildfire burns over 1,000 acres


Comedians react with horror at Will Smith's Oscar slap

California: Startup Is Changing the Way People Retire
SmartAsset

How Seniors End 'Bone-On-Bone' Knee Troubles (Works Fast)
AntiRelieve    Read More

Here Is How Men Over 40 Can Fight Eyebags and Dark Spots
Particle

Promoted Links by Taboola

ABC News Network | Privacy Policy | Your CA Privacy Rights | Children's Online Privacy Policy | Interest-Based Ads | About Nielsen Measurement | Terms of Use | Do Not Sell My Personal Information | Contact Us

Copyright © 2022 ABC News Internet Ventures. All rights reserved.

Exhibit 20: Recanted Article removing
Defendant Barresi harming former clients
during racketeering in ABC News after 2022
escalations between Barresi-Waldman
(Archived on wayback machine)

# Hollywood 'Fixer' Now Has Some Celebrities Fearing the Worst

By ABC News



---

Feb. 16, 2006 &#151; -- In a town that's no stranger to scandal, this might be one of the biggest -- a massive wiretapping scheme that might reveal Hollywood's darkest secrets and implicate some of the leading lawyers in show business and their celebrity clients.

It all centers on the actions of one man -- private eye to the stars Anthony Pellicano.

The 61-year-old came out of Chicago with a reputation for tough tactics and a knack for getting the dirt on just about everybody. Pellicano was the quintessential Hollywood gumshoe, boasting a client list that read like a who's who: John Travolta, Farrah Fawcett, Kevin Costner, Tom Cruise and Arnold Schwarzenegger among them.

"Pellicano is the last-resort guy, and no matter what you have to do to put a fire out for a celebrity, that's what you gotta do," said Paul Barresi, a former porn star and freelance private investigator who worked for Pellicano.

But other private investigators said that Pellicano employed some questionable tactics in getting information.

Private eye Richard DiSabatino, who has known Pellicano for more than a decade, put it this way: "He broke the law to satisfy his clients. And normal PIs don't do that."

But Pellicano's wise-guy persona was tailor-made for Hollywood. His mystique actually became the stuff of movies. Travolta reportedly modeled the lead character in "Get Shorty" -- mob-guy-turned-movie-man Chili Palmer -- after him.

"He was very friendly with him. With ... Travolta," said DiSabatino. "You know the fact where, uh, Chili Palmer would always say, 'Look into my eyes'? Well, that was Pellicano's favorite saying."

He called himself the "sin-eater" -- the ultimate Hollywood fixer. But his own "sins" have landed him in trouble with the law. He already served 2½ years in prison on weapons charges, and he's now facing a 110-count federal indictment for racketeering and conspiracy.

"What he did was basically set up wiretaps and listened in on people's communications that they believed were private without them knowing," said George Cardona, the U.S. attorney prosecuting the case.

According to prosecutors, Pellicano's gift for getting dirt was primarily a highly sophisticated illegal eavesdropping scheme. Pellicano allegedly paid two phone company employees thousands of dollars to help him listen in on Hollywood's secrets.

With the reams of information Pellicano allegedly got from the wiretaps, he seemed able to solve clients' problems with ex-wives, business rivals and even the law. With his reputation on the rise, it seemed that everyone in show business with a crisis came calling.

When Michael Jackson was accused of molesting a 13-year-old boy in 1993, it was Pellicano who produced a tape he said proved the boy's family was trying to extort money from the pop star. Eventually, the family agreed to settle, and no criminal charges were brought against Jackson.

In 1991, when a British tabloid paid a woman $30,000 for her story alleging an affair with Kevin Costner, his lawyer hired Pellicano and the story was killed before it appeared in the United States.

During the messy public divorce of Tom Cruise and Nicole Kidman, Pellicano was on the case for Cruise. But unbeknown to Pellicano, DiSabatino was hired by Kidman.

