EXHIBITS D: Continued Restraining Order to April 2 despite Defendant Barresi Acknowledging Judge's Orders as in Pacer, and Subpoenas of 11 Witnesses with Protected Addresses in Hawaii Court Issued by Clerk

Exhibit 30: Continued Restraining Order to April 2 by Judge

**Electronically Filed
THIRD CIRCUIT
3DSS-25-0000044
26-FEB-2025
12:52 PM
Dkt. 42 EXTRO**

IN THE DISTRICT COURT OF THE THIRD CIRCUIT

N.S. HILO DIVISION

STATE OF HAWAII

CHRISTINA TAFT

Petitioner(s)

vs.

PAUL BARRESI

Respondent(s)

CASE NO. 3DSS-25-44

ORDER EXTENDING
TEMPORARY RESTRAINING
ORDER; AMENDED NOTICE OF
HEARING

JUDGE: M. KANANI LAUBACH

HEARING DATE: FEB 2 6 2025
TIME: 9:30am

ORDER EXTENDING TEMPORARY RESTRAINING ORDER

The TEMPORARY RESTRAINING ORDER AGAINST HARASSMENT is extended to: _April 2_, 2025, and this case is continued to the same date for: ☑ SERVICE ☐ HEARING.
☐ Parties are ordered to MEDIATION
☐ _____

**AMENDED NOTICE OF HEARING**

TO:        RESPONDENT(S) named in the Petition's NOTICE OF HEARING:

NOTICE IS GIVEN that the Petitioner(s) has/have filed a Petition for Ex Parte Temporary Restraining Order and for Injunction Against Harassment.

**YOU ARE COMMANDED to appear before the Presiding Judge** in the the District Court of the Third Circuit, Courtroom 2C, 777 Kilauea Avenue, Hilo, Hawaii, on _04/02/2025_, at _9:30_ a.m.

Prior to the scheduled hearing date, you, or your attorney may file a written response explaining, justifying, or denying the alleged act or acts of harassment. At the hearing, the parties shall be prepared to testify, call and examine witnesses, present any document(s), and give legal or factual reasons why the Injunction should or should not be granted.

Each party may be represented by an attorney. **IF YOU OR YOUR ATTORNEY FAIL TO ATTEND AT THE TIME AND PLACE DESIGNATED, AN ORDER GRANTING THE PETITION FOR INJUNCTION AGAINST HARASSMENT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE PETITION.**

At the hearing, the Court shall receive all evidence that is relevant and may make independent inquiry. If the Court finds by clear and convincing evidence that harassment by Respondent(s) in the form of physical harm, bodily injury, assault, or the threat of imminent physical harm, bodily injury, or assault to Petitioner(s) exists, it may enjoin, for no more than three years, further harassment by Respondent(s). If the Court finds by clear and convincing evidence that harassment by Respondent(s) in the form of an intentional or knowing course of conduct directed at Petitioner(s) that seriously alarms or disturbs consistently or continually bothers Petitioner(s) and that serves no legitimate purpose exists, and such course of conduct would cause a reasonable person to suffer emotional distress, the court shall enjoin, for no more than three (3) years, further harassment by Respondent(s).

This Order shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a Judge of the above-entitled Court permits, in writing on this Order, personal delivery during those hours.

DATED:  Hilo, Hawaii,  _____  FEB 2 6 2025  _____

_____KKØ_____>  M. KANANI LAUBACH

Judge of the above-entitled Court

---

In accordance with the Americans with Disabilities Act, if you require an accommodation for your disability, please contact the ADA Coordinator's office at (808) 961-7629 at least ten (10) working days prior to your hearing or appointment date.

