EXHIBITS F: Sheriff unable to serve Defendant Barresi, and intimidation by Co-Defendants of breakins, vandalism, threats of mortality by the mafia and guns, and of family, witnesses, hence the requests for privacy protection standards

# Exhibit 33: Sheriff Unable to Serve Defendant Paul Barresi with Restraining Order Feb 4-14, 2025

POS-020

ATTORNEY OR PARTY WITHOUT ATTORNEY (*Name, State Bar number, and address*):
CHRISTINA TAFT
1700 ALA MOANA BLVD APT 2301
HONOLULU HI 96815

TELEPHONE NO.: 212-718-1003 FAX NO. (*Optional*):
E-MAIL ADDRESS (*Optional*): TAFTCHRISTINA.CEO@GMAIL.COM
ATTORNEY FOR (*Name*):

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: <Unknown> CA
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PETITIONER/PLAINTIFF: CHRISTINA TAFT

RESPONDENT/DEFENDANT: PAUL BARRESI

**PROOF OF UNSUCCESSFUL SERVICE - CIVIL**

CASE NUMBER: 3DSS-25-0000044
LEVYING OFFICER FILE NUMBER: 25001460

***(Do not use this Proof of Service to show service of a Summons and Complaint.)***

1. I am over 18 years of age and **not a party to this action**.
2. I received the following documents on 02/04/2025: **NOTICE OF COURT DATE, TEMPORARY RESTRAINING ORDER AGAINST HARASSMENT; NOTICE OF HEARING, NOTICE OF HEARING, FORM#3DC51, ORDER EXTENDING TEMPORARY RESTRAINING ORDER; AMENDED NOTICE OF HEARING**

   ☐ The documents are listed in the *Attachment to Proof of Personal Service—Civil (Documents Served)* (form POS-020(D)).
3. After due search and diligent attempts I have been unable to make personal delivery of said process on:
   PAUL BARRESI
   9648 NOVA PLACE RANCHO CUCAMONGA CA 91739
   See attached **declaration of diligence** stating actions taken to attempt personal service if applicable.

   ☐ The persons are listed in the *Attachment to Proof of Personal Service—Civil (Persons Served)* (form POS-020(P)).
4. Hearing date:
   Time:
   Fee for service was: $0.00

   Remarks: NO ANSWER AT THE FRONT DOOR OR ON THE RING DOORBELL. BUSINESS CARD PREVIOUSLY LEFT WAS GONE. AFTER THREE UNSUCCESSFUL ATTEMPTS THE SERVICE IS CLOSED DUE DILIGENCE.
5. My name, address, telephone number, and, if applicable, county of registration and number are (*specify*):

   Name: Stan Bennett
   Address: 14455 Civic Drive, Suite 400 Victorville, CA 92392
   Telephone number: (760) 243-8757

6. ☐ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

7. ☒ I am a California sheriff or marshal and certify that the foregoing is true and correct.

Date: Friday, February 14, 2025

SHANNON D. DICUS, SHERIFF-CORONER
County of San Bernardino

▶ M. Radtke for S. Bennett
Signature of Sheriff's Authorized Agent

Form Approved for Optional Use
Judicial Council of California
POS-020 [New January 1, 2005]

PROOF OF PERSONAL SERVICE—CIVIL

Code of Civil Procedure, § 1011
www.courtinfo.ca.gov

Court Copy

MC-030

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
CHRISTINA TAFT
1700 ALA MOANA BLVD APT 2301
HONOLULU HI 96815

TELEPHONE NO.: FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):* TAFTCHRISTINA.CEO@GMAIL.COM
ATTORNEY FOR *(Name):*

*FOR COURT USE ONLY*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: Out of State Court
MAILING ADDRESS: <Unknown> CA
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER: CHRISTINA TAFT
DEFENDANT/RESPONDENT: PAUL BARRESI

**DECLARATION**

CASE NUMBER: 3DSS-25-0000044

At the time of service I was at least 18 years of age and not a party to this action.

Servee: PAUL BARRESI

Documents: NOTICE OF COURT DATE, TEMPORARY RESTRAINING ORDER AGAINST HARASSMENT; NOTICE OF HEARING, NOTICE OF HEARING, FORM#3DC51, ORDER EXTENDING TEMPORARY RESTRAINING ORDER; AMENDED NOTICE OF HEARING

02/11/2025 1:31 pm Norat A9110 Location: 9648 NOVA PLACE RANCHO CUCAMONGA CA 91739
NO ANSWER, QUIET. LEFT BUSINESS CARD ON FRONT DOOR.
02/14/2025 12:08 pm Bennett B2756 Location: 9648 NOVA PLACE RANCHO CUCAMONGA CA 91739
NO ANSWER AT THE FRONT DOOR OR ON THE RING DOORBELL. BUSINESS CARD PREVIOUSLY LEFT WAS GONE. AFTER THREE UNSUCCESSFUL ATTEMPTS THE SERVICE IS CLOSED DUE DILIGENCE.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Friday, February 14, 2025

M. Radtke for S. Bennett
(SIGNATURE OF DECLARANT)

☐ Attorney for ☐ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other *(Specify):*

# Exhibit 34: Email from San Bernadino Sheriff's Office of Trying to Serve Defendant Barresi with Restraining Order

 Christina Taft <taftchristina.ceo@gmail.com>

## Serve Granted Restraining Order - Request 3DSS-25-0000044

**CivilDocs** <civildocs@sbcsd.org> Tue, Feb 18, 2025 at 6:25 AM
To: Christina Taft <taftchristina.ceo@gmail.com>

Good morning,

The last attempt was made on 02/14/2025. There was no answer at the front door and the deputies left another business card.

