**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA,**
**EASTERN DIVISION**

-------------------------------------------------------------------------------- X
                                                                                 :
CHRISTINA TAFT,                                                                  :
                                                                                 :
                                        Plaintiff,                               :        5:24-cv-01930-TJH-DTB
                                                                                 :        (lead case)
                        -v-                                                      :
                                                                                 :
PAUL BARRESI, ADAM R WALDMAN, DOES 1-10,                                         :
inclusive                                                                        :
                                                                                 :
                                        Defendants.                              :
                                                                                 :
-------------------------------------------------------------------------------- :
                                                                                 :
-----------------------------------------------------------------------------------

<u>**NOTICE OF SUBPOENA TO WITNESS**</u>

<u>**Amber Heard in Madrid, Spain**</u>
To Produce Documents, Information, or Objects


To:        Melissa Y. Lerner              Megan S. Mallonee
           LAVELY &                       LAVELY &
           SINGER                         SINGER
           PROFESSIONAL                   PROFESSIONAL
           CORPORATION                    CORPORATION

1

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, that Plaintiff in Propria Persona intends to serve a Subpoena, in the form attached hereto, on **Witness** Amber Heard, within March, 2025, or as soon thereafter as service may be effectuated.

Dated: March 5, 2025

*Christina Taft*

Christina Taft
Honolulu, Hawaii 96815
E-mail: ceo.taft@rescue-social.com

*Plaintiff in Propria Persona*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 5, 2025, a true and correct copy of the foregoing Notice of

Subpoena was served via email on counsel of record, as identified below:

> Melissa Y. Lerner
> Megan S. Mallonee
> LAVELY & SINGER
> PROFESSIONAL CORPORATION
> ATTORNEYS AT LAW
> 2049 CENTURY PARK EAST,
> SUITE 2400
> LOS ANGELES, CALIFORNIA
> 90067-2906
> *Counsel Attorneys of Record for*
> *Defendant Paul Barresi*
> TELEPHONE: (310) 556-3501
> FACSIMILE: (310) 556-3615
> E-MAIL: mlerner@lavelysinger.com
> mmallonee@lavelysinger.com

Dated: March 5, 2025

United States
Christina Taft
*Plaintiff in Propria Persona*

AO 88B  (Rev. 12/13)

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| CHRISTINA TAFT | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   5:24-cv-01930-TJH-DTB |
| PAUL BARRESI, ADAM R WALDMAN, DOES 1-10, inclusive | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:             Amber Heard

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: For any communications to Personnel of Ms. Heard's from Defendant Paul Barresi about Plaintiff Taft and any communications from Ms. Heard to personnel/or from personnel to Ms. Heard that Defendant Barresi has Intimidated, Threatened, or Blackmailed her in anyway (including in relation to Plaintiff)  See ATTACHMENT A

| Place: Email ceo.taft@rescue-social.com for Witnesses Before Objection to Sur-Reply/R&R on Injunctions Due | Date and Time: 03/28/2025 9:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

         *CLERK OF COURT*

                           OR

_____      _____
*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Pro Se Taft
_____ , who issues or requests this subpoena, are:

Properia Persona/Self-Represented at Ceo.Taft@Rescue-Social.com, 1700 Ala Moana Blvd, Honolulu, Hawaii 96815

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  5:24-cv-01930-TJH-DTB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ _____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                              *Server's signature*

                                                       _____
                                                              *Printed name and title*

                                                       _____
                                                              *Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
**(i)** is a party or a party's officer; or
**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
**(i)** fails to allow a reasonable time to comply;
**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
**(iv)** subjects a person to undue burden.
**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
**(i)** expressly make the claim; and
**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**Attachment A: Subpoena to Witness Amber Heard**

## SUBPOENA TO WITNESS TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

### DEFINITIONS

1.  "Actions" means and collectively refers to the following cases entitled (a) *Taft v. Paul Barresi, Adam R Waldman, Does 1-10, inclusive, leading case in U.S. District Court*; (b) "Related Actions" including, but not limited to: *Anthony V. Fox v Safe in Heaven Dead Productions, Inc et al, Case No. SC062176 in Los Angeles Superior Court; overlapping reporting, related witnesses, declarations of witnesses, personnel, victims, investigations.*

2.  Case Law from: *Blake Lively v. Wayfarer Studios LLC et al.*, U.S. District Court for the Southern District of New York (Case No. 1:24-cv-10049-LJL) and Film, Music, Arts Cases, Former Clients, 'Hollywood' cases.

    a.  Types of Communication Documents Requested (Received from Defendant Paul Barresi to Personnel, and indications of intimidation, threats, and coercion against **Witness** Amber Heard): Emails, Messages, Text Messages, Phone Calls, Phone Call Logs, Mail, Audio Recordings, Picture Attachments, Written Attachments, and Attachments to these sources; Personnel Receipt of Emails, Messages, Text Messages, Phone Calls, Phone Call Logs, Mail, Audio Recordings, Picture Attachments, Written Attachments, and Attachments to these traditional sources. For access to subpoena materials, see Fed. R. Civ. P. 45(a). Inclusive of related to Plaintiff(s).

3.  The terms "all," "any," and "each" shall each be construed as encompassing any and all. *See* Local Civil Rule 26.3.

4.  The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope all responses that might otherwise be construed to be outside of its scope. *See* Local Civil Rule 26.3.

5.  "Barresi" shall refer to Paul Barresi, who is a party and Defendant to the Action by Plaintiff.

6.  "Waldman" shall refer to Adam Waldman, who is a party and Defendant to the Action by Plaintiff.

7.  "Communication" means the transmittal of information (between two or more people). *See* Local Civil Rule 26.3.

8.  "Taft Complaint" means the operative complaint filed by Christina Taft in *Taft v. Paul Barresi, Adam R. Waldman, Does 1-10, inclusive,* No. 5:24-cv-01930-TJH-DTB, Dkt. No. 1, and any amended complaints filed by Taft in the proceeding.

9.  The "Enforcement, Safety, and Rescue Complaints" means the operative administrative or law enforcement complaints about witness and victims harmed, filed by individuals, with respect to

"Hollywood Fixers" to State Oversight Departments, Police, FBI, between 2022 to the Present.

10.    "Concerning" means relating to, referring to, describing, evidencing, or constituting. *See* Local Civil Rule 26.3.

11.    "Document" or "Documents" is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Fed. R. Civ. P. 34(a)(1)(A). A draft or non-identical copy is a separate document within the meaning of this term. *See* Local Civil Rule 26.3.

12.    The "Help" and "Oath" to "Declare" means, for witnesses, as described in the Taft Complaint.

13.    "Including" means "including, but not limited to," or "including, without limitation," and should not be construed as limiting any request.

14.    "Lavely & Singer Professional Law Corporation" refers to the law firm serving as counsel for the Barresi Parties in the Action as well as its past or present members, officers, employees, partners, corporate parent, subsidiaries, or affiliates.

15.    "Taft's Professional Business" shall ambiguously or possibly refer to Ms. Taft's affiliated entities, including but not limited to Cases related to Film/Music/Arts, Public Safety & Victims Alliance, Rescue Social Inc, Save Me Now Inc, Worldie, Aedan, Process Serving, Paralegal developments, related initiatives and partnerships, individually and collectively, and their past or present members, officers, employees, partners, corporate parent, subsidiaries, or affiliates.

16.    "Ms. Taft" shall refer to Christina Taft, who is a party to this Action.

17.    "Witness & Victim Interference" shall refer to any efforts to suppress, intimidate and/or propose benefits whether financial or otherwise, threats, mortality, abuse, interference with personnel to increase costs and trepidation, coercion as defined by the New York Law penal code 135.60 of the third to first degrees, including "withhold testimony or information with respect to another's legal claim or defense" and "or another will," as well as no matter if "true or false," as well as commercial advantages and gains, including, but not limited to, using likeness/voice/names of plaintiff, witnesses and/or victims in any solicitation, advertising, promotional, publicity or marketing materials (such as,

without limitation, themes, solicitations and being told to not communicate with certain individuals, posts, s o l i c i t i n g, screen, radio, digital or television), as described in Complaint.

18. The terms "plaintiff" and "defendant" as well as a party's full or abbreviated name or a pronoun referring to a party mean the party and, where applicable, its officers, directors, employees, partners, corporate parent, subsidiaries or affiliates. This definition is not intended to impose a discovery obligation on any person who is not a party to the litigation. *See* Local Civil Rule 26.3.

19. "Person" is defined as any natural person or any legal entity, including, without limitation, any business or governmental entity or associate. *See* Local Civil Rule 26.3.

20. "Obstructions" refers to efforts of the Barresi, Waldman, Does 1-10 parties and/or any affiliates, employees, associates, or subcontractors to communicate information regarding, or the Actions

21. "Relating to" or "Relate to" means, without limitation, assessing, comprising, constituting, concerning, referring to, containing, describing, discussing, embodying, evidencing, identifying, pertaining to, reflecting, stating, supporting, or tending to support or refute, or referring in any other way, directly or indirectly, in whole or in part, to the subject matter specified.

22. "Messaging and Direct Communication Platforms" means any communication source on which persons can submit, communicate, including but not limited to:

      a.    Email, Messaging Applications & Direct Communication Platforms – Including, but not limited to, Gmail, Outlook, WhatsApp, Telegram, Signal, Discord, Slack, Facebook Messenger, Instagram DMs, Twitter DMs, or any private messaging feature within a platform. Or audio/photo/video based.

23. "Barresi Parties" refers to Defendants Paul Barresi, related associates, directed associates, Adam Waldman, and Does 1-10.

24. "Waldman Parties" shall refer, individually and collectively, refers to Defendants Adam Waldman, Paul Barresi and Does 1-10.

25. "You," "Your," or "Yours" refers to Personnel and any of its officers, directors, employees, partners, corporate parents, subsidiaries, affiliates, successors, assigns, or any related entity.

# INSTRUCTIONS

1.      In addition to the specific instructions below, these Requests incorporate by reference the instructions set forth in Rule 45 of the Federal Rules of Civil Procedure.

2.      In responding to these Requests, You shall make a diligent search and produce all responsive Documents that are (i) in Your possession, custody, or control, or (ii) in the possession, custody, or control of any of Your personnel, Your witnesses, Your security, legal professionals, associates, or your representatives, or (iii) otherwise available to You. A Document shall be deemed within Your control if You have the right to secure the document or a copy of the Document from another Person having possession, custody, or control of the Document.

3.      Unless otherwise specified, each Request concerns the time period from (a) 2018 to Present, (b) 2019 to Present, (c) 2022 to Present, or (d) modify request, through the present.

4.      In construing these Requests, You should give effect to the Definitions set forth above. Undefined words and terms shall be given their common meaning. If You are unsure of the definition of a particular term or word, use the definition that You believe to be the most accurate and state that definition in Your response.

5.      If You do not clearly understand, or have any questions about the definitions or instructions for any Request, please promptly contact properia persona Ms. Taft for clarification.

