UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.   **5:24-cv-01930-TJH (DTB)**                                    Date: **March 7, 2025**

Title:  **Christina Taft v. Paul Barresi, et al.**
================================================================
**DOCKET ENTRY**
================================================================
PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                                 None present

**PROCEEDINGS: (IN CHAMBERS) ORDER STRIKING PLAINTIFF'S EX PARTE APPLICATION FOR PRIVACY PROTECTION STANDARDS REQUEST AND OBJECTION TO DEFENDANTS' INTIMIDATION [DOCKET NO. 48]**

On March 30, 2025, Plaintiff filed a 15-page "Ex Parte Application for Privacy Protection Standards Request and Objection to Defendants' Intimidation" ("Application") (Docket No. 8). Plaintiff's Application was accompanied by, among other things, a 31-page supporting Memorandum of Points and Authorities ("Memorandum") (Docket No. 48-1), a 7-page supporting Declaration (Docket No. 48-2), and 132 pages of exhibits (Docket Nos. 48-3 to 48-7).

The Application and Memorandum do not comply with Central District Local Rules. First, the typing on the Application and Memorandum is single spaced, in violation of Central District Local Rules 11-3.2 ("The lines on each page shall be double spaced . . . ." and 11-3.6 ("The typing or printing on the document shall be double spaced, including citations and quotations."). Second, only by attaching the Memorandum to the Application, rather than including the Memorandum as part of the Application, Plaintiff does not violate Central District Local Rule 11-6.1, which disallows, without a court order, a memorandum of points and authorities exceeding 7,000 words. But Plaintiff's action clearly violates the spirit of Central District Local Rule 11-6.1. There may be other violations of Central District Local Rules, but the two specified violations are the most apparent. Although Plaintiff is

| MINUTES FORM 11 | Initials of Deputy Clerk   RAM |
|---|---|
| CIVIL-GEN | |

representing herself in this action, she still is required to adhere to the Central District Local Rules.   See Central District Local Rule 1-3.

Accordingly, the Application is STRICKEN from the Docket.

**IT IS SO ORDERED.**