**MELISSA Y. LERNER (SBN 285216)**
mlerner@lavelysinger.com
**MEGAN S. MALLONEE (SBN 340276)**
mmallonee@lavelysinger.com
**PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615

Attorneys for Defendant
PAUL BARRESI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CHRISTINA TAFT, | CASE NO. 5:24-cv-01930-TJH (DTB) |
| Plaintiff, | [Hon. David T. Bristow, Magistrate Judge] |
| vs. | **DECLARATION OF DEFENDANT PAUL BARRESI IN SUPPORT OF SUR-REPLY TO PLAINTIFF'S REPLY RE PRELIMINARY INJUNCTION** |
| PAUL BARRESI; ADAM R. WALDMAN; and DOES 1 through 10, inclusive, | |
| Defendants. | |

4528-3

## <u>DECLARATION OF PAUL BARRESI</u>

I, Paul Barresi, do hereby declare:

1.    I am over the age of 18 and competent to make this Declaration. I am a named defendant in the above-captioned action and a resident of Rancho Cucamonga in San Bernardino County, California. I make this declaration in support of my Sur-Reply to Plaintiff Christina Taft's Reply re Preliminary Injunction. I have personal and first-hand knowledge of the matters set forth in this Declaration, except for those that are stated on information and belief, and, as to those, I am informed and believe them to be true. If called and sworn as a witness, I could and would testify competently to these matters under oath.

2.    I am a researcher and investigative consultant who has worked with many high-profile clients over the years. I also work part-time at a construction company in Southern California. I live with my wife in Rancho Cucamonga, in the same home we have lived in for four years. I am a veteran of the United States Air Force. I am in my 70s, have suffered from poor health in the past year and have limited financial resources to spend in the various legal actions that Ms. Taft has filed against me.

3.    I have reviewed the evidence submitted by Ms. Taft in support of her Emergency Motion for Preliminary Injunction (Dkt. No. 15) ("Emergency PI Motion") and her Reply re Preliminary Injunction (Dkt. No. 39) ("Reply") and supporting "evidence (Dkt No. 39-1). I have also reviewed the original Complaint (Dkt. No. 1) and operative First Amended Complaint (Dkt. No. 23) ("FAC") filed by Ms. Taft in the instant action.

4.    As an initial matter, I deny all allegations by Ms. Taft that I have engaged in any criminal or otherwise unlawful activity, including, without limitation, her allegations that I have stalked, harassed and/or threatened her; intimidated witnesses; and/or threatened violence against an assault victim and held a gun to her head. I have

never invaded Ms. Taft's privacy by publishing private information about her online nor have I used Ms. Taft's name, image and likeness without consent for my personal financial gain. I have never worked as or held myself out to be a hitman or a murderer for hire. I do not own a gun, and I have not killed anyone (including, as Ms. Taft bizarrely alleges, a trans sex worker named Shalimar Seuli).

5.    For years, Ms. Taft has been on a campaign to ruin my reputation, destroy my livelihood, force me to incur substantial attorneys' fees defending myself in frivolous litigation and cause me acute stress and severe emotional distress. She has also recruited various other people to participate in and support her crusade against me, such as various crooked private investigators like Mike McCormick and Juan Brooks (who have indulged Ms. Taft's delusions in order to get paid as much as possible by her); Richard Albertini (a crank with a prior fraud conviction who suffers from paranoid delusions), Mario Nitrini (an unstable person with prior convictions for drug distribution and sales), Molly Beaton (aka Molly Skye Brown) (who holds herself out as a victim many times over of sexual abuse and likes to insert herself into the spotlight) and other unsavory characters.

6.    I have no desire to interact with Ms. Taft or any of her confederates, including, without limitation, those individuals who have submitted declarations in support of her Emergency PI Motion and Reply. I want her to leave me alone. Instead, she continues to harass and defame me by filing bogus lawsuits against me and numerous motions full of provably false statements that are part of the public court record; posting about me online to her followers (including, for example, in videos published on her YouTube channel, which has over 6,000 followers); and contacting third parties to spread false and malicious lies against me. Unfortunately, because of this barrage of harassment by Ms. Taft, I have been forced to defend myself online in response to her damaging lies and false accusations.

DECLARATION OF PAUL BARRESI ISO SUR-REPLY RE PRELIMINARY INJUNCTION

7.     To the extent I have ever posted information and/or images of Ms. Taft online, they were materials made available to the public at Ms. Taft's direction or otherwise publicly available documents that I obtained as a private citizen. For example, Ms. Taft alleges that I invaded her privacy and that of her late mother, Victoria Taft ("Victoria"), and infringed her right of publicity by posting information about and photographs of Victoria. Specifically, Ms. Taft is upset about posts related to her decision to evacuate her and Victoria's home during the 2018 Camp Fire, without taking her partially-blind mother with her. After Ms. Taft fled the Camp Fire and left her disabled mother at home, her mother burned to death. In 2018 and for years after, Ms. Taft provided interviews and photographs to news outlets including images of Victoria when she was younger.

8.     Attached hereto as **Exhibit A** is a true and correct copy of an article entitled *'This is where they must have found her': Woman who refused to flee California fire is one of the dead* by Briar Stewart, published online by CBC News on November 22, 2018, which I retrieved on February 27, 2025 from the publicly-available website at the URL https://www.cbc.ca/news/world/california-paradise-wildfires-1.4915372. On page 4 is a photograph of Victoria Taft in a red blazer, accompanied by the caption: "An undated photo of Victoria Taft, who was partially blind. (Submitted by Christina Taft)."

9.     Attached hereto as **Exhibit B** is a true and correct copy of an article entitled *Chico State student loses mother and Paradise home during the Camp Fire* by Yaritza Ayon, which was published online by Chico State's student newspaper, The Orion, on December 5, 2018, which I retrieved in or about January 2025 from the publicly-available website at the URL https://theorion.com/77084/news/chico-state-student-loses-mother-and-paradise-home-during-the-camp-fire/. On page 3 of the article, a photograph of Victoria Taft in a red blazer is accompanied by a caption stating: "Photo courtesy of Christina Taft."

10. Attached hereto as **Exhibit C** is a true and correct copy of an article by Jocelyn Gecker and Janie Har entitled *Paradise area was heaven for victims of deadly wildfire* and additional images, published online by AP News on February 15, 2019, which I retrieved on March 10, 2025 from the publicly-available website at the URL https://apnews.com/article/fires-north-america-us-news-ap-top-news-paradise-b49c4dbdaa544427930637926f16fb42. On page 5, the article states: *"The decision to leave her mother behind will forever haunt her [Christina Taft]. 'I didn't do enough to get my mom out,' she said. 'I feel like I accidentally killed her by not helping her.'"*

11. In or about November 2022, I requested a copy of the coroner's report regarding Victoria Taft. The report was available to the public and was not redacted in any way. Anyone could request a copy as a private citizen from the Butte County Sheriff. Attached hereto as **Exhibit D** is a true and correct copy of the request and records.

### My Limited Involvement in Litigation Between Amber Heard and Johnny Depp

12. I have never worked for Adam Waldman, the other defendant named in this action, or any other attorney representing actor Johnny Depp in connection with the litigation between Mr. Depp and his ex-wife, Amber Heard. In fact, I was hired in early July 2019 by ***Ms. Heard's*** legal team at Browne George Ross LLP for the purpose of investigating Mr. Depp and identifying any potential evidence and testimony that supported Ms. Heard's defenses to Mr. Depp's claims and/or her affirmative claims against him. In furtherance of my work, I followed leads that brought me into contact with hack jobs seeking the spotlight by involving themselves in this case. In my experience, this goes with the territory. After months of research and interviews, I was unable to identify any credible witnesses or legitimate, verifiable claims of wrongdoing by Mr. Depp to support Ms. Heard's case.

13.    In or about July 2019, I was instructed to contact Richard ("Richie") Albertini, a former employee of The Viper Room, a nightclub in Hollywood that Mr. Depp owned in the early 1990s. Mr. Albertini had been repeatedly contacting Ms. Heard's attorneys, claiming that he knew Mr. Depp personally and had "dirt" on him that would be helpful to Ms. Heard's case.

14.    I contacted Mr. Albertini initially via Facebook, and at least three other times on the phone thereafter. He claimed that when he worked at the Viper Room, he and others witnessed Mr. Depp verbally and physically abuse several women. Mr. Albertini also alleged Mr. Depp was a satanist and that the death of actor River Phoenix was a result of a satanic ritual in which Mr. Depp and others participated. Additionally, Mr. Albertini stated that he believed a fellow co-worker killed Mr. Depp's business partner, Anthony Fox, at Mr. Depp's behest and then buried him in the desert. Based on my years of investigative work, I quickly concluded that Mr. Albertini was likely not of sound mind, had no evidence or "dirt" to speak of, did not know Mr. Depp personally and was simply trying to inject himself into the high- profile case.

15.    Mr. Albertini became furious that I did not find him to be a credible witness for Ms. Heard. Since then, he has been running a campaign of harassment, intimidation and defamation against me, Ms. Heard's and Mr. Depp's attorneys, and even my own personal attorney. Mr. Albertini has published numerous social media posts and either published or participated in the creation of YouTube videos online in which he defames me and makes false and outrageous accusations against me. He has publicly stated that he is on a mission to "take me down."

16.    Mr. Albertini is one of Ms. Taft's primary allies in her campaign against me. Like Mr. Albertini, Ms. Taft became obsessed with the Heard-Depp lawsuit and tried to insert herself into the high profile case. Christina Taft became obsessed with Ms. Heard, Mr. Depp and their legal disputes as early as 2019, when she claims that she met

Ms. Heard at an "Atheist's in Support of Amber" event in Mesa, Arizona, with the goal of "wanting to confirm humanity." As alleged in the FAC, Ms. Taft believes she was being contacted by people who could testify against Mr. Depp, had evidence that Mr. Depp was connected to people committing crimes and various other outlandish theories.

17.    The trial in *Depp v. Heard* was held in Fairfax County, Virginia from April to June 2022. During that time, Ms. Taft's fixation on Ms. Heard as a purported victim continued to grow. She routinely attended the trial in Virginia, stood outside the courthouse with signs, and sometimes succeeded in her efforts to speak to reporters about her opinions regarding the case. Attached hereto as **Exhibit E** is a true and correct copy of an image of Ms. Taft holding up a collage regarding Amber Heard, which I found online through a Google search. I am also informed that it was during this time that she first learned of me through Mr. Albertini and Mr. Nitrini, another Hollywood wannabe who has spent decades trying to insert himself into high-profile celebrity cases.

18.    The jury trial's conclusion with a verdict for Mr. Depp marked the beginning of Ms. Taft's public unraveling. She vocally criticized the proceedings, labeling them an "abuse of process" and decrying what she perceived as unfair treatment toward Ms. Heard. In her quest to champion Ms. Heard, Ms. Taft has aligned herself with unsavory characters comprised of conspiracy theorists, convicted felons, disbarred lawyers and shady private investigators.

### Ms. Taft's Harassment Through Frivolous Litigation

19.    In 2022, Ms. Taft financed Mr. Albertini's legal action seeking an order of protection against me. Mr. Albertini testified that Ms. Taft was in possession of all the evidence to back up his outlandish claims, but was too scared of me to appear in court. Mr. Albertini's testimony was bizarre, including allegations that his law enforcement reports against me were not being taken seriously because of a conspiracy against him, and the judge was unpersuaded. In addition to testifying in court, I submitted a sworn

DECLARATION OF PAUL BARRESI ISO SUR-REPLY RE PRELIMINARY INJUNCTION

declaration with exhibits, a true and correct copy of which is attached hereto as **Exhibit F**, which was entered into evidence. The judge denied Mr. Albertini's request and dissolved the temporary restraining order ("TRO") in place against me.

20.    On October 23, 2023, Ms. Taft filed for a restraining order against me in Hawaii state court in Honolulu, where she lives. Her request was denied in full (including for a TRO) and the case was dismissed. A true and correct copy of the case summary for the October 23, 2023 restraining order application is attached to the Declaration of Melissa Y. Lerner ("Lerner Declaration") as Exhibit 18. Undeterred, on January 12, 2024 (my birthday), Ms. Taft filed another request for a restraining order against me in Honolulu. This second request was also denied in full (again, including for a TRO) and the case dismissed. A true and correct copy of case summary for the January 12, 2024 restraining order application is attached to the Lerner Declaration as Exhibit 19.

21.    The two prior restraining applications Ms. Taft filed against me in Honolulu, Hawaii in October 2023 and January 2024, both of which were summarily denied, made no mention of me threatening to kill her or having a weapon.

22.    I became aware on or about January 26, 2025 that Ms. Taft filed yet another request for a restraining order against me on January 21, 2025. This time, Ms. Taft filed her request in the city of Hilo, Hawaii, falsely claiming that she is a resident of Hilo (when she in fact lives in Honolulu, as reflected in the caption of documents she files in this case, including her January 30 Reply). In this most recent restraining order application, Ms. Taft falsely alleges that she does not know my address and that she is certain that I am living or currently located in Hilo, but does not know my specific whereabouts in Hilo. She also falsely claims that I am armed with a Beretta, with the intent to sexually assault her, kill her and kill her loved ones, including her significant other. In her application she notes that the Hawaii-based process server she hired assured

her that, once she is granted the TRO, it will make it easy for him to find me in Hilo.
Taft pleas for her life managed to convince the judge that she was in imminent danger,
such that she was granted a TRO. On January 26, 2025, days after the judge granted the
TRO based on Taft's perjurious assertion that I am living in Hilo, Hawaii and she does
not know where I am, a female process server with L Executive Services, from Fontana,
California (about five miles from my home in Rancho Cucamonga) was knocking on my
door, calling my name.

23.    The following day, I received a call from a man who identified himself only
as "Mark." He said: "Hello, Paul, I am a friend of Christina Taft's, and you need to stop
harassing her." I told Mark that Ms. Taft is mentally unstable, but he did not want to
hear it. He stated that he sees Ms. Taft socially and warned me again to leave her alone.
He also stated that he helped Ms. Taft fill out the forms for her January 21, 2025
application for restraining order. When I got off the phone with "Mark," I looked up his
telephone number online and discovered that it belongs to Mark Ackrich. Mr. Ackrich
has a history of unethical conduct and holds himself out to be a "Civil Sheriff." For
example, on September 26, 2023, Marsha Walpole applied for a TRO against Mr.
Ackrich, alleging that he got within a foot of her face and spewed out vulgar sexual
remarks at her regarding her relationship with her father. In a different application for a
TRO against Mr. Ackrich filed on November 22, 2023 by Shantel Ka'aikala, the
applicant stated that after Ms. Ka'aikala had Mr. Ackrich served, he retaliated against
her by speeding his truck into the parking lot at her place of employment, where he
charged toward her and threw the subpoena in her face. Ms. Ka'aikala also states that
later that day, Mr. Ackrich unleashed his anger on another woman, daring her: "Come
outside CUNT. Come outside BITCH." Attached hereto as **Exhibits G and H** are true
and correct copies of the applications for restraining orders filed against Mr. Ackrich by
Ms. Walpole and Ms. Ka'aikala, respectively, which I obtained online on or about

January 28-29, 2025 from the publicly available website at the URL https://www.courts.state.hi.us/legal_references/records/search_court_records.

24.    Ms. Taft also claims that she was forced to delete all of her social media because she is so scared of me. As of the date of this declaration, Ms. Taft's Instagram, X (formerly Twitter) and YouTube accounts are active and publicly-available online. True and correct copies of her social media accounts and a selection of her posts on X (formerly Twitter) are attached as Exhibits 1, 3, 6-10 and 22 to the Lerner Declaration.

25.    I do not own a gun. I have never been to Hilo. In fact, I have not been to Hawaii at all since having served in the United States Air Force at the height of the Vietnam War in 1969. I have no interest in getting anywhere close to Ms. Taft. I believe she is delusional and dangerous and poses a threat to my safety, wellbeing and life.

## False Allegations Made by Ms. Taft Against Me in the Instant Action

26.    In September 2024, Ms. Taft filed the instant lawsuit against Adam Waldman and me. On September 28, 2024, Ms. Taft published a video to YouTube to promote and publicize her lawsuit. She falsely claimed that the video showed me being served with the instant lawsuit. However, the footage actually showed me being served with Mr. Albertini's unsuccessful and meritless request for an order of protection back in 2022.

27.    On October 17, 2024, I became aware of a "press release" published online regarding the instant action. Attached hereto as **Exhibit I** is a true and correct copy of the "press release" entitled *CEO of Rescue Social Files Lawsuit Against Hollywood Fixers Paul Barresi and Adam Waldman*, retrieved from the publicly-available website at the URL https://finance.yahoo.com/news/ceo-rescue-social-files-lawsuit-120000119.html?fr=sycsrp_catchall. At the end of the story, the following information is listed:

**Media Contact:**

Lucy Hana
Public Safety and Victims Alliance
+ 1 757-744-2527

28.     This is followed by a hyperlink "email us here." When I clicked the hyperlink, it launched a new draft email message with the recipient field filled out to ceo.taft@rescue-social.com. I reviewed Taft's Reply Brief to Defendant's Opposition to Preliminary Injunction (Dkt. No. 39) ("Reply") and note that the same email address is listed on the caption page by Taft as her contact information.

29.     Believing that Ms. Hana was, in fact, the person to contact about the article, I called her at the number listed in the "press release." When she answered the phone, I told her very nicely that the story was well written but asked why she reported on Taft's frivolous lawsuit. Ms. Hana did not respond and hung up on me. At the time, I was unaware that Ms. Hana was assisting Taft with the lawsuit. I did not harass or threaten Ms. Hana at any time.

30.     I am informed that, in or about November 2024, my counsel proposed to Ms. Taft that she and I agree to a mutual stay-away and no-contact provision, and that Ms. Taft agree to remove all false and defamatory online posts about me. This is consistent with my desire to keep Ms. Taft out of my life. However, I am informed that Ms. Taft did not agree to this proposal. Presumably, that is because Ms. Taft wants to be free to continue publishing false and defamatory statements about me online. It also appears that she does not have any genuine fear for her wellbeing or her life, and that she does not need any emergency injunctive relief as a result.

31.     This is confirmed by the photographs that Ms. Taft has posted on her publicly available Instagram account of herself and companions enjoying themselves on vacation in Europe. She is pictured wearing expensive jewelry, and does not seem to be in dire financial straits or fearing for her life.

32.     Ms. Taft falsely accuses me of intimidating a victim of sexual assault named Angela and putting a gun to her head. This is completely and totally false. I did

1   not know who Angela was until *she* got my phone number from Ms. Taft and/or Mr.

2   Albertini and reached out to me in approximately October 2022. Angela confronted me

3   because, as she explained to me, Ms. Taft and Mr. Albertini had been convincing her for

4   months that I was hunting her down to kill her and that I was responsible for terrifying

5   harassment (including being assaulted with a gun by a stranger) that she suffered in 2015

6   and 2016 after she was raped and assaulted by an actor. I could tell from the call that

7   Angela was terrified. I told her that I had nothing to do with what happened to her but

8   was so sorry for all the suffering she had been through. We both cried on the call.

9   Angela provided me with an audio recording that Ms. Taft had made of a telephone

10  conversation they previously had, in which Ms. Taft was trying to convince Angela that

11  I was the person who had harassed and threatened her back in 2015 and 2016. She also

12  gave me permission to post it online. I did so to defend myself against false accusations

13  made online by Ms. Taft, Mr. Nitrini and Mr. Albertini that I had intimidated Angela

14  and threatened her with a gun. Angela confirmed that she did not believe and never

15  believed that I harmed her, despite the manipulation by Ms. Taft to convince her

16  otherwise. Attached hereto as **Exhibit J** is a true and correct copy of an email exchange

17  between Ms. Taft, Angela and me from January 2024.

18                **False Accusations in Evidence Submitted with Taft's Reply**

19       33.    I have reviewed the Declaration of Ian Herndon. In addition to the provably

20  false claims that I threatened, intimidated and harassed Angela Gayle, the telephone call

21  that Mr. Herndon mentions has no relation to Ms. Taft or this action. In or about July

22  2021, a friend of mine named Olivia who was being incessantly harassed by Mr.

23  Herndon asked me to contact him and tell him to leave her alone. I agreed to do so as a

24  favor to my friend because she was in distress. I called the number Olivia gave me for

25  Mr. Herndon and a woman answered. I told her that Olivia was frightened and that Mr.

26  Herndon needs to stop harassing her. I never threatened the woman or Mr. Herndon.

27

28

34.    I have reviewed the declaration of Molly Beaton. In addition to the provably false claims that I threatened, intimidated and harassed Angela, Ms. Beaton falsely claims that I harassed, intimidated and threatened her. I have never had any unpleasant interactions with Ms. Beaton. I first reached out to her in approximately October 2022 and Ms. Beaton sent me emails she received from Mario Nitrini about me. A true and correct copy of one such email is attached hereto as **Exhibit K**. I reached out to Ms. Beaton again after the Complaint was filed to ask about the allegations regarding a letter that I supposedly sent to Angela threatening and silencing her (mentioned by Mr. Herndon in his declaration). She did not answer my question, and instead insulted Angela and threatened to publicly release her full identity. A true and correct copy of my correspondence with Ms. Beaton from October 21-22, 2024 is attached hereto as **Exhibit L**. Ms. Beaton was certainly not a friend to Angela and has not been in touch with her on a friendly basis for some time.

35.    . I have reviewed the declaration of Erik R. Eichler. Rebecca Berry is a conspiracy theorist who sought the spotlight. I communicated with her several times, and those communications were always friendly. I certainly never "confessed" to her that I killed people (because I have not). I have never threatened Ms. Berry, and I did not hire a hitman to kill her.

36.    I have read the declaration of Michael Kountz. He falsely claims that I threatened and intimidated Ms. Taft's father, James Conner, and manipulated a recording of our conversation. I did reach out to Mr. Conner in or about November 2022 to ask him about Ms. Taft because her public attacks on me were escalating. I recorded the call after Mr. Conner told me that Ms. Taft had fought with her mother, Victoria, when the flames were moving closer to their home during the Camp Fire. He believed that Ms. Taft knocked her mother down and that Victoria was unconscious as Ms. Taft drove away to evacuate. He told me that Ms. Taft has a gun, which she took from her

mother before evacuating. He warned me that I should be careful because Ms. Taft would try to kill me and Amber Heard. He told me that Ms. Taft had tried to get a restraining order against him years before and lied about him. He also mentioned that she was institutionalized when she was younger and suffers from mental health issues. I never had a hostile interaction with Mr. Taft, and never threatened him. I never had any interactions with his sister (Ms. Taft's aunt), Patricia Conner Strader.

37.    I have reviewed the declaration of Mike McCormick. I have never threatened Mr. McCormick nor did I leave him a threatening voicemail. His allegations about my purported harassment and intimidation of Angela Gayle is false. During his so-called investigation, he failed to contact Angela, the one person who could debunk the conspiracy theories of Mr. Albertini and Ms. Taft. I believe Mr. McCormick is aware that Ms. Taft is unstable and that he feeds into her paranoia in order to make money off her. I think his conduct is unethical and deeply troubling.

38.    I have reviewed the emails from Mario Nitrini, identified by Ms. Taft as Exhibit E. Mr. Nitrini is a homeless outcast and I took pity on him. In an effort to help someone who was down and out, I gave him money to buy food and rent a room at my friend's home in Simi Valley, and even helped him find a doctor to treat a serious health condition he alleged he had. Mr. Nitrini does not work. He primarily lives his life preoccupied with various celebrity-related cases and conspiracy theories. I sent him an email in 2022 regarding some research I did about the disappearance of Anthony Fox, a former business partner of Johnny Depp (and which I had previously sent to the Ventura Police Department). Despite the kindness I extended to him, Mr. Nitrini has relentlessly published Ms. Taft's false claims against me, as a way to insert himself into the instant action. This betrayal frustrated and disappointed me in equal parts. I vented in a post on social media about my poor opinion of Mr. Nitrini and his son, who turned state's witness to avoid serving time for his involvement in a gang-related murder. To be clear,

nothing in my post was intended to convey a threat to Mr. Nitrini or his son, nor did it. I removed my post a few days later but, to date, Mr. Nitrini has opted to let it remain on his X-account.

39.    I have reviewed the email from Anthony Sarabia identified as Exhibit I. I called Mr. Sarabia in January regarding allegations in Taft's FAC pertaining to his alleged correspondence with Heard's attorney, Eric George, who allegedly confirmed that I did not perform work for his firm after June 2019. I called Mr. Sarabia to ask him about those alleged emails with Eric George, and told him that Mr. George was mistaken because I did, in fact, work for his firm on Ms. Heard's behalf from July 2019 to September 2019. Mr. Sarabia refused to speak to me or listen to what I was telling him, but I never threatened him or made any menacing statements, including about meeting face to face. I ended the call.

