**MELISSA Y. LERNER (SBN 285216)**
mlerner@lavelysinger.com
**MEGAN S. MALLONEE (SBN 340276)**
mmallonee@lavelysinger.com
**LAVELY & SINGER**
**PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615

Attorneys for Defendant
PAUL BARRESI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINA TAFT,<br><br>    Plaintiff,<br><br>  vs.<br><br>PAUL BARRESI; ADAM R. WALDMAN; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 5:24-cv-01930-TJH (DTB)<br>[Hon. David T. Bristow, Magistrate Judge]<br><br>**DECLARATION OF ANGELA GAYLE IN SUPPORT OF DEFENDANT PAUL BARRESI'S SUR-REPLY TO PLAINTIFF'S REPLY RE PRELIMINARY INJUNCTION** |

4528-3

# DECLARATION OF ANGELA GAYLE

I, Angela Gayle, do hereby declare:

1. I am over the age of 18 and competent to make this Declaration. I am a U.S. citizen and resident of the State of Tennessee. I make this declaration in support of Defendant Paul Barresi's Sur-Reply to Plaintiff Christina Taft's Reply re Preliminary Injunction ("Reply"). I have personal and first-hand knowledge of the matters set forth in this Declaration, except for those that are stated on information and belief, and, as to those, I am informed and believe them to be true. If called and sworn as a witness, I could and would testify competently to these matters under oath.

2. I have reviewed the declarations of Ian Herndon and Molly Beaton (also known as Molly Skye Brown) submitted in support of Ms. Taft's Reply, as well as the allegations Ms. Taft has made in her lawsuit against Mr. Barresi, falsely accusing him of harassing me and threatening me with a gun. To be clear, Mr. Barresi has never harassed me, never wrote me a threatening letter and certainly did not threaten me with a gun. In fact, I have never met Mr. Barresi in person. The only people who have ever stated to me that they accused Mr. Barresi of harassing and threatening me or pulling a gun on me are Richard Albertini and Christina Taft, both of whom appear to be obsessed with Mr. Barresi.

3. As relevant background, in April 2015, I was abducted by an public figure (to whom I shall refer as "Mr. X" for purposes of this Declaration) in New Orleans, Louisiana and held by him in a house for three days, during which time he brutally sexually abused me. Eventually, I was able to escape, and flew back to my home at the time, where I went to the hospital to treat my injuries. Before I got out of the hospital, I started receiving threatening calls telling me not to go to the police about the crimes that had been committed against me. Later in 2015, a man approached me in the courtyard of my apartment complex, pointed a gun at my forehead and told me menacingly to keep

my mouth shut. For approximately the next year and a half, I received a constant barrage of threatening messages and calls from people I presumed were acting on behalf of Mr. X to intimidate and silence me.

4. In or around 2021, I became more familiar with Amber Heard's allegations of sexual violence against Johnny Depp. Around that time, I was inspired to write a song about the Depp-Heard case, which was also critical of the #MeToo movement. I then published a video of me performing the song on YouTube. I had no idea that my YouTube video would bring me into the orbit of so many online trolls who were obsessed with Amber Heard.

5. Two of the people I met this way were Richard Albertini and Christina Taft. Initially, Mr. Albertini told me that Ms. Taft was a lawyer and that she was going to file a case and pursue claims on my behalf based on what I had suffered. In approximately the late summer or early fall of 2022, I had a phone call with Ms. Taft, at which point she started trying to convince me that Mr. Barresi was working for Mr. X and that Mr. X was part of a cabal with Johnny Depp. Ms. Taft told me that Mr. Barresi "is after you, he's a Hollywood fixer, he kills people, and he will hunt you down and kill you." She also said that Mr. Barresi was the one who had pulled a gun on me back in 2015. At this point in 2022, I had not received any threatening phone calls related to Mr. X for years, but their theories triggered the trauma I suffered as a result of the crimes against me in 2015 and 2016, and I started to panic. Suddenly I had been told the alleged identity of the person who tormented me and pulled a gun on me, and Ms. Taft and Mr. Albertini made it seem like Mr. Barresi was coming after me "again" after all these years and that he was an imminent threat. Ms. Taft and Mr. Albertini used my increasing fear to manipulate me and push their narrative about Mr. Barresi being a dangerous person.

