**MELISSA Y. LERNER (SBN 285216)**
mlerner@lavelysinger.com
**MEGAN S. MALLONEE (SBN 340276)**
mmallonee@lavelysinger.com
**PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615

Attorneys for Defendant
PAUL BARRESI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| CHRISTINA TAFT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PAUL BARRESI; ADAM R. WALDMAN; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 5:24-cv-01930-TJH (DTB)<br>[Hon. David T. Bristow, Magistrate Judge]<br><br>**DECLARATION OF MELISSA Y. LERNER IN SUPPORT OF DEFENDANT PAUL BARRESI'S SUR-REPLY TO PLAINTIFF'S REPLY RE PRELIMINARY INJUNCTION**<br><br>Date:  (heard on Mondays)<br>Time:  Under Submission |

4528-3

DECLARATION OF MELISSA Y. LERNER ISO DEFENDANT'S SUR-REPLY

**DECLARATION OF MELISSA Y. LERNER**

I, Melissa Y. Lerner, do hereby declare:

1.      I am an attorney at law duly licensed to practice before all the courts of this state and am a partner of the law firm Lavely & Singer Professional Corporation, attorneys for Defendant Paul Barresi ("Defendant") herein.  I have personal and first-hand knowledge of the matters set forth in this Declaration and, if called and sworn as a witness, I could and would testify competently thereto under oath.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the "Overview" and "About" LinkedIn pages for Rescue Social retrieved on March 4, 2025 from the publicly-available website at the URL https://www.linkedin.com/company/rescuesocial.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of various webpages from the website of Rescue Social Inc. retrieved on March 4, 2025 from the publicly-available website at the URL https://github.com/RescueSocial.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the "Overview" and "About" LinkedIn pages for Worldie – Network for Good retrieved on March 4, 2025 from the publicly-available website at the URL https://www.linkedin.com/company/worldie/.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of the empty landing page at the website identified on Worldie's LinkedIn page retrieved on March 4, 2025 from the publicly-available website at the URL https://www.worldie.com/.

6.      Attached hereto as **Exhibit 5** are the Companies House corporate records of Worldie Ltd. (U.K. Company number 12982125), including the "Overview," "Filing History" and "People" pages, and four filings (*i.e.*, Incorporation dated October 28, 2020; Termination of appointment of 1st Secretaries as a secretary dated March 13, 2020; Termination of appointment of Quinet Kubby Enakele as a director dated September 5, 2024; Termination of appointment of Quinet Enakele as a secretary dated September 5,

2024) retrieved on March 4, 2025 from the publicly-available website at the URL https://find-and-update.company-information.service.gov.uk/.

7.     Attached hereto as **Exhibit 6** is a true and correct copy of Plaintiff Christina Taft's ("Plaintiff") LinkedIn profile, retrieved on March 4, 2025 from the publicly-available website at the URL https://www.linkedin.com/in/christinataft/.

8.     Attached hereto as **Exhibit 7** is a true and correct copy of the "Media Posts" section of Plaintiff's X (formerly Twitter) account, retrieved on March 2, 2025 from the publicly-available website at the URL https://x.com/XTinaTaft/media.

9.     Attached hereto as **Exhibit 8** is a true and correct copy of Plaintiff's Instagram profile, retrieved on March 2, 205 from the publicly-available website at the URL https://www.instagram.com/xtinataft_travel/.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of the "Videos" section of Plaintiff's YouTube channel, retrieved on February 27, 2025 from the publicly-available website at the URL https://www.youtube.com/@ChristinaTaft/videos.

11.     Attached hereto as **Exhibit 10** are true and correct copies of the video landing page and video posted by Plaintiff on her YouTube channel on September 28, 2024, entitled "Process Serving Hollywood Fixers, Paul Barresi – Katy Perry Fingerprints, Jody Babydol," retrieved on February 27 and March 4, 2025 from the publicly-available website at the URL https://www.youtube.com/watch?v=bmjgamMk3i4.

12.     Attached hereto as **Exhibit 11** is the Case Information page for Case No. FL048571, *Christina Amanda Taft-Conner v. James Timothy Conner*, retrieved on March 4, 2025 from the publicly-available Butte County Superior Court website at the URL https://www.butte.courts.ca.gov/online-services/case-information.

13.     Attached hereto as **Exhibit 12** is the Case Information page for Case No. FL048556, *Christina Amanda Taft-Conner v. Patricia Strader*, retrieved on March 4,

DECLARATION OF MELISSA Y. LERNER ISO DEFENDANT'S SUR-REPLY

2025 from the publicly-available Butte County Superior Court website at the URL
https://www.butte.courts.ca.gov/online-services/case-information.

14.    Attached hereto as **Exhibit 13** is the Case Information page for Case No.
165282, *In re: Christina Amanda Taft-Conner*, retrieved on March 4, 2025 from the
publicly-available Butte County Superior Court website at the URL
https://www.butte.courts.ca.gov/online-services/case-information.

15.    Attached hereto as **Exhibit 14** is Amended Petition for Change of Name
filed on November 24, 2015 in Case No. 165282, *In re: Christina Amanda Taft-Conner*,
retrieved on March 4, 2025 from the publicly-available Butte County Superior Court
website at the URL https://www.butte.courts.ca.gov/online-services/case-information.

16.    Attached hereto as **Exhibit 15** is the Order Denying Petition for Name
Change filed on December 9, 2015 in Case No. 165282, *In re: Christina Amanda Taft-
Conner*, retrieved on March 4, 2025 from the publicly-available Butte County Superior
Court website at the URL https://www.butte.courts.ca.gov/online-services/case-
information.

17.    Attached hereto as **Exhibit 16** is a true and correct copy of the Certified
Transcript of Proceedings on October 19, 2022 in Los Angeles Superior Court Case No.
22PDR001308, *Richard Albertini v. Paul Baressi*, and exhibits thereto.

18.    Attached hereto as **Exhibit 17** are true and correct copies of the Case
Access for Los Angeles Superior Court Case No. 22PDR001308, *Richard Albertini v.
Paul Baressi*, and the Court's October 19, 2022 Minute Order denying Petitioner's
request for order of protection, retrieved on March 4, 2025 from the publicly-available
Los Angeles Superior Court website at the URL
https://www.lacourt.org/casesummary/ui/index.aspx?casetype=civil.

19.    Attached hereto as **Exhibit 18** is a true and correct copy of the Case View
for Case ID 1DSS-23-0001195, *Christina A. Taft v. Paul Barresi*, which I retrieved on

DECLARATION OF MELISSA Y. LERNER ISO DEFENDANT'S SUR-REPLY

March 4, 2025 from the publicly-available Hawai'i State Judiciary eCourt* Kokua Judiciary Information Management System website at the URL http://jimspss1.courts.state.hi.us:8080/eCourt/.

20. Attached hereto as **Exhibit 19** is a true and correct copy of the Case View for Case ID 1DSS-24-0000057, *Christina A. Taft v. Paul Barresi*, which I retrieved on March 4, 2025 from the publicly-available Hawai'i State Judiciary eCourt* Kokua Judiciary Information Management System website at the URL http://jimspss1.courts.state.hi.us:8080/eCourt/.

21. Attached hereto as **Exhibit 20-** is a true and correct copy of an article by Dan Adler entitled *A New Story Emerges of How Ghislaine Maxwell Recruited Young Girls*, published by Vanity Fair on October 1, 2020, which I retrieved on March 11, 2025 from the publicly-available website at the URL https://www.vanityfair.com/style/2020/10/new-ghislaine-maxwell-recruiting-report?srsltid=AfmBOoo3cQhb-2RHMIVm7w7K5dk_pJtTNikoAe2OP8I114e7EGqprPMC.

22. Attached hereto as **Exhibit 21** is a true and correct copy of my correspondence with Ms. Taft dated November 7-8, 2024.

23. Attached hereto as **Exhibit 22** are true and correct copies of a selection of social media posts from Ms. Taft's X (formerly Twitter) account, @XTinaTaft_Film, which I retrieved on March 11-12, 2025 from the publicly-available webpage at the URL https://x.com/XTinaTaft_Film.

24. Attached hereto as **Exhibit 23** are true and correct copies of a selection of social media posts from Mario Nitrini's X (formerly Twitter) account, @nitrini1950, which I retrieved on March 11-12, 2025 from the publicly-available webpage at the URL https://x.com/nitrini1950.

DECLARATION OF MELISSA Y. LERNER ISO DEFENDANT'S SUR-REPLY

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 12th day of March, 2025, at Los Angeles, California.

s/ Melissa Y. Lerner
MELISSA Y. LERNER

DECLARATION OF MELISSA Y. LERNER ISO DEFENDANT'S SUR-REPLY

# EXHIBIT 1

     

| Home | My Network | Jobs | Messaging | Notifications | | For Business | Lear |



### Rescue Social Inc 

Rescue Social Analysis 💗 Business-Community Aid, Research-Investigate 🎬 Positive Impact, Perspectives & Arts-Film Figures

Information Services · 20 followers · 2-10 employees

**+ Follow**    **➤ Message**    ···

Home    About    Posts    Jobs    People    Insights

#### Overview

Rescue Social Improving Lives 💗 Better Outcomes and Paradigm Shift Initiatives ● Public Safety, Social Analysis, Business/Community Aid ● Positive Relations ● Research-Investigate Operations, Social Influence, Cases Impact 🎬 ● Vi ... see more

**Show all details →**

#### Page posts

‹  ›

**Rescue Social Inc**
20 followers
6mo · 🌐

500 Cases in #Film, #Music, #Arts, #Hollywood - Supporting Legislative Improvements with Analysis 🎨 ...more



GitHub -...
github.com

💗 1 · 1 repost

👍  💬  🔁

**Rescue Socia...**
20 followers
10mo · Edited · 🌐

101 #Cases in the Visual & Music, Art) for #PublicSaf improvements! 🎬 ❤️ ...



GitHub - RescueSocialTec
github.com

💗 1



Show all posts →

## People highlights

**1 employee works in United States**

Christina Taft · 2nd
Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian 🕊️

Show all people highlights →

🟡 **PREMIUM**

## Insights on Rescue Social Inc ❓

**Total employees**



Mar 2023  Sep 2023  Mar 2024  Sep 2024  Mar 2025

🔻 **-50%**
Total headcount growth
6 months

🕐 **4.4 years**
Median tenure

See all Premium insights →

About                    Accessibility              ❓ Questions?
                                                         Visit our Help Center.
Talent Solutions         Professional Community
                         Policies                   ⚙️ Manage your account and privacy
Careers                                                 Go to your Settings.
                         Marketing Solutions
Privacy & Terms ▾                                    🛡️ Recommendation transparency
                         Ad Choices                     Learn more about Recommended Content.
Advertising
                         Sales Solutions
Mobile                                               Select Language
                         Small Business
Safety Center                                        English (English)                    ▾

LinkedIn Corporation © 2025



## Pages people also viewed





Worldie - Network for Good
Media and Telecommunications
469 followers

+ Follow

ALG
Business Intelligence Platforms
69 followers

+ Follow

SaveMeNow RESK technology that saves lives
IT Services and IT Consulting
98 followers

+ Follow

Show all →

## People also follow

Morrison Foerster
Law Practice
61,113 followers

[redacted]

+ Follow

Greenberg Traurig, LLP
Law Practice
84,457 followers

[redacted]

+ Follow

American Bar Association
Legal Services
296,688 followers

[redacted]

+ Follow

Show all →

Promoted •••

Afinida Accounting

Your Accounting, Streamlined

Stay in control with expert accounting that simplifies your business.

Follow

## Rescue Social Inc

Rescue Social Analysis 💗 Business-Community Aid, Research-Investigate
🚨 Positive Impact, Perspectives & Arts-Film Figures

Information Services · 20 followers · 2-10 employees

**+ Follow**    **✈ Message**    **···**

Home    **About**    Posts    Jobs    People    Insights

## Overview

Rescue Social Improving Lives 💗
Better Outcomes and Paradigm Shift Initiatives

● Public Safety, Social Analysis, Business/Community Aid
● Positive Relations
● Research-Investigate Operations, Social Influence, Cases Impact 🚨
● Visual and Performing Arts
🚨 Victims/Survivors Centering with Witnesses, Arts/Film Figures to Public Figures
● Assistance, Anti-Abuse
● Supporting Communications, Accuracy, and Improving Outcomes
● Investigations and Research - Collaborations for better quality and accessible types of investigations in multiple settings
● Conveying to strengthen stakeholders, positive public relations, journalists
● Research on Operations, Interviewing, Support/Offense/Defense Labeling, Female Case Examples
Social Network Analysis, Communications, and Data Science, Environment to People-Victims-Witnesses-Parties-Entities, Social Impact (Combining Perspectives, Empathy, Timelines, Socioeconomic)
● Elastic/Kibana, Machine Learning, Natural Language Understanding/NLP/NLU, AI, Data Science Visualizations, Analysis
● Impact to well-being and outcomes, awareness, legal cases, witnesses, paralegals, assistants, helpers, alliances, anomalies, peaks, traits, and long-term analysis
● Showing examples of positive information and foundations for others to build on
● Projects on Abuse/Coercive Control - projects are accessible for understanding the complexities
● Guides & Open Source Examples - available to impact other cases

**Website**
[https://github.com/RescueSocial](https://github.com/RescueSocial)

**Industry**
Information Services

**Company size**
2-10 employees
1 associated member ⓘ

**Founded**

2020



## Pages people also viewed


**Worldie - Network for Good**
Media and Telecommunications
469 followers

 + Follow


**ALG**
Business Intelligence Platforms
69 followers

+ Follow


**SaveMeNow RESK technology that saves lives**
IT Services and IT Consulting
98 followers

+ Follow

Show all →

## People also follow


**ULI Los Angeles**
Non-profit Organizations
3,622 followers

+ Follow


**Greenberg Traurig, LLP**
Law Practice
84,457 followers





+ Follow

**Morrison Foerster**
Law Practice
61,113 followers

███████████████████

+ Follow

Show all →

Promoted •••

troutman
pepper locke

**Troutman Pepper Locke LLP**
████  keep up with the latest insights
from Troutman Pepper Locke LLP
Stay informed on industry news and trends

**Angela** & 2 other connections also
follow

Follow

# EXHIBIT 2



# Rescue Social Inc

Community Aid, Solutions, Cases Analysis, Visual & Performing Arts, Investigations, Social Network Analysis, Quality Lives, Hollywood, Film, Music, Data Science

👥 14 followers  ⊙ International  🔗 http://publicsafetyandvictims.com

🔗 https://linkedin.com/rescuesocial

🏠 **Overview**    📇 Repositories 14    💬 Discussions    🔲 Projects    📦 Packages    👤 People

---

README.md

## Welcome to Rescue Social

Rescue Social Projects - Rescue & Public Safety Improvements ● Researching Social Influence ● Anti-Abuse & Data Analysis ● Business and Community Aid ● Social Dynamics of People, Victims, Entities, Arts and/or Public Figures ● Investigative ● Guides & Open Source Examples - available to impact other cases

Pinned

📖 **SaveMeNowApp**  (Public)

SaveMeNow is an application that connects your mobile phone with the nearest fire emergency service quickly and efficiently. In the event of an incident, SaveMeNow sends data in real time, manually...

⭐ 3

📖 **Cases_Film_Music_Arts_Hollywood**  (Public)

515 Cases in Film, Music, Arts, Hollywood - Supporting Legislative Improvements with Analysis

⭐ 1

📖 **PublicSafety_Victims_Alliance**  (Public)

Connecting Public Safety to be victim-centered, pro-active, pre-emptive to save lives at 21st century levels. See https://publicsafetyandvictims.com

⭐ 1

---

📺 **Victims_Cases_Film-Music-Arts**    `Public`

165 CASES in Film/Music/Arts of Victims & Witnesses (Visual & Performing Arts) to Improve & Save Lives - Cases Filed & Lawsuits, Cases Not Litigated & Investigative, Related Cases (Civil, Criminal,...

☆ 5

---

📺 Repositories

🔍 Find a repository...

| Type ▾ |    | Language ▾ |    | Sort ▾ |

---

### [Cases_Film_Music_Arts_Hollywood](#)    `Public`

515 Cases in Film, Music, Arts, Hollywood - Supporting Legislative Improvements with Analysis



☆ 1   ⑂ 0   ⊙ 0   ⇅ 0   Updated on Nov 23, 2024

---

### [Victims_Cases_Film-Music-Arts](#)    `Public`

165 CASES in Film/Music/Arts of Victims & Witnesses (Visual & Performing Arts) to Improve & Save Lives - Cases Filed & Lawsuits, Cases Not Litigated & Investigative, Related Cases (Civil, Criminal, Others), Similar Cases to Arts, with Analysis and Perception Fixer Guides - Accessible for Improvements - Golden Era Hollywood "The Business" to Present



☆ 5   ⑂ 0   ⊙ 0   ⇅ 0   Updated on Sep 26, 2024

---

### [Case_Fixers_Depp_Heard_Influence_Witnesses](#)    `Public`

Due Process Issues, Hollywood Fixers Influence on Cases & Society, Organizations, Experts, Witnesses with Documentation - Amici Filings on Appeal of Amber Heard, Official Records, Information - Impacts to Legal Cases, Victims/Witnesses - Methodology of Fixers



☆ 6   ⑂ 4   ⊙ 0   ⇅ 0   Updated on Sep 3, 2024

---

### [PublicSafety_Victims_Alliance](#)    `Public`

Connecting Public Safety to be victim-centered, pro-active, pre-emptive to save lives at 21st century levels. See https://publicsafetyandvictims.com

☆ 1    ⑂ 0    ⊙ 0    ⇃⇂ 0    Updated on Feb 21, 2024

## .github    [Public]

⚡ Rescue Social - SERVICES FOR GOOD - Business/Community Aid & Relations, Research, Investigate Operations, Data Analysis ... WELCOME

☆ 0    ⑂ 0    ⊙ 0    ⇃⇂ 0    Updated on Feb 21, 2024

## SaveMeNowApp    [Public]

SaveMeNow is an application that connects your mobile phone with the nearest fire emergency service quickly and efficiently. In the event of an incident, SaveMeNow sends data in real time, manually or automatically, to the nearest 1-1-2. See https://www.savemenowapp.com

☆ 3    ⑂ 0    ⊙ 0    ⇃⇂ 0    Updated on Feb 21, 2024

## Guide_Cases_Domestic_Abuse    [Public]

Guide to Successful Cases for Domestic Abuse Victims - Timelines, Types of Abuse, Evidence, Witnesses, Aid, & Maintaining Networks --- Successful cases, witnesses, chronologies, correlations, examples, discovery, communications, data analysis --- Legal Intern at Chicago University

☆ 1    ⑂ 0    ⊙ 0    ⇃⇂ 0    Updated on Sep 1, 2023

## Amber-Heard_Disinformation_Operations_Bots    [Public]

Amber Heard Social Network Analysis of Disinformation/Influence Operations, Bots, & Crime Across-Platforms. - Twitter, Reddit, YouTube, Instagram, Change.org, Facebook, Tumblr, TikTok. To create Foundations to Help victims of bots, cyberabuse, domestic abuse, coercive control, crime, & disinformation operations. We want to Save Lives & help part...

● HTML    ☆ 55    ⑂ 18    ⊙ 0    ⇃⇂ 0    Updated on Mar 30, 2023

## Domestic_Abuse_Simulations    [Public]

Simulations of domestic abuse & coercive control traits from articles, narratives, documents, timelines, media on domestic abuse with multi-agent modeling. Abuse AI Simulation/Predict Training, action-trees



⬤ Java  ☆ 4  ⑂ 1  ⊙ 0  ⇅ 0   Updated on May 7, 2022

**SNA-AH-Positive-NLG-Compliments**  ⬭ Public

Positive Compliments NLG from Semiosis-GPT-J to create - from prompts on Jason Momoa to
Amber Heard and others. - To show Positive, helpful solutions for Natural Language Projects and
Relationships aside from Social Network Analysis of disinformation/abuse. General Prompts for
Compliments. Demos include 3-way Chat with Filmmaker Christopher Nolan.

☆ 0  ⑂ 0  ⊙ 0  ⇅ 0   Updated on Dec 16, 2021

View all repositories

## People

This organization has no public members. You must be a member to see who's a part of this organization.

## Top languages

⬤ Python  ⬤ Java  ⬤ HTML

## Most used topics

#social-network  #data-science  #hollywood  #investigation  #legal

🗐 **RescueSocial** / **Cases_Film_Music_Arts_Hollywood**    `Public`

515 Cases in Film, Music, Arts, Hollywood - Supporting Legislative Improvements with Analysis

☆ 1 star    ⑂ 0 forks    ⑄ Branches    ◇ Tags    ⌁ Activity

| ☆ Star | 🔔 Notifications |
|---|---|

| <> Code | ◉ Issues | ⑄ Pull requests | ▷ Actions | ⊞ Projects | ◎ Security | ⬚ Insights |
|---|---|---|---|---|---|---|

⑄ | ⑄ **1 Branch** | ◇ **0 Tags** | ⑄ | ◇ | 🔍 Go to file | **Go to file** | **<> Code ▾** | ⋯ |

👤 **victoriak2001**    Delete Preliminary Historical Analysis Essays/Test

fccb6b2 · 4 months ago    🕑

| 📁 Legislation Improvem... | NewYork-California Legislati... | 5 months ago |
|---|---|---|
| 📁 Preliminary Historical ... | Delete Preliminary Historical ... | 4 months ago |
| 📁 Reporting Analysis | Delete Reporting Analysis/Test | 4 months ago |
| 📄 All Cases Database.csv | Add files via upload | 4 months ago |
| 📄 All Cases Database.xlsx | Add files via upload | 4 months ago |
| 📄 Control Group Case.csv | Add files via upload | 7 months ago |
| 📄 Control Group Cases.... | Add files via upload | 7 months ago |
| 📄 Linguistics Compared ... | Linguistics Compared to Arts... | 6 months ago |
| 📄 Magazine Page Layou... | Add files via upload | 6 months ago |
| 📄 Orchestra And Reel, G... | Supporting Legislative Impro... | 6 months ago |
| 📄 README.md | Update README.md | 4 months ago |
| 📄 Top 100 Word Cloud.... | Add files via upload | 6 months ago |
| 📄 Top 100 Words.csv | Add files via upload | 6 months ago |
| 📄 Top 100 Words.xlsx | Add files via upload | 6 months ago |
| 📄 gold film reel.jpg | Add files via upload | 6 months ago |

| 🗋 montmartre artists ce… | Add files via upload | 6 months ago |
| 🗋 rock band instrument… | Add files via upload | 6 months ago |
| 🗋 welcome-aboard-life-… | Add files via upload | 5 months ago |

📖 README                                                    ☰

# Cases Film, Music, Arts, Hollywood

**515 Cases in Film, Music, Arts, Hollywood** - *Analysis to Support Legislative Improvements and Services.*

416 Hollywood Cases in "All Cases Database" including 99 Control Group Cases in "Control Group Cases".

We are the first to do case analysis in the **artistic/creative** category that is accessible for improvements to help people.

# Visual and Performing Arts Overview:

- **The Visual Arts** gives a way to express feeling, emotion, opinion, or taste through visual means, for instance, photography, painting, sculpting, and drawing. Visual Arts are primarily created for Aesthetic Purposes. Visual Arts include painting, sculpture, watercolor, graphics, drawing, and architecture. Also in the Visual Arts category is music, poetry, film, photography, conceptual art, and printmaking.

- **Performing Arts** have ways to express an opinion, emotion, feeling, or taste, through means of performance, like theater, speech, dance, music, and more. Performing Arts are arts or skills that require a performance in front of an audience. Examples are acting, singing, and dancing. Other forms of the Performing Arts include opera, theater, magic or illusion performances, mime, spoken word, recitation, and speaking. Performing Arts include conveying a message or artistic expression through their dialogue, voice, and their body.

## Supporting Legislative Improvements

*With guides, find elements faster for **remedies, for better lives,** including **improved legislation**.*

3/4/25, 1:02 PM GitHub - RescueSocial/Cases_Film_Music_Arts_Hollywood: 515 Cases of Film, Music, Arts, Hollywood Supporting Legislative Impr...

Case 5:24-cv-01930-TJH-DTB Document 52 Filed 03/12/25 Page 21 of 248 Page ID #:1935

# Starting Metaphoric Understanding to Cases

### Illustrative of Cases Related to Visual & Performing Arts (Hollywood)
*The Process: Orchestra And Gold Film Reel, In Perspective*



*Artists Centers and Band Instruments for Live Music*

  



[Guide Comparison](): **Linguistics Compared to Hollywood, Legislation, Investigations, and Witness Testimony**
Other pages: Guides, Golden Era Television Writer, Movie Consultant. (Case Given)

- View on Confidential Magazine Court Case: *"Confidential" Account*
  Maureen O'Hara **gladly testified** in California's case Citing Confidential Magazine and Judge Walker allowed testimony about blackmail.

- **Monopoly Traits Increasing Fixed Cases**: *Front Page Detectives* (Harmed Cases to Today)

- How Linguistics Analysis Helps Solve Crimes: https://www.verbolabs.com/the-science-of-linguistic-forensics-how-language-analysis-helps-solve-crimes

- Golden Era: "Everett Debaun, now a Successful Television Writer... *Debaun's discussion: Legislative tactics which increase the risks of detection and apprehension. He indicates that shifts in the form of have occurred in the United States as a response to such developments as... statues regarding... In these Cases, risks of certain crimes have been*

3/4/25, 1:02 PM    GitHub - RescueSocial/Cases_Film_Music_Arts_Hollywood: 515 Cases of Film, Music, Arts, Hollywood Supporting Legislative Impr…

Case 5:24-cv-01936-TJH-DTB   Document 52   Filed 03/12/25   Page 22 of 248   Page ID #:1936

*Perceived by professional heavies as too great in relation to... returns so that they have turned to other "low risk" kinds... is one Case illustration."*

**Television Writer** Contributed to [Criminology Guides](#) - Motion Picture: Changing the Lawbreaker.

- California Legislation Issues: *[Faults with Lindbergh Case.](#)*
  *Faults of investigations with letters, Including Comparing Potential Witnesses only to Financial Objects*
- *Discussion in American Language Supplement [(Book)](#)*

## Magazine Page Layout Guides - Creation and Emphasis

*"Magazine page layout is an Art that balances aesthetics and functionality. Organizing a page's text, images, and other graphic elements creates an engaging and readable experience. Key considerations include hierarchy, which guides readers through the content effectively, and grid systems, which provide a structured framework..."*
*[https://azuramagazine.com/articles/magazine-page-layout-what-you-need-to-know](https://azuramagazine.com/articles/magazine-page-layout-what-you-need-to-know)*

## Welcome Aboard Life Buoy... Better Services



## *Continue Analysis in the Arts for Solutions*

*Beyond a single painting easel...*



3/4/25, 1:02 PM GitHub - RescueSocial/Cases_Film_Music_Arts_Hollywood: 515 Cases of Film, Music, Arts, Hollywood Supporting Legislative Impr…

Case 5:24-cv-01930-TJH-DTB    Document 52    Filed 03/12/25    Page 23 of 248    Page
ID #:1937

## Releases

No releases published

---

## Packages

No packages published

---

## Contributors 2

 **christinataft** Christina Taft

 **victoriak2001** Victoria Karai

3/4/25, 1:02 AM    GitHub - RescueSocial/Victims_Cases_Film-Music-Arts: 165 CASES in Film/Music/Arts of Victims & Witnesses (Visual & Performing …

Case 5:24-cv-01930-TJH-DTB    Document 52    Filed 03/12/25    Page 24 of 248    Page ID #:1938

🗒 **RescueSocial** / **Victims_Cases_Film-Music-Arts**    Public

165 CASES in Film/Music/Arts of Victims & Witnesses (Visual & Performing Arts) to Improve & Save Lives - Cases Filed & Lawsuits, Cases Not Litigated & Investigative, Related Cases (Civil, Criminal, Others), Similar Cases to Arts, with Analysis and Perception Fixer Guides - Accessible for Improvements - Golden Era Hollywood "The Business" to Present

🔗 www.youtube.com/watch?v=YW1yH-bTWi8

☆ 5 stars    ⑂ 0 forks    ⛬ Branches    🏷 Tags    ⩘ Activity

| ☆ Star | 🔔 Notifications |
|---|---|

| <> Code | ⊙ Issues | ⑂ Pull requests | ▶ Actions | ▦ Projects | ⊘ Security | ⩘ Insights |
|---|---|---|---|---|---|---|

⑂    ⛬ 1 Branch    ⬙ 0 Tags    ⑂    🏷    🔍 Go to file    Go to file    <> Code ▾    ⋯

👤 christinataft  Cases Related to the Arts to Present    0b8cf42 · 6 months ago    🕘

| 📁 Cases Documentation... | Start Documentations Cases ... | 6 months ago |
|---|---|---|
| 📁 Perceptions Guides to... | Implications Artists to Fixers ... | 6 months ago |
| 📄 Cases in Film_Music_... | Cases in Film, Music, Arts - Fi... | 6 months ago |
| 📄 Cases in Film_Music_... | Foundation Filed Cases, Rela... | 6 months ago |
| 📄 Cases in Film_Music_... | Cases in Film, Music, Arts - N... | 6 months ago |
| 📄 Cases in Film_Music_... | Cases in Film, Music, Arts - R... | 6 months ago |
| 📄 Enablers Diagram Mu... | Enablers Diagram Music Busi... | 11 months ago |
| 📄 README.md | Cases Related to the Arts to ... | 6 months ago |
| 📄 Similar Cases to Film, ... | Similar Cases to Film, Music, ... | 6 months ago |
| 📄 Visual and Performing... | Create Visual and Performin... | 9 months ago |
| 📄 v- Jane Russell and M... | Comparison for Understandi... | 6 months ago |
| 📄 z- New York City Witn... | New York City Witnesses - R... | 6 months ago |
| 📄 z- skyline new york cit... | skyline for film, music, arts c... | 6 months ago |

📄 z-film-arts-banner.jpg        Add files via upload                6 months ago

# Cases in Film, Music, Arts of Victims and Witnesses

## 165 Cases Foundation in Film, Music, Arts of Victims/Witnesses (Visual & Performing Arts) to Improve Quality & Save Lives

*Accessible Information for Better Servicing and Legislation in the Arts.*
**Guides, Demonstrations, Documentations, and Analysis** including **Perspectives** in "*The Business.*"
*Welcome... **Golden Era Hollywood to PRESENT***
- Filed Cases (Legal Filings, Lawsuits)
- Related Cases (Civil, Criminal, Witnesses Involved)
- Cases Not Litigated (Legal Letters, Social Impact, Strong-Arming, Fixers, Investigators, Others)
- Similar Cases

**Needing** *Better Quality, Access to Services, and Better Lives* in the Arts, 165 Cases are **Listed as Foundations to the** [Present.](#) Since we're lacking quality assistance and legislation in California, in comparison to for instance, [New York](#) Coercion Laws, [Countless](#) People have been harmed *Related* to the Arts!
*In one Case alone, 500 people had to sue against Fixers in the* [2000s Onward](#), *without remedying the Elements of the coercive conduct used. Both Victims and Witnesses are Important!* **The Elements are Given here to Help Change.**
*See, Films and Cases 🐻 are given for illustration.*

**Starting Example of Cases:**

- Investigated - California - 1954 - *Joe DiMaggio Marilyn Monroe* - Surveilled, **Strong Arming,** Break In - *Barney Rudisky* - Film, Sports, Fixers
  https://www.vanityfair.com/hollywood/2003/04/robert-harrison-confidential-magazine
- Categories - Status State Year Moving Party Responding Party Moving Actions Responding Actions Investigators Victim Investigators Perpetrator Lawyers Responding Lawyers Moving Arts Business Areas Responding Arts Area Moving Arts Area Experts Victim Experts Perpetrators Videos Links

*Optimistic Skyline for Cases Related to Film, Music, Arts*



# Foundational Examples - As Many Cases as Possible with Categories

- Starting **[Example](#)** with Elements - Joe DiMaggio *used* a private eye to surveil and *strong-arm* Marilyn Monroe as divorce granted (**Overlapping Legal Claim**)... LAPD investigated a **foiled** burglary (by fixers)... (fixers) **Sold** the "wrong-door raid" story to Confidential magazine, where it appeared in the September 1955 issue... and, without suspects *[witnesses and evidence not in the story]*, the **case** faded.
  "***California** state senator Fred Kraft... cited the incident as an example of "strong-arm" tactics by private eyes in the service of the magazine [and others]."* By 1978 to *Today...*

This is highly useful for people who need to see Conflicts of Interests as well as to Encourage Assistance from anywhere to study this more in a Fair and Just way that provides Guidance.
*\*The Cases* are organized for Prevention Importance and years.



*\*Legislation Improvements are needed, and having research is needed of the common problems of cases over Decades that prevent people in the Visual & Performing Arts from having a just legal system either outside or inside of court, related to a mixing of tactics that are not helpful, exploitative to disastrous.*
*\*This is for better assistance away from updates implicating the issues of the time, for*

*optimistic horizons.*

- *"The Price of LA" pilot TV show for Buzz is an example of speaking with a **Witness** while at a nightclub:*
  [Watch the video](#)

To refute enablement, which can be profitable for enablers, **is that Witness Dennis Davern and 700 people petitioned to re-open the investigation** about Natalie Wood:
https://www.cbsnews.com/news/natalie-wood-death-in-dark-water

- *Watching Videos Analysis that Helps Victims/Survivors and Refutes Enablement at Eat Predators Inc is helpful:* *https://www.youtube.com/@eatpredators*

It's important for correct and accessible records in these investigations.

- 41 Affidavits were collected for a **dialogue** coach perpetrator at Nickelodeon that harmed actors. **Transcriptions and Records** were obtained -
  https://stylecaster.com/lists/brian-peck-court-documents
- *2024: That Surprise Witness LLC on **Fixer/Investigator** that Witness Lil Rod cited:* *[Watch the video](#)*

***\* Cases shown of people Resisting Exploitation in the [film](#)***
***Example of "Confidential" Magazine Documentary with Fixer Fred Otash:***



*Note: Moving Parties and Responding Parties does not necessarily declare absoluteness regarding innocence or allegations. People are advised to protect themselves legally and at this time, due to lacking research available, there may be patterns on moving/responding. These documents are improving.*

3/4/25, 1:02 PM    GitHub - RescueSocial/Victims_Cases_Film-Music-Arts: 265 CASES on How Music, Arts of Victims & Witnesses Vis/Range Performing …

Case 5:24-cv-01938-TJM-DJB    Document 52    Filed 03/12/25    Page 28 of 248    Page ID #:1942

## Improve Legislation and Comparisons

Comparing Legislation Improvements for U.S. Laws, for example to [New York](#)
The Coercion Law Relates to the Arts with, for example, "or another actor will" and "or withhold testimony or information with respect to another's legal claim or defense"

## *Critical Thinking and Contemporary Rhetoric Comparisons*

Film Use Is Mentioned for Vantage Points, although "High Noon" from Golden Hollywood is not mentioned, for better Logic and Contemporary Rhetoric:

- *Additional emphasis will be via the use of films that illustrate the material. Critical response for improvements based on case readings and films*

Compare seeing the Cases Components and as Witnesses with Modern Re-Takes
[Modern](#) Trailer of Rear Window (1954) - James Stewart, Grace Kelly



Compare to the Original Trailer's Perspective Vantage Point (Cameras, Looking As a Witness from the Rear Window, Alfred Hitchcock) from Universal Pictures -
*https://youtu.be/HejJ-yLmf3Y?si=V4Iji07lhB2faZeT*
- Watch the Full Movie of Rear Window on [Archive Nonprofit](#)
*Comprehensive in the principles and methods of critical thinking and effective communication. Learn the **Elements of These Cases** and types of argument, logic-related impediments and fallacies, elements in respect to cogent reasoning, as well as the methods for recognizing and analyzing argumentative rhetoric and extended arguments. A special emphasis will be on the practical application of the aforementioned elements to interpersonal communication and issues via readings and film viewings.*
- *Logic and Contemporary Rhetoric: **The Use of Reason in Everyday Life** (2011 version has cameras on the cover)*
[Full Free Book on Archive Org](#)

3/4/25, 1:02 PM    GitHub - RescueSocial/Victims_Cases_Film-Music-Arts: Such how Music, Arts of Pages & Witnessed Visually, Performing ...

