Melissa Y. Lerner (285216)/Megan S. Mallone (340276)
Lavely & Singer PC
2049 Century Park East, Suite 2400
Los Angeles, CA 90067          (310) 556-3501
Attorneys for Defendant Paul Barresi

FILED
2025 MAR 14 PM 1:38
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA TAFT<br><br>PLAINTIFF(S)<br>v.<br><br>PAUL BARRESI, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br>5:24-cv-01930-TJH (DTB)<br><br>NOTICE OF MANUAL FILING<br>OR LODGING |

**PLEASE TAKE NOTICE:**

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Declaration of Melissa Y. Lerner, Exhibit 10.1 (video file)

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

3/12/25
Date

Melissa Y. Lerner
Attorney Name
Defendant Paul Barresi
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING

