MELISSA Y. LERNER (SBN285216)
mlerner@lavelysinger.com
MEGAN S. MALLONEE (SBN 340276)
mmallonee@lavelysinger.com
**LAVELY & SINGER**
**PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615

Attorneys for Defendant
PAUL BARRESI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINA TAFT,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL BARRESI; ADAM R. WALDMAN; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 5:24-cv-01930-TJH (DTB)<br>[Hon. Terry J. Hatter, Jr.]<br><br>**PROOF OF SERVICE OF MANUALLY FILED DOCUMENT**<br><br>**VIDEO FILE-EXHIBIT 10.1 TO DECLARATION OF MELISSA Y. LERNER IN SUPPORT OF DEFENDANT PAUL BARRESI'S SUR-REPLY TO PLAINTIFF'S REPLY RE PRELIMINARY INJUNCTION** |

4528-3

PROOF OF SERVICE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2049 Century Park East, Suite 2400, Los Angeles, California 90067-2906.

On the date indicated below, I served the foregoing document described as:

**VIDEO FILE MANUALLY FILED**
**[EXHIBIT 10.1 TO DECLARATION OF MELISSA Y. LERNER IN SUPPORT OF DEFENDANT PAUL BARRESI'S SUR-REPLY TO PLAINTIFF'S REPLY RE PRELIMINARY INJUNCTION]**

on the interested parties in this action as follows:

Christina Taft
1700 Ala Moana Bl., Apt 2301
Honolulu, HI 96815
Tel:  0623441766
Email:  ceo.taft@rescue-social.com


**[X]   BY ELECTRONIC FILING THROUGH THE COURT'S CM/ECF SYSTEM PURSUANT TO L.R. 5-3.2.**

**[X]   BY FEDERAL EXPRESS:**  I am "readily familiar" with the firm's practice of collection and processing correspondence for Federal Express.  Under that practice it would be deposited with Federal Express on that same day with all costs fully prepaid at Los Angeles, California in the ordinary course of business.

I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made. Executed March 14, 2025, at Los Angeles, California.

                                                          s/ Noelia Echesabal