## Index of Exhibits

### Support of Extension of Time for Process Service to

### Defendant Adam Waldman and Support for Extension of Service by mail and publication, with true and correct copies

| Item and Page Number | Exhibit Detail | Date | Short Description |
|---|---|---|---|
| EXHIBTS A | Process Servers to Adam Waldman | | Two Diligent Process Servers' Witness Declarations and Communications in serving Defendant Adam Waldman in Palm Beach and by Mail in February 2025 to March 2025; Example of Newspaper Source Affidavit as Witness |
| 1. Exhibits 1, pages 8-11 | Affidavit of Process Server Ivana Linic with Return of Non-Service for United States District Court, District of California – | 7th March, 2025 | Ivana Linic, on the 7th day of March, 2025 at 5:00 pm affirms that there was non service of the summons in a civil action, first amended verified complaint and demand for jury trial, civil minutes-general, ex-parte application for extension of time to serve defendant Adam Waldman pursuant to federal rules of civil procedure 4(m) and 6(b), civil cover sheet. after due search, careful inquiry and diligent attempts was unable to serve on Adam Waldman. |
| 1. Exhibits 1, pages 8-11 | Message sent to Adam Waldman, to request accepting court documents – | March to March 14th, 2025 | Message sent to Adam Waldman by Ivana who is a process server that she possesses some courts documents that belongs to Adam Waldman and she asks him to call or text to arrange service in the lobby of residence or a business close by. |
| 2. Exhibits 1, pages 8-11 | Process Server Ivana Linic Call to +1 (202) 550-4507 Adam Waldman | 25th February, 2025 | A voice call took place at 6:46 PM for 21 seconds on February 25, 2025. |
| 3. Exhibits 1, pages 8-11 | Process Server Ivana Linic Call to +1 (202) 550-4507 Adam Waldman | 26th February, 2025 | A voice call took place at 8:04 PM for 4 seconds on 26th February, 2025. |
| 4. | Order Extending Temporary Restraining Order : Amended Notice of Hearing – EXHIBITS B | 26th February, 2025 | Order Extending Temporary Restraining Order

The Temporary Restraining order against Harassment is extended to 02nd April, 2025 and this case was continued to the same date for hearing and parties were ordered to Mediation. |

| | | | Amended Notice of Hearing |
|---|---|---|---|
| | | | Court Ordered Respondent to appear before the Presiding Judge in the district court of the Third Circuit, Courtroom 2C, 777 Kilauea Avenue, Hilo, Hawaii, on 04/02/2025 at 09:30 AM. |
| Exhibit 2, page 13 | Process Server Provides Postmaster Confirmation for Palm Beach Address | 9th March, 2025 | Server Kenneth Ford sends Plaintiff mailing address from DC Postmaster of Adam Waldman in Palm Beach |
| 10. Exhibits 3, pages 15-18 | Process Server Email to Adam Waldman to Request Accepting Service of court documents – EXHIBTS A | 14th March, 2025 | Email sent to Adam Waldman by Ivana Linic stating that she is a process server in Palm beach county that she has sent some text messages and also called and left a voice mail that she has some court documents that she would like to get to Adam Waldman and she is asking to give a call or text or shoot an email to arrange a time and place to meet on 14th March at 1:44 PM. |
| 11. Exhibits 3, Page 15 | Affidavit of service of Adam Waldman by mail – EXHIBTS A | 14th March, 2025 | Philip Hamilton gave an affidavit stating that he is not party to the case involving an amended summons and complaint he also stated that he mailed on 12th Mrach,2025 at 4:55 PM the amended service and complaint via, certified mail and on 14th March, 2025 at 4:35 PM he mailed a second copy of the amended summons and complaint via, priority mail to the address of Adam Robert Waldman. |
| 5. Exhibits 5, pages 24-25 | E-mail sent to Melissa Lerner and Megan Mallonee Regarding Ex Parte for Privacy Protection Standards & Objection – EXHIBIT A | 2nd March, 2025 | Email sent to Melissa Lerner and Megan Mallonee from Christina Taft regarding Ex Parte Request for Privacy Protection Standard and Objection to Defendant's Conduct On 02nd March 2025 at 02:59 PM. |
| 7. Exhibits 5, pages 22 | Process Server Mails ReIssued Summons, Amended Complaint, civil cover sheet, to Defendant Adam Waldman by certified mail and regular mail – EXHIBTS A | 12th March, 2025 | There was a mail sent by Philip Andrew Hamilton to Adam Waldman that he mailed a copy of summons by a certified mail, which requires signature confirmation, he should expect document to arrive at his residence by next week on 12th March, 2025 at 4:19 PM. |

