EXHIBITS B: Subpoenas to 25 Witnesses, Issued by Clerk, Sheriff's Declaration, Serving Witnesses

EXHIBITS 6: Email L.R. 7-3 Ex Parte Application to Extend Process Service to Defendant Adam Waldman

3/22/25, 5:58 AM    Case 5:24-cv-01930-TJH-DTB    Document 54-3    Filed 03/24/25    Page 3 of 64    Page
Gmail - Ex Parte to Extend Service to Adam Waldman
ID #:2228

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

---

## Ex Parte to Extend Service to Adam Waldman

**Christina Taft** <taftchristina.ceo@gmail.com>                    Fri, Mar 21, 2025 at 10:22 AM
To: Melissa Lerner <mlerner@lavelysinger.com>, Megan Mallonee <mmallonee@lavelysinger.com>

Hello Lerner and Mallonee:

I'm requesting if you accept or oppose an Ex Parte to Extend Process Service to Defendant Adam Waldman.

Two process servers diligently attempted service in Palm Beach, conventionally and by mailing

Approximately 25-35 Witnesses and victims have been subpoenaed in my restraining order case against Defendant Barresi and that's only pre-discovery

The California State Sheriff attempted 5 times to process serve Defendant Barresi in 2 months

You submitted 426 pages against a preliminary injunction and impugning at least 10 people —- including licensed private investigators, process servers, witnesses, victims, former clients of attorneys, and licensed attorneys residing in California

I am a process server for 3-4 months in Hawaii and trained by Civil Sheriff.

It is simply FRCP 45 and 6(b).

Regards,
Christina Taft

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

EXHIBITS 7: Sheriff's Declaration of
Attempts to Process Serve Co-Defendant
Barresi with Restraining Order from
Judge in Hawaii and Melissa Radtke
Emails from Sheriff's Office

POS-020

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| CHRISTINA TAFT<br>747 LAUKAPU ST<br>HILO HI 96720 | |

TELEPHONE NO.: 212-718-1003    FAX NO. *(Optional)*:

E-MAIL ADDRESS *(Optional)*: TAFTCHRISTINA.CEO@GMAIL.COM

ATTORNEY FOR *(Name)*:

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

STREET ADDRESS:  <Unknown> CA
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PETITIONER/PLAINTIFF: CHRISTINA TAFT

RESPONDENT/DEFENDANT: PAUL BARRESI

| **PROOF OF UNSUCCESSFUL SERVICE - CIVIL** | CASE NUMBER:<br>3DSS-25-0000044<br>LEVYING OFFICER FILE NUMBER:<br>25001460 |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action**.

2. I received the following documents on 03/05/2025: TEMPORARY PROTECTIVE ORDER, NOTICE OF COURT DATE, TEMPORARY RESTRAINING ORDER AGAINST HARASSMENT; NOTICE OF HEARING, DECLARATION OF PETITIONER, ADDITIONAL ATTACHMENTS

☐ The documents are listed in the *Attachment to Proof of Personal Service—Civil (Documents Served)* (form POS-020(D)).

3. After due search and diligent attempts I have been unable to make personal delivery of said process on:
   PAUL BARRESI
   9648 NOVA PLACE  RANCHO CUCAMONGA CA 91730-0982
   See attached **declaration of diligence** stating actions taken to attempt personal service if applicable.

☐ The persons are listed in the *Attachment to Proof of Personal Service—Civil (Persons Served)* (form POS-020(P)).

4.
   Hearing date:                    Remarks: NO ANSWER AT DOOR. TWO PREVIOUS BUSN CARDS ON
   Time:                            GROUND NEXT TO FRONT DOOR. 3RD ATT UNSUCCESSFUL.

   Fee for service was: $0.00

5. My name, address, telephone number, and, if applicable, county of registration and number are *(specify)*:

   Name:               Kevin Hogue
   Address:            157 West 5th Street 3rd Floor San Bernardino, CA 92415-0480
   Telephone number:   (909) 387-5700

or

6. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

7. ☐ I am a California sheriff or marshal and certify that the foregoing is true and correct.

Date: Monday, March 17, 2025

SHANNON D. DICUS, SHERIFF-CORONER
County of San Bernardino

▶ M. Radtke for K. Hogue

Signature of Sheriff's Authorized Agent

Form Approved for Optional Use
Judicial Council of California
POS-020 [New January 1, 2005]

**PROOF OF PERSONAL SERVICE—CIVIL**

Code of Civil Procedure, § 1011
www.courtinfo.ca.gov

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| CHRISTINA TAFT<br>747 LAUKAPU ST<br>HILO HI 96720 | |

TELEPHONE NO.:        FAX NO. *(Optional)*:

E-MAIL ADDRESS *(Optional)*: TAFTCHRISTINA.CEO@GMAIL.COM

ATTORNEY FOR *(Name)*:

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: Out of State Court

MAILING ADDRESS: <Unknown> CA

CITY AND ZIP CODE:

BRANCH NAME:

PLAINTIFF/PETITIONER: CHRISTINA TAFT

DEFENDANT/RESPONDENT: PAUL BARRESI

| **DECLARATION** | CASE NUMBER:<br>3DSS-25-0000044 |
|---|---|

At the time of service I was at least 18 years of age and not a party to this action.

Servee: PAUL BARRESI

Documents: TEMPORARY PROTECTIVE ORDER, NOTICE OF COURT DATE, TEMPORARY
RESTRAINING ORDER AGAINST HARASSMENT; NOTICE OF HEARING,
DECLARATION OF PETITIONER, ADDITIONAL ATTACHMENTS

03/06/2025 11:35 am      Bennett B2756              Location: 9648 NOVA PLACE  RANCHO CUCAMONGA CA 91730-0982
NO ANSWER AT THE FRONT DOOR ON THE RING DOORBELL OR TO KNOCKING. NONE OF THE VEHICLES LISTED WERE SEEN AT OR
NEAR THE RESIDENCE. BUSINESS CARD WITH CONTACT INFO LEFT.
03/07/2025 10:11 am      Morales D6188              Location: 9648 NOVA PLACE  RANCHO CUCAMONGA CA 91730-0982
NO CONTACT AT DOOR OR RING CAMERA. CARD LEFT
03/10/2025 12:25 pm      Hogue E7962               Location: 9648 NOVA PLACE  RANCHO CUCAMONGA CA 91730-0982
NO ANSWER AT DOOR. TWO PREVIOUS BUSN CARDS ON GROUND NEXT TO FRONT DOOR. 3RD ATT UNSUCCESSFUL.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Monday, March 17, 2025

M. Roothe for K. Hogue
_____
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify)*:

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

---

**2nd Sheriff Serve Granted Restraining Order - Request 3DSS-25-0000044**

---

**Christina Taft** <taftchristina.ceo@gmail.com>                                        Mon, Mar 17, 2025 at 8:04 AM
To: CivilDocs <civildocs@sbcsd.org>

Thank you Ms Radtke and Sheriffs!

I'm grateful for your attempts to serve the restraining order granted against Paul Barresi.
It's unfortunate that the police's business cards were left on the ground.

Christina Taft

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

On Mon, Mar 17, 2025 at 5:00 AM CivilDocs <civildocs@sbcsd.org> wrote:

> Good morning,
>
> Attached is the proof of due diligence for this service.
>
> Thank you,
>
> *Melissa Radtke*
>
> San Bernardino County Sheriff's Dept.
>
> Court Services- Civil Division
>
> Office: (909) 387-5700
>
> Fax: (909) 387-5630
>
> 157 W 5th Street - 3rd floor
> San Bernardino, California 92415

---

> **From:** Christina Taft <taftchristina.ceo@gmail.com>
> **Sent:** Saturday, March 15, 2025 10:28 AM
> **To:** CivilDocs <civildocs@sbcsd.org>
> **Subject:** Re: 2nd Sheriff Serve Granted Restraining Order - Request 3DSS-25-0000044

---

> **CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.**

---

> Hello Ms. Radtke,
>
> Thank you for your time. When the deputies for the sheriff's department complete their service attempts of the granted restraining order against Defendant Paul Barresi, may I please have a copy of the document? 32

Sincerely,

Christina Taft

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

On Mon, Mar 10, 2025 at 7:13 AM Christina Taft <taftchristina.ceo@gmail.com> wrote:

Hi Ms. Radtke,

Thank you and the sheriffs for attempting to serve defendant with the court orders to be restrained.

Sincerely,

Christina Taft

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

On Mon, Mar 10, 2025 at 4:20 AM CivilDocs <civildocs@sbcsd.org> wrote:

Good morning,

There were two attempts for service with the new hearing date, 03/06/2025 and 03/07/2025. They will make one more attempt for service.

Thank you,

*Melissa Radtke*

San Bernardino County Sheriff's Dept.

Court Services- Civil Division

Office: (909) 387-5700

Fax: (909) 387-5630

157 W 5th Street - 3rd floor
San Bernardino, California 92415

---

**From:** Christina Taft <taftchristina.ceo@gmail.com>
**Sent:** Friday, March 7, 2025 9:08 PM
**To:** CivilDocs <civildocs@sbcsd.org>
**Subject:** Re: 2nd Sheriff Serve Granted Restraining Order - Request 3DSS-25-0000044

33

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.**

Hi Ms. Radtke, can I please know when the sheriff deputies try to serve the restraining order onto Defendant Barresi with the new hearing date?

The defendant everyday is threatening and harassing me, family, and witnesses with escalations.

Thank you,

Christina Taft

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*

On Wed, Mar 5, 2025 at 7:22 AM Christina Taft <taftchristina.ceo@gmail.com> wrote:

Thank you Ms. Radtke and Sheriffs!

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*

On Wed, Mar 5, 2025 at 6:28 AM CivilDocs <civildocs@sbcsd.org> wrote:

Good morning,

The documents have been received and are being reviewed for processing.

Thank you,

*Melissa Radtke*

San Bernardino County Sheriff's Dept.

Court Services- Civil Division

Office: (909) 387-5700

Fax: (909) 387-5630

157 W 5th Street - 3rd floor
San Bernardino, California 92415

**From:** Christina Taft <taftchristina.ceo@gmail.com>
**Sent:** Tuesday, March 4, 2025 8:54 PM

34

**To:** CivilDocs <civildocs@sbcsd.org>
**Subject:** 2nd Sheriff Serve Granted Restraining Order - Request 3DSS-25-0000044

---

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.**

---

Hello Sheriffs of San Bernardino and Ms. Radtke,

Can the Sheriffs please process serve with the Notice of the Extended to April 2nd RO, and the Granted Restraining Order Against PAUL BARRESI?

Attached is a 2nd Request for Sheriff to Serve Court Papers (please review this version that includes the additional paperwork and factual information), the Granted restraining order from the judge, the Granted restraining order, the Extended restraining order hearing notice, and the Notice of hearing; Another Extension of Restraining Order to April 2nd

From Court after Subpoenas of 11 Witnesses - Non appearance of respondent Paul Barresi. Court noted no service was made on respondent. Case is continued to April 02, 2025 at 9:30am., in courtroom 2C for service and hearing. Order extending restraining order signed and filed.
There is a 2nd U.S. District Court case where Barresi is a Defendant.

My phone number is 212-718-1003 and the clerk provided me this contact info for providing you these forms.

Thank you,

Christina Taft

--

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

---

**CAUTION: If suspected as MALICIOUS or PHISHING, report using the Phishing Button.** How to Report
**If suspected as SPAM, report using the Report as Junk Button.**

---

CONFIDENTIALITY NOTICE: This communication contains legally privileged and confidential information sent solely for the use of the intended recipient. Any use, review, disclosure, reproduction, distribution, copying of, or reliance on, this communication and any attachment is strictly prohibited. If you are not the intended recipient of this communication you are not authorized to use it in any manner, except to immediately destroy it and notify the sender.

---

**CAUTION: If suspected as MALICIOUS or PHISHING, report using the Phishing Button.** How to Report
**If suspected as SPAM, report using the Report as Junk Button.**

---

CONFIDENTIALITY NOTICE: This communication contains legally privileged and confidential information sent solely for the use of the intended recipient. Any use, review, disclosure, reproduction, distribution, copying of, or reliance on, this communication and any attachment is strictly prohibited. If you are not the intended recipient of this communication you are not authorized to use it in any manner, except to immediately destroy it and notify the sender.

---

**CAUTION: If suspected as MALICIOUS or PHISHING, report using the Phishing Button.** How to Report
**If suspected as SPAM, report using the Report as Junk Button.**

---

CONFIDENTIALITY NOTICE: This communication contains legally privileged and confidential information sent solely for the use of the intended recipient. Any use, review, disclosure, reproduction, distribution, copying of, or reliance on, this communication and any attachment is strictly prohibited. If you are not the intended recipient of this communication you are not authorized to use it in any manner, except to immediately destroy it and notify the sender.

