Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 0623441766
Ceo.Taft@Rescue-Social.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

_____

CHRISTINA TAFT

    Plaintiff,

vs.

PAUL BARRESI, ADAM R WALDMAN, and DOES 1-10, inclusive,

    Defendants.

_____

Case No.: 5:24-cv-01930-TJH-DTB
[Hon. David T. Bristow, Magistrate Judge]

**[PROPOSED] ORDER GRANTING SECOND APPLICATION TO EXTEND TIME FOR SERVICE OF DEFENDANT ADAM WALDMAN AND SERVICE BY MAIL AND PUBLICATION**

*[Filed concurrently with Application for Extension, Memorandum of Points and Authorities, Declaration in Support, Exhibits in Support of Application to extend time for service on Adam Waldman; and permission to obtain an affidavit from a newspaper source as a witness after publication]*

WHEREFORE, upon review of Good Cause in the Ex Parte Application, Memorandum, Declaration, and Exhibits, including Affidavits of process servers, and Request for *Extension of Time* to serve Co-Defendant Adam Waldman, who moved regions, with interests of justice, the Honorable Court **GRANTS** relief:

1. The date for service of process upon Defendant Adam R. Waldman is extended for an additional ___ forty to sixty days from the date of this Court's Order, pursuant to Federal Rule of Civil Procedure 4(m) and 6(b);
2. Granting Service by mail and publication in the newspapers *Palm Beach Post* or *Palm Beach Daily News*, permitting publishing legal notices with 4 weeks;
3. Good Cause and excusable neglect, in the circumstances, is Granted;
4. *An affidavit from the newspaper source as a witness is permitted* after serving the Amended Complaint in legal notices to Defendant Adam Waldman;
5. Twenty-five witnesses have been subpoenaed in the matters officially, and concern for witnesses is ongoing, including by certified process servers, licensed private investigators and other witnesses;

**IT IS HEREBY ORDERED** that:

The Court Grants Plaintiff's Application for an *Extension of Time* of ___ 40-60 Days to Serve Co-Defendant Adam R. Waldman, of the amended complaint. This Court authorizes service by mail and publication or alternative means under federal and California procedural law;

**GRANTED**.

*In the interests of justice*, Plaintiff is expressly permitted to employ all legally available methods to effectuate service, including but not limited to personal service, substituted service, and alternative service as permitted by Federal Rule of Civil Procedure 4(e)(1) and applicable state laws; *An affidavit from the newspaper source is permitted to witness to the publication*;

2

[PROPOSED] ORDER GRANTING SECOND APPLICATION TO EXTEND TIME FOR SERVICE OF DEFENDANT ADAM WALDMAN AND SERVICE BY MAIL AND PUBLICATION

The Court grants any such other and further relief as it deems just, equitable, and necessary to ensure the orderly and fair adjudication of claims.

**IT IS SO ORDERED.**

Dated: March_____, 2025

_____

Hon. David T. Bristow

U.S. Magistrate Judge

3

[PROPOSED] ORDER GRANTING SECOND APPLICATION TO EXTEND TIME FOR SERVICE OF DEFENDANT ADAM WALDMAN AND SERVICE BY MAIL AND PUBLICATION