MARTIN D. SINGER (SBN 78166)
mdsinger@lavelysinger.com
MELISSA Y. LERNER (SBN285216)
mlerner@lavelysinger.com
**LAVELY & SINGER**
**PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615

Attorneys for Defendant
PAUL BARRESI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINA TAFT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PAUL BARRESI; ADAM R. WALDMAN; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 5:24-cv-01930-TJH (DTB)<br>[Hon. Terry J. Hatter, Jr.]<br>[Hon. David T. Bristow, Magistrate Judge]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT PAUL BARRESI'S OPPOSED EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AGAINST PLAINTIFF CHRISTINA TAFT** |

4528-3

# [PROPOSED] ORDER

Upon review of Defendant Paul Barresi's Ex Parte Application For Temporary Restraining Order Against Plaintiff Christina Taft (the "Application"), and the parties' submissions to the Court in support of and opposition thereto, and for good cause shown, **IT IS HEREBY ORDERED** that the Application is **GRANTED**. The court finds that the requested *ex parte* relief is proper based on the allegations in the Application and the accompanying Declaration of Angela Gayle. For good cause show, the Court hereby **ORDERS:**

The Temporary Restraining Order against Plaintiff Christina Taft is issued. Plaintiff Christina Taft, and/or anyone acting at her direction or on her behalf, is enjoined and prohibited from the following during the pendency of the instant action:

(i) contacting Angela Gayle and/or her mother by any method, including, without limitation, phone, email, text message, social media, mail, or in person;

(ii) coming within 100 yards of Ms. Gayle's home; and/or

(iii) publicly disclosing Ms. Gayle's home address or last name, or the full name of her attacker, which would violate the witness's privacy and threaten her safety.

The Temporary Restraining Order enjoining the foregoing shall issue with the narrow exception that Plaintiff Christina Taft may propound, validly serve and conduct formal discovery in accordance with all applicable laws, including, without limitation, those of this Court and of the State of Tennessee.

**IT IS SO ORDERED.**

Dated:

_____
Hon. David T. Bristow
Unites States Magistrate Judge