# PROOF OF SERVICE

On the date set forth, I served the foregoing document(s) described as:

1. OPPOSITION PLAINTIFF TAFTS OPPOSITION TO DEFENDANT BARRESI'S EX PARTE APPLICATION TO RESTRAIN re: EX PARTE APPLICATION for Temporary Restraining Order as to Plaintiff. (Attachments: # 1 Exhibit Affidavits of Licensed Private Investigators, Texts, Certified Transcription, Notarized Declarations of Witnesses, Emails) (Entered: 03/26/2025)

   BY NOT MORE THAN 30 DAYS; via Mail and Email, Local Rules, (L.R. 5-3), on the interested parties in this action as follows:

MELISSA Y. LERNER
MEGAN MALLONEE
Attorneys for Defendant PAUL BARRESI
**By Mail:**
LAVELY & SINGER PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
2049 CENTURY PARK EAST, SUITE 2400
LOS ANGELES, CALIFORNIA 90067-2906
**By Electronic Service:**
mlerner@lavelysinger.com, mmallonee@lavelysinger.com
[X] BY FEDERAL EXPRESS: I am "readily familiar" with the practice of collection and processing correspondence for Federal Express. Under that practice it would be deposited with FedEx on that same day with all costs fully prepaid in the United States, in the ordinary course of business.
[X] ELECTRONIC SERVICE: I served the on the parties listed via electronic service in accordance with the applicable rules (Local Rule 5-3).

Dated: March 26, 2025

*[signature: Christina Taft]*

*Christina Taft in Propria Persona*

*United States*

---

1
PROOF OF SERVICE EXTENDING TIME TO SERVE DEFENDANT ADAM WALDMAN FRCP 6(b)