EXHIBIT 7: Email from Denise Brown to Plaintiff on Evidentiary Abuse Affidavit and Plaintiff's work with SaveMeNow

 Gmail                                    Christina Taft <taftchristina.ceo@gmail.com>

---

# Hello from Europe...

**Denise Brown** <denise@elitespeakersinternational.com>                    Sat, Jul 17, 2021 at 4:11
                                                                                                    AM
To: "taftchristina.ceo@gmail.com" <taftchristina.ceo@gmail.com>

Hello Christina,

Thank you for you note via the speakers bureau website. I haven't spoken to Claire in ages but I'm
very fond of her and her work to educate people about domestic violence.

I'm actually in Europe now until mid October if they let me back home.We shall see when the time
comes.

I'd like to talk with you more about your work. Have you ever heard of the Evidentiary  Abuse
Affidavit? It sounds something like what your talking about, maybe not as detailed. Let me know
when a good time to talk for you would be. I'm 9 hours ahead of you.

Thank you,
Denise

Denise Brown
Elite Speakers International
(Managed by The Elite Speakers Bureau, Inc)
24551 Del Prado. #3777
Dana Point, CA 92629
www.elitespeakersinternational.com
Tele: 949-544-1410
WhatsApp & Signal: +1 949-283-3092

CONFIDENTIALITY NOTICE: This message is a PRIVATE communication. This message and all
attachments are a private communication sent by The Elite Speaker's Bureau, Inc. and its representatives and
may be confidential or protected by privilege. The information contained herein or attached is intended solely
for the use of the individuals or entities named above. If you are not the intended recipient, you are hereby
notified that any disclosure, copying, distribution or use of the information contained in or attached to this
message is strictly prohibited. Please notify the sender of the delivery error by replying to this message and
deleting it immediately.  Thank you.

# EXHIBIT 8: Notarized Affidavit by Licensed Private Investigator Renee Brewer

## AFFIDAVIT OF PRIVATE INVESTIGATOR RENEE BREWER

The affiant, after being duly sworn, deposes and says as follows:

1. My name is Renee Brewer. I am a private investigator licensed in Tennessee.

2. I have personal knowledge of the facts and circumstances described herein.

I was retained by Ms. Christina Taft to make contact with Ms. Angela Meador in an effort to get Ms. Meador to sign an affidavit confirming certain facts. I prepared two affidavits. On March 24, 2025 at 12:51pm, I went to visit Ms. Angela Meador. A female answered the door and told me that Ms. Meador would be down in a few minutes. Approximately 2 minutes later, Ms. Meador opened the door, then closed the door back. Approximately 3 minutes later, Ms. Meador opened the door. I told Ms. Meador that I was a notary and a private investigator. I requested that Ms. Meador sign an affidavit reflecting the answers that she gave to the previous investigator Heather. Ms. Meador advised me that she would not be answering any questions. Ms. Meador said she filed her answers with the court recently so she doesn't understand why I would be asking her to sign anything else. Ms. Meador asked me if she could make copies of the affidavits I had prepared. I gave the copies to Ms. Meador. Ms. Meador expressed her concern regarding being harassed. Ms. Meador said she was advised to call the police if anyone else showed up on the property but since I identified myself, she was not going to call the police. I left Ms. Meador with my number.

## AFFIDAVIT OF PRIVATE INVESTIGATOR RENEE BREWER

STATE OF TENNESSEE  )
COUNTY OF SUMNER  )

I, Renee Brewer, after being duly sworn according to law make oath that the statements contained in the foregoing Affidavit regarding the attempts to serve papers on Mr. Robert Beckham are true to the best of my knowledge, information, and belief.

