Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 0623441766
Ceo.Taft@Rescue-Social.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| _____ <br> **CHRISTINA TAFT** <br>    **Plaintiff,** <br> **vs.** <br> **PAUL BARRESI, ADAM R WALDMAN, and DOES 1-10, inclusive,** <br>    **Defendants.** <br> _____ | CASE NO. 5:24-cv-01930-TJH-DTB <br><br> [Hon. Terry J Hatter, District Judge] <br><br> **DECLARATION OF PLAINTIFF IN SUPPORT OF OBJECTION TO REPORT AND RECOMMENDATION RE PRELIMINARY INJUNCTION** <br> Date: May 2nd, 2025 <br> Time: Under Submission |

1

**DECLARATION OF PLAINTIFF SUPPORTING WITNESSES IN OBJECTION OF TRUE AND CORRECT**

**EXHIBITS FOR PRELIMINARY INJUNCTION**

# DECLARATION OF PLAINTIFF SUPPORTING WITNESSES IN OBJECTION OF TRUE AND CORRECT EXHIBITS FOR PRELIMINARY INJUNCTION

I, Christina Taft**,** declare on True and Correct Copies of Exhibits of Objection:

1. I am the Plaintiff in the above-captioned action. I have personal, first-hand knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

2. This Declaration is submitted in support of the witnesses and victims—including assault victims—whose autonomy, independence, and safety have been imperiled by the coercive conduct of Defendant Paul Barresi and persons acting in concert. Their lived experiences and testimony have been exploited to obstruct due process and to participation in matters, including for their successful careers and social wellbeing. The relief sought in the accompanying Objection and Motion for Preliminary Injunction is necessary to restore their freedom from intimidation and to protect the integrity of this Court

3. **"I would like to be remembered as someone who accomplished useful deeds, and who was a kind and loving person. I would like to leave the memory of a human being with a correct attitude and who did her best to help others,"**
– as stated by Grace Kelly, as is my intent with grace, gratitude, and respect.

4. **True-and-Correct Exhibit Schedule.** Attached hereto are the following documents, each of which is a true and correct copy as described:

5. **Exhibit 1 – Declaration of James Conner (March 26, 2025)** A notarized declaration wherein James Conner attests that Defendant Paul

Barresi recorded a private phone conversation without consent, maliciously edited it, and published it publicly to misrepresent his words. Mr. Conner details ongoing harassment to himself and his family, describing Barresi as dangerous and acting across state lines, thereby substantiating the need for protective relief.

6. **Exhibit 2 – Certified Transcript of the "Shalimar Death / Roof Incident" Call (July 30, 2023; audio recorded October 4, 2022)** Transcript of a call between Paul Barresi and Rebecca Berry in which Barresi makes disturbing remarks regarding the death of Shalimar, including statements such as "deserved a pillow over his head" and "I threw her off the roof." These statements, delivered in malice, demonstrate a chilling pattern of intimidation, normalization of violence, and emotional manipulation.

7. **Exhibit 3 – Transcript of PI Heather Cohen's Interview with Witness Angela Meador (March 21, 2025)**

8. "I asked her about the recording, and asked her if she had consented for that call to be recorded and to be used, and if she had sent it over to the Defendant. She said no, that she did not consent... she was visibly shaken. I would say she was quite scared. She, she was shaking, um, and she, she asked me if I was working for Mr. X. I said no she asked me if I was working for the defendant, I said no. She asked me if I was working for Molly. I'm not sure who Molly is, but eh, I told her no... I assured her that I was not working for any of the people that she named, and that she was not in danger by speaking to me... I thanked her for her time, and she said that if my client wanted to contact her directly, that they could."

9. **Exhibit 4 - Support for Angela Gayle's Music Career and Positive Background, haven't seen in 3 years-**

3

**DECLARATION OF PLAINTIFF SUPPORTING WITNESSES IN OBJECTION OF TRUE AND CORRECT**

**EXHIBITS FOR PRELIMINARY INJUNCTION**

Leland Grant Business Partner emails "Hopes all is well" with Meador and hasn't seen her in 3 years. Enthusiasm for music singles "Have You Told Her" and "Love Yourself," among performances as an artist, "Be positive; work hard; always be kind; and help whenever and wherever you can" quoted from Meador.

10. **Exhibit 5 – Email Correspondence Between Christina Taft and Mario Nitrini (April 8–27, 2025) – Emails and Audio from Mario Nitrini Regarding the Disappearance of Anthony Fox (June 14, 2022 & December 9, 2024)**
Documentation and recorded messages indicating that Barresi allegedly interfered with law enforcement inquiries concerning Fox's disappearance and pressured the Fox family. This conduct demonstrates obstruction of justice and manipulation of potential witnesses.

11. **Exhibit 6 – Compilation of Harassing and Non-Consensual Audio Exploitation (December 28, 2022 – July 30, 2024)**
A compilation of private recordings, including phone calls exploited without consent and circulated, weaponizing altered private audio recordings of phone calls for coercion, humiliation, and removing autonomy. This constitutes harassment and retaliation.

