# INDEX OF RESPONSIVE EXHIBITS OF OBJECTION FOR SUPPORT OF WITNESS PROTECTION AND PRELIMINARY INJUNCTION

## (Appendix)

| Exh. No. | Date / Span | Title | Detailed Description (facts & authentication) |
|---|---|---|---|
| 1 | 26 Mar 2025 | **Declaration of James Conner** (sworn) | • Conner avers Barresi surreptitiously recorded a call against his consent, spliced portions, then published the altered audio.<br>• Describes continuing harassment by Defendant of Conner's children, daughters, son, two ex-spouses, and sister.<br>• Executed under 28 U.S.C. § 1746. Defendant's illegal phone recordings and harassment. |
| 2 | 30 Jul 2023 (source audio 4 Oct 2022) | **Certified Transcript – "Shalimar Death / Roof Incident"** (Barresi and Berry Phone Call Recording of Barresi's admissions) | Defendant Paul Barresi and Rebecca Berry Phone Recording - Defendant Admitting to Death<br>• Barresi about pushing a woman "off the roof," boasts of "toying" with witnesses.<br>• Notarized and certified. Celebration of lethal violence; psychological manipulation. |
| 3 | 21 Mar 2025 | **Transcription – PI Heather Cohen Interview w/ Angela Meador** | "I asked her about the recording, and asked her if she had consented for that call to be recorded and to be used, and if she had sent it over to the Defendant. She said no, that she did not consent... she was visibly shaken. I would say she was quite scared. She, she was shaking, um, and she, she asked me if I was working for Mr. X. I said no she asked me if I was working for the defendant, I said no. She asked me if I was working for Molly. I'm not sure who Molly is, but eh, I told her no... I assured her that I was not working for any of the people that she named, and that she was not in danger by speaking to me...<br>I thanked her for her time, and she said that if my client wanted to contact her directly, that they could."<br>• Cohen notes Meador "physically shaking."<br>• Notary certification attached. |
| 4 | April 12, 2025 | **Support for Angela Gayle's Music Career and Positive Background, haven't seen in 3 years** | Leland Grant Business Partner emails "Hopes all is well" with Meador and hasn't seen her in 3 years. Enthusiasm for music singles "Have You Told Her" and "Love Yourself," among performances as an artist, "Be positive; work hard; always be kind; and help whenever and wherever you can" quoted from Meador. |
| 5 | 9 Dec 2024 & 14 Jun 2022 | **E-Mail Chain: Taft and Mario Nitrini on subpeona**<br>**Emails & Audio – Nitrini re Anthony Fox Disappearance and family recordings, Nitrini protecting family from Defendant Barresi** | • Nitrini advises Taft he needs to be formally subpoenaed in the case for the recordings and information related to Anthony Fox's Family and Defendant Barresi obstructing a Ventura police investigation of the missing person's case. Second email describes Nitrini afraid for his family and direct voicemails from Defendant Barresi. He will do a criminal complaint on Barresi for threatening his family.<br>• Nitrini details pressure on Fox family and Ventura Co. deputies; audio corroborates.<br>• Chain of custody memo attached. |
| 6 | April 10, 2025 | **Supportive Music Career Texts Server Philip Hamilton with Subpoena and Callback by Angela Meador April 10, in evening** | Supportive of recovery, independence, and music career of Angela Meador by process server Philip Hamilton and Plaintiff. Trying to bring Meador positivity and autonomy. |
| 7 | 28 Dec 2022 – 30 Jul 2024 | **Harassment & Audio-Exploitation Compilation** | Exploitation by Defendant of phone call of Meador and Taft, to vulnerably prey on vulnerabilities of Angela Meador related to Marton Csokas assaulting her, and trauma assailant pointing a gun to her head. Changes the phone call to be about Defendant's agenda and shows Defendant's violent outtakes.<br>• Five clips in which Barresi threatens "lock-up." |
| 8 | 30 Jul 2024 | **Threatening Emails from Barresi** - Email from Defendant Barresi threatening Taft for positive texts to Angela Meador.<br>**2nd Email of Defendant threatening Taft about Family, brother and mother, and 6 unconsented** | Email from Defendant Barresi threatening Taft for positive texts to Angela Meador and about arrest of Defendant Barresi - Plaintiff found this very threatening, emotionally distressing, and coercive, as if Defendant was keeping Meador hostage and as leverage. Defendant threatens Taft. No more positive |

