# EXHIBIT 30

**Audio File:** 8182073137_17

**Audio Length at time of Transcription:** [00:01:17]

**Speaker One (1):** Richard Albertini


**Speaker 1 (Albertini):** [00:00:01]  Mario, I don't know if you can hear my voice trembling, but I need you to call me right away.  The goal is to have Barresi arrested before Thanksgiving.  This has to be completely between you and I until we get this thing sorted out.


I have a woman in another state that is sending me emails right now.  This woman was a victim of a brutal rape and assault by a major movie star.  Before this woman could even leave the hospital, she started getting emails from Paul Barresi, threatening her to keep her fucking mouth shut, threatening to post video of her, and this woman is real. Uh, some of the things she said, even though I don't have the emails yet, she's emailing them to me right now.  Just some of the things that she says he said to her I've heard before, because he's said them to both me and you.


This is huge. This is a brand-new movie star coming into the mix.  And uh, this woman's got pictures of the assault.  There was another victim, and this woman even went all the way to Italy to testify.


Call me.

**Transcriber's Certificate**

I, Liridona Etemi, do hereby certify that I have listened to the recording several times carefully of the foregoing; further that the transcript page one (1) was reduced to typed form from the digital audio recording; and that the foregoing is an accurate and true record of the digital audio recording above transcribed version in this matter.

**Dated** this 29th day of April 2025.

Transcriptionist: Liridona Etemi

State of Illinois
County of Cook

This instrument was acknowledged before me on April 30, 2025 by Liridona Etemi.

Stefan Jelic
Notary Public, State of Illinois

Notarized online using audio-video communication

Official Seal
Stefan Jelic
Notary Public, State of Illinois
Commission No. 992502
My Commission Expires June 20, 2028

# EXHIBIT  31

# EXHIBIT C:
Certified Transcription of Call Between Plaintiff and Gayle in July 2022, notarized

**Audio File:** Audio Used by Barresi - Taft and Angela TN Talk - July22 2022

**Audio Length at time of Transcription:** [00:52:46]

**Speaker One (1):** Angela

**Speaker Two (2):** Christina Taft

**Speaker 1 (Angela):** [00:00:01] Uh, let's see. It was about a month later 'cause I, I went into, like, shock when that happened. Um, so, I would say it was probably around May of 2015. Um, and I had to have surgery and all this stuff, so it was, it was kind of a long... The whole thing was a lot. And, like, the police officers from... So Eric Hessler, the other guy on that letter, he, uh, he was in char-, he was the attorney for PANO, which is the, um, Police Association in New Orleans. And so, he was calling as well and getting cops to call me and say, "We're tracking your phone."

He would...they...cops would call me and...from New Orleans and tell me, "Oh, we know you're here at this place right now. We know you're there. We can...we know what you're wearing." Like, it was, it was out of control. And that went on for like a year and a half after my kidnapping. Um…

**Speaker 2 (Taft):** [00:00:57] And so…

**Speaker 1 (Angela):** [00:00:59] Yeah, so it was, like, a really big situation. And, and the only thing I can figure out at this point, now that I know everything that I know, is that I'm not the only one that, that this has happened to. There's, there's like 14 other girls that he's done this too. And so...

**Speaker 2 (Taft):** [00:01:16] What?

**Speaker 1 (Angela):** [00:01:17] Yeah. So, I can't imagine that, um... Um, Paul would have to know about some of these other people because, I mean, how could you not? Right? I mean...

**Speaker 2 (Taft):** 00:01:29] Yeah, he seemed very threatened that, um, we were contacting you or knew about you or anything because I had a journalist, Rebecca Barry, that has been helpful because, obviously, I can't, like, do a lot of posting or anything like that because, um, you know, it... But, so, he saw that, and I guess he, you know, he is realizing he is under investigation. Um, so... But, yeah, I think I read, I actually... He even sent the voicemail that Richie sent to Nitrini about you from like two years ago. I guess it was October, 2020, because I think that matches the

text messages when he was last in contact with Nitrini. And then he was saying, you know, that you'd been, you know, really beat up, and raped and, you know, held hostage, and all that. And then, um, you know, he wanted to put Barresi into jail about it. And that there was even another girl, like, that went over to Italy. I don't know if that's one of them.

**Speaker 1 (Angela):** [00:02:35] Yeah, she, um, yeah, she's one of them. But, uh, Richie said that it may not have been Paul because Paul doesn't travel acro-, out of the country or something. Um, but, yeah, the girl in Italy, she's been shoved... She'll call me, and she's like, "Marton was just here. He shoved me down the stairs. He, uh, put a gun to my head." Um, i-it's like she... Like, this guy is a complete just...he's, like, o-, he's a sociopath. Like, he, he should be in prison or probably worse than that. He probably shouldn't even... I mean, he's just a complete... I can't even describe how dangerous this man is.

**Speaker 2 (Taft):** [00:03:15] Marton Csokas or Paul Barresi?

**Speaker 1 (Angela):** [00:03:18] Well, Csokas. I don't know that much about, um... I know that Barresi is involved in a lot of stuff, but, but I don't... I try to stay off Twitter. I don't know if you've... Like, I don't, I don't get on social media very much. Um...

**Speaker 2 (Taft):** [00:03:32] I mean, going after...going through any of this, it kind of makes you not wanna talk on social media 'cause, you know, you're getting, you know, monitored about everything.

**Speaker 1 (Angela):** [00:03:40] Right. And then you throw somebody like Molly in the mix, who Molly completely... She found me because she thought that I had something to do with Epstein's stuff, and I don't have anything to do with any of that. And for some reason, she's decided to go... Like, she wants to go against all these Epstein survivors and stuff. Um, but, anyways, that's how she found me. And she's, she's crazy too. Um, so, I just got off of...like, I'm, I'm, I don't even associate with social media at all because of all of this stuff. So...

**Speaker 2 (Taft):** [00:04:14] Yeah, I was there, like, monitoring the accounts, and, like, even Barresi emailed about these accounts. He went so berserk in April, May, that he even emailed Adam Waldman, and he even emailed Elon Musk's attorney, Alex Spiro, about Richie. And he tried to even connect Richie to, uh, murdered Amie Harwick. But, of course, he said it in a creepy way, like, that she...uh, her life was taken, or, you know, it was just, it's re-, the way he writes, it's very creepy. You know, like, um, claiming...you know, the way he twists around life or death, you know? Because that makes...

**Speaker 1 (Angela):** [00:04:54] Yeah, I heard...

**Speaker 2 (Taft):** [00:04:54] ...it look like they did it to themselves when actually they were murdered.

**Speaker 1 (Angela):** [00:04:58] Yeah.

**Speaker 2 (Taft):** [00:04:59] Mm-hmm.

**Speaker 1 (Angela):** [00:04:59] I heard a...he, he, at some...that Johnny Depp, um, uh, I don't know what it is, s-, some blogger or something, he posts on YouTube. Um, I guess his name is Tug. Is that his name? I don't know.

**Speaker 2 (Taft):** [00:05:15] Uh...

**Speaker 1 (Angela):** [00:05:15] Anyway, he just did an interview with Paul, and it, it was very weird. He was...it didn't...I don't know, i-, it felt very, um, planned and very...his answers were very scripted or something. It was just, it was weird. I don't know if you know what I'm talking about, but...

**Speaker 2 (Taft):** [00:05:33] Yeah, I... That was just the other day.

**Speaker 1 (Angela):** [00:05:37] Yeah. Yeah.

**Speaker 2 (Taft):** [00:05:37] Mm-hmm.

**Speaker 1 (Angela):** [00:05:37] That...so, this is all I know. [Laughs] Because I had to... When Aaron got in contact with me last week, I, I got on social media to see what, if, what I can find. And so, I found a lot of stuff. But, um, anything that's happened... Like, I don't know who you are, I don't know, um, I don't know anybody really, to be honest with you. I know, I know...I've seen your name on social media 'cause, uh, Molly, like, she, uh, writes about you every now and then.

**Speaker 2 (Taft):** [00:06:10] She writes about me? Really? [laughs]

**Speaker 1 (Angela):** [00:06:12] Yeah. She tweets...she'll tweet and, like, uh, tag you, but then she's...I think you're blocked. So, I don't know why she tags you, but...so, you know...

**Speaker 2 (Taft):** [inaudible 00:06:22]

**Speaker 1 (Angela):** [00:06:22] But, yeah, she...

**Speaker 2 (Taft):** [00:06:23] Y-yeah. I mean, I know that she was trying to, I guess...I don't know. But, anyways, I, I don't...

**Speaker 1 (Angela):** [00:06:30] [Laughs] You don't have, you don't have to try to figure it out. It's... You can't figure out crazy.

**Speaker 2 (Taft):** [00:06:35] I know that, uh, Prince Andrew's advisor contacted her once, and then she was going at Virginia Giuffre and Maria Farmer and a lot of weird things around Kaplan and Time's Up, you know, and Amber and all this other stuff. So, trying to mix real victims into, I don't know, whatever that they're trying to do. Um...

**Speaker 1 (Angela):** [00:06:59] I don't know what they're... She, she's still going after all those people, so I don't know. Nobody's told her, apparently, that this case is over, but, you know... Anyways. I mean, Virginia already settled with Prince Andrew or whatever, so I don't know why she's still talking about it.

**Speaker 2 (Taft):** [00:07:18] Well, I guess she is one of those women that goes to a trial with, like, you know, a head injury and they claim their fiancé is somewhere in there or have a baby with them or whatever, you know, and it's not real.

**Speaker 1 (Angela):** [00:07:29] Right.

**Speaker 2 (Taft):** [00:07:29] Imaginary or something. Because they're so confused with stars that they just want to be with them no matter what's in their imagination. That's what I get from it. Um, so...

**Speaker 1 (Angela):** [00:07:44] Well, so, so what is it that you... Um, Richie had said that you wanted to help me or something?

**Speaker 2 (Taft):** [00:07:51] Yeah, I do wanna help you because I know that Barresi is, you know, he... Richie definitely will report him. There's still a timeline. And I know for, uh... So, I've been doing, like, an investigation, trying to anyways, um, to pull up evidence, and there's a clear timeline with it. And so your background, with what Barresi did to you and why he did it to you, is very important to show that Barresi gets hired and he gets paid off. There are even emails here. You know, there's a lot of other emails. He even mentions, um, like, Nicole Kidman and Tom Cruise, and, like, how Pellicano was there, and he was gonna get 60K, but he got 5K or something. I mean, he is all, you know, he is always obsessed with money and intimidating people. And he, he is... You know, they're even mentioning Olivia Buresh in here, who also had been, like, bribed, and they've ruined her documentary. Um...

**Speaker 1 (Angela):** [00:08:50] I don't know who that is.

**Speaker 2 (Taft):** [00:08:52] Yeah, that was another woman that Richie gave to, uh, Richard Schwartz, who was, uh, one of Amber Heard's lawyers. So, Richie actually originally was a witness for Amber Heard, and then he switched over to Depp after Barresi intimidated and blackmailed him, and then Waldman promised him money [inaudible 00:09:16].

**Speaker 1 (Angela):** [00:09:16] Yeah.

**Speaker 2 (Taft):** [00:09:17] And then... You know, that's what happened, is it switched so much that, um, you know, this witness intimidation and bribing problem. But then, of course, there's a larger issue of why they're doing this to a lot of people. So, in your case, you didn't file a lawsuit. Um, he intimidated you to not report anything or to, you know, not even ask for [inaudible 00:09:54].

**Speaker 1 (Angela):** [00:09:44] I couldn't even get he-, help. It was awful. So...

**Speaker 2 (Taft):** [00:09:48] Yeah, and that the whole thing too, like, of forcing false testimony, or twisted testimony, or no testimony from people. And then, I guess he must have, like, done some kind of package against you or something to make them attack you like that. Because I know that that was happening, uh, to Amber also in Australia, and the LAPD was Waldman. I don't know who was Australia, but, you know, even... You know, they do, like, these package report drop-offs, and then it just makes everyone attacked. Um, so it, it seems like the same

modus operandi or the same thing that they're doing to people. And, you know, it's a long list of them. So, I mean, that too would be something that they could look into.

**Speaker 1 (Angela):** [00:10:44] Yeah.

**Speaker 2 (Taft):** [00:10:44] Um, when we have all the evidence gathered and do a report. I'm hoping to have a, a friend who, you know, had a security company, and, um, you know, he had worked with the FBI before. And he also understands about the false testimony thing and how, you know, it just...they just, they basically destroy, you know, they destroy evidence by discrediting the person, and then they just do...and they make the whole case just rely on false testimony. So...

**Speaker 1 (Angela):** [00:11:21] Yeah.

**Speaker 2 (Taft):** [00:11:21] Like against you, it's just their words against yours, basically...

**Speaker 1 (Angela):** [00:11:26] Yeah.

**Speaker 2 (Taft):** [00:11:27] ...even though you're the victim of it and you should be helped by these people.

**Speaker 1 (Angela):** [00:11:31] Right. Um, well, so, what is it that you... W-what, what can I do? Like, what do you want me to do?

