# EXHIBIT 1

## AFFIDAVIT OF JAMES CONNER

I am signing this Unsworn Declaration in place of an Affidavit as allowed by 28 U.S. Code § 1746.

My name is James Conner. I reside in Dona Ana County, New Mexico. I am above the age of 18 and in all respects of sound mind to make this affidavit. That facts stated in this affidavit are true and correct to the best of my knowledge and belief. I have personal knowledge of the facts stated and I'm competent to testify in this matter.

I am a witness in this matter of Taft v. Paul Barresi, et al., Case No. 5:24-cv-01930-TJH-DTB, currently pending in the U.S. District Court of the Central District of California.

Defendant Paul Barresi did record and published a phone conversation without my consent, taking my words out of context, and misrepresenting what I said. I know that recording someone without their consent via telephone is illegal; however, that is exactly what Mr. Barresi did do.

Paul Barresi misrepresented to me that he was still associated with actress Amber Heard. My ex-wife, Victoria Taft, had also been an actress and model and so I believed Mr. Barresi.

In 2023, a licensed private investigator Michael Kountz reached out to me, and spoke to me about the misrepresentations that Barresi was making regarding the illegal phone recording that he took, and I saw for myself these misrepresentations.

I want Defendant Barresi to stop using my audio and me. I want him to stop harassing my family, whether that's my children, son and daughters, my ex-wives, or my sisters. Mr. Barresi should be ordered to stop harassing us. I think the Defendant Barresi's criminal actions were done across state lines. He is dangerous and I genuinely fear him. I do not want to be associated with Johnny Depp either.

I want my life to be peaceful. Defendant Barresi needs to stop interfering in my life and in my family's lives. I can attest further to these matters and anything ongoing.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on this the __26__ day of March, 2025.

James Conner

JAMES CONNER

# EXHIBIT 2

**Audio File:** Barresi to Rebecca Berry Audio -Shalimer Death

**Audio Length at time of Transcription:** [00:04:34]

**Speaker One (1):** Paul Barresi

**Speaker Two (2):** Rebecca Berry


**Speaker One (Barresi):** [00:00:00] (inaudible) And then I appeared, and she got you know, spooked, and then she spotted me, and she kind of backed up a little bit on the roof, and then she sat on the edge of that freaking rail and scurrying around the roof and it was loose.

**Speaker Two (Berry):** [00:00:23] Mhmm.

**Speaker One (Barresi):** [00:00:24] And so she jumped up because it was loose, she got scared. She wrapped the towel around her. And as she wrapped the towel around her, she lost her balance, leaned back, and that was it.

**Speaker Two (Berry):** [00:00:34] Oh, wow.

**Speaker One (Barresi):** [00:00:36] And the only reason why I was investigated was because uh, I left the scene of, of the uh accident. And I removed a uh, I guess she always wore that damn ribbon around her neck like a necklace. And it was beautiful. She made it herself.

**Speaker Two (Berry):** [00:00:58] Mhmm, yeah.

**Speaker One (Barresi):** [00:00:58] I didn't know she always wore it. So, her roommate or friend or somebody told her, her necklaces was gone. Her ribbon necklace.

**Speaker Two (Berry):** [00:01:06] Oh.

**Speaker One (Barresi):** [00:01:06] So when Andy called me, he asked me, you know, when I was on the roof if, if I saw her wearing the necklace, I said yeah. I said, when I went, ran down and check on her I took it as a memento.

**Speaker Two (Berry):** [00:01:22] Oh wow.

**Speaker One (Barresi):** [00:01:23] And that's when he caught me.

**Speaker Two (Berry):** [00:01:26] Just because you, you were there, and you'd collected something?

**Speaker One (Barresi):** [00:01:29] I was there, I left, and I took the damn ribbon off her neck.

**Speaker Two (Berry):** [00:01:32] I mean you, you grew like attached to her kind of sounds like.

**Speaker One (Barresi):** [00:01:37] Well, I mean, I, I just, you know. I don't know, I took a memento. He said well you know that killers take memento?

**Speaker Two (Berry):** [00:01:43] Well lots of people take mementos.

**Speaker One (Barresi):** [00:01:46] I said oh shit you're right.

**Speaker Two (Berry):** [00:01:49] Yeah.

**Speaker One (Barresi):** [00:01:50] Rebecca, you'd believe that? I was just giving you a bunch of bullshit.

**Speaker Two (Berry):** [00:01:54] What's that?

**Speaker One (Barresi):** [00:01:55] That's what I told- That's all bullshit, that's what I told Denise though.

**Speaker Two (Berry):** [00:01:59] Oh, really?

**Speaker One (Barresi):** [00:02:06] Yeah, (inaudible) I did the same shit to Albertini. You ever see, you ever listen to him talking to the guy at Child Protective Services in Sacramento? Worked for Governor Newsom, ever listened to that tape?

**Speaker Two (Berry):** [00:02:19] Mhmm I'm sure.

**Speaker One (Barresi):** [00:02:21] It's hilarious, isn't it?

**Speaker Two (Berry):** [00:02:23] It's interesting.

**Speaker One (Barresi):** [00:02:24] But can't you tell when, with, when uh the guy's fucking with him? And he gets his little secretary in there saying "I need you to tell my boss it's okay to to talk and everything." And he goes, "Yes, hi, this is Richie. Bye." That was his little secretary. She was like 20 years old. She was, she was pulling his leg.

**Speaker Two (Berry):** [00:02:45] Oh yeah. I kind of figured because I know that he was like the director of some stuff.

**Speaker One (Barresi):** [00:02:53] They were like playing ball with him. (inaudible)

**Speaker Two (Berry):** [00:02:53] So wait, Paul, this is like what, where it all comes from? Like, all these rumors?

**Speaker One (Barresi):** [00:02:53] Yeah, you know those texts about me killing her? Yeah, because he called me so many times saying, I know you kill that 'tranny'. I know you kill that 'tranny'. He says, I know you threw her off the roof. One time he called again and said, I know you threw her off out of the window. I hear -, Hold on. I said, I uh then I had a call coming in so I had to text him. I said I didn't throw that bitch off, out a window, I said I threw her off the roof.

**Speaker Two (Berry):** [00:03:26] Mhmm.

**Speaker One (Barresi):** [00:03:28] And I was fucking with him.

**Speaker Two (Berry):** [00:03:31] Just like you just fucked with me. (laughing)

**Speaker One (Barresi):** [00:03:34] And and then he was, and then he was saying that I killed Paul Lynde. So, I said look, he was a grouchy old, he was a grouchy old bastard; he deserved it. He deserved a pillow over his head.

**Speaker Two (Berry):** [00:03:47] Sure.

**Speaker One (Barresi):** [00:03:48] Fuck, he a – (inaudible)

**Speaker Two (Berry):** [00:03:49] What about the guy he threw out the window?

**Speaker One (Barresi):** [00:03:52] Oh that guy who fell? Yeah, exactly he tried to tie the window at it and Paul Lynde's to friend, friends with the Tranny thing. I didn't even know that guy, I didn't meet Paul Lynde until after that guy was long dead.

**Speaker Two (Berry):** [00:04:05] Oh, okay, well, that's the basis on which I called you a serial killer so I'm glad that we we cleared that up.

**Speaker One (Barresi):** [00:04:12] No, oh fuck, its all bullshit. You think I'd be around if I was a murderer? I mean it's so silly.

**Speaker Two (Berry):** [00:04:20] Yeah. Alright, Paul, I have to, I have to get to bed, but um -

**Speaker One (Barresi):** [00:04:24] Oh yeah, go to bed. I'll talk to you soon.

**Speaker Two (Berry):** [00:04:27] Okay. Great. Bye.

**Speaker One (Barresi):** [00:04:30] Try to work it out and so I can get a hold of Angela.

**Speaker Two (Berry):** [00:04:31] Okay, alright, I'll work on that.

**Speaker One (Barresi):** [00:04:32] Alright, buh bye.

**Speaker Two (Berry):** [00:04:33] Alright bye.


**END [00:04:34]**

**Transcriber's Certificate**

I, Rylee C. Franko, do hereby certify that I have listened to the recording several times carefully of the foregoing; further that the transcript pages one through three (1-3) were reduced to typed form from the digital audio recording; and that the foregoing is an accurate and true record of the digital audio recording above transcribed version in this matter.

**Dated** this 30th day of July 2023.

*Rylee Franko*

Rylee C. Franko

**Transcriber's Certificate**

I, Liridona Etemi, do hereby certify that I have listened to the recording several times carefully of the foregoing; further that the transcript pages one through three (1-3) were reduced to typed form from the digital audio recording; and that the foregoing is an accurate and true record of the digital audio recording above transcribed version in this matter.

**Dated** this 29th day of April 2025.

Transcriptionist: Liridona Etemi

State of Illinois
County of Cook

This instrument was acknowledged before me on April 30, 2025 by Liridona Etemi.

Stefan Jelic
Notary Public, State of Illinois

Notarized online using audio-video communication

Official Seal
Stefan Jelic
Notary Public, State of Illinois
Commission No. 992502
My Commission Expires June 20, 2028

Page **4** of **4**

# EXHIBIT  3

**Audio File:** Heather Cohen on Interview of Angela Meador

**Audio Length at time of Transcription:** [00:03:23]

**Speaker One (1):** Heather Cohen

**Speaker 1 (Cohen):** [00:00:01] March 21st, 2025.  I just visited the home of Angela Meador at ███ ██████████ in Goodlettsville, Tennessee.  I created an audio in which I timestamped it, and recorded our interview.  Oddly, there seems to be some interference in the audio, and it was nothing but static.  So I am doing this recap of the conversation so that it's fresh on my mind.

Uh, when I knocked on the door, there was a man inside, and I saw her coming down the stairs.  She had long, dark, straight hair, she, uh, had a, a hot pink shirt on, and I believe a pair of shorts.  And I introduced myself.  I told her my name, and that I'm a private investigator.  Um, she had me repeat it.  I told her my name is Heather Cohen, I am a licensed private investigator.

She...Um, I asked her about the recording, and asked her if she had consented for that call to be recorded and to be used, and if she had sent it over to the Defendant.  She said no, that she did not consent.  Um, then she began to ask me who I was working for, and I told her that I could not disclose that, and she sa-...she was very...she was visibly shaken.  I would say she was quite scared.  She, she was shaking, um, and she, she asked me if I was working for Mr. X.  I said no she asked me if I was working for the defendant, I said no.  She asked me if I was working for Molly.  I'm not sure who Molly is, but eh, I told her no.  And I told her that I could not tell her who I was working for, but I assure her, assured her that I was not working for any of the people that she named, and that she was not in danger by speaking to me.

She then, again very visibly shaken, said to me, "You have no idea what you're getting yourself in the middle of."  And then, she said that she didn't want to answer any more questions unless I could tell her who I was working for.  I, I was specifically instructed not to, so I did not.  Um, I thanked her for her time, and she said that if my client wanted to contact her directly, that they could.  I told her thank you, and I left.

I will be making an affidavit about this interview, and I am still absolutely stumped at what could have possibly interfered with the audio.

**Transcriber's Certificate**

I, Liridona Etemi, do hereby certify that I have listened to the recording several times carefully of the foregoing; further that the transcript page one (1) was reduced to typed form from the digital audio recording; and that the foregoing is an accurate and true record of the digital audio recording above transcribed version in this matter.

**Dated** this 29ᵗʰ day of April 2025.

_____
Transcriptionist: Liridona Etemi

State of Illinois
County of Cook

This instrument was acknowledged before me on April 30, 2025 by Liridona Etemi.

Stefan Jelic
Notary Public, State of Illinois

Notarized online using audio-video communication

Official Seal
Stefan Jelic
Notary Public, State of Illinois
Commission No. 992502
My Commission Expires June 20, 2028

# EXHIBIT  4

 Gmail

**Christina Taft <taftchristina.ceo@gmail.com>**

---

## Enthusiastic Support and Inquiry About Angela Gayle's Music Career

**Leland Grant** <lelandgrant@gmail.com>                                          Sat, Apr 12, 2025 at 11:35 AM
To: Christina Taft <taftchristina.ceo@gmail.com>

Hi Christina,

Apologies but I don't know the answers to any of your questions, I worked with Angela, but it has been a few years since I have seen her… Hope all is well thank you!

L

Sent with iphone.

