Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 0623441766
Ceo.Taft@Rescue-Social.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

_____

CHRISTINA TAFT

    Plaintiff,

vs.

PAUL BARRESI, ADAM R WALDMAN, and DOES 1-10, inclusive,

    Defendants.

_____

Case No.: 5:24-cv-01930-TJH-DTB
[Hon. Terry J. Hatter, District Judge]

**[PROPOSED] ORDER GRANTING PLAINTIFF'S OBJECTION TO REPORT AND RECOMMENDATION ON PRELIMINARY INJUNCTION IN SUPPORT OF PROTECTION OF WITNESSES AND VICTIMS**

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S OBJECTION TO REPORT AND RECOMMENDATION ON

PRELIMINARY INJUNCTION IN SUPPORT OF PROTECTION OF WITNESSES AND VICTIMS

**IT IS HEREBY ORDERED** that the COURT:

The Court enjoins the Defendant from engaging in the following conduct:

1. The Defendant is prohibited from directly contacting vulnerable witnesses and victims identified in this case's timeline. This narrowly tailored restriction safeguards their well-being and ensures the integrity of the proceedings.

2. Communicating with or about witnesses or parties in a manner that may reasonably be construed as threatening, harassing, or retaliatory;

3. Publicly posting or disseminating material relating to the Claimant or named witnesses that is likely to cause fear, humiliation, or harm to those individuals;

4. Interfering, whether through intimidation, surveillance, or other means, with the lawful participation of any individual in the judicial process.

Accordingly, the Court Orders:

1. That the Report and Recommendation be set aside;

2. That the Court grant the Motion for Preliminary Injunction;

3. That the Defendant be enjoined as set forth herein; and

4. That any further relief deemed just and proper be granted in the interest of safeguarding the parties and witnesses in this matter.

[PROPOSED] ORDER GRANTING PLAINTIFF'S OBJECTION TO REPORT AND RECOMMENDATION ON PRELIMINARY INJUNCTION IN SUPPORT OF PROTECTION OF WITNESSES AND VICTIMS

**IT IS SO ORDERED.**

Dated: May __, 2025

                                        Hon. Terry J. Hatter

                                        U.S. District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S OBJECTION TO REPORT AND RECOMMENDATION ON PRELIMINARY INJUNCTION IN SUPPORT OF PROTECTION OF WITNESSES AND VICTIMS