Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 0623441766

FILED
2025 MAY -5 AM 9: 04
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___GSA___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CHRISTINA TAFT | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) v. | 5:24-cv-01930-TJH-DTB |
| PAUL BARRESI, et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed  ☐ Lodged: (**List Documents**)

Obj Ex 2, Defendant Paul Barresi and Witness Rebecca Berry on Shalimar's Death
Obj Ex 3, Mar 2025 PI Heather Cohen on Interview with Witness-Victim Angela Meador
Obj Ex 31, Orig Phone Call of Taft & Angela Meador on Assault by Marton Csokas & Retaliation
Obj Ex 30, Original Voicemail Richard Albertini on Angela Meador Assaulted & Retaliated 2020
Obj Ex 7, Edit by Barresi Voicemail Richard Albertini on Assault of Meador Oct 14,2022
Obj Ex 32, Audio in Video Edited by Defendant Barresi of Angela Meador & Christina Taft's Call

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

May 2, 2025                               *Christina Taft* (signature)
Date                                       Attorney Name
                                           Christina Taft
                                           Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                NOTICE OF MANUAL FILING OR LODGING

# PROOF OF SERVICE

On the date set forth, I served the foregoing document(s) described as:

1. MANUAL FILING NOTICE OF EXHIBITS TO OBJECTION BRIEF IN SUPPORT OF WITNESSES & VICTIMS PROTECTION FOR PRELIMINARY INJUNCTION IN REPORT AND RECOMMENDATION (AUDIOS AND VIDEOS, PHONE CALLS)

BY NOT MORE THAN 30 DAYS; via Mail and Email, Local Rules, (L.R. 5-3), on the interested parties in this action as follows:

Melissa Y. Glass
Megan Mallonee
Attorneys for Defendant Paul Barresi

**By Mail:**
Lavely & Singer Professional Corporation
Attorneys At Law
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906

**By Electronic Service:**
mlerner@lavelysinger.com, mmallonee@lavelysinger.com

[X] BY FEDERAL EXPRESS: I am "readily familiar" with the practice of collection and processing correspondence for Federal Express. Under that practice it would be deposited with Federal Express on that same day with all costs fully prepaid in the United States, in the ordinary course of business.

[X] ELECTRONIC SERVICE: I served the parties listed via electronic service and on Pacer in accordance with the applicable rules (Local Rule 5-3).

Dated: May 5, 2025

*Christina Taft*

*Christina Taft in Propria Persona*
*United States*