# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **5:24-cv-01930-TJH (DTB)**                                    Date: **May 16, 2025**

Title:  **Christina Taft v. Paul Barresi, et al.**

================================================================

**DOCKET ENTRY**

================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:           ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                                              None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING PLAINTIFF'S NOTICE OF MANUAL FILING OR LODGING [DOCKET NO. 69]**

On May 5, 2025, Plaintiff filed a Notice of Manual Filing or Lodging where Plaintiff submitted a flash drive containing a total of six exhibits. Plaintiff is advised that the Court has been unsuccessful in viewing said exhibits as it appears the device submitted by Plaintiff does not contain any of the alleged exhibits and reflects an error code. Plaintiff is ORDERED to provide the Court with another copy of the exhibits within 14 days of the date of this Order.

**IT IS SO ORDERED.**