Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 212-718-1003
Email: Ceo.Taft@Rescue-Social.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINA TAFT<br><br>     Plaintiff,<br>vs.<br><br>PAUL BARRESI, ADAM R WALDMAN, and DOES 1-10, inclusive,<br><br>     Defendants. | Case No.: 5:24-cv-01930-TJH-DTB<br><br>[Hon. David T. Bristow, Magistrate Judge]<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT PAUL BARRESI FOR NONRESPONSE TO SECOND AMENDED COMPLAINT**<br><br>*[Filed concurrently with Declaration of Plaintiff in Support; Exhibits of Proofs of Service; and Certificate of Service]*<br><br>Date: June 14, 2025<br>Time: Under submission |

## **APPLICATION FOR ENTRY OF DEFAULT AGAINST PAUL BARRESI FOR NONRESPONSE TO SECOND AMENDED COMPLAINT**

To the Clerk of the United States District Court for the Central District of California:

Plaintiff, Christina Taft, hereby respectfully applies to this Court, pursuant to Federal Rule of Civil Procedure 55, for the Entry of Default against Defendant, Paul Barresi, for his failure to respond to the Second Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure and the Local Rules of this Court, and requests that the Clerk enter the default of the following Defendant for failure to respond to this action in a timely manner.

Name of Defendant: Paul Barresi

1) As evidenced by the proof of service on file with this Court, the abovenamed Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on May 26, 2025.

2) The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on June 9, 2025.

The above-named Defendant has failed to plead or otherwise respond to the complaint. This request is supported with legal arguments and the attached Declaration of Plaintiff, meeting standards for default.

### **Expiration of Time to Respond to the Second Amended Complaint**

In support of this application, Plaintiff submits the following grounds, legal arguments, and attached Declaration. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), Defendant was required to file and serve a responsive pleading to the

Second Amended Complaint within fourteen (14) days after service of the Complaint. As the Second Amended Complaint was served on May 26, 2025, the time for Defendant to respond expired on June 9, 2025.

**Proper Service of the Second Amended Complaint:**

On May 26, 2025, Defendant Paul Barresi was properly served with a true and correct copy of the Second Amended Complaint in this action. Service was effected in accordance with Federal Rule of Civil Procedure 4, as well as the Local Rules of this Court. Specifically, service was completed via electronic transmission through the PACER/CM/ECF system, as Defendant's legal counsel is registered to receive electronic service and has consented to such service pursuant to FRCP 5(b)(2)(E). The Certificate of Service, which was filed with the Court on May 26, 2025, serves as proof of proper service, and is attached hereto as Exhibit 1. Plaintiff asserts that the service was made in compliance with the Federal Rules of Civil Procedure, and Defendant's counsel was timely and properly notified of the filing of the Second Amended Complaint through the Court's electronic filing system. Plaintiff further emailed Courtesy Copy to Defendant's Counsel of Record, Exhibit 2, Requests for Meador and PACER sent an email delivery, Exhibits 3-4.

As of the date of this application, Defendant Barresi has failed to file any response—whether an answer, motion, or any other type of pleading—in violation of the Federal Rules of Civil Procedure. Defendant's failure to engage in this litigation has resulted in prejudice to Plaintiff, as Defendant has abandoned his defense and disregarded his obligation to participate in the judicial process.

**Defendant's Willful Failure to Defend:**

Defendant's conduct in this case has demonstrated a willful failure to defend. On May 27, 2025, Defendant willfully publicly indicated that his lawyers

would no longer respond to Plaintiff's filings, effectively abandoning his defense in this matter, and he published the cover of the served second amended complaint, Exhibits 5-6. Importantly, Defendant's lawyers did not respond to Plaintiff's Courtesy Copy served via email to his Counsel of Record, Ms. Lerner and Ms. Mallonee, on May 26th nor to Plaintiff's urgent requests with the service for Immediate Cease and Desist of Activities Regarding Angela Meador, including ceasing unauthorized disclosures and ceasing use of unconsented recordings of phone calls. Plaintiff emailed concern and care for victim/witness Ms. Angela Gayle Meador to freely live, as she amended, and in relation to Plaintiff.

