# EXHIBIT 1

# CERTIFICATE OF SERVICE

CHRISTINA TAFT v. PAUL BARRESI, et al.
5:24-cv-01930-TJH-DTB

I, the undersigned, certify and declare that I am at least 18 years of age. I am a resident of Hawaii, United States.

On May 26, 2025, I served a true copy of **SECOND AMENDED COMPLAINT**

  X   (By Electronic Transmission) I caused the document(s) described herein to be electronically transmitted and served via the Pacer system. The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(E)

  X   (By Delivery) I caused the document(s) described herein to be delivered to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

| Melissa Yaffa Lerner<br>Megan Scott Mallonee<br>Lavely & Singer Professional Corporation<br>Attorneys at Law<br>2049 Century Park East, Suite 2400<br>Los Angeles, California 90067-2906 | *Attorneys for Defendant(s),*<br>Paul Barresi |
|---|---|

I declare under oath and penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Hawaii on **May 26, 2025**.

_____
Christina Taft
*Plaintiff in Propria Persona*

1
**CERTIFICATE OF SERVICE SECOND AMENDED COMPLAINT**

# EXHIBIT 2



Christina Taft <taftchristina.ceo@gmail.com>

## Courtesy Copy of Second Amended Complaint
1 message

**Christina Taft** <taftchristina.ceo@gmail.com>  Mon, May 26, 2025 at 7:14 PM
To: Melissa Lerner <mlerner@lavelysinger.com>, Megan Mallonee <mmallonee@lavelysinger.com>, Noelia Echesabal <nechesabal@lavelysinger.com>

Hello Ms. Lerner and Ms. Mallonee,

Attached are courtesy copies of the Second Amended Complaint against Defendant Paul Barresi and Certificate of Service

Sincerely,
Christina Taft

--
*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*

**2 attachments**

 **FILED SAC - Second Amended Complaint of Taft v Barresi et al - stamped.pdf**
1456K

 **Filed Certificate of Service - Stamped May 26, 2025.pdf**
124K

# EXHIBIT 3



Christina Taft <taftchristina.ceo@gmail.com>

# IMMEDIATE CESSATION OF ALL ACTIVITIES INVOLVING ANGELA MEADOR

**Christina Taft** <taftchristina.ceo@gmail.com>	Thu, May 29, 2025 at 6:12 PM
To: Melissa Lerner <mlerner@lavelysinger.com>, Megan Mallonee <mmallonee@lavelysinger.com>, Noelia Echesabal <nechesabal@lavelysinger.com>

Christina Taft
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 212-718-1003
Ceo.Taft@Rescue-Social.com

May 29, 2025

**TO: Paul Barresi**

**RE: DEMAND FOR IMMEDIATE CESSATION OF ALL ACTIVITIES INVOLVING ANGELA MEADOR**

Dear Mr. Barresi,

I am writing in response to the courtesy copy of my Second Amended Complaint filed in Case No. 5:24-cv-01930-TJH-DTB in the U.S. District Court for the Central District of California, Eastern Division, which was provided to you. This complaint details the extensive pattern of harassment, stalking, and civil rights violations you have perpetrated against myself and others, particularly Ms. Angela Meador.

I am providing you this final opportunity to voluntarily cease your harmful conduct. This letter serves as formal notice and demand that you immediately cease and desist from all activities involving Angela Meador.

As documented extensively in my Second Amended Complaint, your continued harassment, exploitation, and unauthorized use of materials involving Ms. Meador has caused severe harm to both Ms. Meador and myself, and constitutes multiple violations of state and federal law.

**IMMEDIATE CESSATION REQUIRED**

You are hereby DEMANDED to immediately:

**1. STOP ALL USE OF UNCONSENTED RECORDINGS**

- Cease creating, distributing, or maintaining the unconsented recording of the phone call between Ms. Meador and myself
- Remove all copies of this recording from all platforms, websites, and media channels
- Destroy all copies of the recording in your possession or control
- Refrain from creating, distributing, or maintaining any other telephone recordings of Ms. Meador

**2. REMOVE ALL VISUAL AND WRITTEN MATERIALS**

- Cease creating, distributing, or maintaining any videos, photos, or imagery impugning Ms. Meador
- Immediately stop creating, distributing, or maintaining any written or audio materials impugning Ms. Meador, including but not limited to:
    - Texts
    - Letters
    - Emails
    - Posts
    - Any unauthorized disclosures

**3. CEASE ALL CONTACT AND STALKING**

- Stop any form of direct or indirect contact with Ms. Meador
- End all stalking behavior related to Ms. Meador
- Cease any surveillance or monitoring of Ms. Meador's activities

**LEGAL BASIS FOR DEMAND**

As detailed in my Second Amended Complaint, your actions constitute clear violations of:

