AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| CHRISTINA TAFT | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 5:24-cv-01930-TJH-DTB |
| PAUL BARRESI, ADAM R WALDMAN, DOES 1-10, inclusive. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:               ANGELA GAYLE MEADOR

*(Name of person to whom this subpoena is directed)*

✔ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Any Call Logs, Emails, Texts from Defendant Barresi to Witness Angela G Meador; Any communications from Barresi to Meador; Any dates of disclosures by Barresi of unconsented recording of Meador & Taft's phone call; Documents for reporting recording, assaults, stalking, disclosures; ATTACHED A LETTER & EXHIBITS

| Place: Email Ceo.Taft@Rescue-Social.com or Call 212-718-1003 or Mail 1700 Ala Moana Blvd Apt 2301, Honolulu, Hawaii 96815; email taftchristina.ceo@gmail.com | Date and Time: 07/14/2025 5:30 pm |
|---|---|

❏ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

| *CLERK OF COURT* | OR | |
|---|---|---|
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* /s/ Christina Taft
_____, who issues or requests this subpoena, are:

Pro Se, Christina Taft, +1-212-718-1003, Ceo.Taft@Rescue-Social.com, 1700 Ala Moana Blvd, Honolulu, Hawaii 96815

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  5:24-cv-01930-TJH-DTB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**EXHIBIT A - COMPASSIONATE REQUEST FOR DOCUMENTATION TO PROTECT WITNESS SAFETY, FREELY LIVING, AND INDEPENDENCE**

**TO: ANGELA GAYLE MEADOR (Supporting Exhibits & Pleading to Adam Waldman)**

Dear Angela,

We understand that you have been through tremendous trauma and you hope for changes positively. We deeply respect your perspective and recognize your courage despite hardships. The documents we are respectfully requesting are not intended to cause you additional distress, but rather to help establish what you have experienced, so that appropriate protections can be put in place and justice can be served.

More importantly, you deserve a future where you can freely live, pursue your music career, where you can express yourself freely in communications with friends, associates, both privately and publicly, and where you can live with the peace of mind that comes from knowing your voice has been heard and your truth has been validated. Critically, we are also seeking to protect you against financial abuse and help you regain your rightful interests and career that have been derailed by this intimidation campaign. We understand that reclaiming your life and your future may feel overwhelming right now, but please know that we are committed to supporting you through this process. There are attached documents to provide some support and understanding to this request, as Plaintiff wants to protect both you and herself through this process, with the ultimate goal of ensuring you can move forward with dignity and security.

**COMMUNICATIONS WITH DEFENDANT PAUL BARRESI**

We recognize that Paul Barresi has engaged in a pattern of intimidation against you regarding your identification of Marton Csokas as your assailant. Defendant Barresi further stalks celebrities and Plaintiff requested help from Adam. We understand how isolating and frightening it must feel to have someone pressure you to change your truth, and we want you to know that your original account matters and deserves to be protected. Please provide all communications between you and Defendant Paul Barresi, including texts, emails, call logs, voicemails, and any other written or electronic communications from when Barresi obtained the unconsented phone recording between you and Taft approximately October 2022 to Present June 2025, anything in 2023 including recording disclosures leading to the coerced email in January 2024 and September 2024 to May 2025, including Defendant Barresi's reaction to your distress and any false statements to you that he made on wrongful retaliation to you.

This includes any communications where Barresi discussed your assault, your identification of "Mr. X" as Marton Csokas, or any pressure to change your testimony. Remember, it's against California law to make you be silenced on misconduct, assaults, harassment, or crimes. Nothing binds you in this court from speaking. We recognize that revisiting these communications may be emotionally difficult, but we also believe that documenting this pattern of manipulation is essential for ensuring that no one can ever put you in this position again. While this has already been documented, providing direct communications helps with additional reports to Sheriffs and enforcement, as well if Plaintiff needs to file additional lawsuits due to Defendants' default. We

understand these communications may be distressing, but they are crucial for documenting the witness intimidation you have endured and protecting you from further financial exploitation. Your future peace of mind depends on ensuring that those who have tried to silence you are held accountable.

## EVIDENCE OF YOUR ASSAULT AND CSOKAS'S INTIMIDATION CAMPAIGN

The legal documents describe a horrific assault by Marton Csokas and a subsequent systematic intimidation campaign designed to silence you. We want you to know that we believe you, we support you, and we understand that coming forward about such trauma requires immense bravery. Your experience deserves to be validated, not buried under threats and intimidation. Please provide any documentation of the assault itself, as well as evidence of the intimidation during, ongoing, and afterwards.

This includes any communications where you expressed fear of Csokas, evidence of interference in civil lawsuits and reporting, wrongful retaliation, surveillance or tracking, threats from his associates, or documentation of how you've had to alter your living situation for safety. We understand that your life has been turned upside down by this trauma and the subsequent campaign to silence you. We also understand that you may feel reluctant to relive these experiences, documenting this pattern may also help you reclaim your sense of agency and safety and may not only protect other victims but also help you find the peace and security you need to rebuild your life and pursue your dreams. You deserve to live without fear, and we hope that bringing this truth to light will help you find the peace and security you need to rebuild your life and pursue your dreams.

## UNAUTHORIZED RECORDINGS AND DISCLOSURES - ADAM WALDMAN'S REBUKE

We know that Defendant Barresi made and obtained unauthorized recordings of your private phone conversations and has disclosed recordings without your consent. You had every right to expect that your private communications would remain private, and we want to help ensure that your privacy rights are protected going forward.

Please provide any evidence of these recordings, any communications about these recordings, call logs, or any documentation showing you did not consent to being recorded. This includes any audio files, transcripts, or evidence of how these recordings have been used to intimidate or coerce you. After Plaintiff asked for help for you from Adam against unconsented recordings and that he was unconsentedly recorded by Defendant Barresi, notably, Adam Waldman has rebuked the use of unconsented recordings regarding the recording of him and recognizing them as violations of privacy and rights, although he hasn't yet directly responded about Plaintiff and you.

Your privacy was violated, and documenting this helps establish the broader pattern of harassment and supports efforts to restore your financial and career interests that have been damaged by these illegal recordings. We believe that by standing up for your privacy rights now, we can help ensure that you can communicate freely and privately in the future.

**STALKING AND CELEBRITY HARASSMENT BY DEFENDANT BARRESI**

Defendant Paul Barresi has a documented history as a celebrity stalker who targets high-profile individuals and those connected to them. We understand that this targeting likely made you feel held against your will and helpless—no one should have to endure being pursued simply for expressing their artistic voice or supporting someone they believe in. As someone who supported Johnny Depp and became involved in celebrity-adjacent matters through your tribute song, you became a target of Barresi's stalking behavior, which is both unfair and deeply wrong. Additionally, you are an important witness who observed financial abuse and other forms of abuse, making your testimony crucial not only as a supporter but as someone who witnessed significant wrongdoing that needs to be documented and addressed.

Please provide any evidence of stalking conduct by Barresi, including repeated unwanted contact, surveillance, wrongful retaliation, monitoring of your activities, or any behavior that made you feel harassed or unsafe. This includes evidence of Barresi's pattern of targeting individuals connected to celebrities, his use of intimidation tactics against witnesses, or any documentation showing how he has exploited your connection to the Johnny Depp case and your identification of Marton Csokas to harass and intimidate you.

We want you to know that your artistic expression and your right to support causes you believe in should never make you a target for harassment. Barresi's background as someone who stalks and harasses celebrities and their supporters is relevant to understanding why you became a target and the systematic nature of the harassment you've endured. Having your own artistic interests made you particularly vulnerable to Barresi's attacks. By documenting this pattern, we hope to not only protect you but also ensure that you can return to your artistic pursuits without fear of retaliation or harassment.

**PLAINTIFF'S EFFORTS TO HELP AND YOUR WISE COUNSEL**

In our deep concern for your safety and well-being, Plaintiff reached out to Adam Waldman seeking assistance to help protect you from the intimidation you were facing. We understand that you advised staying rational and measured in our approach to this situation, demonstrating your wisdom and strength even while under tremendous pressure. Your ability to provide thoughtful guidance while navigating your own trauma speaks to your character and resilience.

We deeply respect your perspective and judgment in this matter. Please provide any communications regarding these efforts to seek help on your behalf, including any discussions about approaching Adam Waldman or other potential sources of assistance. We want you to know that we value your input and wisdom throughout this process. Plaintiff's attempts at reconciliation have been motivated primarily by genuine worry for your safety and welfare, recognizing that you deserved protection and support during this frightening time. We hope that by working together, we can create a path forward that honors your perspective while ensuring your safety and future security.

**YOUR SUPPORT FOR JOHNNY DEPP AND RESULTING TARGETING**

Your courage in creating a tribute song for Johnny Depp and publicly supporting him
demonstrates your compassionate character and artistic integrity. We believe that your voice and
your art have value, and it's deeply unfair that expressing your beliefs and creativity led to you
being targeted for harassment. You should be celebrated for your artistic contributions, not
punished for them.

However, this support appears to have made you a target for intimidation by Barresi, who has a
pattern of targeting those connected to celebrity cases. Please provide documentation of your
tribute song "Emotional Song Against Abuse" "Love Yourself" any positive responses you
received from the community, and any evidence showing how your support for Johnny Depp
was used against you or made you a target for harassment by Barresi or others acting on behalf
of Csokas.

We hope that by addressing this harassment, we can help restore not only recognition of your
artistic contributions but also your confidence to continue creating and sharing your music
without fear. You deserve to have a thriving artistic career, and we want to help ensure that your
future creative endeavors are met with appreciation rather than intimidation. This documentation
will help restore recognition of your artistic contributions and protect your career interests,
allowing you to pursue your passion for music with the freedom and security every artist
deserves.

## FEAR AND SAFETY CONCERNS

We understand you have been living in fear and have had to seek police protection. We
recognize how exhausting and emotionally draining it must be to constantly worry about your
safety, and we want you to know that this is not how you should have to live. You deserve to feel
safe in your own home, secure in your daily activities, and free to pursue your goals without fear.

Please provide any reports you made to law enforcement, records of requests for protection,
communications expressing fear for your safety, or documentation of how the intimidation has
affected your daily life, career, and ability to communicate freely. This includes evidence of how
you've been forced to become inactive on social media or alter your music career due to safety
concerns from both Csokas's intimidation campaign and Barresi's stalking behavior.

We believe that documenting these impacts is crucial not only for legal purposes but also for
helping you reclaim your life. We want to help you get to a place where you can engage freely
on social media again, where you can perform and share your music without fear, and where you
can live your life on your own terms. Your future should be filled with the joy of creative
expression and personal freedom, not overshadowed by fear and intimidation.

## OUR COMMITMENT TO YOUR PROTECTION AND FREELY LIVING

Please know that your safety is our primary concern, but beyond that, we are committed to
helping you reclaim your future. We will work with law enforcement to ensure you have
appropriate protection from both Csokas's intimidation network and Barresi's stalking behavior.
We envision a future where you can return to your music with confidence, where you can engage

with your fans and community without fear, and where you can build the life and career you deserve.

Your courage in providing this documentation may help protect other potential victims of this intimidation campaign and celebrity stalking, but more importantly, it may help you break free from the cycle of fear that has constrained your life. We respect your trauma and will handle all sensitive information with the utmost care, understanding that you deserve to live without fear and to have your voice heard safely. We are committed to ensuring that this process empowers rather than re-traumatizes you.

Most importantly, we are committed to helping you regain your rightful interests and protecting you from any financial abuse or exploitation. We want to see you thrive, not just survive. We want to help you rebuild not just your safety, but your confidence, your artistic career, and your sense of agency over your own life.

## YOUR STRENGTH, YOUR VOICE, YOUR FUTURE

Angela, your experiences matter, your voice matters, your perspective matters, and your future matters. Your advice to approach this situation rationally shows your strength and wisdom even under extreme duress. We deeply respect your viewpoint and want you to know that we see you not just as a witness, but as a person deserving of respect, safety, and a bright future.

