1  **5MELISSA Y. LERNER (SBN 285216)**
   mlerner@lavelysinger.com
2  **MEGAN S. MALLONEE (SBN 340276)**
   mmallonee@lavelysinger.com
3  **LAVELY & SINGER**
   **PROFESSIONAL CORPORATION**
4  2049 Century Park East, Suite 2400
   Los Angeles, California 90067-2906
5  Telephone: (310) 556-3501
   Facsimile: (310) 556-3615
6
7
8  Attorneys for Defendant
   PAUL BARRESI
9
10              **UNITED STATES DISTRICT COURT**
11             **CENTRAL DISTRICT OF CALIFORNIA**
12                    **EASTERN DIVISION**
13
14
15  CHRISTINA TAFT,                    CASE NO. 5:24-cv-01930-TJH (DTB)
16
17          Plaintiff,                 [Hon. Terry J. Hatter, Jr.]
18      vs.                            **DECLARATION OF MEGAN S.**
                                       **MALLONEE IN SUPPORT OF**
19  PAUL BARRESI; ADAM R.              **DEFENDANT PAUL BARRESI'S FIRST**
20  WALDMAN; and DOES 1 through 10,    **EX PARTE APPLICATION FOR**
    inclusive,                         **RELIEF AND EXTENSION OF TIME**
21                                     **TO FILE MOTION TO DISMISS**
22          Defendants.                **PURSUANT TO F.R.C.P. 12(b)(6)**
23
24
25
26
27
28

4528-3

_____

## DECLARATION OF MEGAN S. MALLONEE

I, Megan S. Mallonee, do hereby declare:

1.      I am an attorney at law duly licensed to practice before all the courts of this state and am an associate of the law firm Lavely & Singer Professional Corporation, attorneys for Defendant Paul Baressi ("Defendant") herein.  I have personal and first-hand knowledge of the matters set forth in this Declaration and, if called and sworn as a witness, I could and would testify competently thereto under oath.

2.      Plaintiff Christina Taft's Second Amended Complaint ("SAC") was filed on May 26, 2025. Due to a calendaring error, a legal assistant inadvertently calendared the response deadline based on an original complaint rather than an amended complaint, and Defendant failed to file a timely response, which was an anticipated third Motion to Dismiss. Defendant has not missed any other deadlines in this action.

3.      If the deadline is not continued, Defendant will be deprived of the ability to respond to the SAC and defend the instant action.

4.      On June 25, 2025, I provided notice of this *Ex Parte* Application, including the date and nature of relief sought, to Plaintiff Christina Taft. She indicated that she would oppose it. A true and correct copy of my correspondence with Ms. Taft is attached hereto as **Exhibit A**.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 25th day of June, 2025, at Los Angeles, California.


          s/ *Megan S.  Mallonee*
          MEGAN S. MALLONEE

DECLARATION OF MEGAN S. MALLONEE ISO EX PARTE APPLICATION

# EXHIBIT A

| | |
|---|---|
| **From:** | Christina Taft <taftchristina.ceo@gmail.com> |
| **Sent:** | Wednesday, June 25, 2025 5:33 PM |
| **To:** | Megan Mallonee |
| **Cc:** | Melissa Y. Glass |
| **Subject:** | Re: Defendant Paul Barresi's Ex Parte Application - Taft v Barresi 5:24-cv-01930-TJH-DTB |

Hello Mallonee,

I oppose this ex parte. Defendant Barresi failed to answer due to his illegal recording and unlawful disclosure practices that have been reported to the sheriff, and his calling Angela Meador hundreds of times in stalking behaviors keeping her held hostage, as retrieved from T-Mobile.

My requests that all activities and threats of disclosures cease, instead, Barresi did another illegal disclosure of the phone recording between me and Meador on June 20th, also reported to the Sheriff's office.

Stop using the gun-to-the-head content in the illegal recording and stop making her fear the severe assaults from Marton Csokas involving 3 days held against her will, multiple times being hit, a knife to her leg, and coercion.

Stop contacting Angela Gayle Meador immediately.

I will continue to seek law enforcement and civil relief for myself and a vulnerable assault victim.

Regards,
Christina Taft
Plaintiff


*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*


On Wed, Jun 25, 2025 at 8:27 PM Megan Mallonee <mmallonee@lavelysinger.com> wrote:

Ms. Taft:


We will be applying *ex parte* on behalf of Defendant Paul Barresi ("Defendant") tomorrow, June 26, 2025, to seek relief and an extension to file Defendant's response to the Second Amended Complaint. ("Ex Parte Application"). The Ex Parte Application seeks relief from excusable neglect in the form of a calendaring error and requests that Defendant be granted until Tuesday, July 1 to file a responsive pleading. Please let me **before 10** a.m. tomorrow whether you will be opposing the Ex Parte Application so that we can include this information in the caption per L.R. 7-19.1.

1

Sincerely,


**MEGAN S. MALLONEE** | Lavely & Singer P.C.

Tel.: (310) 556-3501 | Cell: (704) 773-2294





------------------------------------------------------------------

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW AND MAY NOT BE PUBLISHED OR DISSEMINATED IN WHOLE OR IN PART.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE LAW OFFICES OF LAVELY & SINGER PC IMMEDIATELY BY TELEPHONE (310-556-3501) OR E-MAIL (REPLY TO SENDER'S ADDRESS), AND THEN DESTROY ALL COPIES OF THIS COMMUNICATION AND ANY ATTACHED FILES.  THANK YOU.