1 | **MELISSA Y. LERNER (SBN 285216)**
mlerner@lavelysinger.com
2 | **MEGAN S. MALLONEE (SBN 340276)**
mmallonee@lavelysinger.com
3 | **LAVELY & SINGER**
4 | **PROFESSIONAL CORPORATION**
5 | 2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
6 | Telephone: (310) 556-3501
7 | Facsimile: (310) 556-3615

8 | Attorneys for Defendant
9 | PAUL BARRESI

10 | **UNITED STATES DISTRICT COURT**
11 | **CENTRAL DISTRICT OF CALIFORNIA**
12 | **EASTERN DIVISION**

13 |
14 | CHRISTINA TAFT,                          | CASE NO. 5:24-cv-01930-TJH (DTB)
15 |
16 |            Plaintiff,                    | [Hon. Terry J. Hatter]
17 |     vs.                                  | **[PROPOSED] ORDER GRANTING**
18 | PAUL BARRESI; ADAM R.                    | **DEFENDANT PAUL BARRESI'S**
    | WALDMAN; and DOES 1 through 10,         | **FIRST EX PARTE APPLICATION**
19 | inclusive,                               | **FOR RELIEF AND EXTENSION OF**
20 |                                          | **TIME TO FILE MOTION TO DISMISS**
    |            Defendants.                  | **PURSUANT TO F.R.C.P. 12(b)(6)**
21 |

4528-3

---

**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION**

## **[PROPOSED] ORDER**

Upon review of Defendant Paul Barresi's *Ex Parte* Application for Relief and Extension of Time to File Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) and the parties' submissions to the Court in support of and Opposition thereto, and for good cause shown, IT IS HEREBY ORDERED that

    1) The *Ex Parte* Application is GRANTED; and

    2) Defendant Paul Barresi's response to Plaintiff's Second Amended Complaint shall be due July 1, 2025.

    IT IS SO ORDERED.

Dated:

                                                                  _____
                                                                   Terry J. Hatter
                                                                   United States District Judge

**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION**