# EXHIBIT 1

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

---

## Courtesy Copy of Second Amended Complaint
1 message

---

**Christina Taft** <taftchristina.ceo@gmail.com>                     Mon, May 26, 2025 at 7:14 PM
To: Melissa Lerner <mlerner@lavelysinger.com>, Megan Mallonee <mmallonee@lavelysinger.com>, Noelia Echesabal
<nechesabal@lavelysinger.com>

Hello Ms. Lerner and Ms. Mallonee,

Attached are courtesy copies of the Second Amended Complaint against Defendant Paul Barresi and Certificate of
Service

Sincerely,
Christina Taft

--
*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*

---

**2 attachments**

 **FILED SAC - Second Amended Complaint of Taft v Barresi et al - stamped.pdf**
1456K

 **Filed Certificate of Service - Stamped May 26, 2025.pdf**
124K

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

---

# IMMEDIATE CESSATION OF ALL ACTIVITIES INVOLVING ANGELA MEADOR

**Christina Taft** <taftchristina.ceo@gmail.com>                    Thu, May 29, 2025 at 6:12 PM
To: Melissa Lerner <mlerner@lavelysinger.com>, Megan Mallonee <mmallonee@lavelysinger.com>, Noelia Echesabal <nechesabal@lavelysinger.com>

Christina Taft
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 212-718-1003
Ceo.Taft@Rescue-Social.com

May 29, 2025

**TO: Paul Barresi**

**RE: DEMAND FOR IMMEDIATE CESSATION OF ALL ACTIVITIES INVOLVING ANGELA MEADOR**

Dear Mr. Barresi,

I am writing in response to the courtesy copy of my Second Amended Complaint filed in Case No. 5:24-cv-01930-TJH-DTB in the U.S. District Court for the Central District of California, Eastern Division, which was provided to you. This complaint details the extensive pattern of harassment, stalking, and civil rights violations you have perpetrated against myself and others, particularly Ms. Angela Meador.

I am providing you this final opportunity to voluntarily cease your harmful conduct. This letter serves as formal notice and demand that you immediately cease and desist from all activities involving Angela Meador.

As documented extensively in my Second Amended Complaint, your continued harassment, exploitation, and unauthorized use of materials involving Ms. Meador has caused severe harm to both Ms. Meador and myself, and constitutes multiple violations of state and federal law.

## IMMEDIATE CESSATION REQUIRED

You are hereby DEMANDED to immediately:

### 1. STOP ALL USE OF UNCONSENTED RECORDINGS

- Cease creating, distributing, or maintaining the unconsented recording of the phone call between Ms. Meador and myself
- Remove all copies of this recording from all platforms, websites, and media channels
- Destroy all copies of the recording in your possession or control
- Refrain from creating, distributing, or maintaining any other telephone recordings of Ms. Meador

### 2. REMOVE ALL VISUAL AND WRITTEN MATERIALS

- Cease creating, distributing, or maintaining any videos, photos, or imagery impugning Ms. Meador
- Immediately stop creating, distributing, or maintaining any written or audio materials impugning Ms. Meador, including but not limited to:
  - Texts
  - Letters
  - Emails
  - Posts
  - Any unauthorized disclosures

### 3. CEASE ALL CONTACT AND STALKING

- Stop any form of direct or indirect contact with Ms. Meador
- End all stalking behavior related to Ms. Meador
- Cease any surveillance or monitoring of Ms. Meador's activities

## LEGAL BASIS FOR DEMAND

As detailed in my Second Amended Complaint, your actions constitute clear violations of:

- California Penal Code §§ 632 and 637.2 (Unauthorized Recording and Disclosure)
- Invasion of Privacy (Intrusion into Private Affairs and Conversations)
- California Civil Code § 3344 (Unauthorized Use of Voice, Name and Likeness)
- Civil Harassment (California Code of Civil Procedure § 527.6)
- Stalking (California Civil Code § 1708.7)
- Tom Bane Civil Rights Act (California Civil Code § 52.1)
- Federal RICO violations (18 U.S.C. §§ 1961-1962)

## CONSEQUENCES OF NON-COMPLIANCE

**IF YOU DO NOT IMMEDIATELY COMPLY WITH THESE DEMANDS, I WILL BE FORCED TO CONTINUE FILING ADDITIONAL LAWSUITS** to protect Ms. Meador's rights and my own. My Second Amended Complaint demonstrates my commitment to pursuing all available legal remedies, including:

- Statutory damages under California Penal Code § 637.2
- Compensatory damages exceeding $2,000,000
- Punitive damages for willful violations
- Permanent injunctive relief
- Attorney's fees and costs
- Treble damages under applicable statutes

Your exploitation of Ms. Meador's trauma and our private communications has caused immeasurable harm. As documented in my complaint, Ms. Meador has been forced into hiding, her music career has been derailed, and she lives in constant fear due to your actions. This must end immediately.

## TIME SENSITIVE DEMAND

You have **TEN (10) DAYS** from receipt of this letter to comply with all demands set forth herein. Your failure to comply will result in immediate continued legal actions and maximum damages allowed by law.

**This harassment campaign against a vulnerable assault victim and myself ends now.** Comply with these demands immediately, or face the full consequences of continued litigation.

Sincerely,

Christina Taft
*Pro Se Plaintiff*

**CC:**

- U.S. District Court, Central District of California
- FBI (Case References on File)
- California Department of Consumer Affairs

---

*This letter constitutes a formal legal demand. Your actions are being documented for use in current and future legal proceedings.*

On Mon, May 26, 2025 at 4:14 PM Christina Taft <taftchristina.ceo@gmail.com> wrote:
Hello Ms. Lerner and Ms. Mallonee,

Attached are courtesy copies of the Second Amended Complaint against Defendant Paul Barresi and Certificate of Service

Sincerely,
Christina Taft

--
*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
LinkedIn

--
*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
LinkedIn



Christina Taft <taftchristina.ceo@gmail.com>

## Ex Parte to Extend Service to Adam Waldman

**Christina Taft** <taftchristina.ceo@gmail.com>                                      Sun, Jun 8, 2025 at 2:56 AM
To: "Melissa Y. Glass" <mlerner@lavelysinger.com>
Cc: Megan Mallonee <mmallonee@lavelysinger.com>

Dear Ms. Glass,

Your email deeply concerns me, particularly regarding Ms. Angela Gayle Meador's safety and wellbeing. Angela is a remarkable woman who deserves protection and peace, not harassment or intimidation. My cease and desist notice to stop any use of unconsented recordings of phone calls or any contact of Meador has been ignored by Barresi. My amended lawsuit specifically protects Angela in every instance, acknowledging that her lived experiences are valid and true.

I have demanded that Barresi stop his mangling of Angela Meador, who needs to be a free woman. I will not stop lawsuits or legal actions until he lets her go.

Through investigation, I have discovered disturbing evidence that Barresi has been exploiting Angela's situation and my genuine care for her wellbeing. Text messages sent by the defendant himself to me demonstrate my consistent kindness toward Angela - wishing her sweet dreams and peaceful rest. Rather than respecting this friendship, Barresi appears to have weaponized my concern for Angela, using her vulnerability as leverage.

I want to be absolutely clear: I have provided only support and kindness to Ms. Meador. However, the long-term trauma she has endured for years has significantly harmed her, which has devastated me and continues to worry me deeply for her wellbeing. I have not authorized anyone to harass or intimidate her. The only individuals I have authorized to contact her are NAPPS process servers who were given messages to encourage Angela's music career and wellbeing, and to be polite in all interactions.

Private investigator Heather Cohen correctly attested that Meador had no consent in the recording, the use of it, or the disclosures of it, and that she fears Marton Csokas and Defendant. I would never have anyone go at night, and it's highly suspicious that the same time that Cohen was at home, there was allegedly a person around Meador's residence around 6pm and 6:30pm, matching the declaration of Gayle and Cohen, in opposite directions. Through my investigations, I have discovered that there are adverse parties surveilling Ms. Meador. Process servers have already delivered protection notices with cease and desist orders that must be followed immediately.

Angela needed love, care, and safety to live freely - basic human dignities that should never be weaponized or exploited. Instead, Barresi has viciously traumatized her, causing immeasurable harm to a woman who deserved protection and kindness.

Given my findings about ongoing monitoring, use of intermediaries, and unauthorized recordings involving Angela, I have already taken protective action. Cease and desist notices have been served against those responsible, and I have encouraged local police to provide Angela with the protection she deserves. I will continue reporting these concerning patterns to appropriate authorities.

I demand that Mr. Barresi immediately cease and desist any and all activities regarding Ms. Meador.

Furthermore, any unauthorized disclosures of unlawful phone calls must be removed immediately. Ms. Meador's safety and peace of mind remain paramount to me. Any efforts to harm or further exploit her will be met with appropriate legal response, as prior conduct before police protection was initiated appears to show extreme illegalities and misconduct.

Angela's protection and wellbeing must be the focus, and I am keeping records of all interactions for appropriate authorities.

With genuine concern for Ms. Meador's safety,

Christina Taft

[Quoted text hidden]
--
*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*

# EXHIBIT 2

 **Paul Barresi** 
@PaulBarresi1

Follow

Moving forward, my lawyers are not even going to answer her nonsense filings. We are concentrating now on suing her for attorney fees and more. No way on Gods green earth we can lose. And her cohorts...those who have money and property.... are fair game as well.

