CLEAR FORM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christina Taft, | **CASE NUMBER** |
| | 5:24-cv-01930-TJH-DTB |
| PLAINTIFF(S) | |
| v. | |
| Paul Barresi, et al | **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |
| DEFENDANT(S). | |

WHEREAS, the documents listed below are deficient for the following reason(s):
Pursuant to Fed.R.Civ.P. 45(a)(3), only the Clerk of Court or an attorney authorized to practice in this Court may issue a subpoena.  Plaintiff has signed the subpoena despite the fact that she is not an attorney authorized to practice in this Court, in violation of Rule 45(a)(3).  In addition, Docket No. 77 appears to be duplicative of Docket No. 76.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Request for Clerk to Issue Subpoena (Docket No. 76) | 06/21/2025 |
| Request for Clerk to Issue Subpoena (Docket No. 77) | 06/21/2025 |
| | |
| | |
| | |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

June 27, 2025
Date

United States Magistrate Judge