**MELISSA Y. LERNER (SBN 285216)**
mlerner@lavelysinger.com
**MEGAN S. MALLONEE (SBN 340276)**
mmallonee@lavelysinger.com
**LAVELY & SINGER**
**PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615

Attorneys for Defendant
PAUL BARRESI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINA TAFT,<br><br>  Plaintiff,<br><br>  vs.<br><br>PAUL BARRESI; ADAM R. WALDMAN; and DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO. 5:24-cv-01930-TJH (DTB)<br><br>[Hon. Terry J. Hatter, Jr.]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT PAUL BARRESI'S MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>[Filed concurrently with Motion to Dismiss; Declaration of Megan S. Mallonee]<br><br>Date:  July 7, 2025<br>Time:  No appearance necessary |

4528-3

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT

# [PROPOSED] ORDER

Upon review of Defendant Paul Barresi's Motion to Dismiss the Second Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Motion"), and the parties' submissions to the Court in support of and opposition thereto, and for good cause shown, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

On July 3, 2025, Defendant PAUL BARRESI ("Defendant") filed his Motion to Dismiss Plaintiff CHRISTINA TAFT's ("Plaintiff") Second Amended Complaint (ECF No. 74) pursuant to Federal Rule of Civil Procedure 12(b)(6). In his Motion, Defendant requests that the Court dismiss all claims for relief asserted against Defendant because Plaintiff fails to allege facts sufficient to state a claim upon which relief may be granted.

The Court, having considered Defendant's Motion to Dismiss and finding good cause therefor, hereby GRANTS the Motion to Dismiss and ORDERS as follows:

1. Defendant's Motion to Dismiss is granted.
2. Each claim for relief alleged against Defendant is dismissed with prejudice and without leave to amend.

IT IS SO ORDERED.

Dated:

_____
Hon. Terry J. Hatter, Jr.
Judge of the United States District Court