# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **5:24-cv-01930-TJH (DTB)**                                Date: **July 8, 2025**

Title:  **Christina Taft v. Paul Barresi, et al.**

===============================================================

**DOCKET ENTRY**

===============================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                                     None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING DEFENDANT PAUL BARRESI'S MOTION TO DISMISS SECOND AMENDED COMPLAINT [DOCKET NO. 82]**

Defendant Paul Barresi has filed a Motion to Dismiss Plaintiff's Second Amended Complaint ("Motion").  (Docket No. 82).  The Court noted that no hearing on the Motion was set and finds that the matters raised by the Motion are capable of resolution without a hearing.  Fed.R.Civ.P. 78(b), Central District of California Local Rule ("Local Rule") 7-15.  No appearance by any party is required unless otherwise ordered by the Court.  The parties briefing schedule shall be in accordance with Local Rules 7-9 and 7-10.

**IT IS SO ORDERED.**