# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **5:24-cv-01930-TJH (DTB)**                              Date: **July 10, 2025**

Title:  **Christina Taft v. Paul Barresi, et al.**
================================================================
**DOCKET ENTRY**
================================================================
PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                           None present

**PROCEEDINGS: (IN CHAMBERS) AMENDED ORDER REGARDING DEFENDANT PAUL BARRESI'S MOTION TO DISMISS SECOND AMENDED COMPLAINT [DOCKET NO. 82]**

Defendant Paul Barresi has filed a Motion to Dismiss Plaintiff's Second Amended Complaint ("Motion").  (Docket No. 82).  The Court notes that no hearing on the Motion was set and finds that the matters raised by the Motion are capable of resolution without a hearing.  Fed.R.Civ.P. 78(b), Central District of California Local Rule ("Local Rule") 7-15.  No appearance by any party is required unless otherwise ordered by the Court.  Plaintiff may file an opposition[1] to the Motion on or before August 1, 2025.  Defendant may file a reply within 14 days after service of any opposition.

**IT IS SO ORDERED.**

---

1    Plaintiff is advised that pursuant to Central District of California Local Rule 7-12 - *Failure to File Required Documents* - the Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule.  The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion.