**ANGELA GAYLE MEADOR**
Email: CONFIDENTIAL – TO BE FILED UNDER SEAL
Address: CONFIDENTIAL – TO BE FILED UNDER SEAL
Telephone: CONFIDENTIAL – TO BE FILED UNDER SEAL

Non-Party Witness/Victim

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| CHRISTINA TAFT,<br><br>          Plaintiff,<br><br>     vs.<br><br>PAUL BARRESI; ADAM R. WALDMAN; and DOES 1 through 10, Inclusive<br><br>          Defendants. | CASE NO. 5:24-cv-01930-TJH (DTB)<br>[Hon. David T. Bristow, Magistrate Judge]<br><br>**PROPOSED ORDER GRANTING PROTECTIVE RELIEF** |

LODGED
CLERK, U.S. DISTRICT COURT
07/25/2025
CENTRAL DISTRICT OF CALIFORNIA
BY     AP     DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**PROPOSED ORDER GRANTING PROTECTIVE RELIEF**

The Court has reviewed the **Victim-Witness Statement and Request for Protective Relief** submitted by **Angela Gayle Meador**, an interested non-party witness in this matter, requesting

protection and relief from ongoing harassment, misuse of legal processes, and retaliation in connection with her participation as a witness in this case.

Good cause appearing, **IT IS HEREBY ORDERED:**

1. **Protective Order:** Plaintiff, Christina Taft, shall not directly or indirectly contact Angela Gayle Meador outside of appropriate court filings or legal channels related to this case.

2. **Pre-Approval of Subpoenas:** Any subpoenas or legal requests seeking personal, private, or identifying information of Angela Gayle Meador related to this case must be reviewed and approved by this Court prior to issuance.

3. **Sealing of Second Amended Complaint:** The Plaintiff's "**Second Amended Complaint and Demand for Jury Trial**," filed on May 26th, 2025, which contains extensive private information regarding Angela Gayle Meador, shall be sealed. The Plaintiff shall file a redacted version with all personal, private, and irrelevant information regarding Ms. Meador removed, subject to the Court's review and approval.

4. **Notice Waiver:** In light of safety concerns, this request was permitted to proceed without direct notice to Plaintiff. The Court will determine the appropriate manner of notice moving forward to protect Ms. Meador's safety while maintaining fairness to all parties.

5. **Additional Protective Relief:** The Court grants any additional protective measures necessary to safeguard Ms. Meador's privacy, safety, and ability to participate as a witness without fear of harassment or retaliation in connection with this case.

6. **Referral for Investigation:** The Clerk shall forward a copy of Ms. Meador's Victim-Witness Statement and this Order to appropriate law enforcement authorities for their independent consideration regarding potential witness tampering, harassment, or misuse of legal processes.

7. **Pre-Filing Injunction:** Plaintiff, Christina Taft, is hereby enjoined from filing additional lawsuits or issuing subpoenas against Angela Gayle Meador in connection with this matter within this Court or related federal courts without prior leave of this Court.

8. **Sanctions:** The Court will consider whether sanctions are appropriate based on Plaintiff's conduct as reflected in the record and will issue further orders as necessary.

1  9. **Further Relief:** The Court may grant any additional relief it deems just and proper to protect Ms. Meador and the integrity of these proceedings.

**IT IS SO ORDERED.**

**Dated:** <u>June 25th</u>, 2025

_____

**HON. DAVID T. BRISTOW**
**UNITED STATES DISTRICT JUDGE**