**ANGELA GAYLE MEADOR**
Email: CONFIDENTIAL – TO BE FILED UNDER SEAL
Address: CONFIDENTIAL – TO BE FILED UNDER SEAL
Telephone: CONFIDENTIAL – TO BE FILED UNDER SEAL

Non-Party Witness/Victim

FILED
CLERK, U.S. DISTRICT COURT
07/25/2025
CENTRAL DISTRICT OF CALIFORNIA
BY     AP     DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CHRISTINA TAFT, <br><br> Plaintiff, <br><br> vs. <br><br> PAUL BARRESI; ADAM R. WALDMAN; and DOES 1 through 10, Inclusive. <br><br> Defendants. | CASE NO. 5:24-cv-01930-TJH (DTB) <br> [Hon. David T. Bristow, Magistrate Judge] <br><br> **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I, **Angela Gayle Meador**, declare as follows:

1. I am over the age of 18 years and not a party to this action. My address and contact information are being maintained under seal due to an active order of protection and confidentiality and safety concerns in this matter.

2. On July 25th, 2025, I served the following documents:

- Cover Note to Clerk Regarding Emergency Filing
- Victim-Witness Statement and Ex Parte Application for Protective Order
- Exhibit List and All Attached Exhibits
- Proposed Order Granting Protective Relief
- Notice of Request to Seal Personal Identifying Information
- Personal Identifying Information Sheet (Confidential Submission)
- Proposed Order Granting Motion to Seal

by submitting them through the EDSS (Electronic Document Submission System) of the United States District Court for the Central District of California for filing and service upon all parties and their counsel of record.

3. To my knowledge:

- Defendant Paul Barresi has been provided notice through his counsel of record via email and text on **July 25th**, 2025.

- Plaintiff Christina Taft has not been provided direct notice due to an active Order of Protection and documented concerns regarding safety, with a request that notice be handled by the Court.

- Adam R. Waldman has not been served in this matter and has no attorney of record in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **July 25th, 2025**, in Goodlettsville, Tennessee.

_____

**Angela Gayle Meador**
Interested Non-Party Witness, Pro Se

MEADOR | CERTIFICATE OF SERVICE

1