# EXHIBIT  1

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

## Adam: Request for Talking and Understanding - Creative Community

**Christina Taft** <taftchristina.ceo@gmail.com> Tue, Jul 8, 2025 at 12:27 PM
To: Adam Waldman <awaldman@theendeavorgroup.com>, "Braga, Stephen" <stephen.braga@bracewell.com>, Angela
Meador <babs481@aol.com>

Dear Adam Waldman and Stephan Braga,

I ask for compassionate understanding and that healing is needed for protection. I am asking that you do
something that finally stops the manipulation by Defendant.

Creativity requires a certain vulnerability and openness that can make artists and creatives more
susceptible to emotional impact from around them. Understanding this sensitive nature of the creative
process is essential, as the very qualities of artistic expression can also make creative individuals more
deeply affected by conflict and injustice.

It's probably safe for Adam to speak with Angela Gayle to give some emotional support and as a lawyer,
especially since Angela was a law student, although as shown before, the issues prolonging pain and
suffering was not resolved, from these issues from personnel, including figures. I do not want anymore
trauma from this situation, or feeling without compassion, there is sincere compassion.

Defendant Barresi makes it seem like multiple sides- anyone going against vulnerability of people is cruel
and unjust.
Johnny Depp's circle responds emotionally and talks more, while the Musk/Heard situation is cold and
emotionless, to not respond or act to help. These reactions have prolonged this for years.

Again, Angela - who again supported Johnny while genuinely feeling she is being against all types of
abuse - is an innocent victim of this, and already, I've processed all the others nearly in this case who
gained autonomy over their statements. Not long after this started, I wanted to help Angela and often
dreamed about it, with not being able to communicate or receive proper response or representation.

Her connection to me with the recordings of telephone calls held by Defendant Barresi illegally has always
been the start of the lack of autonomy and the issue of misrepresentations.

As someone whose mother Victoria and her friends knew A-listers, I responded the way I did against
Defendant Barresi's exploitation, however, the responders to this issue have not been understanding, and
the personnel involved just go sideways, with no productive help, which made us merciful to figures with
more ability to be listened to.

This is not fair for Angela, and it is true about alleged "Johnny witnesses" and/or sympathetic individuals,
no matter what their knowledge is about the situation.

Johnny should agree that this Barresi issue needs to end for the sake of everyone.

First, I am very worried for Angela's wellbeing and her ability to live freely. Second, Defendant's
manipulation of disputes prolonged this, so that people wouldn't of multiple sides unite and end the
coercion and prolongation involved, starting with these recordings and the continual coercion over
statements.

Again, people need support and everyone wonders why the suffering is continuing.

A lot of this starts with not having autonomy. I am truly asking you for your help and or to at least
communicate with Angela or do something about this as it won't stop - as soon as the process stops, the
healing won't continue very likely. I am very worried.

I say this, not to make this feel larger but to feel more realistic and grounded in direct communications. There is sympathy available

With sincere concern,
Christina Taft
Plaintiff


--
*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

# EXHIBIT  2

10:26

AM

Angela ›

You need to stop fanning over abusive men, actors

Read

Wed, Mar 26 at 9:46 AM

Hi Angela Meador, I'm so sorry this is happening to you. I care about you

I think it's admirable that you were listened to for yourself in these 2014 Article Meador at Law School in Florida (News): "Police say Zachary Johnson, 33, inappropriately touched Angela Meador, 31, on a flight from Orlando to Nashville Wednesday, reported WSMV."
2010 Angelea Meador Lawsuit against Nashville Stores: "Plaintiff would state that she was retaliated against and terminated for reporting sexual harassment in the workplace. " Meador v. Nashville Shores Holdings, LLC, No. 3:10-0904, 3 (M.D. Tenn. Nov. 30, 2010

I hope that you will be okay, and Mr. X is Marton Csokas. I hope you won't be scared and I'll diligently try to help you

Who is this?

I'm so sorry 💓

I have love for you and hope you are okay. I probably don't have much time to write this to you

+   Text Message • RCS   🎤

10:26



AM

Angela

Wed, Mar 26 at 3:03 PM

I'm at my friend Lori Mattix's house. Can I please call you later today?

I hope your day is going okay.

Sat, Mar 29 at 2:30 PM

Angela, I love you so much and you have freedom of speech. 🎤

Angela Gayle Meador in previous instances, before the retaliation by Marton
Csokas, had successful cases and reports, with stating her interests in helping
others and safety. Her reports and lawsuits were strong enough to obtain charges, and witnesses reinforced her testimony. She further explained that others, in selfless interests while she was a lifeguard supervisor, were being harmed as well.

NO retaliation should occur. I'm in Hawaii now and hope for relief and forgiveness

Sun, Mar 30 at 3:12 AM

Angela, please have a good day and life. I truly apologize profusely for these last 3 years.
This is Christina Taft.

Text Message • RCS

10:27



Angela

nice processes can be.
I don't want what's happening to you
anymore at all. I'm also so sorry for the
recent week.
I should have reached out to you before
but I was scared with the call between
us

I didn't know in TN it's so bad. I'm so
upset and worried for your wellbeing.
I'm doing a cease and desist to the TN
people to protect you as well.

Seeing what happened to you to recant
who harmed you is devastating and
traumatizing. You deserve to have a free
life and to finally have the career,
freedom you deserve

I always cared about you. You
mentioned the first time before re-
contacted that I could reach out to you.

My past texts from 3 years ago are
naive, and now that I've lived through it
too, I'm so sorry I wasn't listening close
enough. I hope you are okay right now. I
will try to call you tomorrow. Please be
happy and well

Edited

Sun, Mar 30 at 6:25 AM

You should have freedom of speech,
Angela. Regardless of any proceeding,
which I'll support you in, you and your
life should improve. I want to help you.

