# EXHIBIT 21



# National Association Of Professional Process Servers

 menu

# ABOUT NAPPS

## WHO WE ARE

The National Association of Professional Process Servers (NAPPS) is the nation s largest community of professional process servers and the first resource for credible information regarding the profession.

Founded in 1982 in Las Vegas NV, NAPPS today has well over 2,000 members representing all 50 states, the District of Columbia, seven Canadian provinces and nearly two dozen foreign countries. It is headquartered in Portland, Oregon.

NAPPS members assure a citizens right to due process and access to the legal system. To this end, a NAPPS member is committed to being accountable, reliable and valuable to their legal clients, the courts and the parties and witnesses they serve.

Membership is on an individual basis, and each member is expected to adhere to high ethical standards and have a thorough understanding of the NAPPS Code of Ethics on which NAPPS prides itself.

## CODE OF ETHICS

The practice of serving process can present unique and challenging ethical issues. At the same time, protecting integrity and the public trust are fundamental to the profession s role and reputation.

To help members navigate ethics, principles and applications NAPPS created, and continues to maintain a Code of Ethics. Under the Code, widely regarded as the professional standard, NAPPS members agree to its principles and practiced guidelines that define their professionalism and advance their success.

NAPPS also comments on relevant ethics-related and legislative-related issues through a variety of forums, including position papers, op-ed articles, letters to the editor and blog posts among others.

The legal system has to work for those who the professional process server serves; it is their opportunity to be heard. A breach of the NAPPS Code of Ethics is a serious matter, and the leadership team considers many options that range from reprimand to expulsion when it is violated. It is rare for a NAPPS member, who joins willingly, to violate the Code of Ethics. Nonetheless, NAPPS is committed to the oversight and regulation of its own members.

## NAPPS NETWORKING

The NAPPS database of professional process servers is a collection of the most outstanding individuals in the profession and is used as a reference guide by numerous law firms and individuals seeking to have legal documents served.

## About NAPPS

NAPPS is a Worldwide Organization of process servers that adhere to high ethical standards and are a collection of the most outstanding individuals in the profession.

    

## Contact

**Address:**   PO Box 4547 Portland, OR 97208-4547

**Mail Us:**   administrator

**Phone:**   1-800-477-8211

**Fax:**   503-222-3950

## Publications

The Docket Sheet

NAPPS Monthly Supplement

The NAPPS Membership Directory

## Policies

Privacy Policy

Refund Policy

Terms and Conditions

© 2025 National Association of Professional Process Servers