## <u>EXHIBITS 22 – TEXTS OF ANGELA WITH PLAINTIFF</u>

## SHOWING ISSUE WITH "JUSTIN" high-profile guard to cause stress and confusion on Barresi's purposes (Last name unknown to Plaintiff)

### <u>Texts Communicating With Angela Show:</u>

- Concern with Media Use by Barresi and harming "Jane Does" (sexual assault cases) (Mr. X ... identity of perpetrator contortions)

- Angela worried about Financial Abuse of Plaintiff (Angela witnesses extortion)

- Angela is an Important Witness to Plaintiff.

**- Plaintiff shows sympathy for Angela Meador's case against Marton Csokas and clarified that Defendant Barresi was not the man that threatened her with a gun**

- Angela is overwhelmed by other associated individuals, and she writes it is Richie who told her these things to think Barresi physically after her - not Plaintiff. There are photos of emails however of Schwartz and Barresi

Plaintiff tries to help Meador feel less worried, but Plaintiff is panicking as well

9:02

AM

Angela ›

Okay. I can link this Forbes story and our Musk
Twitter tweet together in a new tweet. That's the

**paulbarresi@aol.com**
paulbarresi@aol.com
Hide details

To:        marionit111@gmail.com

Date:      May 20, 2022, 5:19 AM

IN THE AGE OF " ME TOO" THE SLIGHTEST
OVERTURE LEAVES A MAN OF MEANS WIDE OPEN
FOR  WOMEN LYING  IN WAIT TO SINK THEIR FANGS
INTO HIM

Oy. Not another case. I can't with all
this.

This is what he does. Please just don't
contact him... I get him to delete things
about me because I hold more power to
have others around me.

What does that even mean?

He's trying to make people weak to
contact him and to get emotional
responses. Try not to respond to him
because that's what he does

He tries to get the more important
people to contact him.

A Cease and Desist letter is better to
send to him, but by someone else, not
you directly

 Text Message • RCS

9:17

**AM**

Angela >

Do I still need to worry about Paul?

In what way? I really need a break right now.

All of this is being brought open and there's more to do

Like what?

I know that you are mainly pro-jd.. but there's a lot which has happened and I know what I see in the data.

I know that. And I didn't say anything about a side.

I'm concerned about my life. Ambers case is finished?

She is not finished... it's on appeal and there's time to report fraud on the court.

I have myself protected.

That's not what I meant.

If you want to get info, I suggest asking friends for help

You can say that Richie tried to say the man that intimidated you was Barresi. Yes, you were intimidated, threatened, but all was pointed at Barresi

Text Message • RCS

9:04



Angela ›

Date:        April 30, 2022, 6:22 AM

Im thinking we'll do a story on how I made that woman disappear trying to sue Elon Musk for millions. I got all the files and my investigative reports that I tuned over to his lawyers. Since Musk is so popular now on twitter, it'll be a blockbuster story backed by legal filings, docs etc.

It all he works against Victim's by knowing the cases then pulling both ends, ruin witnesses etc. Barresi shows he knows in the emails to Mike it's related to the Amber Heard case too. He never mentions her name except in horrible disinfo

Aug 8, 2022 at 12:46 AM

Can I call you later?

Yeah. I just had a couple of questions.

I'm traveling right now and it's midnight in the Airbnb!! Hope you are well and that something can be righted from the harms that happened to you

Thanks. I'm sorry! I didn't know it was so late where you are!

Text Message • RCS



9:14

AM

Angela

20 Videos Selected

So, are you safe? I'm worried about you.

Do you know where he is?

Are you scared of him using that letter?

I see the problem too... Other witnesses were tampered and he is ignoring it to go with the Waldman scheme

He was in San Dimas at the Red Roof Inn... not sure where he is now

Why would I be scared? Is he going to go to court? It looks like y'all are dropping the TRO.



8:47
◄ Safari

3 People

Denise She is Not To Transfer a Penny she has untill 8 Pm To be Here with Cash.

6 Minutes I wait for an answer

Denise I am Calling You Now. If She did Not Give You an Answer or You Dont answer I'll Assume she said No. I told You My Plan. If she Does Not Agree I Encourage You to Quit. She Cannot Win and will only Get You Sued as Well.

Thursday 5:08 PM
Richard Albertini

😂 Cut Me Out of The Text? I am Cutting all of You from the Johnny Depp Amber Heard Case. The Clock is Ticking.

