# EXHIBIT 23

**Audio File:** Barresi- 10 million conversation, Donna, Stacy

**Audio Length at time of Transcription:** [00:20:12]

**Speaker One (1):** Paul Barresi

**Speaker Two (2):** Rebecca Berry

**Speaker 1 (Barresi) [00:00:00]:** He um. . . even rehearsed uh, any of those that they're going to put up.

**Speaker 2 (Berry): [00:00:08]:** Are you talking about the, the thing with Jaylee Carter?

**Speaker 1 (Barresi) [00:00:13]** Yeah.

**Speaker 2 (Berry): [**00:00:14] Yeah. So how did you get that?

**Speaker 1 (Barresi):** [00:00:17] How many other uh, how many other conversations you have with her talking to Albertini?

**Speaker 2 (Berry):** [00:00:23] Um, I mean, I got I got a lot of conversations between those two, but I don't know which ones are relevant.

**Speaker 1 (Barresi):** [00:00:31] What? But what?

**Speaker 2 (Berry):** [00:00:33] I don't know which ones are really relevant.

**Speaker 1 (Barresi):** [00:00:38] Well any of them are relevant because it, it demonstrates that they sidled up with each other. It demonstrates they're a team, that uh they're. . . you know, a dynamic duo. It shows that he uh, used her uh, to put the word out. There's narrative out there. . . the same way he used you.

**Speaker 2 (Berry):** [00:01:02] Yeah.

**Speaker 1 (Barresi)** [00:01:03] The only difference between you and Christina Taft is you're not uh a multimillionaire, are you?

**Speaker 2 (Berry):** [00:01:08] (Laughing) No.

**Speaker 1 (Barresi)** [00:01:09] Did you know that she's got almost 10 million?

**Speaker 2 (Berry):** [00:01:12] I know she got a lot of money, but. . .

**Speaker 1 (Barresi)** [00:01:15] Did you realize. . . did you hear she got 10 million?

**Speaker 2 (Berry):** [00:01:20] Um, no, I didn't know it was that much.

**Speaker 1 (Barresi)** [00:01:23] How much did you hear?

**Speaker 2 (Berry):** [00:01:24] I just knew it was over a million.

**Speaker 1 (Barresi)** [00:01:28] Yeah, well, that's, that's 10 million is over a million.

**Speaker 2 (Berry):** [00:01:31] Yeah. (laughs)

**Speaker 1 (Barresi)** [00:01:37] But uh, you, you know, it's interesting because this stupid bitch uh has got to be retarded. She still has shit up there about me that I'm a stalker.

**Speaker 2 (Berry):** [00:01:47] Mhmm. On her page or?

**Speaker 1 (Barresi):** [00:01:50] You know, her Twitter page. If I was her, I would remove Everything about me on there.

**Speaker 2 (Berry):** [00:01:53] Yeah.

**Speaker 1 (Barresi):** [00:01:57] What are you hearing? Anything? It's been pretty quiet, hasn't it?

**Speaker 2 (Berry):** [00:02:01] Uh, yeah, it has been. I just I, like I said, I saw the the thing that you just posted, and I was just like, what the heck? That's my voice. And I remember doing that interview with him um. . .

**Speaker 1 (Barresi):** [00:02:13] Well, listen, and I need, I mean, don't you have your acc- at at your fingertips? Of um . . . you know conversations that Albertini had with her.

**Speaker 2 (Berry):** [00:02:26] I do yeah. (coughs)

**Speaker 1 (Barresi):** [00:02:29] Well, how many do you think you have? Off the top of your head?

**Speaker 2 (Berry):** [00:02:33] Um, (cough) I mean, I got hours, excuse me (coughs). I have hours and hours of it. But my thing is like, I know this is like being investigated criminally.

**Speaker 1 (Barresi):** [00:02:45] Okay here's the deal, you want to hear the deal with that? I thought I explained it to you.

**Speaker 2 (Berry):** [00:02:48] Yeah.

**Speaker 1 (Barresi):** [00:02:48] If they need. If they need anything from you directly, they're going to subpoena it.

**Speaker 2 (Berry):** [00:02:56] Okay.

**Speaker 1 (Barresi):** [00:02:57] That's the way they have to do it. They have to subpoena. . . They'll send you a letter uh, um. . . requesting the materials, and then they'll hand you a subpoena with that letter.

**Speaker 2 (Berry):** [00:03:07] Well, that's why I'm just wondering if I should hold off on sending anything.

**Speaker 1 (Barresi):** [00:03:12] It won't… it won't matter. You can still provide me with the materials. I'll be able to go through it and find out if there's anything relevant.

