# EXHIBIT 1

7/4/25, 10:16 AM
Case 5:24-cv-01930-TJH-DTB    Document 93-2    Filed 08/01/25    Page 2 of 20    Page ID #:4443
Gmail - RE: Taft v. Barresi, et al. (Case No. 5:24-cv-01930)



Christina Taft <taftchristina.ceo@gmail.com>

## RE: Taft v. Barresi, et al. (Case No. 5:24-cv-01930)

**Christina Taft** <taftchristina.ceo@gmail.com>  Tue, Jul 1, 2025 at 4:40 PM
To: Megan Mallonee <mmallonee@lavelysinger.com>
Cc: "Melissa Y. Glass" <mlerner@lavelysinger.com>

I can confirm that 212-718-1003 is the correct phone number for our call at 12 pm PST tomorrow.

Angela G Meador has needed my help from the very beginning, but I couldn't grasp the emails being sent to me by Barresi about my friend and was drained from the financial abuse being perpetuated. I am prepared to fight for her in court so she can see freedom and justice, attached to my rights from the recordings and disclosures, and accessing constitutional rights.

I will continue to support her and in relief, and we're connected ultimately through that illegal recording that Barresi unlawfully discloses, and the friendship we had, where she wanted to have a case that she deserved. After years, I have interns that provide sympathy for artists, and it's my ultimate desire to see Angela safe, secure, and freely living away from Defendant Barresi.

I only consent to District Judge Terry Hatter, Jr. in these matters regarding myself, Angela Meador, and my family.

Each day this is prolonged is not reasonable to keep perpetuating --- Barresi thinks that this ends with this motion, but I am pending to file additional lawsuits and continue speaking. Each time he has me sign my name in court, I am freeing myself and others.

Sincerely,
Christina Taft

On Tue, Jul 1, 2025 at 7:16 PM Megan Mallonee <mmallonee@lavelysinger.com> wrote:

> I will call you at 12 pm PST tomorrow. Please confirm that 212-718-1003 is the correct phone number.
>
> Thank you,
>
> **MEGAN S. MALLONEE** | Lavely & Singer P.C.
>
> Tel.: (310) 556-3501 | Cell: (704) 773-2294
>
> 
>
> ----------------------------------------------------------------
> THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW AND MAY NOT BE PUBLISHED OR DISSEMINATED IN WHOLE OR IN PART.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE LAW OFFICES OF LAVELY & SINGER PC IMMEDIATELY BY TELEPHONE (310-556-3501) OR E-MAIL (REPLY TO SENDER'S ADDRESS), AND THEN DESTROY ALL COPIES OF THIS COMMUNICATION AND ANY ATTACHED FILES.  THANK YOU.

7/4/25, 10:16 AM                    Gmail - Re: Taft v. Barresi, et al. (Case No. 5:24-cv-01930)

Case 5:24-cv-01930-TJH-DTB    Document 92-2    Filed 08/01/25    Page 3 of 20    Page ID #:4444

**From:** Christina Taft <taftchristina.ceo@gmail.com>
**Sent:** Tuesday, July 1, 2025 1:47 PM
**To:** Megan Mallonee <mmallonee@lavelysinger.com>
**Cc:** Melissa Y. Glass <mlerner@lavelysinger.com>
**Subject:** Re: Taft v. Barresi, et al. (Case No. 5:24-cv-01930)

Lerner:

I am fully prepared to litigate and protect Angela Gayle Meador in court with every legal resource at my disposal. Her rights as a victim and witness have been violated, and I will not stand by while she continues to face Defendant Barresi's use of unconsented recordings and repeated calls that she has to comply or be forced into statements, when she simply wanted to live her life freely. I have thoroughly researched the laws and am confident in my legal position moving forward.

The use of celebrity stalking by Barresi is not appreciated, and my demands were simple to not use materials against Angela.

Any attempts to silence Angela or prevent her from speaking about her experiences constitute violations of both California law and the federal Speak Out Act. These laws were specifically designed to protect assault victims and witnesses of misconduct from being silenced. These laws make it illegal any provisions that would prevent victims from discussing assault.

