Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 212-718-1003

FILED
2025 AUG -6 PM 2:39
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CHRISTINA TAFT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 5:24-cv-01930-TJH-DTB |
| v. | |
| PAUL BARRESI, et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Opp Ex 23 Defendant Paul Barresi to Berry on 10 Million, Subpoenas, & Phone Recordings of Plaintiff - 91-3

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

August 4, 2025
Date

*Christina Taft* (signature)
Attorney Name
Christina Taft
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)   NOTICE OF MANUAL FILING OR LODGING

# CERTIFICATE OF SERVICE
CHRISTINA TAFT v. PAUL BARRESI, et al.
5:24-cv-01930-TJH-DTB

I, the undersigned, certify and declare that I am at least 18 years of age. I am a resident of the United States.

On August 4, 2025, I served a true copy of:
**(1) Manual Filing Notice of Audio to Opp Exhibits Against Defendant Barresi and Regarding Submissions by Witness-Victim Angela Meador:**
**Opp Ex 23 Defendant Paul Barresi to Berry on 10 Million, Subpoenas, & Phone Recordings of Plaintiff - 91-3**

**PROOF OF SERVICE**
__X__ (By Electronic Transmission) I caused the document(s) described herein to be electronically transmitted and served via the Pacer system. The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(E)
__X__ (By Delivery) I caused the document(s) described herein to be delivered to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

| | |
|---|---|
| Melissa Yaffa Lerner<br>Megan Scott Mallonee<br>Lavely & Singer Professional Corporation<br>Attorneys At Law<br>2049 Century Park East, Suite 2400<br>Los Angeles, California 90067-2906 | *Attorneys for Defendant(s),*<br>Paul Barresi |

I declare under oath and penalty of perjury under the laws of the United States that the foregoing is true and correct.
    Dated in Antibes, France on **August 4, 2025**.

*Christina Taft* (signature)

Christina Taft

*Plaintiff in Propria Persona*

Page 1
PLAINTIFF'S MANUAL FILING NOTICE ON AUDIO TO OPPOSITION BRIEF AND DECLARATION RESPONSE TO WITNESS-VICTIM