# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **5:24-cv-01930-TJH (DTB)**                          Date: **September 2, 2025**

Title:  **Christina Taft v. Paul Barresi, et al.**

=================================================================
**DOCKET ENTRY**
=================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:              ATTORNEYS PRESENT FOR DEFENDANT(S):
         None present                                                  None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING PLAINTIFF'S NOTICE OF MANUAL FILING OR LODGING [DOCKET NO. 97] AND NOTICES OF SUBPOENAS [DOCKET NOS. 98-101]**

On August 6, 2025, Plaintiff filed a Notice of Manual Filing or Lodging where Plaintiff submitted a flash drive containing a total of four exhibits.  Plaintiff is advised that the Court has been unsuccessful in viewing said exhibits as it appears the device submitted by Plaintiff does not contain any of the alleged exhibits and reflects an error code.  Plaintiff is ORDERED to provide the Court with another copy of the exhibits within 14 days of the date of this Order.

Also on August 6, 2025, Plaintiff filed the following: (1) Notice of Subpoena to Witness Johnny Depp ("Depp") to Produce Documents, Information, or Objects (Docket No. 98); (2) Notice of Subpoena to Witness Gina Deuters ("Deuters") to Produce Documents, Information, or Objects (Docket No. 99); (3) Notice of Subpoena to Witness Isaac Baruch ("Barusch") to Produce Documents, Information, or Objects (Docket No. 100); and (4) Notice of Subpoena to Witness Amber Heard ("Heard") to Produce Documents, Information, or Objects (Docket No. 101).

By way of background, Plaintiff filed three separate Requests for Clerk to Issue Subpoena to Depp, Barush and Deuters.  (Docket Nos. 94-96).  Plaintiff has not requested that the Clerk issue a subpoena to Heard.  The three Requests Plaintiff has submitted have not yet been issued.

The Court hereby STRIKES these Notices (Docket Nos. 98-101) from the Docket.

**IT IS SO ORDERED.**