Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 212-718-1003
Ceo.Taft@Rescue-Social.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

_____

CHRISTINA TAFT

    Plaintiff,

vs.

PAUL BARRESI, et al,

and DOES 1-10, inclusive,

    Defendants.

_____

Case No.: 5:24-cv-01930-TJH-DTB

**NOTICE OF SUBPOENA TO WITNESS JOHNNY DEPP TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**

**TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

**PLEAST TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 45, Plaintiff is issuing the attached subpoena to the following **witness**:

JOHNNY DEPP AKA JOHN C. DEPP II

On August 6th, the Clerk issued the Subpoena to Witness Johnny Depp ("Depp") to Produce Documents, Information, or Objects (Issued at Counter). The Clerk R.Young signed it, and the Plaintiff has not attempted to serve this subpoena.

The Plaintiff has politely requested reconciliation with Depp's genuine friend and lawyer, Adam Robert Waldman, near the Second Amendment of this litigation, and he may be a witness, who Barresi unlawfully recorded on the phone.

The subpoena calls for the production of documents or things specified in the subpoena and the attachment to the subpoena on the date, time, and location indicated in the subpoena. See Attached Exhibit A to Witness Subpoena. The notice is submitted for correction with the clerk-issued subpoena.

Date: September 3, 2025

*[signature: Christina Taft]*

Christina Taft

*Plaintiff in Pro Per*

Antibes, France

NOTICE OF SUBPOENA OF WITNESS TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS