# EXHIBIT 1

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

---

## Motion to Seal & Strike Non-Party Submissions

**Christina Taft** <taftchristina.ceo@gmail.com>          Sun, Sep 14, 2025 at 5:47 PM
To: mglass@lavelysinger.com, Megan Mallonee <mmallonee@lavelysinger.com>

Attention Regarding Taft vs Barresi et al -

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*

---------- Forwarded message ---------
From: **Christina Taft** <taftchristina.ceo@gmail.com>
Date: Sun, Sep 14, 2025 at 5:19 PM
Subject: Motion to Seal & Strike Non-Party Submissions
To: Melissa Lerner <mlerner@lavelysinger.com>, Megan Mallonee <mmallonee@lavelysinger.com>

Ms. Glass and Ms. Mallonee,

I need to do a motion to seal and/or strike the submissions by the non-party.

(1) Not only is docket 85 severely perjurious and manufactured false accusations for extortion, and a submission not facilitated in filing by counsel, it has multiple instances of my social security number within it.
This jeopardizes my safety and freedom.
(2) This is private information and even on pages it claims it is for sealing yet was not sealed.

(3) The non-party individual that submitted these false and delusional false accusations was by New Orleans police allegedly charged for false reporting, extortion, and assault with a deadly weapon
— in relation to false accusations of this individual against Hollywood Actor Marton Csokas
and his impersonated attorney Eric Hessler of the New Orleans Police Association.

See attached the circulated forged letter that impersonates lawyer Eric Hessler of NOLA.

This submissions still public with both highly false accusations and manufacturing - typically with tactics aimed towards very wealthy individuals - to spread my private information for false persecution is heinous, usually illegal, and a risk to my safety.

Do you oppose, support, or do not answer to the motion's request for sealing and/or striking docket 85?

I need this sealed and initially I was in absolute shock and terror by the lies intentionally done to take away my life.

Sincerely,
Plaintiff Christina Taft

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*

---

 **P1.pdf**
450K

# EXHIBIT 2

## DECLARATION OF MOLLY BEATON

I, Molly Beaton, declare as follows:

1. I am over the age of 18 and competent to testify to the matters stated herein. My name is Molly Skye Brown and legally Molly-Moreen Skye Beaton. I make this declaration based on my personal knowledge unless otherwise stated.

2. In 2021, I was contacted on Instagram by Angela "Gayle" Meador, a woman turning forty who still lives in her parents' attic. She knew of my work in the entertainment industry, including my production credit with Playbill and my IMDb account, and she immediately tried to use that to gain access to people in Hollywood. Her first request of me was to try to reach out to Johnny Depp on her behalf.

3. Very quickly, I saw Angela's real intentions. She was engaged in catfishing, presenting herself falsely in order to try to entrap Hollywood actors into sexual relationships because of their fame, power, or privilege. I witnessed this pattern firsthand. She wanted me to misrepresent myself and help her catfish others. I refused. That was my first serious red flag with her.

4. Angela then hired me to direct a music video. She promised $1,500 for three days of work and sent me a plane ticket to Nashville. At first, she told me hotel arrangements were made, but once I had committed, she said I would be staying in her house. When I arrived in Tennessee, she put me in her attic bedroom while she slept on the sofa just outside the room. This was the middle of July, and the upstairs attic was dangerously hot. It was a large, old attic with multiple rooms, but only one small window air-conditioning unit in her bedroom. That single unit could not cool the whole space, leaving most of the attic unbearably stifling. The conditions were unsafe and exhausting for me and for anyone else working there.

5. Angela repeatedly told me she was signed with Warner Bros. Music and had been given $50,000 to produce her video. She even showed me an email from someone named Eric, claiming he was her manager and that Warner Bros. had

DECLARATION OF MOLLY BEATON

cleared the project. In reality, nothing about the way she operated resembled a professional production.

6. Within the first day, her lack of preparation was obvious. She picked me up from the airport without enough gas in her car, and we ran out of gas on the freeway as night was falling. We had to be helped by roadside assistance. It was frightening and avoidable, and it showed how careless and self-centered she was.

7. Her unprofessionalism carried into the shoot. Angela claimed she had police permission for locations, which was false. Instead, she had us film illegally behind a strip mall. She also failed to provide basic water and snacks for the dancers in the middle of the summer heat. I had to demand she provide a craft services table. She resisted, but only after I insisted did she reluctantly supply minimal refreshments.

8. Despite her promises, Angela never paid me, the videographer, or the dancers. Everyone worked for free. The video was never completed and remains unfinished in 2025. She continues to use a cover design I created for her single without compensating me. In person, Angela also looked nothing like her photos. They were old, stretched, and manipulated. She was older and heavier than the images suggested, consistent with her pattern of misrepresentation.

9. Angela also falsely presented herself as an attorney. She once claimed she was established in the legal field but never provided evidence of ever practicing law. There is no record that she was licensed in any capacity.

10. While I stayed at her home, Angela told me she had grown up in a family with child sexual abuse and in what she described as a cult. I mention this only to show how she repeatedly used disclosures to gain sympathy and trust while simultaneously exploiting others.

11. Angela also gave me contradictory accounts of her alleged assault by actor Marton Csokas. To me, she claimed Csokas picked her up at the airport, and that as soon as she briefly spoke with her mother on the phone and hung up, he

DECLARATION OF MOLLY BEATON

confiscated her phone. She said he drugged her and chained her to his bed. She told me she escaped by convincing him to let her do dishes, then jumped out of a window naked and ran down the street. She also claimed she later boarded a flight to Florida while "covered in blood," which I find implausible. Yet to Ian Herndon and Christina, she gave a completely different version, saying they had gone to dinner first. These contradictions severely undermine her credibility.

12. As time passed, Angela became hostile toward me. She told me to stay silent about her case and falsely accused me of stealing evidence from her computer. The truth is, the only so-called evidence I ever saw came from Richie Albertini, who sent me fabricated documents and photos—later proven to be pulled from unrelated cases online. When I refused to comply, Angela stalked me, harassed me, and used fake accounts to attack me.

13. I initially supported her as a fellow survivor, but Angela repeatedly lied, manipulated, and twisted facts. She betrayed the trust I extended.

14. Richie Albertini inserted himself into my life after I came forward publicly as a survivor. I later learned someone told him to contact me. Instead of offering help, Richie aligned with my abusers. He harassed, mocked, stalked, and threatened me and my family, including my minor son. He also sent me fabricated documents and photos, part of his pattern of intimidation.

15. I observed Paul Barresi—also known in the porn industry as Paul Bazzi— working alongside Richie. I have personally seen and still see their coordinated activity on X (Twitter), where they harass, intimidate, and dox survivors. On at least one occasion, I reported a screenshot where Barresi posted Christina's full Social Security number along with other private information. X eventually flagged it as doxxing and forced Barresi to take it down.

16. Barresi has a long public history of inserting himself into Hollywood scandals and marketing himself as a so-called "fixer," which is not a legitimate profession. He has even made sensational claims about celebrities, such as John

Travolta. This history shows a consistent pattern of manipulative and exploitative behavior.

17. Angela also circulated a so-called "threatening letter" supposedly from Barresi, Eric Hessler of the New Orleans Police Association, and Csokas.

18. The letter, dated April 21, 2015, threatened Angela with charges of "extortion, filing a false police report, stalking, assault with a deadly weapon and a number of other charges." It also said "Mr. Hessler will be checking your phone" and that "not only will the police come after you in Florida, but I myself will come and find you and the consequences will be dire."

19. This letter is deeply suspicious. It exists only in digital format. There is no physical copy, no envelope, no postmark, no signature—only typed names. No letterhead, no return address, no metadata. Its language is coercive and unrealistic, resembling intimidation fiction rather than legitimate police correspondence. If Angela authored it herself, then she impersonated both police and a licensed attorney.

20. During the music video process, I even have a video where Angela's own best friend, who was doing Angela's makeup and hair in the attic, said, "If Angela tells you anything, don't believe her." Angela had previously explained to me that this best friend would do anything for her and was incredibly timid and easily bossed around. Despite that, the friend still spoke up with this warning. Angela immediately interrupted her to stop her from speaking further. At the time, Angela was wearing a shirt with law enforcement logos, misrepresenting herself once again. None of those girls were paid for their work. Later, Angela stalked me and defamed me online through a "mousepolice" account.

21. Angela also admitted in text messages that she cannot tolerate any criticism and lashes out at people who point out flaws. She lures people in through lies and then attacks when challenged.

22. Angela admitted directly to Ian Herndon that she met Csokas through an escort website. Ian confirmed this in private conversations. I have personally seen screenshots of him confirming these facts. Ian has also said he is too afraid to go on record publicly out of fear of retaliation from Angela, Richie Albertini, and Paul Barresi. His fear only highlights the intimidation they create.

23. In those same screenshots, Ian confirmed Angela told him she had cut herself, contradicting what she told me—that Csokas had cut her. She also claimed she was "bleeding out" on a plane, which is not credible. These contradictions show her manipulation. It also explains why she resists genuine help: she doesn't want scrutiny that would expose her scheme.

24. Christina was initially kind toward Angela and tried to see the best in her. She even withheld negative information to give Angela a chance. I often warned Christina not to trust Angela, because I had been trafficked for work and put in danger by her. Over time, Christina saw for herself what I had already experienced.

25. On April 1, 2025, Christina left a voicemail for Angela. She said: "Angela, good morning. I just want to say you have your freedom of speech and it's your right to say anything you want about me. I'm not concerned about that at all, but I'm concerned about the contradictions (telephone recordings use)…" The voicemail was calm and respectful, affirming Angela's free speech while pointing out contradictions. Angela later twisted this voicemail as harassment, which was false.

26. Christina also received a settlement after her mother's death. This made her a target. Paul Barresi repeatedly referenced her condo in Hawaii publicly on X (Twitter), threatening to take it away from her. Much of her settlement has since been drained defending herself against harassment and intimidation.

27. Based on my direct experiences, I believe Angela Meador, Richie Albertini, and Paul Barresi engage in coordinated deception, harassment, extortion, and fraud, including impersonation of law enforcement.

DECLARATION OF MOLLY BEATON

I declare under penalty of perjury under the laws of the United States of America and the State of Florida that the foregoing is true and correct to the best of my knowledge. I will testify to such if called upon and this is in good faith.

Executed on this __22__ day of September, 2025, at __7:11 PM EST_____, Florida.

Molly-Moreen Skye Beaton

Declarant

DECLARATION OF MOLLY BEATON

# EXHIBIT 3

**Eric J. Hessler**
**Attorney at Law**
**2802 Tulane Avenue Suite 102**
**New Orleans, Louisiana 70119**
**Ph: 504-301-9913**
**Fax: 504-942-2450**
**Email: Hessler.law@gmail.com**

---

**April 21, 2015**


**To: Angela** ███████

**RE: Marton Csokas**


**Dear Ms.** ██████**,**


**I have been contacted by Marton Csokas regarding a possible investigation to be conducted by the New Orleans Police Department regarding your unfounded claims of false imprisonment and sexual torture and assault. I am aware of your location and that you are no longer in the city of New Orleans. It is my unyielding advice to you that you do not move forward in any way in regard to Mr. Csokas. In addition to the house being outfitted with video cameras, that can be released at any time, I am also in contact with Attorney Eric J. Hessler. Mr. Hessler currently is the Attorney of Record for PANO, the Police Union of New Orleans.**

**If you move forward in this action, Mr. Hessler will have you charged with extortion, filing a false police report, stalking, assault with a deadly weapon and a number of other charges. Mr. Hessler will be checking your phone on regular occasions in order to maintain your location. If Mr. Csokas's name is released to the media, not only will the police come after you in Florida, but I myself will come and find you and the consequences of that will be dire.**

**The best advice to give you would be to pretend Mr. Csokas did nothing to you and act as if he is dead. He never existed. Heed my words or face the consequences.**


**Signed,**


**Paul Barresi**
**Eric Hessler**
**Marton Csokas**

 **Gmail**

**Christina Taft <taftchristina.ceo@gmail.com>**

---

## Fwd: Marton Csokas

**Operational Readiness** <initiativedashboard@gmail.com>                    Wed, Nov 9, 2022 at 10:53 PM
To: taftchristina.ceo@gmail.com

---------- Forwarded message ---------
From: **Richie Albertini** <albertinirichie@gmail.com>
Date: Wed, Nov 25, 2020 at 4:38 PM
Subject: Fwd: Marton Csokas
To: <initiativedashboard@gmail.com>

---------- Forwarded message ---------
From: **Angela Gayle** <info@angelagayleofficial.com>
Date: Wed, Nov 25, 2020, 1:27 PM
Subject: Fwd: Marton Csokas
To: Richie Albertini <albertinirichie@gmail.com>

---------- Forwarded message ---------
From: **Angela Gayle** <ameador2717@gmail.com>
Date: Wed, Nov 25, 2020 at 3:17 PM
Subject: Fwd: Marton Csokas
To: <info@angelagayleofficial.com>

---------- Forwarded message ---------
From: **Eric Hessler** <hessler.law@gmail.com>
Date: Tue, Apr 21, 2015 at 1:32 PM
Subject: Marton Csokas
To: <ameador2717@gmail.com>, <babs481@aol.com>

Dear Ms. Meador,

Please read the attached letter.  Your cooperation in this request is appreciated.

Sincerely,

Eric Hessler
Attorney at Law

---

 **P1.pdf**
450K

# EXHIBIT 4

## <u>DECLARATION OF LINDSEY BURRILL</u>

I, Lindsey Burrill, do hereby declare:

1.    I am over the age of 18 and competent to testify to the matters stated herein. I am a resident of Connecticut. I make this declaration based on my personal knowledge unless otherwise stated.

2.    I have knowledge to all the facts stated herein regarding Christina Taft and matters involving an individual named Paul Barresi and his conduct toward Christina Taft and her family, particularly her mother and her mother's tragic death. I was employed by Christina Taft as a private investigator during 2022-2023 and have been communicating with her regarding her ongoing legal cases since March 2025.

3.    Initially, my investigation focused on fact finding and documenting incidents between Barresi and multiple witnesses involved with the civil case between Johnny Depp and Amber Heard.

4.    Christina was very supportive of Heard. Her advocacy and my investigation, along with the investigative work and research by others, led to discovering alleged misconduct and unethical or illegal behavior by Barresi towards many witnesses, and other people coming forward as victims of various individuals within the entertainment industry.

5.    Barresi became aware of Christina's investigation at some point and thereafter started targeting her specifically, invading her privacy, harassing her, and other actions intended to silence and scare her.

6.    I approached this investigation as an unbiased fact finder seeking to understand the facts, gather evidence and witness interviews.

7.    Through my interactions with Christina Taft, I have found her to be generous and kind in our communications and has always been fervently supportive to victims of abuse, doing whatever she can to help them.

8.    I recall receiving a cover letter with subpoena information related to the case. I was grateful she included this letter because it caught me very off guard, and I was confused why I was being subpoenaed years after I last spoke with her.

9.    The cover letter was presented in a reasonable manner and included clear and courteous explanations, and gave me a way to contact her to talk about it further. This explained why I was receiving such documents and ensured I didn't panic or think I had done something wrong. I appreciated the clarity and support provided through this communication, which made the legal process less intimidating. I did not feel pushed, or pressured to cooperate, if anything her cover letter came across almost in an apologetic manner, asking for my help knowing I myself had become scared of what Barresi could and had done to other people that crossed him or became a problem for him and did not want to be involved.

10.    Based on my observations and experiences, I have always found Johnny Depp to be a warm and genuine person. I have always been an enormous fan of his and was initially reluctant to work on a case on Amber's behalf, but knew I could be impartial and put my personal feelings aside to determine the facts. I like that Johnny Depp has consistently demonstrated kindness to fans and others, making frequent visits to sick children in hospitals dressed as Jack Sparrow. He has always seemed to go above and beyond to support people, particularly children, over the past two decades, and I've always viewed him as a good person.

11.    In my opinion, Johnny Depp has faced emotional struggles due to personal hardships in his life, including a difficult childhood and the loss of a close friend, River Phoenix, and found his honest discussions about his struggles with addiction and substance abuse throughout his life very brave. I respected his candor and courage in being open about those very private and personal things, especially given the harm that public knowledge could and probably did have on his career. Despite those challenges, he has shown himself to be kind and supportive toward others, especially those in need. If he is able to help someone, he typically does so as far as I have seen.

DECLARATION OF WITNESS LINDSEY BURRILL

12.    I recall reports that Mr. Depp allowed several of Ms. Heard's friends to live rent-free in his penthouses, even after he and Ms. Heard were separating. This reinforced my view of his generosity.

13.    Through my investigation, it became apparent that Barresi was fixated on the legal proceedings between Amber Heard and Johnny Depp, particularly after being fired as an investigator from Amber Heard's early legal team, and then became laser focused on Christina's advocacy on Amber's behalf. I was fully prepared to document any evidence, whether said evidence was connected to or supported alleged harm to Amber Heard or alleged harm to Johnny Depp.

14.    I entered this investigation with an open mind and a commitment to following the evidence wherever it led. Unfortunately the evidence of Barresi's non-stop harassment, exploitation and publishing of Christina and her family's private information, alleged medical records, and lies in an effort to hurt and silence her quickly became the main focus of my investigation and evidentiary documentation process.

15.    Through my investigation and communications with Christina Taft, I observed that Barresi's conduct appeared to be optically cruel, unreasonable and malicious in nature. Barresi seemed to act on revenge and maliciousness rather than any legitimate purpose. I learned he has a history of unethical behavior, which led to his private investigator's license being revoked in CA back in 2012 and I reviewed the BSIS report pursuant to the allegations that led to the loss of said license. His methods and tactics went far beyond any legitimate investigative purpose and seemed designed to cause maximum harm and distress. Christina was not a public figure, as Barresi was seemingly trying to become. He had self published a 'memoir of his life as a Hollywood fixer' and created a YouTube channel in which he inexplicably started creating lengthy, rambling, incoherant videos featuring recorded phone conversations talking about Christina, trying to get information about her past from anyone willing to speak to him, then editing and publishing those in inflammatory, intentionally harmful

DECLARATION OF WITNESS LINDSEY BURRILL

YouTube videos. I remember being appalled and baffled both as a professional investigator myself, and as a human being, failing to understand how any of what he was doing could serve any purpose other than to intimidate, scare, threaten, and hurt Christina Taft. His came across as unstable and relentless in harming her.

16.    I observed a concerning pattern where Barresi appeared to exploit the generosity and openness of individuals to gather information that could later be used against them or others. Generous and open people without a strong guard up, who may also be naive, but have noble intentions and are good hearted seem to end up attractive targets for Barresi. This exploitation of human decency and generosity struck me as particularly malicious.

17.    Through my investigation and gathering of background information and sources, I learned about Barresi's tactics and approach to gathering information. It became clear that Barresi operates by inserting himself into situations involving public figures or celebrities with the apparent goal of gaining credibility or attention. I observed that he appeared to seek out confidential sources and information, similar to patterns described in other high-profile cases involving fixers, and proudly describes himself as a "fixer." Barresi also has a past in the adult film industry and having worked for convicted felons such as Anthony Pellicano.

18.    I was informed that Barresi had requested Christina Taft's mother Victoria Taft's coroner/autopsy report and sent it directly to Christina Taft. This action appeared to serve no legitimate investigative purpose and seemed calculated to cause emotional distress. There was no reasonable explanation for why he would have sought out such personal and painful documentation other than to inflict harm or attempt intimidation. This alleged autopsy report was then used as the topic for one of his YouTube channel's videos, which he had promoted as if it was a huge exposé. It confused me why he was so obsessively digging into every aspect of her life and twisting what he found to start hurtful and painful rumors I can only imagine were meant to scare her off and silence her.

19. I witnessed these videos being used as evidence in legal proceedings. I found the content and intent of these videos to be a shocking breach of privacy and an obvious intentional attempt to inflict emotional distress, including very obvious efforts to encourage online harassment. In my view, these videos represent some of the clearest evidence of harassment and attempts at causing harm through actual recorded statements rather than mere allegations. To my knowledge, these videos are still live and published on his page to this day, despite being made aware numerous times of the pain they caused to Christina Taft.

20. I also observed that despite Christina's significant emotional distress and donation to support an amicus brief in the legal proceedings, to my knowledge, Ms. Heard never reached out to Christina or provided any thanks or support. Christina's commitment to continue her advocacy regardless showed it was clear she genuinely wanted to support and help Ms. Heard in any way that she could, as she does with many other victims. I never perceived her to be seeking fame or recognition through her advocacy efforts.

21. As a trained investigative reporter and investigator, I was hired to assist Christina Taft in documenting and exposing what had occurred throughout this matter. I was compensated for my work and documentation, and also voluntarily provided emotional support to her throughout the continuous harassment she endured from Barresi. However I was committed to maintaining complete independence in any reporting to ensure objectivity and prevent any potential conflicts of interest or claims of bias.

22. Based on my research, I observed that individuals like Barresi appear to interfere with and undermine support systems for abuse victims. This pattern of behavior seems designed to silence victims and prevent them from receiving assistance or advocacy, which I found deeply concerning given the serious nature of domestic abuse allegations.

DECLARATION OF WITNESS LINDSEY BURRILL

23.    Through my work for Christina Taft, I learned that Barresi appeared to systematically target individuals who might provide damaging information about Christina Taft. I learned that he sought to contact distant relatives and others, apparently attempting to gather negative information in order to create false narratives. This pattern suggested a coordinated effort to cause harm rather than legitimate investigative work. I never saw any evidence or reason for what he was doing to be considered legitimate investigative work, and what if that, he was even investigating in the first place.

24.    I found that Barresi had contacted Christina Taft's mother's ex-husband, questioning him about matters he would have no legitimate knowledge of, given the timeline of when he was present in their family's life. This appeared to be another example of Barresi reaching out to individuals without proper basis, seemingly hoping to gather any negative information regardless of its reliability or relevance.

25.    Based on my investigation, I learned that Barresi created many videos about Christina Taft for his YouTube channel. They appeared designed to cause maximum emotional distress rather than convey factual information. The content and presentation of these videos seemed calculated to attract viewers through sensationalism and "click-bait" rather than provide legitimate investigative reporting. The repetitive nature in his publication(s) of these videos and their inflammatory content suggested harassment rather than journalism.

26.    Based on my knowledge, education, experience and training his published phone "interviews" with Christina's family members were orchestrated only to elicit negative sounding responses or he would posit his own opinions in an effort to summarize the negative information he was trying to obtain from whom he was interviewing, realizing they didn't have relevant or pertinent knowledge of the facts but could be easily coerced into agreeing with his generalized negative narrative. I don't know if he offered any compensation or other promises to Christina Taft's mother's ex-

husband or others for speaking with him and allowing him to lead them through his talking points.

27.     From my observations and discussions, it became clear that Barresi's actions formed part of a larger pattern of attempting to discredit and harm Christina Taft. This included not only the creation of defamatory content but also systematic efforts to contact various individuals in Christina Taft's life, apparently seeking any information that could be weaponized against her, regardless of its accuracy or relevance.

28.     Through my investigation and observations, I learned that Barresi appeared to operate with a sense of impunity, believing he could make defamatory statements without consequences. I learned he had a history of similar conduct involving other individuals, particularly those in the Los Angeles/Hollywood area who lacked support systems to defend themselves. This pattern suggested systematic targeting of vulnerable individuals. He proudly documented examples of his work in his self published book "Johnny Depp's Accidental Fixer: How a Hollywood Sleuth Saved a Pirate's Honor."

29.     I learned that Barresi had made statements suggesting Christina Taft should be "left to die," and had engaged in other threatening behavior. I learned this escalated to the point where Christina Taft had to spend significant time contacting emergency services and shelters out of concern for her safety, eventually relocating to multiple different states in order to try to find any level of personal safety from Barresi- something I do not believe she has found to this day, despite not residing in the US currently. This level of apparent threat went far beyond any reasonable legitimate purpose.

30.     I learned that Barresi had twisted the tragic circumstances surrounding Christina Taft's mother's death in a wildfire into false narratives designed to cause emotional harm and to inflame his followers with a false narrative in hopes they would also harass Christina Taft. Having researched the actual circumstances of that tragedy,

DECLARATION OF WITNESS LINDSEY BURRILL

I found his characterizations to be not only factually incorrect but deliberately cruel, taking a life-and-death survival situation and distorting it for malicious purposes to fit with his reputation damaging and emotionally harmful narrative.

31.    I learned that Barresi had obtained and sent Christina Taft a copy of their mother's coroner report around December 17, 2022. This action served no legitimate investigative purpose and seemed designed specifically to cause emotional distress. The timing and manner of this communication suggested intentional psychological harassment rather than any professional inquiry. I cannot fathom a realistic reason for Paul Barresi to go out of his way to obtain a copy of Christina Taft's mother's coroner report, much less to then send it to her and film a YouTube video about it for his channel.

32.    I was not professionally involved from late 2023, throughout 2024, up until I received the first subpoena in March of 2025.

33.    As a professional investigator, I understood the importance of maintaining appropriate boundaries with witnesses to preserve the integrity of any legal proceedings. I spoke with Claudia Jamisen from the Viper Room a few times after introduced to her, and she responded kindly and openly, although she wasn't available to do a full interview at the time. I understand she was in Johnny Depp's social circles and may be supportive of him, yet she was still friends with Christina.

34.    During our communications, I learned that an individual named Ian Herndon possessed important knowledge about Barresi's activities beyond those related to the defamation proceedings, I found his research to be extremely thorough and it was clear to me that Ian had been looking into Barresi's problematic behavior far before I became aware of Barresi. I understood that Ian had recordings from November 17, 2020, and extensive experience with Barresi's conduct in general. Given his potential value as a witness, I emphasized the importance of maintaining appropriate distance to preserve the independence of his testimony, and spoke with him myself multiple times.

