Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 212-718-1003
Ceo.Taft@Rescue-Social.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINA TAFT<br><br>    Plaintiff,<br><br>vs.<br><br>PAUL BARRESI, et al, inclusive,<br><br>    Defendants. | Case No.: 5:24-cv-01930-TJH-DTB<br><br>[Hon. David T. Bristow, Magistrate Judge]<br><br>**PROPOSED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SEAL, STRIKE, AND SUPPLEMENT NON-PARTY'S DOCKET NO. 85 SUBMISSIONS**<br><br>*[Filed concurrently with Unopposed Motion Brief Memorandum to Seal and Strike Non-Party Submissions, Exhibits and New Declarations in Support of Brief 1-16; Declaration Supporting Unopposed Motion and Reporting Telephone Recordings; Exhibits A-C of Declaration; Certificate of Service]* |

1

PROPOSED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SEAL, STRIKE, AND SUPPLEMENT NON-PARTY'S DOCKET NO. 85 SUBMISSIONS

# PROPOSED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SEAL, STRIKE, AND SUPPLEMENT NON-PARTY'S DOCKET NO. 85 SUBMISSIONS

The Court, having considered Plaintiff Christina Taft's Unopposed Motion to Seal, Strike, and Supplement Non-Party's Docket No. 85 Submissions, and good cause appearing, **HEREBY ORDERS:**

1. The Clerk shall immediately **SEAL Docket No. 85** and restrict it from public access pending in-camera review, to protect Plaintiff's **confidential Social Security number** and other personal identifiers disclosed in violation of Fed. R. Civ. P. 5.2(a).

2. Docket No. 85 shall be **STRICKEN** from the public docket in its entirety, or alternatively in part, as containing **immaterial, impertinent, or scandalous** matter under Fed. R. Civ. P. 12(f). Any replacement filing shall be permitted only under seal or for in-camera review.

3. Plaintiff's motion shall be accepted as a **supplemental opposition brief** pursuant to Fed. R. Civ. P. 15(d).

4. The Clerk is directed to **correct the docket** to reflect sealed status and ensure compliance with Rule 5.2 regarding redaction of personal identifiers.

5. The Court finds that the non-party's filing was made in bad faith and interfered with the **integrity** of these proceedings.

6. The Court further grants **under Fed. R. Civ. P. 26(c)** to prevent discovery safeguards from being circumvented by improper non-party filings.

7. The Court grants such other and further relief as it deems just and proper.

**IT IS HEREBY ORDERED.**

Dated: October_____, 2025

                                                           Hon. David T. Bristow
                                                           U.S. Magistrate Judge

1

PROPOSED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SEAL, STRIKE, AND SUPPLEMENT NON-PARTY'S DOCKET NO. 85 SUBMISSIONS