# CERTIFICATE OF SERVICE
### CHRISTINA TAFT v. PAUL BARRESI, et al.
### 5:24-cv-01930-TJH-DTB

I, the undersigned, certify and declare that I am at least 18 years of age. I have a residency in the United States.

    On October 2, 2025, I served a true copy of;

**(1) MEMORANDUM OF UNOPPOSED MOTION TO SEAL AND STRIKE NON-PARTY EXPOSURE OF PRIVATE INFORMATION;**
**(2) EXHIBITS 1-16 OF MEMORANDUM BRIEF;**
**(3) DECLARATION OF PLAINTIFF TO SUPPORT UNOPPOSED MOTION TO SEAL NON-PARTY EXPOSURE OF PRIVATE INFORMATION - BAD FAITH, STOPPING REPORTING ILLEGAL TELEPHONE RECORDINGS (EXTORTION);**
**(4) EXHIBITS A-C OF DECLARATION; (5) PROPOSED ORDER**

__X__ (By Electronic Transmission) I caused the document(s) described herein to be electronically transmitted and served via the Pacer system. The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(E)

__X__ (By Delivery) I caused the document(s) described herein to be delivered to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

| | |
|---|---|
| Melissa Yaffa Lerner<br>Megan Scott Mallonee<br>Lavely & Singer Professional Corporation<br>Attorneys At Law<br>2049 Century Park East, Suite 2400<br>Los Angeles, California 90067-2906 | *Attorneys for Defendant(s),*<br>Paul Barresi |

I declare under oath and penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Dated in Cannes, France on October 2, 2025.

*(signature)*

Christina Taft
Plaintiff in Propria Persona