# EXHIBIT A

3:13

◀ App Store

#Fireworks #Boston #Independence #4thofJuly
pic.x.com/73uiHy3gMa



竹中先生叩き絶許のフルマックシャ ✔ liked your post

Boston Fireworks in the harbor tonight!!! I love Massachusetts!!! Here's the show for 4th of July Independence Day.

#Fireworks #Boston #Independence #4thofJuly
pic.x.com/73uiHy3gMa

6w



**Adam Waldman** ✔ liked your post

Over three years, Barresi confiscated our communications to prevent unification to see Barresi harms both Johnny and Amber, leaving my family and I "caught in the middle" unwantingly.

Defendant has fixated on Adam Waldman…
Defendant Barresi illegally recorded Waldman and
pic.x.com/9s16NzY7pd

7w



〰️ **Phaistos** 〰️ ✔ liked 2 of your posts

That's great! It's sunny in Greece and France ☀️🌞🌅

Show all

7w



〰️ **Phaistos** 〰️ ✔ @1821_crying · 8/5/25
Replying to @XTinaTaft_Film
I certainly will, thank you 🙏

💬 1    🔁    ❤️ 1    �People 37



**Hazel** ✔ followed you

8w

3:13

◀ App Store

### Christina Taft
480 posts

**Posts**   Replies   Highlights   Videos   Photos   Article



**Christina Taft** ✔ @XTinaTaft_Film · 8/5/25

Over three years, Barresi confiscated our communications to prevent unification to see Barresi harms both Johnny and Amber, leaving my family and I "caught in the middle" unwantingly.

Defendant has fixated on Adam Waldman... Defendant Barresi illegally recorded Waldman and forced disputes.

I supportively told Adam Waldman that he should be against financial abuse and exploitation, and he wrote publicly after silence from March 2023 to present –
which coincides to Defendant Barresi's enforcement.

Adam appeared to rebuke unconsented recordings of him publicly and against media.
#HappyBirthdayAdamWaldman



seedoftruth ✕ @seedoftruth1 · 8/4/21

This makes me so happy #HappyBirthdayAdamWaldman



# EXHIBIT B



**PEACE EDUCATION AND PRACTICE NETWORK (PEPNET)**

# CERTIFICATE
## OF EXCELLENCE

**THIS CERTIFICATE IS PRESENTED TO**

# Christina Taft

*in appreciation of your impactful contribution as one of our panelists at the PEPNET Global Panel Session.*



**Moses Abolade**
*Executive Director*

**Jatto Emmanuel Adavize**
*General Secretary*

# EXHIBIT C

5:17    LTE  34

✕

Report · August 12, 2025

# You submitted a report for exposing private info

[View Rule](#)

 **Paul Barresi** @PaulBarresi1 · May 1

Content hidden                                    **View**

`VIOLATION FOUND`

We locked @PaulBarresi1's account for breaking our exposing private info rule. We found they broke our exposing private info rule through different reports we received about their behavior.

They can't post, repost, or Like content, and we'll ask them to remove the reported content if they want to regain full access to their account. Your safety is important to us. If they break our rules again, we'll respond with a more severe action, like suspension.

We appreciate you taking the time to submit a report and helping keep X safe for everyone.

## Our safety recommendations

 **Report duplicates**
Even if the content is deleted, someone might have made a copy or taken screenshots. If you see it on X, please report it so we can remove it.

 **Reach out to law enforcement**
If you feel like you're in danger, we

x.com

 **Paul Barresi** ✔
@PaulBarresi1

 **Follow**

The only place she won't be banned from after losing  the case and all her money and property will be the burning fires of hell where the evil skanky-bitch belongs.

3:55 AM · Sep 25, 2025 · **6** Views

 1                     1                    

10:10    ◀ App Store    ⬤⬤⬤ 5G 🔋100

 **Emmy 'McQuaid' :)** @VancouverCaGirl · 1d    ⦸ ···

How come you didn't mention this book by Paul
Barresi? What is the reason for that?
x.com/PaulBarresi1/s...



