Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 212-718-1003
Ceo.Taft@Rescue-Social.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

_____

CHRISTINA TAFT

   Plaintiff,

vs.

PAUL BARRESI, et al,

inclusive,

   Defendants.

_____

Case No.: 5:24-cv-01930-TJH-DTB

**NOTICE OF SUBPOENA TO WITNESS ISAAC BARUCH TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**

**TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

**PLEAST TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 45, Plaintiff is issuing the attached subpoena to the following **witness**:

ISAAC BARUCH

On August 6th, 2025 the Clerk issued the Subpoena to Witness Isaac Baruch to Produce Documents, Information, or Objects (Issued at Counter). The Clerk R. Young signed it, and the Plaintiff has not tried to serve Johnny or Isaac yet.

Plaintiff politely requested reconciliation with Mr. Depp's genuine friend and lawyer, Adam Robert Waldman, near the Second Amendment of this litigation, and he may be a witness, who Barresi unlawfully recorded on the phone.

Herein is some of Defendant Barresi's harm to Issac Baruch as questioned:

<u>Exploitation by Paul Barresi Against Isaac Baruch and Johnny Depp</u>: Paul Barresi has engaged in a sustained pattern of blackmail and defamation directed at

1    Isaac Baruch spanning multiple years, inappropriately linking Mr. Baruch's
2    personal matters to Johnny Depp. Mr. Barresi has repeatedly focused his attacks on
3    Mr. Baruch's personal finances, false accusations of an intimate relationship with
4    Johnny, alleged transfers of funds**, charity,** paintings, and inheritance matters after
5    death of Mr. Baruch's mother. Barresi's telephone recordings intensified matters.
6         Barresi made accusations claiming that Mr. Baruch attempted to "control the
7    narrative." Mr. Baruch alleged that Barresi tried to "fishhook" him, and was
8    "blackmailing, harassing," and "scaring" witnesses, as in litigation transcriptions.
9         On February 5, 2023, Barresi publicly labeled Mr. Baruch as the "King of
10   Freeloaders" and claimed he "gets the prize for being the one who took most
11   advantage of" Johnny Depp. Barresi focused on family members of Mr. Depp. On
12   July 23, 2023, Barresi publicly posted accusing that Mr. Baruch lied under oath
13   about his deceased mother's inheritance and his intentions to repay Mr. Depp. He
14   inappropriately posted photographs of Mr. Baruch's deceased mother alongside
15   images of Mr. Baruch himself, and claimed Mr. Baruch received money "only
16   months before he testified." Finances and telephone recordings are sensitive issues.
17        On July 23, 2023, Barresi suggested he recorded other calls with Adam
18   Waldman where he alleged to relay Johnny Depp's words that he allegedly
19   'agreed' Baruch was "a career freeloader, but JD feels sorry for him so JD takes
20   care of him." Barresi suggested he had detailed knowledge of private conversations
21   with attorney Waldman. Barresi had already recorded Adam's telephone calls with
22   him and disclosed one involving Taft and others with manufactured accusations.
23   Barresi on these dates acknowledged he did multiple calls with Adam Waldman,
24   that he recorded illegally on the telephone, and that included sensitive financial
25   information including allegedly about Isaac Baruch and Johnny Depp. Further, he
26   quoted an illegal telephone recording of Adam Waldman that Adam's lawyer
27   Stephen Braga wrote in email that is a separate unlawful disclosure by using the
28

contents of that illegally recorded call, when he quoted 'take care of him.' Barresi recorded from California and extracted value from these recordings.

On July 24, 2023, Barresi accused he had "uncovered 27 freeloaders" with Mr. Baruch "on the top of the list," and stated "You wont be seeing a Mooch like Baruch in [Johnny Depp's] life ever again." He characterized Mr. Baruch as "JD's Jester" and "a pathetic free loading loaf." Barresi suggested he could control who Johnny Depp could see or not see, and due to sensitive information manipulation.

Supporters of Johnny Depp defended Mr. Baruch against these attacks, with multiple individuals questioning why Barresi was targeting Mr. Baruch specifically and expressing confusion about Mr. Barresi's motives. Some supporters reported being blocked by Barresi after defending Mr. Baruch or questioning his conduct.

On August 9th, 2025, Barresi released **illegal telephone call recordings of Adam Waldman**, including recordings involving Taft, her family, and other manufactured accusers. Barresi further manipulated information about whom he could implicate as responsible, he accused that Adam Waldman was allegedly a "consigliere" while removing and adding PI designation to his illegal recording of attorney Waldman. In 2025, Adam denounced nefarious terms to describe him in a book about exploiting celebrities and suggested that a "consigliere" is a false term.

