partner Anthony Fox's daughter, Constance. He gave his former employees the option to continue working at the club or leave with a generous stipend. Baruch took the money.

During the Depp v. Heard trial, Baruch alleged that he used the severance pay to pursue a degree in art, but by 2012, he was still no better off. *Generous Johnny*, or some might say, *Johnny the enabler*, came to Baruch's rescue once again, allowing him to live rent-free in one of his multimillion-dollar penthouses in downtown Los Angeles. This is when Johnny officially became Baruch's benefactor, covering all his expenses, on the condition he "*Just paint.*"

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ endowed men, I contacted Baruch via Facebook, on the pretext of hiring him to paint ▇▇▇▇▇ t-shirts. He never responded.

During his November 2019 deposition, Amber's then lawyer John Quinn, asked Baruch, "*You've never been in an intimate or*

▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Baruch made a futile attempt to control the narrative by exploding: "*Hang on a second, because even to ask that question-- All that comes from the paintings that I have.*"

Baruch continued his rant, attacking me: "*This guy Paul Barresi, who worked for you cats, tried to fishhook me.*" Without fact or basis, he then proceeded to falsely accuse me of "*blackmailing, harassing,*" and "*scaring*" witnesses.

At trial, Baruch testified he was angry ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ questioned Baruch "*whether there ever came a time he thought about paying Johnny back for his generosity.*" Baruch pitiably testified: "*The only thing I got is paintings,*" but swore that if "*this stuff* [his paintings] *ever sells,*" he'd split the proceeds with Johnny 50/50, emphasizing, "*And I ain't taking no for an answer—I gotta put something into this.*"

1:43

### Paul Barresi
644 Tweets

Follow

💬 2    🔁 3    ♡ 10    📊 648    ⬆️

🔁 **Paul Barresi Retweeted**

**Paul Barresi** @PaulBarresi1 · 12h

Replying to @C_h_r_i_s_N

JD's Jester Isaac Baruch. This characterization of him is brilliant: Like the professional joker, a "fool" at a medieval court, without the cap & bells or the mock scepter, dancing, no juggling, a few jokes once in a while but for the most part just a pathetic free loading loaf.

💬    🔁 2    ♡ 2    📊 588    ⬆️

**Promoted Tweet**

🔒 twitter.com

← **Tweet**



**Paul Barresi**
@PaulBarresi1

Issac Baruch's mom Carmen died July 2018 leaving him & his sister Lea a substantial inheritance. When Isaac tearfully testified April 13, 2022 how he sincerely wants to pay JD back, won't take no for an answer; swearing under oath all he had was his Art, Baruch the mooch lied.



7:06 AM · Jul 23, 2023 · **15.6K** Views

**3** Retweets   **6** Quotes   **62** Likes   **8** Bookmarks



4:15 • LTE 8

**Emmy 'McQuaid'** @VancouverCaG · 18h
I Know why he posted about Isaac Baruch, he had a good reason.

💬   🔁   ♡   ıll 9   🔖 ↥

**Helene Efraimse** @EfraimsenHele · Jan 1
I thought he was against JD...?😏🤔

💬 2   🔁   ♡ 3   ıll 332   🔖 ↥

**Emmy 'McQuaid'** @VancouverCaG · Jan 1
NO, He is NOT!
Paul has issues with Isaac Baruch, it seems like when He posted stuff about Isaac Baruch, JD fans did not like it.

💬   🔁   ♡ 8   ıll 284   🔖 ↥

**Lunes.Views 🧡 Lune** @lunes6771 · Jan 1
Yikes. I didn't even know I was blocked. No idea why.

💬   🔁   ♡ 4   ıll 260   🔖 ↥

**Melanie T.** @ParticleMel · Jan 1
Glad his attention has been redirected. I still follow to keep in the loop, but he's still grifting off JD with his upcoming book, & add me to the list of those who feel he has wrongly targeted Isaac.

💬 1   🔁   ♡ 7   ıll 194   🔖 ↥

**Lydia Stevenson**🇺🇸 @LydiaSt873 · Jan 1
I'm blocked, too. Never said a word to him

🔒 twitter.com

4:28

← **Tweet**

**Paul Barresi** @PaulBarresi1 · 5h
Actually, I uncovered 27 freeloaders. Baruch however was on the top of the list.

💬 1    🔁    ♡    📊 38    ↥

**Freddie Stardust** @FreddieStar9966 · 5h
No need for info on all 27, just the 5 main ones from the trial. Why expose Issac but not for example Rocky? I predict you will say that we should wait for the book. 🫠

💬 1    🔁    ♡ 1    📊 43    ↥

**Paul Barresi**
@PaulBarresi1

I already said wait for the book.

12:39 PM · Jul 24, 2023 · **20** Views

💬    🔁    ♡    🔖    ↥

Tweet your reply!    **Reply**

**Freddie Stardust** @FreddieStar9966 · 3h
But why are only Isaac's private issues exposed now on Twitter then?

🔒 twitter.com





**Kelli Sue J** @MauiBabe77 · Sep 21, 2022
Replying to @PaulBarresi1
I honestly can NOT understand how someone could be so heartless and cruel to someone as GENUINELY kind, generous & loving as Johnny! To not only just use Johnny for his money, but go so far as to get him to fall in love with her, get him to marry her..cont.

