**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Christina Taft, <br><br> PLAINTIFF(S) <br> v. <br><br> Paul Barresi, et al <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 5:24-cv-01930-TJH-DTB <br><br> **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below are deficient for the following reason(s):
Docket No. 93 appears to be duplicative of Docket No. 92

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Memorandum in Opposition to Motion to Dismiss Second Amended Complaint [Docket No. 93] | 08/01/25 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

October 6, 2025
Date

_[signature]_
United States Magistrate Judge