

**Christina Taft <taftchristina.ceo@gmail.com>**

---

**Service of subpoena in Spain**

**Christina Taft** <taftchristina.ceo@gmail.com>    Fri, Mar 28, 2025 at 5:23 AM
To: Stellar Konsulting <operations@stellarkonsulting.com>

Hi Numan,

Here is my Cover Letter to include with the Subpoena to a Witness for Documentation, Information, or Objects.

Are you able to provide the process servers information or what do I put for "process server who can facilitate an interview"??

THANK YOU SO MUCH!! Also it is attached.

## Hello Amber,

I helped with your appeal and donated to you, as well as rallied individuals and organizations to support you since 2021 or 2019 at least.

To rally help to you from people, I sent out hundreds of messages, including to press associations and nonprofits.

I'd like to ask if you could do an Interview as well as the rest-

There are multiple types of interviews.

- Business Interviews (for work/employment)
- Witness Interviews (for cases)
- Publicity Interviews (e.g., positive)

**(Grace Kelly quote, btw she looks a lot like you! Luck of the Irish?)**

*Bon Voyage* 🚢

"I would like to be remembered as someone who accomplished useful deeds, and who was a kind and loving person. I would like to leave the memory of a human being with a correct attitude and who did her best to help others."- GraceKelly ❤

I'd like to communicate with you a little.

Attached is a Subpoena to a Witness for documentation, information, or objects. However, I do not need a full answer, limited please.

My contact information is: +1-212-718-1003 (New York area), +33 (can't remember it all), taftchristina.ceo@gmail.com, ceo.taft@rescue-

Local contact information in Spain is, friends and help of mine:

Process Server who can facilitate an interview:

Niko Sanchez: +▮▮▮▮▮▮▮▮▮ Zaragoza Spain, rescue instructor/savemenow

Eleanor Manley in Madrid of MettaSpace, founder: linkedin.com/in/eleanormanley

I will be so grateful to see a better present, which is a gift, that's why it's called the present, with a small reply!

To be more specific, any information sent can be limited at first, as it needs to be

I believe I helped to improve your life. I further provided more rights to you through making transcripts and documents accessible to other parties, and I FOIA AU asking eventually about media emails. Remember I said it would be an honor to help you 3 years ago before recent years. I'd be so grateful - you may say it is more secure to be in Spain to communicate.

I went to 8 countries last summer, and avoided Spain. I'd be so grateful to have a small reply or anything.

My case is in civil rights, and I really hope you'll have a freer life as well. I was the one writing many organizations pleading for better due process and American rights for you.

Including for speaking and having freedom to communicate and associate.

I have many connections with European parliaments and leaders, and I think it could be a really great life there.

I think you should be freer, and I can help in anyway with the local leadership over there. They're open minded and more sophisticated in my opinion.
I think this situation in life can be a win-win, and be far better.

I also sadly need help 😞

Thank you, muchas gracias,
Christina Taft

On Tue, Mar 25, 2025 at 9:46 AM Christina Taft <taftchristina.ceo@gmail.com> wrote:

                                                           Christina Taft <taftchristina.ceo@gmail.com>

**Service of subpoena in Spain**

**Stellar Konsulting** <operations@stellarkonsulting.com>
To: Christina Taft <taftchristina.ceo@gmail.com>

Dear Christina,

We made our 3rd unsuccessful attempt yesterday and left a copy of the documents as well as the note at Amber's address and another one at the neighbour's address. I

We will draft an affidavit and will send to you. Once you approve the draft, we will get it notarized.

Please let me know if you have any questions.

Thanks and Regards

Numan Amjad
Case Manager



Stellar Konsulting L.L.C.

