Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 212-718-1003
Ceo.Taft@Rescue-Social.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

_____

CHRISTINA TAFT

    Plaintiff,

vs.

PAUL BARRESI, et al,

    Defendants.

_____

Case No.: 5:24-cv-01930-TJH-DTB


**CORRECTED NOTICE OF SUBPOENA TO WITNESS GINA DEUTER TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS – with Declaration**

**TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

**PLEAST TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 45, Plaintiff is issuing the attached subpoena to the following **witness**:

**GINA DEUTERS**

On August 6th, 2025 the Clerk issued the Subpoena to Witnesses Johnny Depp and Witness Isaac Baruch to Produce Documents, Information, or Objects (Issued at Counter). The Clerk R. Young signed it, and the Plaintiff has not tried to serve Johnny or Isaac. Plaintiff states Johnny, Isaac, and Adam are witnesses.

**Plaintiff believes that Gina Deuters can provide perspective about reconciliation regarding "both sides" and Johnny's sympathy.** Ms. Deuters, as someone close to Johnny Depp who headed the influencer pages and knows about publicity, would understand how Barresi's exploitation has harmed multiple parties—not just one side of disputes, but all sides, including Johnny Depp, his friends, his professional representatives, and others who have been caught in

1

Barresi's schemes. Her expertise in publicity and influencer media gives her unique insight into how publicists can be exploited and how media manipulation operates.

**Plaintiff has found that Johnny Depp's social circles have been remarkably warm and receptive.** Olivia Barash from the Viper Room responded reasonably and warmly to Plaintiff's apologies and support. Plaintiff politely requested reconciliation with Mr. Depp's friend and lawyer, **Adam Robert Waldman**, who Barresi unlawfully recorded on the phone.

The Plaintiff attached earlier an email she sent to Mr. Waldman pleading for assistance and explaining that both Johnny and others were victimized by Barresi. The Plaintiff requests that people can clarify matters away from Barresi's manipulation and help achieve reconciliation across all parties affected by his conduct.

**Plaintiff believes that Gina and Johnny's circle may respond so they can mend.** The warmth and understanding shown by Johnny's social circles suggests that reconciliation is possible once the truth about Barresi's exploitation is clarified. Plaintiff hopes that her response and clarification from individuals like Ms. Deuters can help restore relationships damaged by Barresi's manipulation.

**Understanding Barresi's Extortion Scheme Against Ultra High Net Worth Individuals**

**Why Gina Deuters' Testimony Matters**

Plaintiff believes that Gina Deuters is an honest, decent individual who cares about Johnny Depp and would want to stop the exploitation of ultra-high-net-worth (UHNW) individuals like him. Ms. Deuters likely understands how devastating it is when someone targets a generous person like Johnny Depp—who has spent his career helping others—and turns that generosity into a weapon for profit.

**The Basic Extortion Scheme**

During the time period investigated, amicus brief signer Lisa Sales told Plaintiff that Barresi's conduct sounded like **extortion against Johnny Depp**, who

2

had allegedly spent **tens of millions of dollars** attempting to improve his public image following highly publicized disputes.

Here's how the scheme works: Barresi illegally records telephone conversations from California without people's consent. These recordings capture highly confidential information—financial details, private conversations, and sensitive personal matters. He then threatens to release this information publicly through his media contacts unless he gets what he wants: money, access, control over narratives, or the ability to profit from sensitive information releases and media appearances. The distress feeds Barresi's derangement and fixations.

**Barresi's Fixation on Financial Information**

Barresi has an obsessive focus on money—specifically, the financial affairs of wealthy individuals and everyone around them. He targets:

- How much money Johnny Depp gives to friends and associates
- Financial transactions and charitable giving
- Who receives support from Johnny and why
- The value of assets, artwork, and property
- How much is spent on publicists and legal fees
- Inheritance matters and family finances

As documented in Barresi's own communications to Dylan Howard of Radar Online, Barresi wrote: "Weiss allegedly said, '[Unnamed individuals] take valuable artifacts, fine art, jewelry, money, you name it...'" This shows Barresi's pattern of creating financial scandals about wealthy individuals that he can sell to media outlets. Further, Barresi's manufactured accusations are turned into real threats.

