# CERTIFICATE OF SERVICE
CHRISTINA TAFT v. PAUL BARRESI, et al.
5:24-cv-01930-TJH-DTB

I, the undersigned, certify and declare that I am at least 18 years of age. I have a residency in the United States.

On October 12, 2025, I served a true copy of;
**(1) Request to Issue Notice and Constance Fox Subpoena. SEE EXHIBIT A ATTACHED FOR WITNESS SUBPOENA: [Anthony Fox of Johnny's Viper Room] Communication Regarding Ultra-High-Net-Worth Scams and Barresi's Telephone Recordings Exploitation**
**(2) Exhibits Attached to Exhibit A: Anthony Fox Filings Pre-Disappearance, Witness Adam Waldman's Publishing of "Hollywood Math" on July 23, 2025**

**PROOF OF SERVICE**
  X   (By Electronic Transmission) I caused the document(s) described herein to be electronically transmitted and served via the Pacer system. The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(E)
  X   (By Delivery) I caused the document(s) described herein to be delivered to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

| Melissa Yaffa Lerner Glass<br>Megan Scott Mallonee<br>Lavely & Singer Professional Corporation<br>Attorneys At Law<br>2049 Century Park East, Suite 2400<br>Los Angeles, California 90067-2906 | *Attorneys for Defendant(s),*<br>Paul Barresi |
|---|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Dated in Cannes, France on **October 12, 2025**.

*(signature: Christina Taft)*

Christina Taft

Plaintiff in Propria Persona