LODGED
CLERK, U.S. DISTRICT COURT
10/06/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___rec___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINA TAFT,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL BARRESI; ADAM R. WALDMAN; and DOES 1 through 10, Inclusive<br><br>Defendants.<br>_____/<br><br>ANGELA GAYLE MEADOR,<br><br>Proposed Intervenor. | CASE NO. 5:24-cv-01930-TJH (DTB)<br>[Hon. David T. Bristow, Magistrate Judge]<br><br>**ORDER GRANTING INTERVENOR ANGELA GAYLE MEADOR'S MOTION TO INTERVENE (PROPOSED)** |

Order Granting Angela Gayle Meador's Motion to Intervene

ORDER GRANTING MOTION TO INTERVENE

Upon consideration of Angela Gayle Meador's Motion to Intervene, the Court finds that:

    1. Intervenor-Plaintiff has Article III standing and a substantial interest in the above-captioned action, and no existing party adequately represents her interests.

    2. Intervention as of right pursuant to Federal Rule of Civil Procedure 24(a)(2) is appropriate.

    3. In the alternative, permissive intervention pursuant to Federal Rule of Civil Procedure 24(b) is warranted, as Intervenor-Plaintiff's claims share common questions of law and fact with the pending action, and the intervention will not unduly delay or prejudice the rights of the original parties.

    4. Intervenor-Plaintiff's previously filed Ex Parte Emergency Motion for Immediate Protective Relief (Docket No. 85), and the factual assertions and exhibits contained therein, are fully incorporated into this action and shall be considered part of the record upon intervention.

THEREFORE, IT IS ORDERED:

1. The Motion to Intervene is GRANTED.

2. Angela Gayle Meador is permitted to intervene in this action as Intervenor-Plaintiff.

3. Intervenor-Plaintiff may file her Complaint in Intervention asserting claims under federal and state law.

4. Intervenor-Plaintiff's Emergency Motion for Immediate Protective Relief (Docket No. 85) is recognized as part of the intervention record, and the Court will

consider it as part of this action.

5. Intervenor-Plaintiff shall serve all parties according to the Federal Rules of Civil Procedure and Local Rules.

IT IS SO ORDERED.


Dated: _____                    _____

                                                David T. Bristow

                                     UNITED STATES MAGISTRATE JUDGE