

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| ANGELA GAYLE MEADOR,<br><br>    Intervenor-Plaintiff,<br><br>vs.<br><br><br>CHRISTINA TAFT,<br><br>    Defendant,<br><br>_____/<br><br>PAUL BARRESI; ADAM R. WALDMAN; and DOES 1 through 10, Inclusive<br><br>    Defendants | CASE NO. 5:24-cv-01930-TJH (DTB)<br><br>[Hon. David T. Bristow, Magistrate Judge]<br><br>**[PROPOSED] ORDER TAKING JUDICIAL NOTICE OF HAWAII VEXATIOUS LITIGANT FINDING** |

## ORDER TAKING JUDICIAL NOTICE OF HAWAII VEXATIOUS LITIGANT FINDING

Upon consideration of the Intervenor-Plaintiff Angela Gayle Meador's Motion to Intervene pursuant to Fed. R. Civ. P. 24(a) and 24(b), and the supporting papers, including the Emergency Motion for Immediate Protective Relief (Docket No. 85), the Court finds that:

   1. Third Party Witness Angela Gayle Meador has a substantial interest in this

[Proposed] Order Taking Judicial Notice of Hawaii Vexatious Litigant Finding

action and that disposition of this case may, as a practical matter, impair or impede her ability to protect her interests.

    2.  Intervenor-Plaintiff's claims are related to the same nucleus of operative facts as the underlying action.

    3.  The interests of justice and judicial efficiency will be served by allowing intervention.

    4.  Good cause exists to grant protective relief for Intervenor-Plaintiff's personal information.

**IT IS HEREBY ORDERED THAT:**

    1.  **Intervention:** Angela Gayle Meador is granted leave to intervene as a Plaintiff in this action.

    2.  **Filing Under Seal:** All filings containing Intervenor-Plaintiff's personal identifying information, including addresses, phone numbers, and any personal records, shall be filed under seal.

    3.  **Use of Exhibits:** Exhibits containing confidential personal information may be filed under seal, with redacted versions available for public filing as appropriate.

    4.  **Service:** Intervenor-Plaintiff's filings shall be served upon all parties via the Court's electronic filing system, in compliance with Federal Rules of Civil Procedure and the Local Rules of this Court.

    5.  **Preservation of Rights:** Intervenor-Plaintiff reserves the right to seek additional protective relief as necessary and to supplement her claims.

**IT IS SO ORDERED.**

Dated: _____

_____

DAVID T. BRISTOW

UNITED STATES MAGISTRATE JUDGE