**ANGELA GAYLE MEADOR**

Address – FILED UNDER SEAL

City, State, ZIP – FILED UNDER SEAL

Phone Number – FILED UNDER SEAL

Email Address – FILED UNDER SEAL

Intervenor-Plaintiff

LODGED
CLERK, U.S. DISTRICT COURT
10/06/2025
CENTRAL DISTRICT OF CALIFORNIA
BY   rec   DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ANGELA GAYLE MEADOR, <br>     Intervenor-Plaintiff, <br> vs. <br><br> CHRISTINA TAFT, <br><br>     Defendant, <br> _____/ <br> PAUL BARRESI; ADAM R. WALDMAN; and DOES 1 through 10, Inclusive <br><br>     Original Defendants | CASE NO. 5:24-cv-01930-TJH (DTB) <br><br> [Hon. David T. Bristow, Magistrate Judge] <br><br> **ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE OF PROCESS (PROPOSED)** |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

Case No.: 5:24-cv-01930-TJH(DTB)

**ORDER ON MOTION FOR ALTERNATIVE SERVICE OF PROCESS**

Upon consideration of Intervenor-Plaintiff Angela Gayle Meador's Motion for Alternative Service, and for good cause shown, the Court hereby ORDERS as follows:

1. The Motion is **GRANTED**, subject to the conditions herein.
2. In the event that the Court **grants Intervenor-Plaintiff's Motion to Intervene**, Defendant Christina Taft shall serve all documents on Intervenor-Plaintiff **exclusively through the Goodlettsville Police Department**, Tennessee.
3. Documents served shall be **limited to those intended for filing with the Court**, and shall not include any personal messages, commentary, or extraneous materials.
4. Intervenor-Plaintiff shall retrieve such documents directly from the Police Department upon notice of availability.
5. Defendant, her agents, or any third parties are **prohibited from direct or indirect contact** with Intervenor-Plaintiff, her home, family, or associates, including through physical, electronic, or mailed communications.
6. Should service occur through the **Davidson County Sheriff's Office**, a Goodlettsville Police Officer must be present during transfer.
7. If the Court **denies the Motion to Intervene**, Defendant Taft shall not attempt service or communication directly or indirectly; all matters must proceed solely **through this Court**.

8. Any violation of this Order may result in contempt sanctions or other penalties deemed appropriate.

IT IS SO ORDERED.

**Dated:** _____

_____
**HON. DAVID T. BRISTOW**
United States Magistrate Judge

Case 5:24-cv-01930-TJH-DTB    Document 119    Filed 10/06/25    Page 3 of 3    Page ID #:5342