# PART 2: EXHIBITS DEMONSTRATING DEFENDANT BARRESI'S PATTERN OF EXPLOITATION AGAINST WITNESS ADAM WALDMAN AND ADAM'S UHNW FRIEND JOHNNY DEPP

## Motion Supporting Witness Adam Waldman in Taft v Barresi et al

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


CHRISTINA TAFT,

Plaintiff,

vs.

PAUL BARRESI, et al.,

Defendants.


Case No.: 5:24-cv-01930-TJH-DTB

**EXHIBIT O**

Photograph from June 26, 2024, of Palm Beach shopping district showing luxury sports cars (including Gucci store visible) and Florida's privacy protections, demonstrating my desire to free Adam and my symbolic purchase of a 'cat' Gucci watch referencing "To Catch a Thief" (it's not the cat). Adam's relocation to Palm Beach was discovered later when serving him.

6:31

< 

**Palm Beach**
June 26, 2024  2:25 PM

◎ LIVE ⌄







## PART 2

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


CHRISTINA TAFT,

Plaintiff,

vs.

PAUL BARRESI, et al.,

Defendants.


Case No.: 5:24-cv-01930-TJH-DTB

## EXHIBIT K

Emails and documents from Mario George Nitrini III dated May 27, 2022, forwarding communications from Paul Barresi discussing Chuck E. Weiss's statements about Johnny Depp and the Viper Room, and email from Mario George Nitrini III dated May 27, 2022, forwarding Paul Barresi communication to Dylan Howard of American Media Inc./Empire Media Group with selective disclosure of sensitive information and manufacturing of culpability ("RADAR EXCLUSIVE: Paul Barresi's email to Dylan Howard. The OJ Simpson Case"), demonstrating Barresi's fixations on luxury items, charitable giving, generosity, and ultra-high-net-worth individuals (Note: This was discovered from Nitrini's subpoena in January 2025).



Mario George Nitrini 111    Jan 5
to me

Mario George Nitrini 111
------
The OJ Simpson Case

---------- Forwarded message ---------
From: <paulbarresi@aol.com>
Date: Fri, May 27, 2022, 3:56 PM
Subject: FINAL DRAFT confidential
To: marionit111@gmail.com <marionit111@gmail.com>

# HOLLYWOOD FIXER'S INTERVIEW WITH SONGWRITER, VIPER ROOM CO OWNER CHUCK E. WEISS SUPPORTS JOHNNY DEPP'S  CLAIM THAT IT WAS NOT HIM WHO SENT ABUSIVE TEXTS TO AMBER BUT LIKELY SOMEONE ELSE

↩ Reply          ↱ Forward          ☺



Weiss said, "I warned Johnny about all these people on the take." He went so far as to say that they rely on his addiction to drugs and alcohol to cloud his head and prevent him from seeing them take his stuff."

I asked Weiss what kind of stuff. Weiss said, "Stuff like valuable artifacts, fine art, jewelry, money, whatever they can grab."

Weiss recalled one night, Johnny couldn't find his favorite hat. "I knew somebody snatched it but I didn't want to say anything." Weiss said, "There was another time when Johnny noticed that several of his rings were missing. I think he knew it was one of his friends who took them."

Weiss said, "When I suggested he file a report with the police, it pissed him off and Johnny told me, what do you want me to do, launch an all-out investigation."

Weiss said, " I told Johnny years ago that when he offers career moochers like like Isaac Baruch an easy life for free, it serves only to encourage grown men like him to continue taking advantage of his

2:21                                    5G 42

‹                          ⤓   🗑   ✉   ⋯

## Fwd: RADAR EXCLUSIVE: Paul Barresi's email to Dylan Howard. The OJ Simpson Case 🟡 Inbox ☆

**Mario George Nitrini 111**  Jan 5
to me  ⌄

Mario George Nitrini 111
-----
The OJ Simpson Case

---------- Forwarded message ---------
From: <paulbarresi@aol.com>
Date: Fri, May 27, 2022, 7:01 PM
Subject: Fwd: RADAR EXCLUSIVE:
To: marionit111@gmail.com <marionit111@gmail.com>

**FINAL DRAFT: CONFIDENTIAL**

-----Original Message-----
From: paulbarresi@aol.com
To: dh@empiremediagroup.com <dh@empiremediagroup.com>
Sent: Fri, May 27, 2022 6:59 pm
Subject: RADAR EXCLUSIVE:

# WHOSE TEXT IS IT ANYWAY?
# DEPP V. HEARD BOMBSHELL

  ↩ Reply        → Forward      

 Gmail

**Christina Taft <taftchristina.ceo@gmail.com>**

---

## BIG ED SHAW ON TAPE (2) (4).amr

**Mario Nitrini** <nitrinimario@gmail.com>                    Fri, Dec 8, 2023 at 4:28 AM
To: Christina Taft <taftchristina.ceo@gmail.com>

Something is coming and it's coming soon.

