# CERTIFICATE OF SERVICE
CHRISTINA TAFT v. PAUL BARRESI, et al.
5:24-cv-01930-TJH-DTB

I, the undersigned, certify and declare that I am at least 18 years of age. I have a residency in the United States.

On October 16, 2025 and October 17th, 2025, I served a true copy of;
**(1) MEMORANDUM OF MOTION TO DISMISS WITNESS ADAM WALDMAN FROM DEFENDANTS IN ACTION VOLUNTARILY;**
**(2) Voluntary Declaration in Support of Adam Waldman as a Witness and Motion with Clarifying Ethics and Charity;**
**(3) Exhibits Freeing Adam Waldman, Johnny Depp, and Viper Room, A-Q Part 1 and 2 – Reconciliation, Collaboration, Barresi's Exploitation of Adam and UHNW Johnny; - (4) Proposed Order Granting Plaintiff's Motion to Dismiss Adam Waldman as Defendant and Clarifying His Status as Witness;**

**PROOF OF SERVICE**

__X__ (By Electronic Transmission) I caused the document(s) described herein to be electronically transmitted and served via the Pacer system. The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(E)

__X__ (By Delivery) I caused the document(s) described herein to be delivered to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

| | |
|---|---|
| Melissa Yaffa Lerner Glass<br>Megan Scott Mallonee<br>Lavely & Singer Professional Corporation<br>Attorneys At Law<br>2049 Century Park East, Suite 2400<br>Los Angeles, California 90067-2906 | *Attorneys for Defendant(s),*<br>Paul Barresi |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated in Cannes, France on **October 17, 2025**.

*Christina Taft*

Christina Taft

Plaintiff in Pro Per