# Index of Exhibits

# Motion for Supporting Adam Waldman as a Witness, and Friend of Witness Johnny Depp, truly and ethically in Taft v Barresi et al

**PART 1** ...................................................................................................................3

    **EXHIBIT A** Conversation with Olivia Barash (sympathy, peacebuilding, liberation themes) ....................................................................................................3

    **EXHIBIT B** Plaintiff's October 16, 2025 email to Adam Waldman titled "Moving Forward – Filing Today to Free Adam, Johnny, and the Viper Room." ...................................................................................................................4

    **EXHIBIT C** Sympathetic text to Ed Shaw ("Big Ed") and reference to Defendant Barresi's disclosures of telephone call recording. .......................5

**EXHIBIT D** Outreach texts to Adam Waldman (sympathy, concern about illegal telephone call recording of him, birthday wishes)………………… 6

    **EXHIBIT E** Email dated October 12, 2025 to Adam Waldman (Request to Notify Constance Fox). .............................................................................................7

**EXHIBIT F** Email dated October 8, 2025 to Adam Waldman (Corrected Notice to Gina Deuters with Declaration on Exploitation)………………..8

    **EXHIBIT G** Email dated October 7, 2025 to Adam Waldman (New Notice Subpoena Isaac Baruch).............................................................................................9

    **EXHIBIT H** Email dated October 9, 2025 to Adam Waldman (Corrected Declaration regarding Justin and Barresi)...................................................10

    **EXHIBIT I** Photograph with Claudia Jamisen from Viper Room at restaurant (Macy's Day parade, Dior accessory). ........................................11

    **EXHIBIT J** Adam Waldman's publication "Hollywood Math" (July 23, 2023). ..........................................................................................................................12

    **PART 2** ...............................................................................................................13

**EXHIBIT K** Emails/documents from Mario George Nitrini III forwarding Barresi on Weiss of Viper Room on Johnny's finances (May 27, 2022)..   13

    **EXHIBIT L** Adam Waldman's Substack post "$SCAMS by Adam Waldman" (March 20, 2023)............................................................................14

    **EXHIBIT M** Adam Waldman's Twitter/X post (June 19, 2025, 8:44 PM) denouncing illegal surveillance ................................................................15

**EXHIBIT N Adam Waldman's Twitter/X post (June 19, 2025, 8:24 PM) on tactics used against him and Johnny Depp's circle** ......................................16

**EXHIBIT O Photograph (June 26, 2024) of Palm Beach shopping district (Gucci store, sports cars, symbolic watch)** ...................................................17

**EXHIBIT P Paul Barresi's Twitter/X post (March 11, 2023, 3:28 PM) mocking attorney Dennis Wasser** ................................................................18

**EXHIBIT Q Photograph (June 2025) of subpoena showing Adam Waldman's DC home address (from Feb. 2021 subpoena)**.........................19

**- Exhibit of Positivity from Mr. Adam Waldman in Florida on August 6, 2025 after Plaintiff's efforts of peacebuilding……………………..…...20**