Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 212-718-1003
Email: Ceo.Taft@Rescue-Social.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

CHRISTINA TAFT

     Plaintiff,

vs.

PAUL BARRESI, et al,

    Defendants.

Case No.: 5:24-cv-01930-TJH-DTB

[Hon. David T. Bristow, Magistrate Judge and Hon. Terry J. Hatter, Jr. District Judge]

**DECLARATION IN SUPPORT OF VOLUNTARY DISMISSAL OF ADAM WALDMAN, FRIEND OF JOHNNY DEPP, FROM THE PARTY OF DEFENDANTS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

***[Filed concurrently with Ex Parte Application Requesting Parties Correction; Exhibits 1–2 (Email Conference under Local Rule 7-3 and Correspondence with Mr. Adam Waldman); Proposed Order to Direct Clerk; Form CV-009 with Processing Request; and Certificate of Service]***

Date: October 21, 2025
Time: Under submission

DECLARATION IN SUPPORT OF VOLUNTARY DISMISSAL OF ADAM WALDMAN FROM THE

PARTY OF DEFENDANTS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i): Process Form CV-009

I, Christina Taft, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.  I am the Plaintiff in this action, appearing in propria persona.

2.  I am competent to make this declaration based on my personal knowledge.

3.  I am filing this declaration in support of my voluntary dismissal of Adam Waldman from the party of defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

4.  This declaration complies with all requirements set forth in Judge Bristow's Order dated October 17, 2025, for a proper voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**COMPLIANCE WITH LOCAL RULES**

5.  **Local Rule 7-3 Conference**: On October 18, 2025, I conferred by email with counsel for Defendant Paul Barresi (Melissa Lerner and Megan Mallonee) regarding this voluntary dismissal, as required by Local Rule 7-3. I attached my memorandum and declaration showing sympathy for Adam Waldman, Johnny Depp, Mr. Depp's charity, humanitarian peacebuilding in general, and individuals who expressed warmth for me from Johnny Depp's social circle, including Olivia Barash and Lori Mattix. I denounced Barresi's telephone recording practices and Barresi's extortion practices against Mr. Waldman and Mr. Depp, and others including myself, while discussing teachings on assisting ultra-high-net-worth individuals. Counsel for Defendant Barresi did not respond.

6.  A true and correct copy of the email I sent on October 18, 2025, at 10:25 AM, to Melissa Lerner and Megan Mallonee, conferring about the dismissal of Adam Waldman from this action, is filed concurrently as Exhibit 1.

7.  **Good Faith Communication**: On October 16, 2025, at 9:42 PM, I sent a good faith email to Adam Waldman and his counsel Stephen Braga, informing them that I was filing this voluntary dismissal to remove Mr. Waldman from the party

DECLARATION IN SUPPORT OF VOLUNTARY DISMISSAL OF ADAM WALDMAN FROM THE PARTY OF DEFENDANTS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i): Process Form CV-009

of defendants and correctly recognize him as a witness with relevant knowledge, and expressing hope that this would mark a turning point toward freedom from the alleged exploitation and telephone recordings practices by Defendant Barresi, bringing relief to Mr. Waldman, Johnny Depp, Johnny Depp's charity, Constance Fox, and those from the Viper Room social circle.

8. A true and correct copy of the email I sent on October 16, 2025, to Adam Waldman and his attorney Stephen Braga regarding the voluntary dismissal to remove him from the party of defendants, is filed concurrently as Exhibit 2.

9. **Form CV-009**: I am filing Form CV-009 concurrently with this declaration to effectuate the voluntary dismissal of Adam Waldman from the party of defendants in this action.

**BASIS FOR VOLUNTARY DISMISSAL**

10. Adam Waldman has not appeared in this action, has not filed an answer, and has not moved for summary judgment.

11. Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), I may voluntarily dismiss him from the party of defendants without a court order or agreement from other parties.

12. I recognize that Mr. Waldman's proper role in this matter is as a witness rather than as a defendant.

13. This voluntary dismissal is made in good faith and will not prejudice any remaining parties.

**CONCLUSION**

14. I respectfully request that the Court accept the filed Form CV-009 reflecting the voluntary dismissal of Adam Waldman from the party of defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

15. I respectfully request that the Court direct the Clerk of Court to process Form CV-009 and update the docket to reflect this dismissal correcting the parties.

DECLARATION IN SUPPORT OF VOLUNTARY DISMISSAL OF ADAM WALDMAN FROM THE PARTY OF DEFENDANTS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i): Process Form CV-009

16. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated and executed this 19th day of October, 2025.

Christina Taft

Christina Taft

Plaintiff in Pro Per

DECLARATION IN SUPPORT OF VOLUNTARY DISMISSAL OF ADAM WALDMAN FROM THE

PARTY OF DEFENDANTS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i): Process Form CV-009