# EXHIBIT 1



**Christina Taft** <taftchristina.ceo@gmail.com>

---

# Conference - Motion Supporting Witness Adam Waldman, Friend of Johnny Depp, to not be a defendant

---

**Christina Taft** <taftchristina.ceo@gmail.com>                                             Sat, Oct 18, 2025 at 10:25 AM
To: Melissa Lerner <mlerner@lavelysinger.com>, Megan Mallonee <mmallonee@lavelysinger.com>

Dear Counsel, Melissa Lerner Glass and Megan Mallonee:

Supporting the conference requirements and the Court's October 17, 2025 Order (Docket No. 124), not yet allowing my voluntary sympathetic declaration based on factual evidence to Adam Waldman's and Johnny Depp's innocence in their charity, I am preparing to file a proper voluntary dismissal of Adam Waldman, Johnny Depp's genuine friend, from the wrongful designation of defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Before filing for a voluntary freeing Adam Waldman, who is also a witness, I am inquiring whether these lawyers representing Defendant Paul Barresi, **supports or opposes** the release of Witness Adam Waldman, friend of Johnny Depp, from being improperly kept as a defendant in this action.

Or if Defendant Paul Barresi supports or opposes, my ability to voluntarily release Adam Waldman and voluntary communications with him kindly and freely.

My position is that Mr. Waldman is properly characterized as a witness rather than a defendant. Mr. Waldman is a friend of Johnny Depp first, and an attorney second. He was illegally recorded on the telephone by Defendant Barresi in violation of California Penal Code sections 632 and 637. Mr. Waldman possesses direct knowledge as a witness to unlawful schemes, including Defendant Barresi's illegal telephone recordings, Defendant Barresi's use of their content for illegal purposes, and unlawful disclosures.

Today is October 18, 2025. Here is the full Voluntary Declaration in Support of Adam Waldman and Johnny Depp's circle that I provided:

**VOLUNTARY DECLARATION IN SUPPORT OF ADAM WALDMAN AS A WITNESS AND MOTION**

**WITH CLARIFYING ETHICS AND CHARITY**

I, Christina Taft, voluntarily declare in support of Adam Waldman's witnessing as hereto:

## I. PERSONAL KNOWLEDGE

1. I am the Plaintiff in this action, appearing in propria persona. I am over the age of eighteen years and am competent to make this declaration. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto under oath.

2. I make this declaration in support of my Motion to Dismiss Adam Waldman as a defendant, to clarify his proper role as a witness, and to address the illegal telephone recording conduct and extortion by Defendant Paul Barresi against Adam Waldman, myself, and **Adam's friend Johnny Depp with his charity.** I independently **free Adam Waldman and express sympathy for what he has endured.** I source from humanitarian social circles with luxury education to do this necessary motion that Adam is a witness and victim of Barresi---and plausibly by Justin [Riblet, unknown surname] too.

## II. VOLUNTARY NATURE AND INDEPENDENT DECISION

3. This declaration and motion are made voluntarily and of my own free will. I did not want to be forced by Barresi to be used in his false manufacturing so he could continue his exploitation of

10/19/25, 2:33 AM                    Sahara Confidential – Motion Supporting Victims: Adam Waldman and Johnny Depp. I Could be a defendant
Case 5:24-cv-01930-TJH-DTB - Document 26-2 - Filed 10/21/25 - Page 3 of 17 - Page
ID #:5400

sensitive information and extortion. **I amend and communicate while ensuring I am not writing under duress from Barresi and Justin, as they pressure Adam inappropriately. There's hope from the Viper Room.**

## III. EXTENDED SYMPATHY TO VICTIMS

4. **I extend my dearest sympathy to Adam Waldman, Johnny Depp, and Johnny Depp's warm circle of friends and family who have been victimized by Defendant Paul Barresi's illegal telephone recordings and extortion schemes.**

5. **Specifically, I extend sympathy to the following individuals who have shown warmth, reasonableness, and humanity throughout this ordeal:**

   - **Olivia Barash from Johnny's circle and from the Viper Room, who was welcoming and sympathetic toward me**
   - **Ed Shaw ("Big Ed"), of the Viper Room, who I reached out to express sympathy for what he endured from the telephone recording of him being exploited by *Defendant Barresi***
   - **Constance Fox and her family, for being illegally recorded on the telephone by Defendant Barresi for exploitation**
   - **Isaac Baruch, who has been subjected to Barresi's manufactured disputes and harassment**
   - **Christi Dembrowski, who my friend Lori Maddox did fashion buying for Johnny, and others in Johnny Depp's circle who embody kindness and generosity**
   - **Claudia Jamisen from the Viper Room, who was kind to me and we enjoyed time together after the Macy's Day parade**
   - **Gina Deuters, who has witnessed and described the Machiavellian and cold tactics present in these schemes related to allegedly Barresi and Justin**

6. These individuals represent the warmth and compassion that Defendant Barresi has exploited and targeted through his illegal surveillance and extortion schemes.

## IV. WITNESS AND VICTIM TO EXTORTION

7. **I am a witness and victim to Defendant Paul Barresi's extortion against Adam Waldman, Johnny Depp, and myself.** My family has also been victimized. The extortion starts with illegal telephone recordings and sensitive information collected---especially financial information and details about giving and generosity. Barresi engaged other intermediaries to heighten disputes without mercy. I was improperly and repeatedly held back from Adam and Johnny's warmth, communication, and empathy. This was calculated and purposeful by Barresi.

8. It was abusive and extortionary by Defendant Barresi to repeatedly and against my will associate me with individuals who would not provide sympathy or reason to cease these manufactured disputes and sensitive pressuring by Defendant Barresi continuing.

9. However, I must explain the context: **I had to go to a culture that is more understanding and sophisticated about ultra-high-net-worth individuals, luxury, and privacy protection to gain the perspective and safety necessary to file this motion.** In the United States, particularly within the environment influenced by ideology about what Hollywood encapsulates, I faced threats and dangers that made it impossible to act freely.

## V. MY EXPERIENCE AND UNDERSTANDING

10. I personally saw Johnny's receptiveness. I was very distracted with the loss of my mom, and thought it would be noble to stand up for those with no one. **I learned over time about Johnny's giving and empathy, as well as certain forgiveness**---these are inevitable characteristics. I was forced to not have any warmth and to starve.

