Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 212-718-1003
Email: Ceo.Taft@Rescue-Social.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINA TAFT,<br><br>    Plaintiff,<br>vs.<br><br>PAUL BARRESI et al, inclusive,<br><br>    Defendants. | Case No.: 5:24-cv-01930-TJH-DTB<br><br>[Hon. David T. Bristow, Magistrate Judge]<br><br>**PROPOSED ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO PROCESS FORM CV-009 (PARTIES CORRECTION) REGARDING "ADAM WALDMAN, FRIEND OF JOHNNY DEPP"**<br><br>*[Filed concurrently with Notice, Ex Parte Application, and Form CV-009 to Process Parties Correction Regarding Adam Waldman Attached; and Certificate of Service]*<br><br>Date: October 21, 2025<br>Time: Under submission |

Page 1

**PROPOSED ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO PROCESS FORM CV-009 (PARTIES CORRECTION) REGARDING "ADAM WALDMAN, FRIEND OF JOHNNY DEPP"**

Having reviewed Plaintiff Christina Taft's Ex Parte Application to Process Form CV-009 (Parties Correction) and the accompanying Declaration and Exhibits 1–2, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Clerk of Court shall accept and process Form CV-009 (Parties Correction) submitted by Plaintiff, clarifying that Adam Waldman, Friend of Johnny Depp, is a witness and not a defendant in this action.
2. The case docket and caption shall be updated accordingly to reflect this correction.
3. The Court finds that Plaintiff has complied with the Rules of the Hon. Magistrate Judge David T. Bristow, including giving notice to all parties and counsel.
4. The Clerk is directed to take any further administrative steps necessary to implement this Order.

**IT IS SO ORDERED.**

_____

Dated: October ____, 2025

Hon. David T. Bristow

United States Magistrate Judge

Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 212-718-1003
Email: Ceo.Taft@Rescue-Social.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA TAFT <br><br> Plaintiff(s), <br> v. <br><br> PAUL BARRESI, et al. <br><br> Defendant(s). | CASE NUMBER <br><br> 5:24-cv-01930-TJH-DTB <br><br><br> **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) Adam Robert Waldman

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Christina Taft.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| **October 21, 2025** | *Christina Taft* |
|---|---|
| *Date* | *Signature of Attorney/Party* |

NOTE: ***F.R.Civ.P. 41(a):*** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

***F.R.Civ.P. 41(c):*** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*