## CERTIFICATE OF SERVICE

CHRISTINA TAFT v. PAUL BARRESI, et al.

5:24-cv-01930-TJH-DTB

I, the undersigned, certify and declare that I am at least 18 years of age. I have a residency in the United States.

On October 21, 2025, I served a true copy of;

**(1) Ex Parte Application and Corrected Proposed Order Supporting Witness Adam Waldman, Friend of Johnny Depp, for Voluntary Dismissal from Defendants and Request for Court Order Directing the Clerk to Process Form CV-009; (2) Declaration; (3) Exhibits 1-2; (4) Proposed Order Directing Clerk to Process Form CV-009 of Parties Correction; (5) Notice on Witness Adam Waldman, Friend of Johnny Depp, of Form CV-009**

**PROOF OF SERVICE**

__X__ (By Electronic Transmission) I caused the document(s) described herein to be electronically transmitted and served via the Pacer system. The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(E)

__X__ (By Delivery) I caused the document(s) described herein to be delivered to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

| | |
|---|---|
| Melissa Yaffa Lerner Glass<br>Megan Scott Mallonee<br>Lavely & Singer Professional Corporation<br>Attorneys At Law<br>2049 Century Park East, Suite 2400<br>Los Angeles, California 90067-2906 | *Attorneys for Defendant(s),*<br>Paul Barresi |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated in Cannes, France on **October 21, 2025**.

*Christina Taft*

Christina Taft

Plaintiff in Pro Per

CERTIFICATE OF SERVICE FOR MOTION TO DISMISS WITNESS ADAM WALDMAN FROM DEFENDANTS IN ACTION VOLUNTARILY; VOLUNTARY DECLARATION IN SUPPORT WITH CLARIFYING ETHICS AND CHARITY