# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **5:24-cv-01930-TJH (DTB)**    Date: **October 20, 2025**

Title: **Christina Taft v. Paul Barresi, et al.**

================================================================

**DOCKET ENTRY**

================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT(S):

None present                                              None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING RESPONSE TO ANGELA GAYLE MEADOR'S MOTION TO INTERVENE [DOCKET NO. 116]**

On October 6, 2025, Angela Gayle Meador filed a Motion to Intervene pursuant to Fed. R. Civ. P. 24. (Docket No. 116). On the same date, Ms. Meador filed a proposed Complaint in Intervention. (Docket No. 117).

Plaintiff and defendant Barresi are ORDERED to file either an Opposition to the Motion to Intervene or a Notice of Non-Opposition to the Motion to Intervene by no later than **October 31, 2025.**

**IT IS SO ORDERED.**

MINUTES FORM 11                                                              Initials of Deputy Clerk  RAM
CIVIL-GEN