**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Christina Taft,<br><br>PLAINTIFF(S)<br>v.<br>Paul Barrei, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>5:24-cv-01930-TJH (DTB)<br><br>**ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below are deficient for the following reason(s):
Angela Gayle Meador has not been granted leave to intervene and, therefore, her filings submitted as an intervenor are improper.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| NOTICE OF FILING OF STATE COURT ORDER AND REQUEST REQUEST FOR JUDICIAL NOTICE [DKT. # 118] | 10/06/2025 |
| PROPOSED ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE OF PROCESS [DKT. # 119] | 10/06/2025 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

October 20, 2025
Date

United States Magistrate Judge

CV-80 (12/22)        **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD**