# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **5:24-cv-01930-TJH (DTB)**                     Date: **October 20, 2025**

Title: **Christina Taft v. Paul Barresi, et al.**

=========================================================

**DOCKET ENTRY**

=========================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

Rachel Maurice                                      _____n/a_____
Deputy Clerk                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT(S):

None present                                      None present

**PROCEEDINGS: (IN CHAMBERS) ORDER STRIKING PLAINTIFF'S INDEX OF EXHIBITS AND EXHIBITS SUPPORTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS DEFENDANT WALDMAN FROM ACTION AND PLAINTIFF'S CORRECTED INDEX OF EXHIBITS [DOCKET NOS. 122-23]**

On October 17, 2025, the Court issued an "Order Striking Plaintiff's Motion to Voluntarily Dismiss Defendant Waldman from Action and Plaintiff's Supporting Declaration [Docket Nos. 120-121]." (Docket No. 124). In that Order, the Court noted that Plaintiff's Supporting Declaration referenced numerous exhibits which were not attached to Plaintiff's Supporting Declaration. (Id. at 2).

Seemingly attempting to rectify that issue, on October 17, 2025, Plaintiff filed an Index of Exhibits and various exhibits (Exhibits A through Q) supporting Plaintiff's Motion to Voluntarily Dismiss Defendant Waldman from Action (Docket No. 122) as well as a Corrected Index of Exhibits (Docket No. 123).

For the reasons stated in the Court's October 17, 2025 Order, Plaintiff's Index of Exhibits and Exhibits Supporting Plaintiff's Motion to Voluntarily Dismiss Defendant Waldman from Action (Docket No. 122) and Plaintiff's Corrected Index of Index (Docket No. 123) are hereby STRICKEN.

As stated in the Court's October 17, 2025 Order, Plaintiff has until October 27, 2025 to show cause, in writing, as to why this action should not be dismissed for lack of prosecution as to defendant Waldman. Moreover, as stated in the Court's October 17,

MINUTES FORM 11                                      Initials of Deputy Clerk  RAM
CIVIL-GEN

2025 Order, Plaintiff's filing of a proper voluntary dismissal of defendant Waldman from this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) by the specified deadline will be sufficient for purposes of discharging the Order to Show Cause.

**IT IS SO ORDERED.**