**MELISSA Y. GLASS (SBN 285216)**
mglass@lavelysinger.com
**MEGAN S. MALLONEE (SBN 340276)**
mmallonee@lavelysinger.com
**LAVELY & SINGER**
**PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615

Attorneys for Defendant
PAUL BARRESI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINA TAFT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PAUL BARRESI; ADAM R. WALDMAN; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 5:24-cv-01930-TJH (DTB)<br>[Hon. Terry J. Hatter, Jr.]<br><br>**DEFENDANT PAUL BARRESI'S NOTICE OF NON-OPPOSITION TO ANGELA GAYLE MEADOR'S MOTION TO INTERVENE** |

4528-3

NOTICE OF NON-OPPOSITION

1    **PLEASE TAKE NOTICE** that Defendant Paul Barresi does not oppose the

2 Motion to Intervene filed by Angela Gayle Meador on October 6, 2025 [ECF 116].

5 Dated: October 21, 2024            LAVELY & SINGER
                                       PROFESSIONAL CORPORATION
                                       MELISSA Y. GLASS
                                       MEGAN S. MALLONEE

                       By:     s/ *Melissa Y. Glass*
                                       MELISSA Y. GLASS
                                       Attorneys for Defendant
                                       PAUL BARRESI