Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 212-718-1003
Email: Ceo.Taft@Rescue-Social.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINA TAFT<br><br>    Plaintiff,<br>vs.<br><br>PAUL BARRESI, et al,<br><br>    Defendants. | Case No.: 5:24-cv-01930-TJH-DTB<br><br>[Hon. Terry J. Hatter, Jr. District Judge]<br><br>**NOTICE OF NON-OPPOSITION AND SUPPORT FOR ANGELA MEADOR (INTERVENOR-PLAINTIFF); Declaration in Support of Speech**<br><br>*[Filed concurrently with Exhibits in Support of Johnny Depp Supporter Angela Meador and Certificate of Service]*<br><br>Date: October 25, 2025<br>Time: Under submission |

**Notice of Non-Opposition, Support for Angela Meador - Declaration Support**

1. I am writing this Notice of Non-Opposition and competent declaration to express my support for Ms. Meador, who I believe deserves freedom, sympathy, and understanding. I am afraid of what could happen to her if she's unable to speak.

2. I supported Angela Meador because I could not stand to see her suffering. My intention was always to resolve the situation and move forward in a way that would provide healing for all parties involved. This included understanding her support of Johnny Depp and his genuine friend Adam Waldman. While Angela no longer publicly discusses her support for Johnny, she has previously expressed interest in supporting him to individuals including Molly and the YouTuber Ehacker (who still has her song posted), and she also showed interest and support for Hunter Thompson. In context, Mr. Thompson is an artist friend of Mr. Depp's.

3. Ms. Meader is further leaving numerous clues in her submissions that unfortunately require high-context and linguistic analysis. She's not capitalizing certain terms, and she's changing her font writing style, using scrawl for "intervenor plaintiff" and clear print for the case description.

4. Angela has the right to support Johnny and her beliefs of what abuse entails. I expressed support and communications for those in the circle of Johnny Depp's who are potential witnesses. This has been repeatedly shown that the harm they experienced were factual but the sources unclear. It made me very worried for Ms. Angela Meador given her previous sympathy and support for Johnny Depp.

5. In 2023, as part of my passions in creating a better world and society, I met with Di McDonald in Melbourne, Australia. Di McDonald's stalker in Australia, Max Gardiner, was investigated with help from a renowned FBI profiler, James R. Fitzgerald, to provide linguistic and behavioral insights for convicting him. Similarly, countless people, disguised as 'attached' to alleged 'cases,' have been serially stalked, illegally telephone recorded, and exploited by Defendant Paul Barresi. Due to his disjointed, maniacal writing, a victim like worthwhile

Angela is leaving clues to the pressure she's under and her lack of consent. Yet, unlike in my friend Di McDonald's case, a linguistic analyst like James Fitzgerald has not cracked this case and never put a stop to Barresi. It's extortion by Barresi.

6. Angela doesn't deserve to be in this manufactured situation and neither do I. She needs more sophisticated support and understanding. Judge Terry J. Hatter, Jr., noted in the "Notice of Non-Opposition" filed by Ms. Glass, was correct to note in the circumstances originally that Ms. Meader could not be fully voluntary in her first statements. It showed that Angela tried to say to Cohen she further feared Barresi hiring someone else (and he did hire "Justin" in a malicious juxtaposition between wealthier individuals and figures) to match her previous communications with me in text messages that the use by Barresi of her phone recording and his use of any other disparaging materials was against her consent. In this situation, multiple types of no-consent applies to Ms. Meador.

7. Barresi, knowing he's under federal investigation, recently claimed he was "Running with Arnold [Schwarzenegger]." Then again, as he continually has, he used without consent Johnny Depp's name—who the public has clearly said is a warm, charitable individual overall—in order to add in others' names like Arnold's and to continue locking in Adam Waldman. Unfortunately, Neal Rauhauser contacted people higher up, and "Justin" setting both me and Adam Waldman up at the same time is especially dangerous. Barresi added threats to bring up numerous "Janes" he allegedly found that he alleged he made Arnold drop out of the governor race, in a double entendre threat to Adam and Johnny Depp too, whom he "didn't find dirt on."

