# EXHIBIT 1





# EXHIBIT 2

3:18



Adam ›

iMessage
Tue, Jun 3 at 9:15 PM

Hi Adam, I'm reaching out to find urgent help for Angela Gayle and I'm a process server.
Angela wrote a tribute song to Johnny and is now at high risk from Barresi, who made unconsented recordings of both her and you that appear to be used for coercion/extortion with unauthorized disclosures. I'm genuinely worried for her safety – she's a Johnny supporter witness being held with no way to get help. I've even amended my entire lawsuit trying to find resolutions. Philip Hamilton discovered Braga thought "Paul" left him a voicemail, showing more unconsented recordings.
Please, I don't know where else to turn and believe you understand this situation.
Any help would be deeply appreciated. I'm devastated seeing her harmed and have serious trauma from witnessing this. Can we talk?

I also emailed you with "Request for Assistance – Regarding Angela Gayle and Unconsented Recordings."
Propria Persona
Christina Taft

Thu, Jun 19 at 3:11 AM

Adam, I'm reaching out because I'm deeply worried for Angela Gayle and

iMessage

3:18




AW

Adam



Thu, Jun 19 at 3:11 AM

Adam, I'm reaching out because I'm deeply worried for Angela Gayle and hope you can help her. I may receive a default against Barresi, and I've reported to the sheriff about the unconsented recording phone call disclosures that have harmed both Angela and me.
I've also included in my pleading that you were unconsentedly recorded by Defendant Barresi too - this affects anyone based on where the phone is located and who calls.

I know I was called a Petunia by, but I genuinely wanted to help improve lives, and I'm truly worried for Angela's wellbeing. I actually felt sympathetic about your move to Florida, and I sadly became so threatened because there was no communication or comfort offered during this difficult time.

Please, if there's any way you can help Angela find safety and freedom, I would be grateful. She deserves to live without fear.

Christina Taft
Propria Persona Plaintiff

Edited

Sat, Jun 21 at 12:26 AM

Hi Adam, I'm calling because I'm really

 iMessage 

3:18



Adam

Sat, Jun 21 at 12:26 AM

Hi Adam, I'm calling because I'm really worried for Angela Gayle, and I'm hoping you might be able to help her.

I'm really worried for Angela Gayle – she supported Johnny with her tribute song, and she witnessed many abuses, including financial abuse. I'm calling from Philadelphia, Pennsylvania. I urgently wish there would be reconciliation mainly because I'm very worried for her and it started with these unconsented phone recordings.

I wanted you to know that I may be receiving a default against Defendant Barresi, and I've had to report to the sheriff about these unconsented recordings that have been disclosed. What's particularly concerning is that you were also recorded without consent – this whole situation affects anyone based on where the phone is located and who makes calls.

I'm sympathetic that you were unconsentedly recorded, but it's not connected to subpoenas because process servers cannot serve and have to mail, but my heart was genuinely in trying to help and improve lives. I'm truly scared for Angela's safety and wellbeing, even today.

I have to admit, I even felt sympathy for

iMessage

3:19



Adam ›

connected to subpoenas because process servers cannot serve and have to mail, but my heart was genuinely in trying to help and improve lives. I'm truly scared for Angela's safety and wellbeing, even today.

I have to admit, I even felt sympathy for what you've been going through with having to move to Florida. But I became so frightened because there was no communication, no comfort - just threats and intimidation.

Adam, if there's anything you can do to help Angela find her way to safety and freedom, please consider it.As said, she is a "Johnny witness." She's been through so much trauma, and she deserves to live without fear.

I'm just asking for your help in protecting her. Thank you for listening.

Sun, Jun 22 at 9:45 PM

Adam, this is a follow-up with different content. I'm deeply worried for Angela Gayle who's being coerced through unconsented recordings - she's essentially a Johnny witness and Barresi pulls all sides despite public belief. I reported Barresi to Sheriff again for illegally disclosing the unlawful recording of Angela and my conversation. I'm responding to your correct suspicions on Musk personnel -

iMessage

3:19

AW

Adam ›

Please see fuller answer in email titled "Follow-up - Please Help Angela and Seeking Resolution"

