# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **5:24-cv-01930-TJH (DTB)**                    Date: **October 27, 2025**

Title:  **Christina Taft v. Paul Barresi, et al.**
================================================================

## DOCKET ENTRY
================================================================

PRESENT:

#### HON. DAVID T. BRISTOW, MAGISTRATE JUDGE

Rachel Maurice                                    n/a
Deputy Clerk                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                              None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING PLAINTIFF'S VOLUNTARY DISMISSAL OF DEFENDANT ADAM R. WALDMAN [DOCKET NO. 126]; AND ORDER STRIKING PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT ADAM WALDMAN [DOCKET NO. 127]**

On October 17, 2025, the Court issued an Order striking Plaintiff's Motion to Voluntarily Dismiss Defendant Waldman from Action (Docket No. 120) and Plaintiff's Supporting Declaration (Docket No. 121) because they were procedurally deficient. (Docket No. 124).

On October 20, 2025, the Court issued an Order striking Plaintiff's Index of Exhibits and Exhibits Supporting Plaintiff's Motion to Voluntarily Dismiss Defendant Waldman from Action (Docket No. 122) and Plaintiff's Corrected Index of Exhibits (Docket No. 123) for the reasons stated in the Court's October 17, 2025, Order. (Docket No. 130).

On October 21, 2025 (in apparent compliance with the Court's October 17, 2025 and October 20, 2025 Orders, see Docket No. 124 at 3, Docket No. 130 at 1-2), Plaintiff filed an "Ex Parte Application and Corrected Proposed Order Supporting Witness Adam Waldman, Friend of Johnny Depp, for Voluntary Dismissal from Defendants and Request for Court Order Directing the Clerk to Process Form CV-009" ("Application") (Docket No. 126), which is accompanied by Plaintiff's Supporting Declaration, dated October 19, 2025 (Docket No. 126-1), attached to which are three exhibits, consisting of

MINUTES FORM 11                                    Initials of Deputy Clerk  RAM
CIVIL-GEN

a 14-page email from Plaintiff to counsel for defendant Barresi, dated October 18, 2025, regarding Plaintiff's voluntary dismissal of defendant Adam Waldman pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (Docket No. 126-2 at 2-15), a 1-page email from Plaintiff to Adam Waldman and Stephen Braga, dated October 16, 2025, regarding her filing of a motion, presumably to voluntarily dismiss him from this action (Docket No. 126-2 at 17), a one-page Proposed Order granting the Application (Docket No. 126-3 at 1-2), and a one-page Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c) regarding Adam R. Waldman's dismissal from this action, dated October 21, 2025 (Docket No. 126-3 at 3)).

To the extent that Plaintiff is seeking to file the Notice of Dismissal dismissing defendant Adam R. Waldman from this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),[1] (Docket No. 126-3 at 3), see Docket No. 126 at 1-7, Docket No. 126-1 at 1-4, the Application is GRANTED.  The Clerk of the Court is ORDERED to file the Notice of Dismissal dismissing defendant Adam R. Waldman from this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (Docket No. 126-3 at 3).  The Clerk of the Court is also ORDERED to amend the case caption to remove Adam R. Waldman as a defendant.  As a result of the filing of the Notice of Dismissal dismissing defendant Adam R. Waldman from this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Adam R. Waldman is no longer a party to this action, and the Court's October 9, 2025 Order to Show Cause is DISCHARGED.

To the extent that Plaintiff is seeking to redact or seal "at least one improper disclosure of Mr. Waldman's personal financial information, including references to real property, vehicles, and partial Social Security information pursuant to Fed. R. Civ. P. 5.2 (see Docket No. 126 at 4-6), the Application is DENIED.  Plaintiff does not specify in what pleading that improper disclosure was made, and it appears that Plaintiff seeks a proactive, nonexistent redaction (see Docket No. 126 at 6).

On October 21, 2025, Plaintiff also filed the following documents:  (1) The Notice of Dismissal dismissing Adam R. Waldman from this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), dated October 21, 2025 (Docket No. 127); (2) Plaintiff's "Notice to Parties and the Court Regarding Voluntary Party Dismissal of Adam Waldman, Friend of Johnny Depp, Under Rule 41(a)(2)" ("Notice to Parties") (Docket No. 127-1).  The Notice of Dismissal (Docket No. 127) appears to be duplicative of the Notice of Dismissal (Docket No. 126-3 at 3), and is hereby STRICKEN.  The Notice to Parties (Docket No. 127-1) appears to be duplicative of Plaintiff's Motion to Voluntarily Dismiss Defendant Waldman from Action (Docket No. 120) and suffers from many of

---

[1] Although Plaintiff once references dismissal under Fed. R. Civ. P. 41(a)(2) (Docket No. 126 at 4), it is clear that Plaintiff is voluntarily dismissing defendant Adam R. Waldman pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

the same procedural deficiencies as those discussed in the Court's October 17, 2025 Order (see Docket No. 124), and is hereby STRICKEN.

**IT IS SO ORDERED.**