Christina Taft
Plaintiff in Propria Persona
1700 Ala Moana Blvd Apt 2301
Honolulu, Hawaii 96815
Phone: 212-718-1003
Email: Ceo.Taft@Rescue-Social.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA TAFT<br><br>Plaintiff(s),<br><br>v.<br><br>PAUL BARRESI, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>5:24-cv-01930-TJH-DTB<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) Adam Robert Waldman

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Christina Taft.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).


**October 21, 2025**                             *Christina Taft* (signature)
         *Date*                                   *Signature of Attorney/Party*


NOTE:  *F.R.Civ.P. 41(a)*: This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

 *F.R.Civ.P. 41(c)*: Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.