"So I put her on scramblers immediately," DiSabatino said. "So that, uh, if there was anybody who was eavesdropping, it wasn't gonna happen."

DiSabatino said that some of the ugly headlines that surfaced around that time weren't an accident.

"What became very obvious was that he had a contact in one of the tabloids," he said.

Actually, Pellicano had several tabloid reporters on the payroll.

Paul Barresi, the first man ever to appear on the cover of Hustler magazine, worked as an investigator for Eddie Murphy's lawyer when the star was arrested for picking up a transsexual prostitute. (No charges were ever brought against Murphy.) Barresi also regularly freelanced for Pellicano.

"Whenever there was a damaging story involving a celebrity client that involved sex, then I was involved," Barresi said.

Barresi said that Pellicano hired him to "get dirt on" Sylvester Stallone. In addition, the the actor's phone was allegedly bugged by Pellicano when Stallone was in the midst of a bitter lawsuit over stock losses at Planet Hollywood.

"He may very well have wanted the dirt to use against Stallone. Maybe Stallone crossed him. I don't know. But I never asked questions," Barresi said.

And Pellicano wasn't just getting the dirt and dishing it. There were also times when he allegedly got physical. When hired by billionaire financier Leonard Green to help with his divorce from his wife of five years, Jude Green, she said he delivered his "beware" message in person.

"I pulled up at the dog groomer and this man blocked my car, I couldn't get out," said Green. "And then he came up to the window and thrust his face. I came out, and I asked him to move his car and he sort of like shoved me. No matter where I went that day, he was in my face blocking my car and constantly."

The experience was more than a little unnerving. "I just remember my heart beating out of my chest and really being terrified," she said.

Later, the FBI told Green that Pellicano had been monitoring her home telephone calls. And Green said there was more -- telephone threats, damage to her property's gate and more than once, she said, her car's brakes were tampered with.

"Pellicano had a reputation in Hollywood as a bully for hire," DiSabatino. "So people would hire him and they would like when he'd talk to people and threaten them."

Eventually, Pellicano got so big that even the future governor put him to work. The Schwarzenegger campaign, reeling from allegations of sexual harassment, asked Pellicano to investigate the actor's entire past to find every kind of claim an opponent might throw at him.

Barresi got the call. "Pellicano said to me, 'I want you to find out everything you can about Schwarzenegger. Get all the dirt you can,'" he said.

Pellicano bragged about the Schwarzenegger job, said DiSabatino.

"And I asked him, 'What was the outcome?' And he laughed. He said, 'The outcome is he shouldn't run for anything,'" said DiSabatino.

Pellicano, of course, got it wrong about the future governor. But perhaps a bigger mistake was that he began to believe his own hype.

In 2002, Pellicano allegedly threatened a Los Angeles Times reporter. The FBI raided Pellicano's office and found explosives, a detonator and hand grenades.

In 2004, Pellicano was sentenced to 30 months in federal prison for illegal possession of dangerous weapons. He was set to be released earlier this month -- until the wiretapping charges were handed down Feb. 6, after a three-year federal investigation.

Pellicano has pleaded not guilty to the charges, but he remains in custody.

Meanwhile, some big names in Hollywood are holding their breath. It seems the style that made this Tinseltown gumshoe so sought after just may be his undoing.

"He felt that he was untouchable," said Barresi. "And he also probably felt protected."



**ABC News Network** | Privacy Policy | Your US State Privacy Rights | Children's Online Privacy Policy | Interest-Based Ads | About Nielsen Measurement | Terms of Use | Do Not Sell or Share My Personal Information | Contact Us

Copyright © 2023 ABC News Internet Ventures. All rights reserved.