Exhibit 31: (11) Witnesses with Protected
Addresses Issued by Court Clerk

| 4 | 01/21/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner | |
| 5 | 01/21/2025 | Document | TRO QUESTIONNAIRE | CHRISTINA TAFT - Petitioner | TAFT, CHRISTINA |
| 6 | 01/21/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner | |
| 7 | 01/21/2025 | Info Confidential Doc - HCCR9 | Sealed | CHRISTINA TAFT - Petitioner | TAFT, CHRISTINA |
| 8 | 01/21/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner | |
| 9 | 01/21/2025 | Payment Payment by Cash-Civil in the amount of $15.00 by PET - TAFT, CHRISTINA (6683500) | | CHRISTINA TAFT - Petitioner | |
| 10 | 01/22/2025 | Order-Temporary R/Order **CJIS** | TEMPORARY RESTRAINING ORDER AGAINST HARASSMENT; NOTICE OF HEARING GRANTED --JHAWK-- | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 11 | 01/22/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 12 | 01/22/2025 | Notice of Court Date | | All Case Parties | |
| 13 | 01/29/2025 | Service-Return/Acknowledgement | RETURN OF SERVICE; ACKNOWLEDGEMENT OF SERVICE | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 14 | 01/29/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 15 | 01/29/2025 | Ext Temp Restraining Order | Order Extending Temporary Restraining Order; Amended Notice of Hearing | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 16 | 01/29/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 17 | 01/29/2025 | Notice of Court Date | | All Case Parties | |
| 18 | 01/29/2025 | Minutes (MKL/JAVS/TCW/EG) Petitioner, Christina Taft present pro se via zoom. Non appearance of respondent Paul Barresi. Court noted no service was made on respondent. Case continued to February 26, 2025 at 9:30am., in courtroom 2C for service and hearing on tro. Order extending temporary restraining order signed and filed. Petitioner is responsible for picking up copies of orders from the courthouse. | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | BA Timothy Weber PET TAFT, CHRISTINA CLK GOUVEIA, EMMALYN JUDG Laubach , M. Kanani |
| 19 | 02/20/2025 | Subpoena | SUBPOENA - JOE TRISCARI | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 20 | 02/20/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 21 | 02/20/2025 | Subpoena | SUBPOENA - MICHAEL KOUNTZ | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 22 | 02/20/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 23 | 02/20/2025 | Subpoena | SUBPOENA - LEILANI GIGENA | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 24 | 02/20/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 25 | 02/20/2025 | Subpoena | SUBPOENA - CLAUDIA JAMISON | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 26 | 02/20/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 27 | 02/20/2025 | Subpoena | SUBPOENA - MIKE MCCORMICK | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 28 | 02/20/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 29 | 02/20/2025 | Subpoena | SUBPOENA - MOLLY BEATON | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 30 | 02/20/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 31 | 02/20/2025 | Subpoena | SUBPOENA - IAN HERNDON | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 32 | 02/20/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 33 | 02/20/2025 | Subpoena | SUBPOENA - RICHARD ALBERTINI | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 34 | 02/20/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 35 | 02/20/2025 | Subpoena | SUBPOENA - MARIO NITRINI | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 36 | 02/20/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 37 | 02/20/2025 | Subpoena | SUBPOENA - RYAN GARDNER | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 38 | 02/20/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 39 | 02/20/2025 | Subpoena | SUBPOENA - AMANDA BRIDENBAUGH | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 40 | 02/20/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 41 | 02/26/2025 | Notice of Court Date | | All Case Parties | |
| 42 | 02/26/2025 | Ext Temp Restraining Order | ORDER EXTENDING TEMPORARY RESTRAINING ORDER; AMENDED NOTICE OF HEARING | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 43 | 02/26/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 44 | 02/26/2025 | Minutes (MKL/JAVS/TCW/EG) Petitioner, Christina Taft present pro se via zoom. Non appearance of respondent Paul Barresi. Court noted no service was made on respondent. Case is continued to April 02, 2025 at 9:30am., in courtroom 2C for service and hearing on tro. Order extending temporary restraining order signed and filed. Petitioner is responsible to pick up copies of order from court court. | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | BA Timothy Weber PET TAFT, CHRISTINA JUDG Laubach , M. Kanani CLK GOUVEIA, EMMALYN |

Received electronically on 17-FEB-2020 at 09:30:09 PM
Case 5:24-cv-01930-TJH-DTB    Document 48-6    Filed 03/03/25    Page 7 of 21    Page
ID #:1552

☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM; EXHIBIT A

Form# 3DC49

# IN THE DISTRICT COURT of the THIRD CIRCUIT
## NORTH AND SOUTH HILO DIVISION
### STATE OF HAWAI'I

Plaintiff(s)
CHRISTINA TAFT

**Electronically Filed
THIRD CIRCUIT
3DSS-25-0000044
20-FEB-2025
08:50 AM
Dkt. 25 SUB**

Reserved for Court Use

Civil No.   3DSS-25-0000044

Defendant(s)
PAUL BARRESI

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)

Christina Taft, Pro Se
747 Laukapu St
Hilo, Hawaii 212-718-1003

| Name and Address of Witness: | Date & Time: |
|---|---|
| CLAUDIA JAMISON (Address of Witness Hidden for Protection) | Upcoming Trial for Restraining |
| | Location To Appear: Zoom for Courtroom 2C 777 Kilauea Avenue Hilo, Hawaii 96720-4212 |

## ☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I** YOU ARE COMMANDED to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

### TO THE WITNESS
YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ PLAINTIFF(S)        ☐ DEFENDANT(S)
who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐ You are further ordered to bring with you the items listed in Exhibit A.

☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

### DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.

Date:  FEB 2 0 2025        Clerk of the above-entitled Court

In accordance with the **Americans with Disabilities Act**, and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date. **For all Civil related matters, please call or visit the District Court at:** Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

_____
Clerk, District Court of the Above Circuit, State of Hawai'i

CommonLook®
508 Certified
Reprographics (09/09)

3D-P-301

☑ **Subpoena or** ☐ **Subpoena Duces Tecum; Exhibit A**

Form# 3DC49

## In The District Court of the Third Circuit
### NORTH AND SOUTH HILO Division
### State of Hawai'i

**Electronically Filed**
**THIRD CIRCUIT**
**3DSS-25-0000044**
**20-FEB-2025**
**08:54 AM**
**Dkt. 31 SUB**

| Plaintiff(s) | |
|---|---|
| CHRISTINA TAFT | |

Reserved for Court Use

Civil No. **3DSS-25-0000044**

| Defendant(s) | Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers) |
|---|---|
| PAUL BARRESI | Christina Taft, Pro Se<br>747 Laukapu St<br>Hilo, Hawaii 212-718-1003 |

| Name and Address of Witness: | Date & Time: |
|---|---|
| IAN HERNDON<br>(Address of Witness Hidden for Protection) | Upcoming Trial for Restraining |
| | Location To Appear:<br>Zoom for Courtroom 2C<br>777 Kilauea Avenue<br>Hilo, Hawaii 96720-4212 |

### ☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I** YOU ARE COMMANDED to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

### TO THE WITNESS

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ PLAINTIFF(S)    ☐ DEFENDANT(S)

who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐    You are further ordered to bring with you the items listed in Exhibit A.

☐    You are required to designate a representative of your organization to testify for the organization on the following matters:

### DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.

| Date: FEB 2 0 2025 | Clerk of the above-entitled Court | _L. ENOSGODINE_ |
|---|---|---|

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date.
**For all Civil related matters, please call or visit the District Court at: Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.**

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

Clerk, District Court of the Above Circuit, State of Hawai'i

CommonLook®
508 Certified
Reprographics (09/09)

3D-P-301

☑ **Subpoena or** ☐ **Subpoena Duces Tecum; Exhibit A**

Form# 3DC49

## IN THE DISTRICT COURT OF THE THIRD CIRCUIT
### NORTH AND SOUTH HILO DIVISION
## STATE OF HAWAIʻI

| | |
|---|---|
| Plaintiff(s)<br>CHRISTINA TAFT | **Electronically Filed<br>THIRD CIRCUIT<br>3DSS-25-0000044<br>20-FEB-2025<br>08:46 AM<br>Dkt. 19 SUB** |
| | Reserved for Court Use |
| | Civil No. |
| Defendant(s)<br>PAUL BARRESI | Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)<br><br>Christina Taft, Pro Se<br>747 Laukapu St<br>Hilo, Hawaii 212-718-1003 |
| Name and Address of Witness:<br><br>JOE TRISCARI<br>(Street of Witness Hidden For Protection)<br>Denver, CO | Date & Time:<br>Upcoming Trial for Restraining |
| | Location To Appear:<br>Zoom for Courtroom 2C<br>777 Kilauea Avenue<br>Hilo, Hawaii 96720-4212 |

### ☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM

**THE STATE OF HAWAIʻI TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAIʻI** YOU ARE COMMANDED to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

### TO THE WITNESS
YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ PLAINTIFF(S)    ☐ DEFENDANT(S)
who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐ You are further ordered to bring with you the items listed in Exhibit A.

☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

### DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.

| | |
|---|---|
| Date: FEB 2 0 2025 | Clerk of the above-entitled Court _[signature]_ |

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceding, hearing, or appointment date.
**For all Civil related matters, please call or visit the District Court at:** Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

_____
Clerk, District Court of the Above Circuit, State of Hawaiʻi

CommonLook®
508 Certified
Reprographics (09/09)

3D-P-301

☑ Subpoena or ☐ Subpoena Duces Tecum; Exhibit A                                    Form# 3DC49

## In The District Court of the Third Circuit
### NORTH AND SOUTH HILO Division
### State of Hawai‘i

Plaintiff(s)
CHRISTINA TAFT

**Electronically Filed**
**THIRD CIRCUIT**
**3DSS-25-0000044**
**20-FEB-2025**
**08:49 AM**
**Dkt. 23 SUB**

Reserved for Court Use

Civil No.  3DSS-25-0000044

Defendant(s)
PAUL BARRESi

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney
Number, Firm Name (if applicable), Address, Telephone and
Facsimile Numbers)

Christina Taft, Pro Se
747 Laukapu St
Hilo, Hawaii 212-718-1003

| Name and Address of Witness: | Date & Time: |
| --- | --- |
| LEILANI GIGENA | Upcoming Trial for Restraining |
| (Street of Witness Hidden for Protection) Park City, UT | Location To Appear: Zoom for Courtroom 2C 777 Kilauea Avenue Hilo, Hawaii 96720-4212 |

## ☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM

**THE STATE OF HAWAI‘I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI‘I** YOU ARE COMMANDED to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

### TO THE WITNESS

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ PLAINTIFF(S)        ☐ DEFENDANT(S)
who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐   You are further ordered to bring with you the items listed in Exhibit A.

☐   You are required to designate a representative of your organization to testify for the organization on the following matters:

### DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.

Date: FEB 2 0 2025         Clerk of the above-entitled Court        ELLIOT GODINEZ

In accordance with the **Americans with Disabilities Act**, and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your proceeding, hearing, or appointment date.
For all Civil related matters, please call or visit the District Court at: Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

I certify that this is a full, true and correct
copy of the original issued from this office.

_____
Clerk, District Court of the Above Circuit, State of Hawai‘i

CommonLook®
508 Certified
Reprographics (09/09)

3D-P-301

☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM; EXHIBIT A

Form# 3DC49

## IN THE DISTRICT COURT of the THIRD CIRCUIT
### NORTH AND SOUTH HILO DIVISION
### STATE OF HAWAI'I

| | |
|---|---|
| Plaintiff(s)<br>CHRISTINA TAFT | **Electronically Filed<br>THIRD CIRCUIT<br>3DSS-25-0000044<br>20-FEB-2025<br>09:03 AM<br>Dkt. 35 SUB** |
| | Reserved for Court Use |
| | Civil No. 3DSS-25-0000044 |
| Defendant(s)<br>PAUL BARRESI | Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)<br>Christina Taft, Pro Se<br>747 Laukapu St<br>Hilo, Hawaii 212-718-1003 |
| Name and Address of Witness:<br>MARIO NITRINI<br>(Address of Witness Hidden for Protection) | Date & Time:<br>Upcoming Trial for Restraining |
| | Location To Appear:<br>Zoom for Courtroom 2C<br>777 Kilauea Avenue<br>Hilo, Hawaii 96720-4212 |

### ☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I** YOU ARE COMMANDED to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

### TO THE WITNESS

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ PLAINTIFF(S)    ☐ DEFENDANT(S)

who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐ You are further ordered to bring with you the items listed in Exhibit A.

☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

### DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.

| | | |
|---|---|---|
| Date: FEB 2 0 2025 | Clerk of the above-entitled Court | I. ENOS-CODINEZ |

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date.
**For all Civil related matters, please call or visit the District Court at:** Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

Clerk, District Court of the Above Circuit, State of Hawai'i

CommonLook®
508 Certified
Reprographics (09/09)

3D-P-301

☑ Subpoena or ☐ Subpoena Duces Tecum; Exhibit A

Form# 3DC49

## In The District Court of the Third Circuit
### NORTH AND SOUTH HILO Division
### State of Hawai'i

**Electronically Filed**
**THIRD CIRCUIT**
**3DSS-25-0000044**
**20-FEB-2025**
**08:47 AM**
**Dkt. 21 SUB**

| | |
|---|---|
| Plaintiff(s)<br>CHRISTINA TAFT | |
| | Reserved for Court Use |
| | Civil No. **3DSS-25-0000044** |
| Defendant(s)<br>PAUL BARRESI | Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)<br><br>Christina Taft, Pro Se<br>747 Laukapu St<br>Hilo, Hawaii 212-718-1003 |
| Name and Address of Witness:<br>MICHAEL KOUNTZ<br>(Address of Witness Hidden for Protection) | Date & Time:<br>Upcoming Trial for Restraining |
| | Location To Appear:<br>Zoom for Courtroom 2C<br>777 Kilauea Avenue<br>Hilo, Hawaii 96720-4212 |

### ☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I** YOU ARE COMMANDED to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

### TO THE WITNESS

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ **PLAINTIFF(S)**    ☐ **DEFENDANT(S)**

who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐    You are further ordered to bring with you the items listed in Exhibit A.

☐    You are required to designate a representative of your organization to testify for the organization on the following matters:

### DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.

| Date: FEB 2 0 2025 | Clerk of the above-entitled Court | ENOSSOC...ENLO |
|---|---|---|

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date.
For all Civil related matters, please call or visit the District Court at: Hilo Division, 777 Kilauea Avenue, Hilo, Ph. **(808) 961-7515** • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. **(808) 443-2030** • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. **(808) 322-8700.**

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

_____
Clerk, District Court of the Above Circuit, State of Hawai'i

CommonLook®
508 Certified
Reprographics (09/09)

3D-P-301

☑ Subpoena or ☐ Subpoena Duces Tecum; Exhibit A                                                    Form# 3DC49

# In The District Court of the Third Circuit
## NORTH AND SOUTH HILO Division
### State of Hawai'i

**Electronically Filed
THIRD CIRCUIT
3DSS-25-0000044
20-FEB-2025
08:51 AM
Dkt. 27 SUB**

Plaintiff(s)
  CHRISTINA TAFT

Reserved for Court Use

Civil No.  3DSS-25-0000044

Defendant(s)
  PAUL BARRESI

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)

  Christina Taft, Pro Se
  747 Laukapu St
  Hilo, Hawaii 212-718-1003

Name and Address of Witness:
  MIKE MCCORMICK
  (Address of Witness Hidden for Protection)

Date & Time:
  Upcoming Trial for Restraining

Location To Appear:
  Zoom for Courtroom 2C
  777 Kilauea Avenue
  Hilo, Hawaii 96720-4212

## ☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I** YOU ARE COMMANDED to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

### TO THE WITNESS

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

  ☑ PLAINTIFF(S)          ☐ DEFENDANT(S)
  who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

  ☐  You are further ordered to bring with you the items listed in Exhibit A.