Thank you,

Melissa Radtke

San Bernardino County Sheriff's Dept.

Court Services- Civil Division

Office: (909) 387-5700

Fax: (909) 387-5630

157 W 5th Street - 3rd floor
San Bernardino, California 92415

---

**From:** Christina Taft <taftchristina.ceo@gmail.com>
**Sent:** Monday, February 17, 2025 12:48 PM
**To:** CivilDocs <civildocs@sbcsd.org>
**Subject:** Re: Serve Granted Restraining Order - Request 3DSS-25-0000044

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.**

Hi Melissa,

# Exhibit 35: Plaintiff Objecting to History of Addresses, Phone Numbers, and Email Addresses to Defendants' Attorneys of Record



Christina Taft <taftchristina.ceo@gmail.com>

## Taft v. Barresi, et al., Case No. 5:24-cv-01930-TJH (DTB)

**Christina Taft** <taftchristina.ceo@gmail.com> Fri, Feb 21, 2025 at 3:33 PM
To: "Melissa Y. Glass" <mlerner@lavelysinger.com>
Cc: Megan Mallonee <mmallonee@lavelysinger.com>, Noelia Echesabal <nechesabal@lavelysinger.com>

Ms. Lerner:

I did not want any of the history of my addresses, phone numbers, or email addresses uploaded to the court and it's inappropriate

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*

On Fri, Feb 21, 2025 at 1:16 PM Christina Taft <taftchristina.ceo@gmail.com> wrote:

> Ms. Lerner,
>
> Received.
>
> *Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
>
> On Fri, Feb 21, 2025 at 1:12 PM Melissa Y. Glass <mlerner@lavelysinger.com> wrote:
>
>> Ms. Taft,
>>
>> Please see attached courtesy copies of Defendant's Ex Parte Application, Mallonee Declaration in Support thereof and Proposed Order, filed with the Court and served via ECF today.
>>
>> Sincerely,
>>
>> ----------------------------------------------------------------------------------------
>> **MELISSA Y. GLASS (née LERNER)**
>> **LAVELY & SINGER PROFESSIONAL CORPORATION**
>> **ATTORNEYS AT LAW**
>> 2049 CENTURY PARK EAST, SUITE 2400
>> LOS ANGELES, CALIFORNIA 90067-2906
>> TELEPHONE: (310) 556-3501
>> FACSIMILE: (310) 556-3615
>> www.LavelySinger.com
>> E-MAIL: mlerner@lavelysinger.com
>>
>> 
>>



Exhibit 36: Defendant Barresi Intimidating
Witness Daniel Brummitt with Co-Defendant
Adam Waldman



Daniel Brummitt (@_d_a_n_i_e_l__b) / Twitter - FRAUD

251 views · 2 years ago ...more

Paul Barresi 622

Subscribe

 16  Share  Save  Report

Comments 2

# Exhibit 37: Defendant Barresi Intimidating Breakins and Masked Man Against Witnesses, and Intimidating Witness Daniel Brummitt

4:57
100
YouTube

Daniel Brummitt (@_d_a_n_i_e_l__b) / Twitter - FRAUD

251 views · 2 years ago ...more

Paul Barresi 622

Subscribe

16

Share

Save

Report

Comments 2

# Exhibit 38: Defendant Barresi Intimidating Broken Window of Car and Vandalism Against Declarants, and Intimidating Witness Daniel Brummitt



4:57
100

YouTube

Daniel Brummitt (@_d_a_n_i_e_l__b) / Twitter - FRAUD

251 views · 2 years ago ...more

Paul Barresi 622

Subscribe

16

Share

Save

Report

Comments 2

Exhibit 39: Defendant Barresi Threat to Plaintiff, Family, Witnesses with Dead Man from Mafia with Audio Overlayed “Some testimony or witness she would be a witness” Feb 10, 2025

4:57
32
YouTube
CC
to some testimony or witness she would be witness to a
2:54 / 3:42
Description
Rescue Social CEO Fights for Justice, Witness Protection, and Judicial Integrity in Hollywood Case
Paul Barresi
3
Likes
10
Views
Feb 10
2025
THE TRUTH ABOUT CHRISTINA TAFT PURE EVIL
Paul Barresi
209 subscribers
Videos
About
youtube.com

Exhibit 40: Defendant Barresi Threat with Gun,
Overlapping Title February 10, 2025