6.      These Requests should be construed as broadly as possible with all doubts resolved  in favor of production. If you believe a Request is ambiguous, use the  broadest reasonable interpretation as permitted under the Federal Rules of Civil Procedure and state the nature of the perceived ambiguity and the interpretation used to resolve it. The words "all," "any," "each," "and," and "or" shall be construed conjunctively or disjunctively as necessary to make the Request inclusive rather than exclusive. Except as specifically provided in these Requests, words imparting the singular shall  include plural, and vice versa, where appropriate. Except as  specifically provided in these Requests, words imparting the present tense shall also include the past and future tense and vice versa, where appropriate.

7.      For any hard copy production, all documents produced shall be produced as kept in the ordinary course, including identification of the applicable file folder and source. The original of each document requested shall be produced, or an identical copy of each document, imprinted with a Bates identification number. Documents attached to other documents or materials shall not be separated. Documents not otherwise responsive to these requests shall be produced if such documents are attached to documents called for by the Requests and constitute routing slips, transmittal memoranda, letters, emails, comments, evaluations, or similar materials, or mention, discuss, refer to, or explain the documents that are called for by the Requests.

8.      For any hard copy production, identical copies of a document need not be produced. Any copy of a document that varies from the original, whether by reason of handwritten or other notation or any omission, or metadata associated with a file, shall constitute a separate document and must be produced, whether or not the original of such a document is within your possession, custody, or control.

9.      If an objection is made to any portion of any Request, (a) state with specificity the objection and legal basis for such objection; (b) state whether any responsive materials are being withheld on the basis of that objection; and (c) answer all remaining portions of the Request to which an objection is not asserted.

10.     If any responsive document was, but no longer is, in Your personnel's or Your possession, custody, or control, state whether it is (a) missing or lost; (b) destroyed; (c) transferred voluntarily or involuntarily to others; or (d) otherwise disposed of; and (e) in each instance identify the contents, author(s), date prepared or received, name and address of its current or last known custodian, and the date and circumstances surrounding such disposition.

11.     To the extent that the native format for transactional or other data responsive to these Requests is not compatible with Microsoft Office products (*e.g.*, Microsoft Excel, Microsoft Word, Microsoft Access, etc.), the data shall be produced in a usable format. If You need assistance in determining what constitutes a usable format, You shall promptly contact Ms. Taft's pro se

9

representation.

12. These Requests are continuing in nature and all documents coming into Your possession, custody or control which would have been produced had they been available earlier shall be produced forthwith.

13. Notwithstanding anything else to the contrary herein, each word, term, or phrase is intended to have the broadest meaning permitted under the Federal Rules of Civil Procedure.

14. Review/Analytics: Predictive review shall not be used for the purpose of culling the Documents to be reviewed or produced without notifying the requesting party prior to use and with ample time to meet and confer in good cause. Before threading is used to reduce the volume of emails to review, the producing party shall reach out to Ms. Taft's properia persona representation to ensure the process being utilized by the vendor is industry standard. If it is agreed that threading may be used to reduce the volume of documents to produce, the producing party shall produce the Inclusive emails, defined as those emails within an email thread containing all unique content as determined by commonly accepted analytics tools. The requesting party may request the production of a lesser-included email or emails, and any such reasonable request(s) shall not be refused where the Document is available in the producing party's Document collection.

1. Message Contents: In addition to the fields listed in Section above, Contents for text and chat messages produced will include the following fields of information, to the extent such information exists and can be readily provided through reasonable efforts: Message Thread ID, Message Participants, Message From, Message To, Message DateTime Sent, Message Application Name (*e.g.*, Signal, WhatsApp, etc.)., Message Deleted, Message Deleted on, Message Deleted By, Message Edited, Message Edited On, Message Edited By.

2. Attachments: If any part of an email or its attachments is responsive, the entire email and attachments should be produced, except any information to be redacted on the basis of privilege. The parties should meet and confer about whether there is an appropriate basis for withholding a family Document for any reason. The attachments should be produced sequentially

after the parent email.

3.       Compressed File Types: Compressed file types should be decompressed so that the lowest level Document or file is extracted.

4.       Structured Data: To the extent a response to discovery requires production of electronic information stored in a database, the parties should meet and confer regarding methods of production. Parties should consider whether all relevant information may be provided by querying the database for discoverable information and generating a report in a reasonably usable and exportable electronic file.

5.       Encryption: To maximize the security of information in transit, any media on which Documents are produced may be encrypted. In such cases, the producing party shall transmit productions via SFTP. If that is not possible, parties should discuss with properia persona Ms. Taft and transmit the encryption key or password to the receiving party, or by phone call or text message, contemporaneously with sending the encrypted media.

6.       Redactions: If excels are to be redacted, redactions must be applied natively. If other Documents that the parties have agreed to produce only in native format need to be redacted, the parties should meet and confer regarding how to implement redactions while ensuring that proper formatting and usability are maintained.

## DOCUMENTS TO BE PRODUCED

### REQUEST FOR PRODUCTION NO. 1:

All Documents concerning ingoing and outgoing calls, emails, or text messages related to telephone number 908-656-5712 and email paulbarresi@aol.com **belonging to Paul Barresi**, within the time period of (a) 2019 to the present, (b) April 2020 to the present, and/or (c) 2022 to the present, including but not limited to emails, messages, attachments, call logs, text logs, data logs, audio recordings, and any indicated sensitive and/or location information, or possibility of declaring and/or freely living, of witnesses, potential witnesses, victims, and/or plaintiff(s).

**REQUEST FOR PRODUCTION NO. 2:**

All Documents concerning ingoing and outgoing calls, emails, or text messages related to telephone number 202-550-4507 and email awaldman@theendeavorgroup.com **belonging to Adam R Waldman**, within the time period (a) 2018 to the present, (b) April 2020 to the present, and/or (c) 2022 to the present, including but not limited to emails, messages, attachments, call logs, text logs, data logs, audio recordings, and any indicated sensitive and/or location information, or possibility of declaring and/or freely living, of witnesses, potential witnesses, victims, and/or plaintiff(s).

**REQUEST FOR PRODUCTION NO. 3:**

All Documents concerning ingoing and outgoing calls, emails, or text messages related to Co-Defendants to telephone number (unknown) belonging to Security, within the time period of (a) 2018 to the present, (b) 2020 to the present, and/or (c) 2022 to the present, including but not limited to emails, messages, attachments, call logs, text logs, data logs, audio recordings, and indicated sensitive and/or location information, or possibility of declaring and/or freely living, of witnesses, potential witnesses, victims, and/or plaintiff(s).

**REQUEST FOR PRODUCTION NO. 4:**

All Documents concerning ingoing and outgoing calls, emails, or text messages related to Co-Defendants to telephone number (various) belonging to Other Personnel, within the time period of (a) 2018 to the present, (b) 2020 to the present, and/or (c) 2022 to the present, including but not limited to emails, messages, attachments, call logs, text logs, data logs, audio recordings, and indicated sensitive and/or location information, or possibility of declaring and/or freely living, of witnesses, potential

witnesses, victims, and/or plaintiff(s).

**REQUEST FOR PRODUCTION NO. 5:**

All Documents concerning ingoing and outgoing calls, emails, or text messages related to Co-Defendants and personnel to the account(s) of JD, within the time period of 2018 or 2019 or 2022 to the present, including but not limited to call logs, text logs, and information, any "related to" defendants, witness(es), plaintiff(s) of the entitled actions.

**REQUEST FOR PRODUCTION NO. 6:**

All Documents and Communications, related to Personnel and/or Ms. Heard declaring or indicating that Defendant Paul Barresi and/or Adam Waldman, Does 1-10, *have intimidated, threatened, or blackmailed Witness Heard, and any in relation to Plaintiff*, and produced in connection with any Subpoena in any Action, related action, or consolidated action.

# Please Be Advised:

# Please be advised that Plaintiff likely cannot obtain an injunction or restraining order without <u>your reply of documentation and/or declaration of a witness.</u>

# See Exhibits Attached.

# <u>Exhibits to Attachment A:</u>

## Subpoena to Witness Amber Heard

**Please be advised that Plaintiff likely cannot obtain an injunction or restraining order without your reply of documentation and/or declaration of a witness.**

1:07      3G  26



# Excerpt from my book – TITLE: THE HOLLYWOOD FIXER WHO WOULD'VE KILLED FOR JOHNNY DEPP  Inbox



p    paulbarresi@aol.com   Jan 10

Here's an excerpt from my book."That whore of a...

   me  Jan 10            

to Christina ⌄

## Christina Taft
## Founder

LinkedIn

• • •



11:43



HOLLYWOOD PRIVATE EYE
PAUL BARRESI
ASSISTING VENTURA CALIFORNIA
POLICE DETECTIVES
SINCE 2019
INTERVIEWS ANTHONY FOX'S EX WIFE,
JUDITH FOX

## Description

**The Mysterious Disappearance of Johnny Depp business partner Anthony Fox -The Unheard Tapes-Part II**

 Paul Barresi

| 2 | 10 | Jul 19 |
|---|----|--------|
| Likes | Views | 2023 |

Hollywood Fixer Paul Barresi, who was at the forefront of the Depp v. Heard trial has been assisting the Ventura Police Department its Anthony Fox endangered missing persons case for 3 years. Barresi has uncovered new clues which suggest Fox may still be alive and well.



youtube.com

 Gmail

**Christina Taft <taftchristina.ceo@gmail.com>**

---

## Fwd: Communication from Paul Barresi regarding Christina Taft

**Thomas Urban** <urban@fhhlaw.com>                                    Fri, Feb 10, 2023 at 1:18 AM
To: Christina Taft <taftchristina.ceo@gmail.com>

Here is Elaine's answer.

I also wrote to Ben Rottenborn but he is in vacation.