40.    I have reviewed the various social media posts of mine that Ms. Taft submitted with her reply. None of these posts were intended to be nor do they convey threats. I have never posted private, personal information about Ms. Taft or her mother online. The photographs are photographs that *Ms. Taft* publicized. Ms. Taft's mother's frivolous lawsuit is public information. The coroner's report is public information. The audio of Ms. Taft and Mr. Albertini conspiring against me was provided to me by Mr. Nitrini, who had publicized it himself. I have been forced to defend myself online because Ms. Taft has publicized her false allegations against me (including those in the instant litigation), audio recordings about me and misleading video recordings of me and her wild conspiracy theories on social media. Mr. Albertini, Mr. Nitrini and Ms. Taft have publicly posted audio of conversations about me and their defamatory lies about me. While I may have a very poor opinion of Ms. Taft based on what I have learned about her in addition to her horrible, vindictive and obsessive attacks on me, I have

Docusign Envelope ID: 3953D4C8-D3C3-4643-B514-8EFE738E1645

never threatened her life or safety. I believe she is paranoid and irrationally interprets any response to her provocations to be a "threat."

41.    The stress from dealing with the constant defamation online and frivolous litigation by Ms. Taft and her cronies has caused me severe emotional distress and serious health problems. I am also in a tough financial situation because her meritless legal actions against me have forced me to retain attorneys to help me defend myself, which comes with a high price tag. I really want this nightmare to end so that I can put this crazy saga behind me.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this __12__ day of March, 2025, at Rancho Cucamonga, California.

Signed by:

*Paul Barresi*

PAUL BARRESI

DECLARATION OF PAUL BARRESI ISO SUR-REPLY RE PRELIMINARY INJUNCTION

# EXHIBIT A

≡ Menu                    CBC                    🔍 Search    👤 Sign In

World

# 'This is where they must have found her': Woman who refused to flee California fire is one of the dead

Christina Taft couldn't persuade her partially blind mother to leave their home

[Briar Stewart](#) · CBC News · Posted: Nov 22, 2018 1:00 AM PST | Last Updated: November 22, 2018



Christina Taft stands in what was her kitchen in Paradise, Calif. Her mother Victoria Taft refused to leave the family's duplex on Nov. 8 and was killed in the fire. (Chris Corday/CBC)

As Christina Taft walks through the chalky rubble and blackened ash strewn on her property in Paradise, Calif., she winces as she tries to make sense of the destruction around her.

"This is just completely levelled," she says.

"There is nothing here."

In the corner of what was once her living room, yellow caution tape ropes off a rectangle on the ground. It looks as if someone was digging in the area, and right away Taft  knows why.

"This is where they must have found her."



Christina Taft stands in the rubble of the duplex where she lived for seven years. (Chris Corday/CBC)

This is the first time the 25-year-old has returned since she fled her home nearly two weeks ago when the Camp Fire destroyed nearly 13,000 structures, leaving entire neighbourhoods in the northern California community of about 27,000 unrecognizable.

Eighty-six people are confirmed to have died in the fire, but hundreds of others are still unaccounted for.

This spot in Paradise is the final place where Taft saw her mother, 66-year-old Victoria Taft.

- **California wildfire evacuees prepare their tents for steady rains**

On the morning of Nov. 8, the neighbour with whom they shared their rental duplex knocked on their door, warning that a large fire burning to the east was spreading rapidly, and they should pack up and go.

Taft began loading the trunk of her car with photos, clothes and food, but her mother didn't think there was any need to panic.

2/27/25, 6:57 PM
Fires where they must have burned: Woman who refused to leave California fire zone found dead | CBC News

Case 5:24-cv-01930-TLH-DTB    Document 51-1    Filed 03/12/25    Page 20 of 139    Page
ID #:1782



Searchers found the remains of Victoria Taft in the rubble of her home. (Chris Corday/CBC)

Christina Taft says her mother was partially blind and had been through wildfire evacuations before.

In 2008, when a fire threatened parts of Paradise, her home phone rang with an official emergency alert. First responders patrolled the streets honking horns and telling people to leave. None of that was happening this time.

But as the sky grew darker and ash started to rain down, Taft  grew frightened and pleaded with her mother to leave. When she refused, they began fighting, and in a panic, Christina Taft decided to go on her own.

She joined thousands of others in chaotic exodus out of Paradise. Traffic inched along, and a drive to the city of Chico, which should have taken just 30 minutes, took more than three hours.



An undated photo of Victoria Taft, who was partially blind. (Submitted by Christina Taft)

On the way, she saw flames burning through part of Paradise and realized the grave danger her mother was in.

She desperately called 911 and urged crews to rescue her mother, but they were overwhelmed by calls and a fire already consuming the community and trapping residents.

## Consumed by guilt

Over the next three days Taft and a friend searched the evacuation centres for her mother and listed her as missing.

Then on Nov. 11, she received a call from the coroner's office that her mother's remains had been found.

"I left too early, too early," she says, admitting she is consumed by guilt.

"I am partially responsible, because it is all on us."

2/27/25, 6:07 PM
Case 5:24-cv-01930-TJH-DTB    Document 51-1    Filed 03/12/25    Page 22 of 139    Page
Shouts where they must have found them. A woman who refused to leave. California Imagines of the dead.  CBC News
ID #:1784



Hundreds of search and rescue personnel are in Paradise, going from lot to lot, looking for anyone who didn't make it out. (Chris Corday/CBC)

## A flawed list of casualties

A list of casualties published by the Butte County Sheriff's Office shrinks and swells each day, depending on who is found and who is listed as missing.

The department admits the list is flawed. Some names are on there twice and others are misspelled, but Butte County Sheriff Kory Honea says it will take time to go through the backlog of calls and emails of desperate family members and  friends.

"We are clearing hundreds of hundreds of names, so I still support the decision to get the data out even if it wasn't perfect," Honea says.

- **Rain could complicate search for California wildfire victims**

All the properties in the community were quickly searched after the fire, and now crews are looking for anyone who might be buried, trapped under a wall or a ceiling that collapsed.



Jason Denton, left, and 12 search and rescue volunteers from Jackson County, Ore., spent four days combing through rubble in Paradise neighbourhoods. (Briar Stewart/CBC)

Hundreds of volunteer search and rescue teams from across the United States go lot by lot, picking through the rubble. Wearing respirators and hazmat suits, they focus on areas where people likely were, like bedrooms and living rooms.

Officials admit that some remains may never be found because the fire burned so hot that some bodies might have been incinerated.

## Unprecedented search

This is the largest recovery mission ever in California, and forecast rain is complicating the effort. For crews that don't typically conduct such grim searches, the experience has been a disturbing eyeopener.

"Normally we are looking for a missing  person out in the woods," says Jason Denton, who is with a search and rescue team from Jackson County, Ore.

"We brought 12 volunteers down here, and they will all be changed when they get back."



The search and rescue team takes a second look through what was Christina Taft's home. (Briar Stewart/CBC)

CBC's Journalistic Standards and Practices | About CBC News

Corrections and clarifications | Submit a news tip | Report error ⌄

## TRENDING VIDEOS







VIDEO

**#TheMoment a father and son were saved from a cliff thanks to a 'miracle' backpack**

The National

VIDEO

**A parking garage in downtown Ottawa collapsed**

VIDEO

**This logger says Canada's politicians are missing the point on tariffs**

The National

VIDEO

**Can the U.S. auto industry survive without Canada? | About That**

About That With Andrew Chang

VIDEO

**Gret... ques... final...**

The N...

## RECOMMENDED FOR YOU







BREAKING

**Ontario's Progressive Conservatives cruise to rare 3rd-straight majority, CBC News projects**

**Her daughter is accused of stabbing a 6-year-old. She says she warned officials**

**For the 1st time in Canada, surgeons put teeth in patients' eyes to restore sight**

**Trump says 25% tariff on most Canadian goods will take effect March 4**

**Acto... wife... Mexi... inves...**

2/27/25, 6:27 PM
Case 5:24-cv-01930-TJH-DTB    Document 51-1    Filed 03/12/25    Page 25 of 139    Page
ID #:1787
Focus where they must have found cent woman who rescued coffee California imagine of the dead | CBC News

Lucas Powers

Canada - Toronto | 💬

Kayla Hounsell

Canada - Nova Scotia

Sheena Goodyear

Radio - As It Happens

John Paul Tasker

Politics

Enter

# EXHIBIT B



**The Orion** • December 5, 2018 • https://theorion.com/77084/news/chico-state-student-loses-mother-and-paradise-home-during-the-camp-fire/

# Chico State student loses mother and Paradise home during the Camp Fire

**Yaritza Ayon**

Christina Taft woke up early, Nov. 8, to a neighbor urging her to evacuate. She initially didn't take the evacuation order seriously, but after showering she began to pack up her car. Christina said she packed for about an hour before noticing that her 66 year-old mother, Victoria Taft, was still in her pajamas and had hardly filled her suitcase.

Christina and her mother argued on whether to evacuate and ultimately her mother decided to stay put because she had not heard evacuation orders from officials.

"It took me an hour and a half to get through the town and the whole time I'm like angry and sad that I have all this stuff and not my mom in the car," Christina said. "I didn't understand why she stayed, it doesn't make sense to me."



Chico State student Christina Taft lost her mother in their Paradise home during the Camp Fire. Photo credit: Brian Luong



Christina Taft, a Chico State student, who was affected by the Camp Fire sits outside her temporary home at University Village on Sunday afternoon. Photo credit: Brian Luong

Christina recalled the last major fire that occurred in and near Paradise, the Humboldt Fire which burned 23,344 acres and forced many residents to evacuate. Christina thought the community responded to the Camp Fire in a calmer manner than the Humboldt Fire where she remembers people evacuating urgently. The community's reaction led Christina to believe that was the reason for her mother not wanting to evacuate.

Christina also said she believes she saw a police car pass by her home while she packed up her car. She said the officer did not tell her to evacuate. Christina felt that the community could have done better job of warning the town of the disaster.

While Christina evacuated, she picked up a hitchhiker who told her he would help her go back for her mother. However, at that point, officials were not letting civilians back in to town.

"Other people, they got their family or maybe some of their pets, but they left their stuff,"Christina said. "(My story) is the opposite."

According to Christina, she called 911 several times to see if they could send someone to get her mother out, but nothing was done.

According to Town of Paradise Public Information Officer Matthew Gates, the dispatch center was overwhelmed with calls. Gates said that officers tried to help as many people as possible even after it was unsafe to do so.

"Preservation of human life is our priority, our number one goal," he said.

Over the next few days she went to multiple evacuation centers with the hope of finding her mother. After failing to hear any news, Christina decided to report her missing.



Victoria Taft. Photo Courtesy of Christina Taft

A DNA crosscheck on Thanksgiving revealed her mother had died in the fire.

Victoria was one of 88 people who died in Camp Fire.



Victoria Taft's body was found in the police tape area. Photo credit: Alex Grant

A few days after the fire, Christina emailed all her professors to update them on her situation. Her Business Entrepreneurship Professor Colleen Robb decided to step in and help Christina out.

"Well she sent all of her professors an email, just basically saying what happened and so of course I freaked out," Robb said. "I was like 'okay, what do you need, what's going on and where are you staying?'"

Taft at that time was staying with a close friend still trying figure out the status of her mom. Robb took Christina into her home until they could find her permanent housing. She also spoke with the Business Management Department about accommodating Christina.

The faculty from the department met and created a GoFundMe page for students from Paradise. They were able to give Christina $500.

Christina, an entrepreneurial business student, was upset with the lack of proper communication during the fire so she was inspired to create an Emergency Communication Platform so other communities don't face the same ordeal.

"One of the things that this issue brought up is maybe developing some sort of platform that allows for this kind of communication," Robb said.



Christina Taft walks up the stairs toward her University
Village apartment on Saturday afternoon. Photo credit:
Brian Luong

Christina is now provided with campus housing at University Village. Her housing and food necessities for the upcoming semester will be paid by an alumnus of the Business Management department.

Christina started her own GoFundMe page to help her cover funeral expenses and long-term housing for her final year at Chico State. So far she has raised over 5,000 dollars, but the process of rebuilding her life is just beginning.

Yaritza Ayon can be reached at newseditor@theorion.com or @ayon_yaritza on Twitter.

# EXHIBIT C

Paradise area was heaven for victims of deadly wildfire | AP News

AP SETS THE STANDARD FOR POLITICAL REPORTING.
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.    DONATE

## Paradise area was heaven for victims of deadly wildfire



BY JOCELYN GECKER AND JANIE HAR
Published 2:03 PM PDT, February 15, 2019

On that frantic morning, TK Huff was calm. The 71-year-old amputee sat in his wheelchair, pointing a garden hose at what quickly became the deadliest wildfire in California history.

Nobody knew at the time, early on Nov. 8, how bad it would be. When his family called at 7:15 a.m., Huff said he would leave. But he never made it out.

All around, fires were breaking out, and men and women — most of them elderly, many of them disabled — were doomed: Flames soon overtook 74-year-old Richard Brown's beloved log cabin in the Sierra Nevada foothills. On the edge of neighboring Paradise, a blaze prompted the Feather Canyon Retirement Community to evacuate its residents — all except 88-year-old Julian Binstock, overlooked in the chaos.

It was just the start of a day that was almost unfathomable. An entire town was burned off the map of California. Nearly 14,000 homes were incinerated.

ADVERTISEMENT

All told, 85 people would perish. The oldest was 99; of the 73 bodies that have been identified, 59 were 65 or
older. One hundred days later — with the aid of public records showing the locations of victims' deaths,
CalFire mapping of the fire's progression and dozens of interviews — their stories can be told. How they lived,
how they died.

And how a fire that started at 6:30 a.m. in the tiny town of Pulga would become the nation's deadliest and
most destructive wildfire in more than a century.

———

The flames spread through the back of Concow, where Huff lived. This was no ordinary fire, with fronts
marching steadily forward. Wind gusts of at least 50 mph blew hot embers a mile or more, creating multiple
fires at once and igniting areas the size of football fields every few seconds, said CalFire spokesman Scott
McLean.

Huff and his wife, Margaret, who died in August, knew the risk of wildfires. Their house, high on a wooded
ridge, burned down in 2008. But this was the house where three generations gathered for Easter egg hunts,
for Christmas and Thanksgiving dinners, and pretty much every weekend of the year. With no internet or cell
reception, the focus was always on family.

ADVERTISEMENT



Add to cart

So they rebuilt.

Huff was stoic and strong, a farm laborer who worked in the fields his whole life; he lost a leg in a potato
harvesting accident in 2001 but didn't let his disability hold him back, said his daughter-in-law Pearl
Lankford, whose own house in Paradise burned down along with the homes of eight family members.

When the fire arrived, just after sunrise, Huff's instinct was to save his house.

"We told him, 'You need to evacuate now,'" said his granddaughter Jordan Huff, 22, who lived in Paradise.

"He was putting out the flames in his backyard in his wheelchair," she said. "There was no distress in his
voice."

Soon after the family's call at 7:15 that morning, the house phone went dead. A CalFire simulation shows that by 9 a.m., flames had overtaken Green Forest Lane, where Huff lived.

His remains were found in the ashes of his house. The only thing still standing was his wheelchair, near the back fence with the garden hose.

ADVERTISEMENT



By then a separate fire about a mile away had destroyed the log cabin built by Richard Brown, the unofficial mayor of Concow, a Vietnam veteran whose mom and stepdad had a winery in Paradise — which is how he came to name his daughter, Chardonnay Telly. She recalled her dad as relentlessly upbeat, a man who loved to tinker with old cars that inevitably broke down in the middle of nowhere.

His remains would later be found under one of those vehicles, on his beloved patch of land.

About the same time, more than two miles to the west, on the eastern edge of Paradise, the Feather Canyon Retirement Community was hastily evacuating its more than 100 residents. In the chaos, they somehow overlooked Julian Binstock, 88 — something that rarely happened in a life that took him from Brooklyn to Harvard University to the entertainment business, where he would become a vice president of Warner Communications.

At the retirement community, where he had moved with his wife Elisabetta a decade ago, he was known for his sense of humor. Each year, he won the award for "Funniest Resident"; he kept up his reputation by asking his children for jokes to try out on his neighbors, said his daughter, Christina Lamb, of Southborough, Massachusetts.

ADVERTISEMENT



By 9 a.m., the community was gone, and so was Binstock.

Lamb, her two siblings and children would spend a frantic week looking for him in evacuation centers and hospitals, but he had died in his residence.

She doesn't fault the retirement center. "It's the fire's fault," she said.

ADVERTISEMENT



Add to cart

———

By 10 a.m., the fire surged across a canyon and into the town of Paradise, population 27,000. It had torched 20 square miles and sparked a separate fire miles away on the other side of town.

On the eastern edge of Paradise, 93-year-old Dorothy Lee Herrera had already left a frantic voicemail for her son, Arthur Lee: "There's a fire, we've got to get out!"

But by the time he called back, there was no answer. She and her husband, Lou Herrera, 86, died in the house where they'd lived for a quarter century, amid the ashes of trees that provided fruit for Dorothy's delicious pies.

North of the Herrera home, the fire roared through the Ridgewood Mobile Home Park, a tidy community for people 55 and older near the Ponderosa Elementary School, killing Teresa Ammons, 82, Helen Pace, 84, and Dorothy Mack, an 87-year-old retired clerk for the California Department of Corrections who loved Paradise. To her it was a more affordable Grass Valley, the Northern California town where she's grown up.

Ernie Foss, a 63-year-old musician, also left the expensive San Francisco Bay Area for the cheaper Paradise. His body and that of his dog, Bernice, were found outside his home, near his wheelchair and minivan, according to his children.

The body of his caretaker and stepson, Andrew Burt, was found a quarter-mile away on Edgewood Lane, outside a vehicle at an intersection where four others died in their cars, trying to flee.

Burt was 36 and among the younger victims of the fire. He moved to Paradise with his mother, Linda, and her husband, Foss, about a decade ago and stayed on as a caregiver after his mother died in 2012. His brother, James Burt, said he can't imagine how dire the situation must have been for Andrew to leave Ernie Foss behind.

"The general consensus was that Andy would not have abandoned Ernie," he said, "but if Ernie had passed or told Andy to save himself, he would have."

By the time the fire reached Burt and Foss, it was 10:45 a.m.

Minutes later, the inferno consumed David Marbury, 66. A private man who loved horses, Marbury grew up in Vallejo, California, and headed for the Navy after high school. He eventually retired from the commuter rail Bay Area Rapid Transit and moved to Paradise — "just a good person all around," said his niece, Sadia Quint.

———

By 11 a.m., the center of Paradise was being overtaken by flames.

More than a half-dozen fires to the east of town had merged to form a 32 square-mile inferno, a wall of fire and smoke roughly the size of Manhattan.

As the blaze raced west, it reached the homes of John Digby and Victoria Taft — 2.5 miles apart — almost simultaneously.

Both had spoken to their adult children that morning for the last time.

Victoria Taft's parting words with her 22-year-old daughter, Christina, were tense. A neighbor had come knocking around 8:30 a.m. A fire was coming — they should evacuate. Mother and daughter argued about what to do.

Taft refused to leave. If the threat was real, authorities would order an evacuation, she told her daughter. By 10 a.m. Christina could see the morning sky blackening from smoke. She packed the car and left, joining what had become a bumper-to-bumper exodus.

Victoria Taft's remains were recovered from the ruins of her living room.

In the aftermath, Christina set out to memorialize her mother and in the process discovered a woman she hardly knew existed — a free spirited, fun-loving Southern California beauty who acted in television, movies and commercials, partied with rock stars in the '70s and '80s and traveled the world before motherhood became her focus.

Taft, 66, was losing her eyesight from glaucoma and suffered from memory loss. When Christina asked about her youth, Taft didn't remember the details. But among the items Christina frantically grabbed that morning were boxes of documents from a closet, only later discovering the contents: her mom's old resumes, head shots, casting lists.

The decision to leave her mother behind will forever haunt her. "I didn't do enough to get my mom out," she said. "I feel like I accidentally killed her by not helping her."

Across town, John Digby talked by phone with his son Roman in Owatonna, Minnesota. The son wanted his father to see a doctor about his sore throat. Digby — a 78-year-old Air Force veteran and retired postal carrier — didn't mention anything about a fire.

Two hours later, the fire reached Digby at his home in Space 3 at the Pine Springs Mobile Home Park. A neighbor later told Roman Digby that he tried to get his father to leave, but his father said no.

A quarter-hour after the fire reached Digby and Taft, it came for Andrew Downer — who also had a chance to leave, but chose not to.

Downer, 54, had lost his right leg to diabetes and infection from surgery, and he used a wheelchair. His caregiver Cindy MacDonald was thinking about running over to fix him breakfast, but then she got a call warning of fire. She offered to pick Downer up, but he declined. The dogs didn't want to go. He didn't want to leave the place to looters.

Downer, described by friends as loud and fun and generous, died in the house he had filled with collections of marbles, crystals and antiques — and condiments.

———

Nearly three weeks later, 80-year-old Larry R. Smith was taken off life support at a Northern California medical center — the 85th and final victim of the Camp Fire.

"Uncle Ronnie" — born to a Dust Bowl family of eight children that had come to California to pick crops — loved to host gatherings of the clan on the rambling property he purchased in Paradise about three decades ago. Recently, he had started showing signs of dementia but he was independent and reluctant to leave the first house he ever purchased.

Smith had tried to save his treasured truck, a 1993 Dodge Ram that he rarely drove but plastered with contradictory political bumper stickers. Rescuers found Smith barefoot and badly burned.

He died on Nov. 25.

ADVERTISEMENT



ADVERTISEMENT



**MOST READ**



| | |
|---|---|
| 1 | **Rescued from forced scam compounds, survivors face new nightmare in detention** |
| 2 | **Immigration agents arrest Palestinian activist who helped lead Columbia University protests** |
| 3 | **Ex-central banker to replace Trudeau as Canada's prime minister after winning Liberal Party vote** |
| 4 | **Drawing huge crowds, Bernie Sanders steps into leadership of the anti-Trump resistance** |
| 5 | **Top US health agency makes $25,000 buyout offer to most of its employees** |

ADVERTISEMENT






**foreverspin®**

🍁 MADE IN CANADA

AP SETS THE STANDARD FOR POLITICAL REPORTING.
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.    **DONATE**

## Paradise area was heaven for victims of deadly wildfire



BY  JOCELYN GECKER AND JANIE HAR
Published 2:03 PM PDT, February 15, 2019

On that frantic morning, TK Huff was calm. The 71-year-old amputee sat in his wheelchair, pointing a garden hose at what quickly became the deadliest wildfire in California history.

Nobody knew at the time, early on Nov. 8, how bad it would be. When his family called at 7:15 a.m., Huff said he would leave. But he never made it out.

All around, fires were breaking out, and men and women — most of them elderly, many of them disabled — were doomed: Flames soon overtook 74-year-old Richard Brown's beloved log cabin in the Sierra Nevada foothills. On the edge of neighboring Paradise, a blaze prompted the Feather Canyon Retirement Community to evacuate its residents — all except 88-year-old Julian Binstock, overlooked in the chaos.

It was just the start of a day that was almost unfathomable. An entire town was burned off the map of California. Nearly 14,000 homes were incinerated.



**AP SETS THE STANDARD FOR POLITICAL REPORTING.
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.**

DONATE

# Paradise area was heaven for victims of deadly wildfire



BY JOCELYN GECKER AND JANIE HAR
Published 2:03 PM PDT, February 15, 2019

On that frantic morning, TK Huff was calm. The 71-year-old amputee sat in his wheelchair, pointing a garden hose at what quickly became the deadliest wildfire in California history.

Nobody knew at the time, early on Nov. 8, how bad it would be. When his family called at 7:15 a.m., Huff said he would leave. But he never made it out.

All around, fires were breaking out, and men and women — most of them elderly, many of them disabled — were doomed: Flames soon overtook 74-year-old Richard Brown's beloved log cabin in the Sierra Nevada foothills. On the edge of neighboring Paradise, a blaze prompted the Feather Canyon Retirement Community to evacuate its residents — all except 88-year-old Julian Binstock, overlooked in the chaos.

It was just the start of a day that was almost unfathomable. An entire town was burned off the map of California. Nearly 14,000 homes were incinerated.