6. When I saw a photograph of Mr. Barresi, I told Ms. Taft that he looked nothing like the man who had threatened me with a gun in 2015. She tried to convince

3

DECLARATION OF ANGELA GAYLE ISO BARRESI'S SUR-REPLY RE PRELIMINARY INJUNCTION

me that I was mistaken because of the trauma I suffered and suggested that Mr. Barresi was wearing a disguise at the time. However, I told her that I could never forget looking at the person who was standing before me and holding a gun to my forehead. She continued to tell me that Mr. Barresi was coming to kill me.

7. In approximately October 2022, I decided to reach out to Mr. Barresi directly to confront him about what Mr. Albertini and Ms. Taft had told me, *i.e.*, that he was a fixer and hitman hired by Mr. X to hunt me down and kill me. Despite Ms. Taft being firmly against this idea, I called Mr. Barresi and spoke to him. During our call, both Mr. Barresi and I cried and he told me that Ms. Taft and her allies had been harassing him for years. He told me that prior to Ms. Taft, Mr. Albertini and their online allies posting false allegations about his involvement with me, he had no knowledge of me or my story. He stated that he did not know Mr. X and had no association with Mr. X at all. He also confirmed that he had absolutely never called me to threaten me and certainly did not point a gun at my forehead in 2015. Far from being a menacing guy, he was very empathetic about what I had been through.

8. I confronted Ms. Taft about her attempts to convince me of the false claim that Mr. Barresi was the one who had harassed me and threatened me at gunpoint years earlier. I told her that it was clear that she had a personal vendetta against Mr. Barresi and was using me and exploiting my victimhood to recruit other people to her cause against him. I confirmed that Mr. Barresi was *not* the person who had pulled a gun on me in 2015 and that I had never accused him of doing that. Only Ms. Taft and Mr. Albertini had tried to push that narrative on me. I also asked her to stop contacting me. At this time, Ms. Taft also revealed that she had a personal vendetta against *me* because of the song I had written supporting Mr. Depp.

9. Although I had asked her not to contact me, Ms. Taft continued to do so. Attached hereto as **Exhibit A** is a true and correct copy of my email to Ms. Taft dated

January 11, 2024 in which I requested that she stop using me to get to Mr. Barresi and not contact me again.

10. I never discussed Mr. Barresi with Ian Herndon or Molly Beaton, and I never told either of them that Mr. Barresi was the person who had harassed me, intimidated me and pulled a gun on me. Any false claims they are making in their declarations about Mr. Barresi harassing, threatening or intimidating me is what they were told by others, who I am informed and believe include Ms. Taft and Mr. Albertini—not me.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 12 day of March, 2025, at Nashville, Tennessee.



ANGELA GAYLE

# EXHIBIT A

**From:** [REDACTED]@[REDACTED].com>
**To:** paulbarresi@aol.com <paulbarresi@aol.com>; taftchristina.ceo@gmail.com <taftchristina.ceo@gmail.com>
**Sent:** Thursday, January 11, 2024 at 07:03:35 PM CST
**Subject:** Christina Taft

Christina,

Let me make something clear. You took something that was very traumatic in my life and YOU and your friend Richie Albertini blamed what happened on Paul.

You are the one that put this information in messages through email, text, and illegally recorded phone calls that you took without my knowledge or permission.

Christina, you honestly need professional mental help for the diabolical things you are doing. This is your warning: if you continue to discuss me in any way, I will sue you for defamation, intentional infliction of emotional distress, fraud, and I will have you criminally charged with harassment, bullying, stalking, illegally recording that phone call and any other crime that I can legitimately charge you with for what you have done.

The trauma that you have caused in addition to the damage done before you showed up in my life is immeasurable. I realize you hated the fact that I stuck up for Johnny and you wanted to make me pay for that, but you got your wish. I paid dearly at your hands and now it's time for you to stop. Using me to threaten Paul or anybody else is not going to work in your favor.

STOP discussing me in your delusions.

Also, do not contact me after this message.  I am afraid of you and your behavior constitutes harassment. The authorities will be notified if you do.

Thank you,

Angela