Case 5:24-cv-01930-TJM-DTB   Document 52   Filed 03/12/25   Page 29 of 248   Page ID #:1943

# Elements for Perspectives, Guides and Comparisons

Better Quality, Helpful Services are Needed with Access and Better Laws Preventing Coercion. Cases Related to the Arts are listed in Details and in Easy Documents for references to encourage knowledge and competition in business, to assist individuals.

*"A-List (artists), wall-street titans, famous sports stars, (billionaires-finances), heads of studios, politicians, you know some of the most powerful people in the world and it was the company everyone wanted to be in..."*
*See Molly's Game | On-set visit with Molly Bloom "Writer": https://www.youtube.com/watch?v=XCb4DJ7qfN0*

- *California's AB 2777 was not enough. Laws against coercion will reduce the continuance of enabled harm.*

- In **Documentations-Cases** and **Perception Guides to Fixers**, see educational film sequences and interviews:
  *Dial M (1954) - Example Coercion Scene: Your Word Against Mine (2/10) | Movieclips, in Context*



📖 README                                                                    ☰



- ***Example Scene Dial M** (1954) - A Very Serious Position Scene - Alfred Hitchcock Film with Grace Kelly (7/10) | **Movieclips**: https://www.youtube.com/watch?v=DaWi5EoJVGA*
*Next Step "Fixing" - After Coercion, Without Witness, Now Focusing on a Letter, Tampered Objects*
*- Laws and Processes in California Can Focus on Objects and Financials Without New York's **Conduct** in a Coercion type law Addressing **Elements***

- **Comedic Metaphor** - Some Like It Hot (1959) **Trailer | MGM Studios - showing Musician Witnesses escaping to another state -** https://www.youtube.com/watch?v=97TYs2YXbJw
*Joe and Jerry, Musician Witnesses, on the run in an MGM film, Scene of alleged Fixers*

*implications (See Guide)*.

- *Context Illustration in Full Film of* *Dial M on Archive Org*

*Obtaining Better Quality, Comedic Metaphor, with Intercommunication in Jane Russell and Marilyn Monroe* *Movie Trailer* *and* *Full Film:*



## Cases Related to the Arts - Optimistic for others to Build

*We will be improving this with cases analysis, as well as knowledge in VISUAL AND PERFORMING ARTS or "Hollywood" Cases, which will increase the quality improvements accessible and to save lives!*
Welcome Aboard

- *Over* *500 Cases in Film, Music, Arts* *are growing and with Assistance from across the United States.*
- *Please See the Entire Repository for Foundational Understanding, for Better Outcomes*
- Consumer Financial Protection Bureau https://www.consumerfinance.gov



## Releases

No releases published

3/4/25, 1:02 PM
GitHub - RescueSocial/Victims_Cases_Film-Music-Arts: 265 CASES Film Music Arts of Rape, Witnesses, Visit, Performing ...

Case 5:24-cv-01930-TJM-DTB    Document 52    Filed 03/12/25    Page 31 of 248    Page
ID #:1945

## Packages

No packages published

3/4/25, 1:03 PM RescueSocial/Case_Fixers_Depp_Heard_Influence_Witnesses: Due Process Issues, Hollywood Fixers Influence on Cases...

Case 5:24-cv-01930-TJH-DTB    Document 52    Filed 03/12/25    Page 32 of 248    Page
ID #:1946

🚉 RescueSocial / **Case_Fixers_Depp_Heard_Influence_Witnesses** (Public)

Due Process Issues, Hollywood Fixers Influence on Cases & Society, Organizations, Experts, Witnesses with Documentation - Amici Filings on Appeal of Amber Heard, Official Records, Information - Impacts to Legal Cases, Victims/Witnesses - Methodology of Fixers

🔗 www.kaggle.com/amberhearddata

☆ 6 stars   ⑂ 4 forks   ⑂ Branches   🏷️ Tags ∿ Activity

| ☆ Star | 🔔 Notifications |
|---|---|

| <> Code | ⑂ Pull requests | 💬 Discussions | ▶️ Actions | 🔲 Projects | ⚠️ Security | 📈 Insights |
|---|---|---|---|---|---|---|

| ⑂ 1 Branch | 🏷️ 0 Tags | | 🔍 Go to file | Go to file | <> Code ▾ | ⋯ |
|---|---|---|---|---|---|---|

👤 **christinataft** Witness "Appears" During Trial in Insightful Mystery-Comedy Movie
bc6390a · 6 months ago 🕐

| 📁 Amicus Briefs - 3rd Pa... | Update 3rd Parties Help Atte... | 2 years ago |
|---|---|---|
| 📁 Official Records - Hea... | Update README.md | 2 years ago |
| 📁 Supplemental Docum... | Updated document files | 2 years ago |
| 📁 Unseen Witnesses-Vic... | Witness "Appears" During Tri... | 6 months ago |
| 📄 - Email Fixers in Holly... | Fixers Beyond | 7 months ago |
| 📄 - Email Lawyers - Co... | Victims Legal Teams Harasse... | 7 months ago |
| 📄 - Email Lawyers - Con... | Fixers Edit Information, Kno... | 6 months ago |
| 📄 - Email Lawyers - Con... | Fixers Disturb Legal Process, ... | 7 months ago |
| 📄 - Heard Appeal Recor... | Updates | 2 years ago |
| 📄 101722 order - grant ... | Amicus Files, Rejected Jury I... | 2 years ago |
| 📄 1062-22-4 Amici Brief... | Updates | 2 years ago |
| 📄 11.22.2022 Amicus Bri... | Updates | 2 years ago |
| 📄 2022.07.15 Def Heard... | Amicus Files, Rejected Jury I... | 2 years ago |

| | | | |
|---|---|---|---|
| 📄 | AmberOpenLetter - 3... | Updates | 2 years ago |
| 📄 | AmberOpenLetter - 3... | Updates | 2 years ago |
| 📄 | Appendix A Amici - 1s... | Updates | 2 years ago |
| 📄 | Comity, Estopple, UK, ... | Amicus Files, Rejected Jury I... | 2 years ago |
| 📄 | Copy of Notes with B... | Updates Witnesses-Victims I... | 2 years ago |
| 📄 | Exh 1 Praecipe TOC wi... | Amicus Files, Rejected Jury I... | 2 years ago |
| 📄 | Exh 2 Praecipe.pdf | Amicus Files, Rejected Jury I... | 2 years ago |
| 📄 | Heard - Motion for Le... | Amicus Files, Rejected Jury I... | 2 years ago |
| 📄 | Heard - Reply in Furth... | Amicus Files, Rejected Jury I... | 2 years ago |
| 📄 | Hearing, 5.20.22 Jury I... | Updates | 2 years ago |
| 📄 | NewYork-laws-Coerci... | New York Coercion Law "Wit... | 6 months ago |
| 📄 | Notarized Petition Off... | Amicus Files, Rejected Jury I... | 2 years ago |
| 📄 | README.md | Witness "Appears" During Tri... | 6 months ago |
| 📄 | Rear Window Movie -... | New York City Witness Movie | 6 months ago |

📖 README                                                                          ☰

# Case_Fixers_Depp_Heard_Influence_Witnesses

Influence Effects & Hollywood Fixers on Amber Heard and Witnesses, Experts, 3rd Parties, Society, Organizations
- Open-Source Documents - Amici Organizations Filings, Official Records, & Unseen Information

[Official Records of the Amber Heard Case were Opened in October 2022 to 3rd Parties with a Mandamus Order](#) from the Court of Appeals Judges which is an essential part of due process and Legal Rights.

- *Impacts to Legal Cases, [Victims/Witnesses](#), 3rd Parties, & Society*

3/4/25, 1:03 PM     Case 5:24-cv-01930-TJH-DTB — Case_Fixers_Depp_Heard_Influence_Witnesses — Due Process Issues: Hollywood Fixers Infringe on Cases…

Case 5:24-cv-01930-TJH-DTB   Document 52   Filed 03/12/25   Page 34 of 248   Page
ID #:1948

- *Part 2 ~~Spins~~, Playbooks, Fixers*
- Confront FALSE Blackmailing to Stop It (Guide Recommendation) is to confront that information early on with full context

*Recommended Film - New York City Witnesses:*
**Alfred Hitchcock's masterpiece REAR WINDOW premiered in New York City 65 years ago today!**



Watch the Full Movie of Rear Window on Archive Org:
https://archive.org/details/rear.-window.-1954.by-hitchcock.-720p.x-264.-aac.-multisub.mkv-zen-bud

## Amicus Briefs were Filed with 97 Organizations and Experts Supporting Amber Heard's Appeal Directly.

- **1st Amendment and Anti-Abuse points were filed**
  -- E.g., The issues of abuse from their ***Vantage Point*** as opinion, rejected jury instructions on ***types*** of abuse and ***Amber Heard's purpose of Advocacy with an Opinion Editorial on Public Concern.***
  Two Amicus Briefs are linked above and nationwide it was important to make a difference.

*When showing what fully happened - "The truth is like a lion. You don't have to defend it. Let it loose. It will defend itself." — St Augustine*

It's essential for this to turn into *Something Good* - "**focus on the future**" ... This can be, in at least some ways with review for a long-term benefit. *Countless* organizations and people were impacted. *Most cases like this are unable to be studied, and this gives that opportunity.*

We hope victims of abuse can see what happened in a **Perspective** as a reason to do Community Aid for people abused - Despite fixers, spin, pulling both ends, and even interference.

**The Truth is a Lion to be Released** and we wish the best for Amber, including that her friendships, career, witnesses, and life flourishes as situations and understanding improves. Amici tried to repair and bandage the case's impact.

*Educational & Symbolic Movie:*



*Hollywood Fixers - Grace Kelly & Alfred Hitchcock Movies -*
*New York Coercion Law Needed in California*

## Unseen Witnesses-Victims - Playbook - Folder - Witnesses-Donations Interference Spun:

The ruining of Cases in Hollywood is nuanced - how is testimony influnced?

### Kim Novak - Witness "Appears" During Trial in Insightful Mystery-Comedy Movie "Notorious Landlady"

The judge accepts the witness that exonerates Ms. Hardwicke. The Witness Testifies that they eye-witnessed the assault and that she's not at fault. The judge asks why the Witness Withheld their testimony and information. Jack Lemmon Plays an American diplomat. *Study Friendships and Witnesses*

KIM NOVAK SCENE BELOW



Watch the Full Golden Era Movie on Tubi: https://tubitv.com/movies/100009239/the-notorious-landlady

With resilience, you can see **Amber Heard's Good Character** from an archived official website: http://web.archive.org/web/20120118112943/http://amberheardofficial.com/

- The below Open Letter with over 300 Organizations and Experts was 2 years after witness testimony at the NGN Case and after months of looking into the surface of witness interference. Long-term, it's essential for **ethical review.**

3/4/25, 1:03 PM                    GitHub - RescueSocial/Case_Fixers_Depp_Heard_Influence_Witnesses: Source Access Issues, Hollywood Fixers Infringe on Cases…

Case 5:24-cv-01930-TJH-DTB    Document 52    Filed 03/12/25    Page 37 of 248    Page
                                         ID #:1951

*What ARE Hollywood Fixers?* -

*They've been working on cases for over 30 years, some of the most known cases of our times are the same 'fixers' and they can harm their clients by taking info, strategy, and witness names to the opposition - pulling both ends, causing perpetual terror and chaos - Video Series - hint, it's not just this one, and it's sadly never reported regarding this case.*

*- For example, the American Docuseries on Anthony Pellicano scrapes the surface - when they get into cases as insiders with false misrepresentation and the 'team' doesn't understand 'fixers,' it's horrific.*

It's important to compare and contast. What happened between 2019 and 2023?

How can someone go from a winning case, and having decades of evidence and witnesses available, to practically being extorted?

Why do Press Associations previously join to protect Sources of editorials, then buckle?

How can friends of decades or years become afraid, including of false incrimination?

How can someone go from being a humanitarian to devastated, and then thankfully, life-rafted?

What are Hollywood Fixers continuing to do over years, and what's the playbook?

Where do previous witnesses go?

## An Open Letter in Support of Amber Heard - Over 300 Organizations and Experts

**NGN LAWSUIT WITH HER WITNESS TESTIMONY:**

https://amberopenletter.com/

***Released in November, before appeals were filed for Amber Heard on November 23 -- in a struggle to catch up to Manipulation that was crafted from the "inside" to the external... public figures utilize it, but deny it:***

"Five months ago, the verdict in the defamation trial between Johnny Depp and Amber Heard deeply concerned many professionals in the fields of intimate partner and sexual violence. As many, including A.O. Scott for The New York Times have noted, the vilification of Ms. Heard and ongoing online harassment of her and those who have voiced support for her have been unprecedented in both vitriol and scale.

Much of this harassment was fueled by disinformation, misogyny, biphobia, and a monetized social media environment where a woman's allegations of domestic violence and sexual assault were mocked for entertainment. The same disinformation and victim-blaming tropes are now being used against others who have alleged abuse.

In our opinion, the Depp v. Heard verdict and continued discourse around it indicate a fundamental misunderstanding of intimate partner and sexual violence and how survivors respond to it. The damaging consequences of the spread of this misinformation are incalculable. We have grave concerns about the rising misuse of defamation suits to threaten and silence survivors.

We condemn the public shaming of Amber Heard and join in support of her. We support the ability of all to report intimate partner and sexual violence free of harassment and intimidation."

ORGANIZATIONS SUPPORTING AMBER HEARD - AND HER APPEAL:

- Women's March Action
- Women's March Foundation
- Ms. Magazine
- Esperanza United
- The National Organization for Women
- The Asian Feminist
- LIFT: Living in Freedom Together, Worcester
- Chicago Alliance Against Sexual Exploitation (CAASE)
- The Safe Center LI
- Sakhi for South Asian Women
- The National Organization for Women, Virginia Chapter
- Refuge: For women and children, against domestic violence
- Cyber Civil Rights Initiative
- Center for Safety and Change
- Clearinghouse on Women's Issues (CWI)
- Center for Judicial Excellence
- Democratic Activists for Women Now
- Sanctuary for Families

- National Women's Law Center
- Equal Rights Advocates
- Equality Now
- EnoughIsEnough Voter Project
- Engendered Collective
- Every Voice Coalition Fighting Sexual Violence on Campus
- Know Your IX
- Victim Focus
- Sisi.ie
- Aidileys
- Crumiller
- Ultraviolet
- Female Filmaker Fuse
- Sexual Violence Prevention Association
- Military Rape Crisis Center
- Öfgar
- The Pixel Project
- Hire Survivors Hollywood
- Sexual Violence Law Center
- Eris Conflict Resolution
- Hope's Door
- Futures Without Violence
- Réseau International des Mères en Lutte
- WeSpoke
- Women's Equal Justice Project
- CCChat Magazine
- Custody Peace
- Violence Free Minnesota
- The Mary Sue
- New York City Alliance Against Sexual Assault
- Osez le Féminisme
- Movement of Mothers
- Russian feminist association ONA
- The Milk Exchange
- Equal Justice Inc

3/4/25, 1:03 PM    GitHub - RescueSocial/Case_Fixers_Depp_Heard_Influence_Witnesses: Access Issues Repository for Cases on Influence on Cases…

Case 5:24-cv-01930-TJH-DTB    Document 52    Filed 03/12/25    Page 40 of 248    Page ID #:1954

- Happy Fathering Collaborative
- Me Too Many Voices Community Support Network
- Mothers of Lost Children
- Women For Change
- The White Ribbon Campaign
- Biscuit
- Projekt ECHO
- Protect Our Defenders

  • Scottish Women's Aid • Bi Women Quarterly • Associazione Iroko Onlus • C.A. Goldberg, PLLC, Victims' Rights Law Firm • Feminist Majority Foundation • Fearless! Hudson Valley, Inc. • McAllister Olivarius • Aidileys • Associazione Iroko Onlus • Bi Women Quarterly • CCChat Magazine • Center for Judicial Excellence • Center for Safety and Change • Crumiller • CybHer • The Feminist Litigation Firm • Democratic Activists for Women Now • Engendered Collective • EnoughIsEnough Voter Project • Equal Justice Inc • Equal Rights Advocates • Equality Now • Eris Conflict Resolution • Esperanza United (formerly Casa de Esperanza: National Latin@ Network) • Every Voice Coalition • Family Court Crisis • Fearless! Hudson Valley, Inc. • Female Filmaker Fuse • Feminist Majority Foundation • Hope's Door • IMPACT • Konektis Belgium • LIFT: Living in Freedom Together, Worcester • McAllister Olivarius • Military Rape Crisis Center • Mothers of Lost Children • Ms. Magazine • National LGBTQ Institute on Intimate Partner Violence • The National Organization for Women • The National Organization for Women Nassau Chapter • The National Organization for Women: Virginia Chapter • National Women's Law Center • Öfgar • Ne Molchi "Don't Be Silent" (Kazakhstan) • Ne Molchi "Don't Be Silent" (Uzbekistan) • No More • NVRDC - Network for Victim Recovery of DC • ONA • One Mom's Battle - OMB • Osez le Féminisme • Law Office of Patricia M. Pastor: Trauma Informed Justice • Réseau International des Mères en Lutte • Sakhi for South Asian Women • Sanctuary for Families • Sexual Violence Law Center • Sexual Violence Prevention Association • The Asian Feminist • The Milk Exchange • The Safe Center LI • Step Up to Family Safety • UltraViolet • UnLocal • Victim Focus • Violence Free Minnesota • Warriors C.A.R.E. • WeSpoke • The White Ribbon Campaign ( Cuyahoga County ) • Women Count USA: Femicide Accountability Project • Women For Change • ZIOS3

UPDATED DATA AVAILABLE - OPEN-SOURCE:

Releases

3/4/25, 1:03 PM    GitHub - RescueSocial/Case_Fixers_Depp_Heard_Influence_Witnesses: 2021 access Issues globally used Fixers Influence on Cases…

Case 5:24-cv-01930-TJH-DTB    Document 52    Filed 03/12/25    Page 41 of 248    Page
ID #:1955

No releases published

## Packages

No packages published

3/4/25, 1:04 PM Case_Fixers_Depp_Heard_Influence_Witnesses/Unseen Witnesses-Victims - Playbook at main · RescueSocial/Case_Fixers_Depp...

Case 5:24-cv-01930-TJH-DTB Document 52 Filed 03/12/25 Page 42 of 248 Page ID #:1956

🗐 **RescueSocial** / **Case_Fixers_Depp_Heard_Influence_Witnesses** [Public]

| <> Code | ⑂ Pull requests | 💬 Discussions | ▶ Actions | ⊞ Projects | ⊕ Security | ∼ Insights |
|---------|----------------|---------------|-----------|------------|------------|------------|

**Case_Fixers_Depp_Heard_Influence_Witnesses** / **Unseen Witnesses-Victims - Playbook** /  ⧉  ···

---

🗐 **christinataft** Witness "Appears" During Trial in Insightful Mystery-Comedy Movie

bc6390a · 6 months ago  🕓

| Name | Name | Last commit date |
|------|------|------------------|
| 📁 .. | | |
| 🗎 - April 9 2020 Adam e... | Playbooks - Spin Witnesses-... | 2 years ago |
| 🗎 - 2006 Article Barresi ... | Witness Fears Never-Ending ... | 2 years ago |
| 🗎 - 2023 Article Refute ... | Update Refute Playbook Tim... | 2 years ago |
| 🗎 - Appeal Amber Hear... | Appeal Donations of Amber ... | 2 years ago |
| 🗎 - Appeal Pg12 Heard ... | Known Playbook Donations-... | 2 years ago |
| 🗎 - Article The Bagman ... | Updates Playbook Spin Witn... | 2 years ago |
| 🗎 - Barresi Paid $100K b... | Playbooks - Spin Witnesses-... | 2 years ago |
| 🗎 - Barresi Tells Nitrini t... | Witness Fears Never-ending ... | 2 years ago |
| 🗎 - Email Assault Witne... | Witness Fears Never-Ending ... | 2 years ago |
| 🗎 - Email Fixers in Holly... | Fixers Beyond | 6 months ago |
| 🗎 - Email Lawyers - Co... | Victims Legal Teams Harasse... | 6 months ago |
| 🗎 - Email Lawyers - Con... | Fixers Edit Information, Kno... | 6 months ago |
| 🗎 - Email Lawyers - Con... | Fixers Disturb Legal Process, ... | 6 months ago |
| 🗎 - Notes with Bonnie J... | Update Playbook Suppressio... | 2 years ago |
| 🗎 - Testimony Assault o... | Update Suppression Witness... | 2 years ago |

| Name | Name | Last commit date |
|------|------|------------------|
| 2007 Nicherie vs Pelli... | Playbooks - Spin Witnesses-... | 2 years ago |
| 2019 Paul Barresi - Ed... | Update Playbook Interferenc... | 2 years ago |
| 2019 Podcast Rep Bar... | Update Known Interference ... | 2 years ago |
| 2022 PAUL BARRESI C... | Hollywood Fixer Pulls Both E... | 2 years ago |
| 20220518-Raquel-Pe... | Updates Witnesses-Victims I... | 2 years ago |
| 2023 Carter False Con... | Playbooks - Spin Witnesses-... | 2 years ago |
| A Testimony on Donn... | Playbooks - Spin Witnesses-... | 2 years ago |
| Barresi Headline vs El... | Updates Playbook Spin Witn... | 2 years ago |
| Barresi Jul 2019 Email... | Create Barresi Jul 2019 Email... | 2 years ago |
| Barresi Posts Email to ... | Create Barresi Posts Email to... | 2 years ago |
| Barresi Posts Spun Wi... | Witness Fears Never-ending ... | 2 years ago |
| Brooks Gregg Witnes... | Updates Witnesses-Victims I... | 2 years ago |
| Call Witness & Virgini... | Create Call Witness & Virgini... | 2 years ago |
| Case Harm - Pg 126 - ... | Playbooks - Spin Witnesses-... | 2 years ago |
| Case Harm - Pg27 Tri... | Playbooks - Spin Witnesses-... | 2 years ago |
| Cigarette Assault on ... | Updates Witnesses-Victims I... | 2 years ago |
| Deal Texts - Paul Barr... | Witness Fears Never-Ending ... | 2 years ago |
| Deposition - Kristina ... | Updates Witnesses-Victims I... | 2 years ago |
| Donation-PayChecks ... | Updates Playbook Spin Witn... | 2 years ago |
| DonationPay Blackma... | Playbooks - Spin Witnesses-... | 2 years ago |
| Email Barresi Harms I... | Known Playbook Donations-... | 2 years ago |
| Email PBNit on Joshu... | Updates Witnesses-Victims I... | 2 years ago |
| Emails Barresi Musk's ... | Updates Playbook Spin Witn... | 2 years ago |

3/4/25, 1:04 PM Case_Fixers_Depp_Heard_Influence_Witnesses/Unseen Witnesses-Victims - Playbook at main · RescueSocial/Case_Fixers_Depp…

Case 5:24-cv-01930-TJH-DTB Document 52 Filed 03/12/25 Page 44 of 248 Page ID #:1958

| Name | Name | Last commit date |
|------|------|------------------|
| 📄 Facebook 2019 Barres… | Updates Witnesses-Victims I… | 2 years ago |
| 📄 Facebook 2019 Barres… | Updates Witnesses-Victims I… | 2 years ago |
| 📄 Facebook exchange B… | Updates Witnesses-Victims I… | 2 years ago |
| 📄 False conspire claim, … | Updates Playbook Spin Witn… | 2 years ago |
| 📄 Files Barresi of Elon M… | Updates Playbook Spin Witn… | 2 years ago |
| 📄 Highschool Friends - … | Updates Witnesses-Victims I… | 2 years ago |
| 📄 Howell Letter Charact… | Updates Playbook Spin Witn… | 2 years ago |
| 📄 Howell Letter False C… | Updates Playbook Spin Witn… | 2 years ago |
| 📄 Howell Posts Fears, S… | Witness Fears Never-Ending … | 2 years ago |
| 📄 Interference Amanda … | Updates Playbook Spin Witn… | 2 years ago |
| 📄 Interference Barresi A… | Updates Playbook Spin Witn… | 2 years ago |
| 📄 Interference Divenere… | Updates Playbook Spin Witn… | 2 years ago |
| 📄 Interference Franco A… | Updates Playbook Spin Witn… | 2 years ago |
| 📄 Interference Franco R… | Updates Playbook Spin Witn… | 2 years ago |
| 📄 Interference Gardner … | Updates Playbook Spin Witn… | 2 years ago |
| 📄 Interference James Fr… | Updates Playbook Spin Witn… | 2 years ago |
| 📄 Intimidation Depositi… | Updates Playbook Spin Witn… | 2 years ago |
| 📄 Intimidation Divenere… | Updates Witnesses-Victims I… | 2 years ago |
| 📄 July-Sept Hired, Fired … | Updates Playbook Spin Witn… | 2 years ago |
| 📄 Lori Allison Posts Nev… | Hollywood Fixer Pulls Both E… | 2 years ago |
| 📄 Lori Allison Questions… | Hollywood Fixer Pulls Both E… | 2 years ago |
| 📄 Lori Allison Questions… | Hollywood Fixer Pulls Both E… | 2 years ago |
| 📄 May 19 2022 Will Test… | Updates Playbook Spin Witn… | 2 years ago |

3/4/25, 1:04 PM Case_Fixers_Depp_Heard_Influence_Witnesses/Unseen Witnesses-Victims - Playbook at main · RescueSocial/Case_Fixers_Depp…

Case 5:24-cv-01930-TJH-DTB Document 52 Filed 03/12/25 Page 45 of 248 Page ID #:1959

| Name | Name | Last commit date |
|------|------|------------------|
| 📄 Memoriam Amici Curi… | Updates Playbook Spin Witn… | 2 years ago |
| 📄 Memoriam Elon Musk… | Updates Playbook Spin Witn… | 2 years ago |
| 📄 Memoriam Over 100 … | Updates Playbook Spin Witn… | 2 years ago |
| 📄 NewYork-laws-Coerci… | New York Coercion Law "Wit… | 6 months ago |
| 📄 Pay It Off - Kristina Se… | Updates Witnesses-Victims I… | 2 years ago |
| 📄 Payoffs Witnesses TM… | Playbooks - Spin Witnesses-… | 2 years ago |
| 📄 Pellicano ExBoss Barr… | Known Playbook Donations-… | 2 years ago |
| 📄 Photo Restraining Or… | Updates Playbook Spin Witn… | 2 years ago |
| 📄 Photo Restraining Or… | Updates Playbook Spin Witn… | 2 years ago |
| 📄 README.md | Witness "Appears" During Tr… | 6 months ago |
| 📄 ROCKY LEONARD GE… | Updates Witnesses-Victims I… | 2 years ago |
| 📄 Rocketman Elon Mus… | Updates Playbook Spin Witn… | 2 years ago |
| 📄 Smithline 2021 Joins … | Update Playbooks Spin Inter… | 2 years ago |
| 📄 Texts Divenere Work f… | Updates Playbook Spin Witn… | 2 years ago |
| 📄 Texts Posts- Whitney t… | Updates Playbook Spin Witn… | 2 years ago |
| 📄 Video - Fixer Barresi s… | Updates Playbook Spin Witn… | 2 years ago |
| 📄 Waldman Intelligence… | Playbooks - Spin Witnesses-… | 2 years ago |
| 📄 Witness Interference … | Updates Playbook Spin Witn… | 2 years ago |
| 📄 Witness Statements F… | Updates Playbook Spin Witn… | 2 years ago |
| 📄 Z - BUZZ Reporter - … | Update Playbooks Witnesses… | 2 years ago |
| 📄 Z - To Catch a Thief (1… | Witness "Appears" During Tr… | 6 months ago |

## README.md ☰

# Unseen Witnesses-Victims - Playbook - Folder - Witnesses-Donations Interference Spun:

The ruining of Cases in Hollywood is nuanced - how is testimony influnced?

*Witness "Appears" During Trial in Insightful Mystery-Comedy Movie*

*Recommended Film - New York City Witnesses:*
**Alfred Hitchcock's masterpiece REAR WINDOW premiered in New York City 65 years ago today!**



Watch the Full Movie of Rear Window on Archive Org: https://archive.org/details/rear.-window.-1954.by-hitchcock.-720p.x-264.-aac.-multisub.mkv-zen-bud

## In the New York Coercion Law: Or Another Will "Withhold Testimony or Information"

*Educational & Symbolic Movie:*

*Hollywood Fixers - Grace Kelly & Alfred Hitchcock Movies - Blackmail & Coercion*



# Kim Novak - Witness "Appears" During Trial in Insightful Mystery-Comedy Movie "Notorious Landlady"

The judge accepts the witness that exonerates Ms. Hardwicke. The Witness Testifies that they eye-witnessed the assault and that she's not at fault. The judge asks why the Witness Withheld their testimony and information. Jack Lemmon Plays an American diplomat.

*Study Friendships and Witnesses*

KIM NOVAK SCENE BELOW



Watch the Full Golden Era Movie on Tubi: https://tubitv.com/movies/100009239/the-notorious-landlady

New York Coercion Law Needed in California

## What's the Takeaway?

*"Claim: [Hollywood Fixers]... working for two, or three, different sides..." Patterns exist...*

**A POEM:**

*How are these cases for the victims and witnesses lives? Keep talking to your witnesses/other victims (and Your Friends) - if possible.* **When potential witnesses, funds, friends, businesses, are thrown around with 'sides' (there really is no 'side'),** *it becomes difficult to ever respond to. It becomes coercive,* **including through another actor.**

*People with university degrees review. Yet, Playbook is from experience and is less known by younger generations accustomed to searching without a solution. Lacking 'real' journalism, no protections for less-powerful victims, no due process/oversight protections and no accessible Relief for the less-powerful, a Playbook of interference of witnesses and victims. - Typically, the* ~~unconscionable impression, on how it's fixed, litigated or mistrialed,~~ *is witnesses and victims in crises... gatekeeping, enablement.* **Exploitation***... Meanwhile, a witness/victim may be a stranger, a former friend of the opposition, a low-income person, an ex-staffer from decades ago, a school friend, a model or actress that's been minimized, a former character reference ... If they're all intimidated or supposedly 'impeached' then...*

*How typically people in the "Arts" can write, all together... [Keep Talking to Your Friends and Socializing]*


**These are the Unpleasant Trenches that are supposedly "the Underbelly" of Hollywood.**

Secondly, it's intensified by the manipulation of audio recording laws (Western vs Eastern States, e.g.), and false claims of having preferences to access enforcement.

- If you ever watched *The Proposal Movie [(2009)](#)* with Sandra Bullock and Ryan Renolds, it's like the fictional script - reversing witness interference to create fear of communications.
  The script is comedic, *but imagine this intensified by* **reality and involving abuse, violence,** rather than merely a fictional marriage. Further, fears of bribery and fraud. *Video Trailer of Movie: [https://www.youtube.com/watch?v=Z2lYA7L7PZY](https://www.youtube.com/watch?v=Z2lYA7L7PZY)*
- Now see the *Golden Era Scene from* **[To Catch a Thief](#)** (1955) Grace Kelly & Cary Grant Walking Scene, where he makes financial commentary. Also directed by Alfred Hitchcock in a picturesque setting, *[https://youtu.be/HMeQ99Pyd5w?si=NeB10EHPDIJ2TdyN](https://youtu.be/HMeQ99Pyd5w?si=NeB10EHPDIJ2TdyN)*


**This is sadly actually a very scary experience that feels extortionary. It meanwhile, continues.** Protecting witnesses/victims is essential, but sadly it's been forced upon the victims themselves to understand/recognize, which is difficult.

**Amber Heard was originally a Witness for Gregg Brooks "Rocky" when the lawsuit was filed in October 2019:**

[https://trellis.law/doc/71989613/witness-list-joint-witness-list-filed-by-john-c-depp-defendant-infinitum-nihil-defendant](https://trellis.law/doc/71989613/witness-list-joint-witness-list-filed-by-john-c-depp-defendant-infinitum-nihil-defendant)

Removed as a Witness that would Testify

3/4/25, 1:04 PM Case_Fixers_Depp_Heard_Influence_Witnesses/Unseen Witnesses-Victims - Playbook at main · RescueSocial/Case_Fixers_Depp…

Case 5:24-cv-01930-TJH-DTB Document 52 Filed 03/12/25 Page 50 of 248 Page ID #:1964

**"'Fixing' Witnesses/Victims" - Hollywood Fixers/Entertainment Continuing - EXAMPLES**

- Writing Style: https://www.documentcloud.org/documents/23596551-nick-carter-courtclaim-lawsuit
  In other words, is it REALLY Ray Donovan with a Pen or enabled/able to be expressive?
- Ashley Morgan Smithline - Testimony May 5, 2021 on Smithline being abused by a public figure - Video: https://www.youtube.com/watch?v=r8_4IiIHAjg Ashley Morgan Smithline joins Evan Rachel Wood & Esme Bianco Against Manson's Violence - MAY 12, 2021 https://www.change.org/p/sony-support-evan-rachel-wood-stop-marilyn-manson/u/29039821 Evan Rachel Wood Defends Against False Conspiracy Claims with Timeline - https://loudwire.com/marilyn-manson-accuser-ashley-smithline-recants

*Vague in this commentary* -- What's the 'context' of the documents?

- Like it or not, from observation billionaire Elon Musk and Amber Heard were coerced, experienced extortionary tactics and blackmailed falsely from the onset - hence she cannot talk to any of her friends or anyone. This is why financial information and Donations are to be PRIVATE and PROTECTED... Same goes for witness lists, but as complained about already by Howell ironically, there are little to no court recourses unless the victims of it figure it out themselves (and in time). There's witness interference, which is a complex subject, so understand what origins.
- *Amber Heard's Appeal Filings to the Court of Appeals refer to the situations on the surface, but without any analysis beneath them on how exploitive they truely are. Moreover, as far as we see, no refreshing/new investigators revealed the issues, nor was it stopped. --- You should communicate with others freely, and maybe one can speak to all 'sides.'*

This can be like a 2013 movie.
Especially since we're, ahem, not allowed to ever speak to Amber's lawyers in any clear manner and only to her opposition, nor is she allowed to have character references anymore... Insider threats can cost companies millions of dollars, and apparently, society has issues too.

*The Future* definitely needs more "Veronica Mars" investigator white hats in 'hollywood' and 3rd parties and/or reporters even getting men to be witnesses of women abused (both videos are from the 2000s):
Video - Veronica Mars Top Ten Unforgettable Moments (2004-2007) -
https://www.youtube.com/watch?v=dYk_rIidKm4
Video - "*The Price of LA*" - *3rd party reporter* - BUZZ Starring Sharon Lawrence and Cassidy Freeman (2007) - https://youtu.be/2Ie2OcADm30

*Information for Educational Purposes*

# EXHIBIT 3

   Home   My Network   Jobs   Messaging   Notifications   For Business   Lear



## Worldie - Network for Good

Network for Good 💞 Help Others & Change the world. Safe & Equal World. Equality, Rescue, Safety, Progress, All-In-One 🏳️‍🌈

Media and Telecommunications · Worldie.com · 469 followers · 11-50 employees

**+ Follow**    **✈ Message**    **⋯**

Home    About    Posts    Jobs    People    Insights

### Overview

Network for Good – Help Others & Change the world 💞 Safe & Equal World. Equality, Rescue, Safety, Progress, & All-In-One. Open your world 🌐 Worldie.com. We want people everywhere to be safe, equal, rescued, positive, have th ... see more

Show all details →

### Page posts    ‹ ›

Worldie - Network for Good
469 followers
5mo · Edited · 🌐

Over 500 Cases in the Arts, Related to #Hollywood! Needing Better #Quality, Access to Services, and Better #Lives in the Arts, 165 Cases are Listed ...more



GitHub -...
github.com

Worldie - Net...
469 followers
10mo · Edited · 🌐

165 #Cases in the Visual & Music, Art for #PublicSaf improvements! 🔔 ❤️ ...



GitHub - RescueSocialTe...
github.com



Show all posts →

## Past events

‹  ›

Fri, May 15, 2020, 10:00 AM

**AI For Good Innovation Factory - Online Event from Geneva,...**

Worldie - Network for Good  • 1 attendee

[ View ]

Sat, May 9, 2020, 2:00 PM

**Cybersecurity for Beginners Workshop (IoT) - Women...**

Worldie - Network for Good  • 1 atte

[ View ]

Show all events →

## People highlights

**1 employee works in United States**

**Christina Taft** · 2nd
Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian

Show all people highlights →

PREMIUM

**Insights on Worldie - Network for Good** ⊘

**Total employees**

Mar 2023    Sep 2023    Mar 2024    Sep 2024    Mar 2025

▼**0%**
Total headcount growth
6 months

🕐 **7.7 years**
Median tenure

See all Premium insights →





Promoted •••

Are You An Attorney?
Crucial need for a local attorney in your area. View new cases now!