| 15. Exhibits 4, Pages 21-22 | Affidavit of publication in the newspaper The San Diego Union-Tribune – EXHIBITS A | 16th September, 2021 | Christina Amanda Taft submitted proof of publication for the change of her name (Successful San Diego Case No. 37-2021-00034642-CU-PT-CTL) from Christina Amanda Taft-Conner to Christina Amanda Taft, published on August 22, August 29, September 5, and September 12, 2021. The Affidavit of a Witness at Newspaper was filed with the Court on September 16, 2021. |
| EXHIBITS B | | | Subpoenas to 25 Witnesses, Issued by Clerk, Sheriff's Declaration, Serving Witnesses |
| 8. | Request to serve subpoena to Witness Amber Heard – EXHIBTS B | 11th March, 2025 | Christina Taft mailed Roberta Kaplan that she is outside of the court record and she gave her phone number to Roberta and asked for if any witness want, they can reach her on 11th March 2025 at 9:24 AM. |
| 9. Exhibits 9-10, pages 43-86 | Exhibits Subpoenas of Witnesses – EXHIBTS B | 11th March, 2025 | There are 25 exhibits subpoenas of witnesses filed electronically to Amanda Bridenbaugh on 20th February 2025 at 09:07 AM, Claudia Jamison on 20th February 2025 at 08:50 AM, Don Debaun on 18th March 2025 at 10:35 AM, Ian Herndon on 20th February 2025 at 08:54 AM, James Conner on 18th March 2025 09:56 AM, Joe Triscari on 20th February 2025 at 08:46 AM, Kim Hayness on 11th March 2025 at 04:21 PM, Lauren Pena on 11th March 2025 at 04:25 PM, Leilani Gigena on 20th February 2025 at 08:49 AM, Mario Nitrini on 20th February 2025 at 09:03 AM, Mark Ackrich on 12th March 2025 at 08:23 AM, Molly Beaton on 20th February 2025 at 08:52 AM, Niko Sanchez on 12th March 2025 at 08:20 AM, Erik R. Eichler 11th March 2025 at 04:27 PM, Juan Carlos Brooks on 12th March 2025 at 08:21 AM, Lindsey Burill on 18th March 2025 at 10:22 AM, Michael Kountz on 20th February 2025 at 08:47 AM, Mike Mccormick on 20th February 2025 at 08:51 AM, Rebecca Berry on 11th March 2025 at 04:23 PM, Richard Albertini on 20th February 2025 at 09:02 AM, Ryan Gardner on 20th |

| | | | February 2025 at 09:05 AM, Sean Conner on 18th March 2025 at 10:38 AM, Shannon Denise Newsome on 11th March 2025 at 04:20 PM, Stacy Conner on 18th March 2025 at 10:37 AM, Starla Ramirez on 12th March 2025 at 08:19 AM. |
|---|---|---|---|
| 12. Exhibits 7, pages 30-35 | 2nd Sheriff Declaration on serve attempts of granted restraining order – EXHIBTS B | 17th March, 2025 | Christina Taft sent a mail to Ms. Radtke and Sheriffs that she is grateful for the attempts to serve a restraining order granted against Paul Barresi also stating that it is unfortunate that the police's business card was left on the ground on 17th March,2025 at 8:04 AM. |
| 13. Exhibits 6, page 28 | Email sent L.R. 7-3 about Ex parte to extend service to Adam Waldman – EXHIBTS B | 21st March, 2025 | Christina Taft sent an email to Lerner and Mallonee requesting to accept or oppose an Ex Parte to extend process service to defendant Adam Waldman. She also stated that two process servers diligently attempted service in Palm Beach, conventionally and by mailing and also stating that the California State Sheriff attempted 5 times to process serve Defendant Barresi in 2 months and she also mentioned she is a process server for 3-4 months in Hawaii and trained by Civil Sheriff. |
| 14. Exhibits 11, pages 88-89 | Case Report Restraining Order – EXHIBITS B | 22nd March, 2025 | Restraining Order was generated on 22nd March 2025 at 09:42 AM with the following details: - Case ID - 3DSS-25-0000044 – Christina Taft V. Paul Barresi, Type - SS – DC Temp Restraining Order, Status – Active, Filing Date Tuesday, January 21, 2025, Court - Third Circuit, Location – North and South Hilo Division. |