EXHIBITS 8: Process Server Philip Hamilton Request to Serve Subpoena to Witness Amber Heard to New York Attorney Roberta Kaplan



Christina Taft <taftchristina.ceo@gmail.com>

## Request to Serve Subpoena to Witness Amber Heard

**Christina Taft** <taftchristina.ceo@gmail.com>                                                    Tue, Mar 11, 2025 at 9:24 AM
To: Roberta Kaplan <RKaplan@kaplanmartin.com>
Cc: Philip Andrew Hamilton <hamiltonlegalservicesvirginia@gmail.com>

Hi Roberta,

Outside of the court record — since I have to always be hidden - my phone number is (212) 718-1003 for any Witnesses to reach me.


Christina Taft

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*

On Tue, Mar 11, 2025 at 9:08 AM Roberta Kaplan <RKaplan@kaplanmartin.com> wrote:

I am sorry, but I am not authorized to accept service on behalf of Amber Heard.

**Roberta Kaplan | Kaplan Martin LLP**

Partner

1133 Avenue of the Americas | Suite 1500

New York, New York 10036

W: (212) 316 - 9500

rkaplan@kaplanmartin.com

**From:** Christina Taft <taftchristina.ceo@gmail.com>
**Sent:** Tuesday, March 11, 2025 2:53 PM
**To:** Roberta Kaplan <RKaplan@kaplanmartin.com>
**Cc:** Philip Andrew Hamilton <hamiltonlegalservicesvirginia@gmail.com>
**Subject:** Re: Request to Serve Subpoena to Witness Amber Heard

Hi Roberta Kaplan,

I am required to serve Adam Waldman to have any freedom at all and to stop intimidation.

However there is no relief. I am Pro Se due to the first Defendant, a "Hollywood Fixer"

Can my process server deliver the Subpoena submitted to the <u>Witness</u> Amber Heard/Vanree to any known representative of her?

Witnesses Ian Herndon and Molly Beaton, and 3 licensed investigators did declarations pro se.

Moreover, Defendant found my refuge to France.

I only returned to the U.S. to basically try to regain my rights as an American citizen.

He states:

37




# I believe Taft's new home is in Antibes.

My declaration, application, and memorandum was just stricken justifying furthering my case with witnesses.

We wrote in 2021

Christina Taft

*Propria Persona*

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

On Tue, Mar 11, 2025 at 7:48 AM Roberta Kaplan <RKaplan@kaplanmartin.com> wrote:

I'm sorry, but I cannot accept. I am not representing her right now.

**Roberta Kaplan | Kaplan Martin LLP**
Partner
1133 Avenue of the Americas | Suite 1500
New York, New York 10036
W: (212) 316 - 9500
rkaplan@kaplanmartin.com

**From:** Philip Andrew Hamilton <hamiltonlegalservicesvirginia@gmail.com>
**Sent:** Tuesday, March 11, 2025 1:41 PM
**To:** Roberta Kaplan <RKaplan@kaplanmartin.com>
**Cc:** Christina Taft <taftchristina.ceo@gmail.com>
**Subject:** Request to Serve Subpoena to Witness Amber Heard

Attorney Kaplan,

I emailed you in March 7th, 2025 and on March 11th, 2025 asking if you are currently represent Amber Heard.  This morning I was informed by KaplanHecker that you not longer work for that law firm.

May you let me know if you can accept this subpoena on behalf of Amber Heard?

38



me 7:38 AM
to rkaplan, Christina ⌄

## Attorney Roberta Kaplan,

Good morning.  I emailed you last on March 7th, 2025 regarding a subpoena for Amber Heard and received no response.  May you let me know if you represent her?

**Christina Taft** Mar 7
Yes! Asking if the attorney will accept serv...

me Mar 7
to rkaplan ^



| From | Philip Andrew Hamilton |
| | hamiltonlegalservicesvirginia@gmail.com |
| To | rkaplan@kaplanhecker.com |
| Date | Mar 7, 2025 at 9:51 PM |

## Attorney Roberta Kaplan,

Good evening.  May you accept this subpoena on behalf of witness Amber Heard in the event that you currently represent her?

•••



| Filed NOTICE of Subpoena to... | Filed Application Pr... |
| 📄 PDF | 📄 PDF |

Philip Andrew Hamilton

Owner: Hamilton Legal Services, LLC.

39

Website: HamiltonLegalServicesLLC.com

Serving clients in NC, VA, MD and DC!

Cellular Phone: (571) 455-5312

---------- Forwarded message ---------
From: **Philip Andrew Hamilton** <hamiltonlegalservicesvirginia@gmail.com>
Date: Fri, Mar 7, 2025 at 9:51 PM
Subject: Request to Process Serve Subpoena of a Witness
To: <rkaplan@kaplanhecker.com>

Attorney Roberta Kaplan,

Good evening. May you accept this subpoena on behalf of witness Amber Heard in the event that you currently represent her?

Philip Andrew Hamilton

Owner: Hamilton Legal Services, LLC.

Website: HamiltonLegalServicesVirginia.WordPress.com

Cellular Phone: (571) 455-5312

---------- Forwarded message ---------
From: **Christina Taft** <taftchristina.ceo@gmail.com>
Date: Fri, Mar 7, 2025 at 6:54 AM
Subject: Request to Process Serve Subpoena of a Witness
To: Philip Andrew Hamilton <hamiltonlegalservicesvirginia@gmail.com>

Hi Philip,

I will follow up with a clear Subpoena only attachment for you to ask Kaplan to accept service for.

Roberta Kaplan <rkaplan@kaplanhecker.com>

Dear Roberta Kaplan,

I hope this finds you well. I am requesting if you will accept a subpoena of a Witness for Amber Heard in Case ____.

In Declarations of two witnesses for this case, Ian Herndon and Molly Brown, they have already declared:

1. "Kaplan told me removed Barresi…."

2. "I saw a message to Kaplan…"

It's been quite a while since we talked in messages and email and I have grown a larger understanding of the issues of clientele which I've submitted for consideration to the Hon. Judge Bristow. I believe you reside in New York and New York City.

I've cited the Coercion Law of NY, unavailable in elements of California laws, several times in my case.

I am Pro Se in my case so I need to ask you directly and with a process server.

40

3/11/25, 11:63 AM Case 5:24-cv-01930-TJH-DTB    Document 54-3    Filed 03/24/25    Page 16 of 64    Page
Broadcast Request to Serve Subpoena on Witness Amber Heard
ID #:2241

Please see the Attached Notice of Subpoena of Witness Amber Heard submitted to lawyers L&S on record of Defendant.

(Attached)

Further attached is an Ex Parte Application, and Memorandum, not attached (too severe for process servers).

Warm Regards,

Christina Taft

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

Kaplan Martin LLP Confidentiality Notice: This message contains confidential information and is intended solely for the individual named. If you are
not the named addressee, you should not disseminate, distribute, or copy this email. Please notify the sender immediately by email if you have
received this email by mistake and delete this email from your system.

41

EXHIBITS 9: Subpoenas of Witnesses to Speak to 25 Witnesses, issued by the Clerk in Hawaii (9th district)

Received electronically at 11-MAR-2025 04:24 PM
Case 1:23-cv-01900-DTB    Document 54-3    Filed 03/24/25    Page 18 of 64    Page
ID #:2242

☑ **Subpoena or** ☐ **Subpoena Duces Tecum; Exhibit A**

Form# 3DC49

| | |
|---|---|
| **In The District Court of the Third Circuit**<br>**NORTH AND SOUTH HILO** Division<br>**State of Hawai'i** | |

**Electronically Filed**
**THIRD CIRCUIT**
**3DSS-25-0000044**
**11-MAR-2025**
**04:24 PM**
**Dkt. 51 SUB**

Plaintiff(s)
CHRISTINA TAFT

Reserved for Court Use

Civil No. 3DSS-25-0000044

Defendant(s)
PAUL BARRESI

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)

Christina Taft, Pro Se
747 Laukapu St
Hilo, Hawaii 212-718-1003

Name and Address of Witness:
DANIEL BRUMMITT
(Street Address of Witness Hidden for Protection)
Detroit, Michigan

Date & Time:
Upcoming Trial for Restraining

Location To Appear:
Zoom for Courtroom 2C
777 Kilauea Avenue
Hilo, Hawaii 96720-4212

☑ **SUBPOENA OR** ☐ **SUBPOENA DUCES TECUM**

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I YOU ARE COMMANDED** to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

**TO THE WITNESS**

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ PLAINTIFF(S)    ☐ DEFENDANT(S)
who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐ You are further ordered to bring with you the items listed in Exhibit A.

☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.**

Date: MAR 1 1 2025        Clerk of the above-entitled Court

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date.
For all Civil related matters, please call or visit the District Court at: Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

Clerk, District Court of the Above Circuit, State of Hawai'i

**CommonLook®**
508 Certified
Reprographics (09/09)

43

3D-P-301

Received electronically on 24-MAR-2025 04:23 PM
Case 5:24-cv-01093-DTB    Document 54-3    Filed 03/24/25    Page 19 of 64    Page
ID #:2244

Form# 3DC49

☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM; EXHIBIT A

| IN THE DISTRICT COURT OF THE THIRD CIRCUIT<br>**NORTH AND SOUTH HILO** DIVISION<br>STATE OF HAWAI'I | |
|---|---|
| Plaintiff(s)<br>CHRISTINA TAFT | **Electronically Filed<br>THIRD CIRCUIT<br>3DSS-25-0000044<br>11-MAR-2025<br>04:27 PM<br>Dkt. 55 SUB** |

| | Reserved for Court Use |
|---|---|
| | Civil No. 3DSS-25-0000044 |
| Defendant(s)<br>PAUL BARRESI | Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)<br>Christina Taft, Pro Se<br>747 Laukapu St<br>Hilo, Hawaii 212-718-1003 |
| Name and Address of Witness:<br>ERIK R. EICHLER<br>(Street Address of Witness Hidden for Protection)<br>South Windsor, Connecticut | Date & Time:<br>Upcoming Trial for Restraining |
| | Location To Appear:<br>Zoom for Courtroom 2C<br>777 Kilauea Avenue<br>Hilo, Hawaii 96720-4212 |

| ☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM |
|---|

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I YOU ARE COMMANDED** to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

**TO THE WITNESS**

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ **PLAINTIFF(S)**    ☐ **DEFENDANT(S)**

who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐ You are further ordered to bring with you the items listed in Exhibit A.

☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.**

| Date: MAR 1 1 2025 | Clerk of the above-entitled Court | T. ENOS-GODINEZ |
|---|---|---|

In accordance with the **Americans with Disabilities Act**, and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceding, hearing, or appointment date.
For all Civil related matters, please call or visit the District Court at: Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

_____
Clerk, District Court of the Above Circuit, State of Hawai'i

44

3D-P-301

☑ **Subpoena or** ☐ **Subpoena Duces Tecum; Exhibit A**                                    Form# 3DC49

| | |
|---|---|
| **In The District Court of the Third Circuit**<br>**NORTH AND SOUTH HILO** **Division**<br>**State of Hawai'i** | |
| **Plaintiff(s)**<br>  CHRISTINA TAFT | **Electronically Filed**<br>**THIRD CIRCUIT**<br>**3DSS-25-0000044**<br>**11-MAR-2025**<br>**04:23 PM**<br>**Dkt. 49 SUB** |

| | |
|---|---|
| | Reserved for Court Use |
| | Civil No. **3DSS-25-0000044** |
| **Defendant(s)**<br>  PAUL BARRESI | Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)<br>  Christina Taft, Pro Se<br>  747 Laukapu St<br>  Hilo, Hawaii 212-718-1003 |
| **Name and Address of Witness:**<br>  REBECCA BERRY<br>  (Address of Witness Hidden for Protection) | Date & Time:<br>  Upcoming Trial for Restraining |
| | Location To Appear:<br>  Zoom for Courtroom 2C<br>  777 Kilauea Avenue<br>  Hilo, Hawaii 96720-4212 |

## ☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I** YOU ARE COMMANDED to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

### TO THE WITNESS

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ PLAINTIFF(S)    ☐ DEFENDANT(S)
who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐ You are further ordered to bring with you the items listed in Exhibit A.

☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

### DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.

| | | |
|---|---|---|
| Date: **MAR 1 1 2025** | Clerk of the above-entitled Court | T. ENOS-GULNAC |

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date.
**For all Civil related matters, please call or visit the District Court at:** Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

| |
|---|
| I certify that this is a full, true and correct<br>copy of the original issued from this office. |
| Clerk, District Court of the Above Circuit, State of Hawai'i |

CommonLook®
508 Certified
Reprographics (09/09)

45

3D-P-301

☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM; EXHIBIT A

Form# 3DC49

IN THE DISTRICT COURT OF THE THIRD CIRCUIT
**NORTH AND SOUTH HILO** DIVISION

STATE OF HAWAIʻI

Plaintiff(s)
 CHRISTINA TAFT

**Electronically Filed**
**THIRD CIRCUIT**
**3DSS-25-0000044**
**11-MAR-2025**
**04:21 PM**
**Dkt. 47 SUB**

Reserved for Court Use

Civil No. 3DSS-25-0000044

Defendant(s)
 PAUL BARRESI

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)

 Christina Taft, Pro Se
 747 Laukapu St
 Hilo, Hawaii 212-718-1003

Name and Address of Witness:
 KIM HAYNES
 (Street Address of Witness Hidden for Protection)
 San Diego, California

Date & Time:
Upcoming Trial for Restraining

Location To Appear:
 Zoom for Courtroom 2C
 777 Kilauea Avenue
 Hilo, Hawaii 96720-4212

| ☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM |
| --- |

**THE STATE OF HAWAIʻI TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAIʻI** YOU ARE COMMANDED to subpoena the individual named above.
This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

**TO THE WITNESS**
YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the
 ☑ PLAINTIFF(S)    ☐ DEFENDANT(S)
who shall be responsible to provide you with a fee for attendance and mileage allowed by law.
 ☐ You are further ordered to bring with you the items listed in Exhibit A.
 ☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.**

Date: MAR 1 1 2025    Clerk of the above-entitled Court    T. ENOS-GODINEZ

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date.
**For all Civil related matters, please call or visit the District Court at:** Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

I certify that this is a full, true and correct
copy of the original issued from this office.

_____
Clerk, District Court of the Above Circuit, State of *Hawaiʻi*

CommonLook®
508 Certified
Reprographics (09/09)

3D-P-301

☑ **SUBPOENA OR** ☐ **SUBPOENA DUCES TECUM; EXHIBIT A**                    Form# 3DC49

| | |
|---|---|
| **IN THE DISTRICT COURT OF THE THIRD CIRCUIT**<br>**NORTH AND SOUTH HILO** DIVISION<br>**STATE OF HAWAIʻI** | |

| Plaintiff(s)<br>CHRISTINA TAFT | **Electronically Filed**<br>**THIRD CIRCUIT**<br>**3DSS-25-0000044**<br>**11-MAR-2025**<br>**04:25 PM**<br>**Dkt. 53 SUB** |
|---|---|

| | Reserved for Court Use |
|---|---|
| | Civil No. 3DSS-25-0000044 |

| Defendant(s)<br>PAUL BARRESI | Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)<br><br>Christina Taft, Pro Se<br>747 Laukapu St<br>Hilo, Hawaii 212-718-1003 |
|---|---|

| Name and Address of Witness:<br>LAUREN PENA<br>(Address of Witness Hidden for Protection)<br>Los Angeles, California, USA | Date & Time:<br>Upcoming Trial for Restraining |
|---|---|
| | Location To Appear:<br>Zoom for Courtroom 2C<br>777 Kilauea Avenue<br>Hilo, Hawaii 96720-4212 |

| ☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM |
|---|

**THE STATE OF HAWAIʻI TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAIʻI YOU ARE COMMANDED** to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

**TO THE WITNESS**

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ **PLAINTIFF(S)**    ☐ **DEFENDANT(S)**

who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐ You are further ordered to bring with you the items listed in Exhibit A.

☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.**

| Date: MAR 1 1 2025 | Clerk of the above-entitled Court | T. ENOS-GODINEZ |
|---|---|---|

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceding, hearing, or appointment date.
For all Civil related matters, please call or visit the District Court at: Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

I certify that this is a full, true and correct copy of the original issued from this office.

Clerk, District Court of the Above Circuit, State of Hawaiʻi

☑ **SUBPOENA OR** ☐ **SUBPOENA DUCES TECUM; EXHIBIT A**

Form# 3DC49

**IN THE DISTRICT COURT OF THE THIRD CIRCUIT**
**NORTH AND SOUTH HILO** _____ **DIVISION**

**STATE OF HAWAI'I**

Plaintiff(s)
CHRISTINA TAFT

**Electronically Filed**
**THIRD CIRCUIT**
**3DSS-25-0000044**
**11-MAR-2025**
**04:20 PM**
**Dkt. 45 SUB**

Reserved for Court Use

Civil No. 3DSS-25-0000044

Defendant(s)
PAUL BARRESI

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)

Christina Taft, Pro Se
747 Laukapu St
Hilo, Hawaii 212-718-1003

Name and Address of Witness:
SHANNON DENISE NEWSOME
(Street Address of Witness Hidden for Protection)
Alexandria, Virginia

Date & Time:
Upcoming Trial for Restraining

Location To Appear:
Zoom for Courtroom 2C
777 Kilauea Avenue
Hilo, Hawaii 96720-4212

☑ **SUBPOENA OR** ☐ **SUBPOENA DUCES TECUM**

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I YOU ARE COMMANDED** to subpoena the individual named above.
This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

**TO THE WITNESS**
YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the
☑ **PLAINTIFF(S)**    ☐ **DEFENDANT(S)**
who shall be responsible to provide you with a fee for attendance and mileage allowed by law.
☐  You are further ordered to bring with you the items listed in Exhibit A.
☐  You are required to designate a representative of your organization to testify for the organization on the following matters:

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.**

Date: MAR 1 1 2025    Clerk of the above-entitled Court    T. ENOS-GODINEZ

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceding, hearing, or appointment date.
For all Civil related matters, please call or visit the District Court at: Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

Clerk,. District Court of the Above Circuit, State of Hawai'i

CommonLook®
508 Certified
Reprographics (09/09)

3D-P-301

Received electronically on 12-MAR-2025 at 08:21 AM

☑ **Subpoena or** ☐ **Subpoena Duces Tecum; Exhibit A**

Form# 3DC49

**In The District Court of the Third Circuit**
**NORTH AND SOUTH HILO** _____ **Division**

**State of Hawaiʻi**

Plaintiff(s)
CHRISTINA TAFT

Electronically Filed
THIRD CIRCUIT
3DSS-25-0000044
12-MAR-2025
08:21 AM
Dkt. 65 SUB

Reserved for Court Use

Civil No.

Defendant(s)
PAUL BARRESI

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney
Number, Firm Name (if applicable), Address, Telephone and
Facsimile Numbers)

Christina Taft, Pro Se
747 Laukapu St
Hilo, Hawaii 212-718-1003

Name and Address of Witness:
JUAN CARLOS BROOKS
7381 La Tijera Blvd
Los Angeles, California 90045

Date & Time:
Upcoming Trial for Restraining

Location To Appear:
Zoom for Courtroom 2C
777 Kilauea Avenue
Hilo, Hawaii 96720-4212

☑ **SUBPOENA OR** ☐ **SUBPOENA DUCES TECUM**

**THE STATE OF HAWAIʻI TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAIʻI YOU ARE COMMANDED** to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

**TO THE WITNESS**

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ **PLAINTIFF(S)** ☐ **DEFENDANT(S)**
who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐ You are further ordered to bring with you the items listed in Exhibit A.

☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.**

Date: MAR 11 2025

Clerk of the above-entitled Court

ENOS-GODINEZ

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date.
For all Civil related matters, please call or visit the District Court at: Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

I certify that this is a full, true and correct
copy of the original issued from this office.

Clerk, District Court of the Above Circuit, State of Hawaiʻi

CommonLook®
508 Certified
Reprographics (09/09)

49

3D-P-301

Form# 3DC49

☐ **SUBPOENA OR** ☑ **SUBPOENA DUCES TECUM; EXHIBIT A**

**IN THE DISTRICT COURT OF THE THIRD CIRCUIT**
**NORTH AND SOUTH HILO** _____ **DIVISION**
**STATE OF HAWAI'I**

| Plaintiff(s)<br>CHRISTINA TAFT | |
|---|---|
| | **Electronically Filed**<br>**THIRD CIRCUIT**<br>**3DSS-25-0000044**<br>**12-MAR-2025**<br>**08:14 AM**<br>**Dkt. 57 SDT** |
| | Reserved for Court Use |
| | Civil No. 3DSS-25-0000044 |
| Defendant(s)<br>PAUL BARRESI | Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)<br>Christina Taft, Pro Se<br>747 Laukapu St<br>Hilo, Hawaii 212-718-1003 |
| Name and Address of Witness:<br>LINDSEY BURRILL<br>Private Detective - Confidential<br>(Address of Witness Hidden for Protection)<br>New Haven, Connecticut | Date & Time:<br>Hearing Restraining April 2,2025 |
| | Location To Appear:<br>Zoom for Courtroom 2C<br>777 Kilauea Avenue<br>Hilo, Hawaii 96720-4212 |

☐ **SUBPOENA OR** ☑ **SUBPOENA DUCES TECUM**

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I YOU ARE COMMANDED** to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

**TO THE WITNESS**

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ **PLAINTIFF(S)**          ☐ **DEFENDANT(S)**
who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☑  You are further ordered to bring with you the items listed in Exhibit A.

☐  You are required to designate a representative of your organization to testify for the organization on the following matters:

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.**

| Date: MAR 1 1 2025 | Clerk of the above-entitled Court | T. ENOS-GODINEZ |
|---|---|---|

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date.
For all Civil related matters, please call or visit the District Court at: Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

I certify that this is a full, true and correct
copy of the original issued from this office.

50

Clerk, District Court of the Above Circuit, State of Hawai'i

CommonLook®
508 Certified
Reprographics (09/09)

3D-P-301

# Exhibit A for Subpoena Duces Tecum to Witness:

## Lindsey Burril, Private Detective

- Written expertise by witness on petitioner Christina Taft and her family, mother, half-siblings being harmed, intimidated, threatened, and stalked <u>by Defendant Paul Barresi</u>, to be produced before restraining order hearing

- Witnesses spoken with and collaborative
- Findings of witnesses harmed
- Any notes, findings, reports

## Investigator on Witness Interference (Influential Case)

**Private Detective | Confidential**

December 2011 - Present

Hired by private citizens, companies & govt. Extensive experience w/ sudden or suspicious deaths, organized crime, crime patterns, murder & kidnapping (cold cases & active) Solved and found a missing teen, brought them home safely. Mapping to monitor crime & case similarities, civil & criminal suits, witness interviews, conspiracy and many other types of cases. Undercover and discrete Surveillance experience. Very adept at finding information, FOIA. Successful research skills and methods.

EXHIBITS 10: Docket of Case with 25 Issued Witness Subpoenas to Communicate in Hawaii's Taft v Barresi et al



**eCourt Kōkua**
JUDICIARY INFORMATION MANAGEMENT SYSTEM

| Home | Party Search | Vehicle Search | Case Search | Upcoming Court Hearings Search |

Case Search • Filing Date Search

## Case Search

### Search Criteria

*Please enter as much information as possible (*denotes required field).*

| | | | | | |
|---|---|---|---|---|---|
| Case ID or Citation Number: | 3DSS-25-0000044 | Application Number: | | Beginning Case Filing Date: | |
| Arrest Number: | | TCT Number: | | Ending Case Filing Date: | |
| OTN: | | | | | |
| SID: | | | | | |