*Renee Brewer*

Renee Brewer
Private Investigator

Sworn to and subscribed before this 27th day of March , 2025

*Jeannie Isbell*

Notary Public

My Commission Expires: Dec 1, 2027

EXHIBIT 9: News Report on Angela Meador Reporting Crime on Airline with Corroborating Witnesses



Ads by Google
Stop seeing this ad    Why this ad? ▷

## NEWS

# Woman groped on airplane shares her story

by: CNN Wire
Posted: Oct 17, 2014 / 10:27 AM EDT
Updated: Oct 17, 2014 / 10:34 AM EDT

SHARE    

*This is an archived article and the information in the article may be outdated. Please look at the time stamp on the story to see when it was last updated.*

NASHVILLE, Tenn. — A Goodlettsville woman who said she was groped mid-flight is sharing her story publicly for the first time.

Police say Zachary Johnson, 33, inappropriately touched Angela Meador, 31, on a flight from Orlando to Nashville Wednesday, reported WSMV.

Meador, a law student in Florida, was heading home to Tennessee for some personal time.

She was seated by the window on a Southwest Airlines flight next to two male passengers. Meador said during the flight, the man in the middle ordered two Jack Daniels drinks and started an uncomfortable conversation.

"He asked me at some point if I was a Christian or not," Meador said. "And then he went into criticism about Christians. He said, 'Christians don't understand intimacy very well.' And then he said it again. And he said, 'You know, like this.' Then he reached over and grabbed my breast."

Meador said she was scared, but sensed things could quickly escalate if she wasn't careful.

She said the man continued to talk loudly, bringing up the issue of Ebola and other things that happen on planes.




Ads by Google
Stop seeing this ad
Why this ad? ▷

✉ SUBSCRIBE NOW

## Morning News



Enter Your Email

**SIGN UP NOW** ❯

### MOST POPULAR

**1**  **Triad Christian school responds after staff member …**

"Then he went back to the intimacy thing and did it a second time," Meador described. "I was already uncomfortable, but that pushed it over the edge. I didn't know what to do. At that point we were up in the air on a plane."

Meador said she told him her leg was hurting and needed to get up and stretch. She immediately told a flight attendant, who found her a seat in the back of the plane.

Several witnesses corroborated Meador's story, which set airline procedures in motion.

Meador praised the professional and swift actions of airline staff.

"They stayed very calm and handled the situation as best they could, in my opinion," she said.

When the plane landed in Nashville, Meador was moved to the front and allowed to leave first.

Police then moved in and arrested Johnson.

Angela said the support she felt from passengers, airline staff and police compelled her to head straight to the courthouse and testify.

"I did feel better," Meador sighed. "I felt better that I was able to stand up and tell the truth.

"It's hard for any victim of any crime to stand up and say this happened. The right thing to do was to step forward, and be strong, and stand up. So I sort of felt an obligation to do that."

Johnson allegedly told police he had four drinks before boarding the flight and one drink during, but denied groping Meador.

Johnson is charged with sexual battery. He's being held on a $10,000 bond.

Suggest a Correction

Copyright 2025 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

Trademark and Copyright 2025 Cable News Network, Inc., a Time Warner Company. All rights reserved.