12. **Exhibit 7 – Email Titled "Your Brother Is a Monster" from Barresi to Plaintiff (July 30, 2024)** An email threatening to expose false family history and linking to six unconsented audios in videos implicating vulnerability and violence. This exhibit exemplifies Barresi's direct threats, coercive intent, and emotional manipulation toward Plaintiff, family, and vulnerable victims.

13. **Exhibit 8 – Instagram Posts by Angela Meador: "9 Months of Darkness" and "Coming Out of Hiding" (July 21, 2023 – January 27,**

4

**DECLARATION OF PLAINTIFF SUPPORTING WITNESSES IN OBJECTION OF TRUE AND CORRECT EXHIBITS FOR PRELIMINARY INJUNCTION**

2024)

Social media posts by Meador discussing her fear, trauma, and isolation following threats and coercion linked to Marton Csokas and to Defendant Barresi obstructing relief from Csokas. These are corroborative of psychological harm and withdrawal from public life due to intimidation.

Angela Meador. These posts are retrievable from urls

True and Correct, July 2023 from AngelaGayle01 on "9 months of darkness" https://www.instagram.com/angelagayle01/reel/Cu95B_TAWKK

True and Correct, September 2023 from AngelaGayle01 on "coming out of hiding" https://www.instagram.com/angelagayle01/p/Cxa0l99gxJZ

14. **Exhibit 9 – Supplemental Declaration of PI Heather Cohen (March 26, 2025)**

A sworn and handsigned declaration in which private investigator Heather Cohen. Confirms that Angela Meador did not consent to the recording, the use of it, or the sending of it to Defendant Barresi. Witness Meador fears Marton Csokas, Defendant Barresi, and a prior dispute with a different witness.

15. **Exhibit 10 – Hawaiʻi Temporary Restraining Order (TRO) File – Taft v. Barresi (Case No. 3DSS-25-0000044) (January 22 – April 16, 2025)**

Court documents showing repeated TRO extensions due to Defendant's evasion of service and judicial recognition of danger posed to Plaintiff and witnesses, including over 30 subpoenas issued.

16. **Exhibit 11 – Affidavit of Service by Ian Travis Herndon (April 14, 2025)**

Proof of personal service upon witnesses regarding intimidation, demonstrating Plaintiff's diligence and compliance with procedural rules.

5

**DECLARATION OF PLAINTIFF SUPPORTING WITNESSES IN OBJECTION OF TRUE AND CORRECT EXHIBITS FOR PRELIMINARY INJUNCTION**

17. **Exhibit 12 – Subpoena Duces Tecum and Exhibit A Issued to Rebecca Berry (March 12, 2025)** A court order compelling Berry's testimony and evidentiary production to protect witness-victim Angela Gayle Meador. The order notes credible intimidation risks.

18. **Exhibit 13 – Process-Server Logs of Attempts to Serve Meador & Berry (March 31 – April 17, 2025)** Official logs documenting attempts to serve protected witnesses, including law-enforcement involvement and acknowledgment that Meador was in witness protection.

19. **Exhibit 14 – Certified Hearing Transcript in Albertini v. Barresi (Case No. 22PDR001308) (October 19, 2022)** Defendant Barresi admits, under oath, to "toying" with homicide accusations and sending messages claiming to commit murder. These admissions support a finding of willful intimidation and psychological abuse.

20. **Exhibit 15 – BSIS Complaint Alleging Unlicensed PI Activity (October 9, 2022)** A formal complaint filed with California's Bureau of Security and Investigative Services documenting unauthorized conduct, indicative of ongoing misconduct and threat to public safety.

21. **Exhibit 16 – iMessage Conversations Among Taft, Meador, and Berry (October 6–9, 2022)**

    Screenshots showing fears, and unauthorized use of recordings. Demonstrates obstruction of evidence transmission and witness chilling.

22. **Exhibit 17 – ServeManager Status – Angela Meador (March 31, 2025)** System-generated note showing that service attempts were deferred due to active law-enforcement witness protection measures.

23. **Exhibit 18 – Third-Circuit Witness Subpoena for Remote Testimony from Meador (March 28, 2025)** Court-ordered witness subpoena compelling, reinforcing the need for protective procedural accommodations.

24. **Exhibit 19 – Email from Barresi to PI McCormick (July 27, 2022)** An email urging the investigator to disregard survivors' statements, labeling them, and attempting to undermine lawful inquiry.

25. **Exhibit 20 – Voicemail from Richie Albertini Detailing Threats Against Meador (April 17, 2022)** Recorded voicemail describing assaults and threats to a rape survivor, including coercive emails and efforts to silence the victim under threat of retaliation, including videos and on Defendant.

26. **Exhibit 21 – Email from Plaintiff to PI Hernandez Entitled "Alarming Edit of Voicemail" (April 14, 2025)** Evidence suggesting Defendant's provocation of disputes to intimidate other witnesses, and to coerce a witness Gayle with objects, and alarm of edits by Defendant.

27. **Exhibit 22 – Affidavit of PI Alejandro Hernandez (April 1, 2025)** A sworn statement describing a relative, witness Strader who wanted peace and no involvement with Defendant. Demonstrates broader intimidation.