| | | phone recordings exploited, including about her family (father and mother, testifying as witness allegedly and violence implications) and vulnerable woman, Meador. Waldman in audio. "Your Brother is a Monster" (Barresi to Taft) | communications between Meador and Taft for years.<br>• Attaches six unconsented audio files incl. Taft-Meador call.<br>• Threatens exposure of family history. Defendant Waldman primary in sent audios to threaten. Lawsuit of Mother included. Intimidates Taft for speaking with reporter on falsified interview of witness by Defendant. Violence and dire consequences re-implicated. |
|---|---|---|---|
| 9 | 21 Jul 2023 – 27 Jan 2024 | **Instagram Posts AngelaGayle01 – Angela Meador** | • Posts: "dragged into the dark," "laying low," intent to "come back out when safe."<br>Posts by Angela Meador indicate "9 months of darkness" to July 2023 and "hiding" after October 2022 and contact with Defendant. Friend encourages social, tries to get out of hiding in September 2023 |
| 10 | March 26, 2025 | **Full Declaration of PI Heather Cohen on Interview with Angela Meador** | Interview by Heather Cohen that Angela Meador did not consent to audio recordings taken, used, or sent by Defendant Barresi and that she feared Marton Csokas and Defendant |
| 11 | September 21, 2021, sent to Plaintiff in November 2024 | **Molly Beaton Reports to Maitland Police Department of Deadly Threat from Defendant Paul Barresi against victims of assault** | Molly Beaton's police reports to Maitland Police Department of "Richard Albertini hit man Paul Barresi and survivor Angela" from September 14, 2021 and "Richard Albertini and hit man Paul Barresi attacking survivors of elite sex crimes." Molly thanks the police for assistance. |
| 12 | March 26, 2025 | **Declaration by PI Alejandro Hernandez on obtaining Declaration from James Conner** | Licensed from El Paso, Texas and confirms declaration |
| 13 | 22 Jan – 16 Apr 2025 | **Hawai'i Granted Restraining Order Court Case View (3DSS-25-0000044) from January to April** | Printable case view with 30 subpoenas, of Witnesses and T-Mobile for phone records, for granted restraining order of Taft v Barresi in Hawaii<br>• Minute orders reflect three continuances due to Barresi evasion. TRO repeatedly extended; >30 subpoenas issued.<br>• Certified by clerk. |
| 14 | 12 Mar 2025 | **Witness Subpoena to Rebecca Berry to Declare; Subpoena Duces Tecum & Exhibit A – Rebecca Berry** | Witness Subpoena to Rebecca Berry to Declare to help Angela Meador with police protection and against Defendant harming reports to legitimate law enforcement related to Marton Csokas retaliation after assault of Meador and ignoring concerns of Meador's audio being published by Defendant and associate of Defendant. • protect Meador from Defendant; expedited production. |
| 15 | 2022 | **Texts from Rebecca Berry to Plaintiff of Fears of Defendant and trying to report Defendant's intimidation to FBI**<br>**iMessage Threads – Taft / Berry**<br>**Texts Berry / Defendant Barresi** | Texts from Rebecca Berry showing fear of Defendant in Death of Shalimar with breakin and boarded window prior, Defendant's image of tied girl related to kidnapped victim and mother, "he is the one I am most afraid of personally" states Berry about Defendant, then shortly thereafter discusses concern about Angela Meador and Taft states Meador did not know the identity of the person who pointed a gun at her, as informed by Meador. Texts on Berry trying to report to FBI on Barresi obtaining Meador's audio with fear, Taft stating to not share files. Defendant Barresi ignores Berry's concerns and asking Barresi to take down Meador's audio of phone call, and asks about fraudulent fbi channel Barresi instructed her to email. Defendants including Waldman included in discussions and audio tapes of Waldman and Chew. |
| 16 | April 14, 2025 | **Subpoena to Witness Ian Herndon** | Witness Subpoena to Ian Herndon to Declare to Help Meador related to Marton Csokas assault and retaliation of Meador and Provide Recordings, help with law enforcement investigations and judicial remedies |
| 17 | 19 Oct 2022 (filed 12 Mar 2025) | **Certified LASC Transcript – Albertini v. Barresi**<br>**Certified Transcription from Restraining Order Hearing Albertini vs Barresi, pages 42, 44-46** | Defendant admitting to telling multiple witnesses and victims that he killed people, including Shalimar's death off a roof<br>• Under oath, Barresi admits sending "off the roof" text; |
| 18 | March 28, 2025 | **Witness Subpoena to Angela Gayle Meador** | Witness subpoena in restraining order needs against Defendant Barresi from Hawaii. Does not disclose address. |
| 19 | 31 March, 2025 | **Process Server Tracy Kroft Sees Witness Protection by Officer** | Process Server Tracy Kroft sees that Angela Meador has Witness Protection by the police. Officer Justin Bourk instructs Tracy to return later when Meador is awake for serving witness subpoena. |
| 20 | April 15, 2025 | **Process Server from CMI Process and Legal Support Serve Meador with Witness Subpoena** | Process Server from CMI Process and Legal Support, LLC posts witness subpoena and supportive cover letters (including of music career and apologies) to Meador in mid-day. End of service. |
| 21 | October 4, 2022, March | **Angela Gayle's Official Music Site Well then Down After Contact with Defendant to Present** | Angela Gayle's Official Music Site well on October 4, 2022, then down and hidden March 25, 2023 and still down and |