**Speaker 2 (Taft):** [00:11:40] Do you have... I don't, I don't have the originals of the emails that you sent to Richie, and screenshots that are blocked out don't really work because, um, you know, they could say it wasn't real or if it was edited or something like that. Um, so at least that's a start to get the real, the real emails that aren't redacted. Um...

**Speaker 1 (Angela):** [00:12:03] Well, I, I forwarded the emails to Richie. He has the originals.

**Speaker 2 (Taft):** [00:12:10] So, was that recently? I think he couldn't find everything.

**Speaker 1 (Angela):** [00:12:14] Well, the pictures that he has, um, that's not a screenshot. That's actually, I forwarded the email to him. So, he has the, the information. But, I mean, if you're wanting me to send it to you, I can do that, but, uh, but I have... I mean, if you're questioning if they're real or not, I don't...I mean, they're definitely real. [Laughs] I mean, I don't know why, uh, Richie doesn't have it, but that's okay.

**Speaker 2 (Taft):** [00:12:41] Yeah, he gets lost in all of his emails. It took like, uh, what was it, like a couple weeks or a month to get, um, you know, these other documents too. And then he gets lost with where he puts things or whatever. So, yeah, he didn't know where it was, the originals. Um...

**Speaker 1 (Angela):** [00:13:02] Okay. Um, well, can I just ask you, um, as far as social media goes, are you... Like, I just don't want anybody posting about me, um, at all. Unless... L-l-like, 'cause I don't wanna get back involved with all these. I don't even know who Mario Nitrini is. He's talking about me. Like, there's other people that have these blocked sec-, like, these pri-, these secret accounts, they're talking about me. Nobody's, nobody's come to me and said like, "What's the deal here?". The only person that's tried to come to me is Richie and now you, you know?

**Speaker 2 (Taft):** [inaudible 00:13:41]

**Speaker 1 (Angela):** [00:13:41] Nobody else has asked me. They're just passing my stuff around social media, and they don't understand the implications of that, you know?

**Speaker 2 (Taft):** [00:13:48] Yeah, I'm sure it's very scary because of the way that they attacked you like that and about the whole gun to the head. I mean, that's really scary. That actually corroborates with what Richie was saying, that it was around April, um, 20th, where he got called by Barresi to put a bullet in his head and then went to his ex-wife's house. So, you know, he gets really, he gets really, uh, really intimidating and threatening when it happens, when he's trying to, um, you know, ruin a case for someone. So then, you know, it always escalates around trials or around, um, when he is tying...

**Speaker 1 (Angela):** [00:14:33] Police...

**Speaker 2 (Taft):** [00:14:33] ...loose ends.

**Speaker 1 (Angela):** [00:14:34] Police reports. I guess, I guess what I don't understand is why would, why would Paul wanna come after me before I even... I didn't even report it to the police at that point.

**Speaker 2 (Taft):** [00:14:47] Like, huh...

**Speaker 1 (Angela):** 00:14:47] Like, he's coming after me... Huh?

**Speaker 2 (Taft):** [00:14:50] Sorry, what were you gonna say?

**Speaker 1 (Angela):** [00:14:52] I was saying, like, Paul and, and all of them came after me before I even got out of the hospital. And I guess I don't understand. Why come after somebody before they even file a police report or anything? It's almost like they told on themselves, you know? Because they didn't know I was gonna...if I was gonna file a police report or not. Does that make sense? I might be surpri-...

**Speaker 2 (Taft):** [00:15:15] Well, they're obstructing justice, I think that's what that is, by threatening you to not go to the police. Um...

**Speaker 1 (Angela):** [00:15:22] Yeah.

**Speaker 2 (Taft):** [00:15:23] So, like, you know, their whole thing is obstructing justice, um, and intimidating and bribing witnesses.

**Speaker 1 (Angela):** [00:15:30] Right.

**Speaker 2 (Taft):** [00:15:30] Evidence tampering, of course, he can claim Nitrini is evidence tampering. That doesn't make any sense. Um, you know, they change statements of what people say so then they try to discredit the witnesses.

**Speaker 1 (Angela):** [00:15:45] Yeah, to talk of...

**Speaker 2 (Taft):** [00:15:45] So, they're trying to destroy the case.

**Speaker 1 (Angela):** [00:15:47] Yeah, they've done that too. So [crosstalk 00:15:51]...

**Speaker 2 (Taft):** [00:15:51] Did they ever [inaudible] of your witnesses?

**Speaker 1 (Angela):** [00:15:54] Um, no. No, they, um... Gosh, this was... [sighs] Um, one of the police officers, uh, that they were dealing with in Louisiana called me and, uh... Basically, they forced me to write a happy birthday card to Marton, and then they kept, they kept it. And they're using that to say, "Oh, well, nothing happened to you. Y'all must have been in a relationship kind of thing." And that wasn't the case at all. Um, but I was forced to do it. They said they were gonna come to arrest me, and I was...

**Speaker 2 (Taft):** [00:16:31] That's scary.

**Speaker 1 (Angela):** [00:16:33] Huh?

**Speaker 2 (Taft):** [00:16:34] That's scary.

**Speaker 1 (Angela):** [00:16:35] Yeah. Anyways, I don't, I don't wanna come across as, like, crazy. [Laughs] So, 'cause all this stuff is so insane. It's so weird.

**Speaker 2 (Taft):** [00:16:45] Well, you have the written documents, kind of like what other people have when they have written settlements. What are they gonna do about it? You actually have the documentation from 'em, so...

**Speaker 1 (Angela):** [00:16:55] I do. But what I was saying about social media is I was just gonna ask if you could please not... And I, and I haven't looked at your account, I don't know what you post about, but you could just please don't post about me unless I know about it or, you know what I mean? Is that okay?

**Speaker 2 (Taft):** [00:17:10] Yeah, I don't think I posted about you. I d-, I rarely post at all because now they're very much, you know...they know that I'm investigating. They've always been watching my accounts a lot. But, um, throughout the last few years [laughs]. But...

**Speaker 1 (Angela):** [00:17:26] Oh. Okay.

**Speaker 2 (Taft):** [00:17:27] ...I guess that's why I kept getting tagged in things. I don't know. But, um, yeah, I definitely understand that entire thing. And that's really scary. And that whole thing of trying...that is just totally their modus operandi, like, "Oh, well, you have a diary entry or a card that says you were happy in the relationship. How is that saying that you were abused?" Yeah, it definitely is, is very disturbing.

**Speaker 1 (Angela):** [00:17:57] Yeah. But, but, like, we weren't even in a relationship. He kidnapped me. That was the it, that was it. So, I mean, I don't know. It's just, it's just all so crazy, and it's been hard to process. Um, but anyway. Well...

**Speaker 2 (Taft):** [00:18:13] And I also know that what Richie said that Marton Csokas might be a friend with Depp?

**Speaker 1 (Angela):** [00:18:20] Yeah, he is friends with Depp.

**Speaker 2 (Taft):** [00:18:23] Oh, okay. How do you know that?

**Speaker 1 (Angela):** [00:18:27] Um, Marton, in the three days that I was there with him, he said a lot of stuff, and he, he brought up a lot of, um, people that he's associated with, and J-Johnny Depp was one of them. Now, could he have been lying? I don't think he was lying 'cause he was on this, like, this psych-, psychotic, um, war path with me. Um, and he was, I don't know, he just shared a lot of stuff, but that would just happen to be one of the things. So...

**Speaker 2 (Taft):** [00:18:59] Yeah, I think we noticed that Csokas had done, like, what is it, method acting or something about some creepy, disturbing movie with Pat. Um, was it, like, torture and BDSM or something? So...

**Speaker 1 (Angela):** [00:19:16] Yeah. Well, Csokas has the... Like, all of his movies, basically, he's played, um, the bad guy, the killer, you know, the mobster, all that. And he's... Uh, what I, what I gathered in, in the time that I spent with him is that he's almost adopted it. It's almost like a thing that he... Like, he can't separate the movies from reality. And one of the times he hit me, um, I forgot exactly what I said, but... Oh, I, I said something like, "Why do you always play the bad guy, um, in these films?" And he, he turned, like, crazy, and he, he said, uh, he's like, "Don't, don't typecast me," is what he said. And I was like, "What are you talking... What do you mean? What does that even mean?" And he got mad, and he was...he hit me, and he was like, "Don't

you...don't ever fucking typecast me." And it had to do with, with these bad guys and stuff that he
plays. So, like, he's really, I don't know. This probably sounds crazy to you, but I have...

**Speaker 2 (Taft):** [00:20:23] No, it's not.

**Speaker 1 (Angela):** [00:20:25] Oh, it sounds crazy to me. [Laughs] So, um... But yeah. So,
that, this was just one of the things that he...that happened in that house. There's a lot of stuff that
happened. I mean, three days was a long time. So...

**Speaker 2 (Taft):** [00:20:43] That's interesting. Three days?

**Speaker 1 (Angela):** [00:20:47] Yes.

**Speaker 2 (Taft):** [00:20:48] And how did he... So, how did you meet him?

**Speaker 1 (Angela):** [00:20:52] Um, he found me on Instagram, and I have all, like, modeling
pictures up. Um, I don't, I don't really post about my personal life. And I guess, I don't know if he
thought that the model... Anyways, he caught...he got in contact with me, and he said... He was
emailing, and, um, he's like, "I did this movie and that movie." And I kind of fell for it, um,
'cause I guess you think that actors are just gonna be nice. [Laughs] You don't really think that
they're gonna be psychotic, right? So, I just fell for it. And then we were talking, and he said,
"Why don't you come to New Orleans? Um, I have a house, and you can come and stay in the
house." And I said, "That's fine. I don't mind doing that, but I need to have my own room. I need
my own space, and I need to be able to, like, escape to somewhere, um, to be by myself."

And he said, "Oh yeah, yeah, that's fine." And he immediately... There were so many red flags. I,
I just didn't pay attention to 'em. But then when I, I flew there and got in the car, and as soon as I
got in the car at the airport, he locked the doors, and he said, um, "Everything that happens to
you is consensual from this point on." And I was like, "What?"

**Speaker 2 (Taft):** [00:22:14] Yeah.

**Speaker 1 (Angela):** [00:22:15] And he had a shot of something, and I drank it, and that's where
the drugging started. And then at the house in New Orleans, um, it had... I don't know if you're
familiar, but some of the houses have two front doors. They have, like, like, one, and then you go
through this patio area, and then there's another one. Um, I don't know what it's called, but... Um,

anyways, so he locks the outside front door and then the middle, he locked the middle one too. Um, so I couldn't get out of the house. And then, uh, yeah. And then that's when, I mean, things just were bad from that point on. He, um... You've seen the pictures, right? He, um...

**Speaker 2 (Taft):** [00:23:03] Yeah.

**Speaker 1 (Angela):** [00:23:04] He cut me and then put duct tape over it. And then, uh, there was a...you know like those little doors that they, that are in some places that go into an attic kind of thing? They're like little, little doors. Not that you, y-y-you fasten them...

**Speaker 2 (Taft):** [00:23:23] Uh-huh.

**Speaker 1 (Angela):** [00:23:23] ...like, with a buckle, like, almost like a... I don't know. It's hard to, it's hard to describe. But, um, there was, like, an attic kind of thing, but it was on the level of the...my room. And I was shoved in there for a while. Um, he had...he was videotaping in my room. So, at one point, I... I don't know why I'm telling you all this. Um, at one point, I...he took all my clothes, and I was naked. And so, I took sheets and, like, covered myself up, and I've covered my face and everything, and he got so mad. Um, anyways, I'm sorry, I'm, I'm rambling. This is a lot. This has just been a lot. This is a lot. [Laughs]

**Speaker 2 (Taft):** [00:24:07] Yeah, it sounds so terrifying and scary. And it's just like probably one of his method-acting movies.

**Speaker 1 (Angela):** [00:24:15] It's one of the what?

**Speaker 2 (Taft):** [00:24:17] It's like his method acting of one of his movies. And then he feels obviously privileged because he got the scary Paul Barresi. Do you know if he mentioned any other lawyers, like, entertainment lawyers that he knew?

**Speaker 1 (Angela):** [00:24:34] No, he didn't, he didn't mention any lawyers at all. And the, the... When I found out... I found out about the lawyers because...from the emails. That's the first time I had even ever heard of Paul Barresi. So... But he didn't mention lawyers or anything like that while we were at the house.

**Speaker 2 (Taft):** [00:24:53] Oh, okay. Just a lot of different associations?

**Speaker 1 (Angela):** [00:24:56] Yeah. Different, like, he was mad... He, he auditioned to be James Bond. Like, there was a lot of stuff. So he had this whole, um, gir-, he... There was this girl that he dated that turned out to be, like, the first Ja-, one of the first James Bond girls. And, um, he was really pissed off that Daniel Craig got it. And they were in a movie together. I don't know, it was a whole lot of... It was hard to keep up with 'cause I was just in law school, right? I wasn't... I, I haven't seen all these movies, [laughs] so it was hard for me to keep up with.

**Speaker 2 (Taft):** [00:25:33] Mm-hmm.

**Speaker 1 (Angela):** [00:25:35] And then, uh, he had brought up "Pirates of the Caribbean" and stuff. That's how Johnny...that's how I figured out Johnny wasn't, you know, associated with him. Anyways, I'm talking way too much.