> On Apr 12, 2025, at 4:31 PM, Christina Taft <taftchristina.ceo@gmail.com> wrote:
>
> Dear Leland Grant,
>
> As a passionate admirer of Angela Gayle's music and artistic journey, I was thrilled to learn about her signing with University Records/MMG and Warner Music Group. Her powerful singles "Have You Told Her" and "Love Yourself" have been on repeat in my playlists, and I deeply connect with the emotional honesty in her songwriting.
>
> Angela has an impressive career path from her early days as a Nashville native to her current multifaceted career as a singer-songwriter, musician, actress, and model. Her performances at iconic venues like the Grand Ole Opry and the Ryman Auditorium, as well as singing the national anthem for the Nashville team and Tennessee Titans, showcase her remarkable versatility and talent.
>
> I'm reaching out both to express my continued support for Angela's career and to inquire about her current projects with Leland Grant and Southlight Sound. As someone who values her message of kindness and positivity, I'm eager to stay informed about:
>
> 1. Her upcoming releases, especially details about the album she's been working on
> 2. Any plans for touring, particularly the European radio tour mentioned in some of her interviews
> 3. Her experience performing on the Grand Ole Opry stage - I understand it was a "humbling experience" for her, and  - what was it like for her to stand on that iconic stage?
> 4. Any behind-the-scenes insights about her creative process for her album in development
> 5. Any scheduled performances or touring plans (I'd travel to see her perform!)
> 6. Her release of her new single, Compromise.
> 7. How her background in law, international relations, and humanitarian work influences her music
>
> Her quote, "Be positive; work hard; always be kind; and help whenever and wherever you can," resonates deeply with me, as does her commitment to being known first as "a kind human being" before any of her professional titles.
>
> Thank you for your time and consideration. I'm genuinely excited to continue supporting Angela's artistic journey and to hear more about her path forward with South Light Sound.
>
> Warmest regards,
> Christina Taft
> 212-718-1003
>
>
> --
> *Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*



4:09

4. Any behind-the-scenes insights about her creative process for her album in development
5. Any scheduled performances or touring plans (I'd travel to see her perform!)
6. Her release of her new single, Compromise.
7. How her background in law, international relations, and humanitarian work influences her music

Her quote, "Be positive; work hard; always be kind; and help whenever and wherever you can," resonates deeply with me, as does her commitment to being known first as "a kind human being" before any of her professional titles.

Thank you for your time and consideration. I'm genuinely excited to continue supporting Angela's artistic journey and to hear more about her path forward with South Light Sound.

Warmest regards,
Christina Taft
212-718-1003

• • •

 Leland Grant  Apr 12
to me ⌄

 

Hi Christina,

Apologies but I don't know the answers to any of your questions, I worked with Angela, but it has been a few years since I have seen her... Hope all is well thank you!

L

Sent with iphone.

On Apr 12, 2025, at 4:01PM, Christina Taft

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

---

## Enthusiastic Support and Inquiry About Angela Gayle's Music Career

**Christina Taft** <taftchristina.ceo@gmail.com>                                    Tue, Apr 8, 2025 at 6:00 PM
To: globalmediacorporation@aol.com

Dear Global Media Management,

As a passionate admirer of Angela Gayle's music and artistic journey, I was thrilled to learn about her signing with University Records/MMG and Warner Music Group. Her powerful singles "Have You Told Her" and "Love Yourself" have been on repeat in my playlists, and I deeply connect with the emotional honesty in her songwriting.

Angela's release of her new single, Compromise on April 30th?

Angela has an impressive career path from her early days as a Nashville native to her current multifaceted career as a singer-songwriter, musician, actress, and model. Her performances at iconic venues like the Grand Ole Opry and the Ryman Auditorium, as well as singing the national anthem for the Nashville team and Tennessee Titans, showcase her remarkable versatility and talent.

I'm reaching out both to express my continued support for Angela's career and to inquire about her current projects with University Records. As someone who values her message of kindness and positivity, I'm eager to stay informed about:

1. Her upcoming releases, especially details about the album she's been working on
2. Any plans for touring, particularly the European radio tour mentioned in some of her interviews
3. Her experience performing on the Grand Ole Opry stage - I understand it was a "humbling experience" for her, and  - what was it like for her to stand on that iconic stage?
4. Any behind-the-scenes insights about her creative process for her album in development
5. Any scheduled performances or touring plans (I'd travel to see her perform!)
7. How her background in law, international relations, and humanitarian work influences her music

Her quote, "Be positive; work hard; always be kind; and help whenever and wherever you can," resonates deeply with me, as does her commitment to being known first as "a kind human being" before any of her professional titles.

Thank you for your time and consideration. I'm genuinely excited to continue supporting Angela's artistic journey and to hear more about her path forward with University Records.

Warmest regards,
Christina Taft
212-718-1003

--
*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

# EXHIBIT  5

4/26/25, 4:00 PM    Case 5:24-cv-01930-TJH-DTB    Document 63-3    Filed 05/02/25    Page 16 of 109    Page
Gmail - Audio of Anthony Fox's Family
ID #:3113

 **Gmail**

Christina Taft <taftchristina.ceo@gmail.com>

## Audio of Anthony Fox's Family

**Mario George Nitrini** <nitrinimario3@gmail.com>                                   Mon, Dec 9, 2024 at 7:23 AM
To: Christina Taft <taftchristina.ceo@gmail.com>

Christina:
The audio tape that I have of Paul Barresi tape recording Anthony Fox's brother Charles, must be subpoenaed.
I will comply with any subpoena.
(I don't want to be accused of interfering in a law enforcement investigation).
Barresi sent the tape recording to the Ventura County Sheriff's Department. I have the back-and-forth
correspondences.

I read again all of what Paul Barresi sent me pertaining to the disappearance of Anthony Fox.
(It's unreal & there's lots of it).
Barresi even tried to convince the 2 Ventura County Sheriff's he had email correspondences with that Johnny Depp had
nothing to do with Anthony Fox's disappearance.
(Unreal).
He definitely convinced Charles Fox that Johnny Depp had nothing to do with the disappearance of Charles' brother
Anthony Fox.

Barresi also sent me a transcript related to Anthony Fox's daughter Constance, and an attorney for Anthony Fox, and
more.......

I will help you anyway I can. At this time, my materials related to the disappearance of Anthony Fox must be subpoenaed,
as is everything that Paul Barresi sent me must be subpoenaed.

And I need to find some housing ASAP.

Mario George Nitrini 111
-------
The OJ Simpson Case
[Quoted text hidden]

 Gmail

**Christina Taft <taftchristina.ceo@gmail.com>**

## The OJ Simpson Case. Barresi called me this morning and this evening. They're freaking-out

**Mario Nitrini** <nitrinimario@gmail.com>                    Tue, Jun 14, 2022 at 3:46 PM
To: Christina Taft <taftchristina.ceo@gmail.com>

Mario George Nitrini 111
------
The OJ Simpson Case

Ms Cristina.
For sure Paul Barresi and Johnny Depp's entourage are freaking-out about me.
Barresi called me a short time ago
(Attached voicemail).
He says he's so worried about me.
He's worried alright. About what in have related to the Depp/Amber Heard Case,
the Rocky Brooks vs Johnny Depp case,
and more.

He makes one move on me or anyone in my family, I will file a criminal complaint on him.

I'll keep you posted.

---

 **VN-2022-06-14-18-40-51.amr**
119K

# EXHIBIT  6

  

**Angela Gayle** ›

Today 7:30 PM

Hey Linda at Indie Music!

I'm reaching out about a potential collaboration with Angela Gayle, whose singles "Have You Told Her" and "Love Yourself" are making waves on Oahu and in playlists everywhere. Her performances at the Grand Ole Opry, Ryman Auditorium, and sports events showcase her incredible versatility.

Would you be interested in featuring Angela in Indie Music? She has exciting upcoming releases, a European radio tour, and a fascinating background in law, international relations, and humanitarian work.

Her creative process and positive message ("Be positive; work hard; always be kind; and help whenever and wherever you can") would make for compelling content that resonates with audiences. I'd love to discuss interview or feature opportunities that would benefit both parties.

**Hey (Music Person)! I'm reaching out about a potential collaboration with Angela, whose singles "Have You Told Her" and "Love Yourself" are making waves on Oahu and in playlists everywhere. Her**



# EXHIBIT  7

'JANE DOE' LODGED A REPORT WITH THE NEW ORLEANS POLICE DEPARTMENT ALLEGING THAT SHE WAS ASSAULTED AND RAPED BY ACTOR MARTON CSOKAS.

SHORTLY THEREAFTER JANE DOE REPORTED AN UNKNOWN MAN APPROACHED HER FROM BEHIND, PUT A GUN TO HER HEAD AND WARNED HER TO KEEP QUIET.

JANE DOE HAD BEEN LIVING IN FEAR FOR FIVE YEARS NOT KNOWING WHO HER ASSAILANT WAS UNTIL SHE WAS CONTACTED IN OCT 2020 COMPLETELY OUT OF BLUE BY RICHIE ALBERTINI WHO IDENTIFIED THE MAN

0:26 / 5:35

**'I want my mom back': Camp Fire survivor CHRISTINA TAFT & her criminal enterprise**



**Paul Barresi**
622 subscribers

Subscribe

 33         Share    ↓ Download    ···

625 views  Dec 16, 2022





## CHRISTINA TAFT - YOUTUBE - Entrepreneur, egalitarian, futurist ✈️ Founder of Worldie



**Paul Barresi**
622 subscribers

Subscribe

👍 31    👎    Share    ...

276 views  Dec 28, 2022

Christina Taft is a criminal who attempted to coerce an alleged victim of rape into helping her frame private investigator Paul Barresi. She holds herself out to be an entrepreneur and a futurist. If this evil criminal is what our world can look forward to in the future we are all in big trouble.



Search



0:01 / 1:25

## CHRISTINA TAFT CEO OF RESCUE SOCIAL MALICIOUS PLOT & EVIL INTENT TO FRAME HOLLYWOOD PI PAUL BARRESI



**Paul Barresi**
210 subscribers

Subscribe

🖒 9      👎      ↗ Share      •••

87 views  3 months ago

In 2015 Nashville recording artist Angela Gayle, aka Jane Doe reported she was sexually assaulted by well-known Hollywood actor.  Subsequently, an unknown assailant came up behind Angela, put a gun to a head & warned her to keep quiet. On Richie Albertini's direction, Christina Taft cont ...more

**1 Comment**      ☰ Sort by

# EXHIBIT  8

 **Gmail**

Christina Taft <taftchristina.ceo@gmail.com>

---

**(no subject)**

---

**paulbarresi@aol.com** <paulbarresi@aol.com>                                        Tue, Dec 13, 2022 at 2:01 PM
Reply-To: paulbarresi@aol.com
To: "taftchristina.ceo@gmail.com" <taftchristina.ceo@gmail.com>

hahahahahahahahhha. YOU ARE FRUSTRATED AND MENTALLY UNSTABLE AND SHOULD BE LOCKED UP.

...........................................................................................................................

**Hi Angela, Barresi may be arrested tomorrow for breaking Richie's restraining order. There's a warrant that will be issued…** I also mailed in a report to consumer affairs/BSIS on Barresi yesterday Have a great night and hope you sleep well!! Aaron said he can and will pray for you tomorrow morning. I'm not religious but he is here for you too ❤️ 🩹 ❤️ 🩹 Aaron's phone number is: +18033676728 The police are at Richie's now and reports/cases filed. Barresi called Rebecca Berry again (our friend/journalist) asking. When I dropped richie off this weekend there was a rainbow 🌈 which was a sign I hope 🤞 It's crazy all the running around everyone has to do go this guy. Yeah it's sad that it's taking a group of us to do anything now. Well. If it wasn't a group he'd be terrorizing everybody still. Yes it's really true. Only now are we getting completed reports and it being clearer. Everyone has different skills and personalities. These people have usually preyed on isolated victims I get frustrated as it's taken so long and there's a huge impact here. I hope there can be a better outcome and wrap up

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

**YOUR BROTHER IS A MONSTER**

**paulbarresi@aol.com** <paulbarresi@aol.com>
To: Christina Taft <taftchristina.ceo@gmail.com>

Tue, Jul 30, 2024 at 10:05 PM

I HEAR YOU ARE STILL SENDING YOUR GARBAGE TO REPORTERS AND BLOGGERS. YOU ARE SO PATHETIC.

DID YOU KNOW YOUR MOM WORKED AS A WHORE, TRIED TO SUE WARREN BETTY AND WAS A STRIPPER IN ARIZONA?

I CURSE THAT BITCH WHO BROUGHT YOU SCEAMMING INTO THIS WORLD.