Plaintiff responded with the Courtesy Copy sent to Defendant Barresi's Counsel of Record, "I am writing in response to the courtesy copy of my Second Amended Complaint filed in Case No. 5:24-cv-01930-TJH-DTB in the U.S. District Court for the Central District of California, Eastern Division, which was provided to you. This complaint details the extensive pattern of harassment, stalking, and civil rights violations you have perpetrated against myself and others, particularly Ms. Angela Meador… 1. STOP ALL USE OF UNCONSENTED RECORDINGS… Immediately stop creating, distributing, or maintaining any written or audio materials impugning Ms. Meador, including but not limited to… As detailed in my Second Amended Complaint, your actions constitute clear violations of: California Penal Code §§ 632 and 637.2 (Unauthorized Recording and Disclosure)… Your exploitation of Ms. Meador's trauma and our private communications has caused immeasurable harm. As documented in my complaint, Ms. Meador has been forced into hiding, her music career has been derailed, and she lives in constant fear due to your actions. This must end immediately..." Copies

of this correspondence with service of the second amendment and its merit are attached as Exhibits 2 and 3.

This communication, combined with Defendant Barresi's failure to timely file an answer or any other responsive pleading, demonstrates a deliberate abandonment of his legal obligations. The Defendant has thus shown a willful disregard for the Federal Rules and for this Court's orders, which warrants the entry of default against him.

**Defendant's Failure to Comply with Judicial Process:**

Federal Rule of Civil Procedure 55(a) mandates that when a party has been properly served and fails to plead or otherwise defend, the Clerk of the Court must enter default. In the instant case, Defendant Barresi's noncompliance with his legal obligations to respond to the Complaint, along with his failure to engage with the Court's proceedings, justifies entry of default.

The Defendant's actions (or lack thereof) have prejudiced Plaintiff, who has been unable to proceed with the merits of the case due to Defendant's failure to defend the action. As a result, Plaintiff has incurred additional legal costs, delays in seeking relief, and continuing harm caused by Defendant's unlawful conduct.

**Standard for Entry of Default:**

Under Rule 55(a) of the Federal Rules of Civil Procedure, the Clerk of the Court is required to enter default against a party when it is shown that the party has been properly served and has failed to respond within the required time frame. This failure to respond is not excused, and default must be entered in such circumstances.

The Court must also consider whether the default was due to excusable neglect; however, Defendant Barresi's failure to respond here was not due to

neglect but is indicative of a willful abandonment of his defense, which further supports the entry of default.

**Request for Relief:**

Based on the foregoing brief, the declaration of standards met, and proofs of service, Plaintiff Christina Taft respectfully requests that the Clerk of the Court enter default against Defendant Paul Barresi for his failure to respond to the Second Amended Complaint within the prescribed time frame, as required by the Federal Rules of Civil Procedure.

Plaintiff Christina Taft respectfully requests that the Clerk of the Court enter default against Defendant Paul Barresi for his failure to plead or otherwise defend in this action.

Respectfully submitted,

Dated this June 14, 2025

*/s/ Christina Taft/*

Christina Taft
*Plaintiff in Propria Persona*

**Certificate of Compliance**

The on-the-record, Plaintiff in Propria Persona, certifies that this brief contains 1,175 words, which complies with the word limit of L.R. 11-6.2. Pursuant to Local Civil Rule 11-6 and applicable court practices, I hereby certify that this filing complies with the formatting, length, and font requirements set forth in the Local Rules. This Motion does not exceed the permitted page limits and has been prepared in 14-point Times New Roman font.

1
2     This 14th of June, 2025
3     *[signature: Christina Taft]*
4
5     Christina Taft
6     *Plaintiff in Propria Persona*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

CHRISTINA TAFT v. PAUL BARRESI, et al.
5:24-cv-01930-TJH-DTB

I, the undersigned, certify and declare that I am at least 18 years of age. I am a resident of the United States.

On June 14, 2025, I served a true copy of; **(1) APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT PAUL BARRESI FOR NONRESPONSE TO SECOND AMENDED COMPLAINT; (2) DECLARATION OF PLAINTIFF FOR ENTRY OF DEFAULT AGAINST PAUL BARRESI FOR NONRESPONSE TO SECOND AMENDED COMPLAINT; (3) EXHIBITS PROOF OF SERVICE**

__X__ (By Electronic Transmission) I caused the document(s) described herein to be electronically transmitted and served via the Pacer system. The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(E)

__X__ (By Delivery) I caused the document(s) described herein to be delivered to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

| | |
|---|---|
| Melissa Yaffa Lerner<br>Megan Scott Mallonee<br>Lavely & Singer Professional Corporation<br>Attorneys At Law<br>2049 Century Park East, Suite 2400<br>Los Angeles, California 90067-2906 | *Attorneys for Defendant(s),*<br>Paul Barresi |

I declare under oath and penalty of perjury under the laws of the United States that the foregoing is true and correct.

　　　　Dated in Hawaii on **June 14, 2025**.

*Christina Taft*

Christina Taft

*Plaintiff in Propria Persona*