- California Penal Code §§ 632 and 637.2 (Unauthorized Recording and Disclosure)
- Invasion of Privacy (Intrusion into Private Affairs and Conversations)
- California Civil Code § 3344 (Unauthorized Use of Voice, Name and Likeness)
- Civil Harassment (California Code of Civil Procedure § 527.6)
- Stalking (California Civil Code § 1708.7)
- Tom Bane Civil Rights Act (California Civil Code § 52.1)
- Federal RICO violations (18 U.S.C. §§ 1961-1962)

**CONSEQUENCES OF NON-COMPLIANCE**

**IF YOU DO NOT IMMEDIATELY COMPLY WITH THESE DEMANDS, I WILL BE FORCED TO CONTINUE FILING ADDITIONAL LAWSUITS** to protect Ms. Meador's rights and my own. My Second Amended Complaint demonstrates my commitment to pursuing all available legal remedies, including:

- Statutory damages under California Penal Code § 637.2
- Compensatory damages exceeding $2,000,000
- Punitive damages for willful violations
- Permanent injunctive relief
- Attorney's fees and costs
- Treble damages under applicable statutes

Your exploitation of Ms. Meador's trauma and our private communications has caused immeasurable harm. As documented in my complaint, Ms. Meador has been forced into hiding, her music career has been derailed, and she lives in constant fear due to your actions. This must end immediately.

**TIME SENSITIVE DEMAND**

You have **TEN (10) DAYS** from receipt of this letter to comply with all demands set forth herein. Your failure to comply will result in immediate continued legal actions and maximum damages allowed by law.

**This harassment campaign against a vulnerable assault victim and myself ends now.** Comply with these demands immediately, or face the full consequences of continued litigation.

Sincerely,

Christina Taft
*Pro Se Plaintiff*

**CC:**

- U.S. District Court, Central District of California
- FBI (Case References on File)
- California Department of Consumer Affairs

---

*This letter constitutes a formal legal demand. Your actions are being documented for use in current and future legal proceedings.*

On Mon, May 26, 2025 at 4:14 PM Christina Taft <taftchristina.ceo@gmail.com> wrote:
> Hello Ms. Lerner and Ms. Mallonee,
>
> Attached are courtesy copies of the Second Amended Complaint against Defendant Paul Barresi and Certificate of Service
>
> Sincerely,
> Christina Taft
>
> --
> *Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
> LinkedIn

--

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
LinkedIn

# EXHIBIT 4



Christina Taft &lt;taftchristina.ceo@gmail.com&gt;

## Activity in Case 5:24-cv-01930-TJH-DTB Christina Taft v. Paul Barresi et al Amended Complaint/Petition

cacd_ecfmail@cacd.uscourts.gov &lt;cacd_ecfmail@cacd.uscourts.gov&gt;  Mon, May 26, 2025 at 5:28 PM
To: ecfnef@cacd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered on 5/26/2025 at 5:28 PM PDT and filed on 5/26/2025
**Case Name:** Christina Taft v. Paul Barresi et al
**Case Number:** 5:24-cv-01930-TJH-DTB
**Filer:** Christina Taft
**Document Number:** 74

**Docket Text:**
**Second AMENDED COMPLAINT against Paul Barresi, Adam R. Waldman, and Does 1-10, inclusive. All Defendants amending Complaint - (Referred), [1], Amended Complaint/Petition[23], filed by Plaintiff Christina Taft (Attachments: # (1) Certificate of Service)(Taft, Christina)**

**5:24-cv-01930-TJH-DTB Notice has been electronically mailed to:**

Christina Taft &nbsp &nbsp ceo.taft@rescue-social.com

Megan Scott Mallonee &nbsp &nbsp mmallonee@lavelysinger.com

Melissa Yaffa Lerner &nbsp &nbsp mlerner@lavelysinger.com, nechesabal@lavelysinger.com

**5:24-cv-01930-TJH-DTB Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Filing SAC - Second Amended Complaint of Taft v Barresi et al.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/26/2025] [FileNumber=40191548-0
] [0a45833bc991f8bbc0bde6f0d8f001427e198e633e63be503f23b65f339a4af98a2
2cb6895c606ee177a9131170129d8b2251609ca6bfa8b1ac0f8215d146155]]
**Document description:** Certificate of Service
**Original filename:** C:\fakepath\Filing - Certificate of Service SECOND AMENDED COMPLAINT.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/26/2025] [FileNumber=40191548-1
] [2ff20f4acdb5759a80c600454d2b4f71720f5586e805170ebf799eb7e02ebabfd93
e8cf73c98af24404f444bf5edadaa7cc7b737808c965939087391f6c380a5]]

# EXHIBIT 5

 

**Paul Barresi** ✓
@PaulBarresi1

Moving forward, my lawyers are not even going to answer her nonsense filings. We are concentrating now on suing her for attorney fees and more. No way on Gods green earth we can lose. And her cohorts...those who have money and property.... are fair game as well.

6:49 PM · May 27, 2025 · **117** Views



# EXHIBIT 6