By documenting what you've endured from both Csokas's systematic intimidation and Barresi's celebrity stalking tactics, you are not only protecting yourself but potentially saving others from similar trauma. More than that, you are taking back your power and working toward a future where you can live and create freely.

We are committed to ensuring that you can tell your story safely, with dignity, and without fear of retaliation, while also working to restore your career and financial interests that have been damaged by this campaign of intimidation. We believe in your resilience, we respect your wisdom, and we are dedicated to helping you move forward into a future where you can flourish as both an artist and as a person.

Your voice deserves to be heard, your art deserves to be celebrated, and your future deserves to be bright and free from fear. We are honored to stand with you in pursuit of justice, safety, and the restoration of your rightful place in the world.

Respectfully submitted,

Christina Taft
Pro Se Plaintiff

*This request is made with deep respect for your trauma, genuine care for your wellbeing, profound appreciation for your perspective, and unwavering commitment to your future happiness and success.*

*SEE ATTACHED EXHIBITS*

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

---

## To Angela- Deep Care and Support: Synonyms in Songs

**Christina Taft** <taftchristina.ceo@gmail.com>                                          Tue, Jun 17, 2025 at 8:40 AM
To: babs481@aol.com

Dear Angela,

Sending loving energy everyday… "Have you ever felt so… is there a light on this road?… caught in the eye of a hurricane… another night waiting for someone to take me home… oh oh oh." Lost by Katy Perry

I care about you incredibly and want you to know that you're not alone in this, we're connected in these experiences. Your life has such beautiful energy and strength, and I can feel that same energy and warmth radiating from who you are. Your experiences are always valid, your dreams are valid, and you are valid. I'm sorry if I haven't always been the friend you urgently needed before, but I'm here now with my whole heart.

Please don't suffer in silence. You can reach out anytime - you're always welcome. I worry for you because I care so deeply, and I want you to know that you deserve protection, kindness, and all the good things life can offer.

Your interests, your music, your dreams - they're all part of what makes you special. Hold onto hope, love yourself, and please take care of yourself.

Grace Kelly once said: "I would like to be remembered as someone who accomplished useful deeds, and who was a kind and loving person."

I deeply appreciate your advice to stay rational - your wisdom has always meant so much to me. I wish we could have united, and I deeply apologize for not being there when you needed support.

I'm always caring for your back - meaning whenever you need support or to lead others to protect you more to understand the meaning, I'm ready to help. You're incredibly kind, beautiful inside, and deserve so much better.

"Red=passion, courage, energy, strength, warmth, and security. A fitting color for now."

Sometimes what feels overwhelming might just be excitement in disguise - like Nicole Arbour says, anxious and excited are really synonyms for the same energy, just viewed differently.

Song lyrics work the same way - they're full of synonyms for the same emotions and experiences, just expressed in different melodies and words. That's the beautiful tone of creatives.

Love unconditionally and Merci,
Christina
*Second Amendment Attached*

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*

---

 **FILED Second Amended Complaint of Taft v Barresi et al - stamped.pdf**
1456K

 **Gmail**

Christina Taft <taftchristina.ceo@gmail.com>

---

## Request for Assistance - Regarding Angela Gayle and Unconsented Recordings

Christina Taft <taftchristina.ceo@gmail.com>                                   Tue, Jun 3, 2025 at 2:36 PM
To: awaldman@theendeavorgroup.com

Dear Adam,

I hope this message finds you well. I am writing as a process server who has been taught that making the legal process easier for all parties involved is paramount, and that communicating with both sides appropriately can help prevent prolonged and unnecessarily damaging proceedings.

I am reaching out to find urgent help for Angela Gayle, who has found herself in a concerning situation with Barresi. Angela wrote a song as a tribute to Johnny, which appears to have put her at high risk from Barresi's actions. She is someone who has consistently supported Johnny, and I am deeply concerned about the harm being directed toward her.

The situation involves unconsented recordings that appear to have been made by Barresi, including what seems to be a recording of your own phone conversation. These recordings appear to be illegal, as they were made without consent. If I had been working as a process server earlier in this matter, I may have reported that the recordings of you, Adam, were made without consent. Furthermore, it appears that both the recording of Angela Gayle's conversation with Taft and the recording of your phone call have been used for what appears to be coercive and/or extortion purposes by Barresi.

Through process server Philip Hamilton's work, it was discovered that Stephen Braga believed it was "Paul" leaving a voicemail for him, which indicates these recordings were made without proper consent. I want to note that even as pro se representation, Braga did not threaten me when I requested to contact you directly.

Angela Gayle desperately needs assistance in this matter, and I am genuinely worried for her safety and well-being. I don't want to see this situation continue to escalate. As someone who has supported Johnny, she deserves protection from these harmful actions. I am reaching out to you because I believe you may be able to help, given that you also appear to have been affected by similar unconsented recording practices and unauthorized disclosures.

I am devastated to see any harm come to Angela. I have serious trauma from witnessing her being held by Barresi as a "Johnny witness/supporter" without any apparent way to get her the help she needs. This situation has deeply affected me personally, and I feel compelled to take action to find her assistance. I have even amended my entire lawsuit in an attempt to find resolutions and help from this situation.

Please, I am asking for your help. I don't know where else to turn, and I believe you may understand the gravity of this situation given your own experience with these practices. Any assistance or guidance you could provide would be deeply appreciated.

Would you be willing to discuss this situation? I believe that by working together, we can help stop the harm being caused to Angela Gayle and address the broader issues with these illegal recording practices.

I appreciate your time and consideration, and I hope we can find a path forward that protects everyone involved.

Thank you for your attention to this matter.

Sincerely,
Christina Taft
Propria Persona
212-718-1003

--
*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

6/20/25, 8:34 PM          Case 5:24-cv-01930-TJH-DTB   Document 77   Filed 06/21/25   Page 11 of 69   Page ID
                              Gmail - Enthusiastic Support and Inquiry About Angela Gayle's Music Career
                                                    #:3685

 Gmail                                              Christina Taft <taftchristina.ceo@gmail.com>

---

## Enthusiastic Support and Inquiry About Angela Gayle's Music Career

**Leland Grant** <lelandgrant@gmail.com>                                      Sat, Apr 12, 2025 at 5:35 PM
To: Christina Taft <taftchristina.ceo@gmail.com>

Hi Christina,

Apologies but I don't know the answers to any of your questions, I worked with Angela, but it has been a few years since I have seen her… Hope all is well thank you!

L

Sent with iphone.

> On Apr 12, 2025, at 4:31 PM, Christina Taft <taftchristina.ceo@gmail.com> wrote:
>
>
> Dear Leland Grant,
>
> As a passionate admirer of Angela Gayle's music and artistic journey, I was thrilled to learn about her signing with University Records/MMG and Warner Music Group. Her powerful singles "Have You Told Her" and "Love Yourself" have been on repeat in my playlists, and I deeply connect with the emotional honesty in her songwriting.
>
> Angela has an impressive career path from her early days as a Nashville native to her current multifaceted career as a singer-songwriter, musician, actress, and model. Her performances at iconic venues like the Grand Ole Opry and the Ryman Auditorium, as well as singing the national anthem for the Nashville team and Tennessee Titans, showcase her remarkable versatility and talent.
>
> I'm reaching out both to express my continued support for Angela's career and to inquire about her current projects with Leland Grant and Southlight Sound. As someone who values her message of kindness and positivity, I'm eager to stay informed about:
>
> 1. Her upcoming releases, especially details about the album she's been working on
> 2. Any plans for touring, particularly the European radio tour mentioned in some of her interviews
> 3. Her experience performing on the Grand Ole Opry stage - I understand it was a "humbling experience" for her, and  - what was it like for her to stand on that iconic stage?
> 4. Any behind-the-scenes insights about her creative process for her album in development
> 5. Any scheduled performances or touring plans (I'd travel to see her perform!)
> 6. Her release of her new single, Compromise.
> 7. How her background in law, international relations, and humanitarian work influences her music
>
> Her quote, "Be positive; work hard; always be kind; and help whenever and wherever you can," resonates deeply with me, as does her commitment to being known first as "a kind human being" before any of her professional titles.
>
> Thank you for your time and consideration. I'm genuinely excited to continue supporting Angela's artistic journey and to hear more about her path forward with South Light Sound.
>
> Warmest regards,
> Christina Taft
> 212-718-1003
>
>
> --
> *Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*



8:57

AM

Angela ›

I think it's admirable that you were listened to for yourself in these
2014 Article Meador at Law School in Florida (News): "Police say Zachary Johnson, 33, inappropriately touched Angela Meador, 31, on a flight from Orlando to Nashville Wednesday, reported WSMV."
2010 Angelea Meador Lawsuit against Nashville Stores: "Plaintiff would state that she was retaliated against and terminated for reporting sexual harassment in the workplace. " Meador v. Nashville Shores Holdings, LLC, No. 3:10-0904, 3 (M.D. Tenn. Nov. 30, 2010

I hope that you will be okay, and Mr. X is Marton Csokas. I hope you won't be scared and I'll diligently try to help you

Who is this?

I'm so sorry 💝

I have love for you and hope you are okay. I probably don't have much time to write this to you

Wed, Mar 26 at 10:03 AM

I'm at my friend Lori Mattix's house. Can I please call you later today?

I hope your day is going okay.

Sat, Mar 29 at 9:30 AM

iMessage

 Gmail

**Christina Taft <taftchristina.ceo@gmail.com>**

---

## To Adam: Please Help Angela Gayle - Urgent Concern for Her Safety

**Christina Taft** <taftchristina.ceo@gmail.com>                                        Fri, Jun 20, 2025 at 5:55 PM
To: awaldman@theendeavorgroup.com

Hi Adam,
 I'm calling because I'm really worried for Angela Gayle, and I'm hoping you might be able to help her. I'm really worried for Angela Gayle - she supported Johnny with her tribute song, and she witnessed many abuses, including financial abuse. I'm calling from Philadelphia, Pennsylvania. I urgently wish there would be reconciliation mainly because I'm very worried for her and it started with these unconsented phone recordings.

I wanted you to know that I may be receiving a default against Defendant Barresi, and I've had to report to the sheriff about these unconsented recordings that have been disclosed. What's particularly concerning is that you were also recorded without consent - this whole situation affects anyone based on where the phone is located and who makes calls.

I'm sympathetic that you were unconsentedly recorded, but it's not connected to subpoenas because process servers cannot serve and have to mail, but my heart was genuinely in trying to help and improve lives. I'm truly scared for Angela's safety and wellbeing, even today.

I have to admit, I even felt sympathy for what you've been going through with having to move to Florida. But I became so frightened because there was no communication, no comfort - just threats and intimidation.

Adam, if there's anything you can do to help Angela find her way to safety and freedom, please consider it. As said, she is a "Johnny witness." She's been through so much trauma, and she deserves to live without fear.

I'm just asking for your help in protecting her. Thank you for listening.

Christina Taft
Propria Persona Plaintiff


--

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*

6:25



Adam ›

iMessage
Tue, Jun 3 at 9:15 AM

Hi Adam, I'm reaching out to find urgent help for Angela Gayle and I'm a process server.

Angela wrote a tribute song to Johnny and is now at high risk from Barresi, who made unconsented recordings of both her and you that appear to be used for coercion/extortion with unauthorized disclosures. I'm genuinely worried for her safety - she's a Johnny supporter witness being held with no way to get help. I've even amended my entire lawsuit trying to find resolutions. Philip Hamilton discovered Braga thought "Paul" left him a voicemail, showing more unconsented recordings.

Please, I don't know where else to turn and believe you understand this situation.

Any help would be deeply appreciated. I'm devastated seeing her harmed and have serious trauma from witnessing this. Can we talk?