6:49 PM · May 27, 2025 · **117** Views



1                    ♡ 7

9:10    LTE  74

Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 212-718-1003
Ceo.Taft@Rescue-Social.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

CHRISTINA TAFT,

       Plaintiff,

vs.

PAUL BARRESI, ADAM R WALDMAN,
and DOES 1-10, inclusive,

       Defendants.

Case No.: 5:24-cv-01930-TJH-DTB

**SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

1) Violation of the Tom Bane Civil Rights Act (Cal. Civ. Code § 52.1)
2) Invasion of Privacy (Intrusion into Private Affairs and Conversations)
3) California Penal Code §§ 632, 637.2 (Unauthorized Recording and Disclosure)
4) Violation of Cal. Civ. Code § 3344 (Unauthorized Use of Voice, Name and Likeness)
5) Civil Harassment (Cal. Code of Civ. Proc. § 527.6)
6) Stalking (Cal. Civ. Code §1708.7)
7) Civil Conspiracy
8) Negligence
9) Intentional Infliction of Emotional Distress
10) Negligent Infliction of Emotional Distress
11) Violation of the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. §§ 1961–1962

**DEMAND FOR JURY TRIAL**

16    11    74    5.4K

x.com

# EXHIBIT 3

6/27/25, 1:24 PM    Gmail - 297 Calls Barresi to Angela - Re: URGENT - Request for Investigation and Prosecution of Unauthorized Audio Recording Di...

Case 5:24-cv-01930-TJH-DTB    Document 79-2    Filed 06/27/25    Page 10 of 42   Page
ID #:3876

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

---

**297 Calls Barresi to Angela - Re: URGENT - Request for Investigation and Prosecution of Unauthorized Audio Recording Disclosures**

---

Christina Taft <taftchristina.ceo@gmail.com>                                    Mon, Jun 23, 2025 at 12:24 PM
To: ASZULC@sbcsd.org

Dear Deputy Szulc,

I received very concerning T-Mobile Phone Records today that are attached and provide more evidence of the coercion. While wielding the illegal recording to unathoricgly disclose, which makes Angela fear for her life and I constantly coerced, Defendant Paul Barresi called Angela Meador 297 times in one year.
 T-Mobile responded to my subpoena (attached) which in exhibit A discusses stopping stalking.

There were 297 Incoming calls from Barresi to Angela in only 1 year (June 2024 to June 2025). There were 309 Calls between Barresi and Angela.
Angela only called him then 12 times
On March 26th, 2025 there were 9 calls between Barresi and Angela (all in that one day). I texted Angela that day that I wanted to talk with her on the phone, and I was trying to then serve a subpoena to her as a witness.

Barresi is constantly seeing what Angela is doing. This is excessive and terrifying.

The District Attorney should have this evidence as well and we urgently need prosecution,
Christina Taft

---------- Forwarded message ---------
From: **Christina Taft** <taftchristina.ceo@gmail.com>
Date: Sat, Jun 21, 2025 at 7:22 PM
Subject: Re: URGENT - Request for Investigation and Prosecution of Unauthorized Audio Recording Disclosures
To: <ASZULC@sbcsd.org>

Hello Deputy Szulc,

Thank you again for your kindness and attention last week when I reported, and provided more evidence after our interview.

Yesterday (June 20th, 2025) there was another illegal unauthorized disclosure by Defendant Barresi of the illegal recording of my phone call with assault victim Angela Meador, and for more pressuring and coercion of us.

The "gun-to-the-head" content is midway in this disclosure, and in the beginning of it Angela states she doesn't want any posting or disclosures of her content related to the retaliation incidents. Added to this illegal disclosure in Barresi's added text, is about breakins and pressuring about false criminalizations. Barresi sent this to a person he unconsentedly recorded himself and then just 30 minutes ago disclosed that recording again illegally too, falsely claiming that victim wants unconsented recordings when he also just rebuked being recorded.
I'm most concerned with my vulnerable friend and victim/witness Angela Meador, my voice in this recording being unwantingly used for coercion of her where she cannot have autonomous statements, and her and I's demise from Barresi's coercion.

Further, I just tried to subpoena Angela in my main case where he's defaulting/won't answer, and with this coercion and Barresi holding her like this against her will with this illegal recording forcing statements of her with his use of it and added threats, I can't even communicate with her or serve her.

The link to the disclosure yesterday is here: 2:56 PM · Jun 20, 2025
https://x.com/PaulBarresi1/status/1936181394318999675

Christina Taft
212-718-1003

Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian

LinkedIn

On Wed, Jun 11, 2025 at 5:11 PM Christina Taft <taftchristina.ceo@gmail.com> wrote:
> To Deputy Acuna,
>
> I'm in Rancho Cucamonga to do a report urgently and printed my evidence, I have the original recording device cell phone, and I have a flash drive with the same evidence.
>
>
> ---------- Forwarded message ---------
> From: **Christina Taft** <taftchristina.ceo@gmail.com>
> Date: Fri, Jun 6, 2025 at 9:12 PM
> Subject: Re: URGENT - Request for Investigation and Prosecution of Unauthorized Audio Recording Disclosures
> To: <rancho@sbcsd.org>
>
>
> TO: San Bernardino County Sheriff's Department
> **Violations of California Penal Code Sections 632 and 637**
> FROM: Christina Taft
> DATE: June 6th, 2025
> **RE: URGENT - Request for Investigation and Prosecution of Unauthorized Audio Recording Disclosures**
> REQUEST FOR CRIMINAL PROSECUTION
>
> URGENT REQUEST FOR ASSISTANCE
> Dear Sheriff's Department, I am reporting as the victim of unauthorized disclosures by Paul Barresi in San Bernardino of an illegal phone recording of a conversation between me and Angela Meador. The urgency of this matter is heightened because Angela is an assault victim and Defendant Barresi is fixating on the recording content that discusses a gun being held to the head by an unidentified assailant, weaponizing this traumatic assault content as an ongoing threat. The defendant fixated on this since people alleged he held the gun to her head, and I ask her about the gun to the head in this recording he leverages.
> This situation has escalated to where Angela is "scared to death" and was "shaking uncontrollably" as I told to dispatch, and I've been coerced by not wanting harm to her and avoiding the threats, which Barresi leverages. These unauthorized disclosures have escalated so far that police protection was needed for the other victim in my phone call that was recorded (while I was in Los Angeles), and I as the reporting victim have also suffered severe trauma from these repeated violations. Defendant Barresi has been wielding and leveraging this traumatic recording, releasing it as threats, and continues leveraging it to this day with threats of release. He has become fixated on the gun-to-the-head content, using it as psychological warfare against both victims.
>
> I urgently need to know where I can report Barresi for breaking California law through his unauthorized disclosures of an unlawful phone recording between myself and assault victim Angela Meador.
>
> **IMMEDIATE UPDATE:** I called dispatch at 4pm PST today and was told a deputy would call me back, but the deputy has not yet called me. I spoke with Deputy Acuna today at 5pm PST and explained the content of the recording of us (with Angela) discussing her being assaulted (by Csokas), being held hostage 3 days, kidnapping, hit multiple times, stripped, filmed against her will and the unidentified assailant with the gun to the head shortly after the assault. These are unauthorized disclosures and threats. Given the urgent nature of these ongoing criminal violations, I can first report under "threats."
>
> This situation involves 15 documented incidents of criminal violations spanning from December 2024 through October 2022, and to this very day the threat of unauthorized disclosure of the illegal phone call is being wielded by Barresi. I was residing at 5550 Grosvenor Blvd, Los Angeles, California when this unlawful recording was made by me, establishing clear California jurisdiction for prosecution under state privacy laws. Defendant Paul Barresi is located at 9648 Nova Place, Rancho Cucamonga, 91730 where Barresi is repeatedly breaking the law from.
>
> The severity and urgency of this matter is demonstrated by documented distress incidents involving Angela Meador. This situation has caused significant hardship and stress, including stalking behavior by Barresi that escalated to the point where Angela Meador, the vulnerable assault victim in our unlawfully recorded phone call, required police witness protection. I am writing to you following your department's three months of assistance in attempting to serve stalker Paul Barresi with a restraining order.
>
> **EXTREMELY SENSITIVE CONTENT:** The illegal recording contains extremely sensitive and traumatic content about a gun being held to the head by an unidentified assailant, which has caused severe trauma and fear to

both Meador and myself. Through showing me the helplessness he was causing to my friend by sending me her text messages where she asked me for help, Barresi has repeatedly conveyed I would have to be falsely charged for the illegal recording and permanently silence myself in order to get the harm from his unauthorized disclosures to stop. Barresi repeatedly shows severe aggression and stalking, demonstrating his deliberate intent to cause psychological harm through exploitation of this traumatic content.