Text Message • RCS

 Gmail

**Christina Taft <taftchristina.ceo@gmail.com>**

---

## Enthusiastic Support and Inquiry About Angela Gayle's Music Career

---

**Christina Taft** <taftchristina.ceo@gmail.com>                    Wed, Apr 9, 2025 at 6:00 AM
To: globalmediacorporation@aol.com

Dear Global Media Management,

As a passionate admirer of Angela Gayle's music and artistic journey, I was thrilled to learn about her signing with University Records/MMG and Warner Music Group. Her powerful singles "Have You Told Her" and "Love Yourself" have been on repeat in my playlists, and I deeply connect with the emotional honesty in her songwriting.

Angela's release of her new single, Compromise on April 30th?

Angela has an impressive career path from her early days as a Nashville native to her current multifaceted career as a singer-songwriter, musician, actress, and model. Her performances at iconic venues like the Grand Ole Opry and the Ryman Auditorium, as well as singing the national anthem for the Nashville team and Tennessee Titans, showcase her remarkable versatility and talent.

I'm reaching out both to express my continued support for Angela's career and to inquire about her current projects with University Records. As someone who values her message of kindness and positivity, I'm eager to stay informed about:

1. Her upcoming releases, especially details about the album she's been working on
2. Any plans for touring, particularly the European radio tour mentioned in some of her interviews
3. Her experience performing on the Grand Ole Opry stage - I understand it was a "humbling experience" for her, and - what was it like for her to stand on that iconic stage?
4. Any behind-the-scenes insights about her creative process for her album in development
5. Any scheduled performances or touring plans (I'd travel to see her perform!)
7. How her background in law, international relations, and humanitarian work influences her music

Her quote, "Be positive; work hard; always be kind; and help whenever and wherever you can," resonates deeply with me, as does her commitment to being known first as "a kind human being" before any of her professional titles.

Thank you for your time and consideration. I'm genuinely excited to continue supporting Angela's artistic journey and to hear more about her path forward with University Records.

Warmest regards,
Christina Taft
212-718-1003


--
*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

# EXHIBIT 3

 **Gmail**

**Christina Taft <taftchristina.ceo@gmail.com>**

---

## (no subject)

**paulbarresi@aol.com** <paulbarresi@aol.com>         Tue, Jan 9, 2024 at 10:35 PM
To: Christina Taft <taftchristina.ceo@gmail.com>

By the way Amber thinks you are batshit crazy too. Her security staff are on the lookout
for you. I told her lawyers you were in Honolulu and they said Justin said you better stay
there.

On Tuesday, January 9, 2024, 01:15:28 PM PST, Christina Taft <taftchristina.ceo@gmail.com> wrote:

Barresi:

You should be in prison if your ex-boss hadn't gone to federal prison for racketeering, blackmail
and extortion of clients, ex-spouses, and witnesses which included ILLEGAL background checks on
reporting victims. He paid the Los Angeles enforcement to do these illegal lookups.

Recording artist did not want her audio stolen by you and evidence fabricated. You are illegally
blackmailing and coordinating harassment. Honolulu PD already have your information and they
are ethical - they told me to go to the FBI.

---

**From:** paulbarresi@aol.com <paulbarresi@aol.com>
**Sent:** Tuesday, January 9, 2024 12:27 PM
**To:** Christina Taft <taftchristina.ceo@gmail.com>
**Subject:** Re: Re:

Albertini tried to convince the judge in Pasadena that I was a killer and the judge thought
he was a mental case. And you are so mentally ill. I pity you. You cant even put a
sentence together. Never a more pathetic human being has ever breathed air. Everyone
who hears the telephone recording of you trying to coerce Nashville recording artist
Angela Gayle into sidling up with you and Albertini to falsely accuse me of putting a gun
to her head are all asking why you have not been thrown in prison yet. I think that day is
coming-- either jail or a mental hospital for sure.

On Tuesday, January 9, 2024, 10:38:32 AM PST, Christina Taft <taftchristina.ceo@gmail.com> wrote:

Barresi:

You are in several police reports including admitting that you told people you threw a woman off
a roof and caused her death as a 'hitman on behalf of actors.'

There's an entire case against you and Johnny Depp.

On Mon, Jan 8, 2024 at 4:26 PM paulbarresi@aol.com <paulbarresi@aol.com> wrote:

# EXHIBIT 4

 **Gmail**

**Christina Taft <taftchristina.ceo@gmail.com>**

## CEASE AND DESIST
1 message

**Alex Hernandez** <challengeconviction@gmail.com>                 Mon, Mar 31, 2025 at 8:19 AM
To: renee@stillwatchpi.com, stillwatchpi@gmail.com, Christina Taft <taftchristina.ceo@gmail.com>

Ms. Renee Brewer,

Please find attached a Cease and Desist that is now via this email being delivered to you.

Thank you,
Israel Mendoza c/o
Freedom Process Servers
(915) 760-1063

---

 **CEASE AND DESIST RENNE BREWER (e).pdf**
80K

**VIA EMAIL:** renee@stillwatchpi.com, stillwatchpi@gmail.com

March 31, 2025

Renee Brewer (AKA: Iris Renee Brewer), Private Investigator Still
Watch Investigations
HENDERSONVILLE, Tennessee 37075
Sumner, United States

       Re:    Cease and Desist and Notice of Intent to Sue

Dear Ms. Brewer:

       I hereby demand that you

### CEASE AND DESIST ALL CONTACT WITH WITNESS ANGELA MEADOR

       Ms. Angela Meador is a material witness who has been subpoenaed in litigation currently pending in Court, to wit a restraining order case styled *Taft v. Baressi*, Case No. 3DSS-25-0000044 (Hawaii 2025).  However, I am aware that you have implemented unethical and illegal tactics to interfere with Ms. Meador's testimony in my case.