Yesterday 12:58 AM
Richard Albertini

Aaron like to Stir the Pot. There is No Need for him to Call Me Again. I am Not interested in anything he has to Say.

Text Message • RCS

9:12

AM

Angela ›

the issue is there could likely be others.
We know there's a Joseph Gonzales PI
that Barresi uses for lookups

Is he chasing me too?

With Richie obsessing over himself and
his restraining orders, he is ignoring
everybody else and that there could be
others

No they probably are more interested in
Newer Victim's

Your case isn't current, and the other
Csokas harmed women - are they
reporting?

Okay. Then why did Richie get me all
riled about it?

When? I think it's clear that it's past
conduct evidence. Barresi Charging at
you to threaten and intimidate is an
obstruction of Justice.
They just prosecuted R Kelly for it, but
they all claim media was required or a
lawsuit

Also If you ever file a lawsuit with the
SB2777 law increasing statute of
limitations, I can definitely be a witness
to what I've seen recently.

Like what?

 Text Message · RCS 

**9:14**



Angela



It's an extortion method where they threaten to do something if they're not given money at a certain time. Then repeatedly calling/texting it.

Did you record that voicemail?

Or him saying that?

My friend recorded it because he was calling them... thankfully...

Gees.. can I hear it?

I could send it, but I/we cannot report it yet because they'll use it to lynch Amber.

I'm not going to show it to anyone. I just want to hear what he says?

I also have video of him in my living room from my cameras, building up to this incident

I want it for me.



Text Message • RCS



9:13

AM

Angela

And all of you got me twisted up in this mess...apparently because you were sticking up for Amber heard.

But this is who harmed you on the hiking trail – Barresi?

No, it wasn't Barresi. I thought it was because I was told that it was, but it was someone else. Are you trying to find dirt on Richie now?

Did Richie tell you it was Barresi? Interesting.

I think your questions and assumptions aren't entirely what is going on here

What do you mean?

??

Extremely loud music with a car out there in the alley 🙄

Okay. But what are you talking about? I'm confused.

My front door camera is not good, no sound it seems :(

I also need to protect myself and other innocent parties too. So thanks for the honesty that the other letter is not yours

Text Message • RCS

9:12



Angela

Okay. Then why did Richie get me all riled about it?

When? I think it's clear that it's past conduct evidence. Barresi Charging at you to threaten and intimidate is an obstruction of Justice.
They just prosecuted R Kelly for it, but they all claim media was required or a lawsuit

Also If you ever file a lawsuit with the SB2777 law increasing statute of limitations, I can definitely be a witness to what I've seen recently.

Like what?

Cover ups is a part of the new law. I could ask Melissa Schuman if I can invite you to the discord? You could use a fake name and see what they're talking about?

Maybe. 

Don't worry, they are distracted. Likely the victim in England and the Italian ones are most risk, but it was clear you had a lot of medical records. And likely communications...

I do know that there's worry about the new attention. I'm sorry, but again he

Text Message • RCS



9:14



Angela ›



It's an extortion method where they threaten to do something if they're not given money at a certain time. Then repeatedly calling/texting it.

Did you record that voicemail?

Or him saying that?

My friend recorded it because he was calling them... thankfully...

Gees.. can I hear it?

I could send it, but I/we cannot report it yet because they'll use it to lynch Amber.

I'm not going to show it to anyone. I just want to hear what he says?

I also have video of him in my living room from my cameras, building up to this incident

I want it for me.



  

9:11



Angela

This is all very disconjoined.

He's still going on in group chats about me. A friend making that 3 way chat was the worst idea.

Richie acts on emotions, not evidence.

Richie is?

Yes but I'm not going to respond to him

I think some evidence is being made by Richie.



**Viper Room - Johnny Depp Assaults Donna - Witness Richie Albertini for Amber Heard**
youtube.com

Like changing the context and him being so angry at Barresi.

I had the video posted discussing Jalee and Donna. Barresi posting on Jalee is from that 🫣

 Text Message · RCS

9:15



AM

Angela ›

Just please do not send anything to that lawyer – whoever they are – on what I've sent you.



So, later on that night, I go home, she's all bruised up.

Viper Room - Johnny Depp Assaults Donna - Witness Richie Albertini for Amber Heard

youtube.com

Okay. This is confusing.