**Speaker 2 (Berry):** [00:03:21] Mhmm.

**Speaker 1 (Barresi):** [00:03:21] And I'll tell you well if they come to you this is relevant, this isn't.

**Speaker 2 (Berry):** [00:03:24] They wouldn't look at that as, like you know, tampering.

**Speaker 1 (Barresi):** [00:03:28] Oh no, because I'm not, I'm not tampering with it. You still have the, the. . . They're going to take the copies you have from where you are they aren't going to take them from me.

**Speaker 2 (Berry):** [00:03:37] Right.

**Speaker 1 (Barresi):** [00:03:39] I'm only going to tip you off as to what would be relevant and what wouldn't . . .

**Speaker 2 (Berry):** [00:03:43] Well, the only thing is, Paul, like you said that they were investigating you, too. So, I don't want to, like if I'm sending. . .

**Speaker 1 (Barresi):** [00:03:48] They're not, they're not investigating…who?

**Speaker 2 (Berry):** [00:03:51] You for the. . .

**Speaker 1 (Barresi):** [00:03:53] Who's investigating?

**Speaker 2 (Berry):** [00:03:54] You, you said that the FBI was or that they were looking at you, too?

**Speaker 1 (Barresi):** [00:03:58] Well, no. When I said they investigate, it . . . Look, let's say, God forbid. . . well, uh, let's not use you as an example. Let's say that I, I come home and I find my wife dead. Right?

**Speaker 2 (Berry):** [00:04:11] Mhmm.

**Speaker 1 (Barresi):** [00:04:12] You're going to take me in and they're going to give me uh, uh they're going to question me for for about 10 hours.

**Speaker 2 (Berry):** [00:04:19] Mhmm.

**Speaker 1 (Barresi):** [00:04:21] To find out if I had something to do with it.

**Speaker 2 (Berry):** [00:04:22] Right.

**Speaker 1 (Barresi):** [00:04:23] That's that's normal, when I said that, that's what I meant.

**Speaker 2 (Berry):** [00:04:27] Okay.

**Speaker 1 (Barresi):** [00:04:28] Of course I had. Of course, I had nothing to do with it. It's not my voice, it's their voice. It's not. It's not me who filed the police report against me.

**Speaker 2 (Berry):** [00:04:35] Mhmm.

**Speaker 1 (Barresi):** [00:04:37] Across the country. It's not me who, you know uh, tried to coerce or persuade some unwitting party to… You know, to go along with uh, well accusing someone of a crime.

**Speaker 2 (Berry):** [00:04:56] Mhmm.

**Speaker 1 (Barresi):** [00:04:57] It was them. I mean, they're not. When I say me, they they obviously uh, look at both sides because they have to create the appearance that they're neutral.

**Speaker 2 (Berry):** [00:05:08] Yeah, well, I mean, like, and that's kind of where I'm coming from with it. Like, I, I'm just concerned about remaining neutral.

**Speaker 1 (Barresi):** [00:05:16] Okay, alright. Hold on to it, man. Don't. Don't give me anything. Forget about it.

**Speaker 2 (Berry):** [00:05:20] Okay? I'm not saying I can't give you anything I'm just want to… those are my concerns because. . .

**Speaker 1 (Barresi):** [00:05:27] Well, well and I'm saying to you that you don't have to be concerned. I've already tried, I've already explained to them that you're helping out and they're only interested in two people. Christina Taft and Richie Albertini.

**Speaker 2 (Berry):** [00:05:40] Yeah, well, that's good. So not me. (laughing)

**Speaker 1 (Barresi):** [00:05:44] Because. Because he, because he's the manipulator.

**Speaker 2 (Berry):** [00:05:47] Yep. So, they're not looking at me.

**Speaker 1 (Barresi):** [00:05:52] Yeah and the best thing to do is if you're uncomfortable just saying I have nothing to say. And then they have to take, they have to try and spend a lot of assets uh, trying to get you on board. You know, it's not easy to get somebody on board.

**Speaker 2 (Berry):** [00:06:03] Mhmm.

**Speaker 1 (Barresi):** [00:06:05] It's not easy to create an atmosphere of cooperation with somebody. Somebody doesn't want to get involved, they don't get involved.

**Speaker 2 (Berry):** [00:06:11] Yeah.

**Speaker 1 (Barresi):** [00:06:12] That goes for any investigation. That was my problem when I was investigating Johnny.

**Speaker 2 (Berry):** [00:06:16] Right.

**Speaker 1 (Barresi):** [00:06:18] I talked to a hundred, uh hundreds of people, but uh. . . only a handful of them would, would want to really talk or give me anything of substance.