I am encouraged that District Judge Terry Hatter, Jr. has already expressed his agreement with my sympathy for Angela's situation. His understanding of the gravity of what she has endured validates our position and strengthens our resolve to see justice served. It is the District Judge that I have consented to, and my lawsuit is highly respectful of the issues of consent, living freely, and civil relief.

Angela is a remarkable woman who deserves none of the torment she has suffered. The hundreds of harassing phone calls perpetrated by Defendant Barresi represent a campaign of intimidation that must end immediately. While my mother Victoria Taft is no longer here to defend herself, I am prepared to protect Angela's beautiful life from further harm.

I will use every legal avenue available to ensure that Barresi's pattern of coercion stops and that Angela can move forward with the peace and dignity she deserves.

My demands were simple - stop using the recording of my phone call with Angela Meador, and stop contacting her. Instead, Barresi chooses to fixate after my subpoena was filed.

Any reasonable person would agree that simply not using recordings and not contacting is a simple request - instead, it is Barresi's own choice to prolong this, and waste more valuable time, taking it away from people who wanted lives.

I have dedicated my life to serving others and protecting them - therefore, I will not stop until Angela is free and then I can live my life without regrets. The choice of Barresi to torment Angela is outrageous and any District Judge with sophistication will agree.

It is completely irrational that the Defendant chooses to prolong costs, years, and suffering, simply because he wants to use my former friend against me, and went after family members.

Angela and I are still young people who needed to have lives, families, and experiences.

Barresi has selfishly taken that away from us in parallel - while perpetuating his agendas.

I can speak to you on the phone in the afternoon tomorrow, and I only consent to the District Judge with his sophistication.

While in Massachusetts, I can speak to you on the phone at 12pm EST which is 9am PST tomorrow, July 2nd.

Sincerely,
Christina Taft
Plaintiff

On Tue, Jul 1, 2025 at 3:19 PM Megan Mallonee <mmallonee@lavelysinger.com> wrote:

Ms. Taft,

Pursuant to the court's order permitting Defendant until July 3, 2025 to respond to the Second Amended Complaint, I am writing to request your availability today or tomorrow for a telephonic conference regarding Defendant's anticipated Motion to Dismiss pursuant to Local Rule 7-3.

Thank you,

**MEGAN S. MALLONEE** | Lavely & Singer P.C.

Tel.: (310) 556-3501 | Cell: (704) 773-2294



-----------------------------------------------------------------

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW AND MAY NOT BE PUBLISHED OR DISSEMINATED IN WHOLE OR IN PART. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE LAW OFFICES OF LAVELY & SINGER PC IMMEDIATELY BY TELEPHONE (310-556-3501) OR E-MAIL (REPLY TO SENDER'S ADDRESS), AND THEN DESTROY ALL COPIES OF THIS COMMUNICATION AND ANY ATTACHED FILES. THANK YOU.

--

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*


--

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*

# EXHIBIT 2



# Technology that *saves lives*

SaveMeNow is an application **App** that connects citizens mobile devices **quickly and efficiently** with the **nearest emergency service** in Europe.



## Problem

Lives are lost due to the lack of the right incident information at the right time and the precise location to respond to emergencies.

- Difficulty finding the incident location
- Possible incident risks and medical complications unknown by emergy services
- Voice communication has a lack of information

## Solution

Prompt and precise response to incidents and reassurance to citizens in distress before, during and after the emergency.

- Sends exact location and updates in real-time
- Personal and medical data available
- Chat, video call, photo and SMS improves communication and decision making



**Professional App**

**Citizen App**

*Call center*

## Market

- **Citizens. Freemium**
- **Small and Medium Companies**
- **Emergency call centers 112/999/911**
- **Fire brigade. Police. Ambulance**

## Team



**Miguel Ángel Comín**
CEO
Innovation Project and Business development manager



**Niko Sánchez**
COO
Safety and rescue specialist Firefighter and emergency instructor



**Alfonso Escriche**
CTO
DevOps, Apps and digital plataforms expert



**Ana Aranda**
CMO
Graphic designer and digital communications

www.savemenowapp.es

# EXHIBIT 3

## AFFIDAVIT OF JAMES CONNER

I am signing this Unsworn Declaration in place of an Affidavit as allowed by 28 U.S. Code § 1746.