DECLARATION OF WITNESS LINDSEY BURRILL

35.    In my professional opinion as an investigative reporter and private investigator, I observed that Barresi's conduct had evolved from what appeared to be marginally investigation related (in a light most favorable to him) to the defamation proceedings into solely targeted harassment specifically directed at Christina Taft. I realized this transition was important as it could provide Barresi with a defense strategy claiming that Christina Taft was not genuinely afraid if she continued to investigate him after the harassment began.

36.    Through my work documenting this matter, I uncovered a tremendous amount of evidence including audio recordings, reports, BSIS disciplinary reports and investigations into allegations made against Barresi dating back to 2012, screenshots of texts, call logs, emails, tweets, letters, and lengthy documents that demonstrated a pattern of escalating conduct by Barresi. This evidence showed tampering with various witnesses, threats, lies about Christina Taft's mother, the cultivation of followers who believed his statements and his incitement of them to harass Christina Taft on his behalf, and what appeared to be genuine threats spread over the internet. This comprehensive documentation revealed how Barresi's conduct shifted from general activities to specifically targeting and attempting to harm Christina Taft starting in 2022 and continuing to this day.

37.    I always approached my professional work for Christina Taft with an unbiased and open mind, and eventually my work for her ceased concerning Johnny Depp and Amber Heard and became about Barresi and his relentless harassment, stalking, threatening and obsessive behavior towards Taft and various people around her he was able to find ways to manipulate, or expose vulnerabilities in order to use them to hurt Taft further.

38.    I believe Angela Meador to be one of these people that has been manipulated, threatened, and subsequently used against Christina Taft to retaliate against her for seeking a restraining order against him.

DECLARATION OF WITNESS LINDSEY BURRILL

39.    I appreciated receiving the cover letter from Christina Taft attached to the subpoena, as it had been a couple of years since I was last working on this case and was confused as to the help I could provide regarding what was happening now. The letter reassured me that she needed my help based on events that occurred during my involvement working for her and documenting and gathering evidence of the harassment she endured.

40.    I was told by Christina Taft after receiving the subpoena for her CA restraining order case against Paul Barresi that another individual involved in the case (a private investigator, Heather Cohen) had reason to report someone for perjury but was advised against doing so at the time. I understand that the situation has escalated significantly, learned this individual that perjured was named Angela Meador.

41.    I was informed that after issuing subpoenas in her cases, Christina Taft had relocated to flee out of Hawaii (where she had earlier felt the need to flee and move to just to have a semblance of personal safety from Barresi) to the Northeast, then to Europe due to fears for her safety stemming from this legal matter.

42.    I was also informed that Angela Meador misrepresented the contents and intent of legal documents, including a letter submitted with a subpoena issued from Hawaii, and turned it into false accusations. I understand that this caused significant concern and fear.

43.    I have personally witnessed the level of genuine fear Christina Taft has been living with for the past few years, believing that Barresi will stop at nothing, and would come after her, or send someone to harm her, no matter what she does or where she moves to.

44.    I fully support and hope that she is granted a restraining order against Paul Barresi so she can finally move on with her life and not live in fear of being falsely accused of having ill intentions in her efforts to help and support other victims of abuse. In my review of many documents, emails, process service records, screenshots of text messages, call logs, legal documents and letters, I have no doubt that her efforts

DECLARATION OF WITNESS LINDSEY BURRILL

to provide help to Angela Meador and ensuring her safety, after learning of Barresi's involvement with Meador, were made with nothing but good hearted intentions, and a genuine desire to provide help and support to Meador.

45.    Given the lengths to which I have witnessed Barresi go to in order to harm, try to silence and discredit Christina Taft, and knowing her to genuinely and fiercely care about supporting victims of abuse, I can understand the fear she had for Meador's safety upon finding out that Barresi was involving himself with Meador and have seen evidence of Taft's good faith, genuine efforts to protect Meador from Barresi, and wanting to prevent someone else from becoming victimized by his concerning and dangerous patterns of behavior.

46.    I learned that Christina was concerned of Barresi's illegal recordings of telephone calls bringing Adam Waldman into this situation as the attorney and friend of Johnny Depp. She genuinely wanted reconciliation and to amend, understanding Mr. Depp may be a charitable and forgiving individual. I saw that Christina amended with Olivia Barash, and tried to move forward even during Barresi's threats. There's concern of financial abuse and extortion in these matters. Christina is a caring person.

47.    From my interactions and understanding, Christina Taft has always acted in good faith throughout and responded to the situation appropriately with expressly clear communication and intentions.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and will testify to such if called upon to do so.

Executed this 20th day of September, 2025, at Boston, Massachusetts.

Signature: _____

Name: Lindsey Burrill

# EXHIBIT 5

I, Philip Andrew Hamilton, am over the age of eighteen and am not a party to this case. I am the owner of Hamilton Legal Services, LLC., a company which delivers summons and subpoenas, conducts court research, drafts legal documents, and submits court filings for plaintiffs, legal service firms and law firms. My company is listed under the National Association of Professional Process Servers and the plaintiff Christina Taft found my contact information through that listing. I have seen lawsuit documents in her cases, and contacted lawyers, defendants, and witnesses, mainly for Adam Robert Waldman, since January 2025.

At the request of Christina Taft, who has an ongoing United States District Court case in Hawaii Case # 3DSS-25-0000044, I emailed a copy of the subpoena clerk issued for witness Angela Gayle Meador, and never got an email back after notifying her of the subpoena. Christina Taft provided with me Angela Gayle Meador's cell phone number and the contact for some of her adult family members for process serving only from WeServeLaw LLC. I called and texted Angela Gayle Meador and her family members, according to my work schedule during the day to evening as allowed in Virginia service rules and only once a day to solely ask about the one page clerk subpoena, and none of them responded to my request asking if the potential witness received an electronic copy of the subpoena. Virginia allows substitute service to adults at the recipient's residence. Urgency involved serving before the next case hearing of my client in 2 weeks as is standard. Clearly, Angela Gayle Meador evaded service of a court order, and her family members assisted in this evasion, since none of them responded back to my phone calls, texts and emails, nor told me any complaints. My writing was reasonable, stated its by Hamilton Legal Services LLC, and by professional standards.

The work that I conducted for my client Christina Taft was done in a professional manner in an attempt to have a witness notified of a court order. I only asked about the subpoena paper receipt, one time courtesy in music, and about a law firm that had a lawyer there who wrote for my client. We thought it was nice and polite to support her, and thought her call back to me that I missed was feedback that we were helping.

Additionally, I have conducted service by mail for defendant Adam Robert Waldman and contacted multiple family members of his such as his mother, father, brother and his daughter. Additionally, I have contacted other witnesses via phone and email. No issue was brought forth from contact of the defendant, his family members, nor with the other witnesses.

I have great testimonials from my clients and had no complaints from defendants or witnesses about my courteous professional conduct. I was in Virginia and never left the state. The mailing is standard and the cover letter is standard for my state to notify a recipient politely. I read the content and it seemed polite to me and reasonable to deliver.

I declare under penalty of perjury that the foregoing is true and correct.

Name: Philip Andrew Hamilton

Signature: *Philip Andrew Hamilton*

Date: September 27th, 2025

# EXHIBIT 6

10:50 ⌕

5G 90

← **Olivia Barash**
○ Mobile · 3d ago

⋯    ☆

The pattern of events is quite troubling – something I believe Howell would share concerns about. It appears there may be coordinated efforts by certain groups to prevent clear discovery from taking place.
Sadly, Barresi wanted people to go after Adam so he could pressure him and Johnny.

I would rather have freedom for all involved and for myself and my family to be free too.

I genuinely hope you've continued to build your artist profiles and grow your documentary work. Whether you're working on projects about rescue dogs or focusing on music groups, I admire your dedication to storytelling and the creative process.
Your artistic vision and commitment to meaningful subjects is truly valuable.

I wish you continued success and fulfillment in all your projects.

Best regards,
Christina Taft

—————————— AUG 9 ——————————

 **Olivia Barash** ✓ · 2:11 pm
Hi Christina,
Hope you're having a smashing time in Cannes!

🖉    Write a message…    

10:49

← **Olivia Barash**
Mobile · 3d ago                    ···    ☆

Be well and I thank you for the apology.... It means a lot to me when most friends have disappeared 🩵

Cheers,
Olivia

😭 1    😊+

**Christina Taft** 🔗 · 6:13 pm
Dear Olivia,

Thank you so much for accepting my apology and for your incredibly warm reply. It means the world to me, especially knowing what you're going through right now. I hope you're feeling well today.

Thank you for sharing what you're experiencing with me. Your openness and trust mean everything, and I'm deeply moved by your courage in reaching out during such an incredibly difficult time.

You deserve support, understanding, and people who will listen. What you're facing would overwhelm anyone, and you're showing remarkable strength just by getting through each day.

I'm so sorry for the loss of Dave. Twenty-five

🖇  Write a message...                    🎤

# EXHIBIT 7

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

---

### Fwd: fabricated letter

**Molly Skye Brown** <molly.skye.brown@gmail.com>                    Sat, Dec 28, 2024 at 7:19 PM
To: taftchristina.ceo@gmail.com

Molly Skye Brown
Survivor Extraordinaire
#MeTooMuch
https://linktr.ee/MollySkyeBrown

---------- Forwarded message ---------
From: paulbarresi@aol.com <paulbarresi@aol.com>
Date: Sat, Dec 28, 2024 at 12:51 PM
Subject: Re: fabricated letter
To: Molly Skye Brown <molly.skye.brown@gmail.com>

Hi Molly,

I hope you had a pleasant holiday.  Im still in the heat of this frivolous lawsuit filed by Christina Taft. She
invokes your name in her lawsuit. [Attached] Perhaps you've already read it.

My lawyers are very keen on knowing how this alleged Paul Hessler letter ended up with my name on it. Was it
Crazy Christina, Richie Albertini or both who added my name? Mario Nitirini's name has been added to this
conspiracy. He is homeless, and several mentally ill like the rest of these evil people. I know Albertini and
crazy Christina contacted Angela, convincing her I was the man who put a gun to her head. This fact is evident
in the recorded call Taft had with Angela.

Your help is much appreciated. Thank you,

Paul

On Tuesday, October 22, 2024, 09:11:00 AM PDT, Molly Skye Brown <molly.skye.brown@gmail.com> wrote:

Hi Paul, she's a lying psychopath who exploits people so I've reached out to her to let her know if I don't hear back from her by the
end of today that I will be giving her full identity to you so that you can get to the bottom of this.

Molly Skye Brown
Survivor Extraordinaire
#MeTooMuch
https://linktr.ee/MollySkyeBrown

On Mon, Oct 21, 2024 at 4:43 PM paulbarresi@aol.com <paulbarresi@aol.com> wrote:
Molly See Ltr Attached in which my name was added. Christina Taft and Richie Albertini tried to frame me
for threatening a woman in TN, using this letter. I understand you were the original keeper of this letter.
Please tell me who added my name.

Thank you,

Paul Barresi
cell no. 908-656-5712

---

 **Amended Complaint  .pdf**
2841K

# EXHIBIT 8

8:58

◀ Messages



**Mario Nitrini** @nitrini1950 · Oct 23, 2022  ···

The OJ Simpson Case.
The Johnny Depp & Amber Heard Saga.

I am on very good terms with
The @FBILosAngeles
& The @USAO_LosAngeles.
I will assist both of them for sure

A DM was sent to me & look at the date
(Bottom Photos).
& it was accompanied with 2 "PHOTOS" & this letter




💬 3      ⟲ 1      ♡ 1      ᵢ│ᵢ      🔖      ⬆️



**Mario Nitrini** @nitrini1950 · Jan 30, 2023  ···

The OJ Simpson Case

And let me just add to my tweet
(Right photo).
Just recently, I received a threat/demand from a
person who was an employee at @theVIPERroom
when Johnny Depp was a co-owner.
So if anyone who wants to
come-on-me?

ROLL-THE-DICE

mobile.twitter.com/nitrini1950/st...

x.com

8:55

 **Mario Nitrini** @nitrini1950 · Oct 11, 2022
Replying to @nitrini1950 @Jenntink85 and 34 others

The OJ Simpson Case.
The Johnny Depp &
Amber Heard Saga

I was sent the photo below over 2 years ago + 2 images claiming it was a specific person.
There is a BIG-TIME problem with that.
1 of the images is accompanied with a DV article published in 2008

researchgate.net/figure/A-sever…



○ 2    ⟲ 1    ♡ 1



♡ 1    ↻ 2    ♡ 1

**Mario Nitrini** @nitrini1950 · Oct 10, 2022

The OJ Simpson Case.
The Johnny Depp & Amber Heard Saga.

WOW. This is UNBELIEVABLE.
On this blog
⬇️
m.facebook.com/groups/1251919...
2 ladies have uncovered something HUGE.
I was sent the image over 2 years ago by a "person"
telling me that it was @AngelaGayle01
UNREAL....WOW....
⬇️

💬 1    ↻    ♡ 1

**Mario Nitrini** @nitrini1950 · Oct 11, 2022

The OJ Simpson Case.
The Johnny Depp &
Amber Heard Saga

I was sent the photo below over 2 years ago + 2
images claiming it was a specific person.
There is a BIG-TIME problem with that.
1 of the images is accompanied with a DV article
published in 2008
⬇️
researchgate.net/figure/A-sever...

x.com



11:05 AM ⚙    ⏰ LTE 📶 🔋

← 
**ook**



**ver's Truth | Please...**

Join

09 members

**Jena Lynn**
Who is the girl in the picture?

4h



**Delphine Creyssent**
Jena Lynn I googled the image, it seems to be a picture used to illustrate online articles. See in my other post the Google search (I can't attach the image with this post)

🔗 3h
Share    Edit    Lens    Delete


**Delphine Creyssent** ⬛

# EXHIBIT 9

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

---

## Responses to Angela Meador's False Allegations Against Good Samaritan Reporting

**Christina Taft** <taftchristina.ceo@gmail.com>                    Thu, Aug 7, 2025 at 6:55 PM
To: ██████████████████████████████████████████████████

To Whom It May Concern:

Response to Angela Meador's False Allegations Against Good Samaritan Reporting:

**These are Responses to every one of Barresi and Angela's false allegations -**
**This was wrongly enforced by Barresi's manufacturing to do this,**
**when we should have supported each other - as we should have both been innocent.**

**Good Samaritan Support vs. Manufactured Crisis**

My friends Ian Herndon, Molly Beaton, and I should not be punished for acting as Good Samaritans in encouraging Angela to report what happened to her.

Our support was genuine, caring, and aimed at helping her find her voice and seek justice. Ian Herndon and Molly Beaton both supported her decision to come forward and report her experiences. The characterization of this supportive network as inappropriate conduct fundamentally misrepresents the nature of our interactions and intentions.

**Supportive Communication Creates Openness, Not Intimidation**

Throughout my communications with Angela, I was only supportive, caring, and kind. My statements praising Angela, encouraging her, and supporting her freedom of speech did in fact increase her confidence, and she became more willing to share her experiences. Any reasonable person reviewing these communications would see they are kind and supportive in nature. It is well-established that supportive, caring interactions encourage people to speak more freely, not less.

This is confirmed by evidential fact: Sergeant Poole confirmed to me that Angela was "speaking freely" during their interactions (although I didn't know what she was speaking about, since I was unaware of these allegations being made). This demonstrates that supportive communication fosters openness. This stands in stark contrast to Barresi's approach of sending armed guards to Angela's home—a tactic designed to intimidate rather than support.

I am deeply concerned and alarmed by Barresi's use of Justin the armed guard, particularly because his name was used to threaten me in January 2024 about my location before Barresi had Angela write to me.

**Inability to Respond to Unknown Allegations**

I must emphasize at the outset that I have been unable to properly respond to these allegations because I was not informed of what Angela was claiming and was unaware of anything going on in Tennessee. Until receiving this documentation, I had no knowledge of the specific accusations being made against me or that any proceedings were taking place. There is no proof provided for the vast majority of these claims, making it impossible for me to address them adequately when they were first raised. How can one defend against secret allegations made in proceedings of which they have no knowledge? This lack of transparency has denied me fundamental due process rights and the ability to provide contemporaneous responses or evidence.

**Evidence of Supportive Communications**

The actual text message communications I had with Angela demonstrate the supportive and caring nature of my interactions. Any reasonable person reviewing these messages would see them as kind and encouraging communications designed to support someone who had been through trauma. To ensure objectivity, I had third parties and artificial intelligence review and interpret these communications, and all confirmed that they would be appropriate and supportive to any third party reading them.

Critically, these emails demonstrate that to any reasonable person, these are supportive and kind emails that do not refer to her declaration. The declaration wasn't important to me—what was important was that I then knew she was a witness and that she was willing to participate in legal processes, which excited me. I was too afraid to contact her prior, due to not having any connections to Tennessee.

The results speak for themselves: These emails, including the June 17th communication after April 15th, led to Angela naming Marton Csokas as who assaulted her and reporting for the first time the man that threatened her on the hiking trail outside her home in Florida. The evidence shows that Angela is speaking more, not less, and she was never told to withdraw anything - she was told to talk more.

Key examples from my actual messages include:

- March 26, 2025: "Hi Angela Meador, I'm so sorry this is happening to you. I care about you"
- March 26, 2025: "I hope that you will be okay, and Mr. X is Marton Csokas. I hope you won't be scared and I'll diligently try to help you"
- March 26, 2025: "I'm so sorry 💔 I have love for you and hope you are okay"
- March 29, 2025: "Angela, I love you so much and you have freedom of speech. 🖊 "
- March 30, 2025: "Angela, please have a good day and life. I truly apologize profusely for these last 3 years. This is Christina Taft."
- March 30, 2025: "You should have freedom of speech, Angela. Regardless of any proceeding, which I'll support you in, you and your life should improve. I want to help you."
- April 3, 2025: "How can I help you? Other than naming the assaulter, which I wish they considered carefully, I could help with your career recommendations, official site, reaching out. Anything. I stood up for you and will continue to do so."

These communications specifically emphasize Angela's right to "freedom of speech" and contain supportive statements that resulted in her speaking more freely—which was precisely the intended outcome. The messages show care, concern, offers of assistance, and encouragement for her to speak her truth. This directly contradicts any characterization of inappropriate conduct.

The text messages from 2022 demonstrate Angela's willingness to cooperate and share information with me before her extensive interactions with Barresi began, contradicting any claims that my communications were intimidating. These 2022 communications show Angela was comfortable sharing sensitive information and offering cooperation - the opposite of someone being intimidated into silence. This cooperative relationship existed when Angela was able to interact freely, before Barresi's systematic interference campaign.

### Professional Process Service vs. Barresi's Armed Intimidation

The process servers I employed are NAPPS (National Association of Professional Process Servers) certified professionals who are regular citizens upholding ethics and due process rights of parties, courts, and witnesses they serve. These individuals follow strict professional guidelines and represent legitimate legal process. In contrast, Barresi sent "Justin" who was armed to Angela's residence. I only wanted regular citizens conducting professional service.

### Witness Testimony Contradicts Angela's Claims

Heather, the licensed investigator who actually visited Angela's residence once briefly, completely denounces each of these allegations. Since I do not have a lawyer, I asked Heather to conduct this interview as licensed investigators are experienced in witness interviews. As evidenced in the text message communications from March 26, 2025, Heather explains that Angela's claims are "grossly false." Heather states clearly that she didn't "pound" on the door, wasn't there for any significant amount of time before approaching and knocking, identified herself and even showed her license, and left immediately after Angela said she wouldn't answer any more questions. She was only there once, contrary to Angela's claims.

Most significantly, Heather explains that the legal document filed claimed she "stayed for hours and only left when she pulled out her phone to record," when in reality Heather went to another case immediately and picked up her son from school at 3:30 PM, making it impossible to have stayed for hours. Heather even has timestamped audio from her next location 45 minutes away from Angela's home, proving the timeline.

Heather wanted to report perjury based on these false statements, but I told her not to pursue that course of action. In my work, I support abuse victims and I sympathized with Angela. I wanted her to feel able to speak more freely, not less. However, I am now being unfairly criminalized for allowing her to speak more and encouraging her confidence—an approach that has only backfired against me despite my genuine intentions to support her.

### Evidence Demonstrates Third-Party Responsibility

I have provided extensive evidence attached to this response that specifically demonstrates it is not me causing distress to Angela, but rather Paul Barresi who has been systematically harassing and intimidating both Angela and myself. The documentation clearly shows that Barresi has been making hundreds of phone calls to Angela (297 calls in one year versus Angela's 12 return calls), deploying armed guards for her residence, and using illegally obtained recordings to manipulate and control both victims. The evidence includes T-Mobile phone records, witness statements, and law enforcement communications that establish a clear pattern of criminal behavior by Barresi, not by me.

The text messages reveal my documented concerns about Barresi's systematic targeting of "Jane Does" in sexual assault cases through media manipulation. I specifically expressed worry about his "Media Use by Barresi and harming Jane Does (sexual assault cases)" and his pattern of focusing on vulnerable victims rather than actual perpetrators. Angela herself acknowledges Barresi's inappropriate behavior, noting his attempts to make her "think she'd be reported for perjury" - demonstrating his use of fear tactics against sexual assault survivors, which actually stems from Barresi's projected negativity onto Angela.

### Clarifying Language Origins and Manipulative Mischaracterization

It's important to clarify the source of certain phrases that have been distorted in Angela's allegations. The terms "her truth" and "we understand how isolating and frightening it must feel to have someone pressure you to change your truth" that appear in some communications were actually suggested by Claude's artificial intelligence during my review of appropriate language to use when supporting trauma survivors. These are not phrases that I typically use in my own speech patterns.

Significantly, Angela herself used the phrase "her truth" when referring to Marton Csokas in her own text messages, demonstrating that this language resonated with her as appropriate terminology for discussing her experiences. The fact that Angela has now characterized supportive language—language that she herself adopted and used—as somehow manipulative represents a fundamental distortion of the context and intent behind these communications.

This manipulation of supportive terminology into alleged evidence of misconduct further demonstrates how Angela, orchestrated by Barresi, has taken professional and caring interactions and twisted them into false allegations of harassment.

### Third-Party Assessment of Communications

Additionally, reasonable individuals and third parties reading the messages I sent to Angela thought they were heartwarming and kind. Friends of mine supported that I should be kind to Angela in all types of communications, as I was reluctant.

### Supporting Truth and Clarity

I am glad that Angela reported the name of her actual assaulter (Marton Csokas) and disclosed for the first time that she had been threatened at gunpoint by an unknown male whose identity remains unclear. I want to be absolutely clear: I do not believe Barresi was the individual in Florida who threatened her. This is precisely why I sought clarification from Angela in 2022 regarding non-party Richard Albertini's allegations about Barresi being involved in the Florida incident. Angela correctly identifies Richard's name in her documentation. However, I want to emphasize that I am not associated with Richard Albertini, who attempted to extort $25,000 from me in October 2022—an incident I failed to properly report at the time.

The text message communications (Exhibit 22) definitively establish that both Angela and I agree that Barresi was not the individual who threatened her on the hiking trail in Florida. Angela explicitly states: "No, it wasn't Barresi. I thought it was because I was told that it was, but it was someone else. Are you trying to find dirt on Richie now?" This mutual understanding contradicts any suggestion that I was attempting to manipulate her testimony about the Florida incident. Instead, these communications show collaborative fact-finding to distinguish between different individuals and separate incidents.

### Clarifying My Actual Requests

None of my messages to Angela reference her declaration or make any statements about it. I never even used the word "declaration" in our communications. Furthermore, it would be impossible to withdraw something already submitted to the court, nor was I requesting such an action. What I asked from Heather and Renee (who took no action after those initial two days) were questions entirely unrelated to any preliminary injunction document. These questions concerned: (1) the unauthorized use of our recording by Barresi, and (2) confirmation of her assaulter's identity as Csokas—which she has confirmed as accurate.

**The Real Target: Barresi's False Declaration**

The declaration at issue is Barresi's, not Angela's. Barresi falsely claimed in his declaration that Angela consented to his disclosure of our voice recording. Angela correctly never stated she gave such consent because she never did. I never asked her to do anything regarding her declaration. Barresi's interference has incorrectly led her to believe this matter concerns her, when in reality, this is about Barresi's attempt to control the narrative and prevent any statement challenging his false declaration.

There is nothing problematic in Angela's statements in the preliminary injunction proceedings. Minor details like whether certain events occurred in 2020 or 2021 are not significant discrepancies. Barresi has continually created stress for Angela when this situation should never have escalated to this level.

**Legitimate Legal Inquiries**

My request for Angela to potentially testify in my restraining order case made no reference to her previous statements. I assumed she had witnessed Barresi's online conduct toward me. Providing her with support, praise for speaking out, and the ability to contact me represents appropriate and lawful communication.

My primary goal was simply to confirm her position regarding the unauthorized disclosure of our voice recording and likeness, which was distributed to publicists and third parties without our consent.

**Pro Se Litigant Rights and Barresi's Systematic Interference**

**Constitutional Right to Self-Representation**

As a pro se litigant proceeding propria persona, I am constitutionally entitled to represent myself and conduct necessary communications with witnesses, process servers, and other parties in my litigation. The fact that I do not have legal representation means I am required by law to handle these communications personally - this is not harassment, but rather the exercise of fundamental constitutional rights.

My pro se status should not subject me to false criminalization or provide grounds for manufactured claims. Every communication and legal action I have taken falls within the established rights of self-represented litigants, including contacting witnesses, serving legal process, and gathering evidence for legitimate legal proceedings.

**Barresi's Strategic Abuse of the Legal System**

Barresi has systematically exploited my pro se status to manufacture false reports designed to strip me of my property rights and prevent me from filing legitimate restraining orders against him for his documented misconduct and illegal recording activities. By orchestrating these false allegations through Angela, Barresi has weaponized the legal system to silence his victim and avoid accountability for his own misconduct.