💬        ⟲        ♡ 10        � 328        🔖    ⬆

 **Christina Taft** ✓
@XTinaTaft_Film

Isaac Baruch alleges he was blackmailed as
admitted in the book and the unconsented
recordings as well as escalations to Mid 2023
onward resulted in that book

That's an illegal recording of Adam Waldman.
You literally all watched him stalk Johnny's family
and friends for a while

10:09 AM · 7/12/25

Post your reply

🏠        🔍        ⬭        ▶        🔔        ✉

← **Post**

 **Paul Barresi** ✔
@PaulBarresi1

 **Follow**

YES, it will cost her a lot of money and ALL of those who acted in concert with her, both civilly & potentially criminally.

10:24 AM · Mar 7, 2025 · **18** Views

 1         2        

← **Post**

 **Paul Barresi** ✔
@PaulBarresi1                     **Follow**  ⊘  •••

Breaking… AH #1 obsessed fan Christina Taft is even more nuts now because she cant serve Adam Waldman & will be looking at jail time for the false allegations she made against me. For riveting UPdate & the real facts on the lunatic's insane lawsuit please follow @ComeGeekSome1

9:48 PM · Mar 11, 2025 · **3,172** Views

💬 8          ⟲ 17          ♥ 86          🔖 3          ⬆

 **Paul Barresi** 
@PaulBarresi1

Follow

This monster and her cohorts will be sued. One is homeless but his sister pays for the electronics i.e. cell phone he used to do her dirty work, spread lies, slander me; others. Im gonna take her house too.

8:03 PM · Aug 5, 2025 · **93** Views

 1                 7                

4:15    ░░░ LTE  8

**AM**  **Amy Marksberry**                    now
Yes SSN and ID

💬  ♻ 2    ♡ 8    ▥ 116    🔖  ⬆

**Angeline** 🏴‍☠️🇮🇪 @Angelin129784 · Jan 1    •••
He has half of us blocked xx

💬 1    ♻    ♡ 15    ▥ 402    🔖  ⬆

**Emmy 'McQuaid'** @VancouverCaG · Jan 1    •••
because of Isaac Baruch stuff he posted

💬 5    ♻    ♡ 6    ▥ 432    🔖  ⬆

**ALINA** ❤️🏴‍☠️🇬🇧 **AGI** @AgainDAlina · 23h    •••
Yes, he blocked me when I protected Isaac
and was a bit harsh with him.. I don't blame
him.

💬 1    ♻    ♡    ▥ 11    🔖  ⬆

**Emmy 'McQuaid'** @VancouverCaG · 18h    •••
I Know why he posted about Isaac Baruch,
he had a good reason.

💬    ♻    ♡    ▥ 9    🔖  ⬆

**Helene Efraimse** @EfraimsenHele · Jan 1    •••
I thought he was against JD...?😏🤔

💬 2    ♻    ♡ 3    ▥ 332    🔖  ⬆

💬

**Emmy 'McQuaid'** @VancouverCaG · Jan 1    •••
NO, He is NOT!
Paul has issues with Isaac Baruch, it seems
like when He posted stuff about Isaac

🏠

🔒 twitter.com



4:28

**← Tweet**

It's also a fact that none of us on here have a right to tell Mr. Depp who he should and shouldn't be friends with. That's his business. People already have opinions about what he should and... Show more

💬    🔁    ♡ 10    📊 697    ⬆️

**Paul Barresi**    •••
@PaulBarresi1

JD appreciates my advise & follows it with respect to freeloaders. You wont be seeing a Mooch like Baruch in his life ever again. And you can take that to the bank. As for testing the waters, I never test the waters. If my mind is made up to take the plunge I just do it.