On August 13, 2023, Mr. Barresi posted about a New York Daily News story promoting his book "Cinderella Man" and increased pressure regarding "Depp Declassified" following his releases of illegal telephone recordings of Adam Waldman. As Barresi alleged earlier, he had multiple phone calls with Adam.

Barresi's behavior was allegedly very erratic during this time-period, and he alleged he may release sensitive private information in Italy, if not able to do it in the States due to people allegedly not wanting him to release personal sensitive information with falsities. During this time-period investigated, amicus brief signer Lisa Sales alleged to Taft this sounded like **extortion** against Johnny Depp, who had allegedly spent Tens of Millions of Funds attempting to improve his image.

These actions demonstrate a pattern of alleged blackmail focused on Mr. Baruch's personal finances, alleged intimate life, financial transactions with Mr. Depp, and family inheritance matters. Attached are exhibits demonstrating issues.

Barresi had a fixation on financial standings, as demonstrated when he sent the following to Dylan Howard of Radar Online: "Weiss allegedly said, '[Unnamed individuals] take valuable artifacts, fine art, jewelry, money, you name it…'" This communication reveals Barresi's persistent focus on financial matters, intimate relationships, and his efforts to manufacture scandals for media consumption.

Plaintiff saw Isaac testify and believes he could be a credible witness to Barresi's exploitation of vulnerabilities. Barresi's unwanted attention extended to Isaac showing sympathy to Adam and Johnny, as well as Isaac's paintings and sensitive audio recordings Barresi took about assets worth in transfers.

Johnny has a history of giving to the homeless and responding to unique individuals, making his generosity at risk especially when he went on a phone call during Barresi's illegal telephone recording practices in December 2022 for Barresi's manufacturing of accusations between then and onward, especially afterwards in 2023, 2024, and 2025. Johnny's warmth makes him a crowd favorite, but also puts him at risk of breaches by Barresi. The telephone recordings of Adam and Plaintiff make exploitation of sensitive information and betrayal particularly difficult. Plaintiff and Isaac experienced the same tactics from Barresi. Barresi effectively manipulated the Plaintiff, preventing communication with Adam as well as Johnny's circles for comfort and reconciliation as he escalated his control.

Allegedly, it would have been illegal for Barresi to release sensitive information for unlawful purposes in Italy, and allegedly, he turned back to the States. Plaintiff pleads for a statement that clarifies matters for "both sides" for her own freedom from these matters, and that Barresi can stop exploiting all of them. Plaintiff supports success to Johnny in charity as she said to Adam happy birthday.

Olivia Barash from the Viper Room **responded reasonably and warmly** to Plaintiff's apologies and support. Similarly to Isaac, she was a focus of Barresi's financial interests and unwanted manufacturing. Plaintiff appreciates Ms. Barash's understanding and gracious response during these difficult circumstances.

The Plaintiff believes that Barresi's sensitive record-keeping made numerous issues in Johnny's friends subject to exploitation, and she always questioned why the main dispute was continuing, until she was continually pursued by Barresi with terrorization. Plaintiff would be grateful if Adam, Johnny, or Isaac clarify Johnny says "no," supports charity instead, similarly to how Paul Schindler was outcast by his social circle. Viper Room's Schindler similarly allegedly threatened a fan of Johnny's, which was not supported by Johnny or his circle.

The Plaintiff hopes to have a statement from Mr. Baruch on matters, including his statements on Barresi's exploitation of himself, Johnny Depp and of Adam. Further, if he has any opinions on Barresi's wrongful use of Plaintiff or her family in these matters when she was always against exploitation, especially as a humanitarian in spirit. Moreover, Plaintiff knows that Adam is a reasonable person who Barresi illegally recorded. Further, Johnny Depp has documented charity and legitimate giving. Plaintiff supports **charity** and halting Barresi's exploitation.

The subpoena calls for the production of documents or things specified in the subpoena and the attachment to the subpoena on the date, time, and location indicated in the subpoena. See Attached Exhibit A to Witness Subpoena.

The notice is submitted for correction with the clerk-issued subpoena. Date: October 6, 2025 as declared under penalty of perjury.

*[signature: Christina Taft]*

Christina Taft
*Plaintiff in Propria Persona*
Cannes, France