💬 3     🔁 1     ♥ 5

**Paul Barresi** @PaulBarresi1

Replying to @MauiBabe77

Johnny has been manipulated and used his entire life. King of Freeloaders Isaac Baruch gets the prize for being the one who took most advantage of him.

5:16 AM · Feb 5, 2023 · **24** Views

**1** Retweet   **2** Likes





12:59

## July 25, 2023
### 1:48 PM

**Paul Barresi** @PaulBarresi1 · Jul 23

Anybody who is pissed off can stop following me & not buy my book. It is their choice. I don't care. During one of my talks with Adam Waldman, he acknowledged that JD agreed Baruch is a career freeloader, but JD feels sorry for him so JD takes care of him.

💬 4    🔁    ♡ 1    📊 377    ⬆

**Jette H-Fleming** 🏴‍☠️... @danaan... · Jul 23

So you are saying @adam_waldman told you that Johnny Depp had said that Baruch was a freeloader 🤷‍♀️

💬 2    🔁    ♡ 4    📊 215    ⬆

**Paul Barresi**
@PaulBarresi1

Read my response again. It's very clear.

11:26 AM · Jul 23, 2023 · **181** Views

**1** Like

10:01

July 24, 2023
4:27 PM

🔗 Promoted

**Paul Barresi** @PaulBarresi1 · Jul 23

Based on the majority of responses, when you hear what Isaac Baruch's x wife Darcie had to say about how horribly he treated her during their short lived marriage, you'll lose your shit. CHRIST! While I'm in Italy, I'm gonna give serious thought whether to even publish my book.



💬 36   🔁 5   ♥ 24   📊 5,247

4:25

**Juan Brooks**

Tuesday, Jul 25 • 6:23 AM

> He seems to have cycles. He mentioned "while he is in Italy" so is he trying to get higher pay?
>
> Meanwhile are the working girls for one of the 27 or a different case?

His movements have been very erratic with people and he does appear to be planning a trip for Italy tonight and we are trying to run this down and he is not there yet. It would be a great thing to take off right behind him and also have some assets on the ground there to get eyes on him once he lands. We definitely cannot afford the trip.

He is planning on meeting a number of people overseas. Even JD is out of the country right now



**Juan Brooks**

> Was able to confirm he is heading to California. We are also heading to California.

😮

> Okay great. Did your team get this documented well? What's going to happen in California?

> This is what I was told by my team on the ground. Now that he knows the authorities in Italy are coming after him I don't m

> I don't know what he is going to do in California.

> Maybe they finally discovered the extortion and blackmailing

> Did they get photos, I guess not because of an airport

> Definitely get to California and

**Juan Brooks**

Monday, Aug 7 • 12:05 AM

Greetings. This task I have embarked on for you is a real dangerous one with everything we are coming up with pertaining to SUBJECT. Everything that is unfolding and where we have been is the reason why I have not been able to communicate either with you or anyone else. One thing I want to assure you with this crazy and manipulative man I promise you to bring this guy down and to Justice. Where we are right now we just met three federal agents with their superior. I have a confidential meeting with these people in the morning. Once we are done with our meeting I will let you know our conclusion once the meeting is done. I will be able to give you a final conclusion after the meeting.






12:47

Open in the X app

← Post

**Paul Barresi**
@PaulBarresi1

Aug 13, 2014 NEW YORK DAILY NEWS Sunday Edition
This Richard Johnson lead story reports on excerpt from chapter in my book titled, CINDERELLA MAN



7:11 AM · Aug 13, 2023 · **1,581** Views

**2** Reposts   **36** Likes   **3** Bookmarks



Christina Taft <taftchristina.ceo@gmail.com>

## Re: Offer from BARRESI 01/23/2024

**JCB ITSC** <jcbitsc@yahoo.com>                                               Wed, Jan 24, 2024 at 12:38 AM
Reply-To: JCB ITSC <jcbitsc@yahoo.com>
To: "taftchristina.life@gmail.com" <taftchristina.life@gmail.com>, Christina Taft <taftchristina.ceo@gmail.com>

Yahoo Mail: Seamless Account Control

On Tue, Jan 23, 2024 at 2:02 PM, JCB ITSC
<jcbitsc@yahoo.com> wrote:

> I have been told by BARRESI that he has a proposal to make it all stop and provide you with the assurance in the form of documentation that it.will happen.
>
> I tried to call.you late last year to discuss and was unable to get you on the phone. He seems to have a renewed interest in you.and I am trying to find a solution that works for you.
>
> If you wish to proceed kindly advise by tomorrow 01/24 noon (PST).
>
> JC



Christina Taft <taftchristina.life@gmail.com>

## Bad Advice

**JCB ITSC** <jcbitsc@yahoo.com>  Sun, Apr 21, 2024 at 5:03 AM
To: "taftchristina.life@gmail.com" <taftchristina.life@gmail.com>

Some People are always listening to the wrong people,