5101 Santa Monica Blvd Ste 8, PMB 1330, Los Angeles, CA 90029, United States

Office: +1 (213) 786 1161

www.stellarkonsulting.com

Member of National Association of Professional Process Servers (NAPPS)

Member of the Association of British Investigators – Membership number OV668
Member of World Association of Detectives – Membership Number 1238

Member of CILEX (Chartered Institute of Legal Executives) – 60032886

Member of American Translators Association – M-178030

The documents contained in and accompanying this e-mail transmission contain information belonging to sender or its client(s) which is privileged by law as private and/or proprietary information, attorney co
reviewing, observing, or retaining this e-mail. YOU ARE FURTHER NOTIFIED that under the law you are prohibited from disclosing, copying, distributing, disseminating, or taking any other action with regard
Terms and Conditions of our website, and that those entire Terms and Conditions are fully incorporated hereunder by this. YOU ARE FURTHER NOTIFIED that all estimates for services are subject to chang
bounds of the law. YOU ARE FURTHER NOTIFIED that no part of our services are to be treated as legal opinion and no liability is assumed for any actions taken or not taken as a result of or on the basis of

    

**From:** Christina Taft <taftchristina.ceo@gmail.com>
**Sent:** Monday, 7 April 2025 4:29 AM
**To:** Stellar Konsulting <operations@stellarkonsulting.com>
**Subject:** Re: Service of subpoena in Spain

Hi Numan,

Can the server provide an Affidavit upon Delivery of the Subpoena to a Witness to Amber ?

Also explain it was given to her mailbox and neighbor

It gives her and me more protection to be officially noticed as a witness in the U.S. and Europe from The Hague convention.

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

## Amici Contacts of Ms. Heard's PR/Talent - Post Appeal

**Elaine Bredehoft** <ebredehoft@charlsonbredehoft.com>  Mon, Feb 6, 2023 at 5:14 PM
To: Christina Taft <taftchristina.ceo@gmail.com>

Christina:  My apologies for my delay.   I am uncertain who may be the best person for this.  I have forwarded your email to Amber and suggested she give you her best contact for this.   Thank you for your continued support of Amber!   Elaine


Elaine Charlson Bredehoft
Charlson Bredehoft Cohen Brown & Nadelhaft, P.C.
11260 Roger Bacon Drive
Suite 201
Reston, VA  20190
(703) 318-6800

(703) 919-2735 (mobile)
(703) 318-6808 (fax)
www.cbcblaw.com

---

**From:** Christina Taft <taftchristina.ceo@gmail.com>
**Sent:** Sunday, January 22, 2023 2:29 AM
**To:** Elaine Bredehoft <ebredehoft@charlsonbredehoft.com>
**Subject:** Amici Contacts of Ms. Heard's PR/Talent - Post Appeal


Hi Elaine,

We helped gather Amici organizations and experts to support Amber Heard's appeal the other month, even more up to the settlement.

We were of the Amicus on both first amendment and abuse issues with 32 signing and potential Amici (Brief of Urban/Sarabia).


We never sent out an email to Amici after that since we do not know if there's an additional person who Amici can contact to support Amber further - for example PR or Talent agents.


One Amici is trying to reach out to offer movie roles to AH, and other experts had wanted to testify in someway, but it didn't come to that. They may want to help further beyond the Amicus Brief and it would be nice to provide them that opportunity.
The identity of the donor was not to be given for protective reasons, and I was donating for the larger cause of how this case impacted millions of people and organizations, despite any insider turmoil for my attempts to help.


--- Would you know how we can continue her support or who to contact?

I am seeing after a month it's starting to fizzle out with no continuation when it could have been used by Amber to rebuild.


Hope you had wonderful holidays and new year,


--
**Christina Taft**





Brandon

Fri, Aug 19 at 3:24 AM



Richie mainly wanted to pass on well-wishes onto Amber. Has he called you back again?

Good morning! Hope you are wonderful and well ☀️

♥️

I've passed on both of your guys support along w others - she's happy to know you guys have her back. Thank you

Super! That means so much to

iMessage

ID #:4995



**Brandon**

> Jerry is going to use what my research team created for obtaining data on the 8 platforms. Unfortunately no one could see what was going on at least to support Amber. Really the two issues should be linked

If you want to put me in touch w Dunn that's great

[redacted]

I know you have As best interests - and I thank you

> Okay great. I'm sorry it's confusing!



Christina Taft
to Joe, Melissa, brandonmcculloch
0 minutes ago  Details

This message has been modified to fit your screen. Tap here to show original.