**The Illegal Recordings of Attorney Adam Waldman**

The centerpiece of Barresi's extortion scheme is his **illegal telephone recordings of Johnny Depp's attorney, Adam Robert Waldman**. These recordings are extremely valuable to an extortionist because they contain:

- Confidential attorney-client information about Johnny Depp

NOTICE OF SUBPOENA OF WITNESS GINA DEUTERS TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

- Private financial details about Johnny's wealth and giving
- Information about Johnny's friends and associates
- Material for manufacturing accusations and creating false narratives
- Details about publicists and professional relationships

On **August 9th, 2025, Barresi released these illegal recordings publicly**. The recordings included conversations involving Plaintiff Christina Taft and her family. Barresi falsely labeled Adam Waldman as a "consigliere" (a mafia term) to damage his reputation and credibly threaten Adam if he 'leaves him.'

In 2025, Adam Waldman publicly denounced these false characterizations and confirmed that Barresi's terms were defamatory lies designed to harm him professionally. This was after Plaintiff reached out to him, hoping to reconcile.

On July 23, 2023, Barresi publicly stated he had **recorded multiple phone calls with Adam Waldman** containing sensitive financial information about Johnny Depp, Isaac Baruch, and others. Attorney Stephen Braga confirmed in writing that Barresi's use of these illegally recorded calls violates California Penal Code §§ 632 and 637. Dispute manufacturing stopped reports of Barresi's telephone recordings and disclosures meant to exhaust finances and emotions.

Barresi has extracted ongoing commercial value from these illegal recordings through his sensitive information releases and media appearances, using the recorded material to manufacture accusations against various individuals.

**Barresi's Commercial Exploitation Through Sensitive Information Releases**

Barresi has monetized his illegal recordings and extortion scheme through two main commercial projects:

1. **"Cinderella Man"** - A sensitive information release promoting Barresi's exploits and scandals involving celebrities. On August 13, 2023, Barresi posted about a New York Daily News story promoting this release, using his illegal recordings to generate media interest.

4

2. **"Depp Declassified"** - A sensitive information release specifically targeting Johnny Depp and exploiting the illegally recorded conversations with attorney Adam Waldman. Barresi increased pressure about "Depp Declassified" immediately after releasing his illegal telephone recordings of Adam Waldman in August 2023, using the threat of further disclosures to generate publicity and sales.

Both projects represent the commercialization of Barresi's extortion scheme—he illegally records conversations, threatens to disclose private information, manufactures accusations from those recordings, and then profits by creating sensitive information releases that exploit that very information.

Both projects represent the commercialization of Barresi's extortion scheme—he illegally records conversations, threatens to disclose private information, manufactures accusations and fabricates relationships from those recordings, and then profits by creating sensitive information releases that exploit that very information.

### How Barresi Exploits Multiple Sides

What makes Barresi's scheme particularly harmful is that he doesn't just target one person—he exploits everyone involved. He collects information from Johnny Depp's attorney, friends, and associates. He targets publicists working with various parties. He pressures witnesses. He creates conflicts between people who should be collaborating together.

By holding illegal recordings of multiple people, Barresi can threaten anyone who doesn't cooperate: "If you don't cooperate with [Barresi], I'll release information that harms you, your client, or your professional relationships."

### The Exploitation of Publicists

Publicists are particularly vulnerable to Barresi's scheme because they:

- Have access to sensitive information about their clients' public image strategies

5

- Know how much money clients spend on crisis management
- Serve as gatekeepers between celebrities and media outlets
- Can be pressured to facilitate Barresi's media placements

Barresi has targeted publicists including **David Shane, Melissa Nathan, Matthew Hiltzik, and Hiltzik Strategies**. He uses his illegal recordings and inside information to pressure them into cooperating with his agenda or face threats of disclosure that could harm their clients and their own reputations.

### Preventing Reconciliation for Profit

Barresi's commercial success depends on prolonged conflicts. If parties reconcile and move forward, he loses his leverage and his ability to profit from sensitive information releases and media appearances. Therefore, he actively works to prevent resolution by:

- Threatening to release damaging information to opposing parties
- Creating new conflicts through selective disclosures
- Maintaining fear among all parties that he might reveal their secrets
- Positioning himself as someone everyone must deal with

### The Emotional Harm to Johnny Depp Through Exploitation of Intermediaries

Johnny Depp has a well-documented history of extraordinary generosity—giving to the homeless, supporting friends in need, helping artists with their careers, and funding charitable causes. This generosity makes him particularly vulnerable to exploitation.