The complete unedited audio tape recording of Johnny Depp's head-of-security Big Ed Shaw

Mario George Nitrini 111
-----
The OJ Simpson Case

---

 **BIG ED SHAW ON TAPE  (2) (4).amr**
5875K

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


CHRISTINA TAFT,

Plaintiff,

vs.

PAUL BARRESI, et al.,

Defendants.


Case No.: 5:24-cv-01930-TJH-DTB

**EXHIBIT M**

Adam Waldman's Twitter/X post-dated June 19, 2025 (8:44 PM), denouncing illegal surveillance after his home was burgled and bugged, with photographs showing surveillance equipment discovered in his residence.

7:17

### Post

**Adam Waldman** ✔
@adam_waldman

Follow

Why does getting doxxed, and then having the New Yorker twist it around matter?

My home was burglarized and bugged - the bug was built into a piece of furniture just six inches away from my pillow.



8:44 PM · Jun 19, 2025 · **75.4K** Views

💬 162       🔁 150       ♡ 742       🔖 59

**Dr Truthseeker** @Truthse10335075 · Jun 19
Complete madness.  Just how deep does this hoax run ??!!

💬 5       🔁 1       ♡ 121       📊 4.1K

**Adam Waldm...** ✔ @adam_waldm... · Jun 19
Deep

x.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


CHRISTINA TAFT,

Plaintiff,

vs.

PAUL BARRESI, et al.,

Defendants.


Case No.: 5:24-cv-01930-TJH-DTB

**EXHIBIT N**

Adam Waldman's Twitter/X post-dated June 19, 2025 (8:24 PM), pointing out tactics being used against him and Johnny Depp's circle related to private information disclosures, expressing pain and longing related to his family home, which as discovered in this litigation extended to Barresi's engagement with Justin, and presumably other individuals, causing severe harm without protection.

7:18

← **Post**



**Adam Waldman** ✔
@adam_waldman

[ Follow ]  ⌀  •••

This reimagination of history just out in the New Yorker - Claiming AH's and her friends' and family's personal info were leaked online.

In this case, accusations were actually confessions.

Back in reality, who that actually happened to was me (re my family home at that time)



friends, was leaked on online forums. In the end, the court determined that Heard and Depp had defamed each other, but Heard was ordered to pay a larger amount. "I defended my truth and in doing so my life as I knew it was destroyed," she wrote on Instagram. The musician Marilyn Manson sued the actress Evan Rachel Wood, his ex-fiancée, for defamation after she accused him of drugging and raping her during a music-video shoot. He denied wrongdoing and claimed that she was seeking attention and trying to smear him. She soon became the target of online harassment. Manson eventually dropped the suit and agreed to pay Wood's legal fees. But Wood told a podcast,

8:24 PM · Jun 19, 2025 · **14.7K** Views

💬 50      ⟲ 80      ♡ 527      🔖 24      ↥



**ReemDepp - Johnny De...** ✔  @R... · Jun 19
Thank you for continuing to speak truth, Adam.

🏠  🔍  ⌀  🔔  ✉

x.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRISTINA TAFT,

Plaintiff,

vs.

PAUL BARRESI, et al.,

Defendants.

Case No.: 5:24-cv-01930-TJH-DTB

**EXHIBIT P**

Paul Barresi's Twitter/X post dated March 11, 2023 (3:28 PM), mocking attorney Dennis Wasser's evacuation to protect his client Tom Cruise, demonstrating Barresi's systematic pattern of targeting attorneys who protect ultra-high-net-worth clients.

4:31    5G 25⚡

← **Tweet**    Open app



**Paul Barresi**
@PaulBarresi1    ...

NY Times reporter Allison Weiner's notes left on my coffee table show when Tom Cruise divorce lawyer Dennis Wasser, who boasts he's not intimated by anyone & won't settle cases out of weakness, saw Pellicano was heading to prison, he was ready to turncoat & run for high ground.