11. **My mother was Victoria. I saw how Adam and Johnny saw this situation over time---and I personally saw Adam's receptiveness to finally receiving my reaching out for reconciliation---including his temporary surfacing to further also explain the exploitation**

of **"Hollywood Math"** he attempted to **get Johnny Depp permanently out of.** This litigation made me feel safer for a while, so that I would not be forced to utter statements under duress, including when Barresi's counsel directed him to not directly contact me, but they facilitated continued harm to me from him, despite Barresi's continued extortionary tactics, as he found other ways to drive me down, **making me lose weight and constantly at risk of losing all my property, while he further silenced Adam, and in tandem made him fear his illegal recordings, sensitive information manipulation, and fixations on his property---even worse, apparently with "Justin" behind both of our backs.**

12. I did not know about "Justin" and the level of horrificness entailed---that Barresi---akin to Schindler---would go to levels of horror just to control Johnny and Adam. Of course, any objective person properly looking in total would see that Adam, Johnny, and Johnny's circle---especially with Barresi using sensitive information and exploiting kindness---are victims of Barresi. Unfortunately, in a low-context culture, in comparison to high-context cultures, this gets disturbed by repeating names. We shouldn't even have to look at names to understand the multiple meanings entailed.

13. Neither Johnny nor Adam wanted brutality toward me, but Barresi extorted sensitive and easily misunderstood interests to manufacture worse false accusations of worsening issues through Machiavellian tactics. Witnessing these Machiavellian and cold tactics is described by Gina Deuters. This brutality is not the characterization that Johnny nor Adam wanted in their lives---and it's horrifying that individuals have engaged with Barresi as if this is eugenic in nature. It is horrific to publicly witness the facilitation of this extortion against people whose defining characteristic is generosity.

14. I am shocked by what happened in 2023. I thought that as the evidence showed without inflammation, that Barresi would be prosecuted, not Adam, and that he would be seen as victimizing both Johnny and Amber. Barresi corrupted the situation, apparently engaging in extortion and with then Justin---heightening need to escape, fear, and silencing.

15. I hope---as I always did---that these filings provide hope and freedom to people of the Viper Room, and once and for all, to Adam and Johnny.

## VI. WARMTH TOWARD JOHNNY'S CIRCLE

16. **I have a personal connection to Johnny Depp's circle that is prior to this litigation. My mother, Victoria, had a best friend named Lori Mattix, who worked for Christi Dembrowski, Johnny Depp's sister. This connection meant I had been informed secondarily of the genuine kindness, generosity, and warmth that characterized Johnny's circles. However, it took time.**

17. The people in Mr. Depp's circle---including his sister Christi, his longtime friend Isaac Baruch, and others---are reasonable, warm, and compassionate individuals. Defendant Barresi has created mischaracterizations that they would want my suffering---going so far as to drive me from my home---the exact things they denounce in their own charity and giving for decades.

18. I personally communicated with those in Johnny's circle, and wish I had been given the chance to have refuge from them long before. I'm shocked and disgusted by Barresi's enforcement of abuse, but most of all, Barresi constantly manufactured harm. It's horrific and disgusting---and it's rejected.

19. It's further implausible that this was wanted by Adam and Johnny, especially by people who spent so much time and effort in showing kindness and generosity. Responding to the homeless, distressed, and unique individuals puts those who give to them and communicate at risk---this should not mean that Adam or I should face harm from this. This sterilization must end.

20. I've struggled to say over and over to stop this exploitation, and repeatedly put backwards. This is a step in the right direction to free Adam and provide more liberation despite ultra-high-net-worth status.

21. I am very thankful that Olivia Barash was warm toward me and this juncture gives her hope. I recall Johnny Depp waving when I sat next to his supporters, despite knowing I had shown support to a

10/19/25, 2:31 AM    Gmail - Confidential - Motion Supporting Why Mr. Adam Waldman of Juda 25 Johnny Depp Should be a defendant

Case 5:24-cv-01930-TJH-DTB    Document 26-2    Filed 10/21/25    Page 5 of 17    Page ID #:5492

manufactured adversary of his, since they were far more social than I had anticipated. This simple gesture reflected Mr. Depp's genuine warmth, forgiveness, and humanity.

22. My original interest in these matters was to mitigate exploitation. However, my original interest in mitigating exploitation has only heightened risk to me from intermediaries engaged by Defendant Barresi.

23. As Lori Mattix explained to me, and as I've experienced through observation and outreach, Johnny Depp and those in his circle are forgiving, warm individuals. They are reasonable people who have been subjected to unreasonable exploitation. Their warmth and capacity for forgiveness create the foundation for reconciliation and truth.

## VII. EDUCATION FROM MY MOTHER'S HISTORY AND EUROPEAN VALUES

24. Due to my mother Victoria's history with highly wealthy individuals and politeness, as well as sarcasm, typically European values, I had some understanding of how to approach these situations with respect and cultural sophistication.

25. Through this experience, I've learned that safety, luxury, and charity can be combined. These elements work together in the lives of those who use their resources responsibly and ethically.

26. Part of my education has come from learning from healthier relationships. For instance, I learned valuable lessons from the example of Grace Kelly and Prince Rainier of Monaco. Their relationship demonstrated how safety and luxury can coexist with genuine charity and humanitarian concern, the importance of protecting privacy while maintaining public dignity, and how successful individuals can use their platform for positive social impact.

27. The abuse created and intensified by Barresi with me pulled into the middle has been so horrible that I don't know if I could have survived without adjusting to more healthier relationships. This education and exposure to models of healthy, ethical relationships became essential to my survival and my ability to understand the truth about what was happening.

28. Their legacy, though it might seem obscure to many Americans, **provides an important model of how luxury culture, safety, and charitable works can be integrated in a healthy and ethical manner.** The principality's approach to protecting privacy, supporting the arts, and engaging in humanitarian efforts while maintaining sophisticated ethics demonstrates what is possible when proper developments are in place.