8. I note that French law has been revised as of October 23, to include non-consensual acts, and that consent can be revoked. I do not point out that Ms. Meador is not signing the documents "signature under seal" in order to provoke Barresi to pressure her further, but like so many others involved since 2022, there is little faith in what could happen here. Over and over people point to Barresi and

they ignore his harm. The recent law change removed requirements of 'violence, coercion, force, and threats.' We've been told repeatedly—and myself included—to claim these issues when his exploitation, extortion, and use of telephone recordings to create unwanted attachments goes rampant. Then in the end, Barresi has fixated on the false accusations he manufactured. The fear we encounter is real, since he forces us to believe his grandiosity, with continued threats to enforce them by manipulating others to do his wishes. Barresi's fixations upon us cause extreme stress and constant disruptions, making his threat related to undertakers, even if it's with double meanings, a real threat. These false accusations increase due to the pressure he enacts, creating a double-sided issue: alleged victims get silenced, and ultra-high-net-worth (or high-net-worth, which is above 1 million) individuals get extorted (although over 30 million is more 'believable').

9. I was trying to provide some resolution. However, the involvement of Defendant Barresi and his use of "Justin" created obstacles far worse than I could have ever anticipated. These complications have held us back from achieving the healing we sought.

10. 1I reached out to Ian Herndon to focus more on Angela's actual experiences, not objects or summarized letters. I was ready to finally resolve this once and for all, and that she could have the case she deserved. Alan Goldstein at Lisa Bloom's firm since January 2025 has provided some support. A former friend of mine encouraged me to have his help, as he supports sexual assault victims at high profiles. However, this dynamic was too great for him in the societal problem—Barresi exploits multiple sides of disputes he manufactures and prolongs. It's a multi-generational problem, as said, going back to issues that Attorney General Edmund Brown tried to resolve in *People of California vs Confidential Inc and Hollywood Research*.

11. Barresi lured me in with my genuine concern for Angela, shown in his quoting of my texts with her since December 2022 to 2024 with his threats of harm

to me. In that situation prior in New Orleans, I told Ian Herndon to not include negative information about her in his declaration and to keep with Ian's intent to help her and alleged victims. I wanted Angela to have a chance to speak and to feel safe to do so. It was Barresi who has constantly convinced Angela to believe that people are disparaging her or will.

12. The allegations by Heather Cohen that there was a jammer was during a time that Barresi was very involved. In my amendments, I have shown that "Justin" (although I didn't know his name, showed doubt of his existence) was involved with taking the telephone recording of Angela and us speaking since October 2022, as Barresi texted to me and announced publicly. Our conversation further discussed other ultra-high-net-worth individuals and high-net-worth ones involved in Barresi's interests. Unfortunately, Barresi obtained classified information not available to lawyers or counsel, and it's clear that he's involved with Justin, which means it's likely why her lack of consent of Barresi using this telephone recording couldn't be documented.

13. Moreover, outrageously, Barresi connected Angela and I's discussion in his unconsented disclosure of our call to be connected to Johnny Depp and Albertini's discussion of model Donna in the Viper Room, as in its title. This is further demeaning especially for someone who supported Johnny Depp, and it demeans her entire experience as well as my genuine discussions and wish to protect victims, especially ones I thought I befriended, which includes her.

14. Acknowledging Defendant Barresi's documented history with Anthony Pellicano, I believe I am the only person who has attempted to reach out to victims impacted at the most serious level—specifically, those who are alleged rape victims. The New York Times "Sin Eater" series featured archived news articles documenting how Pellicano harmed multiple rape victims. The identity of the source of the harm gets confused and redirected, leading to falsified increased pressure onto ultra-high-net-worth individuals along with multiple victims.