Wed, Jun 25 at 6:24 PM

Adam, another follow-up: I do not want any more harm to Angela Gayle. She was consistently against financial abuse and that's another reason Barresi prevents us from speaking with each other or unifying - he's manipulating multiple sides. I discovered hundreds of calls from Barresi to Angela Gayle controlling her. The last days we talked she witnessed financial abuse and extortion. You're consistently the only one that bothers to talk or reply, meanwhile it keeps growing while people like Angela Gayle don't have resources or any way to stop accepting these calls and the dependency, from fearing for her life and disclosures. Heard's people are indifferent, meanwhile the problems only worsened. Again, Angela Gayle supports Johnny and I was more in tune with unifying in 2023, but there were always agendas and preconceived beliefs from those looking at media falsehoods and not representing properly to communicate to cease the harm. Barresi is still using the illegal recordings and disclosures, while dictating statements to make coercion from his delusional interpretations. She deserves safety and reconciliation.

iMessage

3:19



Adam

Adam, it's barbaric and cruel that Barresi is creating either harm to one or the other – in the end it's demise for all. This gives me uncomfortable feelings, but I urge empathy and concern instead of what's happening with these illegal recordings. I critically urge reconciliation. Like Angela Gayle, I am not interested in being used to harm others. Discussing freely shouldn't mean harm to another. I honestly think the abuse should stop for all, but right now Angela Gayle needs help most. As said, this financial abuse must end and freedom restored. As said, I urge you to communicate to help Angela Gayle and that's my main concern going forward.

Wed, Jul 2 at 2:26 PM

Adam, I'm urging you to report the illegal recordings and disclosures by Barresi before the statute runs out. Time is critical.

I care for Angela Gayle and am against stalking. If you want anyone related to Johnny to stop being stalked by Barresi – which includes my former friend Angela – you need to report effectively. All you need to do is make a call and this could stop by charging Barresi. In 2023, I believed both Johnny and Amber were harmed by Barresi.
Angela severely suffered without resources. I question why Barresi hasn't

iMessage

3:20

AW

Adam

been charged.
He fixated on the subpoena letters, wanting celebrity stalking and to mercilessly harm me, Angela, and my family.
He continued to use the recording to perpetuate that you want harm to me, and him filing and your lack of response forces me to see this neglect, or worse. I don't want this fear culture continuing. Don't you want something better as a person with family and relationships? Media and preconceived ideas about figures make this complicated.

I urge you to please care for Angela and other sympathizers with Johnny that Barresi stalked or against financial abuse if it's not for my sake.
Note: Barresi is forcing this all again after seeing my sympathetic letters in the filed subpoena, attached. How long are you going to allow this to go on? I am forced to continue serving you my lawsuit.

Christina Taft
Plaintiff

Wed, Jul 2 at 7:45 PM

Adam, We need lives please. People could have been doing charity and work, not harmed with unlawful recordings and being stalked accompanied by financial abuse, losing time and funds.

iMessage

**3:20**



Adam

Wed, Jul 2 at 7:45 PM

Adam, We need lives please. People could have been doing charity and work, not harmed with unlawful recordings and being stalked accompanied by financial abuse, losing time and funds.

You have an ability here, and there should be resolution. I beg you to make Defendant Barresi stop, and I will help you if you want to. Angela Gayle Meador was just a nice girl and no one – especially people who supported Johnny because they're genuinely against all forms of abuse, including financial – should be going through this from Barresi.
I saw how he used your unconsented recording. I saw what he was doing in mid 2023 including against Johnny people and I was told to keep silent. Then he went after Angela and my family and mother Victoria again.

I request rational communications, but I'm forced to have to do these lawsuits to get any help. I'm still in Boston. I have faith that Lori Maddox has some reason why she said what she did about Johnny that she worked for his sister. We all need warmth not coldness.

Sincerely,
Christina Taft

Edited

iMessage

3:21

  

AW

Adam

Fri, Jul 18 at 11:19 PM

Hi Adam, Barresi wants me to think it's your interest to keep intimidating me and take away my rights. I wanted to see how many Incoming calls he does to you while exploiting publicity and media, as well as exploiting the emotional compassion for witnesses and sympathetic people.