Exhibit 22: Hostile Barresi Email to Independent Reporter To Retract About Him Getting "Dirt" on Clients Stallone and Schwarzenegger, Intimidating "Fell out of my chair" with insult, and Contacting New York Times Reporters

Why am I telling you this? You owe an apology to Anita Busch. I want you to say, "I'm sorry, Anita." How would you like to be a single woman who, by the nature of her profession, has to be paranoid? And then goes online at Lukeford.net to read how crazy she supposedly is? You crossed the line, Lukie Boy. I believe in the power of the Web to get to the truth, but you can't torture people like Anita. She was deeply hurt by what you wrote, and she's not even a public figure.

11/17/03

Will Somebody Wake Up Bill Keller?

Paul Barresi writes Luke 11/15 at 44:45PM: "Punk"

XXXXXX writes: I've been on this Anthony Pellicano-Alex Proctor-Steven Seagal-Jules Nasso-Anita Busch story since June 20, 2002. I've talked to every wacko between here and Brooklyn so many times that I'd pretty much lost interest in the whole stupid mess. But what I saw in today's edition of the NY Times, in a story by-lined by Laura Holson and Bernie Weinraub, just made me fall out of my chair.

Fact: Singer works for Stallone and Schwarzenegger. Pellicano works for Singer. The idea that Pellicano would hire Barresi to dig up dirt on two of Marty Singer's favorite clients makes no sense. It's just a pathetic attempt by someone to distance Stallone and Schwarzenegger from Singer-Pellicano.

Will somebody wake up Bill Keller, the new executive editor of the NY Times, and tell him there is something very, very wrong with his reporters on this Pellicano story?

2/11/04

The Pellicano Brief

Vanity Fair reporter John Connolly and Howard Blum produce a gripping article on private detective Anthony Pellicano in the March issue.

There are no bombshells in the article but many interesting details.

Connolly placed the first story in the New York Daily News about the threat on Anita Busch's car in June 2002. He continues his friendly relationship with Busch in this article, placing her in a good light, and in exchange getting details about her in that painful month. The VF writers do not question why anybody would want to threaten Busch when neither she nor her writing partner Paul Lieberman came up with anything original on the Steven Seagal - Julius Nasso story despite weeks of work.

I can't recall the last time the LA Times broke a big story on the entertainment industry.



Exhibit 23: Partial July 30, 2024 Threat to Taft via Email Against Family by Defendant Barresi for Speaking with Reporters, Claim Sued Warren Beatty, Witness Against Depp, and Co-Defendant Waldman with Audio Tapes

2:05



**YOUR BROTHER IS A MONSTER** ➤

Inbox

(p) paulbarresi@aol.c...    Jul 30, 2024

to me ⌄

I HEAR YOU ARE STILL SENDING YOUR GARBAGE TO REPORTERS AND BLOGGERS. YOU ARE SO PATHETIC.

DID YOU KNOW YOUR MOM WORKED AS A WHORE, TRIED TO SUE WARREN BETTY AND WAS A STRIPPER IN ARIZONA?

 I CURSE THAT BITCH WHO BROUGHT YOU SCEAMMING INTO THIS WORLD.

HERE IS THE LATEST ON YOU SICKOS:

 ALBERTINI AND TAFT, SEVERLEY MENTALLY ILL & A MENANCE TO CIVILIZATION.

https://x.com/PaulBarresi1/status/1818418742340288764?ref_src=twsrc%5Egoogle%7Ctwcamp%5Eserp%7Ctwgr%5Etweet

Christina Taft C.E.O. [ADAM WALDMAN CALLS OUT OBSESSED AMBER HEARD FAN WHO MALICIOUSLY ATTACKS PRIVATE EYE AND OTHERS WHO HELPED LEAD JOHNNY DEPP TO VICTORY



Exhibit 24: Retracted ABC Article about Defendant Barresi Harming Former Clients and Racketeering Convictions

|  | Video | Live | Shows ⌄ | 538 | Shop |  |  | Log In | Stream on hulu |



How Savvy Investors Pay for Healthcare in Retirement

Fisher Investments

## Hollywood 'Fixer' Now Has Some Celebrities Fearing the Worst

By ABC News
February 15, 2006, 5:32 PM

   

Feb. 16, 2006 &#151; -- In a town that's no stranger to scandal, this might be one of the biggest -- a massive wiretapping scheme that might reveal Hollywood's darkest secrets and implicate some of the leading lawyers in show business and their celebrity clients.