  ☐  You are required to designate a representative of your organization to testify for the organization on the following matters:

### DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.

Date: FEB 2 0 2025        Clerk of the above-entitled Court          E. PN088 GODINEZ

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date.
**For all Civil related matters, please call or visit the District Court at:** Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

Clerk, District Court of the Above Circuit, State of Hawai'i

CommonLook®
508 Certified
Reprographics (09/09)

3D-P-301

☑ **SUBPOENA OR** ☐ **SUBPOENA DUCES TECUM; EXHIBIT A**                    Form# 3DC49

### IN THE DISTRICT COURT OF THE THIRD CIRCUIT
### __NORTH AND SOUTH HILO__ DIVISION
### STATE OF HAWAI'I

| | |
|---|---|
| Plaintiff(s)<br>CHRISTINA TAFT | <span style="color:red">**Electronically Filed**<br>**THIRD CIRCUIT**<br>**3DSS-25-0000044**<br>**20-FEB-2025**<br>**08:52 AM**<br>**Dkt. 29 SUB**</span> |

Reserved for Court Use

Civil No. **3DSS-25-0000044**

| | |
|---|---|
| Defendant(s)<br>PAUL BARRESI | Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)<br><br>Christina Taft, Pro Se<br>747 Laukapu St<br>Hilo, Hawaii 212-718-1003 |

| | |
|---|---|
| Name and Address of Witness:<br>MOLLY BEATON<br>(Address of Witness Hidden for Protection) | Date & Time:<br>Upcoming Trial for Restraining |
| | Location To Appear:<br>Zoom for Courtroom 2C<br>777 Kilauea Avenue<br>Hilo, Hawaii 96720-4212 |

### ☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I** YOU ARE COMMANDED to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

### TO THE WITNESS
YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ PLAINTIFF(S)        ☐ DEFENDANT(S)

who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐ You are further ordered to bring with you the items listed in Exhibit A.

☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

### DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.

| | |
|---|---|
| Date: FEB 2 0 2025 | Clerk of the above-entitled Court    T. ENOS-GODINEZ |

 In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date.
**For all Civil related matters, please call or visit the District Court at: Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.**

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

Clerk, District Court of the Above Circuit, State of Hawai'i

CommonLook®
508 Certified
Reprographics (09/09)

3D-P-301

Form# 3DC49

☑ **SUBPOENA OR** ☐ **SUBPOENA DUCES TECUM; EXHIBIT A**

## IN THE DISTRICT COURT OF THE THIRD CIRCUIT
### NORTH AND SOUTH HILO DIVISION
### STATE OF HAWAI'I

Plaintiff(s)
CHRISTINA TAFT

**Electronically Filed**
**THIRD CIRCUIT**
**3DSS-25-0000044**
**20-FEB-2025**
**09:02 AM**
**Dkt. 33 SUB**

Reserved for Court Use

Civil No. 3DSS-25-0000044

Defendant(s)
PAUL BARRESI

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)

Christina Taft, Pro Se
747 Laukapu St
Hilo, Hawaii 212-718-1003

Name and Address of Witness:
RICHARD ALBERTINI
(Address of Witness Hidden for Protection)

Date & Time:
Upcoming Trial for Restraining

Location To Appear:
Zoom for Courtroom 2C
777 Kilauea Avenue
Hilo, Hawaii 96720-4212

### ☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I** YOU ARE COMMANDED to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

### TO THE WITNESS

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ **PLAINTIFF(S)**    ☐ **DEFENDANT(S)**

who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐ You are further ordered to bring with you the items listed in Exhibit A.

☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

### DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.

Date: FEB 2 0 2025

Clerk of the above-entitled Court    T. ENOS-GODINET

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO: (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date.
For all Civil related matters, please call or visit the District Court at: Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

Clerk, District Court of the Above Circuit, State of Hawai'i

CommonLook®
508 Certified
Reprographics (09/09)

3D-P-301

Received electronically on 17-FEB-2025 at 09:04:02 PM
Case 5:24-cv-01930-TJH-DTB    Document 48-6    Filed 03/03/25    Page 16 of 21    Page
ID #:1561

☑ **SUBPOENA OR** ☐ **SUBPOENA DUCES TECUM; EXHIBIT A**                     Form# 3DC49

## IN THE DISTRICT COURT OF THE THIRD CIRCUIT
### NORTH AND SOUTH HILO — DIVISION
### STATE OF HAWAI'I

Plaintiff(s)
CHRISTINA TAFT

**Electronically Filed
THIRD CIRCUIT
3DSS-25-0000044
20-FEB-2025
09:07 AM
Dkt. 39 SUB**

Reserved for Court Use

Civil No.  3DSS-25-0000044

Defendant(s)
PAUL BARRESI

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)