4:59
31
YouTube
U.S. 9mm M9-P.BERETTA-65490 PB
1125713
Description
Rescue Social CEO Fights for Justice, Witness Protection, and Judicial Integrity in Hollywood Case
Paul Barresi
3
Likes
10
Views
Feb 10
2025
THE TRUTH ABOUT CHRISTINA TAFT PURE EVIL
Paul Barresi
209 subscribers
Videos
About
youtube.com

# Exhibit 41: Continued Intimidation by Defendant Barresi To Not Declare, Support, in Proceedings, Do Not Witness Against Depp, Attaching Exploited Recordings During These Proceedings

4:59

Rescue Social CEO Fights for Justice, Witness Protection, and Judicial Integrity in...
10 views · 2 weeks ago

CHRISTINA TAFT CEO of RESCUE SOCIAL - PURE EVIL
15 views · 2 weeks ago

Latest News Rescue Social CEO Fights for Justice for Those Wronged by Hollywoo...
14 views · 2 weeks ago

CEO of Rescue Social Files Lawsuit Against Hollywood Fixers dad says she's stalkin...
15 views · 2 weeks ago

Rescue Social CEO Fights for Justice, Witness Protection but father says she's a habitu...
12 views · 2 weeks ago

CHRISTINA TAFT & SICKO COHORT CONSPIRE TO TAKE DOWN JOHNNY DEPP, ADAM...
54 views · 1 month ago

CHRISTINA TAFT CEO OF RESCUE SOCIAL MALICIOUS PLOT & EVIL INTENT TO...
71 views · 1 month ago

Exhibit 42: Defendant Barresi After Murdered Anthony Fox's Family Recordings Exploited, Threatens Plaintiff with Co-Defendant Adam Waldman, Breakins/Vandalism, Harassment in 2023

February 6, 2024
9:42 AM

3:43

Christina Taft ☀️🏖️ 🎶✈️💕 ♟️ @XTinaTaft
36 views · 3 months ago

0:07

THE DEMOCRATIC PARTY IS NOT DEFENDING &...
138 views · 5 months ago

4:09

Adam Waldman acknowledges PI Paul Barresi was favorabl...
67 views · 5 months ago

4:09

Adam Waldman acknowledges Paul Barresi was favorabl...
301 views · 5 months ago

2:00

SWAT RAID IN MY COMMUNITY
55 views · 5 months ago

Judy Fox
Maud Fox
3:04

The Mysterious Disappearance of Johnny Depp busine...
256 views · 6 months ago



# Exhibit 43: Initial Exposure of Threats Against Witnesses and Declarants by Defendant Barresi with Breakins of Home and Masked Man

12:55

**Description**

## ADAM WALDMAN GOES ONE ON ONE WITH AMBER HEARD'S FORMER PI

P Paul Barresi

| 70 | 341 | Dec 15 |
|---|---|---|
| Likes | Views | 2022 |

Following Johnny's big win in Virginia, Adam Waldman breaks silence, disclosing to Amber Heard's former attorney's investigator Paul Barresi that Johnny Depp witnesses who Amber has a particular grudge against are being attacked in a variety of simple and complex ways, including Barresi himself.

Exhibit 44: Barresi Leaving Intimidation Marks on Witnesses, Co-Defendant Adam Waldman on Top, Viper Room Witness Ed Shaw Audio Clip, Plaintiff, and Witnesses

5:27 100

# Paul Barresi

5:36

CHRISTINA TAFT - YOUTUBE - Entrepreneur, egalitarian, futurist ✈️Founder of Worldie

263 views · 2 years ago

Christina Taft - Fou attempts to coerce

887 views · 2 years

## Videos

4:09

Daniel Brummitt (@_d_a_n_i_e_l__b) / Twitter - FRAUD

251 views · 2 years ago

4:09

AmberHeardIsInnocent - #KangarooTrial - @todayshow - TikTok Daniel Brummitt...

149 views · 2 years ago

3:56

Daniel Brummitt: Books, Biography, Blogs, Audiobooks, Kindle teams up with Jan 6th...

108 views · 2 years ago

0:32

Viper Room bouncer recounts Johnny Depp at a loss for words after River Phoenix too...

4.9K views · 2 years ago

'I want my mom back': Camp Fire survivor Christina Taft

173 views · 2 years ago

 Home

 Shorts

 Subscriptions

 You

youtube.com

# Exhibit 45: Defendant Barresi Quoting His Recording of Defendant Adam Waldman and Explicit Witness Interference,

# and Co-Defendants Threaten to "END"

# Witness Amber Heard

**Paul Barresi**
@PaulBarresi1

Johnny Depp's consiglieri Adam Waldman told me that people Amber holds a grudge against have been victimized by vandalism & break-ins. "It's elaborate & extensive; not random and those targeted are connected by virtue of being helpful to Johnny," he said.

youtube.com
Exclusive Interview: Amber's PI Hints Adam Waldman ENDING Amber In...

8:33 PM · Sep 27, 2022 · Twitter Web App

**41** Retweets **9** Quote Tweets **316** Likes

twitter.com