Tom

Sent from my iPhone

Begin forwarded message:

> **From:** Elaine Bredehoft <ebredehoft@charlsonbredehoft.com>
> **Date:** February 9, 2023 at 6:58:00 AM EST
> **To:** Thomas Urban <urban@fhhlaw.com>
> **Subject: RE: Communication from Paul Barresi regarding Christina Taft**
>
>
> Tom:  Thanks for checking in.     Barresi has been around since long before my time.   He has popped up on media reports from time to time, and I think he may even have been involved in a UK documentary.   He has reached out to my office on various occasions but we have never communicated with him or given him a platform.   He very possibly has sent me emails (along with the 10s of 1000s I have received), but I would no recall his.
>
>
> I am relatively certain Ballard Spahr would have ignored him as well – we were still getting a lot of negative email when I came out in August (and I still get them).
>
>
> I hope this is helpful.  Elaine
>
>
> Elaine Charlson Bredehoft
> Charlson Bredehoft Cohen Brown & Nadelhaft, P.C.
> 11260 Roger Bacon Drive
> Suite 201
> Reston, VA  20190
> (703) 318-6800
>
> (703) 919-2735 (mobile)
> (703) 318-6808 (fax)
> www.cbcblaw.com

 Gmail

Shannon Paralegal <amicusappeal@gmail.com>

### Filing of Amicus Completed Today - Heard v Depp Case
2 messages

**Shannon Paralegal** <amicusappeal@gmail.com>                                                            Wed, Nov 23, 2022 at 11:32 AM
To: Thomas Urban <urban@fhhlaw.com>, Mark Malonzo <malonzo@fhhlaw.com>, Antonio Sarabia <asarabia2@gmail.com>
Bcc: govtrel@now.org, lisa.a.sales@outlook.com, martha@marthaburk.org, Caitlin Bradley <cbradley@vsdvalliance.org>, president@vanow.org, Venita Garvin
<vgarvin@delawarealliance.org>, Omny Miranda Martone <omny@s-v-p-a.org>, esmeal@feminist.org, rachel@dinahphilly.org, bridgette@nvrdc.org,
hiresurvivorshollywood@gmail.com, David Mandel <davidmandel@safeandtogetherinstitute.com>, epayne@caase.org, survivedandpunished@gmail.com, Alisa Bierria
<abierria@gmail.com>, jinwoye@systemicdiversity.org, Lauren Nicole <metoomanyvoices@gmail.com>, Kay Brown <kay@four4consent.org>, Brittney Barsotti
<brittney@cnpa.com>, Leslie Morgan Steiner <leslie@lesliemorgansteiner.com>, Laura Richards <laurarichards143@gmail.com>, Julie Owens
<julieowens@domesticviolenceexpert.org>, Dr Jessica Taylor <jessica@victimfocus.org.uk>, Christine Cocchiola <christine@drcocchiola.com>, Charlotte Proudman
<cp@charlotteproudman.com>, Shari Botwin <sharilcsw@comcast.net>

Hello Amici,

We've successfully filed our Amicus Supporting Ms. Amber Heard in a Reversal of the verdicts today on Nov 23 online - shown below.

Thank you so very much again for your support. Thank you for supporting the reversal to get a better outcome not only for her, but for the millions of people,
organizations, and precedent harmed by this major case.

Our attorney Tom Urban will be following up with each of you to provide you a full copy.

Our Motion to File is partially below:
"Pursuant to Supreme Court of Virginia Rule 5A:23, undersigned counsel
for the Amicus Curiae listed in Exhibit A, hereby respectfully request that this
Honorable Court grant them leave to file the attached Amicus Brief in support of
Appellant Amber Laura Heard and reversal of the judgment, Exhibit B.
The entities who have signed onto this brief fall into three primary
categories. First, organizations that support a vibrant First Amendment have joined to protect their ability to engage in reporting facts and opinions regarding the
important current issues, which is threatened by the verdict in this case. Second, civil rights and women's groups have joined to address the significant diminution of
reporting of abuse against women as a result of this verdict. Third, groups assisting persons who have been abused, especially involving intimate partner abuse,
have joined to protect their clients from the devastating effect of this verdict. In addition, respected authorities in all three areas have added their voices to the
brief..."

Your electronic submission for Heard v. Depp has been successfully transmitted via the
**Virginia Appellate Courts eFiling System (VACES) to the Court of Appeals of Virginia (CAV) on Wednesday, November 23, 2022, at 12:18:20 PM**

The following document(s) were uploaded as part of this submission:

| | |
|---|---|
| Motion for Leave to File Amicus Brief | Motion for Leave to File Amicus Brief.pdf |
| Proposed Order for Motion | Proposed Order.pdf |
| App JJ to NN of Ex B | Appendix JJ - NN.pdf |
| App AA to II of Ex B | Appendix AA - II.pdf |
| App S to Z of Ex B | Appendix S-Z.pdf |
| App J to R of Ex B | Appendix J-R.pdf |
| App B to I of Ex B | Appendix B-I.pdf |
| App A to Ex B | Appendix A Amici.rev 1.pdf |
| Ex B - Amicus Brief | 11.22.2022 Amicus Brief Rev 6.pdf |
| Ex A - List of Amici | Exhibit A List of Amici.pdf |

--
*Paralegal/Legal Assistant for Amicus*

*Please Join to Support Ms. Heard's Appeal by confirming.*
*Our Amicus Lawyer: Tom Urban at Fletcher, Heald & Hildreth*

Nov 12, 2022

Dear Mr. Axelrod,

Amber Heard's acting agent and No. 1 obsessed fan Christina Taft e-mailed me the following false allegations:

Mr. Barresi:

Richie Albertini saw women and men assaulted and abused by Johnny Depp. You continue to target Amber Heard and her witnesses - all on the behalf of Johnny Depp and Adam Waldman.

I have hundreds of postings, emails, texts, 60+ recordings, videos including YOU Targeting Ms. Heard and myself especially the past month onward.

Nearly everything you took was on a lead or reference from Richie Albertini.

You are causing and have caused Amber Heard to struggle - while telling witnesses that you caused the deaths of one or two people - one who refused to recant against an actor. She and other witnesses very likely could have died from your actions.

You should stop targeting her and stop harassing-racket extorting me.

You are putting Ms. Heard and me into grave danger.

Christina Taft

English (United States)

7:03 🔕                                    ▮▮▮▮  📶  🔋100

← **Post**

 **Paul Barresi** ✓
@PaulBarresi1                           Follow   🅇   •••

Breaking…Johnny Depp consigliere Adam Waldman
maliciously targeted in frivolous US lawsuit by
Amber Heard obsessed fan Christina Taft.



Last edited 5:55 AM · Feb 22, 2025 · **166** Views

💬 1            🔁            ♡ 14            🔖 2            ⬆️



6:30



YouTube: Watch, Listen, Stream
Open in the YouTube app

OPEN



1:58 / 4:08

## Description ✕


Paul Barresi

| 6 | 67 | Aug 9 |
|---|---|---|
| Likes | Views | 2023 |

Johnny Depp's consigliere Adam Waldman acknowledges favors role Hollywood Fixer Paul Barresi played for Johnny's side in the Depp v. Heard Waldman also confides to Barresi, who is under attack by obsessed fan Christina Taft, that bad shit crazies like Taft are attacking Johnny's witnesses in a variety of simple and complex ways, from cyber bullying to physical violence. Waldman encourages Barresi to tell his story.



🔒 youtube.com

2:49

## November 30, 2023
8:44 AM

(no subject)   Inbox



**paulbarresi@aol.com** 2:41 AM
to me

Hows this sound to you?

**Amber Heard's No one obsessed fan Christina Taft who allegedly fled to Hawaii because she fears for her life had a mother she abandoned at Paradise Fire showed off her fake tits, hairy bush, and scrawny ass in"Malibu Hot Summer" But her most notable film was the 1990 film adaptation of the classic comic Dick Tracy where she doubled for Glenn Headly. What you dont know about is she later sued Warren Beatty and Dick Tracy productions cause she was hurt. But when Beatty's lawyers asked the late Victoria Taft to produce evidence to show her vision was not impaired, she dropped the suit.  The soft porn actress was paired up with porn star Paul Barresi in a Playboy adult film however Barresi rejected her.**



7:10 ◹

Twitter
Open in the Twitter app                    OPEN

← **Thread**                              Open app

**Paul Barresi**                          •••
@PaulBarresi1

CHRISTINA TAFT SENT ME
ANOTHER NASTY TEXT ALLEGING
SHE HAS PROOF I THREATENED &
INTIMIDATED AMBER'S
WITNESSES, PREVENTED HER
FROM WINNING & JOHNNY DEPP
BEATS WOMEN. TO ALL OF YOU
WHO'S GOT JOHNNY'S BACK AS I
DO, PLEASE ASK HER HERE &
NOW PROVE IT OR SHUT THE
FUCK UP! @XTinaTaft

3:11 PM · Nov 2, 2022 · Twitter Web App

**26** Retweets  **2** Quote Tweets  **213** Likes

🔒 twitter.com

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

---

## Fwd: Richard J. Albertini The OJ Simpson Case

**Mario George Nitrini 111** <marionit111@gmail.com>                    Mon, Jan 6, 2025 at 8:09 AM
To: taftchristina.ceo@gmail.com

Christina.
Here is the original email you requested pertaining to Paul Barresi's email to Adam Waldman regarding Richard Albertini with Barresi Cc'ing me.

Mario George Nitrini 111

-----
The OJ Simpson Case

---------- Forwarded message ---------
From: <paulbarresi@aol.com>
Date: Mon, Apr 18, 2022, 1:48 PM
Subject: Richard J. Albertini
To: awaldman@theendeavorgroup.com <awaldman@theendeavorgroup.com>
Cc: marionit111@gmail.com <marionit111@gmail.com>

Dear Adam,

Richard J. Albertini [See Attached] worked at the Viperoom in early 90's as a barrack.  Amber's lawyers suggested I contact him in the summer of 2019 while I was working for her because he had reached out to them claiming had dirt on Johnny.

After talking to him and communicating with him on facebook I deemed him as a  nut case and cut ties with him.  He's been badgering me ever since with crazy nonsense.  His behavior however has escalated out of control so I wanted to give you the heads up.

Albertini is posting nonsense without fact or basis on social media. He has already been booted from facebook and twitter for his antics.

My friend Mario Nitriini who tells me he has corresponded with you brought all this to my attention because beyond facebook, I really don't do social media.

I've asked Mario to forward you whatever Albertini is posting as it pertains to Johnny to you FYI.

Stay well and hope to hear back from you soon.

Sincerely,

Paul Barresi

---

📄 **RICHARD JOHN ALBERTINI III-Comprehensive-Report.pdf**
74K

12:45



← **Tweet**    **Open app**

**Paul Barresi**    ...
@PaulBarresi1

JOHNNY DEPP FANS, I can't do it
alone!

Crazy Christina Taft & her criminal
conspirators gotta go! While Adam
Waldman is exploring ways to cut
off the head of the snake I'm open
to ideas. Can't imagine Amber not
being worried can you?  Here's
today's ltr. to her lawyer with Attch



2:38 PM · Nov 16, 2022

**132** Retweets    **13** Quote Tweets    **539** Likes

            

🔒 twitter.com



Christina Taft <taftchristina.ceo@gmail.com>

---

**Reply from Eric George**

---

**asarabia2** <asarabia2@gmail.com>                                    Thu, Oct 6, 2022 at 10:51 AM
To: Christina Taft <taftchristina.ceo@gmail.com>

Christina,

Here is the reply from Eric George. I think this is what you were seeking.

Regards,

Tony

IP Business Law, Inc.
320 via Pasqual
Redondo Beach, CA 90277
(310)377-5171
www.calrestitution.com

-------- Forwarded Message --------
**Subject:** Re: Amber Heard/Paul Barresi/Amicus Brief in Support of Ms. Heard - Prompt Response Requested
**Date:** Thu, 6 Oct 2022 15:07:15 +0000
**From:** Eric M. George <egeorge@egcfirm.com>
**To:** asarabia2 <asarabia2@gmail.com>
**CC:** Claudia Bonilla <cbonilla@egcfirm.com>

Hi Tony - Your understanding is entirely correct.  Best, Eric

Sent from my iPhone

> On Oct 5, 2022, at 2:42 PM, asarabia2 <asarabia2@gmail.com> wrote:

> Eric,

> This communication is on behalf of my client Christina Taft. Ms. Taft is the principal behind a significant amicus brief being drafted in support of Ms. Heard's Appeal. A number of non-profit organizations will be signatories. The brief focuses on First Amendment/defamation issues and abuse victims' issues. We are in the final stages of drafting that brief to meet the filing deadline. Before we complete that brief, I have an inquiry.