# EXHIBIT D



# REQUEST FOR RELEASE OF RECORDS

**REQUESTOR'S CONTACT INFORMATION:**

NAME
Paul Barresi

DATE OF BIRTH
1/12/49

ADDRESS
9648 Nova Place

CITY/STATE/ZIP
Rancho Cucamonga, CA, 91737

PHONE NUMBER
(908) 656-5712    paul barresi@aol.com

**TYPE OF RECORD (CHECK ONE):**

☐ Arrest/Booking Record - **$6 per booking**

☐ Crime Report - **$35 per report**

☐ Incident Report - **No Fee**

**DESCRIBE RECORD REQUESTED:**

CASE NUMBER OR INCIDENT NUMBER (IF KNOWN)

DATE OF INCIDENT (OR APPROXIMATE)
11/8/2018

TIME OF INCIDENT

LOCATION OF INCIDENT (ADDRESS/STREET AND CITY)

NAME(S) OF INVOLVED IN THE INCIDENT
Victoria Taft

**ADDITIONAL INFORMATION:**

**REQUESTING PERSON'S INVOLVEMENT:**

☐ Victim in case
☐ Parent or Guardian of Involved Juvenile
☐ Insurance Company Representative

## DEPARTMENT USE ONLY

**PAYMENT INFORMATION:**

AMOUNT RECEIVED $_____    RECEIPT #_____

☐ CHECK    ☐ CASH    ☐ CREDIT / DEBIT CARD

NOTE: Fees are waived for victims of domestic violence

**OFFICE USE:**

Emp Initial ___CL___    Date Received: 11/8/22

**RECORD RELEASE DISPOSITION (Per the California Public Records Act Government Code 6254 et seq.)**

**RECORD RELEASE APPROVED**

☒ Enclosed is the record you requested.
☒ The record was not redacted.
☐ The record has been redacted due to:
  ☐ Privacy right of the individual(s) named.
  ☐ Confidentiality right of individual(s) named.
  ☐ To protect integrity of the case.

Case/Incident #(s) Released: Case 18-19633
Coroner's report & Autopsy

Released ☐ In Person    ☐ By Mail
  ☐ Placed at pick-up window – RP notified

Emp #: _____  Initial: _CAMD_  Date Ready: 11/18/22

**RECORD RELEASE DENIED OR PROHIBITED BY LAW**

**REASON FOR DENIAL**
☐ No Record of Report
☐ Criminal Investigation – 6254(f) Government Code
☐ Report referred to the DA's Office.
☐ Releasing the Report has the possibility of jeopardizing the case.

☐ Other: _____

Emp ID#: _____  Initial: _____  Date: _____

# BUTTE COUNTY SHERIFF'S OFFICE

5 GILLICK WAY, OROVILLE, CA 95965  (530)538-7321
CA0040000          CORONER'S OFFICE FAX (530) 538-3888

**CORONER'S REPORT**
Page 1 of

**CASE NUMBER:** 18-19633
**RELATED CASE:**
**DEPUTY:** Hastin Stein #13

| DATE/TIME REPORTED | CLASSIFICATION ☐ NATURAL ☐ ACCIDENTAL ☐ SUICIDE ☐ HOMICIDE ☐ SIDS ☐ UNKNOWN | DATE/TIME 11/13/2018 0915 | ☐ PRONOUNCED ☐ FOUND |
|---|---|---|---|

## DECEDENT PERSONAL DATA

| FULL NAME (LAST, FIRST, MIDDLE) Doe (Skeletal Remains) | | DATE OF BIRTH | AGE | RACE ☐ M ☐ F |
|---|---|---|---|---|
| RESIDENCE ADDRESS 5883 Copeland Road | CITY Paradise | | STATE Ca | ZIP CODE |

| HEIGHT | WEIGHT | HAIR | EYES | SCARS | | TATTOOS |
|---|---|---|---|---|---|---|

| DL/ID NUMBER | STATE | SOCIAL SECURITY NUMBER | PLACE OF BIRTH | MARITAL STATUS ☐ S ☐ M ☐ D ☐ W ☐ U |
|---|---|---|---|---|

## DEATH INVESTIGATION

| PLACE OF DEATH 39.75928, -121.60324 | CITY | COUNTY | STATE |
|---|---|---|---|

| PROBABLE CAUSE OF DEATH | AT WORK ☐ YES ☐ NO |
|---|---|

| | ☐ RIGOR MORTIS | ☐ LIVOR MORTIS | ☐ PETECHIAE | ☐ CYANOSIS | BODY TEMPERATURE ☐ WARM ☐ COOL | TRAUMA/INJURIES |
|---|---|---|---|---|---|---|

| LAST SEEN DATE/TIME | WHERE | BY WHOM |
|---|---|---|

| DECEDENT IDENTIFICATION ☐ PHOTO ID ☐ HOSPITAL/ADMISSION RECORDS ☐ FAMILY MEMBER ☐ OTHER: |
|---|

## NEXT OF KIN

| NOTIFIED ☐ YES ☐ NO ☐ PENDING | HOW ☐ IN PERSON ☐ TELETYPE | BY WHOM | DATE/TIME |
|---|---|---|---|

| FULL NAME (LAST, FIRST, MIDDLE) | RELATIONSHIP |
|---|---|

| ADDRESS | HOME PHONE |
|---|---|

| DATE OF BIRTH | DL/ID NUMBER | ALTERNATE PHONE |
|---|---|---|

## PROPERTY

| RESIDENCE SEALED ☐ YES ☐ NO | PROPERTY - RESIDENCE ☐ COLLECTED ☐ NOT COLLECTED ☐ RELEASED TO: |
|---|---|

| MEDICATION COLLECTED ☐ NO ☐ YES | FIREARMS COLLECTED ☐ NO ☐ YES # | CURRENCY COLLECTED ☐ NO ☐ YES $ | WILL/TRUST COLLECTED ☐ NO ☐ YES | KEYS COLLECTED ☐ NO ☐ YES | SUICIDE NOTE COLLECTED ☐ NO ☐ YES |
|---|---|---|---|---|---|

| VEHICLE SEALED ☐ YES ☐ NO ☐ N/A | MAKE/MODEL | LICENSE # | LOCATION (IF DIFFERENT THAN RESIDENCE) |
|---|---|---|---|

| MORTUARY ☐ ON CALL ☐ REQUEST |
|---|

| ATTENDING PHYSICIAN/PHONE | WILL SIGN CERT ☐ YES ☐ NO | FAMILY PHYSICIAN/PHONE |
|---|---|---|

| OUTSIDE AGENCY ☐ CAL-FIRE ☐ CITY FIRE ☐ CHP ☐ CPD ☐ GPD ☐ OPD ☐ PPD ☐ EMS | OFFICER NAME | AGENCY CASE NUMBER |
|---|---|---|

| REPORTING PARTY (IF OTHER THAN ABOVE) | ADDRESS | PHONE |
|---|---|---|
| OTHER (WITNESS, FAMILY, INVOLVED) | ADDRESS | PHONE |

| SIGNATURE | ID NUMBER #13 | DATE 11/13/18 | INV TIME | REPORT TIME |
|---|---|---|---|---|
| SUPERVISOR | | | | DATE |

**SHERIFF'S OFFICE**
**COUNTY OF BUTTE    CA0040000**
**STATE OF CALIFORNIA**

**CASE NUMBER:**
**CONNECTED REPORTS:**
**DATE:**
**OFFICER:**

# CORONER'S REPORT

**DECEDENT:  Doe**

**SOURCE:** Anthropologist had a list of sights to search for remains.

**INVESTIGATION:** On Tuesday, November 13, 2018, at approximately 0915 hours, skeletal remains were located at 5883 Copeland Road in Paradise, California. The remains were outlined by yellow police tape.

**BODY EXAMINATION:**  The remains were cleared and pedestaled by the anthropology unit. The remains were placed in a clean white sheet, then transferred into a brown cardboard box per the suggestion of the anthropologist unit.

**IDENTIFICATION:**  On Tuesday, November 13, 2018, at approximately 0930 hours, Paradise Police Officer Ranlow arrived on scene. Officer Ranlow reported that he located the remains on November 12, 2018, at approximately 1830 hours, during a requested welfare check. Officer Ranlow reported that there was a name associated with the original call and that Paradise Police had multiple contacts with the female that was named, although dispatch was not able to locate the original call with the name.

At approximately 1000 hours, Anthropologist Alison Gallaway reported that she believed that the remains were from a female.

**MEDICAL HISTORY:**  No known medical history at this time.

**MEDICATIONS:**  No known medications at this time.

| Medication | Dosage | Form | Prescribed | Remaining | Doctor | Prescription Date |
|------------|--------|------|------------|-----------|--------|-------------------|
|            |        |      |            |           |        |                   |
|            |        |      |            |           |        |                   |
|            |        |      |            |           |        |                   |
|            |        |      |            |           |        |                   |

**NEXT OF KIN:** No known next of kin at this time.

**PROPERTY:**  No property collected.

San Mateo County Deputy Coroner Hastin Stein #13

_____
Deputy

Reviewed by _____

Page __ of __

BUTTE COUNTY SHERIFFS OFFICE
5 GILLICK WAY    OROVILLE, CA 95965    530-538-7321
SUPPLEMENT 1 - Identification and notification

18-19633

CONTROLLED DOCUMENT - NOT FOR DUPLICATION

Positive ID made by Sacramento County Coroner's office on 11/21/2018. Identification made by DNA. NOK Christina Taft was notified by Detective Hutts.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 43711 | CELENTANO, JENNIFER | 01/22/2019 | 33282 | COLLINS, STEPHEN | 01/23/2019 |
| ☐ BODY CAMERA RECORDED | | | | | |

# County of Sacramento

## Department of Coroner
4800 Broadway, Suite 100
Sacramento, CA 95820-1530

**Kimberly D. Gin**
**Coroner**

---

☒ Autopsy                                          ☐ External Examination

**NAME:**    TAFT, VICTORIA                    **CASE NO.**  B18-00065

**POSTMORTEM DATE:**    11/15/18              **TIME:**  0645

**INVESTIGATING**    Butte County Sheriff-    **AGENCY CASE NO.**  18-19633
**AGENCY:**          Coroner's Office

---

**AUTOPSY FINDINGS:**

1. Charred skeletal remains with a small amount of soft tissue
   A. Portion of heart muscle found for toxicology
   B. Carboxyhemoglobin of 2.8mcg/g

**CAUSE OF DEATH:**    **Thermal injuries**

Date: 12-6-Y

Katherine Raven, M.D.
Forensic Pathologist

KR/clk
R: 11/15/18
T: 11/16/18

TAFT, VICTORIA                                                                    B18-00065                                                2

**IDENTIFICATION:**
Received in a box designated paper bag designated "B18-00065", "18-19633", and "DOE (SKELETAL REMAINS) is a sheet with bone fragments, described below. There are also three bags: one bag is designated "TEETH" and the other two have only the case number.

## EXAMINATION

In the sheet are numerous bone fragments that are calcined and charred. There are larger fragments of long bone, calvarium, vertebrae, and portions of pelvis. Reportedly, the portions of pelvis were examined at the scene by an anthropologist and determined to be possibly female. Further examination is deferred to Anthropology.

In the bags are numerous small, fragmented, calcined and charred bones. These are extremely small portions of various bones, including calvarium, long bones, and phalanges. There is a large fragment of charred tissue; the fragment is difficult to cut due to charring, but there is a heart found with chambers. Blood in the myocardium is submitted for DNA analysis. Other tissue is present, including muscle, possible liver with gallbladder (possible stones).

A section of apparent muscle is submitted for toxicology. No identifying features are found; however, the bag labeled "TEETH" is submitted for dental comparison.


KR/clk
R: 11/15/18
T: 11/16/18

**NMS Labs**

3701 Welsh Road, PO Box 433A, Willow Grove, PA 19090-0437
Phone: (215) 657-4900  Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

CONFIDENTIAL

## Toxicology Report

**Report Issued**  12/08/2018 18:00

To:   **117C**
Sacramento County Coroner
Attn: Kim Gin/Pathology
4800 Broadway, Suite 100
Sacramento, CA  95820

| | |
|---|---|
| **Patient Name** | DOE, SKELETAL REMAINS |
| **Patient ID** | B18-00065 |
| **Chain** | 18345553 |
| **Age** Not Given | **DOB** Not Given |
| **Gender** | Not Given |
| **Workorder** | 18345553 |

**Page 1 of 4**

### Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Carbon Monoxide | 2.8 | mcg/g | 001 - Muscle Tissue |
| Iron | 61 | mcg/g | 001 - Muscle Tissue |
| Carboxyhemoglobin | 9.1 | %Saturation | 001 - Muscle Tissue |
| Beta-Phenethylamine | Positive | ng/g | 002 - Muscle Tissue |

See Detailed Findings section for additional information

Disclaimer: Specimens for elemental testing should be collected in certified metal-free containers. Elevated results for elemental testing may be caused by environmental contamination at the time of specimen collection and should be interpreted accordingly.  It is recommended that unexpected elevated results be verified by testing another specimen.

### Testing Requested:

| Analysis Code | Description |
|---|---|
| 1006TI | Carbon Monoxide - Iron Ratio Profile, Tissue |
| 8052TI | Postmortem, Expanded, Tissue (Forensic) |

### Specimens Received:

| ID | Tube/Container | Volume/ Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Clear Plastic Bag | 7.21 g | 11/15/2018 06:45 | Muscle Tissue | |
| 002 | Homogenate Container | Not Given | 11/15/2018 06:45 | Muscle Tissue | |

All sample volumes/weights are approximations.

Specimens received on 11/28/2018.

NMS v.18.0



**Detailed Findings:**

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Carbon Monoxide | 2.8 | mcg/g | 1.1 | 001 - Muscle Tissue | GC/MS |
| Iron | 61 | mcg/g | 10 | 001 - Muscle Tissue | ICP/OES |
| Carboxyhemoglobin | 9.1 | %Saturation | | 001 - Muscle Tissue | ICP/OES |
| Beta-Phenethylamine | Positive | ng/g | 8700 | 002 - Muscle Tissue | GC/MS |

**Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.**

## Reference Comments:

1. Beta-Phenethylamine (PEA) - Muscle Tissue:

   Beta-Phenethylamine is a decomposition product. The reported qualitative result for this substance was based upon a single analysis only. If confirmation testing is required please contact the laboratory.

2. Carbon Monoxide - Muscle Tissue:

   The Carboxyhemoglobin % saturation result is a calculated result based on the iron and carbon monoxide analyses. The calculated result underestimates the actual carbon monoxide % saturation as it assumes that all iron present is capable of binding carbon monoxide.

   A certain percentage of iron in any human autopsy tissue or organ specimen (except that found in certain pathological conditions, e.g., hemosiderosis or hemochromatosis) represents heme which was originally capable of binding with carbon monoxide (CO) and thus represents the CO-binding capacity of that tissue: each heme iron molecule weight can bind with one carbon monoxide molecule weight. Therefore, at saturation, the ratio of CO to iron is 1:1 molar or 1:2 by weight (MW = 28 g/mole for CO and 56 g/mole for iron).

   In powder burning or putrefied cases, experience has shown that there is a loss of carbon monoxide from that originally present at the time of death. This is also true of formalin-fixed tissues. Further, the calculations used here assume that the iron content determined represents iron solely due to heme, i.e., iron capable of binding CO. Thus, the % CO saturation, as analytically determined in such tissues as the present case, can be reasonably presumed to be substantially less than at death.

3. Carboxyhemoglobin (COHb) - Muscle Tissue:

   This result is a calculated result based on the Iron and Carbon Monoxide analyses. The calculated Carboxyhemoglobin percent saturation underestimates the actual Carbon Monoxide percent saturation since the determination assumes that all Iron present is capable of binding Carbon Monoxide.

4. Iron - Muscle Tissue:

   No reference data available.

## Sample Comments:

| 001 | Tissue specimen required homogenization: 18345553-001 |
| 002 | NMS Labs generated homogenized Tissue sample: 18345553-002 |
| 002 | Due to the nature of this specimen, some analytes may not be detected by GCMS Qualitative analysis. |

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded one (1) year from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 18345553 was electronically
signed on 12/08/2018 17:13 by:

*Jolene J. Bierly*

Jolene J. Bierly, M.S.F.S., D-ABFT-FT
Forensic Toxicologist

## Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 1006TI - Carbon Monoxide - Iron Ratio Profile, Tissue - Muscle Tissue

-Analysis by Gas Chromatography/Mass Spectrometry (GC/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Carbon Monoxide | 1.1 mcg/g | | |

-Analysis by Inductively Coupled Plasma/Optical Emission Spectrometry (ICP/OES) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Carboxyhemoglobin | N/A | Iron | 10 mcg/g |

Acode 8052TI - Postmortem, Expanded, Tissue (Forensic) - Muscle Tissue

-Analysis by Colorimetry (C) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Salicylates | 1400 mcg/g | | |

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Benzodiazepines | 700 ng/g | Cocaine / Metabolites | 140 ng/g |
| Buprenorphine / Metabolite | 3.5 ng/g | Opiates | 140 ng/g |
| Cannabinoids | 70 ng/g | Oxycodone / Oxymorphone | 70 ng/g |

-Analysis by Gas Chromatography/Mass Spectrometry (GC/MS) for: The following is a general list of compound classes included in the Gas Chromatographic screen. The detection of any particular compound is concentration-dependent. Please note that not all known compounds included in each specified class or heading are included. Some specific compounds outside these classes are also included. For a detailed list of all compounds and reporting limits included in this screen, please contact NMS Labs.
Amphetamines, Analgesics (opioid and non-opioid), Anorectics, Antiarrhythmics, Anticholinergic Agents, Anticonvulsant Agents, Antidepressants, Antiemetic Agents, Antihistamines, Antiparkinsonian Agents, Antipsychotic Agents, Antitussive Agents, Antiviral Agents, Calcium Channel Blocking Agents, Cardiovascular Agents (non-digitalis), Local Anesthetics Agents, Muscle Relaxants and Stimulants (Amphetamine-like and others).

-Analysis by Gas Chromatography/Mass Spectrometry (GC/MS) for: Anesthetics, Anticoagulant Agents, Antifungal Agents, Antihypertensive Agents, Anxiolytics (Benzodiazepine and others), Hypnosedatives (Barbiturates, Non-Benzodiazepine Hypnotics, and others) and Non-Steroidal Anti-Inflammatory Agents (excluding Salicylate).

-Analysis by Headspace Gas Chromatography (GC) for:


CONFIDENTIAL    Workorder    18345553

Patient ID    B18-00065

Page 4 of 4

**Analysis Summary and Reporting Limits:**

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|----------|-----------|----------|-----------|
| Acetone | 35 mg/100 g | Isopropanol | 35 mg/100 g |
| Ethanol | 70 mg/100 g | Methanol | 35 mg/100 g |

NMS v.18.0

# EXHIBIT E



# EXHIBIT F

Electronically FILED by Superior Court of California, County of Los Angeles 10/11/2022 2:01 PM Sherri R. Carter, Executive Officer/Clerk, By A. Gonzalez, Deputy Clerk

Case 5:24-cv-01930-TJH-DTB    Document 51-1    Filed 03/12/25    Page 55 of 139    Page ID #:1817

LAW OFFICES OF

**VERNON L. ELLICOTT**
2625 TOWNSGATE ROAD, #330
WESTLAKE VILLAGE, CALIFORNIA 91361
PHONE (805) 446-6262
VLE@VLELAW.COM

Certified Family Law Specialist
The State Bar of California Board
of Legal Specialization

Vernon L. Ellicott, Esq.
State Bar No.: 175334

Attorney for: PAUL BARRESI

# SUPERIOR COURT OF CALIFORNIA

# COUNTY OF LOS ANGELES

| | |
|---|---|
| RICHARD ALBERTINI, | Case No.:   22PDRO01308 |
| Protected Party, | DECLARATION OF PAUL BARRESI IN OPPOSITION TO CIVIL HARASSMENT RESTRAINING ORDER |
| v. | |
| PAUL BARRESI, | |
| Restrained Party. | |

## DECLARATION OF PAUL BARRESI

I, PAUL BARRESI DECLARE:

1. I am the Restrained Party in the above referenced case. I am over the age of 18 and reside in Los Angeles County, California. If called upon to testify, I could and would competently testify of my own personal knowledge of the following facts, except those alleged on information and belief, and as to those facts, I believe them to be true. I hereby submit this declaration in lieu of personal testimony, pursuant to Code of Civil Procedure

§§ 2009 and 2015.5, Rule 1225 of the California Rules of Court, and Rifler v Superior Court, (1974) 39 Cal.App.3d 479.

2. Richard Albertini is a delusion person who spends all of his time posting social media posts defaming me and others with false accusations.  He is a convicted felon, and his own mother got a restraining order against him in LASC case MS009898.

3. In early July 2019, I was retained by Brown-George-Ross law firm, to investigate actor Johnny Depp, on behalf of Amber Heard. More specifically I was assigned to the task of looking into Depp's follies and vices and uncover bad contact from his past, in accordance with bad conduct alleged by Heard. On or about July 11, 2022, Heard's lawyers instructed me to contact Richard Albertini, a former employee of the Viper Room, nightclub formerly owned by Depp in the early 1990's because Albertini had been repeatedly contacting them claiming he knew Depp personally and had some dirt on him that would prove useful to Heard's case.

4. I contacted Albertini to hear what he had to say by way of Facebook, at which time he claimed Depp was a murderer, a satanist, and even had his business partner Anthony Fox killed and buried in the desert. I immediately concluded Albertini was not of sound mind and trying to inject himself into the high-profile case.

5. I researched Albertini's claims, but there was no evidence to support them.  On or about early August, Heard's lawyers and I dismissed Albertini as an unreliable and not credible witness.  Since then, he has been running a campaign of harassment, intimidation, and defamation, against myself, Heard's lawyers, Depp's lawyers and even my own personal lawyer, Ritchie Lewis.  I have been the subject of many public posts and You Tube videos by Albertini defaming me and making false accusations against me.  He has stated he is on a campaign to take me down, whatever that means.

6. It is difficult to follow exactly what his accusations are in his request.  He states I have followed, harassed, and threatened him.  I deny that I have done any of that.

7. On or about April 20, 2022, not May 15, 2022, I called a man named Mario, but mistakenly called Albertini.  I asked for Mario and Albertini falsely identified himself as Mario.  I

thought I was talking to Mario, not Albertini.  Albertini, pretending to be Mario, said something about himself. I responded (thinking I was talking to Mario) that Albertini deserves a bullet in the head.  I don't' recall saying I was going to put a bullet in his head but that he deserves one. I spoke to Mario expressing my frustration with Albertini, but not expressing something that I would actually do.  I do not even own a gun.  Proof that Albertini knows I was not talking to him or threatening him is found in a video he posted online on June 15, 2022  https://www.youtube.com/watch?v=BeCH-_Cr_Ac, which contained the following statements by Mr. Albertini at 6:36:  "**I was sitting in my hotel room when my phone rang. And I answered it. And it was Paul Barresi. He thought I was somebody else.  He [BARRESI] thought I was a guy by the name of Mario when I picked up the phone.  And he said, "MARIO?"  And I said, "YEAH." And he stated babbling on about this and the case and about every other thing. So as Mario I said, "What about Albertini?"  Paul Barresi made the statement that, "Don't worry about Albertini, I'm gonna put a bullet between his eyes."**

8.  Albertini admits that I thought I was talking to Mario, not to Albertini, and that Albertini deceived me about who I was talking with. I admittedly made a derogatory comment about Albertini, BUT NOT TO ALBERTINI, BUT TO MARIO, who I thought I was talking with.  If Albertini had not lied and deceived me about who I was talking with, I would not have made that comment to him.

9.  Again, I do not own a gun and I was just expressing my frustration with Albertini and his many false allegations he has made about me in the past, and continues to make. I was not expressing something I would or could do!  For example, I attach a police report I obtained under a Freedom of Information request from the Lancaster County Sheriff's Department in Lancaster County, South Carolina.  The report contains Mr. Albertini's statements to the Sheriff (*See* Lancaster County Sheriff Department Report, a true and correct copy of which is attached hereto as Exhibit 1).  The report on page 2 tells what Mr. Albertini said:

"Richard advised that he has been receiving death threats for about a year and a half now. Richard stated that he has worked in Hollywood with a lot of different celebrities and has information on the corruption. Richard stated he has worked with people in powerful positions like Nacey Pelosi and has done terrible things on their behalf. I asked when the death threats started. Richard stated a year and a half ago when he met Amber Heard. Amber wanted Richard to be a witness in the current trial she is in. When Richard agreed to testify on her behalf, Amber hired a private investigator Paul Barresi. Paul had interviewed Richard on multiple occasions until Richard found out Paul was a "scum bag." Richard explained that he knows Paul is a for hire hitman. Richard stated that in 1997, Eddie Murphy paid for a transgender prostitute. Then the prostitute was going to come forward and testify against Eddie Murphy. That's when Eddie Murphy hired Paul to kill the transgender prostitute. Richard explained that Paul pushed the prostitute out of the window causing them to fall to their death. Richard advised that Paul admits to these claims on the Ed Opperman podcast.