[redacted]

Environmental Lawyers
Learn about opportunities to grow your network

[redacted]

## Pages people also viewed

**Rescue Social Inc**
Information Services
20 followers

+ Follow

**Paymob**
Financial Services
136,577 followers

+ Follow

**Giza Arabia**
Information Technology & Services
15,263 followers

+ Follow

Show all →

## People also follow

**Greenberg Traurig, LLP**
Law Practice
84,457 followers

[redacted]

+ Follow

**European Institute for Gender Equality**
Public Policy Offices
71,935 followers

+ Follow

**American Bar Association**
Legal Services
296,688 followers

[redacted]

Show all →







 

## Worldie - Network for Good

Network for Good 💗 Help Others & Change the world. Safe & Equal World. Equality, Rescue, Safety, Progress, All-In-One 🌊

Media and Telecommunications · Worldie.com · 469 followers · 11-50 employees

**+ Follow** **✈ Message** **···**

Home | **About** | Posts | Jobs | People | Insights

## Overview

Network for Good – Help Others & Change the world 💗 Safe & Equal World. Equality, Rescue, Safety, Progress, & All-In-One. Open your world 🌐 Worldie.com.

We want people everywhere to be safe, equal, rescued, positive, have their lives improved, & to happily have a voice.
Ask Worldie for help & services 🚒

Worldie Builds a Safe & Equal World for Equality, Rescue, Safety, Progress, & Humanitarianism with Progressive and Egalitarian Social Help for a Better Future. Our Partners Help Society & Motivation.

We build all-in-one integration for people to live & express themselves with personality. We improve Quality of Life, progress, rescue, women's equality, & safety. Our protective, proactive, & humanitarian networks rescue, prevent & mitigate abuse, nullify harms, & amplify social impact.

We create for rescue & equality. We improve & save lives with actions, liberty, partners, assistance, analysis, better standards

Enjoy life with public safety, humanitarianism, services & rescue social 🎏

Worldie's mission is to build equality, rescue, safety, humanitarianism, progress, and all-in-one integration to improve and save lives with social technology, social impact, women's equality, proactivity, and networks of partners for a better world and future.
We represent people worldwide and from different regions. We are an international and transnational social enterprise overseen by nonprofits, representatives, stakeholders, and partners.

New Era of Equality, Safety, Rescue, and Social Good.

**Website**
http://www.Worldie.com

**Industry**
Media and Telecommunications

**Company size**
11-50 employees
1 associated member 🔢

**Founded**

2017

**Specialties**

Social Network, Ethics, Philanthropy, Equality, Social Platform, Social Impact, Policy, Journalism, International Relations, Diplomacy, Enlightenment, Help Network, Public Safety, Social Effects, Services, Communications, Integration, Media, Public Affairs, Multilateral, Stakeholders, Social Enterprise, Social Tech, Collaboration, Rescue, Automation, Social Network Analysis, Natural Language Processing, Women's Equality, Humanitarianism, Progress, Partnerships, Humanitarian Systems, Rescue Socia;, and Social Good

## Locations (2)

Interact with the map to explore all locations



About

Talent Solutions

Careers

Privacy & Terms ▼

Advertising

Mobile

Safety Center

Accessibility

Professional Community Policies

Marketing Solutions

Ad Choices

Sales Solutions

Small Business

**?** Questions?
Visit our Help Center.

**⚙** Manage your account and privacy
Go to your Settings.

**🛡** Recommendation transparency
Learn more about Recommended Content.

Select Language

English (English) ▼

LinkedIn Corporation © 2025



## Pages people also viewed



Rescue Social Inc
Information Services

20 followers

+ Follow

**Paymob**
Financial Services
136,577 followers

+ Follow

**Giza Arabia**
Information Technology & Services
15,263 followers

+ Follow

Show all →

## People also follow

**Greenberg Traurig, LLP**
Law Practice
84,456 followers

+ Follow

**Morrison Foerster**
Law Practice
61,113 followers

+ Follow

**American Bar Association**
Legal Services
296,688 followers

+ Follow

Show all →



# EXHIBIT 4

# EXHIBIT 5

 **GOV.UK**

# Find and update company information

Companies House does not verify the accuracy of the information filed
(http://resources.companieshouse.gov.uk/serviceInformation.shtml#compInfo)
Advanced company search (/advanced-search)

# WORLDIE LTD

Company number **12982125**

Follow this company

File for this company
(https://beta.companieshouse.gov.uk/company/12982125/authorise?
return_to=/company/12982125)

| Overview | Filing history | People | More |
|---|---|---|---|

Registered office address
71-75 Shelton Street, London, Greater London, United Kingdom, WC2H 9JQ

Company status
Active

Company type
Private limited Company

Incorporated on
28 October 2020

## Accounts

Next accounts made up to **31 October 2025**
due by **31 July 2026**

Last accounts made up to **31 October 2024**

## Confirmation statement

Next statement date **22 October 2025**
due by **5 November 2025**

Last statement dated **22 October 2024**

# Nature of business (SIC)

- 61900 - Other telecommunications activities
- 62090 - Other information technology service activities
- 63120 - Web portals
- 74909 - Other professional, scientific and technical activities not elsewhere classified

Tell us what you think of this service (https://www.smartsurvey.co.uk/s/getcompanyinformation/) Is there anything wrong with this page? (/help/feedback?sourceurl=https://find-and-update.company-information.service.gov.uk/company/12982125)

Policies Link opens in new tab

Cookies (https://beta.companieshouse.gov.uk/help/cookies)

Contact us Link opens in new tab

Accessibility statement (https://beta.companieshouse.gov.uk/help/accessibility-statement)

Developers Link opens in new tab

Built by Companies House

 © Crown copyright

 **GOV.UK**

# Find and update company information

Companies House does not verify the accuracy of the information filed (http://resources.companieshouse.gov.uk/serviceInformation.shtml#compInfo)
Advanced company search (/advanced-search)

# WORLDIE LTD

Company number **12982125**

Follow this company

File for this company
(https://beta.companieshouse.gov.uk/company/12982125/authorise?
return_to=/company/12982125/filing-history)

| Overview | **Filing history** | People | More |

| Date | Type | Description | View / Download |
| --- | --- | --- | --- |
| 21 Nov 2024 | AA | **Accounts for a dormant company** made up to 31 October 2024 | (2 pages) Download iXBRL (/company/12982125/filing-history/MzQ0NDQ1NTEwN2FkaXF6a2N4/document?format=xhtml&download=1) |
| 22 Oct 2024 | CS01 | **Confirmation statement** made on 22 October 2024 with updates | (4 pages) |
| 22 Oct 2024 | CH01 | **Director's details changed** for Miss Christina Taft-Conner on 22 October 2024 | (2 pages) |
| 22 Oct 2024 | PSC04 | **Change** of details for Miss Christina Taft-Conner as a person with significant control | (2 pages) |

| | | on 22 October 2024 | |
| | | | |
| 11 Oct 2024 | AA | **Accounts for a dormant company** made up to 31 October 2023 | (2 pages) Download iXBRL (/company/12982125/filing-history/MzQzOTE0MzE4M2FkaXF6a2N4/document?format=xhtml&download=1) |
| 01 Oct 2024 | CS01 | **Confirmation statement** made on 1 October 2024 with no updates | (3 pages) |
| 05 Sep 2024 | TM02 | **Termination of appointment** of Quinet Enakele as a secretary on 2 September 2024 | (1 page) |
| 05 Sep 2024 | TM01 | **Termination of appointment** of Quinet Kubby Enakele as a director on 2 September 2024 | (1 page) |
| 13 Mar 2024 | TM02 | **Termination of appointment** of 1St Secretaries Limited as a secretary on 1 March 2024 | (1 page) |
| 02 Oct 2023 | CS01 | **Confirmation statement** made on 2 October 2023 with no updates | (3 pages) |
| 16 Nov 2022 | CS01 | **Confirmation statement** made on 5 October 2022 with no updates | (3 pages) |
| 14 Nov 2022 | AA | **Accounts for a dormant company** made up to 31 October 2022 | (2 pages) Download iXBRL (/company/12982125/filing-history/MzM1ODM3MTUxMmFkaXF6a2N4/document?format=xhtml&download=1) |
| 01 Nov 2021 | AA | **Accounts for a dormant company** made up to 31 October 2021 | (2 pages) Download iXBRL (/company/12982125/filing-history/MzMxODc5MDE3NmFkaXF6a2N4/document?format=xhtml&download=1) |

3/4/25, 1:21 PM    WORLDIE... Filing history - Find and update company information - GOV.UK

| 05 Oct 2021 | CS01 | **Confirmation statement** made on 5 October 2021 with no updates | (3 pages) |
| 16 Nov 2020 | AP04 | **Appointment** of 1St Secretaries Limited as a secretary on 7 November 2020 | (2 pages) |
| 28 Oct 2020 | NEWINC | **Incorporation** Statement of capital on 2020-10-28 • USD 200,000 | (30 pages) |

Tell us what you think of this service (https://www.smartsurvey.co.uk/s/getcompanyinformation/) Is there anything wrong with this page? (/help/feedback?sourceurl=https://find-and-update.company-information.service.gov.uk/company/12982125/filing-history)

Policies Link opens in new tab

Cookies (https://beta.companieshouse.gov.uk/help/cookies)

Contact us Link opens in new tab

Accessibility statement (https://beta.companieshouse.gov.uk/help/accessibility-statement)

Developers Link opens in new tab

Built by Companies House



© Crown copyright

 **GOV.UK**

# Find and update company information

Companies House does not verify the accuracy of the information filed
(http://resources.companieshouse.gov.uk/serviceInformation.shtml#compInfo)
Advanced company search (/advanced-search)

# WORLDIE LTD

Company number **12982125**

[ Follow this company ]

[ File for this company
(https://beta.companieshouse.gov.uk/company/12982125/authorise?
return_to=/company/12982125/officers) ]

| Overview | Filing history | People | More |

- Officers
- Persons with significant control (/company/12982125/persons-with-significant-control)

## Filter officers

☐
Current officers

[ Apply filter ]

## 4 officers / 3 resignations

---

### TAFT, Christina

Correspondence address
**71-75 Shelton Street, Covent Garden, London, United Kingdom, WC2H 9JQ**

Role Active  **Director**

Date of birth  **October 1993**

Appointed on  **28 October 2020**

Nationality  **American**

Country of residence  **United States**

Occupation  **Ceo**

---

### ENAKELE, Quinet

Correspondence address  **3 Ambrose Chase, Basildon, Essex, United Kingdom, SS14 2FT**

Role Resigned  **Secretary**

Appointed on  **28 October 2020**

Resigned on  **2 September 2024**

---

### 1ST SECRETARIES LIMITED

Correspondence address
 **71-75, Shelton Street, Covent Garden, London, United Kingdom, WC2H 9JQ**

Role Resigned  **Secretary**

Appointed on  **7 November 2020**

Resigned on  **1 March 2024**

## UK Limited Company **What's this?**

Registration number  **12298342**

---

### ENAKELE, Quinet Kubby

Correspondence address  **3 Ambrose Chase, Basildon, Essex, United Kingdom, SS14 2FT**

Role Resigned  **Director**

Date of birth  **November 1977**

Appointed on  **28 October 2020**

Resigned on  **2 September 2024**

Nationality  **British**

Country of residence  **United Kingdom**

Occupation  **Project Manager**

---

3/4/25, 1:22 PM
Case 5:24-cv-01930-TJH-DTB    Document 52    Filed 03/12/25    Page 70 of 248    Page
ID #:1984
WORLDACD | People 7 and and upd8 Company 2bformation GOV.UK

Policies Link opens in new tab

Cookies (https://beta.companieshouse.gov.uk/help/cookies)

Contact us Link opens in new tab

Accessibility statement
(https://beta.companieshouse.gov.uk/help/accessibility-
statement)

Developers Link opens in new tab

Built by Companies House



© Crown copyright

FILE COPY



# CERTIFICATE OF INCORPORATION
# OF A
# PRIVATE LIMITED COMPANY

Company Number **12982125**

The Registrar of Companies for England and Wales, hereby certifies that

**WORLDIE LTD**

is this day incorporated under the Companies Act 2006 as a private company, that the company is limited by shares, and the situation of its registered office is in England and Wales

Given at Companies House, Cardiff, on **28th October 2020**



\* N12982125H \*



Companies House



THE OFFICIAL SEAL OF THE
REGISTRAR OF COMPANIES

The above information was communicated by electronic means and authenticated
by the Registrar of Companies under section 1115 of the Companies Act 2006



# Companies House

**IN01**(ef)

| Application to register a company |



*Received for filing in Electronic Format on the:* **27/10/2020**

X9GJM5RU

| | |
|---|---|
| *Company Name in full:* | **WORLDIE LTD** |
| *Company Type:* | **Private company limited by shares** |
| *Situation of Registered Office:* | **England and Wales** |
| *Proposed Registered Office Address:* | **71-75 SHELTON STREET**<br>**LONDON**<br>**GREATER LONDON**<br>**UNITED KINGDOM WC2H 9JQ** |
| *Sic Codes:* | **61900**<br>**62090**<br>**63120**<br>**74909** |

## Proposed Officers

# Company Secretary     1

*Type:* **Person**

*Full Forename(s):* **MR QUINET**

*Surname:* **ENAKELE**

*Service Address:* **3 AMBROSE CHASE**
**BASILDON**
**ESSEX**
**UNITED KINGDOM SS14 2FT**

*The subscribers confirm that the person named has consented to act as a secretary.*

# *Company Director    1*

| | |
|---|---|
| *Type:* | **Person** |
| *Full Forename(s):* | **MISS CHRISTINA** |
| *Surname:* | **TAFT-CONNER** |
| *Service Address:* | **71-75 SHELTON STREET COVENT GARDEN LONDON UNITED KINGDOM WC2H 9JQ** |
| *Country/State Usually Resident:* | **UNITED STATES** |

| | | | |
|---|---|---|---|
| *Date of Birth:* | **\*\*/10/1993** | *Nationality:* | **AMERICAN** |
| *Occupation:* | **CEO** | | |

*The subscribers confirm that the person named has consented to act as a director.*


# *Company Director    2*

| | |
|---|---|
| *Type:* | **Person** |
| *Full Forename(s):* | **MR QUINET** |
| *Surname:* | **ENAKELE** |
| *Service Address:* | **3 AMBROSE CHASE BASILDON ESSEX UNITED KINGDOM SS14 2FT** |
| *Country/State Usually Resident:* | **UNITED KINGDOM** |

| | | | |
|---|---|---|---|
| *Date of Birth:* | **\*\*/11/1977** | *Nationality:* | **BRITISH** |
| *Occupation:* | **PROJECT MANAGER** | | |

*The subscribers confirm that the person named has consented to act as a director.*

---

**Electronically filed document for Company Number:**            **12982125**

# *Statement of Capital (Share Capital)*

| | | | |
|---|---|---|---|
| *Class of Shares:* | **ORDINARY** | *Number allotted* | **200000** |
| *Currency:* | **USD** | *Aggregate nominal value:* | **200000** |
| *Prescribed particulars* | | | |

**FULL RIGHTS TO RECEIVE NOTICE OF, ATTEND AND VOTE AT GENERAL MEETINGS. SHARES PROVIDE PERCENTAGES OF OWNERSHIP, AND FULL RIGHTS TO DIVIDENDS AND CAPITAL DISTRIBUTIONS (INCLUDING UPON WINDING UP).**

## Statement of Capital (Totals)

| | | | |
|---|---|---|---|
| *Currency:* | **USD** | *Total number of shares:* | **200000** |
| | | *Total aggregate nominal value:* | **200000** |
| | | *Total aggregate unpaid:* | **200000** |

**Electronically filed document for Company Number:**　　　　**12982125**

# *Initial Shareholdings*

---

*Name:* **CHRISTINA TAFT-CONNER**

| | | | |
|---|---|---|---|
| *Address* | **71-75 SHELTON STREET** | *Class of Shares:* | **ORDINARY** |
| | **COVENT GARDEN** | | |
| | **LONDON** | *Number of shares:* | **200000** |
| | **UNITED KINGDOM** | *Currency:* | **USD** |
| | **WC2H 9JQ** | *Nominal value of each share:* | **1** |
| | | *Amount unpaid:* | **1** |
| | | *Amount paid:* | **0** |

---

**Electronically filed document for Company Number:**          **12982125**

# Persons with Significant Control (PSC)

---

**Statement of initial significant control**

---

**On incorporation, there will be someone who will count as a Person with Significant Control (either a registerable person or relevant legal entity (RLE)) in relation to the company**

---

# *Individual Person with Significant Control details*

---

*Names:*                    **CHRISTINA TAFT-CONNER**

*Country/State Usually*      **UNITED STATES**
*Resident:*

*Date of Birth:*  **\*\*/10/1993**              *Nationality:*    **AMERICAN**

*Service Address:*            **71-75 SHELTON STREET COVENT GARDEN**
                             **LONDON**
                             **UNITED KINGDOM**
                             **WC2H 9JQ**

*The subscribers confirm that each person named as an individual PSC in this application knows that their particulars are being supplied as part of this application.*

---

**Electronically filed document for Company Number:**          **12982125**

*Nature of control*        **The person holds, directly or indirectly, 75% or more of the shares in the company.**

*Nature of control*        **The person holds, directly or indirectly, 75% or more of the voting rights in the company.**

*Nature of control*        **The person has the right, directly or indirectly, to appoint or remove a majority of the board of directors of the company.**

---

**Electronically filed document for Company Number:**            **12982125**

## *Statement of Compliance*

*I confirm the requirements of the Companies Act 2006 as to registration have been complied with.*

*Name:*             **CHRISTINA TAFT-CONNER**

*Authenticated*      **YES**

## *Authorisation*

*Authoriser Designation:*    **subscriber**                    *Authenticated*    **YES**

**End of Electronically filed document for Company Number:**     **12982125**

**COMPANY HAVING A SHARE CAPITAL**

**MEMORANDUM OF ASSOCIATION**

**OF**

**WORLDIE LTD**

Each subscriber to this memorandum of association wishes to form a company under the Companies Act 2006 and agrees to become a member of the Company and to take at least one share.

Name of each subscriber                    Authentication by each subscriber

Christina  Taft-Conner

Date 23 October 2020

**THE COMPANIES ACT 2006**

**PRIVATE COMPANY LIMITED BY SHARES**

**ARTICLES OF ASSOCIATION**

**of**

**WORLDIE LTD**

**PART 1**

**INTERPRETATION AND LIMITATION OF LIABILITY**

**1**      **Defined Terms**

(1)      The regulations contained in the Model Articles for Private Companies Limited by Shares set out in Schedule 1 of The Companies (Model Articles) Regulations 2008 (SI 3229/2008), shall not apply to the Company.

(2)      In the articles, unless the context requires otherwise:

| | |
|---|---|
| "the 2006 Act" | means the Companies Act 2006; |
| "articles" | means the Company's articles of association; |
| "bankruptcy" | includes individual insolvency proceedings in a jurisdiction other than England and Wales or Northern Ireland which have an effect similar to that of bankruptcy; |
| "chairman" | has the meaning given in article 12; |
| "chairman of the meeting" | has the meaning given in article 40; |
| "Companies Acts" | means the Companies Acts (as defined in section 2 of the Companies Act 2006), in so far as they apply to the Company; |
| "director" | means a director of the Company, and includes any person occupying the position of director, by whatever name called; |
| "distribution recipient" | has the meaning given in article 32; |
| "document" | includes, unless otherwise specified, any document sent or supplied in electronic form; |
| "electronic form" | has the meaning given in section 1168 of the 2006 Act; |
| "fully paid" | in relation to a share, means that the nominal value and any premium to be paid to the Company in respect of that share have been paid to the Company; |
| "hard copy form" | has the meaning given in section 1168 of the 2006 Act; |
| "holder" | in relation to shares means the person whose name is entered in the register of members as the holder of the shares; |

| | |
|---|---|
| "instrument" | means a document in hard copy form; |
| "ordinary resolution" | has the meaning given in section 282 of the 2006 Act; |
| "paid" | means paid or credited as paid; |
| "participate" | in relation to a directors' meeting, has the meaning given in article 10; |
| "proxy notice" | has the meaning given in article 46; |
| "shareholder" | means a person who is the holder of a share; |
| "shares" | means shares in the Company; |
| "special resolution" | has the meaning given in section 283 of the 2006 Act; |
| "subsidiary" | has the meaning given in section 1159 of the 2006 Act; |
| "transmittee" | means a person entitled to a share by reason of the death or bankruptcy of a shareholder or otherwise by operation of law; and |
| "writing" | means the representation or reproduction of words, symbols or other information in a visible form by any method or combination of methods, whether sent or supplied in electronic form or otherwise. |

Unless the context otherwise requires, other words or expressions contained in these articles bear the same meaning as in the 2006 Act as in force on the date when these articles become binding on the Company.

**2        Liability of shareholders**

The liability of the shareholders is limited to the amount, if any, unpaid on the shares held by them.

<div align="center">

**PART 2**

**DIRECTORS**

**DIRECTORS' POWERS AND RESPONSIBILITIES**

</div>

**3        Directors' general authority**

Subject to the articles, the directors are responsible for the management of the Company's business, for which purpose they may exercise all the powers of the Company.

**4        Shareholders' reserve power**

(1)        The shareholders may, by special resolution, direct the directors to take, or refrain from taking, specified action.

(2)        No such special resolution invalidates anything which the directors have done before the passing of the resolution.

**5**      **Directors may delegate**

(1)      Subject to the articles, the directors may delegate any of the powers which are conferred on them under the articles:

     (a)      to such person or committee;

     (b)      by such means (including by power of attorney);

     (c)      to such an extent;

     (d)      in relation to such matters or territories; and

     (e)      on such terms and conditions;

     as they think fit.

(2)      If the directors so specify, any such delegation may authorise further delegation of the directors' powers by any person to whom they are delegated.

(3)      The directors may revoke any delegation in whole or part, or alter its terms and conditions.

**6**      **Committees**

Committees to which the directors delegate any of their powers must follow procedures which are based as far as they are applicable on those provisions of the articles which govern the taking of decisions by directors. The directors may make rules of procedure for all or any committees, which prevail over rules derived from the articles if they are not consistent with them.

## DECISION-MAKING BY DIRECTORS

**7**      **Directors to take decisions collectively**

(1)      The general rule about decision-making by directors is that any decision of the directors must be either a majority decision at a meeting or a decision taken in accordance with article 8.

(2)      If:

     (a)      the Company only has one director, and

     (b)      no provision of the articles requires it to have more than one director,

the general rule does not apply, and the director may, subject to articles 8(3) and 16 take decisions without regard to any other of the provisions of the articles relating to directors' decision-making.

**8**      **Unanimous decisions**

(1)      A decision of the directors is taken in accordance with this article when all eligible directors indicate to each other by any means that they share a common view on a matter.

(2)      Such a decision may take the form of a resolution in writing, copies of which have been signed by each eligible director or to which each eligible director has otherwise indicated agreement in writing.

(3)    References in this article to eligible directors are to directors who would have been entitled to vote on the matter had it been proposed as a resolution at a directors' meeting.

(4)    A decision may not be taken in accordance with this article if the eligible directors would not have formed a quorum at such a meeting.

**9    Calling a directors' meeting**

(1)    Any director may call a directors' meeting by giving notice of the meeting to the directors or by authorising the Company secretary (if any) to give such notice.

(2)    Notice of any directors' meeting must indicate:

   (a)    its proposed date and time;

   (b)    where it is to take place; and

   (c)    if it is anticipated that directors participating in the meeting will not be in the same place, how it is proposed that they should communicate with each other during the meeting.

(3)    Notice of a directors' meeting must be given to each director, but need not be in writing.

(4)    Notice of a directors' meeting need not be given to directors who waive their entitlement to notice of that meeting, by giving notice to that effect to the Company not more than 7 days after the date on which the meeting is held. Where such notice is given after the meeting has been held, that does not affect the validity of the meeting, or of any business conducted at it.

**10    Participation in directors' meetings**

(1)    Subject to the articles, directors participate in a directors' meeting, or part of a directors' meeting, when:

   (a)    the meeting has been called and takes place in accordance with the articles, and

   (b)    they can each communicate to the others any information or opinions they have on any particular item of the business of the meeting.

(2)    In determining whether directors are participating in a directors' meeting, it is irrelevant where any director is or how they communicate with each other.

(3)    If all the directors participating in a meeting are not in the same place, they may decide that the meeting is to be treated as taking place wherever any of them is.

**11    Quorum for directors' meetings**

(1)    At a directors' meeting, unless a quorum is participating, no proposal is to be voted on, except a proposal to call another meeting.

(2)    The quorum for directors' meetings may be fixed from time to time by a decision of the directors, but it must never be less than two unless there is just a sole director in office, and unless otherwise fixed it is two.

(3)    If the total number of directors for the time being is less than the quorum required, the directors must not take any decision other than a decision:

   (a)    to appoint further directors, or

   (b)    to call a general meeting so as to enable the shareholders to appoint further directors.

**12      Chairing of directors' meetings**

(1)      The directors may appoint a director to chair their meetings.

(2)      The person so appointed for the time being is known as the chairman.

(3)      The directors may terminate the chairman's appointment at any time.

(4)      If the chairman is not participating in a directors' meeting within ten minutes of the time at which it was to start, the participating directors must appoint one of themselves to chair it.

**13      Casting vote**

The chairman or other director chairing the meeting shall not, if the numbers of votes for and against a proposal are equal, have a second or casting vote.

**14      Conflicts of interest**

(1)      If a proposed decision of the directors is concerned with an actual or proposed transaction or arrangement with the Company in which a director is interested, that director is not to be counted as participating in the decision-making process for quorum or voting purposes.

(2)      But if paragraph (3) applies, a director who is interested in an actual or proposed transaction or arrangement with the Company is to be counted as participating in the decision-making process for quorum and voting purposes.

(3)      This paragraph applies when:

(a)      the Company by ordinary resolution disapplies the provision of the articles which would otherwise prevent a director from being counted as participating in the decision-making process;

(b)      the director's interest cannot reasonably be regarded as likely to give rise to a conflict of interest; or

(c)      the director's conflict of interest arises from a permitted cause.

(4)      For the purposes of this article, the following are permitted causes:

(a)      a guarantee given, or to be given, by or to a director in respect of an obligation incurred by or on behalf of the Company or any of its subsidiaries;

(b)      subscription, or an agreement to subscribe, for shares or other securities of the Company or any of its subsidiaries, or to underwrite, sub-underwrite, or guarantee subscription for any such shares or securities; and

(c)      arrangements pursuant to which benefits are made available to employees and directors or former employees and directors of the Company or any of its subsidiaries which do not provide special benefits for directors or former directors.

(5)      For the purposes of this article, references to proposed decisions and decision-making processes include any directors' meeting or part of a directors' meeting.

(6)      Subject to paragraph (7), if a question arises at a meeting of directors or of a committee of directors as to the right of a director to participate in the meeting (or part of the meeting) for voting or quorum purposes, the question may, before the conclusion of the meeting, be referred to the chairman whose ruling in relation to any director other than the chairman is to be final and conclusive.

(7)   If any question as to the right to participate in the meeting (or part of the meeting) should arise in respect of the chairman, the question is to be decided by a decision of the directors at that meeting, for which purpose the chairman is not to be counted as participating in the meeting (or that part of the meeting) for voting or quorum purposes.

(8)   Where the number of non-conflicted directors is less than the quorum for the purposes of approving a resolution authorising any situation or transaction constituting a conflict as anticipated by the Companies Acts, the quorum shall be all the disinterested directors.

(9)   When all the directors of the Company are conflicted, the Company shall pass the conflict to the Company's shareholders for approval by ordinary resolution.

**15    Records of decisions to be kept**

The directors must ensure that the Company keeps a record, in writing, for at least 10 years from the date of the decision recorded of every unanimous or majority decision taken by the directors.

**16    Directors' discretion to make further rules**

Subject to the articles, the directors may make any rule which they think fit about how they take decisions, and about how such rules are to be recorded or communicated to directors.

**NUMBER AND APPOINTMENT OF DIRECTORS**

**17    Methods of appointing directors**

(1)   There shall be no maximum number of directors and the minimum number of directors shall be one. Whenever the Company has two or more directors, at least one of them shall be a natural person

(2)   Any person 16 years of age or more and who is willing to act as a director, and is permitted by law to do so, may be appointed to be a director:

(a)    by ordinary resolution; or

(b)    by a decision of the directors.

(3)   In any case where, as a result of death, the Company has no shareholders and no directors, the personal representatives of the last shareholder to have died have the right, by notice in writing, to appoint a person to be a director.

(4)   For the purposes of paragraph (3), where 2 or more shareholders die in circumstances rendering it uncertain who was the last to die, a younger shareholder is deemed to have survived an older shareholder.

**18    Termination of director's appointment**

(1)   A person ceases to be a director as soon as:

(a)    that person ceases to be a director by virtue of any provision of the Companies Acts or is prohibited from being a director by law;

(b)    a bankruptcy order is made against that person;

(c)     a composition is made with that person's creditors generally in satisfaction of that person's debts;

(d)     a registered medical practitioner who is treating that person gives a written opinion to the Company stating that that person has become physically or mentally incapable of acting as a director and may remain so for more than three months;

(e)     notification is received by the Company from the director that the director is resigning from office, and such resignation has taken effect in accordance with its terms;

(f)     he shall for more than six consecutive months have been absent without permission of the directors from meetings of directors held during that period and the directors resolve that his office be vacated.

**19    Directors' remuneration**

(1)    Directors may undertake any services for the Company that the directors decide.

(2)    Directors are entitled to such remuneration as the directors determine:

a)     for their services to the Company as directors, and

(b)     for any other service which they undertake for the Company.

(3)    Subject to the articles, a director's remuneration may:

(a)     take any form, and

(b)     include any arrangements in connection with the payment of a pension, allowance or gratuity, or any death, sickness or disability benefits, to or in respect of that director.

(4)    Unless the directors decide otherwise, directors' remuneration accrues from day to day.

(5)    Unless the directors decide otherwise, directors are not accountable to the Company for any remuneration which they receive as directors or other officers or employees of the Company's subsidiaries or of any other body corporate in which the Company is interested.

**20    Directors' expenses**

The Company may pay any reasonable expenses which the directors properly incur in connection with their attendance at:

(a)     meetings of directors or committees of directors;

(b)     general meetings, or

(c)     separate meetings of the holders of any class of shares or of debentures of the Company, or otherwise in connection with the exercise of their powers and the discharge of their responsibilities in relation to the Company.

**PART 3**

**SHARES AND DISTRIBUTIONS**

**SHARES**

**21    All shares to be fully paid up**

(1)     No share is to be issued for less than the aggregate of its nominal value and any premium to be paid to the Company in consideration for its issue.

(2)     This does not apply to shares taken on the formation of the Company by the subscribers to the Company's memorandum.

**22      Powers to issue different classes of share**

(1)     Subject to the articles, but without prejudice to the rights attached to any existing share, the Company may issue shares with such rights or restrictions as may be determined by ordinary resolution.

(2)     The Company may issue shares which are to be redeemed, or are liable to be redeemed at the option of the Company or the holder, and the directors may determine the terms, conditions and manner of redemption of any such shares.

**23      Company not bound by less than absolute interests**

Except as required by law, no person is to be recognised by the Company as holding any share upon any trust, and except as otherwise required by law or the articles, the Company is not in any way to be bound by or recognise any interest in a share other than the holder's absolute ownership of it and all the rights attaching to it.

**24      Share certificates**

(1)     The Company must issue each shareholder, free of charge, with one or more certificates in respect of the shares which that shareholder holds.

(2)     Every certificate must specify:

(a)     in respect of how many shares, of what class, it is issued;

(b)     the nominal value of those shares;

(c)     that the shares are fully paid; and

(d)     any distinguishing numbers assigned to them.

(3)     No certificate may be issued in respect of shares of more than one class.

(4)     If more than one person holds a share: only one certificate may be issued in respect of it.

(5)     Certificates must:

(a)     have affixed to them the Company's common seal, or

(b)     be otherwise executed in accordance with the Companies Acts.

**25      Replacement share certificates**

(1)     If a certificate issued in respect of a shareholder's shares is:

(a)     damaged or defaced; or

(b)     said to be lost, stolen or destroyed,

that shareholder is entitled to be issued with a replacement certificate in respect of the same shares.

(2)    A shareholder exercising the right to be issued with such a replacement certificate:

    (a)    may at the same time exercise the right to be issued with a single certificate or separate certificates;

    (b)    must return the certificate which is to be replaced to the Company if it is damaged or defaced and

    (c)    must comply with such conditions as to evidence, indemnity and the payment of a reasonable fee as the directors decide.

**26    Share transfers**

(1)    Shares may be transferred by means of an instrument of transfer in any usual form or any other form approved by the directors, which is executed by or on behalf of the transferor.

(2)    No fee may be charged for registering any instrument of transfer or other document relating to or affecting the title to any share.

(3)    The Company may retain any instrument of transfer which is registered.

(4)    The transferor remains the holder of a share until the transferee's name is entered in the register of members as holder of it.

(5)    The directors may refuse to register the transfer of a share, and if they do so, the instrument of transfer must be returned to the transferee with the notice of refusal unless they suspect that the proposed transfer may be fraudulent.

**27    Transmission of shares**

(1)    If title to a share passes to a transmittee, the Company may only recognise the transmittee as having any title to that share.

(2)    A transmittee who produces such evidence of entitlement to shares as the directors may properly require:

    (a)    may, subject to the articles, choose either to become the holder of those shares or to have them transferred to another person, and

    (b)    subject to the articles, and pending any transfer of the shares to another person, has the same rights as the holder had.

(3)    But transmittees do not have the right to attend or vote at a general meeting, or agree to a proposed written resolution, in respect of shares to which they are entitled, by reason of the holder's death or bankruptcy or otherwise, unless they become the holders of those shares.

**28    Exercise of transmitees' rights**

(1)    Transmittees who wish to become the holders of shares to which they have become entitled must notify the Company in writing of that wish.

(2)    If the transmittee wishes to have a share transferred to another person, the transmittee must execute an instrument of transfer in respect of it.

(3)    Any transfer made or executed under this article is to be treated as if it were made or executed by the person from whom the transmittee has derived rights in respect of the share, and as if the event which gave rise to the transmission had not occurred.

**29      Transmittees bound by prior notices**

If a notice is given to a shareholder in respect of shares and a transmittee is entitled to those shares, the transmittee is bound by the notice if it was given to the shareholder before the transmittee's name has been entered in the register of members.

**30      Purchase of own shares**

Subject to the 2006 Act but without prejudice to any other provision of these articles, the Company may purchase its own shares with cash up to any amount in a financial year not exceeding the lower of:

(a)      £15,000; or

(b)      the value of 5% of the Company's share capital.

<div align="center">

**DIVIDENDS AND OTHER DISTRIBUTIONS**

</div>

**31      Procedure for declaring dividends**

(1)      The Company may, by ordinary resolution declare dividends, and the directors may decide to pay interim dividends but a dividend must not be declared unless the directors have made a recommendation as to its amount. Such a dividend must not exceed the amount recommended by the directors and no dividend may be declared or paid unless it is in accordance with shareholders' respective rights.

(2)      Unless:

(a)      the shareholders' resolution to declare; or

(b)      directors' decision to pay a dividend; or

(c)      the terms on which shares are issued, specify otherwise,

it must be paid by reference to each shareholder's holding of shares on the date of the resolution or decision to declare or pay it.

(3)      If the Company's share capital is divided into different classes, no interim dividend may be paid on shares carrying deferred or non-preferred rights if, at the time of payment, any preferential dividend is in arrear.

(4)      The directors may pay at intervals any dividend payable at a fixed rate if it appears to them that the profits available for distribution justify the payment.

(5)      If the directors act in good faith, they do not incur any liability to the holders of shares conferring preferred rights for any loss they may suffer by the lawful payment of an interim dividend on shares with deferred or non-preferred rights.

**32      Payment of dividends and other distributions**

(1)      Where a dividend or other sum which is a distribution is payable in respect of a share, it must be paid by one or more of the following means:

(a)      transfer to a bank or building society account specified by the distribution recipient in writing; or

(b)  sending a cheque, payable to the distribution recipient, by post to the distribution recipient at his registered address (if the distribution recipient is a holder of the share), or (in any other case) to an address specified by the distribution recipient either in writing or as the directors may otherwise decide; or

(c)  any other means of payment as the directors agree with the distribution recipient either in writing or by such other means as the directors decide.