EXHIBITS A: Two Diligent Process Servers' Witness Declarations and Communications in serving Defendant Adam Waldman in Palm Beach and by Mail in February 2025 to March 2025; - Example of Newspaper Source Affidavit as Witness

EXHIBITS 1: Affidavit Process Server Ivana Linic in Palm Beach, cell phone text and email notifying Defendant Adam Waldman

February 20th to March 14th

## RETURN OF NON-SERVICE
### UNITED STATES DISTRICT COURT
District of California

Case Number: 5:24-CV-01930-TJH
(DTB)

Plaintiff: **CHRISTINA TAFT**
vs.
Defendant: **PAUL BARRESI, ADAM R WALDMAN, AND DOES 1-10,
INCLUSIVE**

Received by Ivana Linic on the 19th day of February, 2025 at 4:00 pm to be served on **ADAM R.
WALDMAN, 44 COCOANUT ROW, PALM BEACH, FL 33480**

I, Ivana Linic, do hereby affirm that on the **7th day of March, 2025** at **5:00 pm, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION, FIRST AMENDED VERIFIED COMPLAINT AND
DEMAND FOR JURY TRIAL, CIVIL MINUTES-GENERAL, EX PARTE APPLICATION FOR
EXTENSION OF TIME TO SERVE DEFENDANT ADAM R. WALDMAN PURSUANT TO FEDERAL
RULES OF CIVIL PROCEDURE 4(m) AND 6(b), CIVIL COVER SHEET.** After due search, careful inquiry
and diligent attempts was unable to serve on **ADAM R. WALDMAN** for the reasons detailed in the
comments below.

**Additional Information pertaining to this Service:**
2/20/2025  8:00 am  Attempted Service at 44 COCOANUT ROW PALM BEACH, FLORIDA 33480 valet
parking and self parking available here. Parking for residents here is unknown to me. Busy area with
restaurants etc and luxury residental area. Front desk could not provide information. I went up to the
provided unit. No activity observed. No aswser at the door. No neighbors around to speak to.
2/22/2025  10:22 am  Attempted Service at 44 COCOANUT ROW PALM BEACH, FLORIDA 33480  no
answer at the door. I can't tell if the lights are on.
2/24/2025  9:27 am  Attempted Service at 44 COCOANUT ROW PALM BEACH, FLORIDA 33480 no activity
observed. No answer at the door.
2/26/2025  8:00 pm  Attempted Service at 44 COCOANUT ROW PALM BEACH, FLORIDA 33480 I could
not find parking. I was not able to go up to the residence. I called him at the provided phone number
202-550-4507. No answer. Left voicemail.
3/1/2025  1:37 pm  Attempted Service at 44 COCOANUT ROW PALM BEACH, FLORIDA 33480 I could not
get confirmation front the front desk if Adam lives here. I was advised that they are not allowed. No answer
at the door. No activity observed. Client advised to discontinue service.
3/1/2025  9:00 pm  I have made attempts to call and text Adam at 202-550-4507. Calls have went to voice
mail. Left message. No contact has been made to return my calls/messages.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process
Server, in good standing, in the judicial circuit in which the process was served.