Search     Reset

Search results for criteria: Case ID or Citation Number: 3DSS-25-0000044

Generate Printable Case View

| Summary | Events | Dockets |

| Docket # | Date | Docket | Document Name | Parties | Filing Party |
|---|---|---|---|---|---|
| 1 | 01/21/2025 | Ex Parte Petition for TRO | PETITION FOR EX PARTE TEMPORARY RESTRAINING ORDER AND FOR INJUNCTION AGAINST HARASSMENT; DECLARATION OF PETITIONER; TEMPORARY RESTRAINING ORDER AGAINST HARASSMENT; AND NOTICE OF HEARING | CHRISTINA TAFT - Petitioner | TAFT, CHRISTINA |
| 2 | 01/21/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner | |
| 3 | 01/21/2025 | Payment Due to Court | | CHRISTINA TAFT - Petitioner | |
| 4 | 01/21/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner | |
| 5 | 01/21/2025 | Document | TRO QUESTIONNAIRE | CHRISTINA TAFT - Petitioner | TAFT, CHRISTINA |
| 6 | 01/21/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner | |
| 7 | 01/21/2025 | Info Confidential Doc - HCCR9 | Sealed | CHRISTINA TAFT - Petitioner | TAFT, CHRISTINA |
| 8 | 01/21/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner | |
| 9 | 01/21/2025 | Payment Payment by Cash-Civil in the amount of $15.00 by PET - TAFT, CHRISTINA (6683500) | | CHRISTINA TAFT - Petitioner | |
| 10 | 01/22/2025 | Order-Temporary R/Order **CJIS** | TEMPORARY RESTRAINING ORDER AGAINST HARASSMENT; NOTICE OF HEARING GRANTED --JJHAWK-- | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 11 | 01/22/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 12 | 01/22/2025 | Notice of Court Date | | All Case Parties | |
| 13 | 01/29/2025 | Service-Return/Acknowledgement | RETURN OF SERVICE; ACKNOWLEDGEMENT OF SERVICE | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 14 | 01/29/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 15 | 01/29/2025 | Ext Temp Restraining Order | Order Extending Temporary Restraining Order; Amended Notice of Hearing | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 16 | 01/29/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 17 | 01/29/2025 | Notice of Court Date | | All Case Parties | |
| 18 | 01/29/2025 | Minutes (MKL/JAVS/TCW/EG) Petitioner, Christina Taft present pro se via zoom. Non appearance of respondent Paul Barresi. Court noted no service was made on respondent. Case continued to February 26, 2025 at 9:30am., in courtroom 2C for service and hearing on tro. Order extending temporary restraining order signed and filed. Petitioner is responsible for picking up copies of orders from the courthouse. | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | BA Timothy Weber PET TAFT, CHRISTINA CLK GOUVEIA, EMMALYN JUDG Laubach , M. Kanani |
| 19 | 02/20/2025 | Subpoena | SUBPOENA - JOE TRISCARI | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |

| 20 | 02/20/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 21 | 02/20/2025 | Subpoena | SUBPOENA - MICHAEL KOUNTZ | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 22 | 02/20/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 23 | 02/20/2025 | Subpoena | SUBPOENA - LEILANI GIGENA | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 24 | 02/20/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 25 | 02/20/2025 | Subpoena | SUBPOENA - CLAUDIA JAMISON | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 26 | 02/20/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 27 | 02/20/2025 | Subpoena | SUBPOENA - MIKE MCCORMICK | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 28 | 02/20/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 29 | 02/20/2025 | Subpoena | SUBPOENA - MOLLY BEATON | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 30 | 02/20/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 31 | 02/20/2025 | Subpoena | SUBPOENA - IAN HERNDON | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 32 | 02/20/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 33 | 02/20/2025 | Subpoena | SUBPOENA - RICHARD ALBERTINI | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 34 | 02/20/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 35 | 02/20/2025 | Subpoena | SUBPOENA - MARIO NITRINI | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 36 | 02/20/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 37 | 02/20/2025 | Subpoena | SUBPOENA - RYAN GARDNER | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 38 | 02/20/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 39 | 02/20/2025 | Subpoena | SUBPOENA - AMANDA BRIDENBAUGH | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 40 | 02/20/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 41 | 02/26/2025 | Notice of Court Date | | All Case Parties | |
| 42 | 02/26/2025 | Ext Temp Restraining Order | ORDER EXTENDING TEMPORARY RESTRAINING ORDER; AMENDED NOTICE OF HEARING | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 43 | 02/26/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 44 | 02/26/2025 | Minutes (MKL/JAVS/TCW/EG) Petitioner, Christina Taft present pro se via zoom. Non appearance of respondent Paul Barresi. Court noted no service was made on respondent. Case is continued to April 02, 2025 at 9:30am., in courtroom 2C for service and hearing on tro. Order extending temporary restraining order signed and filed. Petitioner is responsible to pick up copies of order from court court. | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | BA Timothy Weber PET TAFT, CHRISTINA JUDG Laubach , M. Kanani CLK GOUVEIA, EMMALYN |
| 45 | 03/11/2025 | Subpoena | SUBPOENA - SHANNON DENISE NEWSOME | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 46 | 03/11/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 47 | 03/11/2025 | Subpoena | JSUBPOENA - KIM HAYNES | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 48 | 03/11/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 49 | 03/11/2025 | Subpoena | SUBPOENA - REBECCA BERRY | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 50 | 03/11/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 51 | 03/11/2025 | Subpoena | SUBPOENA - DANIEL BRUMMITT | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 52 | 03/11/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 53 | 03/11/2025 | Subpoena | SUBPOENA - LAUREN PENA | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 54 | 03/11/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 55 | 03/11/2025 | Subpoena | SUBPOENA - ERIK R. EICHLER | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 56 | 03/11/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 57 | 03/12/2025 | Subpoena Duces Tecum | SUBPOENA DUCES TECUM; EXHIBIT A - LINDSEY BURRILL | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 58 | 03/12/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |

54

| 59 | 03/12/2025 | Subpoena | SUBPOENA - ANDREW DOUGHERTY | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 60 | 03/12/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 61 | 03/12/2025 | Subpoena | SUBPOENA - STARLA RAMIREZ | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 62 | 03/12/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 63 | 03/12/2025 | Subpoena | SUBPOENA - NIKO SANCHEZ | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 64 | 03/12/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 65 | 03/12/2025 | Subpoena | SUBPOENA - JUAN CARLOS BROOKS | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 66 | 03/12/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 67 | 03/12/2025 | Subpoena | SUBPOENA - MARK ACKRICH | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 68 | 03/12/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 69 | 03/12/2025 | Subpoena Duces Tecum | SUBPOENA DUCES TECUM; EXHIBIT A | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 70 | 03/12/2025 | Notice of Electronic Filing | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |

# PRINTABLE CASE VIEW

**Generated: 22-MAR-2025 09:42 AM**                    **User: WEBU134222**

**Search Criteria: Case ID or Citation Number: 3DSS-25-0000044**

**1 record(s) total**

| | | |
|---|---|---|
| **Case ID:** 3DSS-25-0000044 - CHRISTINA TAFT V. PAUL BARRESI<br>**Type:** SS - DC Temp Restraining Order<br>**Status:** ACTIVE - Active Case<br>**Last Updated:** 18-Mar-2025 | **Filing Date:** TUESDAY, JANUARY 21, 2025<br>**Court:** THIRD CIRCUIT<br>**Location:** NORTH AND SOUTH HILO DIVISION | |

**Related Cases**

No related cases were found.

**Case Parties**

| Seq # | Assoc | End Date | Type | ID | Name / Aliases |
|---|---|---|---|---|---|
| 1 | | | Petitioner | @6683500 | TAFT, CHRISTINA |
| 2 | | | Respondent | @6683501 | BARRESI, PAUL |

**Bail / Bond Information**

No Bails were found.

**Events**

| Event | Parties | Date | Time | Room | Location | Judge | Appearance Disposition |
|---|---|---|---|---|---|---|---|
| Hearing | CHRISTINA TAFT - Petitioner<br>PAUL BARRESI - Respondent | 04/02/2025 | 09:30:00 | N/S Hilo Courtroom 2C | NORTH AND SOUTH HILO DIVISION | | |
| Hearing | CHRISTINA TAFT - Petitioner<br>PAUL BARRESI - Respondent | 02/26/2025 | 09:30:00 | N/S Hilo Courtroom 2C | NORTH AND SOUTH HILO DIVISION | | CON-Continued |
| Hearing | CHRISTINA TAFT - Petitioner<br>PAUL BARRESI - Respondent | 01/29/2025 | 09:30:00 | N/S Hilo Courtroom 2C | NORTH AND SOUTH HILO DIVISION | | CON-Continued |

**Dockets**

| Docket # | Date | Docket | Document Name | Parties | Filing Party |
|---|---|---|---|---|---|

56

| 1 | 01/21/2025 | Ex Parte Petition for TRO | PETITION FOR EX PARTE TEMPORARY RESTRAINING ORDER AND FOR INJUNCTION AGAINST HARASSMENT; DECLARATION OF PETITIONER; TEMPORARY RESTRAINING ORDER AGAINST HARASSMENT; AND NOTICE OF HEARING | CHRISTINA TAFT - Petitioner | TAFT, CHRISTINA |
|---|---|---|---|---|---|
| 3 | 01/21/2025 | Payment Due to Court | | CHRISTINA TAFT - Petitioner | |
| 5 | 01/21/2025 | Document | TRO QUESTIONNAIRE | CHRISTINA TAFT - Petitioner | TAFT, CHRISTINA |
| 7 | 01/21/2025 | Info Confidential Doc - HCCR9 | Sealed | CHRISTINA TAFT - Petitioner | TAFT, CHRISTINA |
| 9 | 01/21/2025 | Payment Payment by Cash-Civil in the amount of $15.00 by PET - TAFT, CHRISTINA  (6683500) | | CHRISTINA TAFT - Petitioner | |
| 10 | 01/22/2025 | Order-Temporary R/Order **CJIS** | TEMPORARY RESTRAINING ORDER AGAINST HARASSMENT; NOTICE OF HEARING GRANTED --JJHAWK-- | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 12 | 01/22/2025 | Notice of Court Date | | All Case Parties | |
| 13 | 01/29/2025 | Service-Return/Acknowledgement | RETURN OF SERVICE; ACKNOWLEDGEMENT OF SERVICE | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 15 | 01/29/2025 | Ext Temp Restraining Order | Order Extending Temporary Restraining Order; Amended Notice of Hearing | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 17 | 01/29/2025 | Notice of Court Date | | All Case Parties | |
| 18 | 01/29/2025 | Minutes (MKL/JAVS/TCW/EG) Petitioner, Christina Taft present pro se via zoom. Non appearance of respondent Paul Barresi.  Court noted no service was made on respondent.  Case continued to February 26, 2025 at 9:30am., in courtroom 2C for service and hearing on tro.  Order extending temporary restraining order signed and filed.  Petitioner is responsible for picking up copies of orders from the courthouse. | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | BA Timothy Weber PET TAFT, CHRISTINA CLK GOUVEIA, EMMALYN JUDG Laubach  ,   M. Kanani |

| 19 | 02/20/2025 | Subpoena | SUBPOENA - JOE TRISCARI | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 21 | 02/20/2025 | Subpoena | SUBPOENA - MICHAEL KOUNTZ | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 23 | 02/20/2025 | Subpoena | SUBPOENA - LEILANI GIGENA | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 25 | 02/20/2025 | Subpoena | SUBPOENA - CLAUDIA JAMISON | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 27 | 02/20/2025 | Subpoena | SUBPOENA - MIKE MCCORMICK | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 29 | 02/20/2025 | Subpoena | SUBPOENA - MOLLY BEATON | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 31 | 02/20/2025 | Subpoena | SUBPOENA - IAN HERNDON | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 33 | 02/20/2025 | Subpoena | SUBPOENA - RICHARD ALBERTINI | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 35 | 02/20/2025 | Subpoena | SUBPOENA - MARIO NITRINI | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 37 | 02/20/2025 | Subpoena | SUBPOENA - RYAN GARDNER | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 39 | 02/20/2025 | Subpoena | SUBPOENA - AMANDA BRIDENBAUGH | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 41 | 02/26/2025 | Notice of Court Date | | All Case Parties | |

| 42 | 02/26/2025 | Ext Temp Restraining Order | ORDER EXTENDING TEMPORARY RESTRAINING ORDER; AMENDED NOTICE OF HEARING | CHRISTINA TAFT - Petitioner<br>PAUL BARRESI - Respondent | |
| 44 | 02/26/2025 | Minutes (MKL/JAVS/TCW/EG) Petitioner, Christina Taft present pro se via zoom. Non appearance of respondent Paul Barresi. Court noted no service was made on respondent. Case is continued to April 02, 2025 at 9:30am., in courtroom 2C for service and hearing on tro. Order extending temporary restraining order signed and filed. Petitioner is responsible to pick up copies of order from court court. | | CHRISTINA TAFT - Petitioner<br>PAUL BARRESI - Respondent | BA Timothy Weber<br>PET TAFT, CHRISTINA<br>JUDG Laubach , M. Kanani<br>CLK GOUVEIA, EMMALYN |
| 45 | 03/11/2025 | Subpoena | SUBPOENA - SHANNON DENISE NEWSOME | CHRISTINA TAFT - Petitioner<br>PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 47 | 03/11/2025 | Subpoena | JSUBPOENA - KIM HAYNES | CHRISTINA TAFT - Petitioner<br>PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 49 | 03/11/2025 | Subpoena | SUBPOENA - REBECCA BERRY | CHRISTINA TAFT - Petitioner<br>PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 51 | 03/11/2025 | Subpoena | SUBPOENA - DANIEL BRUMMITT | CHRISTINA TAFT - Petitioner<br>PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 53 | 03/11/2025 | Subpoena | SUBPOENA - LAUREN PENA | CHRISTINA TAFT - Petitioner<br>PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 55 | 03/11/2025 | Subpoena | SUBPOENA - ERIK R. EICHLER | CHRISTINA TAFT - Petitioner<br>PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 57 | 03/12/2025 | Subpoena Duces Tecum | SUBPOENA DUCES TECUM; EXHIBIT A - LINDSEY BURRILL | CHRISTINA TAFT - Petitioner<br>PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 59 | 03/12/2025 | Subpoena | SUBPOENA - ANDREW DOUGHERTY | CHRISTINA TAFT - Petitioner<br>PAUL BARRESI - Respondent | TAFT, CHRISTINA |

| 61 | 03/12/2025 | Subpoena | SUBPOENA - STARLA RAMIREZ | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 63 | 03/12/2025 | Subpoena | SUBPOENA - NIKO SANCHEZ | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 65 | 03/12/2025 | Subpoena | SUBPOENA - JUAN CARLOS BROOKS | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 67 | 03/12/2025 | Subpoena | SUBPOENA - MARK ACKRICH | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 69 | 03/12/2025 | Subpoena Duces Tecum | SUBPOENA DUCES TECUM; EXHIBIT A - JUAN CARLOS BROOK | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 71 | 03/18/2025 | Subpoena | SUBPOENA - JAMES CONNER | CHRISTINA TAFT - Petitioner | TAFT, CHRISTINA |
| 73 | 03/18/2025 | Subpoena Duces Tecum | SUBPOENA DUCES TECUM; EXHIBIT A - T-MOBILE | CHRISTINA TAFT - Petitioner | TAFT, CHRISTINA |
| 75 | 03/18/2025 | Subpoena Petitioner selected Subpoena but also directs witness to also bring items with them to hearing. Filed as is. TEG 03/18/2025 | SUBPOENA - LINDSEY BURRILL | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 77 | 03/18/2025 | Subpoena | SUBPOENA - DON DEBAUN | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 79 | 03/18/2025 | Subpoena | SUBPOENA - STACY CONNER | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 81 | 03/18/2025 | Subpoena | SUBPOENA - SEAN CONNER | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |

☑ **SUBPOENA OR** ☐ **SUBPOENA DUCES TECUM; EXHIBIT A**    Form# 3DC49

## IN THE DISTRICT COURT OF THE THIRD CIRCUIT
### NORTH AND SOUTH HILO — DIVISION
### STATE OF HAWAI'I

Plaintiff(s)
CHRISTINA TAFT

**Electronically Filed
THIRD CIRCUIT
3DSS-25-0000044
20-FEB-2025
09:07 AM
Dkt. 39 SUB**

Reserved for Court Use

Civil No.    3DSS-25-0000044

Defendant(s)
PAUL BARRESI

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)

Christina Taft, Pro Se
747 Laukapu St
Hilo, Hawaii 212-718-1003

| Name and Address of Witness: | Date & Time: |
|---|---|
| AMANDA BRIDENBAUGH (Address of Witness Hidden for Protection) | Upcoming Trial for Restraining |
| | Location To Appear: Zoom for Courtroom 2C 777 Kilauea Avenue Hilo, Hawaii 96720-4212 |

### ☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I** YOU ARE COMMANDED to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

### TO THE WITNESS

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ PLAINTIFF(S)    ☐ DEFENDANT(S)
who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐  You are further ordered to bring with you the items listed in Exhibit A.

☐  You are required to designate a representative of your organization to testify for the organization on the following matters:

### DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.

Date:  FEB 2 0 2025    Clerk of the above-entitled Court    T. ENOS-GODINEZ

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date.
For all Civil related matters, please call or visit the District Court at: Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

Clerk, District Court of the Above Circuit, State of Hawai'i

3D-P-301

☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM; EXHIBIT A                    Form# 3DC49

## IN THE DISTRICT COURT OF THE THIRD CIRCUIT
## NORTH AND SOUTH HILO DIVISION
### STATE OF HAWAI'I

| | |
|---|---|
| Plaintiff(s)<br>CHRISTINA TAFT | **Electronically Filed**<br>**THIRD CIRCUIT**<br>**3DSS-25-0000044**<br>**20-FEB-2025**<br>**08:50 AM**<br>**Dkt. 25 SUB** |
| | Reserved for Court Use |
| | Civil No. 3DSS-25-0000044 |
| Defendant(s)<br>PAUL BARRESI | Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)<br>Christina Taft, Pro Se<br>747 Laukapu St<br>Hilo, Hawaii 212-718-1003 |
| Name and Address of Witness:<br>CLAUDIA JAMISON<br>(Address of Witness Hidden for Protection) | Date & Time:<br>Upcoming Trial for Restraining |
| | Location To Appear:<br>Zoom for Courtroom 2C<br>777 Kilauea Avenue<br>Hilo, Hawaii 96720-4212 |

### ☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I** YOU ARE COMMANDED to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

### TO THE WITNESS

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ PLAINTIFF(S)    ☐ DEFENDANT(S)
who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐ You are further ordered to bring with you the items listed in Exhibit A.

☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

### DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.

| Date: FEB 2 0 2025 | Clerk of the above-entitled Court |
|---|---|

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date.
**For all Civil related matters, please call or visit the District Court at:** Hilo Division, Hilo, Ph. **(808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.**

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

62

Clerk, District Court of the Above Circuit, State of Hawai'i

**CommonLook®**
508 Certified
Reprographics (09/09)

3D-P-301

☑ **Subpoena or** ☐ **Subpoena Duces Tecum; Exhibit A**

Form# 3DC49

**In The District Court of the Third Circuit**
**NORTH AND SOUTH HILO** **Division**

**State of Hawai'i**

Plaintiff(s)
CHRISTINA TAFT

**Electronically Filed**
**THIRD CIRCUIT**
**3DSS-25-0000044**
**18-MAR-2025**
**10:35 AM**
**Dkt. 77 SUB**

Reserved for Court Use

Civil No. 3DSS-25-0000044

Defendant(s)
PAUL BARRESI

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)

Christina Taft, Pro Se
747 Laukapu St
Hilo, Hawaii 212-718-1003

Name and Address of Witness:
DON DEBAUN
(Street Address of Witness Hidden for Protection)
Sedona, Arizona

Date & Time:
Upcoming Trial for Restraining

Location To Appear:
Zoom for Courtroom 2C
777 Kilauea Avenue
Hilo, Hawaii 96720-4212

### ☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I** YOU ARE COMMANDED to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

### TO THE WITNESS

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ PLAINTIFF(S)  ☐ DEFENDANT(S)

who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐ You are further ordered to bring with you the items listed in Exhibit A.

☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.**

Date: MAR 18 2025

Clerk of the above-entitled Court    T. ENGS-GODINEZ

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your proceeding, hearing, or appointment date.
**For all Civil related matters, please call or visit the District Court at:** Hilo Division, 777 Kilauea Avenue, Hilo, Ph. **(808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.**

**SUBPOENA**

I certify that this is a full, true and correct copy of the original issued from this office.

Clerk, District Court of the Above Circuit, State of Hawai'i

3D-P-301

Form# 3DC49

☑ **SUBPOENA OR** ☐ **SUBPOENA DUCES TECUM; EXHIBIT A**

**IN THE DISTRICT COURT OF THE THIRD CIRCUIT**
**NORTH AND SOUTH HILO** DIVISION
**STATE OF HAWAI'I**

| Plaintiff(s)<br>CHRISTINA TAFT | |
|---|---|
| | **Electronically Filed**<br>**THIRD CIRCUIT**<br>**3DSS-25-0000044**<br>**20-FEB-2025**<br>**08:54 AM**<br>**Dkt. 31 SUB** |
| | Reserved for Court Use |
| | Civil No.  3DSS-25-0000044 |
| Defendant(s)<br>PAUL BARRESI | Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)<br><br>Christina Taft, Pro Se<br>747 Laukapu St<br>Hilo, Hawaii 212-718-1003 |
| Name and Address of Witness:<br>IAN HERNDON<br>(Address of Witness Hidden for Protection) | Date & Time:<br>Upcoming Trial for Restraining |
| | Location To Appear:<br>Zoom for Courtroom 2C<br>777 Kilauea Avenue<br>Hilo, Hawaii 96720-4212 |

**☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM**

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I** YOU ARE COMMANDED to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

**TO THE WITNESS**

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ PLAINTIFF(S)    ☐ DEFENDANT(S)
who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐ You are further ordered to bring with you the items listed in Exhibit A.

☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.**

| Date: FEB 2 0 2025 | Clerk of the above-entitled Court | _L. ENOS_____ |
|---|---|---|

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date.
**For all Civil related matters, please call or visit the District Court at: Hilo District, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.**

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

64

Clerk, District Court of the Above Circuit, State of Hawai'i

CommonLook®
508 Certified
Reprographics (09/09)

3D-P-301

Form# 3DC49

☑ **SUBPOENA OR** ☐ **SUBPOENA DUCES TECUM; EXHIBIT A**

**IN THE DISTRICT COURT OF THE THIRD CIRCUIT**
**NORTH AND SOUTH HILO** ___ **DIVISION**
**STATE OF HAWAI'I**

**Electronically Filed**
**THIRD CIRCUIT**
**3DSS-25-0000044**
**18-MAR-2025**
**09:56 AM**
**Dkt. 71 SUB**

| | |
|---|---|
| Plaintiff(s)<br>CHRISTINA TAFT | Reserved for Court Use |
| | Civil No. 3DSS-25-0000044 |
| Defendant(s)<br>PAUL BARRESI | Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)<br><br>Christina Taft, Pro Se<br>747 Laukapu St<br>Hilo, Hawaii 212-718-1003 |
| Name and Address of Witness:<br>James Conner<br>(Address of Witness Hidden for Protection)<br>New Mexico, USA | Date & Time:<br>Upcoming Trial for Restraining |
| | Location To Appear:<br>Zoom for Courtroom 2C<br>777 Kilauea Avenue<br>Hilo, Hawaii 96720-4212 |

☑ **SUBPOENA OR** ☐ **SUBPOENA DUCES TECUM**

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I** YOU ARE COMMANDED to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

**TO THE WITNESS**

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

    ☑ PLAINTIFF(S)    ☐ DEFENDANT(S)

    who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

    ☐  You are further ordered to bring with you the items listed in Exhibit A.

    ☐  You are required to designate a representative of your organization to testify for the organization on the following matters:

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.**

| | |
|---|---|
| Date: **MAR 1 8 2025** | Clerk of the above-entitled Court    *T. ENOS-GODINEZ* |

In accordance with the **Americans with Disabilities Act**, and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceding, hearing, or appointment date.
For all Civil related matters, please call or visit the District Court at: Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

**SUBPOENA**

I certify that this is a full, true and correct copy of the original issued from this office.

Clerk, District Court of the Above Circuit, State of Hawai'i

**CommonLook®**
508 Certified
Reprographics (09/09)

65

3D-P-301

Received electronically on: 17-FEB-2025 08:06:17 PM

☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM; EXHIBIT A

Form# 3DC49

IN THE DISTRICT COURT OF THE THIRD CIRCUIT
**NORTH AND SOUTH HILO** DIVISION

STATE OF HAWAI'I

Plaintiff(s)
CHRISTINA TAFT

**Electronically Filed**
**THIRD CIRCUIT**
**3DSS-25-0000044**
**20-FEB-2025**
**08:46 AM**
**Dkt. 19 SUB**

Reserved for Court Use

Civil No.

| Defendant(s) PAUL BARRESI | Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers) Christina Taft, Pro Se 747 Laukapu St Hilo, Hawaii 212-718-1003 |
|---|---|

| Name and Address of Witness: JOE TRISCARI (Street of Witness Hidden For Protection) Denver, CO | Date & Time: Upcoming Trial for Restraining |
|---|---|
| | Location To Appear: Zoom for Courtroom 2C 777 Kilauea Avenue Hilo, Hawaii 96720-4212 |

## ☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I** YOU ARE COMMANDED to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

### TO THE WITNESS

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ PLAINTIFF(S)     ☐ DEFENDANT(S)

who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐ You are further ordered to bring with you the items listed in Exhibit A.

☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.**

Date: FEB 2 0 2025          Clerk of the above-entitled Court

In accordance with the **Americans with Disabilities Act**, and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceding, hearing, or appointment date. **For all Civil related matters, please call or visit the District Court at:** Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

CommonLook®
508 Certified
Reprographics (09/09)

66

Clerk, District Court of the Above Circuit, State of Hawai'i

3D-P-301

☑ **Subpoena or** ☐ **Subpoena Duces Tecum; Exhibit A**                          Form# 3DC49

| | |
|---|---|
| **In The District Court of the Third Circuit** <br> **NORTH AND SOUTH HILO** Division <br> **State of Hawai'i** | |

**Electronically Filed**
**THIRD CIRCUIT**
**3DSS-25-0000044**
**11-MAR-2025**
**04:21 PM**
**Dkt. 47 SUB**

Plaintiff(s)
CHRISTINA TAFT

Reserved for Court Use

Civil No.  3DSS-25-0000044

Defendant(s)
PAUL BARRESI

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)

Christina Taft, Pro Se
747 Laukapu St
Hilo, Hawaii 212-718-1003

Name and Address of Witness:
KIM HAYNES
(Street Address of Witness Hidden for Protection)
San Diego, California

Date & Time:
Upcoming Trial for Restraining

Location To Appear:
Zoom for Courtroom 2C
777 Kilauea Avenue
Hilo, Hawaii 96720-4212

☑ **SUBPOENA OR** ☐ **SUBPOENA DUCES TECUM**

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I YOU ARE COMMANDED** to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

**TO THE WITNESS**

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ **PLAINTIFF(S)**      ☐ **DEFENDANT(S)**

who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐  You are further ordered to bring with you the items listed in Exhibit A.