SPONSORED CONTENT

Privacy Policy



**Neurologists Amazed: These Barefoot Shoes Help Seniors Lose Weight and Live a Life...**
Barefoot Vitality — Learn More



**Plastic Surgeon Tells: If You Have Wrinkles, Do This Immediately (It's Genius!)**
Beverly Hills MD — Learn more



**Seniors Born 1941-1979 Receive 55 Benefits This Month if They Ask**
WalletJump — Learn More



**The Most Realistic PC Game of 2025**
Best-Games



**Seniors To Receive 9 Big Benefits This Month If They Ask**
Seniors Save Today



**People Born 1948-1979 Can Fly Business Class For The Price of Economy**
Travel Savings Tools

2  **Severe weather risk in the Piedmont Triad next week**

3  **Man assaulted victim with sword in HP: docs**

4  **Man accused of indecent exposure at GSO Walmart: …**

5  **Big highway construction project underway in Asheboro**

6  **Is famous candy getting a name change?**

7  **Day care worker who broke toddler's leg due in court …**

8  **NC campground rebuilds from Helene devastation**

9  **NC man wins $1.16M jackpot after playing $2 ticket**

10  **Teen accused in Winston-Salem police chase**

**WATCH FOX8 | LATEST VIDEOS ›**



**Pet of the Day: Let Lady be your lucky charm**
Pet of the Day — 3 hours ago



**Lomo House's Peruvian cuisine brings the fire to …**
Food Truck Friday • 3 hours ago

**The North Carolina Zoo needs volunteers**
North Carolina Zoo Filez • 4 hours ago

**MasterChef Jr's Jordyn Joyner's cauliflower steak**
Recipes • 4 hours ago

**NC tree farm trying to rise from Helene wreckage**
Hurricane Helene • 5 hours ago

**NC campground rebuilds from Helene devastation**
Hurricane Helene • 5 hours ago



**WS/FCS superintendent discusses budget deficit**
Winston-Salem News • 16 hours ago

**Big highway construction project underway in Asheboro**
Piedmont Triad News • 17 hours ago



**Triad nonprofits navigate funding challenges**

# EXHIBIT 10: Angela Gayle Meador v. Nashville Shores Holdings, LLC, against retaliation

casetext
Part of Thomson Reuters

Sign In

Search all cases and statutes...                                    JX

**Opinion**    **Case details**

From Casetext: Smarter Legal Research

# Meador v. Nashville Shores Holdings, LLC

United States District Court, M.D. Tennessee, Nashville Division

Nov 30, 2010

No. 3:10-0904 (M.D. Tenn. Nov. 30, 2010)    | Copy Citation |

| ⬇ Download PDF |    | 🚩 Check Treatment |



Take care of legal research in a matter of minutes with
CoCounsel, your new AI legal assistant.

Try CoCounsel free ›

No. 3:10-0904.

November 30, 2010

Frank J. Steiner, #26920, Steiner Steiner Law Firm, Nashville, TN, *Attorney for Plaintiff, Angela Gayle Meador*.

Mark W. Peters, #018422, John Park, #025623, Waller Lansden Dortch Davis, LLP, Nashville, TN, *Attorneys for Defendant, Nashville Shores Holdings, LLC, d/b/a Nashville Shores*.

## ~~PROPOSED~~ INITIAL CASE MANAGEMENT ORDER

JOHN BRYANT, Magistrate Judge

**I. Jurisdiction and Venue.**

Jurisdiction and venue is in dispute in this matter and is currently pending before the Court.

## II. Parties′ Theories of the Case

**A. Plaintiff′s Theory of the Case.**

The Plaintiff was employed by Defendant, Nashville Shores, as a Lifeguard Supervisor, and in that capacity, Plaintiff was responsible for day-to-day supervision of a team of Lifeguards who worked at the water park pools and beach. Plaintiff worked for Nashville Shores for three consecutive summers from 2007-2010 until she was terminated from her position on June 11, 2010.

At the end of the 2009 summer season, new management purchased Nashville Shores and reorganized the entity. A new management team was put in place for the start of the summer 2010 season. The new management included, Rick McCurley, General Manager, Adam Bennett, *2 Operations Director, Steven Disser, Aquatics Manager, Kimberly Potts, Assistant Aquatics Manager and Jonathon Ginn, Human Resources.

2

Plaintiff would state that the new management team created a hostile work environment in which women were degraded, humiliated and harassed on a constant basis. Bennett and Disser had discussed openly that they wanted to install a stripper′s pole in Bennett′s office so that the women could entertain them.

On April 26, 2010, while Plaintiff was in Adam Bennett′s office, Mr. Bennett began comparing the size of Plaintiff′s breasts to that of Kimberly Potts. Bennett began to describe in detail the size and shape of Plaintiff′s breasts. Bennett asserted that while the two women were the same height, Plaintiff′s breasts were so much larger. Plaintiff was hurt and humiliated by Bennett′s comment.