28. **Exhibit 23 – Affidavit of Service by Jason Douglas on Rebecca Berry (April 17, 2025)** Legal service affidavit showing substituted delivery due to Berry's reluctance. Confirms procedural validity of discovery efforts.

29. **Exhibit 24 – Wayback Archive Captures Showing AngelaGayleOfficial.com Offline (October 4, 2022; March 25, 2023; January 10, 2024)** Archives of witness Angela Gayle Meador's public website disappearing after intimidation escalated. Supports a finding of coerced retreat from social life and career.

**DECLARATION OF PLAINTIFF SUPPORTING WITNESSES IN OBJECTION OF TRUE AND CORRECT EXHIBITS FOR PRELIMINARY INJUNCTION**

Attached hereto as Exhibit 24 are true and correct copies of Wayback Captures – AngelaGayleOfficial.com Offline. Gayle's Official Music Website was fully active and well on October 4, 2022 at url:

https://web.archive.org/web/20221004004021/http://www.angelagayleofficial.com

True and Correct, March 25, 2023, Angela Gayle Meador's Official Music site was hidden and down, retrieved from Internet Archive at url:

https://web.archive.org/web/20230325143809/https://www.angelagayleofficial.com

True and Correct, January 10, 2024, Angela Gayle Meador's Official Music site was still hidden and inactive, retrieved from Internet Archive at url:

https://web.archive.org/web/20240110215735/http://www.angelagayleofficial.com

30. **Exhibit 25 – Compilation of Threats, Posts, and Forged "Exhibit A" (October 10, 2022 – April 27, 2025)** A curated set of threats, tweets, and manipulated evidence used to impugn witnesses and Plaintiff. Documents an ongoing harassment campaign.

31. **Exhibit 26 – Native Digital Repository (2015–2025)** A collection of original media files (audio, video, metadata) demonstrating Defendant's audio exploitation, intimidation, and violence implications.

32. **Exhibit 27 – Affidavit of Process Server Jason Douglas (April 17, 2025)** Sworn affidavit detailing substituted service on Rebecca Berry and mailing of subpoena documents. Validates proper service under applicable rules.

33. **Exhibit 28 – Partial Transcript of Taft & Meador Discussion re Threats (July 27, 2022)** Transcript showing Meador's concern over after the assualt by Marton Csokas of retaliation, reinforcing the network of intimidation.

34. **Exhibit 29 – Full Certified 52-Minute Audio and Transcript of Taft ↔ Meador Call (July 22, 2022; Certified March 18, 2025)** Extensive conversation describing assault, abduction, drugging, and threats of blackmail from Csokas to Meador. Establishes motive, scope, and fear.

35. **Exhibit 30 – iMessage / SMS Bundle – Meador and Taft (July – October 2022)** Messages in which Meador expresses fear for her life, references forged documents, and pleads for help. Shows real-time coercion and trauma.

36. **Exhibit 31 – Email String Beginning with "Your Life Should Be a Living Nightmare…" (January 11–29, 2024)** Multiple messages containing threats, emotional abuse, references to Plaintiff's deceased mother Victoria Taft, and graphic harassment. Direct violation of privacy and judicial decorum.

37. **Exhibit 32 – Follow-up Email: "Five More Going Up Today" (January 29, 2024)** Statement of intent by Barresi to post audios of phone calls videos with violence on a continuing basis, even after FBI reports and previous restraining order hearings. Demonstrates open defiance of judicial process.

38. **Exhibit 33 – Photograph and FBI Complaint – Defendant's Hitman Intimidation (January 10, 2024)** A screenshot and formal complaint documenting Barresi's threats, including hitman insinuations. Presented with Plaintiff's FBI report.

39. **Exhibit 34 – Emails showing lack of consent of Taft and Meador of Defendant Barresi exploiting their audio phone call recording (April 21 2025)**

Continuing through the present day in 2025, I have acted with due diligence, urgency, and sincere concern for the safety and dignity of those affected. Since at least February 2023, I have made repeated efforts to retain competent legal counsel to address the escalating pattern of intimidation, coercion, and retaliation perpetrated by Defendants. Unfortunately, such counsel has proven insufficient in protecting the uniquely vulnerable positions of the witnesses and victims involved—many of whom are survivors of assault and subject to retaliatory actions.

The Defendant's conduct has caused grave and ongoing harm to core tenets of the American judicial system—namely, access to justice, protection of witnesses, and integrity of evidentiary proceedings. This conduct not only jeopardizes the autonomy and welfare of individual victims but presents a broader threat to public safety and the orderly administration of justice.

Accordingly, I respectfully petition this Honorable Court to issue the protective and injunctive relief requested in the accompanying motion, to safeguard the lives, rights, and testimonies of those placed in peril due to Defendant's actions.

I declare under oath and penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of May, 2025, in Hawaii, United States.

Respectfully submitted,

*/s/ Christina Taft*

_____

Christina Taft

*Plaintiff in Propria Persona*

**DECLARATION OF PLAINTIFF SUPPORTING WITNESSES IN OBJECTION OF TRUE AND CORRECT EXHIBITS FOR PRELIMINARY INJUNCTION**