| | | | |
|---|---|---|---|
| | 24, 2023, and January 10, 2024 | | hidden January 10, 2024. Site removed after threats; Archive.org |
| 22 | October 9, 2022 | **Intimidation by Defendant Barresi using recording of Meador and Taft and on "Equalizer star" for wanting to file police report against Defendant** | Defendant Barresi on October 9, 2022 uses Angela Meador and Christina Taft's "secret" phone recording and calls Marton Csokas an "Equalizer star." Defendant alters phone call to be about filing a police report against him. |
| 23 | 9 Oct 2022 | **Report by Taft on Unlicensed and Unregistered Activity of Defendant Barresi on October 9, 2022** | .Discusses witness that saw assaults of two women in nightclub and urgently that Defendant obtained audio recording of phone call with her and Angela Meador, and tied up girl photo. Worry for Taft's friends that Defendant means them. States Defendant is "escalating in his derangement." Taft reports Barresi's harassment of multiple victims. |
| 24 | 14 Apr 2025 | **Affidavit of Service – Ian Travis Herndon** | • Ian Herndon successfully served by process server Argemis Monier in Florida with Witness Subpoena. |
| 25 | July 28, 2022 | **Defendant Barresi calls Mike McCormick to deter, phone recording** | Defendant Barresi calls PI Mike McCormick, first part of conversation on July 28, 2022 on threatening Angela and and coercing witnesses, and wanting to know if McCormick was "on the case." Defendant deters McCormick. |
| 26 | April 1, 2025 | **Declaration by Alejandro Hernandez on Patricia Strader not wanting involvement with Defendant** | Declaration by PI Alejandro Hernandez that Patricia Strader does not want involvement with Defendant, brother is Conner and remembers Taft as a teenager. Wants a peaceful life away from drama. |
| 27 | April 17, 2025 | **Affidavit Process Server Jason Douglas serves Rebecca Berry, substitute serve** | Process Server Jason Douglas successfully serves Rebecca Berry in Connecticut with Witness Subpoena to declare.<br>• Substituted service; roommate "Tyanna" accepted docs; follow-up mailing.<br>• Notarised by Melissa B. Campbell (CT). |
| 28 | October 2024 and April 2025 | **Emails and Posts on Defendant Barresi Adversarial Coordination of Beaton with Meador with Unrelated to Case Object focus ("Alarming voicemail edit")** | Emails and posts demonstrating Defendant Barresi coordinating harassment against Meador through contacting Molly Beaton. Defendant adversarial on letter that is unrelated to case's timeline and meant to coerce statements due to focusing on object and not lived experiences. Plaintiff is concerned upon discovery on Meador's music career page April 13, 2025 which she discovers has been inactive for 2 years. |
| 29 | July 28, 2022 and April 17, 2022 | **Email from Defendant Paul Barresi to Mike McCormick Detering him and on Voicemail of Richard on Angela from Nitrini** | Defendant Barresi sends PI Mike McCormick email about inquiry on Angela and Richard Albertini's voicemail on brutal rape of Angela Meador. Defendant Barresi tells McCormick that Albertini started this allegation of Angela being threatened by Defendant Barresi. Clearly shows Barresi was aware of Angela, and allegations of assault, and was obtaining information about her at least since April 17, 2022 from Mario Nitrini. |