**Speaker 2 (Taft):** [00:25:50] No, it's actually really good, um, you know, and it's terrifying that they can just keep doing this to people and... You know, you are a victim of it, and I'm sure they, you know, did their whole dossier thing, and they're, you know, trying to get...discrediting even before you can even report anything...

**Speaker 1 (Angela):** [00:26:11] Yeah.

**Speaker 2 (Taft):** [00:26:11] ...which is really sad.

**Speaker 1 (Angela):** [00:26:15] Yeah, it i-, it is. But I... And I know that, um, Marton left the country for a long time. I don't know if he came back yet. Um, but he...there's a girl in England, uh, last year he, he...she was working in a hotel. And he drugged her in the bar and took her back to her room and raped her. And she's dealing with that 'cause that just happened last year. But, um, I've spoken to her, and, you know, it's a lot. It's just a lot.

**Speaker 2 (Taft):** [00:26:52] Well, how did you find the other women that this happened to?

**Speaker 1 (Angela):** [00:26:57] Well, actually, the girl in Italy, uh, he went to her, and, um, he said, "Don't, don't you talk to Angela, this girl." And he, she didn't even know who I was. And he's like, "This girl, Angela, um, she's gonna say that I did A, B, and C to her. And, um, she's gonna try to get in touch with you." And that's what, that's what's so crazy about it 'cause I didn't even know this girl. I didn't know her name, I didn't, you know... And so, that's how... She actually got in contact with me, and she's like, uh, "Can I please talk to you about Marton?" And

so we're...me and her are still friends, but, but she, um, she had been associated with some people in Los Angeles that he had hurt. And so, then I found out about those girls. Uh, and then it just sort of kept going from there. I don't know if people sort of Google stuff and then, and they find...people find each other. I don't know. It's kind of a weird... You know, it's like, like, it was meant to happen kind of thing.

**Speaker 2 (Taft):** [00:28:06] Right.

**Speaker 1 (Angela):** [00:28:07] So, anyways. Am I talking too much?

**Speaker 2 (Taft):** [00:28:11] No, it's... I'm definitely...you know, I'm wondering about the other victims too. Do you know if they were contacted by any, like, by Barresi or any other fixers or...?

**Speaker 1 (Angela):** [00:28:23] Um, I know that they've received, they received letters and stuff, like, like threats, but, um, I haven't seen, I haven't seen them. And, um, I haven't asked. See, I never thought to ask about Paul Barresi 'cause I thought he was just in the United States, like, terrorizing people here. Um, so when the, when the girls from the other countries contact me, it's like, I don't even think to, to ask about it, to be honest with you.

**Speaker 2 (Taft):** [00:28:51] Oh, yeah, to ask who did it? I mean, Barresi tries to claim he went to five countries. Richie knows that's not true because, obviously, he was just lying to Schwartz and George.

**Speaker 1 (Angela):** [00:29:03] Why, why is he claiming to have gone to five countries?

**Speaker 2 (Taft):** [00:29:07] Oh, claiming that he was trying to look for information for, uh, the lawyers of Amber Heard. So, yeah, he said that even in that video, I think, or claiming this... I don't know if it was that video, but, you know, it's obviously... And he even tried to... He claimed about a Denmark... Sorry.

**Speaker 1 (Angela):** [00:29:28] No, go ahead. A, a Denmark?

**Speaker 2 (Taft):** [00:29:31] Yeah, he apparently tried to get Eric George and Richard Schwartz to hire some Denmark company, which makes no sense because the person he is supposed to be looking at is in south of France mainly or, you know, UK. Why would they look in Denmark? That makes no sense. So it's just to obviously...

**Speaker 1 (Angela):** [00:29:51] Well, in order to get to do this...

**Speaker 2 (Taft):** [00:29:52] ...ruin their case.

**Speaker 1 (Angela):** [00:29:54] I can answer that a little. Well, I don't know about Denmark, but, um, if you follow Marton's path and, like, where his...whatever he's filming and stuff, you can see what his...like, where he's been. Right? And so, you could compare that, maybe. I don't know if they hung out together, but if, if Paul says that he was in all these other countries, he may have been there the same time that Marton was, was there, you know? And, uh...

**Speaker 2 (Taft):** [00:30:24] Well, he claimed to do this in only three months, which is impossible.

**Speaker 1 (Angela):** [00:30:30] Oh, really?

**Speaker 2 (Taft):** [00:30:32] But I guess he always calls from the same phone number, this New Jersey 908 number.

**Speaker 1 (Angela):** [00:30:38] Oh. Well, that's good that you told me that, so that I don't answer the phone if he calls. What? Anyways...

**Speaker 2 (Taft):** [00:30:45] I think right now he is afraid of us, mainly. Like, he, he doesn't even mention my name. He just says, "Your client." [Laughs]. He tried to...

**Speaker 1 (Angela):** [00:30:54] Oh, really?

**Speaker 2 (Taft):** [00:30:54] He tried to get to my friend, Daniel. So, I didn't wanna post on Twitter anymore 'cause I tagged him.

**Speaker 1 (Angela):** [00:31:02] Oh.

**Speaker 2 (Taft):** [00:31:02] And he just spent like an hour. This was like a month, maybe and a half, ago, spent like an hour talking about himself. Like, Daniel didn't even say much about anything, and sent some document against Richie, which, of course, we've discredited that document. But, you know, I mean, he is obviously afraid of you and talking to us because we're actually going to bring this and that email if I list you, for example. But this... Barresi harmed you, and for these reasons, and there's these other women too that we don't know if Barresi did that to or...but it's part of this, uh, what is it, enterprise or group of people that are...you know, seem to be culpable.

**Speaker 1 (Angela):** [00:31:44] Yeah, that would have... yeah.

**Speaker 2 (Taft):** [00:31:48] I mean, he knows he is under, you know, he is getting investigated, clearly.

**Speaker 1 (Angela):** [00:31:55] Well, I'm wondering now if, if whatever you and Richie are doing with him scares him away from me because he has no reason to be afraid of me. He knows I'm afraid of him. So why, you know, why all of a sudden...

**Speaker 2 (Taft):** [00:32:08] Yeah, we could definitely scare him away from you.

**Speaker 1 (Angela):** [00:32:11] Well, and it sounds like you already did [laughs] 'cause I haven't heard anything in probably a year or so from... And I, you know, I told Richie this too, but I ha-, I changed my name and everything. I ha-, I changed... Like, I live in a house that's not in my name. Uh, like, I had to do all, all this stuff to get away from these people. So, I'm trying to stay away. I, I don't want them to find me, you know?

**Speaker 2 (Taft):** [00:32:37] Yeah. It's terrifying having to go through all of that. And you didn't know how to, you know, you probably didn't have, like, a lot of contacts or friends that would know how to, you know...

**Speaker 1 (Angela):** [00:32:50] And that would...

**Speaker 2 (Taft):** [00:32:50] ...do it. Honestly, they go against the victim, you know? Um, the most. You know, it's kind of like you have to get third parties or other people to report things because, you know, it's just very hard to get listened to as the victim 'cause they try to discredit you in any way. Um...

**Speaker 1 (Angela):** [00:33:08] Yeah.

**Speaker 2 (Taft):** [00:33:09] Um, so, I understand that too.

**Speaker 1 (Angela):** [00:33:11] Yeah.

**Speaker 2 (Taft):** [00:33:11] You're reporting.

**Speaker 1 (Angela):** [00:33:13] Um, I just wanna make sure, you're not, like, you're not recording me or anything, right?

**Speaker 2 (Taft):** [00:33:19] Oh, should I not be recording you?

**Speaker 1 (Angela):** [00:33:23] Um, um, I didn't... I just wasn't told that you were. Are you re-, you're recording all of this?

**Speaker 2 (Taft):** [00:33:31] Um, after you started talking about the, um, how he kidnapped you and everything, I did start recording.

**Speaker 1 (Angela):** [00:33:40] Okay. Well, I don't... What are you planning on doing with that? I don't want...

**Speaker 2 (Taft):** [00:33:46] Um, to send it to my investigator, uh, Ray is one of them, and then he can transcribe it and then, um... But if you, you know, if you want to, um, be a corroborative witness of this, you know, that's, you know, important for the report to show that there's a long trail of victims. Um, and I'm sure they will be not saying your name after a while because then they'll realize, you know, that they're in trouble now for these problems. I mean, of course, it takes evidence, but part of that is having witnesses and emails because this reporter...

**Speaker 1 (Angela):** [00:34:30] But, but you're not posting this, are you?

**Speaker 2 (Taft):** [00:34:33] No, no, no. I don't wanna... No, can't post that. No.

**Speaker 1 (Angela):** [00:34:39] Okay. If you're sending it to a l-, a legal professional, then, um, I don't, I don't have an issue with it, but if you're gonna post it, like...

**Speaker 2 (Taft):** [00:34:50] No, I won't post this. No.

**Speaker 1 (Angela):** [00:34:52] Okay. All right.

**Speaker 2 (Taft):** [00:34:55] I know... No, it should never get out to anyone. Um, we've talked to some other people too, and we, you know, we've done a lot of different recordings, and the only thing that's been posted is his call to Tennessee about Matthew Lewis or ThatUmbrellaGuy and Nitrini. Um, the, all the rest have not been posted or anything. Yeah, I don't wanna put you in danger about any of that, so I would never want that posted. I would just send it to, uh, my investigator, Ray, to transcribe it, and then, you know, if you have permission later, um, when they do, uh...because my friend might be able to investigate the end of August, and then do a report and send that in. And it actually should be looked at when he does it because he is an intelligence analyst. So...and I've known him for four years, so he, he understands all about the whole testimony issue. Um, so, yeah, no, I don't want... That would be horrifying.

**Speaker 1 (Angela):** [00:36:03] Yeah, please, please. I'm, like, trying not to cry right now because I, I can't. Just please don't post it, okay?

**Speaker 2 (Taft):** [00:36:11] No, I won't post it. No, it won't be posted.

**Speaker 1 (Angela):** [00:36:16] Oh, okay. Um, can you...

**Speaker 2 (Taft):** [00:36:20] And if...

**Speaker 1 (Angela):** [00:36:21] Huh? If what?

**Speaker 2 (Taft):** [00:36:24] Oh, okay. Sorry, what were you gonna ask?

**Speaker 1 (Angela):** [00:36:27] If you could send me, uh, this recording, I...

**Speaker 2 (Taft):** [00:36:31] Yeah, I'll send it to you too. Then you have it for your own record.

**Speaker 1 (Angela):** [00:36:34] Yeah. Um, okay. Well, just, I guess just let me know what you need from me other than what we've already talked about.

**Speaker 2 (Taft):** [00:36:45] Yeah. Definitely, um, the original emails, and then I'll send you this recording to you. Um, and I think that is a good start. Do you have any text messages from them?

**Speaker 1 (Angela):** [00:36:59] From who?

**Speaker 2 (Taft):** [00:37:01] Say, Barresi, or Csokas, or, uh, Hessler?

**Speaker 1 (Angela):** [00:37:06] Um, most of their stuff, they sent the police department to, as far as text messages and all that. So, the New Orleans Police Department, um, was texting me and calling. And I have all those records 'cause I had, I, I had to save them.

**Speaker 2 (Taft):** [00:37:22] Oh, that's good.

**Speaker 1 (Angela):** [00:37:24] Yeah. Uh...

**Speaker 2 (Taft):** [00:37:25] That's good that you kept records of all that too.

**Speaker 1 (Angela):** [00:37:29] Well, I had... Yeah, I had to. They were... It was, it was outta control, so... But anyways. Um, also, do you know anything about these... A-are you, a-, are you able to stop the recording for a second or...? 'Cause I'm not, I'm not talking about that anymore for, for a minute.

**Speaker 2 (Taft):** [00:37:47] Um, I could stop recording if I just, uh, hang up and call you back. I actually don't know how to unrecord because it's a merged call, a DCR app.

**Speaker 1 (Angela):** [00:37:58] Oh, okay. Um, well, it's okay. I'm not... As long as you're not gonna post it. Um, do you have... There were some people online that were saying that, um, Molly had ca-, I guess, had called Richie or was calling people about this, and I wanna know if you have any of that that you could send to me because I've...

**Speaker 2 (Taft):** [00:38:22] [inaudible 00:38:22]...

**Speaker 1 (Angela):** [00:38:23] Because I filed, um, a criminal harassment charge against her. And so...

**Speaker 2 (Taft):** [00:38:28] Yeah. She is interesting. She messaged me right away with that Ian on EyeBall [SP]. And I don't listen to EyeBall accounts 'cause I always know that they're predators, no matter what they claim. Um...

**Speaker 1 (Angela):** [00:38:40] The EyeBall account?

**Speaker 2 (Taft):** [00:38:41] But I know they contacted Richie. Yeah, the EyeBall account with Ian. I guess Richie said that's Ian's, his weird EyeBall account.

**Speaker 1 (Angela):** [00:38:50] Oh. You...

**Speaker 2 (Taft):** [00:38:50] Anyways, so they tried to message me, and I just ignored it. And I blocked Molly, so she has no idea and no interaction. Um, it would be Richie that had interacted with her at all, unfortunately.