HERE IS THE LATEST ON YOU SICKOS:

ALBERTINI AND TAFT, SEVERLEY MENTALLY ILL & A MENACE TO CIVILIZATION.

https://x.com/PaulBarresi1/status/1818418742340288764?ref_src=twsrc%5Egoogle%7Ctwcamp%5Eserp%7Ctwgr%5Etweet

Christina Taft C.E.O. [ADAM WALDMAN CALLS OUT OBSESSED AMBER HEARD FAN WHO MALICIOUSLY ATTACKS PRIVATE EYE AND OTHERS WHO HELPED LEAD JOHNNY DEPP TO VICTORY



▶ **CHRISTINA TAFT C.E.O. - DESPICABLE ACTS OF VENGEANCE**

Play

https://youtu.be/X3ckC07nGN4

**Christina Taft instills fear in vulnerable woman in deceitful attempt to coerce her into going along with lodging false allegations against Paul Barresi for heinous crimes.**
https://www.youtube.com/watch?v=wwaoiLRfg94&t=61s

**Christina Taft's own father says she is mentally ill, delusional & dangerous**
https://www.youtube.com/watch?v=5oAgbvnWJ5k&t=64s

**Christina Taft, [Amber Hoard's No 1 fan] finances and conspires with felons to attack Johnny Depp Witnesses**
https://www.youtube.com/watch?v=FwLtVCtjAKY

**Christina Taft instills fear in vulnerable woman in deceitful attempt to coerce her into going along with lodging false allegations against Paul Barresi for heinous crimes.**
AMBER'S ARMY OF NITWITS BUNGLE ANOTHER DEPP TARGETED ATTACk



▶ **AMBER'S ARMY OF NITWITS BUNGLE ANOTHER DEPP TARGETED ATTACk**

Play

**Christina Taft finances attacks**

https://www.youtube.com/watch?v=4AmBsgnJ04U&t=1s



**Paul Barresi v. Trader Joe's**

https://www.youtube.com/watch?v=xAsMtx8mJAo&t=4s

# EXHIBIT  9

 

**1,230 likes**

**angelagayle01** I've been through struggles over the last 9 months or so.  I usually like to keep my personal battles to myself. But last week, I met a new, very special friend that is in a similar battle.  She has taught me so much! One big lesson I've learned is to not dull or dumb myself down for anyone. I made the mistake of doing that recently and I didn't think anyone would understand my situation until she showed up in my life.

She encouraged me to put these pictures back up because even though they look like pretty pictures, they were taken with tons of hard work and struggle and if you look, show an immense story of perseverance.  I am surrounded by great people in my life, and I have so much to be thankful for.  I can learn from my tough situations and move forward now with no regrets. Thanks to everyone who has been so supportive of me and encouraged me to walk out of the dark and back into the light.

And to those of you who dragged me into the dark in the first place, I hope you make it back out some day!

July 21, 2023

 **angelagayle01**    

🎵 BTS STONE · Letter From Da Heart  🅴

7:05    51m

**Posts**    Follow

Liked by **fiona.patience.1605** and **others**

**angelagayle01** Just posting for fun today while taking a break. Strong mindset, positive outlook, and wishing the best for everyone.

Happy January all!

January 27, 2024



**angelagayle01**
Paid partnership

Liked by **anaprietoven** and **others**

**angelagayle01** Ready for the new. I've been laying low for a while but now it's time to come back out of hiding. The roller coaster starts again. Buckle up!

September 20, 2023



**angelagayle01**
↗ Justin Timberlake · Cry Me a River

# EXHIBIT 10

## DECLARATION OF HEATHER MICHELE COHEN / JUSTICE WARRIOR INVESTIGATIONS

1.  My name is Heather Cohen.

2.  I have been a licensed private investigator and president of Justice Warrior Investigations since 2016.

3.  Justice Warrior Investigations is a Tennessee-based agency.

4.  On March 18, 2025, I was hired by Plaintiff Christina Taft to interview Angela Meador, located at 123 E. Cedar Ln, Hendersonville, TN.

5.  On March 21, 2025, I left headquarters in Knoxville, TN, at 10:23 AM EST), en route to the home of Ms. Meador (about 194 miles door to door).

6.  I stopped for gas at about 11:32 AM (EST).

7.  I arrived at the provided location (pictured below) at 1:11 PM (EST) or 12:11 PM (CST).



8.  I verified the address, turned around, and parked in the driveway at about 1:35 PM (EST) or 12:35 PM (CST). I immediately exited my vehicle and approached the front door (left the car running for my dog).

9.  The front door was open, so I tapped on the glass, but quickly noticed a Caucasian male who made eye-contact, so I ceased knocking, at which point I noticed a female coming down the stairs who came to the door.

10. Ms. Angela Meador, who identified herself by name, came to the door wearing a hot-pink shirt and shorts. I introduced myself as Heather Cohen, a licensed private investigator. I showed her my license, which I was holding in my hand, and proceeded to ask the following questions (answer provided).

> Question #1: Did you give consent for the call (between yourself and CLIENT) to be recorded?
> Answer: "No."

Question #2: Did you consent for the call to be used?
Answer: "No."

Question #3: Did you give the recording to the defendant?
Answer: "No."

11. At this point, Ms. Meador stopped me and asked who I was working for. I advised her that I was not at liberty to share that. She then asked if I was working for "Mr. X", the defendant, or "Molly." I told her that I was not. Ms. Meador asked if I was trying to figure out who "Mr. X" was. I told her, "Not exactly, but if you want to tell me that would be ok." She said, "No, I don't." She appeared shaken and warned me that I "have no idea what [I'm] getting myself in the middle of and said that she would not answer any further questions unless I told her who I was working for.

12. Ms. Meador was shaking, had her hands over near her mouth, and appeared as though she was about to cry. Thus, I ended the interview and parked around the corner in a parking lot to call and consult with my client. I asked if Ms. Taft would like for me to go back and disclose who I was working for. Ms. Taft said, "No, I feel bad for her. She must be really scared."

13. After hanging up the phone with Ms. Taft, I attempted to listen to the audio of the interview and was surprised to discover that the recording had been intercepted with static. Ms. Taft called to advise that the audio was nothing but static, as well, and we discussed whether, or not, I should go back. We decided it wouldn't be a good idea because we didn't want her to feel like we were harassing her. After hanging up with Ms. Taft, I proceeded to the home of my next interviewee (from an unrelated case) who lives in Columbia, TN.

14. I arrived at my next destination, on N. Cross Bridges Rd, Columbia, TN, at 3:32 PM (EST) or 2:32 PM (CST).

15. From Columbia, TN, I proceeded to Williamson County, TN, where I picked up my minor child at 3:30 PM from a friend's house. We proceeded back to Knoxville, TN, where I reside.

16. I arrived in Knoxville, TN at 6:48 PM (EST) or 5:48 PM (CST).

17. I attest that the statement relied upon for the filed ex parte is grossly false in regards to my interaction with Ms. Meador (Gayle). Specifically that;
    a. I did not stalk the witnesses home for hours before approaching the door;
    b. I did not speak with Ms. Meador's neighbors or knock on any other doors;
    c. I did not "pound" on the door";
    d. I did not "demand" that she answer questions;
    e. I did identify myself as Licensed Private Investigator, Heather Cohen (2x);
    f. I showed my license to her;
    g. I did not refuse to leave;
    h. I did not stay for hours; and
    i. I did not see her (at any point) lift her phone to record me.

18. Further, I assured Ms. Meador (Gayle) that I was not a threat to her and I was only there to ask some questions.

19. The assertions made by the defendant's attorney, in regards to my interaction with Ms. Meador, are blatantly false.


I, Heather Michele Cohen, declare under penalty of perjury of the laws of the United States of America hereby swear that the foregoing is true and correct.

Dated: 3-26-2025

Heather Michele Cohen
Heather Michele Cohen

# EXHIBIT  11

 Gmail

**Christina Taft <taftchristina.ceo@gmail.com>**

---

## Fwd: 2of2 Richard Albertini hit man Paul Barresi and survivor Angela

**Molly Skye Brown** <molly.skye.brown@gmail.com>                    Mon, Nov 11, 2024 at 10:32 AM
To: taftchristina.ceo@gmail.com

Sent from my iPhone

Molly Skye Brown

#MeTooMuch

Host of the "Let's Be Frank" podcast

Subscribe to Apple Podcast here

Subscribe to the YouTube video production of podcast here

Begin forwarded message:

**From:** Molly Skye Brown <molly@ownacorp.com>
**Date:** September 14, 2021 at 3:28:53 PM EDT
**To:** cestep@maitlandpd.org
**Subject: 2of2 Richard Albertini hit man Paul Barresi and survivor Angela**

IMG_7373.PNG

IMG_7374.PNG

IMG_7375.PNG

IMG_7376.PNG

IMG_7377.PNG

Sent from my iPhone

Molly Skye Brown
Heal - Grow - Thrive
Host of the "Let's Be Frank" podcast subscribe to Apple Podcast
Subscribe to YouTube video production of podcast here

 Gmail

**Christina Taft <taftchristina.ceo@gmail.com>**

---

## Fwd: 1of2 Richard Albertini and hit man Paul Baressi attacking survivors of elite sex crimes

---

**Molly Skye Brown** <molly@ownacorp.com>
To: taftchristina.ceo@gmail.com

Sent from my iPhone

Molly Skye Brown

#MeTooMuch

Host of the "Let's Be Frank" podcast

Subscribe to Apple Podcast here

Subscribe to the YouTube video production of podcast here

Begin forwarded message:

**From:** Molly Skye Brown <molly@ownacorp.com>
**Date:** September 14, 2021 at 3:27:33 PM EDT
**To:** cestep@maitlandpd.org
**Subject: 1of2 Richard Albertini and hit man Paul Baressi attacking survivors of elite sex crimes**

Thank you for your assistance 

# EXHIBIT  12

## AFFIDAVIT OF ALEJANDRO HERNANDEZ

I am signing this Unsworn Declaration in place of an Affidavit as allowed by 28 U.S. Code § 1746.

My name is Alejandro Hernandez. I reside in El Paso County, Texas. I am above the age of 18 and in all respects of sound mind to make this affidavit. The facts stated in this affidavit are true and correct to the best of my knowledge and belief. I have personal knowledge of the facts stated herein and I'm competent to testify in this matter.

I am a licensed Private Investigator in El Paso, Texas. My investigative agency is A&E Investigations located in El Paso, Texas. On March 26, 2025, I met with Mr. James Conner in order to assist him with a statement to provide in the matter of Taft v. Paul Barresi, et al., Case No. 5:24-cv-01930-TJH-DTB, currently pending in the U.S. District Court of the Central District of California.

I did prepare a written statement based on my conversations with Mr. Conner and he did sign it in my presence. I am willing and available to testify in this case about my involvement with collecting the statement from Mr. James Conner.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on this the 26th day of March, 2025.

ALEJANDRO HERNANDEZ

# EXHIBIT 13

# PRINTABLE CASE VIEW

**Generated: 17-APR-2025 09:43 AM**                    **User: WEBU134222**

**Search Criteria: Case ID or Citation Number: 3DSS-25-0000044**

**1 record(s) total**

| | | |
|---|---|---|
| **Case ID:** 3DSS-25-0000044 - CHRISTINA TAFT V. PAUL BARRESI<br>**Type:** SS - DC Temp Restraining Order<br>**Status:** ACTIVE - Active Case<br>**Last Updated:** 15-Apr-2025 | **Filing Date:** TUESDAY, JANUARY 21, 2025<br>**Court:** THIRD CIRCUIT<br>**Location:** NORTH AND SOUTH HILO DIVISION | |

**Related Cases**

No related cases were found.

**Case Parties**

| Seq # | Assoc | End Date | Type | ID | Name / Aliases |
|---|---|---|---|---|---|
| 1 | | | Petitioner | @6683500 | TAFT, CHRISTINA |
| 2 | | | Respondent | @6683501 | BARRESI, PAUL |

**Bail / Bond Information**

No Bails were found.

**Events**

| Event | Parties | Date | Time | Room | Location | Judge | Appearance Disposition |
|---|---|---|---|---|---|---|---|
| Hearing | CHRISTINA TAFT - Petitioner<br>PAUL BARRESI - Respondent | 04/16/2025 | 09:30:00 | N/S Hilo Courtroom 2C | NORTH AND SOUTH HILO DIVISION | | |
| Hearing | CHRISTINA TAFT - Petitioner<br>PAUL BARRESI - Respondent | 04/02/2025 | 09:30:00 | N/S Hilo Courtroom 2C | NORTH AND SOUTH HILO DIVISION | | CON-Continued |
| Hearing | CHRISTINA TAFT - Petitioner<br>PAUL BARRESI - Respondent | 02/26/2025 | 09:30:00 | N/S Hilo Courtroom 2C | NORTH AND SOUTH HILO DIVISION | | CON-Continued |
| Hearing | CHRISTINA TAFT - Petitioner<br>PAUL BARRESI - Respondent | 01/29/2025 | 09:30:00 | N/S Hilo Courtroom 2C | NORTH AND SOUTH HILO DIVISION | | CON-Continued |