I also emailed you with "Request for Assistance - Regarding Angela Gayle and Unconsented Recordings."
Propria Persona
Christina Taft

Delivered

iMessage

8:59

🔍 Angela    ⊗    Cancel

## Calls

**Angela** Meador
↙ phone    4/14/25    📞

**Angela** Meador
↙ phone    4/12/25    📞

**Angela** Meador
↙ phone    4/1/25    📞

**Angela** Meador
↙ phone    3/30/25    📞

## Contacts

**Angela** Casler    📞

**Angela** Gayle
Info@angelagayleofficial.com    📹    📞

"Angela"    Angela's

q w e r t y u i o p
a s d f g h j k l
⇧ z x c v b n m ⌫
123    space    search

2:09

**Angela Gayle ...**    @Angela... · Mar 29, 2020

@MerynRuppert ! My love. I'm always with you!
t.co/54kgv8x6m1

> This Post is from an account that no longer
> exists. Learn more

💬    🔁 1    ❤️ 3    📊    🔖    📤

**Angela Gayle ...**    @Angela... · Mar 28, 2020

Angela Gayle #Musician #Singer #Actress #Model
What Makes You Famous #PO... youtu.be/4lc8Y-
gCpJQ via @YouTube
She discusses experiencing fame in an adult #jazz
band at 10 years old. Her real experience with
#PiratesoftheCaribbean #traveling the world,
#AngelinaJolie, and #law

> 
> youtube.com
> Angela Gayle #Musician #Singer
> #Actress #Model What Makes Yo...

💬    🔁 7    ❤️ 9    📊    🔖    📤

**Angela Gayle ...**    @Angela... · Mar 28, 2020

That's awesome. Please try to enjoy your loved ones
during this difficult time.

> **one step from ev...**    @one... · Mar 28, 2020
> Replying to @AngelaGayle01 @sunstroke_house
> and 5 others
> Recording, playing, and quality family time!
> Seizing the moment!  All my best to you Angela!

💬    🔁 2    ❤️ 4    📊    🔖    📤

**Angela Gayle ...**    @Angela... · Mar 28, 2020

Saying hello to new friends. @sunstroke_house

x.com

2:21

**Angela Gayle O...**  @AngelaG... · Dec 1, 2019  ⊘  •••
Thank you, @JWmusic2019 ! t.co/bVfRCxlpel

This Post is from an account that no longer exists. Learn more

💬  🔁 1  ❤️ 6  📊  🔖  ⬆️

**Angela Gayle O...**  @AngelaG... · Dec 1, 2019  ⊘  •••
Retweeting because this makes me smile every day.
#FollowBackPsychoSquad t.co/NU6zlY7LVM

This Post is from an account that no longer exists. Learn more

💬  🔁 1  ❤️ 4  📊  🔖  ⬆️

**Angela Gayle O...**  @AngelaG... · Dec 1, 2019  ⊘  •••
I will also be doing my first live interview on December 13, on @thewarpfactor ! I can't wait to discuss anything and everything with them!
#channeloneradio #UKradio

**Angela Gayle O...**  @Angela... · Dec 1, 2019
It's official!! My new single, Love Yourself, will be released on Friday! I can't wait to share it with all of you lovely people. It will give all the feels. 🙂



x.com









2:49

< 2    **AM**
Angela ›

**California Set to Pass AB 2777 Sexual Abuse And Cover-Up Accountability Act, Opening Window for New Lawsuits**
dlawgroup.com

It says it includes Cover Up window too which includes Paul Barresi.
Should see if it allows non-California residents Victim's

Sep 19, 2022 at 7:08 PM

Hey! I will take a look at the law in more detail tomorrow. But as long as he is out of the country, essentially running, my timeline is extended, from what I've been told.

Okay great! It looks like there are even attorneys with a 98% success rate. The only question is location. I've heard of ways jurisdiction can be moved… maybe federal court. Hope it can help you!! 💗 Melissa talked to us the other day and I talked to her dad Jerry yesterday

Sep 20, 2022 at 3:40 AM

Who is Melissa?

Sep 20, 2022 at 5:12 AM



+    iMessage    🎤



2:48





💭🩷

Free hugs!!

Oct 10, 2022 at 12:04 PM

What the heck is happening on Twitter?





**Metal Rock Punk News**
@MetalRockPunkN

Angela Gayle - Have You Told Her? (Official Audio) Listen here metal-rock-punk-news.blogspot.com/2019/11/angela... Follow @AngelaGayle01 angelagayleofficial.com #AngelaGayle #HaveYouToldHer #OfficialAudio #metalrockpunknews

10:35 AM · Nov 10, 2019



4:36    📞 15m

# CA MARTON CSOKAS – PROTECTION NOTICE FOR ANGELA MEADOR AS FEDERAL WITNESS 🔸 ⭐

Inbox

**Philip Andrew Hamilton**  4:35 PM
to Eric, me ⌄

Eric Fulton,
    Here is a legal protection notice for a federal witness that my client Christina Taft wanted to bring to your attention.  May you respond with an acknowledgment that you have received this cease and desist?

● ● ●

> Philip Andrew Hamilton
> Owner
> Hamilton Legal Services, LLC.

CA MARTON
CSOKAS – PRO...
📄 PDF    PDF

[ Received and understood. ]    [ Yes, I received it. ]    [ Acknowledged. ]

↩ Reply    ↩↩ Reply all    ↪ Forward    😊

4:51    �restl 5G 41

CA MARTON CSOKAS
PROTECTION NOTICE FOR ANGELA
MEADOR AS FEDERAL WITNESS

<       ⤓   🗑   ✉   ⋯

Inbox

**Philip Andrew Hamilton**   4:35 PM
Eric Fulton, Here is a legal protection notice for a fe...

**Philip Andrew Hamilton**   4:51 PM   😊 ↩ ⋯
to MARTON-CSOKAS, csokasm, cm... ⌄

Martin Csokas,

    Here is a legal protection notice for a federal witness that my client Christina Taft wanted to bring to your attention. May you respond with an acknowledgment that you have received this cease and desist?



Philip Andrew Hamilton
Owner: Hamilton Legal Services, LLC.
Website: HamiltonLegalServicesLLC.com
Serving clients in NC, VA, MD and DC!
Cellular Phone: (571) 455-5312

📄 CA MARTON
CSOKAS - PRO...
PDF   PDF

Received and | Acknowledged. | Yes, I received it.
understood. |

↩ Reply     ↩↩ Reply all     ➡ Forward   😊



3:04

**AM**

Angela >

He was looking for my location and photos, so he is now targeting me and I think he knows by attacking others around it bothers.

Try not to worry and I also wish it wasn't taking so long. I'm sorry that you were so tortured and it's disgusting that he keeps twisting it. Everything is your own choice and freedom.

Marton is the one that did all of this. Baressi's involvement would have only extended to whatever Marton wanted. There is no reason for him to come after me. But I hope everyone feels great about getting Marton stirred. All because Molly decided to exploit me and tell lies.

Marton has taken enough of me. Please, I'm begging you guys to make this stop.

He will kill me himself. Do you understand?

This is my real fucking life.

This isn't some reality show. It's my ACTUAL life!!!

😭 😭 I'm really sorry. They're uncontrollable and predators. Martin is a sadistic torturer... these people really need to stop.

iMessage

3:19    5G 56



X
Formerly Twitter

← **Post**

**Adam Waldman** ✔
@adam_waldman

**Follow** ···

This reimagination of history just out in the New Yorker - Claiming AH's and her friends' and family's personal info were leaked online.

In this case, accusations were actually confessions.

Back in reality, who that actually happened to was me (re my family home at that time)



2:24 PM · Jun 19, 2025 · **9,860** Views



**Adam Waldman** @adam_waldman · 6/5/25

TEST

💬 194    🔁 85    ❤️ 745    📊 17K    🔖    ⬆️

**Teri Cee Cee** @TeriDesiderata · 5d

Is it y'rself?

💬 1    🔁    ❤️ 3    📊 50    🔖    ⬆️

**Christina Taft** ✔️
@XTinaTaft_Film

Adam, Please help Angela Gayle who did a tribute song to Johnny Depp which put her at so much risk. I love her dearly. Further yes it's unconsented recordings of telephone calls even of you was unconsented and it's based on where the cell phone is.



▶️ YouTube



Post your reply

          

  

**Angela Gayle** ›

Today 7:30 PM

Hey Linda at Indie Music!

I'm reaching out about a potential collaboration with Angela Gayle, whose singles "Have You Told Her" and "Love Yourself" are making waves on Oahu and in playlists everywhere. Her performances at the Grand Ole Opry, Ryman Auditorium, and sports events showcase her incredible versatility.

Would you be interested in featuring Angela in Indie Music? She has exciting upcoming releases, a European radio tour, and a fascinating background in law, international relations, and humanitarian work.

Her creative process and positive message ("Be positive; work hard; always be kind; and help whenever and wherever you can") would make for compelling content that resonates with audiences. I'd love to discuss interview or feature opportunities that would benefit both parties.

**Hey (Music Person)! I'm reaching out about a potential collaboration with Angela, whose singles "Have You Told Her" and "Love Yourself" are making waves on Oahu and in playlists everywhere. Her**

3:19    5G 56

 X
Formerly Twitter

← **Post**

**Adam Waldman** ✔
@adam_waldman                    **Follow** ⊘ ⋯

Why does getting doxxed, and then having the New
Yorker twist it around matter?

My home was burglarized and bugged – the bug was
built into a piece of furniture just six inches away
from my pillow.





2:44 PM · Jun 19, 2025 · **54.8K** Views

💬 159    ↻ 130    ♡ 651    🔖 50

**Dr Truthseeker** @Truthse10335075 · Jun 19    ⊘ ⋯

🏠    🔍    ⊘    🔔    ✉    👥

x.com    ↻

‹    ›    ⬆    📖    ▢

10:49

 **Angela Gayle Official**



👍 1    👎    💬 2

**Angela Gayle Official**
5 years ago

Check out my first live radio streaming interview on OB Radio Canada! https://drive.google.com/a/angelagayl...



👍 1    👎    💬



🏠 Home    🎬 Shorts    📺 Subscriptions    You

🔒 youtube.com



**5:18**  5G  81

HC

Heather ›

*Edited*

The unspoken message that I'm getting from her is "stay away from me... leave me alone... you're putting me in danger." Not that you actually are the danger, but that you sending people to talk to her is putting her in danger.

Defendants put her in danger and it's a natural reaction

I've actually almost been killed in my past and I understand these reactions. It's just a survival reaction

I know it's the defendants... but she can't say. I think she knows she's being watched and bugged.

You did say there could be a Jammer

I believe it was a jammer that interfered with my audio...

That's why she has a jammer.

Angela doesn't know what a jammer is

And maybe the reason she was using it was so she could tell me what she told me without them knowing.

She's just a regular person. I don't even know where one is bought

+    iMessage

5:20    5G  80

HC

Heather ›

order case in Hilo but I need more time for it.

I put a lot of people and phone numbers there

Didn't she tell you that your client (me) could contact her? I didn't see that in your declaration but it's what you told me

She said you can tell whoever sent you to contact me directly.

1 Reply

But she never said your name.

And neither did I.

I do not want her to be scared

My mom Victoria and friend Michelle both died because I become too cowardly and don't invade their privacy

Edited

I know. I was trying to assure her she wasn't in danger from me. And that's why we agreed that I wouldn't go back that night.

I've done diligences court. I will be contacting her again

iMessage



10:49

## Angela Gayle Official

@AngelaGayleOfficial
131 subscribers • 1 video

Musician, Actress, and Model ...**more**

instagram.com/AngelaGayle01 and 2 more links

Subscribed

Home    Videos    Releases    **Posts**    Search

**Angela Gayle Official**
4 years ago

New single! I hope that it brings some joy to Johnny Depp fans. Equal rights matter!