It has become so horrific and devastating, and I have to report these unauthorized disclosures of the phone call to help Angela and myself from Barresi's coercion of using it. I've been so afraid from Barresi's threats that I left the state. My vulnerable friend Angela is now too afraid to identify who assaulted her (further discussed in this recording) and is too afraid to identify Defendant Paul Barresi as the one doing these threats of unauthorized disclosures and retaliation. I cannot stand for my friend to be continually distressed by these ongoing violations, nor can I continue to be coerced through Barresi's exploitation of this illegally obtained recording. I need to prosecute Barresi for these criminal actions and the substantial harm he has inflicted upon both myself and my vulnerable friend. The repeated violations of our privacy through illegal recording disclosures have created an ongoing pattern of harassment and intimidation that must be addressed through the criminal justice system.

SUMMARY OF VIOLATIONS
I am formally requesting investigation and prosecution of Paul Barresi for multiple violations of California Penal Code Sections 632 (Eavesdropping and unauthorized disclosures) and 637 (Disclosure of Recorded Communications) involving the unauthorized disclosure of confidential audio recordings of conversations between Christina Taft and Angela Meador.

TIMELINE OF CRIMINAL VIOLATIONS (Within 3-Year Statute of Limitations)

The following incidents of unauthorized disclosure occurred within the statutory period for prosecution, organized from most recent:

March-April 2025 - Repeated threats from Barresi occurred; victim Angela Meador required police protection during this period
December 31, 2024 - Most recent unauthorized disclosure incident that led to a declaration made under duress
July-August 2024 - Email disclosures of confidential recordings
January 2024 - Multiple instances of wrongful dissemination
December 31, 2023 - Unauthorized disclosure incident
October 28, 2023 - Continued unauthorized dissemination
October 27, 2023 - Wrongful disclosure of confidential recording
December 31, 2022 - Unauthorized disclosure incident
December 28, 2022 - Wrongful dissemination of recording
December 16, 2022 - Unauthorized disclosure incident
November 2022 - Email disclosures of confidential recordings
October 22, 2022 - Continued unauthorized dissemination
October 15, 2022 - Wrongful disclosure incident
October 14, 2022 - Continued unauthorized dissemination
October 10, 2022 - Early wrongful disclosure incident
October 9, 2022 - Early unauthorized disclosure

APPLICABLE CALIFORNIA PENAL CODE SECTIONS
Penal Code Section 632 (Unlawful recording and unauthorized disclosures):

Prohibits intentional recording of confidential communications without consent of all parties California is a "two-party consent" state requiring all participants' permission The recording device (ACR) was located in California, establishing clear violation of state law

Penal Code Section 637 (Disclosure):

Prohibits disclosure of recorded telephone conversations Applies when disclosing party was not participant in original conversation **KNOWING VIOLATION:** Barresi is fully aware this is an illegal recording as both I and Angela as victims from the phone call have repeatedly pleaded with him that it's illegal, specifically informing him that the device for the recording was in California (ACR). Despite this knowledge, he continues to unlawfully disclose the recording.

CRIMINAL PENALTIES
These violations are "wobbler" offenses that may be charged as misdemeanors or felonies:

Misdemeanor: Up to 1 year county jail and/or $2,500 fine per violation Felony: Up to 3 years imprisonment and/or $2,500 fine per violation Repeat Offender: Up to $10,000 fine per violation

EVIDENCE AVAILABLE
Documentation of disclosure dates and methods
Evidence of ongoing pattern of unauthorized dissemination
Proof that disclosures involved confidential communications
Records showing lack of consent from recorded parties
Text messages from Angela Meador asking for help, which Barresi sent to demonstrate the distress he was causing Evidence of disclosures on YouTube channels and in emails to others (and to me)
Private investigators and police have witnessed the intense shaking and fear that Angela is going through as Barresi repeatedly commits these crimes and holds her seemingly hostage from her own autonomy, and me as well since I'm in this phone call

IMPACT OF VIOLATIONS
The unauthorized disclosure of the sensitive contents of the confidential phone call has resulted in:

Coercion: The defendant has used the illegally obtained recording as leverage to force compliance and extract declarations under duress, constituting criminal coercion through exploitation of private communications containing extremely traumatic content about gun violence. Too afraid to identify who assaulted her and the defendant, and I'm coerced as well for not wanting harm to her.

Emotional Distress: The repeated unauthorized dissemination of private, sensitive conversations containing traumatic assault details has caused severe psychological harm, anxiety, and mental anguish to the victims whose privacy was violated. The content involves a gun being held to someone's head by an unidentified assailant, making the unauthorized disclosures particularly devastating.

Financial Harm: The wrongful disclosure and exploitation of confidential communications has resulted in measurable economic damages, including but not limited to loss of opportunities, reputation damage, and costs associated with addressing the privacy violations.

REQUEST FOR ACTION

I respectfully request that the San Bernardino County Sheriff's Department:

Initiate a criminal investigation into these violations
Interview relevant witnesses and collect evidence
Forward findings to the District Attorney's Office for prosecution consideration
File appropriate criminal charges based on the evidence
The defendant's repeated violations demonstrate a pattern of willful disregard for California privacy laws and warrant immediate law enforcement intervention.

If you could please provide how I can urgently do a police report about this for an investigation that is urgently needed, I will do what you advise to me.

Contact Information:
Christina Taft
212-718-1003


On Thu, Jun 5, 2025 at 5:35 PM Christina Taft <taftchristina.ceo@gmail.com> wrote:

TO: San Bernardino County Sheriff's Department
**Violations of California Penal Code Sections 632 and 637**
FROM: Christina Taft
DATE: June 5th, 2025
**RE: URGENT - Request for Investigation and Prosecution of Unauthorized Audio Recording Disclosures**
REQUEST FOR CRIMINAL PROSECUTION

URGENT REQUEST FOR ASSISTANCE
Dear Sheriff's Department, I am reporting as the victim unauthorized disclosures by Paul Barresi in San Bernardino of an illegal phone recording of a conversation between me and Angela Meador. The urgency of this matter is heightened because Angela is an assault victim and Defendant Barresi is fixating on the recording

content that discusses a gun being held to the head by an unidentified assailant, weaponizing this traumatic assault content as an ongoing threat.

This situation has escalated to where Angela is "scared to death" and was "shaking uncontrollably" as I told to dispatch, and I've been coerced by not wanting harm to her, which Barresi leverages. These unauthorized disclosures have escalated so far that police protection was needed for the other victim in my phone call that was recorded, and I as the reporting victim have also suffered severe trauma from these repeated violations.

Defendant Barresi has been wielding and leveraging this traumatic recording, releasing it as threats, and continues leveraging it to this day with threats of release. He has become fixated on the gun-to-the-head content, using it as psychological warfare against both victims.

I urgently need to know where I can report Barresi for breaking California law through his unauthorized disclosures of an unlawful phone recording between myself and assault victim Angela Meador.

**IMMEDIATE UPDATE:** I called dispatch at 4pm PST today and was told a deputy would call me back, but the deputy has not yet called me. Given the urgent nature of these ongoing criminal violations, I can first report under "threats."

This situation involves 15 documented incidents of criminal violations spanning from December 2024 through October 2022, and to this very day the threat of unauthorized disclosure of the illegal phone call is being wielded by Barresi. I was residing at 5550 Grosvenor Blvd, Los Angeles, California when this unlawful recording was made by me, establishing clear California jurisdiction for prosecution under state privacy laws. Defendant Paul Barresi is located at 9648 Nova Place, Rancho Cucamonga, 91730 where Barresi is repeatedly breaking the law from.

The severity and urgency of this matter is demonstrated by documented distress incidents involving Angela Meador. This situation has caused significant hardship and stress, including stalking behavior by Barresi that escalated to the point where Angela Meador, the vulnerable assault victim in our unlawfully recorded phone call, required police witness protection. I am writing to you following your department's three months of assistance in attempting to serve stalker Paul Barresi with a restraining order.

**EXTREMELY SENSITIVE CONTENT:**
The illegal recording contains extremely sensitive and traumatic content about a gun being held to the head by an unidentified assailant, which has caused severe trauma and fear to both Meador and myself. Through showing me the helplessness he was causing to my friend by sending me her text messages where she asked me for help, Barresi has repeatedly conveyed I would have to be falsely charged for the illegal recording and permanently silence myself in order to get the harm from his unauthorized disclosures to stop. Barresi repeatedly shows severe aggression and stalking, demonstrating his deliberate intent to cause psychological harm through exploitation of this traumatic content.

It has become so horrific and devastating, and I have to report these unauthorized disclosures of the phone call to help Angela and myself from Barresi's coercion of using it. I've been so afraid from Barresi's threats that I left the state. My vulnerable friend Angela is now too afraid to identify who assaulted her (further discussed in this recording) and is too afraid to identify Defendant Paul Barresi as the one doing these threats of unauthorized disclosures and retaliation. I cannot stand for my friend to be continually distressed by these ongoing violations, nor can I continue to be coerced through Barresi's exploitation of this illegally obtained recording. I need to prosecute Barresi for these criminal actions and the substantial harm he has inflicted upon both myself and my vulnerable friend. The repeated violations of our privacy through illegal recording disclosures have created an ongoing pattern of harassment and intimidation that must be addressed through the criminal justice system.

SUMMARY OF VIOLATIONS
I am formally requesting investigation and prosecution of Paul Barresi for multiple violations of California Penal Code Sections 632 (Eavesdropping) and 637 (Disclosure of Recorded Communications) involving the unauthorized disclosure of confidential audio recordings of conversations between Christina Taft and Angela Meador.