       You are well aware that Ms. Meador is a material witness in my case, and you were instructed to ask whether Ms. Meador did not consent to the recorded phone calls, the use of the audio, or the sending of the audio, and to clarify that when she said Mr. X assaulted her, that she meant "Marton Csokas".  However, due primarily to your lack of sexual violence education, you failed to have empathy with a victim, and retaliated inappropriately by misleading Ms. Meador into believing that you would make a false report and that she would be prosecuted for perjury if she correctly attested that she did not consent, which would have been contrary to Defendant's coerced and unduly influenced submissions.  Be advised that it is illegal and a violation of Federal law to "knowingly use intimidation, threats, or corruptly persuade another person, or engages in misleading conduct towards another person, with intent to influence, delay, or prevent the testimony of any person in an official proceeding."  See  18 U.S. Code § 1512(b)(1).  Yet, you have tampered with a potential witness in order to "withhold testimony, or withhold a record, document, or other object, from an official proceeding."  Your conduct violates  18 U.S. Code § 1512(b)(1)(2) - Tampering with a witness, victim, or an informant.

       Your actions are also in violation of 42 U.S. Code § 3617 - Interference, coercion, or intimidation, because you used coercive tactics to scare Ms. Meador into not cooperating in my case as a witness, knowing that her truthful attestation would aid me in the exercise of my rights.  Moreover, your actions violate Tennessee law as well.  See TN

Code § 39-16-507 (2024), which specifically states that it is a Class D Felony, to "by means of coercion, influences or attempts to influence a witness or prospective witness in an official proceeding with intent to influence the witness to:

(1) Testify falsely;
(2) Withhold any truthful testimony, truthful information, document or thing; or
(3) Elude legal process summoning the witness to testify or supply evidence, or to be absent from an official proceeding to which the witness has been legally summoned."

    Your actions mislead Ms. Meador into believing that you would file false allegations so that she would be wrongfully prosecuted for perjury if she attested correctly and provided truthful statements in my case; thereby accomplishing to coerce Ms. Meador into withholding truthful testimony.

    <u>The Undue Influence Law</u> in California Civil Code § 1575, has been enforced since the year of 1872. The elements of that definition which are still in effect for law are:

(1) The use, by one in whom a confidence is reposed by another, or who holds real or apparent authority over him or her, of such confidence or authority for the purpose of obtaining an unfair advantage over him or her;
(2) In taking an unfair advantage of another's weakness of mind; and
(3) In taking a grossly oppressive and unfair advantage of another' necessities or distress.

    Due to Undue Influence, the Unsworn Declarations 28 U.S. Code § 1746 prevents a witness/victim from harm if they have been under distress, intimidated, misrepresented to, and/or audio recordings used against them.

    Accordingly, I demand that you immediately cease and desist from contacting my witness, Angela Meador via any means, whether in person, phone, email, or social media. If you do not comply with this cease and desist demand, I will seek criminal charges against you, and I will swiftly initiate civil litigation against you seeking monetary damages, injunctive relief, and an order that you pay court costs and attorney's fees if any. Your liability and exposure under such legal action could be considerable.

    Further, if you do make a false report against Ms. Meador, I will file complaints to get your private investigation license revoked and will commence civil litigation against you. I will prosecute my lawsuit to the fullest extent of the law and will testify against you to seek reimbursement of all my costs, to include investigative and legal expenses.

    You will not receive another cease and desist demand from me. Should you fail to comply, I will commence proceedings against you immediately.

                Sincerely,

                 /s/ *Christina Taft*

                 Christina Taft

                                    **Christina Taft <taftchristina.ceo@gmail.com>**

---

## CEASE AND DESIST

**Alex Hernandez** <challengeconviction@gmail.com>                Mon, Mar 31, 2025 at 8:15 AM
To: justicewarriorinvestigations@gmail.com, Christina Taft <taftchristina.ceo@gmail.com>

Ms. Heather Michelle Cohen,

Please find attached a Cease and Desist that is now via this email being delivered to you.

Thank you,
Israel Mendoza c/o
Freedom Process Servers
(915) 760-1063

---

 **CEASE AND DESIST HEATHER M COHEN (e).pdf**
81K

**VIA EMAIL:** justicewarriorinvestigations@gmail.com

March 31, 2025

HEATHER MICHELE COHEN, Private Investigator Justice
Warriors Investigations
Dyersburg, Tennessee

      Re:    Cease and Desist and Notice of Intent to Sue

Dear Ms. Cohen:

      I hereby demand that you

## CEASE AND DESIST ALL CONTACT WITH WITNESS ANGELA MEADOR

      Ms. Angela Meador is a material witness who has been subpoenaed in litigation currently pending in Court, to wit a restraining order case styled *Taft v. Baressi*, Case No. 3DSS-25-0000044 (Hawaii 2025). However, I am aware that you have implemented unethical and illegal tactics to interfere with Ms. Meador's testimony in my case.

      You are well aware that Ms. Meador is a material witness in my case, and you were instructed to ask whether Ms. Meador did not consent to the recorded phone calls, the use of the audio, or the sending of the audio, and to clarify that when she said Mr. X assaulted her, that she meant "Marton Csokas". However, due primarily to your lack of sexual violence education, you failed to have empathy with a victim, and retaliated inappropriately by misleading Ms. Meador into believing that you would make a false report and that she would be prosecuted for perjury if she correctly attested that she did not consent, which would have been contrary to Defendant's coerced and unduly influenced submissions. Be advised that it is illegal and a violation of Federal law to "knowingly use intimidation, threats, or corruptly persuade another person, or engages in misleading conduct towards another person, with intent to influence, delay, or prevent the testimony of any person in an official proceeding." See 18 U.S. Code § 1512(b)(1). Yet, you have tampered with a potential witness in order to "withhold testimony, or withhold a record, document, or other object, from an official proceeding." Your conduct violates 18 U.S. Code § 1512(b)(1)(2) - Tampering with a witness, victim, or an informant.