9:16



Angela

I understand that. I'm just nervous about tomorrow. Y'all put me into this and I have a right to know about it. Especially if he's not going to show.

I believe he won't but I do not entirely know. No one else certainly will be there.
Honestly what does a restraining order do? It's not a lawsuit or a large investigation.

I know. But it puts it on the record that this stuff is happening. That makes it much more public.

It seems it does even if it's just temporary.

Right.

Sorry. This is all a lot. And now your whole group is fighting.

We aren't fighting, only Richie is. Everybody else likes me and sees this as wrong.

Of course. It is wrong. But don't you question how much he's making up and what the truth is?

I hope you are fine and it's good to know it was someone else.

Text Message · RCS

9:16

**AM**

Angela ›

How is Richie going to affect Barresi?

I'm not sure. We got to Barresi before he did.

We have been giving Amber and her lawyers some "breathing room" over the past months.
Yes things are being looked into and each day is another issue.

Are you paying for his hotel?

No

Oh. It seems like he is hard up for money.

He turned sinister and back to the unconscionable scheme.

I'm letting him just hit the ground and hopefully find out more from Barresi. The restraining order was always selfish anyways since there is far more going on here

But why were you all going to drop it?

Was it made up?

It's his TRO - not ours.

Well he probably isn't going to show up, right?

Text Message • RCS

9:16



Angela ›

I thought he didn't want Barresi to know where he was?

I really don't want to focus on Albertini so much right now. It's his problem. There's more going on here

Is he scared to get arrested for making this stuff up?

Nothing was made up.

I thought it was. I'm just trying to understand the whole story.

A lot of witnesses wildly suddenly turned against Amber w they all had wonderful things to say about her prior.



**Paul Barresi**
@PaulBarresi1

Johnny Depp's consiglieri Adam Waldman told me that people Amber holds a grudge against have been victimized by vandalism & break-ins. "It's elaborate & extensive; not random and those targeted are connected by virtue of being helpful to Johnny," he said.


youtube.com
Exclusive Interview: Amber's PI Hints Adam Waldman ENDING Amber In...

Text Message • RCS

9:15

AM

Angela

At the same time Richie was threatening Extortion to pay him $25,000 in cash, or use threats/force, Barresi was focusing on me and Amber more, and going to Adam Waldman

It really was a terrorizing week, last week

Also I did talk to or hear some Viper Room people. They honestly do believe that people get killed around it.

I'm sorry that you had a tough week. I got a call from an attorney about all this.

Wow really? Barresi told a friend of mine that he has an attorney

Yeah. There is apparently an FBI investigation, because your group was using fabricated information.

That's Barresi's lawyer trying to scare you. Aaron and Richie already talked to the FBI. I also emailed them and Rebecca talked to the FBI when fearing that Barresi got your audio

I don't recall if they got any documents. We submitted consumer affairs reports.

That's why I wanted to hear that recording. I want to protect you.

Text Message • RCS

9:14

**AM**

Angela >

> I don't know what they are doing tomorrow... I had to have my friends get to Barresi before Richie.

Why?

> A "protection scheme/extortion scheme or Racket" is where they intimidate one or the other, demand money etc

What does that have to do with Barresi?



I mean why do you need to get to him first?

Text Message • RCS



9:11

AM

Angela

He tried to claim Barresi was still intimidating him and others for Amber which makes no sense when she needed witnesses. It's as insane as all the other witnesses suddenly switching on her, including Howell.
It's the combination of intimidation and promises

VZW Wi-Fi     11:04 AM     79%

Search Twitter

Log in          Sign up

Paul Barresi
@PaulBarresi1

Johnny Depp's consiglieri Adam Waldman told me that people Amber holds a grudge against have been victimized by vandalism & break-ins. "It's elaborate & extensive; not random and those targeted are connected by virtue of being helpful to Johnny," he said.

youtube.com
Exclusive Interview: Amber's PI Hints Adam Waldman ENDING Amber In...

8:33 PM · Sep 27, 2022 · Twitter Web App

41 Retweets   9 Quote Tweets   316 Likes

🔒 twitter.com

He said Barresi is still chasing after me too?

Got me terrified here

VZW Wi-Fi     10:10 AM     2%

▶ Paul Barresi

Text Message · RCS

9:13

AM

Angela ›

And all of you got me twisted up in this mess...apparently because you were sticking up for Amber heard.