**Speaker 2 (Berry):** [00:06:28] Yeah. Yeah, no, I know. . .

**Speaker 1 (Barresi):** [00:06:32] So, so. So, I mean look, can, can you remember who else he talked to Christina about besides Jaylee?

**Speaker 2 (Berry):** [00:06:41] Um. Well, the conversation with Jaylee pertained to um, this Donna person.

**Speaker 1 (Barresi):** [00:06:49] Yeah, they were trying to figure out a way to get Christina . . . how Christina could get Jaylee's ear, and talk to, talk to Jaylee about me to to find out if I was lying that I interviewed her. Of course, I interviewed her. I interviewed her, her at length. (inaudible)

**Speaker 2 (Berry):** [00:07:06] About the Donna thing too?

**Speaker 1 (Barresi):** [00:07:11] Nah, Donna was irrelevant. It'd be. . . what it was it's my . . .  I, I asked her about Johnny. I said, "Did you ever see Johnny" and she said, "well, I don't know Johnny that well, I met him once, but he was more of a good friend of uh, my my boyfriend, Robert."

**Speaker 2 (Berry):** [00:07:30] Mhmm.

**Speaker 1 (Barresi):** [00:07:31] And uh, I said, well, she said I met him, actually twice. And this last time was, the second time was when he came to console me uh, after Robert died.

**Speaker 2 (Berry):** [00:07:40] Mhmm.

**Speaker 2 (Berry):** [00:07:40] Aww.

**Speaker 1 (Barresi):** [00:07:44] Yeah and uh, and I, I could feel him go right through me. He was so sincere and just going on and on about how, you know, some people live a lifetime in a minute.

**Speaker 2 (Berry):** [00:07:49] Aww.

**Speaker 2 (Berry):** [00:07:54] Yeah.

**Speaker 1 (Barresi):** [00:07:57] He left that kind of an impression on her.

**Speaker 2 (Berry):** [00:07:59] Mhmm, yeah.

**Speaker 1 (Barresi):** [00:08:00] And have you ever, have you ever met someone, and you see the person over and over again, and there's such an undefinable figure, you can barely remember their name.

**Speaker 2 (Berry):** [00:08:07] Yeah, but it sounds like Johnny wasn't that.

**Speaker 1 (Barresi):** [00:08:11] They don't leave any kind of. . .they don't leave any impression on you whatsoever. But he, but he left her with uh, he caught her special attention. He consoled her at that moment.

**Speaker 2 (Berry):** [00:08:23] Yeah.

**Speaker 1 (Barresi):** [00:08:22] But Richie Albertini was trying to prove me a liar. And and Christina Taft was rehearsing some way she was going to, you know. . .

**Speaker 2 (Berry):** [00:08:31] Yeah, I heard that tape um. . . Yeah, I . . .

**Speaker 1 (Barresi):** [00:08:35] She's going to call Jaylee and and talk to Jaylee about stuff.

**Speaker 2 (Berry):** [00:08:41] Yeah.

**Speaker 1 (Barresi):** [00:08:42] And I . . . (inaudible)

**Speaker 2 (Berry):** [00:08:42] Well, did you hear where Richie was? Like, the whole did, when Richie. . .

**Speaker 1 (Barresi):** [00:08:46] I know they say stuff that Johnny beat up that woman Donna and all that crap too but. . .

**Speaker 2 (Berry):** [00:08:48] Yeah.

**Speaker 1 (Barresi):** [00:08:49] . . .but he also went on to say that the Barresi never, never questioned uh, Jaylee.

**Speaker 2 (Berry):** [00:09:00] Yeah.

**Speaker 1 (Barresi):** [00:09:00] Which uh, which is uh, which is bullshit because. . .

**Speaker 2 (Berry):** [00:09:02] Oh, I think he said that you never followed up on Donna is what he was saying.

**Speaker 1 (Barresi):** [00:09:08] Nah, nah. Because, just like all of this Lopez, uh, this Lopez model uh. . .

**Speaker 2 (Berry):** [00:09:13] Stacy Lee Lopez. Yeah.

**Speaker 1 (Barresi):** [00:09:15] There's, there's no such person.

**Speaker 2 (Berry):** [00:09:17] Oh, really?

**Speaker 1 (Barresi):** [00:09:18] No that was, that was made up.

**Speaker 2 (Berry):** [00:09:21] Oh my gosh.

**Speaker 1 (Barresi):** [00:09:22] There's no such person.

**Speaker 2 (Berry):** [00:09:23] So you like, you looked for her and she didn't exist.

**Speaker 1 (Barresi):** [00:09:26] Nah, I talked to several people, who? What?

**Speaker 2 (Berry):** [00:09:30] Yeah.

**Speaker 1 (Barresi):** [00:09:32] Even big, Big Ed Shaw said, "What the fuck are you talking about?"

**Speaker 2 (Berry):** [00:09:33] Yeah. So, Donna didn't exist either? Donna didn't exist, either.

**Speaker 1 (Barresi):** [00:09:39] (Inaudible) Huh? No one went after Donna. I didn't have any reason or cause to go after Donna.