My name is James Conner. I reside in Dona Ana County, New Mexico. I am above the age of 18 and in all respects of sound mind to make this affidavit. That facts stated in this affidavit are true and correct to the best of my knowledge and belief. I have personal knowledge of the facts stated and I'm competent to testify in this matter.

I am a witness in this matter of Taft v. Paul Barresi, et al., Case No. 5:24-cv-01930-TJH-DTB, currently pending in the U.S. District Court of the Central District of California.

Defendant Paul Barresi did record and published a phone conversation without my consent, taking my words out of context, and misrepresenting what I said. I know that recording someone without their consent via telephone is illegal; however, that is exactly what Mr. Barresi did do.

Paul Barresi misrepresented to me that he was still associated with actress Amber Heard. My ex-wife, Victoria Taft, had also been an actress and model and so I believed Mr. Barresi.

In 2023, a licensed private investigator Michael Kountz reached out to me, and spoke to me about the misrepresentations that Barresi was making regarding the illegal phone recording that he took, and I saw for myself these misrepresentations.

I want Defendant Barresi to stop using my audio and me. I want him to stop harassing my family, whether that's my children, son and daughters, my ex-wives, or my sisters. Mr. Barresi should be ordered to stop harassing us. I think the Defendant Barresi's criminal actions were done across state lines. He is dangerous and I genuinely fear him. I do not want to be associated with Johnny Depp either.

I want my life to be peaceful. Defendant Barresi needs to stop interfering in my life and in my family's lives. I can attest further to these matters and anything ongoing.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on this the 26 day of March, 2025.

*James Conner* (signature)

JAMES CONNER

# EXHIBIT 4

# DECLARATION OF IAN HERNDON

**STATE OF FLORIDA**

**COUNTY OF PINELLAS**

Ian Herndon, being duly sworn, deposes and says:

I am a Witness in the matters of Case 5:24-cv-01930-TJH-DTB (Taft v. Paul Barresi, Adam R. Waldman, and Does 1-10), currently pending in the U.S. District Court of the Central District of California.

I am above the age of 18 and reside in Florida. At the time of these events, I resided in Florida

The facts stated in this affidavit are true and correct to the best of my knowledge and belief. I have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true.

I am competent to testify as the facts stated herein in a court of law and will so testify if called upon.

1. I am a witness that has personal knowledge of Defendants Paul Barresi and Adam Waldman of their continuous harm, harassment, threats to kill, threats to assault, and maliciousness against Witnesses, Victims of Assaults, and Taft with intimidating and dangerous activities to interfere to obstruct reports to law enforcement and testimony for cases.

2. I first became aware of Paul Barresi through Richard Albertini. Albertini appeared to be in communication with Barresi at the time, and manipulated and provoked by him. I've witnessed Barresi threaten death, mortality, and danger to people.

3. I witnessed the coercion caused by Barresi against Angela and Plaintiff Taft when he obtained an audio recording of their conversation speaking of abuse and violence in 2022. Angela completely shifted after Barresi communicated with her after he became aware of her and I being in contact. To this day, and between 2022

to 2025, I observed that Angela and Taft are being coerced by Barresi. I witnessed the death threats of Barresi towards Angela and his intent to signal Taft to fear mortality and personal danger.

4. Richie and I met when he was having a dispute with Corey Feldman about Johnny Depp's Viper Room. Approximately 2019 to 2020, Richie and I went back and forth.

5. Richie Albertini introduced me to Angela, who is Jane Doe in Plaintiff Taft's lawsuit, and advised me that Angela was a victim of a famous actor who wasn't going to speak out about it, and Richie didn't want to talk with her any longer.

6. Richie gave me Angela's contact information and upon making contact with her first. Angela, though a victim of assault by Marton Csokas, was in contact with Richie and Richie was angry because of Johnny Depp. Back then he was affirmatively against Johnny Depp. I did not approve of the way he was treating her. Angela told me that Richie criticized her experience with Marton and other past abusive circumstances.

7. From that moment forward, Angela talked to me directly about having been abused by Marton Csokas. After getting to know each other over a period of months, they made plans to finally meet in person in Louisiana, during the 2015 filming season 2 of the Badlands.