The systematic nature of this interference with my constitutional rights represents a clear abuse of process designed to silence a victim of Barresi's documented misconduct while preventing legitimate legal accountability for his actions.

**Point-by-Point Refutation of Specific Allegations**

**Fundamental Issue: Lack of Evidence and Distortion of Professional Communications**

Before addressing specific claims, it's crucial to note that there is no proof for any of these allegations. Angela, orchestrated by Barresi, has taken pieces of professional interactions and twisted them into something else entirely, when in reality they were professional and reasonable communications. As a pro se litigant, I have contacted witnesses over the years in the course of my litigation, and many have declared freely in support of my cases. This is standard practice in legitimate legal proceedings.

Additionally, as someone unaware of what was happening in Tennessee, I have been denied the opportunity to provide real-time responses, gather contemporaneous evidence, or address misunderstandings as they occurred. This lack of knowledge about these proceedings has created a one-sided narrative based on distorted interpretations of legitimate legal advocacy that I can now finally address with proper context.

Regarding any statements by Ian Herndon and Molly Beaton, they speak for themselves and say what they please as independent individuals supporting Angela's right to report her experiences.

**Background & Initial Contact Claims**

**Regarding January 11, 2024 Email (Claim #1)**: The allegations against me in relation to this January 11, 2024 email are false. This email was completely out-of-the-blue and came with Paul Barresi copied to it, and was in response to Barresi, not to me. Critically, only Barresi had unconsentedly disclosed our recording over 15 times after October 9th, 2022 (which he first sent to high-profile publicists) with disturbing context and language. I had no interactions with Angela between October 19th, 2022 to her email to me with Barresi copied to it, after I had told Barresi that Angela did not want her audio used by him, and that he had done fraud and misrepresentation. I was unaware of how much Barresi was calling and contacting Angela. I didn't even know she had the same phone number.

In responding to the January 11th email, I was avoiding Barresi at the time and had a different "life email" - before then, I had no interactions with the "babs" email and it confused me. I discovered later that her professional music email was disbanded. By October 2022, I understood that Barresi wasn't involved with Csokas and Hessler, however, Barresi released a book claiming he is an "Accidental Fixer" and continued to antagonize me and use Angela, making me fear that Csokas was angry with Barresi's disclosures and connections to American Media Inc and media sources.

I tried to refute Barresi to not use us for commercial gains on January 27th and sent him a cease and desist email through legal insurance, however, Barresi then antagonized me with Angela again that he copied, showing me her helpless text messages and our supportive texts, saying he was using a lawyer to contact her. Since celebrity names are involved, and Barresi illegally records lawyers in California, I couldn't obtain a lawyer. This context demonstrates that any contact between Angela and me was orchestrated by Barresi, who had been systematically using our illegally obtained recording and manipulating both of us for his own purposes.

**Regarding March 28, 2025 Acknowledgment (Claim #2)**: I do not understand what acknowledgment is being referenced. Without specific context or documentation of what was allegedly acknowledged, this claim cannot be properly addressed. This appears to be another vague allegation lacking supporting evidence.

**Regarding March 21, 2025 "Inappropriate Conduct" Beginning (Claim #3)**: This date coincides with Heather's brief visit asking about a telephone call from 2022. District Judge Terry Hatter already stated nothing was inappropriate about this inquiry, contradicting the characterization of this as the beginning of inappropriate conduct.

**Private Investigator Claims (Claims #4-10)**

**Process Service vs. "Investigators"**: The individuals who visited Angela's residence were professional process servers conducting lawful service of legal documents, not private investigators conducting surveillance. These were NAPPS-certified professionals following established legal protocols.

**9 Witnesses Found My Process Service & Contact Reasonable, and Connecticut Servers Suggested Cover Letters with Contact Information**: For the Hawaii case, I had process servers contact nine witnesses: Lindsey, Rebecca, Don, Daniel, Denise, Ian, James, Sean, and Amber. None of these individuals had any issue with my contacts or process servers, demonstrating that Angela's response is unreasonable by comparison. I also contacted witnesses directly as part of standard practice, and the Connecticut servers specifically suggested that I provide cover letters with my contact information. Lindsey in particular (who was personally served and accidentally served twice) expressed satisfaction with having a note on how to contact me and how she could declare. I never used the Sheriff for any of these witnesses, and didn't want to for Angela either, as I thought private individuals would be more approachable and less intimidating than law enforcement.

**March 21, 2025 Visit (Claim #4)**: This was a visit by Heather, the licensed investigator, not a process server. Heather only stayed 5 minutes and Angela in that instance correctly stated she didn't give consent and showed her worry about Barresi and Csokas, not me. Then Barresi intervened. This demonstrates that Angela's initial response was appropriate and focused on the actual sources of her distress.

**March 24, 2025 Visit (Claim #5)**: This was a visit by Renee, also a licensed investigator. She had expressed sympathy with Angela as I had instructed her to do, demonstrating my intention to approach Angela with compassion and understanding rather than intimidation.

**"Surveillance" Claims (Claims #8-10)**: These characterizations misrepresent legitimate legal process as inappropriate behavior.

**Transparent Communication Refutes Surveillance Claims**: The evidence clearly demonstrates that I consistently sought upfront, honest, and scheduled interactions. My communications specifically asked for appointments and proper communication channels, which directly contradicts any allegations of surprise visits, following, or surveillance activities.

The pattern of my communications shows a preference for transparent, consensual contact - asking permission to call, scheduling meetings, and conducting all interactions through proper legal channels. Someone genuinely engaging in covert behavior would not be requesting appointments or seeking permission for communication.

**Good Faith Transparency Has Backfired:** My commitment to upfront and honest interactions has unfortunately been weaponized against me. By conducting all activities transparently - using professional process servers, legitimate legal channels, and open communications - I provided a clear paper trail that has now been mischaracterized as evidence of harassment rather than recognized as evidence of lawful, professional conduct.

This transparency directly refutes claims of secretive following. The documented evidence shows I consistently sought proper, scheduled, consensual interactions through legitimate legal processes.

**Professional Process vs. False Claims**: Professional process servers operate transparently, identify themselves, follow established protocols, and maintain documentation of their activities. The fact that all process service activities were conducted through licensed, professional individuals following established legal protocols demonstrates the legitimate nature of these interactions.

**Process Server Professional Conduct**: Process Server Tracy Kroft showed the legal documents to Officer Bork, who did not show interest in them at the time. Kroft was concerned about extortion rumors that were circulating, which may have originated from Renee. However, his actions in delivering documents to the station and showing them to Officer Bork demonstrate that he believed his actions were lawful and reasonable, and he was acting transparently with law enforcement to ensure proper procedures were followed. Tracy Kroft also provided documents to Lt Matthews, showing he thought his service was right.

This demonstrates the professional and transparent nature of the process service, contradicting any allegations of inappropriate conduct. Furthermore, process servers determine if a subpoena is legitimate or not from NAPPS - they're trained professionals while pro se individuals are not. They determined the documentations were legal.

### Phone/Electronic Contact Claims (Claims #11-14)

**False March 26, 2025 Phone Calls (Claims #11-12)**: I did not make any calls on March 26th, and later Angela was alarmed with Barresi that I refuted this. The basis therefore, for the claims of March 26th, are completely false as demonstrated in the T-Mobile records. Further, I show that I only texted once if I would be allowed to call her (and I did not while in California, as actually, further, showbiz people prefer to stay out of these matters regarding assault victims). Further, I only emailed once shortly, again, supporting her claims and her previously supported claims that she sued about and was in media for with testimony -- all sadly didn't continue after Csokas's abuse. In my email on March 26th, I correctly named Csokas as X -- the name does not contradict her, as she correctly already attested to what happened to her. The phone records definitively prove these allegations are fabricated.

**False Police Contact Claims**: Angela falsely claimed that I said she didn't need to talk to Sergeant Poole. This is completely false - I never told her not to talk to Sergeant Poole. However, it is correct that I thought the police and I were on the same "side" in protecting her. I supported police protection at first, since I feared Csokas and the possible anger from him from Barresi's media associations and disclosures, and since Heather conveyed that Angela still feared his surveillance. The call with Poole shows I was glad that Angela could continue to call her local police for any reason for protection. Barresi forcing adversarialness between us and having Angela issue false statements made me fear that she wouldn't be able to have the protection she needs, in case Csokas became very angry at her, due to her involvement in my litigation (which Barresi started).

**False Family Contact Claims (Claim #14)**: I did not contact any of Angela's family members. Philip the process server (and Angela oddly does not name anyone else except me, which is not fair, as I can only try to guide people to be polite and understanding, but process servers and licensed investigators advise me in turn, meaning, I can only do so much). Philip only asked about the subpoena, obtaining a different law firm (Bloom's firm), and her music once, which reasonable friends of mine found kind and supportive. Any communications by professional service providers were conducted according to their professional standards and guidelines, not at my specific direction regarding content or approach - except for contacting Angela's mother and two brothers on July 8th, when I was asking them to help Angela report against Barresi, and shared my concerns about his conduct with them. This was done reasonably since Rebecca Berry's family protected her and changed her phone numbers when dealing with similar situations. Further, I was reporting to California police against Barresi, and was hoping they'd protect her.

**Important Note Regarding Heather and Renee**: The allegations about Heather and Renee were already shown as false due to the submissions in my case, and District Judge Terry Hatter already stated it was not factually based that they did anything inappropriately. Further, they're both licensed, unlike Barresi, who was disciplined by BSIS and was immediately put on probation for false statements, fraud, manufactured evidence, and false reporting. Heather is a licensed investigator who was interviewed by Sergeant Poole.

I further sent them cease and desist letters on March 31st, which took time to write. In these letters, I told them that they didn't understand sexual violence cases and that by making Angela think she'd be reported for perjury (which actually stems from Barresi's projected negativity onto Angela, which is completely false and wrong, though I could sense there were issues), they actually caused her to withhold testimony and information that would have supported my legal claims.

My cease and desist letter clarified that she had truthfultestimony about lack of consent of our audio conversation and that X is Csokas (not Musk or any other person who could be associated with Justin -- Barresi's armed guard).

No one has ever conducted surveillance for me, nor would anyone simply sit around watching. Most interactions, as I've shown previously, lasted only 4 to 5 minutes. Further, as stated, these follow industry standards that have been reasonably received by others.

**Police/Legal Action Timeline Claims**

**Invalid Service of Restraining Orders Claims (Claims #15-18)**: These alleged restraining orders are legally invalid under Tennessee law and national standards for due process. Tennessee law, consistent with constitutional requirements across all states, mandates personal service of restraining orders for them to be legally valid and enforceable. The court records show these orders were marked as "UNDELIVERED" and "UNCLAIMED" (Case numbers C202502288725OP895 and C202502485125OP918), confirming that proper legal service was never completed.

Only New Hampshire permits telephonic service of restraining orders by police, and only when the police themselves issue the order - which was not the case here. Without proper personal service as required by law, these ex parte orders have no legal effect and cannot serve as the basis for any criminal charges or legal proceedings. The failure to achieve proper service undermines the entire legal foundation of Angela's subsequent claims.

**False Information in Both Ex Parte Applications**: Even the first denied ex parte application contained numerous false allegations, with only two factual elements: that process servers were attempting service (though characterized incorrectly as "not structured") and that I had "liked" Angela's Instagram gallery posts. The judge in the first application likely recognized the non-threatening nature of liking social media posts and denied the initial request based on insufficient evidence of actual harassment.

**Specific False Claims in First Ex Parte Include:**

- **False "Recantation" Claims**: The application falsely states I wanted Angela to "recant" her statement, when in fact I never referenced her declaration or requested any recantation. My communications consistently supported her right to speak freely.
- **False Phone Call Claims**: The application alleges "constant phone calls from various phone numbers" when T-Mobile records definitively prove I made no calls on the dates claimed.
- **False Family Contact Claims**: The application falsely claims I contacted family members including an "eleven-year-old niece," when any family contact was conducted by professional process servers following standard legal procedures, not by me personally.
- **False "Threatening Messages" Claims**: No threatening messages were ever sent. All communications were supportive and caring in nature, as evidenced by the actual text messages.
- **False "Aggressive" Process Server Claims**: The process servers were NAPPS-certified professionals following standard legal protocols, not aggressive intimidators.

**Manufactured Escalation in Second Application**: The second ex parte application contained even more fabricated allegations that were not present in the first application. This pattern suggests deliberate escalation of false claims, likely orchestrated by Barresi, to overcome the judge's initial reasonable denial of the first application.

The progression from a denied application with minimal factual basis to an approved application with increasingly dramatic but false allegations demonstrates a systematic effort to manufacture legal grounds for restraining orders through escalating fabrications rather than actual evidence of harassment.

**False 911 Call Claims (Claim #32 - February 2, 2025)**: This is sad, however, it's false that I called 911. I can't even do that when from outside the region. When I read this, this looked like a claim from Angela about "being held hostage and being abused" that it's a claim for help from her about her experiences, and that she's forced to present the harm that's happening to her from predators that are not related to me, since there's no proof of these calls. This represents another example of manufactured evidence designed to create a false narrative.

**"No Response" List Claim (Claim #33)**: This claim appears to be related to the false 911 call allegations where she claims to be held hostage and abused. Again, although this is false without proof, it's sad and disturbing as a claim, seeming to reference that these false alarms are now putting her at risk for when something does happen beyond Barresi's lies. This claim is directly contradicted by law enforcement's actual treatment of me as a victim in my interactions with both California police and the FBI regarding Barresi's conduct. Law enforcement agencies have consistently recognized me as the victim, not the perpetrator.

**Subpoena Claims (Claims #20-30)**

**Multi-Jurisdiction Subpoenas**: These represent legitimate legal discovery in related cases, not abuse of process. Each subpoena served a lawful purpose in gathering relevant evidence.

**Hawaii Case Dismissal (Claim #25)**: This dismissal was related to inability to serve Barresi with the Sheriff's in San Bernardino County, California, and the fact that Hawaii doesn't do 'long arm' jurisdiction for telephonic or electronic abuse from the mainland. This was a jurisdictional technicality, not misconduct.

**Maui Ruling (Claim #30)**: Paul Barresi faxed in a letter with defamation, scandal, false lies, and false associations of people he isn't related to (see United States v. Pellicano case) nor did they give him any consent, but they're unable to stop his derangement. Hawaiians tend to believe people without proof, and I had to continually change addresses trying to get Barresi to stop finding my locations and stop focusing on my property, making me unsafe.

## Personal Safety Claims (Claims #31-36)

**False "12 Police Responses" Claims**: The allegation of 12 police responses is highly suspect and appears to be another manufactured claim. I had no knowledge of any such police responses and believed there were only approximately 2 police interactions at most. This dramatic inflation of police contact numbers correlates directly with Barresi's documented pattern of making 297 calls to Angela in one year versus her 12 return calls, demonstrating his systematic harassment campaign.

The timing and frequency of these alleged police responses correlates with Barresi's contact with Angela and texts from Philip, but significantly, no one from my side was actually present at these locations when police allegedly responded. This pattern suggests either false reporting or police responses to situations that had nothing to do with my legitimate legal activities.

**Barresi's Armed Guard Creating Fear, Not My Activities**: Angela's reported issues with "going out or grocery shopping or not staying home" correlates directly with Barresi's deployment of his armed guard Justin to her residence, not with any actions by me or anyone associated with me. I have personally experienced similar responses due to Barresi's fixations and harassment campaign against me, but I have to tell myself to remain calm and recognize it as manufactured false persecution by Barresi.

No one involved with me or under my direction was involved in creating any unsafe feelings for Angela regarding her daily activities. The actual source of her fear appears to be Barresi's armed intimidation tactics and his systematic campaign of manipulation and control.

**Clarification of Armed Individual and Correct Reporting on June 23rd with Csokas Assault**: The text message communications (Exhibit 22) definitively establish that both Angela and I agree that Barresi was not the individual who threatened her on the hiking trail in Florida. Angela explicitly states: "No, it wasn't Barresi. I thought it was because I was told that it was, but it was someone else." However, the messages confirm that Justin, Barresi's armed guard, was indeed sent to Angela's residence. I stated in confirmation with Angela: "You can say that Richie tried to say the man that intimidated you was Barresi. Yes, you were intimidated, threatened, but all was pointed at Barresi." This establishes that the actual armed threat came from Barresi's associate, not my professional process servers.

**Armed Guard (Claim #34)**: As noted, the only armed individual at Angela's residence was Justin, who was sent by Barresi, not by me. More concerning is the apparent coordination between Barresi and Angela to develop false allegations against me for pursuing legitimate litigation—a conspiracy that typically violates laws against filing false reports and abuse of process.

## Online Activity Claims (Claims #37-42)

**Impersonation Claims (Claim #37 - April 8, 2025 onwards)**: I never impersonated Angela's agent or manager to solicit work. Any contact with industry professionals was conducted under my own name and was supportive in nature, aimed at legitimate opportunities for Angela's career advancement. As evidenced in my communications, I offered to help with "career recommendations, official site, reaching out" - this was transparent networking support, not impersonation or deception.

**Fake Account Claims (Claim #39)**: I did not create fake accounts using names from Angela's friends list. This allegation lacks any supporting evidence and mischaracterizes legitimate social media activity. My social media interactions consisted only of 'liking' posts and trying to remind Angela about her previous career and positive social life, something a friend would do, and was encouraged by friends in my life. Any social media interactions were conducted from my verified, authentic accounts.

**Reporter Contact Claims (Claim #40)**: I refuted Rebecca Berry about interviewing Angela. It was Paul Barresi who has contact with media, tabloids, and exploitive reporters like American Media Inc/Dylan Howard (see case of extorting Ronan Farrow and payoffs from entertainment individuals avoiding scandal). Barresi however procured recordings from Berry, against our consent. Any issues with media was about witness intimidation, and how licensed investigators declared in my case in support of protecting witnesses and victims. I did not contact reporters about Angela's sexual assault history, nor would I ever do that, as it's an invasion of privacy.

9/13/25, 8:23 PM
Case 5:24-cv-01930-TJH-DTB    Document 105-1    Filed 10/02/25    Page 46 of 114
Gmail - Responses Document regarding false Allegations Against Good Samaritan Reporting...
Page ID #4815

**Public Naming Claims (Claims #41-42 - April 16, 2025)**: Padi Barresi did public naming of her and her assaulter, Csokas, for years, while I remained silent. Any legal documents with it is under litigation privilege, and it's required to name who is doing actions for clarity, otherwise it's a gossip forum. These are legal contexts. As for any postings, they're in contrast to Barresi publishing my social security history, and asking people to retaliate against me. He's further used her full name in his postings. Again, this is a manipulative man who has been involved in porn. Anything I do is with thought, and a cease and desist to Csokas is to rule out his involvement, and further ruin Barresi's marketing to Csokas to be able to stop his drafting to tabloids about what happened to Angela. I prefer legitimate legal processes.

**Witness Intimidation/Coercion Claims (Claims #43-47)**

**Supportive Communication is Not Coercion**: The fundamental legal and psychological principle is that supportive, kind, and upfront honest interactions cannot constitute coercion. Coercion by definition requires threats, intimidation, or pressure designed to force compliance against someone's will. My communications were consistently encouraging, caring, and supportive of Angela's autonomy and right to speak freely.

The documented evidence shows I never made threats about Angela's music career or suggested negative consequences for non-compliance. To the contrary, all career-related communications were positive and supportive, offering genuine assistance with "career recommendations, official site, reaching out" and expressing admiration for her artistic work. This represents the opposite of coercion - it demonstrates supportive networking and professional encouragement.

**Evidence of Barresi's Actual Career Damage**: Contrary to any suggestion that I harmed Angela's career, the documented evidence shows that her professional music website went offline for three years following Barresi's unauthorized acquisition of our audio recording in October 2022. Web archive evidence (https://web.archive.org/web/20240110215735/http://www.angelagayleofficial.com/) demonstrates that her official music website www.angelagayleofficial.com was down throughout 2023 and remained down as of January 10, 2024 - the day before Barresi orchestrated her email to me using a "babs" email address instead of her professional music email.

This timeline clearly establishes that Angela's career disruption occurred after Barresi's involvement, not after my supportive communications. The three-year period of her website being offline (2022-2024) corresponds directly with Barresi's systematic harassment of both Angela and me using our illegally obtained recording. In my legal objections, I specifically documented this career damage as evidence of Barresi's harmful impact on Angela's professional life.

**Distinguishing Support from Manipulation**: The legal standard for distinguishing supportive communication from coercive manipulation requires examining the content, tone, and intent of the communications. My messages consistently:

- Expressed genuine care and concern for Angela's wellbeing
- Encouraged her agency and right to make her own decisions
- Offered practical support for her professional goals
- Respected her autonomy and freedom of choice
- Used language recommended by professional AI systems for supporting trauma survivors

This pattern of communication reflects legitimate support and advocacy, not coercive manipulation designed to force specific outcomes against Angela's will.

**False Recantation Document Claims (Claim #43)**: I never sent anyone to obtain recantation documents from Angela. The professionals were delivering legitimate legal subpoenas, not seeking recantations. As evidenced by Heather's testimony to Sergeant Poole, the interactions were brief, professional, and involved standard document service procedures. The characterization of legitimate legal process as coercion fundamentally misrepresents the nature and purpose of these interactions.

**False "Manipulative Language" Claims (Claim #44)**: The language cited as "manipulative" - phrases like "your truth matters" - were actually recommended by artificial intelligence during my review of appropriate terminology for supporting trauma survivors. Angela herself adopted and used this same language in our text message communications, demonstrating that she found it supportive and appropriate. The fact that professional, supportive language is now being characterized as manipulation represents a fundamental distortion of context and intent.

**False Information to Perpetrator Claims (Claims #45-46)**: I did not send false information to Csokas or contact him inappropriately. Any communications related to Csokas were part of legitimate legal proceedings and were consistent with Angela's own previous public statements identifying him as her assaulter.

**Court Filing Claims (Claims #48-50)**

**Second Amended Complaint (May 26, 2025)**: This filing represents legitimate legal pleading based on factual allegations. It is 160 pages long, documenting 3 years of experiences and multiple civil claims. As legally required, it has names of individuals due to the legal process.

**Additional Claims to Refute**

**False Pattern of Behavior Claims:**

**False "Never Stop" Threats Claim**: I never stated I would "never stop" until getting what I wanted. My communications consistently expressed support for Angela's autonomy and right to make her own decisions. Any reference to persistence related to legitimate legal proceedings against Barresi, not coercion of Angela.

**False Multiple Jurisdiction Threats Claim**: I never threatened to file lawsuits "over and over again" in multiple jurisdictions to harass Angela. The multiple jurisdictions reflect legitimate legal strategy in pursuing Barresi's misconduct across different states where his actions occurred, not abuse of process against Angela.

**False Emotional/Physical Impact Claims:**

**False "Constant Fear" Attribution**: The "constant fear and anxiety" Angela experiences appears to correlate with Barresi's documented harassment campaign, including 297 unwanted phone calls and deployment of armed security, rather than my supportive communications. My communications were designed to reduce her fear, not increase it.

**False "Retraumatization" Claims**: Any retraumatization Angela has experienced appears to stem from Barresi's systematic exploitation of our private recording and his manipulation of her assault history for his own purposes, not from my supportive advocacy for her right to speak freely.

**Financial/Professional Impact Claims:**

**Career Impact Misattribution**: As documented by web archive evidence, Angela's professional music website was offline throughout 2023 and remained down in January 2024, correlating with Barresi's interference period, not my supportive communications. Any negative career impact appears attributable to Barresi's systematic disruption of her professional activities.

**Evidence Claims:**

**Falsified Documentation Through Selective Editing**: What Angela and Barresi are doing is taking portions and croppings of legitimate documents and communications, turning them into something else entirely while not providing the full context or complete documents. This represents falsified documentation and false accusations - not separate incidents but rather a systematic distortion of legitimate interactions. With this accompanying Barresi's public threats for years and his agenda to take my property, this cannot be trusted.

**Recorded Police Call Claim (April 16, 2025)**: This recorded call actually showed that Sergeant Poole acknowledged that I wanted to help Angela, and that she was "speaking freely." It's not legal nationwide to do service (and without describing the allegations claimed) for ex partes over the phone. Again, I had no idea what was going on because I was not there! Before this, I had reported in Nashville, to Bork, and to Lt Matthews, and Goodlettsville thinking I was reporting against Barresi's coercion, and that I would eventually report to the FBI to help Angela and I as victims, but instead, I've been threatened, so I couldn't safely do so, though I still want to report to them over the phone.

**False Claim About Man in Basement**: Angela has made a false claim about some connection to a man in her basement, that I do not know what this is about and sounds scary. I have no idea what that's about or how they'd even get in. CMI Legal was the last NAPPS person around April 11th, and Philip is in Virginia - no one has contacted or been around Angela, and I was in California on July 4th.

**Detailed Analysis of Email Communications**

A careful review of these email communications reveals a consistent pattern of supportive, caring outreach that any reasonable person would recognize as genuine attempts to help someone who had experienced trauma. The communications demonstrate several key characteristics of legitimate support:

**Expression of Care and Concern**: The emails consistently express genuine care, with phrases like "I'm so sorry this is happening to you. I care about you," "I have love for you and hope you are okay," and "You are a remarkable, strong woman." These are not the words of someone seeking to harass, but rather someone expressing authentic concern for another person's wellbeing.

**Encouragement of Agency and Voice**: Throughout the communications, there is consistent emphasis on Angela's right to speak freely and make her own choices. Phrases like "you have freedom of speech," "You should have freedom of speech," and "I'll support you in" demonstrate respect for her autonomy rather than attempts to control or manipulate her decisions.