11:13 AM · Jul 24, 2023 · **107** Views

**3** Likes

💬    🔁    ♡    🔖    ⬆️

Tweet your reply!    **Reply**

**Linda B SLP** 💚 ✅  @MyLampandOil · 4h    •••

🏠    🔍    🔔    ✉️

AᴀA    🔒 twitter.com    ↻

‹    ›    ⬆️    📖    ❐

1:44 🚗                                      .ıll 5G  43

← **Tweet**



**Paul Barresi**
@PaulBarresi1                                    ...

Issac Baruch's mom Carmen died July 2018
leaving him & his sister Lea a substantial
inheritance. When Isaac tearfully testified April
13, 2022 how he sincerely wants to pay JD back,
won't take no for an answer; swearing under
oath all he had was his Art, Baruch the mooch
lied.



7:06 AM · Jul 23, 2023 · **15.6K** Views

3 Retweets    6 Quotes    62 Likes    8 Bookmarks



AA            🔒 twitter.com            ↻

4:28

← **Tweet**

**Paul Barresi** @PaulBarresi1 · 5h    •••
Actually, I uncovered 27 freeloaders. Baruch
however was on the top of the list.

💬 1        ↻        ♡        �archives 38        ⬆️

**Freddie Stardust** @FreddieStar9966 · 5h    •••
No need for info on all 27, just the 5 main ones
from the trial. Why expose Issac but not for
example Rocky? I predict you will say that we
should wait for the book. 🙂

💬 1        ↻        ♡ 1        �archives 43        ⬆️

**Paul Barresi**    •••
@PaulBarresi1

I already said wait for the book.

12:39 PM · Jul 24, 2023 · **20** Views

💬        ↻        ♡        🔖        ⬆️

Tweet your reply!        **Reply**

**Freddie Stardust** @FreddieStar9966 · 3h    •••
But why are only Isaac's private issues exposed
now on Twitter then?

🏠        🔍        🔔        ✉️

AA        🔒 twitter.com        ↻

‹        ›        ⬆️        📖        ▢

6:58





August 17, 2023

9:50 PM



ADAM WALDMAN SPEAKS
CANDIDLY WITH PAUL BARRESI
ABOUT DESPICABLE AC
OF VENGEANCE AGAINS
JOHNNY'S WITNESS
FOLLOWING BIG WIN

0:09 / 4:08

## Description

## Adam Waldman acknowledges PI Paul Barresi was favorable witness for Johnny in Depp v. Heard case

 Paul Barresi

| 4 | 25 | Aug 9 |
|---|---|---|
| Likes | Views | 2023 |

Johnny Depp's consigliere Adam Waldman acknowledges favors role Hollywood Fixer Paul Barresi played for Johnny's side in the Depp v. Heard Waldman also confides



12:47

Open in the X app    OPEN

← **Post**

**Paul Barresi**
@PaulBarresi1                                    •••

Aug 13, 2014 NEW YORK DAILY NEWS Sunday
Edition
This Richard Johnson lead story reports on
excerpt from chapter in my book titled,
CINDERELLA MAN



7:11 AM · Aug 13, 2023 · **1,581** Views

2 Reposts   **36** Likes   3 Bookmarks

🔒 twitter.com





**Paul Barresi**  @PaulBarresi1 · May 15

Claimant Christina Taft BLASTS Magistrate & Fed Judges for denying her injunction against Paul Barresi- charging they didn't give due weight to her witnesses' declarations, SCOLDING Fed Judge he's required & obliged to give her request full & fair consideration

vulnerable voices and run contrary to the principles of equitable justice.

4      In view of the foregoing, the Claimant respectfully requests that this Honourable
5  Court set aside the Magistrate Judge's recommendation and grant the preliminary
6  injunction, in order to provide essential protection to witnesses and preserve the fairness of
7  these proceedings. This case also raises urgent concerns regarding interstate threats
8  directed at individuals connected to the Claimant, which fall under the purview of federal
9  law and demand heightened judicial attention.