Hi Joe,
I've asked and would you like to reschedule the meeting so that Amber's friend (and witness) Brandon McCulloch could join to talk about the in-person/social issues of how shuffling was going on to ruin her capabilities to have witnesses?



# Human Rights Champions

Our human rights champions lend their voices and support to the Stand Up campaign. They all share a commitment to speaking out and standing up for the human rights of others. Let their stories inspire and move you to act.

< Back



## Amber Heard
Actress and activist, U.S.A.

Amber Heard is a world-renowned actress and an outspoken advocate for women's and children's rights. She devotes her time off-screen to organizations like Amnesty International and Art of Elysium, and most recently returned from a humanitarian trip to Jordan to visit Syrian refugees with the Syrian American Medical Society (SAMS). Amber is our Human Rights Champion, lending her voice and support to promote the principles of the Universal Declaration of Human Rights, which was adopted 70 years ago.

@amberheard
@realamberheard
@amberheardofficial



## Meet all our champions

**Nadia Murad**
Human Rights activist, Sinjar-Iraq

**Tiken Jah Fakoli**
Reggae singer, Mali

**Ragheb Alama**
Singer, Lebanon

**Laura Zúñiga Cáceres**
Human rights activist, Honduras

**Oliviero Toscani**
Photographer, Italy

**Chaeli Mycroft**
Human rights activist, South Africa

### Take the pledge »

I will respect your rights regardless of who you are. I will uphold your rights even when I disagree with you

When anyone's human rights are denied, everyone's rights are undermined, so I will **STAND UP**

I will raise my voice. I will take action. I will use my rights to stand up for your rights.

I PLEDGE

people have stood up for human rights

## We can all be Human Rights Champions

Tweet, Instagram or YouTube your action using the hashtag **#Standup4humanrights**.



SPREAD THE WORD »

#Standup4humanrights

Follow the campaign  For more information
Contact us · Credits

 

**Rose McGowan**
last seen 02/11/22

> **Christina Taft**
> The documentary about you "Being Brave" w...
>
> It's unauthorized and simply stole my book  12:40 PM

For their profit  12:40 PM

Line for line  12:40 PM

Listen to my audiobook  12:40 PM

> **Rose McGowan**
> It's unauthorized and simply stole my book
>
> The commentary was annoying about it. I did wonder if the purchase goes to you or not.  12:41 PM ✓✓

Before you can work with me it's important to understand my strategies what I think how I do it  12:41 PM

I am not interested in tradition  12:41 PM

I am interested in utilizing your talents and craft for good but I need you to know whom you are dealing with  12:41 PM

Sounds great! You're an expert at it. I

 Message  

 

Sign in



For a premium listening experience, try the free Tortoise app

10 October 2024
**Amber | Elon's Spies Ep3**
Elon's Spies • S1, Episode 3

00:00                                                                 -44:24

1x

# Amber | Elon's Spies Ep3

To his surprise, Alexi finds himself speaking to a local reporter at the Gold Coast Bulletin in Australia. It's not where he thought the story would take him but it reveals a new case involving Elon and his spies.


**Alexi Mostrous**
*Investigations Editor*


**Gary Marshall**
*Narrative Editor*


**Tom Kinsella**
*Sound Designer*


**Ceri Thomas**
*Editor, Tortoise Studios*

## Enjoyed this episode?

    



Christina Taft <taftchristina.ceo@gmail.com>

## Github data on Change.org

**Alexi Mostrous** <alexi@tortoisemedia.com>  Mon, Jun 5, 2023 at 11:03 PM
To: Christina Taft <taftchristina.ceo@gmail.com>

Hey Christina
That's totally fine, thank you.
Sergia mentioned you had emails from and to change.org. It'd be v helpful to see these, if possible, to understand a bit more about their response to you.
Also, is there anyone else who did work on the Amber issue who we should speak to?
We'd really like to speak to anyone like that, even if it's on background. Would that be possible do you think?
Finally, is there any other documentation you think is relevant?
For instance, in one of our first emails you said that a PhD student in Italy had immediately found suspicious botnetworks of similar banners showing 'monster dc movies' and 'arsenal sports' with similar commentary/purposes of each) in Feb and Nov peaks, both months full of harmful postings and edited leaks...
I Shared to his company GlassCannon Inc and even to the AH assistant a Folder I created trying to explain bots.
Do you still have that folder? Can you intro me to the professor who found Russian Cyrillic under the access Hollywood video?
Basically any help would be much appreciated.
Best
Alexi
[Quoted text hidden]
[Quoted text hidden]