**Johnny still communicates and maintains his generosity, but intermediaries exploit this openness.** When someone illegally records your attorney's phone calls, collects information about your private financial giving, and threatens to twist that generosity into something ugly for commercial profit, the emotional harm is devastating. The exploitation becomes possible precisely

NOTICE OF SUBPOENA OF WITNESS GINA DEUTERS TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

because Johnny continues to help people—**intermediaries like Barresi position themselves to intercept, record, and monetize these acts of kindness**.

Barresi's scheme exploits the fact that Johnny went on a phone call during Barresi's illegal telephone recording practices in December 2022. Johnny's warmth makes him a crowd favorite, but also puts him at risk of breaches by Barresi and others who position themselves as gatekeepers or intermediaries to exploit his continued generosity and communication.

Johnny allegedly spent **tens of millions of dollars** trying to restore his public image. Barresi's scheme involves threatening to destroy that investment unless Barresi gets to profit from his sensitive information releases "Cinderella Man" and "Depp Declassified" and his ongoing media appearances.

**Plaintiff's Observations of Gina Deuters' Testimony and Expertise**

**Gina Deuters appears to be an honest individual.** Plaintiff saw Gina Deuters' testimony and felt sympathy for her when she honestly answered questions. Ms. Deuters demonstrated integrity by truthfully testifying, including that she was reviewing media even though the documentation used for it wasn't correct. Plaintiff appreciated Ms. Deuters' honesty in these difficult circumstances.

**Plaintiff believes that Gina, like Adam and Johnny, can sympathize that Plaintiff and her family were brought into this unwantingly.** Plaintiff and her family never sought to be part of Barresi's schemes. They were dragged into his manipulation through illegal recordings and forced involvement in disputes. Plaintiff feels sympathy for Gina, as Barresi could have used her as a pawn in his schemes as well—potentially exploiting her position, her knowledge of publicity, and her connections to further his extortion and commercial exploitation.

**Because Ms. Deuters headed the influencer pages and knows about publicity**, she has unique insight into how media, publicity, and public narratives operate—particularly around high-profile individuals like Johnny Depp. Ms. Deuters' experience with influencer pages and publicity makes her exceptionally

qualified to understand and testify about exploitation schemes that involve media manipulation, publicist relationships, and the commercial exploitation of private information. (*https://open.substack.com/pub/adamwaldman/p/hollywood-math*)

Given Ms. Deuters' knowledge of publicity and media operations, she would likely understand how someone like Barresi could exploit illegal recordings and sensitive information through media contacts, publicists, and commercial releases. Her testimony would be valuable in explaining how such exploitation harms UHNW individuals and the people around them—**across both sides of disputes**.

**Gina May Know About Exploitation of Recordings Involving Plaintiff**

**Gina may know information about how the telephone recordings of and about Plaintiff and her family were exploited to publicists.** Barresi illegally recorded telephone conversations involving Plaintiff Christina Taft and her family, and then disclosed these recordings publicly and potentially to publicists and media contacts. Given Ms. Deuters' position heading influencer pages and her knowledge of publicity operations, she may have information about whether Barresi shared these illegal recordings with publicists, which publicists may have received them, and how they were used to harm Plaintiff and prevent reconciliation.

Understanding how Barresi exploited recordings involving Plaintiff to publicists would help demonstrate the full scope of his extortion scheme and how he uses illegal recordings to manipulate multiple parties simultaneously—using people as pawns unwantingly.

**What Plaintiff Hopes to See from Gina Deuters**

Plaintiff believes Ms. Deuters, as someone who knows and cares about Johnny Depp and has expertise in publicity and influencer media, can provide valuable testimony about:

1. **The emotional harm to Johnny Depp** from Barresi's illegal recordings of his attorney Adam Waldman and the ongoing threats to disclose private

financial information through sensitive information releases like "Depp Declassified."

2. **Johnny's genuine character** regarding his generosity and charitable giving, and how Barresi has weaponized that kindness for commercial exploitation by positioning himself as an intermediary who exploits Johnny's continued openness and communication.