3:28 PM · Mar 11, 2023 · **245** Views

**7** Likes

💬    🔁    ♡    ⬆️

🏠    🔍    🔔    ✉️



AA    🔒 twitter.com    ↻

4:33

📶 5G 🔋30⚡

← **Paul Barresi**     Follow
458 Tweets

Tweets    **Replies**    Media    Likes

 **Paul Barresi** @PaulBarresi1 · 1h    •••

NY Times reporter Allison Weiner's notes left on my coffee table show when Tom Cruise divorce lawyer Dennis Wasser, who boasts he's not intimated by anyone & won't settle cases out of weakness, saw Pellicano was heading to prison, he was ready to turncoat & run for high ground.



💬          🔁          ♡ 7          ⬆️

 **Paul Barresi** @PaulBarresi1 · 2h    •••

After NY Times reporter Allison Weiner interviewed me in 2006 she left her not disclosing FBI told Linda Doucett at res while looking for something [cases Pellic worked] for MJ, her name came up [in file] re,

🏠          🔍          🔔          ✉️

AA          🔒 twitter.com          ↻

‹          ›          ⬆️          📖          ⧉

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRISTINA TAFT,

Plaintiff,

vs.

PAUL BARRESI, et al.,

Defendants.

Case No.: 5:24-cv-01930-TJH-DTB

**EXHIBIT L**

Adam Waldman's Substack post titled "$SCAMS by Adam Waldman" dated March 20, 2023, showing "Coming soon" with the description "This is $SCAMS by Adam Waldman," demonstrating Adam's attempt to expose scams and exploitation before going silent from March 2023 through July 2025, coinciding with Barresi's escalating fixations onto Adam and Johnny.



# Coming soon

**ADAM WALDMAN**
MAR 20, 2023

♡ 160    ⟳ 2    Share    •••

This is $CAM$ by Adam Waldman.

✓ Subscribed

**Recommend $CAM$ by Adam Waldman to your readers**

Recommend

160 Likes · 2 Restacks

♡ 160    ⟳ 2    Share    •••

Next →

© 2025 Adam Waldman · Privacy · Terms · Collection notice

Start your Substack    Get the app

Substack is the home for great culture

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


CHRISTINA TAFT,

Plaintiff,

vs.

PAUL BARRESI, et al.,

Defendants.


Case No.: 5:24-cv-01930-TJH-DTB

**EXHIBIT Q**

Photograph posted by Adam Waldman in June 2025 of witness subpoena from February 2021 to him showing his DC family home address at 5163 Tilden St., NW, Washington, DC 20016, shared after my polite and sympathetic outreach to him for peacebuilding, clearly demonstrating the prolonged disputes and tactics being used against him (Note: February 2021 coincided with more media and audio recording releases).



**SUBPOENA FOR WITNESS (CIVIL) –**
**ATTORNEY ISSUED**
Commonwealth of Virginia
VA CODE §§ 8.01-407, 16.1-265, Supreme Court Rules 1.4, 4.5

Case No.    CL-2019-0002911

FILED
CIVIL PROCESSING

2021 FEB 22 P 2: 35

CLERK OF COURT

4110 Chain Bridge Road, Fairfax, VA 22030
ADDRESS OF COURT

9.00 am
HEARING DATE AND TIME

Court

John C. Depp, II    v./In re:    Amber Laura Heard

**TO THE PERSON AUTHORIZED BY LAW TO SERVE THIS PROCESS:**
You are commanded to summon

Adam Waldman
NAME

5163 Tilden St., NW
STREET ADDRESS

Washington    DC    20016
CITY    STATE    ZIP

**TO the person summoned: You are commanded to appear**

[ ] in the    Court

[X] at    1100 Connecticut Ave., N.W., Suite 950, Washington, D.C. 20036
ADDRESS (DEPOSITION USE IN CIRCUIT COURT ONLY)

on    April 6    ,    2021    at    9.00 am    to testify in the above-named case.

This subpoena is issued by the attorney for and on behalf of

Amber Laura Heard
PARTY NAME

David E. Murphy
NAME OF ATTORNEY

11260 Roger Bacon Dr., Suite 201
OFFICE ADDRESS

Reston, VA 20190
OFFICE ADDRESS

February 22, 2021
DATE ISSUED

90938
VIRGINIA STATE BAR NUMBER

(703) 318-6800
TELEPHONE NUMBER OF ATTORNEY

(703) 318-6803
FACSIMILE NUMBER OF ATTORNEY

**Notice to Recipient:** See page two for further information.

**RETURN OF SERVICE** (see page two of this form)

FORM DC-497 (MASTER, PAGE ONE OF TWO) 04/13



🗨 50    🔁 80    ♡ 527    📊 14K    ⬆