29. This broader education has reinforced my understanding that both luxury and ethics can coincide, and that professionals who understand and serve ultra-high-net-worth clients in an ethical manner---like Adam Waldman---should be supported and protected, not prosecuted or exploited.

## VIII. LACK OF EDUCATION ON LUXURY ETHICS IN THE UNITED STATES

30. A significant factor enabling Barresi's exploitation is the lack of reasonable education in the United States about serving ultra-high-net-worth individuals and understanding luxury culture.

31. The American **public generally lacks sophisticated understanding of how ultra-high-net-worth individuals manage their affairs, the professional relationships between clients and their assistants, the legitimate role of assistants like Adam Waldman who protect clients from exploitation, the nature of charitable giving among ultra-high-net-worth individuals, and the privacy and security concerns that are paramount.**

32. This educational gap creates an environment where Barresi's false narratives can gain traction. When the public doesn't understand ultra-high-net-worth culture, they're more susceptible to manufacturing.

33. For example, Barresi exploited Johnny Depp's generosity---supporting friends, providing housing, giving gifts, funding charities---by portraying these normal and charitable acts as somehow improper. This tactic only works because of public misunderstanding about ultra-high-net-worth lifestyle and values.

34. In Europe and other regions with longer histories of wealth management and luxury services, there is greater cultural understanding of the legitimate privacy needs of ultra-high-net-worth individuals, the professional ethics of serving them, and the distinction between charitable generosity and impropriety.

35. Adam Waldman's work "Hollywood Math" represents an important contribution to this education, addressing the exploitation of ultra-high-net-worth clients through manufactured disputes and coercive financial demands.

## IX. ADAM WALDMAN'S PROPER ROLE AS WITNESS

36. **Adam Robert Waldman is a friend of Johnny Depp's first, and an attorney second. Adam put himself into harm's way---especially when he saw issues that he learned he could confront from his service to ultra-high-net-worth individuals. I witnessed how he was unwillingly drawn into manufactured disputes through illegal recordings and exploitation.**

37. Adam has proven to be reasonable and sympathetic---as what he and Johnny always wanted to portray themselves. However, Defendant Barresi continues to manipulate and take away my freedom because ultimately I would move to free them from him.

38. **Mr. Waldman possesses direct knowledge as a witness to unlawful schemes, including Barresi's illegal telephone recordings, Barresi's use of their content for illegal purposes, and unlawful disclosures** in violation of California Penal Code sections 632 and 637. His testimony is essential to establishing the full scope of misconduct in this case.

39. **I appreciate Adam Waldman's patience throughout this process. Despite facing wrongful prosecution and manufactured disputes, he maintained professionalism and extended empathy to all victims of exploitation.**

## X. ILLEGAL TELEPHONE RECORDINGS AND EXTORTION

40. **Attorney Stephen Braga confirmed in writing that Barresi's recordings** violated California Penal Code sections 632 and 637. On July 23, 2023, Barresi publicly boasted that he had recorded multiple telephone calls with Adam Waldman. Barresi publicly released recordings of Mr. Waldman's private conversations in December 2022, early 2023, August 2023, and June 2025, and in emails to me throughout 2022-2024.

41. I attest to the fact that Paul Barresi engaged in illegal telephone recordings. Barresi illegally recorded telephone conversations involving myself and members of my family without our consent, in violation of California Penal Code sections 632 and 637.

42. I attest to the fact that Paul Barresi engaged in extortion. Barresi used illegally obtained recordings and private information to apply pressure, make demands, manufacture disputes, and create leverage for financial and strategic gain against myself, my family, Adam Waldman, Johnny Depp, and others.

43. These are not allegations or beliefs---these are facts to which I can provide direct testimony based on my personal experience and knowledge.

## XI. EXPLOITATION OF CHARITY AND GENEROSITY

44. **One of the most morally reprehensible aspects of Barresi's scheme is his deliberate exploitation of charity, humanitarianism, and generosity as tools for extortion.**

45. **Johnny Depp has been widely recognized for extraordinary acts of charity---donating to charitable organizations, funding medical treatment, visiting sick children in hospitals as Captain Jack Sparrow, supporting friends during difficult times, providing housing and financial assistance, and helping individuals facing homelessness. These acts represent the best of human nature.**

46. Barresi deliberately twisted these charitable and humanitarian acts into tools for extortion. By focusing obsessively on gifts given to friends in need, financial support provided to individuals facing hardship, and acts of kindness toward those less fortunate, Barresi manufactured false narratives suggesting these acts were somehow improper or evidence of wrongdoing.

47. Barresi exploited numerous phrases obtained from illegal telephone recordings to manufacture disputes and create leverage for extortion. For example, the phrase "take care of him" came from illegal telephone recordings from 2022 that Barresi both made himself and procured from others to use their content for illegal purposes. This expression originally related to Johnny Depp's charitable support of Viper Room employees, homeless individuals, and his social circle. Barresi weaponized this phrase from 2023 to present, later using it against Isaac Baruch to pressure Johnny and to threaten about the "27 individuals" around Johnny. Barresi deliberately twisted this expression of friendship and generosity into something allegedly sinister through his pattern of illegal surveillance and strategic manipulation. Attorney Stephen Braga confirmed that Barresi's telephone recordings violated California law and that Adam could report these violations to authorities, which could have included federal authorities.

48. When charitable acts are exploited and transformed into sources of vulnerability, it discourages generosity and punishes kindness. Courts should not allow litigation driven by manufactured disputes that target charitable giving.

## XII. ADAM'S HUMANITY AND SUFFERING

49. I have deep sympathy for Adam Waldman and what he and his family have been through---illegal surveillance, public disclosure of private financial information, manufactured accusations, wrongful prosecution, forced relocation, and years of stress and constraint on their freedom.

50. I asked proposed representatives to reach out to Mr. Waldman for me, and they would not. This refusal left me isolated and served Barresi's interests in maintaining manufactured disputes.

51. I was afraid at first to reach out directly to Mr. Waldman. This fear was enhanced by Barresi's manufactured manipulation and illegal telephone recordings of Adam Waldman.

52. When I finally reached out to Mr. Waldman in July 2025, I discovered that the fear had been manufactured---that Mr. Waldman was reasonable, sympathetic, and willing to acknowledge the truth about Barresi's exploitation.

53. **The problem was not Adam Waldman's conversations---in fact, Mr. Waldman has always been adept and professional. Rather, the positioning of Adam Waldman was manufactured, especially by Defendant Barresi, but also encouraged by some sources, media coverage, and public misunderstanding. This manufactured positioning lacked humanization**---depicting him as a shadowy figure **rather than recognizing him as a legitimate attorney, a father, a family man**, and a human being suffering from illegal surveillance.

54. **My understanding improved significantly through reaching out to Adam for peacebuilding and through Judge Bristow's encouragement to reach out to Adam's family. I saw Adam's reasonability and empathy from this outreach. These conversations showed me that Adam's father has been an Esquire lawyer as well. Adam's family responded with normal, human responses---not the manufactured characterizations that Barresi had promoted.**

55. I was shocked and confused that Adam had to move to Florida, leaving his home in Washington, D.C. I found out that Adam may have had to move to Canada according to a couple that bought his home in DC. The fact that relocation to another country was even considered demonstrates the severity of threats and pressure. I extend sympathy because similarly to Johnny and my mother Victoria, I sought comfort from France's refined culture.

56. I visited Palm Beach, Florida in June 2024, and though I saw Barresi and one of his 'muscles' review my page, I felt physically safe in Palm Beach. I further symbolically bought a 'cat' Gucci watch, to symbolize false framing in the movie "To Catch a Thief" (it's not the cat). When I found out that Adam moved to Florida during serving him, which this litigation I thought would provide protection

10/19/25, 2:33 PM Gmail - Confidential & - Motion Supporting Witness; Adam Waldman Victim of Extortion; Johnny Depp should not be a defendant

Case 5:24-cv-01930-TJH-DTB Document 26-2 Filed 10/21/25 Page 8 of 17 Page ID #:5495

and relief, this reality was foundational to further seeing Adam as reasonable, and a victim of Barresi.

57. I thought Adam Waldman was invincible---that his sophistication, international experience, and legal expertise would protect him. But Adam is a regular human being like anyone else. He and his family experience fear, stress, and vulnerability just like anyone subjected to illegal surveillance, manufactured disputes, wrongful prosecution, and ongoing extortion.

58. However, Adam has a keen eye for ultra-high-net-worth people---he understands ultra-high-net-worth culture, recognizes exploitation schemes, and possesses sophisticated expertise to protect clients. This expertise is what made him a target for Barresi.

59. I am glad Adam is happy with my reconciliation and that he has spoken out against financial exploitation and about the illegal recordings. I am deeply concerned that Barresi has attempted to "end at Adam" while manufacturing disputes instead of having peaceful resolutions that provide freedom and generosity.

60. I hope that my reach-outs provide some comfort to Adam and his family, and that this voluntary motion can lead forward. I may be a "sweet petunia" as has been discussed, but we cannot let this extortion and exploitation continue. We could be having resources for charity and work.

## XIII. BARRESI'S PATTERN AND THE TIMELINE

61. **I witnessed the harm and fixations of Barresi directed toward Adam Waldman, Johnny Depp, Isaac Baruch, Johnny's family members, and whoever the "27 freeloaders" were that Barresi referenced in his manufactured narratives.**

62. I acknowledged that the problem moved to Johnny Depp's circle in escalation after I tried to evacuate to Hawaii from California starting in December 2022 through March 2023. During this period when I was attempting to remove myself from danger, the pressure that had been directed at me appeared to shift, and Barresi intensified his focus on Johnny Depp's circle.

63. Adam Waldman wanted to say the true story starting in March 2023 about the scams, but went silent. This timing is significant---just as I was evacuating to Hawaii, Adam was attempting to expose the truth but was silenced through pressure and threats.

64. I witnessed how Barresi mocked the evacuation of attorney Dennis Wasser, who evacuated to protect his client Tom Cruise, as Barresi had participated in similar conduct with Anthony Pellicano. This was shown on March 11, 2023---the same time Adam also went quiet about "Scams." This also coincided with Barresi further locating my property in Hawaii that same March 2023. This demonstrates Barresi's systematic pattern of targeting attorneys who protect ultra-high-net-worth clients and his ability to coordinate pressure across multiple fronts simultaneously.

65. At the same time, Barresi fixated on my location and property in Hawaii. Apparently, Barresi used the individual referred to as "Justin" to enhance the danger from the inside out and from multiple sides.

66. Adam responded to Barresi, and Barresi obsessively latched on. The targeting continued against Johnny from there, with Barresi expanding his commercial projects like "Cinderella Man" and "Depp Declassified."

67. Paul Barresi is a trained extortionist---he will not ever change and it is inherent in him. This pattern is apparent in a string of actors, ultra-high-net-worth individuals, witnesses, family members, and alleged victims from all socioeconomic situations who have been impacted by him. This demonstrates a trained, systematic approach to extortion.

## XIV. ADAM'S SOPHISTICATION AND PAST GENERATIONS' FAILURE

68. Adam Waldman is a highly sophisticated individual with extensive international experience representing ultra-high-net-worth individuals. His published work, "Hollywood Math," demonstrates his sophisticated understanding of exploitation schemes.

69. Despite Mr. Waldman's sophistication and expertise, nothing could have fully prepared him for the rampant, normally prohibited conduct that has been encased within an ideology about what Hollywood encapsulates.

70. This is not new. In *People of California v. Confidential Inc., Hollywood Research, Inc., et al.*, championed by former Attorney General Edmund G. Brown, the State of California prosecuted an enterprise that engaged in exactly this type of conduct: illegal surveillance, extortion, and exploitation while facilitating that by posturing it to media. That case demonstrates authorities have long recognized the unlawful nature of such conduct. Yet the problems have persisted because past generations failed to fully eradicate the schemes and address the ideology that protects them.

71. Past generations failed to mitigate the real, actual elements of this exploitation. Instead, they focused on perceptions, public relations, and managing appearances while allowing the underlying unlawful conduct to continue virtually unchecked.

72. A distinguishing factor that makes Barresi's conduct particularly difficult to combat is the deliberately mangled, deranged, and incoherent nature of his writings and communications. Unlike Anthony Pellicano, who spoke clearly, making his intent eventually prosecutable, Barresi deploys a high-context communication (understood by Italians and French) style with multiple possible meanings, deliberately obscuring his intent while manipulating the 'art of deception' by rotating between individuals.

73. This high-context manipulation is meant to coincide with manipulative contacting---Barresi's incoherent public communications serve as cover for more direct pressure applied through intermediaries, illegal recordings, and private threats.

74. The issue is compounded by the fact that Barresi's illegal telephone recordings and open disclosures operate entirely in the open. This open operation of unlawful conduct would not be tolerated in other countries with more balanced evidentiary issues and more consideration to not need "multiple alleged sides of a dispute" at the same time to denounce manufacturing by an intermediary taking sensitive information to exploit these multiple 'sides' of disputes.

75. The requirement that multiple parties on multiple sides of disputes denounce Barresi's conduct in unison does not serve his publicity interests. Rather, this ensures that in this low-context culture, when he uses multiple meanings within the false encapsulation of what Hollywood allegedly represents, Barresi continues to extort with impunity---simply switching and rotating his extortion from one target to another while keeping decades of illegal recordings as ongoing leverage.

## XV. CARE AND EMPATHY FOR ADAM AND JOHNNY'S CIRCLE

76. **Throughout this process, I have learned that we need to care and empathize with Adam Waldman and Johnny Depp's circle. This is essential to understanding the truth and preventing further harm to these specific individuals.**

77. I always had the stance that I detest exploitation, which made me a prime person for Defendant Barresi to repeatedly attack. I was unwillingly and repeatedly pulled in and forced into Defendant Barresi's calculations. Due to my attempts to mitigate exploitation, survive these schemes, and provide empathy to others involved, I was drained. Ultimately, Barresi falsely manufactured disputes against Johnny and Adam. I knew from the start it was unethical and wrong.

78. This is something the calculating Defendant Paul Barresi can never comprehend. Barresi's entire methodology toward Adam and Johnny's circle is based on calculation and exploitation---he views their relationships as opportunities for leverage, sees Johnny's generosity as vulnerabilities to exploit, and approaches their human suffering as content for commercial exploitation.

79. Both I and Johnny Depp have expressed generosity toward the homeless and those facing hardship. This shared humanitarian impulse connects us despite vast differences in our circumstances. This generosity is exactly what Barresi has exploited, demonstrating his complete inability to comprehend genuine charity and goodness.

80. I have observed that both men and women are victims of extortion in these schemes - something that was understood in the Golden Hollywood Era and in Europe, as depicted in Alfred Hitchcock's

"To Catch a Thief" with Grace Kelly and Cary Grant. I apologize that I couldn't help Adam or Johnny as I was silenced many times, even by alleged people who claim they serve as 'executive protectors' while feeding into Barresi's schemes for endless funds and bias.

81. Adam Waldman further expressed sympathy and reasonableness throughout this ordeal. While trying to navigate "Hollywood Math"---the sophisticated exploitation schemes targeting ultra-high-net-worth individuals---Adam was simultaneously dealing with encapsulated problems that previous generations could not remedy.

82. It was overwhelming---both for Adam trying to protect his client while being targeted, and for me trying to understand these schemes while being subjected to illegal surveillance. The complexity of the exploitation, the lack of education about ultra-high-net-worth culture, the use of intermediaries like "Justin," Barresi's deliberately incoherent communications, and the sheer relentlessness created an overwhelming situation for everyone involved.

83. To go through this---especially publicly---is a tragedy and unethical. Adam, Johnny, Isaac Baruch, and others should never have been subjected to illegal recordings and disclosures of telephone calls, manufactured surveillance, public humiliation, commercial exploitation, and extortion by intermediaries. The public nature of this exploitation compounds the tragedy.

84. Barresi's approach to lawyers and security personnel is particularly exploitative, especially with illegal telephone recordings. The security approach involves complex manipulation where it becomes unclear whether security personnel are protecting the client, being manipulated by Barresi, acting as intermediaries, or being exploited themselves. This confusion makes Barresi's schemes insidious and difficult to combat.

## XVI. PEACEBUILDING AND COLLABORATION

85. My background includes education in peacebuilding, which emphasizes understanding conflicts from multiple perspectives, recognizing when disputes are manufactured rather than genuine, and working toward reconciliation based on truth.

86. **In preparing my Second Amended Complaint, I attempted to be more supportive of Johnny Depp and to more clearly articulate how Barresi harassed Isaac Baruch and others. The Second Amended Complaint at least clarified that the illegal telephone recordings by Barresi of Adam were unconsented.**

87. However, I was significantly held back from fully expressing the truth due to ongoing interference from individuals influenced by Barresi's false manufacturing. I have continued to struggle with people pushing false issues and maintaining artificial divisions that exist solely because of Barresi's manufactured disputes.

88. **The full truth is this: Adam Waldman and Johnny Depp are witnesses to Barresi's misconduct. They are being actively extorted by Barresi.**

89. I want to clarify unambiguously that I desire to collaborate with Adam Waldman. Mr. Waldman and I share a common interest in finding solutions in huge situations with multiple people involved and misconceptions, and in preventing further harm to witnesses and victims.

90. **I would be willing to amend my pleadings further to help Johnny Depp and Adam Waldman**---to make even clearer their roles as witnesses and victims. My peacebuilding education teaches that reconciliation requires ongoing effort.

91. Adam, Johnny, Isaac Baruch, and others in their circle have the chance to do what others could not do before. Previous generations failed to fully remedy exploitation schemes protected by ideology about what Hollywood encapsulates. Now there is an opportunity to succeed where past efforts fell short.

## XVII. HOPE FOR POSITIVE CHANGE

92. **I hope that people from the Viper Room and Johnny Depp can go forward to speak and give positively without the exploitation that occurs when there are not ethical responses.**

10/19/25, 2:38 PM · Gmail - Conference - Motion Supporting Waldman's Adam Waldman Dismissal of Johnny Depp as a defendant

Case 5:24-cv-01930-TJH-DTB - Document 126-2 Filed 10/21/25 Page 11 of 14 Page ID #:5498

93. The Viper Room has been shadowed by how situations can be wrongfully attached to innocent parties by repeating their names falsely. Individuals like Schindler and others have demonstrated how names can be exploited and manufactured disputes can be created around innocent people. These situations can enhance exploitation without justice. Those connected to the Viper Room deserve the freedom to speak openly without fear of exploitation or having their names falsely associated with wrongdoing.

94. Johnny Depp deserves the freedom to continue his charitable giving, support of friends, humanitarian efforts, and generosity toward those facing homelessness---without these acts being twisted into tools for extortion.

95. When ethical responses exist---when courts recognize illegal telephone recordings and exploitation for what they are, when both men and women who are extorted receive justice, when we don't have to lose our homes, freedom, and speech from horrific individuals who encapsulate ideologies---people can speak truthfully and engage in charity freely.

96. Speaking positively means being able to share experiences truthfully without fear of surveillance. Giving positively means being able to engage in charity without those acts being exploited for leverage.

## XVIII. RESTORATION AND HOPE FOR THE FUTURE

97. It is now the chance for Adam Waldman and Johnny Depp to be restored and for their ability to remedy this situation to be recognized and supported.

98. The long line of exploitation is clarified in these filings through my attempts to untangle the manufactured disputes, expose the truth about illegal recordings and extortion, and free witnesses from false adversarial positions imposed by Defendant Barresi.

99. Although my life is currently unsafe and facing downward circumstances, I wanted so much to conclude these matters so that others could be better off. This motion reflects that desire---to create freedom and safety for Adam, Johnny, and all who have been trapped in Barresi's schemes, even as I continue to face personal risk.

100. I truly hope that this is what is right, and that this continues for the better. I hope that by taking this step---by voluntarily dismissing Adam as a defendant and clarifying the truth about who the real victims and witnesses are---I can contribute to a future where charitable giving is celebrated rather than exploited, where professional protection of ultra-high-net-worth clients is respected rather than prosecuted, and where truth and reconciliation replace manufactured conflict.

101. This is about creating hope and freedom for others, even when my own circumstances remain difficult. **That is what matters most---that Adam and Johnny can move forward, that people connected to the Viper Room can finally feel safe, and that the cycle of exploitation can be broken.**

## XIX. CONCLUSION AND REQUEST TO THE COURT

102. For all the reasons set forth in this declaration, **I respectfully ask** ~~this Court~~ **to free Adam Waldman from the improper enforced designation by Barresi and Justin as a defendant. Adam has suffered enough. He deserves to be recognized for what he is: a witness to exploitation, a victim of Barresi's schemes, and a professional who was targeted for protecting his client and friend.**

103. Adam Waldman's open communication is essential---essential to exposing the full scope of Barresi's enterprise, essential to protecting other ultra-high-net-worth individuals from similar exploitation, essential to addressing problems that previous generations could not remedy, and essential to achieving truth and justice.

104. My notice and request to Constance Fox is a step towards freedom---not only for Adam Waldman, but for all witnesses who have been trapped in manufactured disputes and prevented from speaking truthfully.

10/19/25, 2:33 PM · Gmail - Conference - Motion Supporting Witness Adam Waldman's Brief of Johnny Depp to not be a defendant

Case 5:24-cv-01930-TJH-DTB · Document 126-3 · Filed 10/21/25 · Page 12 of 14 · Page ID #5499

105. **I am grateful to learn from healthy relationships that demonstrate reasonable give back and politeness.** Through my interactions with Adam, through observing the warmth of Johnny Depp's circle, and through learning from examples like Grace Kelly and Prince Rainier in Monaco, I have come to understand that healthy relationships are characterized by mutual respect, reasonable reciprocity, and genuine politeness.

106. This motion reflects those positive values: empathy, ethics, truth, reasonable give back, and politeness. I am not seeking to prolong conflict. Rather, I am seeking to create space for Adam to be recognized and respected, open communication based on mutual respect, reasonable cooperation among witnesses, truth to emerge through honest testimony, resources to be redirected toward charity and meaningful work, and freedom for all trapped in Barresi's schemes.

107. I have learned from healthy relationships that reasonable give back means acknowledging when someone has been wronged and taking steps to remedy that wrong. Adam has been wronged by Barresi through being improperly designated as a defendant. This motion is my reasonable give back---my effort to remedy that wrong.

108. I have learned that politeness and respect create environments where truth can flourish. By approaching this motion with respect for the Court, respect for Adam, and a commitment to truth and ethics, I hope to contribute to a positive resolution that frees witnesses, exposes real wrongdoing, and redirects focus toward genuine human values of charity, generosity, and reasonable give back.

## EXHIBITS DEMONSTRATING TRUTH OF COMMUNICATIONS AND DECLARATIONS

109. The following exhibits are attached hereto and incorporated by reference. I declare under penalty of perjury that these exhibits are true and correct copies of documents and communications referenced in my declarations:

### PART 1: EXHIBITS FREEING ADAM (Supporting reconciliation and collaboration)

**EXHIBIT A:** Conversation with Olivia Barash demonstrating sympathy and peacebuilding, noting she is free to reach out to Adam Waldman. I encouraged positivity and overcoming challenges, including liberation related to the Viper Room, charity, and Johnny.

**EXHIBIT B:** Email from Plaintiff to Adam Waldman, dated October 16, 2025, entitled "Moving Forward – Filing Today to Free Adam, Johnny, and the Viper Room." This email demonstrates Plaintiff's good-faith effort at reconciliation and clarifies her recognition of Mr. Waldman's role as a witness who can represent other witnesses from Johnny Depp's circle.

**EXHIBIT C:** Sympathetic text to Ed Shaw ("Big Ed") expressing sympathy for what he endured. Two years ago (December 8, 2023 from Nitrini with "Something is coming and it's coming soon. The complete unedited audio tape recording of Johnny Depp's head-of-security Big Ed Shaw"), I received a telephone recording of his discussion with another Viper Room employee and I ask if he'd like this telephone recording removed from its disclosures.

**EXHIBIT D:** Outreach texts to Adam Waldman expressing sympathy that he was illegally telephone recorded by Barresi and extending "Happy Birthday" wishes

**EXHIBIT E:** Email dated October 12, 2025, to Adam Waldman notifying him of my Request to Notify Constance Fox regarding motion to dismiss him as defendant ("Request to Notify Constance Fox - Fwd: Activity in Case 5:24-cv-01930-TJH-DTB Christina Taft v. Paul Barresi et al Subpoena Request (AO 88)")

**EXHIBIT F:** Email dated October 8, 2025, to Adam Waldman filing Corrected Notice to Gina Deuters with Declaration on Exploitation by Defendant Barresi ("Filed Corrected Notice to Gina and Exploitation Both Sides - Fwd: Activity in Case 5:24-cv-01930-TJH-DTB Christina Taft v. Paul Barresi et al Notice (Other)")

**EXHIBIT G:** Email dated October 7, 2025, to Adam Waldman filing New Notice Subpoena Isaac Baruch ("New Notice Subpoena Isaac Baruch - Fwd: Activity in Case 5:24-cv-01930-TJH-DTB Christina Taft v. Paul Barresi et al Notice (Other)")

**EXHIBIT H:** Email dated October 9, 2025, to Adam Waldman filing Corrected Declaration regarding Justin and Barresi's harmful exploitation ("Corrected Declaration-- Justin-Barresi Wealthy harm - Fwd: Activity in Case 5:24-cv-01930-TJH-DTB Christina Taft v. Paul Barresi et al Notice (Other)")

**EXHIBIT I:** Photograph of myself with Claudia Jamisen from the Viper Room taken after the Macy's Day parade, showing Dior accessory, demonstrating Barresi's obsessive fixations on luxury items, charitable connections, and financial information related to ultra-high-net-worth individuals and their circles

**EXHIBIT J:** Witness Adam Waldman's "Hollywood Math" publication from July 23, 2023, demonstrating his sophisticated understanding of exploitation schemes targeting ultra-high-net-worth individuals through manufactured disputes and coercive financial demands (https://adamwaldman.substack.com/p/hollywood-math)

## PART 2: EXHIBITS DEMONSTRATING BARRESI'S PATTERN OF EXPLOITATION

**EXHIBIT K:** Emails and documents from Mario George Nitrini 111 dated May 27, 2022, forwarding communications from Paul Barresi discussing Chuck E. Weiss's statements about Johnny Depp and the Viper Room, and email from Mario George Nitrini 111 dated May 27, 2022, forwarding Paul Barresi communication to Dylan Howard of American Media Inc./Empire Media Group with selective disclosure of sensitive information and manufacturing of culpability ("RADAR EXCLUSIVE: Paul Barresi's email to Dylan Howard. The OJ Simpson Case"), demonstrating Barresi's fixations on luxury items, charitable giving, generosity, and ultra-high-net-worth individuals (Note: This was discovered from Nitrini's subpoena in January 2025)

**EXHIBIT L:** Adam Waldman's Substack post titled "$SCAMS by Adam Waldman" dated March 20, 2023, showing "Coming soon" with the description "This is $SCAMS by Adam Waldman," demonstrating Adam's attempt to expose scams and exploitation before going silent from March 2023 through July 2025, coinciding with Barresi's escalating fixations onto Adam and Johnny

**EXHIBIT M:** Adam Waldman's Twitter/X post dated June 19, 2025 (8:44 PM), denouncing illegal surveillance after his home was burgled and bugged, with photographs showing surveillance equipment discovered in his residence

**EXHIBIT N:** Adam Waldman's Twitter/X post dated June 19, 2025 (8:24 PM), pointing out tactics being used against him and Johnny Depp's circle related to private information disclosures, expressing pain and longing related to his family home, which as discovered in this litigation extended to Barresi's engagement with Justin, and presumably other individuals, causing severe harm without protection

**EXHIBIT O:** Photograph from June 26, 2024, of Palm Beach shopping district showing luxury sports cars (including Gucci store visible) and Florida's privacy protections, demonstrating my desire to free Adam and my symbolic purchase of a 'cat' Gucci watch referencing "To Catch a Thief" (it's not the cat). Adam's relocation to Palm Beach was discovered later when serving him.

**EXHIBIT P:** Paul Barresi's Twitter/X post dated March 11, 2023 (3:28 PM), mocking attorney Dennis Wasser's evacuation to protect his client Tom Cruise, demonstrating Barresi's systematic pattern of targeting attorneys who protect ultra-high-net-worth clients

**EXHIBIT Q:** Photograph posted by Adam Waldman in June 2025 of witness subpoena from February 2021 to him showing his DC family home address at 5163 Tilden St., NW, Washington, DC 20016, shared after my polite and sympathetic outreach to him for peacebuilding, clearly demonstrating the prolonged disputes and tactics being used against him (Note: February 2021 coincided with more media and audio recording releases)

110. These notices, filings, communications, and photographs, copies of which were provided to Adam Waldman or are now submitted to the Court, demonstrate:

- My voluntary effort to collaborate with Mr. Waldman as a witness
- My recognition that both Mr. Waldman and Johnny Depp are victims of Barresi's extortion
- The illegal nature of Barresi's telephone recordings
- The exploitation of ultra-high-net-worth individuals through manufactured disputes
- The involvement of intermediaries like "Justin" in enhancing danger and pressure
- Barresi's fixations on charitable giving, generosity, luxury items, and financial information
- Barresi's selective disclosure of sensitive information to media entities, particularly Dylan Howard of American Media Inc./Empire Media Group

10/19/25, 2:34 PM                    Gmail - Conference - Motion Supporting Witness Adam Waldman, Friend of Johnny Depp, he is not be a defendant

Case 5:24-cv-01930-TJ-DTB   Document 126-3   Filed 10/21/25   Page 14 of 17   Page ID #:5501

- Barresi's pattern of manufacturing culpability and exploiting connections to ultra-high-net-worth individuals
- Barresi's systematic targeting of attorneys who protect ultra-high-net-worth clients
- The prolonged nature of disputes and surveillance targeting Adam Waldman

111. I declare under penalty of perjury that the communications reflected in the attached exhibits are true and correct, and that I sent these notices to Mr. Waldman in good faith to advance truth, reconciliation, and justice.

112. The messages I sent to Adam Waldman, as reflected in the exhibits and in the screenshots provided, are true and correct. These communications demonstrate:

- My recognition that Barresi illegally recorded Mr. Waldman
- My understanding that Mr. Waldman and Johnny Depp are victims
- My desire to protect Mr. Waldman's financial information and privacy
- My education about ultra-high-net-worth culture and "Hollywood Math"
- My sympathy for what Mr. Waldman and his family have endured

113. I stand by every statement made in my communications with Mr. Waldman, reflected my genuine understanding of the truth after careful consideration and education about the exploitation schemes targeting ultra-high-net-worth individuals.

## XXI. FINAL DECLARATION

114. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

115. **This declaration - with the purpose to Free Adam Waldman to speak and collaborate -** is made voluntarily and of my own free will, despite pressure, coercion, or manipulation by other parties.

116. I respectfully request that this Court grant my motion to dismiss Adam Robert Waldman as a defendant and clarify his proper role as a witness, seal improper disclosures of personal financial information, impose sanctions on Defendant Paul Barresi for bad-faith conduct to manipulate litigation, enable collaboration between witnesses who have been victimized by Barresi's schemes, restore speech to Adam Waldman and to me, Christina Taft, serve the broader interests of general truth and justice, and begin to address the real, actual elements of exploitation which past generations have failed to mitigate. **I request redesignation of Mr. Adam Waldman as a witness, who serves ultra-high-net-worth individuals like the sympathetic Johnny Depp, and he was illegally recorded on the telephone by Defendant Barresi.**

117. **I have hope to restore charitable causes even if in other cultures, with the witnessing by sophisticated Adam Waldman, who denounced "Hollywood Math" scams and by freeing this social circle. He has expressed sympathy to people harmed by Defendant Barresi including myself and my mother Victoria. This is an ethical move, that is still supported in some societies, is not merely a luxury, that supports facts, expresses empathy, softens challenges, supports charity and good causes, and is a redesignation that can provide more positive outcomes.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated and executed this 16th day of October, 2025, in Cannes, France.

---

Christina Taft
*Plaintiff in Propria Persona*

**Paragraph 5: "Specifically, I extend sympathy to the following individuals who have shown warmth, reasonableness, and humanity throughout this ordeal:**

- Olivia Barash from Johnny's circle and from the Viper Room, who was welcoming and sympathetic toward me

10/19/25, 2:34 PM                Gmail - Conference - Motion Supporting Witness Adam Waldman, Friend of Johnny Depp, to not be a defendant

Case 5:24-cv-01930-TJH-DTB    Document 126-3    Filed 10/21/25    Page 5 of 17    Page
ID #:5502

- Ed Shaw ("Big Ed"), of the Viper Room, who I reached out to express sympathy for what he endured from his telephone recording being exploited by *Defendant Barresi*
- Constance Fox and her family, for being illegally recorded on the telephone by Defendant Barresi for exploitation
- Isaac Baruch, who has been subjected to Barresi's manufactured disputes and harassment
- Christi Dembrowski, who my friend Lori Maddox did fashion buying for Johnny, **and others in Johnny Depp's circle who embody kindness and generosity**
- Claudia Jamisen from the Viper Room, who was kind to me and we enjoyed time together after the Macy's Day parade
- Gina Deuters, who has witnessed and described the Machiavellian and cold tactics present in these schemes related to allegedly Barresi and Justin"

**Paragraph 18:** "I personally communicated with those in Johnny's circle, and wish I had been given the chance to have refuge from them long before. I'm shocked and disgusted by Barresi's enforcement of abuse, but most of all, Barresi constantly manufactured harm. It's horrific and disgusting---and it's rejected."

**Paragraphs 21-22:** "21. I am very thankful that Olivia Barash was warm toward me and this juncture gives her hope. I recall Johnny Depp waving when I sat next to his supporters, despite knowing I had shown support to a manufactured adversary of his, since they were far more social than I had anticipated. **This simple gesture reflected Mr. Depp's genuine warmth, forgiveness, and humanity.**

    22. My original interest in these matters was to mitigate exploitation. However, my original interest in mitigating exploitation has only heightened risk to me from intermediaries engaged by Defendant Barresi."
and Barresi in engaging in "illegal telephone **recordings**, defamatory characterizations, and threats of disclosure to gain leverage over ultra-high-net-worth individuals **[Johnny Depp with his charity]** and their representatives (Docket No. 120 at 5, 18, 21-22).

Sincerely and Merci,
Christina Taft

--
*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
LinkedIn

---

**2 attachments**


**FILED VOLUNTARY DECLARATION IN SUPPORT OF ADAM WALDMAN - MOTION.pdf**
516K


**FILED MEMORANDUM OF MOTION TO DISMISS WITNESS ADAM WALDMAN FROM DEFENDANTS IN ACTION VOLUNTARILY.pdf**
500K

# EXHIBIT 2

 Gmail

**Christina Taft <taftchristina.ceo@gmail.com>**

---

## Moving Forward - Filing Today To Free Adam, Johnny, & Viper Room

---

**Christina Taft** <taftchristina.ceo@gmail.com>                         Thu, Oct 16, 2025 at 9:42 PM
To: Adam Waldman <awaldman@theendeavorgroup.com>, "Braga, Stephen" <stephen.braga@bracewell.com>

Hi Adam,

I hope this message finds you well and in good spirits.
I wanted to reach out to let you know that I'm filing the motion today. It will correctly name you as a witness and address
the illegal telephone recordings and extortion that have affected you, Johnny, the Viper Room circle, and myself.

My sincere hope is that this marks a turning point—that you, Johnny, and everyone in the Viper Room circle, along with all
your friends, will finally be free from Barresi and Justin from here forward.

You deserve peace, and I'm hopeful that brighter, more positive days are ahead for all of us. Wishing you good health and
positivity as we move into this next chapter.

I requested about Constance Fox and Charles Fox, Anthony Fox's family, that they were illegally recorded on the
telephone by Barresi and that Johnny's charity, generosity, and sympathy to unique individuals was exploited. I hope for
freedom.

Put in a good word for Lori Mattix and Olivia Barash.
I hope I can talk with you for sympathy, charity, and goodness.
If you can extend any sympathy to me as I'm giving to you with this, I'd be grateful.

Take care,
Christina Taft

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*