15. It is absolutely atrocious that Defendant Barresi is exploiting us—two "Janes" who have been pulled into this situation—as instruments to exert pressure on ultra-high-net-worth individuals, such as Johnny Depp, through intermediaries. This exploitation extends to keeping Adam Waldman locked into his schemes. Adam Waldman's situation is particularly concerning and unique, as he will report to authorities when others won't, requiring attention from authorities. Barresi's manufacturing of our circumstances and his efforts to keep us under his control represent a pattern of manipulation that must be exposed and stopped.

16. Angela deserves to be free from this manipulation and to receive the sympathy and support of those who understand the complexity of what she has endured. I stand with her and will continue to advocate for the truth to be known. I am particularly concerned and worried for what's happened to her life. Defendant Barresi has selfishly taken years of our lives—her late 30s and early 40s and my late 20s and early 30s—when we could have had careers or families. As a woman, this was in particular devastating to me that in my advocacy for stopping exploitation and for ethics which exposed Barresi's harm, Barresi then decided to steal years of her life and mine, when we could have been independent. I was stuck on an island and although I had some resources to try to keep well, Angela didn't have resources, and I had no idea the amount that Barresi was doing with her over the phone.

17. My expressions, as I attach further texts I sent to her with the conclusion that I would "help her with the police and that I loved her," were not a lie. It took much time, resources, and effort to support her previous expressions and viewpoints prior to Barresi's manipulation. Defendant Barresi had manipulated the situation and others involved to make it heavily focused on men harmed by Barresi, making it that I couldn't reach out to Angela to help her in time prior to the escalations at the end of 2023 when Barresi discovered he had been investigated

Notice of Non-Opposition and Support for Angela Meador (Intervenor-Plaintiff); Declaration in Support of Speech

when he was harming Johnny and Adam—something that would have actually led to him being charged, unlike when he continually exploited Amber and her circle.

18. In mid-July, Angela appeared on a hearing with me. I attempted, as I had already in writing, to focus on the harm being done by Barresi, not her. I didn't want her to continue to feel violated by Barresi's fixations on sexual abuse instead of other types of abuse, like psychological, emotional, and other types of abuse, which that Maui judge didn't want to hear nor cared to understand. In my claims against Barresi, I said that he continued to use the audio telephone recording of Angela and I against our consent. Although I was told to use my camera, Angela actually went on camera too, and she showed she was calm and confident. However, after listening to what I said about Barresi and how the authorities nor the Hawaii courts did anything about him nor cared about his types of harm, she did not mention him, but alleged false things that Barresi had made her fear. Like her previously with Cohen, I said "No" multiple times. I had lost too much weight and was stressed being stuck there. She waited there a while, and I knew I had to escape to not be forced to be adversarial with her any longer. She deserves to be free.

19. I am afraid if she cannot speak and the sophistication needed to bring her freedom cannot occur. Similar to typical victims that Barresi extorts, we're actually sympathetic individuals who don't want the harm to continue.

20. I'm also afraid of Barresi's manipulation and insertion of negative thoughts, which I expressed to her I was worried of her receiving, and why I was sending positivity her way, that he is causing Angela to hurt herself. She is doing this when she's being adversarial to those who want to genuinely improve her well-being, and stopped socializing for her career. As I had known as well from Ian Herndon, allegedly in a previous incident, as shown attached, "[Csokas] held her against her will for 3 days and during that time, he raped her, beat her, and made her to mutilate herself with a knife." I also expressed fear when Mr. Kroft alleged

Notice of Non-Opposition and Support for Angela Meador (Intervenor-Plaintiff); Declaration in Support of Speech

her family wasn't there to support her when he went to give her the positive note for reconciliation, and that Mr. Bork alleged she was sleeping in the day. It seemed she was really stressed, and Molly hadn't explained her experiences in detail with Angela. I started to fear that her family was abusive and wasn't helping her independence.

21. Her allegations are ones that echo the times when Pellicano extorted billionaires and ultra-high-net-worth individuals, in particular, claims about investigations into Barresi, not her. In particular, her claims and that Justin were involved illegally was shocking. Neither I nor the previous disputes with Angela are ultra-high-net-worth. The allegations she alleges cost hundreds of thousands often times. This manufacturing is done to drain resources, and it's time that justice is brought to help Angela and I. I do not think the federal authorities will harm her, and I hope that there will be justice despite this status.

22. The calls to 911—I did not do those since I'm not in the region, but she may have needed my calls to help her. However, stating she is an assault victim and supporting her reporting and free speech has bound me. I further did not want her to be afraid any longer, in context to the linguistic analysis needed about Defendant Barresi's schemes and his "Art of Deception" by William Hazlitt. I wanted her genuine freedom.

23. She's leaving clues, e.g., about "being held hostage," and Barresi is wrongfully telling her that the law enforcement involving her will be held against her. I urgently support her speech even if the sources aren't correctly discussed yet, because I don't want anything harmful to happen to her. I am put into this situation due to systemic problems. Similar in Barresi's manipulative calls and texts with Rebecca Berry telling Berry to procure telephone recordings to him and to send information to an email found on Wikileaks that has been found unrelated to legitimate law enforcement, he continues to wrongfully tell Angela that she and not him will see any consequences. In the same call provided to this court, Barresi

Notice of Non-Opposition and Support for Angela Meador (Intervenor-Plaintiff); Declaration in Support of Speech

illegally manipulated her with deflecting that the FBI is investigating him. In his grandiose image and false projections he created while individuals are unable to freely communicate, it is Barresi that is harming our civil rights with joint action.

24. Kind, supportive friends of mine like Sarah, Joe, Alycia, Laura, and Amanda thought providing kindness and positivity to Angela, including her hobbies and/or interests in music, was appropriate. Laura advised that Angela kept looking at Molly's blog MeTooMuch could mean she's doing that because of abuse she experienced in her past and that she needs support. We couldn't have her family or friends healthily support her in this—Defendant Barresi has created isolation and manufacturing.

25. More appropriate, grounding questions for Angela exist that any objective observer could remark as being more healthy, in juxtaposition to Defendant Barresi over twelve times wrongfully disclosing the telephone recording between us and information. Although I supported her in my talk with her (as Ms. Szulc decided I was trying to support her in a case) for saying she had documentation and records, therefore supporting her. On top of, of course, the incidents of acts of wrongdoing to her (both physical and emotional), there can be grounding questions to help reality and plausibility to see the full picture. Questions like: What restaurant did they attend? What neighborhood did the incidents happen? Can the dates of when the other women victims contacted her be documented? What was discussed in communications? And so forth, other questions grounded in asking specifics that she doesn't feel she needs to enhance to find sympathy. I note that when a person finds wrongful retaliation or manipulation, they can then at times in certain circumstances continue to add to it, as the first abuse wasn't sympathized with appropriately. This can occur as if she wasn't provided education from some cultures on what is supported.

26. The gravity of the situation where Ian wanted to say he "speaks with and was helping victims of Jeffrey Epstein" extends to how I cautioned Ian to not

Notice of Non-Opposition and Support for Angela Meador (Intervenor-Plaintiff); Declaration in Support of Speech

include negative information—in that Ian and Molly have both spoken with alleged victims of Jeffrey Epstein. I further spoke with the alleged victim of Epstein's Maria Farmer, an artist, while I was in Paris in 2022. I also don't want Angela to go through the "Epstein issue" of helplessness and continued fixations onto negativity, which ultimately took Virginia Giuffre's life. It reached representatives like the House Committee, where Molly supported that Ghislaine and another woman had tried bringing her into the abuse while in Florida. The double dynamic here is that there are things that people allege that don't show a complete alleged perfect profile, which in other cultures, wouldn't receive coilback. This extends to Molly's criticisms of Virginia, while also supporting other alleged victims. Angela didn't want to be pulled into that, and the last post on her Twitter is her not wanting to be pulled into Maria Farmer/Epstein issues in approximately November 2023. Angela's posting coincided with the previous months' numerous unconsented disclosures by Defendant Barresi of her telephone recording with me.

27. Reaching out to Angela while Barresi exerted contact with her put me at risk—that I'm certain numerous other sympathetic individuals from Eddie Murphy to John Travolta, clients of Marty Singer, as part of attorneys that Barresi has illegally telephone recorded, have experienced as well, in their helplessness to see what Barresi is doing to people who have no way to stop it. I point this out, because Barresi's scheme has been extensive, and I risked my entire freedom and home to help Angela and other victims reaching Johnny Depp's circle—what others before me couldn't do.

28. The new French law, to compare with the situation with Barresi and Angela, and in context to Barresi's illegal telephone recording practices and his porn actor history, further outlaws when prolonged pressure is done to cause a 'yes,' which is what I witnessed between our last discussion in October 2022 to January 2024. What Barresi is doing to Angela and with Justin is without her voluntary consent. She had never alleged she would ever go to the authorities

about me. Barresi manipulated her over time to do that, and I believe she did that as she felt she had no other choice. I assume that, as Angela usually does, that she probably told after the previous incidents to Csokas that she would report him, leading him to report her instead before she could. However, again, I would never do that to her, therefore, I further struggle to support her here in this court.

29. I unequivocally support her, and I hope that we receive some peace. I continued to support her as an alleged victim and hid the email that copied Barresi onto it after I protested the use of our telephone recording by him and against his extortion, and I hid the negative information about her to protect her, contrary to that situation. I requested that her experience is listened to and respected, and instead, it was wrongfully contorted.

30. I genuinely care about her, and I wanted some peace in her life away from the manufactured crises. She needs a chance to have some hope. However, I cannot accept alternative service, as it's not safe for me. Only on PACER should there be service. If Angela needs to request to speak with me, she can do so with email or some electronic request. Akin to "The Notorious Landlady" with Kim Novak, who had dinner with my family friend Joe Triscari, the appearances by witnesses shouldn't always be shackled by lawyers who, clearly, as seen here, can be illegally recorded on the telephone and exploited.

31. Towards the end, I asked the court to release Adam Waldman, Friend of Johnny Depp, from this. I had reached out to Adam with support of Angela, explaining that Angela was a "Johnny witness and supported Johnny, including in her song for him," and I asked for Adam's support for Angela. This led to his happy writings after 2 years and some important speech about what he had been through with unauthorized recordings and his family home. Unfortunately none of us could be free from Barresi, but again, I am providing this Notice of Non-Opposition to Angela's submissions and this Declaration in Support of Speech.

32. I am putting myself at risk in responding to support Angela. However, I genuinely hope for her freedom and well-being, despite what's happened to me. Angela has the right to support Johnny Depp safely—whether that's in charity, career, positive publicity, or belief that he's a victim of any type of abuse, as some victims of abuse supported him.

33. Further, separately, she has the right to report the rape that occurred to her from Csokas with a courtesy report in Florida, which she may have already provided to their sex crimes unit.

34. It is not true that I attributed coercive control to her situation with either Csokas or Barresi—who I believe most people genuinely despise him and only comply out of fear of his manipulation and vengeance. The term coercive control appears on my social media. My mother Victoria Taft experienced threats from a liar, who changes his claims based on the person (he will claim he had a Lamborghini and talked with families of politicians to falsely deceive) but not physical abuse. However, my charity related to that has only been contorted and exploited, and became unsafe to be involved in due to Barresi.

35. I do not know if Justin's last name is Riblet, but it's absolutely cruel to do this to Angela and I so that Adam Waldman's speech is taken away. I genuinely believe he thought he was helping people who called him after incidents affecting them related to allegedly Barresi and Justin's circles of coldness.

36. Claudia Jamisen, Olivia Barash, and Lindsey Burrill have already expressed support for Johnny Depp. I believe he is a forgiving individual and wouldn't want the cruelty or Machiavellian tactics—as Gina Deuters denounced a few years ago—that Angela is experiencing. Hence I reached out to Adam Waldman to support Angela in my first reach outs to him for reconciliation and moving forward knowing he probably would receive it well since she supported Johnny, and that he was illegally recorded by Barresi and his concerns for Johnny's finances, but I felt that he is being wrongly tied up by Barresi.

37. It's very risky for me as there's a connection to Musk's circle here and they've always needed to stop this excessive situation. I desperately support Angela and Adam as I have doubts to ensure full freedom for the three of us here without some speech.

38. Exhibits: The following exhibits are attached hereto and incorporated by reference in support of this Notice of Non-Opposition. I declare under penalty of perjury that these exhibits are true and correct:

39. Exhibits 1: Video evidence including (1) Angela Meador's tribute song to Johnny Depp titled "Tribute to Johnny Depp | Because You're a Man | Emotional Song Against Abuse by Angela Gayle" posted by YouTuber Ehacker on July 21, 2020 (3,362 views), showing Johnny Depp visiting sick children in the hospital as Jack Sparrow in Disney's Pirates of the Caribbean, available at https://www.youtube.com/watch?v=RAT9eNWw4nA; and (2) recordings on the telephone by Defendant Barresi and YouTube publications featuring Angela Meador, including the video titled "Viper Room - Johnny Depp Assaults Donna - Witness Richie Albertini for Amber Heard" posted by Paul Barresi on December 16, 2022, disclosed at: https://www.youtube.com/watch?v=7eGtw0hPo4M&t=116s

40. Exhibits 2: Text message communications between Christina Taft and Adam Waldman dated June 3, 2025 through July 21, 2025, demonstrating attempts to seek assistance for Angela Meador and support reconciliation, including references to Angela as a Johnny Depp supporter and witness, and concerns regarding recordings on the telephone by Defendant Barresi and unauthorized disclosures. By July 21, Mr. Adam Waldman was writing fluently on his blog.

41. Exhibits 3: Correspondence and affidavit materials related to Ian Herndon's witness statement regarding Angela Meador's allegations against Marton Csokas, including email exchanges dated April 23, 2025 through May 7, 2025, and the Affidavit of Ian Herndon and Affidavit of Alejandro Hernandez dated May 23,

2025, memorializing statements made by Ms. Meador regarding the alleged assault and her actual experiences as recalled, rather than objects or letters.

42. Exhibits 4: Text message communications between Christina Taft and Angela Meador dated March 29, 2025 through April 15, 2025, demonstrating supportive outreach, expressions of concern for Ms. Meador's wellbeing and freedom, and efforts to provide assistance and career support.

43. This Notice of Non-Opposition is provided in support of Ms. Angela Meador, as she noted Adam Waldman, friend of Johnny Depp, does not have an attorney of record, and in the interest of truth and justice.

44. I genuinely hope for brighter days, but I'm only able to provide this support while in refuge, to ensure that I can speak without duress. I hope for brighter days for Angela and Adam – it's painful to see that she has to write like this, coinciding with the inability to support Johnny due to Barresi and Justin.

45. I fully support Ms. Angela Meador's ability to provide knowledge by writing, with the hope that Angela will be able to live more freely. As I stated, I am very worried what could happen if we don't have some speech, while Mr. Waldman is being pressured inappropriately by Barresi and Justin. Ms. Meador should not have to suffer especially because she sympathized with Johnny Depp.

46. I declare under penalty of perjury that the foregoing is true and correct.

Dated this October 25, 2025 in Cannes, France.

*Christina Taft*

Christina Taft
Plaintiff in Propria Persona