The incoming calls correlate with the amounts of unconsented recordings he is doing.
I would appreciate a response so I could know if you want reconciliation and that Barresi is the stalker.
I wish it didn't become this way. I think Johnny (when Barresi isn't after me) doesn't want retaliation to people and would rather continue his life as would you?
Barresi is misrepresenting figures while publicists took down that ABC article on him harming Stallone

I changed my phone number again and it's a Pennsylvania phone number Christina Taft

Mon, Jul 21 at 7:03 PM

Hi Adam, you have a great blog! I'm reading it and I recall seeing in March 2023 that you tried starting it. I thought maybe you wanted to show

iMessage

# EXHIBIT 3

 **Gmail**

Christina Taft <taftchristina.ceo@gmail.com>

---

## Fwd: Your statement

**Alex Hernandez** <challengeconviction@gmail.com>      Wed, May 7, 2025 at 10:43 PM
To: Christina Taft <taftchristina.ceo@gmail.com>

Im forwarding this to you.  Please review and let me know what you think.

Alex

---------- Forwarded message ---------
From: **Ian Herndon** <IanHerndon@outlook.com>
Date: Wed, May 7, 2025, 2:15 PM
Subject: Re: Your statement
To: Alex Hernandez <challengeconviction@gmail.com>

Thank you, and please see attached for my latest minor edits, and with those updates it is complete.

In red are words that should be removed. I included my name; what can be done to remove my name from this? Because the first thing Paul Barresi will start doing if he learns of my name, is blasting me on from his Twitter/X profile like he has Christina continuously for months and even in recent weeks.

Any green text is something new I added. After the red text is removed, the rest can be changed back to black and then it is good to submit.

### AFFIDAVIT OF IAN HERNDON

THE STATE OF FLORIDA

COUNTY OF _____

    BEFORE ME, THE UNDERSIGNED AUTHORITY, personally appeared, Ian Herndon, who, known to me to be Ian Herndon, and being by me duly sworn, upon his oath, stated as follows:

1. I am over the age of 21 years old, of sound mind and competent to provide this Affidavit. I understand that I am swearing or affirming under oath to the truthfulness of the factual statements made in this affidavit and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

2. All statements made herein are made from personal knowledge and are true and correct.

3. I know Angela Gayle Meador.  I first met her spoke to Angela Gayle Meador after I was contacted by a person with the name of Richie Albertini, who provided me her phone number and told me to help her come forward with allegations that she was making against a very well-known celebrity actor, Marton Csokas.

4. I spoke to Angela on several occasions and for several hours, from November 25, 2020 to January 8, 2021.

5. Specifically, Angela told me that back in April of 2015, she had been flown into traveled to New Orleans LA, by to meet a person she had met in an online dating site. When she arrived in New Orleans she found out that the man she had met online was using a fake profile and photos, because the real person was Marton Csokas a famous actor.

6. Angela told me she was shocked to see that the person she had met online was actually a famous actor, who she knew and appreciated his work. Angela is also a model and in the music entertainment industry.

7. Angela told me that she understood why Mr. Csokas would use a fake profile considering he was a celebrity so she agreed to accompany him and they went out for dinner at a local restaurant.  Then Mr. Csokas took Angela to a residence where she was staying.  Then Mr. Csokas surreptitiously drugged Angela with an overpowering substance that left her incapacitated to defend herself. Angela told me that is when Mr. Csokas attacked her and forced himself sexually on her.  Angela told me that Mr. Csokas held her against her will for 36 hours and during that time, he raped her, beat her, tortured her, and caused her to be mutilated with a knife causing serious bodily injury to her leg.

8. Angela also shared two photos of her injuries, one of horrible bruising all over her arms and back, and another of a 4-6 inch knife cut to what appeared to be a part of her leg

9. Angela told me that Mr. Csokas threatened her safety.  Later, Angela told me she

learned that he had done the same thing to at least 10 other women.  Also, Angela told me that when she returned to her home in Tennessee, an assailant she named as Paul Barresi, surprised her, pointed a gun to her head and told her that he would kill her if she said anything about what Csokas did to her.

10. I tried to convince Angela to come forward to police with her story; however, Angela did not want to proceed out of pure fear.  Although what Angela told me had occurred several years earlier, Angela was deathly afraid of Mr. Csokas and Paul Barresi. Angela would say emphatically that "He will kill me!" if he found out that she had told anyone what Csokas did to her.

11. Angela has repeatedly stated she is deathly afraid of Marton Csokas and Paul Barresi if they found out she said anything about her past or ongoing interactions with either of them

Further affiant sayeth naught.

                         _____
                         IAN HERNDON
                         Affiant

    This instrument was acknowledged before me on this the _____ day of _____, 2025, by _____.

____ Personally Known
____ Produced identification
____ Driver's License No. _____

                         _____
                         NOTARY PUBLIC OF FLORIDA

Sent from Outlook

---

**From:** Alex Hernandez <challengeconviction@gmail.com>
**Sent:** Thursday, May 1, 2025 1:00 PM
**To:** Ian Herndon <IanHerndon@outlook.com>
**Subject:** Re: Your statement

Hello Ian. Attached is the edited version.  I clarified the issue with the 10 women.  Thank you.

Alejandro Hernandez
(915) 760-1063

On Tue, Apr 29, 2025 at 8:33 PM Ian Herndon <IanHerndon@outlook.com> wrote:
    I am sorry for just now seeing and responding to this.

    The following row should be removed or edited to removed Caring Crusader or any reference to Arts cases; I don't know what that means, and there is no need to reveal a private username I have *never* directly associated with my real name. There is no reason to associate it with my name now, and the username has

nothing to do with my communications with Angela. I simply met Richie via Twitter with that username. Angela and I almost exclusively spoke via phone and text on Google Voice:
*At the time, I was very active on some social media outlets as a caring crusader in Arts cases.*


*"Angela told me that Mr. Csokas held her against her will for 3 days"*

Angela told me it was 36 hours, so like a day in a half, not 3.


*"an unknown assailant surprised her"*

Angela said she later learned that person was Paul Baressi


*"telling her that he had done the same thing to at least 10 other women."*
I would remove this line altogether, because the reference of 10 other women is simply Angela telling me she is aware of at least 10 other women; she didn't clarify how she knew or heard about them. I simply presume that Angela maintained some type of contact with Marton even after the assault, leading to her somehow learning about other women. Angela never told me that Marton referenced the women during any threats.

With the suggested edits above, I can sign off on this affidavit.


Sent from Outlook

---

**From:** Alex Hernandez <challengeconviction@gmail.com>
**Sent:** Sunday, April 27, 2025 10:05 PM
**To:** ianherndon@outlook.com <ianherndon@outlook.com>
**Subject:** Re: Your statement

Hello Ian.  Attached is the affidavit.  Please confirm receipt.  Thank you.

Alejandro Hernandez
(915) 760-1063

On Wed, Apr 23, 2025 at 8:08 PM Alex Hernandez <challengeconviction@gmail.com> wrote:
Good evening,

Before i send you the statement,  I wanted to ask if you had more details of how Angela was assaulted by Csokas? Like did she explain how Csokas made her mutilate herself with a knife in her leg?

Also, we're you like considered back then and maybe still know a Caring Crusader in arts cases?  Can you explain what that means?

Hope to hear from you soon.

Alejandro Hernandez

---



**image.png**
138K

## **AFFIDAVIT OF IAN HERNDON**

THE STATE OF FLORIDA

COUNTY OF _____

      BEFORE ME, THE UNDERSIGNED AUTHORITY, personally appeared, Ian Herndon, who, known to me to be Ian Herndon, and being by me duly sworn, upon his oath, stated as follows:

1.    I am over the age of 21 years old, of sound mind and competent to provide this Affidavit. I understand that I am swearing or affirming under oath to the truthfulness of the factual statements made in this affidavit and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

2.    All statements made herein are made from personal knowledge and are true and correct.

3.    I know Angela Gayle Meador. I first met her after I was contacted by a person with the name of Ritchie Albertini, who provided me her phone number and told me to help her come forward with allegations that she was making against a very well-known celebrity actor, Martin Csoskas.

4.    At the time, I was very active on some social media outlets and was investigating some of the more notorious sexual abuse cases involving very powerful and influential people like Jeffrey Epstein.

5.    I spoke to Angela on several occasions and for several hours, from November 25, 2020 to January 8, 2021.

6.    Specifically, Angela told me that back in April of 2015, she had been flown into New Orleans LA, by a person she had met in an online dating site. When she arrived in New Orleans she found out that the man she had met online was using a fake profile and photos, because the real person was Martin Csokas a famous actor.

7.    Angela told me she was shocked to see that the person she had met online was actually a famous actor, who she knew and appreciated his work. Angela is also a model and in the music entertainment industry.

8.    Angela told me that she understood why Mr. Csokas would use a fake profile considering he was a celebrity so she agreed to accompany him and they went out for dinner at a local restaurant. Then Mr. Csokas took Angela to a residence where he was staying. Unbeknown to Angela, she had been drugged by Mr. Csokas. Angela told me that is when Mr. Csokas attacked her and forced himself sexually on her. Angela told me that Mr. Csokas held her against her will for 3 days and during that time, he raped her, beat her, and made her to mutilate herself with a knife.

9.    Angela told me that Mr. Csokas threatened her safety, telling her that he had done the same thing to at least 10 other women. Also, Angela told me that when she returned to her home in Tennessee, an unknown assailant surprised her, pointed a gun to her head

and told her that he would kill her if she said anything about what Csokas did to her.

10.    I tried to convince Angela to come forward to police with her story; however, Angela did not want to proceed out of pure fear. Although what Angela told me had occurred several years earlier, Angela was deathly afraid of Mr. Csokas. Angela would say emphatically that "He will kill me!" if he found out that she had told anyone what Csokas did to her.

Further affiant sayeth naught.

_____

IAN HERNDON
Affiant

This instrument was acknowledged before me on this the _____ day of _____, 2025, by _____.

_____ Personally Known
_____ Produced identification
_____ Driver's License No. _____

_____
NOTARY PUBLIC OF FLORIDA

2

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

---

## Process Servers Correspondence & Documentation (Taft/Meador Goodlettsville PD)

**Alex Hernandez** <challengeconviction@gmail.com>                                    Wed, Apr 23, 2025 at 1:44 AM
To: Christina Taft <taftchristina.ceo@gmail.com>

Christina,

Here is the proposed affidavit for Ian in word format.  Look it over and let me know what you think.  I'll send to Ian once you okay it.

Alejandro Hernandez c/o
A&E Investigations
(915) 760-1063

[Quoted text hidden]

---

 **AFFIDAVIT OF IAN HERNDON.docx**
24K

## AFFIDAVIT OF ALEJANDRO HERNANDEZ

1. I am signing this Unsworn Declaration in place of an Affidavit as allowed by 28 U.S. Code § 1746.

2. My name is Alejandro Hernandez; I am a licensed private investigator in Texas. I am over the age of 21 years old, of sound mind and competent to provide this Affidavit. I understand that I am swearing or affirming under oath to the truthfulness of the factual statements made in this affidavit and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

3. All statements made herein are made from personal knowledge and are true and correct.

4. On April 18, 2025, I interviewed Ian Herndon for approximately 2 hours. This affidavit provides the contents of the statements Mr. Herndon made to me during this interview which I memorialize here in the interest of truth and justice.    Mr. Herndon told me he knew Angela Gayle Meador.  He said he first met her after he was contacted by a person with the name of Richie Albertini, who provided him her phone number and told Herndon to help her come forward with allegations that she was making against a very well-known celebrity actor, Marton Csoskas.

5. Mr. Herndon stated he spoke to Angela on several occasions and for several hours, from November 25, 2020, to January 8, 2021.

6. Specifically, Angela told him that back in April of 2015, she had been flown into New Orleans LA, by a person she had met on an online dating site.  When she arrived in New Orleans she found out that the man she had met online was using a fake profile and photos, because the real person was Marton Csokas a famous actor.

7. Mr. Herndon stated Angela told him she was shocked to see that the person she had met online was a famous actor, who she knew and appreciated his work.  Angela is also a model who works in the music entertainment industry.

8. Mr. Herndon stated Angela told him that she understood why Mr. Csokas would use a fake profile considering he was a celebrity, so she agreed to accompany him, and they went out for dinner at a local restaurant.  Then Mr. Csokas took Angela to a residence where he was staying.  Then Mr. Csokas surreptitiously drugged Angela with an overpowering substance that left her incapacitated to defend herself.  Angela told Herndon that is when Mr. Csokas attacked her and forced himself sexually on her.  Angela told Herndon that Mr. Csokas held her against her will for 36 hours and during that time, he raped her, beat her, tortured her, and caused her to be mutilated with a knife causing serious bodily injury to her leg.

9. Mr. Herndon stated that Angela told him that Mr. Csokas threatened her safety.  Later, Angela told him she learned that he had done the same thing to at least 10 other women.  Also, Angela told Herndon that when she returned to her home in Tennessee, an assailant surprised her, pointed a gun to her head and told her that he would kill her if she said anything about what Csokas did to her.  Bolstering this statement, Mr. Herndon provided me a message that Angela had texted him to his number which said in part: "You are all putting my life at risk by pushing this. He (meaning Csokas) will kill me if he knows I've even spoken about it. I can't seem to be clear enough about that."

10. Mr. Herndon stated that he tried to convince Angela to come forward to the police with her story; however, Angela did not want to proceed out of pure fear.  Although what Angela told him had occurred several years earlier, Angela was deathly afraid of Mr. Csokas. Angela would

say emphatically that "He will kill me!" if he found out that she had told anyone what Csokas did to her.

11.    When I asked Mr. Herndon if he could provide an affidavit about what he had just told me, Mr. Herndon initially agreed but then backed out because he feared that "fixers" for Mr. Csokas would come after him to silence him, like they came after Angela. Mr. Herndon was afraid because a person by the name of Paul Barresi had called his wife in the past to discourage him from trying to help Angela.

12.    Therefore, I am providing this affidavit to memorialize what he told me in the interest of preserving truth and justice.

_Alejandro Hernandez_  5/23/2025
ALEJANDRO HERNANDEZ

# EXHIBIT 4

7:31



Angela

Angela, please have a good day and life. I truly apologize profusely for these last 3 years.
This is Christina Taft.

Thank god I am a process server in Hawaii where I'm taught how easy and nice processes can be.
I don't want what's happening to you anymore at all. I'm also so sorry for the recent week.
I should have reached out to you before but I was scared with the call between us

I didn't know in TN it's so bad. I'm so upset and worried for your wellbeing. I'm doing a cease and desist to the TN people to protect you as well.

Seeing what happened to you to recant who harmed you is devastating and traumatizing. You deserve to have a free life and to finally have the career, freedom you deserve

I always cared about you. You mentioned the first time before re-contacted that I could reach out to you.

My past texts from 3 years ago are naive, and now that I've lived through it too, I'm so sorry I wasn't listening close enough. I hope you are okay right now. I will try to call you tomorrow. Please be happy and well

Text Message • RCS

12:41

◀ Phone

AM

Angela ›

I always cared about you. You mentioned the first time before re-contacted that I could reach out to you.

My past texts from 3 years ago are naive, and now that I've lived through it too, I'm so sorry I wasn't listening close enough. I hope you are okay right now. I will try to call you tomorrow. Please be happy and well

Edited

Sun, Mar 30 at 6:25 AM

You should have freedom of speech, Angela. Regardless of any proceeding, which I'll support you in, you and your life should improve. I want to help you.

How can I help you? Other than naming the assaulter, which I wish they considered carefully, I could help with your career recommendations, official site, reaching out. Anything.
I stood up for you and will continue to do so.
I didn't know you were a law student and a notary. I really hope you are alright. I practically became a paralegal.
😢 I'll leave a voicemail if possible and a note later.
Healing 💔

Thu, Apr 3 at 6:04 PM

Angela, the Witness Subpoena is to protect you. I recommend the Bloom

➕  Text Message • RCS  🎤



Thu, Apr 3 at 6:04 PM

Angela, the Witness Subpoena is to protect you. I recommend the Bloom Law Firm where a lawyer helped me to try to protect your life.

You should never have to recant the name that Marton Csokas assaulted you.
Defendant is pulling both ends against the middle, and they have a conflict of interest. They want you to contradict yourself as much as possible, but you need to have your life, your free speech, and your ability to do other cases, your career, and so on.
I don't care about what you say about me- what I care about is your life, and I'm so so so sorry for the recorded call, Defendant has other recorded calls. I didn't know how much distress you were in and I didn't understand it.

I reported to Sgt. Poole and Officer Bourk to help you.
I love you 🫶💗

Delivered

Tue, Apr 15 at 3:29 AM

Hi Angela, I genuinely care about your music career, friendships, and life.
"Have You Told Her" is a genuinely amazing song. It's my favorite of yours.
"Love Yourself" is very sweet as well and even the 'because I am a man' song

 Text Message • RCS