It all centers on the actions of one man -- private eye to the stars Anthony Pellicano.

The 61-year-old came out of Chicago with a reputation for tough tactics and a knack for getting the dirt on just about everybody. Pellicano was the quintessential Hollywood gumshoe, boasting a client list that read like a who's who: John Travolta, Farrah Fawcett, Kevin Costner, Tom Cruise and Arnold Schwarzenegger among them.

"Pellicano is the last-resort guy, and no matter what you have to do to put a fire out for a celebrity, that's what you gotta do," said Paul Barresi, a former porn star and freelance private investigator who worked for Pellicano.

But other private investigators said that Pellicano employed some questionable tactics in getting information.

Hollywood Dream Team Has Some Celebrities Leaving the Worst Agc. News

Private eye Richard DiSabatino, who has known Pellican for more than a decade, put it this way: "He broke the law to satisfy his clients. And normal PIs don't do that."

But Pellicano's wise-guy persona was tailor-made for Hollywood. His mystique actually became the stuff of movies. Travolta reportedly modeled the lead character in "Get Shorty" -- mob-guy-turned-movie-man Chili Palmer -- after him.

"He was very friendly with him. With ... Travolta," said DiSabatino. "You know the fact where, uh, Chili Palmer would always say, 'Look into my eyes'? Well, that was Pellicano's favorite saying."

He called himself the "sin-eater" -- the ultimate Hollywood fixer. But his own "sins" have landed him in trouble with the law. He already served 2½ years in prison on weapons charges, and he's now facing a 110-count federal indictment for racketeering and conspiracy.



Get started quickly with Slack
Zapier

"What he did was basically set up wiretaps and listened in on people's communications that they believed were private without them knowing," said George Cardona, the U.S. attorney prosecuting the case.



Amazon's Worst Nightmare: Thousands Canceling Prime for This Clever Hack
Online Shopping Tools

Neurologists Amazed: Barefoot Shoes are The Best Thing You Can Do in 2025 - NOW 70% OFF!
Barefoot Vitality

5 Ways to Potentially Reduce RMD Taxes After Age 73

SmartAsset

**Amazon Is Losing Money as Shoppers Are Cancelling Prime For This Clever Hack**

Online Shopping Tools

**Top Skin Doctor's Formula Shows Incredible Results**

GoPure                                                                      Learn More

**Owning A Home For 4 Years Taught Me These Hard Financial Lessons**

BetterBuck                                                                  Read More

**Who Charges the Most for Car Insurance in Hawaii? (Check Zip Code)**

OTTO Quotes                                                                 Click Here

**7 Things Trump Plans To Do for Seniors On SS In 2025 (#2 Is Perfect for Those On Social Security)**

Super Saving Online

**MD: Building Muscle After 60 Comes Down To This 1 Thing**

Apex Labs

'Buffy' and 'Gossip Girl' actress Michelle Trachtenberg dead at 39

ABC News Network   About Nielsen Measurement   Children's Online Privacy Policy   Contact Us

Do Not Sell or Share My Personal Information   Interest-Based Ads   Privacy Policy   Terms of Use   Your US State Privacy Rights

© 2025 ABC News

Exhibit 21: Plaintiff requesting restoration of Associated Press Article of "Victoria Taft, 66" of life including film, music, arts social circles in Los Angeles with forwarded 2 interviews by Reporter of family and friends of Taft



Christina Taft <taftchristina.ceo@gmail.com>

---

**Article AP Victoria Taft - Interview Transcripts**

---

**Christina Taft** <taftchristina.ceo@gmail.com>                                      Tue, Dec 17, 2024 at 1:44 PM
To: "Gecker, Jocelyn" <Jgecker@ap.org>, JOSEPH TRISCARI <journeysofthespirits@msn.com>

Hi Jocelyn,

Below, Here are **two interview transcripts** with Lori Mattix and Don DeBaun from the Tribute Article that's missing from the Associated Press that you wrote on Victoria Taft.

Thank you so much for your patience in 2019 after losing her and my worries then, which I've learned are implications.

However, my mother's article remained on Associated Press, protecting and understanding loss and grief for a few years

In late 2022 the Entire deletion of your written article about Victoria Taft and retractions/edits from an over 10 year old ABC article that Defendant Barresi harmed a former client Stallone occurred… (I gave that pdf, unfortunately I do not have a copy of my mom's tribute article).

It would be a relief if the tribute article could please return to bring humanity back to Victoria Taft.

Sincerely,
Christina Taft

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*

---------- Forwarded message ---------
From: **Gecker, Jocelyn** <jgecker@ap.org>
Date: Tue, Feb 26, 2019 at 11:59 AM
Subject: transcripts
To: Christina Taft <taft.christina@yahoo.com>, donndebaun@gmail.com <donndebaun@gmail.com>

Dear Christina (and Donn),

Christina here are transcripts of conversations about your mom. Donn, I hope you don't mind, Christina had asked for details of our conversation to help fill in blanks in Victoria's obituary. Below are also excerpts of my conversation with her friend Lori Mattix.

I wish you both the very best.

Kind regards,

Jocelyn


Conversations about Victoria Taft with:

**Donn DeBaun**

Grew up in the LA area, lots of our family were in the entertainment industry.

As a younger girl she was more of a tomboy. She liked to ride dirt bikes and surf and ride horses.

When she had a child, Christina, she became very motherly.


She had traveled to Europe and Egypt and Greece, a number of times in the 70s and 80s. She was hanging out with rock stars, Rod Stewart and Elton John and Led Zeppelin.

She was very much part of that scene. She was young and was in the right place at the right time.

She was dating Roscoe Tanner, who was a top-ranked tennis player back in the day.

She did some acting, had minor roles throughout the 80s.

She got hurt on a set doing stunt work. That kind of put an end to everything. She tried to sue the production company.


(After having Christine, talked about moving to Encino, then to Kingman, Arizona, then in 2008 to Paradise)

My mom moved to paradise, I think 2002, and she moved there to be closer to her.

She was really beautiful.

She worked for The Doors for a brief period of time, in the fan club, in publicity.

Oliver Stone interviewed her when Stone made his movie on The Doors.

There was a picture of her and Elton John playing pinball together at his house in malibe, made it into Circus magazine.

When Tina was a younger girl and Vickie was a younger mom and I'd bring up the stories for the fun of it it, Vickie didn't want to talk about it. She was embarrassed about it.


**Lori Mattix**

She was a beautiful girl. She was stunning in her day.

When she walked into a room you would notice her.

She was definitely around town in the 70s and 80s.

She was the life of the party, very bright, very smart.

I was dating a rock star, and I was in the pulse of that world and she was one of us.

You had to be invited to these parties, and she was there. She was beautiful. She was Victoria.

She had such beautiful skin, and tall and thin, but in an athletic way.

We used to go to clubs.

I remember being at the Playboy Mansion on a Sunday night. Sunday nights you would go to the mansion and see a movie. He would do a movie every Sunday night and I would see her there.

I remember her in the Beverly Hills scene. She was so pretty, she was in the model scene.

She was smart, funny, she was beautiful.


cid:image001.jpg@01D10D74.86DF3EC0

Description:
C:\Users\ObjectiveSubject\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Word\signature-96.jpg

Jocelyn Gecker

The Associated Press

San Francisco

Jgecker@ap.org

Office: (415) 495-1708

Cell: (415) 539-7182

The information contained in this communication is intended for the use of the designated recipients named above. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Associated Press immediately by telephone at +1-212-621-1500 and delete this email. Thank you.

**2 attachments**

 image002.jpg
2K

image004.jpg
2K

Exhibit 25: Reporter Joceyln Gecker Tries to
Find Missing Article with Interviews of Friends
and Family of Victoria Taft, including about
Hollywood Circles

                                    **Christina Taft <taftchristina.ceo@gmail.com>**

---

## Article AP Victoria Taft - Interview Transcripts

---

**Gecker, Jocelyn** <jgecker@ap.org>                        Tue, Dec 17, 2024 at 3:15 PM
To: Christina Taft <taftchristina.ceo@gmail.com>

Christina,

Let me see if I can ask around and try to find an answer.

Jocelyn

---

**From:** Christina Taft <taftchristina.ceo@gmail.com>
**Sent:** Tuesday, December 17, 2024 4:25 PM
**To:** Gecker, Jocelyn <jgecker@ap.org>
**Cc:** JOSEPH TRISCARI <journeysofthespirits@msn.com>
**Subject:** Re: Article AP Victoria Taft - Interview Transcripts


<span style="color:red">[EXTERNAL]</span>

[Quoted text hidden]
[Quoted text hidden]

Exhibit 26: Full Beloved Victoria Taft Tribute Page with Associated Press Article and Life related to Film, Music, Arts on Wayback Machine of Plaintiff's Page



# VICTORIA TAFT

HOME / VICTORIA TAFT

# VICTORIA TAFT

SOCIALITE, ACTRESS, STUNTWOMAN, MODEL, REALTOR, MOM, SISTER, AND INSPIRATION…

**Vicki was lost in the Paradise fire on November 8, 2018.**

She inspired a "Victoria" AI/IoT emergency system and application created by Aedan OS…



# VICTORIA TAFT ACTING ROLES & MALIBU HOT SUMMER – TRIBUTE VIDEO



● ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○ ○

❤ MY TRIBUTE TO MY MOM ❤

Victoria Taft was nice, generous, social, independent, honest, trustworthy, caring, facetious, dependable, sarcastic, modest, smart, stubborn, and loyal. She cared about other people more than herself. She always thought the world was better than it was. She was liked by whoever knew her. She mostly went by Vicki. We had lived together in Paradise for 10 years. She loved the community, had volunteered in it, and did not want to leave it.



*My mom, Vicki Taft, my grandmother, Marian Taft, and myself.*

Victoria "Vicki" Taft was born November 11, 1951 in Norristown, PA, the daughter of Larry Debaun and Marian Bradford Taft, and died November 8, 2018 in Paradise, CA. Vicki spent the majority of her life in Los Angeles and grew up in the world of the film industry. Her friends called her an elegant, effervescent "golden girl" and "extravagant beauty" with a stunning presence.

Vicki remained modest about her accomplishments which included working as an actress, stunt-doubling, working in real estate, and authoring a book called "Tara," based on her travels in Europe with a best friend and meeting people in Hollywood.

Vicki grew up visiting her father, a cameraman, on sets for Paramount Pictures, Columbia Studios, MGM and later of the classic American television show "Happy Days." In Scottsdale, AZ she started acting at six-years-old in the play, "Gentleman Jane," with her real life dad, Larry Debaun, who was the male lead. Her paternal grandfather, Everett Debaun, had been a screenwriter for television. In the late 1960s, she was a publicity agent and rock groupie for The Doors. Vicki followed in her family's entertainment industry footsteps.

Victoria was involved in over 25 movies, television shows, and plays. Her acting roles mainly mirrored her interest in comedy. A short list of her roles include: "Checkered Flag," a small part in "Rocky III," and a role in "Malibu Hot Summer" (an early Kevin Costner film that website Rotten Tomatoes lists as a "b-movie classic"). A 1978 casting sheet from the American Services of the Arts of Southern California states that she was cast in "Survival Skills" and in "Flying High" as a stewardess. One resume states she was in "The Dating Game," "Love Boat," "Lady in Red," "Black Stallion," and "Scarface" among 20 roles. On IMDb, Vicki is listed as being an associate director of "Two Top Bananas," associate producer of "Heat," and assistant to the producer of "The Johnny Cash Christmas Special." Vicki was further involved with commercials and modeling, according to her brother, Donn. She was a stunt double in the 1990 film adaptation of the classic comic, "Dick Tracy," where she doubled for Glenn Headly.

Vicki loved spending time socializing and partying in Beverly Hills, Laurel Canyon for the rock scene, Hollywood Hills, and Palm Springs with her friends – like Michelle Diamond and Lori Mattix. Vicki accompanied tennis star Roscoe Tanner on his tour in Europe, met rock stars, and was involved in the Hollywood scene. She traveled the world, went to Europe in the summers, and visited the South of France, Italy, England, Spain, Greece, Morocco, and Egypt. She attended Los Angeles Valley College, real estate school, and film training. As a realtor, she was proud of a Doheny Drive listing in Beverly Hills with Par Realty.

VICKI WAS FACETIOUS, INDEPENDENT, HONEST, TRUSTWORTHY, CARING, DEPENDABLE, SARCASTIC, INTELLIGENT, MODEST, STUBBORN, SOCIAL, POSITIVE, AND LOYAL. SHE CARED ABOUT OTHERS MORE THAN HERSELF AND ALWAYS THOUGHT THE WORLD WAS BETTER THAN IT WAS.



After her career in film, Vicki became a protective stay-at-home mom in Arizona, dedicated to raising her only daughter, Christina, and volunteering in her daughter's schools. In her daughter's childhood, Victoria raised her on a ranch in Kingman, AZ. A loving parent, she purchased art, tennis, and horseback riding lessons.

In 2008 Vicki returned to California, moving to Paradise with her daughter to support her step-mother, Marjorie Norvell Hilley. In 2012, Vicki volunteered with the Paradise Lion's Club. Her mother, Marian, had also been involved with the organization. Vicki kept her mother's poetry book and wanted to pass on memories.

Vicki was facetious, independent, honest, trustworthy, caring, dependable, sarcastic, intelligent, modest, stubborn, social, positive, and loyal. She cared about others more than herself and always thought the world was better than it was. She held high standards. Vicki is remembered by her neighbors and friends for her warm smile and generosity.

Vicki enjoyed tennis, swimming, yachting, skiing, and spoke conversational french. She preferred the beach, shopping, colors, outdoors, travel, culture, and sunshine. In music, she enjoyed soft rock, a variety, and her radio was frequently on in her home. Her favorite singer was Paul McCartney of the Beatles. She also liked Rod Stewart, Elton John, Led Zeppelin, The Eagles and more. She often was on her laptop reading on the internet. Loving to write, Vicki wrote long notes in birthday cards, letters, and also left notes around her home of her thoughts. She could talk to her friends for hours on the phone. In her last year, she socialized at lunches and enjoyed watching sitcoms such as "Love Boat," "Malibu CA," "Happy Days," "Cheers," "Newhart," and other comedies from mostly the 1970s and 1980s.

Vicki has a daughter, Christina A. Taft, living in California, and a brother, Donn L. Debaun, living in Sedona, AZ.

Vicki's northeastern maternal grandparents were Jerome Bradford Taft, Vice President of an advertising agency, and Edith Baldwin. Vicki was named after her step-grandmother, Victoria Bornemann. Her paternal grandparents were Edna Snedeker and Everett Debaun. Her mother, Marian Taft, did some modeling in Los Angeles before moving to Oregon to a ranch and practicing business.

Victoria Taft became spirit with us far too early in the devastating November 8, 2018 Camp Fire in Paradise, California at age 66. She is dearly missed by her beloved daughter, brother, friends, neighbors and admirers.

### ASSOCIATED PRESS: "VICTORIA TAFT, 66"



A former actress, stuntwoman and model, Victoria Taft partied with rock stars in the 70s and 80s and traveled the world before motherhood became her focus and she settled in Paradise.

"I always thought of her as the Golden Girl," said Joseph Triscari, who met Taft in Studio City, California in 1970. "She was so physically beautiful, she took my breath away."

Taft had small parts in TV shows like "The Love Boat" and was a winning contestant on "The Dating Game," according to an old resume that cites film appearances in "The Black Stallion" and "Rocky III." She worked as a stuntwoman in the 1990 film, "Dick Tracy," doubling for Glenne Headly. It was her last film, due to injuries suffered on the set that left her with neck and back troubles, her daughter said.

Taft grew up in Los Angeles, where several family members worked in the film industry. She knew from a young age she wanted to act.

In the 1970s, Taft was a fixture on the Beverly Hills party scene, said Lori Mattix, a girlfriend of Zeppelin guitarist Jimmy Page at the time.

"She was the life of the party. Very bright, very funny and very stunning. When she walked into the room, you would notice her," said Mattix who saw Taft regularly at the Playboy Mansion for Sunday movie nights. "You had to be invited to these parties, and she was always there."



Taft traveled in Europe, Egypt and Greece in the 70s and 80s, hanging with Rod Stewart, Elton John and Led Zeppelin, said her brother Donn DeBaun. She worked for The Doors briefly as a publicist for their fan club, said DeBaun, who remembers Oliver Stone interviewing Taft while researching his 1991 film "The Doors."

"A picture of her and Elton John playing pinball together at his house in Malibu made it into Circus magazine," DeBaun said.



Exhibit 27: Tribute Article on Victoria Taft from Interviews with Friends and Family, with Hollywood Social Groups, Associated Press Not Available Page

ADVERTISEMENT



Live: Trump administration    Economic blackout    Skype shutdown    Ramadan    Planetary parade

AP SETS THE STANDARD FOR POLITICAL REPORTING.    DONATE
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.

# PAGE UNAVAILABLE

### Tennessee gynecologist charged with performing unnecessary medical procedures

2 mins ago

### Duplantis raises his pole vault world record to 6.27m

4 mins ago

### Versace struts confident collection as rumors swirl that the Milan fashion mainstay is on the market

14 mins ago



ADVERTISEMENT

### Times Square to host returns of Ryan Garcia and Devin Haney in separate bouts in May 2 tripleheader

19 mins ago

Exhibit 28: Plaintiff asking Reporter Jocylyn Gecker about Missing Article on Beloved Mom Vicki Taft

Gmail - AP Story Victoria Taft Missing (Tribute-Paradise)



Christina Taft <taftchristina.ceo@gmail.com>

---

**AP Story Victoria Taft Missing (Tribute-Paradise)**

---

**Christina Taft** <taftchristina.ceo@gmail.com>                     Sat, Nov 30, 2024 at 10:37 PM
To: "Gecker, Jocelyn" <Jgecker@ap.org>

Hi Jocelyn,

Your story tribute on my mom Victoria Taft was always my favorite article - however it no longer appears on AP.

Can you please ask what happened to it and if it can be restored? (Tribute on Victoria related to Paradise, her younger life too)

I noticed that towards the end of 2022, although the story was there from 2019-2022 (3 years), that it then disappeared from AP.
It was still there in September 2022 I think since I had a writer to do a biography on my mom, and that was still months after I checked in with you around spring-time that year.
The Tribute was at this link:
https://apnews.com/afs:Content:3363080007

I cannot find a copy of it, and it's really been very sad for me. Your article really brought Victoria to life and connected her to her friends too.
If there is a reason for why it disappeared and any record of anyone asking for it to be removed - that would be helpful.

Thank you,
Christina Taft

--
*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

Exhibit 29: Plaintiff's websites have been left
down for years during Co-Defendants

There has been a critical error on this website.

Learn more about troubleshooting WordPress.