Christina Taft, Pro Se
747 Laukapu St
Hilo, Hawaii 212-718-1003

Name and Address of Witness:
AMANDA BRIDENBAUGH
(Address of Witness Hidden for Protection)

Date & Time:
Upcoming Trial for Restraining

Location To Appear:
Zoom for Courtroom 2C
777 Kilauea Avenue
Hilo, Hawaii 96720-4212

### ☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I** YOU ARE COMMANDED to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

### TO THE WITNESS

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ **PLAINTIFF(S)**     ☐ **DEFENDANT(S)**
who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐ You are further ordered to bring with you the items listed in Exhibit A.

☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.**

Date: FEB 2 0 2025     Clerk of the above-entitled Court     T. ENOS-GODINEZ

In accordance with the **Americans with Disabilities Act**, and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date.
For all Civil related matters, please call or visit the District Court at: Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

Clerk, District Court of the Above Circuit, State of Hawai'i

CommonLook®
508 Certified
Reprographics (09/09)

3D-P-301

☑ **Subpoena or** ☐ **Subpoena Duces Tecum; Exhibit A**

Form# 3DC49

### In The District Court of the Third Circuit
### NORTH AND SOUTH HILO Division
### State of Hawai'i

Plaintiff(s)

CHRISTINA TAFT

**Electronically Filed**
**THIRD CIRCUIT**
**3DSS-25-0000044**
**20-FEB-2025**
**09:05 AM**
**Dkt. 37 SUB**

Reserved for Court Use

Civil No.  3DSS-25-0000044

Defendant(s)

PAUL BARRESI

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)

Christina Taft, Pro Se
747 Laukapu St
Hilo, Hawaii 212-718-1003

Name and Address of Witness:

RYAN GARDNER
(Address of Witness Hidden for Protection)

Date & Time:

Upcoming Trial for Restraining

Location To Appear:

Zoom for Courtroom 2C
777 Kilauea Avenue
Hilo, Hawaii 96720-4212

### ☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I** YOU ARE COMMANDED to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

### TO THE WITNESS

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ PLAINTIFF(S)    ☐ DEFENDANT(S)

who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐ You are further ordered to bring with you the items listed in Exhibit A.

☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

### DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.

Date:  **FEB 2 0 2025**    Clerk of the above-entitled Court    T. ENOS-GODINEZ



In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date. **For all Civil related matters, please call or visit the District Court at: Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.**

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

_____
Clerk, District Court of the Above Circuit, State of Hawai'i

CommonLook®
508 Certified
Reprographics (09/09)

3D-P-301

Exhibit 32: Granted Restraining Order Against Defendant Barresi Continued

**Electronically Filed
THIRD CIRCUIT
3DSS-25-0000044
22-JAN-2025
04:34 PM
Dkt. 10 OATRO**

IN THE DISTRICT COURT OF THE THIRD CIRCUIT

N.S. HILO DIVISION

STATE OF HAWAII

| | | |
|---|---|---|
| CHRISTINA TAFT | ) | CASE NO. 3DSS-25-44 |
| | ) | |
| | ) | TEMPORARY RESTRAINING |
| | ) | ORDER AGAINST HARASSMENT; |
| | ) | NOTICE OF HEARING |
| Petitioner(s), | ) | |
| vs. | ) | JUDGE: M. KANANI LAUBACH |
| | ) | |
| PAUL BARRESI | ) | HEARING DATE:  January 29, 2025 |
| | ) | TIME:  9:30 am |
| | ) | |
| | ) | |
| Respondent(s). | ) | |

<u>TEMPORARY RESTRAINING ORDER AGAINST HARASSMENT</u>

Based upon the Petition for Ex Parte Temporary Restraining Order
and Declaration of Petitioner(s) and pursuant to **Hawai'i Revised Statutes
§604-10.5,** the Court finds there is probable cause to believe:

 Recent or past acts of harassment by Respondent(s) have occurred.
☐ Threats of harassment by Respondent(s) make it probable that acts
of harassment may be imminent against Petitioner(s).

It appears to the Court that a Temporary Restraining Order should be
granted and is necessary to prevent acts of harassment.

Accordingly, IT IS ORDERED that Respondent(s) shall appear before the Judge in the above-entitled proceeding at the date, time and place indicated in the Notice of Hearing below. Pending the hearing on this Petition, Respondent(s) is/are ordered as follows:

### TO THE RESPONDENT:
### YOU AND ANYONE ACTING ON YOUR BEHALF ARE ORDERED AS FOLLOWS:

- Do not contact, threaten, or physically harass Petitioner(s)
  - and any person(s) residing at Petitioner(s) residence
- Do not telephone Petitioner(s)
- Do not enter of visit Petitioner(s)'
  - residence, including yard and garage
  - place of employment
- **Pursuant to HAWAI'I REVISED STATUTES §134•7, you shall not possess or control any electric gun(s), firearm(s) and/or ammunition for the duration of this Temporary Restraining Order.**
- **You shall immediately turn over for safekeeping all electric guns, firearms and/or ammunition in your possession and control to the Hawai'i County Police Department (any District Police Station in Hawai'i County), for the duration of this Order or any extension thereof.**

**This Order becomes effective upon its signing and filing and shall remain in effect for fifteen (15) days, unless extended or terminated by the Court.**

**ANY KNOWING OR INTENTIONAL VIOLATION OF THIS TEMPORARY RESTRAINING ORDER AGAINST HARASSMENT IS A MISDEMEANOR PUNISHABLE BY A JAIL SENTENCE OF UP TO ONE YEAR AND/OR UP TO A $2,000 FINE.**

**A SENTENCE OF 48 HOURS JAIL FOR A SECOND CONVICTION AND 30 DAYS JAIL FOR ANY SUBSEQUENT CONVICTION(S) IS MANDATORY. [HAWAI'I REVISED STATUTES §604-10.5, §706-663 AND §706-640]**

*JEFFREY A. HAWK*                                    4/22/2025

JEFFREY A. HAWK

Judge of the above-entitled Court                    Date

## NOTICE OF HEARING

TO: PAUL BARRESI

NOTICE IS GIVEN that the Petitioner(s) above named has/have filed the foregoing Petition for Ex Parte Temporary Restraining Order and for Injunction Against Harassment.

YOU ARE COMMANDED to appear before the Presiding Judge of the above-entitled Court, the District Court of the above Circuit, Courtroom 2C, 777 Kilauea Avenue, Hilo, Hawaii, on  WEDNESDAY  ,  January 29, 2025 @ 9:30 am

 Prior to the scheduled hearing date, you or your attorney may file a written response explaining, justifying, or denying the alleged act or acts of harassment. At the hearing, the parties shall be prepared to testify, call and examine witnesses, present any documents, and give legal or factual reasons why the Injunction should or should not be granted. Each party may be represented by an attorney and shall be prepared to proceed at the hearing. **IF YOU OR YOUR ATTORNEY FAIL TO ATTEND AT THE TIME AND PLACE DESIGNATED, AN ORDER GRANTING PETITION FOR INJUNCTION AGAINST HARASSMENT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE PETITION.**

 The Court shall receive all evidence that is relevant at the hearing, and may make independent inquiry. If the Court finds by clear and convincing evidence that harassment by Respondent(s) in the form of physical harm, bodily injury, assault, or the threat of imminent physical harm, bodily injury to Petitioner(s) exists, it <u>may</u> enjoin for no more than three years further harassment by Respondent(s). If the Court finds by clear and convincing evidence that harassment by Respondent(s) in the form of an intentional or knowing course of conduct directed at Petitioner(s) that seriously alarms or disturbs consistently or continually bothers Petitioner(s) and that serves no legitimate purpose exists, and such course of conduct would cause a reasonable person to suffer emotional distress, the court <u>shall</u> enjoin for no more than three years, further harassment by Respondent(s).

 This Order shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a Judge of the above-entitled Court permits, in writing on this Order, personal delivery during those hours.

JAN 2 2 2025

**K. MAEDA**
Clerk of the above-entitled Court                    Date