> By way of background, I have worked with your firm since its inception, when I was general counsel of Guess?, Inc. Ben Scheibe knows me.

> Unfortunately, Ms. Taft has become the focus of a harassment campaign by Mr. Barresi. This campaign includes threatening messages and images.

> We know that your firm engaged Mr. Barresi early in its representation of Ms. Heard. Our understanding is that engagement ended quite a while ago and that your firm has absolutely no involvement in his recent conduct toward Ms. Taft. We request confirmation from you that Mr. Barresi has not been engaged by your firm since June 2019 on any matters related to Amber Heard.

> Regards,

> Tony Sarabia

> (310)377-5171



> Antonio R. Sarabia II
> 320 via Pasqual
> Redondo Beach, CA 90277 USA

> www.calrestitution.com

2:36





## September 29, 2022
6:41PM

**2 People** ›

And Another Admission. I told him about Stacy-Lee & River in the First Conversation. He is Making Our Case.

...ıd @XanaduFor Me

Other way around. Albertini sidled up with Amber's NO 1 fan Christina Taft. When I interviewed him, he could not say enough horrible things about Johnny calling him everything from a murderer to a satanist to a woman abuser who put a cigarette out on a make believe model's head.

6:18 PM · 29 Sep 22 · Twitter Web App

**2** Retweets  **4** Likes


**Bella**🇨🇦 @warnock_smith · 13m
Replying to @PaulBarresi1 @HailsLouis3

He also admits he found someone to Be a Amber witness





Text Message



**1:09**                          ⊪ 3G 🔋26

‹              🗑 📨 •••

On Tue, Jan 9, 2024 at 12:53 PM paulbarresi@aol.com
<paulbarresi@aol.com> wrote:

> fuck off you crazy ugly bitch Im blocking you.
> Amber's bodyguards are on the look out for
> you nut job.
>
> On Tuesday, January 9, 2024, 02:00:41 PM PST,
> Christina Taft <taftchristina.ceo@gmail.com> wrote:
>
>
> Barresi:
>
> There is no "Justin" with no last name because you are a
> fraud, a scammer, and an extortionist.
>
> You audio record and edit the tapes and what you say.
> Other private investigator firms are onto you and
> interviewed without editing the tapes
>
> On Tue, Jan 9, 2024, 11:35 AM paulbarresi@aol.com
> <paulbarresi@aol.com> wrote:
>
>> By the way Amber thinks you are batshit
>> crazy too. Her security staff are on the
>> lookout for you. I told her lawyers you were
>> in Honolulu and they said Justin said you
>> better stay there.
>>
>> On Tuesday, January 9, 2024, 01:15:28 PM PST,
>> Christina Taft <taftchristina.ceo@gmail.com> wrote:
>>
>>
>> Barresi:
>>
>> You should be in prison if your ex-boss
>> hadn't gone to federal prison for racketeering,
>> blackmail and extortion of clients, ex-
>> spouses, and witnesses which included
>> ILLEGAL background checks on reporting
>> victims. He paid the Los Angeles
>> enforcement to do these illegal lookups.
>>
>> Recording artist did not want her audio stolen

2:53 



## January 13, 2024
9:01 AM

<u>13h</u>

Replying to

[@anceriz6](#)

Christina Taft is guilt ridden over leaving her poor mother, soft porn actress Victoria Taft, to burn alive in the 2018 Paradise California camp fire. Crazy Christina was already a nut job and this really pushed her over the edge.

• • •

 paulbarresi@aol...  4:10 AM   

to me ⌄

I got a great tits and ass video of your dear ole mom coming out soon. Stay tuned bitch.

• • •

On Thursday, January 11, 2024, 11:48:29 PM PST, Christina Taft <[taftchristina.ceo@gmail.com](#)> wrote:

Aloha,

My new email is -

**[taftchristina.life@gmail.com](#)**

**Changing email to this due to safety**



3/5/25, 3:43 PM Gmail - Fwd: INTERVIEW WITH COOPERATING WITNESS RICHIE J. ALBERTINI III - Viper Room Investigation [IWOV-DOCSLA.F…

Case 5:24-cv-01980-TJH-DTB Document 48-1 Filed 03/05/25 Page 33 of 70 Page ID #:1699



Christina Taft <taftchristina.ceo@gmail.com>

---

## Fwd: INTERVIEW WITH COOPERATING WITNESS RICHIE J. ALBERTINI III - Viper Room Investigation [IWOV-DOCSLA.FID344226] The OJ Simpson Case

**Mario George Nitrini 111** <marionit111@gmail.com>                    Sun, Jan 5, 2025 at 6:50 AM
To: taftchristina.ceo@gmail.com

Christina.

Paul Barresi's original email to me pertaining to Richard albertini and the viper room.

Mario George Nitrini 111
----
The OJ Simpson Case

---------- Forwarded message ---------
From: <paulbarresi@aol.com>
Date: Sat, Jun 4, 2022, 4:02 PM
Subject: Fwd: INTERVIEW WITH COOPERATING WITNESS RICHIE J. ALBERTINI III - Viper Room Investigation [IWOV-DOCSLA.FID344226]
To: marionit111@gmail.com <marionit111@gmail.com>


This is what that fuck told me when I first interviewed him

-----Original Message-----
From: Paul Barresi <paulbarresi@aol.com>
To: rschwartz@bgrfirm.com; egeorge@bgrfirm.com
Sent: Sun, Jul 28, 2019 10:04 pm
Subject: INTERVIEW WITH COOPERATING WITNESS RICHIE J. ALBERTINI III - Viper Room Investigation [IWOV-DOCSLA.FID344226]


JULY 28, 2019


RICHIE ALBERTINI III TEL. INTERVIEW


Cell No. 213-302-9688


ALBERTINI alleges as follows:


Johnny Depp "DP" physically assaulted actresses WINONA RYDER, CARRE OTIS, KATE MOSS and model STACEY LOPEZ


Met Johnny Depp "DP" through Sal Jenco in 1990.


Operated sophisticated money laundering scheme


Albertini oversaw Viper Room protection fees paid to mob.

DP has long history of drugs. He's on all kinds of drugs-- psychotropic medications, in and out of rehab, multiple doctors writing medications.

DP obsessed with buying up memorabilia of him self paying ridiculous amounts of money.

Not one person ever said JD was depressed or complaining about his relationship with Amber.

Jonathan Shaw said he witnessed JD hit Amber multiple times but will never admit it to anybody because JD is his meal ticket.

JD financially supports and artist who of public figures engaging in lurid gay sex acts.

JD extinguished cigarette on model Stacy Lopez's head because he was angry Kate Moss was dancing with her.

DJ's Daddy Carlos or Ritchie Rich witnessed this assault.

Big Ed Shaw witnessed the incident along with other bouncers.

JD played role in shooting up River Phoenix leading to his death.

JD is a Satanist. After hours, he held Satanic Rituals at the Viper Room.
Albertini will not take part in Olivia Barish's documentary about the Viper Room. She can't move forward without him.

JD punched Carre Otis, Mickey Roark's x wife, in the face. She went to the club tweaked out.  JD gave her big black eye.

Paparazzi named E.L. Woody got it on film.

Albertini saw the bruises on Carre's face and called the police.

JD used to beat the hell out of Winona Ryder. He used to torture her. One night she was crying locked out of her car and Johnny would not help. JD beat her up because she was sweet on another man. JD hit her in a jealous rage. JD grabbed her by the throat, pushed her up against the wall and smacked her.

Albertini took Winona's calls crying after being abused by JD, telling him, "Johnny did this, Johnny did that to her."

JD and Kate Moss had knock down drag out fights.

Lead singer for the Meat Puppets was flirting with Kate and JD got upset and sicked Paul Shindler on him and beat the lead singer up.

3/5/25, 3:43 Gmail - FBI/MUELLER INTERVIEW WITH COOPERATING WITNESS RICHIE ALBERTINI 09c78e81b39fa7df - Viper Room Investigation [IMAGE DOCSLA,F…

Case 5:24-cv-01980-TJH-DTB Document 48-1 Filed 03/05/25 Page 35 of 70 Page ID #:1701

JD has one of the worst out break of genital herpes that anyone could ever imagine.

JD found joy showing people the outbreak of the legions on his penis.


JD and Paul Shindler were gay lovers. They grew up together.


JD only had interest in using women for sex.


JD would be so drunk and out of his mind, the next day he wouldn't remember his own actions.


Woman named Jennifer Gray dated JD. She claimed he was abusive.


The "Man Boy Love Association" was founded by Allen Ginsberg. He was royalty at the Viper Room.


Ginsberg went there looking for young good looking (underage) actors. Underage actors, boys and girls patronized Viper Room and JP allowed it.


JD doesn't like women. He struggles with his own sexual identity.


A normal relationship for JD with women is torture.


JD is still, to this day, paying for Big Ed Shaw, the bouncer. JD pays for Shaw's medical expenses etc.

JD had close affiliation with Hells Angels. They did dirty work for JD. Member Bill Monty was JD's guy. They met at tattoo shop across street from Viper Room. JD was enamored with the Hells Angels. They provided protection.


River Phoenix death was a planned Satanic Sacrifice.


Alice Cooper can stand up everything Albertini alleges herein.


Absolutely illegal high dollar gambling took place at the Viper Room, down stairs in the basement. This room was called the Crows Nest.


Albertini recruited the hookers and sex for pay girls from the strip clubs to bring back to the Viper Room.


Everybody starves without JD and they also fear him. This is why they will never say a bad thing about him.


JD uses the name Mr. Stench when he checks into a hotel.


JD feels he is entitled to hit women.

3/5/25, 3:43 PM                    Gmail - FWD: INTERVIEW WITH COOPERATING WITNESS RICHIE ALBERTINI - Viper Room Investigation [IWOV-DOCSLA.F...

Case 5:24-cv-01980-TJH-DTB   Document 49-1   Filed 03/05/25   Page 36 of 70   Page
ID #:1702

Albertini is willing to come to office for a formal audio tape interview with council.


END

-----Original Message-----
From: Richard A. Schwartz <rschwartz@bgrfirm.com>
To: Paul Barresi <paulbarresi@aol.com>
Sent: Sat, Jul 27, 2019 1:26 pm
Subject: Viper Room Investigation [IWOV-DOCSLA.FID344226]


Paul,


I spoke with Amber, and she thinks that it would be worth going further into the Viper Room-related dealings, so her wish is my command. Please continue to look into JD's behavior (prioritizing, not to the exclusion of other investigations, incidents where JD was personally involved).  One particular lead I can offer on this point is Richie Albertini, who contacted my office some months before you were hired by our firm.  He claims to have witnessed JD doing lots of heinous acts (including putting a cigarette out on women), and also knows of another woman (Olivia Barash) who is making a documentary called "Friends of the Viper Room" that might be a good lead into other similar information.



Happy hunting.



**Richard A. Schwartz**

**BROWNE GEORGE ROSS** LLP

Los Angeles • New York • San Francisco

2121 Avenue of the Stars, Suite 2800

Los Angeles, California 90067

Main 310.274.7100 | Fax 310.275.5697

rschwartz@bgrfirm.com

www.bgrfirm.com

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

## Fwd: ANTHONY FOX The OJ Simpson Case. Paul Barresi trashing the Ventura County Sheriff's Department

**Mario George Nitrini 111** <marionit111@gmail.com>                     Sun, Jan 5, 2025 at 6:26 AM
To: taftchristina.ceo@gmail.com

Christina.
Paul Barresi's original email to me with Barresi trashing the Ventura County Sheriff's Department pertaining to Anthony Fox.

Mario George Nitrini 111
------
The OJ Simpson Case

---------- Forwarded message ---------
From: <paulbarresi@aol.com>
Date: Wed, Apr 20, 2022, 5:45 PM
Subject: ANTHONY FOX
To: marionit111@gmail.com <marionit111@gmail.com>

MARIO,  Read these stories.  Let's lay out some foundation for the next tweet.  STUDY THIS CLOSELY.

HOLLYWOOD FIXER PAUL BARRESI HELPS VENTURA POLICE INVESTIGATE DISAPPEARANCE OF JOHNNY DEPP'S FORMER VIPEROOM BUSINESS PARTNER

UPDATE:  Much to my shock and dismay, the Ventura Police missing persons detectives have allegedly been looking for ANTHONY FOX for two decades yet, they never spoke with his mother before her death. They never spoke with his eldest brother Charles and they have never spoke to his daughter.  They never looked at Fox's mother's Will. They never retrieved the telephone answering machine, according to his minor child which was filled with messages. They knew nothing about the letter Anthony wrote to his mother on the day he disappeared which prompted her to rewrite her Will.  They are not aware that his mother refused to tell Anthony's eldest brother Charles or anybody else what was in the letter. She took it to her grave. Anthony Fox's, to this day, remains on the endangered missing persons list, however, the detectives are doing nothing to find him. I have done more in the past year than the cops have done in the  past twenty.

https://radaronline.com/p/viper-room-curse-johnny-depp-ex-business-partner-missing/

https://www.pressreader.com/usa/national-enquirer/20200615/282063394178770

https://www.enstarz.com/articles/224361/20211224/johnny-depp-something-disappearance-former-business-partner-anthony-fox-20.htm

1:53

← **Tweet**                                          Open app

💬 7          ⟲ 34          ♡ 203          ⬆️

**Jennifer Rogers** @jjrogershorses · Apr 5   •••
Replying to @PaulBarresi1
So interesting what you are finding :) I hope
Johnny is following you.

💬 1          ⟲          ♡ 2          ⬆️

**Paul Barresi**                                      •••
@PaulBarresi1

Replying to @jjrogershorses

Johnny tells me he reads everything I put out
there. lol

1:00 PM · Apr 5, 2023 · **100** Views

**5 Likes**

💬          ⟲          ♡          🔖          ⬆️

Tweet your reply                        Reply

🏠          🔍          🔔          ✉️

AA          🔒 twitter.com          ↻

‹          ›                ⬆️          📖          ▢

11:55

← **Adam Waldman**
450 Tweets                                   **Follow**

💬 26            🔁 65            ♥ 417            ⬆️

**Adam Wald...** @adam_w... · Jun 14, 2020    •••
In memoriam

Begin forwarded message:

**From:** Comment Calls <c⬛⬛⬛⬛⬛.com>
**Date:** July 30, 2019 at 2:05:50 PM PDT
**To:** ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ "Robin ⬛⬛⬛
⬛⬛⬛m>
**Cc:** "Dolan, Dan" <do⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
**Subject: National Enquirer Comment
Request: Johnny Depp**

To Whom It May Concern,

The National Enquirer intends to publish an article
reporting Amber Heard has recruited a Private
Investigator who is compiling a dossier of
evidence against Johnny Depp for evidence to be
used in court about his past drug use and various
crimes including violent behavior and ties to at
least one murder.

If you would like to comment please do so by 1PM
tomorrow, Wednesday, July 31, directly to this

🗑️            📁            ↩️            📝

💬 44            🔁 105            ♥ 485            ⬆️

**Adam Wald...** @adam_w... · Jun 15, 2020    •••
@RachelAbramsNY you know the only
difference between the @NationalEnqui⬛⬛
the @nytimes? The @NationalEnquir had the
sense not to publish a fake story like this

🏠            🔍            🔔            ✉️

🔒 twitter.com

11:55



← **Tweet**                    Open app

**Adam Waldman**
@adam_waldman                    ...

## In memoriam



dailymail.co.uk
Amber Heard hired private investigator to dig up dirt
on Johnny Depp

4:18 PM · Jun 14, 2020

**130** Retweets    **24** Quote Tweets    **669** Likes

💬              🔁              ♡              ⬆

Tweet your reply                    Reply

👑 **JOHNNY DE...** @fuc... · Jun 14, 2020    ...
Replying to @adam_waldman

11:49

# Adam Waldman
450 Tweets

**Follow**

 26    136    603

 **Adam Wald…** @adam_wal… · Jul 17, 2020    ···

In Memoriam

July 17, 2020 5:20AM PDT

ADVERTISEMENT

**Fantastic Amazon offer**
Atseuromaster.co.uk



AP

(Press Association) Tesla founder Elon Musk regularly visited Amber Heard late at night at Johnny Depp's Los Angeles penthouse, it has been claimed.

Alejandro Romero, a concierge at the Eastern Columbia Building, said in a written witness statement as part of Depp's libel trial with The Sun, that the actress, 34, gave

 47    233    845

 **Adam Wald…** @adam_wa… · Jul 16, 20…

In Memoriam. Every story starts somew…
@people this story started with you.

            

🔒 twitter.com

 **Paul Barresi**
@PaulBarresi1

···

Amber Heard stalker Christina Taft who left her blind,
mentally ill mom to burn alive in worst fire in CA
history, but not before saving her belongings, still
insists I was working on Johnny's behalf while working
for AH fm Jul to Sept 2019. This email is proof she's
DEAD WRONG.

-----Original Message-----

From: Adam Waldman@xxxxx
To: Paul Barresi@xxxxx
Sent: Thu, Apr 9, 2020 11:33 am
Subject: Re:

Dear Mr. Barresi

Mr. Depp appreciates that you came clean about him,

in the Daily Mail and actually so do I.

If you want to litigate the truth with me, which is what

a defamation lawsuit is, I am game. It opens a whole

new avenue of discovery in our case against your

erstwhile client [Amber Heard].

Sincerely,

**Adam Waldman**

1:07 PM · Dec 12, 2022

**20** Retweets   **123** Likes

      

8:46

← **Tweet**                                          **Open app**

 **Paul Barresi**                          ...
@PaulBarresi1

Adam Waldman breaks silence in
one on one with me calling out
attacks on JD witnesses after trial
who AH has a particular grudge
against youtube.com/watch?
v=V95ByP...



7:30 PM · Dec 15, 2022



illi 49.4K          148          363          2,351

**Ellena** 🇦🇺💜 @jeffers_ellena · Dec 30, 2022          ...
Replying to @PaulBarresi1
Sound advice. Straight from the horse's mouth. So to speak 😂

illi 2,453          1          3          76

**Paul Barresi**          ...
@PaulBarresi1

Replying to @jeffers_ellena

Johnny was gracious enough to confide that it was
Adam Waldman who nudged him suggesting that he
reach out to me. Thanks Adam. What a way to bring
into the New Year! "He [Adam] always has been one to
give credit where credit is due," Johnny said.

11:58 AM · Dec 30, 2022



**2,953** Views     **16** Retweets     **1** Quote Tweet     **275** Likes

8:24        5G 28

←   **Tweet**           Open app



**JustaJerseyGirl** @RiannNJ · 7h    ⋯
Replying to @Nebuchoronus and @PaulBarresi1

I wouldn't be surprised considering the timing of the break in which occurred days before her deposition.

💬 1       ⇄       ♡ 5       ↑

**Paul Barresi**      ⋯
@PaulBarresi1

Replying to @RiannNJ and @Nebuchoronus

Adam Waldman's voice and the stuff he alleged about J witnesses being harassed and attacked in simple and complex ways was credible. I think it made the fuzzy back hairs rise on Amber's neck. She should thank Christina Taft before they take that crazy witch to the loony bin.

5:24 PM · Dec 20, 2022

**4** Likes

🏠        🔍        🔔        ✉

AA       🔒 twitter.com       ↻

‹    ›       ⬆       📖       ⧉

8:49

← **Post**



**Paul Barresi**
@PaulBarresi1

**Follow**   •••

He does look like a Rat.



11:52 AM · Mar 2, 2024 · **57** Views

💬 1        ⇄        ♡ 2        🔖        ⬆

Show additional replies, including
those that may contain offensive        **Show**
content



← **Adam Wald…**
+1 202-550-4507

getting suspended but
I do have a new one. It
would appear Amber
Probably

( View all )

10:38 PM

——— Today ———

You Know Adam, Draga
is a Clown. I don't Know
what Kinda Game You
are Running but I am
Done. You Need to
Get that Fucking Paul
Barresi & Mario Nitrini
and Who Ever the Fuck
Tug is Under Control
Tonight.

3:36 AM

Enter message                    Send



8:18

Amber Depp Jul 27, 2022

That bit of the document interesting, regarding the

Mike McCor...    Jul 28, 2022

to me ⌄

| From | Mike McCormick |
| | mikemcminvestigations@gmail.com |
| To | Christina Taft   taftchristina.ceo@gmail.com |
| Date | Jul 28, 2022 at 7:03 AM |
| 🔒 | Standard encryption (TLS) |
| | Learn more |

Christina

Attached is a brief conversation with Paul Barressi this morning.

Mike

• • •

Taft.Paul
Baressesi call 7....

🔊  Audio

↩ Reply        ➔ Forward        🙂

8:00

S Denise Newsome

Paralegal C...    Sep 19, 2022
to S, me, Richie, Aaron

Attached are the email and the three screenshots referenced in it between Baressi and Waldman.

12:47 PM                    LTE

🔒 mail.google.com/        +   3   ⋮

Starred

and twitter for his antics.

My friend Mario Nitriini who tells me he has corresponded with you brought all this to my attention because beyond facebook, I really don't do social media.

I've asked Mario to forward you whatever Albertini is posting as it pertains to Johnny to you FYI.

Stay well and hope to hear back from you soon.

Sincerely,

Paul Barresi

7:54 

On Fri, Jun 10, 2022 at 7:13 PM Mario Nitrini
<nitrinimario@gmail.com> wrote:

Cristina. I do not have a printer or computer. I only use my
phone. I don't have those capabilities.
I have copied and pasted it. Hope that works.

Mario George Nitrini 111
-----
The OJ Simpson Case

Fwd: INTERVIEW WITH COOPERATING
WITNESS RICHIE J. ALBERTINI III - Viper
Room Investigation [IWOV-
DOCSLA.FID344226]

 **paulbarresi@aol.com**
to me
6 days ago   Details


This is what that fuck told me when I first
interviewed him

-----Original Message-----
From: Paul Barresi <paulbarresi@aol.com>
To: rschwartz@bgrfirm.com; egeorge@bgrfirm.com
Sent: Sun, Jul 28, 2019 10:04 pm
Subject: INTERVIEW WITH COOPERATING
WITNESS RICHIE J. ALBERTINI III - Viper Room
Investigation [IWOV-DOCSLA.FID344226]


JULY 28, 2019

RICHIE ALBERTINI III TEL. INTERVIEW

Cell No. 213-302-9688

ALBERTINI alleges as follows:

 🔒 twitter.com/nitrini   

← Post

Mario Nitrini
@nitrini1950    ...

The OJ Simpson Case

No doubt in my mind if Amber Heard would have had access to this audio
tape recording of Johnny Depp's head-of-security Big Ed Shaw

youtu.be/NN1Yk7wCWrE?si...
(And photo below),
Depp would have withdrawn his civil lawsuit against her.

And I got more tapes



1:57 PM ⚙ ◪ ▦ G                    46 (78)

←                          ⤵ ☆ ⋮

Description                          ✕

The OJ Simpson Case. Audio recording of
Johnny Depp's head-of-security Big Ed
Shaw. MGN3

0              7              7h
Likes          Views          Ago

The OJ Simpson Case.
Mario George Nitrini 111.

This is an audio tape recording of Johnny Depp's
head-of-security Big Ed Shaw talking about the
night River Phoenix died at the Viper Room. Also
talking about Depp's co-owner of the Viper Room
Anthony Fox who mysteriously disappeared right
before he was to give testimony.......
What does Big Ed Shaw imply?
You be the judge.

No doubt in my mind. if Amber Heard would have
had access to this audio tape recording, Johnny
Depp would have dropped his lawsuit against her

Share      Edit      Lens      Delete

<        ○        ≡

3:00 PM · Dec 10, 2023 · 157 Views

📊 View post engagements

○        ⇄ 1        ♡ 2        🔖        ⬆        ○ Post

⌂        Q        ▨        ♀        ✉

<        ○        ≡

1:54 🚗                                           ▂▄▆ 5G 🔋40

← **Tweet**



GIF | ALT

💬 1          🔁          ♡ 2          📊 146          ⬆️

**Paul Barresi**                                          •••
@PaulBarresi1

Actually, I uncovered 27 freeloaders. Baruch
however was on the top of the list.

10:57 AM · Jul 24, 2023 · **144** Views

**1** Like

💬          🔁          ♡          🔖          ⬆️

**Tweet your reply!**                    Reply

**Freddie Stard...** @FreddieStar9... · Jul 24    •••
No need for info on all 27, just the 5 main ones
from the trial. Why expose Issac but not for

🏠          🔍          🔔          ✉️

AA          🔒 twitter.com          ↻

<          >          ⬆️          📖          ▢

8:04



← **Paul Barresi**     [ Follow ]
644 Tweets

💬 1          ↻          ♡ 3          📊 114          ⬆

 **Paul Barresi** @PaulBarresi1 · Jul 23          •••

Based on the majority of responses, when you
hear what Isaac Baruch's x wife Darcie had to
say about how horribly he treated her during
their short lived marriage, you'll lose your shit.
CHRIST! While I'm in Italy, I'm gonna give serious
thought whether to even publish my book.



💬 36          ↻ 5          ♡ 25          📊 5,857          ⬆

                              

🔒 twitter.com

4:30

← **Tweet**

was truly grateful for JD's kindness in a time
when he needed it, unfollowing this account

💬 1        🔁 1        ♡ 1        📊 195        ⬆️

**Paul Barresi**                                              •••
@PaulBarresi1

It's not about trashing but presenting the facts.
Johnny is generous to a fault. It's proven to his
detriment on many levels. With my
encouragement to be on guard, now he donates
strictly to legitimate charities. As for those
looking for an easy hand out, no more.

8:03 AM · Jul 24, 2023 · **65** Views

**1** Like

💬          🔁          ♡          🔖          ⬆️

Tweet your reply!                          **Reply**

☠️☠️❤️🍪**cookiecrumbs**…  @Old…  · 7h   •••
Yes but it's Johnny's choice not yours and you're
not doing him any favours by causing him more

🏠          🔍          🔔          ✉️

AA          🔒 twitter.com          ↻

‹          ›          ⬆️          📖          ⧉

4:28

# Tweet

It's also a fact that none of us on here have a right to tell Mr. Depp who he should and shouldn't be friends with. That's his business. People already have opinions about what he should and... Show more

💬     🔁     ♡ 10     📊 697     ↑

**Paul Barresi**
@PaulBarresi1     •••

JD appreciates my advise & follows it with respect to freeloaders. You wont be seeing a Mooch like Baruch in his life ever again. And you can take that to the bank. As for testing the waters, I never test the waters. If my mind is made up to take the plunge I just do it.

11:13 AM · Jul 24, 2023 · **107** Views

**3** Likes

💬     🔁     ♡     🔖     ↑

Tweet your reply!     **Reply**

**Linda B SLP** 🟢 ✅  @MyLampandOil · 4h     •••

🏠     🔍     🔔     ✉️

AA        🔒 twitter.com        ⟳

 VZW Wi-Fi 🛜                    11:26 PM                    ⟋ 🔋 20% 🔋⚡

    🔍  Search Twitter                    •••

[ **Log in** ]    [ **Sign up** ]

 **Paul Barresi** @PaulBarresi1 · 3h    •••
GOD BLESS JOHNNY DEPP

💬 1          🔁 5          ♡ 50                    ↑

### Show this thread

 **Paul Barresi** @PaulBarresi1 · 3h    •••
from the Barresi files: JOHNNY DEPP V.
AMBER HEARD 08-06-2019 I interviewed
former Viper Room employee, child actress,
writer, producer Seven Anne McDonald. My
daily report to Amber Heard's lawyers offers
chapter and verse as to what Seven had to
say about Johnny Depp.



 🔒 twitter.com     ↻

<    >         ↑         📖         🗗

4:08 PM

mail.google.com/

'Daily'

**paulbarresi@aol.com**
Well Ive already see one article due to social media.

**Mario George Nitrini 111**
There's actually another one on YouTube I saw. Let me see if I can find it.

**paulbarresi@aol.com**
Eric George is on stand now

**Mario George Nitrini 111**
Let's see what develope's. (Eric George) The OJ Simpson Case

**paulbarresi@aol.com**
paulbarresi@aol.com
Hide details

To:     marionit111@gmail.com

Date:   May 19, 2022, 3:15 PM

Richard Johnsons editor just called me She loves the story.

 Gmail

**Christina Taft <taftchristina.ceo@gmail.com>**

---

**Fwd: Screenshot of shottenborn and the journalists**
1 message

---

**Christina Taft** <taftchristina.ceo@gmail.com>                                                    Fri, Jun 10, 2022 at 10:11 AM
To: jbailey@cbcblaw.com

> ---------- Forwarded message ---------
> From: **Mario Nitrini** <nitrinimario@gmail.com>
> Date: Thu, Jun 9, 2022 at 3:16 PM
> Subject: Re: The OJ Simpson Case. Screenshot of shottenborn and the journalists
> To: Christina Taft <taftchristina.ceo@gmail.com>
>
> Oh yes. Barresi wanted me to email all those people.
> I said NO.
>
> Barresi has communicated with all the journalists according to him.
> I'll have to look and see if he has email exchanges with any of the journalists.
> I believe he does.
> Let me see.
>
> I don't know if he has ever communicated with Shottenborn.
> But why did he want me to email Shottenborn?
> I knew something wasn't right, and that's why I said NO.
>
> No emails on how he obtained their information.
>
> Mario George Nitrini 111
> ----
> The OJ Simpson Case
>
>> On Thu, Jun 9, 2022, 3:07 PM Christina Taft <taftchristina.ceo@gmail.com> wrote:
>> Okay, so Paul Barresi wanted you to email these addresses?
>>
>> Does Paul Barresi communicate with these people, then? The Lawyer of Amber Heard's Ben Rottenborn, Dylan Howard of AMI, Emily Smith of Ny Post, Chris White of Daily Mail, and Joey Davis of TheGeekBuzz?
>>
>> Are there emails showing how he has their information?
>>
>>> On Thu, Jun 9, 2022 at 3:00 PM Mario Nitrini <nitrinimario@gmail.com> wrote:
>>> Barresi actually wanted me to email Amber's attorney Ben Shottenborn.
>>> He asked me on the phone.
>>> I said no.
>>>
>>> Mario George Nitrini 111
>>> ----
>>> The OJ Simpson Case
>>>
>>> --
>>> **Christina Taft**
>>> **Founder and CEO of** Worldie
>>> **Social Media for Good**
>>> Rescue Social Tech, AI/ML/Data Science
>>> Book a Meeting - LinkedIn
>
> --
> **Christina Taft**
> **Founder and CEO of** Worldie
> **Social Media for Good**
> Rescue Social Tech, AI/ML/Data Science
> Book a Meeting - LinkedIn

 **Screenshot_20220609-145738 (1).png**
340K

---

# *VIRGINIA:*

*In the Court of Appeals of Virginia on* **Monday** *the* **17th** *day of* **October, 2022**.

Fletcher, Heald & Hildreth, PLC,                                                      Petitioner,

 against              Record No. 1176-22-4

Circuit Court of Fairfax County,                                                      Respondent.


Upon a Petition for a Writ of Mandamus

Before Judges Malveaux, White and Senior Judge Annunziata


On August 8, 2022, Fletcher, Heald & Hildreth, PLC, ("Petitioner"), filed a petition for writ of mandamus directed to the Circuit Court of Fairfax County.  Petitioner prays that this Court compel Fairfax County Chief Circuit Court Judge Penney S. Azcarate ("Judge Azcarate") to provide consent to release copies of the trial transcripts in and relating to *Depp v. Heard*, 1072-22-4.  Alternatively, Petitioner prays that this Court compel the Office of the Clerk of the Fairfax County Circuit Court ("Clerk") to furnish copies of all such transcripts to Petitioner.  Upon consideration of the verified petition, we conclude that mandamus does lie for the Clerk of Fairfax County Circuit Court but does not as to Judge Azcarate.

As a preliminary matter, Judge Azcarate and the Clerk allege that this Court does not have jurisdiction to issue a writ of mandamus in this matter.  This Court, however, has original jurisdiction to issue writs of mandamus, prohibition, and *habeas corpus* in cases in which it *would have* appellate jurisdiction.  Code § 17.1-404 (emphasis added).  In civil matters, this Court has appellate jurisdiction over "any final judgment, order, or decree of a circuit court in a civil matter" except as provided in subsection B of § 17.1-406.  *Id.*[1] Accordingly, we find that we do have jurisdiction to issue a writ of mandamus.

---

[1] Although this Court has not had occasion to address the scope of our original jurisdiction pertaining to writs of mandamus specifically, in addressing writs of prohibition and *habeas corpus* we have already held that our scope encompasses the "subject matter of the case" where "the issues raised in the petition . . . fall within our subject matter jurisdiction".  *Hoffman P'ship, LLP by Hoffman v. Cir. Ct. of Spotsylvania Cnty.*, 72 Va. App. 206, 213-14 (2020).  *See Also White v. Garraghty*, 2 Va. App. 117 (1986).

"Mandamus is an extraordinary remedy that may be used to compel performance of a purely ministerial duty, but it does not lie to compel the performance of a discretionary duty." *Moreau v. Fuller*, 276 Va. 127, 135 (2008). A ministerial act, our Supreme Court has explained, is "one which a person performs in a given state of facts and prescribed manner in obedience to the mandate of legal authority without regard to, or the exercise of, his own judgment upon the propriety of the act being done." *Richlands Medical Ass'n v. Commonwealth*, 230 Va. 384, 386 (1985). By contrast, "when the act to be performed involves the exercise of judgment or discretion on the part of the court judge, it becomes a judicial act and mandamus will not lie." *In re Commonwealth's Att'y for City of Roanoke*, 265 Va. 313, 318 (2003).

First, Rule 1:3 states in relevant part, "When a reporter takes down any proceeding in a court, any person interested is entitled to obtain a transcript of the proceedings or any part thereof upon terms and conditions to be fixed in each case by the judge." From this language, it is clear that the role of a judge is a discretionary one. *Moreau*, 276 Va. at 139.

Second, in regard to the Clerk, Code § 17.1-208(B) states in relevant part,

> Except as otherwise provided by law, any records that are maintained by the clerks of the circuit courts shall be open to inspection in the office of the clerk by any person and the clerk *shall*, when requested, furnish copies thereof subject to any reasonable fee charged by the clerk pursuant to § 17.1-275. No person shall be permitted to use the clerk's office for the purpose of making copies of records in such manner, or to such extent, as will, in the determination of the clerk, interfere with the business of the office or with its reasonable use by the general public.

(emphasis added).

Additionally, "[r]equests for copies of nonconfidential court records maintained in individual case files *shall* be made to the clerk of the circuit court." Code § 17.1-208(C).[2] The clear purpose of this statute is

---

[2] The Clerk alleges that the line of the statute "[n]o person shall be permitted to use the clerk's office for the purpose of making copies of records in such manner, or to such extent, as will, in the determination of the clerk, interfere with the business of the office or with its reasonable use by the general public" makes his duty a discretionary one, citing *Smith v. Richmond Newspapers, Inc.*, 261 Va. 113 (2001). We disagree. In *Smith*, our Supreme Court held that a circuit court clerk has discretion as to the *means* in which they allowed the petitioner to hear the record, however "that discretion simply does not extend to a complete denial of the

delegating a duty to the clerk.  In the context where a duty is delegated, the use of the term *shall* means that the availability of discretion is absent.  *See SHALL, Black's Law Dictionary* (11th ed. 2019) (defining "shall" as "[h]as a duty to; more broadly, is required to"); *see also Wal-Mart Stores East, LP v. State Corp. Comm'n*, 299 Va. 57, 70 n.5 (2020) (noting that "[t]he traditional, commonly repeated rule is that shall is mandatory and may is permissive") (quoting Antonin Scalia & Bryan A. Garner, *Reading Law: The Interpretation of Legal Texts* 112 (2012)).  Furthermore, mandamus is the appropriate remedy as to the Clerk since such responsibility lies solely with him under Code § 17.1-208.[3]  The potential availability of the trial record from this Court does not ignore the deprivation of petitioner's right to access such records previously nor absolve the Clerk of his ministerial duties.

Therefore, we grant the writ of mandamus as to the Clerk but deny as to Judge Azcarate.  It is so ordered.


A Copy,

Teste:

A. John Vollino, Clerk

By:  _____

Deputy Clerk

---

right to listen." *Id*. 261 Va. at 119. This is further evident by the preceding line of the statute that the clerk "*shall*, when requested, furnish copies."

[3] The proper place for any "interested party" to seek a copy of a transcript of a court proceeding is the circuit court pursuant to Code § 17.1-208 and Rule 1:3. *See Charlottesville Newspapers v. Berry*, 215 Va. 116, 118 (1974) (denying request by intervening parties for copies of transcripts, "without prejudice to their right to request such transcript in the Circuit Court, pursuant to the provisions of Rule 1:3, Rules of Court.").

Search Twitter

Log in    Sign up



newsweek.com

YouTuber's videos dragging Amber Heard may make him up to $64,000 a month

💬 1        🔁 72        ♡ 223        ⬆️

**Paul Barresi**        •••
@PaulBarresi1

Replying to @Geekthedog

Amber fought for gender justice like Joan of Arc fought for freedoms in England. Joan of Arc was overtaken by the Burundian troops like Amber was overtaken by Johnny Depp's deciples. Joan of Arc was burned at the stake in Rouen France like Amber in the County of Fairfax VA.

2:35 PM · Jun 25, 2022 · Twitter Web App

🔒 twitter.com

← **Tweet**

 **Paul Barresi**
@PaulBarresi1                                    ...

Johnny phoned me to wish me a Happy New Year; said I was a warrior.  Later today, I'll share some highlights of our talk in which he offered me some very sound, personal, heartfelt advice. He is a living legend & a true inspiration. Long live Johnny Depp



6:17 AM · Dec 30, 2022

**70.6K** Views    **311** Retweets    **22** Quote Tweets    **3,436** Likes

🗨    ⟲    ♡    ⬆



Rele

Wha

NHL · 
**Coyot**

Celebri
**Chris**
Trendir

Sports
**Trista**
1,861 T

Trendir
**AND**
98.7K T

Trendir

3:08



< **February 27, 2024**
4:25 PM
...



💬 180   🔁 26   ❤️ 140   📊 8.2K   🔖   ⬆️

 **marie poundstone** @KuramaMarie · 3h   ...
If you see her side it's the fact that he was nice. He gave her everything and her freeloading friends everything. With this we can call it atrosaty vs normalement

💬 1   🔁   ❤️ 2   📊 179   🔖   ⬆️

 **Paul Barresi**   [ **Follow** ]   ...
@PaulBarresi1

Fact: Johnny also gave his own freeloading friends everything.

1:23 PM · Feb 27, 2024 · **179** Views

💬 1   🔁 1   ❤️ 9   🔖   ⬆️

4:53

 

page 2 of 3

**DECLARATION OF PETITIONER(S)**

Petitioner states the following is true:

☒ Recent or past act(s) of harassment occurred; and/or
☒ Threats of harassment make it probable that acts of harassment may occur soon.
Respondent(s) ☐ own; ☐ possess; or ☐ intend to obtain or possess
    ☐ firearm(s) and/or ammunition that may be used to threaten or injure Petitioner(s).
    Describe the firearm(s)/ammunition: _____
    Location of the firearm(s)/ammunition: _____
    Date last seen: _____
Street address/ specific location where last seen: _____

(Explain in detail recent or past acts or threats of harassment, using additional sheets, if necessary.)

Dear Honorable Judge, (Attached More Pages)    *Please See Attached*

I am a victim of Paul Barresi scaring and intimidating me with escalations this week numerous times and October 15, 2023 which are more escalations of his acts from a year of ongoing stalking and harassment. I had to hire protection services and I've been endlessly exploited as a result of Paul Barresi. Barresi is referring again to my mother Victoria Taft's coroner's report which he sent to me distressingly in November 2022 in email by Barresi, my mom's death in a wildfire, and again posting edited audios of phone calls of others and me that he obtained in order to intimidate me and any associates of me. He names me with full capital letters and misuses my likeness.

These are not only direct acts of harassment, but also threats of harassment imminent. There is an open DCA/Department of Consumers Affairs investigation over a year now against Paul Barresi continuing to act without using a license after I opened a report against him in October 2022, since then, multiple witnesses interviewed by the DCA have come forward against Barresi. Barresi escalated after a Temporary Restraining Order was filed against him in September 2022 where I was to be a witness against him. On March 11, 2023, Barresi stated he knew where I lived publicly. "Same rapid blinks like that crazy Christina Taft who disappeared. In Hawaii I was told." In Text, services I hired alleged that Barresi was flying to multiple states this summer, that he was dangerous and manipulative, right before Barresi posted my likeness and against me again. This caused fear that he could fly to Honolulu, Hawaii requiring a contingency plan if he retaliated against me.

On Nov 13, 2022, Barresi stated: "That B.TCH needs to get out of town." I did and out of state. Moreover, I was a Donor to an Amicus Brief of an Appeal of a former client of a law firm that had used Barresi before for Only 3 months in 2019. Barresi however did not stop contacting them despite them rejecting him. 4 lawyers of that woman rejected Barresi when contacted by my lawyers who were trying to help her Appeal. Eric George stated that Barresi's increasing harassment towards me was not related to their law firm or their client, Amber, in any way since June 2019. Other lawyers of hers in February 2023 rejected Paul Barresi. Oct 14, 2023

CHRISTINA TAFT ABANDONED HER OWN MOTHER TO BURN TO DEATH IN PARADISE CA FIRE

Biological father warns Amber Heard to be careful. His daughter Christina Taft has deep emotional problems, like her mother Victoria Taft who perished in the Paradise California fire after her daughter Christina abandoned her. The coroner report noted that all that was left of her poor mother were bone fragments and her completely intact heart.

He is attacking me about me, my mother, audio tapes he took of recordings of others in order to exploit, audio of me with another woman that was silenced, an audio tape of an estranged biological father that Pls discovered did not know he was
    ☒ Unless Respondent(s)' wrongful conduct is stopped or prevented by order of the Court, Petitioner(s) will suffer substantial emotional distress.

    I have read the Petition and Declaration, know their contents, and verify that the statements contained therein are true to my personal knowledge and belief.
**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF HAWAI'I THAT THE FACTS AND CIRCUMSTANCES STATED IN THE PETITION AND DECLARATION ARE TRUE AND CORRECT.**

Signature of Petitioner(s): *Christina Taft*

Date *Oct 23 2023*    Print/Type Name(s): *Christina Amanda Taft*

1D-P-803

HawaConn 326 Certified

---

1 of 40

--------------------

Respondent Paul Barresi is still intimidating, threatening, harassing me and I'm afraid that he will continue to harass me.

He is using gory images as well as referring to death, body parts of my family, vandalism, break-ins, and violence which scares me.
He likely will directly contact me via phone and email as he increases. Fleeing away didn't stop him.
He repeatedly asked others around me where I was located, most recently in August before this recent escalation.

There is an ongoing open BSIS/Department of Consumer Affairs investigation open against Barresi from a report by me last year in which multiple witnesses were interviewed (See Exhibit DCA Investigator Jesse Adams Re Me Reporting to Local Law Enforcement). Although I tried before to report with a witness, I have been too afraid to report to local law enforcement in full as it escalates continually as he uses Reports against him to attack other people he is harming.

Since Paul Barresi flew to other states (See Exhibit Juan Brooks/JCB Security Re Multiple States June-Aug), he could fly to Hawaii to get to me as he becomes more enraged and irrational. I have cameras installed in my condo.
I hired licensed protection services over the past year and he still attacks me.

I truly need help finally getting a Restraining Order against Barresi to Protect me.

I have Attached More Narrative, Exhibits of the Quoted and Referred to Evidence Here.

   

4:54

Jan2023 TRO Taft v Barresi Exh...  Done

☑ telephoning the Petitioner(s)

☑ entering or visiting Petitioner(s)`    ☑ residence, including yard and garage and    ☑ place of employment. 

b. An order of an Injunction not to exceed a period of three (3) years, enjoining Respondent(s) and any other person(s) acting on Respondent(s)' behalf from committing those acts set forth in paragraph 2a. hereof.
c. An order prohibiting Respondent(s) from owning or possessing firearm(s) and/or ammunition.
d. An order awarding reasonable attorney's fees and costs to Petitioner(s) and such further relief as the Court deems just and appropriate.

(continued on reverse side)

| Signature of Petitioner(s): *Christina Taft* |
|---|
| Date: 1/12/2024    Print/Type Name(s): *Christina Taft* |

TRO-XXX (Effective 7/1/2001)
1D-P-803 (10/03)
RevaComm 508 Certified

**SEE REVERSE SIDE**

I certify that this is a full, true, and correct copy of the original on file in this office.

_____
Clerk, District Court of the above Circuit, State of Hawai'i

---

page 2 of 3

**DECLARATION OF PETITIONER(S)**

Petitioner states the following is true:

☑ Recent or past act(s) of harassment occurred; and/or
☑ Threats of harassment make it probable that acts of harassment may occur soon.
Respondent(s) ☑ own; ☐ possess; or ☐ intend to obtain or possess
☑ firearm(s) and/or ammunition that may be used to threaten or injure Petitioner(s).
Describe the firearm(s)/ammunition: _____
Location of the firearm(s)/ammunition: _____
Date last seen: _____.
Street address/ specific location where last seen: _____

(Explain in detail recent or past acts or threats of harassment, using additional sheets, if necessary.)
Paul Barresi wants me to be "dead for my life" and on January 10th posted that I live on an 8th floor apartment, mocking that anyone fears him. He wants me dead. On January 7th he threatened "Drop dead bitch" + my mom is burning alive. He wrote "Taft Roof" and edits recordings. He send me He wrote nude photos of my mother on January 8th. He continues to email me, contact me, and threaten me. On Jan 11th he wrote "fuck you whore" and "rot in hell you wicked witch" linking an edited audio. He does not want me to file a lawsuit against an actor. He wants money for me to flee. He wrote I'm "DEAD" for years now. He sent texts that my mom saw a mob hit/murder. He mocks screaming + suffering. He sent texts saying a woman fell off a roof to her death after a year of him intimidating + torturing. 2 years of holidays are ruined by him. I attach police reports in Honolulu as I couldn't take it anymore.

☐ Unless Respondent(s)' wrongful conduct is stopped or prevented by order of the Court, Petitioner(s) will suffer substantial emotional distress.

I have read the Petition and Declaration, know their contents, and verify that the statements contained therein are true to my personal knowledge and belief.
**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF HAWAI'I THAT THE FACTS AND CIRCUMSTANCES STATED IN THE PETITION AND DECLARATION ARE TRUE AND CORRECT.**

| Signature of Petitioner(s): *Christina Taft* |
|---|
| Date: 1/12/2024    Print/Type Name(s): *Christina Taft* |

1D-P-803

RevaComm 508 Certified

  Open in Chrome   



Christina Taft <taftchristina.life@gmail.com>

---

## Cease & Desist Legal Stop Notice - ADAM WALDMAN

**Christina Taft** <taftchristina.life@gmail.com>                                      Fri, Mar 8, 2024 at 6:21 AM
To: awaldman@theendeavorgroup.com
Cc: paulbarresi@aol.com

RE: **DEMAND TO CEASE AND DESIST**

Dear Mr. Adam Waldman and Mr. Paul Barresi:

We are writing on behalf of Christina Taft (hereinafter "Ms. Taft").

Ms. Taft has informed our office that you have made false statements that impugn Ms.  Taft's reputation and invade her right to privacy. As a result of your actions,  Ms. Taft has suffered severe emotional distress and professional embarrassment.

We are in receipt and in possession of your multiple YouTube videos and postings, which  make taunting, egregious, and derogatory comments about Ms. Taft. Your contemptuous actions  against Ms. Taft exhibit a clear intrusion of **Ms. Taft's solitude where you have appropriated her  name and, or likeness, publicly disclosed Ms. Taft's private information and alleged facts, and committed all against Ms. Taft in a false light.**

In Hawaii, the State Constitution affords its citizens  the right to privacy as well as the right for persons to be secure against an invasion of privacy.  Hawaii further recognizes a cause of action for invasion of right of privacy where defendant uses  "plaintiff's name or picture **for commercial purposes."** See 50 H. 374, 441 P. 2d 141. See also  Fergerstrom v. Hawaiian Ocean View Estates, 441 P.2d 141 (Haw. 1968), which the Hawaii State  Supreme Court found that "[t]he use of . . . photographs and the names of the plaintiffs . . . was  without the prior knowledge and consent of plaintiffs and constitutes multiple continuing and  multifarious violations of plaintiffs' right of privacy, by reason of which plaintiffs have been held  up to public exposure and ridicule, their right of privacy has been invaded."

A corporation is **liable for the violations its employees or agents commit in its interest.** Corporate officers, employees, and agents are individually liable for the violations they commit, for the violations they conspire to commit, for the foreseeable unlawful objectives their coconspirators commit, for the unlawful objectives whose commission they aid and abet, and for the violations whose perpetrators they assist after the fact.

**Co-Defendants entered into an agreement, whether explicit or implied, to implicate to false facts and the unlawful objectives of edited audio tapes and invasions of privacy.** Co-Defendants' agreement was and is intended to accomplish an unlawful objective.

Acting in concert, the purpose of Co-Defendants' agreement was and is to harm in furtherance of achieving their avaricious, malicious, and unlawful objectives. Co-Defendants are liable for the actions of themselves and of one another in furtherance of their conspiracy and underlying torts. Co-Defendants' invasions were intentional, malicious and oppressive, and designed specifically to damage Ms. Taft.

Based upon the aforementioned facts, theses actions may be construed as **deceptive trade practices in violation of the Uniform Deceptive Trade Practices Act**, pursuant to the Hawaii Revised Statutes. Thus, we have advised Ms. Taft of any and all available legal remedies, including

filing a complaint with the State of Hawaii's licensing board at the Department of Commerce and Consumer Affairs, Federal Trade Commission, and pursuing this matter in a court of competent jurisdiction.

Your statements, harassing emails, and actions would justify Ms. Taft in seeking and obtaining a restraining order for harassment. Harassment is defined by Hawai'i Revised Statutes as, "an intentional or knowing course of conduct directed at an individual that seriously alarms or disturbs consistently or continually bothers the individual, and that serves no legitimate purpose; provided that such course of conduct would cause a reasonable person to suffer emotional distress."

DEMAND IS HEREBY MADE, that you immediately RETRACT and REMOVE all of your published, written, or audio form related to this matter and, furthermore, CEASE and DESIST from making any and all statements, either oral or writing, in video or audio format, that falsely defame and, or, harass Ms. Taft in any manner of whatsoever description to include but not limited to, online or social media formats. In addition, you are to CEASE and AVOID any and all further contact with Ms. Taft.

Our office has advised Ms. Taft of her legal rights and remedies as discussed in this correspondence, and should you not comply with this demand and continue with any of the wrongful conduct referenced in this letter, Ms. Taft is prepared to seek legal action against you.

Thank you for your immediate attention to this matter.

Assisted by Bervar & Jones: Attached Letter

 **Cease.Desist_Invasion of Privacy Waldman.pdf**
120K

# BERVAR & JONES
### Attorneys at Law ● A Law Partnership
ALAKEA CORPORATE TOWER
1100 ALAKEA STREET, 20TH FLOOR
HONOLULU, HAWAII 96813

_____

PHONE: (808) 521-7724
TOLL FREE: (800) 699-9016
FAX: (808) 550-4991

February 8, 2024

Paul Baressi
9648 Nova Pl
Rancho Cucamonga, CA 91730-0982

RE:      **DEMAND TO CEASE AND DESIST**

Dear Mr. Baressi:

We are writing on behalf of Christina Taft (hereinafter "Ms. Taft").

Ms. Taft has informed our office that you have made false statements that impugn Ms. Taft's reputation and invade her right to privacy. As a result of your public and online statements, Ms. Taft has suffered severe emotional distress and professional embarrassment.

We are in receipt and in possession of your multiple YouTube videos and postings, which make taunting, egregious, and derogatory comments about Ms. Taft. Your contemptuous actions against Ms. Taft exhibit a clear intrusion of Ms. Taft's solitude where you have appropriated her name and, or likeness, publicly disclosed Ms. Taft's private information and alleged facts, and committed all against Ms. Taft in a false light. In Hawaii, the State Constitution affords its citizens the right to privacy as well as the right for persons to be secure against an invasion of privacy. Hawaii further recognizes a cause of action for invasion of right of privacy where defendant uses "plaintiff's name or picture for commercial purposes." See 50 H. 374, 441 P. 2d 141. See also Fergerstrom v. Hawaiian Ocean View Estates, 441 P.2d 141 (Haw. 1968), which the Hawaii State Supreme Court found that "[t]he use of . . . photographs and the names of the plaintiffs . . . was without the prior knowledge and consent of plaintiffs and constitutes multiple continuing and multifarious violations of plaintiffs' right of privacy, by reason of which plaintiffs have been held up to public exposure and ridicule, their right of privacy has been invaded."

Your statements, harassing emails, and actions would justify Ms. Taft in seeking and obtaining a restraining order for harassment. Harassment is defined by Hawai'i Revised Statutes as, "an intentional or knowing course of conduct directed at an individual that seriously alarms or disturbs consistently or continually bothers the individual, and that serves no legitimate purpose; provided that such course of conduct would cause a reasonable person to suffer emotional distress."

DEMAND IS HEREBY MADE, that you immediately RETRACT and REMOVE all of your social media posts on YouTube and, or on any other online platform, blog, sign or other

published, written, or audio form related to this matter and, furthermore, CEASE and DESIST from making any and all statements, either oral or writing, in video or audio format, that falsely defame and, or, harass Ms. Taft in any manner of whatsoever description to include but not limited to, online or social media formats. In addition, you are to CEASE and AVOID any and all further contact with Ms. Taft.

Our office has advised Ms. Taft of her legal rights and remedies as discussed in this correspondence, and should you not comply with this demand and continue with any of the wrongful conduct referenced in this letter, Ms. Taft is prepared to seek legal action against you.

Thank you for your immediate attention to this matter.

Sincerely,

Jonathan Inciong, Esq.
BERVAR & JONES

cc:    C. Taft (HI-SXP-342)