Richard stated that he has filed a lot of reports in California, but the police will not investigate anything due to the corruption. Richard advised that he is a part of a Christian patriotic group that is trying to fix the world by telling the truth to try and get rid of the corruption. Also, Richard stated that he has tried to come forward about multiple other murders that have occurred but the mayor will not let anyone investigate the claims. When Richard found this information out, he leaked it to the press and has now been receiving death threats from Paul ever since."

10. Mr. Albertini complains that I am harassing his friends but presents no evidence. He says I admitted to having a gun, but I do not own a gun. I did exchange a lot of Twitter posts with him, but I did not threaten him and only responded to him.

11. Mr. Albertini texted me over 400 times after the alleged threat in April of this year. I attach my phone records showing phone and text messages from Albertini, redacted to remove other phone numbers, a true and correct copy of which is attached hereto as Exhibit 2. If anyone is being harassed, it's me! He clearly is not afraid of me. He can present no evidence that I ever threatened him directly or in person because I haven't. In fact, I have never met Albertini in person! He can present no evidence that I present a future threat to him either. Again, he obviously does not see me as a threat, or he wouldn't have texted

1    me over 400 times after the alleged threatening phone call, nor would he have waited five

2    months to file this restraining order case!

12. A yard stick by one might measure how far Albertini is willing to go to terrorize people, in

early 2020 I filed a lawsuit against Trader Joe's for good cause. When Albertini heard

about it, he telephoned the lawyers for Trader Joe's offering himself up as a witness and

followed up with a phone call to my own lawyer Ritchie Lewis, informing council

representing both sides in the matter of Barresi v. Trader Joe's, I was a murderer and old

fag and that he hated me.  Albertini offered to testify against me should he be called and

told my lawyer. Mr. Lewis. he was going to introduce the employee at Trader Joe's who

physically assaulted me to his close friend, "The best employment lawyer in the country,"

and he was going to help the employee who was immediately fired after attacking me in

front of witnesses, get his job back.  Albertini ended his call with Mr. Lewis telling the

veteran civil rights lawyer that he had a loser case and that if Trader Joe's calls him to

testify against me, it will be all over; I won't see a dime. Since Albertini, a self-proclaimed

former friend and business associate of Johnny Depp was dropped as a potential witness

for Heard, he and his cohorts, Ruben Polameres, Aaron McKinney, and Christina

Taft have sidled up to post dozens of podcasts on the internet, falsely accusing me

without fact or basis, including among so many other things, of being a murderer and a

hitman.  The hate and vitriol these devout Christians have spewed not only in podcasts

but on Twitter, Facebook, Instagram; whatever platform is available to them and made

my life a living hell.  Albertini, who claims he was hired by Nancy Pelosi to help her squash

child abuse charges has been banned from Twitter and Instagram. However, his

Facebook page remains. I know this because on the day I was served with the TRO, he

immediately posted photos of it announcing that I was served, which in turn garnered

praise for himself, and continued torment and badgering for me.

13. Richard Albertini is a mentally deranged, severely delusional person who boasts of having

served federal prison time in psychiatric lockup. Since his release from prison, he has

spent most of his life homeless and penniless. Although he states on the TRO that he

resides at his x wife's home in Burbank this is false.  Presently, Albertini resides in various motels where he spends his time on social media, setting up fake accounts because he's been banned from all of them, posting false, defamatory, and outlandish allegations without fact or basis, against public figures including Corey Feldman, Johnny Depp, nationally known podcast personality, Matthew Lewis aka, 'the umbrella guy," myself, and even United States Speaker of the House, Nancy Pelosi, her husband, and her son. the DOJ is actively investigating his insane claim that he was hired by Nancy Pelosi and the Pelosi family to commit felonious acts against an individual perceived by the speaker's family as their enemy.

14. To date, Albertini has filed false police reports against me with the Los Angeles Police Department, the Lancaster South Carolina Sheriff Department, and the FBI. The allegations he leveled against me include murder.  He reported that I murdered comedian, actor Paul Lynde; I am a 'hitman' hired by Eddie Murphy to kill a transvestite, and a murderer for hire, hired by Amber Heard to kill Johnny Depp.

15. In addition to using various platforms like twitter and Instagram to spew hate and lies, about me, Albertini resorts to You Tube, GabTV to wage war on people and hurt them.  Albertini has admitted he is on a campaign to take me down and is not going to ever stop.  He weaponizes the judicial process for purposes of garnering praise from himself and misery for me. This is evident in several posts he made on the internet, including my own personal Facebook page, where immediately after I was served with the TRO he posted a photo of himself proudly gloating over it. How he was able to post on my timeline I will probably never know, but it only proves to show how creative he can be.

16. Albertini has posted dozens of social media posts defaming me and many others claiming we are part of a conspiracy. Here are some of the social media posts Albertini has made defaming me and falsely accusing me of murder and conspiracy.

https://youtube.com/clip/UgkxX3sbRb7EMD7SGRrJic3sZoiqZJzMyU8B

https://www.youtube.com/watch?v=wGSGR6MXXng

1    https://tv.gab.com/channel/aaronmckinney/view/chill-time-62eb258d0085e8085c22209f

2    https://www.youtube.com/watch?v=UZe3j46UmZE

3    https://www.youtube.com/watch?v=BeCH-_Cr_Ac

4    https://tv.gab.com/channel/aaronmckinney/view/addressing-paul-barresi-with-richie-

5    albertini-62aa4a63a4432ab5c247b50f

6    17. I respectfully ask the court to deny the civil harassment restraining order and reimburse

7    me $4,500 that I paid my attorney to defend me so far.

8    I declare under penalty of perjury under the laws of the State of California that the

9    foregoing is true and correct and that this declaration was signed this 10th day of October 2022

10   in Rancho Cucamonga, California

13                                                        PAUL BARRESI

EXHIBIT 1

Lancaster County
Sheriff's Office




**BARRY S. FAILE**

SHERIFF

**Invoice**
**Freedom of Information Act Request**
**Request #  3070**

**Date    9.30.2022**

Requestor          Paul Barresi

Address          9648 Nova Place

                 Rancho Cucamonga, CA 91730

Telephone Number    908.656.5712

Search, retrieval, redaction
    20    minutes  , .333  hours @ $13.50 per hour          $  4.49

Hard copies
    12    pages @ $.22 per page          N/c - e

Discs
    _____ discs @ $1.25 per disc          _____

Thumb drives
    _____ thumb drives @ $4.50 per thumb drive          _____

Other

_____          _____

_____          _____

_____          _____

Total          $  4.49

Less:  Deposit Received          0

Amount Due          $  4.49

P. O. Box 908, 1520 Pageland Highway, Lancaster, South Carolina  29721
803-283-3388



# Lancaster County Sheriff's Office
## Summary



**Print Date/Time:** 09/29/2022 16:55
**Login ID:** dbarfield
**Case Number:** 2022-00024112

Lancaster County Sheriff's Office
**ORI Number:** SC0290000

## Case

| | |
|---|---|
| **Case Number:** 2022-00024112 | **Incident Type:** All Other Offense |
| **Location:** ▮▮▮▮▮ | **Occurred From:** 05/20/2022 12:00 |
| | **Occurred Thru:** 05/20/2022 13:00 |
| **Reporting Officer ID:** 3280 - Montgomery | **Disposition:** |
| | **Disposition Date:** |
| | **Reported Date:** 05/20/2022 17:55 Friday |

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | State | SO1 | Documentation | Documentation | 1 |

## Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Complainant | 1 | MCKINNEY, AARON SCOTT | ▮▮▮▮ | | White | Male | ▮/1980 42 |
| Victim | 1 | ALBERTINI, RICHARD JOHN | ▮▮▮▮ | | White | Male | ▮/1965 56 |

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|

## Property

| Date | Code | Type | Make | Model | Description | Tag No. Item No. |
|---|---|---|---|---|---|---|

## Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|---|

Routing:

**OfficerID: rmontgomery, Narrative**

On 05/20/2022 I, Cpl R. Montgomery, responded to a call for service in reference to meet with complainant at the Sheriffs Office, which is located in Lancaster County South Carolina. Once on scene I spoke with Aaron McKinney and Richard Albertini. Both stated they wanted to file a report due to Richard receiving death threats.

Richard advised that he has been receiving death threats for about a year and a half now. Richard stated that he has worked in Hollywood with a lot of different celebrities and has information on the corruption. Richard stated he has worked with people in powerful positions like Nacey Pelosi and has done terrible things on their behalf. I asked when the death threats started. Richard stated a year and a half ago when he met Amber Heard. Amber wanted Richard to be a witness in the current trial she is in. When Richard agreed to testify on her behalf, Amber hired a private investigator Paul Barresi. Paul had interviewed Richard on multiple occasions until Richard found out Paul was a "scum bag." Richard explained that he knows Paul is a for hire hitman. Richard stated that in 1997, Eddie Murphy paid for a transgender prostitute. Then the prostitute was going to come forward and testify against Eddie Murphy. That's when Eddie Murphy hired Paul to kill the transgender prostitute. Richard explained that Paul pushed the prostitute out of the window causing them to fall to their death. Richard advised that Paul admits to these claims on the Ed Opperman podcast. When Richard found this information out, he leaked it to the press and has now been receiving death threats from Paul ever since.

Richard stated that he has filed a lot of reports in California, but the police will not investigate anything due to the corruption. Richard advised that he is apart of a Christian patriotic group that is trying to fix the world by telling the truth to try and get rid of the corruption. Also, Richard stated that he has tried to come forward about multiple other murders that have occurred but the mayor will not let anyone investigate the claims. Richard stated that he has text messages of the death threats and will forward them to work phone for me to attach them to the report. Richard is currently staying with Aaron and both are scared for someone coming after them. I added Aaron's house to the property check list for the next two weeks. Once all information was obtained I cleared from the call. My department issued body worn camera was activated during the duration of the call and will be uploaded as soon as possible,



# Lancaster County Sheriff's Office

## Summary



**Print Date/Time:** 09/30/2022 10:36
**Login ID:** dbarfield
**Case Number:** 2022-00034182

Lancaster County Sheriff's Office
**ORI Number:** SC0290000

## Case

| | |
|---|---|
| **Case Number:** 2022-00034182 | **Incident Type:** Harassment |
| **Location:** ▮▮▮▮▮ | **Occurred From:** 07/13/2022 16:25 |
| | **Occurred Thru:** 07/13/2022 16:25 |
| **Reporting Officer ID:** 4032 - DeGrandpre | **Disposition:** |
| | **Disposition Date:** |
| | **Reported Date:** 07/13/2022 16:25 Wednesday |

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | State | 13C | 16-3-1710(A) | Threats/harassment | 1 |

## Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Complainant | 1 | MCKINNEY, AARON SCOTT | ▮▮▮▮ | | White | Male | ▮1980 42 |
| Suspect | 1 | BARRESI, PAUL | ▮▮▮▮ | | White | Male | ▮1949 73 |
| Suspect | 2 | NITRINI, MARIO GEORGE | ▮▮▮▮ | | Unknown | Male | |
| Suspect | 3 | Depp, John Christopher, II | | | White | Male | ▮1963 59 |
| Victim | 1 | MCKINNEY, AARON SCOTT | ▮▮▮▮ | | White | Male | ▮1980 42 |
| Witness | 1 | ALBERTINI, RICHARD JOHN | ▮▮▮▮ | | White | Male | ▮1965 56 |
| Witness | 2 | PALOMARES, RUBEN | ▮▮▮▮ | | White | Male | ▮1969 52 |

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|

## Property

| Date | Code | Type | Make | Model | Description | Tag No. Item No. |
|---|---|---|---|---|---|---|

## Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|---|

Routing:

**OfficerID: ndegrandpre, Narrative**

On 7/13/2022 I Deputy DeGrandpre was dispatched to ▇▇▇▇▇▇ located within the boundaries of Lancaster County, SC in regards to harassment. Upon arrival I activated my BWC and made contact with the complainant, Aaron McKinney. In addition to Aaron McKinney, also on scene were Richard Albertini and Ruben Palomares.

Richard Albertini stated that he is a witness in the high profile case of Johnny Depp vs. Amber Heard, and that he is a witness against Johnny Depp. Mr. Albertini stated that the case is going to a retrial and that he will be testifying against Johnny Depp. Mr. Albertini stated that Johnny Depp hired Paul Barresi, known as the "Hollywood Fixer", and that Mr. Barresi has threatened to kill Mr. Albertini.

Mr. Albertini stated that Paul Barresi hired Mario George Nitrini to spread lies about Mr. Albertini and Mr. McKinney on social media outlets. Mr. Albertini stated that Mario Nitrini is a resident of ▇▇▇▇▇ and that he has been posting lies on social media platforms Gab and Twitter regarding Mr. Mckinney. Mr. Albertini and Mr. Mckinney stated that the social media posts have been accusatory in nature regarding inappropriate behavior towards children and that he was a convicted sex offender.

Mr. Albertini stated Mr. Nitrini has made accusatory remarks towards Ruben Palomares accusing him of elder abuse and murder.

When I asked to see the posts, Mr. Mckinney pulled up his social media account and was unable to locate the posts. Mr. McKinney stated it looks as though they had been deleted. Mr. McKinney also stated that he was currently running for SC State House Seat 44.

I advised Mr. McKinney I would submit a report to include all the information they relayed to me. I advised them because the suspects were located in California, they also needed to contact law enforcement in that state. I advised them would do what I could, but I was unclear how far I could take the case since it sounded like a cyber crime and may be beyond my scope.

Mr. McKinney asked me to put his house on property watch for 30 days and I told him we would do that. I filled out a Victim Notification Report and explained to Mr. McKinney how he could get a copy of the report.

My body worn camera was activated upon arrival to the incident location and recorded throughout the entirety of this incident. Barring any unforeseen circumstances, video footage will be downloaded and labeled by end of shift.

**OfficerID: cpayne, Narrative**

I, Deputy C T Payne happened to be at the substation in Indian Land (1821 Sandal Brook Rd), when victim of this case came to pick up a copy of his report. Arron McKinney then requested to speak to a Deputy to add some information to his report. I asked Arron how I could assist him and he made several requests. First Arron wanted Johnny Depp and his attorney Adam Wadman listed as suspects. The only contact information that Arron was able to provide for either man was Wadmans email. That email is ▇▇▇▇▇▇▇▇▇▇▇▇

Arron also wanted to have recorded that Maria Nitrini posted a tweet on his twitter account that said Arron McKinney was a convicted pedophile. Arron showed me a picture of that twitter account on Arron's Gab account. If Arron emails me a copy I will forward that to records under this CRN to attach to this report. Mario's account is- ▇▇▇▇▇▇▇▇▇▇. Since this was posted, Arron states that he is getting death threats from all kinds of people on social media.
At this time all the suspects still seem to be in California.

## VA Contact

22-34182  VA Contact
On 7/21/2022 I did call the victim Aaron McKinney. I let him know that the case had been assigned to Deputy DeGrandpre. He asked about how he could get Johnny Depp added as a suspect and said he was told he would have to talk to the sheriff. I let him know that he could call the sheriff's administrative assistant to schedule a meeting with him, he replied that he had already left her a message.

**OfficerID: cgraffam, Narrative**

Case supplemental report, Additional Information, Sgt. Graffam:

(2022-00034182)

On 07-20-2022, I spoke with Aaron Mckinney and Richard Albertini at the Indian Land substation.  Mr. Mckinney and Mr. Albertini advised me they were still being harassed on social media.  Mr. Mckinney and Mr. Albertini advised me they also filed a harassment report with the police in Mcminnville, TN due to someone who goes by the name "Tug" aka "Umbrella Guy" (possible name: Matthew Lewis) spreading lies about them on a podcast in regards to Mr. Albertini being an "elder abuser" and Mr. Mckinney being a "pedophile"; which both parties claim are false allegations.  I advised both parties this complaint needed to be handled by the authorities in Tennessee.

Mr. Mckinney and Mr. Albertini also wanted me to add the actor Johnny Depp as a suspect in this case.  I asked both parties to explain how Johnny Depp was connected.  Mr. Mckinney and Mr. Albertini stated that Johnny Depp's attorney is Adam Waldman.  Mr. Albertini and Mr. Mckinney stated Adam Waldman hired a private investigator, Paul Barresi, who they believe also works as a hitman, to harass them and possibly kill them.  Mr. Albertini and Mr. Mckinney stated that Paul Barresi has also hired or is conspiring with Mario Nitrini, who Mr. Albertini described as a "social media agitator", to harass them on social media.

Mr. Mckinney showed me an email sent from Paul Barresi (███████████████) to Adam Waldman (███████████████) where Mario Nitrini (███████████████) was cc'd.  This email was sent on April 18th 2022.  Mr. Mckinney also showed me an email sent by Paul to Mario on June 12th 2022.  I advised Mr. Mckinney to hold on to these emails because everything that I was being told would need to be investigated further and this incident would more than likely need to be handled by LAPD since this seems to be the origin of their complaint.

Mr. Albertini stated he is trying to report this to the LAPD but he cannot get anyone on the phone who works in the West Valley Division.  Mr. Mckinney and Mr. Albertini stated they have also reported this to the FBI as well.

I told both parties at this time, I did not feel it was appropriate to list Johnny Depp as a suspect in this report.  I advised both parties that I would speak with my supervisor to see if there was enough evidence to suggest Johnny Depp is a suspect in this case.  Mr. Mckinney also requested a meeting with the Sheriff.  I advised him the best way to handle this was to make an appointment by either calling the main office or to go to the main office and request to make an appointment.


# Carroll Supplement


Case Supplement 2022-00034182, LT. A. Carroll, Additional Information

On 8/3/2022 at 2:39 pm, I, Lt. A. Carroll and Captain Miller, met with Aaron McKinney, Richard Albertini and Rueben Palomares at the Lancaster County Sheriff's Office. This conversation was recorded and uploaded with this case number.
Richard Albertini started stating that a Mario Nitrini has been threatening them. Mario lives in California and has "launched an online smear campaign" against them. Richard continued that because he is apart of a larger group that has posted their (Aaron, Richard, Palomares) addresses and accused them of things that they have not done, such as pedophilia and elder abuse. Richard stated that Mario Nitrinis account that he post from are ███████████ on Twitter.
Aaron then showed me a picture of a mutilated person that Aaron states was sent to him through Gab. Aaron does have a Gab account, ███████████, and a twitter account where he will post. He has received responses to his post where he is accused of being a pedophile. The post will usually have a picture of a Michael Aaron McKinney. It should be known that I have located a Michael McKinney living in Rock Hill according to DMV. He is a registered sex offender and does look similar to Aaron McKinney.
In the responses to Aaron's post, people will say he deserves death and suggest forms of death. People do wish that he dies in these post. Aaron does respond with comments such as he "will look for them".
Richard stated that he gets these types of harassing remarks via telephone calls and text messages. Richard stated that his threats come from Paul Barresi. Richard then gave me a telephone number for Paul as ███████████. Richard said the last correspondence he received from Paul was "probably 10 days ago". This would be around July 24th and Richard said it was a phone call.
Richard then played me a recording. In this recording I can not tell who originated the call. I can not tell who is speaking. I can hear someone call another person "fag" and the other person yelling.
Richard then told me that he was involved in a high-profile case involving John Depp (Johnny Depp) and Amber Heard. Richard stated that he is a character witness on behalf of Amber Heard. Richard continued that he once worked at the Viper Room for Johnny Depp. While there, Richard stated that he saw Johnny Depp hurt people. He continued that because he is a witness on behalf of Amber Heard, Paul Barresi was hired by Johnny Depp to harass him. According to Richard, Paul has told him over the phone that he would "put a bullet in his head". A few days after he made this comment, Paul showed up at Richards ex-wife's home looking for him.
Richard continued that Mario Nitrini is being paid by Paul Baressi to spread this "vicious gossip" about Richard, Aaron and Reuben. Paul Baressi is being paid by Adam Waltman, the attorney for Johnny Depp. Richard stated that he is very dangerous to people like

Johnny Depp and Adam Waltman. When the civil trial started, Richard said that he came forward to be a witness for Amber Heard. At that time, Paul Baressi was an attorney for Amber Heard. Richard states that at the same time, Paul was also working for Johnny Depp. Richard was asked to provide a list to Paul of people that used to work in the Viper Room. Richard did this along with phone numbers and Paul Baressi then started black mailing and paying these people off according to Richard.

Aaron then stated that they have evidence of Paul confessing to a murder. Aaron says that Paul even admitted to this in a podcast that he did. Richard stated that he had received in writing from Paul, stating that Paul had killed a transgender prostitute. Richard stated that Paul is known as the "Hollywood Fixer". Paul is known to go out and threaten people for Hollywood Actors or famous people. Richard stated that Paul was responsible for threatening Michael Jacksons victims' families. I then encouraged them to stick to the reason they are there speaking with me.

Richard and Aaron then reviewed the above with me again.

Richard stated that they have tried to report these allegations to Hollywood and have been told there is nothing they can do. Richard asked that I call West Valley Division in Los Angeles.

Aaron did provide me with a jump drive of screen shots of communication received and screen shots of emails that he thinks prove things such as money transfers and admissions of guilt.

I have attached the screen shots located on the jump drive of the email screen shots provided by Aaron in the case file. The screen shots of the Gab.com messages were not able to uploaded to the case file due to the amount. This jump drive will be submitted into evidence. I did ask Richard to provide me with any messages or further proof of harassment that he has received. I provided each person with my business card to reach me. This card has my email and work cell phone.

Aaron then stated that the people they are dealing with are pedophile rings and the Mossad. Mossad as I know it are the national intelligence agency of Isreal.

I asked Reuben Palomares why he was there, and he stated that he is just a witness to threats that Richard received from Paul. Reuben also stated that Paul has accused him of murder.

Richard then provided me with his lawyer, David Bigney ███████████.

I then asked them to bring there phones so that I could go through them to corroborate the things that they were telling me. Richard and Aaron stated that it would be a few weeks before they could do that due to them traveling.

During this interview, Aaron continued to ask how he could reach me in an emergency. I told him he had my contact number but that 911 was his first course of immediate action. Aaron then stated that "911 is just CYA for us". I reminded him that is the appropriate call first and he said that he needs me in case the "Feds go sideways".

Richard then stated that the real issue is that Johnny Depp has the finances to go the extremes to shut them up. Richard stated that Johnny Depp could fly out Paul to kill them. Richard claimed to have a 30 year relationship with Johnny Depp and knows that he pays people to hurt people.

This concluded our conversation regarding the problems that they were having. I told them that this information would be documented, and I would reach out the FBI and see if they would be willing to investigate this case. Richard, Aaron and Reuben thanked me for my time and left.

**email screen shots from Aaron McKinney**



Dear Adam,

Richard J. Albertini [See Attached] worked at the Viperoom in early 90's as a barrack. Amber's lawyers suggested I contact him in the summer of 2019 while I was working for her because he had reached out to them claiming had dirt on Johnny.



12:46 PM

Starred

After talking to him and
communicating with him on facebook
I deemed him as a nut case and cut
ties with him.  He's been badgering me
ever since with crazy nonsense.  His
behavior however has escalated out of
control so I wanted to give you the
heads up.

Albertini is posting nonsense without
fact or basis on social media. He has
already been booted from facebook
and twitter for his antics.

My friend Mario Nitriini who tells me
he has corresponded with you brought
all this to my attention because
beyond facebook, I really don't do



already been booted from facebook and twitter for his antics.

My friend Mario Nitrini who tells me he has corresponded with you brought all this to my attention because beyond facebook, I really don't do social media.

I've asked Mario to forward you whatever Albertini is posting as it pertains to Johnny to you FYI.

Stay well and hope to hear back from you soon.

Sincerely,

Paul Barresi

RICHARD JOHN ALBERTINI III-Comprehensive-Report.pdf





Ms Cristina.

Yep, they're still going after Amber Heard no matter of the outcome.

Barresi told me they

(Waldman, Chew, Vasquez, ECT)

have a big surprise for Amber if/when she files her appeal.

Well, I've got a

BIGGER "LEGAL" SURPRISE for Johnny Depp and his legal team.

I haven't directly entered the case yet.

This was the tweet I did for Barresi regarding his email he sent to me and you mentioned it was new

https://



## Follow Up

Case Supplement 2022-00034182, Lt. A. Carroll, Additional Information

On 8/31/2022, I spoke with Aaron McKinney via text. We spoke about recent emails he had sent me. These emails contain the same screen shots that he gave me in a jump drive when we first met. I then told Aaron that to date he has not come to the Sheriff's with his phone and neither has Albertini or Palomares. I informed Aaron that the only threat that can be seen is he favors a convicted CSC felon and that person's address was posted. I have not seen where any address in Lancaster County has been posted associated with him. Aaron's business has been posted, which is based in Tega Cay.

As I have read the screen shots that Aaron has provided me, it appears any threat that is direct he responds to. Such as "I'll be looking for you". The other post speaks of what should happen to pedophiles but does not refer directly to him.
Aaron also provided me with contact information for West Hollywood PD. Detective Otrisina ████████. I have called and spoken with Detective Otrisina. He stated that he does have the same information provided to me and that he is looking into the matter. He stated that at this time, it does not appear that any crime has happened in his jurisdiction.
I have also spoken with Special Agent Metcalf with the FBI. Agent Metcalf has agreed to meet with me at the Sheriff's Office. I will give him a copy of this case to include my interview with Aaron, Albertini and Palomares.

## Evidence disc copied to case file

Case Number 2022-00034182, Digital Evidence Tech Joan Bowers, Additional Information

On 08-31-2022 per request from Lieutenant Matthew Carroll on behalf of the FBI,
I downloaded from the WatchGuard System the following (1) BWC from this incident on 07/13/2022. This (1) video was copied onto a DVD+R that will be turned over to Lt. Carroll.

22-34182
Officer Date Time Duration
Lt. Matthew Carroll 8/3/2022 2:39:43 PM 00:47:01

Case Number:  2022-34182
Date of Incident:  07/13/2022
Victim:  Aaron Scott McKinney
Charges: Harassment
Defendants:  Paul Barresi
             Mario George Nitrini

## OfficerID: cwilliams, Narrative

2022-00034182, Deputy C.R. Williams, additional information

On 09/18/2022 at 6:35pm the lobby desk received a phone call from a male subject identifying himself as Paul Barresi.  Mr. Barresi requested information on this particular case number due to redacted information on a photo copy of a report posted online.  Mr. Barresi claimed to have just learned of the investigation.  I only informed Mr. Barresi the current status of the case, date the report was filed, offense listed on the report, and the primary investigating officer.  Mr. Barresi requested to be placed in contact with the investigation officer.  Mr. Barresi provided his personal information and it was added to this report.  I advised Mr. Barresi I would forward this information to Lt. Carroll via email.

Mr. Barresi advised he was willing to cooperate with any investigation and speak with Lt. Carroll as soon as possible.  Mr. Barresi denied any wrong doing in this case.  Mr. Barresi advised he works for various entertainment attorney's under their license or he works for a certified private investigator named "Joseph Gonzalez" under his license.  Mr. Barresi advised this is legal in his home state of California.  Mr. Barresi also advised he has a home in New Jersey.

Paul Barresi
████████████████

Ph#: 908-656-5712

# Case Closure

Case Supplement 2022-00034182, Lt. A. Carroll, Case Status Unfounded

This case has been forwarded to the FBI due to jurisdictional issues. During this investigation, it has been determined that Lancaster County Sheriff's Office does not have the ability to properly investigate this case due to the multiple jurisdictions that are involved. Currently, there does not appear to be a crime committed within the Lancaster County Sheriff's Office jurisdiction. This case will be closed unfounded.

EXHIBIT 2

CONTINUED - (908) 655-5712 , TEXT

CONTINUED - (908) 655-5712 , TEXT

| When | Who | | Destination | Type | Cost |
|---|---|---|---|---|---|
| | | | | TXT | - |



| When | Who | | Destination | Type | Cost |
|---|---|---|---|---|---|
| | | | | TXT | - |
| 10:25 AM | IN | (909) 921-9594 | Upland, CA | TXT | - |
| | | | | PIC | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | PIC | - |

| Mar 14 | 9:43 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
|---|---|---|---|---|---|---|
| | 9:44 AM | IN | 12133029688 | | PIC | - |
| | 9:44 AM | IN | 12133029688 | | PIC | - |
| | 9:46 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | 9:48 AM | IN | 12133029688 | | PIC | - |
| | 9:48 AM | IN | 12133029688 | | PIC | - |
| | 9:48 AM | IN | 12133029688 | | PIC | - |
| | 9:49 AM | IN | 12133029688 | | PIC | - |
| | 9:49 AM | IN | 12133029688 | | PIC | - |
| | 9:49 AM | IN | 12133029688 | | PIC | - |
| | 9:54 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | 9:55 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | 9:57 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | 9:59 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | 10:01 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |

15
TXTS

| Mar 19 | | | | PIC | - |
|---|---|---|---|---|---|
| | | | | PIC | - |
| | | | | PIC | - |
| | | | | PIC | - |
| | | | | TXT | - |
| | | | | PIC | - |
| | | | | PIC | - |
| | | | | TXT | - |
| | | | | PIC | - |
| | | | | PIC | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| 10:01 AM | IN | (909) 288-4015 | Claremont, CA | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | PIC | - |
| | | | | TXT | - |
| | | | | PIC | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | PIC | - |
| | | | | TXT | - |

| Mar 15 | 9:39 AM | IN | 12133029688 | | PIC | - |
|---|---|---|---|---|---|---|
| | 9:40 AM | IN | 12133029688 | | PIC | - |
| | 9:40 AM | IN | 12133029688 | | PIC | - |
| | 9:40 AM | IN | 12133029688 | | PIC | - |
| | 9:41 AM | IN | 12133029688 | | PIC | - |

5
TXTS

| | | | | TXT | - |
|---|---|---|---|---|---|
| | | | | TXT | - |
| | | | | PIC | - |
| | | | | PIC | - |
| Mar 22 | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | PIC | - |
| | | | | TXT | - |
| | | | | PIC | - |
| | | | | TXT | - |
| | | | | PIC | - |
| | | | | TXT | - |
| | | | | TXT | - |

Mar 16

CONTINUED - (908) 656-5712 . TEXT

...CONTINUED - (908) 656-571 TEXT

| When | Who | Destination | Type | Cost | When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|------|-----|-------------|------|------|
| | | | | | 12:18 PM OUT 15627550886 | | | PIC | - |
| | | | | | | | | PIC | - |
| | OUT (ggg) 000 gggg 4 | | TXT | - | | | | TXT | - |
| Mar 23 | | | | | | | | TXT | - |
| | 9:36 AM IN (213) 302-9588 Losangeles, CA | | TXT | - | 12:22 PM IN (562) 755-0886 Lakewood, CA | | | TXT | - |
| Mar 24 | 6:43 PM IN 77 6936 | | TXT | | 12:22 PM OUT (551) 655-2343 Jerseycity, NJ | | | TXT | - |
| Mar 25 | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | PIC | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| Mar 26 | | | | | | | | PIC | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | PIC | - |
| | | | | | | | | TXT | - |
| | | | | | | | | PIC | - |
| | | | | | | | | PIC | - |
| | | | | | | | | TXT | - |
| | | | | | | | | PIC | - |
| | | | | | | | | TXT | - |
| | | | | | | | | PIC | - |
| Mar 27 | | | | | | | | TXT | - |
| | | | | | | | | PIC | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| Mar 28 | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| Mar 29 | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | PIC | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |

# USAGE DETAILS

For information only - charges are shown in the One-Time Charges section.

## (908) 656-5712

CONTINUED - (908) 656-5712 - TALK

### TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| Apr 07 | | | | 1 | |



| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| | | | - | 5 | |
| | | | - | 6 | - |
| | | | - | 4 | - |
| | | | - | 3 | - |
| | | | - | 3 | - |
| | | | - | 7 | - |
| | | | - | 1 | - |
| | | | - | 1 | - |
| | | | - | 1 | - |
| | | | - | 12 | - |
| | | | - | 1 | - |
| | | | - | 1 | - |
| | | | - | 9 | - |
| | | | - | 1 | - |
| | | | - | 2 | - |
| | | | - | 6 | - |
| | | | - | 1 | - |
| | | | - | 1 | - |
| | | | - | 2 | - |
| | | | - | 1 | - |
| | | | - | 1 | - |
| | | | - | 1 | - |
| | | | - | 2 | - |
| | | | - | 1 | - |
| | | | - | 11 | - |
| | | | - | 1 | - |
| | | | - | 11 | - |
| | | | - | 6 | - |
| 8:08 AM | OUT | (213) 302-9638   to Losangeles/CA | - | 1 | - |
| | | | G | 2 | - |
| | | | - | 11 | - |
| | | | - | 8 | - |
| | | | - | 4 | - |
| | | | G | 2 | - |
| | | | - | 1 | - |
| | | | - | 2 | - |
| | | | - | 2 | - |
| | | | - | 1 | - |
| | | | G | 1 | - |
| | | | G | 2 | - |
| | | | G | 1 | - |
| | | | F | 1 | - |
| | | | G | 1 | - |
| | | | - | 8 | - |
| | | | G | 2 | - |
| | | | - | 2 | - |
| | | | F | 4 | - |
| | | | F | 2 | - |
| | | | - | 14 | - |
| | | | F | 6 | - |
| | | | - | 2 | - |
| | | | F | 7 | - |
| | | | - | 1 | - |
| | | | - | 5 | - |
| | | | - | 2 | - |
| | | | - | 1 | - |
| | | | - | 4 | - |
| | | | F | 2 | - |
| | | | - | 1 | - |
| | | | - | 7 | - |
| | | | - | 20 | - |
| | | | - | 4 | - |
| | | | - | 1 | - |
| | | | G | 1 | - |
| | | | G | 1 | - |
| | | | G | 2 | - |
| | | | - | 15 | - |
| | | | G | 1 | - |
| | | | G | 1 | - |
| | | | G | 1 | - |
| | | | - | 2 | - |

...CONTINUED - (908) 656-5712 , **TALK**

...CONTINUED - (908) 656-5712 , **TALK**

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| | | | F | 1 | - |
| | | | G | 2 | |
| | | | F | 52 | - |
| | | | - | 3 | |
| | | | F | 14 | - |
| | | | F | 3 | - |
| | | | - | 4 | |
| | | | F | 4 | - |
| | | | - | 1 | |
| | | | - | 5 | |
| | | | F | 22 | - |
| | | | F | 2 | - |
| | | | F | 2 | - |
| | | | F | 4 | - |
| | | | F | 5 | - |
| | | | A | 6 | - |
| | | | F | 5 | - |
| | | | A | 1 | - |
| | | | F | 13 | - |
| | | | - | 1 | |
| | | | F | 2 | - |
| | | | - | 19 | |
| | | | F | 1 | - |
| | | | G | 1 | - |
| | | | F | 5 | - |
| | | | - | 81 | |
| | | | F | 1 | - |
| | | | F | 1 | - |
| | | | F | 2 | - |
| | | | F | 16 | - |
| | | | - | 1 | |

**Apr 17**

**Apr 18**

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| 2:51 PM  IN  (213) 302-9688 | Incoming | | - | 1 | - |
| 2:53 PM  OUT 123 | VM Retrieval | | G | 2 | - |
| 2:55 PM  OUT (213) 302-9688 | to Losangeles/CA | | - | 1 | |
| | | | - | 1 | |
| | | | A | 27 | |
| | | | G | 2 | |
| | | | F | 2 | |
| | | | - | 1 | |
| | | | - | 10 | |
| | | | - | 2 | |
| | | | - | 1 | |
| | | | G | 1 | - |
| | | | F | 1 | - |
| | | | F | 1 | - |
| | | | F | 32 | - |
| | | | - | 6 | |
| | | | F | 5 | - |
| | | | F | 22 | - |
| | | | F | 2 | - |
| | | | - | 5 | |
| | | | F | 2 | - |
| | | | - | 1 | |
| | | | F | 1 | - |
| | | | F | 1 | - |
| | | | A | 3 | - |
| | | | F | 28 | - |
| | | | - | 1 | |
| | | | F | 12 | - |
| | | | F | 4 | - |
| | | | F | 3 | - |
| | | | F | 2 | - |
| | | | F | 1 | - |
| | | | F | 6 | - |
| | | | F | 11 | - |
| | | | A | 6 | - |
| | | | - | 2 | |
| | | | - | 1 | |
| | | | - | 1 | |
| | | | - | 2 | |
| | | | - | 2 | |
| | | | - | 1 | |
| | | | - | 1 | |
| | | | F | 2 | - |
| | | | F | 2 | - |
| | | | - | 1 | |
| | | | - | 1 | |
| | | | F | 2 | - |
| 4:14 PM  OUT (213) 302-9688 | to Losangeles/CA | | - | 6 | - |
| | | | - | 11 | |
| | | | - | 1 | |
| | | | F | 5 | - |



CONTINUED - (908) 656-5712, TEXT

...CONTINUED - (908) 656-5712, TEXT

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| | | | TXT | - |
| Apr 08 | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| Apr 09 | | | TXT | - |
| | | | TXT | - |
| Apr 10 | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | PIC | - |
| Apr 11 | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| Apr 12 | | | TXT | - |
| | | | TXT | - |

| When | Who | | Destination | Type | Cost |
|------|-----|--|-------------|------|------|
| | :57 AM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| | :16 AM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| | :53 AM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| | :54 AM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| Apr 13 | :56 AM | IN (213) 302-9688 | Losangeles, CA | TXT | - |

5 TXTS

...CONTINUED - (908) 656-5712 · **TEXT**    ...CONTINUED - (908) 656-5712 · **TEXT**

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| | | | TXT | - |
| | | | TXT | - |
| 3:01 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 3:04 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 3:06 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 3:01 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| | | | TXT | - |
| 6:10 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| | | | | |
| 7:52 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| | | | | |
| 7:54 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| | | | | |
| 8:02 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:04 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:08 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:14 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:21 PM | 12133029688 | | PIC | - |
| 8:21 PM | 12133029688 | | PIC | - |
| 8:21 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:23 PM | 12133029688 | | PIC | - |
| 8:23 PM | 12133029688 | | PIC | - |
| 8:23 PM | 12133029688 | | PIC | - |
| 8:23 PM | 12133029688 | | PIC | - |
| 8:23 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:23 PM | 12133029688 | | PIC | - |
| 8:24 PM | 12133029688 | | PIC | - |
| 8:24 PM | 12133029688 | | PIC | - |
| 8:32 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:33 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:42 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:44 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:02 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:02 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:02 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:02 PM | IN 12133029688 | | PIC | - |
| | | | | |
| 6:10 AM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 6:10 AM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 6:41 AM | IN (442) 216-6855 | Vista, CA | TXT | - |
| | | | | |
| 1:58 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 2:42 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 2:42 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 2:44 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| | | | | |
| 2:50 PM | IN 12133029688 | | PIC | - |
| 3:16 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| 9:18 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 11:22 AM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 11:24 AM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 11:48 AM | IN (772) 634-2588 | Stuart, FL | TXT | - |
| 12:14 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 1:33 PM | IN 72166 | | TXT | - |
| 2:27 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| 3:29 PM | IN 18189079688 | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| 6:39 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 7:03 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 7:09 PM | IN 12133029688 | | PIC | - |
| 7:09 PM | IN 12133029688 | | PIC | - |
| 7:14 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 7:33 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 7:34 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:35 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:57 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:01 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:01 PM | IN 12133029688 | | PIC | - |
| 9:01 PM | IN 12133029688 | | PIC | - |
| 9:01 PM | IN 12133029688 | | PIC | - |
| 9:02 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:03 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:05 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:07 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |

APR 17 CONT.

Apr 19

32 TXTS

Apr 18

6 TXTS

38



CONTINUED - (908) 656-5712  TEXT

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| | | | | |

...CONTINUED - (908) 656-5712  TEXT

| When | Who | | Destination | Type | Cost |
|------|-----|---|-------------|------|------|
| 8:15 AM | IN | 12133029688 | | PIC | - |
| 8:15 AM | IN | 12133029688 | | PIC | - |
| 8:15 AM | IN | 12133029688 | | PIC | - |
| 8:15 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:17 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:17 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:18 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:18 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:19 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:20 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:22 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:22 AM | IN | 12133029688 | | PIC | - |
| 8:22 AM | IN | 12133029688 | | PIC | - |
| 8:22 AM | IN | 12133029688 | | PIC | - |
| 8:22 AM | IN | 12133029688 | | PIC | - |
| 8:23 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:24 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:28 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:28 AM | IN | 12133029688 | | PIC | - |
| 8:28 AM | IN | 12133029688 | | PIC | - |
| 8:28 AM | IN | 12133029688 | | PIC | - |
| 8:29 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |

**21 TXTS**

Apr 20

| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | PIC | - |
| | | | | PIC | - |
| | | | | PIC | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| 8:14 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:16 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |

**10 TXTS**

| 9:16 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:45 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:46 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 10:25 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |

**4 TXTS**

| 10:10 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | | | | TXT | - |
| 10:25 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| 2:36 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 3:52 PM | OUT | (818) 916-3337 | Van Nuys, CA | TXT | - |
| 4:40 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 4:42 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 4:57 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 5:05 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 5:08 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | | | | PIC | - |
| | | | | TXT | - |
| | | | | PIC | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | PIC | - |
| | | | | TXT | - |
| | | | | PIC | - |
| | | | | TXT | - |
| | | | | TXT | - |
| 9:10 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |

**1 TXT**

Apr 21

| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |

Apr 07, 2022 - May 06, 2022    957963547    12 of 16

CONTINUED - (908) 656-5712 , **TEXT**

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| | | | TXT | - |
| | | | TXT | - |
| 2:21 PM | IN | (818) 916-3737  Van Nuys, CA | TXT | - |
| Apr 25 | | | | |
| Apr 26 | | | | |

CONTINUED - (908) 656-5712 , **TEXT**

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| | | | TXT | - |
| 12:17 PM | IN | (213) 302-9688  Losangeles, CA | TXT | - |
| 1:41 PM | OUT | (909) 545-0910  Ontario, CA | TXT | - |
| | | | PIC | - |
| | | | PIC | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | TXT | - |

...CONTINUED - (908) 656-5712  **TALK**

| When | Who | Description | Type | Min | Cost |
|---|---|---|---|---|---|
| Totals | | | | 4,150 | $14.95 |

The date and time corresponds to the local time where the mobile was located.

WHO: **OUT** Outgoing  **IN** Incoming   TYPE: **F** Mobile2Mobile  **G** Voicemail  **A** Call Waiting

**TEXT**

| When | Who | Destination | Type | Cost |
|---|---|---|---|---|
| May 07 | | | | |



| 8:02 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:52 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:53 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |

| 12:30 PM | IN | (818) 916-3337 | Van Nuys, CA | TXT | - |
| 12:48 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 12:49 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |

...CONTINUED - (908) 656-5712 , **TEXT**

| When | Who | Destination | Type | Cost |
|---|---|---|---|---|
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | PIC | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| 12:40 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | | | | TXT | - |
| 2:01 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| May 10 | | | | PIC | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |

2 TXTS

7





...CONTINUED-(908) 656-5712, TEXT

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|

...CONTINUED-(908) 656-5712, TEXT

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| | 10:38 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | |
| May 19 | 5:10 AM | OUT | (818) 691-8676 | No Hollywd, CA | TXT | |
| | 5:11 AM | OUT | (818) 691-8676 | No Hollywd, CA | TXT | |

| | 3:04 PM | IN | (818) 916-3337 | Van Nuys, CA | TXT | |
| | 9:22 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | |
| | 2:59 AM | IN | (818) 916-3337 | Van Nuys, CA | TXT | |

2

...CONTINUED - (908) 655-5712 , TEXT

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| MAY 20 CONT. | | | TXT | |
| 9:50 PM  IN  (213) 302-9688  Los angeles, CA | | | TXT | - |
| May 21 | | | PIC | |
| May 22 | | | | |

...CONTINUED - (908) 655-5712 , TEXT

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| 5:13 AM  IN  (818) 916-3337  Van Nuys, CA | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| 8:12 AM  OUT (818) 916-3337  Van Nuys, CA | | | TXT | - |
| 8:14 AM  IN  (818) 916-3337  Van Nuys, CA | | | TXT | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | PIC | - |
| | | | PIC | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | PIC | - |
| | | | PIC | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |





CONTINUED - (908) 656-5712, TEXT

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| | 10:41 AM  IN  19142278695 | | PIC | - |
| | 10:42 AM  OUT (914) 227-8695 | White Pls, NY | TXT | - |
| | 10:42 AM  IN  19142278695 | | PIC | - |

CONTINUED - (908) 656-5712, TEXT

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| | 9:26 PM  OUT (818) 916-3337 | Van Nuys, CA | TXT | - |
| May 30 | 6:19 AM  IN  (818) 916-3337 | Van Nuys, CA | TXT | - |
| | 6:19 AM  IN  (818) 916-3337 | Van Nuys, CA | TXT | - |

| May 27 | | | | |
| May 28 | | | | |
| May 29 | | | | |

| | 3:39 PM  OUT (833) 773-2729  1-833 # | | TXT | - |

| Jun 01 | 3:54 AM  IN  (213) 302-9688 | Los Angeles, CA | TXT | - |



...CONTINUED - (908) 656-5712  TEXT

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| | | | | |

JUN 1 cont.

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | PIC | - |
| | | | PIC | - |
| 6:31 PM | IN | (213) 302-9688 | Losangeles, CA | TXT |

...CONTINUED - (908) 656-5712  TEXT

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| 10:33 AM | OUT | | | |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |

Jun 02

| 7:11 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 7:11 AM | IN | 12133029688 | | PIC | - |

| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |

| 6:59 PM | IN | 12133029688 | | PIC | - |
| 7:43 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 7:44 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 7:49 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |

| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |

| 8:57 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |

Jun 03

| 5:19 AM | IN | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |



(908) 656-5712

## TEXT



| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| Jun 05 | | | | · |
| | | | | · |
| Jun 06 | | | | · |
| | | | | · |
| | | | | · |
| | | | | · |
| | | | | · |
| 12:02 PM | IN (310) 922-2284 | Simi Nvls, CA | TXT | |
| 5:11 PM | IN (213) 302-9688 | Losangeles, CA | TXT | |
| 6:24 PM | OUT (818) 916-5557 | Van Nuys, CA | TXT | |

| Totals | | | | $0.00 |

The date and time corresponds to Pacific Time (PST/PDT).

WHO: **OUT** Outgoing  **IN** Incoming    TYPE: **PIC** Picture  **TXT** Text

## DATA

| When | Service | Origin | Type | MB | Cost |
|------|---------|--------|------|-----|------|
| May 07 | Mobile Internet | - | - | 19.5627 | · |
| May 08 | Mobile Internet | - | - | 103.2259 | · |
| May 09 | Mobile Internet | - | - | 24.8167 | · |
| May 10 | Mobile Internet | - | - | 10.8177 | · |
| May 11 | Mobile Internet | - | - | 15.2386 | · |
| May 12 | Mobile Internet | - | - | 22.2991 | · |
| May 13 | Mobile Internet | - | - | 25.8069 | · |
| May 14 | Mobile Internet | - | - | 11.8266 | · |
| May 15 | Mobile Internet | - | - | 15.9232 | · |
| May 16 | Mobile Internet | - | - | 14.4496 | · |
| May 17 | Mobile Internet | - | - | 22.2944 | · |
| May 18 | Mobile Internet | - | - | 16.1058 | · |
| May 19 | Mobile Internet | - | - | 39.1175 | · |
| May 20 | Mobile Internet | - | - | 20.8158 | · |
| May 21 | Mobile Internet | - | - | 17.7573 | · |
| May 22 | Mobile Internet | - | - | 15.0599 | · |
| May 23 | Mobile Internet | - | - | 11.2399 | · |
| May 24 | Mobile Internet | - | - | 90.9505 | · |
| May 25 | Mobile Internet | - | - | 256.4476 | · |
| May 26 | Mobile Internet | - | - | 163.2798 | · |
| May 27 | Mobile Internet | - | - | 20.7114 | · |
| May 28 | Mobile Internet | - | - | 22.8713 | · |
| May 29 | Mobile Internet | - | - | 25.7776 | · |
| May 30 | Mobile Internet | - | - | 19.4799 | · |
| May 31 | Mobile Internet | - | - | 70.7757 | · |
| Jun 01 | Mobile Internet | - | - | 14.0522 | · |
| Jun 02 | Mobile Internet | - | - | 67.5686 | · |
| Jun 03 | Mobile Internet | - | - | 21.6967 | · |
| Jun 04 | Mobile Internet | - | - | 160.0413 | · |
| Jun 05 | Mobile Internet | - | - | 9.4818 | · |
| Jun 06 | Mobile Internet | - | - | 38.8772 | · |
| Totals | | | | 1,244.3692 | $0.00 |

The date and time corresponds to Pacific Time (PST/PDT).

CONTINUED-(908) 656-5712 . TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|

CONTINUED-(908) 656-5712 . TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| | | | - | 10 | - |
| | | | - | 6 | - |
| | | | - | 1 | - |
| | | | - | 4 | - |
| | | | - | 1 | - |
| | | | - | 1 | - |
| | | | - | 3 | - |
| | | | G | 1 | - |
| | | | G | 1 | - |
| | | | - | 15 | - |
| | | | - | 3 | - |
| | | | - | 3 | - |
| | | | - | 1 | - |
| | | | - | 2 | - |
| | | | - | 1 | - |
| | | | - | 1 | - |
| Jun 23 | | | - | 3 | - |
| | | | A | 1 | - |
| | | | - | 2 | - |
| | | | - | 1 | - |
| | | | - | 2 | - |
| | | | - | 1 | - |
| | | | - | 3 | - |
| | | | - | 2 | - |
| | | | F | 3 | - |
| | | | - | 60 | - |
| | | | - | 3 | - |
| | | | - | 1 | - |
| | | | - | 15 | - |
| | | | - | 4 | - |
| | | | - | 1 | - |
| | | | - | 7 | - |
| | | | - | 19 | - |
| | | | - | 41 | - |
| | | | - | 8 | - |
| | | | F | 2 | - |
| | | | - | 1 | - |
| | | | - | 3 | - |
| | | | - | 3 | - |
| | | | - | 4 | - |
| | | | F | 1 | - |
| | | | - | 2 | - |
| | | | - | 21 | - |
| | | | - | 2 | - |
| | | | - | 1 | - |
| | | | - | 3 | - |
| | | | - | 3 | - |
| Jun 24 | | | - | 1 | - |
| | | | - | 3 | - |
| | | | - | 1 | - |
| | | | - | 8 | - |
| | | | - | 1 | - |
| | | | F | 1 | - |
| | | | F | 1 | - |
| | | | F | 1 | - |
| | | | - | 1 | - |
| | | | F | 1 | - |
| | | | - | 1 | - |
| | | | - | 8 | - |
| | | | - | 2 | - |
| | | | - | 1 | - |
| | | | - | 3 | - |
| | | | - | 23 | - |
| | | | - | 2 | - |
| | | | - | 1 | - |
| | | | - | 3 | - |
| | | | - | 1 | - |
| | | | - | 1 | - |
| | | | - | 1 | - |
| | | | - | 2 | - |
| | | | G | 1 | - |
| | | | - | 44 | - |
| | | | A | 4 | - |
| | | | F | 1 | - |
| | | | F | 1 | - |
| | | | F | 3 | - |
| 6:22 PM OUT (213) 302-9638 to Losangeles/CA | | | F | 2 | - |

**T**

..CONTINUED-(908) 656-5712 , TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| | | | | 1 | |

..CONTINUED-(908) 656-5712 , TALK

| When | Who | Description | Type | Min | Cost |
|------|-----|-------------|------|-----|------|
| | | | - | 2 | - |
| 8:56 PM | OUT (818) 691-8676 | to No Hollywd/CA | - | 7 | - |
| | | | - | 13 | - |
| | | | - | 13 | - |
| | | | - | 1 | - |
| | | | G | 1 | - |
| | | | G | 1 | - |
| | | | G | 1 | - |
| | | | - | 6 | - |
| | | | - | 5 | - |
| | | | - | 10 | - |
| | | | - | 1 | - |
| | | | - | 1 | - |
| | | | - | 31 | - |
| | | | - | 5 | - |
| | | | - | 1 | - |
| | | | - | 3 | - |
| | | | - | 2 | - |
| | | | - | 3 | - |
| Jun 29 | | | - | 1 | - |
| | | | - | 1 | - |
| | | | G | 1 | - |
| | | | F | 1 | - |
| | | | F | 5 | - |
| | | | - | 1 | - |
| | | | - | 6 | - |
| | | | - | 1 | - |
| | | | - | 2 | - |
| | | | G | 1 | - |
| | | | - | 1 | - |
| | | | - | 22 | - |
| | | | - | 1 | - |
| | | | - | 1 | - |
| | | | - | 2 | - |
| | | | - | 1 | - |
| | | | - | 5 | - |
| | | | - | 15 | - |
| | | | - | 2 | - |
| | | | - | 2 | - |
| | | | F | 7 | - |
| | | | A | 4 | - |
| Jun 30 | | | - | 2 | - |
| | | | - | 5 | - |
| | | | - | 3 | - |
| | | | - | 6 | - |
| | | | A | 3 | - |
| | | | - | 17 | - |
| | | | F | 3 | - |
| | | | F | 2 | - |
| | | | - | 2 | - |
| | | | - | 11 | - |
| | | | - | 2 | - |
| | | | - | 6 | - |
| | | | A | 1 | - |
| | | | - | 9 | - |
| | | | - | 2 | - |
| | | | - | 1 | - |
| Jul 01 | | | C | 4 | - |
| | | | C | 2 | - |
| | | | - | 13 | - |
| | | | - | 16 | - |
| 11:20 AM | OUT (213) 302-9888 | to Losangeles/CA | - | 1 | - |
| | | | Jul 06 | | |
| | | | - | 1 | - |
| | | | - | 1 | - |
| | | | - | 1 | - |
| | | | - | 4 | - |
| | | | - | 3 | - |
| Jul 02 | | | - | 3 | - |
| | | | - | 2 | - |
| | | | A | 3 | - |
| | | | - | 3 | - |
| | | | F | 2 | - |
| | | | - | 7 | - |
| | | | A | 21 | - |
| | | | - | 3 | - |
| | | | - | 1 | - |
| | | | - | 2 | - |
| | | | F | 7 | - |
| | | | F | 1 | - |



CONTINUED - (908) 656-5712 , TALK

| When | Who | Description | Type | Min | Cost |
|---|---|---|---|---|---|

Totals

The d

WHO
Waitin

TEXT
When
Jun 07

11:02 PM   IN   (213) 302-9688   Losangeles, CA     TXT

Jun 08

Jun 09

Jun 10

Jun 11

CONTINUED - (908) 656-5712 , TEXT

| When | Who | Destination | Type | Cost |
|---|---|---|---|---|
| | | | PIC | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | PIC | |
| | | | PIC | |
| | | | PIC | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| 1:26 PM   IN   (213) 302-9688   Losangeles, CA | | | TXT | |
| | | | PIC | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | PIC | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | PIC | |
| | | | PIC | |
| | | | PIC | |
| | | | TXT | |
| | | | TXT | |
| | | | PIC | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| 6:29 PM   IN   (213) 302-9688   Losangeles, CA | | | TXT | |
| | | | TXT | |
| | | | TXT | |
| 10:10 PM   IN   (213) 302-9688   Losangeles, CA | | | TXT | |
| 11:15 PM   IN   (213) 302-9688   Losangeles, CA | | | TXT | |

1 TXT

4 TXTS

6



CONTINUED - (908) 656-5712, TEXT

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| Jun 15 | | | TXT | |

4:56 PM  IN  (213) 302-9688  Losangeles, CA    TXT

CONTINUED - (908) 656-5712, TEXT

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |





...CONTINUED - (908) 656-5712 **TEXT**

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| | | | TXT | - |
| | | | TXT | - |
| 1:55 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| Jun 17 12:02 AM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 12:05 AM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 12:07 AM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 12:08 AM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 12:12 AM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 12:16 AM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 12:17 AM | IN (213) 302-9688 | Losangeles, CA | TXT | - |

Jun 18

| 4:11 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |

| 9:37 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| Jun 19 12:11 AM | IN (213) 302-9688 | Losangeles, CA | TXT | - |

...CONTINUED - (908) 656-5712 **TEXT**

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| | | | TXT | - |
| | IN (213) 354-6308 | Glendale, CA | TXT | - |
| 1:09 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 1:26 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| 5:46 PM | OUT (213) 302-9688 | Losangeles, CA | TXT | - |
| 5:46 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 5:57 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 5:59 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 6:03 PM | OUT (914) 227-9695 | White Pls, NY | TXT | - |
| 4:44 AM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:51 AM | OUT (951) 442-5677 | Perris, CA | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| 4:25 PM | OUT (202) 560-4607 | Washington, DC | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |

Jun 07, 2022 - Jul 06, 2022    957963547    12 of 18

...CONTINUED - (908) 656-5712  TEXT

...CONTINUED - (908) 656-5712  TEXT

| When | | | | | | Destination | | Type | Cost |
|---|---|---|---|---|---|---|---|---|---|
| Jun 22 | 8:5 | | | | | | | TXT | - |
| | 9:0 | | | | | | | TXT | - |
| | 10:1 | | | | | | | TXT | - |
| | 11:3 | | | | | | | TXT | - |
| | 11:3 | | | | | | | TXT | - |
| | 11:3 | | | | | | | TXT | - |
| | 11:3 | | | | | | | TXT | - |
| | 11:3 | | | | | | | TXT | - |
| | 11:3 | | | | | | | TXT | - |
| | 11:3 | | | | | | | TXT | - |
| | 11:3 | | | | | | | PIC | - |
| | 11:3 | | | | | | | TXT | - |
| | 12: | | | | | | | TXT | - |
| | 12: | | | | | | | TXT | - |
| | 1: | | | | | | | TXT | - |
| | 1: | | | | | | | TXT | - |
| | 1: | | | | | | | TXT | - |
| | 2: | | | | | | | TXT | - |
| | 2: | | | | | | | TXT | - |
| | 2: | | | | | | | TXT | - |
| | 2: | | | | | | | TXT | - |
| | 3: | | | | | | | TXT | - |
| | 4: | | | | | | | PIC | - |
| | 5: | | | | | | | TXT | - |
| | 5: | | | | | | | TXT | - |
| | 5: | | | | | | | TXT | - |
| | 5: | | | | | | | TXT | - |
| | 5: | | | | | | | TXT | - |
| | 5: | | | | | | | TXT | - |
| | 5: | | | | | | | TXT | - |
| | 5: | | | | | | | TXT | - |
| | | | | | | | | PIC | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | PIC | - |
| | | | | | | | | PIC | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | PIC | - |
| | | | | | | | | TXT | - |
| | | | | | | | | TXT | - |
| | | | | | | | | PIC | - |
| | | | | | | | | TXT | - |
| | | | | | | | | PIC | - |
| | | | | | | | | PIC | - |
| | | | | | | | | TXT | - |
| Jun 23 | | | | | | | | TXT | - |
| | 7:31 PM | IN | (213) 302-9688 | Losangeles, CA | | | | TXT | - |
| | 7:31 PM | IN | (213) 302-9688 | Losangeles, CA | | | | TXT | - |
| | 7:32 PM | IN | (213) 302-9688 | Losangeles, CA | | | | TXT | - |
| | 7:34 PM | IN | (213) 302-9688 | Losangeles, CA | | | | TXT | - |

4 TXTS

4




...CONTINUED - (908) 656-5712 . **TEXT**

| When | Who | | Destination | Type | Cost |
|------|-----|--|-------------|------|------|
| JUN 29 CONT. | | | | | |
| 9:16 PM | IN | (516) 635-3037 | Selden, NY | TXT | - |
| 9:18 PM | IN | 12133029688 | | PIC | - |
| 9:18 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:19 PM | IN | 12133029688 | | PIC | - |
| 9:30 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:32 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:36 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:49 PM | OUT | (202) 550-4507 | Washington, DC | TXT | - |
| 9:50 PM | OUT | (202) 550-4507 | Washington, DC | TXT | - |
| 9:52 PM | OUT | (202) 550-4507 | Washington, DC | TXT | - |
| 10:21 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 10:33 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | | | | | |
| | | | | | |
| | | | | | |
| 11:11 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 11:17 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |

*18 TXTS*

Jun 30

| | | | | | |
|------|-----|--|-------------|------|------|
| 7:58 PM | IN | 12133029688 | | PIC | - |
| 8:03 PM | IN | 12133029688 | | PIC | - |
| 8:03 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:04 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:06 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:06 PM | IN | 12133029688 | | PIC | - |
| 8:06 PM | IN | 12133029688 | | PIC | - |
| 8:06 PM | IN | 12133029688 | | PIC | - |
| 8:06 PM | IN | 12133029688 | | PIC | - |
| 8:15 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:16 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:19 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:22 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:22 PM | IN | 12133029688 | | PIC | - |
| 8:27 PM | IN | 12133029688 | | PIC | - |
| 8:27 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:28 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:28 PM | IN | 12133029688 | | PIC | - |
| 8:29 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:29 PM | IN | 12133029688 | | PIC | - |
| 8:30 PM | IN | 12133029688 | | PIC | - |
| 8:31 PM | IN | 12133029688 | | PIC | - |
| 8:32 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:41 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:45 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:45 PM | IN | 12133029688 | | PIC | - |
| 8:46 PM | IN | 12133029688 | | PIC | - |
| 8:46 PM | IN | 12133029688 | | PIC | - |
| 8:46 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:21 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:30 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:49 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 10:31 PM | IN | 12133029688 | | PIC | - |
| 10:31 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 10:40 PM | IN | 12133029688 | | PIC | - |
| 10:40 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 10:42 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 10:42 PM | IN | 12133029688 | | PIC | - |

*38 TXTS*

Jul 01

...CONTINUED - (908) 656-5712 . **TEXT**

| When | Who | | Destination | Type | Cost |
|------|-----|--|-------------|------|------|
| | 8:37 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | 10:55 PM | IN | (213) 302-9688 | Losangeles, CA | PIC | - |
| Jul 02 | 12:36 AM | IN | 12133029688 | | PIC | - |
| | 12:59 AM | IN | 12133029688 | | PIC | - |
| | 1:03 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | 1:07 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | 1:09 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | 1:14 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | | | | | TXT | - |
| | | | | | TXT | - |
| | 8:53 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | 8:53 AM | IN | 12133029688 | | PIC | - |
| | 8:53 AM | IN | 12133029688 | | PIC | - |
| | 8:53 AM | IN | 12133029688 | | PIC | - |
| | | | | | TXT | - |
| | | | | | TXT | - |
| | | | | | TXT | - |
| | | | | | TXT | - |
| | | | | | TXT | - |
| | | | | | TXT | - |
| | | | | | PIC | - |
| | | | | | TXT | - |
| | | | | | TXT | - |
| | | | | | PIC | - |
| | | | | | TXT | - |
| | | | | | TXT | - |
| | | | | | TXT | - |
| | | | | | TXT | - |
| | | | | | PIC | - |
| | | | | | PIC | - |
| | | | | | PIC | - |
| | | | | | PIC | - |
| | | | | | TXT | - |
| | 4:38 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | 7:10 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | 9:13 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | 9:13 PM | IN | 12133029688 | | PIC | - |
| | 9:13 PM | IN | 12133029688 | | PIC | - |
| Jul 03 | 1:55 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | 2:02 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | 9:36 AM | IN | 12133029688 | | PIC | - |
| | 9:37 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | 9:49 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | 10:52 AM | IN | 12133029688 | | PIC | - |
| | 11:23 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | 1:21 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | | | | | TXT | - |
| | | | | | TXT | - |
| | 1:40 PM | IN | (818) 390-3081 | Van Nuys, CA | TXT | - |
| | 1:44 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | 1:44 PM | IN | 12133029688 | | PIC | - |
| | | | | | TXT | - |
| | | | | | TXT | - |
| | | | | | TXT | - |
| | | | | | TXT | - |
| | | | | | TXT | - |
| | | | | | TXT | - |
| | 1:52 PM | IN | 12133029688 | | PIC | - |
| | 2:00 PM | IN | (818) 390-3081 | Van Nuys, CA | TXT | - |
| | 2:07 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | | | | | TXT | - |
| | | | | | TXT | - |
| | | | | | TXT | - |
| | | | | | TXT | - |
| | | | | | TXT | - |
| | | | | | TXT | - |
| | | | | | TXT | - |

*12 TXTS*

*17 TXTS*



CONTINUED-(908) 656-5712. TEXT

| When | Who | Destination | Type | Cost |
|---|---|---|---|---|
| | | | | - |
| 6:14 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:27 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:51 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:56 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:09 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:14 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 9:20 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| | | | | |
| 9:34 PM | IN 12133029688 | | PIC | - |
| 10:12 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| Jul 04 | | | | |
| 9:51 AM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| | | | | |
| 11:19 AM | IN 12133029688 | | PIC | - |
| 11:19 AM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 11:19 AM | IN 12133029688 | | PIC | - |
| 11:19 AM | IN 12133029688 | | PIC | - |
| 11:19 AM | IN 12133029688 | | PIC | - |
| 11:21 AM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| Jul 05 | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| Jul 06 | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| Totals | | | | $0.00 |

The date and time corresponds to Pacific Time (PST/PDT).

WHO: **OUT** Outgoing  **IN** Incoming    TYPE: **TXT** Text  **PIC** Picture

## DATA

| When | Service | Origin | Type | MB | Cost |
|---|---|---|---|---|---|
| Jun 07 | Mobile Internet | - | - | 45.6604 | - |
| Jun 08 | Mobile Internet | - | - | 37.9652 | - |
| Jun 09 | Mobile Internet | - | - | 47.1370 | - |

...CONTINUED - (908) 656-5712 . DATA

| When | Service | Origin | Type | MB | Cost |
|---|---|---|---|---|---|
| Jun 10 | Mobile Internet | - | - | 62.9838 | - |
| Jun 11 | Mobile Internet | - | - | 35.1020 | - |
| Jun 12 | Mobile Internet | - | - | 33.9095 | - |
| Jun 13 | Mobile Internet | - | - | 52.2543 | - |
| Jun 14 | Mobile Internet | - | - | 36.7377 | - |
| Jun 15 | Mobile Internet | - | - | 36.7972 | - |
| Jun 16 | Mobile Internet | - | - | 66.0932 | - |
| Jun 17 | Mobile Internet | - | - | 41.7601 | - |
| Jun 18 | Mobile Internet | - | - | 13.0345 | - |
| Jun 19 | Mobile Internet | - | - | 46.5010 | - |
| Jun 20 | Mobile Internet | - | - | 17.7151 | - |
| Jun 21 | Mobile Internet | - | - | 45.7717 | - |
| Jun 22 | Mobile Internet | - | - | 44.1898 | - |
| Jun 23 | Mobile Internet | - | - | 30.0011 | - |
| Jun 24 | Mobile Internet | - | - | 53.7142 | - |
| Jun 25 | Mobile Internet | - | - | 33.3383 | - |
| Jun 26 | Mobile Internet | - | - | 21.0492 | - |
| Jun 27 | Mobile Internet | - | - | 51.3000 | - |
| Jun 28 | Mobile Internet | - | - | 46.6893 | - |
| Jun 29 | Mobile Internet | - | - | 67.7134 | - |
| Jun 30 | Mobile Internet | - | - | 45.9076 | - |
| Jul 01 | Mobile Internet | - | - | 36.8469 | - |
| Jul 02 | Mobile Internet | - | - | 54.8781 | - |
| Jul 03 | Mobile Internet | - | - | 20.8723 | - |
| Jul 04 | Mobile Internet | - | - | 51.6107 | - |
| Jul 05 | Mobile Internet | - | - | 20.3537 | - |
| Jul 06 | Mobile Internet | - | - | 20.0832 | - |
| Totals | | | | 1,217.9710 | $0.00 |

The date and time corresponds to Pacific Time (PST/PDT).

16



# USAGE DETAILS

For information only - charges are shown in the One-Time Charges section.

**(908) 656-5712**

...CONTINUED - (908) 656-5712 · **TALK**



| When | Who | Description | Type | Min | Cost |
|---|---|---|---|---|---|
| | | | F | 5 | - |
| | | | - | 30 | - |
| | | | - | 12 | - |
| | | | G | 4 | - |
| | | | - | 3 | - |
| | | | G | 2 | - |
| | | | | 1 | - |

**TALK**

| When | | | | Min | |
|---|---|---|---|---|---|
| Jul 07 | 7:56 | | | 1 | |
| | 8:01 | | | 1 | |
| | 8:0 | | | 11 | |
| | 8:3 | | | 2 | |
| | 9:3 | | | 5 | |
| | 11: | | | 1 | |
| | 11: | | | 1 | |
| | 11: | | | 10 | |
| | 11: | | | 2 | |
| | 1: | | | 4 | |
| | 2: | | | 3 | |
| | 3: | | | 1 | |
| | 3: | | | 6 | |
| | 3: | | | 1 | |
| | 6: | | | 1 | |
| | 6: | | | 16 | |
| | 8: | | | 1 | |
| | 9: | | | 2 | |
| Jul 08 | 6: | | | 1 | |
| | 8: | | | 2 | |
| | 8: | | | 4 | |
| | 8: | | | 28 | |
| | 9: | | | 1 | |
| | 5: | | | 3 | |
| Jul 09 | 6: | | | 2 | |
| | 8: | | | 1 | |
| | 8: | | | 1 | |
| | 8: | | | 28 | |
| | 8: | | | 2 | |
| | 10 | | | 8 | |
| | 10 | | | 2 | |
| | 10 | | | 1 | |
| | 1 | | | 1 | |
| | 1 | | | 1 | |
| | 1 | | F | 5 | |
| | 1 | | | 1 | |
| | 1 | | | 1 | |
| | 1 | | | 6 | |
| | 1 | | | 4 | |
| | | | | 1 | |
| | | | | 2 | |
| | | | | 9 | |
| | | | | 4 | |
| | | | | 2 | |
| | | | | 2 | |
| | | | | 6 | |
| | | | | 6 | |
| | | | | 1 | |
| | | | F | 5 | |
| | | | F | 2 | |
| | | | F | /2 | |
| Jul 10 | | | F | 1 | |
| | | | F | 2 | |
| | | | A | 11 | |
| | | | F | 2 | |
| | | | F | 3 | |
| | 9:09 AM OUT (213) 302-9888 to Losangeles/CA | | - | 5 | 2 TXT | - |
| | 10:03 AM OUT (213) 302-9888 to Losangeles/CA | | - | 3 | | - |
| | | | | 1 | |
| | | | | 2 | |
| | | | | 1 | |
| | | | | 3 | |
| | | | | 7 | |
| Jul 11 | | | | 1 | |

CONTINUED - (908) 656-5712, **TALK**

...CONTINUED - (903) 656-5712, **TALK**

| When | Description | Type | Min | Cost | When | Who | Description | Type | Min | Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 3,557 | $11.99 |
| Aug 05 | | | | | | | | | | |
| | | | | | | | | Call Waiting | | |

| | | Type | Cost |
|---|---|---|---|
| | | TXT | - |
| | | TXT | - |
| | | TXT | - |
| | | TXT | - |
| | | TXT | - |
| | | TXT | - |
| | | TXT | - |
| | | TXT | - |
| | | IXT | - |
| | | TXT | - |
| | | TXT | - |
| | | TXT | - |
| | | TXT | - |
| | | TXT | - |
| | | TXT | - |
| | | TXT | - |
| | | TXT | - |
| | | TXT | - |
| | | TXT | - |

*17XT*

| When | Who | Description | Type | | |
|---|---|---|---|---|---|
| 8:38 PM | IN (213) 302-9688 | Losangeles, CA | TXT | | |
| | | | IXT | | |
| | | | TXT | | |
| | | | TXT | | |
| | | | TXT | | |
| | | | TXT | | |
| 5:31 PM | IN (213) 302-9688 | Losangeles, CA | TXT | | |
| 6:19 PM | IN (213) 302-9688 | Losangeles, CA | TXT | | |
| 6:21 PM | IN 12133029688 | | PIC | | |
| 6:21 PM | IN 12133029688 | | PIC | | |
| 6:21 PM | IN 12133029688 | | PIC | | |
| 6:21 PM | IN 12133029688 | | PIC | | |
| | | | TXT | | |
| | | | TXT | | |
| 8:19 PM | IN (213) 302-9688 | Losangeles, CA | TXT | | |
| 8:23 PM | IN (213) 302-9688 | Losangeles, CA | TXT | | |
| 8:23 PM | IN (213) 302-9688 | Losangeles, CA | TXT | | |
| 8:27 PM | IN (213) 302-9688 | Losangeles, CA | TXT | | |
| 9:00 PM | IN (213) 302-9688 | Losangeles, CA | TXT | | |
| 9:05 PM | IN (213) 302-9688 | Losangeles, CA | TXT | | |
| 9:08 PM | IN (213) 302-9688 | Losangeles, CA | TXT | | |
| 9:09 PM | IN (213) 302-9688 | Losangeles, CA | TXT | | |
| 9:10 PM | IN (213) 302-9688 | Losangeles, CA | TXT | | |
| 9:15 PM | IN 12133029686 | | PIC | | |
| 9:15 PM | IN (213) 302-9688 | Losangeles, CA | TXT | | |
| 9:15 PM | IN 12133029688 | | PIC | | |
| 9:18 PM | IN (213) 302-9688 | Losangeles, CA | TXT | | |
| 9:30 PM | IN (213) 302-9688 | Losangeles, CA | TXT | | |
| 9:30 PM | IN 12133029688 | | PIC | | |
| 9:35 PM | IN (213) 302-9688 | Losangeles, CA | TXT | | |
| 9:38 PM | IN (213) 302-9688 | Losangeles, CA | TXT | | |
| 9:42 PM | IN (213) 302-9688 | Losangeles, CA | TXT | | |
| 9:43 PM | IN (213) 302-9688 | Losangeles, CA | TXT | | |
| 9:46 PM | IN (213) 302-9688 | Losangeles, CA | TXT | | |
| 9:48 PM | IN (213) 302-9688 | Losangeles, CA | TXT | | |
| 9:51 PM | IN (213) 302-9688 | Losangeles, CA | TXT | | |
| 9:52 PM | IN (213) 302-9688 | Losangeles, CA | TXT | | |
| 9:53 PM | IN (213) 302-9688 | Losangeles, CA | TXT | | |
| 9:56 PM | IN (213) 302-9688 | Losangeles, CA | TXT | | |
| 9:58 PM | IN (213) 302-9688 | Losangeles, CA | TXT | | |
| 9:59 PM | IN (213) 302-9688 | Losangeles, CA | TXT | | |
| 10:04 PM | IN (213) 302-9688 | Losangeles, CA | TXT | | |
| 10:08 PM | IN (213) 302-9688 | Losangeles, CA | TXT | | |

Aug 06

*34 TXTS*

*35*

**T**

CONTINUED - (908) 656-5712, TEXT

CONTINUED - (908) 656-5712 TEXT

*JVI 8cors*

| When | Who | | Destination | Type | Cost |
|------|-----|---|-------------|------|------|
| 10:18 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 11:19 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 11:44 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| Jul 09 | | | | | |
| | | | | TXT | - |

| When | Who | | Destination | Type | Cost |
|------|-----|---|-------------|------|------|
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | PIC | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | PIC | - |
| | | | | PIC | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| 5:34 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 5:35 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |

*2 TXTS*

Jul 10

| | | | | PIC | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |

Jul 11

| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | PIC | - |
| | | | | TXT | - |
| | | | | PIC | - |
| | | | | TXT | - |
| | | | | TXT | - |

| 10:06 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 10:52 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |

Jul 12

| | | | | TXT | - |
| | | | | TXT | - |

| | | | | | |
|------|-----|---|-------------|------|------|
| 6:09 PM | IN | 77 6836 | | TXT | - |
| 6:29 PM | OUT | (516) 635-3037 | Selden, NY | TXT | - |
| 6:40 PM | OUT | (516) 635-3037 | Selden, NY | TXT | - |
| 7:45 PM | IN | 12133029688 | | PIC | - |
| 8:32 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:39 PM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 8:40 PM | IN | 12133029688 | | PIC | - |
| Jul 13  5:52 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 5:52 AM | IN | (213) 302-9688 | Losangeles, CA | TXT | - |
| 6:16 AM | IN | (909) 545-0910 | Ontario, CA | TXT | - |
| 6:44 AM | IN | (513) 617-9706 | Cincinnati, OH | TXT | - |

*10 TXTS*

*2 TXTS*

| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |
| | | | | TXT | - |

*20*



CONTINUED - (908) 656-5712, **TEXT**

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| | | | TXT | - |

CONTINUED - (908) 656-5712, **TEXT**

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| 8:09 PM | IN (909) 805-9288 | Mentone, CA | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| 1:00 AM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 1:05 AM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 1:33 AM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| | | | PIC | - |
| | | | PIC | - |
| | | | PIC | - |
| | | | TXT | - |
| | | CA | TXT | - |
| | | A | TXT | - |
| | | A | TXT | - |
| 11:30 AM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 11:30 AM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 11:30 AM | IN (213) 302-9688 | Losangeles, CA | TXT | - |
| 11:53 AM | IN (323) 806-3833 | Losangeles, CA | TXT | - |
| 11:33 AM | IN (323) 806-3833 | Losangeles, CA | TXT | - |
| 11:33 AM | IN (323) 806-3833 | Losangeles, CA | TXT | - |
| 11:33 AM | IN (323) 806-3833 | Losangeles, CA | TXT | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| 8:17 PM | IN (213) 302-9688 | Losangeles, CA | TXT | - |



Case 5:24-cv-01930-TJH-DTB    Document 51-1    Filed 03/12/25    Page 106 of 139
Jul 07, 2022 - Aug 06, 2022    957963547
Page ID #:1868

Page
11 of 16



...CONTINUED - (908) 656-5712 . TEXT

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| Jul 18 | 8:17 PM  IN  12133029688 | | PIC | - |
| | | | | |
| | 1:50 PM  IN  (213) 302-9688  Losangeles, CA | TXT | - |
| | 1:50 PM  IN  12133029688 | PIC | - |
| | | | | |
| | 8:10 PM  IN  (213) 302-9688  Losangeles, CA | TXT | - |
| | 8:11 PM  IN  (213) 302-9688  Losangeles, CA | TXT | - |
| | 8:13 PM  IN  (213) 302-9688  Losangeles, CA | TXT | - |
| | 8:13 PM  IN  12133029688 | PIC | - |
| Jul 19 | 6:04 AM  IN  (213) 302-9688  Losangeles, CA | TXT | - |
| | 6:04 AM  IN  (213) 302-9688  Losangeles, CA | TXT | - |
| | | | | |
| | 9:57 PM  IN  (213) 302-9688  Losangeles, CA | TXT | - |
| | 9:58 PM  IN  (213) 302-9688  Losangeles, CA | TXT | - |
| | 10:01 PM  IN  (213) 302-9688  Losangeles, CA | TXT | - |
| Jul 20 | | | | |

...CONTINUED - (908) 656-5712 . TEXT

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | 9:50 PM  IN  (213) 302-9688  Losangeles, CA | TXT | - |
| Jul 21 | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |

14





...CONTINUED - (908) 656-5712 , **TEXT**

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|

...CONTINUED - (908) 656-5712 , **TEXT**

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| | 8:54 AM  IN  (931) 704-2635 | | PIC | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| 10:06 AM  IN  (213) 302-9688  Losangeles, CA | | | TXT | - |
| 11:07 AM  IN  (931) 704-2635  Gainesboro, TN | | | TXT | - |

Jul 22

TXTS

| 9:20 PM  IN  (213) 302-9688  Losangeles, CA | | | TXT | - |
| 9:25 PM  IN  12133029688 | | | PIC | - |
| 9:25 PM  IN  (213) 302-9688  Losangeles, CA | | | TXT | - |
| 9:26 PM  IN  (213) 302-9688  Losangeles, CA | | | TXT | - |

Jul 24

| 8:14 AM  IN  (213) 302-9688  Losangeles, CA | | | TXT | - |
| 8:21 AM  IN  (213) 302-9688  Losangeles, CA | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |  2 TXTS
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |

Jul 23

Jul 25

| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |

6







CONTINUED - (908) 656-5712 , TEXT

...CONTINUED - (908) 656-5712 , DATA

| When | Service | Origin | Type | MB | Cost |
|---|---|---|---|---|---|
| 19 | Mobile Internet | - | | 57.3129 | - |
| 20 | Mobile Internet | - | | 46.2925 | - |
| 21 | Mobile Internet | - | | 55.0335 | - |
| 22 | Mobile Internet | - | | 45.0787 | - |
| 23 | Mobile Internet | - | | 70.6379 | - |
| 24 | Mobile Internet | - | | 41.4517 | - |
| 25 | Mobile Internet | - | | 48.6957 | - |
| 26 | Mobile Internet | - | | 43.4889 | - |
| 27 | Mobile Internet | - | | 27.7659 | - |
| 28 | Mobile Internet | - | | 46.4866 | - |
| 29 | Mobile Internet | - | | 63.7210 | - |
| 30 | Mobile Internet | - | | 27.3959 | - |
| 31 | Mobile Internet | - | | 146.8958 | - |
| ug 01 | Mobile Internet | - | | 43.4291 | - |
| ug 02 | Mobile Internet | - | | 87.2170 | - |
| ug 03 | Mobile Internet | - | | 39.0093 | - |
| ug 04 | Mobile Internet | - | | 126.5666 | - |
| ug 05 | Mobile Internet | - | | 100.0132 | - |
| ug 06 | Mobile Internet | - | | 34.2933 | - |
| otals | | | | 1,650.5886 | $0.00 |

The date and time corresponds to Pacific Time (PST/PDT).

The date and time corresponds to Pacific Time (PST/PDT).

WHO: **OUT** Outgoing  **IN** Incoming   TYPE: **TXT** Text  **PIC** Picture

### DATA

| When | Service | Origin | Type | MB | Cost |
|---|---|---|---|---|---|
| Jul 07 | Mobile Internet | - | | 34.8208 | - |
| Jul 08 | Mobile Internet | - | | 102.7309 | - |
| Jul 09 | Mobile Internet | - | | 28.5158 | - |
| Jul 10 | Mobile Internet | - | | 31.4487 | - |
| Jul 11 | Mobile Internet | - | | 26.7593 | - |
| Jul 12 | Mobile Internet | - | | 50.4115 | - |
| Jul 13 | Mobile Internet | - | | 39.6726 | - |
| Jul 14 | Mobile Internet | - | | 28.7700 | - |
| Jul 15 | Mobile Internet | - | | 44.7542 | - |
| Jul 16 | Mobile Internet | - | | 47.5453 | - |
| Jul 17 | Mobile Internet | - | | 32.0200 | - |
| Jul 18 | Mobile Internet | - | | 32.3520 | - |



...CONTINUED - (908) 656-5712 , TEXT

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|

...CONTINUED - (908) 656-5712 , TEXT

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| Aug | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| 10:51 AM | IN | (213) 302-9698   Losangeles, CA | TXT | - |
| 2:17 PM | IN | (310) 622-7900   Beverly hls, CA | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | PIC | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| Aug 1 | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |
| | | | TXT | - |

# EXHIBIT G

**PETITION FOR EX PARTE TEMPORARY RESTRAINING
ORDER AND FOR INJUNCTION AGAINST HARASSMENT;
DECLARATION OF PETITIONER; TEMPORARY RESTRAINING
ORDER AGAINST HARASSMENT; AND NOTICE OF HEARING**

TWO-SIDED FORM, page 1 of 3
Form #DC 51

**Electronically Filed
SECOND CIRCUIT
2DSS-23-0000261
26-SEP-2023
03:32 PM
Dkt. 1 EPTRO**

**IN THE DISTRICT COURT OF THE FIRST CIRCUIT**
**WAILUKU** _____ **DIVISION**
**STATE OF HAWAI'I**

Petitioner(s)

**Marsha Walpole**

Reserved for Court Use
Civil No. 1SS

Respondent(s) (if known, list Address, Telephone, DOB and SSN for each respondent)

**Mark Ackrich**

Petitioner(s)/Petitioner(s)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)

**Marsha Walpole**
**1077 W.Kuiaha Road**
**Haiku, Hawaii, 96708**

**PETITION FOR EX PARTE TEMPORARY RESTRAINING ORDER AND FOR INJUNCTION AGAINST HARASSMENT**

This Petition is made pursuant to Hawai'i Revised Statutes section §604-10.5 and the following statement:

1. The Petitioner(s) is a resident(s) of the Division of the above District and Circuit, State of Hawai'i.

2. Based upon the attached Declaration of Petitioner(s), Petitioner(s) ask(s) for:
   a. An ex parte temporary restraining order not to exceed a period of ninety (90) days for protection enjoining Respondent(s) and any other person(s) acting on Respondent(s)' behalf from:

   ☒ contacting, threatening, or physically harassing

   ☒ Petitioner(s)  ☒ Any person(s) residing at Petitioner(s)' residence

   ☐ telephoning the Petitioner(s)

   ☒ entering or visiting Petitioner(s)'  ☒ residence, including yard and garage and  ☒ place of employment.

   b. An order of an Injunction not to exceed a period of three (3) years, enjoining Respondent(s) and any other person(s) acting on Respondent(s)' behalf from committing those acts set forth in paragraph 2a. hereof.
   c. An order prohibiting Respondent(s) from owning or possessing firearm(s) and/or ammunition.
   d. An order awarding reasonable attorney's fees and costs to Petitioner(s) and such further relief as the Court deems just and appropriate.

   **(continued on reverse side)**

Date: **09│26│23**

Signature of Petitioner(s): *Marsha Walpole*

Print/Type Name(s): **Marsha Walpole**

TRO.3XX (Effective 7/1/2001)
1O-P-803 (10/03)
RCA(01/11)

**SEE REVERSE SIDE**

I certify that this is a full, true, and correct copy of the original on file in this office.

_____
Clerk, District Court of the above Circuit, State of Hawai'i

RevaComm 508 Certified

page 2 of 3

## DECLARATION OF PETITIONER(S)

Petitioner states the following is true:

☒ Recent or past act(s) of harassment occurred; and/or
☒ Threats of harassment make it probable that acts of harassment may occur soon.
Respondent(s) ☐ own; ☐ possess; or ☐ intend to obtain or possess
  ☐ firearm(s) and/or ammunition that may be used to threaten or injure Petitioner(s).
  Describe the firearm(s)/ammunition: _____.
  Location of the firearm(s)/ammunition: _____.
  Date last seen: _____.
Street address/ specific location where last seen: _____.

(Explain in detail recent or past acts or threats of harassment, using additional sheets, if necessary.)

**Mark Ackrich(process server) was standing at our gated property.**
**At the time,unfortunately,our gate was open.(At the time the battery was dead)**
**I asked Mark Ackrich to stay at at gate and not enter property.**
**He disregarded…..**
**He stepped onto property.**
**I yelled.**
**Demanding him to stay at gate.**
**He proceeded onto properly.**
**He told me he was a process server.**
**He told me in a yelling voice.**
**He got within a foot of my face**
**Spilling out a sexual remark inregard to my relationship with my father**
**I felt violated……**
**On my own property**
**I called the police.**
**And reported.**

**Mark Ackrich continued to stay on property…**
**This is absolutely not the job of a process server to harass psychologically………**
**My husband was ill in bed….**
**Thats who he was demanding to see.**
**Yet,he pushed himself onto property against my request to stay at property line..**
**And continued to harass me…….**

**I do not want this man near myself, our property.**
**I do not want Mark Ackrich near me in public.**
**I am pleaing for support..for protection…**

☒ Unless Respondent(s)' wrongful conduct is stopped or prevented by order of the Court, Petitioner(s) will suffer substantial emotional distress.

I have read the Petition and Declaration, know their contents, and verify that the statements contained therein are true to my personal knowledge and belief.
**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF HAWAI'I THAT THE FACTS AND CIRCUMSTANCES STATED IN THE PETITION AND DECLARATION ARE TRUE AND CORRECT.**

| | Signature of Petitioner(s): |
|---|---|
| Date: 09 26 23 | *Marsha Walpole* |
| | Print/Type Name(s): **Marsha Walpole** |

1D-P-803

## TEMPORARY RESTRAINING ORDER AGAINST HARASSMENT

Based upon the attached Petition for Ex Parte Temporary Restraining Order and Declaration of Petitioner(s) and pursuant to **Hawai'i Revised Statutes §604-10.5**, the Court finds there is probable cause to believe:

❑ Recent or past acts of harassment by Respondent(s) have occurred.

❑ Threats of harassment by Respondent(s) make it probable that acts of harassment may be imminent against Petitioner(s).

It appears to the Court that a Temporary Restraining Order should be granted and is necessary to prevent acts of harassment. Accordingly,
IT IS ORDERED that Respondent(s) shall appear before the Judge in the above-entitled proceeding at the date, time and place indicated in the Notice of Hearing below. Pending the hearing on this Petition, Respondent(s) is/are ordered as follows:

### TO THE RESPONDENT:
### YOU AND ANYONE ACTING ON YOUR BEHALF ARE ORDERED AS FOLLOWS:

❑ Do not contact, threaten, or physically harass Petitioner(s)

❑ Do not telephone Petitioner(s)

❑ Do not enter or visit Petitioner(s)'  ❑ residence, including yard and garage, and   ❑ place of employment.

❑ **Pursuant to HAWAI'I REVISED STATUTES §134-7, you shall not possess or control any firearm(s) , electric gun(s) (e.g., stun gun, Taser) and/or ammunition for the duration of this Temporary Restraining Order.**

❑ **You shall immediately turn over for safekeeping all firearms, electric guns and/or ammunition in your possession and control to the Maui County Police Department** *(any District Police Station in Maui County)* **for the duration of this Order or any extensions thereof.**

**This Order becomes effective upon its signing and filing and shall remain in effect for fifteen (15) days, unless extended or terminated by the Court.**
**ANY KNOWING OR INTENTIONAL VIOLATION OF THIS TEMPORARY RESTRAINING ORDER AGAINST HARASSMENT IS A MISDEMEANOR PUNISHABLE BY A JAIL SENTENCE OF UP TO ONE YEAR AND/OR UP TO A $2,000 FINE. A SENTENCE OF 48 HOURS JAIL FOR A SECOND CONVICTION AND 30 DAYS JAIL FOR ANY SUBSEQUENT CONVICTION(S) IS MANDATORY. [HAWAI'I REVISED STATUTES §604-10.5, §706-663 AND §706-640].**

|  |  |
|---|---|
| Date: | Judge of the above-entitled Court |

### NOTICE OF HEARING

TO: **MARK ACKRICH**

NOTICE IS GIVEN that the Petitioner(s) above named has/have filed the foregoing Petition for Ex Parte Temporary Restraining Order and for Injunction Against Harassment.

**YOU ARE COMMANDED** to appear before the Presiding Judge of the above-entitled Court, the District Court of the above Circuit,
at **WAILUKU DISTRICT COURT, 2145 MAIN STREET, WAILUKU HI      COURTROOM 3D**
on **MONDAY,    OCT 0 9 2023**_____ , 20___ at **8:30** o'clock **A** .M.

Prior to the scheduled hearing date, you or your attorney may file a written response explaining, excusing, justifying, or denying the alleged act or acts of harassment. At the hearing, the parties shall be prepared to testify, call and examine witnesses, present any documents, and give legal or factual reasons why the Injunction should or should not be granted. Each party may be represented by an attorney and shall be prepared to proceed at the hearing.
**IF YOU OR YOUR ATTORNEY FAIL TO ATTEND AT THE TIME AND PLACE DESIGNATED, AN ORDER GRANTING PETITION FOR INJUNCTION AGAINST HARASSMENT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE PETITION.**

The Court shall receive all evidence that is relevant at the hearing, and may make independent inquiry. If the Court finds by clear and convincing evidence that harassment by Respondent(s) in the form of physical harm, bodily injury, assault, of the threat of imminent physical harm, bodily injury to Petitioner exists, it may enjoin for no more than three years further harassment by Respondent(s). If the Court finds by clear and convincing evidence that harassment by Respondent(s) in the form of an intentional or knowing course of conduct directed at Petitioner(s) that seriously alarms or disturbs, consistently or continually bothers Petitioner(s) and that serves no legitimate purpose exists, and such course of conduct would cause a reasonable person to suffer emotional distress, the court shall enjoin for no more than three years, further harassment by Respondent(s).

This Order shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this Order, personal delivery during those hours.

|  |  |
|---|---|
| Date: | Clerk of the above-entitled Court |

If you need an accommodation for a disability when participating in a court program, service, or activity, please contact the ADA Coordinator as soon as possible to allow the court time to provide an accommodation: Call (808) 244-2855 FAX (808) 244-2932 OR Send an e-mail to: adarequest@courts.hawaii.gov. The court will try to provide, but cannot guarantee, your requested auxiliary aid, service or accommodation.

# EXHIBIT H

PETITION FOR EX PARTE TEMPORARY RESTRAINING
ORDER AND FOR INJUNCTION AGAINST HARASSMENT;
DECLARATION OF PETITIONER; TEMPORARY RESTRAINING
ORDER AGAINST HARASSMENT; AND NOTICE OF HEARING

Form #2DC51

IN THE DISTRICT COURT OF THE SECOND CIRCUIT

—————— WAILUKU —————— DIVISION
STATE OF HAWAI'I

**Electronically Filed**
**SECOND CIRCUIT**
**2DSS-23-0000328**
**22-NOV-2023**
**12:25 PM**
**Dkt. 1 EPTRO**

Petitioner(s)

Shantel Ka'aikala
151 INia Pl
Hula, Hi 96790

Reserved for Court Use
DC-TRO

Respondent(s) (if known, list Address, and Telephone No. for each respondent)

Mark ackrich
955 Aina Pl kihei HI
96753  808 357-4479

Petitioner(s)/Petitioner(s)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)

Shantel Ka'aikala
151 INIA Pl
Kula, HI 96790 (808) 463-8846

## PETITION FOR EX PARTE TEMPORARY RESTRAINING ORDER AND FOR INJUNCTION AGAINST HARASSMENT

This Petition is made pursuant to Hawai'i Revised Statutes section §604-10.5 and the following statement:

1. The Petitioner(s) is a resident(s) of the Division of the above District and Circuit, State of Hawai'i.

2. Based upon the attached Declaration of Petitioner(s), Petitioner(s) ask(s) for:
   a. An ex parte temporary restraining order not to exceed a period of ninety (90) days for protection enjoining Respondent(s) and any other person(s) acting on Respondent(s)' behalf from:

   ☑ contacting, threatening, or physically harassing

   ☐ Petitioner(s)

   ☑ telephoning the Petitioner(s)

   ☑ entering or visiting Petitioner(s)'  ☑ residence, including yard and garage and  ☑ place of employment.

   b. An order of an Injunction not to exceed a period of three (3) years, enjoining Respondent(s) and any other person(s) acting on Respondent(s)' behalf from committing those acts set forth in paragraph 2a. hereof.
   c. An order prohibiting Respondent(s) from owning or possessing, controlling or transferring an electric gun(s) (e.g. stun gun, taser) and or/ammunition
   d. An order awarding reasonable attorney's fees and costs to Petitioner(s) and such further relief as the Court deems just and appropriate.

Date: 11/22/23

Signature of Petitioner(s): Shantel Ka'aikala

Print/Type Name(s): Shantel Ka'aikala

I certify that this is a full, true, and correct copy of the original on file in this office.

_____
Clerk, District Court of the above Circuit, State of Hawai'i

**DECLARATION OF PETITIONER(S)**

Petitioner states the following is true:

☑ Recent or past act(s) of harassment occurred; and/or
☑ Threats of harassment make it probable that acts of harassment may occur soon.
Respondent(s) ☐ own; ☐ possess; ☐ intend to obtain;  or [ ] to control or transfer
  ☐ firearm(s), electric gun(s) (e.g. stun gun, Taser) and/or ammunition that may be used to threaten or injure Petitioner(s).
  Describe the firearm(s), electric gun(s)/ammunition: _____.
  Location of the firearm(s), electric gun(s)/ammunition: _____.
  Date last seen: _____.

Street address/ specific location where Respondent last seen: _____.

(Explain in detail recent or past acts or threats of harassment, using additional sheets, if necessary.)

See   Attached

☐ Unless Respondent(s)' wrongful conduct is stopped or prevented by order of the Court, Petitioner(s) will suffer substantial emotional distress.

  I have read the Petition and Declaration, know their contents, and verify that the statements contained therein are true to my personal knowledge and belief.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF HAWAI'I THAT THE FACTS AND CIRCUMSTANCES STATED IN THE PETITION AND DECLARATION ARE TRUE AND CORRECT.**

| | |
|---|---|
| 11/22/23 | Signature of Petitioner(s): *Shantel Kaaikala* |
| Date: | Print/Type Name(s): Shantel Kaáikala |

TRO 2D-P-265

- On September 21st at 10:00 a.m to 11:45 a.m me and William had set up Mark to be served by a process server that I hired. The process server served him at Starbucks on Dairy road. After he got served my process server let me know that he seemed very aggravated and that he sped out of the Starbucks parking lot very fast heading towards where I work on 424 Dairy road at Kahului Uhaul. Soon after, Mark sped into our parking lot and parked right in front of our customer entrance and got out of his truck very quickly. He walked in and as I was helping a customer he literally threw a subpoena at me. Which stated the same date and time of our upcoming court date September 25th @1:30p.m. The subpoena had our names (Shantel Ka'aikala and William Maders) stating us as the plaintiff and the landlord's name and his name  (Andrew Marshall and Mark Ackrich) as the defendants. I feel as if he did this out of retaliation because of the fact that we had him served and also as him being a process server he should know the rules and regulations and know that he can't serve papers when involved in the same case.

- The same day at about 6:00 a.m Mark had also gone to William's bosses house in Ha'iku. He had opened up their gate on private property and walked in and up their driveway. His wife who was home alone was scared and startled because Mark was screaming very inappropriate things such as "come outside you f*cking c**t, come outside you f*cking b*tch. She didn't know what was going on but she did take the subpoena that had stated our same court date September 25th, 2023 at 1:30p.m. We do not know why our previous landlord had Mark subpoena William's boss because, in our landlord- tenant dispute that we have, he is not stated in the claim whatsoever and nor did he live with us.

- On September 25th after court was finished around 3:45p.m. William and I were trying to walk out of the courtroom but Mark had blocked off the exit and threw another subpoena paper at us. We did not take the subpoena because it was not properly served to us. We had asked the court clerk just to confirm if it was proper serving but she had stated that "it was not proper serving". For that subpoena that he supposedly filed he stated that we "refused to sign". When really it was not properly given to us but thrown at us. Which ended up with us missing a court date that we didn't even know of.

Page 1 S.K

- On September 26th around 4:20 p.m - 4:35 p.m I had left work ( Kahului Uhaul) . I turned left onto Dairy road and was in the turning lane to go up Hana Highway towards Safeway. During that time we had a big State Fram tent that was using our parking lot and in the corner of my eye I saw a White Chevy pickup truck that was parked behind the tent quickly pull out of the parking lot. The vehicle turned left onto Dairy road and was in the left turning lane. I noticed that it was Mark right behind me and I had a little anxiety attack because I was so scared and never had such a thing happen to me before. I stayed in the left lane as the light turned green and then switched into the right lane. He stayed right behind me, I sped up to try and just get away from him. He just kept following me all the way to the intersection of Haleakala Highway and Hana highway. Before we got to the intersection I managed to get behind him to take a picture of his vehicle and then at the last second he turned up to go up Haleakala Highway. After that I headed towards Paia where I pulled over at Paia gym and called non-emergency and filed a police report for harassment. Police Report #23029363
- On October 2, 2023 at 6:50 p.m - 7:00 p.m Mark drove down our private road. Which states private property at the top of our road and on our fence around our house. He drove into our driveway and stood outside in front of our house for about 1 minute. He then walked up to our vehicles and put a subpoena on my car stating our next upcoming court date October 6, 2023 at 1:30 p.m and left a counter suit and counterclaim on William's truck. Again he served us incorrectly.
- On October 31, 2023 at approximately 5:00 p.m he walked into my workplace again and went up to all of my coworkers that were sitting at the desk asking where I was and stared at one of my coworkers. Who he thought was me because we look very similar.
- On November 1, 2023 at 1:14 p.m Mark came to my workplace again and stayed in the parking lot where we have construction going and waited there for an hour or so. He then drove around the back of the building and drove up to my car that was parked in front of our garage. He left yet another subpoena stating our next upcoming court date November 6, 2023 at 1:30 p.m.

Page 2 6.k

- On November 6, 2023 at the courthouse where we were having court around 2:00 p.m -3:45 p.m. He had said some very inappropriate things to my mother in the hallway. My mom asked him to stay away from me and William and told him if he wants to serve us any papers to serve us while we were at court and not at our place of work. He pointed at my mothers necklace and asked "What is that?" my mother replied "it's a necklace with charm". He then went up to my mother and grabbed her necklace and held it saying "oooh how sexy, what are doing after this". My mother was very upset and very uncomfortable after this incident.

Overall we are considering this as harassment because of the fact that he keeps coming around 1-2 weeks before our upcoming court dates and because he is not serving us correctly. It doesn't make sense to us because the subpoena he claims  he served us always states the same court date that we are supposed to attend. We will be there attending the court date no matter what. We also fear for our safety and very much mine because I'm a much smaller person then he is and all together we do not know what he is capable of. He's aggressive and very inappropriate. We always feel unsafe and uncomfortable while we're out and as well as when I'm at work. I can't do my best at work without having to worry that he'll come again. I also suffer with anxiety and these incidents do not make anything better and have taken a toll on my mental health. I also do think that he will try and come again because we have yet another court date December 4, 2023 at 1:30 p.m. I also updated Maui police department with these other incidents that occurred with the same Police report number 23029363.

Page 3 S.K

## TEMPORARY RESTRAINING ORDER AGAINST HARASSMENT

Based upon the attached Petition for Ex Parte Temporary Restraining Order and Declaration of Petitioner(s) and pursuant to **Hawai'i Revised Statutes §604-10.5**, the Court finds there is probable cause to believe:

❑ Recent or past acts of harassment by Respondent(s) have occurred.

❑ Threats of harassment by Respondent(s) make it probable that acts of harassment may be imminent against Petitioner(s).

It appears to the Court that a Temporary Restraining Order should be granted and is necessary to prevent acts of harassment. Accordingly, IT IS ORDERED that Respondent(s) shall appear before the Judge in the above-entitled proceeding at the date, time and place indicated in the Notice of Hearing below. Pending the hearing on this Petition, Respondent(s) is/are ordered as follows.

### TO THE RESPONDENT:
### YOU AND ANYONE ACTING ON YOUR BEHALF ARE ORDERED AS FOLLOWS:

❑ Do not contact, threaten, or physically harass Petitioner(s)

❑ Do not telephone Petitioner(s)

❑ Do not enter or visit Petitioner(s)'    ❑ residence, including yard and garage, and    ❑ place of employment.

❑ **Pursuant to HAWAI'I REVISED STATUTES §134-7, you shall not possess or control any firearm(s) , electric gun(s) (e.g., stun gun, Taser) and/or ammunition for the duration of this Temporary Restraining Order.**

❑ **You shall immediately turn over for safekeeping all firearms, electric guns and/or ammunition in your possession and control to the Maui County Police Department** *(any District Police Station in Maui County)* **for the duration of this Order or any extensions thereof.**

**This Order becomes effective upon its signing and filing and shall remain in effect for fifteen (15) days, unless extended or terminated by the Court.**
ANY KNOWING OR INTENTIONAL VIOLATION OF THIS TEMPORARY RESTRAINING ORDER AGAINST HARASSMENT IS A MISDEMEANOR PUNISHABLE BY A JAIL SENTENCE OF UP TO ONE YEAR AND/OR UP TO A $2,000 FINE. A SENTENCE OF 48 HOURS JAIL FOR A SECOND CONVICTION AND 30 DAYS JAIL FOR ANY SUBSEQUENT CONVICTION(S) IS MANDATORY. [HAWAI'I REVISED STATUTES §604-10.5, §706-663 AND §706-640].

| | |
|---|---|
| Date: | Judge of the above-entitled Court |

### NOTICE OF HEARING

TO: ___Mark ackrich_____

NOTICE IS GIVEN that the Petitioner(s) above named has/have filed the foregoing Petition for Ex Parte Temporary Restraining Order and for Injunction Against Harassment.

**YOU ARE COMMANDED** to appear before the Presiding Judge of the above-entitled Court, the District Court of the above Circuit, at **WAILUKU DISTRICT COURT, 2145 MAIN STREET, WAILUKU HI    COURTROOM 3D** _____,
on **MONDAY,** _____, 20___ at _____ o'clock ___.M.

Prior to the scheduled hearing date, you or your attorney may file a written response explaining, excusing, justifying, or denying the alleged act or acts of harassment. At the hearing, the parties shall be prepared to testify, call and examine witnesses, present any documents, and give legal or factual reasons why the Injunction should or should not be granted. Each party may be represented by an attorney and shall be prepared to proceed at the hearing. IF YOU OR YOUR ATTORNEY FAIL TO ATTEND AT THE TIME AND PLACE DESIGNATED, AN ORDER GRANTING PETITION FOR INJUNCTION AGAINST HARASSMENT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE PETITION.

The Court shall receive all evidence that is relevant at the hearing, and may make independent inquiry. If the Court finds by clear and convincing evidence that harassment by Respondent(s) in the form of physical harm, bodily injury, assault, of the threat of imminent physical harm, bodily injury to Petitioner exists, it may enjoin for no more than three years further harassment by Respondent(s). If the court finds by clear and convincing evidence that harassment by Respondent(s) in the form of an intentional or knowing course of conduct directed at Petitioner(s) that seriously alarms or disturbs, consistently or continually bothers Petitioner(s) and that serves no legitimate purpose exists, and such course of conduct would cause a reasonable person to suffer emotional distress, the court shall enjoin for no more than three years, further harassment by Respondent(s).

This Order shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this Order, personal delivery during those hours.

| | |
|---|---|
| Date: | Clerk of the above-entitled Court |

 If you need an accommodation for a disability when participating in a court program, service, or activity, please contact the ADA Coordinator as soon as possible to allow the court time to provide an accommodation: Call (808) 244-2855 FAX (808) 244-2932 OR Send an e-mail to: adarequest@courts.hawaii.gov. The court will try to provide, but cannot guarantee, your requested auxiliary aid, service or accommodation.

# EXHIBIT I

# CEO of Rescue Social Files Lawsuit Against Hollywood Fixers Paul Barresi and Adam Waldman

## U.S. case alleges Barresi and Waldman enacted civil conspiracy, alterations of records, invasion of privacy, racketeering

**October 17, 2024 8:00 AM EDT | Source: Public Safety and Victims Alliance (/company/10930/Public-Safety-and-Victims-Alliance)**

Los Angeles, California--(Newsfile Corp. - October 17, 2024) - A federal lawsuit has been filed in the Central District of California against Hollywood fixers Paul Barresi and Adam Waldman, alleging civil conspiracy, obstruction of justice, alterations of records, invasion of privacy, and other serious charges. The case, Taft v. Barresi and Waldman, Case No. 5:24-cv-01930-TJH-DTB (https://api.newsfilecorp.com/redirect/DZL7nSMmaE), claims that both defendants engaged in a wide-ranging scheme to intimidate and manipulate individuals within the entertainment industry, including witnesses, former clients, and competitors, for private gains.

The plaintiff, identified as Christina Taft, a humanitarian and entrepreneur from Hawaii and executive of Rescue Social Inc, has a deep family history in the film industry. In her complaint, Ms. Taft alleges that Barresi and Waldman conspired to invade her privacy and inflict emotional distress while orchestrating a complex scheme suppressing witness testimony.

CLAIMS FOR INVESTIGATIONS TO PROTECT WITNESSES AND FORMER CLIENTS
According to the complaint, Barresi and Waldman allegedly collaborated to corruptly persuade and manipulate individuals within the film, music, and arts sectors. The lawsuit claims this collaboration began around April 2020 and continued into 2024, involving interstate communications, coercion, exploiting audio tapes, and various forms of harassment. The plaintiff asserts that the defendants' actions caused her significant emotional distress, fear for her safety, need for competing private investigators, and damage to her profession.

The suit says Christina Taft was improving structures for rescue, SaveMeNow, and public safety, including for cases in film, music, and arts, as part of the visual and performing arts business, and assisting former employees of the Viper Room and witnesses when she was injured by "fixing" activities done to benefit Depp.

The complaint outlines 12 causes of action, including civil conspiracy, obstruction of justice, and violations of both federal and California state laws. These alleged violations include tampering with witnesses and objects, invasion of privacy, and racketeering activities. Specifically, the lawsuit cites violations of 18 U.S.C. § 1512 (witness tampering), 18 U.S.C. § 875 (interstate communications), 18 U.S.C. § 1519 (alteration of records), and the Civil RICO Act under 18 U.S.C. § 1962, among others.

HOLLYWOOD FIXERS, CORRUPT PERSUASION, AND HIGH-PROFILE INTEGRITY
Paul Barresi, often referred to as a "Hollywood fixer," is known for his work within the entertainment industry, where he allegedly operates under the business name "Hollywood Confidential Investigations." Barresi has been accused of using his position to exploit and intimidate competitors, former clients, and witnesses, allegedly related to competing high-profile clients.

Adam Waldman, a lawyer based in Washington, D.C., is also named as a defendant in the lawsuit. Waldman, who has represented Depp, is alleged to have directed and financially rewarded Barresi for his involvement in various acts of coercion and intimidation. Waldman, the director of The Endeavor Group, is accused of playing a central role in these alleged unlawful activities, using his influence to serve private interests.

The complaint further alleges that Barresi and Waldman worked together to suppress potential testimony and hinder processes through corrupt persuasion, alterations and fabrications of records, manipulating financial transactions, travel to Washington D.C., and other means. The plaintiff also asserts that the defendants exploited their positions of power and influence to cause lasting harm to their perceived competitors.

A PLEA FOR NEW LEGISLATION AND BETTER BUSINESS PRACTICES

In addition to seeking damages, the lawsuit calls for new legislation in California to protect witnesses, whistleblowers, small businesses, and individuals within the arts industry from coercion and harassment. The plaintiff advocates for changes to California law to mirror protections already in place in New York, which offer more comprehensive safeguards for individuals facing threats related to legal testimony.

"In echoing the great Grace Kelly's words, 'I would like to be remembered as someone who accomplished useful deeds, and who was a kind and loving person. I would like to leave the memory of a human being with a correct attitude and who did her best to help others," said Taft.

Taft, whose family has deep roots to Hollywood's Golden Era, has dedicated much of her career to public safety and the protection of individuals in the arts. After losing her mother, former socialite and model Victoria Taft, in 2018 to the Paradise, California wildfire, she has dedicated her time to improving public safety systems, which includes founding Rescue Social. The organization is committed to driving greater transparency and accountability in public safety measures, especially those involving high-profile individuals and sensitive matters. The team supports initiatives across various industries, including film, music, and the arts, to implement safety systems that protect citizens and potential employees. Rescue Social does case analysis with interns from Chicago.

"I hope this filing brings awareness to how witnesses regularly do not have protections, especially in respect to cases related to Film, Music, Arts and 'The Business,' and that it drives needed change."

LEGAL PROCEEDINGS AND JURY DEMAND

The plaintiff has requested a jury trial and seeks both injunctive relief and monetary damages for the alleged violations. The lawsuit highlights a demand for accountability and the protection of individuals, witnesses, investigations, donors, and businesses from unlawful tactics of coercion, use of another to benefit a principle as outlined in New York's law, and invasion of privacy, for inclusion with respect to another's legal claim and when related to the arts.

The case is currently pending in the U.S. District Court, Central District of California, Eastern Division. No trial date has been set at this time.

More information about the complaint can be found here (https://api.newsfilecorp.com/redirect/rva51TxyLL).



(https://images.newsfilecorp.com/files/10930/226868_9ccb42bf04d0ab46_001full.jpg)

U.S. Judge Gavel Stars

To view an enhanced version of this graphic, please visit:
https://images.newsfilecorp.com/files/10930/226868_9ccb42bf04d0ab46_001full.jpg
(https://images.newsfilecorp.com/files/10930/226868_9ccb42bf04d0ab46_001full.jpg)



(https://images.newsfilecorp.com/files/10930/226868_9ccb42bf04d0ab46_002full.jpg)

Gavel Witnesses and Plaintiff

To view an enhanced version of this graphic, please visit:
https://images.newsfilecorp.com/files/10930/226868_9ccb42bf04d0ab46_002full.jpg
(https://images.newsfilecorp.com/files/10930/226868_9ccb42bf04d0ab46_002full.jpg)

**Media Contact:**
Lucy Hana
Public Safety and Victims Alliance
+1 757-744-2527
email us here (mailto:ceo.taft@rescue-social.com)

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/226868
(https://api.newsfilecorp.com/redirect/V7yq8U4XNj)

SOURCE: Public Safety and Victims Alliance (/company/10930/Public-Safety-and-Victims-Alliance)

# EXHIBIT J

**From:** Christina Taft <taftchristina.life@gmail.com>
**To:** paulbarresi@aol.com <paulbarresi@aol.com>
**Sent:** Sunday, January 28, 2024, 02:00:37 PM PST
**Subject:** Re: Christina Taft

FBI REPORT SUBMITTED AGAINST PAUL BARRESI JANUARY 28 2024

On Sat, Jan 27, 2024 at 10:55 AM paulbarresi@aol.com <paulbarresi@aol.com> wrote:
Fuck you nut job. Stop contacting me. I just posted two
more. https://www.youtube.com/watch?v=car-qktFgog

On Friday, January 26, 2024, 10:49:55 PM PST, Christina Taft <taftchristina.life@gmail.com> wrote:


HOLLYWOOD FIXER:

REMOVE THE AUDIOS OFF THE INTERNET IMMEDIATELY AND CEASE EDITING THEM FOR FABRICATIONS
AND COERCION.
WE ARE NOT TO BE USED FOR YOUR COMMERCIAL GAINS.

On Fri, Jan 26, 2024 at 7:28 PM Christina Taft <taftchristina.life@gmail.com> wrote:
Deleted from the forwarded email threads below:

On Tuesday, January 9, 2024, 01:15:28 PM PST, Christina Taft <taftchristina.ceo@gmail.com> wrote:


Barresi:

You should be in prison if your ex-boss hadn't gone to federal prison for racketeering, blackmail and
extortion of clients, ex-spouses, and witnesses which included ILLEGAL background checks on
reporting victims. He paid the Los Angeles enforcement to do these illegal lookups.

**Recording artist did not want her audio stolen by you and evidence fabricated.** You are illegally
blackmailing and coordinating harassment. Honolulu PD already have your information and they are
ethical - they told me to go to the FBI.

On Thu, Jan 11, 2024 at 3:16 PM babs481 <babs481@aol.com> wrote:
Please see below.

----- Forwarded Message -----
**From:** Christina Taft <taftchristina.ceo@gmail.com>
**To:** ████████@████com>
**Sent:** Thursday, January 11, 2024 at 07:03:52 PM CST
**Subject:** Changing Email Re: Christina Taft

1

Aloha,

My new email is -

**taftchristina.life@gmail.com**

## Changing email to this due to safety


--
**Christina Taft**
**Founder**
LinkedIn

----- Forwarded Message -----
**From:** ▆▆▆▆▆▆▆▆@▆▆.com>
**To:** paulbarresi@aol.com <paulbarresi@aol.com>; taftchristina.ceo@gmail.com <taftchristina.ceo@gmail.com>
**Sent:** Thursday, January 11, 2024 at 07:03:35 PM CST
**Subject:** Christina Taft

Christina,

Let me make something clear. You took something that was very traumatic in my life and YOU and your friend Richie Albertini blamed what happened on Paul.

You are the one that put this information in messages through email, text, and illegally recorded phone calls that you took without my knowledge or permission.

Christina, you honestly need professional mental help for the diabolical things you are doing. This is your warning: if you continue to discuss me in any way, I will sue you for defamation, intentional infliction of emotional distress, fraud, and I will have you criminally charged with harassment, bullying, stalking, illegally recording that phone call and any other crime that I can legitimately charge you with for what you have done.

The trauma that you have caused in addition to the damage done before you showed up in my life is immeasurable. I realize you hated the fact that I stuck up for Johnny and you wanted to make me pay for that, but you got your wish. I paid dearly at your hands and now it's time for you to stop. Using me to threaten Paul or anybody else is not going to work in your favor.

STOP discussing me in your delusions.

Also, do not contact me after this message.  I am afraid of you and your behavior constitutes harassment. The authorities will be notified if you do.

Thank you,

Angela

On Tuesday, January 9, 2024 at 06:40:10 PM CST, paulbarresi@aol.com <paulbarresi@aol.com> wrote:


FYI

2

----- Forwarded Message -----
**From:** Christina Taft <taftchristina.ceo@gmail.com>
**To:** paulbarresi@aol.com <paulbarresi@aol.com>
**Sent:** Tuesday, January 9, 2024, 02:01:56 PM PST
**Subject:** Re: Re:

Barresi:

You are doing crimes and you and Johnny Depp will be sued.

You misrepresented to Angela to make her afraid. Other witnesses already stated Angela was scared of you for years because you are a fraud, a psychopath, and a sociopath

On Tue, Jan 9, 2024, 11:41 AM paulbarresi@aol.com <paulbarresi@aol.com> wrote:

That recording of you coercing Angela Gayle was shortened because in so many places you are so stupid you couldn't even cogently speak a complete sentence. Make no mistake the full recording is intact and in evidence, you fucking dolt.

# EXHIBIT K



**From:** Molly Skye Brown <molly.skye.brown@gmail.com>
**To:** "paulbarresi@aol.com" <paulbarresi@aol.com>
**Sent:** Friday, October 21, 2022, 01:11:18 PM PDT
**Subject:** Re: The OJ Simpson Case. Are you ready for this?.... Barresi Depp Albertini Big Ed Shaw...and more....

Yes we've been relieved to not be involved the last year.

Sent from my iPhone

Molly Skye Brown
Heal - Grow - Thrive
Host of the "Let's Be Frank" podcast subscribe to Apple Podcast
Subscribe to YouTube video production of podcast here


On Oct 21, 2022, at 4:09 PM, paulbarresi@aol.com wrote:


funny stuff  these guys are mental


-----Original Message-----
From: Molly Skye Brown <molly.skye.brown@gmail.com>
To: paulbarresi@aol.com
Sent: Fri, Oct 21, 2022 1:06 pm
Subject: Fwd: The OJ Simpson Case. Are you ready for this?.... Barresi Depp Albertini Big Ed Shaw...and more....



Sent from my iPhone

Molly Skye Brown
Heal - Grow - Thrive
Host of the "Let's Be Frank" podcast subscribe to Apple Podcast
Subscribe to YouTube video production of podcast here

Begin forwarded message:

> **From:** Mario Nitrini <nitrinimario@gmail.com>
> **Date:** December 20, 2021 at 9:04:31 AM EST
> **To:** Molly Brown <Molly.skye.brown@gmail.com>
> **Subject: The OJ Simpson Case. Are you ready for this?.... Barresi Depp Albertini
> Big Ed Shaw...and more....**

LET THE GAMES BEGIN....LOL.

Just when I thought that it couldn't get more unreal, Albertini is going crazy pertaining to this article referencing Paul Barresi, River Phoenix, Big Ed Shaw, Radar Online, and more.



https://radaronline.com/p/viper-room-history-curse-river-phoenix-death/

Check this out.
Albertini sent a tape recording
(Illegally taped....so what else is new)
to the National Enquirer employee Andy Tillett, where he illegally tape recorded Big Ed Shaw, pertaining to the death of River Phoenix
(I have a text message from Albertini).

This is unreal. I have emails from Barresi that completely contradicts what Barresi is quoted saying in this article.

Albertini claims Barresi plagerized him.
Well, for once, Albertini is correct.
But it's not been made public, so Albertini has NO leg to stand on regarding any potential lawsuit...LMFAO.

Also, the tweet that Albertini says
(Drunk...Photo),
Albertini is talking about the illegal tape recording of Barresi that I sent you.

There's a lot to this, and I can legally impeach both of them.
So.....lol,
LET THE GAMES BEGIN....LOL

Mario George Nitrini 111
-----
The OJ Simpson Case

2









# EXHIBIT L

**From:** Molly Skye Brown <molly.skye.brown@gmail.com>
**To:** paulbarresi@aol.com <paulbarresi@aol.com>
**Sent:** Tuesday, October 22, 2024, 09:11:00 AM PDT
**Subject:** Re: fabricated letter

Hi Paul, she's a lying psychopath who exploits people so I've reached out to her to let her know if I don't hear back from her by the end of today that I will be giving her full identity to you so that you can get to the bottom of this.

Molly Skye Brown
Survivor Extraordinaire
#MeTooMuch
https://linktr.ee/MollySkyeBrown

On Mon, Oct 21, 2024 at 4:43 PM paulbarresi@aol.com <paulbarresi@aol.com> wrote:
Molly See Ltr Attached in which my name was added. Christina Taft and Richie Albertini tried to frame me for threatening a woman in TN, using this letter. I understand you were the original keeper of this letter. Please tell me who added my name.

Thank you,

Paul Barresi
cell no. 908-656-5712

1