(2)  In the articles, "the distribution recipient" means, in respect of a share in respect of which a dividend or other sum is payable:

(a)  the holder of the share; or

(b)  if the share has two or more joint holders, whichever of them is named first in the register of members; or

(c)  if the holder is no longer entitled to the share by reason of death or bankruptcy, or otherwise by operation of law, the transmittee.

## 33    No interest on distributions

The Company may not pay interest on any dividend or other sum payable in respect of a share unless otherwise provided by the terms on which the share was issued, or the provisions of another agreement between the holder of that share and the Company.

## 34    Unclaimed distributions

(1)  All dividends or other sums which are payable in respect of shares and unclaimed after having been declared or become payable, may be invested or otherwise made use of by the directors for the benefit of the Company until claimed.

(2)  The payment of any such dividend or other sum into a separate account does not make the Company a trustee in respect of it and if

(a)  twelve years have passed from the date on which a dividend or other sum became due for payment; and

(b)  the distribution recipient has not claimed it,

the distribution recipient is no longer entitled to that dividend or other sum and it ceases to remain owing by the Company.

## 35    Non-cash distributions

(1)  Subject to the terms of issue of the share in question, the Company may, by ordinary resolution on the recommendation of the directors, decide to pay all or part of a dividend or other distribution payable in respect of a share by transferring non-cash assets of equivalent value (including, without limitation, shares or other securities in any company).

(2)  For the purposes of paying a non-cash distribution, the directors may make whatever arrangements they think fit, including, where any difficulty arises regarding the distribution:

(a)  fixing the value of any assets;

(b)    paying cash to any distribution recipient on the basis of that value in order to adjust the rights of recipients; and

(c)    vesting any assets in trustees.

**36    Waiver of distributions**

(1)    Distribution recipients may waive their entitlement to a dividend or other distribution payable in respect of a share by giving the Company notice in writing to that effect, but if:

(a)    the share has more than one holder, or

(b)    more than one person is entitled to the share, whether by reason of the death or bankruptcy of one or more joint holders, or otherwise,

the notice is not effective unless it is expressed to be given, and signed, by all the holders or persons otherwise entitled to the share.


## CAPITALISATION OF PROFITS


**37    Authority to capitalise and appropriation of capitalised sums**

(1)    The directors may, if they are so authorised by an ordinary resolution:

(a)    decide to capitalise any profits of the Company (whether or not they are available for distribution) which are not required for paying a preferential dividend, or any sum standing to the credit of the Company's share premium account or capital redemption reserve; and

(b)    appropriate any sum which they so decide to capitalise (a "capitalised sum") to the persons who would have been entitled to it if it were distributed by way of dividend (the "persons entitled") and in the same proportions.

(2)    Capitalised sums must be applied:

(a)    on behalf of the persons entitled, and

(b)    in the same proportions as a dividend would have been distributed to them.

(3)    Any capitalised sum may be applied in paying up new shares of a nominal amount equal to the capitalised sum which are then allotted credited as fully paid to the persons entitled or as they may direct.

(4)    A capitalised sum which was appropriated from profits available for distribution may be applied in paying up new debentures of the Company which are then allotted credited as fully paid to the persons entitled or as they may direct.

(5)    Subject to the articles the directors may:

(a)    apply capitalised sums in accordance with paragraphs (3) and (4) above partly in one way and partly in another;

(b)    make such arrangements as they think fit to deal with shares or debentures becoming distributable in fractions under this article (including the issuing of fractional certificates or the making of cash payments); and

(c)    authorise any person to enter into an agreement with the Company on behalf of all the persons entitled which is binding on them in respect of the allotment of shares and debentures to them under this article.

**PART 4**

**DECISION-MAKING BY SHAREHOLDERS**

**ORGANISATION OF GENERAL MEETINGS**

**38    Attendance and speaking at general meetings**

(1)    A person is able to exercise the right to speak at a general meeting when that person is in a position to communicate to all those attending the meeting, during the meeting, any information or opinions which that person has on the business of the meeting.

(2)    A person is able to exercise the right to vote at a general meeting when:

(a)    that person is able to vote, during the meeting, on resolutions put to the vote at the meeting, and

(b)    that person's vote can be taken into account in determining whether or not such resolutions are passed at the same time as the votes of all the other persons attending the meeting.

(3)    The directors may make whatever arrangements they consider appropriate to enable those attending a general meeting to exercise their rights to speak or vote at it.

(4)    In determining attendance at a general meeting, it is immaterial whether any two or more shareholders attending it are in the same place as each other.

(5)    Two or more persons who are not in the same place as each other attend a general meeting if their circumstances are such that if they have (or were to have) rights to speak and vote at that meeting, they are (or would be) able to exercise them.

**39    Quorum for general meetings**

The quorum for a general meeting shall be determined according to section 318 of the 2006 Act and no business other than the appointment of the chairman of the meeting is to be transacted at a general meeting if the persons attending it do not constitute a quorum.

**40    Chairing general meetings**

(1)    If the directors have appointed a chairman, the chairman shall chair general meetings if present and willing to do so.

(2)    If the directors have not appointed a chairman, or if the chairman is unwilling to chair the meeting or is not present within ten minutes of the time at which a meeting was due to start:

(a)    the directors present, or

(b)    (if no directors are present), the meeting, must appoint a director or shareholder to chair the meeting, and the appointment of the chairman of the meeting must be the first business of the meeting.

(3)     The person chairing a meeting in accordance with this article is referred to as "the chairman of the meeting".

**41      Attendance and speaking by directors and non-shareholders**

(1)     Directors may attend and speak at general meetings, whether or not they are shareholders.

(2)     The chairman of the meeting may permit other persons who are not:

(a)     shareholders of the Company, or

(b)     otherwise entitled to exercise the rights of shareholders in relation to general meetings, to attend and speak at a general meeting.

**42      Adjournment**

(1)     If the persons attending a general meeting within half an hour of the time at which the meeting was due to start do not constitute a quorum, or if during a meeting a quorum ceases to be present, or if at any time during a quorate general meeting the meeting directs him to do so, the chairman of the meeting must adjourn it and he may adjourn a general meeting at which a quorum is present if:

(a)     the meeting consents to an adjournment, or

(b)     it appears to the chairman of the meeting that an adjournment is necessary to protect the safety of any person attending the meeting or ensure that the business of the meeting is conducted in an orderly manner.

(2)     When adjourning a general meeting, the chairman of the meeting must:

(a)     either specify the time and place to which it is adjourned or state that it is to continue at a time and place to be fixed by the directors; and

(b)     have regard to any directions as to the time and place of any adjournment which have been given by the meeting.

(3)     If the continuation of an adjourned meeting is to take place more than 14 days after it was adjourned, the Company must give at least 7 clear days' notice of it (that is, excluding the day of the adjourned meeting and the day on which the notice is given):

(a)     to the same persons to whom notice of the Company's general meetings is required to be given, and

(b)     containing the same information which such notice is required to contain.

(4)     No business may be transacted at an adjourned general meeting which could not properly have been transacted at the meeting if the adjournment had not taken place and if, at an adjourned general meeting, a quorum is not present within half an hour from the time appointed for the meeting, the shareholders present shall be a quorum.

**VOTING AT GENERAL MEETINGS**

**43      Voting: general**

A resolution put to the vote of a general meeting must be decided on a show of hands unless a poll is duly demanded and acted upon in accordance with these articles and sections 321 and 322 of the 2006 Act.

**44    Errors and disputes**

(1)    No objection may be raised to the qualification of any person voting at a general meeting except at the meeting or adjourned meeting at which the vote objected to is tendered, and every vote not disallowed at the meeting is valid.

(2)    Any such objection must be referred to the chairman of the meeting, whose decision is final.

**45    Poll votes**

(1)    A poll on a resolution may be demanded:

(a)    in advance of the general meeting where it is to be put to the vote, or

(b)    at a general meeting, either before a show of hands on that resolution or immediately after the result of a show of hands on that resolution is declared.

(2)    A poll may be demanded by:

(a)    the chairman of the meeting;

(b)    the directors;

(c)    two or more persons having the right to vote on the resolution; or

(d)    a person or persons representing not less than one tenth of the total voting rights of all the shareholders having the right to vote on the resolution.

(3)    A demand for a poll may be withdrawn if:

(a)    the poll has not yet been taken, and

(b)    the chairman of the meeting consents to the withdrawal.

(4)    Polls must be taken immediately and in such manner as the chairman of the meeting directs.

**46    Content of proxy notices**

(1)    Proxies may only validly be appointed by a notice in writing (a "proxy notice") which:

(a)    states the name and address of the shareholder appointing the proxy;

(b)    identifies the person appointed to be that shareholder's proxy and the general meeting in relation to which that person is appointed;

(c)    is signed by or on behalf of the shareholder appointing the proxy, or is authenticated in such manner as the directors may determine; and

(d)    is delivered to the Company in accordance with the articles and any instructions contained in the notice of the general meeting to which they relate.

(2)    The Company may require proxy notices to be delivered in a particular form, and may specify different forms for different purposes.

(3)   Proxy notices may specify how the proxy appointed under them is to vote (or that the proxy is to abstain from voting) on one or more resolutions.

(4)   Unless a proxy notice indicates otherwise, it must be treated as:

   (a)   allowing the person appointed under it as a proxy discretion as to how to vote on any ancillary or procedural resolutions put to the meeting; and

   (b)   appointing that person as a proxy in relation to any adjournment of the general meeting to which it relates as well as the meeting itself.

**47    Delivery of proxy notices**

(1)   A person who is entitled to attend, speak or vote (either on a show of hands or on a poll) at a general meeting remains so entitled in respect of that meeting or any adjournment of it, even though a valid proxy notice has been delivered to the Company by or on behalf of that person.

(2)   An appointment under a proxy notice may be revoked by delivering to the Company a notice in writing given by or on behalf of the person by whom or on whose behalf the proxy notice was given.

(3)   A notice revoking a proxy appointment only takes effect if it is delivered before the start of the meeting or adjourned meeting to which it relates.

(4)   If a proxy notice is not executed by the person appointing the proxy, it must be accompanied by written evidence of the authority of the person who executed it to execute it on the appointor's behalf.

**48    Amendments to resolutions**

(1)   An ordinary resolution to be proposed at a general meeting may be amended by ordinary resolution if:

   (a)   notice of the proposed amendment is given to the Company in writing by a person entitled to vote at the general meeting at which it is to be proposed not less than 48 hours before the meeting is to take place (or such later time as the chairman of the meeting may determine), and

   (b)   the proposed amendment does not, in the reasonable opinion of the chairman of the meeting, materially alter the scope of the resolution.

(2)   A special resolution to be proposed at a general meeting may be amended by ordinary resolution, if:

   (a)   the chairman of the meeting proposes the amendment at the general meeting at which the resolution is to be proposed; and

   (b)   the amendment does not go beyond what is necessary to correct a grammatical or other non-substantive error in the resolution.

(3)   If the chairman of the meeting, acting in good faith, wrongly decides that an amendment to a resolution is out of order, the chairman's error does not invalidate the vote on that resolution.

**PART 5**

**ADMINISTRATIVE ARRANGEMENTS**

**49    Means of communication to be used**

(1)    Anything sent or supplied by or to the Company under the articles may be sent or supplied in any way in which the 2006 Act provides for documents or information which are authorised or required by any provision of that Act to be sent or supplied by or to the Company.

(2)    Every notice convening a general meeting shall comply with the provisions of section 307 and 325 of the 2006 Act as to the length of notice required for the meeting and the giving of information to shareholders in regard to their right to appoint proxies; and notices of and other communications relating to any general meeting which any shareholder is entitled to receive shall be sent to the directors and to the auditor for the time being of the Company.

(3)    Any notice or document to be sent or supplied to a director in connection with the taking of decisions by directors may also be sent or supplied by the means by which that director has asked to be sent or supplied with such notices or documents for the time being.

(4)    A director may agree with the Company that notices or documents sent to that director in a particular way are to be deemed to have been received within a specified time of their being sent, and for the specified time to be less than 48 hours.

**50    Company seals**

(1)    Any common seal may only be used by the authority of the directors.

(2)    The directors may decide by what means and in what form any common seal is to be used.

(3)    Unless otherwise decided by the directors, if the Company has a common seal and it is affixed to a document, the document must also be signed by at least one authorised person in the presence of a witness who attests the signature.

(4)    For the purposes of this article, an authorised person is:

    (a)    any director of the Company;

    (b)    the Company secretary (if any); or

    (c)    any person authorised by the directors for the purpose of signing documents to which the common seal is applied.

**51    No right to inspect accounts and other records**

Except as provided by law or authorised by the directors or an ordinary resolution of the Company, no person is entitled to inspect any of the Company's accounting or other records or documents merely by virtue of being a shareholder.

**52    Provision for employees on cessation of business**

The directors may decide to make provision for the benefit of persons employed or formerly employed by the Company or any of its subsidiaries (other than a director or former director or shadow director) in connection with the cessation or transfer to any person of the whole or part of the undertaking of the Company or that subsidiary.

**DIRECTORS' INDEMNITY AND INSURANCE**

**53**     **Indemnity**

(1)     Subject to paragraph (2), a relevant director of the Company or an associated company may be indemnified out of the Company's assets against:

(a)     any liability incurred by that director in connection with any negligence, default, breach of duty or breach of trust in relation to the Company or an associated company;

(b)     any liability incurred by that director in connection with the activities of the Company or an associated company in its capacity as a trustee of an occupational pension scheme (as defined in section 235(6) of the 2006 Act);

(c)     any other liability incurred by that director as an officer of the Company or an associated company.

(2)     This article does not authorise any indemnity which would be prohibited or rendered void by any provision of the Companies Acts or by any other provision of law.

(3)     In this article:

(a)     companies are associated if one is a subsidiary of the other or both are subsidiaries of the same body corporate; and

(b)     a "relevant director" means any director or former director of the Company or an associated company.

**54**     **Insurance**

(1)     The directors may decide to purchase and maintain insurance, at the expense of the Company, for the benefit of any relevant director in respect of any relevant loss.

(2)     In this article:

(a)     a "relevant director" means any director or former director of the Company or an associated company;

(b)     a "relevant loss" means any loss or liability which has been or may be incurred by a relevant director in connection with that director's duties or powers in relation to the Company, any associated company or any pension fund or employees' share scheme of the Company or associated company; and

(c)     companies are associated if one is a subsidiary of the other or both are subsidiaries of the same body corporate.

**Companies House**

# TM02(ef)

| |
|---|
| **Termination of Appointment of Secretary or Corporate Secretary** |

Company Name:  **WORLDIE LTD**
Company Number:  **12982125**

XCYTP5HE

Received for filing in Electronic Format on the: **13/03/2024**

## Termination Details

Date of termination:  **01/03/2024**

Name:  **1ST SECRETARIES LIMITED**

## Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Liquidator, Administrator, Administrative Receiver, Receiver, Receiver manager, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor.

# Companies House

# TM01 (ef)

## Termination of a Director Appointment

Company Name: **WORLDIE LTD**
Company Number: **12982125**

XDB1C9X5

Received for filing in Electronic Format on the: **05/09/2024**

## Termination Details

Date of termination: **02/09/2024**

Name: **MR QUINET KUBBY ENAKELE**

## Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Liquidator, Administrator, Administrative Receiver, Receiver, Receiver manager, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor.

# Companies House

# TM02 (ef)

## Termination of Appointment of Secretary or Corporate Secretary

Company Name:    **WORLDIE LTD**
Company Number:  **12982125**

XDB1DAWY

Received for filing in Electronic Format on the: **05/09/2024**

## Termination Details

Date of termination:    **02/09/2024**

Name:    **MR QUINET ENAKELE**

## Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Liquidator, Administrator, Administrative Receiver, Receiver, Receiver manager, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor.

# EXHIBIT 6

      



## Christina Taft · 2nd

Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian ✈️



Worldie - Network for Good



American University

United States · Contact info

500+ connections

**Connect**  **Message**  **More**

**Open to work**
Project Manager, Strategic Partnerships, Paralegal, Analyst and Manager roles
Show details

## About

Innovator, Founder, and Entrepreneur with Modern Collaborations for Improving Lives, a Better Present, a Better World, Future, Perspectives. I'm humanitarian, tenacious, and egalitarian. As a leader, collaborator, manager, inventor, We Build for Strategic Alliances, Public Affairs, Infrastructure, creative initiatives, progress, solutions, evolving services, and strategy for Improvements.

With care on Positive Outcomes and Results, there's innovation, adaptation, & growth.

Overcoming Challenges with Initiatives, Analysis, Alliances, & Communications.
We influence changes & guidance for operations, infrastructure, alliances to build more success, progress, and results.
Building equality, safety, rescue, humanitarianism, & social impact with networks
We create quality with foundations, training, systems, projects, public & business relations, & leadership

Founder of Worldie Ltd & Rescue Social Inc

Contributing innovation, skill, invention, and problem solving for collaborations. With conceptualization for dynamics, complexity, systems, and integration, I thrive seeing ideas implemented and seeing people's success!
I analyze progress with quality control as projects develop. I lead with strategy, vision, evolution, and motivational leadership. I focus on results, social effects, quality, and situation

I help people with innovative initiatives and complex challenges. I'm skilled at creating & finding opportunities, resilience, sophistications, talent, flexibility, & analysis.
Although facetious, I've founded several initiatives which work together to create a full understanding of changing paradigms.
Independently naturally creative with film business generations

We can create better outcomes by changing systems with professional relations, public safety, social influence, quality services, good enterprises, humanitarianism,

rescue, risk-taking, technology, better cases, journalism, & innovative models

Layered Experience in Critical Thinking, Management, Strategic Partnerships, Operations, Directing, International Relations, Social Impact, Products, Quality Control, Trends, Public Affairs, Stakeholder Relations, Building Teams, Protecting from Deception, Building Infrastructure

Biography: ChristinaTaft.com
Motivationology.org provides frameworks for how to build others, organizations, & Action-taking with Sophistication

Traits: ambitious, innovative, inventive, motivational, adaptive, ethical, passionate, smart, curious, tycoon, logical, tenacious, persistent, leader, humanitarian, independent, collaborative, investigative, flexible, perfectionist

## Featured



| Post | Post | Link |
| --- | --- | --- |
| ❤️ 700 Cases in #Film, #Music, #Art!! - Went t... | In Art, #Quality is Custom. More Accessibl... | |
| GitHub - RescueSocialTech/Victi... github.com | GitHub - RescueSocial/Cases_Fil... github.com | Ideas & Innovation - Christina Taft Website Christina Taft Turning dreams and ideas into action. - Christina Taft |
| 9 | 2 | |

## Activity

7,245 followers

**Posts**  Comments



Christina Taft • 2nd
Founder & Entrepreneur | Innovator | Ega...
5mo • Edited • 🌐

"It's my life! - Fingerprints (live at #Hollywood Palladium) #KatyPerry
And I'm not sitting on the sidelines watching
It pass me by
I'm leaving you my legacy, I
Gotta make my mark, I gotta run it hard
I want you to remember me
I'm leaving my fingerprints
[Bridge]
Don't give up  ...more

Katy Perry - Fingerprints...
youtube.com

14

Christina Taft
Founder & Entrep...
10mo • Edited • 🌐

❤️ 700 Cases in #Film, #I
#Italy- Had helpers from
Welcome... Golden Era #H

Public Safety
83 followers

165 #Cases in the Visu
Music, Art) for #Public
improvements!

9

Show all posts →

## Experience



**Founder and CEO**
Worldie - Network for Good
Aug 2017 - Present · 7 yrs 8 mos
Hybrid

● Help Others & Change the World - Communications - Equality, Rescue, Safety, Humanitarianism, Creativity, Progress, & all-in-one integr  ...see more

♡ Team Leadership, Creativity Skills and +24 skills

 

---



**USA Coordinator - Partnerships**
SaveMeNow technology that saves lives · Contract
Aug 2020 - Present · 4 yrs 8 mos
United States - Europe · Remote

● Collaborations Updating Rescue Systems - Photos/Videos, Silent Calling, Written/Text, Follow-Up Reports, Moving Location of...

♡ Investigation, Public Affairs and +7 skills

  

---



**Founder and Owner**
Rescue Social Inc
Nov 2020 - Present · 4 yrs 5 mos

Rescue Social Improving Lives 🦺
● Public Safety, Social Analysis, Business/Community Aid...

♡ Investigation, Team Leadership and +17 skills

 **Positive Foundational Research**
An opportunity for connecting frontend and frontline (people) to backend services with a network of partners...

---



**Project Management Intern to Board Member**
AEDAN
Jan 2019 - Oct 2022 · 3 yrs 10 mos
United States · Remote

● "Victoria Project" Comprehensive Systems frameworks with Certified Response Teams - Prevention, Response, and Analysis including with...

♡ Investigation, Internet of Things (IoT) and +12 skills

 **Victoria Systems - Press Release 2019 - Aedan.docx.pdf**
Victoria Project
Press Release from 2019:...

---



**Regional Political Director**
North State Victory Office/Congressman Doug LaMalfa
Oct 2018 - Nov 2018 · 2 mos
California, United States

● Polling and pitching for Northeast California campaign region during midterm elections ...

♡ Creativity Skills, Strategy and +12 skills

 **Recommendation Letter from Congressman Doug LaMalfa's Office**
Recommendation Letter from Congressman Doug LaMalfa's Office

---

Show all 9 experiences →

## Education



**American University**
Master of Business Administration - MBA, International Relations in Business
2020 - 2022

Activities and societies: Strategic Partnerships, Business and Project Management, Entrepreneurship Center, NSF, Communications

Washington D.C. - International Relations in Business
● Multinational Corporate Business structures with case examples



**California State University, Chico**
Bachelor of Business Administration - BBA, Entrepreneurship and Small Business Management
2017 - 2019

Grade: Summa Cum Laude

Activities and societies: Entrepreneurial Association Membership, Business Management, Project Management, Entrepreneurship Internship Public…

Graduated Summa Cum Laude (top of business class)
● Pacific Gas & Electric Bright Minds Scholarship (Top 10 out of 8,000…

## Projects

**Cases in Film, Music, Arts… Hollywood**
Jun 2024 - Present

 Associated with Rescue Social Inc

Over 700 Cases in Film, Music, Arts for Legislative change with comparing to New York Legislation - Needing Better Quality, Access to Services, and Better Lives in the…

◇ Quality Control, Team Building and +3 skills

**Worldie - Social Media for Good**
Aug 2017 - Present

 Associated with Worldie - Network for Good

 Show project ⧉

We're changing the paradigms and foundations of social media for a new era. Our goal is that in 10 years, the current structure from today's market leaders will appea…

Other contributors



## Volunteering



**Co-Founder & Communication**
Public Safety & Victims Alliance
Jul 2020 - Present · 4 yrs 9 mos
Disaster and Humanitarian Relief

Connecting Public Safety to be victim-centered, pro-active, and pre-emptive to save lives at 21st century levels with an alliance of organizations,…



**Founder & Motivating**
Motivationology
May 2016 - Present · 8 yrs 11 mos
Education

● Created Motivationology.org and the theory with motivation at the center. Externalize, instead of internalize. 36 tenets for resilience, action, and…

Show all 18 volunteer experiences →

## Skills

### Management

 6 experiences across Worldie - Network for Good and 5 other companies

 Endorsed by Giuseppe Finocchiaro and 2 others who are highly skilled at this

 Endorsed by 1 person in the last 6 months

Show all 4 details →

### Strategic Partnerships

 5 experiences across Worldie - Network for Good and 4 other companies

 Endorsed by Javier Llerena esus who is highly skilled at this

 Endorsed by 1 person in the last 6 months

Show all 4 details →

Show all 50 skills →

## Recommendations

**Received**    Given

 **David Sugar** · 3rd
Improving business confidentiality
October 9, 2021, David worked with Christina on the same team

Christina is exceptional in executive leadership roles. I recall our first board meeting for Worldie, where it was very clear she was the correct person to lead that project and Worldie Ltd. She is able to effectively absorb new technology and methodologies to solve existing problems, such as developing domain expertise in AI to solve issues in social media, as well as able to inspire others to achieve excellence as well.

## Courses

**A International Negotiation, Intercommunications, and Public Affairs**

 Associated with American University

**A Management of Organizations & Human Capital**
MGMT 609

 Associated with American University

Show all 19 courses →

## Honors & awards

**Certificate of Excellence - Peace Education and Practice Network (International Relations)**
Issued by Peace Education and Practice Network (PEPNET) · Jul 2020

 Associated with Worldie - Network for Good

**Top of Business Class (Summa Cum Laude)**
Issued by CSU Chico · Aug 2019

 Associated with California State University, Chico

Summa Cum Laude awarded with Bachelor's degree in Business Administration

Show all 11 honors & awards →

## Languages

**English**

**French**
Limited working proficiency

## Organizations

**Worldie**
Founder · Aug 2017 - Present

 Associated with Worldie - Network for Good

The mission of Worldie is to create safety, equality, humanitarianism, positive social impact, and all-in-one integration to improve lives......

**Motivationology**
Founder · Apr 2016 - Present

The theory with motivation as the main idea and at the center. Resilience, self-fulfillment, externalizing, and focusing on strengths instead of weaknesses! 36 tenet...

## Interests

**Top Voices**    Companies    Groups    Newsletters    Schools

 **Ananya Jain**  · 2nd
Founder, CEO at FullCircle
31,544 followers

+ Follow

 **Harriet Green OBE** · 2nd
Founder | Philanthropist | Innovator | Chair | LinkedIn Top Voice | Former Chair & CEO IBM Asia Pacific | Committed to Tikkun Olam
77,966 followers

+ Follow

Show all Top Voices →



Promoted ···

**Afinida Risk Management**

From Risk to Reward: Safety Made Simple

Cut costs with tailored risk management.

Follow

**More profiles for you**

 **Peace Mitchell** · 3rd
Publisher, TEDx speaker, Author, Cofounder WCW Awards, Women's Business School, AusMumpreneur & WCW Press. Chair of Tererai Trent...

+ Follow



# EXHIBIT 7





Case 5:24-cv-01930-TJH-DTB    Document 52    Filed 02/12/25    Page 116 of 248    Page ID #:2030



















# EXHIBIT 8

Christina Taft (@xtinataft_travel) • Instagram photos and videos

‹   xtinataft_travel



xtinataft_travel  •••

Follow            +○

**Christina Taft**
#Facetious 🗣️ Living Adventure & Passion 🏄‍♀️ Humanitarian & Egalitarian 🌍
🍧 #Travel 🌈 Explore #Art ❤️ Better #Film Business 🎥 … more

|  4  |  23  |  39  |
|-----|------|------|
| posts | followers | following |

    

    

          



xtinataft_travel

     

# EXHIBIT 9



Retrieved 02-27-2025; available at https://www.youtube.com/@ChristinaTaft/videos.

# EXHIBIT 10



## Process Serving Hollywood Fixers, Paul Barresi - Katy Perry Fingerprints, Jody Babydol



**Christina Taft**
5.62K subscribers

Subscribe

👍 6   👎   ↗ Share   •••

189 views  Sep 28, 2024   #KatyPerry #LosAngeles #NewYork
Katy Perry is Serving a Lawsuit! Fingerprints Song! Adam Waldman and Paul Barresi, Federal Court Case.
The Case Number is 5:24-cv-01930-TJH-DTB
Front Page is Shown!

Full Filed Lawsuit with Witnesses: https://www.scribd.com/document/774523414/...

Jody Babydol Gibson

"It's my life- Fingerprints (live at #Hollywood Palladium)  #KatyPerry
And I'm not sitting on the sidelines watching
It pass me by
I'm leaving you my legacy, I
Gotta make my mark, I gotta run it hard
I want you to remember me
I'm leaving my fingerprints
[Bridge]
Don't give up
But don't give in
Build your house on the rock
Oh, not in the sand, in the sand, in the sand, in the sand

[Chorus]
It's my life
And I'm not sitting on the sidelines watching
It pass me by
I'm leaving you my legacy, I
I gotta make my mark, I gotta run it hard
I want you to remember me
It's my life

I gotta make my mark, I gotta run it hard
I want you to remember me
'Cause I'm leaving my fingerprints
I'm leaving my fingerprints
I-I'm leaving my fingerprints in the end"

"Voted most likely
To end up on the front of a magazine
When you can't afford half they advertise
Oh, I'm worth more than a X
More than a toe-tagged generation full of regrets
Oh, I won't settle, no, oh
Oh, I can't settle"

• 

"Song #NewYork #LosAngeles
...ury #Models #Art #Film #Lyrics 🤠

The Lawsuit seeks damages, injunctions, and Legislation in California against Coercion to match New York's Laws including against fear of physical injury, property damage, against withholding testimony or information, "with respect to another's legal claim or defense," and "if another actor will."

**Christina Taft**
5.62K subscribers

▶ Videos    👤 About

Show less

---

All    Pop Music    For you    Recently uploaded    Watc...    ›

Testing a Viral *too good to be true* Instagram Brand
Hang with Hopescope
842K views • 5 days ago
New
12:30

---

🔴 **Shorts**

All my colored ...    Lawsuit "HOLLYWO...    Two Kids, One Room?...    Rococo Dreams ...    When Your British ...    Creamy Strawberry ...
2.3M views    133 views    3.5M views    91K views    25M views    22M views



# EXHIBIT 10.1
# VIDEO FILE

# EXHIBIT 11

## Case Information

FL048571 | TAFT-CONNER, CHRISTIN VS CONNER, JAMES TIMOTHY

Case Number
FL048571

Court
Chico - Family

File Date
11/25/2015

Case Type
Pre-JBSIS Family Law

Case Status
Dismissed

## Party

Respondent
CONNER, JAMES TIMOTHY

DOB
XX/XX/XXXX

Petitioner
TAFT-CONNER, CHRISTINA AMANDA

Active Attorneys ▾
Lead Attorney
Pro Per
Retained

## Events and Hearings

11/25/2015 Request for Domestic Violence Restraining Order ▾

Comment
PETITION TO PREVENT DOMESTIC VIOLENCE Fee Type: Nbr Copies/Forms/Defts: 0 Nbr of Certifications: 0
Fee Amount: 0.00 Entry Clerk: TMS

11/30/2015 Notice ▾

Comment
NTC OF HRG TEMPS DENIED HON. LEONARD GOLDKIND; COMMISSIONER (C14) Fee Type: Nbr
Copies/Forms/Defts: 0 Nbr of Certifications: 0 Fee Amount: 0.00 Entry Clerk: TMS

12/09/2015 OSC hearing ▼

Original Type
OSC hearing

Judicial Officer
McNelis, Steven R

Hearing Time
8:15 AM

Cancel Reason
Off Calendar

Result
Not Held

Comment
Desc: [P] REQ: DV/TRO TEMPS DENIED Desc2: FILED 11/25/15 Disp Code: 937 - OFF-CAL/DISM IF NO REISSUANCE BY NOON Disp Clerk: TMS Filing Clerk: ARN

# EXHIBIT 12

## Case Information

FL048556 | TAFT-CONNER, CHRISTIN VS STRADER, PATRICIA

Case Number
FL048556

Court
Chico - Family

File Date
11/24/2015

Case Type
Pre-JBSIS Family Law

Case Status
Dismissed

## Party

Respondent
STRADER, PATRICIA

Petitioner
TAFT-CONNER, CHRISTINA AMANDA

Active Attorneys ▾
Lead Attorney
Pro Per
Retained

## Events and Hearings

11/24/2015 Request for Domestic Violence Restraining Order ▾

Comment
PETITION TO PREVENT DOMESTIC VIOLENCE Fee Type: Nbr Copies/Forms/Defts: 0 Nbr of Certifications: 0 Fee Amount: 0.00 Entry Clerk: DAB

11/25/2015 Notice ▾

Comment
NTC OF: COURT HEARING PP/HD HON. KRISTEN A LUCENA; JUDGE (C15) Fee Type: Nbr Copies/Forms/Defts: 0 Nbr of Certifications: 0 Fee Amount: 0.00 Entry Clerk: DAB

12/09/2015 OSC hearing ▾

Original Type
OSC hearing

Judicial Officer
McNelis, Steven R

Hearing Time
8:15 AM

Cancel Reason
Off Calendar

Result
Not Held

Comment
Desc: [P] REQ FOR DV R/O **TEMPS DENIED** Desc2: -FLD 11/24/15 Disp Code: 937 - OFF-CAL/DISM IF NO
REISSUANCE BY NOON Disp Clerk: TMS Filing Clerk: ARN

# EXHIBIT 13

## Case Information

165282 | IN RE: CHRISTINA AMANDA TAFT-CONNER

Case Number
165282

File Date
11/10/2015

Court
Chico- Civil

Case Type
(43) Unlimited Other Petition (Not Spec)

Case Status
Closed

## Party

Petitioner
TAFT-CONNER, CHRISTINA AMANDA

Active Attorneys ▾
Lead Attorney
Pro Per
Retained

## Events and Hearings

11/10/2015 Request to Waive Court Fees ▾

Comment
APP FOR ORDER WAIVING COURT FEES & COSTS FILED BY [P] TAFT-CONNER Fee Type: Nbr Copies/Forms/Defts: 0 Nbr of Certifications: 0 Fee Amount: 0.00 Entry Clerk: PBP

11/10/2015 Order on Court Fee Waiver ▾

Order on Court Fee Waiver

Comment
ORDER RE: WAIVER OF COURT FEES & COSTS GRANTED TO [P] TAFT-CONNER Fee Type: Nbr Copies/Forms/Defts: 0 Nbr of Certifications: 0 Fee Amount: 0.00 Entry Clerk: PBP

11/10/2015 Petition for Decree of Change Of Name ▾

Petition for Decree of Change Of Name

11/18/2015 Order ▾

Order on Communication Received

| Judicial Officer | Comment |
|---|---|
| Candela, Michael P | ORDER ON COMMUNICATION RECEIVED Fee Type: Nbr Copies/Forms/Defts: 0 Nbr of Certifications: 0 Fee Amount: 0.00 Entry Clerk: PBP |

11/19/2015 Notice ▾

Notice of Proof of Mailing

Comment
NTC: NTC OF PROOF OF MAILING ORDER ON COMMUNICATION RECEIVED Fee Type: Nbr Copies/Forms/Defts: 0 Nbr of Certifications: 0 Fee Amount: 0.00 Entry Clerk: PBP

11/19/2015 Background Check Results Received ▾

Background Check Results Received

11/24/2015 Petition for Decree of Change Of Name ▾

Petition for Decree of Change Of Name-Amended

Comment
AMENDED

11/24/2015 Civil Case Cover Sheet ▾

Civil Case Cover Sheet

Comment
AMENDED CIVIL CASE COVER SHEET Fee Type: Nbr Copies/Forms/Defts: 0 Nbr of Certifications: 0 Fee Amount: 0.00 Entry Clerk: CLL

12/09/2015 Order ▾

Order Denying Petition for Name Change

| Judicial Officer | Comment |
|---|---|
| Candela, Michael P | ORDER DENYING PNT FOR NAME CHANGE Fee Type: Nbr Copies/Forms/Defts: 0 Nbr of Certifications: 0 Fee Amount: 0.00 Entry Clerk: CLL |

12/30/2015 Notice ▾

Notice of Proof of Mailing

Comment
NTC: NTC OF PROOF OF MAILING ORDER DENYING PTN FOR NAME CHANGE Fee Type: Nbr Copies/Forms/Defts: 0 Nbr of Certifications: 0 Fee Amount: 0.00 Entry Clerk: CLL

## Documents

Order on Court Fee Waiver

Petition for Decree of Change Of Name

Order on Communication Received

Notice of Proof of Mailing

Background Check Results Received

Civil Case Cover Sheet

Petition for Decree of Change Of Name-Amended

Order Denying Petition for Name Change

Notice of Proof of Mailing

# EXHIBIT 14

NC-100

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:   STATE BAR NO:

NAME: Christina Amanda Taft-Conner

FIRM NAME:

STREET ADDRESS: 5883 Copeland Road

CITY: Paradise   STATE: CA   ZIP CODE: 95969

TELEPHONE NO.: 530-864-3547   FAX NO.:

E-MAIL ADDRESS: Christinataft2015@gmail.com

ATTORNEY FOR *(Name)*:

SUPERIOR COURT OF CALIFORNIA, COUNTY OF BUTTE SUPERIOR COURT
STREET ADDRESS:   BUTTE COUNTY SUPERIOR COURT
                  NORTH BUTTE COUNTY COURTHOUSE
MAILING ADDRESS:  1775 CONCORD AVENUE
CITY AND ZIP CODE: CHICO, CALIFORNIA 95928
BRANCH NAME:

**FILED**
Superior Court of California
County of Butte
NOV 24 2015
Kimberly Flener, Clerk
By _Jb Olney_ Deputy

PETITION OF *(Name of each petitioner)*:

Christina Amanda Taft-Conner

Amended   **PETITION FOR CHANGE OF NAME**

CASE NUMBER: 165282

---

Before you complete this petition, you should read the Instructions for Filing a Petition for Change of Name on the next page. You must answer all questions and check all boxes that apply to you on this petition. You must file this petition in the superior court of the county where the person whose name is to be changed resides.

1. Petitioner *(name)*: Christina Amanda Taft-Conner    resides in this county.

2. Petitioner requests that the court decree the following name changes *(list every name that you are seeking to change)*:

    Present name
    a. Christina Amanda Taft-Conner (not sitina)   changed to   Proposed name
    Christina Amanda Taft

    b. _____   changed to _____

    c. _____   changed to _____

    d. _____   changed to _____

    ☐ Continued *(if you are seeking to change additional names, you must prepare a list and attach it to this petition as Attachment 2.)*

3. Petitioner requests that the court issue an order directing all interested persons to appear and show cause why this petition for change of name of the persons identified in item 2 should not be granted.

4. The number of persons under 18 years of age whose names are to be changed is *(specify)*:

5. If this petition requests the change of name of any person or persons under 18 years, this request is being made by
    a. ☐ both parents.
    b. ☐ mother only.
    c. ☐ father only.
    d. ☐ near relative *(name and relationship)*:
    e. ☐ guardian *(name)*:
    f. ☐ other *(specify)*:

6. ☐ This petition seeks to conform petitioner's name to his or her gender identity.

7. For each person whose name is to be changed, petitioner provides the following information *(you must attach a completed copy of the attachment Name and Information About the Person Whose Name Is to Be Changed (form NC-110) for each person identified in item 2)*:

    a. The number of attachments included in this petition is *(specify number)*:

    b-f. *(Attachment page or pages)*

*(Instructions on next page)*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
NC-100 [Rev. July 1, 2014]



**PETITION FOR CHANGE OF NAME**
(Change of Name)

Amended

Code of Civil Procedure, § 1275 et seq.
www.courts.ca.gov

# INSTRUCTIONS FOR FILING A PETITION
## FOR CHANGE OF NAME

1. **Where to File**
   The petition for change of name must be filed in the superior court of the county where the person whose name is to be changed presently lives.

2. **Whose Name May Be Changed**
   The petition may be used to change one's own name and, under certain circumstances, the names of others (e.g., children under 18 years of age).

3. **Confidentiality of Certain Names**
   In cases in which the petitioner is a participant in the Secretary of State's address confidentiality program (Safe at Home), petitioner's current and proposed names may be kept confidential. (Code Civ. Proc., § 1277(b).) See *Information Sheet for Name Change Proceedings Under Address Confidentiality Program (Safe at Home)* (form NC-400-INFO) for additional instructions.

4. **What Forms Are Required**
   Prepare an original and two copies of each of the following documents:
   a. *Petition for Change of Name* (form NC-100)
   b. *Name and Information About the Person Whose Name Is to Be Changed (Attachment to Petition)* (form NC-110) (attach as many copies as necessary)
   c. *Order to Show Cause for Change of Name* (form NC-120)
   d. *Decree Changing Name* (form NC-130 or, for guardians, form NC-130G)
   In addition, a guardian must prepare and attach a *Declaration of Guardian (Supplemental Attachment to Petition)* (form NC-110G) for each child whose name is to be changed.

5. **Filing and Filing Fee**
   Prepare an original *Civil Case Cover Sheet* (form CM-010). File the original petition and *Civil Case Cover Sheet* with the clerk of the court and obtain two filed-endorsed copies of the petition. A filing fee will be charged unless you qualify for a fee waiver. (If you want to apply for a fee waiver, see *Application for Waiver of Court Fees and Costs* (form FW-001); *Information Sheet on Waiver of Court Fees and Costs* (form FW-001-INFO); and *Order on Application for Waiver of Court Fees and Costs* (form FW-003).

6. **Requesting a Court Hearing Date and Obtaining the Order to Show Cause**
   You should request a date for the hearing on the *Order to Show Cause* at least six weeks in the future. Take the completed form to the clerk's office. The clerk will provide the hearing date and location, obtain the judicial officer's signature, file the original, and give you a copy.

7. **Publishing the Order to Show Cause**
   In most cases, a copy of the *Order to Show Cause* must be published in a local newspaper of general circulation once a week for **at least four consecutive weeks** before the date of the hearing. The petitioner selects the newspaper from among those newspapers legally qualified to publish orders and notices. The newspaper used must file a Proof of Publication with the superior court before the hearing. If no newspaper of general circulation is published in the county, the court may order the *Order to Show Cause* to be posted by the clerk. But petitioners **do not have to publish** the order if they are seeking to change a name to conform to a change of gender identity or are participants in (1) the State Witness Program or (2) in the address confidentiality program and the petition alleges that they are (a) petitioning to avoid domestic violence, or (b) petitioning to avoid stalking, or (c) a victim of sexual assault or petitioning on behalf of one.

8. **Name Change for Children**
   a. If a petitioning parent is requesting the name change for a child under 18 years of age, and one of the parents, if living, does not join in consenting to the name change, the petitioning parent must have a copy of the *Order to Show Cause* or notice of the time and place of the hearing served on the nonconsenting parent. Service must be made **at least 30 days prior to the hearing** under Code of Civil Procedure sections 413.10, 414.10, 415.10, or 415.40.
   b. If the nonconsenting parent resides in California, the order or notice must be personally served on the nonconsenting parent. The petitioning parent cannot personally serve this document.
   c. If the nonconsenting parent resides outside California, he or she may be served by sending a copy of the order or notice by first-class mail, postage prepaid, return receipt requested.
   d. If a petition to change the name of a child has been filed by guardian, the guardian must (1) provide notice of the hearing to any living parent of the child by personal service at least 30 days before the hearing, or (2) if either or both parents are deceased or cannot be located, serve notice of the hearing on the child's grandparents, if living, not less than 30 days before the hearing under Code of Civil Procedure sections 413.10, 414.10, 415.10, or 415.40.
   If you have served a parent or grandparents, file a copy of the completed *Proof of Service of Order to Show Cause* (form NC-121) with the court before the hearing.

9. **Court Hearing**
   If no written objection is filed at least two court days before the hearing, the court may grant the petition without a hearing. Check with the court to find out if a hearing will be held. If there is a hearing, bring copies of all documents to the hearing. If the judge grants the petition, the judge will sign the original decree.

10. If you want to amend a birth certificate to show the name change, you should contact the following office:
    **California Department of Public Health, Vital Records- MS 5103, P.O. Box 997410, Sacramento, CA 95899-7410**
    **Phone: 916-445-2684; Website: *www.cdph.ca.gov***

---

Local courts may supplement these instructions. Check with the court to determine whether supplemental information is available. For instance, the court may provide you with additional information identifying the department that handles name change petitions, the times when petitions are heard, and the newspapers that may be used to publish the *Order to Show Cause*.

---

**PETITION FOR CHANGE OF NAME**
(Change of Name)

*Martin Dean's*
**ESSENTIAL FORMS™**

NC-110

PETITION OF *(Name of petitioner or petitioners)*
Christina Amanda Taft-Conner

FOR CHANGE OF NAME

CASE NUMBER:
165282

## NAME AND INFORMATION ABOUT THE PERSON
### WHOSE NAME IS TO BE CHANGED
Attachment to *Petition* (Form NC-100 or form NC-200)

Attachment    of

*(You must use a **separate** attachment for **each person** whose name is to be changed. If petitioner is a guardian of a minor, a supplemental attachment, Declaration of Guardian (Form NC-110G), must also be completed and attached for each minor whose name is to be changed.)*

7. *(Continued)* Petitioner applies for a decree to change the name of the following person:

b. ☒ Self ☐ Other
   (1) Present name *(specify)* : Christina Amanda Taft-Conner
   (2) Proposed name *(specify)* : Christina Amanda Taft
   (3) Born on *(date of birth)* : 10/13/1993
       and presently ☐ under 18 years of age ☒ over 18 years of age
   (4) Born at *(place of birth)* : Indio, California
   (5) Sex *(as stated on original birth certificate)*: ☐ Male ☒ Female
   (6) Current residence address *(street, city, county, and zip code)*:
   5883 Copeland Road, Paradise, Butte County, California 95969

c. Reason for name change *(explain)*: They are fraud obsessive, stalkers (keeping tabs + investigation/security/body guard company), killers/terrorists/mafia-like, like assassinators/torturers, vulture-like people who attack weaker

d. Relationship of the petitioner to the person whose name will be changed is:
   while ... distributing ... associates, targets (project + Lee Club involvement suspected).
   (1) ☒ self          (4) ☐ near relative *(indicate relationship)* :
   (2) ☐ parent        (5) ☐ Other (specify):
   (3) ☐ guardian

e. If the person whose name will be changed is under 18 years of age, provide the names and addresses, if known, of the following persons:
   (1) Father *(name)* :                          *(address)* :
   (2) Mother *(name)* :                          *(address)* :
   (3) *(Only if neither parent is living)* Near relatives *(names, relationships, and addresses)* :

f. If the person whose name will be changed is 18 years of age or older, that person must sign the following declaration:

### DECLARATION
I declare under penalty of perjury under the laws of the State of California that ☒ I am not ☐ I am under the jurisdiction of the California Department of Corrections (in state prison or on parole) **and** ☒ I am not ☐ I am required to register as a sex offender under Penal Code section 290.

Date: 11/23/2015
Christina Amanda Taft-Conner          ▶ Christina Taft
*(TYPE OR PRINT NAME OF PERSON WHOSE NAME IS TO BE CHANGED)*          *(SIGNATURE OF PERSON WHOSE NAME IS TO BE CHANGED)*

***(If petitioner is represented by an attorney, the attorney's signature follows):***

Date:

*(TYPE OR PRINT NAME)*          ▶          *(SIGNATURE OF ATTORNEY)*

***(Each petitioner must sign this petition in the space provided below or, if additional pages are attached, at the end of the last attachment.)*** I declare under penalty of perjury under the laws of the State of California that the information in the foregoing petition is true and correct.

Date: 11/23/2015
Christina Amanda Taft-Conner          ▶ Christina Taft
*(TYPE OR PRINT NAME)*          *(SIGNATURE OF PETITIONER)*

Date:

*(TYPE OR PRINT NAME)*          ▶          *(SIGNATURE OF PETITIONER)*

☐ ADD ADDITIONAL SIGNATURE LINES FOR ADDITIONAL PETITIONERS          ☐ SIGNATURE OF PETITIONERS FOLLOWS LAST ATTACHMENT

Form Adopted for Mandatory Use
Judicial Council of California
NC-110 [Rev. July 1, 2014]


Martin Dean's
ESSENTIAL FORMS™

**ATTACHMENT TO**
**PETITION FOR CHANGE OF NAME**

Code of Civil Procedure, § 1275 et seq.

# EXHIBIT 15

1
2
3
4
5
6
7
8

Superior Court of California
County of Butte

**F I L E D**

DEC 0 9 2015

Kimberly Flener, Clerk

By _____ Deputy

9            SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                         COUNTY OF BUTTE

11
12
13    In re the Matter of CHRISTINA          )    CASE NO. 165282
14    AMANDA TAFT-CONNER                      )
                                             )    ORDER DENYING PETITION FOR
15                                           )    NAME CHANGE.
16                                           )
17                                           )
      _____     )
18

19        On 11/18/15 the Court sent petitioner an order requesting petitioner

20    clarify the reason for the proposed name change.  On 11/24/15, the

21    petitioner filed an amended petition for name change.  Paragraph 7c of the

22    amended petition contains exactly the same reasons for the proposed name

23    change as in the original petition, except for the reference to "a previous

24    page".

25        The reason given by petitioner for the name change is listed on

26    paragraph 7c of her amended petition as follows:  "They are frauds,

27    obssessive, stalkers (keeping tabs + investigator/security/body guard

28    company), killers/terrorsts/mafia-like, assasinators/torturers, vulture-like

                                        1

1   people who attack weakness while seeking + destroying their targets/those

2   despised, associate's targets (project + Lee Club involvement suspected.)"

3        Due to the allegations by the petitioner, the Court *Googled* the term

4   Lee Club. The only thing of note that appeared was a restaurant and

5   community center in Fort Lee, VA.

6        The reason given by the petitioner for the proposed name change does

7   not provide the court with a valid reason for changing the petitioner's name.

8   Based upon the reason petitioner has provided for the proposed name

9   change, the Court has substantial concerns over the petitioner's ability to

10  rationally evaluate her request for name change. See *In re McGehee* (1956)

11  147 Cal.App.2d 25 (Third District Court of Appeal).  The petition for name

12  change is, therefore, denied.

13       However, out of concern for the petitioner's wellbeing, the Court

14  directs the clerk to send a copy of this order to the Paradise Police

15  Department, as well as to the Butte County District Attorney, in the event

16  they wish to investigate the petitioner's allegations.

19  Dated: Dec. 9, 2015

_____
Hon. Michael P. Candela

**MICHAEL P. CANDELA**

# EXHIBIT 16

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                 IN AND FOR THE COUNTY OF LOS ANGELES

 3    DEPARTMENT PDS                HON. TIMOTHY MARTELLA, JUDGE

 4

 5    RICHARD ALBERTINI,                 )
                                         )
 6                                       )
                          PETITIONER,    )
 7                                       )
                                         )
 8              VS.                      )   22PDRO01308
                                         )
 9                                       )
      PAUL BARRESI,                      )
10                                       )
                                         )
11                        RESPONDENT.    )
      _____)
12

13

14

15              REPORTER'S TRANSCRIPT OF PROCEEDINGS

16               WEDNESDAY, OCTOBER 19, 2022

17

18    APPEARANCES:

19    FOR THE PETITIONER:   RICHARD ALBERTINI
                            (IN PROPRIA PERSONA)
20
      FOR THE RESPONDENT:   VERNON LOUIS ELLICOTT, ESQ.
21                          (VIA COURTCONNECT)

22

23    ALSO PRESENT:         PAUL BARRESI
                            (VIA COURTCONNECT)
24

25

26

27                   ELSIE DIWA CERVANTES
                       CSR NO. 11416
28                 OFFICIAL COURT REPORTER
```

**CERTIFIED TRANSCRIPT**

```
 1                       M A S T E R   I N D E X

 2

 3                              SESSIONS

 4                                                              PAGE

 5    WEDNESDAY, OCTOBER 19, 2022
          A.M. SESSION                                           6
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

```
 1                    M A S T E R   I N D E X

 2

 3             CHRONOLOGICAL INDEX OF WITNESSES

 4                                                        PAGE

 5  RICHARD ALBERTINI
       DIRECT EXAMINATION BY THE COURT                      8
 6     CROSS-EXAMINATION BY MR. ELLICOTT                    27

 7  PAUL BARRESI
       DIRECT EXAMINATION BY MR. ELLICOTT                   32
 8     CROSS-EXAMINATION BY MR. ALBERTINI                   42

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

```
 1                    M A S T E R   I N D E X

 2                         VOLUME 11

 3

 4               ALPHABETICAL  INDEX  OF  WITNESSES

 5                                                    PAGE

 6   ALBERTINI, RICHARD
         DIRECT EXAMINATION BY THE COURT                8
 7       CROSS-EXAMINATION BY MR. ELLICOTT             27

 8   BARRESI, PAUL
         DIRECT EXAMINATION BY MR. ELLICOTT            32
 9       CROSS-EXAMINATION BY MR. ALBERTINI            42

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

```
 1                    M A S T E R   I N D E X

 2

 3

 4                        E X H I B I T S

 5   NUMBER          DESCRIPTION                      PAGE

 6   EXHIBIT A    LANCASTER COUNTY SHERIFF REPORT      37

 7   EXHIBIT B    RESPONDENT'S PHONE RECORDS           37

 8   EXHIBIT C    RESPONDENT'S DECLARATION             41

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

```
 1

 2   CASE NUMBER:                22PDRO01308

 3   CASE NAME:                  ALBERTINI VS. BARRESI

 4   DEPARTMENT PDS              HON. TIMOTHY MARTELLA, JUDGE

 5   PASADENA, CA                WEDNESDAY, OCTOBER 19, 2022

 6   REPORTER:                   ELSIE DIWA CERVANTES, CSR #11416

 7   TIME:                       A.M. SESSION

 8

 9                        --OOO--

10   APPEARANCES:

11          FOR THE RESPONDENT, REPRESENTED BY VERNON

12      LOUIS ELLICOTT, ESQ.; FOR THE PETITIONER,

13      REPRESENTED BY RICHARD ALBERTINI, IN PROPRIA

14      PERSONA.

15

16      THE COURT:  NO. 4, ALBERTINI VS. BARRESI.

17      MR. ALBERTINI:  GOOD MORNING, YOUR HONOR.

18      THE COURT:  GOOD MORNING.

19      THE CLERK:  DO YOU SOLEMNLY STATE UNDER PENALTY

20   OF PERJURY THAT THE TESTIMONY YOU MAY GIVE IN THE CAUSE

21   NOW PENDING BEFORE THIS COURT SHALL BE THE TRUTH, THE

22   WHOLE TRUTH, AND NOTHING BUT THE TRUTH?

23      MR. ALBERTINI:  YES.

24      THE CLERK:  STATE YOUR FIRST AND LAST NAME FOR

25   THE RECORD.

26      MR. ALBERTINI:  RICHARD ALBERTINI.

27      THE COURT:  SIR, THIS IS ODD, BECAUSE BARRESI

28   FILED A DECLARATION.
```

```
 1          THE CLERK:  BARRESI, ARE YOU ON COURT CONNECT?
 2          MR. BARRESI:  I'M HERE.
 3          THE CLERK:  PLEASE RAISE YOUR RIGHT HAND TO BE
 4    SWORN.
 5               DO YOU SOLEMNLY STATE UNDER PENALTY OF
 6    PERJURY THAT THE TESTIMONY YOU MAY GIVE IN THE CAUSE
 7    NOW PENDING BEFORE THIS COURT SHALL BE THE TRUTH, THE
 8    WHOLE TRUTH, AND NOTHING BUT THE TRUTH?
 9          MR. BARRESI:  YES.
10          THE CLERK:  STATE YOUR NAME FOR THE RECORD.
11          MR. BARRESI:  PAUL BARRESI.
12          THE COURT:  THANK YOU.
13               COUNSEL?
14          MR. ELLICOTT:  VERNON ELLICOTT, ON BEHALF OF
15    PAUL BARRESI.
16          THE COURT:  IS RESPONDENT READY TO GO FORWARD?
17          MR. BARRESI:  YES, YOUR HONOR.
18          MR. ELLICOTT:  YES.
19          THE COURT:  I THINK I'D RATHER HAVE YOU TWO
20    APPEAR HERE IN PERSON FOR THIS CASE.  CAN WE DO THAT
21    TOMORROW OR FRIDAY?
22          MR. ALBERTINI:  YOUR HONOR, THIS IS VERY
23    DIFFICULT FOR ME TO KEEP COMING BACK HERE.  THIS HAS
24    BEEN GOING ON FOR THREE YEARS NOW.  WE NEED A
25    RESOLUTION.
26          THE COURT:  IT HASN'T BEEN GOING FOR THREE YEARS
27    IN THIS COURT.
28          MR. ALBERTINI:  BUT THIS MAN'S HARASSMENT, DEATH
```

1   THREATS, NON-STOP INTIMIDATION --

2         THE COURT:  SIR, I UNDERSTAND THE INTENSITY OF

3   THE CASE, AND THAT'S WHY I WANT THEM TO BE HERE.

4         MR. ALBERTINI:  GOTCHA.

5         THE COURT:  GIVE ME A DATE NEXT WEEK WHEN YOU

6   CAN BOTH BE HERE.

7         MR. BARRESI:  YOUR HONOR, IF I MAY, I APOLOGIZE

8   FOR INJECTING.  MY DOCTOR PREFERS I NOT BE IN PUBLIC

9   FORUMS.  I RAN THIS OVER WITH MY ATTORNEY.  THAT'S WHY

10  HE MADE THE REQUEST TO HAVE THIS IN THE ROOM, IN THE

11  COMFORT OF OUR OWN SPACE, FOR THAT REASON.  I WOULD

12  PREFER -- IF MR. ALBERTINI IS WILLING, I WOULD VERY

13  MUCH BE GRATEFUL IF WE COULD JUST MOVE FORWARD.

14        THE COURT:  ALL RIGHT.  IT'S HARDER FOR YOU TO

15  PRESENT YOUR CASE WITH YOUR NOT BEING HERE, BUT IF YOU

16  CHOOSE TO DO SO, I'LL GO ALONG WITH IT.

17        MR. ELLICOTT:  THANK YOU, YOUR HONOR.

18        THE COURT:  I GUESS THEY'RE READY TO GO.

19        MR. ALBERTINI:  I'M READY.

20

21                    RICHARD ALBERTINI,

22        HAVING BEEN SWORN UNDER PENALTY OF PERJURY,

23        WAS EXAMINED AND TESTIFIED AS FOLLOWS:

24

25                       EXAMINATION

26  BY THE COURT:

27        Q     ALL RIGHT, SIR.  MR. ALBERTINI, THIS IS

28  YOUR -- TELL ME AGAIN WHO THIS PERSON IS TO YOU, HOW

```
 1   YOU KNOW HIM.
 2        A      PAUL BARRESI IS A PRIVATE INVESTIGATOR
 3   THAT WAS INTRODUCED TO ME IN 2019 BY AN ERIC GEORGE AND
 4   A RICHARD SCHWARTZ.  THESE ARE THE ATTORNEYS THAT WERE
 5   REPRESENTING AMBER HEARD IN THE JOHNNY DEPP-AMBER HEARD
 6   CASE.
 7             PAUL BARRESI WAS ORIGINALLY HIRED BY
 8   AMBER HEARD.  HER ATTORNEYS, NOT HER.  SHE DOESN'T KNOW
 9   HIM PERSONALLY.  SHE'S NEVER MET HIM.  HE WAS HIRED TO
10   CONDUCT AN INVESTIGATION INTO THE BACKGROUND OF JOHNNY
11   DEPP.
12             WHAT HAPPENED IS, I WAS THE VERY, VERY
13   FIRST WITNESS TO COME FORWARD FOR AMBER HEARD.  I
14   REACHED OUT --
15        Q      IN HER TRIAL?
16        A      YES.  THIS IS GOING BACK THREE YEARS
17   BEFORE THERE WAS EVEN A TRIAL DATE.  I REACHED OUT TO
18   HER ATTORNEY, RICHARD SCHWARTZ, AND I TOLD HIM, "LOOK.
19   I HAVE AN EXTENSIVE RELATIONSHIP WITH JOHNNY DEPP.
20   I'VE SEEN HIM COMMIT ACTS FAR MORE HORRENDOUS THAN WHAT
21   HE'S BEING ACCUSED OF DOING TO AMBER HEARD."
22        Q      WE'RE GETTING FAR AFIELD NOW.  ALL I WANT
23   TO KNOW IS HOW YOU KNEW THIS PERSON.
24        A      HE WAS A PRIVATE INVESTIGATOR ORIGINALLY
25   HIRED BY AMBER HEARD THAT WE FOUND OUT LATER ON WAS AN
26   INSIDER THREAT THE ENTIRE TIME HE WAS WORKING FOR AMBER
27   HEARD.
28        Q      STOP, SIR.  LET'S SLOW YOU DOWN.  YOU
```

```
1   NEED TO TELL ME WHAT'S HAPPENED RECENTLY BETWEEN YOU

2   AND HIM THAT YOU BELIEVE WOULD LEAD ME TO ISSUE A

3   RESTRAINING ORDER?

4        A    HE'S THREATENED TO COME OVER MY HOUSE AND

5   SHOOT ME IN THE FACE.  TWENTY-FOUR HOURS LATER, HE

6   SHOWED UP --

7        Q    WHEN DID THAT THREAT HAPPEN?

8        A    THREE MONTHS AGO.

9        Q    AND HOW DID YOU RECEIVE THAT THREAT?

10       A    THAT HE'S COMING AFTER ME TO KILL ME.

11       Q    NO.  I MEAN HOW DID YOU HEAR ABOUT IT?

12       A    MY EX-WIFE CONTACTED ME AND SAID ME HE

13  SHOWED UP AT MY DOOR.

14       MR. ELLICOTT:  OBJECTION.  MOVE TO STRIKE.

15       THE COURT:  I HEARD SOMETHING ONLINE.  WHAT WAS

16  THAT?

17       MR. ELLICOTT:  I OBJECT.  THAT'S HEARSAY.  I

18  MOVE TO STRIKE THAT TESTIMONY ABOUT THE EX-WIFE.

19       THE WITNESS:  OKAY, LET'S CONTINUE --

20  BY THE COURT:

21       Q    SIR, SIR, YOU'RE NOT RUNNING THIS.  DO

22  YOU UNDERSTAND?  WHEN I ASK YOU TO SPEAK, YOU'RE GOING

23  TO TELL ME YOUR STORY.

24       A    I'M SORRY, SIR.  IT'S JUST VERY --

25       Q    YOU'RE DOING IT AGAIN.  STOP TALKING.

26  YOU WILL GET TO TELL YOUR STORY.  HEARSAY IS ADMISSIBLE

27  IN A CIVIL RESTRAINING ORDER.  SO THAT'S OVERRULED.

28            NOW, LET'S SLOW DOWN YOUR STORY.  THREE
```

1  MONTHS AGO YOUR WIFE TOLD YOU THAT THIS PERSON SHOWED
2  UP WHERE SHE LIVES?
3           A      YES.
4           Q      AND YOU USED TO LIVE THERE?
5           A      YES.
6           Q      WHAT DID SHE TELL YOU HAPPENED WHEN --
7           A      SHE TOLD ME THAT HE CAME TO THE DOOR.  HE
8  IDENTIFIED HIMSELF AS A LOS ANGELES POLICE OFFICER.  HE
9  SAID HE WAS THERE LOOKING FOR ME.  HE WAS TOLD I'M NO
10 LONGER AT THAT ADDRESS, AND HE LEFT.
11          Q      OKAY.
12          A      THIS HAPPENED 24 HOURS AFTER HE CALLED ME
13 TO SAY HE WAS KILLING ME.
14          Q      OKAY.  SO, THEN, YOU'RE SAYING THAT
15 24 HOURS BEFORE THIS THING HAPPENED AT YOUR EX-WIFE'S
16 HOUSE, HE CALLED YOU ON THE PHONE?
17          A      HE CALLED ME ON THE PHONE.  I WAS SITTING
18 WITH A POLICE OFFICER BY THE NAME OF RUBEN PALOMERIS.
19          Q      WHY WERE YOU DOING THAT?
20          A      BECAUSE HE'S A PERSONAL FRIEND OF MINE.
21 WE'RE PART OF A CHRISTIAN MINISTRY TOGETHER.  WE WERE
22 SITTING AT MY PLACE.  PAUL BARRESI CALLED ON THE PHONE.
23 HE SAID THAT HE'S GOT A GUN.  HE SAID HE WAS COMING
24 OVER TO SHOOT ME IN THE FACE.  I HUNG UP ON HIM.
25 TWENTY-FOUR HOURS LATER, HE WAS AT MY EX-WIFE'S HOUSE.
26          Q      DID THAT POLICE OFFICER YOU WERE SITTING
27 WITH HEAR THAT ALSO?
28          A      YES, HE DID.

```
 1          Q     ARE YOU BRINGING HIM IN TO TELL US THAT?
 2          A      I WOULDN'T BE ABLE TO BRING HIM IN TODAY,
 3    BECAUSE HE'S WORKING.  HIS NAME IS RUBEN PALOMERIS.  I
 4    COULD GIVE YOU HIS PHONE NUMBER, AND --
 5          Q     I'M NOT CALLING ANYBODY.  THIS IS YOUR
 6    TRIAL.  SO YOU'RE NOT GOING TO BRING HIM IN.  OKAY.
 7          A      THERE'S BEEN NON-STOP THREATS ON SOCIAL
 8    MEDIA.
 9          Q     STOP, STOP.  HOLD ON.
10                WHEN THAT HAPPENED, DID YOU REPORT THAT
11    TO THE POLICE?
12          A     YES, I DID, BUT BECAUSE I WAS NOT
13    STANDING IN BURBANK AT THE TIME, THEY REFUSED TO TAKE A
14    POLICE REPORT.  I TRIED TO FILE A POLICE REPORT IN THE
15    CITY WHERE I WAS STANDING.  THEY WOULDN'T TAKE IT.
16                WHAT WE FINALLY DID, I WAS WORKING IN
17    SOUTH CAROLINA.  HE WAS CONTINUING TO THREATEN ME WHILE
18    I WAS IN SOUTH CAROLINA.  WE FILED A CRIMINAL CHARGE
19    AGAINST HIM THERE.
20          Q     OKAY.  AND WHAT DOES THAT MEAN?  IT'S IN
21    SOUTH CAROLINA?
22          A      IT'S IN SOUTH CAROLINA.  THERE'S A POLICE
23    INVESTIGATION INTO HIM, JOHNNY DEPP, ADAM WALDMAN,
24    MATTHEW --
25          Q     SO THERE'S NO CRIMINAL CASE YET, BUT
26    YOU'VE REPORTED IT TO THE POLICE, AND YOU BELIEVE
27    THEY'RE LOOKING AT IT.
28          A      YES.  AND MY ATTORNEY WHOSE NAME IS DAVID
```

1    BIGNEY.  HE HAS AN APPOINTMENT SET UP FOR NEXT WEEK.

2    WE'RE MEETING WITH LOS ANGELES POLICE OFFICERS TO

3    DISCUSS MR. BARRESI.

4         Q     OKAY.  WHEN YOU RECEIVED THAT THREATENING

5    CALL, WHAT CITY WERE YOU IN?

6         A     GLENDORA.

7         Q     AND YOU'RE TELLING ME THAT THE GLENDORA

8    POLICE JUST SAID THEY WEREN'T INTERESTED?

9         A     THEY TOLD ME I HAVE TO GO TO BURBANK TO

10   FILE A REPORT.

11        Q     AND BURBANK TOLD YOU THE SAME THING?

12        A     BURBANK TOLD ME I HAD TO FILE IT IN

13   GLENDALE.

14        Q     DID YOU TRY TO DO THAT?

15        A     I DID.

16        Q     WHAT HAPPENED THERE?

17        A     THEY WOULDN'T TAKE IT.

18        Q     THAT DOESN'T SOUND RIGHT.  I GET PEOPLE

19   IN HERE ALL THE TIME, THAT THE POLICE ACCEPTS --

20        A     I TOTALLY UNDERSTAND.  WE'VE BEEN HAVING

21   THIS PROBLEM.

22        Q     WHAT DO YOU THINK IS THE PROBLEM?  WHY

23   AREN'T THEY ACCEPTING YOUR REPORT?

24        A     I DON'T THINK IT'S ABOUT ME.  I THINK

25   IT'S ABOUT, YOU KNOW, THE CURRENT SITUATION WITH THE

26   POLICE DEFUNDING.  I CAN'T SEE ANY REASON WHY THEY

27   CAN'T TAKE THE REPORT.

28        Q     I DON'T EITHER, BECAUSE WE SEE IT ALL THE

1    TIME IN HERE.

2         A     WELL, THERE'S A CURRENT REPORT IN

3    BURBANK.  THERE'S A CURRENT REPORT IN SOUTH CAROLINA.

4    AND WE'RE MEETING WITH THE LOS ANGELES POLICE NEXT

5    WEEK.

6         Q     WHEN WAS THE ONE MADE IN BURBANK?

7         A     THE ONE IN BURBANK WAS MADE TWO WEEKS

8    AGO.

9         Q     DO YOU HAVE A COPY OF IT?

10        A     I DON'T HAVE IT HERE.

11        Q     THIS IS YOUR TRIAL TODAY, SIR.

12        A     I UNDERSTAND, SIR, BUT PLEASE LET ME

13   ANSWER THAT.  MY COLLEAGUE WHO IS IN POSSESSION OF ALL

14   THE RECORDS AND FILES, A WOMAN, SHE'S BEEN RECEIVING

15   DEATH THREATS FROM PAUL BARRESI.  SHE WAS SUPPOSED TO

16   BE HERE THIS MORNING, BUT SHE WAS UNABLE TO MAKE IT.

17   SHE'S SCARED.  HER NAME IS CHRISTINA TAFT.

18        Q     WELL, THAT'S JUST NOT EVIDENCE.

19        A     ALL RIGHT.  AGAIN, I WOULD THINK THAT

20   WHAT I'M ASKING FOR IS THAT I WANT THIS MAN TO STAY

21   AWAY FROM ME.  I DON'T WANT ANY MORE DEATH THREATS FROM

22   HIM.  HE'S VIOLATED THIS RESTRAINING ORDER THREE TIMES

23   ALREADY.

24        Q     SLOW DOWN.  SO WE HAVE THE ALLEGED CALL

25   TO YOUR EX-WIFE AND THE CALL THE DAY BEFORE TO YOU.

26   ANYTHING ELSE SINCE THAT THREE-MONTH-AGO OCCURRENCE?

27        A     YES.  HE'S CALLED MOLLY SKY BROWN,

28   LOOKING FOR MY LOCATION.  HE'S CALLED REBECCA BARRY,

1    LOOKING FOR MY LOCATION.

2        Q    YOUR LOCATION IS RIGHT HERE ON THIS

3    PETITION.

4        A    YEAH, BUT HE KNOWS I'M NOT AT THAT

5    ADDRESS.  HE'S LOOKING FOR A PHYSICAL ADDRESS WHERE HE

6    CAN COME AND STALK ME.

7        Q    WHAT'S THAT ADDRESS?

8        A    THAT'S MY FORMER HOUSE.

9        Q    THAT'S THE ONE YOU WERE TALKING ABOUT

10   THREE MONTHS AGO?

11       A    YES.

12       Q    DID YOU PUT YOUR CORRECT ADDRESS IN THE

13   CLETS FORM THAT YOU FILED?

14       A    YES.

15       Q    AND THAT'S DIFFERENT FROM THAT ADDRESS?

16       A    YES.

17       Q    ALL RIGHT.

18       A    THIS MAN HAS CONTACTED MY FAMILY MEMBERS.

19       Q    DO YOU HAVE ANY OF THEM HERE TO TELL US

20   THAT?

21       A    NO, BUT I CAN --

22       Q    DO YOU NEED A CONTINUANCE SO --

23       A    YES.  THAT'S WHAT I WAS GOING TO SAY.

24   LET ME BRING EVERYBODY, BECAUSE THIS ISN'T HOW I

25   EXPECTED IT.  I COULD HAVE THE COURTROOM FULL.  I COULD

26   HAVE 15 WITNESSES HERE NEXT MONDAY.  THIS IS AN

27   ONGOING --

28       MR. ELLICOTT:  WE WOULD OBJECT TO A CONTINUANCE,

1   YOUR HONOR.  WE ARE READY TO GO.  THE CASE HAS ALREADY

2   STARTED.  MR. ALBERTINI HAS HAD THE OPPORTUNITY TO

3   PROVIDE EVERYTHING THAT HE NEEDED IN TERMS OF EVIDENCE,

4   AS DOES MY CLIENT.  WE WOULD OBJECT TO ANY KIND OF

5   CONTINUANCE.  WE THINK WE SHOULD GO FORWARD.

6   BY THE COURT:

7        Q      OKAY.  THEY HAVE A RIGHT TO HAVE --

8        A      YOUR HONOR, CAN WE ADDRESS --

9        Q      SIR, WHY ARE YOU INTERRUPTING ME AGAIN?

10  YOU'RE SHOWING ME YOU'RE THE ONE OUT OF CONTROL.

11       A      I'M SORRY.  I'M NERVOUS.

12       Q      DON'T BE NERVOUS.  THIS IS JUST US HERE

13  TALKING.

14       A      THIS MAN HAS BEEN THREATENING TO KILL ME

15  FOR THREE YEARS.

16       Q      YES, I KNOW YOU'RE SAYING THAT.  I

17  UNDERSTAND.

18       A      I COULD PROVE IT.

19       Q      I HAVE TO DETERMINE WHETHER THAT'S

20  CORRECT OR NOT.

21       A      CAN I SHOW YOU?

22       Q      WOULD YOU CALM DOWN?  PUT THAT DOWN.

23  STOP TALKING UNLESS I ASK YOU TO TALK.  DO YOU AGREE TO

24  DO THAT?

25       A      YES, SIR.

26       Q      OKAY.  I CAN'T GIVE YOU A CONTINUANCE,

27  BECAUSE THEY'RE UNDER THE BURDEN OF A TEMPORARY

28  RESTRAINING ORDER, AND THEY HAVE A STATUTORY RIGHT TO

1  HAVE IT HEARD.  SO WE'LL KEEP GOING.

2           SO LET'S JUST GO, SORT OF, IN SEQUENCE.

3  AFTER THE THREE-MONTH-AGO CALL TO YOUR WIFE, WHAT'S THE

4  NEXT EVENT?

5       A     THE NEXT EVENT WAS I CAME BACK TO

6  LOS ANGELES, AND I WENT AHEAD AND FILED THE RESTRAINING

7  ORDER.

8       Q     OKAY.

9       A     THE DAY THE RESTRAINING ORDER WAS

10  FILED -- IT WAS FILED BY ANOTHER FRIEND OF MINE,

11  ANOTHER LOS ANGELES POLICE OFFICER, WENT AND SERVED

12  HIM.  THAT NIGHT HE IMMEDIATELY STARTED VIOLATING IT.

13      Q     WHAT DATE ARE WE TALKING ABOUT NOW

14  APPROXIMATELY?

15      A     DO YOU HAVE THE RESTRAINING ORDER THERE?

16  BECAUSE WHATEVER THAT DAY IS, HE WAS SERVED THE NEXT

17  DAY.

18      Q     SEPTEMBER 13TH.

19      A     SO IT WOULD HAVE BEEN SEPTEMBER 14.

20      Q     SO TELL ME WHAT HAPPENED.

21      A     ON SEPTEMBER 14, RIGHT AFTER THE

22  RESTRAINING ORDER WAS FILED, HE STARTED CALLING MY

23  BUSINESS PARTNER.  MY BUSINESS PARTNER HAS ALSO FILED

24  CRIMINAL CHARGES AGAINST MR. BARRESI IN SOUTH CAROLINA.

25      Q     WHAT'S YOUR BUSINESS PARTNER'S NAME?

26      A     HIS NAME IS AARON MCKENNY.

27      Q     DOES HE LIVE IN THE L.A. AREA?

28      A     HE LIVES IN SOUTH CAROLINA.

```
 1        Q      OKAY.  SO YOU DON'T HAVE HIM TODAY.  ALL
 2   RIGHT.  SO HE CALLS HIM.
 3        A      HE CALLS HIM, AND HE STARTS MAKING
 4   THREATS, STARTS TALKING ABOUT WHAT HE'S GOING TO DO TO
 5   ME.  HE MADE THREATS TOWARDS --
 6        Q      LET ME ASK AN INTERJECTING QUESTION HERE.
 7   WHEN HE CALLED YOU THE NIGHT BEFORE HE SHOWED UP AT
 8   YOUR WIFE'S HOUSE, HE CALLED YOU ON YOUR CELL?
 9        A      THAT'S CORRECT.
10        Q      DID YOUR CELL REMAIN THE SAME ON
11   SEPTEMBER 14?
12        A      THAT'S CORRECT.
13        Q      CAN YOU EXPLAIN WHY HE WOULDN'T CALL YOU
14   AND THREATEN YOU ON YOUR CELL?
15        A      I'M SORRY?
16        Q      YOU'RE SAYING HE CALLED AARON AND
17   THREATENED YOU.
18        A      NO.  HE WAS CALLING MY PHONE.  WHAT
19   HAPPENED IS, THE WAY PAUL BARRESI OPERATES IS HE
20   DOESN'T JUST TRY TO INTIMIDATE ME.  HE CALLED MY SISTER
21   ON THE TELEPHONE.  HE CALLED AARON MCKENNY.  HE'S
22   CALLING EVERYBODY WHO IS ASSOCIATED WITH ME, BECAUSE
23   HE'S TRYING TO INSTILL FEAR IN THEM ALSO.
24               ONE OF THE FIRST THINGS MR. BARRESI TELLS
25   YOU WHEN YOU MEET HIM IS THAT HE'S A MURDERER.  HE
26   TELLS YOU --
27        Q      OKAY.  STOP RIGHT THERE.  YOU'RE GOING
28   FAR AFIELD HERE.  JUST STAY WITH THE THINGS THAT
```

```
 1   HAPPENED.
 2          A      OKAY.
 3          Q      YOU SAY HE CALLED AARON, AND HE
 4   THREATENED YOUR LIFE TO AARON?
 5          A      THAT'S CORRECT.
 6          Q      IS THAT CORRECT?
 7          A      THAT'S CORRECT.
 8          Q      SO THAT HAPPENED AROUND SEPTEMBER 14?
 9          A      YES.
10          Q      AND THEN AARON TOLD YOU THAT?
11          A      YES.
12          Q      DID YOU REPORT THAT TO THE POLICE?
13          A      YES.  SOUTH CAROLINA.
14          Q      AND YOU REPORTED IT IN SOUTH CAROLINA,
15   BECAUSE THAT'S WHERE AARON LIVES?
16          A      THAT'S CORRECT.
17          Q      I GOTCHA.  SO AFTER SEPTEMBER 14, ANY
18   OTHER EVENT?
19          A      YEAH.  HE CALLED ME A COUPLE OF MORE
20   TIMES.  WE HAVE A RECORDING OF HIM.  I'M PRETTY SURE I
21   HAVE IT IN MY PHONE, WHERE HE CALLS TO TELL ME HE'S
22   COMING OVER TO PUNCH ME IN THE FACE.
23          Q      WHAT'S THE APPROXIMATE DATE OF THAT?
24          A      RIGHT AROUND THAT TIME.  I WAS IN SOUTH
25   CAROLINA STILL.  IT WAS REPORTED TO THE POLICE.
26          Q      AND IF YOU KNOW -- WELL, YOU SEEM TO --
27   WHERE DOES BARRESI LIVE?
28          A      RANCHO CUCAMONGA.
```

```
 1          Q      DID YOU THINK AT THAT POINT IN TIME HE
 2   WAS IN SOUTH CAROLINA?
 3          A      I HAD NO IDEA WHERE HE WAS.  HE HAD --
 4   WHAT HE WAS DOING WAS PAYING A GENTLEMAN BY THE NAME OF
 5   MARION MATRINI TO POST ON SOCIAL MEDIA THAT MYSELF AND
 6   AARON MCKENNY WERE CONVICTED SEX OFFENDERS.  AND WHAT
 7   IMMEDIATELY HAPPENED WHEN THEY POSTED THAT IS WE BEGAN
 8   GETTING DEATH THREATS FROM PEOPLE ALL ACROSS THE UNITED
 9   STATES.  THEY WERE SENDING US PICTURES OF MUTILATED
10   BODIES, BECAUSE THIS MAN SPREAD A MALICIOUS RUMOR ABOUT
11   SOMETHING THAT WAS ABSOLUTELY NOT TRUE.
12          Q      DO YOU HAVE ANY FELONY CONVICTIONS?
13          A      YES, I DO.
14          Q      WHAT IS THAT?
15          A      WHITE COLLAR.
16          Q      SOME TYPE OF THEFT THING?
17          A      YES.
18          Q      BUT YOU'RE NOT ON PAROLE OR ANYTHING?
19          A      NO.
20          Q      IS THERE A NEXT EVENT AFTER THAT ONE?
21          A      THE NEXT EVENT AFTER THAT ONE WAS SOME
22   MORE THREATS BACK AND FORTH.  I CAME BACK TO
23   LOS ANGELES --
24          Q      WHAT DOES THAT MEAN, BACK AND FORTH?
25          A      HE WAS STILL CALLING ME, HE WAS STILL
26   CALLING MY FRIENDS.
27          Q      WHEN YOU SAY BACK AND FORTH, ARE YOU
28   THREATENING HIM, TOO?
```

```
 1        A      NO.  I'VE NEVER THREATENED THIS MAN,
 2  NEVER ONCE.  WHAT HAPPENED WAS HE WAS CONTINUING TO
 3  THREATEN ME.  HE WAS CONTINUING TO THREATEN OTHER
 4  PEOPLE AROUND ME.  HE WAS THREATENING CHRISTINA TAFT.
 5  CHRISTINA --
 6        Q      I'M NOT DEALING WITH THEM.  JUST YOU.
 7        A      ALL RIGHT.  HE CONTINUED TO THREATEN ME.
 8  IT GOT TO THE POINT WHERE I GOT BACK TO LOS ANGELES AND
 9  REALIZED SOMETHING NEEDED TO BE DONE, AND I WENT AND
10  FILED THE RESTRAINING ORDER AGAINST HIM.  THE DAY I
11  FILED THE RESTRAINING ORDER, HE VIOLATED IT.
12        Q      YOU TOLD ME THAT.
13        A      SINCE THEN, HE'S CONTACTED A REBECCA
14  BARRY, WHO IS AN ASSOCIATE OF MINE, ASKING HER FOR MY
15  ADDRESS.  HE WANTS TO KNOW WHERE I LIVE, AND HE WANTS
16  TO KNOW WHERE ANOTHER PERSON LIVES.
17        Q      DO YOU HAVE HER HERE TO TESTIFY?
18        A      I DON'T HAVE HER HERE TO TESTIFY.  LIKE I
19  SAID, EVERYTHING GOT, KIND OF, MESSED UP, BECAUSE WE
20  ALL PLANNED ON BEING HERE ON THE 5TH.  WE WERE NOT
21  EXPECTING HIM TO CONTINUE.  WE LIVE IN DIFFERENT STATES
22  ALL ACROSS THE COUNTRY.  SO IT TAKES A MINUTE FOR US
23  ALL TO GET ORGANIZED.  BUT HE CONTACTED REBECCA
24  BARRY --
25        Q      EVERYBODY COULD APPEAR ONLINE.
26        A      WE DIDN'T KNOW THAT.
27        Q      IT'S ON THE COURT WEBSITE.
28        A      I WASN'T AWARE OF THAT.  BUT HE CONTACTED
```

```
 1   REBECCA BARRY.  I COULD ALSO SHOW YOU A TEXT MESSAGE
 2   WHERE HE CONTACTED A MOLLY SKY BROWN, TELLING MOLLY SKY
 3   BROWN TO CALL HIM RIGHT AWAY, HE NEEDS TO TALK TO HER
 4   ABOUT ME, THE BASTARD.
 5            HE'S ALSO BEEN PUTTING OUT SOS MESSAGES
 6   TO THIS ACTOR NAMED COREY FELDMAN, ALL OVER SOCIAL
 7   MEDIA, TELLING COREY FELDMAN, "I GOT ALBERTINI WHERE
 8   YOU WANT HIM.  I GOT HIM BY THE BALLS, CALL ME."
 9            THIS MAN -- THIS HAS BEEN NON-STOP.
10       Q    WHY IS HE UPSET AT YOU?
11       A    BECAUSE I'M TELLING THE TRUTH ABOUT
12   JOHNNY DEPP.  HE'S TRYING TO SILENCE ME.  THIS MAN
13   WORKS FOR --
14       Q    BUT JOHNNY DEPP WON.  I MEAN, THAT
15   THING'S OVER.
16       A    WELL, IT'S OVER, BUT IT'S NOT REALLY
17   OVER.
18       Q    SHE MAY APPEAL IT.
19       A    SHE'S GOING TO APPEAL IT, BUT IT'S NOT
20   EVEN ABOUT THAT.  IT'S ABOUT THE MURDER.  IT'S ABOUT
21   THE MURDER OF RIVER PHOENIX.  IT'S ABOUT THE MURDER OF
22   SHALIMAR.
23       Q    RIVER PHOENIX?  HE'S THE ONE THAT DIED IN
24   FRONT OF THE VIPER CLUB?
25       A    HE WAS MURDERED THERE.  I WAS THE MANAGER
26   OF THE VIPER ROOM.
27       Q    NOW YOU'RE STARTING TO SOUND A LITTLE
28   ODD.
```

```
 1        A       I KNOW.  I WAS THE MANAGER OF THE VIPER

 2   ROOM FOR YEARS.  I'VE KNOWN JOHNNY DEPP MY WHOLE LIFE.

 3        Q       WHAT DO YOU MEAN HE WAS MURDERED?

 4   SOMEONE GAVE HIM DRUGS?

 5        A       YES.

 6                PAUL BARRESI HAS BEEN TRYING TO KEEP ME

 7   QUIET FOR YEARS.  LIKE I SAID, INITIALLY WHEN I WAS

 8   INTRODUCED TO HIM, I WAS TOLD THAT HE WAS WORKING FOR

 9   AMBER HEARD.  I WAS TOLD THIS BY HER ATTORNEY.  THEY

10   ASKED ME IF I WOULD PROVIDE HIM A LIST OF OTHER

11   WITNESSES, OF OTHER PEOPLE WHO I KNOW WOULD TESTIFY --

12        Q       YOU ALREADY TOLD ME ALL THAT.

13        A       OKAY.  WHAT HAD HAPPENED IS AFTER THE

14   FIRST TWO PHONE CONVERSATIONS I HAD WITH MR. BARRESI, I

15   CALLED RICHARD SCHWARTZ, AMBER'S ATTORNEY, AND I SAID,

16   "THERE'S SOMETHING SERIOUSLY WRONG WITH THIS GUY."

17                AND THEY SAID, "WHY ARE YOU SAYING THAT?"

18                I SAID, "WELL, I ONLY TALKED TO THIS GUY

19   TWICE, AND IN TWO CONVERSATIONS HE'S OFFERING ME A

20   BRIBE.  HE'S OFFERING ME A BRIBE.  HE'S TELLING THAT HE

21   USED TO WORK FOR ANTHONY PELLICANO.  HE'S COMING ON

22   REAL STRONG.  NOW, I'M SUPPOSED TO BE A WITNESS FOR

23   AMBER HEARD, AND THIS GUY IS INTIMIDATING ME."

24                I CONTACT RICHARD SCHWARTZ, AND I TELL

25   HIM WHAT'S GOING ON.  HE SAYS, "PAUL BARRESI IS A

26   DUMMY."  HE SAYS, "HE'S CRAZY.  HE'S A GOOD P.I., JUST

27   KEEP WORKING WITH HIM."

28                WHICH, INCIDENTALLY, PAUL BARRESI IS NOT
```

```
 1   A LICENSED PRIVATE INVESTIGATOR.  HE LOST HIS LICENSE
 2   FOR EXTORTION AND FABRICATING EVIDENCE.
 3              SO NOW I AM FREE, AND I'M PROVIDING THIS
 4   MAN WITH INFORMATION OF PEOPLE THAT WOULD BE GOOD
 5   WITNESSES FOR AMBER HEARD.  INSTEAD OF PAUL BARRESI
 6   GOING OUT AND OBTAINING THEM AS WITNESSES, HE WENT OUT
 7   AND STARTED THREATENING THEM, AND HE PAID SOME OF THESE
 8   PEOPLE OFF TO GO AWAY AND SHUT UP.
 9        Q    I DON'T NEED TO KNOW THAT STORY.
10        A    AS IT COMES OUT --
11        Q    STOP.  IT DOESN'T HAVE ANYTHING TO DO
12   WITH YOU AND HIM AND ME.
13        A    BUT AS IT COMES OUT, HE WAS TERMINATED
14   FROM HIS RELATIONSHIP WITH AMBER HEARD IN SEPTEMBER OF
15   2019.  HIS HARASSMENT ESCALATED FROM THAT POINT
16   FORWARD.  HE BEGAN THREATENING ME MORE AND MORE.  HE
17   WAS, LIKE I SAID, CONTACTING MY FAMILY MEMBERS, TELLING
18   MY FAMILY MEMBERS I WAS IN VERY GRAVE DANGER.  HE WAS
19   CONTACTING MY FRIENDS, TELLING PEOPLE HE WAS GOING TO
20   KILL ME.
21        Q    DOES YOUR EX-WIFE HAVE SECURITY CAMERAS?
22        A    YES, SHE DOES.
23        Q    DO WE HAVE A VIDEO OF THIS MAN COMING TO
24   HER DOOR?
25        A    I DON'T HAVE A WAY OF GETTING THAT RIGHT
26   NOW, BUT --
27        Q    YOU'RE SAYING THAT EXISTS?
28        A    YEAH.
```

```
 1        Q      BUT YOU DIDN'T BRING IT TODAY?

 2        A      I DIDN'T -- YOUR HONOR, LIKE I SAID, IT'S

 3   BEEN A SERIES AND SERIES OF THREATS.  I'M ONLY HERE TO

 4   SPEAK FOR MYSELF.  THERE'S MANY OTHER PEOPLE THAT HAVE

 5   BEEN THREATENED.  I'M SURE YOU'LL BE HEARING THEIR

 6   CASES SOON.

 7               WE ARE FILING CRIMINALLY AGAINST HIM.  WE

 8   ARE FILING CIVILLY AGAINST HIM.  I JUST NEED THIS MAN

 9   TO LEAVE ME ALONE.  IF HE WANTS TO TALK ABOUT ME ON

10   SOCIAL MEDIA, LOOK, WE'RE BOTH PUBLIC FIGURES.  HE CAN

11   TALK ALL HE WANTS.  BUT WHEN IT COMES TO THREATENING

12   ME, WHEN IT COMES TO CALLING MY FAMILY, WHEN IT COMES

13   TO TALKING ABOUT MY DEAD MOTHER, IT'S A WHOLE DIFFERENT

14   STORY.

15               WHEN HE TELLS ME HE KNOWS WHERE MY MOTHER

16   LIVES, WHEN HE TELLS ME THAT HE USED TO -- HE WAS

17   ANTHONY PELLICANO'S NUMBER ONE ENFORCER.  WHEN HE COMES

18   TO ME ADMITTING TO ME THAT HE'S COMMITTED MURDER, IN

19   WRITING, AND THAT I DO HAVE WITH ME.  WHEN THIS MAN

20   COMES TO ME AND TELLS ME HE'S MURDERING PEOPLE FOR

21   CELEBRITIES, IN WRITING, HE BECOMES A PROBLEM.

22        Q      AND YOU'RE SAYING ONE OF THOSE WAS RIVER

23   PHOENIX?

24        A      NO.  HE HAS NOTHING TO DO WITH THE DEATH

25   OF RIVER PHOENIX.  IN 1998, COMEDIAN/ACTOR EDDIE MURPHY

26   WAS PICKED UP ON SANTA MONICA BOULEVARD FOR PICKING UP

27   A TRANSGENDER PROSTITUTE.  SEVEN TRANSGENDERS WERE

28   SCHEDULED TO TESTIFY AGAINST EDDIE MURPHY.
```

```
 1               SIX OF THEM -- PAUL WAS HIRED BY AN
 2    ATTORNEY IN BEVERLY HILLS NAMED MARTY SINGER.  MARTY
 3    SINGER PAID HIM TO GO PUT THESE FIRES OUT.  SIX OF THE
 4    TRANSGENDER PROSTITUTES RECANTED THEIR STORY.  THE
 5    SEVENTH ONE FELL OFF THE ROOF OF HER APARTMENT BUILDING
 6    JUST A FEW DAYS BEFORE HER TESTIMONY.  I HAVE IN
 7    WRITING -- I HAVE IN WRITING FROM PAUL BARRESI, HIS
 8    ADMISSION TO DOING THIS.
 9          Q     DID YOU GIVE THAT TO THE POLICE?
10          A     YES, I DID.
11          Q     WHAT HAPPENED?
12          A     HE SAID THEY NEED TO CONDUCT AN
13    INVESTIGATION BECAUSE --
14          Q     HOW LONG AGO --
15          A     LAST YEAR.  SINCE THEN, JUST NOT EVEN TWO
16    WEEKS AGO, HE SENT A VERY LONG DETAILED TEXT MESSAGE TO
17    A WOMAN BY THE NAME OF DENISE SHANNON.  DENISE SHANNON
18    IS A PARALEGAL WHO WORKS FOR US.  HE WENT INTO DETAIL
19    AGAIN ABOUT WHAT HAPPENED WITH THAT TRANSGENDER
20    PROSTITUTE.
21          Q     AND HE SAYS, "I PUSHED THAT PERSON OFF
22    THE ROOF"?
23          A     YES.
24          Q     I FIND THAT HARD TO BELIEVE.
25          A     I CAN SHOW IT TO YOU.
26          Q     I JUST FIND IT HARD TO BELIEVE THAT --
27          A     IT'S NOT JUST ME NOW.  HE SENT THIS SAME
28    INFORMATION TO THREE DIFFERENT PEOPLE.
```

```
 1          Q      SO HE'S CONFESSING A MURDER TO THE LAW
 2   OFFICE WHERE THE PARALEGAL WORKS.
 3          A      YES.  YOUR HONOR, IF YOU COULD GO ON
 4   GOOGLE RIGHT NOW AND PUNCH IN THIS GUY'S NAME, HE
 5   ADMITS IT --
 6          Q      I'M NOT ALLOWED TO GO ON GOOGLE.
 7          A      IF YOU WANT TO HEAR HIM ADMIT IT, IT'S
 8   RIGHT THERE.
 9          Q      ALL RIGHT.  ANYTHING ELSE?
10          A      NO.
11          THE COURT:  OKAY.  DO YOU WISH TO CROSS-EXAMINE,
12   COUNSEL?
13          MR. ELLICOTT:  I DO, YOUR HONOR.  THANK YOU VERY
14   MUCH.
15          THE COURT:  THIS GENTLEMAN IS GOING TO ASK YOU
16   SOME QUESTIONS.  ANSWER THEM AS SIMPLY AS YOU CAN; IF
17   YOU CAN, DO IT YES OR NO.
18          MR. ALBERTINI:  PERFECT.
19          THE COURT:  GO AHEAD.
20
21                      CROSS-EXAMINATION
22   BY MR. ELLICOTT:
23          Q      MR. ALBERTINI, I'M VERNON ELLICOTT.  I'M
24   THE ATTORNEY FOR MR. BARRESI IN THIS CASE.  YOU SAID
25   THAT MR. PALOMERIS IS A POLICE OFFICER WORKING FOR YOU;
26   IS THAT RIGHT?
27          A      THAT'S CORRECT.
28          Q      BUT HE'S NOT ACTUALLY A POLICE OFFICER --
```

```
 1            A      HE'S A RETIRED POLICE OFFICER.
 2            THE COURT:  DON'T INTERRUPT.
 3    BY MR. ELLICOTT:
 4            Q      SO HE'S A RETIRED POLICE OFFICER; IS THAT
 5    RIGHT?
 6            A      YES.
 7            Q      HE'S NOT, WORKING AS A POLICE OFFICER
 8    TODAY?
 9            A      NO.  HE'S WORKING CONSTRUCTION TODAY.
10            Q      THANK YOU.
11                   AND THIS PHONE CALL, THE ORIGINAL PHONE
12    CALL THREE MONTHS AGO, WAS ACTUALLY A PHONE CALL MADE
13    BY MR. BARRESI TO A MAN NAMED MARIO; RIGHT?
14            A      NOT THAT I'M AWARE OF.
15            Q      YOU ANSWERED THE PHONE, AND MR. BARRESI
16    ASKED FOR MARIO, AND YOU ANSWERED THE PHONE AND SAID
17    THAT YOU WERE MARIO, DIDN'T YOU?
18            A      UNTRUE.
19            Q      OKAY.  SO WHEN MR. BARRESI MADE THIS
20    ALLEGED THREAT TO YOU THREE MONTHS AGO, THE ORIGINAL
21    ONE, THAT'S WHAT WE'RE TALKING ABOUT; RIGHT?
22            A      WELL, THAT'S NOT THE ORIGINAL ONE.
23    THAT'S THE ONE FROM THREE MONTHS AGO.  I'VE BEEN BEING
24    THREATENED FOR THREE YEARS.
25            Q      WELL, THE ONE WHERE YOU SAID HE WAS GOING
26    TO SHOOT YOU, THAT'S THE ONE FROM THREE MONTHS AGO?
27            A      ACTUALLY, WHAT HE SAID WAS HE'S GOING TO
28    COME OVER AND SHOOT ME IN MY EYE.
```

```
 1        Q      AND THAT'S FROM THREE MONTHS AGO;
 2   CORRECT?
 3        A      THAT'S CORRECT.
 4        Q      AND HE CALLED AND ASKED FOR A MAN NAMED
 5   MARIO, AND YOU ANSWERED AND SAID THAT YOU WERE MARIO,
 6   DIDN'T YOU?
 7        A      UNTRUE.
 8        Q      OKAY.  AND WHEN HE WENT TO YOUR EX-WIFE'S
 9   HOUSE, YOU'RE SAYING HE DID NOT MAKE ANY THREATS TO
10   YOUR EX-WIFE; RIGHT?
11        A      HE IDENTIFIED HIMSELF AS A LOS ANGELES
12   POLICE DETECTIVE.
13        Q      AND DID HE THREATEN YOU TO YOUR EX-WIFE?
14        A      NO, HE DIDN'T.
15        Q      OKAY.  YOU'VE ACTUALLY CONTACTED
16   MR. BARRESI QUITE A FEW TIMES SINCE THIS INCIDENT THREE
17   MONTHS AGO, HAVEN'T YOU?
18        A      NO.
19        Q      YOU HAVEN'T TEXTED HIM OR CALLED HIM?
20        A      NOT I.
21        Q      AND I'M A LITTLE CONFUSED ABOUT THE
22   POLICE REPORTS.  YOU MADE A POLICE REPORT IN LANCASTER,
23   SOUTH CAROLINA, BUT YOU SAID YOU WERE IN GLENDORA OR
24   BURBANK.  WHERE WERE YOU --
25        A      WE'VE GOT POLICE REPORTS --
26        THE COURT:  SIR, DON'T INTERRUPT.
27   BY MR. ELLICOTT:
28        Q      WHERE WERE YOU WHEN THIS PHONE CALL CAME
```

```
 1   THREE MONTHS AGO?
 2         A      GLENDORA.
 3         Q      SO WHY WOULD YOU MAKE A POLICE REPORT IN
 4   LANCASTER, SOUTH CAROLINA?
 5         A      BECAUSE HE CONTINUED.  I LEFT TO SOUTH
 6   CAROLINA A COUPLE OF DAYS LATER.  I TRAVEL FOR WORK.
 7   BY MR. ELLICOTT:
 8         Q      YOU WERE IN SOUTH CAROLINA WHEN HE
 9   THREATENED YOU?
10         A      THAT'S CORRECT.
11         Q      WHAT DID HE DO WHEN YOU WERE IN SOUTH
12   CAROLINA THAT THREATENED YOU?
13         A      HE CALLED ME TO TELL ME THAT HE WAS GOING
14   TO -- THAT WAS THE TIME HE SAID I HAVE A LAZY EYE, AND
15   HE WAS GOING TO COME OVER, AND I WASN'T GOING TO SEE
16   HIS RIGHT HOOK WHEN HE HITS ME.
17         Q      AND THAT WAS IN A PHONE CALL?
18         A      THAT'S CORRECT.
19         MR. ELLICOTT:  NO FURTHER QUESTIONS AT THIS
20   TIME, YOUR HONOR.  I DO, OBVIOUSLY, WANT TO PUT
21   MR. BARRESI'S CASE ON.
22         THE COURT:  OKAY.  GO RIGHT AHEAD.
23         MR. ELLICOTT:  ALL RIGHT.  IF I COULD SHARE MY
24   SCREEN, I HAVE A VIDEO THAT I'D LIKE TO SHOW THE COURT.
25   ARE YOU ABLE TO SEE MY SCREEN, YOUR HONOR?
26         THE COURT:  I'M LOOKING AT YOU.
27         MR. ELLICOTT:  THIS IS AN AUDIO OF
28   MR. ALBERTINI, ADMITTING THAT THE PHONE CALL
```

 1  MR. BARRESI ALLEGEDLY MADE WAS MADE TO A MAN NAMED

 2  MARIO, NOT TO MR. ALBERTINI.

 3       THE COURT:  OKAY.  AND HOW DID YOU OBTAIN THIS

 4  VIDEO?

 5       MR. ELLICOTT:  MR. ALBERTINI MADE THE VIDEO AND

 6  PUBLISHED IT ON SOCIAL MEDIA.

 7       THE COURT:  OKAY.  GO AHEAD.  PLAY IT.

 8       MR. ALBERTINI:  YOUR HONOR, I'M NOT SURE THAT

 9  THAT'S TRUE.

10       THE COURT:  WELL, YOU CAN COMMENT ON IT.

11            (AUDIO IS BEING PLAYED.)

12       MR. ELLICOTT:  THAT'S ALL I WANTED THE COURT TO

13  HEAR, YOUR HONOR, OF MR. ALBERTINI ADMITTING THAT HE

14  LIED TO MY CLIENT AND DID NOT, IN FACT -- THAT HE DID,

15  IN FACT, REPRESENT THAT HE WAS A MAN NAMED MARIO DURING

16  THIS ALLEGED PHONE CALL, CONTRARY TO WHAT HE JUST SAID

17  JUST NOW.

18       THE COURT:  DO YOU HAVE ANOTHER QUESTION FOR

19  HIM?

20       MR. ELLICOTT:  NO.  ACTUALLY, THAT WAS JUST THE

21  EVIDENCE THAT I WAS PUTTING ON FOR MR. BARRESI.

22       THE COURT:  OKAY.

23       MR. BARRESI:  MAY I SPEAK?

24       THE COURT:  DO YOU WISH TO PUT ON YOUR CLIENT'S

25  TESTIMONY AT THIS TIME?

26       MR. ELLICOTT:  YES.  I DO HAVE TESTIMONY FROM MY

27  CLIENT.

28       THE COURT:  OKAY.  GO AHEAD.

```
 1                        PAUL BARRESI,
 2          HAVING BEEN SWORN UNDER PENALTY OF PERJURY,
 3          WAS EXAMINED AND TESTIFIED AS FOLLOWS:
 4
 5                        DIRECT EXAMINATION
 6    BY MR. ELLICOTT:
 7          Q      SO, MR. BARRESI --
 8                 ACTUALLY, YOUR HONOR, I FILED A RESPONSE
 9    BY MR. BARRESI.  I'D LIKE THE COURT TO REVIEW THAT, IF
10    YOU COULD, ONE OF THE EXHIBITS IN THAT.
11          THE COURT:  I DID, BUT I'D LIKE YOU TO GO AHEAD
12    AND BRING ALL THAT OUT IN TESTIMONY, PLEASE.
13          MR. ELLICOTT:  OKAY.
14          Q      MR. BARRESI, IN YOUR DECLARATION, YOU
15    PULLED SEVERAL PHONE RECORDS.
16          A      YES.
17          Q      IN THOSE PHONE RECORDS THERE ARE A NUMBER
18    OF TEXTS FROM CERTAIN PHONE NUMBERS, SUCH AS
19    (213)302-9688.  DO YOU RECOGNIZE THAT PHONE NUMBER?
20          A      YES, I DO.
21          Q      WHOSE PHONE NUMBER IS THAT?
22          A      THAT'S RICHARD ALBERTINI'S PHONE NUMBER.
23          Q      DID YOU RECEIVE A NUMBER OF TEXTS FROM
24    MR. ALBERTINI AFTER THIS PHONE CALL THREE MONTHS AGO?
25          A      YES, I DID, AND BEFORE.
26          Q      HOW MANY TEXTS FROM MR. ALBERTINI DID YOU
27    RECEIVE, APPROXIMATELY AFTER THIS PHONE CALL SEVERAL
28    MONTHS AGO?
```

1      A      FIRST OF ALL, THE PHONE CALL WAS IN

2  APRIL.

3      Q      NO.  TALKING ABOUT JUST THE TEXTS.  HOW

4  MANY TEXTS DID YOU RECEIVE APPROXIMATELY FROM

5  MR. ALBERTINI?

6      A      CLOSE TO 400.

7      Q      AND DID YOU CALL MR. ALBERTINI AFTER THIS

8  ALLEGED PHONE CALL?  DID YOU CALL HIM AGAIN?

9      A      THE ONLY TIME I CALLED HIM WAS A FEW

10 TIMES, ASKING IF WE COULD SOMEHOW FIND SOME AMIABLE

11 RESOLUTION, WHICH HE ACKNOWLEDGED, IS ALSO ON VIDEO.

12     Q      OKAY.  THIS PHONE CALL TO MR. ALBERTINI

13 THAT HE TALKED ABOUT IN THE AUDIO THAT WE PLAYED, DID

14 YOU THINK YOU WERE TALKING TO MR. ALBERTINI?

15     A      NO.  WHEN I CALLED, I SAID, "MARIO?"

16            HE SAID, "YEAH," AND THEN WE STARTED

17 TALKING AS FRIENDS.  AT THE TIME, MARIO WAS A FRIEND.

18 AND THEN THE PERSON I THOUGHT WAS MARIO SAID, "WHAT

19 ABOUT ALBERTINI?  HE'S REALLY OUT TO GET YOU."

20            AND I SAID, "F ALBERTINI," AND I JUST

21 WENT OFF FROM JUST THE SOUND OF HIS NAME, BECAUSE HE'S

22 BEEN TERRORIZING ME FOR TWO YEARS, SINCE JULY OF 2019,

23 WHEN I STARTED WORKING ON THE HIGH-PROFILE CASE THAT

24 HAS BEEN DISCUSSED.

25     Q      DID YOU INTEND TO THREATEN MR. ALBERTINI

26 PERSONALLY?

27     A      ABSOLUTELY NOT.

28     Q      WHEN YOU WENT TO -- MR. ALBERTINI ALLEGES

1   YOU WENT TO HIS EX-WIFE'S HOME.  DID YOU GO TO HIS

2   EX-WIFE'S HOME?

3        A      WELL, I WENT TO THE ADDRESS ON THE

4   PRINTOUT.  THE LAST PRINTOUT I HAD FOR HIM WAS THE

5   ADDRESS IN BURBANK.  I HAD GONE TO THE POLICE

6   DEPARTMENT THERE IN BURBANK.  IN FACT, I SHOULD BE ON

7   VIDEO, WALKING IN.  I WAS GOING IN TO FILE A POLICE

8   REPORT AGAINST HIM.  I WAS JUST OVERWHELMED WITH ALL OF

9   THIS HARASSMENT.  BUT THERE WAS ONLY ONE OFFICER, AND

10  THERE WERE OTHER PEOPLE WAITING, SO I WASN'T SURE

11  WHETHER THAT WAS HIS ADDRESS ANYWAY.  BUT THAT'S THE

12  ONLY REASON WHY I WENT TO THAT ADDRESS.

13       Q      WHY DID YOU GO TO THAT ADDRESS?

14       A      BECAUSE I WANTED TO MAKE SURE HE WAS

15  PHYSICALLY THERE SO I COULD HAVE HIM SERVED WITH A TRO.

16  AND THE TWO YOUNG PEOPLE CAME TO THE DOOR, AND THEY

17  SAID, "WE DON'T KNOW HIM.  HE DOESN'T LIVE HERE."

18              AND I SAID, "THANK YOU VERY MUCH."  AND I

19  ABSOLUTELY DID NOT REPRESENT MYSELF AS A POLICE

20  OFFICER, ABSOLUTELY NOT; WITH ALL MY HEART, I MEAN

21  THAT.

22       Q      HAVE YOU EVER THREATENED TO KILL

23  MR. ALBERTINI?

24       A      NO.

25       Q      HAVE YOU EVER THREATENED TO BEAT HIM UP?

26       A      I SAW ONE VIDEO THAT HE DID WHERE HE WAS

27  --

28       Q      THE QUESTION IS:  HAVE YOU EVER

 1   THREATENED TO BEAT HIM UP?

 2        A     NO.  NO, I NEVER THREATENED TO BEAT HIM

 3   UP.

 4        Q     HAVE YOU EVER THREATENED TO HARM HIM?

 5        A     NO.

 6        Q     HAVE YOU EVER CALLED ANY OF HIS FAMILY

 7   MEMBERS TO THREATEN TO HARM HIM?

 8        A     ABSOLUTELY NOT.

 9        Q     HAVE YOU EVER CONTACTED ANY OF HIS FAMILY

10   MEMBERS?

11        A     I CONTACTED HIS SISTER, ARIANNA, WHERE I

12   ACQUIRED A TEMPORARY RESTRAINING ORDER THAT WAS FILED

13   AGAINST HIM BY HIS OWN MOTHER.  IT WAS IMPLEMENTED FOR

14   THREE FULL YEARS.  AND I WANTED TO TALK TO HER ABOUT

15   HER BROTHER, AT WHICH TIME -- WE HAD A VERY GOOD

16   RAPPORT.  SHE SAID, "I LOVE MY BROTHER, BUT HE'S

17   MENTALLY ILL.  HE'S BEEN IN AND OUT OF PSYCHIATRIC

18   TREATMENT.  HE SERVED PRISON TIME IN PSYCHIATRIC

19   TREATMENT."

20             AND MY HEART GREW TENDER TOWARD HER, AND

21   WE HAD A VERY GOOD RAPPORT, AND OUR PHONE CALL ENDED

22   VERY FRIENDLY.

23        Q     ALL RIGHT.  DID YOU OBTAIN THE POLICE

24   REPORT FROM THE LANCASTER SHERIFF'S OFFICE THAT

25   CONTAINED MR. ALBERTINI'S --

26        A     IN SOUTH CAROLINA, THE POLICE REPORT WAS

27   FILED AGAINST ME.  YES, I DID.

28        Q     HOW DID YOU OBTAIN THAT?

```
 1        A      I ENGAGED THE SERVICES OF A LAWYER WHO

 2   ASSISTED ME.  BUT I OBTAINED IT MYSELF UNDER THE FREE

 3   INFORMATION ACT.  I ALSO SPOKE WITH THE SHERIFF, WHO

 4   WOULD BE THE CHIEF OF POLICE, WHO IS ON PAR WITH THE

 5   CHIEF OF POLICE HERE.  I SPOKE WITH THE SHERIFF

 6   PERSONALLY.

 7        Q      DOES THE LANCASTER SHERIFF'S OFFICE

 8   REPORT THAT'S ATTACHED TO YOUR DECLARATION, IS THAT A

 9   TRUE AND CORRECT COPY OF THE DOCUMENT YOU RECEIVED FROM

10   LANCASTER SHERIFF'S OFFICE?

11        A      YES, IT IS.

12        Q      THE PHONE RECORDS ATTACHED TO YOUR

13   DECLARATION, ARE THOSE TRUE AND CORRECT COPIES OF YOUR

14   PHONE RECORDS?

15        A      YES, SIR, TO THE LETTER.

16        MR. ELLICOTT:  YOUR HONOR, I'D LIKE TO ADMIT THE

17   LANCASTER SHERIFF'S OFFICE REPORT INTO EVIDENCE.

18        THE COURT:  OKAY.  ANY OBJECTION, SIR?

19        MR. ALBERTINI:  YES.

20        THE COURT:  I THINK IT'S YOUR REPORT.

21        MR. ALBERTINI:  NO, IT'S NOT MY REPORT.  THE

22   REPORT IN SOUTH CAROLINA IS NOT A REPORT EVEN MADE BY

23   ME.  MR. BARRESI, ONCE AGAIN, IS HAVING A LITTLE

24   TROUBLE WITH THE TRUTH.

25        THE COURT:  STOP, STOP.  YOU'RE NOT TESTIFYING.

26   I'M JUST ASKING IF YOU OBJECTED.

27        MR. ALBERTINI:  YES, I OBJECT.  CAN I MAKE --

28        THE COURT:  STOP.  WHAT ARE YOUR GROUNDS TO
```

```
 1   OBJECT?  YOU HAVE TO HAVE A GROUND.

 2         MR. ALBERTINI:  I DIDN'T FILE A POLICE REPORT IN

 3   SOUTH CAROLINA.

 4         THE COURT:  OKAY.

 5         MR. ALBERTINI:  AARON MCKENNY DID.

 6         THE COURT:  YOUR OBJECTION IS OVERRULED, AND

 7   I'LL LET IT IN.

 8         MR. ELLICOTT:  THANK YOU, YOUR HONOR.

 9               (EXHIBIT A WAS MARKED

10               FOR IDENTIFICATION.)

11         MR. ELLICOTT:  I ALSO MOVE TO ADMIT THE PHONE

12   RECORDS THAT ARE ATTACHED TO MR. BARRESI'S DECLARATION.

13         THE COURT:  ANY OBJECTION TO THAT?

14         MR. ALBERTINI:  NO.  I GOT PHONE RECORDS, TOO.

15         THE COURT:  OKAY.  THOSE ARE ADMITTED.

16               (EXHIBIT B WAS MARKED

17               FOR IDENTIFICATION.)

18   BY MR. ELLICOTT:

19         Q     FURTHERMORE, MR. BARRESI, AFTER YOU WERE

20   SERVED WITH THIS RESTRAINING ORDER, DID YOU MAKE ANY

21   ATTEMPT TO CONTACT MR. ALBERTINI?

22         A     NONE WHATSOEVER.

23         Q     MR. ALBERTINI, WERE YOU WORKING FOR AMBER

24   HEARD?

25         MR. ALBERTINI:  NO.  IT'S IRRELEVANT.

26   BY MR. ELLICOTT:

27         Q     I'M SORRY.  MR. BARRESI, WERE YOU WORKING

28   FOR AMBER HEARD?
```

1       A       I DID WORK FOR AMBER HEARD FROM JULY 2019
2   UNTIL SEPTEMBER 2019, YES.
3       Q       IS THAT WHY YOU ATTEMPTED TO CONTACT
4   MR. ALBERTINI?
5       A       I WAS INSTRUCTED TO CONTACT HIM BY HER
6   LAWYERS, WHO I WORKED FOR.  I'M AN ATTORNEYS'
7   INVESTIGATOR.
8       Q       YOU HEARD A LOT OF THE TESTIMONY THAT
9   MR. ALBERTINI GAVE THIS MORNING ABOUT YOUR ACTIVITIES,
10  YOUR THREATS, AND THINGS LIKE THAT.  IS THERE ANY TRUTH
11  TO ANYTHING THAT HE SAID THIS MORNING?
12      A       NOT ONE THING.  I DIDN'T THINK I WAS
13  GOING TO HAVE TO TAKE SOME NOTES, BUT I DID.  AND I CAN
14  GO DOWN ONE BY ONE AND DISPROVE EVERY SINGLE THING THAT
15  HE SAID, EVERYTHING.
16      Q       WHAT IS IT YOU THINK THAT HE WAS LYING
17  ABOUT?
18      A       HE LIED ABOUT HIS SISTER, ARIANNA.  I WAS
19  NOT HARASSING HER.  I WAS TALKING ABOUT THE RESTRAINING
20  ORDER HIS OWN MOTHER HAD FILED AGAINST HIM FOR
21  TORMENTING HER, FOR TAKING OVER HER HOUSE.  HE'S LIED
22  ABOUT PALOMERIS.  PALOMERIS IS NOT A RETIRED POLICE
23  OFFICER.  IN FACT, IT'S WIDELY REPORTED HE'S THE MOST
24  DISGRACED LOS ANGELES POLICE OFFICER IN LAPD HISTORY.
25  HE WAS INVOLVED IN THE RAMPART SCANDAL.
26          WITH RESPECT TO CHRISTINA TAFT AND
27  REBECCA BARRY, THEY WERE TWO PEOPLE WITH WHOM HE SIDED
28  UP WITH IN A CONSPIRACY TO FALSELY CLAIM THAT I WAS A

1  BAD GUY, AND MORE THAN THAT.  ALBERTINI'S ACCUSED ME AS
2  HAVING THESE OTHER PEOPLE, OF BEING AN EXTORTIONIST TO
3  A MURDERER.
4            RECENTLY I WAS CALLED BY A FRIEND BY A
5  FRIEND OF CHRISTINA TAFT, TWO FRIENDS OF HERS, OVER THE
6  LAST TWO DAYS, ONE NAMED DEBBY, THE OTHER NAMED AMANDA,
7  BOTH OF WHOM EXPRESSED THEIR CONCERN BECAUSE RICHARD
8  ALBERTINI IS THREATENING TO MAKE SOME DEMANDS ON
9  CHRISTINA TAFT, THAT SHE COULD PAY HIM $25,000.  AND
10 THEY ARE BOTH IN FEAR OF HIM.  AND NEITHER THEY NOR
11 PALOMERIS' WITNESS ARE NOT HERE BECAUSE THERE'S --
12 EVIDENTLY, THEY HAD A FALLING-OUT.
13            I NEVER SAID, BY THE WAY, RICHARD
14 ALBERTINI WAS A CONVICTED SEX OFFENDER.  AND AS FAR AS
15 THE COMPLAINT IN SOUTH CAROLINA, IT WAS FILED BY AARON
16 MCKENNY, BUT ALBERTINI PUT HIMSELF DOWN AS A WITNESS.
17 I COULD GO ON, BUT LET ME FINISH, JUST TEN SECONDS, IF
18 I MAY.  THE PRIMARY PURPOSE, MR. ALBERTINI'S SOLE
19 OBJECTIVE TO BE HERE TODAY WAS TO DO, YOUR HONOR,
20 EXACTLY WHAT HE ACCOMPLISHED, INVOKE THE NAMES OF
21 CELEBRITIES.  THIS IS HIS WAY OF INJECTING HIMSELF IN A
22 HIGH-PROFILE CASE, INVOKING THE NAMES OF CELEBRITIES,
23 AND TO EJECT REVENGE ON ME AND THE LAWYERS WHO HIRE ME,
24 BECAUSE WE REJECTED HIM AS A CREDIBLE WITNESS.
25            HIS OFF-THE-WALL CLAIMS WERE AS MUCH OFF
26 THE WALL THEN AS THEY ARE NOW WITH RESPECT TO THE
27 MURDERS, THE -- RIVER PHOENIX MURDERED, AND I KILLED
28 PAUL LYNDE, AND I COULD HAVE KILLED EDDIE MURPHY'S

1   ALLEGED TRANSVESTITE GIRLFRIEND.  IT'S JUST CRAZY.

2                   AND SO, YOUR HONOR, JUST TO CLEAR IT UP,

3   HE SAID THAT I PUT IN WRITING.  WELL, I GOT SO SICK OF

4   HIS DELUSIONS.  THERE WAS ONE TEXT WHERE HE SAID, "I

5   KNOW YOU THREW THAT TRANSVESTITE OUT OF THE WINDOW."

6                   I SAID I DIDN'T THROW HER OUT OF THE

7   WINDOW.  I THREW HER OFF THE ROOF.  HE SAID, "I KNOW

8   YOU KILLED PAUL LYNDE."

9                   I SAID, "SOMEBODY HAD TO DO IT," STUFF

10  LIKE THAT, JUST TO PLAY INTO HIS DELUSIONS.  IT

11  PROBABLY WAS, IN HINDSIGHT, NOT A GOOD IDEA.  IN FACT,

12  I FOUND PAUL LYNDE'S BODY.  HE WAS A DEAR, DEAR FRIEND

13  OF MINE.  WE TOURED THE COUNTRY WHEN I WAS AN ACTOR

14  DOING PLAYS.

15                  AS FAR AS EDDIE MURPHY GOES, HE'S THE

16  CLIENT OF PREEMINENT ENTERTAINMENT ATTORNEY MARTY

17  SINGER, WHO I WORKED WITH FOR 30 YEARS, AND I DID

18  EVERYTHING BY THE BOOK.  AND SHE WAS NOT MURDERED.  SHE

19  DIED FROM AN ACCIDENTAL DEATH.  AND THE CORONER'S

20  REPORT WILL VERIFY THAT FACT.  I CAN GO ON, BUT I THINK

21  I'M GOING TO, IN THE INTEREST OF SAVING THE COURT'S

22  TIME, I'M GOING TO STOP RIGHT HERE.

23          Q       THANK YOU.  ONE MORE QUESTION FOR YOU,

24  MR. BARRESI.  YOUR DECLARATION, SOME OF THE QUESTIONS

25  OF THE ALLEGATIONS OF MR. ALBERTINI, IS EVERYTHING IN

26  YOUR DECLARATION TRUE AND CORRECT?

27          A       EVERYTHING TO THE LETTER.

28              MR. ELLICOTT:  WE ALSO WISH TO ADMIT

```
 1   MR. BARRESI'S DECLARATION INTO EVIDENCE, YOUR HONOR.
 2        THE COURT:  ALL RIGHT.  ANY OBJECTION?
 3        MR. ALBERTINI:  YES.
 4        THE COURT:  WHAT IS IT?
 5        MR. ALBERTINI:  HE'S NOT TELLING THE TRUTH.
 6        THE COURT:  OKAY.  THAT'S OVERRULED.  I'LL ADMIT
 7   THE DECLARATION.
 8              (EXHIBIT C WAS MARKED
 9              FOR IDENTIFICATION.)
10        MR. ALBERTINI:  YOUR HONOR, DO I GET TO ASK ANY
11   QUESTIONS?
12        THE COURT:  YES.  I HAVE A QUESTION FOR
13   MR. BARRESI.  DID YOU OBTAIN A RESTRAINING ORDER
14   AGAINST MR. ALBERTINI?
15        THE WITNESS:  NO, I NEVER DID, YOUR HONOR.  I
16   WASN'T ABLE TO FIND HIM, NOR HAS ANYONE ELSE WHO
17   ATTEMPTED TO SERVE HIM.  THERE'S ABOUT HALF A DOZEN
18   PEOPLE TRYING TO FIND HIM.  HE'S IN AND OUT OF
19   DIFFERENT FLOP HOUSES OR HOTELS, MOTELS.
20        THE COURT:  DID YOU FILE FOR A RESTRAINING ORDER
21   AND OBTAIN A TEMPORARY RESTRAINING ORDER?
22        THE WITNESS:  I NEVER GOT THAT FAR.  I THOUGHT
23   HE WOULD JUST STOP.  I NEVER MET THE MAN.  I DON'T EVEN
24   KNOW THE MAN.  I ONLY KNOW HIM THROUGH -- BECAUSE HE'S
25   CONTINUALLY DISCREDITS ME AND CALLS ME A MURDERER AND
26   ACCUSES ME OF EVERYTHING THAT HE SAID TODAY.
27        THE COURT:  AT THIS POINT IN TIME MR. ALBERTINI
28   CAN ASK YOU QUESTIONS.  JUST PLEASE ANSWER THEM AS
```

```
 1   SIMPLY AS YOU CAN.  GO AHEAD.

 2

 3                      CROSS-EXAMINATION

 4   BY MR. ALBERTINI:

 5        Q     PAUL, EARLIER YOU STATED THAT YOU WENT TO

 6   MY FORMER HOUSE BECAUSE YOU WERE LOOKING TO SERVE A TRO

 7   ON ME.  WHY DIDN'T YOU FILE THAT TRO BEFORE GOING TO MY

 8   HOME?

 9        A     I WENT THERE TO VERIFY WHETHER, INDEED,

10   THAT WAS YOUR PHYSICAL ADDRESS.

11        Q     DID YOU SEND ME A TEXT MESSAGE TELLING ME

12   THAT YOU KILLED SHALIMAR?

13        A     NO.  IT WAS --

14        Q     DID YOU OR DID YOU NOT SEND --

15        THE COURT:  STOP.

16        THE WITNESS:  CAN YOU PLEASE READ ME THE TEXT

17   MESSAGE?

18        THE COURT:  GO AHEAD.  I THINK HE ALREADY

19   TESTIFIED THAT HE SAID HE THREW HER OFF THE ROOF.  HE'S

20   EXPLAINING IT.

21        MR. ALBERTINI:  THERE'S SEVERAL DIFFERENT TEXT

22   MESSAGE --

23        THE COURT:  WHEN THE JUDGE SPEAKS, YOU NEED TO

24   BE QUIET.

25        MR. ALBERTINI:  I'M SORRY.

26        THE COURT:  HE'S ALREADY SAID THAT HE -- YOU

27   SAID YOU KILLED IT ONE WAY, AND HE SAID, NO, I DID IT A

28   DIFFERENT WAY.  HE'S ALREADY SAID -- HE'S DESCRIBING
```

```
 1   THAT HE WAS JUST SO SICK HE WAS PLAYING ALONG WITH IT.
 2   HE SAID IT, SO I DON'T KNOW WHY --
 3         MR. ALBERTINI:  HE ASKED ME TO READ IT, THAT'S
 4   ALL.
 5         THE COURT:  I KNOW, BUT I'M NOT SURE WE NEED TO
 6   HEAR THAT NOW.  HE SAID HE DID IT.
 7         MR. ALBERTINI:  CAN I ASK MY NEXT QUESTION?
 8         THE COURT:  YES.
 9   BY MR. ALBERTINI:
10         Q     PAUL, DID YOU TEXT DENISE SHANNON LAST
11   WEEK, TELLING HER THAT YOU WERE ON THE ROOF WITH
12   SHALIMAR, AND WHEN YOU LUNGED FOR SHALIMAR, SHE FELL.
13   DID YOU TEXT THAT TO DENISE SHANNON, YES OR NO?
14         MR. ELLICOTT:  OBJECTION.  RELEVANCE.
15         THE COURT:  OVERRULED.  DID YOU?
16         THE WITNESS:  I WAS PLAYING INTO HIS DELUSIONS.
17   I WAS JOKING.  THE WHOLE LIVE WORLD KNOWS.  IN THE
18   CORONER'S REPORT -- I EVEN TALKED TO THE DETECTIVE WHO
19   WAS FIRST ON THE SCENE THAT FATEFUL NIGHT WHEN THAT
20   POOR WOMAN ACCIDENTALLY FELL TO HER DEATH.  I WAS
21   TOYING WITH ALBERTINI, I WAS MOCKING WITH HIM, AND ALSO
22   HIS FRIENDS, WHO HE BELIEVES AS DELUSIONAL, IF NOT
23   MORE, THAN HE IS.  AGAIN --
24         THE COURT:  THANK YOU.  YOU'VE ANSWERED.  ALL
25   RIGHT.
26               ASK ANOTHER QUESTION.
27   BY MR. ALBERTINI:
28         Q     PAUL LYNDE, DID YOU CALL ME ON THE PHONE
```

```
 1   AND TELL ME THAT YOU KILLED PAUL LYNDE?
 2           THE COURT:  HE SAID HE DID.
 3           THE WITNESS:  YOU CALLED ME.
 4   BY MR. ALBERTINI:
 5           Q     NO, I DIDN'T CALL YOU.
 6           THE COURT:  YOU DON'T GET TO ARGUE.
 7   BY MR. ALBERTINI:
 8           Q     DID YOU CALL ME ON THE PHONE ONE NIGHT
 9   WHEN I WAS SITTING WITH MY GIRLFRIEND?
10           THE COURT:  WELL, HE DOESN'T KNOW THAT.
11           MR. ALBERTINI:  WELL, HE DOES, BECAUSE HE WAS
12   AWARE THAT SHE WAS THERE.  WE HAD THIS CONVERSATION.
13           THE COURT:  OKAY.
14   BY MR. ALBERTINI:
15           Q     DID YOU CALL ME, MAKING THREATS?  I ASKED
16   YOU IF YOU WERE DRUNK AGAIN, AND YOU CONTINUED TO TALK.
17   AND I ASKED YOU WHY YOU KILLED PAUL LYNDE; AND DID YOU
18   SAY, "HOW DID YOU FIND OUT ABOUT THAT?"
19           THE COURT:  STOP IT RIGHT THERE.
20               DID THAT OCCUR, SIR?
21           THE WITNESS:  ABSOLUTELY NOT.  FIRST OF ALL, I
22   DON'T EVEN DRINK.
23   BY MR. ALBERTINI:
24           Q     DID YOU SEND A TEXT MESSAGE, STATING THE
25   SAME THING TO MARIO, AN ATTORNEY?
26           A     AGAIN, THE SAME SONG.  I WAS PLAYING INTO
27   YOUR DELUSIONS.
28           THE COURT:  OKAY.  I GOT IT THANK YOU.
```

```
 1    BY MR. ALBERTINI:
 2         Q      DENISE SHANNON IS A --
 3         THE COURT:  STOP.  ALL RIGHT.  HE ANSWERED YES
 4    WITH HIS EXPLANATION.  NEXT QUESTION.
 5    BY MR. ALBERTINI:
 6         Q      ARE YOU AWARE THAT DENISE SHANNON IS
 7    PARALEGAL?
 8         THE COURT:  I DON'T NEED TO KNOW THAT.  YOU'VE
 9    ALREADY TOLD ME.
10         MR. ALBERTINI:  OKAY.  WELL, I WAS JUST CURIOUS
11    IF HE WAS PLAYING INTO MY DELUSIONS WHY YOU WOULD --
12         THE COURT:  SIR, NEXT QUESTION.
13    BY MR. ALBERTINI:
14         Q      SORRY.  I FORGOT MY TRAIN OF THOUGHT.
15         THE COURT:  YOU DON'T HAVE TO HAVE ANOTHER
16    QUESTION.  I'M JUST ASKING IF YOU DO.
17         MR. ALBERTINI:  OKAY.  I'M DONE.
18         THE COURT:  ANY QUESTIONS, COUNSEL, BASED ON
19    THOSE QUESTIONS?
20         MR. ELLICOTT:  NO QUESTIONS, YOUR HONOR.
21         THE COURT:  ALL RIGHT.  THANK YOU.  DO YOU HAVE
22    ANOTHER WITNESS?
23         MR. ELLICOTT:  NO FURTHER WITNESSES.
24         THE COURT:  ALL RIGHT.  SIR, DO YOU HAVE
25    ANYTHING YOU WANT TO SAY IN REBUTTAL TO WHAT I'VE
26    HEARD?
27         MR. ALBERTINI:  I'D JUST LIKE TO STATE ONE MORE
28    TIME THAT I FEEL THAT PAUL BARRESI IS A VERY DANGEROUS
```

1    MAN.  I FEEL LIKE MY LIFE IS IN DANGER.  I FEEL LIKE

2    THIS MAN IS NOT GOING TO STOP.

3                    I WOULD LIKE TO SAY THAT, AGAIN,

4    REITERATE FOR THE RECORD THAT, SINCE I FILED THIS

5    RESTRAINING ORDER, HE'S VIOLATED IT THREE TIMES.  HE'S

6    NOT GOING TO STOP.  I DON'T KNOW WHAT HE'S TALKING

7    ABOUT ME PUTTING CELEBRITIES' NAMES ONTO THE RECORD.

8    THERE IS A CIVIL LITIGATION BEING FILED AGAINST ALL OF

9    THESE PARTIES.  THERE IS ANOTHER CRIMINAL CHARGE --

10            THE COURT:  I DON'T KNOW WHAT YOU'RE TALKING

11   ABOUT THERE.

12            MR. ALBERTINI:  WHAT'S HAPPENED, DAVID BIGNEY IS

13   FILING A LAWSUIT AGAINST PAUL BARRESI, ALAN WALDMAN,

14   JOHNNY DEPP, BEN CHU, MATTHEW LEWIS, AND MARION

15   MATRINI.  IT'S NOT FILED YET.  IT WAS ALL PUT TOGETHER.

16            THE COURT:  MOVE ON TO SOMETHING ELSE.

17            MR. ALBERTINI:  WE ARE STILL MEETING WITH THE

18   POLICE HERE IN LOS ANGELES TO DISCUSS PAUL BARRESI'S

19   HARASSMENT AND DEATH THREATS, AS WELL AS THE MURDER OF

20   SHALIMAR, AS WELL AS CREATING AN INVESTIGATION INTO

21   WHAT ACTUALLY HAPPENED TO PAUL LYNDE.

22                    PAUL BARRESI LIKES TO TALK, AND PAUL

23   BARRESI IS GOING TO PUT IN WRITING THAT HE'S KILLING

24   PEOPLE AND THEN GOING OUT AND THREATENING PEOPLE.

25   WE'RE GOING TO TAKE IT SERIOUS, AND I'M THE PERSON

26   BEING THREATENED, SO I'M GOING TO TAKE IT SERIOUS, AND

27   WE'RE NOT GOING TO STOP UNTIL THERE'S JUSTICE.

28            THE COURT:  ALL RIGHT.  THANK YOU.

```
 1              ANY COMMENTS, COUNSEL?  ARGUMENT?
 2         MR. ELLICOTT:  YES.  THANK YOU, YOUR HONOR.  I'D
 3    LIKE THE COURT TO TURN TO MR. BARRESI'S DECLARATION,
 4    AND ACTUALLY TO THE LANCASTER POLICE REPORT.  IT WOULD
 5    BE PAGE 11 OF THE DOCUMENT.  IT STARTS WITH PAGE 2 OF
 6    THE POLICE REPORT.
 7         THE COURT:  IT STARTS WITH "ON MAY 20, 2022"?
 8         MR. ELLICOTT:  THAT'S IT, YOUR HONOR.
 9         THE COURT:  GO AHEAD.
10         MR. ELLICOTT:  THE SECOND PARAGRAPH STARTS OUT:
11                   "RICHARD ADVISED THAT HE HAS
12                   BEEN RECEIVING DEATH THREATS FOR
13                   ABOUT A YEAR AND A HALF NOW.
14                   RICHARD STATED THAT HE HAS
15                   WORKED IN HOLLYWOOD WITH
16                   DIFFERENT CELEBRITIES AND HAS
17                   INFORMATION ON THE CORRUPTION.
18                   RICHARD STATED HE HAS WORKED
19                   WITH PEOPLE IN POWERFUL
20                   POSITIONS, LIKE NANCY PELOSI AND
21                   HAS DONE TERRIBLE THINGS ON
22                   THEIR BEHALF."
23                   THEN THE NEXT PARAGRAPH STARTS OUT IN THE
24    THIRD PARAGRAPH:
25                   "RICHARD STATED THAT HE HAS
26                   FILED A LOT OF REPORTS IN
27                   CALIFORNIA, BUT THE POLICE WILL
28                   NOT INVESTIGATE ANYTHING DUE TO
```

1          THE CORRUPTION.  RICHARD ADVISED

2          THAT HE IS A PART OF A CHRISTIAN

3          PATRIOTIC GROUP THAT IS TRYING

4          TO FIX THE WORLD BY TELLING THE

5          TRUTH TO TRY AND GET RID OF THE

6          CORRUPTION."

7          ALSO RICHARD'S STATING THAT HE HAS TRIED

8   TO COME FORWARD ABOUT MULTIPLE MURDERS THAT HAVE

9   OCCURRED BUT THE MAYOR WILL NOT LET ANYONE INVESTIGATE

10  THE CLAIMS.  SO MR. ALBERTINI WAS MAKING A REPORT THERE

11  IN NORTH CAROLINA.

12          I'D ALSO LIKE THE COURT TO LOOK AT THE

13  PHONE RECORDS THAT MR. BARRESI SUPPLIED WHICH ARE

14  FURTHER DOWN IN EXHIBIT 2, WHERE WE NOTE THE TEXTS THAT

15  ARE SENT REPEATEDLY.  AND THE DATES ARE AT THE TOP OF

16  THE PAGE, AS THE DATES OF THE PHONE RECORDS.  AND,

17  OCCASIONALLY, YOU CAN TELL WHEN THEY WERE DONE.

18          YOU CAN SEE, FOR EXAMPLE, THE FIRST ONE

19  IN EXHIBIT 2 IS MARCH 7 THROUGH APRIL 6.  AND YOU'LL

20  SEE ALL THE PHONE CHARGES THERE, MARCH 14, MARCH 15,

21  MARCH 23RD, GOING DOWN.  APRIL 17.  TEXT MESSAGES FROM

22  MR. ALBERTINI TO MR. BARRESI.  NUMEROUS TEXT MESSAGES.

23  THERE'S, I THINK, ABOUT 19 OR 20 PAGES WORTH OF

24  MESSAGES HERE THAT WE'VE REPORTED THAT SHOW THAT

25  MR. ALBERTINI IS TRYING TO CONTACT MR. BARRESI, NOT THE

26  OTHER WAY AROUND.

27          AND THERE'S NO TESTIMONY THAT THESE WERE

28  NOT TEXTS FROM MR. ALBERTINI, OTHER THAN HIS OWN

1   STATEMENT THAT HE DIDN'T DO IT, WHICH IS CLEARLY

2   CONTRADICTED BY THE RECORD THAT'S SUPPLIED HERE IN THE

3   PHONE RECORD.  ADDITIONALLY, MR. ALBERTINI DENIED THAT

4   HE REPRESENTED THAT HE WAS MARIO IN THIS PHONE CALL

5   SEVERAL MONTHS AGO.  AND, YET, HIS OWN VIDEO THAT HE

6   POSTED AND PREPARED ADMITS -- WHAT WE PLAYED FOR THE

7   COURT, ADMITS THAT HE LIED TO MY CLIENT ABOUT WHO HE

8   WAS AND THAT MY CLIENT THOUGHT HE WAS SPEAKING TO

9   SOMEONE NAMED MARIO AND BLOWING STEAM OFF ABOUT HIS

10  OPINION OF MR. ALBERTINI.  BUT THE THREAT WAS NEVER

11  REALLY A THREAT.

12            IT WAS NEVER MADE DIRECTLY TO

13  MR. ALBERTINI.  IN FACT, MR. ALBERTINI LIED TO MY

14  CLIENT AS TO WHO HE WAS.  MR. ALBERTINI'S STORY READS

15  LIKE SOME FICTION NOVEL THAT WE SHOULD BE WATCHING ON

16  TELEVISION.  IT IS INCREDIBLE.  IT IS HARD TO BELIEVE.

17  HE MAKES ACCUSATIONS THAT ARE, FRANKLY, INCREDIBLY

18  DIFFICULT TO FOLLOW.

19            HE TALKS ABOUT EVIDENCE THAT HE HAD THE

20  OPPORTUNITY TO PRESENT, AND HE DOES NOT.  THIS HEARING

21  WAS CONTINUED.  HE KNEW ABOUT IT, OBVIOUSLY.  HE SAID

22  HE WAS PREPARED BEFORE, BUT HE PRESENTED VIRTUALLY NO

23  EVIDENCE TO THE COURT, NO WITNESSES, NO ONE TO

24  COUNTER -- SAY ANYTHING ABOUT THE ALLEGED THREATS AND

25  COMMENT THAT MY CLIENT ALLEGEDLY MADE, THREATENING HIM.

26  NO DOCUMENTATION, NO COPIES OF TEXTS, ANYTHING LIKE

27  THAT.  THE ONLY ADMISSIBLE EVIDENCE THAT THE COURT HAS

28  ARE THE RECORDS THAT MY CLIENT HAS ADMITTED.

1              YOUR HONOR, MR. ALBERTINI'S REQUEST
2    SHOULD BE DENIED.  IT'S A STORY, IT'S FANTASY, IT'S A
3    DELUSION.  THEREFORE, MR. BARRESI REQUESTS THAT THE
4    COURT DENY MR. ALBERTINI'S REQUEST FOR A RESTRAINING
5    ORDER.  THE STANDARD FOR THIS IS QUITE HIGH, AS YOU
6    KNOW.
7              IT'S NOT JUST MERELY THE PREPONDERANCE OF
8    THE EVIDENCE, BUT IT IS BEYOND A REASONABLE DOUBT FOR A
9    CIVIL HARASSMENT RESTRAINING ORDER.  IT CALLS FOR A
10   CONTINUED COURSE OF HARASSMENT, AND THERE'S JUST NOT
11   BEEN THAT.  SO, YOUR HONOR, MR. BARRESI REQUESTS THAT
12   THE COURT DENY THE RESTRAINING ORDER AND DISMISS IT.
13        THE COURT:  OKAY.  THANK YOU.
14             THE COURT DOES NOT FIND SUFFICIENT
15   EVIDENCE TO ISSUE THE RESTRAINING ORDER ON CLEAR AND
16   CONVINCING EVIDENCE.  THE STORIES ARE VERY WILD AND
17   HARD TO BELIEVE, AND I'M --
18        MR. ALBERTINI:  YOUR HONOR, WHEN DO I GET TO --
19        THE COURT:  STOP TALKING.  I'VE HEARD YOUR CASE.
20        MR. ALBERTINI:  BUT DIDN'T SHOW EVIDENCE.
21        THE COURT:  HE HAS LOTS OF EVIDENCE, BUT A LOT
22   OF IT IS VERY WILD, ABOUT THE MURDERS AND THE MAYOR IS
23   NOT LETTING HIM FILE THE MURDER CASES AND --
24        MR. ALBERTINI:  YOUR HONOR, WHY ARE YOU --
25        THE COURT:  STOP TALKING.  STOP TALKING, SIR.
26        MR. ALBERTINI:  YOU'RE ASSUMING WHAT THIS MAN IS
27   SAYING IS TRUE.
28        THE COURT:  YOU'RE SHOWING ME YOU'RE THE

```
 1   OUT-OF-CONTROL PERSON RIGHT NOW.  YOU CAN'T STOP

 2   TALKING.

 3          MR. ALBERTINI:  BUT YOU'RE SAYING THAT THE MAYOR

 4   SAID SOMETHING.  THE MAYOR HAS GOT NOTHING TO DO WITH

 5   THIS.

 6          THE COURT:  STOP TALKING.  IT'S IN YOUR POLICE

 7   REPORT WITH LANCASTER.  IT'S DIFFERENT EVIDENCE I USE

 8   TO JUDGE PEOPLE'S CREDIBILITY, AND THAT'S WHAT I'M

 9   DOING HERE.

10          MR. ALBERTINI:  OKAY.

11          THE COURT:  THANK YOU FOR COMING IN.  THAT

12   CONCLUDES THIS MATTER.  THE PETITION IS DISMISSED.  THE

13   TEMPORARY RESTRAINING ORDER IS DISSOLVED.

14          MR. ALBERTINI:  THANK YOU.

15          MR. ELLICOTT:  THANK YOU, JUDGE.

16

17                  (END OF PROCEEDINGS.)

18

19                     ---O0O---

20

21

22

23

24

25

26

27

28
```

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                 IN AND FOR THE COUNTY OF LOS ANGELES

 3     DEPARTMENT S                    HON. TIMOTHY MARTELLA, JUDGE

 4

 5     RICHARD ALBERTINI,              )
                                       )
 6                                     )
                        PETITIONER,    )
 7                                     )
                                       )
 8          VS.                        )    22PDRO01308
                                       )
 9                                     )
       PAUL BARRESI,                   )
10                                     )
                                       )
11                     RESPONDENT.     )
       _____)
12

13

14

15             I, ELSIE DIWA CERVANTES, OFFICIAL COURT

16        REPORTER FOR THE SUPERIOR COURT OF THE STATE

17        OF CALIFORNIA, IN AND FOR THE COUNTY OF

18        LOS ANGELES, DO HEREBY CERTIFY THAT THE FOREGOING

19        PAGES 1 THROUGH 51, INCLUSIVE, COMPRISE A FULL,

20        TRUE AND CORRECT TRANSCRIPT OF THE PROCEEDINGS

21        TAKEN IN THE ABOVE-ENTITLED MATTER ON

22        OCTOBER 19, 2022.

23             DATED THIS 7TH DAY OF DECEMBER, 2024.

24

25

26     *Elsie Diwa Cervantes*
          ELSIE DIWA CERVANTES, CSR #11416
27        OFFICIAL COURT REPORTER

28
```

# EXHIBIT 17

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:**  22PDRO01308
ALBERTINI, RICHARD VS BARRESI, PAUL

**Filing Courthouse:**  Pasadena Courthouse

**Filing Date:**  09/13/2022
**Case Type:**  Civil Harassment Prevention (General Jurisdiction)
**Status:**  Statistical Disposition 10/19/2022

Click here to access document images for this case

If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

None

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

ALBERTINI RICHARD - Petitioner

BARRESI PAUL - Respondent

ELLICOTT VERNON LOUIS - Attorney for Respondent for Respondent

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Documents Filed (Filing dates listed in descending order)**
**10/19/2022** Minute Order

**10/18/2022** Remote Appearance - Scheduled
Filed by Respondent

**10/13/2022** Remote Appearance - Scheduled
Filed by Respondent

**10/11/2022** Response - Civil Harassment (violence) (Response - Civil Harassment By Paul Barresi )
Filed by Respondent

**10/11/2022** Notice - Remote Appearance - RA 010 (Notice - Remote Appearance - RA 010 - ($ 0) )
Filed by Respondent

**10/11/2022** Proof of Service (Proof of Service on Response to CHRO )
Filed by Respondent

**10/11/2022** Memorandum - Points and Authorities (Memorandum - Points and Authorities in Opposition to Request for Civil Harassment Restraining Order )

Filed by Respondent

**10/11/2022** Declaration (Declaration of Paul Barresi )
Filed by Respondent

**09/28/2022** Notice - Hearing & Order on Reissuance TRO (Form 116)

**09/28/2022** Minute Order

**09/26/2022** Proposed Form 116 - Reissuance TRO (Proposed Form 116 - Reissuance TRO - ($ 0) )
Filed by Respondent

**09/26/2022** Request to Continue and Reissue TRO (Form 115) (Request to Continue and Reissue TRO (Form 115) - ($ 0) )
Filed by Respondent

**09/15/2022** Proof of Service (Proof of Service (Form 200) )
Filed by Petitioner

**09/13/2022** Civil Case Cover Sheet

**09/13/2022** Declaration - Ex Parte Notice (Notice Given)
Filed by Petitioner

**09/13/2022** Temporary Restraining Order (Form 110)
Filed by Petitioner

**09/13/2022** Notice - Court Hearing (Form 109)
Filed by Petitioner

**09/13/2022** Petition - Civil Harassment (violence)
Filed by Petitioner

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Proceedings Held (Proceeding dates listed in descending order)

**10/19/2022** at 8:30 AM in Department S, Martella, Timothy, Presiding
Restraining Order Hearing - **Denied - RO- After Evidence by both**

**09/28/2022** at 8:30 AM in Department S, Martella, Timothy, Presiding
Restraining Order Hearing - **Held - Continued, TRO Reissued**

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Register of Actions (Listed in descending order)

**10/19/2022** at 8:30 AM in Department S, Martella, Timothy, Presiding
Restraining Order Hearing - **Denied - RO- After Evidence by both**

**10/19/2022** Minute Order

**10/18/2022** Remote Appearance - Scheduled
Filed by Respondent

**10/13/2022** Remote Appearance - Scheduled
Filed by Respondent

**10/11/2022** Proof of Service (Proof of Service on Response to CHRO )
Filed by Respondent

**10/11/2022** Notice - Remote Appearance - RA 010 (Notice - Remote Appearance - RA 010 - ($ 0) )
Filed by Respondent

**10/11/2022** Memorandum - Points and Authorities (Memorandum - Points and Authorities in Opposition to Request for Civil Harassment Restraining Order )
Filed by Respondent

**10/11/2022** Response - Civil Harassment (violence) (Response - Civil Harassment By Paul Barresi )
Filed by Respondent

**10/11/2022** Declaration (Declaration of Paul Barresi )
Filed by Respondent

**09/28/2022** at 8:30 AM in Department S, Martella, Timothy, Presiding
Restraining Order Hearing - **Held - Continued, TRO Reissued**

**09/28/2022** Notice - Hearing & Order on Reissuance TRO (Form 116)

**09/28/2022** Minute Order

**09/26/2022** Request to Continue and Reissue TRO (Form 115) (Request to Continue and Reissue TRO (Form 115) - ($ 0) )
Filed by Respondent

**09/26/2022** Proposed Form 116 - Reissuance TRO (Proposed Form 116 - Reissuance TRO - ($ 0) )
Filed by Respondent

**09/15/2022** Proof of Service (Proof of Service (Form 200) )
Filed by Petitioner

**09/13/2022** Temporary Restraining Order (Form 110)
Filed by Petitioner

**09/13/2022** Notice - Court Hearing (Form 109)
Filed by Petitioner

**09/13/2022** Petition - Civil Harassment (violence)
Filed by Petitioner

**09/13/2022** Declaration - Ex Parte Notice (Notice Given)
Filed by Petitioner

**09/13/2022** Civil Case Cover Sheet

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Family Division
## Pasadena Dept. - S

**22PDRO01308**
**Albertini, Richard**
**vs**
**Barresi, Paul**

**October 19, 2022**
**8:30 AM**

Honorable Timothy Martella, Judge

Walter Acuna, Judicial Assistant

Elsie Cervantes (#11416), Court Reporter

---

**NATURE OF PROCEEDINGS:** Petition - Civil Harassment (violence) filed by Petitioner on September 13, 2022

The following parties are present for the aforementioned proceeding:

> Richard Albertini, Petitioner
> Paul Barresi, Respondent on LACourtConnect
> Vernon Louis Ellicott, Attorney for Respondent on LACourtConnect

The cause is called for Trial.

The parties are sworn and testify.

The court would like parties to be present for this hearing instead of being on LACourtConnect, respondent argues for the matter to go forward this date.

The matter is heard,

Petitioner requests a continuance during their presentation to bring in witnesses, the respondent objects arguing statutory right and that the trial is in progress.

The trial continues.

Respondent testifies.

Respondent's A (Lancaster County Sheriff office report by petitioner), Respondent's B (respondent's phone records with attached declaration), and Respondent's C ( respondent's declaration) are admitted into evidence by reference to the record.

All exhibits, identified or admitted, are by reference to the record only and are returned to their respective parties at the end of the hearing for retention for any possible appellate review.

---

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

## Family Division
## Pasadena Dept. - S

**22PDRO01308**
**Albertini, Richard**
**vs**
**Barresi, Paul**

**October 19, 2022**
**8:30 AM**

The Court finds the party requesting the order of protection did not sustain the applicable burden of proof and accordingly the request is denied.  Any temporary restraining order earlier issued is hereby dissolved.

The case is ordered dismissed.

# EXHIBIT 18

# PRINTABLE CASE VIEW

**Generated: 4-MAR-2025 12:20 PM**

**Search Criteria: Case ID or Citation Number: 1DSS-23-0001195**

**1 record(s) total**

| | | |
|---|---|---|
| **Case ID:** 1DSS-23-0001195 - Christina A Taft, PET v. Paul Barresi, RES<br>**Type:** SS - DC Temp Restraining Order<br>**Status:** TERMINATED - Terminated Case<br>**Last Updated:** 24-Oct-2023 | **Filing Date:** MONDAY, OCTOBER 23, 2023<br>**Court:** FIRST CIRCUIT<br>**Location:** HONOLULU DIVISION | |

## Related Cases

No related cases were found.

## Case Parties

| Seq # | Assoc | End Date | Type | ID | Name / Aliases |
|---|---|---|---|---|---|
| 1 | | | Petitioner | @6424530 | Taft, Christina Amanda |
| 2 | | | Respondent | @6424532 | Barresi, Paul |

## Bail / Bond Information

No Bails were found.

## Events

No Case Events were found.

## Dockets

| Docket # | Date | Docket | Document Name | Parties | Filing Party |
|---|---|---|---|---|---|
| 1 | 10/23/2023 | Ex Parte Petition for TRO | Petitioner for Ex Parte Temporary Restraining Order and For Injunction against Harassment; Declaration of Petitioners; Temporary Restraining Order Against Harassment; and Notice of Hearing | Christina A Taft - Petitioner | |
| 3 | 10/23/2023 | Document | Sealed | Christina A Taft - Petitioner | |
| 5 | 10/23/2023 | Document | --Denied--Plaintiff's Ex Parte Motion to Serve Temporary Restraining Order (TRO) | Christina A Taft - Petitioner | |
| 7 | 10/23/2023 | Fee Exemption Form | Fee Exemption Form | Christina A Taft - Petitioner | |

| 9 | 10/23/2023 | Payment Due to Court | | Christina A Taft - Petitioner | |
| 11 | 10/24/2023 | Payment<br>Payment by Cash-Civil in the amount of $15.00 by PET - Taft, Christina Amanda (6424530) | | Christina A Taft - Petitioner | |

# EXHIBIT 19

# PRINTABLE CASE VIEW

**Generated: 4-MAR-2025 12:27 PM**

**Search Criteria: Case ID or Citation Number: 1DSS-24-0000057**

**1 record(s) total**

| | | |
|---|---|---|
| **Case ID:** 1DSS-24-0000057 - Christina A Taft, PET v. Paul Barresi, RES<br>**Type:** SS - DC Temp Restraining Order<br>**Status:** TERMINATED - Terminated Case<br>**Last Updated:** 16-Jan-2024 | **Filing Date:** FRIDAY, JANUARY 12, 2024<br>**Court:** FIRST CIRCUIT<br>**Location:** HONOLULU DIVISION | |

## Related Cases

No related cases were found.

## Case Parties

| Seq # | Assoc | End Date | Type | ID | Name / Aliases |
|---|---|---|---|---|---|
| 1 | | | Petitioner | @6465638 | Taft, Christina Amanda |
| 2 | | | Respondent | @6465639 | Barresi, Paul |

## Bail / Bond Information

No Bails were found.

## Events

No Case Events were found.

## Dockets

| Docket # | Date | Docket | Document Name | Parties | Filing Party |
|---|---|---|---|---|---|
| 1 | 01/12/2024 | Ex Parte Petition for TRO | Petition for Ex Parte Temporary Restraining Order and for Injunction Against Harassment; Declaration of Petitioner; Temporary Restraining Order Against Harassment; and Notice of Hearing | Christina A Taft - Petitioner | |
| 3 | 01/12/2024 | Fee Exemption Form | Fee Exemption Form | Christina A Taft - Petitioner | |
| 5 | 01/12/2024 | Payment Due to Court | | Christina A Taft - Petitioner | |

| 7 | 01/16/2024 | Payment<br>Payment by Cash-Civil in the amount of $15.00 by PET - Taft, Christina Amanda (6465638) | | Christina A Taft - Petitioner | |

# EXHIBIT 20

**EPSTEIN**

# A New Story Emerges of How Ghislaine Maxwell Recruited Young Girls

Molly Skye Brown said in a report that Maxwell approached her in Palm Beach when she was 14.



BY **DAN ADLER**

OCTOBER 1, 2020



BY MATHIEU POLAK/GETTY IMAGES.

☐ **SAVE**

When **Ghislaine Maxwell** was charged with aiding Jeffrey Epstein's sexual abuse earlier this year, the federal indictment alleged that the socialite exploited girls as young as 14. Prosecutors said that Maxwell, who has pleaded not guilty and is being held without bail in a Brooklyn prison, would seek out girls and introduce them to Epstein with the knowledge that he would abuse them. In a report published on Wednesday, **Molly Skye Brown,** now 42, said Maxwell tried to recruit her as a masseuse when she was a 14-year-old in Palm Beach in 1992.

Brown *told* *The Sun* that she had been working in the childcare facility at a gym when Maxwell approached her. "I saw Maxwell walk by and she stopped," she told the tabloid. "I was the only one in there."

"She looked me up and down, then came into the gym, walked to the front counter, and I could hear her say: 'I'm not going to be long, I just want to talk to this girl,'" Brown continued.

According to the tabloid, Brown came forward with the hope of building community among other sexual assault survivors. She said she reported Maxwell to the FBI last year but was told she didn't have a case.

Brown said that Maxwell introduced herself as a modeling scout, handed her a business card, and told her she "could easily pass for 18." Brown had been doing a variety of modeling, acting, and singing work at the time, and Maxwell reportedly offered her jobs as a Victoria's Secret model and a masseuse. That method was already established: Epstein managed the money of **Les Wexner,** the former CEO of Victoria's Secret's parent company, L Brands, and also described himself to girls as a recruiter for the company. (In a letter to employees at L Brands last year, Wexner denied having knowledge of Epstein's crimes prior to his 2019 sex trafficking indictment. Epstein was a convicted pedophile as of 2008.)

Brown said she told Maxwell that she preferred acting and singing, and that Maxwell replied, "Well, if you change your mind, I have a lot of modeling opportunities."

---

## Cocktail Hour newsletter

Get essential culture, news, and style, every day.

SIGN UP

By signing up, you agree to our user agreement (including class action waiver and arbitration provisions), and acknowledge our privacy policy.

"She was just a predator prowling the streets I have no doubt," Brown said. "I've now had others tell me that I'm exactly the type. I fit the bill perfectly." Brown said she later heard that Maxwell had roamed the shops at Orlando's Altamonte Mall looking for other girls and handing out her business card. Maxwell's lawyer couldn't immediately be reached for comment on the report.

As Maxwell's July trial approaches, more information about her life and alleged crimes have continued to emerge. The podcast *Broken: Seeking Justice* reported earlier this week that Epstein and Maxwell first met as early as 1988 through Maxwell's father, the media magnate Robert Maxwell.

# More Great Stories From *Vanity Fair*

— From Jeffrey Epstein's Home to a Bill Clinton Dinner, More Details About Ghislaine Maxwell Emerge
— Inside Meghan Markle's Political Ambitions
— Ta-Nehisi Coates Guest-Edits "The Great Fire," a Special Issue
— Skyhorse Publishing's House of Horrors
— Peter Beard's Life, From His Art to His Wives to His Death
— Stirring Photographs of Britain's Coronavirus Lockdown, Curated by Kate Middleton
— Why Meghan Markle Won't Back Down in Her Tabloid Trial
— From the Archive: How Irene Langhorne Lured the Figures of Her Day and Made History

— Not a subscriber? Join *Vanity Fair* to receive full access to VF.com and the complete online archive now.



# Dan Adler

STAFF WRITER

Dan Adler is a staff writer at *Vanity Fair* covering culture, celebrity, and more. His work has spanned profiles of influential characters and connectors, investigations at the fringes of fame, and the criminal trials of Ghislaine Maxwell and Donald Trump. His reporting for *VF* on Justin Bieber's former megachurch Hillsong … Read more

SEE MORE BY DAN ADLER »

# Cocktail Hour newsletter

Get the latest on culture, news, and style, handpicked for you, every day.

SIGN UP

By signing up, you agree to our user agreement (including class action waiver and arbitration provisions), and acknowledge our privacy policy.

# MORE LIKE THIS

# EXHIBIT 21

**Melissa Y. Glass**

---

| | |
|---|---|
| **From:** | Melissa Lerner |
| **Sent:** | Friday, November 8, 2024 4:04 PM |
| **To:** | Christina Taft |
| **Cc:** | ceo.taft@rescue-social.com; Lucy Hanna; Max Fabricant; Christina Taft |
| **Subject:** | Re: Stipulation to extend response deadline by 7 days |
| **Attachments:** | melodyesue@gmail.com - Google Search.pdf |

**CONFIDENTIAL & PRIVILEGED COMMUNICATION (FRE 408)**

Hi Ms. Taft:

Melodye's phone number is on the Legal Structure Consulting website. https://legalstructureconsultinggroup.com/contact/. A search of her email on Google (you had copied her on emails) confirmed "Mel Sue H" (the name on her email) is "Melodye Sue Hannes." (See attached.) Nothing nefarious is going on.

Here is Local Rule 7-3:
**L.R. 7-3 - Conference of Counsel Prior to Filing of Motions.** In all cases not listed as exempt in L.R. 16-12, and except in connection with discovery motions (which are governed by L.R. 37-1 through 37-4) and applications under F.R.Civ.P. 65 for temporary restraining orders or preliminary injunctions, ***counsel contemplating the filing of any motion must first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution***. The conference must take place at least 7 days prior to the filing of the motion. If the parties are unable to reach a resolution that eliminates the necessity for a hearing, counsel for the moving party must include in the notice of motion a statement to the following effect: "This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on (date)."

I don't know what calls you are referencing. If you mean my efforts to reach you by phone to meet and confer, the number you listed on the caption didn't work. I couldn't reach you because the number you listed did not include a country code or any indication it was a French number.

I am reading between the lines to understand that you would like us to send a draft settlement agreement. We will get back to you with that soon.

All rights reserved.

Sincerely,
Melissa

---

**From:** Christina Taft <taftchristina.ceo@gmail.com>
**Date:** Friday, November 8, 2024 at 1:30 PM
**To:** Melissa Lerner <mlerner@lavelysinger.com>
**Cc:** ceo.taft@rescue-social.com <ceo.taft@rescue-social.com>, Lucy Hanna <legalstructureconsulting@gmail.com>, Max Fabricant <mfabricant@lavelysinger.com>, Christina Taft <taftchristina.life@gmail.com>
**Subject:** Re: Stipulation to extend response deadline by 7 days

Ms. Lerner:

I thought you went to Princeton and regularly communicate with people Related to Film and Arts, so therefore you could read in between the lines.

How was Mel's phone number obtained? I never presented her last name nor her contact information.

Secondly, electronic communications are "meet and confer" situations as I've already witnessed when Tom Urban was a decent lawyer of mine before Paul Barresi. As you have uploaded yourself, email chains in litigant databases are communications.

I have not been given a transcription of calls nor was it admitted that calls occurred. Moreover, my phone number is my French phone number which I have records from the utility company that is a telephone number.

My case has merit and my rights are reserved as well.

I've requested that you send a proposed document to me about the Injunction I have pleas for on my behalf and the behalf of others who have plead to me before and I witness the distress which distresses me in turn.

Sincerely,
Christina Taft


*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*


On Fri, Nov 8, 2024 at 11:09 AM Melissa Lerner <mlerner@lavelysinger.com> wrote:

**Privileged and confidential settlement communication (FRE 408)**


Hi Ms. Taft,


Unfortunately, I really don't know what your email means, so I cannot respond substantively. If you would like to discuss a resolution to this case in which the parties walk away; stop talking and posting about each other and stop contacting each other; and you pay my client's fees and costs of defense (they're still pretty low right now), that's great. Otherwise, your procedurally improper and substantively meaningless motion practice will be dealt with via motions to strike and we will eventually seek FRCP 11 sanctions if you continue engaging in this pattern of frivolous and wasteful litigation. That you did not once agree to discuss or even ask about the basis for our motion to dismiss your Complaint confirms that the legal and factual merits are irrelevant to you.

This might be a game for you right now, but it won't be when the Court starts ordering you to pay Mr. Barresi's attorney's fees (which are only going to increase if you keep up this harassment).

My client's rights, remedies, claims and defenses, in equity and in law, remain reserved.


-Melissa


---

**From:** Christina Taft <taftchristina.ceo@gmail.com>
**Date:** Friday, November 8, 2024 at 11:02 AM
**To:** Melissa Lerner <mlerner@lavelysinger.com>
**Cc:** ceo.taft@rescue-social.com <ceo.taft@rescue-social.com>, Lucy Hanna <legalstructureconsulting@gmail.com>, Max Fabricant <mfabricant@lavelysinger.com>, Christina Taft <taftchristina.life@gmail.com>
**Subject:** Re: Stipulation to extend response deadline by 7 days

Hi Ms. Lerner,

I saw today's docket updates... I had a written response to discuss, mainly on the issue of lookups on legal aids/potential witnesses, as the requests for preliminary injunctions state:


*"Exploitation of Records: Witness (A Licensed private investigator) indicates that Barresi has been known to audio record and exploit phone calls with attorneys, former clients, and potential witnesses who may wish to report him. Defendant Adam Waldman "Consigliere" has enhanced, directed, and rewarded "Bagman" Barresi for his actions to benefit principle Depp, knowing that his license was nearly immediately revoked by the attorney general and that he can cause (censored) to potential witnesses."*

I requested conformity between witnesses and records, and phone communications versus written records.

As stated earlier, I'm allowed to have legal aid as anyone should on the planet. I have not seen any written documentation about assistance for injunctions to stop Barresi - to aid me, my potential witnesses (who may be former clients of law firms), or anyone else.

Email Exhibits Not Shown to Judge - Hello Ms. Lerner

...Three Licensed Private Investigator Declarations attesting to afraid witnesses from Defendants...

I urge the possibility of improving and/or saving lives and reducing continual costs to former clients of Lavely & Singer and other law firms -

In 2003, Barresi obstructed an investigation since 2002, and prevented writing that would distance former clients,

 e.g., Sylvestor Stallone and Arnold Schwarzenegger, in actual belief, *prevented both the clients, former clients, and lawyers ('written as Singer-Pellicano' in Barresi's email to independent journalist Luke Ford) from distancing from Pellicano Associates…*

Christina Taft

On Thu, Nov 7, 2024 at 6:46 PM Melissa Lerner <mlerner@lavelysinger.com> wrote:

Hi Ms. Taft,

We were informed earlier today that you were amenable to the 7 day extension and relied on that representation. Please return the signed stipulation to me as soon as possible so we can get it on file before midnight. If you would prefer that I add your electronic signature, please let me know and I will do so.

Thank you so much.

---

**From:** Melissa Lerner <mlerner@lavelysinger.com>
**Date:** Thursday, November 7, 2024 at 4:16 PM
**To:** Christina Taft <taftchristina.ceo@gmail.com>, taft.christina@yahoo.com <taft.christina@yahoo.com>, ceo.taft@rescue-social.com <ceo.taft@rescue-social.com>
**Cc:** Mel Sue H <melodyesue@gmail.com>, Lucy Hanna <legalstructureconsulting@gmail.com>, Max Fabricant <mfabricant@lavelysinger.com>
**Subject:** Re: Stipulation to extend response deadline by 7 days

Hi Ms. Taft,

Checking in regarding the stipulation

**Melissa Y. Lerner**

**Partner | Lavely & Singer P.C.**

**P.** 310-556-3501 x 264

**M.** 310-710-0388

Sent from my iPhone

On Nov 7, 2024, at 2:08 PM, Melissa Lerner <mlerner@lavelysinger.com> wrote:

Ms. Taft,

Attached for your signature please find a stipulation extending the response date by seven days to November 14. Thank you.

-Melissa


-----------------------------------------------------------------------------------
**MELISSA Y. LERNER**
LAVELY & SINGER

PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

2049 Century Park East, Suite 2400

Los Angeles, California 90067-2906

Telephone: (310) 556-3501 x 264

Facsimile: (310) 556-3615

E-Mail: mlerner@lavelysinger.com
Website: www.lavelysinger.com


_____


THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW AND MAY NOT BE PUBLISHED OR DISSEMINATED IN WHOLE OR IN PART.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE LAW OFFICES OF LAVELY & SINGER PROFESSIONAL CORPORATION IMMEDIATELY BY TELEPHONE (310-556-3501) OR E-MAIL (REPLY TO SENDER'S ADDRESS), AND THEN DESTROY ALL COPIES OF THIS COMMUNICATION AND ANY ATTACHED FILES.  THANK YOU.

--

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*

 Google

melodyesue@gmail.com

All | Images | Videos | News | Shopping | Forums | Web | ⋮ More | Tools

 Nextdoor
https://nextdoor.com › ... › Tavernier › Melodye Hannes ⋮

### Melodye Hannes - Tavernier, FL

Melodye Hannes, Personal assistant, Fave Message Call, Business Info, Tavernier, FL,
**melodyesue@gmail.com**

 Nextdoor
https://nextdoor.com › melodye-hannes-tavernier-fl ⋮

### Personal Grocery Shopping and Restaurant Delivery in the ...

Business Info. Tavernier, FL. Open until 8:00 PM. **melodyesue@gmail.com** · shop.dumpling.us.
Our story. I am offering personal grocery shopping and restaurant ...

True People Search
https://www.truepeoplesearch.com › ... › FL › Tavernier

### Melodye S Hannes, Age 62 in Tavernier, FL, (305) 896-9099

**melodyesue@gmail.com**. Current Address Property Details. 186 Arbor Ln Tavernier, FL 33070.
Bedrooms 2. Bathrooms 2. Square Feet 1,572. Year Built 1970. Estimated ...

## Images ⋮





Melodye Hannes – Freelance ...   Melodye Hannes – Tavernier, ...   Melodye Hannes – Tavernier, ...
LinkedIn ⋮   Nextdoor ⋮   Nextdoor ⋮

Show more images ⌄

 BeenVerified
https://www.beenverified.com › People Search › English ⋮

### Sue English Phone Number, Address, Email & More

Looking for Sue English? We found records in 15 states. See Sue's age, contact number, house
address, email address and public records in our ...

 Instant Checkmate
https://www.instantcheckmate.com › People Search › W

### Found: Monica Wing Public Records

**melodye sue** ingvalson · betty jo ... What is Monica J Wing's email address? Monica J Wing has
55 email addresses, including emjaydublyou**@gmail.com**.

 Whitepages
https://www.whitepages.com › ... › Sue English ⋮

### Sue English in TX - Texas Address & Phone Number

**Melodye Sue** English • **Melodye Sue** Jackson. USED TO LIVE IN ... Sue also has 3 active email
addresses, including domains from @sbcglobal.net and **@gmail.com**.

 BeenVerified
https://www.beenverified.com › People Search › Tomlin

### Stephen Tomlin Phone Number, Address, Email & More

Kathryn Tomlin, **Melodye Sue** Tomlin, L Tomlin. Email: @**gmail**.com ... @aol.com, @**gmail**.com, @msn.com. Previous Locations: Los Angeles, CA ...

 Whitepages
https://www.whitepages.com › ... › T ›  Tomlin

### Kathryn Tomlin Address & Phone Number

Kathryn also has 5 active email addresses, including domains from @yahoo.com and @**gmail**.com. Another top profile, Kathryn M Tomlin, lives at 8-08 Lake St ...

TruthFinder
https://www.truthfinder.com › People Search › I

### Christy Ingvalson Phone, Address, Criminal & Traffic Records

**melodye sue** ingvalson · rebecca lea ingvalson · zakai h ... (316) 659-3422; SHOW MORE. Associated Email Addresses. chrissyingvalson@yahoo.com; cingvalson@**gmail**.

**Google** >

1    2    Next

● **90067, Los Angeles, CA** · From your device · Update location

Help    Send feedback    Privacy    Terms

# EXHIBIT 22

 **Christina Taft** ✔
@XTinaTaft_Film

✗

Fixer Adam Waldman & Paul Barresi Calls on Witness Interference Spin & ….

With Butterflies and Hurricanes against the "Art of Deception" by William Hazlet…



youtube.com
Fixer Adam Waldman & Paul Barresi Calls on Witnes…
Adam Waldman & Hollywood Fixer Paul Barresi Direct and Spin Witness Interference for Johnny Depp to se…

9:28 PM · Jun 3, 2024

 **Christina Taft** 
@XTinaTaft_Film

Missing Anthony Fox, Witnesses - Paul Barresi, Johnny Depp, Adam Waldman - Fixers Not Mafia Killers

With "High Society" Scenes Juxtaposed with Kim Novak.

NO to #HollywoodFixers - looking for #Liberty soon.

 youtube.com
Missing Anthony Fox, Witnesses - Paul Barresi, John...
Not Mafia - Missing Anthony Fox & Johnny Depp with Paul Barresi "Violin" Tapes & Fixer Adam Waldman - ...

2:33 PM · Jun 12, 2024



**Christina Taft** ✔
@XTinaTaft_Film · **Follow**

Johnny Depp didn't sue about any Viper Room assaults he did and instead uses a Fixer to intimidate witnesses and victims.

"THE HOLLYWOOD FIXER WHO WOULD'VE KILLED FOR JOHNNY DEPP"

emailed to me in a 3 month nightmare series,
"a year to the day" of Depp's call to Paul Barresi.

8:41 PM · Jul 9, 2024

 **Christina Taft** 
@XTinaTaft_Film · **Follow**

Here it is!! The Guides with 165 cases to get Elements in new #legislation to solve this!!

From Fixers Implicating Hollywood and the Arts, Film, Music… to hopeful film sequences from Rear Window, Dial M.

#MGM #WaltDisney #WarnerBros #Columbia #Movies



github.com
GitHub - RescueSocial/Victims_Cases_Film-Music-Arts: 165 CASES in Fil…
165 CASES in Film/Music/Arts of Victims & Witnesses (Visual & Performing Arts) to Improve & Save Lives - Cases Filed & Lawsuits, Case…

9:06 AM · Sep 25, 2024                    

**Christina Taft** 
@XTinaTaft_Film · **Follow**



#KatyPerry is Serving a Lawsuit! Fingerprints Song! #Hollywood🎼🎥

Front Page and Video of Process Serving is Shown! Adam Waldman and Paul Barresi, Federal Court Case. Case Number is 5:24-cv-01930-TJH-DTB

#SylvesterStallone #JohnTravolta #JodyBabydol 



youtube.com
Process Serving Hollywood Fixers, Paul Barresi - Kat…
Katy Perry is Serving a Lawsuit! Fingerprints Song! Adam Waldman and Paul Barresi, Federal Court …

4:04 PM · Sep 28, 2024





 **Christina Taft** ✔
@XTinaTaft_Film



This about Anthony Fox "missing" case was posted the day before and on my mother's birthday - 11/11

Paul Schindler admitted to killing Anthony Fox and he had links financially to individuals

A licensed retired LAPD PI thinks Fox was likely murdered.

Victoria Taft damns you... Show more



Louis De Pointe Du Lac @michelleduval7
I'm still wondering do we have ANY information about Anthony Fox's case? It creeps me out

11:50 AM · Nov 28, 2024

 **Christina Taft** ✔
@XTinaTaft_Film · **Follow**



Declarations of Witnesses are Due by January 10th to support a Preliminary Injunction against Paul Barresi "Hollywood Fixer"
If you've been harassed, privacy invaded, audio tapes taken, then your Declarations and/or Exhibits are wanted.

Photos from 2022 Associated Press Article… Show more



7:35 PM · Dec 29, 2024

**Christina Taft** ✔️
@XTinaTaft_Film · **Follow**

✖️

#MarilynMonroe in Cannes💯

Btw, Where is Victoria Taft's Article from the Associated Press in 2022? I know- I have to pay up to get unentangled from 2 1/2 years of misery. Favorite article with ORIGINAL #INTERVIEWS about Victoria, deleted during escalations by Defendants (my... Show more



🖊️ Last edited 8:49 PM · Dec 29, 2024                    ⓘ



 **Christina Taft** 
@XTinaTaft_Film

Belle French Riveria- meanwhile 12 witnesses subpoenaed for my case! I maintained witnesses and some friendships. Film/Music/Arts Cases will be helped from Chicago and France.

Victims of "Hollywood Fixer" include: Verifiably Sylvester Stallone, John Travolta, and MANY... Show more

 **Appart Design** @AppartDesign
French Riviera



5:45 PM · Feb 20, 2025

 **Christina Taft** ✔
@XTinaTaft_Film



Movies from Golden #Hollywood showed Pro Se clients using investigators.
Marilyn Monroe and Jane Russell are in these combined scenes from Gentlemen Prefer Blondes. Scenes refute false light and invasion of privacy while on the ship to Europe?
#MarilynMonroe #JaneRussell #Comedy



🖊 Last edited 1:21 PM · Mar 1, 2025

# EXHIBIT 23

 **Mario Nitrini**
@nitrini1950



Replying to @nitrini1950 @RichardAlberti9 and 36 others

Here's a glimpse of my past.
I commented to the former National President of The Hells Angels @georgeFPC
re: The Charles Manson Family

mobile.twitter.com/nitrini1950/st…
He replied back-to-me.
Eventually, Mr Christie blocked me

mobile.twitter.com/georgeFPC
??

MGN3
The OJ Simpson Case

---

 **Mario Nitrini** @nitrini1950

Replying to @georgeFPC

Mr Christie
I know I'm not your most favorite person in the world, but this photo
mobile.twitter.com/georgeFPC/stat…
brings back memories-1981-82
The person who told me about certain HAPPENING'S at
SPAHN RANCH when
The Charles Manson Family was there, is in this photo.

The OJ Simpson Case

---

1:57 AM · Oct 8, 2020







**Mario Nitrini**
@nitrini1950

Replying to @SBMcCallister @jebrittan2 and 37 others

The OJ Simpson Case

Pertaining to my tweet
(Photo Below),
I will have more to add to it
(Materials & Correspondences)
in the near future
⬇️

I am on very good terms with The
@FBILosAngeles
&
The @USAO_LosAngeles

With that said, I find it VERY highly
suspicious that 12
so-called Jeffrey Epstein victims are suing
The @FBI all at once
⬇️

google.com/amp/s/amp.cnn....
⬇️

**sexual abuse**

By Nicki Brown, CNN
Updated 12:00 AM EST, Thu February 15, 2024

28, 2017. The final documents released Tuesday,
Jan. 9, 2024, among thousands of newly
unsealed pages pertaining to Jeffrey Epstein's
sexual abuse of teenage girls contained
transcripts of key depositions that were already
largely public. (New York State Sex Offender
Registry via AP, File)

9:54 AM · Feb 21, 2024





**Mario Nitrini** @nitrini1950

Replying to @badisciple13 @alextomeisreal and 47 others

Here ya go Gad

x.com/nitrini1950/st…

I have "material's" related to The Anthony Pellicano Federal Indictment Case that have a connection re: some specific people pertaining to The OJ Simpson Case

In the top left photo Dmitry Kuzin.
I had a short correspondence with him

**Mario Nitrini** @nitrini1950

Replying to @nitrini1950 @CherryJavier112 and 42 others

I was in contact with people that were connected to the Anthony Pellicano Case b/c of my personal involvement in The OJ Simpson Case.
In the photos below there are some people that were connected in someway to the OJ Case.
To be cont....

Bill Wasz, Dmitry Kuzin, & @jonvoight

9:31 AM · Aug 9, 2024

 **Mario Nitrini**
@nitrini1950



Replying to @nitrini1950 @GadtheFly and 35 others

The OJ Simpson Case

I met with attorney Brad Gage in his Woodland Hills office. In the top left photo is one of several emails he sent to me related to the murders of Tupac Shakur & Biggie Smalls

Reference the photos below re: my posts.
Some very startling statements were made



9:56 AM · Oct 17, 2024



**Mario Nitrini**
@nitrini1950

Replying to @nitrini1950 @jaybee556677 and 36 others

The OJ Simpson Case

Last year my post re: spy balloons & "objects"

x.com/nitrini1950/st...

It is so important because of so many reports of drone sightings that the @DHSgov & @DeptofDefense are aware of the mortal risk to people in shooting down drones without fully knowing

and/or chemical warfare weapons, and we will shoot it down, and the fallout from these warfare-weapons will infect many, many Americans.

And I do not count-out China sending over an "object" (Spy Balloons, ect) filled with radioactive materials.

And, with this Hamas/Israeli war happening, will China "conspire" with "groups" and/or other "nations" that are "unfriendly" towards the United States pertaining to a "Spy-Balloon-Warfare-Weapon?" I pray 🙏 that we Americans are kept safe.

Mario George Nitrini 111

The OJ Simpson Case

**Mario Nitrini** @nitrini1950

Replying to @nitrini1950 @4lice1nWonderL and 43 others

The OJ Simpson Case

Everyone. Please be vigilant.
I am very concerned regarding this situation

9:54 AM

Draft 2 days ago

to

I am extremely concerned regarding China's Spy 🔴 balloon and the 3 "objects" we (The United States) shot down. I believe that China was testing us to see how we respond.

Based on "circumstances," "information" & "more" that I fell into, my main concern is that China will fly an "object" over The United States filled with biological and/or chemical warfare weapons, and we will shoot

5:46 AM · Dec 17, 2024



**Mario Nitrini**
@nitrini1950

Replying to @nitrini1950 @badisciple13 and 41 others

The OJ Simpson Case

I received a subpoena from Christina Taft pertaining to her Federal Lawsuit Case vs Paul Barresi & Adam Waldman et/al.
(Photos below).
It was 26 pages long.
I have already complied with the subpoena

WALDMAN,
and DOES 1-10, inclusive,

Defendants.

UNITED STATES DISTRICT
for the
Central District of California

TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEAST TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45,

Plaintiff is issuing the attached subpoena to the following **witness**:

Mario George Nitrini

CHRISTINA TAFT

*Plaintiff*

v.

RRESI, ADAM R WALDMAN, DOES 1-10, inclusive

*Defendant*

Civil Acti

The subpoena calls for the production of documents or things specified in the

8:15 PM · Jan 4, 2025

**Mario Nitrini**
@nitrini1950

X

Replying to @nitrini1950 @badisciple13 and 38 others

I tag all my communications with The OJ Simpson Case.
My post pertaining to the subpoena I received re: Christina Taft's Federal Lawsuit Case

x.com/nitrini1950/st...

Ms Taft cites many of my communications.
So now my personal involvement in The OJ Case is part of this lawsuit



7:10 AM · Jan 6, 2025

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 2049 Century Park East, Suite 2400, Los Angeles, California 90067-2906.

     On the date indicated below, I served the foregoing document described as:

on the interested parties in this action as follows:

**Christina Taft**
**1700 Ala Moana Bl., Apt 2301**
**Honolulu, HI 96815**
**Email:  ceo.taft@rescue-social.com**

     **BY FIRST CLASS MAIL:**  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

     **BY ELECTRONIC FILING THROUGH THE COURT'S CM/ECF SYSTEM PURSUANT TO L.R. 5-3.2.**

     I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.  Executed November 7, 2024, at Los Angeles, California.

                          s/ Noelia Echesabal
                          NOELIA ECHESABAL