Ivana Linic
#3053

Our Job Serial Number: IVA-2025000008
Ref: Adam Waldman

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b

1:45

+1 (202) 550-4507 ›

iMessage
Today 1:41 PM

Hello. This message is for Adam Waldman. My name is Ivana. I'm a process server in Palm Beach County. I have some court documents I need to get to you. I have an address in Palm Beach 33480. Please give me a call or text me to arrange service maybe in the lobby of your residence or a business close by. I'll also email you to follow up this text message. Thank you.

Delivered

iMessage

1:44

< 🗑 ✉ •••

# Service of court documents ☆

**I** **me** 1:44 PM                    😊 ↩ •••
to awaldman ⌄

| From | Ivana Linic  ivanaprocess@gmail.com |
| To | awaldman@theendeavorgroup.com |
| Date | Mar 14, 2025 at 1:44 PM |

Hello Adam,

My name is Ivana. I'm a process server in Palm beach county. I have sent you some text messages and also called and left a voicemail. I have some court documents that I would like to get to you. Please give me a call, text or shoot me an email to arrange a time and place to meet. I appreciate it and look forward to hearing from you.

Kind regards,


Ivana


↩ Reply          → Forward          😊

11:34

WASHINGTON, DC

# (202) 550-4507

message | call | video | mail | pay

February 25, 2025

6:46 PM **Outgoing Call**

21 seconds

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Block Caller

Favorites | Recents | Contacts | Keypad | Voicemail

10

11:34

WASHINGTON, DC

# +1 (202) 550-4507

| message | call | video | mail | pay |

February 26, 2025

8:04 PM  **Outgoing Call**
4 seconds

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Block Caller

| Favorites | Recents | Contacts | Keypad | Voicemail |

11

EXHIBITS 2: Process Server Kenneth Ford Provides Postmaster's Confirmation of Palm Beach forwarding address of Adam Waldman on March 7th

5:41

KF

Kenneth

Thu, Mar 6 at 4:13 PM

Hi Kenneth, I could pay you for the confirmation document from the postmaster please. Having more confirmation really helps here

Sun, Mar 9 at 7:13 PM



Thank you Kenneth!

Yesterday 9:50 PM

If zelle and venmo did not work how about just mail me a check for the

Text Message • SMS

EXHIBITS 3: Affidavit of Service by
Mail March 12th and March 14th to
Defendant Adam Waldman Process
Server Philip Hamilton of Hamilton
Legal Services
photos of mailing, phone text and email
to notify Defendant Adam Waldman

# AFFIDAVIT OF SERVICE BY MAIL

## UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION

CHRISTINA TAFT,

     Plaintiff,

vs.                 Case No. 5:24-CV-01930-TJH-DTB

PAUL BARRESI, ADAM R. WALDMAN, and DOES 1-10, inclusive,

     Defendants.


I, Philip Hamilton, am over the age of eighteen and am not a party to this case involving an Amended Summons and Complaint. On March 12th, 2025, at 4:55PM I mailed the Amended Summons and Complaint, via certified mail, and on March 14th, 2025 at 4:35PM I mailed a second copy of the Amended Summons and Complaint, via priority mail to the address: 44 Cocoanut Row A222 Palm Beach, FL 33480 which is the known abode for defendant Adam Robert Waldman.

Name: Philip Andrew Hamilton

Signature: _Phlip Andrew Hamilton_

Date: ___3/16/2025___

1

15

**Allen Toussaint
(Black Heritage)**

Available January 30

**Betty White**

Coming Soon

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Palm Beach, FL 33480

Certified Mail Fee $4.85

$0.00

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _0.00_
☐ Certified Mail Restricted Delivery $ _0.00_
☐ Adult Signature Required         $ _0.00_
☐ Adult Signature Restricted Delivery $ _____

Postage    $11.00

Total Postage and Fees
$

Sent To  Adam Robert Waldman
Street and Apt. No., or PO Box No.  44 Cocoanut Row Apt. A222
City, State, ZIP+4®  Palm Beach FL 33480-4069

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

CROZET, VA 22932

Postmark
MAR 11 2025
03/11/2025
USPS

16

## Summons Mailed Via Certified Mail 3/11/2025    Inbox ×   

 **Philip Andrew Hamilton**                          Mar 11, 2025, 7:19 PM (11 days ago)   ⭐   🙂   ↩   ⋮

to awaldman, me ▾

Adam Waldman,

    Earlier today I mailed a copy of the summons via certified mail, which requires signature confirmation. You should expect this document to arrive at your residence by next week.





Philip Andrew Hamilton
Owner: Hamilton Legal Services, LLC.
Website: HamiltonLegalServicesLLC.com
Serving clients in NC, VA, MD and DC!
Cellular Phone: (571) 455-5312

17





**Adam Robert** >

Today 10:17 PM



I have mailed multiple copies of the above summons to your home address in Flordia. Due to your willingly evasion of legal process of service, the plantiff will file for service by mail.

18

EXHIBITS 4: Affidavit from San Diego Tribune 4 weeks publication and Decree of Name Change, 2021

# The San Diego Union-Tribune

## PROOF OF PUBLICATION

F I L E D
Clerk of the Superior Court

SEP 1 6 2021

By:_____ Deputy

**STATE OF CALIFORNIA**
**County of San Diego**

The Undersigned, declares under penalty of perjury under the laws of the State of California: That he/she is the resident of the County of San Diego. That he/she is and at all times herein mentioned was a citizen of the United States, over the age of twenty-one years, and that he/she is not a party to, nor interested in the above entitled matter; that he/she is Chief Clerk for the publisher of

### The San Diego Union-Tribune

a newspaper of general circulation, printed and published daily in the City of San Diego, County of San Diego, and which newspaper is published for the dissemination of local news and intelligence of a general character, and which newspaper at all the times herein  mentioned had and still has a bona fide subscription list of paying subscribers, and which newspaper has been established, printed and published at regular intervals in the said City of San Diego, County of San Diego, for a period exceeding one year next preceding the date of publication  of the notice hereinafter referred to, and which newspaper is not devoted to nor published for the interests, entertainment or instruction of a particular class, profession, trade, calling, race, or denomination, or any number of same; that the notice of which the annexed is a printed copy, has been published in said newspaper in accordance with the instruction of the person(s) requesting publication, and not in any supplement thereof on the following dates, to wit:

**August 22, August 29, September 5 & September 12, 2021**

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated in the City of San Diego, California
on this 13th of September 2021

*C Gaza*
Cris Gaza
San Diego Union-Tribune
Legal Advertising

ORDER TO SHOW CAUSE FOR CHANGE OF NAME
Case Number 37-2021-00034642-CU-PT-CTL
Superior Court of California, County of San Diego
330 West Broadway, San Diego, CA 92101
Petition of CHRISTINA AMANDA TAFT-CONNER
FOR CHANGE OF NAME
To All Interested Persons: CHRISTINA AMANDA TAFT-CONNER filed a petition with this court for a decree changing names as follows:
Present name CHRISTINA AMANDA TAFT-CONNER to
Proposed name CHRISTINA AMANDA TAFT
The Court Orders that all persons interested in this matter shall appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name change described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing.
NOTICE OF HEARING
Date: 9/30/2021  Time: 8:30 A.M.  Dept: 61
The address of the court is same as noted above.
A copy of this Order to Show Cause shall be published at least once each week for four successive weeks prior to the date set for hearing on the petition in the following newspaper of general circulation, printed in this county: THE SAN DIEGO UNION-TRIBUNE.
NO HEARING WILL OCCUR ON ABOVE DATE; SEE ATTACHMENT
Date: Aug 13, 2021           Lorna A. Alksne
                              Judge of the Superior Court
ATTACHMENT TO ORDER TO SHOW CAUSE FOR CHANGE OF NAME (JC FORM #NC-120)  NO HEARING WILL OCCUR ON THE DATE SPECIFIED IN THE ORDER TO SHOW CAUSE. The court will review the documents filed as of the date specified on the Order to Show Cause for Change of Name (JC Form #NC-120). If all requirements for a name change have been met as of the date specified, and no timely written objection has been received (required at least two court days before the date specified), the Petition for Change of Name (JC Form #NC-100) will be granted without a hearing. One certified copy of the Order Granting the Petition will be mailed to the petitioner. If all the requirements have not been met as of the date specified, the court will mail the petitioner a written order with further directions. If a timely objection is filed, the court will set a remote hearing date and contact the parties by mail with further directions. A RESPONDENT OBJECTING TO THE NAME CHANGE MUST FILE A WRITTEN OBJECTION AT LEAST TWO COURT DAYS (excluding weekends and holidays) BEFORE THE DATE SPECIFIED. Do not come to court on the specified date. The court will notify the parties by mail of a future remote hearing date. Any Petition for the name change of a minor that is signed by only one parent must have this Attachment served along with the Petition and Order to Show Cause, on the other non-signing parent, and proof of service must be filed with the court.
Pub: 8/22/21, 8/29/21, 9/5/21, 9/12/21 7800960

20

5

NC-130

| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>NAME: CHRISTINA AMANDA TAFT-CONNER<br>FIRM NAME:<br>STREET ADDRESS: 9290 TOWNE CENTRE DR #95<br>CITY: SAN DIEGO    STATE: CA    ZIP CODE: 92121<br>TELEPHONE NO.: 530 815 8522    FAX NO.:<br>E-MAIL ADDRESS:<br>ATTORNEY FOR (name): | STATE BAR NUMBER: | F I L E D<br>Clerk of the Superior Court<br><br>SEP 3 0 2021<br><br>By: J. Pascual, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: **Superior Court**
MAILING ADDRESS: **330 West Broadway**
CITY AND ZIP CODE: **San Diego, CA 92101**
BRANCH NAME:

PETITION OF (name of each petitioner):
CHRISTINA AMANDA TAFT-CONNER

FOR CHANGE OF NAME

| DECREE CHANGING NAME | CASE NUMBER:<br>**37-2021-00034642-CU-PT-CTL** |
|---|---|

1. The petition was duly considered:
   a. ☐ at the hearing on (date): in Courtroom 2 ⟋ ¨¨¨ ¨¨¨¨ of the above-entitled court. ¨¨¨¨
   b. ☑ without hearing.

**THE COURT FINDS**

2. a. All notices required by law have been given.
   b. Each person whose name is to be changed identified in item 3 below
      ☒ is not ☐ is required to register as a sex offender under section 290 of the Penal Code.
      This determination was made (check one): ☑ by using CLETS/CJIS ☐ based on information provided to the clerk
      of the court by a local law enforcement agency.

   c. ☑ No objections to the proposed change of name were made.
   d. ☐ Objections to the proposed change of name were made by (name):
   e. It appears to the satisfaction of the court that all the allegations in the petition are true and sufficient and that the petition should
      be granted.
   f. ☐ Other findings (if any):

**THE COURT ORDERS**

3. The name of

| Present name | New name |
|---|---|
| a. CHRISTINA AMANDA TAFT-CONNER | is changed to CHRISTINA AMANDA TAFT |
| b. | is changed to |
| c. | is changed to |
| d. | is changed to |

☐ Additional name changes are listed on Attachment 3.

Date: SEP 3 0 2021

JUDGE OF THE SUPERIOR COURT
☒ SIGNATURE OF JUDGE FOLLOWS LAST ATTACHMENT    ANTHONY J. CAMPAGNA

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
NC-130 [Rev. September 1, 2018]

**DECREE CHANGING NAME**

Code of Civil Procedure, §§ 1278, 1279
www.courts.ca.gov

4:22

# Summons Mailed Via Certified Mail 3/11/2025 📩 Inbox ⭐

**Philip Andrew Hamilt...** 4:19 PM
to awaldman, me ⌄

Adam Waldman,

   Earlier today I mailed a copy of the summons via certified mail, which requires signature confirmation. You should expect this document to arrive at your residence by next week.



EXHIBITS 5: Emails about Privacy Protection Standards Christina Taft and Melissa Lerner and Objection to Defendant's Conduct, Coercion Law New York elements
Request for Defendant to accept service

 **Gmail**

**Christina Taft <taftchristina.ceo@gmail.com>**

---

### Taft v Barresi et al - Ex Parte for Privacy Protection Standards & Objection
3 messages

---

**Christina Taft** <taftchristina.ceo@gmail.com>                                                        Sun, Mar 2 at 2:59 PM
To: Melissa Lerner <mlerner@lavelysinger.com>, Megan Mallonee <mmallonee@lavelysinger.com>

Hello Ms. Glass and Ms. Mallonee,
I'm requesting in advance of an Ex Parte Application, if you oppose or do not oppose arguments for Privacy Protection Standards and Objection to Defendants' Intimidation, with FRCP and Local Rules applying.
I objected earlier to the history of residential addresses, personal contact information, being in the recent filing which goes beyond rules of meet and conferring, as it is redactable, as well as continually against this exploitation and intimidation, adhering to New York's Coercion Law elements, outside of court.
A recent court clerk accepted redacted address information for 11 witness subpoenas, see attached Notice of Extension to April 2.

"Defendant's intentional misuse of the process to exploit information serves no legitimate legal purpose and, instead, is calculated to inflict interference in the process, recantation of witnesses and victims, and former clients of lawyers, coinciding with emotional, financial, and physical harm on Plaintiff.

Precedential New York Coercion Law, in the third degree to first degree, containing "the actor or another will" and "withhold testimony"
Source: Section 135.60 — Coercion in the third degree, https://www.nysenate.gov/legislation/laws/PEN/135.60 (updated Dec. 24, 2021; accessed Mar. 1, 2025)."

Sincerely,
Pro Se Plaintiff, Christina Taft
[Quoted text hidden]
pos25001460 (1).pdf, Order Judge Extend RO Hawaii to April 2 2025.pdf

---

**Melissa Y. Glass** <mlerner@lavelysinger.com>                                                        Mon, Mar 3 at 12:52 PM
To: Christina Taft <taftchristina.ceo@gmail.com>, Megan Mallonee <mmallonee@lavelysinger.com>

Hi Ms. Taft,

I'm not sure what your email is about or what you are seeking, particularly since you are citing a New York State criminal statute. The recent filing complies with C.D. Cal. Local Rule 7-19, which requires that an ex parte application "be accompanied by a memorandum containing, if known, the name, address, telephone number and e-mail address of counsel for the opposing party." Because you are proceeding pro se, your name, address, telephone number and e-mail address was included.

Thanks.

-----------------------------------------------------------------------------------------

**MELISSA Y. GLASS (née LERNER)** | Partner | Lavely & Singer P.C.

Tel.: (310) 556-3501 | Fax: (310) 556-3615



THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW AND MAY NOT BE PUBLISHED OR DISSEMINATED IN WHOLE OR IN PART.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE LAW OFFICES OF LAVELY & SINGER PROFESSIONAL CORPORATION IMMEDIATELY BY TELEPHONE (310-556-3501) OR E-MAIL (REPLY TO SENDER'S ADDRESS), AND THEN DESTROY ALL COPIES OF THIS COMMUNICATION AND ANY ATTACHED FILES.  THANK YOU.

[Quoted text hidden]

---

**Christina Taft** <taftchristina.ceo@gmail.com>                    Mon, Mar 3 at 2:38 PM
To: Melissa Y. Glass <mlerner@lavelysinger.com>
Cc: Megan Mallonee <mmallonee@lavelysinger.com>

Hi Ms. Lerner,

Will Paul Barresi accept service of the granted Hawaii protective order? The next hearing is April 2nd and I need to know about calling witnesses eventually.

I am Pro Se and it would be easier if there were quick letter procedures like New York courts than long filings with many requirements.

I had to overly explain that there shouldn't be overboard exposure of address and contact information especially if there are witnesses called. I did not see the insertion of the overboard information in months of filings.
 I mistakenly had long docket entry descriptions, it's embarrassing. I hope not again.

Sincerely,
Christina Taft
[Quoted text hidden]