☐  You are required to designate a representative of your organization to testify for the organization on the following matters:

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.**

| | | |
|---|---|---|
| Date:  **MAR 1 1 2025** | Clerk of the above-entitled Court | _T. ENOS-GODINEZ_ |

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceding, hearing, or appointment date.
For all Civil related matters, please call or visit the District Court at: Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

_____
Clerk, District Court of the Above Circuit, State of Hawai'i

CommonLook®
508 Certified
Reprographics (09/09)

67

3D-P-301

☑ **Subpoena or** ☐ **Subpoena Duces Tecum; Exhibit A**                    Form# 3DC49

| | |
|---|---|
| **In The District Court of the Third Circuit**<br>**NORTH AND SOUTH HILO** **Division**<br>**State of Hawai'i** | |

<table>
<tr><td>Plaintiff(s)<br>CHRISTINA TAFT</td><td rowspan="2"><span style="color:red">**Electronically Filed**<br>**THIRD CIRCUIT**<br>**3DSS-25-0000044**<br>**11-MAR-2025**<br>**04:25 PM**<br>**Dkt. 53 SUB**</span><br><br>Reserved for Court Use<br><br>Civil No. 3DSS-25-0000044</td></tr>
<tr></tr>
<tr><td>Defendant(s)<br>PAUL BARRESI</td><td>Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)<br><br>Christina Taft, Pro Se<br>747 Laukapu St<br>Hilo, Hawaii 212-718-1003</td></tr>
<tr><td>Name and Address of Witness:<br>LAUREN PENA<br>(Address of Witness Hidden for Protection)<br>Los Angeles, California, USA</td><td>Date & Time:<br>Upcoming Trial for Restraining<br><br>Location To Appear:<br>Zoom for Courtroom 2C<br>777 Kilauea Avenue<br>Hilo, Hawaii 96720-4212</td></tr>
</table>

**☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM**

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I YOU ARE COMMANDED** to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

**TO THE WITNESS**

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ **PLAINTIFF(S)**      ☐ **DEFENDANT(S)**

who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐ You are further ordered to bring with you the items listed in Exhibit A.

☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.**

| | | |
|---|---|---|
| Date: MAR 1 1 2025 | Clerk of the above-entitled Court | T. ENOS-GODINEZ |

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceding, hearing, or appointment date.
**For all Civil related matters, please call or visit the District Court at:** Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

**SUBPOENA**

I certify that this is a full, true and correct copy of the original issued from this office.

_____
Clerk, District Court of the Above Circuit, State of Hawai'i

CommonLook®
508 Certified
Reprographics (09/09)                                                                                                    3D-P-301

Case 5:24-cv-01930-TJM-DTB    Document 54-3    Filed 03/24/25    Page 44 of 64    Page ID #:2260

☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM; EXHIBIT A

Form# 3DC49

IN THE DISTRICT COURT of THE THIRD CIRCUIT
**NORTH AND SOUTH HILO** DIVISION
STATE OF HAWAI'I

Plaintiff(s)
CHRISTINA TAFT

**Electronically Filed
THIRD CIRCUIT
3DSS-25-0000044
20-FEB-2025
08:49 AM
Dkt. 23 SUB**

Reserved for Court Use

Civil No. **3DSS-25-0000044**

Defendant(s)
PAUL BARRESi

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)

Christina Taft, Pro Se
747 Laukapu St
Hilo, Hawaii 212-718-1003

Name and Address of Witness:
LEILANI GIGENA
(Street of Witness Hidden for Protection)
Park City, UT

Date & Time:
Upcoming Trial for Restraining

Location To Appear:
Zoom for Courtroom 2C
777 Kilauea Avenue
Hilo, Hawaii 96720-4212

☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I** YOU ARE COMMANDED to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

**TO THE WITNESS**
YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ PLAINTIFF(S)    ☐ DEFENDANT(S)
who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐ You are further ordered to bring with you the items listed in Exhibit A.

☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.**

Date: FEB 2 0 2025    Clerk of the above-entitled Court    ELLIOT GODINEZ

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date.
**For all Civil related matters, please call or visit the District Court at:** Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

CommonLook®
508 Certified
Reprographics (09/09)

69

Clerk, District Court of the Above Circuit, State of Hawai'i

3D-P-301

Received electronically on 2-FEB-2025 07:02:33 PM
Case 5:24-cv-01930-TJH-DTB   Document 54-3   Filed 03/24/25   Page 45 of 64   Page
ID #:2270

☑ **Subpoena or** ☐ **Subpoena Duces Tecum; Exhibit A**                    Form# 3DC49

**In The District Court of the Third Circuit**
**NORTH AND SOUTH HILO** **Division**

**State of Hawaiʻi**

Plaintiff(s)
CHRISTINA TAFT

**Electronically Filed**
**THIRD CIRCUIT**
**3DSS-25-0000044**
**20-FEB-2025**
**09:03 AM**
**Dkt. 35 SUB**

Reserved for Court Use

Civil No.  3DSS-25-0000044

Defendant(s)
PAUL BARRESI

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)

Christina Taft, Pro Se
747 Laukapu St
Hilo, Hawaii 212-718-1003

Name and Address of Witness:
MARIO NITRINI
(Address of Witness Hidden for Protection)

Date & Time:
Upcoming Trial for Restraining

Location To Appear:
Zoom for Courtroom 2C
777 Kilauea Avenue
Hilo, Hawaii 96720-4212

☑ **SUBPOENA OR** ☐ **SUBPOENA DUCES TECUM**

**THE STATE OF HAWAIʻI TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAIʻI** YOU ARE COMMANDED to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

**TO THE WITNESS**

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ PLAINTIFF(S)        ☐ DEFENDANT(S)
who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐   You are further ordered to bring with you the items listed in Exhibit A.

☐   You are required to designate a representative of your organization to testify for the organization on the following matters:

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.**

Date:  FEB 2 0 2025          Clerk of the above-entitled Court          I. ENOS-CODINEZ

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date.
**For all Civil related matters, please call or visit the District Court at:** Hilo Division, 777 Kilauea Avenue, Hilo, Ph. **(808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.**

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

CommonLook®
508 Certified
Reprographics (09/09)

70

Clerk, District Court of the Above Circuit, State of Hawaiʻi

3D-P-301

☑ **Subpoena or** ☐ **Subpoena Duces Tecum; Exhibit A**                              Form# 3DC49

# In The District Court of the Third Circuit
## NORTH AND SOUTH HILO ___ Division
### State of Hawai'i

Plaintiff(s)
  CHRISTINA TAFT

**Electronically Filed
THIRD CIRCUIT
3DSS-25-0000044
12-MAR-2025
08:23 AM
Dkt. 67 SUB**

Reserved for Court Use

Civil No.

Defendant(s)
  PAUL BARRESI

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)

Christina Taft, Pro Se
747 Laukapu St
Hilo, Hawaii 212-718-1003

Name and Address of Witness:
  MARK ACKRICH
  (Street Address of Witness Hidden for Protection)
  Hilo, Hawaii

Date & Time:
  Upcoming Trial for Restraining

Location To Appear:
  Courtroom 2C
  777 Kilauea Avenue
  Hilo, Hawaii 96720-4212

## ☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I** YOU ARE COMMANDED to subpoena the individual named above.
  This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

### TO THE WITNESS
YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the
  ☑ **PLAINTIFF(S)**        ☐ **DEFENDANT(S)**
who shall be responsible to provide you with a fee for attendance and mileage allowed by law.
  ☐  You are further ordered to bring with you the items listed in Exhibit A.
  ☐  You are required to designate a representative of your organization to testify for the organization on the following matters:

### DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.

Date:  MAR 1 1 2025    Clerk of the above-entitled Court    ___T. ENOS-GODINEZ___

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date.
For all Civil related matters, please call or visit the District Court at: Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

**CommonLook®
508 Certified
Reprographics (09/09)**

Clerk, District Court of the Above Circuit, State of Hawai'i

3D-P-301

Received electronically on 24-FEB-2025 10:30:49 PM
Case 5:24-cv-01930-TJH-DTB    Document 54-3    Filed 03/24/25    Page 47 of 64    Page
ID #:2272

☑ **Subpoena or** ☐ **Subpoena Duces Tecum; Exhibit A**

Form# 3DC49

**In The District Court of the Third Circuit**
**NORTH AND SOUTH HILO** Division

**State of Hawai'i**

**Electronically Filed**
**THIRD CIRCUIT**
**3DSS-25-0000044**
**20-FEB-2025**
**08:52 AM**
**Dkt. 29 SUB**

| | |
|---|---|
| Plaintiff(s)<br>CHRISTINA TAFT | |
| | Reserved for Court Use |
| | Civil No. **3DSS-25-0000044** |
| Defendant(s)<br>PAUL BARRESI | Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)<br>Christina Taft, Pro Se<br>747 Laukapu St<br>Hilo, Hawaii 212-718-1003 |
| Name and Address of Witness:<br>MOLLY BEATON<br>(Address of Witness Hidden for Protection) | Date & Time:<br>Upcoming Trial for Restraining |
| | Location To Appear:<br>Zoom for Courtroom 2C<br>777 Kilauea Avenue<br>Hilo, Hawaii 96720-4212 |

☑ **SUBPOENA OR** ☐ **SUBPOENA DUCES TECUM**

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I** YOU ARE COMMANDED to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

**TO THE WITNESS**

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ PLAINTIFF(S)       ☐ DEFENDANT(S)

who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐ You are further ordered to bring with you the items listed in Exhibit A.

☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.**

| | |
|---|---|
| Date: FEB 2 0 2025 | Clerk of the above-entitled Court    T. ENOS-GODINEZ |

In accordance with the **Americans with Disabilities Act**, and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date.
**For all Civil related matters, please call or visit the District Court at: Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.**

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

Clerk, District Court of the Above Circuit, State of Hawai'i

CommonLook®
508 Certified
Reprographics (09/09)

72

3D-P-301

☑ **Subpoena or ☐ Subpoena Duces Tecum; Exhibit A**

Form# 3DC49

## IN THE DISTRICT COURT OF THE THIRD CIRCUIT
### __NORTH AND SOUTH HILO__ DIVISION
### STATE OF HAWAI'I

Plaintiff(s)
CHRISTINA TAFT

**Electronically Filed
THIRD CIRCUIT
3DSS-25-0000044
12-MAR-2025
08:20 AM
Dkt. 63 SUB**

Reserved for Court Use

Civil No.

Defendant(s)
PAUL BARRESI

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)

Christina Taft, Pro Se
747 Laukapu St
Hilo, Hawaii 212-718-1003

Name and Address of Witness:
NIKO SANCHEZ
(Address of Witness Hidden for Protection)
Zaragoza, Spain

Date & Time:
Upcoming Trial for Restraining

Location To Appear:
Zoom for Courtroom 2C
777 Kilauea Avenue
Hilo, Hawaii 96720-4212

### ☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I YOU ARE COMMANDED** to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

### TO THE WITNESS

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ PLAINTIFF(S)   ☐ DEFENDANT(S)
who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐ You are further ordered to bring with you the items listed in Exhibit A.

☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

### DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.

Date: MAR 1 1 2025 | Clerk of the above-entitled Court | T. ENOS-GODINEZ

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date.
For all Civil related matters, please call or visit the District Court at: Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

CommonLook®
508 Certified
Reprographics (09/09)

73

Clerk, District Court of the Above Circuit, State of Hawai'i

3D-P-301

☑ Subpoena or ☐ Subpoena Duces Tecum; Exhibit A                    Form# 3DC49

## In The District Court of the Third Circuit
### NORTH AND SOUTH HILO Division
### State of Hawai'i

**Electronically Filed**
**THIRD CIRCUIT**
**3DSS-25-0000044**
**11-MAR-2025**
**04:27 PM**
**Dkt. 55 SUB**

Plaintiff(s)
CHRISTINA TAFT

Reserved for Court Use

Civil No.  3DSS-25-0000044

Defendant(s)
PAUL BARRESI

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)

Christina Taft, Pro Se
747 Laukapu St
Hilo, Hawaii 212-718-1003

Name and Address of Witness:
ERIK R. EICHLER
(Street Address of Witness Hidden for Protection)
South Windsor, Connecticut

Date & Time: Upcoming Trial for Restraining

Location To Appear:
Zoom for Courtroom 2C
777 Kilauea Avenue
Hilo, Hawaii 96720-4212

### ☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I YOU ARE COMMANDED** to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

### TO THE WITNESS

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ **PLAINTIFF(S)**      ☐ **DEFENDANT(S)**

who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐  You are further ordered to bring with you the items listed in Exhibit A.

☐  You are required to designate a representative of your organization to testify for the organization on the following matters:

### DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.

Date:  MAR 11 2025      Clerk of the above-entitled Court      T. ENOS-GODINEZ

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceding, hearing, or appointment date.
For all Civil related matters, please call or visit the District Court at: Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

_____
Clerk, District Court of the Above Circuit, State of Hawai'i

CommonLook®
508 Certified
Reprographics (09/09)

3D-P-301

Received electronically on 24-MAR-2025 at 09:59 AM
Case 5:24-cv-01930-DTB    Document 54-3    Filed 03/24/25    Page 50 of 64    Page
ID #:2275

☑ **SUBPOENA OR** ☐ **SUBPOENA DUCES TECUM; EXHIBIT A**

Form# 3DC49

| | |
|---|---|
| **IN THE DISTRICT COURT OF THE THIRD CIRCUIT**<br>**NORTH AND SOUTH HILO** ___ **DIVISION**<br>**STATE OF HAWAI'I** | |

**Electronically Filed**
**THIRD CIRCUIT**
**3DSS-25-0000044**
**12-MAR-2025**
**08:21 AM**
**Dkt. 65 SUB**

| Plaintiff(s)<br>CHRISTINA TAFT | |
|---|---|
| | Reserved for Court Use |
| | Civil No. |
| Defendant(s)<br>PAUL BARRESI | Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)<br><br>Christina Taft, Pro Se<br>747 Laukapu St<br>Hilo, Hawaii 212-718-1003 |
| Name and Address of Witness:<br><br>JUAN CARLOS BROOKS<br>7381 La Tijera Blvd<br>Los Angeles, California 90045 | Date & Time:<br>Upcoming Trial for Restraining |
| | Location To Appear:<br>Zoom for Courtroom 2C<br>777 Kilauea Avenue<br>Hilo, Hawaii 96720-4212 |

☑ **SUBPOENA OR** ☐ **SUBPOENA DUCES TECUM**

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I YOU ARE COMMANDED** to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

**TO THE WITNESS**

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ **PLAINTIFF(S)**     ☐ **DEFENDANT(S)**

who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐ You are further ordered to bring with you the items listed in Exhibit A.

☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.**

| | |
|---|---|
| Date: MAR 11 2025 | Clerk of the above-entitled Court _____ ENOS-GODINEZ |

♿ In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date.
**For all Civil related matters, please call or visit the District Court at:** Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

Clerk, District Court of the Above Circuit, State of Hawai'i

CommonLook®
508 Certified
Reprographics (09/09)

3D-P-301

☑ **Subpoena or** ☐ **Subpoena Duces Tecum; Exhibit A**

| | |
|---|---|
| **In The District Court of the Third Circuit**<br>**NORTH AND SOUTH HILO** **Division**<br>**State of Hawai'i** | |

**Electronically Filed**
**THIRD CIRCUIT**
**3DSS-25-0000044**
**18-MAR-2025**
**10:22 AM**
**Dkt. 75 SUB**

| Plaintiff(s)<br>CHRISTINA TAFT | |
|---|---|
| | Reserved for Court Use |
| | Civil No. **3DSS-25-0000044** |
| Defendant(s)<br>PAUL BARRESI | Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)<br><br>Christina Taft, Pro Se<br>747 Laukapu St<br>Hilo, Hawaii 212-718-1003 |
| Name and Address of Witness:<br>LINDSEY BURRILL<br>Private Detective - Confidential<br>(Address of Witness Hidden for Protection)<br>New Haven, Connecticut | Date & Time:<br>Upcoming Trial for Restraining |
| | Location To Appear:<br>Zoom for Courtroom 2C<br>777 Kilauea Avenue<br>Hilo, Hawaii 96720-4212 |

☑ **SUBPOENA OR** ☐ **SUBPOENA DUCES TECUM**

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I** YOU ARE COMMANDED to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

**TO THE WITNESS**

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ PLAINTIFF(S)   ☐ DEFENDANT(S)

who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☑ You are further ordered to bring with you the items listed in Exhibit A.

☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.**

| Date: **MAR 1 8 2025** | Clerk of the above-entitled Court | *T. ENOS GODINEZ* |
|---|---|---|

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date.
**For all Civil related matters, please call or visit the District Court at:** Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

I certify that this is a full, true and correct
copy of the original issued from this office.

**CommonLook®**
508 Certified
Reprographics (09/09)

76

Clerk, District Court of the Above Circuit, State of Hawai'i

3D-P-301

## Exhibit A for Subpoena Duces Tecum to Witness:

Lindsey Burril, Private Detective

- Written expertise by witness on petitioner Christina Taft and her family, mother Vicki, half-siblings being harmed, intimidated, threatened, and stalked <u>by Defendant Paul Barresi</u>, to be produced before restraining order hearing

- Witnesses spoken with and collaborative
- Findings of witnesses harmed
- Any notes, findings, reports

• Investigator on Witness Interference (Influential Case)

**Private Detective | Confidential**

December 2011 - Present

Hired by private citizens, companies & govt. Extensive experience w/ sudden or suspicious deaths, organized crime, crime patterns, murder & kidnapping (cold cases & active) Solved and found a missing teen, brought them home safely. Mapping to monitor crime & case similarities, civil & criminal suits, witness interviews, conspiracy and many other types of cases. Undercover and discrete Surveillance experience. Very adept at finding information, FOIA. Successful research skills and methods.

☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM; Exhibit A

Form# 3DC49

## IN THE DISTRICT COURT OF THE THIRD CIRCUIT
### NORTH AND SOUTH HILO DIVISION
### STATE OF HAWAI'I

| | |
|---|---|
| Plaintiff(s)<br>CHRISTINA TAFT | **Electronically Filed**<br>**THIRD CIRCUIT**<br>**3DSS-25-0000044**<br>**20-FEB-2025**<br>**08:47 AM**<br>**Dkt. 21 SUB** |

Reserved for Court Use

Civil No. **3DSS-25-0000044**

| | |
|---|---|
| Defendant(s)<br>PAUL BARRESI | Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)<br><br>Christina Taft, Pro Se<br>747 Laukapu St<br>Hilo, Hawaii 212-718-1003 |
| Name and Address of Witness:<br>MICHAEL KOUNTZ<br>(Address of Witness Hidden for Protection) | Date & Time:<br>Upcoming Trial for Restraining |
| | Location To Appear:<br>Zoom for Courtroom 2C<br>777 Kilauea Avenue<br>Hilo, Hawaii 96720-4212 |

### ☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I** YOU ARE COMMANDED to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

### TO THE WITNESS

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

  ☑ PLAINTIFF(S)    ☐ DEFENDANT(S)
who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

  ☐  You are further ordered to bring with you the items listed in Exhibit A.

  ☐  You are required to designate a representative of your organization to testify for the organization on the following matters:

### DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.

| | | |
|---|---|---|
| Date: FEB 2 0 2025 | Clerk of the above-entitled Court | *[signature]* ENOSSCOLINE |

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date,
**For all Civil related matters, please call or visit the District Court at:** Hilo Division, 777 Kilauea Avenue, Hilo, Ph. **(808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.**

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

Clerk, District Court of the Above Circuit, State of Hawai'i

CommonLook®
508 Certified
Reprographics (09/09)

3D-P-301

☑ **Subpoena or** ☐ **Subpoena Duces Tecum; Exhibit A**

Form# 3DC49

**In The District Court of the Third Circuit**
**NORTH AND SOUTH HILO** **Division**
**State of Hawai'i**

Plaintiff(s)
CHRISTINA TAFT

**Electronically Filed**
**THIRD CIRCUIT**
**3DSS-25-0000044**
**20-FEB-2025**
**08:51 AM**
**Dkt. 27 SUB**

Reserved for Court Use

Civil No.  **3DSS-25-0000044**

Defendant(s)
PAUL BARRESI

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)

Christina Taft, Pro Se
747 Laukapu St
Hilo, Hawaii 212-718-1003

Name and Address of Witness:
MIKE MCCORMICK
(Address of Witness Hidden for Protection)

Date & Time:
Upcoming Trial for Restraining

Location To Appear:
Zoom for Courtroom 2C
777 Kilauea Avenue
Hilo, Hawaii 96720-4212

### ☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I** YOU ARE COMMANDED to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

### TO THE WITNESS

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ PLAINTIFF(S)       ☐ DEFENDANT(S)
who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐ You are further ordered to bring with you the items listed in Exhibit A.

☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

### DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.

Date: FEB 2 0 2025       Clerk of the above-entitled Court       PH08 GODINEZ

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. **(808) 961-7424**, FAX **(808) 961-7411**, or TTY **(808) 961-7422** **at least (10) working days before** your preceeding, hearing, or appointment date.
**For all Civil related matters, please call or visit the District Court at:** Hilo Division, 777 Kilauea Avenue, Hilo, Ph. **(808) 961-7515** • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. **(808) 443-2030** • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. **(808) 322-8700.**

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

Clerk, District Court of the Above Circuit, State of Hawai'i

**CommonLook®**
508 Certified
Reprographics (09/09)

3D-P-301

☑ **Subpoena or** ☐ **Subpoena Duces Tecum; Exhibit A**                                  Form# 3DC49

### In The District Court of the Third Circuit
**NORTH AND SOUTH HILO** Division

### State of Hawai'i

| | |
|---|---|
| Plaintiff(s)<br>CHRISTINA TAFT | **Electronically Filed**<br>**THIRD CIRCUIT**<br>**3DSS-25-0000044**<br>**11-MAR-2025**<br>**04:23 PM**<br>**Dkt. 49 SUB** |

Reserved for Court Use

Civil No.  **3DSS-25-0000044**

| Defendant(s)<br>PAUL BARRESI | Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)<br><br>Christina Taft, Pro Se<br>747 Laukapu St<br>Hilo, Hawaii 212-718-1003 |
|---|---|

| Name and Address of Witness:<br>REBECCA BERRY<br>(Address of Witness Hidden for Protection) | Date & Time:<br>Upcoming Trial for Restraining |
|---|---|
| | Location To Appear:<br>Zoom for Courtroom 2C<br>777 Kilauea Avenue<br>Hilo, Hawaii 96720-4212 |

### ☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I YOU ARE COMMANDED** to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

### TO THE WITNESS

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ **PLAINTIFF(S)**    ☐ **DEFENDANT(S)**

who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐    You are further ordered to bring with you the items listed in Exhibit A.

☐    You are required to designate a representative of your organization to testify for the organization on the following matters:

### DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.

Date: **MAR 1 1 2025**          Clerk of the above-entitled Court          T. ENOS-DUNCAN

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date.
**For all Civil related matters, please call or visit the District Court at:** Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

Clerk, District Court of the Above Circuit, State of Hawai'i

CommonLook®
508 Certified
Reprographics (09/09)

3D-P-301

☑ **Subpoena or** ☐ **Subpoena Duces Tecum; Exhibit A**    Form# 3DC49

| | |
|---|---|
| **In The District Court of the Third Circuit**<br>**NORTH AND SOUTH HILO** Division<br>**State of Hawai'i** | |

| | |
|---|---|
| Plaintiff(s)<br>CHRISTINA TAFT | <span style="color:red">**Electronically Filed<br>THIRD CIRCUIT<br>3DSS-25-0000044<br>20-FEB-2025<br>09:02 AM<br>Dkt. 33 SUB**</span> |
| | Reserved for Court Use |
| | Civil No. 3DSS-25-0000044 |
| Defendant(s)<br>PAUL BARRESI | Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)<br><br>Christina Taft, Pro Se<br>747 Laukapu St<br>Hilo, Hawaii 212-718-1003 |
| Name and Address of Witness:<br>RICHARD ALBERTINI<br>(Address of Witness Hidden for Protection) | Date & Time:<br>Upcoming Trial for Restraining |
| | Location To Appear:<br>Zoom for Courtroom 2C<br>777 Kilauea Avenue<br>Hilo, Hawaii 96720-4212 |

☑ **SUBPOENA OR** ☐ **SUBPOENA DUCES TECUM**

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I** YOU ARE COMMANDED to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

**TO THE WITNESS**

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ PLAINTIFF(S)    ☐ DEFENDANT(S)

who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐ You are further ordered to bring with you the items listed in Exhibit A.

☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.**

Date: FEB 2 0 2025    Clerk of the above-entitled Court    T. ENOS-GODINET

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO: (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date.
For all Civil related matters, please call or visit the District Court at: Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

Clerk, District Court of the Above Circuit, State of Hawai'i

CommonLook®
508 Certified
Reprographics (09/09)

81

3D-P-301

☑ Subpoena or ☐ Subpoena Duces Tecum; Exhibit A                    Form# 3DC49

## In The District Court of the Third Circuit
### NORTH AND SOUTH HILO Division
## State of Hawai'i

| | |
|---|---|
| Plaintiff(s)<br>CHRISTINA TAFT | **Electronically Filed<br>THIRD CIRCUIT<br>3DSS-25-0000044<br>20-FEB-2025<br>09:05 AM<br>Dkt. 37 SUB** |

Reserved for Court Use

Civil No. **3DSS-25-0000044**

| Defendant(s)<br>PAUL BARRESI | Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)<br><br>Christina Taft, Pro Se<br>747 Laukapu St<br>Hilo, Hawaii 212-718-1003 |
|---|---|

| Name and Address of Witness:<br>RYAN GARDNER<br>(Address of Witness Hidden for Protection) | Date & Time:<br>Upcoming Trial for Restraining |
|---|---|
| | Location To Appear:<br>Zoom for Courtroom 2C<br>777 Kilauea Avenue<br>Hilo, Hawaii 96720-4212 |

### ☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I** YOU ARE COMMANDED to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

### TO THE WITNESS

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ PLAINTIFF(S)      ☐ DEFENDANT(S)

who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐  You are further ordered to bring with you the items listed in Exhibit A.

☐  You are required to designate a representative of your organization to testify for the organization on the following matters:

### DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.

| Date: **FEB 2 0 2025** | Clerk of the above-entitled Court | *T. ENOS-GODINEZ* |
|---|---|---|

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. **(808) 961-7424, FAX (808) 961-7411**, or TTY **(808) 961-7422 at least (10) working days before** your preceding, hearing, or appointment date.
**For all Civil related matters, please call or visit the District Court at: Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.**

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

Clerk, District Court of the Above Circuit, State of Hawai'i

☑ **SUBPOENA OR** ☐ **SUBPOENA DUCES TECUM; EXHIBIT A**    Form# 3DC49

## IN THE DISTRICT COURT OF THE THIRD CIRCUIT
### NORTH AND SOUTH HILO DIVISION
### STATE OF HAWAI'I

Plaintiff(s)
CHRISTINA TAFT

**Electronically Filed
THIRD CIRCUIT
3DSS-25-0000044
18-MAR-2025
10:38 AM
Dkt. 81 SUB**

Reserved for Court Use

Civil No. 3DSS-25-0000044

Defendant(s)
PAUL BARRESI

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)

Christina Taft, Pro Se
747 Laukapu St
Hilo, Hawaii 212-718-1003

Name and Address of Witness:
SEAN CONNER
(Address of Witness Hidden for Protection)
Arkansas, USA

Date & Time:
Upcoming Trial for Restraining

Location To Appear:
Zoom for Courtroom 2C
777 Kilauea Avenue
Hilo, Hawaii 96720-4212

### ☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I** YOU ARE COMMANDED to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

### TO THE WITNESS

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ **PLAINTIFF(S)**    ☐ **DEFENDANT(S)**
who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐ You are further ordered to bring with you the items listed in Exhibit A.

☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

### DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.

Date: MAR 1 8 2025    Clerk of the above-entitled Court    T. ENOS-GODINEZ

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date.
For all Civil related matters, please call or visit the District Court at: Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

**SUBPOENA**

I certify that this is a full, true and correct copy of the original issued from this office.

Clerk, District Court of the Above Circuit, State of Hawai'i

**CommonLook®**
508 Certified
Reprographics (09/09)

83

3D-P-301

☑ **Subpoena or** ☐ **Subpoena Duces Tecum; Exhibit A**    Form# 3DC49

**In The District Court of the Third Circuit**
**NORTH AND SOUTH HILO** _____ **Division**
**State of Hawai'i**

Plaintiff(s)
CHRISTINA TAFT

**Electronically Filed**
**THIRD CIRCUIT**
**3DSS-25-0000044**
**11-MAR-2025**
**04:20 PM**
**Dkt. 45 SUB**

Reserved for Court Use

Civil No. 3DSS-25-0000044

Defendant(s)
PAUL BARRESI

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)

Christina Taft, Pro Se
747 Laukapu St
Hilo, Hawaii 212-718-1003

Name and Address of Witness:
SHANNON DENISE NEWSOME
(Street Address of Witness Hidden for Protection)
Alexandria, Virginia

Date & Time:
Upcoming Trial for Restraining

Location To Appear:
Zoom for Courtroom 2C
777 Kilauea Avenue
Hilo, Hawaii 96720-4212

☑ **SUBPOENA OR** ☐ **SUBPOENA DUCES TECUM**

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I YOU ARE COMMANDED** to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

**TO THE WITNESS**

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ **PLAINTIFF(S)** ☐ **DEFENDANT(S)**
who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐ You are further ordered to bring with you the items listed in Exhibit A.

☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.**

Date: MAR 1 1 2025        Clerk of the above-entitled Court        T. ENOS-GODINEZ

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceding, hearing, or appointment date.
For all Civil related matters, please call or visit the District Court at: Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

Clerk, District Court of the Above Circuit, State of Hawai'i

CommonLook®
508 Certified
Reprographics (09/09)

3D-P-301

☑ **Subpoena or** ☐ **Subpoena Duces Tecum; Exhibit A**                    Form# 3DC49

### IN THE DISTRICT COURT OF THE THIRD CIRCUIT
**NORTH AND SOUTH HILO** DIVISION
### STATE OF HAWAI'I

| | |
|---|---|
| Plaintiff(s)<br>CHRISTINA TAFT | **Electronically Filed<br>THIRD CIRCUIT<br>3DSS-25-0000044<br>18-MAR-2025<br>10:37 AM<br>Dkt. 79 SUB** |
| | Reserved for Court Use |
| | Civil No. |
| Defendant(s)<br>PAUL BARRESI | Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)<br><br>Christina Taft, Pro Se<br>747 Laukapu St<br>Hilo, Hawaii 212-718-1003 |
| Name and Address of Witness:<br>STACY CONNER<br>(Address of Witness Hidden for Protection)<br>Westlake, Texas, USA | Date & Time:<br>Upcoming Trial for Restraining |
| | Location To Appear:<br>Zoom for Courtroom 2C<br>777 Kilauea Avenue<br>Hilo, Hawaii 96720-4212 |

### ☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I** YOU ARE COMMANDED to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

### TO THE WITNESS

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ PLAINTIFF(S)          ☐ DEFENDANT(S)

who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐ You are further ordered to bring with you the items listed in Exhibit A.

☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

### DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.

Date: MAR 1 8 2025          Clerk of the above-entitled Court          ENOS-GODINEZ

In accordance with the **Americans with Disabilities Act**, and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your proceeding, hearing, or appointment date.
**For all Civil related matters, please call or visit the District Court at:** Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

_____
Clerk, District Court of the Above Circuit, State of Hawai'i

CommonLook®
508 Certified
Reprographics (09/09)                    85                                        3D-P-301

☑ **Subpoena or** ☐ **Subpoena Duces Tecum; Exhibit A**

Case 1:24-cv-00495-DTB   Document 54-3   Filed 03/24/25   Page 61 of 64   Page
ID #:2286

Form# 3DC49

## In The District Court of the Third Circuit
## NORTH AND SOUTH HILO ____ Division
### State of Hawai'i

Plaintiff(s)
CHRISTINA TAFT

**Electronically Filed**
**THIRD CIRCUIT**
**3DSS-25-0000044**
**12-MAR-2025**
**08:19 AM**
**Dkt. 61 SUB**

Reserved for Court Use

Civil No.

Defendant(s)
PAUL BARRESI

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)

Christina Taft, Pro Se
747 Laukapu St
Hilo, Hawaii 212-718-1003

Name and Address of Witness:
STARLA RAMIREZ
(Address of Witness Hidden for Protection)
California, USA

Date & Time:
Upcoming Trial for Restraining

Location To Appear:
Zoom for Courtroom 2C
777 Kilauea Avenue
Hilo, Hawaii 96720-4212

### ☑ SUBPOENA OR ☐ SUBPOENA DUCES TECUM

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I YOU ARE COMMANDED** to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

### TO THE WITNESS
YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ PLAINTIFF(S)   ☐ DEFENDANT(S)
who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☐ You are further ordered to bring with you the items listed in Exhibit A.

☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

### DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.

Date: MAR 1 1 2025

Clerk of the above-entitled Court

T. ENOS GODINEZ

In accordance with the **Americans with Disabilities Act**, and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date.
For all Civil related matters, please call or visit the District Court at: Hilo, Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

CommonLook®
508 Certified
Reprographics (09/09)

86

Clerk, District Court of the Above Circuit, State of Hawai'i

3D-P-301

EXHIBITS 11: Order from Judge Extending Restraining Order to April 2 against Defendant Barresi for Service

**Electronically Filed**
**THIRD CIRCUIT**
**3DSS-25-0000044**
**26-FEB-2025**
**12:52 PM**
**Dkt. 42 EXTRO**

IN THE DISTRICT COURT OF THE THIRD CIRCUIT

N.S. HILO DIVISION

STATE OF HAWAII

| | |
|---|---|
| CHRISTINA TAFT )<br><br>)<br>)<br>)<br>)<br>Petitioner(s) )<br>)<br>vs. )<br>)<br>PAUL BARRESI )<br>)<br>)<br>)<br>)<br>Respondent(s) ) | CASE NO. 3DSS-25-44<br><br>ORDER EXTENDING<br>TEMPORARY RESTRAINING<br>ORDER; AMENDED NOTICE OF<br>HEARING<br><br>JUDGE: M. KANANI LAUBACH<br><br>HEARING DATE: FEB 2 6 2025<br>TIME: 9:30am |

## ORDER EXTENDING TEMPORARY RESTRAINING ORDER

The TEMPORARY RESTRAINING ORDER AGAINST HARASSMENT is
extended to: _____ April 2 _____, 2025, and this case is continued to the
same date for: ☑ SERVICE   ☐ HEARING.
☐   Parties are ordered to MEDIATION
☐   _____

## **AMENDED NOTICE OF HEARING**

TO:        RESPONDENT(S) named in the Petition's NOTICE OF HEARING:

NOTICE IS GIVEN that the Petitioner(s) has/have filed a Petition for Ex
Parte Temporary Restraining Order and for Injunction Against Harassment.

**YOU ARE COMMANDED to appear before the Presiding Judge** in the the District Court of the Third Circuit, Courtroom 2C, 777 Kilauea Avenue, Hilo, Hawaii, on __04/02/2025__, at __9:30__ a.m.

Prior to the scheduled hearing date, you, or your attorney may file a written response explaining, justifying, or denying the alleged act or acts of harassment. At the hearing, the parties shall be prepared to testify, call and examine witnesses, present any document(s), and give legal or factual reasons why the Injunction should or should not be granted.

Each party may be represented by an attorney. **IF YOU OR YOUR ATTORNEY FAIL TO ATTEND AT THE TIME AND PLACE DESIGNATED, AN ORDER GRANTING THE PETITION FOR INJUNCTION AGAINST HARASSMENT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE PETITION.**

At the hearing, the Court shall receive all evidence that is relevant and may make independent inquiry. If the Court finds by clear and convincing evidence that harassment by Respondent(s) in the form of physical harm, bodily injury, assault, or the threat of imminent physical harm, bodily injury, or assault to Petitioner(s) exists, it may enjoin, for no more than three years, further harassment by Respondent(s). If the Court finds by clear and convincing evidence that harassment by Respondent(s) in the form of an intentional or knowing course of conduct directed at Petitioner(s) that seriously alarms or disturbs consistently or continually bothers Petitioner(s) and that serves no legitimate purpose exists, and such course of conduct would cause a reasonable person to suffer emotional distress, the court shall enjoin, for no more than three (3) years, further harassment by Respondent(s).

This Order shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a Judge of the above-entitled Court permits, in writing on this Order, personal delivery during those hours.

DATED:  Hilo, Hawaii,  _____ FEB 2 6 2025 _____

_____ M. KANANI LAUBACH

Judge of the above-entitled Court

In accordance with the Americans with Disabilities Act, if you require an accommodation for your disability, please contact the ADA Coordinator's office at (808) 961-7629 at least ten (10) working days prior to your hearing or appointment date.