On May 1, 2010, because of the Nashville flood, Steven Disser, Adam Bennett, Kimberly Potts, Rebekah Headrick and Plaintiff all shared an office. On that date, with all of the preceding present in the room, Adam Bennett

told Plaintiff to contact the lifeguards to come to work to assist with the cleanup. Bennett specified that she should call only those over eighteen years of age and no "girls" should be called in. Bennett stated specifically "only people with a "dick" can handle this type of work." This statement embarrassed Plaintiff very much and to her surprise Steven Disser responded by laughing, in effect concurring with the remarks. Disser and Bennett then made several statements that there would be "no vaginas" coming to help clean.

Plaintiff would further state that Bennett and Disser continued the harassment and degradation of Plaintiff and the other women workers at Nashville Shores. Finally on May 17, 2010, Plaintiff and Kimberly Potts approached Rick McCurley, General Manager of Nashville Shores, about their concerns. Plaintiff and Potts relayed the explicit sexually related incidents, *3 and expressed that they were uncomfortable with the work environment, and pervasive sexual comments and innuendos. Plaintiff and Potts further expressed concern that by speaking directly with Mr. McCurley that Bennet and Disser might retaliate against them. McCurley assured Plaintiff and Potts there would be no retaliation.

The next morning when Plaintiff returned to work, Bennett pulled his truck up to Plaintiff in the parking lot, got out, slammed the door and yelled at Plaintiff "I was told what you did and I now am going to get you out of here." From that point on, Plaintiff was subject to escalated verbal and mental abuse.

On May 28, 2010, paychecks were issued incorrectly. Plaintiff was paid for only four hours when she had worked ninety plus hours. When Plaintiff brought the mistake to Ginn, he responded that many employees had been affected by the mistake in payroll, and he had issued corrections for many employees, but Plaintiff would have to wait until the next pay period. Plaintiff then spoke with Venita Fraze, Accounting Manager, who quickly corrected the problem and issued Plaintiff a corrected check. That same afternoon Ginn came to the deck of the wave pool where Plaintiff was working and said to her that she was a "stupid bitch for telling on him."

On June 11, 2010, Steven Disser called Plaintiff and Kimberly Potts into his office and terminated Plaintiff. Disser stated that he had decided to terminate Plaintiff because she had gone to McCurley, the General Manager,

to complain about the sexual harassment. Disser further stated that her reporting of the harassment put Disser, Ginn and Bennett's job in jeopardy.

One week later, Kimberly Potts was forced to resign.

Plaintiff would state that she was retaliated against and terminated for reporting sexual harassment in the workplace. *4

4

The Defendant, Nashville Shores Holdings, LLC d/b/a Nashville Shores, is responsible for all the actions of Mr. Rick McCurley, General Manager, under the doctrine of *respondeat superior*.

The Defendant, Nashville Shores Holdings, LLC d/b/a Nashville Shores, is responsible for all the actions of Mr. Steven Disser, Aquatics Manager, under the doctrine of *respondeat superior*.

The Defendant, Nashville Shores Holdings, LLC d/b/a Nashville Shores, is responsible for all the actions of Mr. Adam Bennett, Operations Director, under the doctrine of *respondeat superior*.

The Defendant, Nashville Shores Holdings, LLC d/b/a Nashville Shores, is responsible for all the actions of Mr. Jonathon Ginn, Human Resource Representative, under the doctrine of *respondeat superior*.

Plaintiff would state that Defendant acted in contravention of T.C.A. § 42-21-101 of the Tennessee Human Rights Act for sexual harassment, creating a hostile work environment and retaliation.

Plaintiff would further state that she was retaliated against and terminated for refusing to remain silent about the sexual harassment engaged in by Steven Disser, Adam Bennett and Jonathon Ginn of Defendant in violation of T.C.A. § 50-1-304, the Tennessee Whistleblower Act.

Further, Plaintiff would state that the Defendant's actions in firing her when she reported the sexual harassment and her refusal to remain silent about illegal activities violated the common law of the State of Tennessee proscribing retaliatory discharge. *5

5

## B. Defendant's Theory of the Case

Defendant Nashville Shores Holdings, LLC denies that Plaintiff was subjected to severe and pervasive conduct that would constitute a hostile

EXHIBIT 11: SaveMeNow pamphlet with Plaintiff's work with Rescue Instructor



## Technology that *saves lives*



SaveMeNow is an emergency platform with two APPs, which connects citizens and emergency services with the closest Emergency call centre. (112/999/911/000)

## THE BEGINING OF SAVEMENOW

Niko Sánchez, being a firefighter and emergency instructor at London Fire Brigade, realized the need to unite new technologies with emergency services.

The goal is to help save lives and mitigate the effects of an emergency.



London fire: Grenfell Tower blaze in pictures

Images from the scene of the huge fire that broke out in the early hours of Wednesday

FINANCIAL TIMES

Fire that killed six people caused by faulty TV set, say investigators

Lakanal house fire

The Guardian
International edition




# Always ready to help you in any emergency situation

## CITIZEN APP

The tool that can save your life or help you in an emergency, wherever you are and with whom you are.

Connected with SaveMeNow PRO App.











www.savemenowapp.es/en



## PRO APP

Now the Fire Brigade (emergency services) knows where you are in real-time, and have essential information about the incident, directly in their hands.

The dispatch center has the relevant data to make life saving decisions to first responders

The PRO App is conected with SaveMeNow Citizen App.

    www.savemenowapp.es/en

# HOW DOES IT WORK

















## HOW DOES IT WORK

The Citizen App has automatic or manual activation.

Sends essential data to the closest Dispatch centre and transmits the emergency data directly to the Professional App.





Citizen App

*Automatic*

*Manual*

## HOW DOES IT WORK

Emergency services can manage better evacuations protocols and live information.

We are taking this antiquated analog-based 911/112 system and moving it into the digital era.

We connect firegound personel with Command and control in real time









www.savemenowapp.es/en

## PARTNERS

We work in collaboration with companies related to the sector, emergency services and public research centres













    www.savemenowapp.es/en

EXHIBIT 12: Collaboration agreement
with Rescue Instructor Niko
Sanchez/SaveMeNow with Plaintiff 2020
and 2023

IF TO THE **Chistina Taft**
506 S Spring St #13308 Smb 9389
Los Angeles, CA 90013.
E-mail: taftchristina.ceo@gmail.com chistina@savemenowapp.com

23. **COUNTERPARTS.** This Agreement may be executed in counterparts, all of which shall constitute a single agreement.

24. **ENTIRE AGREEMENT.** This Agreement embodies the entire agreement and understanding of the parties hereto and supersedes any and all prior agreements, arrangements, and understandings relating to the matters provided for herein. No alteration, waiver, amendment, change, or supplement hereto shall be binding or effective unless the same is set forth in writing and signed by each party.

**IN WITNESS WHEREOF**, the parties have executed this Agreement on the date first hereinabove written.

**Niko Sánchez**                                              **Chistina Taft**
**(Chief Operating Officer**
**& Co-Founder of SaveMeNow)**

Signature                                                    _____
                                                             Signature

6

## Amendment to Collaboration Agreement

As of September 06, 2020, the contract entitled Collaboration Agreement between the following parties:

>       Niko Sánchez, representing SaveMeNow
>       Chistina Taft

"Revenue Sharing in lieu of Memorandum of Understanding (the "MOU") dated 6th September 2020" will be added to the original contract, and will read as follows:

The provisions of revenue sharing agreed in MOU dated 06th September 2023 shall be in addition to the revenue sharing percentage mentioned herein.

These changes are the only changes to the original contract. The entire remainder of the original contract remains in full force. This Amendment shall be effective once signed by both parties.

This Amendment shall be signed by the following:

**IN WITNESS WHEREOF**, the parties have executed this Amendment on the date first hereinabove written.

**Niko Sánchez**                          **Chistina Taft**
**(Chief Operating Officer**
**& Co-Founder of SaveMeNow)**


_____          _____
Signature                                Signature



7