| 30 | November 2020 | **Certified Transcription of Voicemail of Richard Albertini to Mario Nitrini from November 2020 on Assault and Threats to Meador from movie star, and Defendant Barresi** | Voicemail discusses assault, testifying, and being silenced. "This woman was a victim of a brutal rape and assault by a major movie star. Before this woman could even leave the hospital, she started getting emails from Paul Barresi, threatening her to keep her fucking mouth shut, threatening to post video of her, and this woman is real. Uh, some of the things she said, even though I don't have the emails yet, she's emailing them to me right now. Just some of the things that she says he said to her I've heard before, because he's said them to both me and you." |
| 31 | July 2022 | **Certified Transcription of Call Between Plaintiff and Angela Gayle in July 2022, notarized** | Content discusses assault of Angela Meador by Marton Csoaks and retaliation by Csokas for years obstructing successful reports. Further on fixers ruining cases and testimony of witnesses. 52 minutes long<br>• Meador details kidnapping, drugging, transport across states; threats; 14 more victims.<br>• Illinois notary certificate. |
| 32 | October 2022 to December 2024, and December 2025 | **Audio Alteration by Defendant Barresi of Phone Call Between Meador and Taft** | Audio by Barresi - Oct26-Dec16.22 to 2024 Taft & Angela, Witness Sees Assault Donna<br>by Actor - Defendant alters phone call for his agenda and exploits Meador's experiences of assault, violence, and retaliation, including imagery of gun to head with re-traumatization to both Taft and Meador. |
| 33 | July 2022-October 2022 | **Text Messages between Angela Gayle and Plaintiff July 2022 to October 2022 iMessage SMS Bundle – Meador ↔ Taft** | shows positive interactions and truthful information of issues including no consent to audios used or sent, that Marton Csokas is who she is afraid of will kill her, concern on Nitirni missing, and not wanting Defendant to silence Meador about the assault of her from Csokas• "He will kill me himself"; forged "Exh A." |

| 34 | January 2024 | **January 2024 Full Email Threads Paul Barresi, Taft, Meador - Barresi Coercion and Threats to Taft, Coercion by Barresi of Meador with Tapes, Implications** | Report by Taft to FBI and lack of consent from both Taft and Meador of use of tapes and showing emotional distress Follow-up Email by Barresi – "Five More Going Up Today" • Email shows Barresi mocking Taft's fear; Taft's FBI complaint. |

**Integrated Legal Themes (Exhibits 1-32)**

1. **Persistent Threat & Violence Motifs** – Exhibits 2, 14, 30-32 reveal explicit references to homicide, shooting, or physical harm.

2. **Systematic Witness-Tampering** – Exhibits 3, 4, 12–13, 27–30, 32 document covert recordings, blackmail letters, service evasion, and proxy intimidation.

3. **Exploitation** – Exhibits 6–7, 24–26, 30–32 substantiate ongoing online publication of non-consensual audio, personal data, and forged materials.

4. **Chilling Effect on Witnesses and Victims** – Exhibits 8, 22, 28 confirm that witnesses withdraw or hide, evidencing irreparable harm.