**Speaker 1 (Angela):** [00:39:04] Yeah, no, I just didn't know if you had any of it. Um, Richie said he's gonna send it to me, um, that I guess he...she had threatened to kill herself or something because, because of him. That's all I know, and that, uh, that he actually called the police to come out to wherever she was. So, I don't know.

**Speaker 2 (Taft):** [00:39:24] Yeah, that sounds like a real jerk. Yeah, all that. Um, yeah, he has all of that information, testimony, witness. So, I mean, he would probably be a, a witness for you too if you want to have a statement.

**Speaker 1 (Angela):** [00:39:38] Yeah. Okay.

**Speaker 2 (Taft):** [00:39:40] Because he's not afraid of being a witness, that's for certain.

**Speaker 1 (Angela):** [00:39:44] Right. Right. Um, okay. Well, I, I appreciate being able to talk to you and...

**Speaker 2 (Taft):** [00:39:52] Yeah. Hopefully, you know, next time it won't be on...you know, it doesn't have to be always so scary and intense, but...

**Speaker 1 (Angela):** [00:39:59] [Laughs] Yeah. And I know it must be a lot for you, right? 'Cause you don't know all this stuff. So...

**Speaker 2 (Taft):** [00:40:05] Well, I mean, I... Yeah, I didn't know the details. I mean, I obviously knew that he threatens people, and I'm seeing these patterns. Um, you know, and then it's kind of like then you have to go into from the pattern. So, like this journalist, Nick Wallis, actually, it was early April, um, he was like, you know, "Do you have actual messages, emails, um, financial statements showing that, um, you know, services were hired against Amber to harm her?" And I was like, "Oh, okay." And so, I was talking to my other friend who lives in LA, and she had been a supporter and seen, like, this, you know, pamphlet book. And, um, and then she noticed Barresi posting, so then, after that, finally started getting direct links of them hiring, you know, services against...to harm. And then it got even more, you know, because of the extraordinary concealment, you know, we didn't actually get until June, when Nitrini started forwarding emails of him emailing Waldman on April 18th and then going after Richie.

And it was about this April 17th post saying that he had been, you know, bribed, and there had been financial negotiations with his lawyer and, um, intimidated by Barresi and, you know, bribed, including with Waldman, claiming Waldman paid Barresi and, you know, all this stuff. And so, he was attacking based on all of that. And he even got the email to Elon Musk's lawyer. It's just so bizarre. And all these emails, you know, attacking. And I guess, you know, every once in a while, they get so, I don't know, bloodthirsty or narcissistic that they try to confide in someone, and then that's when they get caught. But it's hard because of the statute of limitations and, um, trying to make a case that's solid, you know, and then you have to bring in a bunch of different people. So...

**Speaker 1 (Angela):** [00:42:07] Well, the thing about my case is, and I don't know where Paul lives or anything, but, um, there's no statute of limitations for my stuff in California. So...and yeah. So, that I know for sure because I've spoken to the police there about this.

**Speaker 2 (Taft):** [00:42:24] About that?

**Speaker 1 (Angela):** [00:42:25] Yeah.

**Speaker 2 (Taft):** [00:42:27] So, uh...

**Speaker 1 (Angela):** [00:42:27] There, there is, there is a police report, right, in Los Angeles?

**Speaker 2 (Taft):** [00:42:32] Is there? I don't know.

**Speaker 1 (Angela):** [00:42:33] No, there is. I'm telling you 'cause I filed it.

**Speaker 2 (Taft):** [00:42:38] Oh, that's good.

**Speaker 1 (Angela):** [00:42:39] That, and I filed that back in 2016, or maybe 2015. So...

**Speaker 2 (Taft):** [00:42:46] Oh, because you were maybe trafficked from California to New Orleans?

**Speaker 1 (Angela):** [00:42:52] Um, that... Well, and it is, it's, it's relevant to California because he was trafficking me from what... You know, so there's a report in Tennessee, there's a report in Florida, there's a report in New Orleans, and there's also a report in Los Angeles 'cause that's where he, uh, originated his actions against me from. So, and that's where he lives, that's where his address in the, in the United States is. But as far as Paul goes, I don't know where he lives.

**Speaker 2 (Taft):** [00:43:25] Yeah, he lives in Rancho Cucamonga, which is outside LA, like inland, I guess, San Bernardino County maybe.

**Speaker 1 (Angela):** [00:43:33] Yeah. Um, but this new stuff, like, if Paul is speaking about me, that's why I wanted that recording. If Paul's speaking about me recently, then even if there were a statute of limitations, he's just started it over again by speaking about it.

**Speaker 2 (Taft):** [00:43:49] Yeah. There's a continuous thing...

**Speaker 1 (Angela):** [00:43:51] Right.

**Speaker 2 (Taft):** [00:43:52] ...if they're continually, continually doing it against the same people. Right, exactly.

**Speaker 1 (Angela):** [00:43:56] Y-, yes. Yeah. So, that's why I wanted that, because I can, um, take it to the police in Los Angeles and let them know that this is still happening, you know?

**Speaker 2 (Taft):** [00:44:06] Great. That would be awesome. I can forward that to you. Um, you can text me your email, and that would be really awesome.

**Speaker 1 (Angela):** [00:44:15] Okay.

**Speaker 2 (Taft):** [00:44:15] And then all of that could be also attached, like, to our report too, um, showing that, you know, there's a history of this and it keeps happening, refreshing, and...continuously.

**Speaker 1 (Angela):** [00:44:27] Right.

**Speaker 2 (Taft):** [00:44:27] And it's a group of people doing it.

**Speaker 1 (Angela):** [00:44:29] Yeah. Okay. Um, well, yeah, just send me that. And then, um, I guess, are you gonna talk to Richie? Is that what's happening?

**Speaker 2 (Taft):** [00:44:40] Yeah, I talk to him actually like every day because it's, you know, it's like it, it continuously keeps moving forward.

**Speaker 1 (Angela):** [00:44:49] Right.

**Speaker 2 (Taft):** [00:44:50] He is a little bit hard with getting data from, but when you do get it, it's like, whoa, this is like really important data.

**Speaker 1 (Angela):** [00:44:58] Yeah. [laughs] It's intense.

**Speaker 2 (Taft):** [00:45:01] Yeah. It actually really shows that it's happening.

**Speaker 1 (Angela):** [00:45:04] Yeah. Um, well, I guess, just let me know, like, what else you need from me. You have my number, you can text or whatever. You can call if you need to. And...

**Speaker 2 (Taft):** [00:45:16] You know, if my investigator...I can forward you these emails. Um, don't share the lar-, all the 30, 50 emails or whatever. Um...

**Speaker 1 (Angela):** [00:45:26] No, no, I won't share anything. I, I don't have any reason to do that. So...

**Speaker 2 (Taft):** [00:45:31] Yeah. There's gonna be other people mentioned in there too, but then you come up in there because he actually sent the recording with...from Richie about you from two years ago even because...

**Speaker 1 (Angela):** [00:45:43] Yeah.

**Speaker 2 (Taft):** [00:45:43] ...Nitrini sent that to him. And then there's the chat with my investigator. Well, my investigator doesn't say anything, you know, and, obviously, Barresi is so narcissistic, he'll just talk himself, you know, um, which is really weird. He admitted to paying even Nitrini, which is a bribe. And then he is, like, trying to argue about he didn't coerce him to do it.

**Speaker 1 (Angela):** [00:46:07] Who, who, who is [inaudible 00:46:09] exactly?

**Speaker 2 (Taft):** [00:46:11] Um, Mario Nitrini is this guy that he had a run in. Um, they had a run in together because of Cheryl Shuman. There was a sexual harassment report she did, um, against Mario Nitrini, and then Barresi was hired. And so then there was literally a gap between 2006 to April 2022 where they had no interactions, um, which is really interesting. So, you know, he got really bloodthirsty and just started sending him all this information.

**Speaker 1 (Angela):** [00:46:45] Oh, okay. Yeah, I noticed, I noticed him on Twitter, but I have no idea who he is. And everybody's...whenever I talk to anybody about this, they're like, "Oh yeah, Mario Nitrini." And it's like, who? [Laughs] What, who is this guy? Is he like...does he have anything to do with anything? I mean...

**Speaker 2 (Taft):** [00:47:01] He is like one of these, uh... He is like the people from, um, that get obsessed with a celebrity or something, and then they just keep posting and posting. It's like... He's like in his 70s, and it's kind of like ThatUmbrellaGuy or Matthew Lewis. Like, he is in his 40s. I mean, literally, there's a 30-year gap between the O. J. Simpson, Nicole Brown case, and then this one, and some, now they've actually connected with each other. It's bizarre.

**Speaker 1 (Angela):** [00:47:32] It is.

**Speaker 2 (Taft):** [00:47:32] Really bizarre.

**Speaker 1 (Angela):** [00:47:33] Yeah.

**Speaker 2 (Taft):** [00:47:33] And then there's basically proof... You know, it's showing that they're all working together.

**Speaker 1 (Angela):** [00:47:39] Right.

**Speaker 2 (Taft):** [00:47:39] And they're just obsessed, and they just go on and on and on. Um, but it's two different generations. It's like, you know, one that's not as socially media savvy and then one that is, and it's just interesting that they've just connected now. I think that's also why Barresi is... I don't know. Who knows? He's going in circles right now.

**Speaker 1 (Angela):** [00:48:02] Yeah, he sounds like he is just playing all sides as much as he can.

**Speaker 2 (Taft):** [00:48:07] Well, he is...but the, the point is though, he always pulls against the victim, no matter what he does.

**Speaker 1 (Angela):** [00:48:12] Correct.

**Speaker 2 (Taft):** [00:48:13] So, like, you know, I, I mean, I'm pretty good at deception, and it's very deceptive here. I think he's just literally so narcissistic that, you know, he just... I mean, I've seen this before. So, um...

**Speaker 1 (Angela):** [00:48:26] Yeah. Oh, yeah. Um, okay. Well, I need to get going, but I, I appreciate talking to you. And, like I said, just let me know what you need from me. And, um, if you don't mind, I'll...once, after I listen to the recordings and stuff, I'll give you a call.

**Speaker 2 (Taft):** [00:48:46] Yeah, that'd be awesome. [crosstalk 00:48:48]

**Speaker 1 (Angela):** [00:48:49] Yeah. Maybe I, but maybe it's stuff that... There may be stuff that I know about that I don't realize I know about, you know what I mean?

**Speaker 2 (Taft):** [00:48:55] Yeah. There's, like, associations or something.

**Speaker 1 (Angela):** [00:48:59] Right.

**Speaker 2 (Taft):** [00:49:00] Because, obviously, he knew about you, and then he went to Barresi and Hessler, but that could have been Marty Singer. I don't know. Who knows?

**Speaker 1 (Angela):** [00:49:09] Um, are you... you're saying that Eric might've been...

**Speaker 2 (Taft):** [00:49:14] Uh...

**Speaker 1 (Angela):** [00:49:14] ...uh, Marty Singer?

**Speaker 2 (Taft):** [00:49:16] No.

**Speaker 1 (Angela):** [00:49:17] Huh?

**Speaker 2 (Taft):** [00:49:18] That he was contacted by Marty Singer or someone else? I mean, I have to say that's possible.

**Speaker 1 (Angela):** [00:49:21] Oh, that's possible too. Yeah, that's possible. Um...

**Speaker 2 (Taft):** [00:49:25] I just don't know right now.

**Speaker 1 (Angela):** [00:49:28] Yeah, I just, I know that he had that attorney, like, in his pocket ready to go. It's almost like they knew what he was gonna do to me before it even happened.

**Speaker 2 (Taft):** [00:49:38] Yeah, or they just did a call and got their favor in or something. But anyways, yeah, it's terrible what happened to you, and you even know other victims, and that's important too. So...

**Speaker 1 (Angela):** [00:49:51] Yeah.

**Speaker 2 (Taft):** [00:49:52] I will forward this to you and... But, yeah, please don't share this because we don't want Nitrini to know, or... You know, it's like the prisoner's dilemma. You don't want them to know what the other one's doing kind of thing.

**Speaker 1 (Angela):** [00:50:05] Yeah. No, I don't... Um, I mean, you can look on my social media. I don't post about anything. So, and I don't... Honestly, I would rather Paul thinks that I don't have anything to do with any of this. So, I'm, I don't n-, uh, need to share anything.

**Speaker 2 (Taft):** [00:50:20] Well, I guess you can let him think that... I don't know. Well, he feels threatened by us, so then he would leave you alone. [laughs]

**Speaker 1 (Angela):** [00:50:28] Yeah. Which is... I appreciate that. If that's what happened, then thank you because it, it was a lot. So...

**Speaker 2 (Taft):** [00:50:37] So, harassing you for five year-, four years?

**Speaker 1 (Angela):** [00:50:42] Um, yeah, pretty much. But the first, the first year and a half to the two years, um, that was the most. That was like, it was like almost every day. Um, but now it's, well, it's been, like I said, it's been about two years or so since I've heard from anybody, but it turned into, like, once a month, and then it kind of got less, and, and then I relocated and all that. So, uh...

**Speaker 2 (Taft):** [00:51:08] Yeah, he was obviously trying to run out the statute of limitations or are you talking to anyone and all that, getting believed. Yeah.

**Speaker 1 (Angela):** [00:51:16] Yeah, because there is, I think there is a statute of limitations in Florida, um, but the thing is, is that it happened in Louisiana. And...

**Speaker 2 (Taft):** [00:51:25] Right. It's interstate commerce. Yeah.

**Speaker 1 (Angela):** [00:51:29] Yeah. And it should be, it really should be federal. I'm not... I, I was confused as to why I needed to call all of these different police departments when this should be, like, a federal thing. I mean, he technically trafficked me across multiple states. So, you know.

**Speaker 2 (Taft):** [00:51:48] Really disturbing.

**Speaker 1 (Angela):** [00:51:51] Yeah. Um, and that, that house, the way that it was locked up and stuff, I'm...he's used that house before. I mean, he's, he had to have.

**Speaker 2 (Taft):** [00:52:04] Yeah, he must have.

**Speaker 1 (Angela):** [00:52:05] He knew too much about, I mean, about the doors, I mean, locking from the outside and... I mean, he just knew too much. So...

**Speaker 2 (Taft):** [00:52:14] Interesting.

**Speaker 1 (Angela):** [00:52:16] Yeah. Um, all right. Well, I'll let you go, and, um, I'll text you my email address.

**Speaker 2 (Taft):** [00:52:22] All right. Great. Thanks, Angela. And hope you have a great day and not get too rattled by all this brought up again.

**Speaker 1 (Angela):** [00:52:29] Oh, no. It's, it, it's fine. And I can just ask you, right? If, if something comes up that I'm not sure about, I can just talk to you?

**Speaker 2 (Taft):** [00:52:36] Yeah, just ask me. Definitely.

**Speaker 1 (Angela):** [00:52:38] Okay. Um, all right. Well, thank you, and I'll talk to you sometime. Okay?

**Speaker 2 (Taft):** [00:52:42] Yeah. Thank you too. Have a great one.

**Speaker 1 (Angela):** [00:52:45] You too.

Liridona Etemi - Transcriptionist

## VERIFICATION ON OATH OR AFFIRMATION

State of ___Illinois___

County of ___Kane___      } ss.

Subscribed and sworn to (or affirmed) before me

this __18__ day of ___March___, __2025__, by
Day              Month              Year

Notarized online using audio-video communication

Official Seal
Michelle M. Perez
Notary Public, State of Illinois
Commission No. 975950
My Commission Expires August 01, 2027

___Liridona Etemi___
Name of Signer No. 1

___N/A___
Name of Signer No. 2 (if any)

*Michelle M. Perez*
Signature of Notary Public

*Place Notary Seal/Stamp Above*

___

*Any Other Required Information
(Residence, Expiration Date, etc.)*

───────────── **OPTIONAL** ─────────────

*Completing this information can deter alteration of the document or
fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: ___Audio Transcription___

Document Date: ___03/18/2025___       Number of Pages: ___29___

Signer(s) Other Than Named Above: ___n/a___

©2020 National Notary Association

# EXHIBIT  32

**Audio File:** Audio by Barresi - Oct26-Dec16.22 to 2024 Taft & Angela, Witness Sees Assault Donna by Actor

**Audio Length at time of Transcription:** [00:05:35]

**Speaker One (1):** Angela

**Speaker Two (2):** Christina Taft

**Speaker Three (3):** Paul Barresi

**Speaker Four (4):** Mario


**Speaker 1 (Angela):** [00:00:59] Just... He's like all... He's a sociopath. Like, he, he should be in prison, or probably worse than that. He probably shouldn't even... I mean, he's just a complete... I can't even describe how dangerous this man is.

**Speaker 2 (Taft):** [00:01:13] Marton Csokas or Paul Barresi?

**Speaker 1 (Angela):** [00:01:15] Well, Csokas.

**Speaker 2 (Taft):** [00:01:16] And then he feels, obviously, privileged because he got the scary Paul Barresi.

**Speaker 3 (Barresi):** [00:01:23] [bang] [groans] Don't get up. I'll see myself out.

**Speaker 2 (Taft):** [00:01:31] Yeah...

**Speaker 1 (Angela):** [00:01:31] You know…

**Speaker 2 (Taft):** [00:01:31] I'm sure it's very scary because of the way that they attacked you like that. And about the whole gun to the head, I mean, that's really scary. That actually corroborates with what Richie was saying that it was around April, um, 20th, where he got called by Barresi to put a bullet in his head and then went to his ex-wife's house. So, you know, he gets really, he gets really, uh, really intimidating and threatening when it happens, when he's trying to, um, you know, ruin a case for someone.

**Speaker 1 (Angela):** [00:02:10] I guess, I guess, what I don't understand is why would, why would Paul wanna come after me before I even, I didn't even report it to the police at that point. [inaudible 00:02:20].

**Speaker 2 (Taft):** [00:02:20] Well, they're obstructing justice, I think that's what that is, by threatening you to not go to the police. Um...

**Speaker 1 (Angela):** [00:02:28] Yeah.

**Speaker 2 (Taft):** [00:02:28] So, like, you know, their whole thing is obstructing justice, um, intimidating, bribing witnesses.

**Speaker 3 (Barresi)** [00:02:36] [bang] [groans] It's amazing how shit disappears, isn't it, Mario?

**Speaker 4 (Mario):** [00:02:41] Shit happens.

**Speaker 1 (Angela)** [00:02:42] Um, Marton, in the three days that I was there with him, he said a lot of stuff, and he, he brought up a lot of, um, people that he's associated with, and Jo-Johnny Depp was one of them. Cops would call me in from New Orleans and tell me, "Oh, we know you're here at this place right now. We know you're there. We can...we know what you're wearing." Like, it was, it was out of control. And that went on for like a year and a half.

**Speaker 2 (Taft):** [00:03:08] And, I guess, he must have, like, done some kind of package against you or something to make them attack you like that, because I know that that was happening, uh, to Amber also in Australia and the LAPD was Waldman. I don't know who was Australia. So, in your case, you didn't file a lawsuit. Um, he intimidated you to not report anything.

**Speaker 1 (Angela)** [00:03:34] Um, Richie had said that you wanted to help me or something.

**Speaker 2 (Taft):** [00:03:38] Yeah, I do want to help you because I know that Barresi is, you know... So, Richie actually originally was a witness for Amber Heard, and then he switched over to Depp after Barresi intimidated and blackmailed him and then Waldman promised him money.

**Speaker 1 (Angela)** [00:03:56] Nobody's come to me and said, like, "What's the deal here?" The only person that's tried to come to me is Richie and now you. Well, so what is it that you, w-what, what can I do? Like, what do you want me to do?

**Speaker 2 (Taft):** [00:04:09] So, I've been doing, like, an investigation, trying to anyways, um, to pull up evidence, and there's a clear timeline with it. And so, your background with what Barresi did to you and why he did it to you is very important to show that Barresi gets hired and he gets paid off. But, I mean, he is all, you know, he's always obsessed with money and intimidating people.

**Speaker 3 (Barresi)** [00:04:35] I want to stop by the Mickey Leopold's place. Fucking scumbag.

**Speaker 4 (Mario):** [00:04:39] That's okay by me. You still trying to squeeze money out of that little prick, Mr. Russo?

**Speaker 3 (Barresi):** [00:04:45] Yeah. Cocksucker thinks I owe him a living. Let's go, Mario.

**Speaker 2 (Taft):** [00:04:49] So, yeah, and that the whole thing, too, like, of forcing false testimony or twisted testimony or no testimony from people.

**Speaker 3 (Barresi):** [00:04:58] God damn it. [car beeping] [bang] Hey, cocksucker, hey. [bangs] [car cranking]

# EXHIBIT 33

# EXHIBITS B:
Text Messages between Gayle and Plaintiff July 2022 to October 2022





You are great and have a lovely rest! 💗 This is the bsis report I mailed too so it should get there and I will follow up with it tomorrow too 🧡🧡

Sep 28, 2022 at 7:41PM

2:25

AM

Angela ›



**SWIMWEAR**
**HELLO BEAUTY**
The hottest looks for the season

*GAYLE*
*Embracing feminity*

JULY 202
$ 6.50

I'm super excited.

Wow you look amazing!!!! Congrats Angela!!! Such a model 💕

The hair with orange and eyes really match well

Thanks lady. It's one of those surreal moments.

You truly deserve it!!! Yayyy!!!

You are too nice to me. I don't deserve your kindness.

Haha don't be silly!! Everyone needs kindness and you have been through a lot. We are lucky that you reached out at all.
BTW I hope to tell you something more positive news soon

Oh no arrest today?

iMessage

2:26    5G    22



Angela ›

> representatives, or agents – engaged in a
> cover-up or attempted cover-up of a
> previous instance or allegation of sexual
> assault by an alleged perpetrator of such
> abuse.

🔒 dlawgroup.com



**CALIFORNIA SET TO PASS AB 2777 SEXUAL ABUSE AND COVER-UP ACCOUNTABILITY ACT, OPENING WINDOW FOR NEW LAWSUITS**

(818) 322-4056

California Set to Pass AB 2777 Sexual
Abuse And Cover-Up Accountability Act,
Opening Window for New Lawsuits
dlawgroup.com

It says it includes Cover Up window too
which includes Paul Barresi.
Should see if it allows non-California
residents Victim's

Sep 19, 2022 at 10:08 PM

Hey! I will take a look at the law in more
detail tomorrow. But as long as he is out
of the country, essentially running, my
timeline is extended, from what I've
been told.

iMessage

2:27    5G  22

### AM

Angela ›

a lot like this

Hope you have a restful night and some happiness that we served Barresi… a Rampert ex-LAPD cop did it too…
Still working on board report. This time we have over 70%, will let you know when we do!

You are great and thank you for reaching out like you did 💕

I appreciate you being kind. I wasn't sure if you would be or not, because we don't really know eachother. But kindness really does go a long way… more than you know.

Definitely! Of course you need kindness. You went through so much then went forward and helped out!! It must be excruciating to think of what happened to you then it continuing against others too…
And perception is confusing, so much happens underneath compared to what's pushed publicly.

It does. And I'm finding that as an artist, people take advantage nowadays because they want attention and clout, so it's difficult to trust people.

iMessage

2:26    5G

AM

Angela

that otherwise would be barred solely because of the expiration of the applicable statute of limitations: 1) any claim seeking the recovery of damages suffered as a result of sexual assault alleged to have occurred on or after January 1, 2009 and commenced on or after January 1, 2019, that would have been barred solely because the statute of limitations has or had expired, as long as such claims are commenced no later than December 31, 2026; and 2) any claim seeking to recover damages suffered as a result of a cover up of a sexual assault, including a claim that was time-barred prior to January 1, 2023, as long as such claims are commenced during a one-year period from January 1, 2023, until December 31, 2023.

👍 2    🤩 2    💜 1

+    🎁    Message #general    😊

Sep 27, 2022 at 5:32 PM

Hi Angela, Barresi may be arrested tomorrow for breaking Richie's restraining order. There's a warrant that will be issued...

I also mailed in a report to consumer affairs/BSIS on Barresi yesterday

Have a great night and hope you sleep well!!

Aaron said he can and will pray for you tomorrow morning.

I'm not religious but he is here for you too ❤️❤️

Tell him that means a lot.

+    iMessage    🎤







2:30

AM

Angela



**Victoria Taft Acting Scenes & Malibu Hot Summer - Tribute Video**
youtube.com

My mom was a model and actress in small parts too! This is a tribute video to her 💗

Aug 9, 2022 at 6:49 AM

She's beautiful

Can you do me a favor?

I'm still waiting for those recordings that Richie had with Molly. I have a meeting with my attorney this week and was trying to get them before then. Do you think you could ask him about it? I know he gets busy.

👍

Yes! I can ask him for them!

Text Message • SMS
Aug 18, 2022 at 10:35 AM

iMessage

2:28    5G 22

AM

Angela ›

We also found out Nitrini was paid by Barresi by his own admissions

It appears to be both 🥲

In this strange age, they've been getting away with appointing "celebrity stalkers" by hiding the direct links to themselves, it seems

💗

Gotcha. Well she is done taking up space in my life, so are the other goons involved in what happened to me.

Great!! I'm glad she's out of yours and the others gone too... don't go down again.
I get frustrated hearing about her from Richie bc I guess they dig inside their victims' heads... there are bigger fish to fry but apparently they can lead to the bigger fish too 🧙🏻‍♀️

What do you mean?

I mean, can you be a little more specific?

Well, RICO is where a group works against a victim at each other's bidding... Sometimes the little fish will lead to the bigger fish...

In the movie "the bodyguard" from the 80's, in real life the guy writing the threatening messages, and the other

    iMessage    

6:02                                      5G 100

**AM**

Angela

It's crazy all the running around everyone has to do go this guy.

Yeah it's sad that it's taking a group of us to do anything now.

Well. If it wasn't a group he'd be terrorizing everybody still.

Yes it's really true. Only now are we getting completed reports and it being clearer. Everyone has different skills and personalities. These people have usually preyed on isolated victims

I get frustrated as it's taken so long and there's a huge impact here. I hope there can be a better outcome and wrap up

.ıll VZW Wi-Fi 🛜          8:03 PM          ⚡ 🔋 92%

**RA**

Richard

alcoholism also helps in general with confronting people about addictions too

Ok

!!! Call You when I know More

iMessage

2:30



Angela



Yes I'm in London for the first time. This was taken today from Windsor

I will speak to you soon and hope it's getting better. We were discussing current legal and safety system differences today between UK and USA

Are you all together?

I just called Christina and she said it was late where she is.

Gees. Sorry I'm getting confused. I texted Aaron.

Lol . I got the numbers messed up.

I was just curious if you've heard that Mario is missing or something?

Aug 8, 2022 at 1:03 AM

Yes I heard about Mario not posting on Twitter at Twitter.com/nitrini1950

Aug 8, 2022 at 5:55 AM

I don't know the man, but there is suggestion that something bad happened to him.

iMessage

2:29   5G 22

AM

Angela >

Lol hilarious

It's whimsical but it is real!

💗

Enjoy

Aug 25, 2022 at 7:27 AM

Hi Angela, can I get the original emails that you sent from Barresi to Richie forwarded to my email at taftchristina.ceo@gmail.com

Did Barresi ever text you again and are there any copies?

Aug 25, 2022 at 10:20 AM

👍

Hey. I'm out of town at the moment and don't have access to get them until I get back.

Enjoy your trip out of town!

Sep 14, 2022 at 10:54 PM



 iMessage 

2:30

**AM**

Angela

Can you do me a favor?

I'm still waiting for those recordings that Richie had with Molly. I have a meeting with my attorney this week and was trying to get them before then. Do you think you could ask him about it? I know he gets busy.

Yes! I can ask him for them!

Text Message • SMS
Aug 18, 2022 at 10:35 AM

Sent as Text Message

Good morning! Hope you are wonderful and well ☀️

Sent as Text Message

iMessage

Good. I'm out of town at the moment and don't have much service where I am.

Great! Hope you are having great travels!

How are things going?

iMessage



2:30    5G    22

AM

Angela ›

KATY PERRY= International Smile
youtube.com

What is this?

Nitrini hasn't posted... we were worried at the beginning of him giving emails of Barresi's in June that he could be squashed, so I hired that PI and started recording documentations of it.
But I think he could be homeless or in a hospital idk
I have his phone number. I could text him.

It's a song "International Smile" about models by Katy Perry. To brighten your day...

👍

As long as he's alive.

💗

Thank you for the song.

How are you?

Mario Nitrini
Witness On Fixer Paul Barresi - AH C...    MN ›

VZW Wi-Fi    12:35 PM    72%

＋    iMessage    🎤

2:28

AM

Angela ›

by hiding the direct links to themselves, it seems

Gotcha. Well she is done taking up space in my life, so are the other goons involved in what happened to me.

Great!! I'm glad she's out of yours and the others gone too... don't go down again.
I get frustrated hearing about her from Richie bc I guess they dig inside their victims' heads... there are bigger fish to fry but apparently they can lead to the bigger fish too 🧛‍♀️

What do you mean?

I mean, can you be a little more specific?

Well, RICO is where a group works against a victim at each other's bidding... Sometimes the little fish will lead to the bigger fish...

In the movie "the bodyguard" from the 80's, in real life the guy writing the threatening messages, and the other intimidating guy, would all lead to a boss

It makes me physically sick that this is being done to victims that are just trying to move on with their life.

+ iMessage 🎤

2:30

Angela

Musk for millions. I got all the files and my investigative reports that I tuned over to his lawyers. Since Musk is so popular now on twitter, it'll be a blockbuster story backed by legal filings, docs etc.

It all he works against Victim's by knowing the cases then pulling both ends, ruin witnesses etc. Barresi shows he knows in the emails to Mike it's related to the Amber Heard case too. He never mentions her name except in horrible disinfo

Aug 7, 2022 at 3:46 PM

Can I call you later?

Yeah. I just had a couple of questions.

I'm traveling right now and it's midnight in the Airbnb!! Hope you are well and that something can be righted from the harms that happened to you

Thanks. I'm sorry! I didn't know it was so late where you are!



iMessage

2:32    5G 21

AM

Angela

Sincerely,

Paul Barresi

AᴬA    🔒 mail.google.com    ↻

Barresi is so creepy badgering about Ami Harwick too

It's says problem with file.

The one you sent from our convo today worked.

The others didn't.

**8182073137_17.amr**
Audio Recording · 124 KB

**Taft.Paul Baressesi call 7.28.22.WMA**
Audio Recording · 2.5 MB

I looked and o think it's because they're different types of files. Mike recorded a windows media audio and Nitrini had an AMI, the one of our call is mp3

I got all accept the Paul and Mario one.

Glad it works now!!

+    iMessage    🎤



2:32

AM

Angela

To:    marionit111@gmail.com

Date:    May 2, 2022, 1:46 PM

JOSHUA CRUZ [Amber's childhood friend]. Another photo of him as a Cheerleader.

IVAN KLOUSIA [Amber's high school drama teacher]

3 attachments

JOSHUA CRUZ.jpg

Here is the research data study that we did:
https://github.com/RescueSocialTech/Amber-Heard_Disinformation_Operations_Bots

Then Barresi starts appearing and I figure out Hollywood Fixers

👍

I just read through everything. So Paul is saying that Richie just made up the story? He clearly is a narcissistic. He is acting like he knows he has me under his thumb. That I'm never going to speak up.

iMessage

2:31

AM

Angela ›

Yeah he really thinks everyone will just believe what he says. I understand malignant narcissists truly think this

But my PI says he agrees that he is panicking and sent email after email like he did

He wouldn't have to coerce Nitrini if he is being paid/bribed anyways, but Nitrini did say many times he said "No."

Yeah, but he is still saying nothing about Marton.

Yeah, he is saying nothing on that, you are right.

He made no comment on the Adam Waldman mentioned texts email too

That's his only angle left to play is to discredit Richie.

He seems afraid that we know you

So he's betting all his cards on that.

He thinks every guy is just going to believe what he says which is wrong! Mike won't reply or even read it

iMessage

2:31

AM

Angela ›

Yeah, but he is still saying nothing about Marton.

Yeah, he is saying nothing on that, you are right.

He made no comment on the Adam Waldman mentioned texts email too

That's his only angle left to play is to discredit Richie.

He seems afraid that we know you

So he's betting all his cards on that.

He thinks every guy is just going to believe what he says which is wrong! Mike won't reply or even read it

And why are they searching for my Twitter handle?

It is really strange when I saw that too. Yeah still monitoring

That's going to be a dead end. I don't put ANYTHING personal on any social media. They can search till the cows

iMessage



**2:32**    5G  21

**AM**

Angela ›

iMessage
Jul 28, 2022 at 12:54 PM

Info@angelagayleofficial.com

Great!! Thanks Angela! I will email you the recording of Barresi calling my PI and mentioning you saying that Barresi threatened you and another woman, and the other one where Richie calls Nitrini about you I think 2 years ago that you were garbed by Csokas and Barresi

Okay. Thank you.

I sent the 3 emails to you and hope it works!!

Hey. I got the emails but the files aren't playing. It may be that I have to get on a computer?

If you download them on the phone, they should play there. On the computer they don't need to be downloaded

Okay.



TFW Wi-Fi    12:32 PM

Primary

-----Original Message-----
From: paulbarresi@aol.com
To: alexspiro@quinnemanuel.com
<alexspiro@quinnemanuel.com>
Sent: Fri, May 13, 2022 4:08 pm
Subject: TWITTER HAS MORE FAKE ACCOUNTS THAN ONE CAN IMAGINE

Dear Mr. Spiro,

+    iMessage

2:18    5G 23

AM

Angela ›



Yes, that is where they drilled. I live on the 10th floor of a building. We have a doorman. This is one of about 7 things that have happened since I started to speak the truth of why someone came to live with me after they lied under oath

Barresi is not physically chasing you and the issue is there could likely be others. We know there's a Joseph Gonzales PI that Barresi uses for lookups

Is he chasing me too?

With Richie obsessing over himself and his restraining orders, he is ignoring everybody else and that there could be others

No they probably are more interested in Newer Victim's

Your case isn't current, and the other Csokas harmed women – are they reporting?

Okay. Then why did Richie get me all riled about it?

+    iMessage    🎤

2:18    5G    23

AM

Angela

They just prosecuted R Kelly for it, but they all claim media was required or a lawsuit

Also If you ever file a lawsuit with the SB2777 law increasing statute of limitations, I can definitely be a witness to what I've seen recently.

Like what?

Cover ups is a part of the new law. I could ask Melissa Schuman if I can invite you to the discord? You could use a fake name and see what they're talking about?

Maybe.

Don't worry, they are distracted. Likely the victim in England and the Italian ones are most risk, but it was clear you had a lot of medical records. And likely communications...

I do know that there's worry about the new attention. I'm sorry, but again he went back to his recent case again..

Oct 18, 2022 at 7:29 PM

Hey. I just saw that the court case is tomorrow? Are you still not talking to Richie?

iMessage



2:23    5G  23

**AM**

Angela ›

> Do you mean that letter? I can forward you the complaint I sent to BSIS today. That shows screenshots

Yeah. And whatever that document is that he is interpreting. Where's the rest of that?

---

*EXHIBIT A*

*"Richie Albertini was originally going to be a witness for Amber Heard but switched over to Johnny Depp after Barresi intimidated and blackmailed him. Marton Csokas must feel privileged because he's got scary Barresi."*
*—CHRISTINA TAFT*

*JANE DOE: "You and Richie Albertini contacted me because you wanted to help me?"*

*CHRISTINA TAFT: "Yes because Richie will definitely report Paul Barresi."*

*Evident on tape, Taft wastes no time playing on Jane Doe's fragile state of mind by informing the emotionally battered young woman that despite 7 years passing since her alleged assault, she is still not out of danger because Paul Barresi, falsely accused to have been hired in 2015 by her alleged assaulter, actor Marton Csokas, to silence her, was still hunting for her to make sure she keeps her mouth shut.*

*At the sacrifice of Jane Doe's mental well-being, stemming from an improper and evil motive with malicious intent to harm Barresi, Taft baits Jane Doe by telling her she has a damning recording of him, in the hope it will serve to convince the panic-stricken woman to file a police report against the former Amber Heard detective, turned Johnny Depp supporter.*

*However, Taft still needs to clear the air on one baffling thought that Jane Doe can't quite wrap her head around, confiding to Taft that she has a problem understanding why Paul Barresi would still be looking for her after all these years. Jane Doe puts the question to Taft, "Wouldn't coming after me and then me filing a police report against him now, only serve to bring a problem down on Barresi?" Adding, "I mean, right now he's in the clear."*

*"It's continuous," Taft insists, and before Jane Doe can utter a word, she proceeds to fire off a laundry list of felonious criminal acts perpetrated by Barresi, making him look like Ray Donovan dirtied up ten times over which include, intimidation, bribery, coercion, blackmail, murder, and whatever else the zany zealot & Richie Albertini gal pal could conjure up from the dark and eerie crevices of her delusional mind.*

*The ABSOLUTE BULLSHIT Christina Taft fed Jane Doe earned her the title of Con of Cons. Great title for the book she ought write while serving her well-deserved jail time.*

*Before the call ended Jane Doe agrees to file the police report against me after she gets a copy of the Barresi recording, after which Taft can barely contain herself. Lost in the grip of an orgasmic state of euphoria, Amber's biggest pain in the ass disciple, who may very well end up getting the Aquaman star sued, exclaims, "THAT WOULD BE GREAT!!"*

---

> This?

Yeah. Is that it?

> It's twisted from transcripts and selected from what it is about



3:50

Sent M...

Complaint Fwd: Report of Paul Barresi by Christina ⭐

    iMessage    

2:14    5G    24

## AM

Angela >

I understand that. I'm just nervous about tomorrow. Y'all put me into this and I have a right to know about it. Especially if he's not going to show.

I believe he won't but I do not entirely know. No one else certainly will be there.
Honestly what does a restraining order do? It's not a lawsuit or a large investigation.

I know. But it puts it on the record that this stuff is happening. That makes it much more public.

It seems it does even if it's just temporary.

Right.

Sorry. This is all a lot. And now your whole group is fighting.

We aren't fighting, only Richie is. Everybody else likes me and sees this as wrong.

Of course. It is wrong. But don't you question how much he's making up and what the truth is?

I hope you are fine and it's good to know it was someone else.

iMessage

2:17     5G 23

< AM

Angela >

April 21, 2015

To: Angela ▮▮▮▮

RE: Marton Csokas

Dear Ms. ▮▮▮.

I have been contacted by Marton Csokas regarding a possible investigation to be conducted by the New
Orleans Police Department regarding your unfounded claims of false imprisonment and sexual torture and
assault. I am aware of your location and that you are no longer in the city of New Orleans. It is my unyielding
advice to you that you do not move forward in any way in regard to Mr. Csokas. In addition to the house
being outfitted with video cameras, that can be released at any time, I am also in contact with Attorney Eric
J. Hessler. Mr. Hessler currently is the Attorney of Record for PANO, the Police Union of New Orleans.

If you move forward in this action, Mr. Hessler will have you charged with extortion, filing a false police
report, stalking, assault with a deadly weapon and a number of other charges. Mr. Hessler will be checking
your phone on regular occasions in order to maintain your location. If Mr. Csokas's name is released to the
media, not only will the police come after you in Florida, but I myself will come and find you and the
consequences of that will be dire.

The best advice to give you would be to pretend Mr. Csokas did nothing to you and act as if he is dead. He
never existed. Heed my words or face the consequences.

Signed,

Paul Barresi
Eric Hessler
Marton Csokas

> Is this the email attachment sent to Richie? Did it list Barresi, Hessler, Csokas?

The letter that I had didn't have those names on the bottom.

I asked you a question.

From: **Eric Hessler**
<hessler.law@gmail.com>
Date: Tue, Apr 21, 2015 at 1:32 PM
Subject: Marton Csokas
To: <▮▮▮▮▮▮@gmail.com>,
<babs481@aol.com>

 iMessage 

2:21    5G 23



Angela

that it would be stopped and it's not.

Nitrini is another flip flopper that gave me Barresi's communications in June, starting all of this.

You don't deserve this and I understand your want for privacy.

I'm also part of an "eat predators" discord which has Victims of Nick Carter and other public figures. Melissa Schuman and her dad are nice. We're meeting ex-CA Senator Joe Dunn on Wednesday. I hope they make a system to stop online harassment too.

I will bring it up to him that evening with the person putting their full name and clearly intimidating, they're doing nothing.

I don't understand what it's going to do.

Baressi is not going to come after me and no one seems to care about Marton and what he's done. This feels like it's all against Baressi, when, in reality he was just doing a job. Marton is not scared if anybody. He will come after me himself if he feels like it. Should I just beg for Baressi to stop this? Will he help me? Because none of the other Twitter psychos wants to.

*of

iMessage

2:23    5G  23

AM

Angela ›



**Attached Exhibits show photos, emails, transcripts, phone logs, and texts.**

**Statement on Report of Paul Barresi by Christina Taft - October 10, 2022**

--
**Christina Taft**
**Founder and CEO of Worldie**
**Social Media for Good**
Rescue Social Tech, AI/ML/Data Science

--
**Christina Taft**
**Founder and CEO of Worldie**
**Social Media for Good**
Rescue Social Tech, AI/ML/Data Science
Book a Meeting - LinkedIn

PDF  - Report Paul Barresi by …

AA  🔒 mail.google.com  ↻

But it got twisted because you recorded me without my permission.

I think Barresi is trying to scare us about the restraining hearing

I don't even know about a restraining hearing?? Why is everyone using me as a pawn in this, and all behind my back?

It's Richie's restraining hearing against Barresi.

When?



CH-109  Notice of Court Hearing   Richard

① Person Seeking Protection
   Your Full Name

＋  iMessage  🎤



2:22    5G  23

**Angela** ›

make everyone split up...

He was looking for my location and photos, so he is now targeting me and I think he knows by attacking others around it bothers.

Try not to worry and I also wish it wasn't taking so long. I'm sorry that you were so tortured and it's disgusting that he keeps twisting it. Everything is your own choice and freedom.

Marton is the one that did all of this. Baressi's involvement would have only extended to whatever Marton wanted. There is no reason for him to come after me. But I hope everyone feels great about getting Marton stirred. All because Molly decided to exploit me and tell lies.

Marton has taken enough of me. Please, I'm begging you guys to make this stop.

He will kill me himself. Do you understand?

This is my real fucking life.

This isn't some reality show. It's my ACTUAL life!!!

😭 😭 I'm really sorry. They're uncontrollable and predators. Martin is a sadistic torturer... these people really need to stop.

iMessage

2:14    5G  24

AM

Angela ›

> But make sure it's clear there were threats and intimidation to you, but the person was not identifiable

You want me to say it's on Richie? Or on Paul?

> Neither. Richie may have been incited against Barresi to assume it was him. Part of like a protection racket?! I'm not sure.

> Just to protect yourself don't recant any of the threats or violence you experienced, but just the idebetoty

> Identity*

You're talking in circles and not making sense. It's difficult to understand you so I'm going to go.

> Okay I hope you have a good night. It is complex...

The part about tomorrow is simple, and you need my help, right? That's what you said.

> No, nothing is needed from you. Don't worry about it!!

> I appreciate you talking to me and hope you have a good rest. I have good friends and I hope you do too. 💗

+ | iMessage | 🎤

2:21    5G  23

AM

Angela ›

If you're saying that Baressi is looking to intimidate me? I was already fricken intimidated.

They won't go after you. They're more interested in us so they're trying to make everyone split up…

He was looking for my location and photos, so he is now targeting me and I think he knows by attacking others around it bothers.

Try not to worry and I also wish it wasn't taking so long. I'm sorry that you were so tortured and it's disgusting that he keeps twisting it. Everything is your own choice and freedom.

Marton is the one that did all of this. Baressi's involvement would have only extended to whatever Marton wanted. There is no reason for him to come after me. But I hope everyone feels great about getting Marton stirred. All because Molly decided to exploit me and tell lies.

Marton has taken enough of me. Please, I'm begging you guys to make this stop.

He will kill me himself. Do you understand?

This is my real fucking life.

This isn't some reality show. It's my

＋    iMessage

# EXHIBIT 34

EXHIBITS – January 2024 **Full Email Threads** Paul Barresi, Taft, Meador - Barresi Coercion and Threats to Taft, Coercion by Barresi of Meador with Tapes, Implications

 Gmail

**Christina Taft <taftchristina.ceo@gmail.com>**

---

# (no subject)

---

**paulbarresi@aol.com** <paulbarresi@aol.com>       Tue, Jan 9, 2024 at 11:40 AM
To: Christina Taft <taftchristina.ceo@gmail.com>

That recording of you coercing Angela Gayle was shortened because in so many places you are so stupid you couldn't even cogently speak a complete sentence. Make no mistake the full recording is intact and in evidence, you fucking dolt.

On Tuesday, January 9, 2024, 01:15:28 PM PST, Christina Taft <taftchristina.ceo@gmail.com> wrote:


Barresi:

You should be in prison if your ex-boss hadn't gone to federal prison for racketeering, blackmail and extortion of clients, ex-spouses, and witnesses which included ILLEGAL background checks on reporting victims. He paid the Los Angeles enforcement to do these illegal lookups.

Recording artist did not want her audio stolen by you and evidence fabricated. You are illegally blackmailing and coordinating harassment. Honolulu PD already have your information and they are ethical - they told me to go to the FBI.

---

**From:** paulbarresi@aol.com <paulbarresi@aol.com>
**Sent:** Tuesday, January 9, 2024 12:27 PM
**To:** Christina Taft <taftchristina.ceo@gmail.com>
**Subject:** Re: Re:

Albertini tried to convince the judge in Pasadena that I was a killer and the judge thought he was a mental case. And you are so mentally ill. I pity you. You cant even put a sentence together. Never a more pathetic human being has ever breathed air. Everyone who hears the telephone recording of you trying to coerce Nashville recording artist Angela Gayle into sidling up with you and Albertini to falsely accuse me of putting a gun to her head are all asking why you have not been thrown in prison yet. I think that day is coming-- either jail or a mental hospital for sure.

 **Gmail**

**Christina Taft <taftchristina.ceo@gmail.com>**

---

## (no subject)

---

**paulbarresi@aol.com** <paulbarresi@aol.com>                    Thu, Jan 11, 2024 at 7:07 AM
To: Christina Taft <taftchristina.ceo@gmail.com>

**MY GOD you are so severely mentally Ill. Marty Singer listened to the recordings of you. YOU cant even put a complete cogent sentence together. Nor can you pronounce words. I feel sorry for you in some ways.**
**Not only are you bat shit crazy, you are stupid.**

**The WORLD is laughing at you. Keep your insane emails coming. My followers on twitter love to get a good laugh. They LOVE my last post Attached. Thousands of hits already.**

**Keep em cumming you sick bat shit crazy idiot.**

---


**TAFT ROOF .jpeg**
1866K



Paul Barresi
@PaulBarresi1

**Promote**

Christina Taft emailed again today accusing me of being a hitman & killing a woman by throwing her off a roof. Now she says she lives in constant fear for her life. I replied, "Christina if you are that afraid of me why in the world did you rent an apartment on the 8th floor."

7:30 PM · Jan 10, 2024 · **3,638** Views

View post engagements

💬 15    🔁 9    ❤️ 104    🔖 3    📤

Post your reply    **Reply**

Ann @AnnMarieMole2 · 5h
She makes no sense. If you are afraid of someone; you wouldn't not want to reach out to them. Paul, please be careful.

💬    🔁    ❤️ 4    📊 132    📤

Hannu Huttunen @hannuhu · 10h
OMFG 🤣 I've always been puzzled when people tell me, "You're intimidating, and I'm afraid of you," yet they initiate and continue to provoke

 Gmail

                                                              **Christina Taft <taftchristina.ceo@gmail.com>**

___

## Christina Taft

**paulbarresi@aol.com** <paulbarresi@aol.com>                          Thu, Jan 11, 2024 at 3:37 PM
To: babs481 <babs481@aol.com>
Cc: Christina Taft <taftchristina.ceo@gmail.com>

Dear Angela,

Marty is astounded Taft was not criminally prosecuted for coercing you into joining her and
Albertini in a conspiracy to frame me. He is in agreement with most everyone following the
trial, she needs to be locked up.

Taft is homely, sick, unhealthy, and an evil wretch. She harbors guilt for abandoning her
mother to burn alive. What a horrible thing to have to live with.

Sincerely,

Paul B.

On Thursday, January 11, 2024, 05:16:16 PM PST, babs481 <babs481@aol.com> wrote:

Please see below.

----- Forwarded Message -----
**From:** Christina Taft <taftchristina.ceo@gmail.com>
**To:** "babs481@aol.com" <babs481@aol.com>
**Sent:** Thursday, January 11, 2024 at 07:03:52 PM CST
**Subject:** Changing Email Re: Christina Taft

Aloha,

My new email is -

**taftchristina.life@gmail.com**

### Changing email to this due to safety

--
**Christina Taft**
**Founder**
LinkedIn

----- Forwarded Message -----
**From:** babs481 <babs481@aol.com>
**To:** paulbarresi@aol.com <paulbarresi@aol.com>; taftchristina.ceo@gmail.com <taftchristina.ceo@gmail.com>
[Quoted text hidden]

 **Christina Taft**
**<taftchristina.ceo@gmail.com>**

---

# Paul Barresi Coercing Angela - Fwd: Fw: Christina Taft

---

**Christina Taft** <taftchristina.ceo@gmail.com>        Thu, Jan 11, 2024
                                                         at 3:20 PM
To: "Adams, Jesse@DCA" <Jesse.Adams@dca.ca.gov>, "Ibrahim, Majida@DCA" <majida.ibrahim@dca.ca.gov>

Sent to me today with Paul Barresi Copied...

---------- Forwarded message ---------
From: **paulbarresi@aol.com** <paulbarresi@aol.com>
Date: Thu, Jan 11, 2024 at 3:13 PM
Subject: Fw: Christina Taft
To: Christina Taft <taftchristina.ceo@gmail.com>


You got the message you little nasty wretch. You are going to be locked up in prison, mental hospital or both.

----- Forwarded Message -----
**From:** babs481 <babs481@aol.com>
**To:** paulbarresi@aol.com <paulbarresi@aol.com>;
taftchristina.ceo@gmail.com <taftchristina.ceo@gmail.com>
**Sent:** Thursday, January 11, 2024, 05:03:49 PM PST
**Subject:** Christina Taft

Christina,



Christina Taft <taftchristina.life@gmail.com>

---

## Christina Taft

---

**paulbarresi@aol.com** <paulbarresi@aol.com>                  Mon, Jan 29, 2024 at 2:30 PM
To: Christina Taft <taftchristina.life@gmail.com>

> **Your life should be a living nightmare. You are pure EVIL. I'm traveling at the moment. So fuck off you raunchy dirt bag, and when you DIE, may you burn like your mother in hell for all eternity.**

[Quoted text hidden]

 Gmail

Christina Taft <taftchristina.life@gmail.com>

---

## Christina Taft

**Christina Taft** <taftchristina.life@gmail.com>                          Fri, Jan 26, 2024 at 8:49 PM
To: babs481 <babs481@aol.com>, "paulbarresi@aol.com" <paulbarresi@aol.com>

HOLLYWOOD FIXER:

REMOVE THE AUDIOS OFF THE INTERNET IMMEDIATELY AND CEASE EDITING THEM FOR FABRICATIONS AND COERCION.
WE ARE NOT TO BE USED FOR YOUR COMMERCIAL GAINS.

On Fri, Jan 26, 2024 at 7:28 PM Christina Taft <taftchristina.life@gmail.com> wrote:
Deleted from the forwarded email threads below:

On Tuesday, January 9, 2024, 01:15:28 PM PST, Christina Taft <taftchristina.ceo@gmail.com> wrote:

Barresi:

You should be in prison if your ex-boss hadn't gone to federal prison for racketeering, blackmail and extortion of clients, ex-spouses, and witnesses which included ILLEGAL background checks on reporting victims. He paid the Los Angeles enforcement to do these illegal lookups.

**Recording artist <u>did not want her audio stolen by you and evidence fabricated</u>.** You are illegally blackmailing and coordinating harassment. Honolulu PD already have your information and they are ethical - they told me to go to the FBI.

On Thu, Jan 11, 2024 at 3:16 PM babs481 <babs481@aol.com> wrote:
Please see below.

----- Forwarded Message -----
**From:** Christina Taft <taftchristina.ceo@gmail.com>
**To:** "babs481@aol.com" <babs481@aol.com>
**Sent:** Thursday, January 11, 2024 at 07:03:52 PM CST
**Subject:** Changing Email Re: Christina Taft

Aloha,

My new email is -

**taftchristina.life@gmail.com**

**Changing email to this due to safety**


--
**Christina Taft**
**Founder**
LinkedIn

----- Forwarded Message -----
**From:** babs481 <babs481@aol.com>
**To:** paulbarresi@aol.com <paulbarresi@aol.com>; taftchristina.ceo@gmail.com <taftchristina.ceo@gmail.com>
**Sent:** Thursday, January 11, 2024 at 07:03:35 PM CST
**Subject:** Christina Taft

On Tuesday, January 9, 2024 at 06:40:10 PM CST, paulbarresi@aol.com <paulbarresi@aol.com> wrote:

FYI

----- Forwarded Message -----
**From:** Christina Taft <taftchristina.ceo@gmail.com>
**To:** paulbarresi@aol.com <paulbarresi@aol.com>
**Sent:** Tuesday, January 9, 2024, 02:01:56 PM PST
**Subject:** Re: Re:

Barresi:

You are doing crimes and you and Johnny Depp will be sued.

You misrepresented to Angela to make her afraid. Other witnesses already stated Angela was scared of you for years because you are a fraud, a psychopath, and a sociopath

On Tue, Jan 9, 2024, 11:41 AM paulbarresi@aol.com <paulbarresi@aol.com> wrote:

That recording of you coercing Angela Gayle was shortened because in so many places you are so stupid you couldn't even cogently speak a complete sentence. Make no mistake the full recording is intact and in evidence, you fucking dolt.



**THIRD PARTY .png**
429K

11:21



+1 (530) 815-8522 ›

That's not what I meant.

If you want to get info, I suggest asking friends for help

You can say that Richie tried to say the man that intimidated you was Barresi. Yes, you were intimidated, threatened, but all was pointed at Barresi

Who do I say this to?

Will that help?

Hmm I had a couple friends send emails on my behalf because it's safer

What?

I wouldn't send that to Barresi, I'm not even sure to his lawyer.

But make sure it's clear there were threats and intimidation to you, but the person was not identifiable

You want me to say it's on Richie? Or on Paul?

    iMessage   

 **Gmail**

Christina Taft <taftchristina.life@gmail.com>

---

## Christina Taft

**paulbarresi@aol.com** <paulbarresi@aol.com>      Mon, Jan 29, 2024 at 1:16 PM
To: Christina Taft <taftchristina.life@gmail.com>

5 MORE GOING UP TODAY

On Monday, January 29, 2024, 02:18:33 PM PST, Christina Taft <taftchristina.life@gmail.com> wrote:


YOU ARE THE HOLLYWOOD FIXER. YOU CLAIM TO WORK ON EVERY CASE. YOU WILL BE REPORTED TO THE FBI CONTINUALLY SO LONG AS YOU DO YOUR ACTIVITIES UNDER THE NAME PAUL BARRESI.

On Mon, Jan 29, 2024 at 10:25 AM paulbarresi@aol.com <paulbarresi@aol.com> wrote:
**SEE ATTACHED.** I KNOW & INVESTIGATORS ALSO KNOW ALL ABOUT YOUR 3RD PARTY SLIME BALLS & EVEN UNWITTING COHORTS  LIKE POOR ANGELA GAYLE-- HOW YOU COACH & FOOL THEM  TO DO YOUR DIRTY WORK FOR YOU YOU NASTY SLEAZE BUCKET. SO BE ADVISED, IF YOU AND OR YOUR ASSHOLE BUDDIES CONTINUE TO BASH ME ON THE INTERNET OR CONTACT ME EVER AGAIN EMAIL OR OTHERWISE, I WILL POST VIDEOS EVERYDAY FROM NOW UNTIL HELL FREEZES OVER. THE WHOLE WORLD WILL KNOW YOU ARE-- A BAT SHIT CRAZY NUT CASE JUST LIKE YOUR POOR OLE MOM, REST HER SOUL.

On Sunday, January 28, 2024, 02:00:37 PM PST, Christina Taft <taftchristina.life@gmail.com> wrote:


FBI REPORT SUBMITTED AGAINST PAUL BARRESI JANUARY 28 2024

On Sat, Jan 27, 2024 at 10:55 AM paulbarresi@aol.com <paulbarresi@aol.com> wrote:
Fuck you nut job. Stop contacting me. I just posted two more. https://www.youtube.com/
watch?v=car-qktFgog

On Friday, January 26, 2024, 10:49:55 PM PST, Christina Taft <taftchristina.life@gmail.com> wrote:


HOLLYWOOD FIXER:

REMOVE THE AUDIOS OFF THE INTERNET IMMEDIATELY AND CEASE EDITING THEM FOR FABRICATIONS AND COERCION.
WE ARE NOT TO BE USED FOR YOUR COMMERCIAL GAINS.

On Fri, Jan 26, 2024 at 7:28 PM Christina Taft <taftchristina.life@gmail.com> wrote:
Deleted from the forwarded email threads below:

On Tuesday, January 9, 2024, 01:15:28 PM PST, Christina Taft <taftchristina.ceo@gmail.com> wrote:


Barresi:

You should be in prison if your ex-boss hadn't gone to federal prison for racketeering, blackmail and extortion of clients, ex-spouses, and witnesses which included ILLEGAL background checks on reporting victims. He paid the Los Angeles enforcement to do these illegal lookups.

 Gmail

Christina Taft <taftchristina.life@gmail.com>

---

## Christina Taft

**Christina Taft** <taftchristina.life@gmail.com>                                    Sun, Jan 28, 2024 at 12:00 PM
To: "paulbarresi@aol.com" <paulbarresi@aol.com>

FBI REPORT SUBMITTED AGAINST PAUL BARRESI JANUARY 28 2024

On Sat, Jan 27, 2024 at 10:55 AM paulbarresi@aol.com <paulbarresi@aol.com> wrote:
Fuck you nut job. Stop contacting me. I just posted two more. https://www.youtube.com/watch?
v=car-qktFgog

On Friday, January 26, 2024, 10:49:55 PM PST, Christina Taft <taftchristina.life@gmail.com> wrote:

HOLLYWOOD FIXER:

REMOVE THE AUDIOS OFF THE INTERNET IMMEDIATELY AND CEASE EDITING THEM FOR FABRICATIONS
AND COERCION.
WE ARE NOT TO BE USED FOR YOUR COMMERCIAL GAINS.

On Fri, Jan 26, 2024 at 7:28 PM Christina Taft <taftchristina.life@gmail.com> wrote:
    Deleted from the forwarded email threads below:

    On Tuesday, January 9, 2024, 01:15:28 PM PST, Christina Taft <taftchristina.ceo@gmail.com> wrote:


    Barresi:

    You should be in prison if your ex-boss hadn't gone to federal prison for racketeering, blackmail and
    extortion of clients, ex-spouses, and witnesses which included ILLEGAL background checks on reporting
    victims. He paid the Los Angeles enforcement to do these illegal lookups.

    **Recording artist <u>did not want her audio stolen by you and evidence fabricated</u>.** You are illegally
    blackmailing and coordinating harassment. Honolulu PD already have your information and they are
    ethical - they told me to go to the FBI.

    On Thu, Jan 11, 2024 at 3:16 PM babs481 <babs481@aol.com> wrote:
        Please see below.

        ----- Forwarded Message -----
        **From:** Christina Taft <taftchristina.ceo@gmail.com>
        **To:** "babs481@aol.com" <babs481@aol.com>
        **Sent:** Thursday, January 11, 2024 at 07:03:52 PM CST
        **Subject:** Changing Email Re: Christina Taft

        Aloha,

        My new email is -

        **taftchristina.life@gmail.com**

        **Changing email to this due to safety**

 Gmail

**Christina Taft <taftchristina.life@gmail.com>**

---

## Christina Taft

**Christina Taft** <taftchristina.life@gmail.com>                    Fri, Jan 26, 2024 at 10:49 PM
To: babs481 <babs481@aol.com>, "paulbarresi@aol.com" <paulbarresi@aol.com>

HOLLYWOOD FIXER:

REMOVE THE AUDIOS OFF THE INTERNET IMMEDIATELY AND CEASE EDITING THEM FOR FABRICATIONS AND COERCION.
WE ARE NOT TO BE USED FOR YOUR COMMERCIAL GAINS.

On Fri, Jan 26, 2024 at 7:28 PM Christina Taft <taftchristina.life@gmail.com> wrote:
Deleted from the forwarded email threads below:

On Tuesday, January 9, 2024, 01:15:28 PM PST, Christina Taft <taftchristina.ceo@gmail.com> wrote:


Barresi:

You should be in prison if your ex-boss hadn't gone to federal prison for racketeering, blackmail and extortion of clients, ex-spouses, and witnesses which included ILLEGAL background checks on reporting victims. He paid the Los Angeles enforcement to do these illegal lookups.

**Recording artist <u>did not want her audio stolen by you and evidence fabricated</u>.** You are illegally blackmailing and coordinating harassment. Honolulu PD already have your information and they are ethical - they told me to go to the FBI.

On Thu, Jan 11, 2024 at 3:16 PM babs481 <babs481@aol.com> wrote:
Please see below.

----- Forwarded Message -----
**From:** Christina Taft <taftchristina.ceo@gmail.com>
**To:** "babs481@aol.com" <babs481@aol.com>
**Sent:** Thursday, January 11, 2024 at 07:03:52 PM CST
**Subject:** Changing Email Re: Christina Taft

Aloha,

My new email is -

**taftchristina.life@gmail.com**

## Changing email to this due to safety


--
**Christina Taft**
**Founder**
LinkedIn

----- Forwarded Message -----
**From:** babs481 <babs481@aol.com>
**To:** paulbarresi@aol.com <paulbarresi@aol.com>; taftchristina.ceo@gmail.com <taftchristina.ceo@gmail.com>
**Sent:** Thursday, January 11, 2024 at 07:03:35 PM CST
**Subject:** Christina Taft

 Gmail

Christina Taft <taftchristina.life@gmail.com>

___

### Christina Taft

___

**Christina Taft** <taftchristina.life@gmail.com>                                   Sun, Jan 28, 2024 at 2:00 PM
To: "paulbarresi@aol.com" <paulbarresi@aol.com>

FBI REPORT SUBMITTED AGAINST PAUL BARRESI JANUARY 28 2024

On Sat, Jan 27, 2024 at 10:55 AM paulbarresi@aol.com <paulbarresi@aol.com> wrote:
Fuck you nut job. Stop contacting me. I just posted two more. https://www.youtube.com/watch?v=car-qktFgog

On Friday, January 26, 2024, 10:49:55 PM PST, Christina Taft <taftchristina.life@gmail.com> wrote:


HOLLYWOOD FIXER:

REMOVE THE AUDIOS OFF THE INTERNET IMMEDIATELY AND CEASE EDITING THEM FOR FABRICATIONS AND COERCION. WE ARE NOT TO BE USED FOR YOUR COMMERCIAL GAINS.

On Fri, Jan 26, 2024 at 7:28 PM Christina Taft <taftchristina.life@gmail.com> wrote:
Deleted from the forwarded email threads below:

On Tuesday, January 9, 2024, 01:15:28 PM PST, Christina Taft <taftchristina.ceo@gmail.com> wrote:


Barresi:

You should be in prison if your ex-boss hadn't gone to federal prison for racketeering, blackmail and extortion of clients, ex-spouses, and witnesses which included ILLEGAL background checks on reporting victims. He paid the Los Angeles enforcement to do these illegal lookups.

**Recording artist <u>did not want her audio stolen by you and evidence fabricated</u>.** You are illegally blackmailing and coordinating harassment. Honolulu PD already have your information and they are ethical - they told me to go to the FBI.

On Thu, Jan 11, 2024 at 3:16 PM babs481 <babs481@aol.com> wrote:
Please see below.

----- Forwarded Message -----
**From:** Christina Taft <taftchristina.ceo@gmail.com>
**To:** "babs481@aol.com" <babs481@aol.com>
**Sent:** Thursday, January 11, 2024 at 07:03:52 PM CST
**Subject:** Changing Email Re: Christina Taft

Aloha,

My new email is -

**taftchristina.life@gmail.com**

**Changing email to this due to safety**


--
**Christina Taft**
**Founder**
LinkedIn

----- Forwarded Message -----
**From:** babs481 <babs481@aol.com>
**To:** paulbarresi@aol.com <paulbarresi@aol.com>; taftchristina.ceo@gmail.com <taftchristina.ceo@gmail.com>
**Sent:** Thursday, January 11, 2024 at 07:03:35 PM CST