**Dockets**

| Docket # | Date | Docket | Document Name | Parties | Filing Party |
|---|---|---|---|---|---|
| 1 | 01/21/2025 | Ex Parte Petition for TRO | PETITION FOR EX PARTE TEMPORARY RESTRAINING ORDER AND FOR INJUNCTION AGAINST HARASSMENT; DECLARATION OF PETITIONER; TEMPORARY RESTRAINING ORDER AGAINST HARASSMENT; AND NOTICE OF HEARING | CHRISTINA TAFT - Petitioner | TAFT, CHRISTINA |
| 3 | 01/21/2025 | Payment Due to Court | | CHRISTINA TAFT - Petitioner | |
| 5 | 01/21/2025 | Document | TRO QUESTIONNAIRE | CHRISTINA TAFT - Petitioner | TAFT, CHRISTINA |
| 7 | 01/21/2025 | Info Confidential Doc - HCCR9 | Sealed | CHRISTINA TAFT - Petitioner | TAFT, CHRISTINA |
| 9 | 01/21/2025 | Payment Payment by Cash-Civil in the amount of $15.00 by PET - TAFT, CHRISTINA (6683500) | | CHRISTINA TAFT - Petitioner | |
| 10 | 01/22/2025 | Order-Temporary R/Order **CJIS** | TEMPORARY RESTRAINING ORDER AGAINST HARASSMENT; NOTICE OF HEARING GRANTED --JJHAWK-- | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 12 | 01/22/2025 | Notice of Court Date | | All Case Parties | |
| 13 | 01/29/2025 | Service-Return/Acknowledgement | RETURN OF SERVICE; ACKNOWLEDGEMENT OF SERVICE | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 15 | 01/29/2025 | Ext Temp Restraining Order | Order Extending Temporary Restraining Order; Amended Notice of Hearing | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 17 | 01/29/2025 | Notice of Court Date | | All Case Parties | |

| 18 | 01/29/2025 | Minutes (MKL/JAVS/TCW/EG) Petitioner, Christina Taft present pro se via zoom. Non appearance of respondent Paul Barresi. Court noted no service was made on respondent. Case continued to February 26, 2025 at 9:30am., in courtroom 2C for service and hearing on tro. Order extending temporary restraining order signed and filed. Petitioner is responsible for picking up copies of orders from the courthouse. | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | BA Timothy Weber PET TAFT, CHRISTINA CLK GOUVEIA, EMMALYN JUDG Laubach , M. Kanani |
|---|---|---|---|---|---|
| 19 | 02/20/2025 | Subpoena | SUBPOENA - JOE TRISCARI | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 21 | 02/20/2025 | Subpoena | SUBPOENA - MICHAEL KOUNTZ | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 23 | 02/20/2025 | Subpoena | SUBPOENA - LEILANI GIGENA | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 25 | 02/20/2025 | Subpoena | SUBPOENA - CLAUDIA JAMISON | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 27 | 02/20/2025 | Subpoena | SUBPOENA - MIKE MCCORMICK | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 29 | 02/20/2025 | Subpoena | SUBPOENA - MOLLY BEATON | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 31 | 02/20/2025 | Subpoena | SUBPOENA - IAN HERNDON | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 33 | 02/20/2025 | Subpoena | SUBPOENA - RICHARD ALBERTINI | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 35 | 02/20/2025 | Subpoena | SUBPOENA - MARIO NITRINI | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |

| 37 | 02/20/2025 | Subpoena | SUBPOENA - RYAN GARDNER | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 39 | 02/20/2025 | Subpoena | SUBPOENA - AMANDA BRIDENBAUGH | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 41 | 02/26/2025 | Notice of Court Date | | All Case Parties | |
| 42 | 02/26/2025 | Ext Temp Restraining Order | ORDER EXTENDING TEMPORARY RESTRAINING ORDER; AMENDED NOTICE OF HEARING | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 44 | 02/26/2025 | Minutes (MKL/JAVS/TCW/EG) Petitioner, Christina Taft present pro se via zoom. Non appearance of respondent Paul Barresi. Court noted no service was made on respondent. Case is continued to April 02, 2025 at 9:30am., in courtroom 2C for service and hearing on tro. Order extending temporary restraining order signed and filed. Petitioner is responsible to pick up copies of order from court court. | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | BA Timothy Weber PET TAFT, CHRISTINA JUDG Laubach , M. Kanani CLK GOUVEIA, EMMALYN |
| 45 | 03/11/2025 | Subpoena | SUBPOENA - SHANNON DENISE NEWSOME | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 47 | 03/11/2025 | Subpoena | JSUBPOENA - KIM HAYNES | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 49 | 03/11/2025 | Subpoena | SUBPOENA - REBECCA BERRY | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 51 | 03/11/2025 | Subpoena | SUBPOENA - DANIEL BRUMMITT | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 53 | 03/11/2025 | Subpoena | SUBPOENA - LAUREN PENA | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |

| 55 | 03/11/2025 | Subpoena | SUBPOENA - ERIK R. EICHLER | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 57 | 03/12/2025 | Subpoena Duces Tecum | SUBPOENA DUCES TECUM; EXHIBIT A - LINDSEY BURRILL | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 59 | 03/12/2025 | Subpoena | SUBPOENA - ANDREW DOUGHERTY | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 61 | 03/12/2025 | Subpoena | SUBPOENA - STARLA RAMIREZ | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 63 | 03/12/2025 | Subpoena | SUBPOENA - NIKO SANCHEZ | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 65 | 03/12/2025 | Subpoena | SUBPOENA - JUAN CARLOS BROOKS | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 67 | 03/12/2025 | Subpoena | SUBPOENA - MARK ACKRICH | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 69 | 03/12/2025 | Subpoena Duces Tecum | SUBPOENA DUCES TECUM; EXHIBIT A - JUAN CARLOS BROOK | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 71 | 03/18/2025 | Subpoena | SUBPOENA - JAMES CONNER | CHRISTINA TAFT - Petitioner | TAFT, CHRISTINA |
| 73 | 03/18/2025 | Subpoena Duces Tecum | SUBPOENA DUCES TECUM; EXHIBIT A - T-MOBILE | CHRISTINA TAFT - Petitioner | TAFT, CHRISTINA |
| 75 | 03/18/2025 | Subpoena Petitioner selected Subpoena but also directs witness to also bring items with them to hearing. Filed as is. TEG 03/18/2025 | SUBPOENA - LINDSEY BURRILL | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 77 | 03/18/2025 | Subpoena | SUBPOENA - DON DEBAUN | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |

| 79 | 03/18/2025 | Subpoena | SUBPOENA - STACY CONNER | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 81 | 03/18/2025 | Subpoena | SUBPOENA - SEAN CONNER | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 83 | 03/28/2025 | Service-Return/Acknowledgement | RETURN OF SERVICE; ACKNOWLEDGMENT OF SERVICE REBECCA M. BERRY WAS SERVED ON MARCH 12, 2025 AT 1859HRS. WITH SUBPOENA DUCS TECUM BY ERIK EICHLER. | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 85 | 03/28/2025 | Service-Return/Acknowledgement | RETURN OF SERVICE; ACKNOWLEDGMENT OF SERVICE JAMES CONNER WAS SERVED ON MARCH 26, 2025 AT 2:00PM WITH SUBPOENA BY ALEJANDRO HERNANDEZ. | CHRISTINA TAFT - Petitioner | TAFT, CHRISTINA |
| 87 | 03/28/2025 | Service-Return/Acknowledgement | RETURN OF SERVICE; ACKNOWLEDGMENT OF SERVICE T-MOBILE USA, INC. C/O CORP. SERVICE COMPANY WAS SERVED ON 03/25/2025 AT 11:30AM WITH SUBPOENA DUCS TECUM BY TAD OIE. | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 89 | 03/28/2025 | Service-Return/Acknowledgement | RETURN OF SERVICE; ACKNOWLEDGMENT OF SERVICE LINDSEY BURRILL AS SERVED ON 3/17/2025 AT 12:55PM WITH SUBPOENA DUCES TECUM, EXHIBIT A BY SANDRA YADE. | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 91 | 03/28/2025 | Subpoena | SUBPOENA - ANGELA GAYLE MEADOR | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | TAFT, CHRISTINA |
| 93 | 04/02/2025 | Notice of Court Date | | All Case Parties | |
| 94 | 04/02/2025 | Ext Temp Restraining Order | ORDER EXTENDING TEMPORARY RESTRAINING ORDER; AMENDED NOTICE OF HEARING | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |

| 96 | 04/02/2025 | Minutes (MKL/JAVS/TCW/EG) Petitioner, Christina Taft present pro se via zoom Non appearance of respondent Paul Barresi. Court noted no service was made on respondent. Court also noted that restraining order will expire on 04/21/25. Petitioner requests continuance of matter as she believes that she can get respondent served. Case continued to April 16, 2025 at 9:30am., in courtroom 2C for service and hearing on TRO. Order extending temporary restraining order signed and filed. Petitioner is responsible for obtaining copies of orders. | | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | BA Timothy Weber PET TAFT, CHRISTINA JUDG Laubach , M. Kanani CLK GOUVEIA, EMMALYN |
| 97 | 04/10/2025 | Subpoena Duces Tecum | SUBPOENA DUCE TECUM; EXHIBIT A - T-MOBILE USA | CHRISTINA TAFT - Petitioner | TAFT, CHRISTINA |
| 99 | 04/11/2025 | Subpoena Duces Tecum | Subpoena Duces Tecum; Exhibit A (Rebecca Mariah Berry) | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 101 | 04/11/2025 | Subpoena Duces Tecum | Subpoena Duces Tecum; Exhibit A (Ian Travis Herndon) | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 103 | 04/11/2025 | Subpoena Duces Tecum | AMENDED Subpoena Duces Tecum; Exhibit A (IAN TRAVIS HERNDON) | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
| 105 | 04/14/2025 | Return of Service | RETURN OF SERVICE; ACKNOWLEDGMENT OF SERVICE | CHRISTINA TAFT - Petitioner | |
| 107 | 04/15/2025 | Return of Service | Proof of Service PAUL BARRESI WAS SERVED ON 4/11/2025 AT 3:02PM WITH PETITION FOR EX PARTE TEMPORARY RESTRAINING ORDER AND FOR INJUNCTION AGAINST HARASSMENT; DECLARATION OF PETITIONER; TEMPORARY RESTRAINING ORDER AGAINST HARASSMENT; AND NOTICE OF HEARING BY M. RAITH FOR J. DEAN. | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |

| 109 | 04/15/2025 | Document | Affidavit of Service | CHRISTINA TAFT - Petitioner PAUL BARRESI - Respondent | |
|-----|-----|-----|-----|-----|-----|

# EXHIBIT 14

☐ S**UBPOENA OR** ☑ S**UBPOENA** D**UCES** T**ECUM**; E**XHIBIT** A

Form# 3DC49

**I**N **T**HE **D**ISTRICT **C**OURT OF THE **T**HIRD **C**IRCUIT
**NORTH AND SOUTH HILO**_____D**IVISION**
**S**TATE OF **H**AWAI'I

Plaintiff(s)
CHRISTINA TAFT

<span style="color:red">**Electronically Filed
THIRD CIRCUIT
3DSS-25-0000044
11-APR-2025
10:22 AM
Dkt. 99 SDT**</span>

Reserved for Court Use

Civil No. 3DSS-25-0000044

Defendant(s)
PAUL BARRESI

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)

Christina Taft, Pro Se
747 Laukapu St
Hilo, Hawaii 212-718-1003

Name and Address of Witness:
REBECCA MARIAH BERRY
(Street Address of Witness Hidden for Protection)
Farmington, Connecticut

Date & Time:
Upcoming Injunctions, Police Investigation, Trial Restraining

Location To Appear:
Zoom for Courtroom 2C
777 Kilauea Avenue
Hilo, Hawaii 96720-4212

☐ **SUBPOENA OR** ☑ **SUBPOENA DUCES TECUM**

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I YOU ARE COMMANDED** to subpoena the individual named above.
      This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

**TO THE WITNESS**
YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the
      ☑ **PLAINTIFF(S)**          ☐ **DEFENDANT(S)**
who shall be responsible to provide you with a fee for attendance and mileage allowed by law.
      ☑  You are further ordered to bring with you the items listed in Exhibit A.
      ☐  You are required to designate a representative of your organization to testify for the organization on the following matters:

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.**

Date: APR 1 1 2025          Clerk of the above-entitled Court          _A. Oswalt_          A. OSWALT

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date.
For all Civil related matters, please call or visit the District Court at: Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

_____
Clerk, District Court of the Above Circuit, State of Hawai'i

CommonLook®
508 Certified
Reprographics (08/09)

3D-P-301

## Subpoena Duces Tecum Exhibit A to Witness Rebecca Mariah Berry:

**Rebecca Mariah Berry is COURT ORDERED to provide a Declaration or Affidavit to protect Witness-Victim Angela Gayle Meador from Defendant and/or Csokas, and to assist police investigations, witness protection, injunctions, court cases.**

**PRODUCE A DECLARATION OR AFFIDAVIT BY REBECCA BERRY**

**STATE OF [STATE]**
**COUNTY OF [COUNTY]**
**[CASE NAME]**
**[CASE NUMBER]**
**[COURT NAME]**

I, Rebecca Berry, being first duly sworn, hereby state and affirm as follows:

1. I am over eighteen (18) years of age, of sound mind, and competent to make this affidavit. I have personal knowledge of the facts stated herein and could and would testify competently to these facts if called as a witness in this matter.

2. I have firsthand knowledge regarding the Defendant Barresi's attempts to intimidate and coerce regarding Angela Meador's testimony through my direct interactions with the Defendant.

3. I have not directly communicated with Angela Meador, who is a witness in the above-referenced case.

4. Specifically, I have been subjected to the following incidents involving the Defendant Barresi related to Angela Meador:

a. On or about [DATE], the Defendant Barresi contacted me and made intimidating statements regarding Angela Meador, specifically concerning her assault by Marton Csokas. The Defendant stated [PROVIDE SPECIFIC QUOTES OR DETAILED PARAPHRASING OF INTIMIDATING STATEMENTS].

b. On or about [DATE], the Defendant Barresi described to me in a strange way the retaliation that Angela Meador had faced, which I understood as an implicit

threat and attempt to discourage witness cooperation, to repeat. Specifically, the
Defendant stated [PROVIDE SPECIFIC DETAILS OF WHAT WAS SAID].

5.  On or about [DATE], I became aware that the Defendant Barresi had
    obtained an audio recording of a phone call between Christina Taft and
    Angela Meador. This recorded conversation included discussion of Angela
    Meador's assault by Marton Csokas and the subsequent retaliation she
    faced.

6.  Upon learning that the Defendant had obtained this recording, I became
    deeply concerned for Angela Meador's safety and well-being. I attempted
    to report this matter to the Federal Bureau of Investigation on [DATE] by
    [DESCRIBE METHOD OF CONTACT - phone, in person, online tip, etc.].
    During this report, I informed the FBI that:

a. The Defendant had obtained a private recording containing sensitive
information about an assault victim

b. The recorded conversation discussed specific details of Angela Meador's assault
by Marton Csokas

c. The recording also contained information about retaliation that Angela Meador
had already faced

d. I feared the Defendant might use this recording to further intimidate Angela
Meador and Christina Taft in that phone call, or others connected to the case

7. I feared that the Defendant was using the audio recordings of phone calls to
implicate assault victim Angela Meador without her consent to further threat of
violence, harm, blackmail, exploitation and retaliation. This concern was based on
[SPECIFIC STATEMENTS OR ACTIONS BY DEFENDANT THAT LED TO THIS FEAR].

a. On or about [DATE], the Defendant Barresi directed me to communicate with
what I later discovered was a fraudulent law enforcement email address
([SPECIFIC EMAIL ADDRESS IF KNOWN]). The Defendant instructed me to
[DESCRIBE WHAT YOU WERE TOLD TO DO WITH THIS EMAIL ADDRESS].

b. I believed that this fraudulent law enforcement communication channel was
being used by the Defendant to obstruct reporting and justice for Angela Meador

related to the assault and retaliation by Marton Csokas. During our interactions, Defendant showed clear aggression towards Angela Meador, which was evident by [DESCRIBE SPECIFIC BEHAVIORS OR STATEMENTS SHOWING AGGRESSION].

7. Based on my direct interactions with the Defendant Barresi, I have observed a pattern of behavior that appears designed to:

a. Intimidate potential witnesses through descriptions of retaliatory actions taken against Angela Meador

b. Discourage cooperation with legitimate law enforcement by redirecting communications to fraudulent channels

c. Use audio recordings of phone calls to implicate assault victim Angela Meador without her consent to further threat of violence, harm, blackmail, exploitation and retaliation

d. Obstruct proper reporting and justice for Angela Meador regarding the assault and retaliation by Marton Csokas

e. [ANY OTHER OBSERVED PATTERNS]

8. The Defendant Barresi has made the following specific statements to me regarding Angela Meador and her testimony:

a. [QUOTE OR PARAPHRASE SPECIFIC STATEMENTS]

b. [ADDITIONAL STATEMENTS]

9. I believe these actions by the Defendant Barresi constitute attempts to interfere with Angela Meador's testimony and the proper administration of justice in this case.

10. I make this affidavit of my own free will to document these concerns about witness intimidation and coercion that I believe are relevant to the administration of justice in this case.

I solemnly affirm under oath with good faith and the penalties of perjury and upon personal knowledge that the contents of the foregoing affidavit are true.

Executed on this _____ day of _____, 2025.

_____

Rebecca Berry, Affiant

STATE OF [STATE]
COUNTY OF [COUNTY]

SUBSCRIBED AND SWORN TO before me on this _____ day of _____, 2025.

_____

NOTARY PUBLIC

My Commission Expires: _____

# EXHIBIT 15

11:42

RB

Rebecca ›

Something Lynde with a pillow

Raccoon eyes??

It's so chilling and every time he talks about it he gives something else aaay

away

he was there

at a minimum

her home was broken into less than a week prior to her death, that's why the widow was boarded up

supposedly she went on the roof to smoke a cigarette but she wasn't a smoker

I know she had no alcohol in her system but i wonder if they tested her for nicotine

the reason they said she was smoking on the roof is they found cigarette butts out there

Text Message



Oct 5, 2022 at 4:48 AM

not sure if you saw this...

he also made a really nasty comment about your mom :(

Wow that's disgusting

do you know what he's talking about?

and yes very disturbing

to portray a kidnapping victim when taking about you :(

**8:25**

 

Rebecca ›

Michael may have insights on how best you can report issues. I also have Metcalf's email address

I think Barresi is the "Bag Man" distraction stumbling around chaotically and he distracts from the larger hounds.

he's just the one I'm most afraid of personally

It's why he doesn't get paid as much

Is Angela now denying that he was that one who pulled a gun on her?

Yeah she is

so she's saying it never even happened?

She said it was some other man that she didn't know the identity of

hmmm

why was she so sure it was Barresi before?

and is she denying she got the letter with his name on it?

I did find it interesting that no one is denying the letter was sent, just saying it was sent by Hessler and not Barresi



 Text Message • SMS 

9:54

## October 9, 2022
2:54 PM

Attachments: 5 Images

**From Me** >

back and realize some people don't
have the same morals as me I guess idk

Overall I can get really depressive and sad

October 6, 2022

 **Christina Taft**  10/06/2022
Helloooooooo ❤️ 🎨 💕

October 9, 2022

 **Christina Taft**  Today at 2:48 PM
Do Not share any evidence or files with
anyone. It can and will damage anyone (50+
people) involved in them.

Have you ever met that UK Bf? You seem to
get controlled too often.

—————— **NEW MESSAGES** ——————

 **SwedishJewFish**  Today at 2:52 PM
I didn't share any evidence-He's either bluffing
or I've have been hacked. I'm contacting an
attorney Monday.

I made a report to the FBI last night as I'm
concerned for Angela's safety if Barresi
actually has that recording. I did provide your
phone # as well as his



seem to get controlled too often.

Oct 9, 2022 at 2:11 PM

Don't worry about all of this and take a break.. the common purpose for me has always been to help women and girls. I emailed Lee and you back.

Oct 9, 2022 at 3:13 PM



Barresi did get ahold of the audio of Angela that I sent to your account.

Hmm "obviously privileged because of scary Barresi" is in there.



3:01                                                               LTE

                                              

**Paul Barresi** ⌄


Players already won over
$10,000,000    PLAY NOW

> worked for Amber or did anything for her. Amber's team hasn't been involved with Albertini since he was cut loose upon your investigation of him

Gossup

> Right, and I know he's justice using this story to get views and clicks, but this is a serious issue and Angela is in genuine fear and I'm sure would not consent to her audio being posted.

Did you find the Chew tape and the 2nd Waldman tape

> not yet i'm still out I will send it when I'm home. But I need to know it's not going to end up in TUG's hands. Can you please ask him to take that video down?

> is the FBI agent I'm supposed to send this to that cathleen connolly in the email you forwarded to me?

      Type a message                    ➤

3:01    📶 LTE 🔋

‹    (PB)    📞

**Paul  Barresi** ⌄

Solitaire CASH    Players already won over
**$10,000,000**    PLAY NOW

TUG posted that audio of
Angela and Christina

**Today** 11:18 AM

**Paul  called you**
1 min 31 sec

How was the call quality?

**Paul  called you**
22 sec

Call back

How was the call quality?

**Today** 2:55 PM

No when?

22 minutes ago

https://youtu.be/AFrPdGxUo3o

he's also saying this is "Team
Amber Heard" and neither
Albertini or Christina ever

📷    GIF    Type a message    ➤

# EXHIBIT 16

AMENDED

☐ **SUBPOENA OR ☑ SUBPOENA DUCES TECUM; EXHIBIT A**

Form# 3DC49

| **IN THE DISTRICT COURT OF THE THIRD CIRCUIT** |
| **NORTH AND SOUTH HILO** DIVISION |
| **STATE OF HAWAIʻI** |

Plaintiff(s)
CHRISTINA TAFT

**Electronically Filed
THIRD CIRCUIT
3DSS-25-0000044
11-APR-2025
02:54 PM
Dkt. 103 SDT**

Reserved for Court Use

Civil No. 3DSS-25-0000044

Defendant(s)
PAUL BARRESI

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)
.Christina Taft, Pro Se
747 Laukapu St
Hilo, Hawaii 212-718-1003

Name and Address of Witness:
IAN TRAVIS HERNDON
(Street Address of Witness Hidden for Protection)
Tampa Bay, Florida, USA

Date & Time:
Upcoming Injunctions, Police Investigation, Trial Restraining

Location To Appear:
Zoom for Courtroom 2C
777 Kilauea Avenue
Hilo, Hawaii 96720-4212

☐ **SUBPOENA OR ☑ SUBPOENA DUCES TECUM**

**THE STATE OF HAWAIʻI TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAIʻI YOU ARE COMMANDED** to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

**TO THE WITNESS**

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

☑ PLAINTIFF(S)     ☐ DEFENDANT(S)

who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

☑ You are further ordered to bring with you the items listed in Exhibit A.

☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.**

Date: APR 1 1 2025     Clerk of the above-entitled Court     A. OSWALT

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 at least (10) working days before your preceeding, hearing, or appointment date.
For all Civil related matters, please call or visit the District Court at: Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

SUBPOENA

I certify that this is a full, true and correct copy of the original issued from this office.

Clerk, District Court of the Above Circuit, State of Hawaiʻi

CommonLook®
508 Certified
Reprographics (09/09)

3D-P-301

**SUBPOENA DUCES TECUM EXHIBIT A TO WITNESS IAN TRAVIS HERNDON:**

**DOCUMENTS, INFORMATION, AND OBJECTS TO BE PRODUCED**

Pursuant to this Subpoena Duces Tecum, as court ordered, Ian Travis Herndon is commanded to produce the following:

**NOTE:** This subpoena is issued to assist in police investigations and injunction proceedings related to serious criminal matters including assault, kidnapping, and violent retaliation by Csokas and coercion by Defendant(s).  The public interest in safety and justice necessitates full compliance with this legal document.

1.  Any and all recordings of telephone conversations between Ian Herndon and Angela Meador in which the following subject matters are discussed:

a. The brutal violent assault committed by Marton Csokas against Angela Meador, including acts of kidnapping and violence against her person;

b. The incident in Florida where an assailant put a gun to Angela Meador's head shortly after the assault by Marton Csokas;

c. The traumatic impact of said assault and subsequent gun threat on Angela Meador;

d. Any and all instances of the years-long retaliation by Marton Csokas against Angela Meador following the assault;

e. Any discussions regarding how such retaliation obstructed or impeded Angela Meador's efforts to report the assault to law enforcement;

f. Any discussions regarding how such retaliation deterred or prevented Angela Meador from pursuing legal remedies through civil lawsuits;

g. Any conversations regarding witness testimony or evidence related to the assault or subsequent retaliation.

2.  For each recording produced, please provide:

a. The date and approximate time of the recorded conversation;

b. The method of recording (e.g., cell phone application, voice recorder, etc.);

c. A statement confirming that the recording is complete and unaltered;

d. Documentation noting that these recordings are being produced pursuant to this subpoena to assist in ongoing police investigations and injunction proceedings, regardless of consent status at the time of recording.

   3.  A detailed written statement from Ian Herndon recounting in high detail:

a. The complete timeline of the assault against Angela Meador as she confided to him, including all incidents of kidnapping and violence;

b. The full chronology of the years-long retaliation Angela Meador experienced from Marton Csokas as described to Ian Herndon in their communications;

c. Any knowledge of the incident in Florida involving an unknown assailant threatening Angela Meador with a firearm;

d. All information shared by Angela Meador regarding her attempts to seek help from law enforcement and barriers she encountered.
e. Information on fear of retaliation shown by Angela Meador of Defendant Barresi and other Defendants, and/or through direction by Csokas or Defendant

   4.  Any log, catalog, or other documentation that identifies the existence of such recordings, as they have been possessed by witness Ian Herndon.

   5.  If any responsive recordings have been deleted, destroyed, or are otherwise unavailable, please provide an explanation regarding the circumstances of such unavailability. Production is demanded by the court.

**PRESERVATION DIRECTIVE:**

Ian Herndon is hereby ORDERED to immediately preserve and maintain all recordings of conversations with Angela Meador, regardless of date, content, or format. Ian Herndon is EXPRESSLY PROHIBITED from deleting, destroying, altering, editing, or modifying in any way any recordings, transcripts, notes, or any other records of communications with Angela Meador. This preservation directive applies to all materials in Ian Herndon's possession, custody, or control, including those stored on personal devices, cloud storage accounts, external storage media, or any other location or medium. Failure to comply with this preservation directive may result in severe sanctions.

**INSTRUCTIONS FOR PRODUCTION:**

1.  This request includes all recordings in your possession, custody, or control, including those stored on personal devices, cloud storage, or any other medium.

2.  Each recording should be produced in its native digital format, with metadata preserved.

3.  If you believe that any requested recording is under attorney-client privilege, please provide a log identifying the recording and the basis for withholding it.

4.  These materials must be produced on or before the date required, to Plaintiff and Petitioner for investigation. Provide to Plaintiff and Petitioner regarding the police investigation protecting Meador and court cases.

5.  Failure to comply with this subpoena may result in contempt proceedings or other legal sanctions.


AS COURT ORDERED BY THE JUDGE WITH THIS SUBPEONA AND ISSUED BY THE COURT CLERK

# EXHIBIT  17

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2               IN AND FOR THE COUNTY OF LOS ANGELES

 3    DEPARTMENT PDS              HON. TIMOTHY MARTELLA, JUDGE

 4

 5    RICHARD ALBERTINI,              )
                                      )
 6                                    )
                       PETITIONER,    )
 7                                    )
                                      )
 8            VS.                     )    22PDRO01308
                                      )
 9                                    )
      PAUL BARRESI,                   )
10                                    )
                                      )
11                     RESPONDENT.    )
      _____)
12

13

14

15              REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                  WEDNESDAY, OCTOBER 19, 2022

17

18    APPEARANCES:

19    FOR THE PETITIONER:   RICHARD ALBERTINI
                            (IN PROPRIA PERSONA)
20
      FOR THE RESPONDENT:   VERNON LOUIS ELLICOTT, ESQ.
21                          (VIA COURTCONNECT)

22

23    ALSO PRESENT:         PAUL BARRESI
                            (VIA COURTCONNECT)
24

25

26

27                     ELSIE DIWA CERVANTES
                         CSR NO. 11416
28                   OFFICIAL COURT REPORTER
```

CERTIFIED TRANSCRIPT

```
 1              M A S T E R   I N D E X

 2

 3                   SESSIONS

 4                                                    PAGE

 5   WEDNESDAY, OCTOBER 19, 2022
        A.M. SESSION                                   6
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

```
1                    M A S T E R   I N D E X

2

3              CHRONOLOGICAL INDEX OF WITNESSES

4                                                        PAGE

5    RICHARD ALBERTINI
         DIRECT EXAMINATION BY THE COURT                   8
6        CROSS-EXAMINATION BY MR. ELLICOTT                27

7    PAUL BARRESI
         DIRECT EXAMINATION BY MR. ELLICOTT               32
8        CROSS-EXAMINATION BY MR. ALBERTINI               42

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

```
 1                    M A S T E R   I N D E X

 2                        VOLUME 11

 3

 4                ALPHABETICAL INDEX OF WITNESSES

 5                                                      PAGE

 6   ALBERTINI, RICHARD
       DIRECT EXAMINATION BY THE COURT                    8
 7     CROSS-EXAMINATION BY MR. ELLICOTT                  27

 8   BARRESI, PAUL
       DIRECT EXAMINATION BY MR. ELLICOTT                32
 9     CROSS-EXAMINATION BY MR. ALBERTINI                42

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

```
 1              M A S T E R   I N D E X

 2

 3

 4                    E X H I B I T S

 5   NUMBER          DESCRIPTION                      PAGE

 6   EXHIBIT A    LANCASTER COUNTY SHERIFF REPORT      37

 7   EXHIBIT B    RESPONDENT'S PHONE RECORDS           37

 8   EXHIBIT C    RESPONDENT'S DECLARATION             41

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

```
 1
 2   CASE NUMBER:              22PDRO001308
 3   CASE NAME:                ALBERTINI VS. BARRESI
 4   DEPARTMENT PDS            HON. TIMOTHY MARTELLA, JUDGE
 5   PASADENA, CA              WEDNESDAY, OCTOBER 19, 2022
 6   REPORTER:                 ELSIE DIWA CERVANTES, CSR #11416
 7   TIME:                     A.M. SESSION
 8
 9                      --OOO--
10   APPEARANCES:
11         FOR THE RESPONDENT, REPRESENTED BY VERNON
12      LOUIS ELLICOTT, ESQ.; FOR THE PETITIONER,
13      REPRESENTED BY RICHARD ALBERTINI, IN PROPRIA
14      PERSONA.
15
16         THE COURT:  NO. 4, ALBERTINI VS. BARRESI.
17         MR. ALBERTINI:  GOOD MORNING, YOUR HONOR.
18         THE COURT:  GOOD MORNING.
19         THE CLERK:  DO YOU SOLEMNLY STATE UNDER PENALTY
20   OF PERJURY THAT THE TESTIMONY YOU MAY GIVE IN THE CAUSE
21   NOW PENDING BEFORE THIS COURT SHALL BE THE TRUTH, THE
22   WHOLE TRUTH, AND NOTHING BUT THE TRUTH?
23         MR. ALBERTINI:  YES.
24         THE CLERK:  STATE YOUR FIRST AND LAST NAME FOR
25   THE RECORD.
26         MR. ALBERTINI:  RICHARD ALBERTINI.
27         THE COURT:  SIR, THIS IS ODD, BECAUSE BARRESI
28   FILED A DECLARATION.
```

```
 1                SIX OF THEM -- PAUL WAS HIRED BY AN
 2    ATTORNEY IN BEVERLY HILLS NAMED MARTY SINGER.  MARTY
 3    SINGER PAID HIM TO GO PUT THESE FIRES OUT.  SIX OF THE
 4    TRANSGENDER PROSTITUTES RECANTED THEIR STORY.  THE
 5    SEVENTH ONE FELL OFF THE ROOF OF HER APARTMENT BUILDING
 6    JUST A FEW DAYS BEFORE HER TESTIMONY.  I HAVE IN
 7    WRITING -- I HAVE IN WRITING FROM PAUL BARRESI, HIS
 8    ADMISSION TO DOING THIS.
 9         Q     DID YOU GIVE THAT TO THE POLICE?
10         A     YES, I DID.
11         Q     WHAT HAPPENED?
12         A     HE SAID THEY NEED TO CONDUCT AN
13    INVESTIGATION BECAUSE --
14         Q     HOW LONG AGO --
15         A     LAST YEAR.  SINCE THEN, JUST NOT EVEN TWO
16    WEEKS AGO, HE SENT A VERY LONG DETAILED TEXT MESSAGE TO
17    A WOMAN BY THE NAME OF DENISE SHANNON.  DENISE SHANNON
18    IS A PARALEGAL WHO WORKS FOR US.  HE WENT INTO DETAIL
19    AGAIN ABOUT WHAT HAPPENED WITH THAT TRANSGENDER
20    PROSTITUTE.
21         Q     AND HE SAYS, "I PUSHED THAT PERSON OFF
22    THE ROOF"?
23         A     YES.
24         Q     I FIND THAT HARD TO BELIEVE.
25         A     I CAN SHOW IT TO YOU.
26         Q     I JUST FIND IT HARD TO BELIEVE THAT --
27         A     IT'S NOT JUST ME NOW.  HE SENT THIS SAME
28    INFORMATION TO THREE DIFFERENT PEOPLE.
```

1   ALLEGED TRANSVESTITE GIRLFRIEND.  IT'S JUST CRAZY.

2             AND SO, YOUR HONOR, JUST TO CLEAR IT UP,

3   HE SAID THAT I PUT IN WRITING.  WELL, I GOT SO SICK OF

4   HIS DELUSIONS.  THERE WAS ONE TEXT WHERE HE SAID, "I

5   KNOW YOU THREW THAT TRANSVESTITE OUT OF THE WINDOW."

6             I SAID I DIDN'T THROW HER OUT OF THE

7   WINDOW.  I THREW HER OFF THE ROOF.  HE SAID, "I KNOW

8   YOU KILLED PAUL LYNDE."

9             I SAID, "SOMEBODY HAD TO DO IT," STUFF

10  LIKE THAT, JUST TO PLAY INTO HIS DELUSIONS.  IT

11  PROBABLY WAS, IN HINDSIGHT, NOT A GOOD IDEA.  IN FACT,

12  I FOUND PAUL LYNDE'S BODY.  HE WAS A DEAR, DEAR FRIEND

13  OF MINE.  WE TOURED THE COUNTRY WHEN I WAS AN ACTOR

14  DOING PLAYS.

15            AS FAR AS EDDIE MURPHY GOES, HE'S THE

16  CLIENT OF PREEMINENT ENTERTAINMENT ATTORNEY MARTY

17  SINGER, WHO I WORKED WITH FOR 30 YEARS, AND I DID

18  EVERYTHING BY THE BOOK.  AND SHE WAS NOT MURDERED.  SHE

19  DIED FROM AN ACCIDENTAL DEATH.  AND THE CORONER'S

20  REPORT WILL VERIFY THAT FACT.  I CAN GO ON, BUT I THINK

21  I'M GOING TO, IN THE INTEREST OF SAVING THE COURT'S

22  TIME, I'M GOING TO STOP RIGHT HERE.

23       Q    THANK YOU.  ONE MORE QUESTION FOR YOU,

24  MR. BARRESI.  YOUR DECLARATION, SOME OF THE QUESTIONS

25  OF THE ALLEGATIONS OF MR. ALBERTINI, IS EVERYTHING IN

26  YOUR DECLARATION TRUE AND CORRECT?

27       A    EVERYTHING TO THE LETTER.

28            MR. ELLICOTT:  WE ALSO WISH TO ADMIT

```
 1   SIMPLY AS YOU CAN.  GO AHEAD.
 2
 3                       CROSS-EXAMINATION
 4   BY MR. ALBERTINI:
 5        Q     PAUL, EARLIER YOU STATED THAT YOU WENT TO
 6   MY FORMER HOUSE BECAUSE YOU WERE LOOKING TO SERVE A TRO
 7   ON ME.  WHY DIDN'T YOU FILE THAT TRO BEFORE GOING TO MY
 8   HOME?
 9        A     I WENT THERE TO VERIFY WHETHER, INDEED,
10   THAT WAS YOUR PHYSICAL ADDRESS.
11        Q     DID YOU SEND ME A TEXT MESSAGE TELLING ME
12   THAT YOU KILLED SHALIMAR?
13        A     NO.  IT WAS --
14        Q     DID YOU OR DID YOU NOT SEND --
15        THE COURT:  STOP.
16        THE WITNESS:  CAN YOU PLEASE READ ME THE TEXT
17   MESSAGE?
18        THE COURT:  GO AHEAD.  I THINK HE ALREADY
19   TESTIFIED THAT HE SAID HE THREW HER OFF THE ROOF.  HE'S
20   EXPLAINING IT.
21        MR. ALBERTINI:  THERE'S SEVERAL DIFFERENT TEXT
22   MESSAGE --
23        THE COURT:  WHEN THE JUDGE SPEAKS, YOU NEED TO
24   BE QUIET.
25        MR. ALBERTINI:  I'M SORRY.
26        THE COURT:  HE'S ALREADY SAID THAT HE -- YOU
27   SAID YOU KILLED IT ONE WAY, AND HE SAID, NO, I DID IT A
28   DIFFERENT WAY.  HE'S ALREADY SAID -- HE'S DESCRIBING
```

```
 1   THAT HE WAS JUST SO SICK HE WAS PLAYING ALONG WITH IT.
 2   HE SAID IT, SO I DON'T KNOW WHY --
 3         MR. ALBERTINI:  HE ASKED ME TO READ IT, THAT'S
 4   ALL.
 5         THE COURT:  I KNOW, BUT I'M NOT SURE WE NEED TO
 6   HEAR THAT NOW.  HE SAID HE DID IT.
 7         MR. ALBERTINI:  CAN I ASK MY NEXT QUESTION?
 8         THE COURT:  YES.
 9   BY MR. ALBERTINI:
10         Q     PAUL, DID YOU TEXT DENISE SHANNON LAST
11   WEEK, TELLING HER THAT YOU WERE ON THE ROOF WITH
12   SHALIMAR, AND WHEN YOU LUNGED FOR SHALIMAR, SHE FELL.
13   DID YOU TEXT THAT TO DENISE SHANNON, YES OR NO?
14         MR. ELLICOTT:  OBJECTION.  RELEVANCE.
15         THE COURT:  OVERRULED.  DID YOU?
16         THE WITNESS:  I WAS PLAYING INTO HIS DELUSIONS.
17   I WAS JOKING.  THE WHOLE LIVE WORLD KNOWS.  IN THE
18   CORONER'S REPORT -- I EVEN TALKED TO THE DETECTIVE WHO
19   WAS FIRST ON THE SCENE THAT FATEFUL NIGHT WHEN THAT
20   POOR WOMAN ACCIDENTALLY FELL TO HER DEATH.  I WAS
21   TOYING WITH ALBERTINI, I WAS MOCKING WITH HIM, AND ALSO
22   HIS FRIENDS, WHO HE BELIEVES AS DELUSIONAL, IF NOT
23   MORE, THAN HE IS.  AGAIN --
24         THE COURT:  THANK YOU.  YOU'VE ANSWERED.  ALL
25   RIGHT.
26               ASK ANOTHER QUESTION.
27   BY MR. ALBERTINI:
28         Q     PAUL LYNDE, DID YOU CALL ME ON THE PHONE
```

```
 1   AND TELL ME THAT YOU KILLED PAUL LYNDE?
 2           THE COURT:  HE SAID HE DID.
 3           THE WITNESS:  YOU CALLED ME.
 4   BY MR. ALBERTINI:
 5           Q     NO, I DIDN'T CALL YOU.
 6           THE COURT:  YOU DON'T GET TO ARGUE.
 7   BY MR. ALBERTINI:
 8           Q     DID YOU CALL ME ON THE PHONE ONE NIGHT
 9   WHEN I WAS SITTING WITH MY GIRLFRIEND?
10           THE COURT:  WELL, HE DOESN'T KNOW THAT.
11           MR. ALBERTINI:  WELL, HE DOES, BECAUSE HE WAS
12   AWARE THAT SHE WAS THERE.  WE HAD THIS CONVERSATION.
13           THE COURT:  OKAY.
14   BY MR. ALBERTINI:
15           Q     DID YOU CALL ME, MAKING THREATS?  I ASKED
16   YOU IF YOU WERE DRUNK AGAIN, AND YOU CONTINUED TO TALK.
17   AND I ASKED YOU WHY YOU KILLED PAUL LYNDE; AND DID YOU
18   SAY, "HOW DID YOU FIND OUT ABOUT THAT?"
19           THE COURT:  STOP IT RIGHT THERE.
20                   DID THAT OCCUR, SIR?
21           THE WITNESS:  ABSOLUTELY NOT.  FIRST OF ALL, I
22   DON'T EVEN DRINK.
23   BY MR. ALBERTINI:
24           Q     DID YOU SEND A TEXT MESSAGE, STATING THE
25   SAME THING TO MARIO, AN ATTORNEY?
26           A     AGAIN, THE SAME SONG.  I WAS PLAYING INTO
27   YOUR DELUSIONS.
28           THE COURT:  OKAY.  I GOT IT THANK YOU.
```

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                 IN AND FOR THE COUNTY OF LOS ANGELES

 3    DEPARTMENT S                    HON. TIMOTHY MARTELLA, JUDGE

 4

 5    RICHARD ALBERTINI,                )
                                        )
 6                                      )
                         PETITIONER,    )
 7                                      )
                                        )
 8              VS.                     )      22PDRO01308
                                        )
 9                                      )
      PAUL BARRESI,                     )
10                                      )
                                        )
11                       RESPONDENT.    )
      _____)
12

13

14

15              I, ELSIE DIWA CERVANTES, OFFICIAL COURT

16         REPORTER FOR THE SUPERIOR COURT OF THE STATE

17         OF CALIFORNIA, IN AND FOR THE COUNTY OF

18         LOS ANGELES, DO HEREBY CERTIFY THAT THE FOREGOING

19         PAGES 1 THROUGH 51, INCLUSIVE, COMPRISE A FULL,

20         TRUE AND CORRECT TRANSCRIPT OF THE PROCEEDINGS

21         TAKEN IN THE ABOVE-ENTITLED MATTER ON

22         OCTOBER 19, 2022.

23              DATED THIS 7TH DAY OF DECEMBER, 2024.

24

25

26              Elsie Diwa Cervantes
           ELSIE DIWA CERVANTES, CSR #11416
27         OFFICIAL COURT REPORTER

28
```

12-10-2024 12:17PM

# EXHIBIT  18

☑ **SUBPOENA OR** ☐ **SUBPOENA DUCES TECUM; EXHIBIT A**      Form# 3DC49

---

**IN THE DISTRICT COURT OF THE THIRD CIRCUIT**
**NORTH AND SOUTH HILO** DIVISION

**STATE OF HAWAI'I**

Plaintiff(s)
CHRISTINA TAFT

**Electronically Filed**
**THIRD CIRCUIT**
**3DSS-25-0000044**
**28-MAR-2025**
**12:30 PM**
**Dkt. 91 SUB**

Reserved for Court Use

Civil No. 3DSS-25-0000044

Defendant(s)
PAUL BARRESI

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)

Christina Taft, Pro Se
747 Laukapu St
Hilo, Hawaii 212-718-1003

Name and Address of Witness:
ANGELA GAYLE MEADOR
(Street of Witness Hidden for Protection)
Nashville, Tennessee

Date & Time:
Upcoming Trial for Restraining

Location To Appear:
Zoom for Courtroom 2C
777 Kilauea Avenue
Hilo, Hawaii 96720-4212

---

☑ **SUBPOENA OR** ☐ **SUBPOENA DUCES TECUM**

**THE STATE OF HAWAI'I TO ANY OFFICER AUTHORIZED BY LAW TO SERVE SUBPOENAS IN THE STATE OF HAWAI'I** YOU ARE COMMANDED to subpoena the individual named above.

This subpoena/subpoena duces tecum shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a judge of the above-entitled Court permits, in writing on this subpoena/subpoena duces tecum, personal delivery during those hours.

**TO THE WITNESS**

YOU ARE COMMANDED to appear at the time and place indicated to testify as a witness on behalf of the

    ☑ PLAINTIFF(S)      ☐ DEFENDANT(S)

who shall be responsible to provide you with a fee for attendance and mileage allowed by law.

    ☐ You are further ordered to bring with you the items listed in Exhibit A.

    ☐ You are required to designate a representative of your organization to testify for the organization on the following matters:

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.**

---

Date: **MAR 2 8 2025**     Clerk of the above-entitled Court     T. ENOS-GODINEZ

In accordance with the **Americans with Disabilities Act** , and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. (808) 961-7424, FAX (808) 961-7411, or TTY (808) 961-7422 **at least (10) working days before** your preceeding, hearing, or appointment date.
For all Civil related matters, please call or visit the District Court at: Hilo Division, 777 Kilauea Avenue, Hilo, Ph. (808) 961-7515 • Kohala Division, 67-5187 Kamamalu Street, Kamuela, Ph. (808) 443-2030 • Kona Division, 79-1020 Haukapila Street, Kealakekua, Ph. (808) 322-8700.

**SUBPOENA**

I certify that this is a full, true and correct copy of the original issued from this office.

Clerk, District Court of the Above Circuit, State of Hawai'i

# EXHIBIT  19



Christina Taft <taftchristina.ceo@gmail.com>

---

## [ServeManager] Job #13003939 Update

**W Tracy Kroft** <notifications@mail.servemanager.com>
Reply-To: tracy.kroft@gmail.com
To: Christina Taft <taftchristina.ceo@gmail.com>

Mon, Mar 31, 2025 at 8:34 AM

## Attempted Serve

W. Tracy Kroft shared a service notification with you:

### Details

**Process Server:** W. Tracy Kroft

**Date & Time:** Mar 31, 2025, 1:23 pm CDT

**Service Type:** Unsuccessful Attempt

**Description of Service:**

Unsuccessful attempt confirmed subject is inside and under police Witness Protection spoke with officer Justin Bork he confirmed subject is inside however possibly sleep and unable to make contact urge server to return at a later time to attempt again when subject will be awake process server agreed

### Service Address

████████████████ Goodlettsville, TN ████████

### GPS Data

**Mobile Device:** ServeManagerMobile/1.10.3 (127) (SM-G998U/WYMAN TRACY's S21 Ultra; Android/14)

**GPS Coordinates:** ████████████

**GPS Timestamp:** 1743445405302

---

## Job & Case

**Job:** 13003939

**Priority: Rush**

**Job Type:** Standard

**Client Job:** 3DSS-25-0000044

**Recipient:** Angela Gayle Meador

**Case:** 3DSS-25-0000044

**Plaintiff:** Christina Taft

**Defendant:** Paul Barresi

**Court:** District Court of the Third Circuit North and South Hilo State of Hawai'i

**County:**

**Documents:** Subpoena Angela Meador , FILED DECLARATION OF PLAINTIFF IN SUPPORT OF OPPOSITION, 3DC47 Return of Service Hawaii 3rd circuit.pdf, Note to Angela Meador with Subpoena to Witness from Christina Taft.pdf, Angela Meador ████████████ 202503170917.pdf

### Attempt Uploads

- Mobile Attempt Photo 1

---

### Shared with you by:

W. Tracy Kroft
Tracerx Legal Services
tracy.kroft@gmail.com
615-260-5109

# EXHIBIT 20

## DECLARATION OF SERVICE

.

| Case: 3DSS-25-0000044 | Court: District Court of the Third Circuit North and South Hilo Division State of Hawai'i |
|---|---|
| **Plaintiff(s)/ Petitioner(s):**<br>Christina Taft | **Defendant(s) / Respondent(s):**<br>Paul Barresi |
| **Received by:** CMI Process and Legal Support, LLC | **For:** Christina Taft |
| **To be served upon:** Angela Meador | |

I, Bryan A. Cheney, being duly sworn, depose and say: I am over the age of 18 years and not a party to, or otherwise interested in the subject matter in this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents.

Recipient Name / Address:      Angela Meador

                                     Goodlettsville, TN

Manner of Service:             Posted

Documents:                   Subpoena with Correspondence Attachments

Additional Comments:

1) **April 14, 2025 at 3:59 pm CT.**           **Goodlettsville, Tennessee**
   **Attempt made with no contact.** Subpoena and Correspondence Attachments was posted to the front door pursuant to client instructions.

Rule 72 Declaration: I certify under penalty of perjury that the foregoing is true and correct.

_____      4/15/25

Bryan A. Cheney                 Date
CMI Process and Legal Support, LLC
1027 Blue Jay Lane, Adams, TN 37010
(615) 934-8146
cmipals.com

1

# EXHIBIT  21



© 2022 ANGELA GAYLE



http://www.angelagayleofficial.com/                                                    Go

21 captures
2 May 2020 - 10 Jan 2024

OCT  **MAR**  JAN
◀  **20**  ▶
2021  **2023**  2024    ▼ About this capture

# Looks Like This Domain Isn't Connected To A Website Yet!

Is this your domain?
Connect it to your Wix website in just a few easy steps:

1. Go to **Wix.com** > Subscriptions > Domains
2. Click Use a Domain You Already Own
3. Follow the steps to connect your domain to your website

Need more help?
Please contact our **Support Team ›**



http://www.angelagayleofficial.com/

21 captures
2 May 2020 - 10 Jan 2024

# Looks like this domain isn't connected to a website yet

Is this your domain?
Connect it to your Wix website in just a few easy steps:

1. Go to **Wix.com** > Subscriptions > Domains
2. Click Use a Domain You Already Own
3. Follow the steps to connect your domain to your website

Need more help?
Please contact our **Support Team ›**

# EXHIBIT  22

5:58 🎙️                                    📶 📶 🔋



𝕏

🔍 Search Twitter                    •••

Log in                          Use app

**Paul Barresi** @PaulBarresi1 · 46m                •••
BATSHIT CRAZY!!! LIES!!! LIES!!!  & MORE
LIES!!!

SECRET RECORDING EXPOSES ANTI-JOHNNY
DEPP &

AMBER HEARD ZANY ZEALOT CHRISTINA
TAFT

COERSING EQUALIZER STAR'S ALLEGED
VICTIM TO

FILE BASELESS POLICE REPORT AGAINT
FORMER

AMBER HEARD FIXER TURNED JOHNNY DEPP
HERO

---

### EXHIBIT A

*"Richie Albertini was originally going to be a witness for Amber Heard but
switched over to Johnny Depp after Barresi intimidated and blackmailed
him.  Marton Csokas must feel privileged because he's got scary Barresi."*
—CHRISTINA TAFT

*JANE DOE: "You and Richie Albertini contacted me because you wanted to help me?"*

*CHRISTINA TAFT: "Yes because Richie will definitely report Paul Barresi."*

Evident on tape, Taft wastes no time playing on Jane Doe's fragile state of mind by
informing the emotionally battered young woman that despite 7 years passing since her
alleged assault, she is still not out of danger because Paul Barresi, falsely accused to have
been hired in 2018 by her alleged assailant, actor Marton Csokas, to silence her, was still
hunting for her to make sure she keeps her mouth shut.

At the sacrifice of Jane Doe's mental well-being, stemming from an improper and evil motive
with malicious intent to harm Barresi, Taft bates Jane Doe by telling her has  a damning
recording of him, in the hope it will serve to convince the panic-stricken woman to file a
police report against the former Amber Heard detective, turned Johnny Depp supporter.

However, Taft still needs to clear the air on one baffling thought that Jane Doe can't quite
wrap her head around, confiding to Taft that she has a problem understanding why Paul
Barresi would still be looking for her after all these years.  Jane Doe puts the question to
Taft, "Wouldn't coming after me and then me filing a police report against him now, only
serve to bring a problem down on Barresi?" Adding, "I mean, right now he's in the clear."

"It's continuous," Taft insists, and before Jane Doe can utter a word, she proceeds to fire off
a laundry list of felonious criminal acts perpetrated by Barresi, making him look like Ray
Donovan dirtied up ten times over which include, intimidation, bribery, coercion, blackmail,
murder, and whatever else the zany zealot & Richie Albertini gal pal could conjure up from
the dark and eerie crevices of her delusional mind.

The ABSOLUTE BULLSHIT Christina Taft fed Jane Joe earned her the title of Con of Cons.
Great title for the book she aught write while serving  her well-deserved jail time.

---

🔒 twitter.com

# EXHIBIT  23



STATE OF CALIFORNIA – BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY **GAVIN NEWSOM, GOVERNOR**

**BUREAU OF SECURITY AND INVESTIGATIVE SERVICES**
Post Office Box 980550
West Sacramento, CA 95798-0550
www.bsis.ca.gov



# UNLICENSED AND UNREGISTERED ACTIVITY LEAD FORM

Date/Time: 10-09-2022     License Type (select below): Revoked ▮▮▮▮▮

License Number (if applicable): None (Previous # 26529 Revoked 1/7/2012)

**Note:** The Bureau only has jurisdiction over the following Industries:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## SUBJECT(S) / BUSINESS INFORMATION

Subject's Name: (First) Paul     (Last) Barresi

Subject's Address
9648 Nova Place, Rancho Cucamonga, CA 91730-0982

Phone Number: 908-656-5712     Email: paulbarrisi@aol.com

Business Owner's Name: (First) Paul     (Last) Barresi

Business Name(DBA) ▮▮▮▮▮▮▮▮▮▮▮

Business Address: 11660 Church Street, Rancho Cucamonga, CA 91730

Phone Number: 908-656-5712     Alternate Phone Number:

## LOCATION AND CONTACT INFORMATION OF SUBJECT

Worksite Street Address SAME

City: Rancho Cucamonga     State: CA     Zip Code: 91730

Cross Streets :

Worksite Location:

Worksite Contact:

Worksite Phone Number:

## DETAILS OF UNLICENSED ACTIVITY

Describe Unlicensed/Unregistered Activity:

▮▮▮▮▮▮▮▮▮▮▮ - Paul Barresi increases his amounts of victims. He is harassing, terrorizing. ▮▮▮▮▮▮▮ he is

obtaining Audios of previous victims of his while creating new victims. On Oct 5, I went in to do a police report after he posted a photo of a girl tied up.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ who wanted to testify as

a witness of at least 2 women assaulted by that actor in a nightclub. The girl tied up was either to be me or a friend of mine. He now has an audio of me

and Angela Meador. We previously submitted a 430 page report to BSIS in Sept regarding witness intimidation of Witnesses ▮▮▮▮▮▮▮▮▮

I've attached postings, emails, and how he is escalating in his derangement. I called BSIS last week as it was escalating against me also. See Attachments.

☑ This information is from my direct knowledge.     ☐ This information was provided to me.

## REPORTING PARTY INFORMATION

Name: (First) Christina     (Last) Taft

Address 5550 Grosvenor Blvd, APT 156

Phone Number: 530-815-8522     Email: taftchristina.ceo@gmail.com

## TREAT AS CONFIDENTIAL ☐Yes or ☑ No (Check your choice)

- **PROVIDING PERSONAL INFORMATION IS VOLUNTARY.** You do not have to provide the personal information requested. If you do not wish to provide personal information, such as your name, home address, or home telephone number, you may remain anonymous. However, the Bureau may have limited ability to help you resolve your complaint.

# EXHIBIT  24

## AFFIDAVIT OF SERVICE

**State of Hawaii**

**District Court of the Third Circuit North and South Hilo Division**

Case Number: 3DSS-25-0000044

Plaintiff:
**CHRISTINA TAFT**

vs.

Defendant:
**PAUL BARRESI**

For:
CHRISTINA TAFT

Received by Christina Taft  on the 13th day of April, 2025 at  3:41 pm  to be served on **IAN TRAVIS HERDON,** ▮▮▮▮▮▮▮▮ **CLEARWATER, FL 33755** .

I, Argemis Monier,  being duly sworn, depose and say that on the  **14th day of April, 2025**  at **11:47 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the  **SUBPOENA DUCES TECUM; EXHIBIT A** with the date and hour of service endorsed thereon by me, to:  **IAN TRAVIS HERDON** at the address of: ▮▮▮▮▮▮▮▮ **CLEARWATER, FL 33755** , and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30s, Sex: M, Race/Skin Color: Caucasian, Height: 5'6", Weight: 170, Hair: Red, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the _14th_ day of _April_ , _2025_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
**Argemis Monier**
APS32251

**Christina Taft**

Our Job Serial Number: NEX-2025000102
Ref: A. Meador

ERIE LOVELETTE
NOTARY PUBLIC - State of Florida
COMMISSION # HH 146394
My Comm. Expires Jun 28, 2025

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V

# EXHIBIT 25

**Audio File:** Taft.Paul Baressesi call 7.28.22 MP3

**Audio Length at time of Transcription:** [00:05:05]

**Speaker One (1):** Mike McCormick

**Speaker Two (2):** Paul Barresi

**Speaker 1 (McCormick):** [00:00:04]  Hello?

**Speaker 2 (Barresi):** [00:00:06]  Mike, it's Paul Barresi.

**Speaker 1 (McCormick):** [00:00:08]  Hiya, Paul.  Just to let you know, I'm recording the conversation.  Is that all right?

**Speaker 2 (Barresi):** [00:00:14]  Sure.  I'll...Can I record mine?

**Speaker 1 (McCormick):** [00:00:17]  Sure.  Of course.

**Speaker 2 (Barresi):** [00:00:19]  Okay.  I just want to tell you that I think you've been sold a bill of goods, and the information you have, uh, with respect to my allegedly having, uh, threatened a woman named Angela, and the information you have with respect to me allegedly trying to coerce, uh, people, or threaten people is 100% untrue. I sent you...I think I sent you enough corroboration, uh, to that fact, uh, last night.  And that's about it.

**Speaker 1 (McCormick):** [00:00:58]  Okay.  Anyways, you know...

**Speaker 2 (Barresi):** [00:01:01]  Are you still on the case?

**Speaker 1 (McCormick):** [00:01:03]  Uh, well, I can't really talk about the, uh, the case, as you know.  Um...

**Speaker 2 (Barresi):** [00:01:08]  Yeah, sure.  No, I don't want to know...

**Speaker 1 (McCormick):** [00:01:10]  Yeah.  Yeah.  So I really can't, I can't speak to that.

**Speaker 2 (Barresi):** [00:01:11]  I, I, I know you're doing your job, Mike.  But I gotta tell you, um, these people are mentally ill.  And when I say these people, I'm specifically talking about, uh,

# EXHIBIT 26

## AFFIDAVIT OF ALEJANDRO HERNANDEZ

I am signing this Unsworn Declaration in place of an Affidavit as allowed by 28 U.S. Code § 1746.

My name is Alejandro Hernandez. I reside in El Paso, County, Texas. I am above the age of 18 and in all respects of sound mind to make this affidavit. The facts stated in this affidavit are true and correct to the best of my knowledge and belief. I have personal knowledge of the facts stated herein and I'm competent to testify in this matter.

I am a licensed private investigator and managed a private investigation agency in Texas called A&E Investigations. I did contact Patricia Strader to see if she would be willing to provide an affidavit. However, Ms. Strader stated that although she remembered Christina Taft when she was a teenager, and conceded that James Conner was her brother, she did not want to get involved with the Defendant in any way because she did not want any drama in her otherwise peaceful life.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on this the 1st day of April, 2025.

ALEJANDRO HERNÁNDEZ

# EXHIBIT  27

# Affidavit of Process Server

In the District Court of the Third Circuit, North and South Hilo Division - State of Hawaii
(NAME OF COURT)

| Christina Taft | vs Paul Barresi | 3DSS-25-0000044 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I Jason Douglas _____, being first duly sworn, depose and say:  that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Rebecca Berry _____
                                NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Cover Letter, Subpoena Duces Tecum, & Exhibit A _____

by leaving with Tyanna (last name unknown)         (roommate)         At
                        NAME                              RELATIONSHIP

☑ Residence ███████████                         Hartford, CT
                ADDRESS                              CITY / STATE

☐ Business _____
                ADDRESS                              CITY / STATE

On April 17, 2025 _____ AT 1:07 p.m. _____
        DATE                                    TIME

☑ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on April 18, 2025
                                                                                            DATE

from Manchester         CT   06042 _____
        CITY            STATE        ZIP

**Manner of Service:**

☐ **Personal:** By personally delivering copies to the person being served.

☑ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 21 _____ and explaining the general nature of the papers.

☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
                                                            DATE        TIME                  DATE        TIME

(3)_____ (4)_____ (5)_____
        DATE        TIME                  DATE        TIME                  DATE        TIME

**Description:.** Age 23 __ Sex F __ Race B __ Height 5'6" __ Weight 130 __ Hair Black Beard N __ Glasses N __

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 17th day of April , 20 25 , by Jason Douglas ,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



Melissa B Campbell
NOTARY PUBLIC
State of Connecticut
My Commission Expires 6/30/2028

_____
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of Connecticut

FORM 2.        NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# EXHIBIT  28

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

---

**Alarming Edit by Defendant of Voicemail on Angela - Oct14, 2022**

**Christina Taft** <taftchristina.ceo@gmail.com>          Sun, Apr 13, 2025 at 9:08 PM
To: Alex Hernandez <challengeconviction@gmail.com>

Also Alejandro,

Defendant further coerced Angela by contacting people she's adversarial with, especially about the letter that contains retaliation against Angela with joint action against her rights to report the assault by Csokas.

There is hardly any activity by Angela on social media for 2 1/2 years. On Facebook, her last activity was January 2024, right during and before Defendant's coercion to her to write to me.

E.g., Molly on October 22, 2024 says 'tick tock' that she will say Angela added Defendant's name to the letter, when also Angela is aware that Defendant sent these versions of letters to the FBI in 2022, and according to texts with me, believed it was a genuine threat that Defendant would utilize the FBI

https://www.facebook.com/AngelaGayle01/posts/pfbid0SHh1U9LXdECrsn9B2k3KUbt4bZLHEBDHqtPKkp2uokF5omxBRVcyLAD65EFjPouqI?comment_id=8722054994498916
https://www.facebook.com/AngelaGayle01/



[Quoted text hidden]

**ScreenShot Tool -20250413210351.png**
514K

---



**Angela Gayle's Post**

Molly Skye Brown
Tick tock 😘

24w

Tuesday, October 22, 2024 at 6:11 AM

Hey PSYCHO your PSYCHO friends are emailing me. You SENT me this "letter" then accused me of stealing it from you when you flew me to Nashville to exploit me for work that you STIFFED me on. Very REPUBLICAN of you BTW. Also WHY would I do that? I could care LESS to steal it, like WHY?! Unless you are a LIAR which is all I've MET of you. Thanks for bringing these CLOWNS into my world.

# EXHIBIT 29

## Subject: Fwd: The OJ Simpson Case.. richard voicemail about Angela



**paulbarresi@aol.com**                                              Wed, Jul 27, 2022, 5:20 PM
to mikemcminvestigations@gmail.com

**FYI. - Mike, when I first read your inquiry into this woman named Angela I was dumbfounded. In this e-mail, Mario had already tipped me off to this crazy, false allegation made by Albertini. He knew it was false. Yet, purposely with malicious intent todo me harm and paint me as a criminal, led you and Christina to believe it was all true. As you know, presenting evidence in a false light to brand or accuse an innocent person a criminal, is a crime.**


-----Original Message-----
From: paulbarresi@aol.com
To: paulbarresi@aol.com
Sent: Wed, Jul 27, 2022 8:09 pm
Subject: Fwd: The OJ Simpson Case.. richard voicemail about Angela



-----Original Message-----
From: Mario George Nitrini 111 <marionit111@gmail.com>
To: paulbarresi@aol.com
Sent: Sun, Apr 17, 2022 10:59 am
Subject: Fwd: The OJ Simpson Case.. richard voicemail about Angela

Ok Paul.
This is the voicemail that Albertini sent me about Angela.
After about a month, Albertini turned on her and threatened her. I'll see if I can find correspondence about this. I can't remember if I was sent them or not.
Albertini never sent me Angela's emails.

I jumping in the shower now....lol.
I'll be back.
I'll try to find her twitter handle

Mario George Nitrini 111
-----
The OJ Simpson Case

---------- Forwarded message ----------
From: **Mario Nitrini** <nitrinimario@gmail.com>
Date: Sunday, April 17, 2022
Subject: Fwd: The OJ Simpson Case.. richard voicemail about Angela
To: marionit111@gmail.com


Mario George Nitrini 111
-------
The OJ Simpson Case

---------- Forwarded message ----------
From: **Mario Nitrini** <nitrinimario@gmail.com>
Date: Tue, Nov 24, 2020, 4:38 PM
Subject: The OJ Simpson Case.. richard voicemail
To: Mario Nitrini <nitrinimario@gmail.com>


Mario George Nitrini 111
------
The OJ Simpson Case