@ThatUmbrellaGuy @darthnews

This video isn't publicly available

👍 1    👎                              💬 2

**Angela Gayle Official**
5 years ago

Check out my first live radio streaming interview on OB Radio Canada! https://drive.google.com/a/angelagayl...

Home    Shorts    Subscriptions    You

🔒 youtube.com





**Patricia** ›

Text Message • RCS
Today 8:22 PM

Patricia,
   Last night I emailed you a copy of the subpoena for your daughter Angela Meador.  May you confirm that you got that subpoena or if your daughter has it? It's regarding a lawsuit that was filed by Hawaiian resident Christian Taft.

Philip Hamilton
Owner
Hamilton Legal Services, LLC.

Delivered





**Wesley** ›

Text Message • RCS
Today 8:28 PM

Wesley,
   Last night I emailed you a copy of the subpoena for your sister Angela Meador. May you confirm that you got that subpoena or if your sister has it?  It's regarding a lawsuit that was filed by Hawaiian resident Christian Taft.

Philip Hamilton
Owner
Hamilton Legal Services, LLC.

Delivered

  

**Kevin** ›

iMessage
Today 8:25 PM

Kevin,
    Last night I emailed you a copy of the subpoena for your daughter Angela Meador.  May you confirm that you got that subpoena or if your daughter has it?  It's regarding a lawsuit that was filed by Hawaiian resident Christian Taft.

Philip Hamilton
Owner
Hamilton Legal Services, LLC.

Correction I meant to state your sister Angela Meador.

**Read** 8:28 PM

12:08

**Christina Taft**
332 posts

Posts    Replies    Highlights    Videos    Photos    Article

💬        🔁        ❤️ 2        📊 144        🔖    ⬆️

🔁 You reposted

**Nicole Arbour** ✓ @NicoleArbour · 4d

Facts.
#GOTEAM



💬 3        🔁 3        ❤️ 37        📊 3.3K        🔖    ⬆️

🔁 You reposted

**WORLD 2025** 🌊 ✓ @W0rld2025 · 1d

Monaco



11:58

**Christina Taft** ✓ @XTinaTaft_Film · 5m    ⌀  · · ·

A Tribute to GRACE KELLY, "as your manner, I don't care to hear about it."

youtu.be/WIfyONSIW9k?si… via @YouTube


youtube.com
A Tribute to GRACE KELLY

💬    🔁    ♡ 1    ▥ 6    🔖    ⬆

**Christina Taft** ✓ @XTinaTaft_Film · 5m    ⌀  · · ·

A Tribute to GRACE KELLY, "as your manner, I don't care to hear about it."

Defendant Paul Barresi is blocked on every media, email, phone, otherwise. I further REFUSE to review his profile EVER AGAIN as he coerces, which if reviewing the implicated content, shows help needed.

Show more


0:59
REAR WINDOW (1954)

💬    🔁    ♡ 1    ▥ 4    🔖    ⬆

**Christina Taft** ✓ @XTinaTaft_Film · 14h    ⌀  · · ·

I'd go back to Greece for the start of civilization. Missing you French friends !! Thank you for years long support from Europeans. I'll have more stories

x.com

9:59   5G 75

Angela Gayle O...  @Angela...  · Sep 9, 2019
Replying to @NotTodayEric
That's fair enough. 😉

♡ 1

Angela Gayle O...  @Angela...  · Sep 9, 2019
"Does she know what you're doing? All your schemes behind her back. Have you told her?" Getting ready for my new single release, "Have You Told Her?" Coming our Wednesday! Links posted tomorrow! #angelagayle #musicianlife #songwriter #NewRelease #Cheaters #GetReady



💬 1   🔁 1   ♡ 6

Angela Gayle O...  @Angela...  · Sep 3, 2019
Replying to @olienaceous
Best thing ever!

x.com





## AFFIDAVIT OF ALEJANDRO HERNANDEZ

1. I am signing this Unsworn Declaration in place of an Affidavit as allowed by 28 U.S. Code § 1746.

2. My name is Alejandro Hernandez; I am a licensed private investigator in Texas. I am over the age of 21 years old, of sound mind and competent to provide this Affidavit. I understand that I am swearing or affirming under oath to the truthfulness of the factual statements made in this affidavit and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

3. All statements made herein are made from personal knowledge and are true and correct.

4. On April 18, 2025, I interviewed Ian Herndon for approximately 2 hours. This affidavit provides the contents of the statements Mr. Herndon made to me during this interview which I memorialize here in the interest of truth and justice.    Mr. Herndon told me he knew Angela Gayle Meador.  He said he first met her after he was contacted by a person with the name of Richie Albertini, who provided him her phone number and told Herndon to help her come forward with allegations that she was making against a very well-known celebrity actor, Marton Csoskas.

5. Mr. Herndon stated he spoke to Angela on several occasions and for several hours, from November 25, 2020, to January 8, 2021.

6. Specifically, Angela told him that back in April of 2015, she had been flown into New Orleans LA, by a person she had met on an online dating site.  When she arrived in New Orleans she found out that the man she had met online was using a fake profile and photos, because the real person was Marton Csokas a famous actor.

7. Mr. Herndon stated Angela told him she was shocked to see that the person she had met online was a famous actor, who she knew and appreciated his work.  Angela is also a model who works in the music entertainment industry.

8. Mr. Herndon stated Angela told him that she understood why Mr. Csokas would use a fake profile considering he was a celebrity, so she agreed to accompany him, and they went out for dinner at a local restaurant. Then Mr. Csokas took Angela to a residence where he was staying. Then Mr. Csokas surreptitiously drugged Angela with an overpowering substance that left her incapacitated to defend herself. Angela told Herndon that is when Mr. Csokas attacked her and forced himself sexually on her.  Angela told Herndon that Mr. Csokas held her against her will for 36 hours and during that time, he raped her, beat her, tortured her, and caused her to be mutilated with a knife causing serious bodily injury to her leg.

9. Mr. Herndon stated that Angela told him that Mr. Csokas threatened her safety.  Later, Angela told him she learned that he had done the same thing to at least 10 other women.  Also, Angela told Herndon that when she returned to her home in Tennessee, an assailant surprised her, pointed a gun to her head and told her that he would kill her if she said anything about what Csokas did to her.   Bolstering this statement, Mr. Herndon provided me a message that Angela had texted him to his number which said in part: "You are all putting my life at risk by pushing this.  He (meaning Csokas) will kill me if he knows I've even spoken about it. I can't seem to be clear enough about that."

10. Mr. Herndon stated that he tried to convince Angela to come forward to the police with her story; however, Angela did not want to proceed out of pure fear.  Although what Angela told him had occurred several years earlier, Angela was deathly afraid of Mr. Csokas. Angela would

say emphatically that "He will kill me!" if he found out that she had told anyone what Csokas
did to her.

11.     When I asked Mr. Herndon if he could provide an affidavit about what he had just told me, Mr.
Herndon initially agreed but then backed out because he feared that "fixers" for Mr. Csokas
would come after him to silence him, like they came after Angela. Mr. Herndon was afraid
because a person by the name of Paul Barresi had called his wife in the past to discourage him
from trying to help Angela.

12.     Therefore, I am providing this affidavit to memorialize what he told me in the interest of
preserving truth and justice.

ALEJANDRO HERNANDEZ    5/23/2025

 Gmail                                    Christina Taft <taftchristina.ceo@gmail.com>

---

## Urgent Report for Witness/Victim Angela Meador & Christina Taft to TN

**Christina Taft** <taftchristina.ceo@gmail.com>                               Wed, Apr 2, 2025 at 6:00 PM
To: bmatthews@goodlettsville.gov

Dear Officer Brian,

I am trying to assist a police investigation and trying to reach the right Officer that was investigating for Witness Protection
to assist Angela Meador in Goodlettsville.

A process server named Tracy Kroft was trying to serve a Subpoena of a Witness to Angela, and told me that an Officer
was there all day.

I need to assist the police investigation and to report after these years of coercion by Defendant after he obtained
recorded phone calls and made her and I afraid of implicated violence. She's been forced to recant the name of her
assaulted her by Defendant.

The address of the report would be:



I am Christina Taft, the plaintiff/victim in two cases.

I need to urgently contribute to this investigation and then I need to go to do a report locally to where I am in Hawaii as
well.

Please and thank you.

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*


---------- Forwarded message ---------
From: **Christina Taft** <taftchristina.ceo@gmail.com>
Date: Tue, Apr 1, 2025 at 8:02 PM
Subject: Re: Officer Bork: Report for Witness/Victim Angela Meador & Christina Taft to TN
To: <Justin.Bork@nashville.gov>


Hi Officer Bork,

Further, as an assault victim, Angela Meador, who was assaulted by Marton Csokas who is Mr X that Defendant forced
her to recant the name of —- contrary to all of our prior communications where Csokas was her named concern —- she is
more valuable for the Defendant to control and to coerce.

If I could please have a call back and a response I would appreciate it. I mainly need to report the incident to the use of
audios and her being too afraid to name Csokas as who assaulted her anymore.
I'm very worried for her.

Christina Taft
212-718-1003

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*


On Tue, Apr 1, 2025 at 7:26 PM Christina Taft <taftchristina.ceo@gmail.com> wrote:

Hi Officer Bork,

Did you kindly receive this report and information to assist the police investigation into witness/victim tampering  -- starting with unconsented use of Defendant of phone recordings, forcing statements and implicated violence?
I'm trying to report locally to help Witness/Victim Angela Meador and I was told you were investigating from the process server trying to serve a Subpoena of a Witness.

I'd appreciate this becoming a police report or if I could speak to you from 212-718-1003. I left two voicemails and texts as well to your phone number at 615-930-4652.
Also I'd appreciate this as I would need to report again to the FBI locally in Honolulu specifically on how Meador and I were victimized, and how it is so much worse than I knew since we were not communicating.

I'm glad you went to do Witness Protection, and I'd like to contribute to helping Angela have a life without the undue influence she's seen
Sincerely,
Christina Taft

---------- Forwarded message ---------
From: **Christina Taft** <taftchristina.ceo@gmail.com>
Date: Tue, Apr 1, 2025 at 4:52 AM
Subject: Officer Bork: Report for Witness/Victim Angela Meador & Christina Taft to TN
To: <Justin.Bork@nashville.gov>


Dear Officer Bork,

I am trying to assist the police investigation. I left a voicemail and text messages for you. Here is what I wrote last night and attached with declarations to assist you and Angela Meador.

There are multiple unconnected audio recordings of calls that Defendant has and he's repeatedly intimidated, threatened me over the years. Since Meador and I were in the same phone call he obtained (which discussed retaliation), I neglected this situation and I'm very worried for Angela, and that Defendant forced Angela to recant the name of Marton Csokas who assaulted her, as well as took away her consent.

I'm reporting to you of the coercion and witness/victim tampering that Defendant did starting with obtaining audio recordings of phone calls that include discussing violence, assaults, and were then forced into other statements for 3 years.  This use of audios by Defendant forces victims to recant and be in fear, with continued manipulation by Defendant.

Meador and I did not consent to the use of the audio recording of a call between us by Defendant.
In October 2022, Defendant obtained an audio recording of Angela Meador, a witness-victim, speaking with me on the phone from July 2022. Angela had been brutally assaulted and retaliated against by Marton Csokas.

Defendant records his calls as well, and probably has additional recordings of Meador to make undue influence. Defendant took away Meador's consent and continually implicated violence happening to her for years. The repetition is harrowing, distressing, and coercive.
I had to report to the FBI myself in March 2024, and I am so sorry that I did not know the level of distress and influence that Angela was under, that she eventually would be forced to recant the name of who assaulted her. It's traumatizing and frightening to witness this, as well as very worrying.

Since we had been in the same phone call, I was too afraid and did not communicate with her for years. I filed cases and issued subpoenas to witnesses. I've attached exhibits of declarations, texts, emails, proving these facts with the urgent need for evidence regarding witness/assault victim tampering, and an investigation.

Cases: Hawaii Restraining Order 3DSS-25-0000044, attached, and subpoena to witness Meador.
U.S. District Case: 5:24-cv-01930

## A.   Evidence of Defendant's Witness Manipulation

The transcribed audio recording from July 22, 2022, filed concurrently herewith, provides critical evidence that Gayle was intimidated into silence regarding her assault by Csokas (Exhibit C). It also demonstrates that Gayle initially sought to corroborate investigations but later appeared coerced into changing her stance. And lastly, the audio recording evidences that Defendant has engaged in attempts to control Gayle's narrative away from justice from her assaulter, Marton Csokas, and pressuring her into statements that contradict documentation of communications. Gayle herself expressed fear and concern over Defendant's actions, raising serious questions about the legitimacy of her later statements in support of Defendant.

Licensed private investigator Heather Cohen vigorously refutes Defendant's claims in each fact.

From Cohen's affidavit (Exhibit 1), "Question #1: Did you give consent for the call (between yourself and CLIENT) to be recorded?

Answer: "No."

Question #2: Did you consent for the call to be used?

Answer: "No."

Question #3: Did you give the recording to the defendant?

Answer: "No."

"…Ms. Meador asked if I was trying to figure out who 'Mr. X' was…"

"17. I attest that the statement relied upon the filed ex parte is grossly false in regards to any interaction with Ms. Meador (Gayle)... b. I did not talk with Ms. Meador's neighbors or knock on any other doors; c. I did not 'pound' on the door, d. I did not 'demand' that she answer questions; c. I did identify myself as Licensed Private Investigator, Heather Cohen (2x); f. I showed my license to her; g. I did not refuse to leave; h. I did not stay for hours; and i. I did not see her (at any point) lift her phone to record me."

"18. Further, I assured Ms. Meador (Gayle) that I was not a threat to her and I was only there to ask some questions." Moreover, Cohen conveyed sympathy.

"19. The assertions made by the defendant's attorney, in regards to my interaction with Ms. Meador, are blatantly false."

## B.    Plaintiff's Minimal Contact with Gayle

Plaintiff has had no communication with Gayle since **October 2022 and January 2024**, the latter instance occurring when Defendant himself was actively threatening Plaintiff. Notably, Gayle copied Defendant in her January 2024 communication, indicating his direct involvement in influencing her statements. Plaintiff's limited contact with Gayle negates any false claim that she has engaged in any harassment or any intent outside of good will (Exhibits B; texts).

## C.    Gayle's Continued Fear of Csokas

Gayle, according to the affidavit of Cohen, asked if she was seeing who "Mr. X" was and if the investigator was working for "Mr. X" or Defendant (Exhibit 1). At first Gayle did not mention Plaintiff at all. Plaintiff was concerned when she saw the statements submitted that recanted who Mr. X was, as a violation of Gayle's right to name who assaulted her. Similarly, Cohen attests that Plaintiff stated she "felt bad for her." Gayle had mentioned to Plaintiff of her assault by Marton Csokas, who is Mr. X, and to others. Gayle had conveyed to Plaintiff her fear of Marton Csokas, that she was begging the exploitation of her to stop, including of her in the use of restraining order proceedings, and that she wished people would recognize Csokas, and not Defendant Barresi (Exhibits B; texts). Conveyed in the call between Plaintiff and Gayle is violence, assault, and abuse towards Gayle, other women (pushed down the stairs for instance) and others by Csokas. In additional texts, Gayle states, "Marton has taken enough of me. Please, I'm begging you guys to make this stop. He will kill me himself, do you understand? This is my real fucking life. This is not a reality show. It's my ACTUAL life!!!" Plaintiff apologized and called Marton an uncontrollable predator, and a sadistic torturer. Plaintiff admits that during months in 2022 it was quite a confusing with many activities, and that Gayle is affirmed in her focus on Csokas.

Unfortunately, Plaintiff did not engage Gayle over the years, unlike other witnesses, and felt unable to help her due to the recording between them, that Defendant has persistently exploited and used. Witnesses Ian Herndon for example wanted to help Gayle. Gayle to Cohen stated the use of the audio of their call was against her consent, and she did not send it to Defendant (Exhibit 1).

Gayle's official website is inactive, reinforcing her fear of retaliation. In the transcribed recording and in prior texts, she explicitly stated that she fears Csokas, yet Defendant continues to mischaracterize her statements to serve his objectives.

Plaintiff sought to free Gayle from issuing statements that counter years of her interests, beliefs, and wishes. From Gayle's initial answers to licensed private investigator Cohen, who shows empathy, Gayle reinforced her previous stances. When Plaintiff requested an ex parte to extend time for service of a co-defendant, a bizarre email was sent to her by Defendant's attorney, which is highly contested by the licensed investigator (Exhibit 1; page 2).  Defendant is wrongfully attributing false interactions in order to control this assault victim who is in the music business. Moreover, according to local rules, Plaintiff is entitled to cross-examine a declarant (L.R. 7-8 Presence of Declarants - Civil Cases). Plaintiff never told Gayle she was an attorney, however, she did refer to the SB 2777 law against sexual abuse and cover-ups, and informed her of her rights to file a lawsuit against Marton Csokas, who resides in California (Exhibits B).

The declarations submitted allegedly of Gayle are not hand-signed, and are via DocuSign, of a person who is probably under distress. As in prior motions, Plaintiff has attempted to demonstrate that witnesses would start to recant in these matters, and sadly in additional matters, if they were not protected from Defendant's direct contact.

Plaintiff is legitimately afraid that Gayle will be unable to name her assaulter or conduct further lawful actions, if she's forced to submit statements that counter documentation and evidence. Plaintiff is legitimately and generously afraid for Gayle's safety and her autonomy, independence. Plaintiff's actions were done to protect Gayle, and to reinforce her independence.

**D.    Evidence of Ongoing Harassment and Threats by Defendant**

Molly Beaton's affidavit, attached hereto (Exhibit 4), provides compelling evidence
that Defendant has subjected Plaintiff, and others associated with her, to threats and
manipulative behavior. Despite their prior dispute, Ms. Beaton moved to protect Gayle from
Defendant calling her a 'non-entity' and forcing statements of their interactions. The
affidavit describes multiple instances in which Defendant contacted her with threats of
harm, engaged in stalking, and attempted to coerce her into making statements contrary to
her beliefs. Notably, Ms. Beaton attests that Defendant's actions have been designed to
silence witnesses, including herself, and to intimidate those who support Plaintiff's
position. Specifically, Ms. Beaton recounts how Defendant's communications included
manipulative emails and phone calls that sought to control her testimony and intimidate her
into submission. Ms. Beaton's fear of Barresi's criminal behavior is palpable throughout her
affidavit, with her noting that his actions have caused severe emotional distress and a
genuine fear for her safety.

Moreover, Ms. Beaton's affidavit corroborates Plaintiff's own claims of harassment,
detailing how she personally observed Defendant stalking and intimidating Plaintiff. Ms.
Beaton's testimony regarding the actions of Defendant, including his ongoing surveillance
of Plaintiff, his threats, and the manipulation of witnesses to target and attack Plaintiff,
establishes a clear and documented pattern of behavior that supports the need for immediate
legal protection.

Ms. Beaton also draws attention to the nature of Defendant's criminal activities,
describing him as a "fixer" with a history of involvement in dangerous and illegal
operations. This reinforces the claim that Defendant's actions are not merely nuisance
harassment but a deliberate effort to obstruct justice and intimidate witnesses.

Ian Herndon's affidavit, attached here as well (Exhibit 5), provides compelling
evidence that Defendant had coerced Gayle through death threats after she told Mr.
Herndon that Mr. Csokas had sexually assaulted her and retaliation ensued with threatening
letters to her, along with joint action against her civil rights to report the assault. Mr.
Herndon reported that Defendant had pointed a gun at Angela's face, which is a claim that
repeats without relief.

Gayle should not be coerced into recanting the identity of the person who assaulted her. The evidence makes it clear that Gayle was assaulted by Csokas, and her primary focus has always been on her recovery and safety, not on Defendant or his actions. However, the Defendant has continued to cause harm by pressuring Gayle to redact her statements. Initially, Gayle's concerns were centered on the individual who violently assaulted her, but the Defendant has forced this witness and victim to focus instead on responding to his manipulative demands.

Contrary to Defendant's assertion, Plaintiff never stated that Defendant pointed a gun at her face. Plaintiff specifically informed Gayle that she should not be afraid and that she should never recant the intimidating interactions she experienced, even if the identity of the individuals involved was unknown. The continual efforts by Defendant to force a statement claiming that he pulls guns on people, among other manipulative tactics, exemplify his coercion and intimidation. This is an attempt to instill fear in witnesses and prevent them from providing fuller statements about the broader types of coercion they have endured from Defendant. Plaintiff's primary goal has been to free Gayle from the Defendant's coercive influence, allowing her to move forward in her life and, importantly, to ensure that her assaulter is named and held accountable.

Ms. Meador is a material witness in my case, and licensed private investigators were instructed to ask whether Ms. Meador did not consent to the recorded phone calls, the use of the audio, or the sending of the audio, and to clarify that when she said Mr. X assaulted her, that she meant "Marton Csokas".
The Undue Influence Law in California Civil Code § 1575, has been enforced since the year of 1872. The elements of that definition which are still in effect for law are:

1. The use, by one in whom a confidence is reposed by another, or who holds real or apparent authority over him or her, of such confidence or authority for the purpose of obtaining an unfair advantage over him or her;
2. In taking an unfair advantage of another's weakness of mind; and
3. In taking a grossly oppressive and unfair advantage of another' necessities or distress.

Due to Undue Influence, the Unsworn Declarations 28 U.S. Code § 1746 prevents a witness/victim from harm if they have been under distress, intimidated, misrepresented to, and/or audio recordings used against them.

### Still Uploaded – Defendant Publishing Audio of Call of Meador & Me Against Consent:

Mr. X- "Marton Csokas" Who Assaulted Meador Is Named in Every Publishing by Defendant -

- Defendant shows images of gun to head by unknown assailant, which is re-traumatizing

**((Removed links, videos, photos, please confirm receipt and will send evidence, declarations, and certified transcription))**

--

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*


--

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

6/20/25, 8:50 AM    Case 5:24-cv-01930-TJH-DTB — Document 77 — Filed 06/21/25 — Page 52 of 69    Page ID
#:3726
Gmail - Urgent Report for Witness/Victim Angela Meador & Christina Taft to TN

 Gmail

**Christina Taft <taftchristina.ceo@gmail.com>**

---

## Urgent Report for Witness/Victim Angela Meador & Christina Taft to TN

**Christina Taft** <taftchristina.ceo@gmail.com>                                      Thu, Apr 3, 2025 at 1:28 PM
To: Brian Matthews <bmatthews@goodlettsville.gov>

Hi Officer Brian,

Thank you, I am so grateful for you sending my efforts to contribute to this police investigation on Witness
Protection to help Angela Meador to Sgt. Poole.

Process Server Tracy Kroft, serving a Subpoena of a Witness to Angela, spoke with Officer Justin Bourk,
who may be a deputy for Sgt. Poole.

I've contacted Nashville metro pd and can you please send the attached documentation to Sgt. Poole as
well?
This needed to be reported years ago, and I'm so worried for Angela and the distress she's in.

I've attached Witness Declarations showing no consent from Meador of Defendant's exploitation of audio
recordings and implications of violence, Text Messages between me and Angela showing no Consent and
her fearing Marton Csokas as well as naming him prior to Defendant, the Declaration from PI Cohen from
my short directive (trying to free her from Defendant and naming who assaulted her, Marton Csokas).

I also attached some photos of the exploitation by Defendant of these recordings throughout the years
and Defendant taking Meador's text messages to send to me.

A Certified Transcription is attached of the original call that Defendant obtained between me and Angela Meador, where
she's focused on Csokas who assaulted her, and where clearly this contradicts what Defendant has forced her to do and
say, with a Conflict of Interest against her.
Also, how Defendant pulls both ends against the middle to harm victims especially valuable ones like
Angela. Witnesses declared to support Angela, including against being a non-entity as contacted by
Defendant.

**<u>Still Uploaded - Defendant Publishing Audio of Call of Meador & Me Against Consent:</u>**
Mr. X- "Marton Csokas" Who Assaulted Meador Is Named in Every Use by Defendant -

I will send these links to these many uses by Defendant if this documentation is received first please.

Thank you,
Christina Taft
212-7181-1003

On Thu, Apr 3, 2025 at 3:05 AM Brian Matthews <bmatthews@goodlettsville.gov> wrote:

> The officer you spoke with is Sgt. Poole. I forwarded her your email. She works nights and is not available before 6
> pm
>
> ---
>
> **From:** Christina Taft <taftchristina.ceo@gmail.com>
> **Sent:** Wednesday, April 2, 2025 5:00 PM
> **To:** Brian Matthews <bmatthews@goodlettsville.gov>
> **Subject:** Fwd: Urgent Report for Witness/Victim Angela Meador & Christina Taft to TN

*****CAUTION*****

THIS EMAIL GENERATED FROM OUTSIDE OF City of Goodlettsville ORGANIZATION. DO NOT CLICK LINKS
OR OPEN ATTACHMENTS UNLESS YOU RECOGNIZE THE SENDER AND KNOW THE CONTENT IS SAFE!

Dear Officer Brian,

I am trying to assist a police investigation and trying to reach the right Officer that was investigating for Witness
Protection to assist Angela Meador in Goodlettsville.

A process server named Tracy Kroft was trying to serve a Subpoena of a Witness to Angela, and told me that an Officer
was there all day.

I need to assist the police investigation and to report after these years of coercion by Defendant after he obtained
recorded phone calls and made her and I afraid of implicated violence. She's been forced to recant the name of her
assaulted her by Defendant.

The address of the report would be:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I am Christina Taft, the plaintiff/victim in two cases.

I need to urgently contribute to this investigation and then I need to go to do a report locally to where I am in Hawaii as
well.

Please and thank you.

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

---------- Forwarded message ---------
From: **Christina Taft** <taftchristina.ceo@gmail.com>
Date: Tue, Apr 1, 2025 at 8:02 PM
Subject: Re: Officer Bork: Report for Witness/Victim Angela Meador & Christina Taft to TN
To: <Justin.Bork@nashville.gov>

Hi Officer Bork,

Further, as an assault victim, Angela Meador, who was assaulted by Marton Csokas who is Mr X that Defendant forced her to recant the name of —— contrary to all of our prior communications where Csokas was her named concern —— she is more valuable for the Defendant to control and to coerce.

If I could please have a call back and a response I would appreciate it. I mainly need to report the incident to the use of audios and her being too afraid to name Csokas as who assaulted her anymore.

I'm very worried for her.


Christina Taft

212-718-1003


*Founder & Entrepreneur* | *Innovator* | *Egalitarian, Humanitarian*
*LinkedIn*



On Tue, Apr 1, 2025 at 7:26 PM Christina Taft <taftchristina.ceo@gmail.com> wrote:

Hi Officer Bork,

Did you kindly receive this report and information to assist the police investigation into witness/victim tampering  -- starting with unconsented use of Defendant of phone recordings, forcing statements and implicated violence?

I'm trying to report locally to help Witness/Victim Angela Meador and I was told you were investigating from the process server trying to serve a Subpoena of a Witness.

I'd appreciate this becoming a police report or if I could speak to you from 212-718-1003. I left two voicemails and texts as well to your phone number at 615-930-4652.
Also I'd appreciate this as I would need to report again to the FBI locally in Honolulu specifically on how Meador and I were victimized, and how it is so much worse than I knew since we were not communicating.

I'm glad you went to do Witness Protection, and I'd like to contribute to helping Angela have a life without the undue influence she's seen
Sincerely,
Christina Taft


---------- Forwarded message ---------
From: **Christina Taft** <taftchristina.ceo@gmail.com>
Date: Tue, Apr 1, 2025 at 4:52 AM
Subject: Officer Bork: Report for Witness/Victim Angela Meador & Christina Taft to TN
To: <Justin.Bork@nashville.gov>


Dear Officer Bork,


I am trying to assist the police investigation. I left a voicemail and text messages for you. Here is what I wrote last night and attached with declarations to assist you and Angela Meador.

6/20/25, 8:30 PM    Gmail - Urgent Report to 7 Witness Victim Angela Meador & Criminal Sanction to...

Case 5:24-cv-01930-TJH-DTB    Document 77    Filed 06/21/25    Page 55 of 69    Page ID
#:3729

There are multiple unconnected audio recordings of calls that Defendant has and he's repeatedly intimidated, threatened me over the years. Since Meador and I were in the same phone call he obtained (which discussed retaliation), I neglected this situation and I'm very worried for Angela, and that Defendant forced Angela to recant the name of Marton Csokas who assaulted her, as well as took away her consent.

I'm reporting to you of the coercion and witness/victim tampering that Defendant did starting with obtaining audio recordings of phone calls that include discussing violence, assaults, and were then forced into other statements for 3 years.  This use of audios by Defendant forces victims to recant and be in fear, with continued manipulation by Defendant.

Meador and I did not consent to the use of the audio recording of a call between us by Defendant.

In October 2022, Defendant obtained an audio recording of Angela Meador, a witness-victim, speaking with me on the phone from July 2022. Angela had been brutally assaulted and retaliated against by Marton Csokas.

Defendant records his calls as well, and probably has additional recordings of Meador to make undue influence. Defendant took away Meador's consent and continually implicated violence happening to her for years. The repetition is harrowing, distressing, and coercive.

I had to report to the FBI myself in March 2024, and I am so sorry that I did not know the level of distress and influence that Angela was under, that she eventually would be forced to recant the name of who assaulted her. It's traumatizing and frightening to witness this, as well as very worrying.

Since we had been in the same phone call, I was too afraid and did not communicate with her for years.

I filed cases and issued subpoenas to witnesses. I've attached exhibits of declarations, texts, emails, proving these facts with the urgent need for evidence regarding witness/assault victim tampering, and an investigation.

Cases: Hawaii Restraining Order 3DSS-25-0000044, attached, and subpoena to witness Meador.

U.S. District Case: 5:24-cv-01930

## A.    Evidence of Defendant's Witness Manipulation

The transcribed audio recording from July 22, 2022, filed concurrently herewith, provides critical evidence that Gayle was intimidated into silence regarding her assault by Csokas (Exhibit C). It also demonstrates that Gayle initially sought to corroborate investigations but later appeared coerced into changing her stance. And lastly, the audio recording evidences that Defendant has engaged in attempts to control Gayle's narrative away from justice from her assaulter, Marton Csokas, and pressuring her into statements that contradict documentation of communications. Gayle herself expressed fear and

concern over Defendant's actions, raising serious questions about the legitimacy of her later statements in support of Defendant.

Licensed private investigator Heather Cohen vigorously refutes Defendant's claims in each fact.

From Cohen's affidavit (Exhibit 1), "Question #1: Did you give consent for the call (between yourself and CLIENT) to be recorded?

Answer: "No."

Question #2: Did you consent for the call to be used?

Answer: "No."

Question #3: Did you give the recording to the defendant?

Answer: "No."

"…Ms. Meador asked if I was trying to figure out who 'Mr. X' was…"

"17. I attest that the statement relied upon the filed ex parte is grossly false in regards to any interaction with Ms. Meador (Gayle)... b. I did not talk with Ms. Meador's neighbors or knock on any other doors; c. I did not 'pound' on the door, d. I did not 'demand' that she answer questions; c. I did identify myself as Licensed Private Investigator, Heather Cohen (2x); f. I showed my license to her; g. I did not refuse to leave; h. I did not stay for hours; and i. I did not see her (at any point) lift her phone to record me."

"18. Further, I assured Ms. Meador (Gayle) that I was not a threat to her and I was only there to ask some questions." Moreover, Cohen conveyed sympathy.

"19. The assertions made by the defendant's attorney, in regards to my interaction with Ms. Meador, are blatantly false."

**B.     Plaintiff's Minimal Contact with Gayle**

Plaintiff has had no communication with Gayle since **October 2022 and January 2024**, the latter instance occurring when Defendant himself was actively threatening Plaintiff. Notably, Gayle copied Defendant in her January 2024 communication, indicating his direct involvement in influencing her statements. Plaintiff's limited contact with Gayle negates any false claim that she has engaged in any harassment or any intent outside of good will (Exhibits B; texts).

### C.  Gayle's Continued Fear of Csokas

Gayle, according to the affidavit of Cohen, asked if she was seeing who "Mr. X" was and if the investigator was working for "Mr. X" or Defendant (Exhibit 1). At first Gayle did not mention Plaintiff at all. Plaintiff was concerned when she saw the statements submitted that recanted who Mr. X was, as a violation of Gayle's right to name who assaulted her. Similarly, Cohen attests that Plaintiff stated she "felt bad for her." Gayle had mentioned to Plaintiff of her assault by Marton Csokas, who is Mr. X, and to others. Gayle had conveyed to Plaintiff her fear of Marton Csokas, that she was begging the exploitation of her to stop, including of her in the use of restraining order proceedings, and that she wished people would recognize Csokas, and not Defendant Barresi (Exhibits B; texts). Conveyed in the call between Plaintiff and Gayle is violence, assault, and abuse towards Gayle, other women (pushed down the stairs for instance) and others by Csokas. In additional texts, Gayle states, "Marton has taken enough of me. Please, I'm begging you guys to make this stop. He will kill me himself, do you understand? This is my real fucking life. This is not a reality show. It's my ACTUAL life!!!" Plaintiff apologized and called Marton an uncontrollable predator, and a sadistic torturer. Plaintiff admits that during months in 2022 it was quite a confusing with many activities, and that Gayle is affirmed in her focus on Csokas.

Unfortunately, Plaintiff did not engage Gayle over the years, unlike other witnesses, and felt unable to help her due to the recording between them, that Defendant has persistently exploited and used. Witnesses Ian Herndon for example wanted to help

Gayle. Gayle to Cohen stated the use of the audio of their call was against her consent, and she did not send it to Defendant (Exhibit 1).

Gayle's official website is inactive, reinforcing her fear of retaliation. In the transcribed recording and in prior texts, she explicitly stated that she fears Csokas, yet Defendant continues to mischaracterize her statements to serve his objectives.

Plaintiff sought to free Gayle from issuing statements that counter years of her interests, beliefs, and wishes. From Gayle's initial answers to licensed private investigator Cohen, who shows empathy, Gayle reinforced her previous stances. When Plaintiff requested an ex parte to extend time for service of a co-defendant, a bizarre email was sent to her by Defendant's attorney, which is highly contested by the licensed investigator (Exhibit 1; page 2). Defendant is wrongfully attributing false interactions in order to control this assault victim who is in the music business. Moreover, according to local rules, Plaintiff is entitled to cross-examine a declarant (L.R. 7-8 Presence of Declarants - Civil Cases). Plaintiff never told Gayle she was an attorney, however, she did refer to the SB 2777 law against sexual abuse and cover-ups, and informed her of her rights to file a lawsuit against Marton Csokas, who resides in California (Exhibits B).

The declarations submitted allegedly of Gayle are not hand-signed, and are via DocuSign, of a person who is probably under distress. As in prior motions, Plaintiff has attempted to demonstrate that witnesses would start to recant in these matters, and sadly in additional matters, if they were not protected from Defendant's direct contact.

Plaintiff is legitimately afraid that Gayle will be unable to name her assaulter or conduct further lawful actions, if she's forced to submit statements that counter documentation and evidence. Plaintiff is legitimately and generously afraid for Gayle's safety and her autonomy, independence. Plaintiff's actions were done to protect Gayle, and to reinforce her independence.

### D.    Evidence of Ongoing Harassment and Threats by Defendant

Molly Beaton's affidavit, attached hereto (Exhibit 4), provides compelling evidence that Defendant has subjected Plaintiff, and others associated with her, to threats and manipulative behavior. Despite their prior dispute, Ms. Beaton moved to protect

Gayle from Defendant calling her a 'non-entity' and forcing statements of their interactions. The affidavit describes multiple instances in which Defendant contacted her with threats of harm, engaged in stalking, and attempted to coerce her into making statements contrary to her beliefs. Notably, Ms. Beaton attests that Defendant's actions have been designed to silence witnesses, including herself, and to intimidate those who support Plaintiff's position. Specifically, Ms. Beaton recounts how Defendant's communications included manipulative emails and phone calls that sought to control her testimony and intimidate her into submission. Ms. Beaton's fear of Barresi's criminal behavior is palpable throughout her affidavit, with her noting that his actions have caused severe emotional distress and a genuine fear for her safety.

Moreover, Ms. Beaton's affidavit corroborates Plaintiff's own claims of harassment, detailing how she personally observed Defendant stalking and intimidating Plaintiff. Ms. Beaton's testimony regarding the actions of Defendant, including his ongoing surveillance of Plaintiff, his threats, and the manipulation of witnesses to target and attack Plaintiff, establishes a clear and documented pattern of behavior that supports the need for immediate legal protection.

Ms. Beaton also draws attention to the nature of Defendant's criminal activities, describing him as a "fixer" with a history of involvement in dangerous and illegal operations. This reinforces the claim that Defendant's actions are not merely nuisance harassment but a deliberate effort to obstruct justice and intimidate witnesses.

Ian Herndon's affidavit, attached here as well (Exhibit 5), provides compelling evidence that Defendant had coerced Gayle through death threats after she told Mr. Herndon that Mr. Csokas had sexually assaulted her and retaliation ensued with threatening letters to her, along with joint action against her civil rights to report the assault. Mr. Herndon reported that Defendant had pointed a gun at Angela's face, which is a claim that repeats without relief.

Gayle should not be coerced into recanting the identity of the person who assaulted her. The evidence makes it clear that Gayle was assaulted by Csokas, and her primary

focus has always been on her recovery and safety, not on Defendant or his actions. However, the Defendant has continued to cause harm by pressuring Gayle to redact her statements. Initially, Gayle's concerns were centered on the individual who violently assaulted her, but the Defendant has forced this witness and victim to focus instead on responding to his manipulative demands.

Contrary to Defendant's assertion, Plaintiff never stated that Defendant pointed a gun at her face. Plaintiff specifically informed Gayle that she should not be afraid and that she should never recant the intimidating interactions she experienced, even if the identity of the individuals involved was unknown. The continual efforts by Defendant to force a statement claiming that he pulls guns on people, among other manipulative tactics, exemplify his coercion and intimidation. This is an attempt to instill fear in witnesses and prevent them from providing fuller statements about the broader types of coercion they have endured from Defendant. Plaintiff's primary goal has been to free Gayle from the Defendant's coercive influence, allowing her to move forward in her life and, importantly, to ensure that her assaulter is named and held accountable.

Ms. Meador is a material witness in my case, and licensed private investigators were instructed to ask whether Ms. Meador did not consent to the recorded phone calls, the use of the audio, or the sending of the audio, and to clarify that when she said Mr. X assaulted her, that she

meant "Marton Csokas".

The Undue Influence Law in California Civil Code § 1575, has been enforced since the year of 1872. The elements of that definition which are still in effect for law are:

1. The use, by one in whom a confidence is reposed by another, or who holds real or apparent authority over him or her, of such confidence or authority for the purpose of obtaining an unfair advantage over him or her;
2. In taking an unfair advantage of another's weakness of mind; and
3. In taking a grossly oppressive and unfair advantage of another' necessities or distress.

Due to Undue Influence, the Unsworn Declarations 28 U.S. Code § 1746 prevents a witness/victim from harm if they have been under distress, intimidated, misrepresented to, and/or audio recordings used against them.

**Still Uploaded - Defendant Publishing Audio of Call of Meador & Me Against Consent:**

Mr. X- "Marton Csokas" Who Assaulted Meador Is Named in Every Publishing by Defendant -

- Defendant shows images of gun to head by unknown assailant, which is re-traumatizing

**((Removed links, videos, photos, please confirm receipt and will send evidence, declarations, and certified transcription))**

--

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*


*LinkedIn*




--

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*


--

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*

---

**14 attachments**


**ScreenShot Tool -20250331201338.png**
224K


**ScreenShot Tool -20250331213340.png**
115K


**ScreenShot Tool -20250331201116.png**
278K



ScreenShot Tool -20250331203609.png
146K

**Texts Angela No Permision Barresi Publish ( (3)-merged (1).pdf**
834K

**Notarized - Ian Herndon DECLARATION WITNESS (1).pdf**
1234K

**Notorized - Molly Beaton DECLARATION.pdf**
293K

**Subpoena Angela Meador Witness - Hawaii restraining case against Defendant (2).pdf**
414K

**Cohen Declaration p1 (1).pdf**
2473K

**Cohen Declaration p.2 (3) (1).pdf**
2202K

**Exhibits Oppose Ex Parte Angela Taft - March 26 2025 - merged (1).pdf**
12642K

**Case View 3DSS-25-0000044 Taft v Barresi - Witness Angela Meador.pdf**
14K

**Signed_Audio Used by Barresi - Taft and Angela TN Talk - July22 2022.pdf**
675K

**Dec 13 Barresi Emails Taft - FRUSTRATED MENTALLY UNSTABLE BE LOCKED UP - In reply to supportive texts to Angela requotes.pdf**
205K

**PROTECTION NOTICE FOR ANGELA MEADOR AS FEDERAL WITNESS**

**Re: Angela Meador - Protected Witness in Federal Civil Rights Litigation**

**TO: MARTON PAUL CSOKAS**
**1130 5th AVE, VENICE, CALIFORNIA 90291**
**Phone: (424) 901-3738**
**Email: csokasm@gmail.com**

**DEMAND TO CEASE ALL RETALIATION**

This letter serves as a formal demand that you, Marton Csokas, immediately cease and desist from any retaliation against Angela Meador or the use of any private personnel against her after the assaults you perpetuated against her, as such actions are against the law and constitute witness intimidation, violations of laws, stalking, and obstruction of justice.

This letter serves as formal notice that Angela Meador is a protected witness who has been subpoenaed in Case No. 5:24-cv-01930-TJH-DTB in the United States District Court for the Central District of California. I am aware that you have implemented unethical and illegal tactics to interfere with Ms. Meador's testimony. Meador has been granted police protection since March and April 2025, including documentation of restrictions of Meador's speech and fears for her life due to the initial assaults and retaliation by Marton Csokas "Mr. X" and any further actions by Csokas will continue to be documented to law enforcement.

**Documented Pattern of Violence and Retaliation by Marton Csokas Against Angela Meador**

The federal complaint details extensive allegations of systematic violence and ongoing retaliation perpetrated by Marton Csokas against Ms. Angela Meador. In April 2015, Csokas allegedly initiated contact with Meador through deceptive means, luring her to New Orleans under false pretenses. The complaint describes a horrific three-day assault and captivity ordeal where Csokas overpowered with a substance of Meador, physically confined her by locking multiple doors to prevent escape, subjected her to physical assault and violence, rape, and sexual assault, caused serious bodily injury by cutting her leg, forced her confinement in small spaces, and filmed these assaults without consent while she was stripped and helpless.

Following the alleged assault, Csokas implemented a systematic campaign of intimidation and surveillance designed to silence Meador and prevent her from reporting these crimes. The retaliation began before Meador was even released from the hospital and continued "almost every day" for "the first year and a half to the two years." This campaign included explicit death threats, the use of armed associates who pointed guns at her head and threatened to kill her if she spoke about the assault, private investigators conducting surveillance who called saying "We're tracking your phone" and "we know you're here at this place right now," and coordinated harassment designed to maintain control over Meador.

The complaint indicates this violence is part of a broader pattern affecting "like 14 other girls," with international scope including recent incidents where victims in Italy and England have

reported similar violent assaults, drugging, and gun threats by Csokas. The ongoing intimidation has forced Meador to completely alter her identity and living situation, stating "I don't want them to find me," and has derailed her modeling and music career.

Recent evidence from March 2025 confirms that surveillance and intimidation continue to this day. Licensed private investigator Heather Cohen observed Meador as "visibly shaken" and "quite scared" during an interview, with technical interference suggesting electronic surveillance countermeasures being employed to disrupt documentation of her statements.

**Vital Claims for Relief Under California Law**

Ms. Meador possesses vital claims for relief under AB 2777, also known as the Sexual Abuse and Cover-Up Accountability Act, which provides extended statutes of limitations for sexual assault victims and specifically addresses institutional cover-ups and retaliation. The documented pattern of violence, systematic intimidation, and ongoing surveillance by Csokas and his associates directly interferes with Meador's ability to pursue these legal remedies and her constitutional right to access the courts. The continued monitoring and interference with her ability to communicate and provide testimony constitutes obstruction of justice and witness tampering.

Given that Ms. Meador has viable civil claims against Csokas and the documented evidence of ongoing intimidation designed to prevent her from exercising her legal rights, Marton Csokas is hereby warned to immediately cease all surveillance, monitoring, intimidation, and interference with Ms. Meador's communications, testimony, and legal proceedings.

**Federal Witness Protection Statutes**

You are hereby advised that it is illegal and a violation of Federal law to "knowingly use intimidation, threats, or corruptly persuade another person, or engages in misleading conduct towards another person, with intent to influence, delay, or prevent the testimony of any person in an official proceeding." See 18 U.S. Code § 1512(b)(1). Yet, you have tampered with a witness and an assault victim in order to "withhold testimony, or withhold a record, document, or other object, from an official proceeding." Your conduct violates 18 U.S. Code § 1512(b)(1)(2) - Tampering with a witness, victim, or an informant.

Your actions are also in violation of 42 U.S. Code § 3617 - Interference, coercion, or intimidation, because you used coercive tactics to scare Ms. Meador into not cooperating in my case as a witness, knowing that her truthful attestation would aid me in the exercise of my rights. Moreover, your actions violate Tennessee law as well. See TN Code § 39-16-507 (2024), which specifically states that it is a Class D Felony, to "by means of coercion, influences or attempts to influence a witness or prospective witness in an official proceeding with intent to influence the witness to:

(1) Withhold any truthful testimony, truthful information, document or thing; or (2) Elude legal process summoning the witness to testify or supply evidence, or to be absent from an official proceeding to which the witness has been legally summoned."

**Documented Pattern of Harm to Ms. Meador**

The federal complaint details extensive allegations of harm suffered by Ms. Meador at the hands of Marton Csokas, including a three-day kidnapping and assault in New Orleans in April 2015, followed by years of wrongful systematic intimidation designed to prevent her from reporting these crimes. Ms. Meador's communication regarding this pattern of violence and subsequent wrongful retaliation is essential.

The ongoing surveillance and intimidation of Ms. Meador, as evidenced by recent interviews where she appeared "visibly shaken" and "quite scared," along with technical interference suggesting electronic surveillance countermeasures, demonstrates that efforts to silence her continue to this day. Any further attempts to intimidate, threaten, or prevent Ms. Meador from providing truthful testimony will be prosecuted to the fullest extent of federal and state law.

Additionally, between 2022-2025, there have been repeated unauthorized disclosures of recordings involving Ms. Meador and wrongful repeated contact with her, demonstrating a continued pattern of harassment and intimidation designed to prevent her from exercising her legal rights and providing testimony. These actions violate California Penal Code § 632, which makes it illegal to record confidential communications without the consent of all parties, California Penal Code § 637.2, which provides civil remedies for such violations, and 18 U.S.C. § 2511 (Federal Wire-Tapping Law), which prohibits the interception of wire, oral, or electronic communications, particularly when such recordings are used for coercive purposes. Defendant Paul Barresi has repeatedly broken these laws through unauthorized recordings and disclosures, and Csokas will face liability if he continues to retaliate against Ms. Meador in any way. These actions constitute ongoing violations of federal witness protection statutes and will be prosecuted accordingly.

**Warning Against Further Intimidation**

This notice serves as a formal warning that Ms. Meador is under federal protection as a witness whose testimony is material to ongoing civil rights litigation. Any person who attempts to interfere with her testimony, intimidate her, or prevent her cooperation with federal authorities will face immediate prosecution under federal witness tampering statutes, which carry penalties of up to 20 years imprisonment.

Law enforcement agencies have been notified of the protection status of this witness, and any suspicious activity or attempts at contact will be immediately reported to federal authorities.

**CONCLUSION**

Accordingly, I demand that you immediately cease and desist from contacting Angela Meador by private personnel, intermediaries, or third parties acting on your behalf, or via any other means, whether in person, by phone, email, social media, or through surveillance. This includes any direct or indirect contact, intimidation, harassment, unconsented telephone or video recordings, unauthorized disclosures of recordings or other materials, surveillance, or attempts to gather information about Ms. Meador through associates, personnel, or other intermediaries.

You are hereby ORDERED to immediately and permanently:

1. **CEASE** all surveillance, monitoring, tracking, or observation of Ms. Angela Meador by yourself, intermediaries, or any third parties acting on your behalf, including but not limited to private investigators, associates, or other intermediaries; directly or indirectly;

2. **DESIST** from any and all forms of contact, communication, or attempted communication with Ms. Meador, whether direct or indirect, including through intermediaries, telephone calls, social media, electronic means or any other method; DESIST from any interference or disruptions of interviews of Ms. Meador documenting the assaults you perpetuated and retaliation against her to investigators, police, and courts; DESIST from any interference in Ms. Meador's life and career;

3. **TERMINATE** all intimidation, harassment, threats, making her "scared to death," stalking, unauthorized recordings, unauthorized disclosures of recordings, or retaliatory conduct directed toward Ms. Meador or any person associated with her;

4. **DESTROY** any unauthorized recordings, unauthorized recorded telephone calls, unconsented video recordings, photographs, or other materials obtained without Ms. Meador's consent and confirm such destruction in writing within ten (10) days of receipt of this notice. Failure to comply with destruction of these unconsented materials shall be deemed coercive and illegal.

If you do not comply with this cease and desist demand, which must be permanent from this time forward, I will pursue all available legal remedies, including but not limited to seeking criminal charges against you for tampering with a witness by making her "scared to death" and stalking, a referral against you to state and federal authorities, and I will swiftly initiate civil litigation seeking monetary damages, injunctive relief, and an order that you pay court costs and attorney's fees.

I will be continuing to report to federal and local law enforcement to protect Ms. Meador hereto.

Your liability and exposure under such legal action could be considerable.

This letter serves as formal notice of our position and our intent to protect Ms. Meador's safety and legal rights. I strongly advise you to govern yourself accordingly.

I expect your written confirmation of compliance with these demands immediately upon receipt of this correspondence.

Sincerely,

/S/ *Christina Taft*

CEO of Rescue Social Inc

Plaintiff in proceedings against Defendant Paul Barresi and Does 1-10

≡ ▶️ YouTube    🔍 Search    🎤    ➕ Create    🔔    👤





**Tribute to Johnny Depp | Because You're a Man | Emotional Song Against Abuse Song by Angela Gayle**

🅴 eHacker    [ Join ]  [ Subscribe ]          👍 350  👎    ↗ Share    •••
30K subscribers

3,342 views  Jul 20, 2020
Tribute to Johnny Depp | Because You're a Man | Emotional Original Song by Angela Gayle
Angela's Twitter here: 🐦 / @angelagayle01   (Give her a follow and some support!)

My Patreon! Starting at $1.00! https://www.patreon.com/user?u=11797644
MY TWITTER! @EnterHacker
MAIL ME: campsmithmedia@gmail.com

https://christhead.bandcamp.com/releases Chirst Head Album Here!

Patreon Channels! CHECK THEM OUT!

the Stove Top Ninja: ▶️ / Video

Adega's Book: https://www.amazon.com/Evolution-Adeg...

TitozWorld Channel : ▶️ / Spiderman: Disney vs Sony / Star Wars IX /...

Teresa Martin : 🐦 / @msmartinmuses

TEE SPRING! I have merch. Prices are standard TeeSpring for now.

https://teespring.com/stores/hacker-g...

**Transcript**

Follow along using the transcript.

[ Show transcript ]

🅴 **eHacker**
30K subscribers

[ ▶️ Videos ]  [ ℹ️ About ]  [ Ⓟ Patreon ]  [ 🐦 Twitter ]

Show less

**154 Comments**    ⇅ Sort by

👤  Add a comment...

🅴  📌 Pinned by @EnterHacker
@EnterHacker  4 years ago (edited)
Angela sent me this song and I was pretty impressed! Give her a follow on Twitter for more info or if you wanna know about the song! https://twitter.com/AngelaGayle01 ✓
👍  👎    Reply

  ⌄ 1 reply

🅲  @ChristinaTaft 3 weeks ago
This is a beautiful song of men and women being equal as well as against abuse, including being against financial abuse. The lyrics are comforting, although it would have been nice if without the media. I'm glad you supported Angela Gayle
👍 1  👎    Reply
  ⌃ 🅴 1 reply
    🅴  @EnterHacker 3 weeks ago
    I agree! Thanks for checking it out!
    👍  👎    Reply

🅿  @pameladeda 4 years ago (edited)
You know he feels the support of the people when he enters the court building. He touches his heart with his hand. He can feel our support and i hope he wins big and that the world understands that even men can be victims of abuse at the hands of the ones they love.
👍 35  👎    Reply

🅷  @humility1st 4 years ago
Angela Gayle beautiful! Thank you! Thanx Entertainment Hacker!
👍 10  👎    Reply
  ⌄ 1 reply

🅰  @ariellegolas4508 4 years ago
Absolutely beautiful ❤️
👍 4  👎    Reply



[ All ]  [ Watched ]



Katy Perry - Lost (live at Hollywood Palladium)
KatyPerry CZ
88K views • 11 years ago

Mix - Nicole Arbour- HANDS UP
Skygrass, Sam Smith, Doja Cat, and more
Updated today

Sean P DIDDY TRIAL LIVE!' Former Assistant & 'Dxxg Mul...
That Surprise Witness''
49K views • Streamed 8 hours ago
New

Turned back for a cat, and she just hopped into the bag herself!
HuiHui
53K views • 1 day ago
New


Conservatives Shouldn't Fear Social Media Censorship (Pt. ...
The Rubin Report ✓
60K views • 4 years ago

A Tribute to GRACE KELLY
Adyfilk
112K views • 2 years ago


Latest On The Johnny Depp and Amber Heard Trial | This...
This Morning ✓
125K views • 3 years ago


ROC Nation CEO *FULL LAWSUIT* Reading (..daughter...
That Surprise Witness''
17K views • 1 day ago
New


Katy Perry - Waking Up In Vegas (Official)
Katy Perry ✓
102M views • 16 years ago

Nicole Arbour - Biddi Bum
Nicole Arbour ✓
1.4M views • 3 years ago


R KELLY 'OVERDOSED' IN SOLITARY CONFINEMENT?
BJ Investigates
7.8K views • 3 hours ago
New

Katy Perry - Waking Up In Vegas (Live at SXSW)
ShoutFactoryMusic
84K views • 11 years ago

A man saw a cat dragging a heavy bag —what lay inside wa...
The Meow Haven
64K views • 2 days ago
New


JAY-Z & DIDDY Case Major *UPDATES* ( ...Jane Doe &...
That Surprise Witness''
77K views • 5 months ago

Love Yourself
Angela Gayle Official ✓
246 views • 5 years ago

Natalie Wood and Steve McQueen - Love with the Prop...
BB48_MovieClips
17K views • 4 years ago


Katy Perry - Roar | Coronation Concert at Windsor Castle - ...
BBC ✓
9.5M views • 2 years ago

Trent Maxwell Nearly Died Becoming a Bondi Rescue...
Extraordinary Stories
59K views • 11 months ago

Katy Perry - Making of the "Roar" Music Video
Katy Perry ✓
23M views • 11 years ago

Tess & Oliver [Green Arrow] ▶ URA Fever
ParadiseVids
942 views • 14 years ago

Live with Nicole Arbour: Calling Out Candace Owens and...
Karlyn Borysenko ✓
62K views • Streamed 2 years ago

Katy Perry Live Concert Set (SXSW)
ShoutFactoryMusic
48K views • 11 years ago

Running Into Three Kittens While Jogging—They Followed







Christina Taft <taftchristina.ceo@gmail.com>

---

## Follow-up Regarding Unlawful Recordings and Ongoing Safety Concerns

**Christina Taft** <taftchristina.ceo@gmail.com>                                    Sat, Jun 7, 2025 at 1:52 PM
To: "Braga, Stephen" <stephen.braga@bracewell.com>, Philip Andrew Hamilton <hamiltonlegalservicesvirginia@gmail.com>

Please see the below email I sent to Adam of Request for Assistance - Regarding Angela Gayle and Unconsented
Recordings

Dear Mr. Braga,

I hope this message finds you well. I am writing to follow up on previous communications and to bring several important
legal and safety matters to your attention. I am greatly worried for Johnny supporter Angela Gayle, and this prompts my
request for reconciliation. I would also like to request guidance on how to appropriately send a message to Adam
Waldman, as I acknowledge that Barresi made unconsented recordings of him regarding harm to Johnny witnesses, and I
am unwantingly in this recording.

I wanted to clarify an important legal point regarding the unlawful recordings that have been discussed. Phoenix
Investigations, specifically Annie Gray, informed me that the legality of recording phone conversations is determined by
the location where the recording device is situated. If a cell phone conducting the recording is located in California, then
the recording would be unlawful under California's two-party consent laws, regardless of where the other party to the
conversation may be located.

I must inform you that despite my previous outreach efforts, I have not received any assistance, responses, or clarification
from any of Heard's personnel regarding these serious matters. This lack of response has unfortunately placed both
Angela Gayle and myself at increased risk. Angela, who has been a supporter of Johnny and who advised me to
approach this situation rationally when it first began, continues to face escalating concerns for her safety and well-being.

Throughout this entire situation, Barresi has continually claimed that his actions were related to Adam's suggestions and
interests. This assertion, combined with the ongoing lack of response from relevant parties, has created an increasingly
dangerous environment for those involved, particularly Angela. Angela continues to face escalating concerns for her
safety and well-being, including coercion from Paul Barresi and the threat that Marton Csokas can use his deranged
freelancing behavior.

The situation has become critical, and the continued silence from those who might be able to provide assistance or
clarification is deeply concerning. Angela's safety remains my primary concern, and I believe immediate attention to these
matters is warranted.

I would greatly appreciate any guidance, assistance, or clarification you might be able to provide regarding these serious
allegations and the ongoing safety concerns.

Thank you for your time and consideration of this urgent matter.

Sincerely,

Christina Taft
Process Server
Propria Persona


---------- Forwarded message ---------
From: **Christina Taft** <taftchristina.ceo@gmail.com>
Date: Tue, Jun 3, 2025 at 8:36 AM
Subject: Request for Assistance - Regarding Angela Gayle and Unconsented Recordings
To: <awaldman@theendeavorgroup.com>


Dear Adam,