TIMELINE OF CRIMINAL VIOLATIONS (Within 3-Year Statute of Limitations)

The following incidents of unauthorized disclosure occurred within the statutory period for prosecution, organized from most recent:

March-April 2025 - Repeated threats from Barresi occurred; victim Angela Meador required police protection during this period
December 31, 2024 - Most recent unauthorized disclosure incident that led to a declaration made under duress
July-August 2024 - Email disclosures of confidential recordings
January 2024 - Multiple instances of wrongful dissemination
December 31, 2023 - Unauthorized disclosure incident
October 28, 2023 - Continued unauthorized dissemination
October 27, 2023 - Wrongful disclosure of confidential recording
December 31, 2022 - Unauthorized disclosure incident
December 28, 2022 - Wrongful dissemination of recording
December 16, 2022 - Unauthorized disclosure incident
November 2022 - Email disclosures of confidential recordings
October 22, 2022 - Continued unauthorized dissemination
October 15, 2022 - Wrongful disclosure incident
October 14, 2022 - Continued unauthorized dissemination
October 10, 2022 - Early wrongful disclosure incident
October 9, 2022 - Early unauthorized disclosure

APPLICABLE CALIFORNIA PENAL CODE SECTIONS Penal Code Section 632 (Eavesdropping):

Prohibits intentional recording of confidential communications without consent of all parties California is a "two-party consent" state requiring all participants' permission The recording device (ACR) was located in California, establishing clear violation of state law

Penal Code Section 637 (Disclosure):

Prohibits disclosure of recorded telephone conversations Applies when disclosing party was not participant in original conversation **KNOWING VIOLATION:** Barresi is fully aware this is an illegal recording as both I and Angela as victims from the phone call have repeatedly pleaded with him that it's illegal, specifically informing him that the device for the recording was in California (ACR). Despite this knowledge, he continues to unlawfully disclose the recording.

CRIMINAL PENALTIES These violations are "wobbler" offenses that may be charged as misdemeanors or felonies:

Misdemeanor: Up to 1 year county jail and/or $2,500 fine per violation Felony: Up to 3 years imprisonment and/or $2,500 fine per violation Repeat Offender: Up to $10,000 fine per violation

EVIDENCE AVAILABLE
Documentation of disclosure dates and methods Evidence of ongoing pattern of unauthorized dissemination Proof that disclosures involved confidential communications Records showing lack of consent from recorded parties
Text messages from Angela Meador asking for help, which Barresi sent to demonstrate the distress he was causing Evidence of disclosures on YouTube channels and in emails to others (and to me)
Private investigators and police have witnessed the intense shaking and fear that Angela is going through as Barresi repeatedly commits these crimes and holds her seemingly hostage from her own autonomy, and me as well since I'm in this phone call

IMPACT OF VIOLATIONS The unauthorized disclosure of the sensitive contents of the confidential phone call has resulted in:

Coercion: The defendant has used the illegally obtained recording as leverage to force compliance and extract declarations under duress, constituting criminal coercion through exploitation of private communications

containing extremely traumatic content about gun violence.

Emotional Distress: The repeated unauthorized dissemination of private, sensitive conversations containing traumatic assault details has caused severe psychological harm, anxiety, and mental anguish to the victims whose privacy was violated. The content involves a gun being held to someone's head by an unidentified assailant, making the unauthorized disclosures particularly devastating.

Financial Harm: The wrongful disclosure and exploitation of confidential communications has resulted in measurable economic damages, including but not limited to loss of opportunities, reputation damage, and costs associated with addressing the privacy violations. Barresi further wanted me to pay him tens of thousands of dollars to make him stop and to silence myself.

REQUEST FOR ACTION
I respectfully request that the San Bernardino County Sheriff's Department:

Initiate a criminal investigation into these violations
Interview relevant witnesses and collect evidence
Forward findings to the District Attorney's Office for prosecution consideration
File appropriate criminal charges based on the evidence
The defendant's repeated violations demonstrate a pattern of willful disregard for California privacy laws and warrant immediate law enforcement intervention.

If you could please provide how I can urgently do a police report about this for an investigation that is urgently needed, I will do what you advise to me.

Contact Information:
Christina Taft
212-718-1003


--

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

LinkedIn


--

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

LinkedIn

---

**4 attachments**

📄 **Print 309 Mostly Incoming Calls Barresi to Angela - T-Mobile.pdf**
499K

📊 **CDR_Mediations_6154234768_17914462.xls**
1785K

📊 **309 times Calls Barresi Angela, Most Incoming - CDR_Mediations_6154234768_17914462.xls**
1787K

📄 **Subpoena T-Mobile Duces Tecum Filed and Answered Angela Meador Phone Records.pdf**
475K

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/18/2024 | 18:59:48 | 62 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS402 |
| 06/18/2024 | 19:05:09 | 75 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS402 |
| 06/18/2024 | 21:33:29 | 143 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS402 |
| 06/19/2024 | 21:04:42 | 36 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS402 |
| 08/05/2024 | 16:31:58 | 1 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | PBTAS402 |
| 08/11/2024 | 14:00:28 | 3 | mtc | Incoming | 19085687572 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | PBTAS401 |
| 09/10/2024 | 14:31:19 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | PBTAS402 |
| 09/27/2024 | 15:00:12 | 21 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | CLTAS401 |
| 09/28/2024 | 16:02:51 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | CLTAS401 |
| 10/12/2024 | 22:31:09 | 928 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | CLTAS402 |
| 10/17/2024 | 19:04:16 | 378 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | CLTAS401 |
| 10/17/2024 | 19:11:11 | 407 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | CLTAS401 |
| 10/17/2024 | 23:34:11 | 371 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | CLTAS401 |
| 10/18/2024 | 17:17:38 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | CLTAS401 |
| 10/20/2024 | 17:20:56 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | CLTAS401 |
| 10/20/2024 | 21:17:47 | 652 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | CLTAS401 |
| 10/21/2024 | 18:18:59 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | CLTAS401 |
| 10/21/2024 | 18:19:51 | 33 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | CLTAS401 |
| 10/22/2024 | 23:17:17 | 34 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | CLTAS401 |
| 10/22/2024 | 23:28:30 | 371 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | CLTAS401 |
| 11/03/2024 | 20:15:57 | 525 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | KCTAS402 |
| 11/05/2024 | 17:20:05 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | KCTAS402 |
| 11/05/2024 | 19:59:15 | 2 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | KCTAS402 |
| 11/05/2024 | 22:41:02 | 8 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | KCTAS402 |
| 12/06/2024 | 02:38:46 | 838 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | KCTAS401 |
| 12/07/2024 | 20:40:35 | 2 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | KCTAS401 |
| 12/08/2024 | 03:30:46 | 479 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | CLTAS401 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 1 of 12

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/10/2024 | 19:51:00 | 42 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 12/15/2024 | 20:37:11 | 799 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 12/26/2024 | 19:22:54 | 1705 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 12/28/2024 | 15:35:25 | 764 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | ELTAS404 |
| 12/28/2024 | 15:53:26 | 61 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | ELTAS404 |
| 12/31/2024 | 22:13:19 | 121 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | ELTAS404 |
| 12/31/2024 | 22:16:05 | 109 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | ELTAS404 |
| 01/02/2025 | 22:51:13 | 2 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | ELTAS404 |
| 01/25/2025 | 22:11:38 | 7 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 01/25/2025 | 22:44:48 | 5 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 01/26/2025 | 03:23:50 | 3 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 01/27/2025 | 00:34:30 | 743 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 01/27/2025 | 01:07:14 | 1457 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 041;11 | NVTAS403 |
| 01/27/2025 | 14:39:27 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS403 |
| 01/27/2025 | 17:10:32 | 22 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 02/05/2025 | 03:47:53 | 2 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS401 |
| 02/05/2025 | 04:40:15 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS401 |
| 02/05/2025 | 22:06:45 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS401 |
| 02/05/2025 | 22:24:11 | 22 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS401 |
| 02/06/2025 | 02:23:34 | 6 | moc | Outgoing | 19086565712 | 13608429999 | 13608429999 | 13608429999 | 310260149475513 | 356314950382240 | Completed Successfully | 02B | NVTAS401 |
| 02/06/2025 | 02:23:34 | 6 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 02B;11 | NVTAS401 |
| 02/12/2025 | 16:30:27 | 17 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS401 |
| 02/12/2025 | 23:58:08 | 1867 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS401 |
| 02/19/2025 | 17:18:20 | 905 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | PBTAS401 |
| 02/20/2025 | 02:14:29 | 3 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | PBTAS401 |
| 02/20/2025 | 22:23:19 | 440 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | PBTAS401 |
| 02/25/2025 | 20:54:26 | 1169 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | PBTAS401 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 2 of 12

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/01/2025 | 00:48:07 | 336 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | PBTAS401 |
| 03/10/2025 | 23:57:29 | 1219 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 03/11/2025 | 16:52:37 | 69 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 03/11/2025 | 23:18:29 | 293 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 03/11/2025 | 23:49:05 | 975 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 03/12/2025 | 17:27:05 | 797 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 03/12/2025 | 20:20:38 | 399 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 03/13/2025 | 21:19:29 | 252 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 03/15/2025 | 22:28:57 | 78 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 03/21/2025 | 18:11:34 | 790 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 03/21/2025 | 18:32:34 | 428 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 03/21/2025 | 23:45:16 | 948 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 03/22/2025 | 00:18:38 | 675 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 03/22/2025 | 00:38:48 | 40 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 03/22/2025 | 00:42:37 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | LVTAS401 |
| 03/22/2025 | 01:02:04 | 428 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 03/22/2025 | 01:13:06 | 1323 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 03/22/2025 | 16:40:46 | 396 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 03/23/2025 | 19:09:59 | 103 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 03/24/2025 | 18:32:19 | 3 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 03/24/2025 | 19:41:20 | 1091 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 03/25/2025 | 00:40:00 | 141 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 03/25/2025 | 00:54:44 | 559 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 03/25/2025 | 22:41:08 | 26 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 03/26/2025 | 17:07:22 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 041;11 | LVTAS401 |
| 03/26/2025 | 17:09:11 | 27 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 03/26/2025 | 18:06:39 | 165 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 3 of 12

| Date | Time | | | | | | | | | | | | |
|------|------|-----|-----|----------|------------|------------|------------|------------|------------|--------------|--------------------|--------|----------|
| 03/26/2025 | 18:28:14 | 70 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 03/26/2025 | 18:30:32 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 02B;11 | LVTAS401 |
| 03/26/2025 | 18:30:35 | | moc | Outgoing | 19086565712 | 13608429999 | 13608429999 | 13608429999 | 310260149475513 | 356314950382240 | Abnormal Completion | 029 | LVTAS401 |
| 03/26/2025 | 18:30:35 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 029 | LVTAS401 |
| 03/26/2025 | 18:30:47 | | moc | Outgoing | 19086565712 | 13608429999 | 13608429999 | 13608429999 | 310260149475513 | 356314950382240 | Abnormal Completion | 02B | LVTAS401 |
| 03/27/2025 | 15:59:53 | 184 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 03/27/2025 | 18:04:51 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | LVTAS401 |
| 03/27/2025 | 20:07:28 | 471 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 03/27/2025 | 22:53:13 | 116 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 03/27/2025 | 22:59:18 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS403 |
| 03/27/2025 | 23:13:40 | 292 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 03/30/2025 | 17:21:12 | 742 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 03/30/2025 | 17:39:02 | 701 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 03/30/2025 | 18:10:46 | 194 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 03/30/2025 | 20:02:11 | 287 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 03/30/2025 | 20:10:28 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 041;11 | NVTAS403 |
| 03/30/2025 | 23:12:15 | 398 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 03/31/2025 | 13:27:09 | 130 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 03/31/2025 | 15:29:17 | 192 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 03/31/2025 | 15:40:42 | 161 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 03/31/2025 | 15:48:59 | 56 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 03/31/2025 | 15:54:57 | 2 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 03/31/2025 | 15:55:36 | 2 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 03/31/2025 | 15:59:42 | 2 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 03/31/2025 | 16:00:45 | 2 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 03/31/2025 | 16:02:26 | 2 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 03/31/2025 | 16:04:12 | 130 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 4 of 12

| 03/31/2025 | 16:07:39 | 12 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/31/2025 | 19:04:37 | 2 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 03/31/2025 | 19:07:28 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS403 |
| 03/31/2025 | 19:07:54 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS403 |
| 03/31/2025 | 19:09:27 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS403 |
| 03/31/2025 | 19:14:53 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS403 |
| 03/31/2025 | 19:16:54 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS403 |
| 03/31/2025 | 19:21:51 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS403 |
| 03/31/2025 | 19:37:59 | 2 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 03/31/2025 | 19:40:34 | 1 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 03/31/2025 | 19:41:18 | 20 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 03/31/2025 | 19:44:01 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS403 |
| 03/31/2025 | 19:45:29 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS403 |
| 03/31/2025 | 19:48:40 | 1 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 03/31/2025 | 20:01:20 | 79 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 03/31/2025 | 23:17:48 | 844 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/01/2025 | 13:43:08 | 180 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 041;11 | NVTAS403 |
| 04/01/2025 | 13:56:37 | 5 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/01/2025 | 15:48:26 | 363 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/02/2025 | 02:44:21 | 866 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/02/2025 | 13:45:19 | 3 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/02/2025 | 13:46:12 | 1 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/02/2025 | 14:57:00 | 55 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 041;11 | NVTAS403 |
| 04/02/2025 | 16:25:46 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS403 |
| 04/02/2025 | 18:33:35 | 748 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/02/2025 | 18:53:07 | 128 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/02/2025 | 18:58:29 | 336 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 5 of 12

| Date | Time | Dur | | Type | | | | | | | Status | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/02/2025 | 19:22:22 | 251 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/02/2025 | 22:15:51 | 44 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/02/2025 | 22:31:37 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS403 |
| 04/02/2025 | 03:01:09 | 588 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/03/2025 | 13:37:25 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS403 |
| 04/03/2025 | 13:38:25 | 2 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/03/2025 | 13:41:14 | 79 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/03/2025 | 16:39:27 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS403 |
| 04/03/2025 | 16:57:41 | 23 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/03/2025 | 17:12:46 | 642 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/03/2025 | 18:04:55 | 187 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/03/2025 | 19:38:56 | 6 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 041;2A;11 | NVTAS403 |
| 04/03/2025 | 19:39:27 | 6 | moc | Outgoing | 19086565712 | 13608429999 | 13608429999 | 13608429999 | 310260149475513 | 356314950382240 | Completed Successfully | 02A | NVTAS403 |
| 04/03/2025 | 20:55:14 | 172 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/04/2025 | 01:07:13 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS403 |
| 04/04/2025 | 01:10:55 | 64 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/04/2025 | 01:20:43 | 120 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/04/2025 | 01:32:30 | 299 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/04/2025 | 02:00:50 | 392 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/04/2025 | 14:37:48 | 3 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/04/2025 | 15:15:54 | 2 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/04/2025 | 18:28:53 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS403 |
| 04/04/2025 | 19:27:38 | 43 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/05/2025 | 03:08:09 | 79 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | PBTAS402 |
| 04/05/2025 | 03:19:54 | 386 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | PBTAS402 |
| 04/06/2025 | 18:46:24 | 1315 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | PBTAS402 |
| 04/07/2025 | 13:27:57 | 2 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | PBTAS402 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 6 of 12

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/07/2025 | 13:32:37 | 2 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | PBTAS402 |
| 04/07/2025 | 18:48:41 | 667 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | PBTAS402 |
| 04/08/2025 | 01:51:55 | 332 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | PBTAS402 |
| 04/08/2025 | 03:25:44 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | PBTAS402 |
| 04/08/2025 | 03:42:18 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | PBTAS402 |
| 04/08/2025 | 04:48:01 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | PBTAS402 |
| 04/08/2025 | 15:43:16 | 2 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | PBTAS402 |
| 04/08/2025 | 17:47:57 | 911 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | PBTAS402 |
| 04/08/2025 | 19:54:19 | 894 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | PBTAS402 |
| 04/08/2025 | 20:15:33 | 137 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | PBTAS402 |
| 04/09/2025 | 16:30:57 | 1247 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 04/09/2025 | 16:51:57 | 141 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 04/09/2025 | 23:34:24 | 1227 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 04/10/2025 | 15:42:17 | 539 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 04/10/2025 | 19:25:34 | 5 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 04/10/2025 | 20:19:47 | 346 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 04/11/2025 | 13:46:00 | 11 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 029;11 | LVTAS401 |
| 04/11/2025 | 13:46:01 | 11 | moc | Outgoing | 19086565712 | 13608429999 | 13608429999 | 13608429999 | 310260149475513 | 356314950382240 | Completed Successfully | 029 | LVTAS401 |
| 04/11/2025 | 13:47:30 | 2 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 04/11/2025 | 13:49:13 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | LVTAS401 |
| 04/11/2025 | 14:04:03 | 5 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 04/11/2025 | 14:33:04 | 178 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 04/11/2025 | 16:06:51 | 4 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 04/11/2025 | 17:24:52 | 549 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 04/11/2025 | 17:45:16 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | LVTAS401 |
| 04/11/2025 | 17:59:08 | 519 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 04/11/2025 | 19:25:11 | 56 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 7 of 12

| Date | Time | | Type | Direction | | | | | | | Completion | | Site |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/11/2025 | 20:01:12 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | LVTAS401 |
| 04/11/2025 | 20:19:59 | 692 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 04/12/2025 | 16:57:07 | 1006 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 04/12/2025 | 17:45:55 | 107 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 04/12/2025 | 22:58:49 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 041;11 | LVTAS401 |
| 04/12/2025 | 23:01:00 | 319 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 041;11 | LVTAS401 |
| 04/12/2025 | 23:07:11 | 176 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS401 |
| 04/13/2025 | 18:31:32 | 5 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS401 |
| 04/14/2025 | 14:53:47 | 3 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS401 |
| 04/14/2025 | 17:49:30 | 144 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS401 |
| 04/14/2025 | 19:56:54 | 1149 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS401 |
| 04/14/2025 | 23:05:22 | 53 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 029;11 | DETAS403 |
| 04/14/2025 | 23:05:44 | 53 | moc | Outgoing | 19086565712 | 13608429999 | 13608429999 | 13608429999 | 310260149475513 | 356314950382240 | Completed Successfully | 029 | DETAS403 |
| 04/14/2025 | 23:17:19 | 11 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 02B;11 | DETAS403 |
| 04/14/2025 | 23:17:20 | 11 | moc | Outgoing | 19086565712 | 13608429999 | 13608429999 | 13608429999 | 310260149475513 | 356314950382240 | Completed Successfully | 02B | DETAS403 |
| 04/14/2025 | 23:30:38 | 4 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 02B;11 | DETAS403 |
| 04/14/2025 | 23:30:39 | 4 | moc | Outgoing | 19086565712 | 13608429999 | 13608429999 | 13608429999 | 310260149475513 | 356314950382240 | Completed Successfully | 02B | DETAS403 |
| 04/15/2025 | 00:29:20 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | DETAS403 |
| 04/15/2025 | 17:05:08 | 419 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS402 |
| 04/15/2025 | 21:52:49 | 1294 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS402 |
| 04/15/2025 | 23:36:06 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS402 |
| 04/15/2025 | 23:36:13 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS402 |
| 04/15/2025 | 23:36:43 | 2 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS402 |
| 04/16/2025 | 16:08:43 | 445 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS402 |
| 04/16/2025 | 19:06:05 | 3 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS402 |
| 04/16/2025 | 19:06:42 | 1 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS402 |
| 04/16/2025 | 19:08:52 | 3 | moc | Outgoing | 19086565712 | 13608429999 | 13608429999 | 13608429999 | 310260149475513 | 356314950382240 | Completed Successfully | 029 | LVTAS402 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 8 of 12

| 04/16/2025 | 19:08:52 | 3 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 029 | LVTAS402 |
| 04/17/2025 | 01:05:19 | 474 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | LVTAS402 |
| 04/17/2025 | 16:30:22 | 1018 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/17/2025 | 17:05:30 | 20 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/17/2025 | 17:11:21 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 041;11 | NVTAS403 |
| 04/17/2025 | 19:51:39 | 1002 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/18/2025 | 00:48:24 | 1571 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/18/2025 | 14:57:54 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS403 |
| 04/19/2025 | 16:56:32 | 2 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/19/2025 | 19:25:19 | 247 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/20/2025 | 14:52:58 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS403 |
| 04/21/2025 | 14:25:04 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/21/2025 | 22:18:54 | 155 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/21/2025 | 22:21:59 | 12 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/21/2025 | 22:29:14 | 268 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/22/2025 | 00:07:13 | 6 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/22/2025 | 00:08:08 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS403 |
| 04/22/2025 | 00:08:15 | 127 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/22/2025 | 00:18:17 | 349 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/22/2025 | 00:24:52 | 59 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/22/2025 | 00:28:59 | 274 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/22/2025 | 00:48:53 | 222 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/22/2025 | 18:20:37 | 758 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/22/2025 | 20:12:13 | 1204 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/23/2025 | 16:02:35 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/23/2025 | 16:36:25 | 248 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/23/2025 | 16:46:11 | 628 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 9 of 12

| Date | Time | | | | | | | | | | Status | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/23/2025 | 17:09:16 | 3 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/23/2025 | 17:12:32 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS403 |
| 04/23/2025 | 17:22:45 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS403 |
| 04/23/2025 | 17:28:32 | 2 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/24/2025 | 02:52:22 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS403 |
| 04/24/2025 | 15:55:59 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS403 |
| 04/24/2025 | 17:28:52 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS403 |
| 04/24/2025 | 19:29:34 | 2 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/24/2025 | 19:44:18 | 111 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/25/2025 | 14:49:38 | 1879 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/28/2025 | 13:44:00 | 946 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/28/2025 | 15:50:36 | 159 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 041;11 | NVTAS403 |
| 04/28/2025 | 16:13:39 | 337 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/28/2025 | 16:19:58 | 392 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/28/2025 | 18:44:41 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS403 |
| 04/28/2025 | 22:58:44 | 865 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 04/30/2025 | 14:10:05 | 270 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 05/01/2025 | 14:06:21 | 470 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 05/01/2025 | 17:52:15 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS403 |
| 05/02/2025 | 13:16:49 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS403 |
| 05/02/2025 | 13:17:10 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS403 |
| 05/02/2025 | 13:17:34 | 531 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 05/02/2025 | 14:35:31 | 581 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 05/02/2025 | 17:13:01 | 72 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 02A;11 | NVTAS403 |
| 05/02/2025 | 17:13:34 | 72 | moc | Outgoing | 19086565712 | 13608429999 | 13608429999 | 13608429999 | 310260149475513 | 356314950382240 | Completed Successfully | 02A | NVTAS403 |
| 05/02/2025 | 18:43:05 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | NVTAS403 |
| 05/02/2025 | 19:57:06 | 487 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations
4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697
Page: 10 of 12

| 05/03/2025 | 01:03:22 | 336 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | NVTAS403 |
| 05/03/2025 | 16:28:35 | 92 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 05/03/2025 | 16:36:49 | 228 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 05/03/2025 | 16:41:03 | 464 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 05/04/2025 | 15:04:27 | 19 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 05/04/2025 | 16:06:21 | 187 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 05/04/2025 | 17:48:39 | 28 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 05/04/2025 | 17:49:17 | 407 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 05/05/2025 | 21:54:23 | 1 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 05/07/2025 | 02:44:04 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | DETAS403 |
| 05/07/2025 | 14:30:42 | 10 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 05/07/2025 | 16:15:04 | 532 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 05/07/2025 | 20:36:19 | 648 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 05/09/2025 | 00:03:17 | 12 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 029;11 | DETAS403 |
| 05/09/2025 | 00:03:21 | 12 | moc | Outgoing | 19086565712 | 13608429999 | 13608429999 | 13608429999 | 310260149475513 | 356314950382240 | Completed Successfully | 029 | DETAS403 |
| 05/09/2025 | 00:09:05 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | DETAS403 |
| 05/09/2025 | 00:09:10 | 4 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 029;11 | DETAS403 |
| 05/09/2025 | 00:09:13 | 4 | moc | Outgoing | 19086565712 | 13608429999 | 13608429999 | 13608429999 | 310260149475513 | 356314950382240 | Completed Successfully | 029 | DETAS403 |
| 05/09/2025 | 15:18:13 | 813 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 05/12/2025 | 16:32:15 | 906 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 05/15/2025 | 15:12:07 | 125 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 05/16/2025 | 15:31:32 | 587 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 05/19/2025 | 20:16:07 | 629 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 05/20/2025 | 16:13:07 | | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | DETAS403 |
| 05/20/2025 | 16:25:07 | 6 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 05/20/2025 | 21:21:31 | 273 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 05/22/2025 | 19:04:36 | 355 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 11 of 12

| 05/25/2025 | 15:56:06 |      | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | DETAS403 |
| 05/27/2025 | 04:11:09 | 1958 | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 05/27/2025 | 15:19:27 |      | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | DETAS403 |
| 05/27/2025 | 16:05:02 | 657  | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 05/27/2025 | 18:54:36 | 58   | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 05/27/2025 | 20:13:41 |      | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Abnormal Completion | 011 | DETAS403 |
| 05/27/2025 | 21:08:56 | 435  | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 05/27/2025 | 21:27:26 | 116  | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 05/27/2025 | 21:30:41 | 230  | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 05/28/2025 | 00:14:00 | 510  | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 05/28/2025 | 00:38:11 | 39   | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |
| 05/28/2025 | 17:54:40 | 309  | mtc | Incoming | 19086565712 | 16154234768 | 16154234768 | 16154234768 | 310260149475513 | 356314950382240 | Completed Successfully | 011 | DETAS403 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 12 of 12

May 30th, 2025

*Via facsimile (973) 292-8697*

Custodian of Records
T-Mobile USA, Inc. Powertel Nashville
Legal & Emergency Response Department
Subpoena Compliance
4 Sylvan Way
Parsippany, NJ 07054

Re:    Records Request/Subpoena *duces tecum*
District Court (Hawaii-Second Circuit)
2145 Main St. Courtroom 3D
Wailuku, Hawaii 96793
Case No. 2DSC-25-0000091

Dear Legal & Emergency Response Department:

This court represents me in the above-entitled action. Attached herewith please find the subpoena *duces tecum* ("subpoena") issued by the District Court, Hawaii-Second Court, requesting Phone Records Information contained therein and in Attachment to said subpoena.

I have been informed by the Subpoena Compliance Department, T-Mobile USA, Inc. ("T-Mobile"), that service of subpoenas, pursuant to the internal policies and procedures of T-Mobile, that delivery/transmission of a subpoena may be tendered via facsimile. It is also my understanding that payment for the production of any records is requested by T-Mobile after the provision of any documents. If any of the instructions I have recited may be inaccurate or imprecise, kindly inform me and I will remediate these issues forthwith.

The attached subpoena is in compliance with the Rule 45 of the Federal Rules of Civil Procedure ("FRCP"). To wit, this subpoena is issued from the District Court, Hawaii-Second Circuit, which is the Court where this action is pending. Rule 45(a)(2). Additionally, the subpoena is to be reissued with a pending date and approved by the district circuit court judge duly authorized to practice in the issuing court. Rule 45(a)(3).

If there is any option whereby T-Mobile Subpoena Compliance can expedite this request, I respectfully request that this be carried out and affirmatively consent to payment of any expedited processing fees assessed by T-Mobile in accordance with said request. If no options exist for expedited requests for the matter herein, please process this request accordingly.

Once the requested documents, electronically stored information, or tangible things ("records") are assembled, you may, in lieu of appearance at the prescribed place set forth for production, transmit them to me via email at taftchristina.ceo@gmail.com, via the hearing on June 16th. Should you have any questions or concerns, please do not hesitate to contact me at (212) 718-1003. Thank you in advance for your courtesy and cooperation.

Pursuant to Rule 45 of the Hawai'i Rules of Civil Procedure (HRCP) and all applicable statutes, you are directed to produce and provide copies of the following phone records, documents, and electronically stored information, pertaining to the T-Mobile account associated with phone number ███████████ registered to Angela Gayle Meador in Nashville, Tennessee.

**T-MOBILE'S STATED COOPERATION**

Based on communications with T-Mobile representatives (attached as supporting documentation), T-Mobile has indicated willingness to assist with subpoena compliance to help prevent stalking and harassment. A T-Mobile service representative specifically stated they would "assist with the number change and any other related requests" and that they are "committed to helping [the affected party] to the best of our ability."

1. Pattern of Harassment Documentation: A full year of records is necessary to establish patterns of unwanted contact and harassment that may have escalated over time.
2. Ongoing Safety Concerns: The records are essential to document the scope and frequency of communications related to ongoing safety concerns in connection with Taft v. Barresi, et al. (Case No. 3DSS-25-0000044), where protective restraining orders were issued pursuant to HRS § 604-10.5. These safety concerns extend to harassment of publicist Javonti Thomas and music performer Angela Gayle Meador, whose phone records may reveal the extent of unwanted contact and interference with their professional activities to Plaintiff (Case 2DSC-25-0000091).

B. Necessity for Stalking Prevention
The phone records sought are directly relevant to:
1. Documented Safety Concerns: The Court in 3DSS-25-0000044 has issued protective restraining orders, demonstrating judicial recognition of legitimate safety concerns requiring documentary evidence.
2. Pattern Evidence: Phone records are essential to establish patterns of unwanted communication that constitute harassment, abuse, threats, and intimidation as prohibited under Hawaii's protective order statutes.
3. Professional Interference Claims: The records will document communications of stalking of Plaintiff's friendships and that allegedly interfered with Plaintiff's professional relationships in the film, music, and arts sectors, causing safety, reputational and economic harm.
C. Limited Scope and Proportionality
The request is narrowly tailored to:
• Single phone number: ██████████ only
• Defined time period: Exactly one year (May 28, 2024 to May 28, 2025)
• Specific relevance: Direct connection to documented safety concerns and business relationship interference

Protection from Harassment and Stalking of Professional Relationships:
These records are necessary to identify and prevent stalking behavior, needing swift attention.

Very truly yours,
*/s/ Christina Taft*

# EXHIBIT  4

 **Gmail**

Christina Taft <taftchristina.ceo@gmail.com>

---

## [ServeManager] Job #13003939 Update

**W Tracy Kroft** <notifications@mail.servemanager.com>
Reply-To: tracy.kroft@gmail.com
To: Christina Taft <taftchristina.ceo@gmail.com>

Mon, Mar 31, 2025 at 8:34 AM

## Attempted Serve

W. Tracy Kroft shared a service notification with you:

### Details

**Process Server:** W. Tracy Kroft

**Date & Time:** Mar 31, 2025, 1:23 pm CDT

**Service Type:** Unsuccessful Attempt

**Description of Service:**

Unsuccessful attempt confirmed subject is inside and under police Witness Protection spoke with officer Justin Bork he confirmed subject is inside however possibly sleep and unable to make contact urge server to return at a later time to attempt again when subject will be awake process server agreed

### Service Address

███████████████████████████

### GPS Data

**Mobile Device:** ServeManagerMobile/1.10.3 (127) (SM-G998U/WYMAN TRACY's S21 Ultra; Android/14)

**GPS Coordinates:** ██████████████

**GPS Timestamp:** 1743445405302

---

## Job & Case

**Job:** 13003939

**Priority: Rush**

**Job Type:** Standard

**Client Job:** 3DSS-25-0000044

**Recipient:** Angela Gayle Meador

**Case:** 3DSS-25-0000044

**Plaintiff:** Christina Taft

**Defendant:** Paul Barresi

**Court:** District Court of the Third Circuit North and South Hilo State of Hawai'i

**County:**

**Documents:** Subpoena Angela Meador , FILED DECLARATION OF PLAINTIFF IN SUPPORT OF OPPOSITION, 3DC47 Return of Service Hawaii 3rd circuit.pdf, Note to Angela Meador with Subpoena to Witness from Christina Taft.pdf.pdf, ████████████████████

---

### Attempt Uploads

- Mobile Attempt Photo 1

---

### Shared with you by:

W. Tracy Kroft
Tracerx Legal Services
tracy.kroft@gmail.com
615-260-5109

# EXHIBIT  5

6:25

AW

Adam

iMessage
Tue, Jun 3 at 9:15 AM

Hi Adam, I'm reaching out to find urgent help for Angela Gayle and I'm a process server.
Angela wrote a tribute song to Johnny and is now at high risk from Barresi, who made unconsented recordings of both her and you that appear to be used for coercion/extortion with unauthorized disclosures. I'm genuinely worried for her safety - she's a Johnny supporter witness being held with no way to get help. I've even amended my entire lawsuit trying to find resolutions. Philip Hamilton discovered Braga thought "Paul" left him a voicemail, showing more unconsented recordings.
Please, I don't know where else to turn and believe you understand this situation.
Any help would be deeply appreciated. I'm devastated seeing her harmed and have serious trauma from witnessing this. Can we talk?

I also emailed you with "Request for Assistance - Regarding Angela Gayle and Unconsented Recordings."
Propria Persona
Christina Taft

Delivered

iMessage

 **Gmail**                                                    Christina Taft <taftchristina.ceo@gmail.com>

---

## Request for Assistance - Regarding Angela Gayle and Unconsented Recordings

---

**Christina Taft** <taftchristina.ceo@gmail.com>                                 Tue, Jun 3, 2025 at 2:36 PM
To: awaldman@theendeavorgroup.com

Dear Adam,

I hope this message finds you well. I am writing as a process server who has been taught that making the legal process easier for all parties involved is paramount, and that communicating with both sides appropriately can help prevent prolonged and unnecessarily damaging proceedings.

I am reaching out to find urgent help for Angela Gayle, who has found herself in a concerning situation with Barresi. Angela wrote a song as a tribute to Johnny, which appears to have put her at high risk from Barresi's actions. She is someone who has consistently supported Johnny, and I am deeply concerned about the harm being directed toward her.

The situation involves unconsented recordings that appear to have been made by Barresi, including what seems to be a recording of your own phone conversation. These recordings appear to be illegal, as they were made without consent. If I had been working as a process server earlier in this matter, I may have reported that the recordings of you, Adam, were made without consent. Furthermore, it appears that both the recording of Angela Gayle's conversation with Taft and the recording of your phone call have been used for what appears to be coercive and/or extortion purposes by Barresi.

Through process server Philip Hamilton's work, it was discovered that Stephen Braga believed it was "Paul" leaving a voicemail for him, which indicates these recordings were made without proper consent. I want to note that even as pro se representation, Braga did not threaten me when I requested to contact you directly.

Angela Gayle desperately needs assistance in this matter, and I am genuinely worried for her safety and well-being. I don't want to see this situation continue to escalate. As someone who has supported Johnny, she deserves protection from these harmful actions. I am reaching out to you because I believe you may be able to help, given that you also appear to have been affected by similar unconsented recording practices and unauthorized disclosures.

I am devastated to see any harm come to Angela. I have serious trauma from witnessing her being held by Barresi as a "Johnny witness/supporter" without any apparent way to get her the help she needs. This situation has deeply affected me personally, and I feel compelled to take action to find her assistance. I have even amended my entire lawsuit in an attempt to find resolutions and help from this situation.

Please, I am asking for your help. I don't know where else to turn, and I believe you may understand the gravity of this situation given your own experience with these practices. Any assistance or guidance you could provide would be deeply appreciated.

Would you be willing to discuss this situation? I believe that by working together, we can help stop the harm being caused to Angela Gayle and address the broader issues with these illegal recording practices.

I appreciate your time and consideration, and I hope we can find a path forward that protects everyone involved.

Thank you for your attention to this matter.

Sincerely,
Christina Taft
Propria Persona
212-718-1003

--
*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

---

## To Adam: Please Help Angela Gayle - Urgent Concern for Her Safety

**Christina Taft** <taftchristina.ceo@gmail.com>                                    Fri, Jun 20, 2025 at 5:55 PM
To: awaldman@theendeavorgroup.com

Hi Adam,
 I'm calling because I'm really worried for Angela Gayle, and I'm hoping you might be able to help her. I'm really worried for Angela Gayle - she supported Johnny with her tribute song, and she witnessed many abuses, including financial abuse. I'm calling from Philadelphia, Pennsylvania. I urgently wish there would be reconciliation mainly because I'm very worried for her and it started with these unconsented phone recordings.

I wanted you to know that I may be receiving a default against Defendant Barresi, and I've had to report to the sheriff about these unconsented recordings that have been disclosed. What's particularly concerning is that you were also recorded without consent - this whole situation affects anyone based on where the phone is located and who makes calls.

I'm sympathetic that you were unconsentedly recorded, but it's not connected to subpoenas because process servers cannot serve and have to mail, but my heart was genuinely in trying to help and improve lives. I'm truly scared for Angela's safety and wellbeing, even today.

I have to admit, I even felt sympathy for what you've been going through with having to move to Florida. But I became so frightened because there was no communication, no comfort - just threats and intimidation.

Adam, if there's anything you can do to help Angela find her way to safety and freedom, please consider it. As said, she is a "Johnny witness." She's been through so much trauma, and she deserves to live without fear.

I'm just asking for your help in protecting her. Thank you for listening.

Christina Taft
Propria Persona Plaintiff


--
*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

## Request for Reconciliation - Angela Gayle Needs Help - Illegal Recordings Must Stop

**Christina Taft** <taftchristina.ceo@gmail.com>                                                    Wed, Jun 25, 2025 at 2:54 PM
To: awaldman@theendeavorgroup.com

Dear Adam,

I am writing to request reconciliation for the sake of Angela Gayle and all others affected by this situation. My purpose is clear: I do not want any more harm to Angela.

She was consistently against financial abuse and that's another reason Barresi prevents us from speaking with each other or unifying - he's manipulating multiple sides. I discovered hundreds of calls from Barresi to Angela controlling her. The last days we talked she witnessed financial abuse and extortion.

You're consistently the only one that bothers to talk or reply, meanwhile it keeps growing while people like Angela don't have resources or any way to stop accepting these calls and the dependency, from fearing for her life and disclosures. Heard's people are indifferent, meanwhile the problems only worsened.

Again, Angela supports Johnny and I was more in tune with unifying in 2023, but there were always agendas and preconceived beliefs from those looking at media falsehoods and not representing properly to communicate to cease the harm. Barresi is still using the illegal recordings and disclosures, while dictating statements to make coercion from his delusional interpretations.

It's barbaric and cruel that Barresi is creating either harm to one or the other - in the end it's demise for all. This gives me uncomfortable feelings, but I urge empathy and concern instead of what's happening with these illegal recordings. I critically urge reconciliation. Like Angela, I am not interested in being used to harm others. Discussing freely shouldn't mean harm to another. I honestly think the abuse should stop for all, but right now Angela needs help most.

This financial abuse must end and freedom restored. I urge you to communicate to help Angela and that's my main concern going forward. She deserves safety and reconciliation.

I'm now in Boston and still in the Northeast states, where you used to reside.

I am earnestly requesting your help in achieving reconciliation for the sake of all others involved, especially Angela Gayle who needs our protection and support most urgently.

Sincerely requesting reconciliation,

Christina Taft

Propria Persona Plaintiff

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*

# EXHIBIT  6

 Gmail

**Christina Taft <taftchristina.ceo@gmail.com>**

---

## To Angela- Deep Care and Support: Synonyms in Songs

**Christina Taft** <taftchristina.ceo@gmail.com>                                                    Tue, Jun 17, 2025 at 8:40 AM
To: babs481@aol.com

Dear Angela,

Sending loving energy everyday… "Have you ever felt so… is there a light on this road?… caught in the eye of a hurricane… another night waiting for someone to take me home… oh oh oh." Lost by Katy Perry

I care about you incredibly and want you to know that you're not alone in this, we're connected in these experiences. Your life has such beautiful energy and strength, and I can feel that same energy and warmth radiating from who you are. Your experiences are always valid, your dreams are valid, and you are valid. I'm sorry if I haven't always been the friend you urgently needed before, but I'm here now with my whole heart.

Please don't suffer in silence. You can reach out anytime - you're always welcome. I worry for you because I care so deeply, and I want you to know that you deserve protection, kindness, and all the good things life can offer.

Your interests, your music, your dreams - they're all part of what makes you special. Hold onto hope, love yourself, and please take care of yourself.

Grace Kelly once said: "I would like to be remembered as someone who accomplished useful deeds, and who was a kind and loving person."

I deeply appreciate your advice to stay rational - your wisdom has always meant so much to me. I wish we could have united, and I deeply apologize for not being there when you needed support.

I'm always caring for your back - meaning whenever you need support or to lead others to protect you more to understand the meaning, I'm ready to help. You're incredibly kind, beautiful inside, and deserve so much better.

"Red=passion, courage, energy, strength, warmth, and security. A fitting color for now."

Sometimes what feels overwhelming might just be excitement in disguise - like Nicole Arbour says, anxious and excited are really synonyms for the same energy, just viewed differently.

Song lyrics work the same way - they're full of synonyms for the same emotions and experiences, just expressed in different melodies and words. That's the beautiful tone of creatives.

Love unconditionally and Merci,
Christina
*Second Amendment Attached*

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*

---

 **FILED Second Amended Complaint of Taft v Barresi et al - stamped.pdf**
1456K

 **Gmail**

Christina Taft <taftchristina.ceo@gmail.com>

---

## You Are Protected and Loved - Please Report to Sheriff's Department

**Christina Taft** <taftchristina.ceo@gmail.com>
To: babs481@aol.com

Thu, Jun 26, 2025 at 11:28 AM

Dearest Angela,

You are a remarkable, strong woman, and I need you to know that you are protected and deeply cared for. I'm writing with urgent information to help keep you safe.

**Please report the illegal recording of your phone calls immediately:**

- **San Bernardino County Sheriff's Department** (Rancho Cucamonga)
- **Case Number: RCR2506114**
- **Contact: Deputy Szulc and Deputy Acuna -** they are caring officers who will help you
- The District Attorney is already being sent this case for prosecution

**You can also file a Courtesy Report** with your local Goodlettsville Police, and they will forward it to the appropriate jurisdiction in Rancho Cucamonga.

Angela, I was deeply traumatized learning about the extent of Barresi's harassment - hundreds of calls, you shaking and afraid. My heart breaks knowing what you've endured. Please don't be afraid anymore. **You are a protected victim and witness.**

I'm so sorry I didn't understand the full background when we spoke in 2022. I had no idea what you had been through since 2020. Please forgive my lack of understanding, and I pray for your healing and peace.

**Critical concern:** Barresi likely has illegal recordings of your phone calls with him through automatic recording apps. This is extremely serious, and I'm very worried for your safety.

**Good news:** T-Mobile has advised they will help you against the ongoing stalking. You have support and protection.

I hope you had a wonderful birthday months ago - I apologize that I wasn't aware of it and was quite stressed at the time. I have cried many times these past months, deeply worried for you. **My main concern is restoring your livelihood** and seeing you safe and thriving again.

I also need to apologize for disconnecting with you on October 19th. I tried to leave it acknowledging that I knew abuse had occurred to you, and I didn't want to argue with you. I knew Barresi would obtain any further texts I sent, and my frustration was heightened knowing he'd see what I was sending to you - so please be aware some of that was really me knowing he'd see it. I was going through attempted extortion that you witnessed, and I'm grateful you care about stopping financial abuse.

I truly appreciate your care about stopping financial abuse - please remember what a great quality that is to have. **You are a quality person with genuine great character inside.**

**Please, Angela - love yourself and take care of yourself.** You deserve peace, safety, and healing. You are not alone in this.

**Note:** I'm forwarding what I sent to Lt. Matthews and the Deputies with the Sheriff's Department. However, I've covered Deputy Szulc's email to prevent Barresi from sending multiple emails to harm the investigation.

Report this immediately. You are protected. You are loved. You are strong.

With deepest care and concern,

Christina Taft

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*

---------- Forwarded message ---------
From: **Christina Taft** <taftchristina.ceo@gmail.com>
Date: Mon, Jun 23, 2025 at 7:48 PM
Subject: URGENT - Request for Assistance for Victim Angela Meador - Case RCR2506114 - Life Safety Concerns
To: Brian Matthews <bmatthews@goodlettsville.gov>

# EXHIBIT  7

## CERTIFICATE OF SERVICE

CHRISTINA TAFT v. PAUL BARRESI, et al.
5:24-cv-01930-TJH-DTB

I, the undersigned, certify and declare that I am at least 18 years of age. I am a resident of Hawaii, United States.

On May 26, 2025, I served a true copy of **SECOND AMENDED COMPLAINT**

__X__ (By Electronic Transmission) I caused the document(s) described herein to be electronically transmitted and served via the Pacer system. The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(E)

__X__ (By Delivery) I caused the document(s) described herein to be delivered to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

| | |
|---|---|
| Melissa Yaffa Lerner<br>Megan Scott Mallonee<br>Lavely & Singer Professional Corporation<br>Attorneys at Law<br>2049 Century Park East, Suite 2400<br>Los Angeles, California 90067-2906 | *Attorneys for Defendant(s),*<br>Paul Barresi |

I declare under oath and penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Hawaii on **May 26, 2025**.

_____.
Christina Taft
*Plaintiff in Propria Persona*

CERTIFICATE OF SERVICE SECOND AMENDED COMPLAINT