      Your actions are also in violation of 42 U.S. Code § 3617 - Interference, coercion, or intimidation, because you used coercive tactics to scare Ms. Meador into not cooperating in my case as a witness, knowing that her truthful attestation would aid me in the exercise of my rights. Moreover, your actions violate Tennessee law as well. See TN Code § 39-16-507 (2024), which specifically states that it is a Class D Felony, to "by

means of coercion, influences or attempts to influence a witness or prospective witness in an official proceeding with intent to influence the witness to:

(1) Testify falsely;
(2) Withhold any truthful testimony, truthful information, document or thing; or
(3) Elude legal process summoning the witness to testify or supply evidence, or to be absent from an official proceeding to which the witness has been legally summoned."

      Your actions mislead Ms. Meador into believing that you would file false allegations so that she would be wrongfully prosecuted for perjury if she attested correctly and provided truthful statements in my case; thereby accomplishing to coerce Ms. Meador into withholding truthful testimony.

      <u>The Undue Influence Law</u> in California Civil Code § 1575, has been enforced since the year of 1872. The elements of that definition which are still in effect for law are:

(1) The use, by one in whom a confidence is reposed by another, or who holds real or apparent authority over him or her, of such confidence or authority for the purpose of obtaining an unfair advantage over him or her;
(2) In taking an unfair advantage of another's weakness of mind; and
(3) In taking a grossly oppressive and unfair advantage of another' necessities or distress.

      Due to Undue Influence, the Unsworn Declarations 28 U.S. Code § 1746 prevents a witness/victim from harm if they have been under distress, intimidated, misrepresented to, and/or audio recordings used against them.

      Accordingly, I demand that you immediately cease and desist from contacting my witness, Angela Meador via any means, whether in person, phone, email, or social media. If you do not comply with this cease and desist demand, I will seek criminal charges against you, and I will swiftly initiate civil litigation against you seeking monetary damages, injunctive relief, and an order that you pay court costs and attorney's fees if any. Your liability and exposure under such legal action could be considerable.

      Further, if you do make a false report against Ms. Meador, I will file complaints to get your private investigation license revoked and will commence civil litigation against you. I will prosecute my lawsuit to the fullest extent of the law and will testify against you to seek reimbursement of all my costs, to include investigative and legal expenses.

      You will not receive another cease and desist demand from me. Should you fail to comply, I will commence proceedings against you immediately.

Sincerely,

/s/ *Christina Taft*

Christina Taft

# EXHIBIT 5

 Gmail

**Christina Taft <taftchristina.ceo@gmail.com>**

---

## CA MARTON CSOKAS - PROTECTION NOTICE FOR ANGELA MEADOR AS FEDERAL WITNESS

---

**Philip Andrew Hamilton** <hamiltonlegalservicesvirginia@gmail.com>      Wed, Jun 11, 2025 at 3:35 AM
To: hessler.law@gmail.com
Bcc: taftchristina.ceo@gmail.com

Eric Hessler,
    Attached is a cease and desist order for your records.

Philip Andrew Hamilton
Owner
Hamilton Legal Services, LLC.

---

📄 **CA MARTON CSOKAS - PROTECTION NOTICE FOR ANGELA MEADOR AS FEDERAL WITNESS.pdf**
109K

# EXHIBIT 6

 Gmail

Christina Taft <taftchristina.life@gmail.com>

## Your Citizen Report has been received

support@frontlinepss.com <support@frontlinepss.com>                                          Fri, Jan 19, 2024 at 11:55 PM
To: taftchristina.life@gmail.com

Citizen Report Submission

Dear Resident,

Thank You. Your Citizen Report has been received and is in our review process.

**Citizen Report Submit Date** : 1/19/2024 **Citizen Report ID:** 26746
**Incident Type:** Follow Up Report - Add Information To My Report (include Report # in Narrative)
**Incident Date:** 1/16/2024
**Incident Time:** 12:50 PM
**Incident Location:** 1676 Ala Moana Blvd Apt 508
**Incident City:** Honolulu
**Incident State:** Hawaii
**Incident Zip:** 96815

Personal Contact Info:
**Name:** Christina Taft
**Home Phone:** 212-718-1003
**Cell Phone:**
**Email:** taftchristina.life@gmail.com

Incident Involves Vehicle:
**Plate:**
**Make:**
**Model:**
**Color:**
**VIN:**

Incident Involves Property:
**Property Description:** Information, files, audio tapes:
:
:
:
:

**Report Narrative:** Aloha, As followup, to filed report 21-002891, and the last contact by Paul Barresi was January 16, 2024 , I spoke with the Honolulu Field Office Division of the FBI on January 17, 2024 as requested by HPD Officer Torres since November 23, initially due to fears of fraud and coercion. The coercion was originally initiated by Barresi. I apologize that it took this long and I had to as the threats from Paul Barresi escalated. The filed report conversation with the FBI office and my in-person drop off of HPD reports, even if citizen submissions, is attached. They understood that I had spoken with a witness who saw crimes (abuse, violence, financial issues) of an actor, Johnny Depp. Then Paul Barresi, a 'fixer,' saw this and started to intimidate me. I further reported him to the Dept of Consumer Affairs (email attached in January from Jesse Adams), Then the 2nd investigator, Brooks, who was supposedly seeing Barresi's activities for months which included his focus on deaths, audio tapes and blackmailing about financial transactions, and meetings with federal authorities, went sideways. I attach the many texts of Brooks alleging he surveilled Barresi in Washington DC and New York. It was frightening to me as Barresi was supposedly going to multiple states, and that there was a meeting for payoffs to him. Files about me are included in Barresi's sold files. Secondly, in correlation, Barresi made postings with my name and images in August. Barresi was alleged to go to California in August and he contacted another man looking for me immediately that day, and if I wanted to purchase his files, which to me is coordinating blackmailing. To answer questions from the last report of how I know it is Barresi, I attach many documents from 2022 to as late as January 17th. He first contacted people around me (including in multiple states) – Mike McCormick a retired LAPD officer PI who obtained a consented audio of Barresi, Daniel Brummitt who is a friend - I attach the email Barresi sent to him with a 'package' against that witness, Denise Newsome a former Atlanta police officer – texts, facebook, emails, Rebecca Berry – in certified transcripts of audios, and then the relative that is licensed in Texas and who had no idea that Barresi took a recording of him and uploaded it. I also attach Certified Transcribed Audios of interviews with the nightclub witness, and voicemails which Barresi left for multiple people. I was asked last time to discuss the contents of the audio of Me and Angela Meador that Paul Barresi collected in 2022 and has been using to manipulate and coerce since. I show texts of Angela panicking that Barresi obtained her audio and if she should beg him to stop. I attach emails how Barresi highlighted and took portions of this tape to scare me and coerce me. He sent this tape to multiple people. I attach the full unedited audio, where I state at the end that I would not post or publicize my conversation with Angela who resides in Tennessee. She gave me permission and I provided her a copy. Further, the beginning of this tape discusses how she was afraid of other fixer-type coercion activities, e.g., of manipulating law enforcement after she was assaulted by a different actor in New Orleans. Unfortunately the audio became obtained by Barresi and no one has been able to stop his exploitation of my/people's information and audios. I do not see an exact element of classification of this, so I have listed this as "Accident" – although it is a mixture of intentional and possibly negligent acts. I have been a resident of Hawaii since January 2023. I was called about my damages report today according to my email, but my phone did not ring.

Thank You,
Honolulu Police Department

Courtesy of Frontline Public Safety Solutions



Christina Taft <taftchristina.life@gmail.com>

---

## Re: [EXTERNAL EMAIL] - Re: FBI Tip

**la-criminal-threats@fbi.gov** <la-criminal-threats@fbi.gov>                              Wed, Feb 21, 2024 at 10:06 PM
To: Christina Taft <taftchristina.life@gmail.com>

Christina,
Will you be free in a couple of hours? I'm still in a training.

---

**From:** Christina Taft <taftchristina.life@gmail.com>
**Sent:** Wednesday, February 21, 2024 12:58:58 PM
**To:** la-criminal-threats <la-criminal-threats@fbi.gov>
**Subject:** Re: [EXTERNAL EMAIL] - Re: FBI Tip

Hi Agent Taghdis,

Thank you for calling me soon.

Before our call, I was trying to attach some evidence on fears about vandalism, breakins and implications to false facts directed by Adam Waldman (who Paul Barresi knows I am afraid of since he's a registered foreign agent that blackmails info -- See Rauhuser email attached) while Barresi searched for my location. I need to attach files of that. I had fled to Hawaii where there are better cameras on the doors. Juan knew about the camera security issues.

Juan had allegations that Barresi went to California in August, he looked for me according to Richie, during which that month Barresi released implication audio again with his recording with Waldman. Further Barresi purposefully reached through others to continue his financial harms that he knew had histories he could implicate. Secondly, they are ones he could implicate to the actress.

I also attach Barresi's direct texts to me and emails to me scaring about recordings of me, and threats of criminal prosecution on false conspiracy. I attach transcriptions and an audio. I need more space for the audios. Again sorry.

On Tue, Feb 20, 2024 at 8:20 PM Christina Taft <taftchristina.life@gmail.com> wrote:
> Hi Agent Taghdis,
>
> I appreciate your understanding.
> I've attached documents from the timeline, although not all since there are space limitations. I've tried to focus it on the documents that are from Paul Barresi in 3 merged uploads of pages. It's voluminous what he does, though trying to focus on what can be part of a timeline of extortionary tactics.
>
> In one merged file, I show how Barresi intimidated me for sending documents to prior fbi agents who were looking into the Hitman allegations by other victims. I have a certified transcription of Barresi admitting he told people he killed including a woman off a roof. Barresi in January edited to removed that he said it that I was instead fearing for my life constantly and that I said he did kill rather than he said he did.
>
> Additionally to the uploads Moreover, after Barresi posted texts of me with another woman Angela this week, he showed a scene from the silence of the lambs related to "IT." Nearby to a time he was searching for my location last March, he posted with the "hitman's violin," "Life is art or art is life?" In another posting after saying my name and a tied up girl that a friend of mine was texting me when freed up, he posted "Incite Al Gambino" (however within other text in the same post related to Actor-Actress to minimize to make it a more difficult exhibit for showing danger).
>
> I apologize for any mistakes as I'm still learning the laws as well as being more secure in Hawaii compared to California although there is not a classification. I'm tired as well. I've attached a text showing an alleged federal authority meeting in August last year from Juan. A disturbing part about it as I had thought it was the FBI, and that I would be represented, but I was told it was some other one with no identities. Secondly, they did not identity their client. Documents were withheld from me so I could not report to law enforcement or other legal action for months.
>
> Have a good night and hope to hear from you tomorrow,
>
> On Tue, Feb 20, 2024 at 5:00 PM la-criminal-threats@fbi.gov <la-criminal-threats@fbi.gov> wrote:
>> Christina,
>>
>> Thanks for the email. I will try to call tomorrow at 1PM PST. I may be in a training.
>>
>> I'm sure it can be scary to report, so I appreciate you being brave.

 Gmail

**Christina Taft <taftchristina.life@gmail.com>**

## Re: [EXTERNAL EMAIL] - Re: FBI Tip

**la-criminal-threats@fbi.gov** <la-criminal-threats@fbi.gov>
To: Christina Taft <taftchristina.life@gmail.com>

Sat, Mar 30, 2024 at 3:58 PM

Christina,

I sent over your case to the Hawaii Field Office since you live there. It is up to them whether they decide to pursue this matter. They will contact you if they need more information..
Great to hear you obtained legal counsel regarding this matter.

Call 911 if you feel like your life is in immediate danger.
It was a pleasure talking to you. Take care.

Special Agent Taghdis

---

**From:** Christina Taft <taftchristina.life@gmail.com>
**Sent:** Friday, March 29, 2024 1:56:49 PM
**To:** la-criminal-threats <la-criminal-threats@fbi.gov>
**Subject:** Re: [EXTERNAL EMAIL] - Re: FBI Tip

Hi Agent Shiva Taghdis,

I hope you have been well.   Was Agent Greg able to follow-up with you on My Interview Documents - or any of the previous FBI assigned agents related to Witness Interference-other implications of types of crimes by Barresi, Waldman, Depp?

These last weeks I've been looking for legal counsel about the 3 parties. I've obviously been very afraid to name Depp, yet if not referring to him at the start, it goes haywire because of the fraud and intimidation.
I finally obtained legal counsel who was a former Prosecutor in Honolulu. She was against an important corruption/obstruction of justice/conspiracy case here. In the audio tape that Barresi took of me speaking to the woman in TN, I mentioned obstruction of justice to her about her issues.
I was definitely set up about false implications to witness harms while they wanted to keep them unknown/collected like momentos?

There were those simultaneous FBI calls to Rauhauser in 2022 -- he also seemed to imply in the beginning that this looked 'mafia' related especially because of the Viper Room. Then later the threats I had about implied mob murders and the activities done to make me afraid for my life at times.

I also have felt far safer since I've been interviewed and my documents intaked. However, I am still alert and aware, cautious. It seems Barresi and Waldman are escalating in tandem again and I do not want more death threats, but the blackmailing is still held over me endlessly for silencing with types of intimidation.

On Fri, Mar 8, 2024 at 11:21 AM Christina Taft <taftchristina.life@gmail.com> wrote:
Hi Agent Taghdis,

Thank you for the Update! Please let me know and thank you for the receipt. When I heard Paul Barresi on Audio about saying that people should have Died, it was bone-chilling. It continued in his written and conduct of threats.
It's chilling too about the Commercial Purpose, which can be hidden, and because of mixing with blackmailing, it makes it difficult to report anything.

Attached the clear "Rat" shadowy image from March 2. Further, harming people across states, Barresi obtained the direct email address of Hawaiian Bervar & Jones' attorney which scared the attorney that he was finding his personal emails and phone numbers.

Further I Attach Barresi in November 2022 stating that Richie was 'Dead Silent' then in the next post he states that ADAM WALDMAN and the actor are 100% knowing and in his corner ---

- Richie had actually almost killed himself after court with Barresi in Oct 2022.
- Barresi Demanded Me to DIE this January 2024, and BARRESI planning that I should be Shot by police or others using his Fabricated Audio Tapes, a year to the day the actor had called to praise him.

As I referenced in email to Agent JRMetcalf, but not attaching the message photo, In 2021 it was Alleged to me that there was a money laundering investigation of an associate of Depp's related to Russians. Then that Post Between WALDMAN To BARRESI in March 2023 (the Same Month Looking for Me) refers to Money Laundering.
They incorrectly kept thinking I was intrinsically linked (implicated) to the actress instead of looking around for public safety -- Which I was looking into public safety since March/April 2019 I had been reached out to by a partner of staff of the actor who told me about

paintings by serial killers owned as well as violence by Depp and that many would be Testifying against the actor (yet they disappeared).

It was not until I met Witness Richie in May 2022 onward that I heard again about Alleged moving of money/assets and/or similar to a process of money laundering of associates of Depp's (Attached Text from Richie of Chud King Inc). Shell Corp maybe.

I Re-Attach the Blackmail pressuring texts Barresi from the 908 number sent to Me.
Previously, Nitrini sent to me a text of Barresi linked to Waldman looking into access to Medical Records. Waldman can have an entire profile on me like Barresi sent to him about Richie that included his address and others.

I only became victimized more extremely over time.

I re-attach how Private Investigator "Executive protector" Juan Brooks claimed in June 2023 that Paul Barresi was planning to go to multiple states - Washington DC, New York, and Georgia.

I did not know how to protect myself and I'm still stuck.


On Fri, Mar 8, 2024 at 8:12 AM la-criminal-threats@fbi.gov <la-criminal-threats@fbi.gov> wrote:
   Christina,

   I received your emails. I haven't been able to get in contact with SA Turner yet. I will advise when I have.

   Thank you.

---

**From:** Christina Taft <taftchristina.life@gmail.com>
**Sent:** Thursday, March 7, 2024 11:21:27 AM
**To:** la-criminal-threats <la-criminal-threats@fbi.gov>
**Subject:** Re: [EXTERNAL EMAIL] - Re: FBI Tip

Hello Agent Taghdis,

Thanks for your patience and receiving my testimonies. Were my previous two emails with Documents received?

- On March 1, 2024,  Paul Barresi posted that Nitrini is a "Rat" with a shadowy profile that he should be shot and not alive, by saying "shoot a photo of the face." (Attached)
- My full name was attached to his post on Nitrini prior linking to a channel not showing the Ed Shaw recording.
- Barresi is calling Richie Albertini 3x a day to get him to **Withhold** his testimony, which breaks Hawaii laws and likely New York laws on coercion, but has issues for lacking California law descriptions related to legal claims and testimonies. (Text attached)

   I told Agent Greg I did reach out to potential witnesses via linkedin/email like Jalee...

I'm spooked over not being able to attain or retain decent lawyers who will not silence me and will not force me into repeating Barresi's schemes to ignore the Commercial Motivation of his attacks on me for speaking with witnesses. I've only been coerced and spun into circles which interferes with my communication clarity.
I told Agent Greg I went into circles in 2023 since Barresi extorts his Previous clients... he continually names them. Lawyers are not investigators and think investigators are always right.

Were Agents Metcalf and Tdobloach able to confirm if there were long-term Federal Authority Investigations?

 Nitrini was a used confidant of Barresi between April-May 2022. He gave documentation to Me about Barresi working for Adam Waldman and his fraudulent schemes, to eliminate witnesses of the actress/actor case which I then used to Alert other people to back in June 2022.

 To repeat from our interview, I was and at other times afraid of the Mob Murder Threats Implications since late 2022 after Barresi's fabricated that audio recording about my mother Victoria witnessing a Gotti mob murder in November 2022.
This was also witnessed by my crypticism and panics.
My mother may have witnessed narcotics on a private jet to testify on, that I do not even know the names of who they were, but that was not the reason for her isolations as she was very social before a marriage to Conner. Her book about her socialite friendships and life disappeared before I was old enough to read it.

I mentioned to Agent Greg when reading the beginning of Richie's Testimony, an imperfect transcription -- that he mentioned many Names of Potential Witnesses like Bruce Corkum -- assistant to JD who had cups thrown at him by JD. He moved to Canada with his sister.

His sister Faydra Corkum was reached out to by Richie in 2022 to say that Barresi was actually doing it for Depp which I eye-witnessed.
There was Chris Stenco who moved to New Mexico who thought he would get killed if he complained about Depp. I texted him and did not have a reply.

I also texted with them like Olivia Barash that she should be freed to film her documentary on the Viper Room.

I am still good friends with Claudia Jamison who worked in the Viper Room as a greeter hostess and lives in New York -- she is the only one never known about by Barresi. She supported the cigarette assault of Stacy by Depp in the Viper Room witnessing by Richie. I spent time with her on Thanksgiving.

Frustrated by endless fears and inability to talk, I told Jennifer Howell on Instagram in March 2023 that it is concerning about Professional Tools used to break in, who does she think could do that, and she should put up Cameras... whoever suggested to her it's the actress is wrong. She then deleted her posts about stalkers.

Attached:

- Oct28.22 To FBIAgent Metcalf Email with Audios Escalations
- March1.24 Barresi on Nitrini Rat to Shoot and UnAlive Posts
- Audio Recording I sent to Agent Metcalf Titled the Same of Adam Waldman and Richie discussing Paul Barresi implications
- Barresi Emails Blackmail Audio Coercion Package Nov6.22
- 28Jan.2024 Barresi Adding Up Costs Blackmail Audio in Email, FBI Tip Report DCA
- Barresi Blackmail Texts Familial Info, Fabricate Nov.22 - Brooks Federal Authorities June-Aug 2023
- Text I sent to Agent Metcalf about Schindler, JD cash paid bodyguard, almost hired by Pfieffer to kill Maria and Schindler bragged about killing Anthony Fox in the desert

- Audio Used by Barresi - Taft and Angela TN Talk - July22 2022 *((This is a Distraction by Paul Barresi and part of his "IMPEACHING" FORCE to make people say/do things plus fabricate for messing up legal cases and has NOTHING to do with Depp))*
- Waldman-Barresi Coordinate Witnesses to Vandalism-Breakins - Bank - Taft in Audio- Oct 2022-Dec 2022
- Certified Transcription - July 2022 Richard Albertini and Christina Taft discuss Albertini Statements to Barresi (Testimony of Witness)-- This Corrected the Fabrications that Barresi Created to make "it worse and inconsistent" in an email to a Law Firm in 2019


**Attached is an email I sent to FBI Agent Metcalf in a panic in October 2022:**

**New Barresi Audios on Killing & 10Mil, Bribes, Coercion - Adam-Ben-Schindler - Recordings, Texts Attached**
**Christina Taft** taftchristina.ceo@gmail.com  Fri, Oct 28, 2022 at 5:47 AM
**To:** jrmetcalf@fbi.gov

- I sent them an <u>Audio Recording of Adam Waldman discussing Paul Barresi with Richie</u>, who I was not speaking with at the time.

Summary of Audio:
Richie **tells Waldman that Barresi texted him about "doing in" Shalimar as a threat to him.**
When I sent these audios and texts to FBI Agent Metcalf however, in the email it's noted <u>Waldman said "We need to Take care of him"</u> said by the actor ... There were additional statements by Waldman to a lawyer of Richie's to <u>payments post-trial</u>, and that Richie was <u>not going to be listed as a witness.</u>
At 3 minutes into the audio of Adam Waldman and Richie, <u>Waldman states that witnesses are calling him after Barresi contacts them,</u> and Barresi is not the type of person the others should have hired to do an investigation, but Waldman knows he is investigating leaving notes and voicemails to witnesses. Waldman knows Barresi refers to *<u>veiled things in his podcast that even if he did do it (death of Shalimar) that he wouldn't tell,</u>* and <u>Richie states Barresi is a Hitman.</u>
<u>Waldman repeats multiple times</u> 'they hired him.' Richie states Barresi said that as long as he is working directly for an attorney, he is not required to be licensed and later that Barresi holds no liability <u>which Waldman interrupts. They discuss tapes that Paul Barresi has</u>...
Waldman stated that Depp knew Richie. Richie stated he fixed problems in the Viper Room with Sal Jenco e.g. taxes.

(( Later I learned that different names were used in the Viper Room payroll ))

Thank you,


On Fri, Mar 1, 2024 at 8:53 AM Christina Taft <taftchristina.life@gmail.com> wrote:
Hi Agent Shiva Taghdis,

I am Following-Up with showing the clear Death Threats that Paul Barresi sent to Me by email in January 2024 saying He "Would've Killed" for the Actor.

Barresi usually does not put titles in his emails to me or subjects -- which is to be more disturbing since there's "nothing" as if it's removed/no longer existing.
Secondly the pressuring and coercion is continuing indefinitely, including money demands to me.

I do hope that Barresi and Waldman are stopped from their terrorizing. If there are any charges or anything truly investigated, it's possible I would need Victim Services. Again I do not know if there really are federal authority investigations.
I am relieved that the FBI is obtaining my testimonies and documentations as you're a separate party interested in public safety/society, not a private party where it's only continual oppression and silencing by the private parties.

I have attached some additional files that are not in the flash drive.

Barresi To Taft: "THE HOLLYWOOD FIXER THAT WOULD'VE KILLED FOR JOHNNY DEPP"
Barresi To Taft: "THE MAN WHO WOULD'VE KILLED FOR JOHNNY DEPP"

- Barresi Threat-Blackmail Jan9.2024 Fixer Would Kill for JD to Taft and Mother Ref
- Jan.2024 Barresi Threat-Blackmail KILLED FOR JOHNNY DEPP
- Approved HPD Report Records-merged-compressed-pages
- Documents Extortion Barresi-Waldman HPD Followup FBI Partial -merged-compressed  *((HPD renamed this on approved report as TAFT.PDF))*
- Feb 29 42K Extort by Juan Hawaii Law - Offer from BARRESI 01-23-2024

I re-attach the audio of Waldman and Barresi on Me (TAFT) and Others. The Certified Transcription's title can continue extortionary tactics...
For years, Barresi kept edited tapes on many people and claimed they are originals to others when actually they're edited. The witnesses though are 'impeached' so that no one can discover the original. He removed in his sent audios issues of payments and violence liabilities.

- **CALL ADAM WALDMAN & PAUL BARRESI on Taft Others - Sept 15-27, Dec 16 to August 2023**
    - -- Certified Transcription of this Attached with Original Title that extorts Barresi's Previous clients as he continues to do
- Dec7.23 Email Nitrini BIG ED SHAW ON TAPE (2) (4).amr Edited Audio by Barresi *((Sent to me Unasked by Nitrini which includes Richie in Audio))*
- BIG ED SHAW ON TAPE  (2) (4) --- An Audio Edited by Barresi removing payments after medical to Ed Shaw and possibly violence related to Schindler in Viper Room with bulletproof vests ("almost got us all killed")
- Dec30.2022 Barresi Posts Waldman told Actor to Call Barresi for Credit Due

Further, Juan Brooks is continuing extorting of Me and he knows of the pressuring/threats by Barresi under Hawaii Law. He demanded $42,000 in an email on February 29 if he would "entertain" to even speak with a different Private Investigator that is licensed (Phenix).
He still continued this after I notified that I sent
*"...some of [his] text messages on [his] surveillance of*
*Paul Barresi in Washington DC and the Private Jet Payoff in July 2023 as well as a few other points to federal law enforcement in-person.*
*In Hawaii law, "Testify or provide information or Withhold testimony or information in respect to another's legal claim or defense" applies."*

Juan Brooks did have a company registered called DIPLOMATIC SECURITY SPECIALISTS.
https://opencorporates.com/companies/us_ca/4136794

On Thu, Feb 29, 2024 at 9:43 AM Christina Taft <taftchristina.life@gmail.com> wrote:
Hi Agent Tagdhis,

I truly appreciate the In-Person Interview (about an hour long) in Hawaii with FBI Agents Greg Turner and Kristen Hood yesterday. I had earlier spoken with Bobby there according to Greg. Greg said that he had spoken with you that morning.

I feel hopeful that Victim Services may reach out to me. This has been very extortionary, long, and terrifying across states. I appreciated the sympathy about the coroner report sent to me by Barresi about my mother Victoria Taft which I had never wanted to see.

Attached shows I provided a Flash Drive/USB of Documentation streamlined that includes audios and videos, as well as Honolulu police submissions. I compressed the file of the Documents Timeline Attached and included a few more files. Most of it has already been sent to you via email.

I tried to go over the Documents as best as I could for the crucial intimidation parts of them as I was interviewed. However, there was a stack that I did not flip through of Certified Transcriptions of Audios -- e.g., $10 million implicated to Me.... Barresi and Waldman speaking with each other naming me to implicate me to vandalism/witness tampering scheme, and Barresi on death of Shalimar that he told witnesses to scare them. The stack further included a previously successful restraining order about Paul Barresi threatening to shoot Witness Richie during the trial, that Barresi went to his previous address in-person, and that Barresi working for Actor Depp as an investigator.
Richie had known some of the police officers in the Los Angeles area and the officers knew he had worked in the Viper Room when Barresi started to break the order.  However, when the officers did not know Richie, anything about witness intimidation was difficult.

I further attach Adam Waldman and Paul Barresi publicly speaking with each other in March 2023 (after months of re-postings of Barresi of the audio and the praise for his work) -- the same month Barresi on March 11 stated that he located that I was in Hawaii.

I was afraid that I might have to leave the USA as wanted by them and live out of the country. I am hopeful though that my reports can be helpful to My safety.