But this is who harmed you on the hiking trail - Barresi?

No, it wasn't Barresi. I thought it was because I was told that it was, but it was someone else. Are you trying to find dirt on Richie now?

Did Richie tell you it was Barresi? Interesting.

I think your questions and assumptions aren't entirely what is going on here

What do you mean?

??

Extremely loud music with a car out there in the alley 🙄

Okay. But what are you talking about? I'm confused.

My front door camera is not good, no sound it seems :(

I also need to protect myself and other innocent parties too. So thanks for the honesty that the other letter is not yours

+    Text Message • RCS    🎤



Angela

that's what's different, but he has been a Mole in Bert Feild's office too taking info of clients to other side



LAW OFFICES OF
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

BERTRAM FIELDS                                    1900 AVENUE OF THE STARS
                                                  21ST FLOOR
DIRECT DIAL NUMBER                                LOS ANGELES, CALIFORNIA 90067-4590
(310) 201-7454                                    TELEPHONE: (310) 553-3610
                                                  FAX
                                                  (310) 553-0687
                         January 13, 2020         E-MAIL ADDRESS
                                                  BFIELDS@GGFIRM.COM
                                                  OUR FILE NUMBER
                                                  16233-00003

VIA E-MAIL

Paul Barresi
paulbarresi@aol.com

Dear Mr. Barresi:

    I have returned to Los Angeles and have your email of January 3, 2020 attaching an
email purportedly from "Roz Lipchitz."

    There is no reason whatsoever for Tom Cruise to become involved in any way in
whatever dispute you may have with Mr. Ragsdale or Ms. Lipchitz, regardless of whether
they are the same person or two different people.

    If you file some sort of lawsuit against them (and I don't see why you should) do
not – I repeat – do not refer to Tom Cruise in that lawsuit. He has nothing whatsoever to
do with whatever claim you may assert against Ms. Lipchitz or Mr. Ragsdale.

    I am not responding to "Ms. Lipchitz's" email to you, which you attached. Tom
Cruise's case against Nathan Hamilton was over decades ago. There is no reason
whatsoever to revive or even refer to that matter now. Please do not do so in a lawsuit or
in any other way.

                                    Very truly yours,

                                    BERTRAM FIELDS

BF/rjd

Every time I talk to either of you, more stuff gets added. It's crazy.

Here's an example he posted himself about Nathaniel Hamilton. Richie will have to realize it won't stop. I did everyone a huge favor!

I always get documentation. See cross-complaint:

Tentative ruling by Judge Elaine Lu: JANE DOE VS JABARI SHELTON ET

9:15



Angela ›

At the same time Richie was threatening Extortion to pay him $25,000 in cash, or use threats/force, Barresi was focusing on me and Amber more, and going to Adam Waldman

It really was a terrorizing week, last week

Also I did talk to or hear some Viper Room people. They honestly do believe that people get killed around it.

I'm sorry that you had a tough week. I got a call from an attorney about all this.

Wow really? Barresi told a friend of mine that he has an attorney

Yeah. There is apparently an FBI investigation, because your group was using fabricated information.

That's Barresi's lawyer trying to scare you. Aaron and Richie already talked to the FBI. I also emailed them and Rebecca talked to the FBI when fearing that Barresi got your audio

I don't recall if they got any documents. We submitted consumer affairs reports.

That's why I wanted to hear that recording. I want to protect you.

Text Message • RCS

9:16

AM

Angela ›

How is Richie going to affect Barresi?

I'm not sure. We got to Barresi before he did.

We have been giving Amber and her lawyers some "breathing room" over the past months.
Yes things are being looked into and each day is another issue.

Are you paying for his hotel?

No

Oh. It seems like he is hard up for money.

He turned sinister and back to the unconscionable scheme.

I'm letting him just hit the ground and hopefully find out more from Barresi. The restraining order was always selfish anyways since there is far more going on here

But why were you all going to drop it?

Was it made up?

It's his TRO - not ours.

Well he probably isn't going to show up, right?

Text Message • RCS



So, are you safe? I'm worried about you.

Do you know where he is?

Are you scared of him using that letter?

I see the problem too... Other witnesses were tampered and he is ignoring it to go with the Waldman scheme

He was in San Dimas at the Red Roof Inn... not sure where he is now

Why would I be scared? Is he going to go to court? It looks like y'all are dropping the TRO.



Denise She is Not To Transfer a Penny she has untill 8 Pm To be Here with Cash.

6 Minutes I wait for an answer

Denise I am Calling You Now. If She did Not Give You an Answer or You Dont answer I'll Assume she said No. I told You My Plan. If she Does Not Agree I Encourage You to Quit. She Cannot Win and will only Get You Sued as Well.

Thursday 5:08 PM
Richard Albertini

😂 Cut Me Out of The Text? I am Cutting all of You from the Johnny Depp Amber Heard Case. The Clock is Ticking.

Yesterday 12:58 AM
Richard Albertini

Aaron like to Stir the Pot. There is No Need for him to Call Me Again. I am Not interested in anything he has to Say.

9:06

AM

Angela ›

iMessage
Jul 28, 2022 at 9:54 PM

Info@angelagayleofficial.com

Great!! Thanks Angela! I will email you the recording of Barresi calling my PI and mentioning you saying that Barresi threatened you and another woman, and the other one where Richie calls Nitrini about you I think 2 years ago that you were garbed by Csokas and Barresi

Okay. Thank you.

I sent the 3 emails to you and hope it works!!

Hey. I got the emails but the files aren't playing. It may be that I have to get on a computer?

If you download them on the phone, they should play there. On the computer they don't need to be downloaded

Okay.



+    Text Message • RCS

9:12



Angela

Okay. Then why did Richie get me all riled about it?

When? I think it's clear that it's past conduct evidence. Barresi Charging at you to threaten and intimidate is an obstruction of Justice.
They just prosecuted R Kelly for it, but they all claim media was required or a lawsuit

Also If you ever file a lawsuit with the SB2777 law increasing statute of limitations, I can definitely be a witness to what I've seen recently.

Like what?

Cover ups is a part of the new law. I could ask Melissa Schuman if I can invite you to the discord? You could use a fake name and see what they're talking about?



Maybe.

Don't worry, they are distracted. Likely the victim in England and the Italian ones are most risk, but it was clear you had a lot of medical records. And likely communications...

I do know that there's worry about the new attention. I'm sorry, but again he

Text Message • RCS

9:10

**AM**

Angela >

But that says that Bert doesn't want information. I was told Barresi was involved in chasing me around and I've been scared for years. I want to know what Richie is trying to do here. He's got thinking Barresi is going to come for me at any moment.

Barresi would have to be engaged with by like Marty Singer for Csokas, but considering how exposed it is, and it's long after, I don't know. Csokas is probably paying attention to his new victims

I'm in this "eat predator" discord by Melissa Schuman and the victims in there don't seem to have fixer problems. Fixers are ruthless

I'm so confused. No one is going after Marton, though. Everyone is chasing Barresi around.

You can understand why this is confusing right?

Well Barresi leads to Martin

It's the chain of command, like a RICO issues of "action if the agent is bound by the principle"

Barresi seems to try to claim we say the actors directly hired him 🙄. No it's the lawyers bc then they try to hide it under

Text Message • RCS



9:05

< 1    AM    Angela >

Eric J. Hessler
Attorney at Law
2802 Tulane Avenue Suite 102
New Orleans, Louisiana 70119
Ph: 504 .581 .9322
Fax 504 .952 .2590
Email: ericejay(law)cgmail.com

April 21, 2015

---

TFW Wi-Fi    2:47 PM

< Primary

-----Original Message-----
From: Richard A. Schwartz <rschwartz@bgrfirm.com>
To: Paul Barresi <paulbarresi@aol.com>
Sent: Sat, Jul 27, 2019 1:26 pm
Subject: Viper Room Investigation [IWOV-DOCSLA.FID344226]

Paul,

I spoke with Amber, and she thinks that it would be worth going further into the Viper Room-related dealings, so her wish is my command. Please continue to look into JD's behavior (prioritizing, not to the exclusion of other investigations, incidents where JD was personally involved). One particular lead I can offer on this point is Richie Albertini, who contacted my office some months before you were hired by our firm. He claims to have witnessed JD doing lots of heinous acts (including putting a cigarette out on women), and also knows of another woman (Olivia Barash) who is making a documentary called "Friends of the Viper Room" that might be a good lead into other similar information.

---

AA    🔒 mail.google.com    ↻

<    >    ⬆    📖    ▢

TFW Wi-Fi    1:43 PM    16%

< Sent M...

Regards,

Wayne J. Ketaily
Worldwide Protective Services
Central Detective Agency
7349 Milliken Avenue #140
Rancho Cucamonga, CA 91730
(866) 995-6060 Office
(866) 472-5115 Fax
Website: www.WorldwidePros.com

---

+    Text Message • RCS    🎤



9:05

**AM**

Angela ›

**RA**

Richard ›

Last known address from 2 years ago is 4444 Los Feliz Blvd apt 212  Los Angeles, CA 90027.

Phone 1 (541) 954-0245

Instagram is madelinexmonaco

Who is Amie Harwick?

Don't Know.

**Amie Harwick**
wikipedia.org

It says she was murdered in 2020! I returned to the

Text Message

**Primary**

12:32 PM

Ami was being bullied and harassed by cyber bullies and nut cases like Richard Albertini, whom I e-mailed you about earlier re, his multiple Twitter accounts.

Mr. Musk is wise to hold back on his dealings with Twitter. When I began my investigation trying to identifying the crazies using social media to terrorize Ms. Harwick, one of whom was her x lover, Gareth Pursehouse, who ended up taking her life, I learned that it was easy for crazies to use social media to take on different identities and found they had free reign to mentally torture people without fear of being caught. And they

Text Message • RCS

9:06



Angela

> Great!! Thanks Angela! I will email you the recording of Barresi calling my PI and mentioning you saying that Barresi threatened you and another woman, and the other one where Richie calls Nitrini about you I think 2 years ago that you were garbed by Csokas and Barresi

Okay. Thank you.

> I sent the 3 emails to you and hope it works!!

Hey. I got the emails but the files aren't playing. It may be that I have to get on a computer?

> If you download them on the phone, they should play there. On the computer they don't need to be downloaded

Okay.



TFW Wi-Fi    12:32 PM

Primary

-----Original Message-----
From: paulbarresi@aol.com
To: alexspiro@quinnemanuel.com
<alexspiro@quinnemanuel.com>
Sent: Fri, May 13, 2022 4:08 pm
Subject: TWITTER HAS MORE FAKE ACCOUNTS THAN ONE CAN IMAGINE

Dear Mr. Spiro,

Actor Drew Carey hired me through LA based entertainment lawyer Marty Singer whom I work with on a regular basis. At the time Ami Harwick was Drew's fiancé. He was worried about

  Text Message • RCS

9:06

**AM**

Angela

iMessage
Jul 28, 2022 at 9:54 PM

Info@angelagayleofficial.com

Great!! Thanks Angela! I will email you the recording of Barresi calling my PI and mentioning you saying that Barresi threatened you and another woman, and the other one where Richie calls Nitrini about you I think 2 years ago that you were garbed by Csokas and Barresi

Okay. Thank you.

I sent the 3 emails to you and hope it works!!

Hey. I got the emails but the files aren't playing. It may be that I have to get on a computer?

If you download them on the phone, they should play there. On the computer they don't need to be downloaded

Okay.



 Text Message • RCS 



9:05

AM

Angela

Eric J. Hessler
Attorney at Law
2802 Tulane Avenue Suite 102
New Orleans, Louisiana 70119
Ph: 504 382 9512
Fax 504 912 2190
Email: [email protected]

April 21, 2015

----Original Message----
From: Richard A. Schwartz <rschwartz@bgrfirm.com>
To: Paul Barresi <paulbarresi@aol.com>
Sent: Sat, Jul 27, 2019 1:26 pm
Subject: Viper Room Investigation [IWOV-DOCSLA.FID344226]

Paul,

I spoke with Amber, and she thinks that it would be worth going further into the Viper Room-related dealings, so her wish is my command. Please continue to look into JD's behavior (prioritizing, not to the exclusion of other investigations, incidents where JD was personally involved). One particular lead I can offer on this point is Richie Albertini, who contacted my office some months before you were hired by our firm. He claims to have witnessed JD doing lots of heinous acts (including putting a cigarette out on women), and also knows of another woman (Olivia Barash) who is making a documentary called "Friends of the Viper Room" that might be a good lead into other similar information.

🔒 mail.google.com

Sent M...

Regards,

Wayne J. Ketaily
Worldwide Protective Services
Central Detective Agency
7349 Milliken Avenue #140
Rancho Cucamonga, CA 91730
(866) 995-6060 Office
(866) 472-5115 Fax
Website: www.WorldwidePros.com