**Speaker 2 (Berry):** [00:09:45] No, I just mean like, did she not exist?

**Speaker 1 (Barresi):** [00:09:47] Besides he said that. . . I, I don't know whether she existed or not. But but the point of the matter is I didn't talk to Jaylee about that.

**Speaker 2 (Berry):** [00:09:56] Oh, okay.

**Speaker 1 (Barresi):** [00:09:56] The point of that, the point is that he, you know he lies, you know he makes shit up.

**Speaker 2 (Berry):** [00:10:03] Yeah.

**Speaker 1 (Barresi):** [00:10:03] Did you hear the other tape I posted today?

**Speaker 2 (Berry):** [00:10:05] Yeah, yeah. The one with me? (Laughs)

**Speaker 1 (Barresi):** [00:10:09] Nah, you could barely hear your voice.

**Speaker 2 (Berry):** [00:10:11] Yeah.

**Speaker 1 (Barresi):** [00:10:12] It, it, like you only whispered a couple of things I couldn't, I couldn't even identify you; no one can identify you. Well, I mean, don't, don't worry about that but there any more calls that he made with her, like that, where he was coercing her to try to. . . (inaudible)

**Speaker 2 (Berry):** [00:10:31] I mean there's a lot of calls that I haven't even gone through yet. But, I mean, that was you you know how. . .

**Speaker 1 (Barresi):** [00:10:38] How did you get those calls? Did you get those calls from Richie?

**Speaker 2 (Berry):** [00:10:40] No, I recorded all my calls.

**Speaker 1 (Barresi):** [00:10:43] No, not your calls, I'm talking about the ones. . .

**Speaker 2 (Berry):** [00:10:44] Oh, yeah. So, Christina sent me a bunch.

**Speaker 1 (Barresi):** [00:10:48] You are, you're already removed from this thing. I have, I, I have a good sense you're already removed from it. . . because uh it's, it's the conversation between uh, Taft and Albertini is what they're interested in because they want to find out if there were any other victims.

**Speaker 2 (Berry):** [00:10:54] Yeah.

**Speaker 2 (Berry):** [00:11:05] Yeah.

**Speaker 1 (Barresi):** [00:11:05] You're your call… your call… what, what did they call your. . . shit she gave me a name for your call. Hold on, I'm gonna look at my notes, hold on, hold on, hold on.

**Speaker 2 (Berry):** [00:11:19] Who's this?

**Speaker 2 (Berry):** [00:11:21] (laughs) You're fine.

**Speaker 1 (Barresi):** [00:11:24] I never heard the term before. Your call with Albertini was uh, all right hold on. . . your call is collateral evidence, and it was uh, can't even read my own freaking writing. Uh. . . (sighs) now what the hell is that? Uh, periph- they said said peripheral and uh, and I'm connected.

**Speaker 2 (Berry):** [00:12:16] Okay. Peripheral. Okay.

**Speaker 1 (Barresi):** [00:12:16] I'm connected and peripheral; peripheral.

**Speaker 2 (Berry):** [00:12:21] So basically. . .

**Speaker 1 (Barresi):** [00:12:23] So uh, hearsay; in other words, hearsay.

**Rebecca** 12:25 Okay. I mean, that's, so as long as I continue to, to like. . . I just, I want to make sure that, you know, I'm not, my name's not in this, I'm not implicated.

**Speaker 1 (Barresi):** [00:12:36] No, no, you're not gonna be. I wish you would forget about that. I promise you, you're not. You're not.

**Speaker 2 (Berry):** [00:12:41] But why? Because I'm kind of in the middle of it.

**Speaker 1 (Barresi):** [00:12:45] Well look, I mean, thanks to you, uh I was, we were able to discern that it, it was uh, it was those two who were conspiring so you're actually an important part of this, but not in a way that shows any criminality. There's no criminality. There's not even a civil thing. And the things against you. I mean, the the things that you said about me I think you were just; they were just based on what he would, kind of smoke he was blowing up your -, up your box.

**Speaker 2 (Berry):** [00:13:19] Mhmm. Yeah. (laughs)

**Speaker 1 (Barresi):** [00:13:21] I actually am laughing at it.

**Speaker 2 (Berry):** [00:13:22] Yeah. No, yeah, I definitely was 100% influenced by that.

**Speaker 1 (Barresi):** [00:13:28] I'm just, I'm just interested in knowing if she talked to uh, don't you have them labeled like, Albertini talks about. . . ?

**Speaker 2 (Berry):** [00:13:34] No, I don't have. . . I don't have them labeled that. Like I said, there's so much that I still have to get through.

**Speaker 1 (Barresi):** [00:13:41] Alright, so if you were to just grab the ones where he's talking to Christina, how many would you think? Would you say that there could be?

**Speaker 2 (Berry):** [00:13:47] Mhmm.

**Speaker 2 (Berry):** [00:13:49] There's at least a dozen and probably more.

**Speaker 1 (Barresi):** [00:13:52] Well, why don't you just send me six uh, out of the pile? And leave it at that; just send me six of them.

**Speaker 2 (Berry):** [00:13:59] Okay.

**Speaker 1 (Barresi):** [00:14:01] And you keep the other six.

**Speaker 2 (Berry):** [00:14:03] Okay. (laughs) All right.

**Speaker 1 (Barresi):** [00:14:05] All right?

**Speaker 2 (Berry):** [00:14:06] Yep.

**Speaker 1 (Barresi):** [00:14:07] You're, you're. . .you got nothing to worry about. I keep trying to tell you that.

**Speaker 2 (Berry):** [00:14:11] Yeah.

**Speaker 1 (Barresi):** [00:14:12] In fact, when Doug. . . Doug. . . When, uh, when uh. . . TUG. . .

**Speaker 2 (Berry):** [00:14:15] TUG.

**Speaker 1 (Barresi):** [00:14:17] . . .TUG did the piece today and you see that interview? I did with him?

**Speaker 2 (Berry):** [00:14:20] Yeah, I didn't finish it, but I saw some of it.

**Speaker 1 (Barresi):** [00:14:24] Well I told him, I said we're not going to mention Rebecca, and, and uh he said, no, I know that, I know that.

**Speaker 2 (Berry):** [00:14:32] So. . . yeah.

**Speaker 1 (Barresi):** [00:14:32] And then he went on about how you said some things about, I didn't know what you said or didn't say about him. But um, I got him; he's over you, he's over it. Because look, the beauty of being poor. . . (laughs) when I say poor I'm not, I, I'm . . . in the scheme of things, I'm poor. I mean, I make. Let, let's say I make. . . (inaudible)

**Speaker 2 (Berry):** [00:14:55] Don't you drive a Maserati? (Laughs)

**Speaker 1 (Barresi):** [00:14:59] Well, I make 250,000 a year. Right?

**Speaker 2 (Berry):** [00:15:01] Yeah.

**Speaker 1 (Barresi):** [00:15:02] But I'm poor. I'm poor in today's world. In in the scheme of things, I mean, there are people that make 250,000 dollars a week.

**Speaker 2 (Berry):** [00:15:11] Right.

**Speaker 1 (Barresi):** [00:15:12] And so no one's interested in going after you or me. Because, really I don't have anything. I mean, you know, it's like, you don't have to worry about anything.

**Speaker 2 (Berry):** [00:15:22] Well, (coughs) the thing is, sorry, TUG still mentions me and like he's posting things that have my name in it.

**Speaker 1 (Barresi):** [00:15:32] Well, you deleted everything, right?

**Speaker 2 (Berry):** [00:15:34] No, I can't that's, [cough] excuse me, I can't access my Twitter account. I got hacked.

**Speaker 1 (Barresi):** [00:15:40] Alright, now look. You, you remind me of me. Because when I got, I get stressed out, I got uh, COVID about, I don't know. . . I got it last July; July 4th.

**Speaker 2 (Berry):** [00:15:52] Yeah.

**Speaker 1 (Barresi):** [00:15:53] I remember that day.

**Speaker 2 (Berry):** [00:15:54] No, I remember you telling me about having COVID.

**Speaker 1 (Barresi):** [00:15:56] And it took, it took, it took me ten fucking weeks to get rid of the cough. And I started wondering if I was gonna make it, but I realized something. I, I realized that when I get stressed, I cough.

**Speaker 2 (Berry):** [00:16:08] Yeah.

**Speaker 1 (Barresi):** [00:16:09] And that's what's going on with you right now. Will would you please relax, take a deep breath, and drink some water.

**Speaker 2 (Berry):** [00:16:15] (sighs) Okay.

**Speaker 1 (Barresi):** [00:16:16] Did you get COVID?

**Speaker 2 (Berry):** [00:16:18] I've gotten it twice.

**Speaker 1 (Barresi):** [00:16:21] Well, are you sick now? Because. . .

**Speaker 2 (Berry):** [00:16:23] Yeah, a little bit-

**Speaker 1 (Barresi):** [00:16:24] You have a chronic. . . where's the chronic cough come from that you've got?

**Speaker 2 (Berry):** [00:16:27] From having COVID in the past.

**Speaker 1 (Barresi):** [00:16:30] Yeah, you think it's also from uh. . .

**Speaker 2 (Berry):** [00:16:32] Stress?

**Speaker 1 (Barresi):** [00:16:32] . . . acid reflux?

**Speaker 2 (Berry):** [00:16:33] Could be; yeah, stress. Acid reflux. I do have that. I've been stressing like this like crazy. Like, I mean, you have to understand. . .

**Speaker 1 (Barresi):** [00:16:38] Yeah so, so. . . so relax. So, relax. I knew from the first time you called me, you're not a vile person. You're not a. . . you're a good person I knew from that first call, I mean. . . remember I even called you back because –

**Speaker 2 (Berry):** [00:16:49] Yeah. Yeah, I remember.

**Speaker 1 (Barresi):** [00:16:49] - I felt bad.

**Speaker 1 (Barresi):** [00:16:54] I said gosh she is so nice, what are you acting like an asshole for? So, I call you back and we became fast friends so. . .

**Speaker 2 (Berry):** [00:17:00] Yeah. (laughs)

**Speaker 1 (Barresi):** [00:17:01] Stop ruminating over that. You, you gotta stop ruminating over that.

**Speaker 2 (Berry):** [00:17:05] I know. It's just, it's hard because it's, it's really taken -

**Speaker 1 (Barresi):** [00:17:08] There's nothing that's just gonna come down on you, Rebecca, I promise you, I promise you. Just uh, please send me a half a dozen of those tapes between Albertini and Christina. That's all I want.

**Speaker 2 (Berry):** [00:17:22] Okay.

**Speaker 1 (Barresi):** [00:17:22] I won't bug you about it again. I mailed you a check, today, to that address you gave me.

**Speaker 2 (Berry):** [00:17:28] Oh, okay awesome.

**Speaker 1 (Barresi):** [00:17:29] It's a. . . It's a cashier's check. So -

**Speaker 2 (Berry):** [00:17:31] Yeah.

**Speaker 1 (Barresi):** [00:17:31] - you can take it right to the bank.

**Speaker 2 (Berry):** [00:17:33] Okay, cool.

**Speaker 1 (Barresi):** [00:17:34] And you'll be in good shape. All right. So um, and that's not a bribe. It was for the time you've expended -

**Speaker 2 (Berry):** [00:17:42] (laughs) Yeah.

**Speaker 1 (Barresi):** [00:17:43] - helping me out. God damn it. Don't, don't let me read on god damn Daily Mail that uh, 'Paul Barresi gave me a bribe me, he drugged me, and uh, he made unwanted sexual advances.

**Speaker 2 (Berry):** [00:17:56] (laughs) Oh, god.

**Speaker 1 (Barresi):** [00:17:58] That's what they do!

**Speaker 2 (Berry):** [00:18:00] I know. I know.

**Speaker 1 (Barresi):** [00:18:01] But, but uh. . . but you know, amuse me a little bit. What, what did you think of that case today? Wasn't that something. Albertini saying that MAGA is supporting Amber.

**Speaker 2 (Berry):** [00:18:14] Oh, well, I remember that conversation very well.

**Speaker 1 (Barresi):** [00:18:17] How about. . . how about the part where he whispers, he goes, 'Christina's spending a fortune.'

**Speaker 2 (Berry):** [00:18:23] I do remember that. And I remember thinking at the time that was weird that he seemed so delighted about it.

**Speaker 1 (Barresi):** [00:18:31] That's the only. . . that's the only time you, I could hear you. Uh, I still. . . still couldn't recognize your voice, you go, ' Oh, I have to talk to her.'

**Speaker 2 (Berry):** [00:18:41] No. I said I've talked to her about it. Like she told me about it-

**Speaker 1 (Barresi):** [00:18:44] Oh you did?

**Speaker 2 (Berry):** [00:18:45] Yeah. Yeah, she told me how much he spent and I just remember actually thinking at the time like wow, he sounds really excited about how much -

**Speaker 1 (Barresi):** [00:18:54] So what, like 10 grand by them.

**Speaker 2 (Berry):** [00:18:56] Uh. . . it was. . . I don't, I think it was 20,000 at that point.

**Speaker 1 (Barresi):** [00:19:02] With uh, with only the P.I. or everybody?

**Speaker 2 (Berry):** [00:19:06] Um, with I think, with the P.I. I don't, I'm not sure.

**Speaker 1 (Barresi):** [00:19:10] Yeah, he really overcharged her.

**Speaker 2 (Berry):** [00:19:12] I know. Yeah. He was screwing her. . .I remember you told me that.

**Speaker 1 (Barresi):** [00:19:15] You have her on tape telling you that?

**Speaker 2 (Berry):** [00:19:17] That he was. . . she was being screwed?

**Speaker 1 (Barresi):** [00:19:22] Yeah, well, how much. . . do you have her on tape telling you how much?

**Speaker 2 (Berry):** [00:19:26] Um, no, but you have to. . . here's the thing about Christina, like, I know that you hate her and everything, but like, she was screwed over by Albertini. . . She was like,

she was like she really did go into this. . . she believes. . . and just, just as I believed too, and I hope that -

**Speaker 1 (Barresi):** [00:19:47] Why is she still paying the room for him at the goddamn hotel? I found that out today.

**Speaker 2 (Berry):** [00:19:52] Oh, she is I didn't know that.

**Speaker 1 (Barresi):** [00:19:55] Yeah but go ahead. What were you saying? She was screwed over by him?

**Speaker 2 (Berry):** [00:19:57] Yeah, she was screwed ov-, and she does. . . she does care about Amber. A lot of us do, I mean, I do. That, that's -

**Speaker 1 (Barresi):** [00:20:03] Well and I . . .what she feels on Amber has nothing to do with, you don't feel for someone in a strong way and then, at the, at the um. . .

**END [00:20:12]**

## Transcriber's Certificate

I, Rylee C. Franko, do hereby certify that I have listened to the recording several times carefully of the foregoing; further that the transcript pages one through thirteen (1-13) was reduced to typed form from the digital audio recording; and that the foregoing is an accurate and true record of the digital audio recording above transcribed version in this matter.

**Dated** this 30th day of July 2023.

*Rylee Franko*
Rylee C. Franko

**Audio File:** Barresi to Rebecca Berry Audio -Shalimer Death

**Audio Length at time of Transcription:** [00:04:34]

**Speaker One (1):** Paul Barresi

**Speaker Two (2):** Rebecca Berry


**Speaker One (Barresi):** [00:00:00] (inaudible) And then I appeared, and she got you know, spooked, and then she spotted me, and she kind of backed up a little bit on the roof, and then she sat on the edge of that freaking rail and scurrying around the roof and it was loose.

**Speaker Two (Berry):** [00:00:23] Mhmm.

**Speaker One (Barresi):** [00:00:24] And so she jumped up because it was loose, she got scared. She wrapped the towel around her. And as she wrapped the towel around her, she lost her balance, leaned back, and that was it.

**Speaker Two (Berry):** [00:00:34] Oh, wow.

**Speaker One (Barresi):** [00:00:36] And the only reason why I was investigated was because uh, I left the scene of, of the uh accident. And I removed a uh, I guess she always wore that damn ribbon around her neck like a necklace. And it was beautiful. She made it herself.

**Speaker Two (Berry):** [00:00:58] Mhmm, yeah.

**Speaker One (Barresi):** [00:00:58] I didn't know she always wore it. So, her roommate or friend or somebody told her, her necklaces was gone. Her ribbon necklace.

**Speaker Two (Berry):** [00:01:06] Oh.

**Speaker One (Barresi):** [00:01:06] So when Andy called me, he asked me, you know, when I was on the roof if, if I saw her wearing the necklace, I said yeah. I said, when I went, ran down and check on her I took it as a memento.

**Speaker Two (Berry):** [00:01:22] Oh wow.

**Speaker One (Barresi):** [00:01:23] And that's when he caught me.

**Speaker Two (Berry):** [00:01:26] Just because you, you were there, and you'd collected something?

**Speaker One (Barresi):** [00:01:29] I was there, I left, and I took the damn ribbon off her neck.

**Speaker Two (Berry):** [00:01:32] I mean you, you grew like attached to her kind of sounds like.

**Speaker One (Barresi):** [00:01:37] Well, I mean, I, I just, you know. I don't know, I took a memento. He said well you know that killers take memento?

**Speaker Two (Berry):** [00:01:43] Well lots of people take mementos.

**Speaker One (Barresi):** [00:01:46] I said oh shit you're right.

**Speaker Two (Berry):** [00:01:49] Yeah.

**Speaker One (Barresi):** [00:01:50] Rebecca, you'd believe that? I was just giving you a bunch of bullshit.

**Speaker Two (Berry):** [00:01:54] What's that?

**Speaker One (Barresi):** [00:01:55] That's what I told- That's all bullshit, that's what I told Denise though.

**Speaker Two (Berry):** [00:01:59] Oh, really?

**Speaker One (Barresi):** [00:02:06] Yeah, (inaudible) I did the same shit to Albertini. You ever see, you ever listen to him talking to the guy at Child Protective Services in Sacramento? Worked for Governor Newsom, ever listened to that tape?

**Speaker Two (Berry):** [00:02:19] Mhmm I'm sure.

**Speaker One (Barresi):** [00:02:21] It's hilarious, isn't it?

**Speaker Two (Berry):** [00:02:23] It's interesting.

**Speaker One (Barresi):** [00:02:24] But can't you tell when, with, when uh the guy's fucking with him? And he gets his little secretary in there saying "I need you to tell my boss it's okay to to talk and everything." And he goes, "Yes, hi, this is Richie. Bye." That was his little secretary. She was like 20 years old. She was, she was pulling his leg.

**Speaker Two (Berry):** [00:02:45] Oh yeah. I kind of figured because I know that he was like the director of some stuff.

**Speaker One (Barresi):** [00:02:53] They were like playing ball with him. (inaudible)

**Speaker Two (Berry):** [00:02:53] So wait, Paul, this is like what, where it all comes from? Like, all these rumors?

**Speaker One (Barresi):** [00:02:53] Yeah, you know those texts about me killing her? Yeah, because he called me so many times saying, I know you kill that 'tranny'. I know you kill that 'tranny'. He says, I know you threw her off the roof. One time he called again and said, I know you threw her off out of the window. I hear -, Hold on. I said, I uh and then I had a call coming in so I had to text him. I said I didn't throw that bitch off, out a window, I said I threw her off the roof.

**Speaker Two (Berry):** [00:03:26] Mhmm.

**Speaker One (Barresi):** [00:03:28] And I was fucking with him.

**Speaker Two (Berry):** [00:03:31] Just like you just fucked with me. (laughing)

**Speaker One (Barresi):** [00:03:34] And and then he was, and then he was saying that I killed Paul Lynde. So, I said look, he was a grouchy old, he was a grouchy old bastard; he deserved it. He deserved a pillow over his head.

**Speaker Two (Berry):** [00:03:47] Sure.

**Speaker One (Barresi):** [00:03:48] Fuck, he a – (inaudible)

**Speaker Two (Berry):** [00:03:49] What about the guy he threw out the window?

**Speaker One (Barresi):** [00:03:52] Oh that guy who fell? Yeah, exactly he tried to tie the window at it and Paul Lynde's to friend, friends with the Tranny thing. I didn't even know that guy, I didn't meet Paul Lynde until after that guy was long dead.

**Speaker Two (Berry):** [00:04:05] Oh, okay, well, that's the basis on which I called you a serial killer so I'm glad that we we cleared that up.

**Speaker One (Barresi):** [00:04:12] No, oh fuck, its all bullshit. You think I'd be around if I was a murderer? I mean it's so silly.

**Speaker Two (Berry):** [00:04:20] Yeah. Alright, Paul, I have to, I have to get to bed, but um -

**Speaker One (Barresi):** [00:04:24] Oh yeah, go to bed. I'll talk to you soon.

**Speaker Two (Berry):** [00:04:27] Okay. Great. Bye.

**Speaker One (Barresi):** [00:04:30] Try to work it out and so I can get a hold of Angela.

**Speaker Two (Berry):** [00:04:31] Okay, alright, I'll work on that.

**Speaker One (Barresi):** [00:04:32] Alright, buh bye.

**Speaker Two (Berry):** [00:04:33] Alright bye.

**END [00:04:34]**

**<u>Transcriber's Certificate</u>**

I, Rylee C. Franko, do hereby certify that I have listened to the recording several times carefully of the foregoing; further that the transcript pages one through three (1-3) was reduced to typed form from the digital audio recording; and that the foregoing is an accurate and true record of the digital audio recording above transcribed version in this matter.

**Dated** this 30th day of July 2023.

*Rylee Franko*
Rylee C. Franko