8. On November 25, 2020, Angela and I spoke with each other directly by phone for hours multiple nights in a row. Angela told me she first communicated with Marton Csokas online, then eventually met him in New Orleans in 2015, and was drugged and kept for days to torture and sexually assault her. Angela advised that she had to be taken to the hospital, and also provided graphic photos to depict her injuries.

9. Angela sent me photos of injuries to depict how she was tortured by Martin, and I have knowledge of a letter that was threatening her.

Page 2

WITNESS DECLARATION OF IAN HERNDON

10. Paul Barresi silenced what Marton did to Angela for years by making her afraid of retaliation.

11. Angela told me over the phone that a man named Paul Barresi showed up at locations she was at and in one instance pointed a gun at her face.

12. Angela told me on multiple occasions there are about ten women who are also victims of Csokas, and how one was in the middle of a Court case in Italy with Marton at the time. Angela said the custody court case was after the young woman had been raped by Marton and had a child.

13. Angela stated to me she is afraid to pursue anything criminally against Marton related to raping or torturing her, over a period of multiple days, and is afraid to pursue anything against or about Paul Barresi.

14. On November 25, 2020 at 1:27pm, Angela forwarded a copy of a letter, an email from Eric Hessler (hessler.law@gmail.com, attorney at law from New Orleans, Louisiana to Richie Albertini. The original email date stamp was April 21st 2015 at 1:32pm with the email subject titled Marton Csokas. – In summary it states: The author of the letter has been contacted by Marton Csokas regarding a possible police investigation by the New Orleans Police Department regarding reports of false imprisonment and sexual torture. The author of this letter references Marton Csokas and Eric Hessler as if they are not the authors of this letter and instead a third individual is.

15. The letter further advises with "unyielding advice" for Angela to not move forward in any way regarding Marton Csokas and the New Orleans Police.

16. Furthermore, the letter also states that attorney Erirc J Hessler is aware of the criminal report of torture & assault, and if Angela moves forward with her police case actions, Eric Hessler will charge Angela.

17. In this same letter, Angela was also instructed that Eric Hessler would be checking Angela's phone on a regular basis to *illegally* identify her location and/or scare Angela into believing she could be located at any time.

18. Additionally, the letter states if Marton Csokas name is released in the media, not only should Angela be afraid of the police, but she should be afraid of the author of this letter because as stated *"I myself will come and find you and the consequences of that will be dire"*

19. Angela advised me on numerous occasions that a Hollywood Fixer, believed to be Paul Barresi, was sent to intimidate and silence her, and at one point he showed up where she was in person and pointed a gun at her head.

20. After some time speaking with Angela, it became clear she was far too scared to expose anything about what happened to her in 2015 at the hands of Marton Csokas.

21. Not long after learning about this letter, Richie Albertini started repeatedly posting copies of her medical injury photos publicly on Twitter. This action by Richie Albertini immediately alarmed and worried Angela, because she stated to me she was deathly afraid of Paul Barresi thinking she is talking about what Marton Csokas did to her in 2015.

22. Richie Albertini provided my personal contact info as well as my wife's, directly to Paul Barresi.

23. Paul Barresi having my name and contact # was immediately concerning to me due to me already hearing directly from Angela what he has done to her.

24. Paul Barresi called my wife and said "Your husband needs to stop". I have knowledge that she told Barresi, 'I have no clue what you are talking about' and hung up.

25. While fact checking Richard Albertini on the things he stated previously about his past affiliation with Johnny Depp's club named 'The Viper Room' as well as various acquaintances Richie claimed to know, I contacted Olivia Barash on July 24, 2021 at 2:02PM and asked if she can confirm that Richie Albertini ever worked at The Viper Room.

26. Olivia responded quickly, just a day later on July 25 at 1:20pm, and asked stated "Whats up? The timing of your inquiry, is odd. Are you making a Viper Room documentary, too? Lol Can you give me some more info"

27. In my next response to Olivia, I clarified that I am not making a documentary, and instead I was threatened by Richard Albertini that I would be highlighted in some documentary he is part of regarding the Viper Room.

28. Olivia never responded to me again after her first response, but later I received a copy of a text message from Olivia to Richie Albertini, advising him that Olivia was offered $20k by Barresi regarding her involvement in a documentary about the Viper Room.

29. These events surrounding Olivia and a documentary led me to believe there is clear coercion and attempts to silence individuals who worked at the Viper Room and/or around Johnny Depp.

30. After losing contact with Olivia via LinkedIn, Richard Albertini, still provoked by Defendant Paul Barresi and Defendant Adam Waldman, began targeting other female victims of assault.

31. Based on my time interacting with Richie Albertini since 2020, I believe he and Paul Barresi were collaborating. What I have seen regarding Paul Barresi and Richie Albertini, shows indications of individuals who are trying to silence victims of famous individuals.

32. Sometime between 2021 and 2023, Paul Barresi personally produced a copy of the letter with the header for Eric Hessler law, and that letter has Paul Barresi's name removed from it.

33. Paul claims the letter is fake, purely by producing a second version that is identical except for Paul's name being removed.

34. Paul admitted to not only being aware of the letter in 2020 after Angela had shared it with Richie and myself, but that he also possessed his very own copy of it (although conveniently with his name missing).

Page 5

WITNESS DECLARATION OF IAN HERNDON

35. Paul did not realize that despite refuting the authenticity of the letter as a whole, he accidentally validated the authenticity of her claims and the remarks of the letter from 2015 the moment he produced a copy himself. Paul's name not being included on the letter changes nothing about the facts contained within the letter, such as the repeated threatening remarks.

36. The email address Angela received the threatening letter from, Hessler.law@gmail.com needs data from it subpoenaed for any account activity the month prior, during, and after Angela received the email from that address: March 2015, April 2015, and May 2015.

37. I observed in 2022 when Paul Barresi became aware of Christina Taft's support for Amber Heard and Witnesses, including Richie Albertini, that he began targeting Taft.

38. I observed that Barresi was inciting Albertini to attack Taft, as I observed of their behavior prior. Christina stated to me she felt unable to help Angela due to the audio tape Barresi obtained of them speaking together and exploiting them.

39. I observed that Taft did not retract that Richie was a witness against Depp and that Angela was victimized by Csokas despite coercion and manipulation by Defendants Barresi and Waldman.

40. In the last 2 years I have known Christina Taft, she has been afraid for her life, and concerned Paul Barresi is going to find her or send someone to harm her. At one point she told me she had to move out of the state of California all the way to Hawaii just for some sense of safety from Paul Barresi.

41. Roberta Kaplan told me on the phone that when she joined the legal team, she removed Barresi off Amber's case.

42. From 2022 to this very day, I have observed Christina Taft be in constant fear of Paul Barresi, supported by ongoing contact by him using threatening and

harassing language. I fully support Taft getting a restraining order and injunctions against Defendants and Barresi being restrained from contacting witnesses to harass them or invade their privacy.

43. I have observed Paul Barresi obtaining commercial gain through reputational enhancement. I saw his book titled, "Johnny Depp's Accidental Fixer" and many different articles with him that he can solve any problem without any boundaries up to and including murder. High profile people are seeing his association with Johnny Depp, and in turn it portrays that he is valuable to them as a 'fixer.'

44. Based on my personal witness interactions with Paul Barresi and witnesses manipulated by Barresi, including Richie Albertini, I am afraid of them and others should be too. My exposure to Paul and potential witnesses he manipulates has shown me they are exploitative of other individuals living through complex and difficult criminal situations.

I attest that lines 207, and 267, of the lawsuit of Plaintiff Taft are true and correct; and all lines in the footnotes of the lawsuit referencing myself are true and correct.

I have additional knowledge and information I can declare and attest to, inclusive of defendants ongoing activities.

I, Ian Herndon, as a declaring witness to testify if so called upon, do hereby declare under penalty of perjury that the information provided herein is true and accurate to the best of my knowledge. This declaration has been verified and is made in good faith.

WITNESS DECLARATION OF IAN HERNDON

DATED this 10th day of January, 2025.

Signed: _/s/ Ian Herndon_____

Name: Ian Travis Herndon

State of Texas
County of Brazoria

**SUBSCRIBED and SWORN to before me**

this ___10th_____ of ____January_____, 2025. By Ian Travis Herndon.

_Linda F. Peeples_, Online Notary Public

**NOTARY PUBLIC in and for said State,**

in the United States of America

OFFICIAL SEAL

LINDA F. PEEPLES
Notary ID #132579084
My Commission Expires
July 21, 2028

This notarial act was an online notarization via two-way webcam and audiovisual technology.

Produced __Florida Driver License__ as identification along with multi-factor KBA authentication.

# EXHIBIT 5

# AFFIDAVIT OF NON SERVICE

| Civil Action No:<br>5:24-cv-01930-TJH-DTB | Court:<br>UNITED STATES DISTRICT COURT | County:<br>Central District of California | Job:<br>13109906 |
|---|---|---|---|
| Plaintiff:<br>CHRISTINA TAFT | | Defendant:<br>PAUL BARRESI, ADAM R WALDMAN, DOES 1-10, inclusive | |
| Received by:<br>Stellar Konsulting LLC<br>5101 Santa Monica Blvd Ste 8, PMB 1330<br>Los Angeles, CA 90029, United States | | For:<br>CHRISTINA TAFT<br>1700 Ala Moana Blvd, Honolulu, Hawaii 96815 | |
| To be served upon:<br>AMBER HEARD | | | |

I, Alberto Sanz Lobo, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was to be effected, I am legally entitled to serve documents.

Recipient Name / Address:    AMBER HEARD, Home: ▮▮▮▮▮▮▮▮▮▮ Madrid, Spain
Manner of Service:           Unsuccessful Attempt
Documents:                   SUBPOENA

**Additional Comments:**
1) Unsuccessful Attempt: Mar 28, 2025, 11:22 am (GMT+2) at Home: ▮▮▮▮▮▮ Madrid, Spain
I attempted to serve the aforementioned document upon Amber Heard at above-mentioned address but received no response. I met a neighbor, a male person who identified himself as Carlos (refused surname), who said Amber Heard was not home and he had not seen her recently.

2) Unsuccessful Attempt: Apr 6, 2025, 6:47 pm (GMT+2) at Home: ▮▮▮▮▮▮ Madrid, Spain

3) Unsuccessful Attempt: Apr 8, 2025, 1:24 pm (GMT+2) at Home: ▮▮▮▮▮▮ Madrid, Spain. Upon plaintiff's request, a copy of the documents was left at the address and another copy sent via registered mail.

_____
Alberto Sanz Lobo                Date

Stellar Konsulting LLC
5101 Santa Monica Blvd Ste 8, PMB 1330
Los Angeles, CA 90029, United States
+1 (213) 786 1161

*Subscribed and sworn to before me by the affiant who identified herself by showing her identification document.*

RAFAEL GONZALEZ OTAN0
Notary Public
29/04/2025
Date                Commission Expires

| | |
|---|---|
| <u>**NÚMERO CUARENTA Y TRES MIL QUINIENTOS VEINTIOCHO**</u><br><u>**(43.528)**</u><br><u>**DEL LIBRO INDICADOR,**</u><br><u>**SECCION SEGUNDA**</u> | <u>**FORTY-THREE THOUSAND FIVE HUNDRED TWENTY-EIGHT**</u><br><u>**(43.528)**</u><br><u>**OF INDICATOR BOOK,**</u><br><u>**SECTION 2**</u> |
| Yo, **RAFAEL GONZÁLEZ GOZALO,** Notario del Ilustre Colegio Notarial de Madrid, con residencia en esta capital, ***DOY FE:*** que considero legítima la firma de Don Alberto Sanz Lobo, con D.N.I. número 02643479C, por haber sido puesta en mi presencia. En Madrid, a veintinueve de abril de dos mil veinticinco.---------------------------------- | I, **RAFAEL GONZÁLEZ GOZALO,** Notary of the Illustrius Association of Public Notaries of Madrid, resident in this capital city, ***ATTEST:*** that I consider legitimate the signature of Mr Alberto Sanz Lobo, with Spanish document number 02643479C, for being put in front of me. Madrid, on April the twenty-ninth, two thousand and twenty-five.--------------------------------------------- |



A212583132   0304601102