**Professional and Career Support**: The emails show genuine interest in Angela's professional success, with offers of assistance with "career recommendations, official site, reaching out" and expressions of admiration for her artistic work. I offered this career assistance despite her claims against me, because I genuinely wanted to help improve her life, no matter how she felt about me, as anyone should have their own life and independence. This demonstrates supportive networking behavior, not harassment.

**Acknowledgment of Past Mistakes Due to Barresi's Involvement**: The communications include genuine apologies and acknowledgment of past errors, such as "I truly apologize profusely for these last 3 years" and expressions of regret about not understanding her situation earlier. This has nothing to do with my actions, but that I brought Barresi into Angela's life unfairly, since we were reporting him and trying to stop his exploitation, then he sadly became obsessed with her. This shows accountability and genuine remorse, not manipulative behavior.

**Protective Intent**: Several emails explicitly express protective feelings, with statements like "You are protected and deeply cared for" and offers to help her report concerning behavior to authorities. The sender even provides specific law enforcement contact information and case numbers to assist Angela in seeking protection.

**Respectful Tone and Language**: The communications maintain a consistently respectful, caring tone throughout. Even when discussing difficult topics, the language remains supportive and focused on Angela's wellbeing rather than demanding or threatening.

**Focus on Angela's Truth and Experience**: The emails consistently validate Angela's experiences and encourage her to share "her truth," demonstrating respect for her perspective and experiences rather than attempting to silence or discredit her.

Any objective third party reviewing these communications would reasonably conclude that they represent genuine attempts to provide emotional support, practical assistance, and encouragement to someone who had experienced trauma. The tone, content, and consistent focus on Angela's wellbeing and autonomy clearly demonstrate supportive intent rather than harassment or intimidation.

Most significantly, these communications achieved their intended positive result: Angela became more willing to speak openly about her experiences, ultimately naming her assaulter (Marton Csokas) and reporting additional threatening behavior for the first time. This outcome directly contradicts any characterization of the communications as intimidating or designed to silence her.

### Unauthorized Use of Names and Scandal Creation

Barresi has used people's names without their consent and created scandals to support his false narrative. This manipulation of third parties to generate false reports represents a calculated abuse of the legal system. All of these manufactured controversies go against my principles and values - I am fundamentally opposed to using people without their consent or creating false scandals.

### Wrongful Deprivation of Constitutional Rights

These manufactured allegations are designed to wrongfully deprive me of my constitutional rights to legal representation (even if self-representation), property ownership, and access to the courts for legitimate grievances. Barresi's strategy appears aimed at rendering me legally defenseless while he continues his misconduct and exploitation of our illegally obtained private recording.

### The Cruel Orchestration of False Adversarialness

What makes this situation particularly cruel is that Barresi has deliberately orchestrated an adversarial relationship between Angela and me after he obtained our private telephone discussion without consent. This orchestrated conflict is especially troubling given that Barresi's associated co-worker/boss, Anthony Pellicano, was convicted in federal court for witness tampering, extortion, and illegal recordings in United States v. Pellicano (9th Circuit, California)—the very tactics now being employed against us.

For context, Anthony Pellicano was a notorious Hollywood private investigator who engaged in illegal wiretapping, witness intimidation, and extortion schemes. His conviction in federal court demonstrates a pattern of criminal behavior in Barresi's professional circle that directly parallels the tactics being used in this situation. Further, my Second Amendment issues rationalized into media issues, and ultimately Barresi is a freelancer that previously worked with Pellicano—these issues are ones I originally had in 2023, until I was pressured to name multiple witnesses in my original complaint (which was written by a paralegal) to keep them participating in my matters.

I have approached both the California police and the FBI regarding Barresi's conduct, and in each interaction, I was treated as the victim. This official recognition of my victim status by law enforcement agencies contradicts any

characterization of me as a perpetrator.

There should be no adversarialness between Angela and me. I began this interaction by providing her with genuine support, and I continue to operate programs with interns who help artists and abuse victims, though these efforts are still in development. My commitment to supporting trauma survivors is demonstrated through my actual work and advocacy.

I am rendered helpless when multiple legal claims become associated with Angela, particularly when friends in my circle and declarants know how important she is to me as someone I genuinely care about and want to support. The creation of this false adversarial dynamic serves only Barresi's interests in deflecting attention from his unauthorized use of our private communications and his deployment of armed intimidation tactics.

Further, I am strongly against focusing on sexual abuse as that can be abusive in itself and internalizing. It's Paul Barresi - a former porn actor - who has sadly focused on this which is abusive to Angela. It's abusive that she would have to think of it repeatedly due to him.

## Conclusion

The pattern of allegations presented fundamentally mischaracterizes legitimate legal processes and supportive communications as inappropriate conduct. The real source of stress and conflict in this situation has been Barresi's unauthorized use of our private recording and his deployment of armed security to Angela's home. My actions have been consistently supportive of Angela's right to speak her truth while seeking to address the unauthorized use of our private communications.

Most importantly, these allegations have been made in proceedings that I was unaware of and not given the opportunity to respond in real-time. The lack of substantiating evidence for the majority of claims, combined with my ignorance of what was happening in Tennessee, raises serious questions about the fairness and accuracy of this narrative. Even more concerning is the apparent coordination between Barresi and Angela in developing these false reports against me for exercising legitimate legal rights—conduct that typically constitutes conspiracy and abuse of process. I am now responding as fully as possible given the constraints of addressing months-old allegations that I was previously unaware of.

This matter should be resolved with full transparency and due process rights for all parties, without further traumatizing Angela or mischaracterizing legitimate legal advocacy as inappropriate conduct. This should have been resolved in civil claims for relief. What deeply saddens and concerns me is that Barresi and his lawyers were copied on every email exchange with Angela. When I specifically requested that they not use our recording or any materials against her, they completely ignored my request and failed to inform me of their intentions.

I am highly concerned that Barresi sent an armed guard named Justin to Angela's home. This armed individual represents the only person with a weapon who went to her residence—a fact that contradicts the narrative being presented about my process servers. More troubling, it appears that Barresi was repeatedly calling Angela to coordinate and conspire on how to falsely report me for engaging in legitimate litigation. Such conspiracy to file false reports against someone exercising their legal rights typically constitutes illegal conduct and represents a serious abuse of the legal system.

It is particularly disturbing that Barresi claims he will take away my home, property, and has driven me to be too afraid to remain in one location. As with his previous participation with Pellicano, he's engaging in extortion activity. In some states, extortion includes making a witness withhold from a legal claim. In my case, what's being withheld is Angela's lack of consent to the use of our audio recording, which applies to multiple claims in my litigation needs so that I have autonomy.

## The Harm Caused by Manufactured Adversarialness

I have reached out to lawyers like Andrew Beasley and Deb - attorneys who usually take on innocent clients where claims are fully dismissed and expunged. Given the sensitive nature of this situation, it clearly will distress both of us needlessly about these issues. Instead of Angela getting the support she needed to understand what she's been through these years, Barresi has wrongfully made us adversarial - something the District Judge was against. It has caused tremendous harm to me and financially to respond to this. I never wanted to have to respond to this.

This has already caused terror to me and dislocation, and emboldened Barresi's extortion tactics (which in states can include a witness withholding their truthful testimony or information from a legal claim - which would be mine). Richie is now coordinating with Barresi to engage in extortion, and it was one of Angela's fears that Richie would harass her, as he did of sexual assault victims and against Molly and I, as documented in the Maitland Police Department in Florida (Case No. 48-2021-NM-002537) and California police report RCR2506114. I truly hope you will do the right thing in these actions, and please find a way to have her and her family have less stress - something I never wanted to happen.

In fact, if you ask Tracy (and sadly the servers in this issue, like most people, can't believe the seriousness of what's being alleged falsely), he will convey that I thought by my 3rd attempt that all was "calm" and previous emails I've shown to CMI

Legal show that I wish things to be calm and normal. Sadly, Barresi and his use of Justin has made this abnormal.

Re-reading this is very saddening to me and tearful, as this is horrible for anyone to have to live through, and I feel sympathy for Angela. If Barresi wasn't involved, this wouldn't be happening, and my apologies was for him getting into her life through our inquiries and reports against him.


**Summary of Evidence**

The attached exhibits demonstrate support of my innocence:

- Complete email communication record - showing consistently supportive, caring communications offering career assistance and protection, directly contradicting harassment claims
- Call records from my phone showing only 4 calls to Angela (April 1, 12, 14, 30, 2025) - disproving claims of excessive calling
- Text messages from March 26, 2025 showing my supportive communications with Angela, including offers of help and expressions of care
- Documentation of my cease and desist efforts to Barresi - proving I tried to stop his unauthorized use of our recording
- Documentation of family contact on July 8th only - showing limited, protective contact with Angela's mother and brothers asking them to help Angela report against Barresi
- Philip Hamilton's professional process service communications - demonstrating legitimate legal service regarding subpoenas
- Evidence of my efforts to protect Angela by reporting Barresi to law enforcement - including case numbers and deputy contact information provided to Angela
- Evidence of Angela's false accusations and false reporting - contradicted by actual phone records and documented communications
- Lastly - Email threads from July-October 2022 between Christina Taft, Angela Gayle Official, and investigators discussing audio recordings, witness intimidation allegations, and legal complaints involving Paul Barresi and Marton Csokas.

These exhibits show that Angela made false accusations against me while I was acting supportively and within legitimate legal processes. Further, putting me on the spot to show phone records of my innocence to officers is unfair to me.

Ultimately, I hope you will find that I am an innocent person, and it only benefits Barresi to make us adversarial when really we are agreeing overall in social concepts, except stuck with his manipulation. Angela is being emotionally vulnerable while manipulated by a former porn actor. Please don't make this go further - he will take all transcripts and recordings, and make this worse. Barresi should have been charged with Pellicano, and sadly he was not probably because he has serious mental issues. He is an extortionist, so people avoid him usually, and I've only suffered as a result of him.

I was afraid to say that anything Angela said or did was false, due to Barresi's manufacturing to harm both of us. To either do one or the other - either Angela does false reporting/perjury and I'm innocent, or Angela is all correct and I'm all wrong, is false dichotomies and harms both of us. I urgently request that these proceedings cease, and that it's clarified how I can communicate with the Sheriff, and how I can find a local lawyer in her area (again, no one has taken this seriously as it is too bizarre to them for subpoenas to turn into criminal allegations - it's not right, plus I am a tiny person, so I need help).

Other witnesses didn't mind that I'm pro se, but Barresi - since multiple claims of unauthorized use of our voice relates to Angela and it deeply hurts me that she was harmed as an assault victim when I am supportive of abuse victims.

Sincerely,

Christina Taft
Propria Persona
--
*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*

---

**10 attachments**

Correct Reporting on Csokas and Man Threat, Not on me.jpeg
125K



**Only calls once March 30, April 1, April 12, April 14 - few and ocassional.png**
281K

Justin, this armed security guard was hired to stay the night because of the increase of activity towards me and my family.

**Uncontroverted Justin Armed Guard by Barresi.jpeg**
106K

**Only Texts Taft to Angela March 26-April 3 (supportive, kind).pdf**
1589K

**Philip Hamilton Reports Subpoena Requests Contacts.pdf**
1685K

**Prev Philip Subpoena - Only Texts July8th-9th Family Professional.pdf**
7362K

**Only Supportive Emails Taft to Meador Jan2024, March, April,July2025-merged.pdf**
8738K

**EXHIBITS 22 – TEXTS OF ANGELA WITH PLAINTIFF-merged-compressed.pdf**
1829K

**Only Supportive Emails Taft to Meador, Occasional, first email to me I changed my email to avoid Barresi-compressed.pdf**
771K

**July2022-Oct2022 Emails AngelaGayleOfficial Total - merged.pdf**
1624K

# EXHIBIT 10

10:20

**Twitter**
Open in the Twitter app

OPEN

← **Tweet**                    Open app

**Paul Barresi**
@PaulBarresi1                    •••

Robert Blake hired me to collect a debt. I met with him twice. Each time my gun was holstered to my ankle; his wrapped in a towel. The towel muffles sound & catches residue. After pulling trigger you dump the gun, the towel, the whole mess.  I always thought he whacked his wife.



8:10 PM · Mar 9, 2023 · **6,117** Views

**5** Retweets    **92** Likes

🔒 twitter.com

9:14

✕                                                                          •••



| COUNTY OF LOS ANGELES | | | DEPARTMENT OF CORONER |
|---|---|---|---|

## AUTOPSY REPORT
### SHORT FORM PROTOCOL

**12**

No.

98-02924

Siuli , Atison

Page  5 of 5

DIAGRAMS
16    22
20    27
20G   34
21    43

| | PRIOR POST | DURING POST | | YES | NO | |
|---|---|---|---|---|---|---|
| | some NO | NO | Photographs | | ✓ | Cultures |
| | NO ↓ | NO ↓ | Fluoroscopy | ✓ | | Toxicology (see form #13) |
| | | | X-Rays | | ✓ | Cassettes |

**OPINION**  (please print)

Decedent incurred multiple blunt force injuries including multiple long bone fractures, visceral lacerations + hemorrhages, and a nasal bridge fracture with the bone driven through the base of the skull into the brain. Injuries are consistent with a fall. Right heel fracture (with tibia driven into calcaneus) and right Colles wrist fracture suggest that right side absorbed most of impact (as well as face).

Investigator's report indicates scrape marks on building. No injuries to the hands were noted, but the facial abrasions suggest his face may have impacted the building. Scraping the building is consistent with a fall rather than an intentional jump, as jumpers launch themselves up and out – away from the building. It appears he lost his footing or grasp while trying to enter his apartment (locked out) from the roof. Thus, the mode of death is Accident.

(Cause – Multiple blunt force traumatic injuries)

DEPUTY MEDICAL EXAMINER

4-23-98
Date

Rev. 10-94

💬 5      ⇄ 3      ♡ 21      ‖ıl 525      ↑

🔒 x.com



**COUNTY OF LOS ANGELES**          **CASE REPORT**   APR 22 1998

I.D. PHOTO
DEPARTMENT OF CORONER

CASE NO. 98-02924

**1**  APPARENT MODE  NAT (ACC) SUI HOMI
☐ STATE HOSP  ☐ O.I.S.  ☐ AUTOPSY WAIVER  ☐ CLOSELY WATCHED  ☐ DOMESTIC VIOLENCE
☐ IN CUSTODY  ☐ AT WORK  ☐ LAW ENFORCEMENT RELATED  ☐ VICTIMS OF CRIME  ☐ GANG RELATED

CRYPT  B5

SPECIAL CIRCUMSTANCES
FALL FROM 5 STORY BUILDING

LAST, FIRST MIDDLE          AKA: SEIULI, SHALIMAR & GINA
SIULI, ATISON KEN
☐ JOHN  ☐ JANE  ☐ UND #

ADDRESS   624  S.  BERENDO   CITY  ST., #501, LOS ANGELES  STATE  ZIP 90005

| SEX | RACE APPEARS | DOB | AGE | HGT | WGT | EYES | HAIR | TEETH | ID VIEW | CONDITION | ☐ EMBALMED |
|-----|-------------|-----|-----|-----|-----|------|------|-------|---------|-----------|-----------|
| M | HAWAIIAN | 7/8/76 | 21 | 67 | 159 | BRN | BRN | OWN | YES NO | FACIAL TRAUMA | |

SCARS  ☐ Y ☐ N   -SCARS (DESCRIBE)   -MARKS   -TATTOOS (DESCRIBE)   -AMPUTATIONS   -PIERCINGS   -DEFORMITIES
MUSTACHE ☐ Y ☐ N
UNSHAVEN ☐ Y ☐ N

DAVID SEIULI  105 SAN JUAN AVE., REDLANDS, CA 92374   CITY  STATE  ZIP
ADDRESS                                          RICAN SAMOA

RELATIONSHIP  PARENTS  (  )   DATE 4/22/98  TIME 1288.

SSN          MULT.☐  DI(☐) CA  STATE B6718712   PENDING

ID BY:  ☐ VISUAL (SEE BELOW)  ☐ LAPD PRINTS  ☐ DOJ PRINTS
        ☐ FAMILY @ HOSPITAL  ☐ LASD PRINTS  ☐ CAL IO PRINTS
        ☐ DL/ID  ☐ FBI PRINTS        JIMMY  4/22/98 e. 1051

LA #     MAIN #     CII #     FBI #     MILITARY #     POB HI.

NAME (PRINT)     SIGNATURE     RELATIONSHIP     PHONE     DATE  TIME
I HAVE PERSONALLY SEEN THE DECEASED OR A PHOTOGRAPH AND CONFIRM THE IDENTIFICATION

PLACE OF DEATH/PLACE FOUND  SIDEWALK   ADDRESS OR LOCATION  624 S. BERENDO ST. #501   CITY LOS ANGELES, CA 90005   ZIP

PLACE OF INJURY  SAME   AT WORK ☐ YES ☑ NO   DATE 4/22/98  TIME UNK   LOCATION OR ADDRESS  SAME AS ABOVE   ZIP

DOD 4/22/98  TIME 0646   FOUND BY  PRON. BY  L.A. CITY FIRE DEPT. RA # 829

OTHER AGENCY & INV. OFFICER  LAPD   DETS. PHONE  RAMPART- FREUND & ANDERSON   REPORT NO. (213)207-2066  NOTIFIED BY  NO

TRANSPORTED BY  GRIJALVA   TO: FSC ☐  AVRO ☐  SCVRO ☐  4/22/98  0931.

| | YES | NO | | YES | NO | PA RPT.☐ YES ☑ NO | |
|--|-----|----|--|-----|----|------|--|
| PRINTS | ☑ | ☐ | CLOTHING | ☑ | ☐ | MEG-SEAL (PA SEAL) NOT SEALED MORTUARY | |
| MED. EV. | ☐ | ☑ | INVEST. PHOTO # | ☑ | ☐ | | |
| PHYS. EV. | ☐ | ☑ | EVIDENCE LOG | ☐ | ☑ | PROP: YES ☑ NO ☐ | HOSP. RPT. YES ☐ NO ☑ |
| SUICIDE NOTE | ☐ | ☑ | GSR NO. N/A | | | RCPT. NO. 154204 | HOSP. CHART YES ☐ NO ☑ |
| | | | | | | | PF NO. N/A |

SYNOPSIS On 04/22/98 at approximately 0515 hrs., a neighbor reports hearing dogs barking and a female scream.  At 0630 hrs., a second neighbor walked out of the apartment to walk his dog and observed the decedent prone on the sidewalk.  911 was called and the decedent was pronounced.  A towel is observed tied to a railing on the roof, just above an open window to the decedent's apartment.  Finger scrapes are observed on the exterior of the building to the left of the towel, below the window.  No signs of foul play.  Residence was secure.  No note.
For further information see attached form #3.

JOYCE M. KATO   INVESTIGATOR   DATE 4/22/98  TIME 1527.

REVIEWED BY (BC)   DATE 4/22/98  TIME 2055

FORM #3 NARRATIVE TO FOLLOW? ☑ YES ☐ NO

* 2 HRS. NOTICE REQUESTED (213) 207-2060

**Post**

**Paul Barresi** ✓ @PaulBarresi1 · Mar 3

Do you think this shady CA PI Mike McCormick, who Christina Taft paid a fortune to investigate her conspiracy theories, was aware [as would any reasonable person] she was a nut-job, but continued to stoke her fears & delusions to milk her for whatever she was worth?



💬 6    🔁 2    ♡ 37    📊 1.5K    🔖 ↥

**Hannu Huttunen** @hannuhu · Mar 3    ⊘ ⋯
1/3 Absolutely! Any legitimate PI and former LAPD officer would have seen through her insanity. But McCormick saw a cash cow and kept feeding her delusions for profit. He's just as shady and pathetic as she is!

💬 2    🔁    ♡ 14    📊 478    🔖 ↥

**Paul Barresi** ✓ @PaulBarresi1 · Mar 4    ⊘ ⋯
CA private investigator Mike "Shady" McCormick is as much a part of the civil conspiracy & potential criminal conspiracy, as is Crazy Christina Taft & her despicable lying cohorts, all of whom will be held accountable when the real truth is brought to bare.

💬 1    🔁    ♡ 2    📊 132    🔖 ↥

**Hannu Huttunen** @hannuhu · Mar 4    ⊘ ⋯
Exactly! McCormick, Taft, and her gang of liars have been fueling this conspiracy for too long. When the real truth comes out, there will be no escaping accountability! The truth will prevail, and justice will be served!

💬 1    🔁    ♡ 1    📊 88    🔖 ↥

**Paul Barresi** ✓ @PaulBarresi1    ⊘ ⋯

All Mike McCormick had to do was look at the Medical Examiner Investigator report which determined Shalamar died from an accidental fall, but instead he kept that insane bitch's fantasies alive so he could keep taking her money & fatten his greedy pockets-- piece of shit.



1:18 AM · Mar 5, 2025 · **117** Views

💬 1    🔁    ♡    🔖    ↥

🔵 Post your reply    **Reply**

**Hannu Huttunen** @hannuhu · Mar 5    ⊘ ⋯
The truth was right there in the official report, but McCormick chose lies over facts to keep milking Taft's delusions for cash. Corrupt, greedy, and completely without integrity—disgraceful! And this illiterate piece of shit was an LAPD officer.

💬 1    🔁    ♡    📊 20    🔖 ↥

**Relevant people**

🔵 **Paul Barresi** ✓
@PaulBarresi1    **Follow**
For decades Hollywood Fixer Paul Barresi has squashed career damaging scandal for the likes of Stallone, Tom Cruise, Schwarzenegger, Eddie Murphy & many others.

🔵 **Hannu Huttunen**
@hannuhu    **Follow**
Physical Security Strategist | Crisis Management Expert | Confidential Problem Solver for Executives

**What's happening**

Trending in France
#Lisbonne    ⋯

Trending in France
#EthanHZD    ⋯

Trending in France
Estelle Mouzin    ⋯

Trending in France
#WALKTHELINE_IN_EUROPE    ⋯
25.5K posts

Show more

Terms of Service  Privacy Policy  Cookie Policy  Accessibility  Ads info  More···  © 2025 X Corp.



Home

Explore

Notifications

Messages

Bookmarks

Twitter Blue

Profile

More

**Tweet**


Amber Heard
@AmberHeardModel

← **Tweet**

**Paul Barresi** @PaulBarresi1    ...

A day in the life of a Hollywood Fixer.

Life imitating art or is it art imitating life?


youtube.com
THE HITMAN'S VIOLIN (OUTTAKES)

10:12 AM · Feb 26, 2023 · **2,814** Views

**3** Retweets    **35** Likes

Tweet your reply    **Reply**

**Patty Ravaioli** @ravaiolipatty11 · Mar 6
Replying to @PaulBarresi1
Secondo me sono entrambi  a volte la vita è come un film e un film racconta la vita sono soggettive a seconda del punto di vista di ognuno di noi almeno per me 🥰

💬 1    🔁    ♡    📊 23    ⬆

**Paul Barresi** @PaulBarresi1 · Mar 6
Replying to @ravaiolipatty11
Tutto il mondo e' unpalcoscenico teatrale cara signora.

💬 1    🔁    ♡ 1    📊 41    ⬆

Show replies

**Search Twitter**

### Relevant people


**Paul Barresi**    **Follow**
@PaulBarresi1
For decades Hollywood Fixer Paul Barresi has squashed career damaging scandal for the likes of Stallone, Tom Cruise, Schwarzenegger, Eddie Murphy & many others.

### What's happening

NBA · Last night
**Thunder at Lakers**


Trending in United States
**#10yearsofariana**
8,240 Tweets    ...

Music · Trending
**Rolling Stone**
17.3K Tweets    ...

Arts & culture · Trending
**Mars in Cancer**
1,353 Tweets    ...

Trending in United States
**Epstein**
23.7K Tweets    ...

Show more

Terms of Service   Privacy Policy   Cookie Policy



# Explore

# Settings

← **Tweet**



**Paul Barresi**
@PaulBarresi1

· · ·

After playing Mariska Hargitay's love interest in 'Gabriel's Fire' I squashed a fat mouth rumor that her mother Jayne Mansfield was murdered by the mob because she knew too much about the assassination of President John F. Kennedy who Mansfield dated.
youtu.be/mFzEhpEGoEg





Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign in as Christina
christina.taft.ceo@gmail.com  ⌄

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people



**Paul Barresi**
@PaulBarresi1

**Follow**

For decades Hollywood Fixer Paul Barresi has squashed career damaging scandal for the likes of Stallone, Tom Cruise, Schwarzenegger, Eddie

## Don't miss what's happening
People on Twitter are the first to know.

Log in    Sign up



# Explore

# Settings

**3** Retweets    **27** Likes

---

**kathy** @kathy_lemaire · Mar 29
Wasn't her mother in a car accident that decapitated her

1                                    1                105

**Paul Barresi** @PaulBarresi1 · Mar 29
Jayne Mansfield was not decapitated. New Orleans mob boss Carlos Marcello was 'alleged' to have ordered her murder in a manner to make it appear she was killed in a tragic car accident.

1                                    1                140

**kathy** @kathy_lemaire · Mar 29
She was killed in an accident with 3 other people and her dog also killed ur right she wasn't totally decapitated her skull was crushed and like a scalping



accident states that "the upper portion of this white female's head was severed."

Mansfield's death certificate confirms that she suffered a crushed skull and a partial separation of her cranium, an injury more akin to a scalping than total decapitation. But the beheading story remains oft-repeated, even finding its way into the 1996 movie *Crash*.

Another rumor followed on the heels of

---

🔍  Search Twitter

MLB · This afternoon
**Twins at Dodgers**



Trending in United States
**Adult Tiki**

Vanderpump Rules · Trending
**#PumpRules**
Trending with  Ariana, Sandoval

Trending in United States
**YouTube TV**
Trending with  Sunday Ticket

Sports · Trending
**Gignac**
2,584 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in        Sign up

5:49    ▮▮ 5G  49

← **Post**

**Paul Barresi** ✓    [ Follow ]  ⊘  ⋯
@PaulBarresi1

Im not a hitman in spite of what the undertaker &
frivolous lawsuits have to say. JD didn't hire me to
whack anyone. With or without his consigliere Adam
Waldman, JD is perfectly capable of handling his
own fn' problems.



Last edited 10:26 PM · Aug 14, 2025 · **436** Views

💬 1        ↻ 3        ♡ 29        🔖 2        ⬆

☝  ಪೂಲಾ @pwlh2405565 · 6h                    ⊘  ⋯
👍💥

💬        ↻        ♡        ‖ 51

🏠    🔍    ⊘    🔔    ✉    👥



x.com

7:12

← **Post**

 **Paul Barresi** ✓    **Follow**    ⊘  ⋯
@PaulBarresi1

5 STARS: Read about the life, times & experiences of a real life Hollywood Fixer. I'm not a murderer, in spite of what the undertaker says.  Buy on Amazon. Give it a Shot. Every page is guaranteed to hold your interest.
amazon.com/JOHNNY-DEPPS-A...



⏸ 2:29

11:51 PM · Sep 24, 2025 · **173** Views

💬 2          ↻          ♡ 5          🔖 2          ⬆

 **AuntieM AuntieM** @AAuntiem · Sep 25    ⊘  ⋯
I read your book. Easy read but I wish you ha... named more names.

💬          ↻          ♡ 1          �ili 29          🔖  ⬆

🏠          🔍          ⊘          🔔          ✉          👥

x.com

# EXHIBIT 11

**Electronically Filed
SECOND CIRCUIT
2DSC-25-0000091
16-JUL-2025
03:11 PM
Dkt. 29 NTCE**

IN THE DISTRICT COURT OF THE SECOND CIRCUIT

STATE OF HAWAI'I

CHRISTINA TAFT,                           )        2DSC-25-0000091
                                          )
                    Plaintiff,            )
        vs.                               )
                                          )        NOTICE OF EX-PARTE
JAVONTI THOMAS, etc.,                     )        COMMUNICATION;
                                          )        CERTIFICATE OF SERVICE
                    Defendant.            )
_____     )

## NOTICE OF EX-PARTE COMMUNICATION

        On July 16, 2025, this Court received a letter from Paul Barresi addressed
to the Honorable Annalisa Bernard Lee in District Court of the Second Circuit, a copy of
which is attached. The communication was opened by court staff prior to ascertaining
the ex-parte nature of the communication. Pursuant to Morgan v. Guerreiro, 97 Hawai'i
354, 369, 37 P.3d 603, 618 n.15 (App. 2001), the Court hereby serves notice of the
communication to all parties together with a copy of the communication. The original
ex-parte communication will be filed together with this notice in the court's file and shall
be available for inspection at Hoapili Hale, 2145 Main Street, Wailuku, Hawai'i 96793.

        As a reminder, all **ex parte communications are prohibited** and the
Court hereby discourages any attempt by a party to initiate such communication. **The
filing party must serve each of the other parties.**

        DATED: Wailuku, Hawai'i, July 16, 2025.

                                        Clerk of the above entitled Court

                                                    /s/ Teagan Waialeale

**DECLARATION OF PAUL BARRESI**

**Cell No. 908-656-5712 – paulbarresi@aol.com**

**NO COVER SHEET**

TO: TEAGAN WAIALEALE

Clerk of the Court

Small Claims Division of the District Court of the Second Circuit

Wailuko Division State of Hawaii

RE: CASE NO: 2DSC-25-0000091

ATTN: HONORABLE JUDGE ANNALISA BERNARD LEE

RE: CHRISTINA TAFT, PLAINTIFF IN TAFT VS. THOMAS

RE: CASE NO: 2DSC-25-0000091

FAX – 808-244-2747


Dear Honorable Lee,

I am an investigative consultant for entertainment lawyers based in Los Angeles and New York. For more than three decades I have worked with many high- profile clients in the motion picture industry including Arnold Schwarzenegger, Sylvester Stallone, Tom Cruise, Eddie Murphy, Gerard Butler, Michael Jackson.

In the shadowy corridors of fame, where the spotlight casts as much gloom as it does glow, the story of Christina Taft emerges. Once an inconspicuous figure, Taft thrust into the public eye vis-à-vis, her perverse, star-struck obsession with actor Johnny Depp's x wife and *Aquaman* starlet, Amber Heard.

On or about July 2019, I was hired by Heard's attorneys, Eric George of Browne George Ross LLP, to investigate Depp, in connection with the case *Depp v. Heard.* In reference

2.

to my work, I followed leads that brought me into contact with hack jobs like Christina Taft, seeking the spotlight by involving themselves in this case. After months of research and interviews, I was unable to identify any credible witnesses or legitimate, verifiable claims of wrongdoing by Johnny Depp to support Amber Heard's case.

The trial in *Depp v. Heard* was held in Fairfax County, Virginia from April to June 2022. During that time Taft routinely attended. She stood outside the courthouse begging to be noticed, with signs and a megaphone, rallying Heard. Sometimes she even succeeded in her efforts to speak to reporters on camera about her opinions regarding the case. The jury trial's conclusion with Depp prevailing over Heard, marked the beginning of Taft's public unraveling. She vocally criticized the proceedings, labeling them an *"abuse of process"* and decrying what she perceived as unfair treatment towards Heard.

In her quest to champion Heard, Taft aligned herself with unsavory characters comprised of conspiracy theorists, convicted felons, disbarred lawyers, shady private investigators, and process servers, including her boyfriend, Maui resident and process server Mark Ackrich.

Without a shred of evidence, Christina Taft was convinced that although I was hired by Amber Heard's lawyers, I was really a paid hitman and enforcer, hired by Johnny Depp's attorney Adam Waldman to bribe, threaten, blackmail, intimidate, maim, and even murder for Depp's benefit to defeat Heard. The driving force behind Taft's

3.

improper, malicious, and relentless campaign against me stems from this single
delusional premise.

Christina Taft possesses neither *"rational nor factual appreciation"* for the legal process.
Since 2021, with the help of her army of nitwits, she has attempted to mobilize state,
local, and federal law enforcement agencies against me—including the FBI—spanning
from Los Angeles to my hometown of Rancho Cucamonga, CA, to South Carolina, to
Washington D.C. and across the sea to Hawaii. She has publicized her false allegations
against me online in a concerted effort to destroy my reputation and sully my name. She
is able to pursue her manufactured vendetta against me without any sign of abating
because of her substantial financial resources. In contrast, I have suffered physically,
emotionally and financially because of her relentless malevolent and vicious attacks.

In September 2022, Taft financed a frivolous application for a TRO which was filed by
her hired accomplice, convicted felon Richard Albertini at the Superior Court of
California County of Los Angeles – Family Division –Pasadena Dept. S – CASE NO.
22PDRO01308. Taft paid for the process server to place me under surveillance,
videotape me being served so she could post it on social media. In his application for a
TRO, among other false and outlandish allegations, Mr. Albertini accused me of
threatening to kill him. The judge found allegations that I threatened to murder him
bizarre and without merit and dismissed the case.

Almost a year later to the day, on October 23, 2023, Taft filed her own frivolous
application for a TRO against me at the District Court of the First Circuit Honolulu –

4.

CASE ID NO. 1DSS-23-0001195 which was denied. On January 12, 2024 [my birthday] she filed yet another application for a TRO against me at the District Court of the First Circuit Honolulu – CASE ID NO. 1DSS-24-0000057 which was also denied.

On September 7, 2024, Taft filed a federal civil lawsuit against Mr. Depp's lawyer, Adam Waldman and I at the Central District of California Eastern Division – CASE NO. 5:24-cv-01930-TJH-DTB, with a demand for $2,000,000. In this frivolous suit, which is still on going, Ms. cites 12 causes of action against Adam Waldman and I, accusing us of Civil Conspiracy, Obstruction of Justice, Tampering with a Witness, Civil Harassment, Interstate of Foreign Travel or Transportation in Aid of Racketeering Enterprises, Destruction, Alteration and Falsification of Records, and Civil RICO Act violations and Negligent Infliction of Emotional Distress.

After two failed attempts to obtain a TRO against me in Honolulu, where she truly resides, Taft began a romantic relationship with Hawaii process server Mark Ackrich, nearly twice her age. Knowing the ropes, and having worked as a process server in HI for years, Ackrich told Taft that since she had already twice failed to obtain a TRO against me in Honolulu, she aught find another island to pursue a TRO against me. Ackrich provided Taft an address to use in Hilo and then sat down with her to fabricate allegations against me that were so convincing and horrifying in equal facility, the Hilo judge could not say no.  Together, the twisted lovers concocted a story of fiction, that was so terrifying, it would make a serial killer novelist jealous. Taft and Ackrich falsely accused me of being in Hilo, armed with a Beretta, hunting for her. They alleged that I was searching for her to sexually assault her, kill her, kill her family members, and kill her significant other [Ackrich].  In a zoom video of one of the hearings requesting an

07/16/2025 WED 14:37   FAX 909 360 0021 Postal Annex 23022                    ☑005/006

5.

extension because I had not yet been served, Taft blatantly lies, telling the judge that I
threatened her boyfriend. In the background, you can hear coward, and panic stricken,
repeating over and over, *"We don't know where he [Barresi] is. We don't know where he
is."* In the end, however, once the judge caught on Taft was a Honolulu resident
and forum shopping, on April 6, 2025 the case was dismissed.


### Most concerning, and what prompted me to submit this declaration:


Christina Taft continues to claim she has the TRO she and Mark Ackrich attempted to
fraudulently obtain against me in Hilo. Most concerning, in yet another plot concocted by
Ackrich and Taft, he allowed her to use his own address in Moui to sue defendant
Javonti Thomas, [who I've never heard of]. Taft fraudulently invoked my name and the
name of Angela Meader into this legal action for no reason other than to seek
Subpoenas. In this legal action against Thomas, Taft alleges she has a TRO in place
against me. She falsely accuses me of terrorizing and stalking Ms. Meader, who is a
Nashville recording artist and model, and happens to be my key witness in the aforesaid
civil federal case that Taft has brought against Adam Waldman and I.


In closing, I wish to inform the court that I was harassed by Mark Ackrich. He has no
business making a living as a process server in Hawaii or anyplace else. In January
27, 2025, days after Taft filed her TRO in Hilo, I received a call from a man, who
identified himself only as Mark. He said he was a *"friend of Christina Taft"* and that he
*"sees her socially."* He demanded that I, *"Stop harassing Christina,* and to, *"leave her
alone."* I told him I never met Christina Taft and that I had not been to Hawaii since I

6.

served in the USAF at the height of the Vietnam war in 1969. After this so-called Mark's

threatening call, I ran Mark's telephoned number in a data base search to discover he

was Hawaii process server Mark Ackrich, [the same noted in her Hilo application for. A

TRO against me] who promotes himself online as a 'Civil Sheriff'. A public records

search also found that on two separate occasions in 2023, Ackrich threatened two

woman-- both of whom filed TROs against him. Legal filings how that after being served

himself, Ackrich went to one of the alleged victim's place of business and threw the

document in her face, calling her a *"bitch and a cunt."*

Christina Taft is mentally unwell. She is influenced by those who take advantage of her-

- Ackrich being one of them. Her blatant defiance and abuse of the judicial process

needs to be stopped. I beg the court to end it here and now.

Paul Barresi

9649 Nova Place

Rancho Cucamonga CA

91730

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served upon the following parties at their last known address by U.S. Mail, postage prepaid or via court jacket, on _____ **JUL 1 6 2025** _____.

Christina Taft                                    (via U.S. Mail)
869 Mahealani Street
Kihei, HI 96753

DATED: Wailuku, Hawai'i, July 16, 2025.

Clerk of the above entitled Court

# EXHIBIT 12

8:59

🔍 Angela                            ⊗          Cancel

## Calls

| AM | **Angela** Meador | | 4/14/25 | 📞 |
| | 📞 phone | | | |

| AM | **Angela** Meador | | 4/12/25 | 📞 |
| | 📞 phone | | | |

| AM | **Angela** Meador | | 4/1/25 | 📞 |
| | 📞 phone | | | |

| AM | **Angela** Meador | | 3/30/25 | 📞 |
| | 📞 phone | | | |

## Contacts

| AC | **Angela** Casler | | 📞 |

| AG | **Angela** Gayle | | 📹 | 📞 |
| | Info@angelagayleofficial.com | | | |

"Angela"          Angela's

q w e r t y u i o p

a s d f g h j k l

⇧ z x c v b n m ⌫

123     space     search

 Gmail

**Christina Taft <taftchristina.ceo@gmail.com>**

---

## Changing Email Re: Christina Taft

**Christina Taft** <taftchristina.ceo@gmail.com>                    Thu, Jan 11, 2024 at 7:03 PM
To: babs481@aol.com

Aloha,

My new email is -

**taftchristina.life@gmail.com**

**Changing email to this due to safety**


--
**Christina Taft**
**Founder**
LinkedIn

 Gmail

**Christina Taft <taftchristina.life@gmail.com>**

---

## Christina Taft

**Christina Taft** <taftchristina.life@gmail.com>                        Sat, Jan 27, 2024 at 12:49 AM
To: babs481 <babs481@aol.com>, "paulbarresi@aol.com" <paulbarresi@aol.com>

HOLLYWOOD FIXER:

REMOVE THE AUDIOS OFF THE INTERNET IMMEDIATELY AND CEASE EDITING THEM FOR FABRICATIONS AND
COERCION.
WE ARE NOT TO BE USED FOR YOUR COMMERCIAL GAINS.
[Quoted text hidden]

 Gmail

**Christina Taft <taftchristina.ceo@gmail.com>**

---

## I'm so sorry this is happening to you. I care about you

**Christina Taft** <taftchristina.ceo@gmail.com>                          Wed, Mar 26, 2025 at 4:18 AM
To: babs481@aol.com

Hi Angela Meador, I'm so sorry this is happening to you. I care about you

I think it's admirable that you were listened to for yourself in these
2014 Article Meador at Law School in Florida (News): "Police say Zachary Johnson, 33, inappropriately
touched Angela Meador, 31, on a flight from Orlando to Nashville Wednesday, reported WSMV."
2010 Angelea Meador Lawsuit against Nashville Stores: "Plaintiff would state that she was retaliated
against and terminated for reporting sexual harassment in the workplace." Meador v. Nashville Shores
Holdings, LLC, No. 3:10-0904, 3 (M.D. Tenn. Nov. 30, 2010

I hope that you will be okay, and Mr. X is Marton Csokas. I hope you won't be scared and I'll diligently
try to help you

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

 Gmail

**Christina Taft <taftchristina.ceo@gmail.com>**

---

## Serving Subpoena To Angela Gayle Meador

---

**Philip Andrew Hamilton** <hamiltonlegalservicesvirginia@gmail.com>                 Tue, Apr 1, 2025 at 9:16 PM
To: babs481@aol.com, angela.meador@outlook.com, blue040583@yahoo.com
Cc: Info@angelagayleofficial.com
Bcc: taftchristina.ceo@gmail.com

Angela Gayle Meador,
      Attached I have a PDF of a subpoena for you regarding a lawsuit filed by Christina Taft.  May you respond back to
confirm that you received this message?



Philip Andrew Hamilton
Owner: Hamilton Legal Services, LLC.
Website: HamiltonLegalServicesLLC.com
Serving clients in NC, VA, MD and DC!
Cellular Phone: (571) 455-5312

---

📄 **Subpoena Angela Meador Witness - Hawaii restraining case against Defendant (1).pdf**
    414K

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

## Serving Witness Subpoena To Angela Meador Via Email
3 messages

**Philip Andrew Hamilton** <hamiltonlegalservicesvirginia@gmail.com>          Wed, Apr 2, 2025 at 11:09 PM
To: soxx29_2000@yahoo.com
Cc: solsoxx@aol.com
Bcc: taftchristina.ceo@gmail.com

Kevin,
Attached is a witness subpoena that I've been attempting to serve on Angela Meador.  If Angela needs to seek legal counsel regarding this case she can reach out to the Bloom Firm, by calling (818) 914-7319, which is located at:

26565 Agoura Road
Suite 200
Calabasas, CA 91302-1990

This recommendation comes from Christina Taft, whom is the plaintiff in this case.



Philip Andrew Hamilton
Owner: Hamilton Legal Services, LLC.
Website: HamiltonLegalServicesLLC.com
Serving clients in NC, VA, MD and DC!
Cellular Phone: (571) 455-5312

📄 **Subpoena Angela Meador Witness - Hawaii restraining case against Defendant.pdf**
414K

**Philip Andrew Hamilton** <hamiltonlegalservicesvirginia@gmail.com>          Wed, Apr 2, 2025 at 11:10 PM
To: tennman61 <wmeador61@gmail.com>
Bcc: taftchristina.ceo@gmail.com

Wesley,

Attached is a witness subpoena that I've been attempting to serve on Angela Meador.  If Angela needs to seek legal counsel regarding this case she can reach out to the Bloom Firm, by calling (818) 914-7319, which is located at:

26565 Agoura Road
Suite 200
Calabasas, CA 91302-1990

This recommendation comes from Christina Taft, whom is the plaintiff in this case.



Philip Andrew Hamilton
Owner: Hamilton Legal Services, LLC.
Website: HamiltonLegalServicesLLC.com
Serving clients in NC, VA, MD and DC!
Cellular Phone: (571) 455-5312

 **Subpoena Angela Meador Witness - Hawaii restraining case against Defendant.pdf**
414K

---

**Philip Andrew Hamilton** <hamiltonlegalservicesvirginia@gmail.com>          Thu, Apr 3, 2025 at 8:25 AM
To: babs481@aol.com, wg143kak@aol.com
Bcc: taftchristina.ceo@gmail.com

Patricia,

Attached is a witness subpoena that I've been attempting to serve on Angela Meador. If Angela needs to seek legal counsel regarding this case she can reach out to the Bloom Firm, by calling (818) 914-7319, which is located at:

26565 Agoura Road
Suite 200
Calabasas, CA 91302-1990

This recommendation comes from Christina Taft, whom is the plaintiff in this case.



Philip Andrew Hamilton
Owner: Hamilton Legal Services, LLC.
Website: HamiltonLegalServicesLLC.com
Serving clients in NC, VA, MD and DC!
Cellular Phone: (571) 455-5312

 **Subpoena Angela Meador Witness - Hawaii restraining case against Defendant.pdf**
414K

 Gmail

**Christina Taft <taftchristina.ceo@gmail.com>**

---

## Kindness to Angela's Artistic Journey & Fulfilling Life

**Christina Taft <taftchristina.ceo@gmail.com>**                                     Wed, Apr 9, 2025 at 8:38 AM
To: babs481@aol.com

Dear Angela,

Your impressive artistic journey and career.

Please feel better for a fulfilling life 💓


Your powerful singles "Have You Told Her" has played on Oahu with beautiful notes and "Love Yourself" repeat in my playlists,

and I deeply connect with the emotional honesty in your songwriting.

Your performances at iconic venues like the Grand Ole Opry and Ryman Auditorium, as well as singing for sports teams, showcase your remarkable versatility & talent.

Valuing your message of kindness and positivity, I support you in

1.  Upcoming releases & album

4.  Any behind-the-scenes insights about creative processes

5.  Any scheduled performances

2.  Any touring, including European radio tour mentioned in your interviews

7.  Your background in law, international relations, and humanitarian work


Your quote, "Be positive; work hard; always be kind; and help whenever and wherever you can," resonates deeply with me,

 as does "a kind human being"


With love and a wish to protect you 💗

Christina Taft

---

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

## Enthusiastic Support and Inquiry About Angela Gayle's Music Career

4 messages

---

**Christina Taft** <taftchristina.ceo@gmail.com>
To: globalmediacorporation@aol.com

Tue, Apr 8, 2025 at 11:00 PM

Dear Global Media Management,

As a passionate admirer of Angela Gayle's music and artistic journey, I was thrilled to learn about her signing with University Records/MMG and Warner Music Group. Her powerful singles "Have You Told Her" and "Love Yourself" have been on repeat in my playlists, and I deeply connect with the emotional honesty in her songwriting.

Angela's release of her new single, Compromise on April 30th?

Angela has an impressive career path from her early days as a Nashville native to her current multifaceted career as a singer-songwriter, musician, actress, and model. Her performances at iconic venues like the Grand Ole Opry and the Ryman Auditorium, as well as singing the national anthem for the Nashville team and Tennessee Titans, showcase her remarkable versatility and talent.

I'm reaching out both to express my continued support for Angela's career and to inquire about her current projects with University Records. As someone who values her message of kindness and positivity, I'm eager to stay informed about:

1. Her upcoming releases, especially details about the album she's been working on
2. Any plans for touring, particularly the European radio tour mentioned in some of her interviews
3. Her experience performing on the Grand Ole Opry stage - I understand it was a "humbling experience" for her, and  - what was it like for her to stand on that iconic stage?
4. Any behind-the-scenes insights about her creative process for her album in development
5. Any scheduled performances or touring plans (I'd travel to see her perform!)
7. How her background in law, international relations, and humanitarian work influences her music

Her quote, "Be positive; work hard; always be kind; and help whenever and wherever you can," resonates deeply with me, as does her commitment to being known first as "a kind human being" before any of her professional titles.

Thank you for your time and consideration. I'm genuinely excited to continue supporting Angela's artistic journey and to hear more about her path forward with University Records.

Warmest regards,
Christina Taft
212-718-1003

--
*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

---

**Christina Taft** <taftchristina.ceo@gmail.com>
To: Andrew Dougherty <adougher9@gmail.com>

Tue, Apr 8, 2025 at 11:05 PM

Hi Andrew,

Only this email to Global Media Management went through**.** Does the BBE address work for you?

**BBE300/University Records**
**Email:** bbe300recordsurg@aol.com

**Global Media Management**
**(360) 510-3695**
**Email:** globalmediacorporation@aol.com

**I can't find BBE300 on a search - There are some other people connected to her or that positively reviewed her**

**that could be reached out to as well with support**

*"There is an unmistakable authenticity that shines through Angela Gayle's songwriting, from the heartfelt honesty of her lyrics to the raw, emotional landscapes she paints vocally, that will definitely captivate you."*

       *- Linda Garnett, Indie Music Women, Radio Host*

*"Angela has an edgy musical style that is changing the future of music."*

       *- Kemmian Beard,  Choreographer/Film Producer*

Singer - Songwriter - musician - actress - model
"Angela has a great passion for music and storytelling. Her songs cut deep and run wild with raw emotion. It's a joy and privilege to work with her."
       - Chris Love, Nashville Music Producer
"Angela has the ambition and skill to take her all the way to the top. Her energy and work ethic are infectious!"
       - Leland Grant, Music Producer

I'd like to ask Lori Mattix about her friend Diana with the pet rescue ranch and who is a top songwriter often at the Award Shows

[Quoted text hidden]
[Quoted text hidden]
*LinkedIn*

---

**Christina Taft** <taftchristina.ceo@gmail.com>                Thu, Apr 10, 2025 at 9:11 AM
To: babs481@aol.com

Dear Angela, for reviving your daily happiness and reviving your talented musical career. I love you ❤️

 Your songs show kindness and honesty, including to still care behind others backs with showing different viewpoints in creative songwriting and powerful notes with instrumental melodies, thunder, especially in "Have You Told Her." Please feel some relief and positivity again

---------- Forwarded message ---------
From: **Christina Taft** <taftchristina.ceo@gmail.com>
Date: Tue, Apr 8, 2025 at 6:00 PM
Subject: Enthusiastic Support and Inquiry About Angela Gayle's Music Career
To: <globalmediacorporation@aol.com>

[Quoted text hidden]

---

**Christina Taft** <taftchristina.ceo@gmail.com>                Thu, Apr 10, 2025 at 9:20 AM
To: Andrew Dougherty <adougher9@gmail.com>

Andrew, sent this today and I hope it is nice

[Quoted text hidden]



Christina Taft <taftchristina.ceo@gmail.com>

---

## Dear Angela Meador, (Warmth to You from "Have You Told Her")

**Christina Taft** <taftchristina.ceo@gmail.com>                                    Mon, Apr 14, 2025 at 3:36 PM
To: babs481@aol.com

Btw, Emily after Leland Grant (your former music business friend) similarly said "hope all is well" which I thought was kind energy.

Dear Angela Meador, (Warmth to You from "Have You Told Her")

It's been too many years needing positivity and relief. You earnestly need to be

living your life as you were prior to this. Please feel the energy and love to you

that you need, to revive your life and interests in the present. I care about you!

In a Rush, I'm so sorry that you went through 9 months of darkness (October 2022

to July 2023) and years of suffering after our phone call together was exploited by defendant after October 2022. As you said yourself, I am partially responsible for not helping you after this happened, for this recorded phone call between us as well, and it's horrific that people left you alone like that, and apparently with the defendant.

Therefore, I am responsible for helping you and in apologetic debt to you. I was not in the right space to help you while fleeing and being pursued, and I thought you wouldn't be pulled into being involved.

I deeply regret this and for these mistakes where you needed support. I should have helped you and communicated with you. You need to have a good life

without worries. You should never have to live in fear or worry, that anyone anywhere is either going to do something against you, blackmail or spread false things against you implicating the retaliation that wrongfully happened against you, or any other escalations to attacks and physical danger (that's terrifying and I don't want anything like that for you)…

You always seemed positive, rational and like you had your life together to me in our interactions,

 and it was Ian for example that told me far too late for me to absorb that you had more sensitive vulnerabilities which I knew from our call was especially from the assault by Csokas and retaliation. Molly went further as well, including about your friend messaging about an actor and his goons, in his defense of you, and your interests in music business while building your career (a wonderful versatile career).

I moved out of state to Hawaii in December 2022 to January 2023, and Spring 2023. I would see his exploitation with that repeated clip of implicated violence as well as manipulation of names and about you being violently attacked, among the others, which was completely coercive to me as well as to you, but the continued private phone calls with defendant I wasn't fully aware of. It's very traumatic with the repeated implications of violence by defendant. I am also traumatized and afraid of any harm to you. I'm so sorry and afraid that he forced you to recant the

name of who assaulted you, Marton Csokas, who has resided in Los Angeles since 2011 at the same address, and he'll get a cease and desist. These redactions made

me very afraid for you and your life autonomy, as well as your freedoms.

Where have you been in 2 years of Sept 2023 to 2025?

Finally clear and able to help you, it seems that your flourishing music career, interests, and your public persona with your joy have wrongfully diminished. This is absolutely devastating to me that this happened to you. I've felt your trepidation and pain. It's absolutely horrific and my body has responded with traumatic experiences including flight/freeze/fight shock.

It's devastating that you've suffered when I'd never want that to ever happen to you.

As for what's said about me, I've obviously seen defendant trying to make another witness/victim fear a person that can significantly help them.

I'll always support you and have your back, as you state yourself in your beautiful song, "Have You Told Her."

I tried many times over the years to do litigation, with being spun into circles, I nearly permanently left the United States to Antibes, France beginning December 2023 to March 2024. Even then, I don't think we would be to this point, I'm afraid

You're nearly free and I hope you can return to your life with the justice that you deserve!

I'll always proceed from here forward to free you, and you need to recover.

Ian Herndon and Molly Beaton have helped you in their Notarized Declarations of Witnesses, with my encouragement. The judge and police supported you already. (I have also court ordered another witness to help you with a declaration)

You can call Lisa Bloom's Firm and ask for lawyer Alan. He already helped you.

Lori Mattix is a good friend of mine and she was a close friend of my mom Vicki Taft and Michelle Diamond. She's friends with Diane Warren, the award-winning songwriter, Cassy Delany Denver, among others. She worked for Christie. Lori's niece Emily is an artist that has donated to and is acquainted with Howell and her art charity…

You can contact me directly at phone number +1-212-718-1003.

--- With Love and Merci, Christina Taft….

 I hope you receive this kind message!!

---

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

---

**Best in life & apologies**

**Christina Taft** <taftchristina.ceo@gmail.com>                                  Mon, Apr 14, 2025 at 8:44 PM
To: babs481@aol.com

Hi Angela, I genuinely care about your music career, friendships, and life. "Have You Told Her" is a genuinely amazing song. It's my favorite of yours.
"Love Yourself" is very sweet as well and even the 'because I am a man' song is pretty about women and men being equal.

You should say no and have your personality shine.

I'm apologetic that you were brought into a vortex, one that is receding. Those last texts back in Oct 2022 were under pressure. Lori worked for Christie and in no way did I hold anything against you for what's his name. Greg further a year ago at my report to the fbi apologized that I was brought into this.
If I had understood what happened to you I would have helped more and reported properly.
It's okay to be upset and frustrated.

You have your life and you should have it. I'll always support you, your character and background that I'm happy to know more about, and state you're coerced. You need your freedoms and if it's the last thing I do in this case (I'm eager to be free too), is your freedom then I'm happy. Everyone will feel sorry for what happened to you.

I hope you get justice, and again it's okay to feel— I have politeness and grace to you. …
I'll never would harm you showing any vulnerability on purpose.
I'd give you a card and apologies each year if I could. I really wanted to apologize and for you to feel better.


Friends are hoping you feel good and have success too.

I hope you have the best in life.

Warm regards,
Christina Taft

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

8/5/25, 1:35 AM
Case 5:24-cv-01930-TJH-DTB Document 105-1 Filed 10/02/25 Page 84 of 114
Gmail - To Angela- Deep Care and Support: Synonyms in Songs
Page ID #:4853

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

## To Angela- Deep Care and Support: Synonyms in Songs

Christina Taft <taftchristina.ceo@gmail.com>                          Tue, Jun 17, 2025 at 7:40 AM
To: babs481@aol.com

Dear Angela,

Sending loving energy everyday… "Have you ever felt so… is there a light on this road?… caught in the eye of a hurricane… another night waiting for someone to take me home… oh oh oh." Lost by Katy Perry

I care about you incredibly and want you to know that you're not alone in this, we're connected in these experiences. Your life has such beautiful energy and strength, and I can feel that same energy and warmth radiating from who you are. Your experiences are always valid, your dreams are valid, and you are valid. I'm sorry if I haven't always been the friend you urgently needed before, but I'm here now with my whole heart.

Please don't suffer in silence. You can reach out anytime - you're always welcome. I worry for you because I care so deeply, and I want you to know that you deserve protection, kindness, and all the good things life can offer.

Your interests, your music, your dreams - they're all part of what makes you special. Hold onto hope, love yourself, and please take care of yourself.

Grace Kelly once said: "I would like to be remembered as someone who accomplished useful deeds, and who was a kind and loving person."

I deeply appreciate your advice to stay rational - your wisdom has always meant so much to me. I wish we could have united, and I deeply apologize for not being there when you needed support.

I'm always caring for your back - meaning whenever you need support or to lead others to protect you more to understand the meaning, I'm ready to help. You're incredibly kind, beautiful inside, and deserve so much better.

"Red=passion, courage, energy, strength, warmth, and security. A fitting color for now."

Sometimes what feels overwhelming might just be excitement in disguise - like Nicole Arbour says, anxious and excited are really synonyms for the same energy, just viewed differently.

Song lyrics work the same way - they're full of synonyms for the same emotions and experiences, just expressed in different melodies and words. That's the beautiful tone of creatives.

Love unconditionally and Merci,
Christina
*Second Amendment Attached*

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*



📄 **FILED Second Amended Complaint of Taft v Barresi et al - stamped.pdf**
1456K

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

---

## You Are Protected and Loved - Please Report to Sheriff's Department

**Christina Taft** <taftchristina.ceo@gmail.com>                                      Thu, Jun 26, 2025 at 10:28 AM
To: babs481@aol.com

Dearest Angela,

You are a remarkable, strong woman, and I need you to know that you are protected and deeply cared for. I'm writing with urgent information to help keep you safe.

**Please report the illegal recording of your phone calls immediately:**

- **San Bernardino County Sheriff's Department** (Rancho Cucamonga)
- **Case Number: RCR2506114**
- **Contact: Deputy Szulc and Deputy Acuna -** they are caring officers who will help you
- The District Attorney is already being sent this case for prosecution

**You can also file a Courtesy Report** with your local Goodlettsville Police, and they will forward it to the appropriate jurisdiction in Rancho Cucamonga.

Angela, I was deeply traumatized learning about the extent of Barresi's harassment - hundreds of calls, you shaking and afraid. My heart breaks knowing what you've endured. Please don't be afraid anymore. **You are a protected victim and witness.**

I'm so sorry I didn't understand the full background when we spoke in 2022. I had no idea what you had been through since 2020. Please forgive my lack of understanding, and I pray for your healing and peace.

**Critical concern:** Barresi likely has illegal recordings of your phone calls with him through automatic recording apps. This is extremely serious, and I'm very worried for your safety.

**Good news:** T-Mobile has advised they will help you against the ongoing stalking. You have support and protection.

I hope you had a wonderful birthday months ago - I apologize that I wasn't aware of it and was quite stressed at the time. I have cried many times these past months, deeply worried for you. **My main concern is restoring your livelihood** and seeing you safe and thriving again.

I also need to apologize for disconnecting with you on October 19th. I tried to leave it acknowledging that I knew abuse had occurred to you, and I didn't want to argue with you. I knew Barresi would obtain any further texts I sent, and my frustration was heightened knowing he'd see what I was sending to you - so please be aware some of that was really me knowing he'd see it. I was going through attempted extortion that you witnessed, and I'm grateful you care about stopping financial abuse.

I truly appreciate your care about stopping financial abuse - please remember what a great quality that is to have. **You are a quality person with genuine great character inside.**

**Please, Angela - love yourself and take care of yourself.** You deserve peace, safety, and healing. You are not alone in this.

**Note:** I'm forwarding what I sent to Lt. Matthews and the Deputies with the Sheriff's Department. However, I've covered Deputy Szulc's email to prevent Barresi from sending multiple emails to harm the investigation.

Report this immediately. You are protected. You are loved. You are strong.

With deepest care and concern,

Christina Taft

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

LinkedIn

8/5/25, 1:36 AM
Case 5:24-cv-01930-TJH-DTB Document 105-1 Filed 10/03/25 Page 86 of 114
Page ID #:4855
Gmail - You Are Cordially Invited - Please Report to Sheriff's Department

---------- Forwarded message ---------
From: **Christina Taft** <taftchristina.ceo@gmail.com>
Date: Mon, Jun 23, 2025 at 7:48 PM
Subject: URGENT - Request for Assistance for Victim Angela Meador - Case RCR2506114 - Life Safety Concerns
To: Brian Matthews <bmatthews@goodlettsville.gov>

**URGENT EMAIL TO LIEUTENANT MATTHEWS**

Dear Lieutenant Matthews,

I am writing to provide an urgent update to your case records regarding assault victim Angela Meador, who is in immediate need of protection and assistance.

After reporting to the San Bernardino County Sheriff's Department, I received concerning phone records from T-Mobile that demonstrate the urgent need to help Angela from Paul Barresi's ongoing stalking, as Barresi has constantly been calling Angela apparently hundreds of times. Ms. Meador's life and safety are at serious risk due to ongoing harassment, stalking, and witness intimidation tactics being employed by Paul Barresi, who resides in Rancho Cucamonga, California.

**IMMEDIATE SITUATION AND URGENT REQUEST FOR HELP**

I have reported to the San Bernardino County Sheriff's Department in Rancho Cucamonga against Paul Barresi for his illegal possession and weaponization of an unauthorized phone recording between myself and Angela Meador. **Case Number: RCR2506114**. In this recording, Barresi fixates on disturbing "gun-to-the-head" content and continues to disclose it publicly (most recently on June 30th), which has left Ms. Meador in constant fear for her life.

The attached cease and desist letter to Marton Csokas and the affidavit by licensed investigator Alejandro Hernandez (who interviewed Ian Herndon) detail the horrific nature of the assaults Angela endured and specifically describe the gun assailant who threatened her. Angela is terrified that this person will discover she has spoken about what happened to her.

**CRITICAL EVIDENCE FROM T-MOBILE PHONE RECORDS**

I received very concerning T-Mobile phone records today that provide stark evidence of the ongoing coercion and stalking. The data is alarming:

- **297 incoming calls from Barresi to Angela in only one year** (June 2024 to June 2025)
- **309 total calls between Barresi and Angela**
- **Angela only called him 12 times** - showing the one-sided nature of this harassment
- **On March 26th, 2025 alone, there were 9 calls between them** - all on the same day when I texted Angela once requesting to speak with her

This pattern clearly shows excessive and terrifying surveillance behavior. T-Mobile themselves advised that Angela needs to change her phone number to curtail the stalking.

**CRITICAL CLARIFICATION REGARDING 2025-0218482 INCIDENT REPORT**

**Important correction**: The incident report 2025-0218482 incorrectly states that I called Angela on March 26th. This is not accurate. I sent only **ONE text message** that day stating I was at Lori Mattix's house (who worked for Johnny Depp's sister) and asking if I could please call her later that day (attached evidence).

According to the T-Mobile records, **Barresi called Angela 9 times on March 26th** - not me. I did not actually call Angela until March 30th, and per the subpoena I filed in US District Court, I only called her **4 times total on different days**: March 30th, April 1st, April 12th, and April 14th.

This date reference comes from Complaint Number: 2025-0218482 (content obtained from Barresi's public threats).

**ANGELA'S FEAR AND NEED FOR PROTECTION**

Angela has stated in her ex parte filing that she "received threats that she has evidence of," but she is too afraid to report Barresi directly due to the illegal phone recording and its disturbing gun-related content.

Barresi has falsely manipulated her into believing she must depend on him and continue taking his calls, or face wrongful retaliation.

**I worry every day for Angela and have cried many times over these past months.** While I knew the situation was severe, these phone records reveal it's even worse than I realized, showing that Barresi has been repeatedly calling her constantly to monitor her activities. The evidence shows a pattern of systematic intimidation and control.

## URGENT REQUEST FOR ASSISTANCE

**Please help Angela by informing her that she can report as a victim to:**

- **Deputy Szulc and Deputy Acuna** at the San Bernardino County Sheriff's Department in Rancho Cucamonga, California
- **Case Number: RCR2506114**
- She can file a **Courtesy Report** with Goodlettsville Police, and they can forward it to the appropriate jurisdiction
- The case will be forwarded to the District Attorney
- **California authorities are very likely to help an assault victim** who is afraid due to gun threats and has been mercilessly stalked

## MY INTENTIONS AND CONCERN FOR ANGELA

For the record, my only intention was to help Angela feel better, feel safe, and no longer be afraid. I advised her years ago to change the identity of the threats in her reports and not to recant what her lived experience was in receiving intimidation. I would never harm or retaliate against Angela, nor would anyone in our support group.

Barresi has weaponized this illegal recording to maintain control over both Angela and myself, creating a situation where an assault victim is too terrified to seek help.

## DETAILS OF ANGELA'S ASSAULT EXPERIENCES

For context, Angela experienced horrific assaults at the hands of Marton Csokas in New Orleans in April 2015, where she was held against her will for three days, physically assaulted, sexually assaulted, and had her leg cut with a knife causing serious bodily injury. Shortly after returning to Florida, an unidentified assailant held a gun to her head and threatened to kill her if she spoke about what Csokas had done to her. This gun-to-head threat is specifically referenced in the illegal recording that Barresi continues to weaponize against Angela.

Under California law, it is against the law to make someone be silent about misconduct, harassment, or assaults. Both Barresi (who resides in California) and myself (who was in California in 2022 when the recording was made) are subject to these protections. Angela has the legal right to speak about her experiences without being silenced through intimidation or coercion.

## CONCLUSION

Angela Meador is a victim who desperately needs protection and support to break free from this cycle of intimidation. The T-Mobile phone records provide clear evidence of harassment and stalking behavior that must be addressed immediately.

I respectfully urge you to reach out to Angela and provide her with the information about how she can safely report to the California authorities. Her life and safety depend on getting the proper protection she deserves.

Thank you for your attention to this urgent matter. Please contact me if you need any additional information or clarification.

Respectfully,

Christina Taft CEO, Rescue Social Inc 212-718-1003 taftchristina.ceo@gmail.com

**Attachments:**

- T-Mobile Phone Records (CDR_Mediations_6154234768_17914462.xls)
- Cease and Desist Letter to Marton Csokas

Case 5:24-cv-01930-TJH-DTB   Document 105-1   Filed 10/03/25   Page 88 of 114
Page ID #:4857

- Affidavit of Alejandro Hernandez
- Text message evidence from March 26th
- Subpoena filed in US District Court

BELOW ARE MY REPORTS TO DEPUTIES AT THE SHERIFF'S DEPARTMENT IN RANCHO CUCAMONGA

---------- Forwarded message ----------
From: **Christina Taft** <taftchristina.ceo@gmail.com>
Date: Sat, Jun 21, 2025 at 7:22 PM
Subject: Re: URGENT - Request for Investigation and Prosecution of Unauthorized Audio Recording Disclosures
To: <ASZULC@sbcsd.org>


Hello Deputy Szulc,

Thank you again for your kindness and attention last week when I reported, and provided more evidence after our interview.

Yesterday (June 20th, 2025) there was another illegal unauthorized disclosure by Defendant Barresi of the illegal recording of my phone call with assault victim Angela Meador, and for more pressuring and coercion of us.

The "gun-to-the-head" content is midway in this disclosure, and in the beginning of it Angela states she doesn't want any posting or disclosures of her content related to the retaliation incidents. Added to this illegal disclosure in Barresi's added text, is about breakins and pressuring about false criminalizations. Barresi sent this to a person he unconsentedly recorded himself and then just 30 minutes ago disclosed that recording again illegally too, falsely claiming that victim wants unconsented recordings when he also just rebuked being recorded.
I'm most concerned with my vulnerable friend and victim/witness Angela Meador, my voice in this recording being unwantingly used for coercion of her where she cannot have autonomous statements, and her and I's demise from Barresi's coercion.

Further, I just tried to subpoena Angela in my main case where he's defaulting/won't answer, and with this coercion and Barresi holding her like this against her will with this illegal recording forcing statements of her with his use of it and added threats, I can't even communicate with her or serve her.

The link to the disclosure yesterday is here: 2:56 PM · Jun 20, 2025
https://x.com/PaulBarresi1/status/1936181394318999675

Christina Taft
212-718-1003



*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*


On Wed, Jun 11, 2025 at 5:11 PM Christina Taft <taftchristina.ceo@gmail.com> wrote:
> To Deputy Acuna,
>
> I'm in Rancho Cucamonga to do a report urgently and printed my evidence, I have the original recording device cell phone, and I have a flash drive with the same evidence.
>
> ---------- Forwarded message ----------
> From: **Christina Taft** <taftchristina.ceo@gmail.com>
> Date: Fri, Jun 6, 2025 at 9:12 PM
> Subject: Re: URGENT - Request for Investigation and Prosecution of Unauthorized Audio Recording Disclosures
> To: <rancho@sbcsd.org>
>
>
> TO: San Bernardino County Sheriff's Department
> **Violations of California Penal Code Sections 632 and 637**

8/5/25, 1:36 AM                    Gmail - You Are Continuing to well - Please Report to Sheriff's Department

FROM: Christina Taft
DATE: June 6th, 2025
**RE: URGENT - Request for Investigation and Prosecution of Unauthorized Audio Recording Disclosures**
REQUEST FOR CRIMINAL PROSECUTION

URGENT REQUEST FOR ASSISTANCE
Dear Sheriff's Department, I am reporting as the victim of unauthorized disclosures by Paul Barresi in San Bernardino of an illegal phone recording of a conversation between me and Angela Meador. The urgency of this matter is heightened because Angela is an assault victim and Defendant Barresi is fixating on the recording content that discusses a gun being held to the head by an unidentified assailant, weaponizing this traumatic assault content as an ongoing threat. The defendant fixated on this since people alleged he held the gun to her head, and I ask her about the gun to the head in this recording he leverages.
This situation has escalated to where Angela was "scared to death" and was "shaking uncontrollably" as I told to dispatch, and I've been coerced by not wanting harm to her and avoiding the threats, which Barresi leverages. These unauthorized disclosures have escalated so far that police protection was needed for the other victim in my phone call that was recorded (while I was in Los Angeles), and I as the reporting victim have also suffered severe trauma from these repeated violations. Defendant Barresi has been wielding and leveraging this traumatic recording, releasing it as threats, and continues leveraging it to this day with threats of release. He has become fixated on the gun-to-the-head content, using it as psychological warfare against both victims.

I urgently need to know where I can report Barresi for breaking California law through his unauthorized disclosures of an unlawful phone recording between myself and assault victim Angela Meador.

**IMMEDIATE UPDATE:** I called dispatch at 4pm PST today and was told a deputy would call me back, but the deputy has not yet called me. I spoke with Deputy Acuna today at 5pm PST and explained the content of the recording of us (with Angela) discussing her being assaulted (by Csokas), being held hostage 3 days, kidnapping, hit multiple times, stripped, filmed against her will and the unidentified assailant with the gun to the head shortly after the assault. These are unauthorized disclosures and threats. Given the urgent nature of these ongoing criminal violations, I can first report under "threats."

This situation involves 15 documented incidents of criminal violations spanning from December 2024 through October 2022, and to this very day the threat of unauthorized disclosure of the illegal phone call is being wielded by Barresi. I was residing at 5550 Grosvenor Blvd, Los Angeles, California when this unlawful recording was made by me, establishing clear California jurisdiction for prosecution under state privacy laws. Defendant Paul Barresi is located at 9648 Nova Place, Rancho Cucamonga, 91730 where Barresi is repeatedly breaking the law from.

The severity and urgency of this matter is demonstrated by documented distress incidents involving Angela Meador. This situation has caused significant hardship and stress, including stalking behavior by Barresi that escalated to the point where Angela Meador, the vulnerable assault victim in our unlawfully recorded phone call, required police witness protection. I am writing to you following your department's three months of assistance in attempting to serve stalker Paul Barresi with a restraining order.

**EXTREMELY SENSITIVE CONTENT:** The illegal recording contains extremely sensitive and traumatic content about a gun being held to the head by an unidentified assailant, which has caused severe trauma and fear to both Meador and myself. Through showing me the helplessness he was causing to my friend by sending me her text messages where she asked me for help, Barresi has repeatedly conveyed I would have to be falsely charged for the illegal recording and permanently silence myself in order to get the harm from his unauthorized disclosures to stop. Barresi repeatedly shows severe aggression and stalking, demonstrating his deliberate intent to cause psychological harm through exploitation of this traumatic content.

It has become so horrific and devastating, and I have to report these unauthorized disclosures of the phone call to help Angela and myself from Barresi's coercion of using it. I've been so afraid from Barresi's threats that I left the state. My vulnerable friend Angela is now too afraid to identify who assaulted her (further discussed in this recording) and is too afraid to identify Defendant Paul Barresi as the one doing these threats of unauthorized disclosures and retaliation. I cannot stand for my friend to be continually distressed by these ongoing violations, nor can I continue to be coerced through Barresi's exploitation of this illegally obtained recording. I need to prosecute Barresi for these criminal actions and the substantial harm he has inflicted upon both myself and my vulnerable friend. The repeated violations of our privacy

https://mail.google.com/mail/u/1/?ik=fcf2a400f0&view=pt&search=all&permmsgid=msg-a:r496869603237341772&simpl=msg-a:r496869603237341772         5/10

8/5/25, 1:36 AM
Gmail - You Are Committing crimes well - Please report to Sheriff's Department
Case 5:24-cv-01930-TJH-DTB Document 105-1 Filed 10/03/25 Page 90 of 114 Page ID #:4859

through illegal recording disclosures have created an ongoing pattern of harassment and intimidation that must be addressed through the criminal justice system.

SUMMARY OF VIOLATIONS
I am formally requesting investigation and prosecution of Paul Barresi for multiple violations of California Penal Code Sections 632 (Eavesdropping and unauthorized disclosures) and 637 (Disclosure of Recorded Communications) involving the unauthorized disclosure of confidential audio recordings of conversations between Christina Taft and Angela Meador.

TIMELINE OF CRIMINAL VIOLATIONS (Within 3-Year Statute of Limitations)

The following incidents of unauthorized disclosure occurred within the statutory period for prosecution, organized from most recent:

March-April 2025 - Repeated threats from Barresi occurred; victim Angela Meador required police protection during this period
December 31, 2024 - Most recent unauthorized disclosure incident that led to a declaration made under duress
July-August 2024 - Email disclosures of confidential recordings
January 2024 - Multiple instances of wrongful dissemination
December 31, 2023 - Unauthorized disclosure incident
October 28, 2023 - Continued unauthorized dissemination
October 27, 2023 - Wrongful disclosure of confidential recording
December 31, 2022 - Unauthorized disclosure incident
December 28, 2022 - Wrongful dissemination of recording
December 16, 2022 - Unauthorized disclosure incident
November 2022 - Email disclosures of confidential recordings
October 22, 2022 - Continued unauthorized dissemination
October 15, 2022 - Wrongful disclosure incident
October 14, 2022 - Continued unauthorized dissemination
October 10, 2022 - Early wrongful disclosure incident
October 9, 2022 - Early unauthorized disclosure

APPLICABLE CALIFORNIA PENAL CODE SECTIONS
Penal Code Section 632 (Unlawful recording and unauthorized disclosures):

Prohibits intentional recording of confidential communications without consent of all parties California is a "two-party consent" state requiring all participants' permission The recording device (ACR) was located in California, establishing clear violation of state law

Penal Code Section 637 (Disclosure):

Prohibits disclosure of recorded telephone conversations Applies when disclosing party was not participant in original conversation **KNOWING VIOLATION:** Barresi is fully aware this is an illegal recording as both I and Angela as victims from the phone call have repeatedly pleaded with him that it's illegal, specifically informing him that the device for the recording was in California (ACR). Despite this knowledge, he continues to unlawfully disclose the recording.

CRIMINAL PENALTIES
These violations are "wobbler" offenses that may be charged as misdemeanors or felonies:

Misdemeanor: Up to 1 year county jail and/or $2,500 fine per violation Felony: Up to 3 years imprisonment and/or $2,500 fine per violation Repeat Offender: Up to $10,000 fine per violation

EVIDENCE AVAILABLE
Documentation of disclosure dates and methods
Evidence of ongoing pattern of unauthorized dissemination
Proof that disclosures involved confidential communications
Records showing lack of consent from recorded parties
Text messages from Angela Meador asking for help, which Barresi sent to demonstrate the distress he was causing Evidence of disclosures on YouTube channels and in emails to others (and to me)
Private investigators and police have witnessed the intense shaking and fear that Angela is going through as Barresi repeatedly commits these crimes and holds her seemingly hostage from her own autonomy, and me as well since I'm in this phone call

8/5/25, 1:36 AM
Gmail - You Were Defrauded and Lover - Please Report to Sheriff's Department
Case 5:24-cv-01930-TJH-DTB   Document 105-1   Filed 10/03/25   Page 91 of 114
Page ID #:4860

IMPACT OF VIOLATIONS
The unauthorized disclosure of the sensitive contents of the confidential phone call has resulted in:

Coercion: The defendant has used the illegally obtained recording as leverage to force compliance and extract declarations under duress, constituting criminal coercion through exploitation of private communications containing extremely traumatic content about gun violence. Too afraid to identify who assaulted her and the defendant, and I'm coerced as well for not wanting harm to her.

Emotional Distress: The repeated unauthorized dissemination of private, sensitive conversations containing traumatic assault details has caused severe psychological harm, anxiety, and mental anguish to the victims whose privacy was violated. The content involves a gun being held to someone's head by an unidentified assailant, making the unauthorized disclosures particularly devastating.

Financial Harm: The wrongful disclosure and exploitation of confidential communications has resulted in measurable economic damages, including but not limited to loss of opportunities, reputation damage, and costs associated with addressing the privacy violations.

REQUEST FOR ACTION


I respectfully request that the San Bernardino County Sheriff's Department:

Initiate a criminal investigation into these violations
Interview relevant witnesses and collect evidence
Forward findings to the District Attorney's Office for prosecution consideration
File appropriate criminal charges based on the evidence
The defendant's repeated violations demonstrate a pattern of willful disregard for California privacy laws and warrant immediate law enforcement intervention.

If you could please provide how I can urgently do a police report about this for an investigation that is urgently needed, I will do what you advise to me.

Contact Information:
Christina Taft
212-718-1003


On Thu, Jun 5, 2025 at 5:35 PM Christina Taft <taftchristina.ceo@gmail.com> wrote:

TO: San Bernardino County Sheriff's Department
**Violations of California Penal Code Sections 632 and 637**
FROM: Christina Taft
DATE: June 5th, 2025
**RE: URGENT - Request for Investigation and Prosecution of Unauthorized Audio Recording Disclosures**
REQUEST FOR CRIMINAL PROSECUTION

URGENT REQUEST FOR ASSISTANCE
Dear Sheriff's Department, I am reporting as the victim unauthorized disclosures by Paul Barresi in San Bernardino of an illegal phone recording of a conversation between me and Angela Meador. The urgency of this matter is heightened because Angela is an assault victim and Defendant Barresi is fixating on the recording content that discusses a gun held to the head by an unidentified assailant, weaponizing this traumatic assault content as an ongoing threat.

This situation has escalated to where Angela is "scared to death" and was "shaking uncontrollably" as I told to dispatch, and I've been coerced by not wanting harm to her, which Barresi leverages. These unauthorized disclosures have escalated so far that police protection was needed for the other victim in my phone call that was recorded, and I as the reporting victim have also suffered severe trauma from these repeated violations.

Defendant Barresi has been wielding and leveraging this traumatic recording, releasing it as threats, and continues leveraging it to this day with threats of release. He has become fixated on the gun-to-the-head content, using it as psychological warfare against both victims.

I urgently need to know where I can report Barresi for breaking California law through his unauthorized disclosures of an unlawful phone recording between myself and assault victim Angela Meador.

**IMMEDIATE UPDATE:** I called dispatch at 4pm PST today and was told a deputy would call me back, but the deputy has not yet called me. Given the urgent nature of these ongoing criminal violations, I can first report under "threats."

This situation involves 15 documented incidents of criminal violations spanning from December 2024 through October 2022, and to this very day the threat of unauthorized disclosure of the illegal phone call is being wielded by Barresi. I was residing at 5550 Grosvenor Blvd, Los Angeles, California when this unlawful recording was made by me, establishing clear California jurisdiction for prosecution under state privacy laws. Defendant Paul Barresi is located at 9648 Nova Place, Rancho Cucamonga, 91730 where Barresi is repeatedly breaking the law from.

The severity and urgency of this matter is demonstrated by documented distress incidents involving Angela Meador. This situation has caused significant hardship and stress, including stalking behavior by Barresi that escalated to the point where Angela Meador, the vulnerable assault victim in our unlawfully recorded phone call, required police witness protection. I am writing to you following your department's three months of assistance in attempting to serve stalker Paul Barresi with a restraining order.

**EXTREMELY SENSITIVE CONTENT:**
The illegal recording contains extremely sensitive and traumatic content about a gun being held to the head by an unidentified assailant, which has caused severe trauma and fear to both Meador and myself. Through showing me the helplessness he was causing to my friend by sending me her text messages where she asked me for help, Barresi has repeatedly conveyed I would have to be falsely charged for the illegal recording and permanently silence myself in order to get the harm from his unauthorized disclosures to stop. Barresi repeatedly shows severe aggression and stalking, demonstrating his deliberate intent to cause psychological harm through exploitation of this traumatic content.

It has become so horrific and devastating, and I have to report these unauthorized disclosures of the phone call to help Angela and myself from Barresi's coercion of using it. I've been so afraid from Barresi's threats that I left the state. My vulnerable friend Angela is now too afraid to identify who assaulted her (further discussed in this recording) and is too afraid to identify Defendant Paul Barresi as the one doing these threats of unauthorized disclosures and retaliation. I cannot stand for my friend to be continually distressed by these ongoing violations, nor can I continue to be coerced through Barresi's exploitation of this illegally obtained recording. I need to prosecute Barresi for these criminal actions and the substantial harm he has inflicted upon both myself and my vulnerable friend. The repeated violations of our privacy through illegal recording disclosures have created an ongoing pattern of harassment and intimidation that must be addressed through the criminal justice system.

SUMMARY OF VIOLATIONS
I am formally requesting investigation and prosecution of Paul Barresi for multiple violations of California Penal Code Sections 632 (Eavesdropping) and 637 (Disclosure of Recorded Communications) involving the unauthorized disclosure of confidential audio recordings of conversations between Christina Taft and Angela Meador.

TIMELINE OF CRIMINAL VIOLATIONS (Within 3-Year Statute of Limitations)

The following incidents of unauthorized disclosure occurred within the statutory period for prosecution, organized from most recent:

8/5/25, 1:36 AM
Case 5:24-cv-01930-TJH-DTB Document 105-1 - Filed 10/03/25 Page 93 of 114
Page ID #:4862
Gmail - You Dominated Cornwell - Please Reply to Almeda's Department

March-April 2025 - Repeated threats from Barresi occurred; victim Angela Meador required police protection during this period
December 31, 2024 - Most recent unauthorized disclosure incident that led to a declaration made under duress
July-August 2024 - Email disclosures of confidential recordings
January 2024 - Multiple instances of wrongful dissemination
December 31, 2023 - Unauthorized disclosure incident
October 28, 2023 - Continued unauthorized dissemination
October 27, 2023 - Wrongful disclosure of confidential recording
December 31, 2022 - Unauthorized disclosure incident
December 28, 2022 - Wrongful dissemination of recording
December 16, 2022 - Unauthorized disclosure incident
November 2022 - Email disclosures of confidential recordings
October 22, 2022 - Continued unauthorized dissemination
October 15, 2022 - Wrongful disclosure incident
October 14, 2022 - Continued unauthorized dissemination
October 10, 2022 - Early wrongful disclosure incident
October 9, 2022 - Early unauthorized disclosure

APPLICABLE CALIFORNIA PENAL CODE SECTIONS Penal Code Section 632 (Eavesdropping):

Prohibits intentional recording of confidential communications without consent of all parties California is a "two-party consent" state requiring all participants' permission The recording device (ACR) was located in California, establishing clear violation of state law

Penal Code Section 637 (Disclosure):

Prohibits disclosure of recorded telephone conversations Applies when disclosing party was not participant in original conversation **KNOWING VIOLATION:** Barresi is fully aware this is an illegal recording as both I and Angela as victims from the phone call have repeatedly pleaded with him that it's illegal, specifically informing him that the device for the recording was in California (ACR). Despite this knowledge, he continues to unlawfully disclose the recording.

CRIMINAL PENALTIES These violations are "wobbler" offenses that may be charged as misdemeanors or felonies:

Misdemeanor: Up to 1 year county jail and/or $2,500 fine per violation Felony: Up to 3 years imprisonment and/or $2,500 fine per violation Repeat Offender: Up to $10,000 fine per violation

EVIDENCE AVAILABLE
Documentation of disclosure dates and methods Evidence of ongoing pattern of unauthorized dissemination Proof that disclosures involved confidential communications Records showing lack of consent from recorded parties
Text messages from Angela Meador asking for help, which Barresi sent to demonstrate the distress he was causing Evidence of disclosures on YouTube channels and in emails to others (and to me)
Private investigators and police have witnessed the intense shaking and fear that Angela is going through as Barresi repeatedly commits these crimes and holds her seemingly hostage from her own autonomy, and me as well since I'm in this phone call

IMPACT OF VIOLATIONS The unauthorized disclosure of the sensitive contents of the confidential phone call has resulted in:

Coercion: The defendant has used the illegally obtained recording as leverage to force compliance and extract declarations under duress, constituting criminal coercion through exploitation of private communications containing extremely traumatic content about gun violence.

Emotional Distress: The repeated unauthorized dissemination of private, sensitive conversations containing traumatic assault details has caused severe psychological harm, anxiety, and mental anguish to the victims whose privacy was violated. The content involves a gun being held to someone's head by an unidentified assailant, making the unauthorized disclosures particularly devastating.

Financial Harm: The wrongful disclosure and exploitation of confidential communications has resulted in measurable economic damages, including but not limited to loss of opportunities, reputation damage, and costs associated with addressing the privacy violations. Barresi further wanted me to pay him tens of thousands of dollars to make him stop and to silence myself.

REQUEST FOR ACTION
I respectfully request that the San Bernardino County Sheriff's Department:

Initiate a criminal investigation into these violations
Interview relevant witnesses and collect evidence
Forward findings to the District Attorney's Office for prosecution consideration
File appropriate criminal charges based on the evidence
The defendant's repeated violations demonstrate a pattern of willful disregard for California privacy laws and warrant immediate law enforcement intervention.

If you could please provide how I can urgently do a police report about this for an investigation that is urgently needed, I will do what you advise to me.

Contact Information:
Christina Taft
212-718-1003

--
*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

LinkedIn

--
*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

LinkedIn

**7 attachments**

**A Letter to Deputy Szulc – Second Evidence Submission Summary Case.docx**
21K

**Print 309 Mostly Incoming Calls Barresi to Angela - T-Mobile.pdf**
499K

**309 times Calls Barresi Angela, Most Incoming - CDR_Mediations_6154234768_17914462.xls**
1787K

**CDR_Mediations_6154234768_17914462.xls**
1785K

**CA MARTON CSOKAS - PROTECTION NOTICE FOR ANGELA MEADOR AS FEDERAL WITNESS.pdf**
109K

**Assaults Content Affidavit of Alejandro Hernandez 24-May-2025 21-40-52.pdf**
1121K

**Filed 2 US District Subpoena to Angela Gayle Meador June 21, 2025-compressed.pdf**
9003K

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

---

## Urgent - Report Illegal Recordings and Disclosures Before Statute Runs Out

**Christina Taft** <taftchristina.ceo@gmail.com>                                         Wed, Jul 2, 2025 at 1:49 PM
To: Adam Waldman <awaldman@theendeavorgroup.com>, "Braga, Stephen" <stephen.braga@bracewell.com>,
babs481@aol.com

**To:** Adam, Steve Braga, Angela
**Subject:** Request for Resolution - Please Help

Dear Adam, Steve Braga, and Angela,

We need lives please. People could have been doing charity and work, not harmed with unlawful recordings and being
stalked accompanied by financial abuse, losing time and funds.

You have an ability here, and there should be resolution. I beg you to make Defendant Barresi stop, and I will help you if you
want to.

Angela Gayle Meador was just a nice girl and no one - especially people who supported Johnny because they're genuinely
against all forms of abuse, including financial - should be going through this from Barresi.

I saw how he used your unconsented recording. I saw what he was doing in mid 2023 including against Johnny people and I
was told to keep silent. Then he went after Angela and my family and mother Victoria again.

Please make this stop - I was too tired and couldn't get proper representation to talk. Please help.

I request rational communications, but I'm forced to have to do these lawsuits to get any help. I'm still in Boston.

I have faith that Lori Maddox has some reason why she said what she did about Johnny that she worked for his sister. We all
need warmth not coldness.

Sincerely,
Christina Taft

---

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*
[Quoted text hidden]



Christina Taft <taftchristina.ceo@gmail.com>

---

## Urgent: Please Report Phone Recording Disclosures to Authorities - Help Make This Stop

Christina Taft <taftchristina.ceo@gmail.com>                                                    Thu, Jul 3, 2025 at 8:58 AM
To: "Braga, Stephen" <stephen.braga@bracewell.com>, Adam Waldman <awaldman@theendeavorgroup.com>, babs481@aol.com,
mjanicki@reedsmith.com

**To:** Adam Waldman, Stephen Braga, Angela Meador, Magda Janicki
Urgent: Please Report Phone Recording Disclosures to Authorities - Help Make This Stop

Dear Adam, Stephen, Angela, and Magda,

We need lives please. People could have been doing charity and work, not being harmed with unlawful recordings and disclosures.

I've contacted Deputy Szulc about the Penal Code 637 violations - the disclosure of recorded phone calls is a separate crime from the recording itself. Please help by reporting Paul Barresi to Rancho Cucamonga authorities.

Angela did an emotional song against abuse to support Johnny, and as a former friend of mine, I am very worried for her. Barresi has violated crimes against you as well. He needs to finally be charged and for this to all stop. Please make this stop - I was too tired and couldn't get proper representation to talk. Please help.

We all need warmth not coldness. I request your compassion and assistance in resolving this through proper channels. Please see the below pleadings -

Sincerely,
Christina Taft

---------- Forwarded message ---------
From: **Christina Taft** <taftchristina.ceo@gmail.com>
Date: Thu, Jul 3, 2025 at 9:25 AM
Subject: Urgent - Penal Code 637 of Disclosures Phone Call Recordings
To: Szulc, Arielle <ASZULC@sbcsd.org>

**Dear Deputy Szulc,**

**I urgently need the Sergeant to review the Penal Code 637 on Disclosures of Contents of Telephone Call Recordings. This is a separate crime from the recording itself, and it can be connected to coercion and financial crimes.**

**This is urgent for myself and for innocent assault victim Angela Meador that the crime of disclosure of our phone call contents gets charged against Paul Barresi who resides in Rancho Cucamonga. Not only that, he has coerced her and for me to flee California, as well as fear retaliation to her, in order to make me be silent and/or pay.**

Further, you asked a lawyer to review --- Please see the below email thread from Stephen Braga on the separate crime of disclosure of contents of phone calls.
**From the start, 3 lawyers who are in recordings and disclosures by Barresi essentially showed that the acts by Paul Barresi are illegal, second, that disclosing and using the contents of phone calls is a separate crime.**

California Code, Penal Code - PEN § 637:

Every person not a party to a telegraphic or telephonic communication who willfully discloses the contents of a telegraphic or telephonic message, or any part thereof, addressed to another person, without the permission of that person, unless directed so to do by the lawful order of a court, is punishable by imprisonment pursuant to subdivision (h) of Section 1170, or in a county jail not exceeding one year, or by fine not exceeding five thousand dollars ($5,000), or by both that fine and imprisonment.

https://codes.findlaw.com/ca/penal-code/pen-sect-637/

The lawyer Stephen Braga for Adam Waldman and lawyer Magda Janicki clearly state that using contents of telephone calls in audio recordings is a separate chargeable crime from the recording itself, and that they wished to report to authorities.

**Paul Barresi making "vulnerable woman" Angela Meador focus on the first part of the chapter and not the separate disclosure crime is irrelevant to the applicability and of the penal code 637 and his knowing violations which have coerced to to level of fearing for life from retaliation of statements used from the contents of the recordings.**

**Both Angela and I have clean backgrounds,** but Richie was convicted in wire-tapping charges and money laundering. Barresi is

fully aware of this in a recording he has of him and another person in another illegal recording in California. Neither one of us want to be associated with crimes or involved in financial abuse.

**In my second USB and files, I further explain Barresi violated both laws regarding Adam and Janicki as well. Barresi has forced divisions in disputes and coercion so he avoids being jailed for his crimes.**

**Most importantly, this is for the welfare of innocent victims like Angela Meador and I who were brought into this unwantingly and unwillingly.**


---------- Forwarded message ---------
From: **Richie Albertini** <richiealbertini306@gmail.com>
Date: Sat, Jul 2, 2022 at 10:50 AM
Subject: Fwd: Adam Waldman
To: David Bigney <dbigney@bigneylaw.com>, <amckinney@stcomllc.com>, <taftchristina.ceo@gmail.com>


Interesting Choice. He Is Using Damion Echols Lawyer to Intimidate Me 🤩

---------- Forwarded message ---------
From: **Richie Albertini** <richiealbertini306@gmail.com>
Date: Sat, Jul 2, 2022, 3:55 AM
Subject: Re: Adam Waldman
To: Braga, Stephen <stephen.braga@bracewell.com>


Go Fuck Yourself but Before You Do Get Your Bitch Barresi Under Control. I am Represented. Do Not Contact Me Again. You Sure I was in California?

On Wed, Jun 22, 2022, 2:38 PM Braga, Stephen <stephen.braga@bracewell.com> wrote:

> Mr. Albertini,
>
> I represent Adam Waldman, who was recently informed by a former attorney of yours - Magda Janicki - that you claim to have tape recording(s) of one or two phone conversations you had with Mr. Waldman a few years ago while he was in California.
>
> Please be advised that Mr. Waldman had no idea that you were tape recording him at the time. Under California law, taping such conversation(s) without Mr. Waldman's consent was a crime. In addition, under California law, using any of the information obtained from your illegal recording of Mr. Waldman is also a separate crime.
>
> You have already committed the first crime, which Mr. Waldman intends to report to the authorities. I ask you to cease and desist from making your situation worse by now committing the second crime of disclosure, which Mr. Waldman will report to the authorities as well.
>
>
> According to your former attorney, you are actively conspiring with a third party to disclose the content of your illegally recorded telephone conversation(s) with Mr. Waldman.  If that happens, please be advised that you and any third party conspiring with you can expect to be sued for civil damages as well.
>
> Sincerely,
>
>
>
> Stephen L. Braga
>
>
> _____
>
> **STEPHEN L. BRAGA**
> Partner
> stephen.braga@bracewell.com | download v-card
> T: +1.202.828.5840 | F: +1.800.404.3970 | M: +1.703.623.2180
>
> **BRACEWELL LLP**
> 2001 M Street NW, Suite 900 | Washington, D.C. | 20036-3310
> bracewell.com | profile | LinkedIn | Twitter
>
>
>
>
>
> CONFIDENTIALITY STATEMENT
> This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

8/5/25, 1:41 AM    Case 5:24-cv-01930-TJH-DTB    Document 105-1    Filed 10/02/25    Page 98 of 114
Gmail - Happy 4th of July Support - Re: To Angela- Deep Care and Support: Synonyms in Songs
Page ID #:4867



Christina Taft <taftchristina.ceo@gmail.com>

---

## Happy 4th of July Support - Re: To Angela- Deep Care and Support: Synonyms in Songs

**Christina Taft** <taftchristina.ceo@gmail.com>                                      Fri, Jul 4, 2025 at 9:44 AM
To: babs481@aol.com

Dear Angela,

I am so deeply grateful to see you beginning to heal and, most importantly, to see you learning to love yourself more.

I'm so happy to see your renewed interest in your modeling career and your creative expression. Your photos with those vibrant colors and authentic expressions are truly beautiful. I respect your intelligence so I provide this to you - I'm dedicated to giving you the professional care and support you needed from the start.

Your journey toward self-compassion fills my heart with such joy. As a friend, I want you to know that you should feel love for yourself.

I want you to know that what you shared with me when this all began was important - you told me something I really needed to hear about the situation, and I appreciate that. I miss your positive energy and your sympathetic understanding.

Please know you can continue to say anything you need to say. I welcome constructive criticism and don't take things literally - your perspectives have actually helped me revise my own understanding in meaningful ways. You should never have to worry about speaking with me.

Supporting you has brought me genuine happiness, and I witness the importance of supporting you. Please don't think the roles can reverse - I'm steadfast and stubborn, and you are always safe with me. I care about the whole person, not just what's said. Seeing you harmed was subliminally causing me to suffer too and it was creating the final needs that kept autonomy from being achieved. That's how trauma can ripple outward, affecting those who care. But witnessing you beginning to reclaim your strength gives me hope - I hope for you everyday that you continue to restore your life and wellbeing.

It's wonderful that people are supporting you now. I hope you know that care for you will continue to grow, especially as you thrive positively. I praise your interest against all types of abuse - I am against all types of abuse as well.

The group you referred to will only support you and respect to not use materials, thanks to this process. It's only defendant that is left controlling you with hundreds of calls. As someone who dedicated to help others, it's meaningful that you regain your autonomy. Further, please reach out to music professionals like Leland Grant who still support you.

I hope you know how much I've changed over these years. In all our interactions, you deserve thoughtful, appreciative responses, and I'm devoted to that.

I know from our conversations that you can show positivity and still be struggling, I look back to that with shock. I know you can be talking with people and actually feeling pain inside. I know that and I'm dedicated for full restoration.

If I could go back and write differently, I would. I've had to really learn about Arts cases, travel, adjust significantly, and change many things. I learned about Grace Kelly and her connection to Monaco, and connected with different social circles, trying to understand better. I wish it had been easier for you, that you could have had more resources and opportunities for travel too.

I thought you might change your phone number, as independent adults can do. Honestly, I was very afraid of the retaliation from him that could dehumanize your greatness. I know you were responding while under pressure, against your will, and it really saddens me that you had to endure that. I thought by disconnecting, you could preserve your sense of wellbeing and identity, but I realize now that isolation made things so much worse. I'm so sorry.

You can contact me anytime at 212-718-1003 as I mentioned. I'm worried about how much negative contact you're receiving, so I wanted to provide support. As a friend of yours, I have foundation to help you. I should have had a lawyer contact you to support you - as a law student, I think that would have meant a lot to you. The diplomacy part is meaningful, and I had the same interest. As empaths, I hope we can move forward out of people who drain our energy.

He kept harming my mother Victoria too.

I'm worried about being quiet about giving you support when someone else was making hundreds of calls to you. I want you to know you have the ability to move forward. You deserve so much better, and I will accommodate so both of us can find freedom finally.

With love and continued support,

Christina (yes I liked everything because you need the support! I genuinely care about you no matter what and my last hope is your freedom).

---

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*

On Tue, Jun 17, 2025 at 5:40 AM Christina Taft <taftchristina.ceo@gmail.com> wrote:
> Dear Angela,
>
> Sending loving energy everyday… "Have you ever felt so… is there a light on this road?… caught in the eye of a hurricane… another night waiting for someone to take me home… oh oh oh." Lost by Katy Perry
>
> I care about you incredibly and want you to know that you're not alone in this, we're connected in these experiences.
> Your life has such beautiful energy and strength, and I can feel that same energy and warmth radiating from who you are.

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

---

## Adam: Request for Talking and Understanding - Creative Community

**Christina Taft** <taftchristina.ceo@gmail.com>                                      Tue, Jul 8, 2025 at 5:27 AM
To: Adam Waldman <awaldman@theendeavorgroup.com>, "Braga, Stephen" <stephen.braga@bracewell.com>, Angela Meador
<babs481@aol.com>

Dear Adam Waldman and Stephan Braga,

I ask for compassionate understanding and that healing is needed for protection. I am asking that you do something
that finally stops the manipulation by Defendant.

Creativity requires a certain vulnerability and openness that can make artists and creatives more susceptible to
emotional impact from around them. Understanding this sensitive nature of the creative process is essential, as the
very qualities of artistic expression can also make creative individuals more deeply affected by conflict and injustice.

It's probably safe for Adam to speak with Angela Gayle to give some emotional support and as a lawyer, especially
since Angela was a law student, although as shown before, the issues prolonging pain and suffering was not resolved,
from these issues from personnel, including figures.  I do not want anymore trauma from this situation, or feeling
without compassion, there is sincere compassion.

Defendant Barresi makes it seem like multiple sides- anyone going against vulnerability of people is cruel and unjust.
Johnny Depp's circle responds emotionally and talks more, while the Musk/Heard situation is cold and emotionless, to
not respond or act to help. These reactions have prolonged this for years.

Again, Angela - who again supported Johnny while genuinely feeling she is being against all types of abuse - is an
innocent victim of this, and already, I've processed all the others nearly in this case who gained autonomy over their
statements. Not long after this started, I wanted to help Angela and often dreamed about it, with not being able to
communicate or receive proper response or representation.

Her connection to me with the recordings of telephone calls held by Defendant Barresi illegally has always been the
start of the lack of autonomy and the issue of misrepresentations.

As someone whose mother Victoria and her friends knew A-listers, I responded the way I did against Defendant
Barresi's exploitation, however, the responders to this issue have not been understanding, and the personnel involved
just go sideways, with no productive help, which made us merciful to figures with more ability to be listened to.

This is not fair for Angela, and it is true about alleged "Johnny witnesses" and/or sympathetic individuals, no matter
what their knowledge is about the situation.

Johnny should agree that this Barresi issue needs to end for the sake of everyone.

First, I am very worried for Angela's wellbeing and her ability to live freely. Second, Defendant's manipulation of
disputes prolonged this, so that people wouldn't of multiple sides unite and end the coercion and prolongation
involved, starting with these recordings and the continual coercion over statements.

Again, people need support and everyone wonders why the suffering is continuing.

A lot of this starts with not having autonomy. I am truly asking you for your help and or to at least communicate with
Angela or do something about this as it won't stop - as soon as the process stops, the healing won't continue very
likely. I am very worried.

I say this, not to make this feel larger but to feel more realistic and grounded in direct communications. There is
sympathy available

With sincere concern,
Christina Taft
Plaintiff

--
*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

8/5/25, 1:43 AM Case 5:24-cv-01083-TJH-DTB REQUEST Document 105-3 Filed 08/02/25 PHONE RECORDINGS & STALKING RANCO CUCAMONGA Page ID #: 110 of 114

Page ID #:4869



Christina Taft <taftchristina.ceo@gmail.com>

---

## UPDATE SERGEANT REQUEST - ILLEGAL DISCLOSURES PHONE RECORDINGS & STALKING RANCO CUCAMONGA

---

**Christina Taft** <taftchristina.ceo@gmail.com>                                          Tue, Jul 8, 2025 at 12:14 PM
To: "Szulc, Arielle" <ASZULC@sbcsd.org>, rancho@sbcsd.org, rcpd@sbcsd.org, Angela G Meador <babs481@aol.com>

**UPDATE: SERGEANT REQUEST - ILLEGAL DISCLOSURES 637 PHONE RECORDINGS & STALKING 649.9
CALIFORNIA LAWS
POLICE REPORT REQUEST**

**San Bernardino County Sheriff's Department - Rancho Cucamonga Station**

**CALIFORNIA PENAL CODE SECTIONS 637 (UNAUTHORIZED DISCLOSURE) AND 646.9 (STALKING)**

- **Case Reference:** Need New Incident Report on Ongoing Disclosures/Stalking and RCR2506114
- **Date: July 8, 2025**
- **Reporting Party: Christina Taft**
- **Phone: 212-718-1003**

I am reporting a new criminal violation by Paul Barresi (908-656-5712, 9648 Nova Place, Rancho Cucamonga, CA 91730) **involving the unauthorized illegal disclosure telephone calls of** an illegally recorded phone conversation between myself and victim-witness Angela Meador on June 20, 2025.

Yesterday, July 7, 2025, I received a voicemail from Davidson County Sheriff's Department around Nashville, where Angela Meador resides. **This contact occurred after I provided Angela evidence of Barresi's 297 stalking calls to her and informed her about filing a Courtesy Report.** This suggests Angela is seeking help despite being trapped in Barresi's "hostage-like" psychological control that exploits our friendship, as well as my fear of retaliation to her, to control both victims with his criminal acts, and force demise without intervention making Barresi stop.

I am afraid for Angela's life and my own from this aggressive use of Barresi taking away our rights to autonomy with these recorded telephone calls that force repeated contact from him - again he is fixated on controlling Angela and I to prevent him being charged and it's torturing both of us.

Angela Meador desperately needs protection and support to break free from this cycle of intimidation. I am also a victim who has lost countless funds and cannot continue fleeing from place to place. The repeated violations demonstrate willful disregard for California privacy laws and warrant immediate law enforcement intervention.

**Critical for Rancho Cucamonga Sheriff's Department/Sergeant/Prosecutor:**
This new June 20, 2025 disclosure represents an escalation in Barresi's ongoing criminal pattern requiring immediate prosecutorial intervention. I previously had to report interstate threats from Barresi to the FBI.

Angela is an innocent victim and so am I. I have tried to learn how to report properly over the years, but my family does not help with reporting. Please help us. Barresi continues to commit crimes from his Rancho Cucamonga residence, and his psychological warfare operation requires the Sergeant's expertise in state law enforcement and the prosecutor's authority to stop these escalating violations.

## CRITICAL UPDATE - JULY 7, 2025 DAVIDSON COUNTY CONTACT

Yesterday, July 7, 2025, I received a voicemail from Davidson County Sheriff's Department around Nashville, where Angela Meador resides. This contact occurred after I provided Angela evidence of Barresi's 297 stalking calls and informed her about filing a Courtesy Report. This suggests Angela is seeking help despite being trapped in Barresi's "hostage-like" psychological operation that exploits our friendship to control both victims.

## SPECIFIC INCIDENT - JUNE 20, 2025

On June 20, 2025, Paul Barresi made another unauthorized public disclosure of the illegally recorded phone conversation between myself and Angela Meador. This disclosure contained extremely sensitive content including references to "gun-to-the-head" incidents that have caused severe trauma to both victims.

**Key Concerns:**

- Angela Meador is afraid to identify her assailant (Marton Csokas) due to fear of retaliation
- The recording contains traumatic content about gun threats that Barresi continues to weaponize

- Angela fears that disclosure of the gun-to-head assault will provoke retaliation from her assailant
- I am afraid for Angela's life and my own life due to Barresi's escalating criminal conduct
- This disclosure violates California Penal Code Sections 632 and 637

## URGENT NEED FOR SERGEANT INVOLVEMENT

I urgently need to reach the Sergeant who is responsible for enforcing state laws for the prosecutor and district attorney. The Sergeant has more comprehensive knowledge of the applicable laws than the deputies and can properly assess the criminal violations that have occurred. This case involves complex violations of California Penal Code that require immediate attention from someone with authority to initiate prosecution proceedings.

## ANGELA MEADOR'S TRAUMA RESPONSE AND NEED FOR PROTECTION

**Fawn-Freeze-Flight-Fight Trauma Response:** As detailed in my attached declaration, Angela Meador experiences severe fawn-freeze-flight-fight reactions as a direct result of the brutal assault perpetrated against her by Marton Csokas. This trauma response is evident in how the original assault occurred - she was held against her will for 3 days, physically confined, and had her leg severed with a knife by Csokas.

**Current Trauma Triggers:**

- Angela is unable to escape this traumatic response when Paul Barresi continues to contact her
- Barresi's threats to disclose the illegal recording retraumatize her and trigger these survival responses
- She remains in constant fear of the gun-to-head assailant recurring and potential retaliation from Csokas

Angela takes these threats very seriously due to the extreme violence she previously experienced

**Police Protection Required:** On March 31, 2025, Angela required police protection, which I fully support. The T-Mobile records show that Barresi made 26 calls to Angela on this same day, demonstrating how his harassment directly correlates with her need for law enforcement protection.

**Christina Taft (Reporting Party):**

- Too afraid to remain in one location due to Barresi's systematic stalking and threats
- Forced to continuously flee from city to city to escape ongoing harassment and intimidation
- Prolonged stalking has caused horrific financial damages from constant relocation and security measures
- Traumatized by fear for Angela's life and wellbeing, which Barresi uses as coercion against me
- Unable to effectively support witness Angela due to Barresi's criminal exploitation of our friendship; could not communicate with her, and any positive communication sees retaliation from Barresi and Defendants
- Subjected to ongoing psychological warfare designed to strip away autonomy and right to safety
- Living in constant fear that something could happen to Angela, which forces me to continue fleeing from place to place
- Financial and emotional damages from privacy violations and forced displacement

## CRITICAL UPDATE - JULY 7, 2025 DAVIDSON COUNTY CONTACT

This contact occurred after I had provided Angela her own phone records documenting Paul Barresi's stalking and systematic illegal recording of her, and after I had informed Meador she can

file a Courtesy Report that can be forwarded to the Rancho Cucamonga Sheriff's Department. This suggests that Angela is still providing clues that she needs help, despite her traumatized state. This timing suggests that providing Angela with evidence of her victimization has triggered further law enforcement involvement, highlighting the urgent need for California authorities to act on these criminal violations. CALIFORNIA PENAL CODE 632 VIOLATIONS - ILLEGAL RECORDING AND SYSTEMATIC STALKING

**Illegal Recording Violations, Illegal Disclosures, and Stalking:**
I made the first illegal recording of a confidential phone conversation with assault victim Angela Meador while I was located in Los Angeles, California - I already explained that the person that supported these recording practices has a heavy criminal background that any officer in California can lookup. It was inadvertent and I never wanted Barresi or Csokas to harm Angela or any harm to her at all. She needs justice, freedom, and protection.

**Paul Barresi then illegally obtained this recording and uses it for coercion through unauthorized disclosures in violation of California Penal Code Section 637.**

Additionally, **Barresi has been making other illegal recordings of Angela using his automatic phone recording application** during his systematic stalking calls (297 calls in one year vs. Angela's 12 return calls), violating California Penal Code Section 646.9 (Stalking). I am not being prosecuted for my illegal recording because I was the victim of Barresi's unauthorized disclosures, not the perpetrator of the disclosure crimes.

**Systematic Stalking Through Excessive Phone Calls:** The phone records demonstrate that Paul Barresi made **297 incoming calls to Angela Meador in one year** (June 2024 to June 2025), while Angela only called him back 12 times. This massive disparity shows a clear pattern of harassment and stalking behavior.

**Critical Pattern Evidence:**

- **March 26, 2025:** Barresi made 9 calls to Angela on the same day I attempted to have her served with a witness subpoena
- **March 31, 2025:** Barresi made 26 incoming calls to Angela when she required police protection (which I fully support)
- **Ongoing surveillance:** Pattern shows increased calling whenever Angela attempts to seek help or cooperate with legal proceedings

## BACKGROUND - ONGOING CRIMINAL PATTERN

This June 20, 2025 disclosure is part of a documented pattern of criminal violations by Paul Barresi spanning from October 2022 to present (2025), including:

**Previous Unauthorized Disclosures:**

- December 31, 2024 - Disclosure immediately resulting in coercion and retaliation
- Multiple incidents throughout 2023-2025
- Pattern of using illegally obtained recordings for coercion and intimidation

**Barresi's Re-creation of "Held Hostage" Environment:** Paul Barresi's criminal conduct systematically recreates the same "held hostage" environment that Angela originally experienced during the Csokas assault. Through his illegal recordings and systematic harassment, Barresi continues to trigger Angela's trauma response where she feels she has no autonomy over her own life or statements. Just as Csokas physically held her captive for three days, Barresi now psychologically holds her captive through:

- **Weaponizing the illegal recording** to control her ability to speak freely
- **297 stalking calls** that mirror the persistent contact used during her original captivity
- **Threats of disclosure** that recreate the same powerlessness she felt when physically confined
- **Removal of her autonomy** over her own words and experiences, exactly as occurred during the assault

This pattern shows Barresi is deliberately maintaining Angela in a state of psychological captivity, triggering the same fawn-freeze-flight-fight responses that were established during her original trauma. Angela remains unable to exercise control over her own life and statements because Barresi continues to exploit the very recordings that document her victimization.

**Context of Barresi's "Hostage-Like" Psychological Operation Between Taft and Meador:** The Sheriff's contact occurred in the context of Barresi's systematic stalking campaign - 297 calls to Angela in one year versus only 12 return calls from her - demonstrating his creation of a "hostage-like" trauma situation. Barresi deliberately exploits the relationship between Angela and myself, using our mutual care as a weapon to maintain psychological control over both victims. He has weaponized our friendship to create an impossible situation where Angela feels she cannot seek help without implicating me, while I cannot abandon her to continued victimization.

The timing of this Davidson County contact - immediately after providing Angela with evidence of Barresi's crimes and information about reporting options - suggests that even in her traumatized state, Angela recognizes she needs law enforcement intervention. This timing highlights the urgent need for California authorities to act on these criminal violations before Barresi's psychological warfare causes further harm.

**Legal Violations:**

- **Penal Code Section 637** (Disclosure): Prohibits disclosure of recorded telephone conversations when disclosing party was not participant in original conversation
- **Penal Code Section 632** (Eavesdropping): Intentional recording of confidential communications without consent of all parties

## DETAILED ASSAULT BY MARTON CSOKAS

**Defendant Information:**

- **Marton Csokas** (also known as "Mr. X" in witness interviews)
- **Residence:** California (specific address: 1130 5th AVE, Venice, California 90291)
- **Phone:** (424) 901-3738

**April 2015 New Orleans Assault:** According to witness statements and my declaration, Marton Csokas perpetrated a horrific three-day assault against Angela Meador in New Orleans:

- **Deceptive Contact:** Csokas initially contacted Angela through dating sites using false identity and photos
- **Kidnapping:** Lured Angela to New Orleans under false pretenses where she discovered his true identity
- **Physical Confinement:** Held Angela against her will for three consecutive days
- **Drugging:** Overpowered Angela with an unknown substance that left her incapacitated
- **Sexual Assault:** Multiple instances of rape and sexual violence while she was helpless
- **Physical Violence:** Beat and tortured Angela throughout the three-day period
- **Knife Attack:** Used a knife to sever Angela's leg, causing serious bodily injury requiring medical treatment
- **Forced Confinement:** Locked multiple doors to prevent her escape and forced her into small confined spaces
- **Unauthorized Recording:** Filmed the assaults without consent while Angela was stripped and defenseless

**Post-Assault Retaliation Campaign:** Following the assault, Csokas implemented systematic intimidation to silence Angela:

- **Gun-to-Head Threats:** Used armed associates who pointed guns at Angela's head and threatened to kill her if she reported the assault
- **Death Threats:** Made explicit threats against Angela's life if she spoke about what happened
- **Surveillance:** Employed private investigators to track and monitor Angela's movements
- **Ongoing Intimidation:** Harassment continued "almost every day" for "the first year and a half to two years"

## IMPACT ON VICTIMS

**Angela Meador (Victim-Witness):**

- Assault victim afraid to identify her attacker due to fear of retaliation
- Traumatized by repeated unauthorized disclosures of sensitive content
- Unable to seek help due to Barresi's use of illegal recording for coercion
- Requires immediate protection and support

## EVIDENCE AVAILABLE

- Documentation of June 20, 2025 disclosure
- Text messages showing Angela's fear and lack of consent
- Previous evidence submissions (USB drives with documentation)
- Witness declarations from multiple parties
- Phone records showing pattern of harassment

## CRIMINAL PENALTIES

These violations are "wobbler" offenses that may be charged as misdemeanors or felonies:

- **Misdemeanor:** Up to 1 year county jail and/or $2,500 fine per violation
- **Felony:** Up to 3 years imprisonment and/or $2,500 fine per violation
- **Repeat Offender:** Up to $10,000 fine per violation

## URGENT REQUEST FOR ACTION

I respectfully request that the San Bernardino County Sheriff's Department:

1. **Initiate immediate criminal investigation** into the June 20, 2025 disclosure
2. **Interview Angela Meador** as victim-witness (615-423-4768)
3. **Collect and preserve evidence** of the unauthorized disclosure
4. **Forward findings** to the District Attorney's Office for prosecution
5. **File appropriate criminal charges** based on the evidence
6. **Provide protection** for both victims from ongoing harassment

## WITNESS CONTACT INFORMATION

- **Angela Meador (Primary Victim-Witness):** 615-423-4768
- **Heather Cohen (Licensed PI):** 931-797-3868
- **Ian Herndon:** 813-810-8925
- **Molly Beaton:** 323-548-1081

## DEFENDANT INFORMATION

**Paul Barresi**

- Phone: 908-656-5712
- Email: paulbarresi@aol.com
- Address: 9648 Nova Place, Rancho Cucamonga, CA 91730

- YouTube: @paulbarresi9713, @paulbarresi705
- Twitter: @paulbarresi1

**CONCLUSION**

The June 20, 2025 unauthorized disclosure represents a continuation of Paul Barresi's criminal pattern of violating California privacy laws. Angela Meador desperately needs protection and support to break free from this cycle of intimidation.

I am also a victim who has lost countless funds and cannot continue fleeing from place to place. The repeated violations demonstrate willful disregard for California privacy laws and warrant immediate law enforcement intervention.

I am available for immediate interview and can provide additional evidence as needed. This situation requires urgent attention to prevent further harm to the victims.

**Respectfully submitted,**
Christina Taft

--
*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

---

2 attachments

 **Affidavit of Alejandro Hernandez 24-May-2025 21-40-52 Assaults, Gun, Life Fears Meador Content Risks.pdf**
1121K

 **Print 309 Mostly Incoming Calls Barresi to Angela - T-Mobile.pdf**
499K

# EXHIBIT 13

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

---

**Fwd: RADAR EXCLUSIVE: Paul Barresi's email to Dylan Howard. The OJ Simpson Case**

---

**Mario George Nitrini 111** <marionit111@gmail.com>
To: taftchristina.ceo@gmail.com

Sun, Jan 5, 2025 at 6:08 PM

Mario George Nitrini 111
-----
The OJ Simpson Case

---------- Forwarded message ---------
From: <paulbarresi@aol.com>
Date: Fri, May 27, 2022, 7:01 PM
Subject: Fwd: RADAR EXCLUSIVE:
To: marionit111@gmail.com <marionit111@gmail.com>

**FINAL DRAFT: CONFIDENTIAL**

-----Original Message-----
From: paulbarresi@aol.com
To: dh@empiremediagroup.com <dh@empiremediagroup.com>
Sent: Fri, May 27, 2022 6:59 pm
Subject: RADAR EXCLUSIVE:

# WHOSE TEXT IS IT ANYWAY?
# DEPP V. HEARD BOMBSHELL

*"You read it right but I did not write that. Perhaps someone else had my phone."*
*-Johnny Depp*

In the July 2019, after receiving an e-mail from Amber Heard's lawyer stating, "Her wish is my command," I was unrelenting in my effort to gather all the dirt I could find on Johnny Depp.

I had all the money and resources at my disposal to get the job done. I even enlisted the services of a private detective from Denmark to help me turn over every stone on the other side of the world in my quest to find that Johnny Depp was every bit as rotten as Amber had alleged, he was. However, what I found was that it was not Johnny Depp who was rotten, but a great many of the people around him on the take; squeezing him for whatever they could get.

During my three month investigation I heard about a shady Viper Room manager who stole; a bouncer who routinely bullied club patrons when Johnny was out of town and a bar-back who ended up doing hard time in federal prison.

Johnny was besieged by people in business and in his personal life who were on the take. Very few were his true friend. One of those few was songwriter and vocalist Chuck E. Weiss, a song writer and vocalist who worked with the likes of Frank Zappa, Rickie Lee Jones and Stray Cats. Weiss was also the Sunset Strip Central's co-owner, with Johnny and others, when the club changed its name to the Viper Room.

I had already heard more than a dozen times about about Johnny's outpour of generosity and how those closest to him take advantage. However, what Weiss

9/24/25, 10:12 AM    Gmail - Fwd: BADASS DOC... Re: Paul Barresi's edited clip/award. Treat Simpson Case
Case 5:24-cv-01930-TJH-DTB    Document 105-1    Filed 10/02/25    Page 107 of 114
Page ID #: 4876

told me  was something that the public didn't know. "They relied on Johnny's drugs
and alcohol addiction to keep his head in the clouds so he wouldn't notice them
ripping him off."

Weiss said, "They'd take valuable artifacts, fine art, jewelry, money, you name
it, whatever they can grab." I suggested one that he report the theft to the
police.
but that only made Johnny more upset. Johnny fired back at him, "What do you
expect me to do launch an all-out investigation!"

Weiss said that he never suggested Johnny get the police involved again but
never stopped never stopped telling him that whenever he offers career moochers
like Isaac Baruch to live off of him, it serves only to encourage grown men like
him to continue taking advantage.

Considering Johnny's history and especially what Weiss had to say, to my mind,
it isn't much of a stretch to believe that somebody in the habit of snatching
money,  valuables and whatever they could get from Johnny, would have any qualms
whatsoever about taking his phone to send a few text messages and return it before
he notices is was gone.

--Paul Barresi

FYI SEE LINK BELOW- Chuck Weiss performs, Johnny walks out and joins in:

https://www.youtube.com/watch?v=2R-aZCjQ1Vs

SEE LAWYER EMAIL BELOW, **NOT FOR PUBLICATION.**


-----Original Message-----
From: Richard A. Schwartz <rschwartz@bgrfirm.com>
To: Paul Barresi <paulbarresi@aol.com>
Sent: Sat, Jul 27, 2019 1:26 pm
Subject: Viper Room Investigation [IWOV-DOCSLA.FID344226]

Paul,

I spoke with Amber, and she thinks that it would be worth going further into the Viper Room-related dealings, so her wish is my
command. Please continue to look into JD's behavior (prioritizing, not to the exclusion of other investigations, incidents where JD was
personally involved).

Happy hunting.

**Richard A. Schwartz**
**BROWNE GEORGE ROSS** LLP

Los Angeles • New York • San Francisco
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Main 310.274.7100 | Fax 310.275.5697
rschwartz@bgrfirm.com
www.bgrfirm.com

# EXHIBIT 14

Case 5:24-cv-01930-TJH-DTB Document 105-1 Filed 10/02/25 Page 109 of 114
Page ID #:4878

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

___

**The OJ Simpson Case. Barresi's email to Amber's attorney Rick Schwartz**

**Mario Nitrini** <nitrinimario@gmail.com>                                        Fri, Jun 10, 2022 at 12:06 AM
To: Christina Taft <taftchristina.ceo@gmail.com>

Ms Cristina.
I sent you the screenshot via email regarding Barresi's email to me
(Shottenborn & the 4 journalists).

And Hmmmm....Shottenborn is on that filing before Elaine?
Something(s) do not sit right with me.

Mario George Nitrini 111
----
The OJ Simpson Case

On Thu, Jun 9, 2022, 2:58 PM Christina Taft <taftchristina.ceo@gmail.com> wrote:
  Thank you so much for this email. The sarcastic disrespect from that lawyer Schartz towards Amber Heard is very apparent.

  As said, we don't have much time and it's critical. My lawyer is going to look into an Amicus Brief too about the intimidation, tampering etc on their decision.

  What about that email with Rottenburn and the various reporters? Dylan Howard of AMI is against her too. I talked to Chris White at the trial in-person, and it was a
  different NYPost reporter, Elizabeth who is for Amber, not Emily that's on there.

  What is the photo and what is that email? Did Barresi have it forwarded to him or is it to him?
  Rottenburn is on that filin in 2020 with George, Schwartz, and Kaplan before Elaine Bredehoft comes in.

  On Thu, Jun 9, 2022 at 2:42 PM Mario Nitrini <nitrinimario@gmail.com> wrote:
    Mario George Nitrini 111
    ----
    The OJ Simpson Case

    I also believe that Amber's first attorney's Eric George and Richard Schwartz did not turn over vital evidence to Amber.
    Another words, suppressed it from her

    -----Original Message-----
    From: Richard A. Schwartz <rschwartz@bgrfirm.com>
    To: Paul Barresi <paulbarresi@aol.com>
    Sent: Sat, Jul 27, 2019 1:26 pm
    Subject: Viper Room Investigation [IWOV-DOCSLA.FID344226]

    Paul,

    I spoke with Amber, and she thinks that it would be worth going further into the Viper Room-related dealings, so her wish is my command. Please continue to look
    into JD's behavior (prioritizing, not to the exclusion of other investigations, incidents where JD was personally involved).  One particular lead I can offer on this point
    is Richie Albertini, who contacted my office some months before you were hired by our firm.  He claims to have witnessed JD doing lots of heinous acts (including
    putting a cigarette out on women), and also knows of another woman (Olivia Barash) who is making a documentary called "Friends of the Viper Room" that might
    be a good lead into other similar information.

    Happy hunting.

    **Richard A. Schwartz**

    **BROWNE GEORGE ROSS** LLP

    Los Angeles • New York • San Francisco

    2121 Avenue of the Stars, Suite 2800

    Los Angeles, California 90067

    Main 310.274.7100 | Fax 310.275.5697

    rschwartz@bgrfirm.com

    www.bgrfirm.com

--
**Christina Taft**
**Founder and CEO of Worldie**
**Social Media for Good**
Rescue Social Tech, AI/ML/Data Science
Book a Meeting – LinkedIn

# EXHIBIT 15

The Underground Bunker   Subscribe    Sign in

# EXCLUSIVE: Former Hollywood madam sued Tom Cruise in 2021 — and then dropped dead

**TONY ORTEGA**
SEP 25, 2024

♡ 56    💬 3    ⟳ 5                                                    Share



Hollywood private eye <u>Paul Barresi</u> has brought us some pretty startling and strange stories over the years, and he called saying that he had yet another one: Someone had sued Tom Cruise in 2021 at Los Angeles Superior Court and no one had reported on it yet. Were we interested?

Of course we were.

And this wasn't the first time that Barresi had delivered something to us about Cruise. In 2019, he dug up <u>a really remarkable audio recording</u> of a 2006 conference call when Cruise and Paula Wagner were introducing themselves to their new employees after buying a stake in United Artists. In that call, Cruise talked about coming to Hollywood and getting to know Wagner as they became producing partners.

"Paula Wagner is a woman who I've known for 25 years, when I first came out to Los Angeles. I had just finished a picture called *Taps*…and I didn't really know anything about Hollywood," Cruise says in that recording. And remarkably, that statement by Cruise is actually relevant to this new story that Barresi has brought us.

Barresi says he heard about the 2021 lawsuit and then had a difficult time getting a copy of it from courthouse workers, which made him suspicious. Did Scientology have

# EXHIBIT 16















## Adam Waldman
@adamwaldman

$CAM$ by Adam Waldman    X @adam_waldman

1.3K+ subscribers

Subscribed    Message    ···

Activity    **Posts**    Likes    Reads (8)

---

 $CAM$ BY ADAM WALDMAN                                    JUL 23

**Hollywood Math**

"You've got a lot of nerve

ADAM WALDMAN · 13 MIN READ

---

 $CAM$ BY ADAM WALDMAN                                    JUL 21

**We Meet Again**

A few days after the dinner with Johnny and his accountants at Ed White's house,
despite my agreement to investigate the financial issues, nothing had happened.

ADAM WALDMAN · 10 MIN READ

---

$CAM$ BY ADAM WALDMAN                                    JUL 20

**Pirates in the Caribbean**

"The law of the jungle and the sea are your only teachers."

ADAM WALDMAN · 11 MIN READ

---

 $CAM$ BY ADAM WALDMAN                                    JUL 19

**The First Supper**

My plane landed at LAX and I rushed to the Beverly Hills Hotel, ten minutes from
Johnny Depp's new business manager Ed White's house overlooking the Bel-Air
golf club.

ADAM WALDMAN · 8 MIN READ

---

 $CAM$ BY ADAM WALDMAN                                    JUL 18

**$cam$**

By Adam Waldman

ADAM WALDMAN · 11 MIN READ

---

$CAM$ BY ADAM WALDMAN                                    MARCH 20, 2023

**Coming soon**

This is $CAM$ by Adam Waldman.

ADAM WALDMAN · 1 MIN READ

Get app