10  **II. STANDARD OF REVIEW**
11      Pursuant to 28 U.S.C. § 636(b)(1)(C), the District Judge is required to undertake a
12  de novo review of those specific portions of the Magistrate Judge's Report and
13  Recommendation to which an objection is properly made. The District Court is obliged to
14  consider all objections raised and may accept, reject, or modify the findings or conclusions
15  contained within the Report and Recommendation, either in whole or in part.

16      This standard of review ensures that the litigant is afforded a full and fair
17  consideration of contested issues by the presiding Article III judge, particularly where
18  fundamental rights or urgent equitable relief is sought, as is the case here.

19
20  **III. ARGUMENT**
    **A. The Well-being of Witnesses Requires Judicial Protection**
21      It is respectfully submitted that the Magistrate Judge's Report does not afford due
22  weight to the credible and compelling evidence of ongoing intimidation, harassment, and
23  coercion directed towards key witnesses and victims associated with these proceedings.
24  The protection of those who come forward to assist the Court in the pursuit of justice is of
25  paramount importance. Their safety and psychological welfare are not only essential to the

 7           1           30           1.2K           



**Paul Barresi** 
@PaulBarresi1

**Follow**

"The Irony" is an understatement.  The sleaze-bag always boasts, HI "takes care of it's citizens'  Well, it took care of her, real good. Now the crazy thing is a rightfully deserved outcast.

4:42 PM · Sep 7, 2025 · **53** Views

 1                     6                    



Molly >





She's stalking you

She's currently on my blog

Same with Rancho Cucamonga, both came back on at the same time too. They are both on right now

Yesterday 12:51 PM

iMessage

4:03

**Report** · August 12, 2025

# You submitted a report for exposing private info

View Rule

This Post violated the X Rules. Learn more

VIOLATION FOUND

We locked @PaulBarresi1's account for breaking our exposing private info rule. We found they broke our exposing private info rule through different reports we received about their behavior.

They can't post, repost, or Like content, and we'll ask them to remove the reported content if they want to regain full access to their account. Your safety is important to us. If they break our rules again, we'll respond with a more severe action, like suspension.

x.com

COPY

Christina Taft
Plaintiff in Propria Persona 1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 212-718-1003

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA TAFT | CASE NUMBER: |
| PLAINTIFF(S) | 5:24-cv-01930-TJH-DTB |
| v. | |
| PAUL BARRESI, et al. | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | OR LODGING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing,
and will therefore be manually ☐ Filed  ☑ Lodged:  (**List Documents**)


Opp Ex 23 Defendant Paul Barresi to Berry on 10 Million, Subpoenas, & Phone Recordings of Plaintiff - 91-3

LODGED
CLERK, U.S. DISTRICT COURT

SEP 15 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:


September 15, 2025
Date

_Christina Taft_
Attorney Name
Christina Taft
Party Represented

_Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s)._

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING



11:59

💬    🔁    ♡ 1    � ᴵᎥᏗ 6    🔖    ⬆️

**Christina Taft** ✓ @XTinaTaft_Film · 5m    ⊘    •••
A Tribute to GRACE KELLY, "as your manner, I don't care to hear about it."

Defendant Paul Barresi is blocked on every media, email, phone, otherwise. I further REFUSE to review his profile EVER AGAIN as he coerces, which if reviewing the implicated content, shows help needed.

Show more



💬    🔁    ♡ 1    �ᴵᎥᏗ 4    🔖    ⬆️

**Christina Taft** ✓ @XTinaTaft_Film · 14h    ⊘    •••
I'd go back to Greece for the start of civilization. Missing you French friends !! Thank you for years long support from Europeans. I'll have more stories for you ❤️ 🏛️ 🏛️ You know what's just...



🌀 **Phaistos** 🌀 ✓ @1821_crying · Apr 4
Assos
    Kefalonia ◉

Good Morning
#Καλό_Σαββατοκύριακο

x.com