Christina Taft <taftchristina.ceo@gmail.com>

## Github data on Change.org

**Christina Taft** <taftchristina.ceo@gmail.com> Fri, May 26, 2023 at 8:29 PM
To: Sergia <sergia94@protonmail.com>
Cc: "alexi@tortoisemedia.com" <alexi@tortoisemedia.com>, "zc1245@nyu.edu" <zc1245@nyu.edu>, "katie.riley@tortoisemedia.com" <katie.riley@tortoisemedia.com>, "sergei.volodin.ch@gmail.com" <sergei.volodin.ch@gmail.com>

Hi Alexi, Katie, and Sergia,

Sergia tried to join the call with you at 11 Swiss?
It's best that you speak to Sergia directly to truly get an expert view of the research.

They're also altruistic and tried to get YouTube to get community rating systems on top of volunteering to help on Amber Heard's data…

We had hoped to reach CSOs, but I believe there was an internal crisis about "coordination" to stop the community aka outsiders from helping her.

As of now, you're the first journalists to have done so except for a CSULA student reporter in Dec 2021 (which was sadly not published… bots is not a percentage of yes or no, as the platform companies would have to determine that, but instead on a "balance of the probabilities" of anomalies - similar to civil proof burden).

If you can see, around May/July I moved to being more of a 2nd party...
I also donated to the Amicus brief supporting 1st amendment, civil rights, and against domestic abuse.

I'm trying to prepare for a lawsuit, and I don't need to be a front person anymore as the risk is averted.

So happy you spoke to Zhouhan and will speak to Sergia!
[Quoted text hidden]

10/7/25, 9:25 PM
Gmail - Github data on Change.org
Case 5:24-cv-01930-TJH-DTB    Document 109-2    Filed 10/08/25    Page 12 of 14    Page ID #:5001

 Gmail                                                                                                              Christina Taft <taftchristina.ceo@gmail.com>

**Github data on Change.org**

Zhouhan Chen <zc1245@nyu.edu>                                                                                              Mon, May 22, 2023 at 10:54 PM
To: Christina Taft <taftchristina.ceo@gmail.com>
Cc: Alexi Mostrous <alexi@tortoisemedia.com>, Katie Riley <katie.riley@tortoisemedia.com>, Sergei Volodin <sergei.volodin.ch@gmail.com>

Thanks for looping me in the conversation Christina!

Alexi and Katie, nice to meet you! To give you some context, I started to work with Christina 2 years ago. I was still a PhD student at New York University. My PhD thesis is on detecting online misinformation. I built Information Tracer, a tool to collect and analyze cross-platform social media posts. Christina used my tool to analyze who was spreading those Change.org links on different platforms.

I graduated from NYU in 2022. I'm building a startup to help journalists collect and analyze social media data (with Information Tracer). I also consult NGOs and newsrooms on how to use network science to understand data.

You are doing important work. Please let me know how I can be of help. I'm happy to share what I know about those accounts. I can also show you how Information Tracer works. Maybe you can use it for your analysis.

Best,
Zhouhan

> On Mon, May 22, 2023 at 2:30 PM Christina Taft <taftchristina.ceo@gmail.com> wrote:
>
> Hi Alexi and Katie!!
>
> Nice to meet you!! It's so great to see people benefited by our research! We tried to make a difference.
> Sergia is copied on the email. They were a former Google Intern and they reverse engineered the change.org API to collect data there. You can see that Sergia even was able to collect milestones, comments, and create graphs.
>
> Sergia - could you speak to these journalists?
> Sergia is very nice and in Switzerland.
>
> On the Aquaman petition, even though Change.org turned off the comments, comments were still being made a year later!! That is bot-like... Upon studying, it seemed like there could be similarities of names to other platforms, but we did not get to a full graph.
> Second, you can also type in the URL of the petition onto InformationTracer - Zhouhan is also copied because that was useful to see e.g., certain very bot-filled links not show enough 'shares' or reactions for people. The Aquaman petition was shared in a lot of Facebook groups - but not with a lot of reactions. I compare that to the "Adapt and Survive" YouTube video which had almost no shares.
>
>   We really tried to make a difference and knew it would not only have a large impact on the victim's (legal and other) rights - but on society itself since the data is so very large and influential.
> I didn't know it would be as included though in news as it was a year ago, since our studies were on the (public) social media data available to 3rd parties.
> Further, I was not expecting the amount of Amici organizations and experts.
>
> There's also another researcher that looked at clustering from Italy, but he's not available for interviews.
>
> Thank you,
> .
>
>> On Mon, May 22, 2023 at 5:28 AM Alexi Mostrous <alexi@tortoisemedia.com> wrote:
>>
>> Dear Christina
>> I hope you're well. Katie Riley (cc'd) is a colleague of mine at Tortoise Media who is one of our data scientists and who is helping me analyse the Amber Heard data and your excellent work on Github.
>> We are particularly interested in the data showing bot activity in the change.org petition on Aquaman.
>> Is there someone in your team/collaboration with whom Katie could speak about this? Ideally it'd be the researcher who worked on the subfolder called "Change.org analysis".
>> Could you let me know if we could set up a conversation between the researcher and Katie to talk through the findings in detail?
>> Thank you and best wishes,
>> Alexi
>>
>> --
>>
>> **Alexi Mostrous**
>> Tortoise Media
>> +44 750 006 5286
>> @aleximostrous
>>
>> *Be a Tortoise member for a pound a week. Go to* tortoisemedia.com/friend *and use the ALEXI50 code. We'd love you to join us.*
>>
>> tortoisemedia.com
>
> --
> **Christina Taft**
> Founder
> *Social Media for Good*
> Rescue Social Tech
> LinkedIn

--
Zhouhan Chen
*PhD in Data Science | Center for Data Science, NYU '22*
*Personal Website:* https://zhouhanc.com/



Shannon Paralegal <amicusappeal@gmail.com>

## Filing of Amicus Completed Today - Heard v Depp Case
2 messages

**Shannon Paralegal** <amicusappeal@gmail.com>  Wed, Nov 23, 2022 at 11:32 AM
To: Thomas Urban <urban@fhhlaw.com>, Mark Malonzo <malonzo@fhhlaw.com>, Antonio Sarabia <asarabia2@gmail.com>
Bcc: govtrel@now.org, lisa.a.sales@outlook.com, martha@marthaburk.org, Caitlin Bradley <cbradley@vsdvalliance.org>, president@vanow.org, Venita Garvin <vgarvin@delawarealliance.org>, Omny Miranda Martone <omny@s-v-p-a.org>, esmeal@feminist.org, rachel@dinahphilly.org, bridgette@nvrdc.org, hiresurvivorshollywood@gmail.com, David Mandel <davidmandel@safeandtogetherinstitute.com>, epayne@caase.org, survivedandpunished@gmail.com, Alisa Bierria <abierria@gmail.com>, jinwoye@systemicdiversity.org, Lauren Nicole <metoomanyvoices@gmail.com>, Kay Brown <kay@four4consent.org>, Brittney Barsotti <brittney@cnpa.com>, Leslie Morgan Steiner <leslie@lesliemorgansteiner.com>, Laura Richards <laurarichards143@gmail.com>, Julie Owens <julieowens@domesticviolenceexpert.org>, Dr Jessica Taylor <jessica@victimfocus.org.uk>, Christine Cocchiola <christine@drcocchiola.com>, Charlotte Proudman <cp@charlotteproudman.com>, Shari Botwin <sharilcsw@comcast.net>

Hello Amici,

We've successfully filed our Amicus Supporting Ms. Amber Heard in a Reversal of the verdicts today on Nov 23 online - shown below.

Thank you so very much again for your support. Thank you for supporting the reversal to get a better outcome not only for her, but for the millions of people, organizations, and precedent harmed by this major case.

Our attorney Tom Urban will be following up with each of you to provide you a full copy.

Our Motion to File is partially below:
"Pursuant to Supreme Court of Virginia Rule 5A:23, undersigned counsel
for the Amicus Curiae listed in Exhibit A, hereby respectfully request that this
Honorable Court grant them leave to file the attached Amicus Brief in support of
Appellant Amber Laura Heard and reversal of the judgment. Exhibit B.
The entities who have signed onto this brief fall into three primary
categories. First, organizations that support a vibrant First Amendment have joined to protect their ability to engage in reporting facts and opinions regarding the important current issues, which is threatened by the verdict in this case. Second, civil rights and women's groups have joined to address the significant diminution of reporting of abuse against women as a result of this verdict. Third, groups assisting persons who have been abused, especially involving intimate partner abuse, have joined to protect their clients from the devastating effect of this verdict. In addition, respected authorities in all three areas have added their voices to the brief..."


Your electronic submission for Heard v. Depp has been successfully transmitted via the
**Virginia Appellate Courts eFiling System (VACES) to the Court of Appeals of Virginia (CAV) on Wednesday, November 23, 2022, at 12:18:20 PM**

The following document(s) were uploaded as part of this submission:

| | |
|---|---|
| Motion for Leave to File Amicus Brief | Motion for Leave to File Amicus Brief.pdf |
| Proposed Order for Motion | Proposed Order.pdf |
| App JJ to NN of Ex B | Appendix JJ - NN.pdf |
| App AA to II of Ex B | Appendix AA - II.pdf |
| App S to Z of Ex B | Appendix S-Z.pdf |
| App J to R of Ex B | Appendix J-R.pdf |
| App B to I of Ex B | Appendix B-I.pdf |
| App A to Ex B | Appendix A Amici.rev 1.pdf |
| Ex B - Amicus Brief | 11.22.2022 Amicus Brief Rev 6.pdf |
| Ex A - List of Amici | Exhibit A List of Amici.pdf |

--
Paralegal/Legal Assistant for Amicus

Please Join to Support Ms. Heard's Appeal by confirming.
Our Amicus Lawyer: Tom Urban at Fletcher, Heald & Hildreth



Christina Taft <taftchristina.ceo@gmail.com>

## Extortion and Illegal Recordings - Hollywood Math

**Christina Taft** <taftchristina.ceo@gmail.com>  Tue, Sep 30, 2025 at 4:39 PM
To: Adam Waldman <awaldman@theendeavorgroup.com>

Adam,

I'm being extorted and it's horrific. I'm at risk of losing everything, and this started right when I began saying the telephone recording disclosures by Barresi are illegal.

I saw the "Depp Declassified" threats in between telephone releases of your phone call with Barresi—with pressure onto Isaac and Johnny.
In August 2023 it was clearly all about him pressuring you and Johnny. It continued, and then he turned onto me Oct-January when Juan Brooks told him he was investigated and Juan likes Johnny. And the lady he wanted me to think of was Amber, so he then used Justin, to create this terrible space.

All I've been is being used and destroyed for my sympathy for larger players who respond to Barresi—who is doing this extortion.
Everything my mom Vicki gave me is gone. It's planned illegally to take everything from me.

This is a nightmare and it's sensitive private information. It has nothing to do with "Johnny or Amber is right" but how Barresi can exploit them in his obsession and any other Hollywood actor or person.... It's a scam.

Why isn't there any mercy towards me? What am I supposed to think when I get silenced for reaching out? It is usually illegal to do this to extract property or anything of value. I was trying to be ethical and no one else wanted to be. As you said, "Hollywood Math."

It's ironic that I was destroyed by a female false accuser for being sympathetic with abuse victims and against financial exploitation—when Barresi is the manipulator. But no one should have to go through this. Theft and financial extortion is the worst.
The illegal telephone recordings and disclosures forced me to be with people and in spaces I didn't want to be in anymore, then no one in this culture did anything, even when it was right in front of them.

Barresi didn't want any peace- he does not benefit Johnny or Amber or You or Anyone.

He wanted destruction and I told people for many years, but I forgot after a year without direct contact and processing it out and then my freedom is ended.

Sincerely
Christina

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*