3. **How Barresi's sensitive information releases "Cinderella Man" and "Depp Declassified"** represent the commercialization of extortion— profiting from illegally obtained information and threats of disclosure.

4. **How Barresi has exploited multiple parties across both sides**—not just Johnny Depp, but his attorney, his friends, his publicists, and witnesses—to maximize his leverage and commercial opportunities, using people as unwanting pawns in his schemes.

5. **The impact on publicists and professional representatives** who have been put in impossible positions by Barresi's illegal recordings and threats. Given Ms. Deuters' experience with publicity and influencer pages, she would have unique insight into how publicists can be exploited and pressured.

6. **Information about how the telephone recordings of and about Plaintiff Christina Taft and her family were exploited to publicists**—which publicists received these materials and how they were used by Barresi to manipulate narratives and prevent reconciliation.

7. **Information about this type of exploitation** targeting Johnny Depp, his attorney, his friends, and his professional representatives through intermediaries who intercept and monetize his generosity.

8. **How Barresi has prevented people from reconciling and moving forward across both sides** because his commercial interests depend on ongoing conflict.

NOTICE OF SUBPOENA OF WITNESS GINA DEUTERS TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

9. **Her observations about how media, publicity, and public narratives can be manipulated** through illegal recordings and exploitation of private information, given her background heading influencer pages and understanding publicity operations.

10. **Her perspective on reconciliation regarding both sides**—how Barresi's exploitation has harmed multiple parties and prevented people from finding common ground and moving forward, and how clarifying the truth can help mend relationships.

**Barresi's Threat to Release Information in Italy and Suspicious Events**

Barresi's behavior was allegedly very erratic during this time period with his attacks onto Isaac Baruch. He allegedly threatened that he might release sensitive private information **in Italy** if he couldn't do it in the United States. This shows the extortionate nature of his conduct—he will find any way possible to profit from his illegal recordings and private information, regardless of the harm to others.

**Plaintiff wondered if Adam Waldman had reported his illegal telephone recording disclosures to authorities.** However, something appeared to have happened wrongly between August 2023 to February 2024—for both Adam Waldman and the Plaintiff, although at the time not aligned. **Adam Waldman transferred his house a day before his account was hacked, hence "TEST."** He then moved to Florida as Plaintiff attempted to move to France. These suspicious circumstances raise concerns about potential retaliation or intimidation connected to Barresi's extortion scheme and the illegal recordings.

**Additional Context:** Plaintiff believes that both Johnny and Amber have been victimized by Barresi's exploitation and prolonging of disputes for his commercial benefit and most of all, for his derangement.

**Plaintiff's Position on Reconciliation Across Both Sides**

Plaintiff has consistently stated that:

NOTICE OF SUBPOENA OF WITNESS GINA DEUTERS TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

- **Johnny Depp has documented charitable giving** and legitimate generosity toward those in need
- **Adam Waldman is a reasonable attorney** who was illegally recorded on the telephone by Barresi, who manufactured false accusations
- **Multiple parties across both sides have been victimized** by Barresi's exploitation scheme, brought into this unwantingly as pawns
- **Publicists have been put in impossible positions** by Barresi's illegal telephone recordings and deranged disclosures
- **Barresi's extortion scheme should be stopped** to protect UHNW individuals and restore people's ability to help others without fear of intermediaries exploiting that generosity
- **Reconciliation across both sides is possible** once Barresi's manipulation and exploitation are stopped and the truth is clarified
- **Gina and Johnny's circle may respond to help mend relationships** damaged by Barresi's lies and manipulation

Plaintiff supports **charity and legitimate giving**. Plaintiff opposes Barresi's exploitation of UHNW individuals through illegal recordings, sensitive information releases like "Cinderella Man" and "Depp Declassified," and commercial extraction of value from private information obtained through intermediary exploitation.

The subpoena calls for the production of documents or things specified in the subpoena and the attachment to the subpoena on the date, time, and location indicated in the subpoena. See Attached Exhibit A to Witness Subpoena.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 8, 2025, in Cannes, France

*Christina Taft*

Christina Taft - *Plaintiff in Propria Persona*

11

NOTICE OF SUBPOENA OF WITNESS GINA DEUTERS TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS