AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| CHRISTINA TAFT | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 5:24-cv-01930-TJH-DTB |
| PAUL BARRESI, et al. | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                              ADAM ROBERT WALDMAN

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: SEE EXHIBIT A ATTACHED FOR WITNESS SUBPOENA: Supporting Adam Robert Waldman, Friend of Johnny Depp - Request for Collaboration to End Barresi's Illegal Telephone Recordings, Exploitation of Vulnerable Individuals Including of Ultra-High-Net-Worth Johnny Depp, and Restore Freedom to All

| Place: Email: Ceo.Taft@Rescue-Social.com or TaftChristina.ceo@gmail.com or Call Communicate | Date and Time: 12/15/2025 5:30 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

OR

_____                    _____
*Signature of Clerk or Deputy Clerk*                 *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Plaintiff Christina Taft _____ , who issues or requests this subpoena, are:

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  5:24-cv-01930-TJH-DTB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❑ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❑ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

Print    Save As...    Add Attachment    Reset

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

 **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
     **(i)** is a party or a party's officer; or
     **(ii)** is commanded to attend a trial and would not incur substantial expense.

 **(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

 **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

 **(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
     **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
     **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

 **(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
     **(i)** fails to allow a reasonable time to comply;
     **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
     **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
     **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
     **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

     **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
     **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
     **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

 **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

 **(2)** *Claiming Privilege or Protection.*
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
     **(i)** expressly make the claim; and
     **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**EXHIBIT A TO WITNESS SUBPOENA**

**TO: ADAM ROBERT WALDMAN**                    **Respond by: December 15, 2025**

**RE: Subpoena to Speak and Declare as Witness Adam Waldman, Friend of Johnny Depp, in Christina Taft v. Paul Barresi, et al., Case No. 5:24-cv-01930-TJH-DTB**

---

**A NOTE OF RECONCILIATION AND TRUTH**

Dear Mr. Adam Waldman,

This request for communication, simple documentation, and appearance with the subpoena comes with respect and appreciation. You are a witness to wrongdoing.

When I reached out to you in 2025 after more than two years of enforced silence, you responded with grace and reason. Your willingness to engage showed integrity. Your public support showing that Barresi's characterizations were false showed courage.

We can collaborate for resolutions and public relations so all can move forward without these practices. As a friend of Johnny Depp, you can help us find refuge and move past manufactured disputes and forced attachments. "Luxury and ethics can be combined."

You, Adam, and people related to the exploitation of Johnny—we were all pulled into Barresi's schemes unwillingly. Of course, I was in those disclosed telephone calls that Barresi illegally recorded of you, as was my mother Victoria. We became entangled in this through being exploited. He illegally recorded your private telephone conversations. Johnny's friends, witnesses, and potential supporters—including myself due to having integrity—were especially fixated on by Barresi. He twisted confidential information into false narratives. Barresi used the recordings to financially threaten, manipulate, coerce.

You are the key to resolving this situation. Your declaration can help reveal and end Barresi's illegal recording scheme and exploitation once and for all.

I was genuinely touched when you accepted my birthday wishes. Your fluent writings like "Hollywood Math" and "Pirates in the Caribbean" demonstrate insight and thoughtfulness. Your voice can help stop this exploitation.

I was particularly shocked to learn of your relocation from Washington, DC to Florida—a surprising transition given your distinguished career, deep connections to the capital, and your work representing ultra-high-net-worth individuals who value discretion,

luxury, and refined counsel. This move speaks to the profound impact of Barresi's illegal recording and exploitation scheme.

In 2023, I witnessed that you and Johnny were being harmed by Barresi's illegal telephone recording and exploitation schemes. I was told to keep silent about these observations, which prevented the situation from being resolved fairly and prolonged the harm to all parties involved. In January 2024, I was ready to support Johnny again, but was also exhausted and didn't see what was behind my back—Barresi couldn't let me reveal the exploitation fully including of you and Johnny.

Barresi used your illegally recorded conversations as a platform for exploitation and manufactured false disputes to make false accusations against multiple innocent people, including my family members. Like me, like Johnny, like Isaac and others—we were all pulled into this unwillingly through Barresi's exploitation schemes.

Witnesses reached out to you for help over the years, and in June 2025 onward, I similarly did so. You now have the opportunity to contribute to the Third Amended Complaint—hopefully finally showing that you, Johnny's circle, those in the middle, as well as myself were exploited by Barresi's illegal recording scheme, and to resolve this once and for all.

Your unique position allows you to help break this cycle of exploitation that has ensnared individuals across all spectrums—men and women alike, those who came forward with allegations and those of substantial means whose generosity and sympathy were weaponized against them. Ultra-high-net-worth individuals like Johnny become targets precisely because of their charitable nature and resources, while their circle of advisors, friends, and associates become collateral damage. Barresi's schemes exploited the compassion of the wealthy and the vulnerability of those seeking justice, manufacturing disputes that harmed everyone involved. Your declaration can demonstrate how this manipulation transcended traditional boundaries, affecting accomplished professionals, artists with sensitive souls, and everyday people pulled into manufactured conflicts—all of whom deserve liberation from this prolonged exploitation.

Your declaration will help free yourself from Barresi's exploitation, and in doing so, it will also help free Johnny, his circle, and others like me who were pulled into the middle unwillingly.

I have also declared my support for Johnny, Christi, Isaac, and Gina in a note of hope and healing, recognizing that Barresi's exploitation has harmed people across all sides.

I am deeply concerned for your wellbeing, your home, and your finances. It is concerning that there are third parties being manipulated by Barresi's deranged schemes to prolong this exploitation. Unconsented telephone recording disclosures of our phone call in an inquiry were manipulated, involving allegations about a model named Donna and the Viper Room—allegations exaggerated by a former employee who expressed anger after his claims at me. Intermediaries are exploiting this situation to prolong it. This recent discovery relates to Barresi and intermediaries using both myself and an exploited vulnerable woman who created a song supporting Johnny as an abuse victim as means to an end to silence you, Adam. The interests of Barresi and these intermediaries involving this, then both of our relocations, shows that they're excessively pressuring in order to pressure you—someone who 'had the nerve' to try to stop exploitation even if these situations like being illegally telephone recorded were surprises to you. People sympathetic to Johnny are continuing to suffer and deserve support and warmth.

I lost a lot of property due to Barresi's manipulation and extortionary tactics. I had to leave a place I thought I could reside—as you lost yours—and I similarly had to protect what remained of my property. I know that you and Johnny would not want people's property taken by Barresi using his name without consent nor direction.

These Machiavellian tactics and prolonging cannot continue—this must stop once and for all, and you're free to help do so. I apologize that I didn't know everything as a smaller person in all of this.

The role of intermediaries in this exploitation scheme deserves particular attention. Barresi manufactures crises through his illegal recordings and false claims, positioning intermediaries as controllers who then profit from the chaos while simultaneously controlling and exploiting all parties. These intermediaries control access, take funds for their own means, and drive up costs exponentially while prolonging suffering for everyone over the long term. Alleged executive protectors and facilitators, claiming to act on Barresi's deranged narratives about threats and implications involving media figures and others, know they are not actually protecting anyone—evidenced by the protests from others involved who they systematically ignore.

I genuinely know that you and Johnny—as I saw during my freedom of speech
supporting an isolated person, after previously demonstrating support for financial
wellbeing and independence of another known entertainer that is ultra-high-net-worth,
and according to friends like Lori and others I've communicated with—that you truly
want to move forward and have warmth. I understand that Johnny Depp has expressed
warmth, kindness, and support to many unique individuals, including when he was Jack
Sparrow and visiting children in the hospital. However, I know further from
communicating with those in Johnny's circles that unfortunately his giving was exploited
by Barresi. Please right this by resolving this. Johnny and you do not consent to Barresi's
exploitation. Please, make this right so I can have freedom and so can you.

I'm not supposed to say this, but we need to get out of this coldness. "Both men and
women can be exploited."

Intermediaries like Justin, manipulated by Barresi in manufactured disputes against
Johnny and you, and who is related to ultra-high-net-worth Musk/Heard interests—
created an intense crisis through their involvement. Certainly Johnny Depp would never
harm his own supporter, and his long history of warmth and generosity with giving to
others shows he wouldn't want control, demise, or silencing of anyone. This
manufactured crisis served the interests of those opposed to Johnny, not Johnny
himself.

The exploitation intensified further with Barresi's illegal recording disclosures involving
Anthony Fox's family and the Viper Room—matters that you, Adam, wanted to protect
Johnny from as genuine friends. These recordings of Charles Fox (Anthony's brother)
and Constance Fox (Anthony's daughter) discussing Anthony Fox's disappearance and
The Viper Room partnership dispute represented a particularly cruel exploitation of a
family's tragedy. You understood that these matters caused Johnny pain and sought to
shield him from further harm, but Barresi weaponized these private family
conversations for commercial gain and extortion purposes, targeting the friendship and
trust between you and Johnny.

This is precisely how both you, Adam Waldman, and I were framed in tandem without
either of us knowing it—caught in Barresi's extortion with intermediaries exploiting in
tandem who blocked communication, controlled narratives, and exploited financially
from the manufactured conflict. Meanwhile, more sympathetic individuals who actually

know the people involved see through this manipulation and resist, recognizing that these intermediaries harm everyone while enriching themselves.

I am listening to Lori Mattix, Olivia Barash, Claudia Jamisen (of the Viper Room), and others who are far more sympathetic—please help! This Machiavellian coldness is a nightmare, and I've starved and lost almost everything! I'm not the only one with charities who has suffered due to this. I was always only professional and courteous to the other side (related to progressive causes) of the manufactured disputes—I should have listened and been with the sympathetic people (real friends, related to Johnny's circles).

The warmth and reasonableness you have shown gives hope that there is support and sympathy on all sides. Surely this can finally be resolved for everyone's wellbeing—for you, for Johnny and his circle, and for all of us who were unwillingly pulled into this exploitation.

I thank you for accepting my birthday wishes to you. You were illegally recorded on the telephone by Barresi without consent, and I accept Stephen Braga's interpretation that these recordings were unconsented for you and that you hoped to report similar conduct of illegal recordings like Barresi's. I do not fully know what happened to those reports, but I think it went sideways. My family and I were brought into this unwillingly. Barresi prevented resolutions by not allowing myself or others to explain—he harmed both Johnny and Amber—hence this prolonged manipulation. Both sides of a dispute have to denounce it at once in this society to stop it. I hope there is finally healing and hope.

I hope for positive communications and resolving this situation. I hope to achieve full restoration in the Third Amended Complaint by having the full truth, hoping to free you and your speech entirely and free all these people out of the exploitation. It's clear that Barresi did illegal conduct that manipulated and manufactured disputes so he had no consequences—never moving his location while everyone else has had to relocate. This doesn't have to be like this. We can all regain our worth and move forward.

We are human beings who need to have lives—not control and demise. This is about humanitarian peacebuilding and allowing people to return to their passions, their collaborations, their charitable endeavors, and their families. You have knowledge and expertise that deserve to be heard freely, not suppressed through illegal recordings and manufactured conflicts. You also have your own life to rebuild, as do I. Johnny has his

charity collaborations and artistic contributions to make. The Fox family deserves peace regarding their tragedy. People from the Viper Room social circle, like Olivia Barash and Claudia Jamisen, who showed warmth and understanding, deserve to move forward without manipulation. We all deserve freedom from this exploitation scheme—to be recognized as complete human beings with worth and dignity, not pawns in Barresi's manufactured disputes. This is a turning point toward that freedom and relief for everyone involved.

This includes requests to protect vulnerable individuals—something Johnny certainly supports through his history of giving to homeless people, unique individuals, and showing care for others. His compassion has been exploited and must be protected.

---

**DOCUMENTED EXHIBITS OF ILLEGAL RECORDINGS AND DISCLOSURES**

The following exhibits document Barresi's systematic pattern of illegal wiretapping and public disclosure, in violation of California Penal Code § 632 (illegal recording) and § 637 (illegal disclosure):

**EXHIBITS: Illegal Recordings and Disclosures of Adam Waldman**

**Exhibit A-1: Illegal Recording - Adam Waldman re: Christina Taft and Johnny Depp Witnesses**

- Date Posted: December 17, 2022

- Platform: YouTube (Paul Barresi channel)

- Description: Barresi's illegal telephone recording of Adam Waldman, recorded without Waldman's knowledge or consent. Waldman discusses Christina Taft, Johnny Depp (interested party), witnesses (including those knowing or sympathetic to Johnny Depp and those in between or in the middle), and related conduct including reports, break-ins/vandalism, harassment, false accusations/allegations, Plaintiff's family member Victoria Taft, and wealth. Part of Barresi's "Art of Deception" series related to William Hazlet. Video demonstrates Barresi's false manufacturing of disputes and Barresi's prolonging of exploitation. According to those sympathetic to Adam Waldman and Johnny Depp, these tapes were the start of extortion against them.

- Evidence: Screenshot attached

**Exhibit A-2: Illegal Recording - Adam Waldman re: Christina Taft, Witnesses, and Conduct**

- Date Posted: December 16, 2022

- Platform: YouTube (Paul Barresi channel)

- Description: Barresi's illegal telephone recording of Adam Waldman, recorded without Waldman's knowledge or consent. Waldman discusses Christina Taft, Johnny Depp (interested party), witnesses (including those knowing or sympathetic to Johnny Depp and those in between or in the middle), and related conduct including reports, break-ins/vandalism, harassment, false accusations/allegations, Plaintiff's family member Victoria Taft, and wealth. Video contains false statements about Christina Taft and Victoria Taft, demonstrating Barresi's false manufacturing of disputes and Barresi's prolonging of exploitation. According to those sympathetic to Adam Waldman and Johnny Depp, these tapes were the start of extortion against them.

- Evidence: Screenshot attached

**Exhibit A-3: Illegal Recording - Adam Waldman re: Christina Taft and Witnesses**

- Date Posted: January 13, 2023

- Platform: YouTube (Paul Barresi channel)

- Description: Barresi's illegal telephone recording of Adam Waldman, recorded without Waldman's knowledge or consent. Waldman discusses Christina Taft, Johnny Depp (interested party), witnesses (including those knowing or sympathetic to Johnny Depp and those in between or in the middle), and related conduct including reports, break-ins/vandalism, harassment, false accusations/allegations, Plaintiff's family member Victoria Taft, and wealth. Video demonstrates Barresi's false manufacturing of disputes and Barresi's prolonging of exploitation. According to those sympathetic to Adam Waldman and Johnny Depp, these tapes were the start of extortion against them.

- Evidence: Screenshot attached

**Note:** Additionally, two August 2023 illegal disclosures of Barresi's illegal telephone recording of Adam Waldman were made in tandem and also focused against Plaintiff Christina Taft (cited in Motion to Strike after Barresi's exploitation of Johnny Depp Supporter), further explaining the exploitation scheme targeting both Adam Waldman and Christina Taft simultaneously.

**EXHIBITS: Illegal Recordings and Disclosures of Magda Jenicki, Esq.**

**Exhibit A-4: Illegal Recording - Magda Jenicki and Adam Waldman Attorney-Client Communications**

- Date Posted: December 7, 2024

- Platform: YouTube (Paul Barresi channel)

- Description: Illegal disclosure of telephone conversations with attorney Magda Jenicki and Adam Waldman. Contains confidential attorney-client privileged communications illegally recorded and disclosed.

- Evidence: Screenshot attached

**Exhibit A-5: Illegal Recording - Magda Jenicki Attorney-Client Communications**

- Date Posted: [Date to be verified from evidence]

- Platform: YouTube (Paul Barresi channel)

- Description: Illegal disclosure of conversations with attorney Magda Jenicki discussing legal strategy and client matters. Confidential attorney communications disclosed for commercial gain.

- Evidence: Screenshot attached

**Exhibit A-6: Illegal Recording - Daniel Brummitt Connection to Adam Waldman**

- Date Posted: February 12, 2023

- Platform: YouTube (Paul Barresi channel)

- Description: Illegal disclosure of conversations regarding Daniel Brummitt and his connection to Adam Waldman and Johnny Depp witnesses.

- Evidence: Screenshot attached

**EXHIBITS: Illegal Recordings Related to Anthony Fox and The Viper Room**

**Exhibit A-7: Illegal Recording - Charles Fox and Constance Fox re: Anthony Fox Disappearance (Part II)**

- Date Posted: July 19, 2023

- Platform: YouTube (Paul Barresi channel)

- Description: Barresi's illegal telephone recording of Charles Fox (Anthony Fox's father) and Constance Fox discussing Anthony Fox's disappearance and The Viper Room. Anthony Fox was co-owner of the Viper Room with Johnny Depp. Mr. Fox is sadly deceased since a lawsuit related to company Trouser Trumpet, trademark licensing funds, and Does like Paul Schindler. Part of commercial series exploiting private family conversations about a missing person case and connecting to Johnny Depp for exploitation. According to those sympathetic to Adam Waldman and Johnny Depp, these tapes were further attempts of extortion against them.

- Evidence: Screenshot attached

**Exhibit A-8: Illegal Recording - Charles Fox and Constance Fox re: Anthony Fox (Part I)**

- Date Posted: June 20, 2023

- Platform: YouTube (Paul Barresi channel)

- Description: Barresi's illegal telephone recording of Charles Fox and Constance Fox discussing private family matters and legal issues related to The Viper Room partnership dispute. Anthony Fox was co-owner of the Viper Room with Johnny Depp. Mr. Fox is sadly deceased since a lawsuit related to company Trouser Trumpet, trademark licensing funds, and Does like Paul Schindler. Recordings connect to Johnny Depp for exploitation. According to those sympathetic to Adam Waldman and Johnny Depp, these tapes were further attempts of extortion against them.

- Evidence: Screenshot attached

**EXHIBITS: Illegal Recordings Related to River Phoenix and The Viper Room**

**Exhibit A-9: Illegal Recording - Ed Shaw (Viper Room Bouncer) re: River Phoenix Death**

- Date Posted: January 19, 2023

- Platform: YouTube (Paul Barresi channel)

- Description: Barresi's illegal telephone recording of Ed Shaw (Viper Room bouncer) recounting details of River Phoenix's death on October 31, 1993. Private conversation about tragic events connecting to Johnny Depp for exploitation and disclosed for commercial gain. According to those sympathetic to Adam Waldman and Johnny Depp, these tapes were further attempts of extortion against them.

- Evidence: Screenshot attached

**Exhibit A-10: Additional Viper Room witness recordings**

- Description: Barresi has publicly stated he possesses additional illegal recordings from Viper Room witnesses and employees discussing both the River Phoenix incident and Anthony Fox matters.

---

## STATEMENT AGAINST ABUSE AND A MORE INCLUSIVE APPROACH

All types of abuse are unacceptable and harmful. No individual should be subjected to financial exploitation, emotional manipulation, psychological abuse, or any form of misconduct that violates their dignity, privacy, or wellbeing.

### Context on an Inclusive Alternative Approach

However, there's important context regarding a different approach that was developed—one that extends beyond the limited framework of alleged blackmail impacting only ultra-high-net-worth people and alleged survivors. Unlike that limited approach, an inclusive initiative was designed to encompass both genders—allowing both men and women to declare their experiences and witnessing, with multiple people coming forward at once. This more progressive approach recognized that victims of all genders deserve recognition and support.

This approach represents genuine rescue and hope—embodying authentic altruism that reaches across dangerous boundaries toward an authentic mission of helping people. However, this progressive stance and involvement in it now places participants in severe danger. The danger doesn't come from this inclusive vision itself—it comes from the incompatible systems that demand people remain separate, from structures that profit

from division and prolonged exploitation, and from those who weaponize progressive causes while actually harming the very people they claim to protect.

---

## INDEX OF SUPPORTING EXHIBITS

**Motion for Supporting Adam Waldman as a Witness, and Friend of Witness Johnny Depp, truly and ethically in Taft v Barresi et al**

**PART 1**

**EXHIBIT A** - Conversation with Olivia Barash (sympathy, peacebuilding, liberation themes)

**EXHIBIT B** - Plaintiff's October 16, 2025 email to Adam Waldman titled "Moving Forward – Filing Today to Free Adam, Johnny, and the Viper Room"

**EXHIBIT C** - Sympathetic text to Ed Shaw ("Big Ed") and reference to Defendant Barresi's disclosures of telephone call recording

**EXHIBIT D** - Outreach texts to Adam Waldman (sympathy, concern about illegal telephone call recording of him, birthday wishes)

**EXHIBIT E** - Email dated October 12, 2025 to Adam Waldman (Request to Notify Constance Fox)

**EXHIBIT F** - Email dated October 8, 2025 to Adam Waldman (Corrected Notice to Gina Deuters with Declaration on Exploitation)

**EXHIBIT G** - Email dated October 7, 2025 to Adam Waldman (New Notice Subpoena Isaac Baruch)

**EXHIBIT H** - Email dated October 9, 2025 to Adam Waldman (Corrected Declaration regarding Justin and Barresi)

**EXHIBIT I** - Photograph with Claudia Jamisen from Viper Room at restaurant (Macy's Day parade, Dior accessory)

**EXHIBIT J** - Adam Waldman's publication "Hollywood Math" (July 23, 2023)

**PART 2**

**EXHIBIT K** - Emails/documents from Mario George Nitrini III forwarding Barresi on Weiss of Viper Room on Johnny's finances (May 27, 2022)

**EXHIBIT L** - Adam Waldman's Substack post "$SCAMS by Adam Waldman" (March 20, 2023)

**EXHIBIT M** - Adam Waldman's Twitter/X post (June 19, 2025, 8:44 PM) denouncing illegal surveillance

**EXHIBIT N** - Adam Waldman's Twitter/X post (June 19, 2025, 8:24 PM) on tactics used against him and Johnny Depp's circle

**EXHIBIT O** - Photograph (June 26, 2024) of Palm Beach shopping district (Gucci store, sports cars, symbolic watch)

**EXHIBIT P** - Paul Barresi's Twitter/X post (March 11, 2023, 3:28 PM) mocking attorney Dennis Wasser

**EXHIBIT Q** - Photograph (June 2025) of subpoena showing Adam Waldman's DC home address (from Feb. 2021 subpoena)

**EXHIBIT R** - Exhibit of Positivity from Mr. Adam Waldman in Florida on August 6, 2025 after Plaintiff's efforts of peacebuilding

---

**PATTERN AND PRACTICE OF ILLEGAL CONDUCT**

These exhibits demonstrate Barresi's systematic pattern of:

1. **Illegal Wiretapping**: Recording telephone conversations without the knowledge or consent of at least one party, in violation of California Penal Code § 632

2. **Illegal Disclosure**: Intentionally disclosing illegally recorded confidential communications, in violation of California Penal Code § 637

3. **Commercial Exploitation**: Using illegally obtained recordings for commercial gain through YouTube monetization, documentary projects, and threats to sell information to tabloids

4. **Witness Intimidation**: Publicly releasing recordings to discourage witnesses from cooperating with legal proceedings and to create false narratives

5. **Attorney-Client Privilege Violations**: Recording and disclosing confidential communications between attorneys and their clients

6. **False Accusations**: Using illegally obtained recordings as the basis for false accusations about multiple individuals

7. **Extortion Scheme**: Threatening further disclosure of illegally recorded conversations unless paid or unless individuals comply with demands

---

## DOCUMENTS REQUESTED

Please bring any documents you have regarding:

1. Documentation of you denouncing Paul Barresi and his exploitation, and anyone else from Johnny's circle denouncing his exploitation—verifying it so that we find freedom through Johnny's and your denunciation of it (so we finally can stop him from exploiting Johnny and you)

2. Evidence of the illegal recordings (audio files, transcripts, notes)

3. Barresi's public statements about you (videos, social media posts, articles)

4. Your responses denouncing his false claims (public statements, legal correspondence)

5. Communications with Paul Barresi related to the Taft family and vulnerable individuals that involve the Tafts, and anything showing he's doing this exploitation that they denounce (emails, texts, call records, letters)

6. Legal correspondence about his misconduct (cease and desist letters, legal filings)

7. Communications with Magda Jenicki, Esq. regarding these matters

8. Any communications regarding Anthony Fox, Charles Fox, Constance Fox, or The Viper Room

9. Any communications regarding River Phoenix or Viper Room employees

10. Evidence of threats or extortion attempts by Barresi

11. Documents showing the harm caused by these illegal disclosures

**THIS IS ABOUT JUSTICE AND RELIEF FOR ALL**

You have your own claims against Barresi—for the illegal recordings, the defamation, the exploitation of your professional reputation, and the violation of the capability of representatives to properly serve their friends and clients, impacting matters of roles of attorneys and assistants. This declaration doesn't interfere with those rights. It supports them.

I'm asking you to help us move forward to find restoration and resolutions. I'm asking you to help stop the exploitation that has harmed you, your friends, Johnny Depp and his circle, the Fox family, Viper Room employees, and all of us.

Let's collaborate together, we can finally end Barresi's illegal recording scheme and bring relief to everyone caught in his manufactured disputes.

**LEGAL BASIS**

Your declaration is essential to establishing:

1. **California Penal Code § 632 Violations**: Barresi's pattern of recording confidential communications without consent

2. **California Penal Code § 637 Violations**: Barresi's pattern of intentionally disclosing illegally recorded communications

3. **California Penal Code § 637.2 - Civil Remedies**:

   - **Statutory Damages**: The greater of $5,000 per violation or three times the amount of actual damages

   - **Punitive Damages**: Available for willful violations

   - **Attorney's Fees and Costs**: Recoverable by prevailing party

   - **Injunctive Relief**: Court orders to prevent further illegal recordings and disclosures

   - **Disgorgement of Profits**: Recovery of any monetary gain Barresi obtained from commercial exploitation of illegal recordings

4. **Invasion of Privacy**: Public disclosure of private information (false or fact) through commercial exploitation involving harm to vulnerable individuals and manufacturing of false disputes, not merely selling information

5. **Intentional Infliction of Emotional Distress**: Extreme and outrageous conduct causing severe emotional harm

6. **Violation of Attorney-Client Privilege**: Recording and disclosing privileged communications

7. **Defamation**: False statements published using illegally recorded conversations as the vehicle

---

## LET'S COLLABORATE TOGETHER

I want to make this as easy as possible for you. Your declaration can take whatever form works best for you:

- A written document

- A simple reply and conversation about how to stop this exploitation once and for all

- A discussion about protecting yourself, Johnny Depp, and Johnny's circle from further harm

- Any format that helps bring this exploitation to an end

This will help people like me and others pulled into the middle to find relief as well. We can collaborate together to finally stop Barresi's illegal recording scheme and manufactured disputes.

Please contact me:
**Christina Taft**
Email: Ceo.Taft@Rescue-Social.com
Phone: (Pennsylvania phone number already given to you)

---

## YOUR VOICE MATTERS

Your declaration can help:

- Stop Barresi from exploiting you, Johnny Depp, and others once and for all

- Expose illegal surveillance and extortion schemes

- Protect attorney-client privilege for you and all attorneys

- Honor the memory of River Phoenix and Anthony Fox

- Bring relief to everyone caught in manufactured disputes

- End the prolonged exploitation of innocent victims

- Restore truth and bring justice to these proceedings

- Create resolution for vulnerable people, enlightening the charitable intent that always existed

- Achieve restoration for all parties who have suffered from this exploitation

- Create a path forward where everyone can finally move on

These matters aren't isolated—they're about ending a pattern of illegal recordings and exploitation that has harmed many people, including you and your friends.

Thank you for your integrity and your willingness to stand for what's right.

With respect and hope,

Christina Taft
November 1, 2025

---

**APPENDIX: SUMMARY OF VICTIMS**

The documented exhibits show Barresi illegally recorded and disclosed private conversations with or about:

- **Adam Waldman** (Friend of Johnny Depp, Reasonable Witness, Attorney) - Interested in assisting entertainers, artists, and ultra-high-net-worth individuals; multiple illegal telephone recordings disclosed without consent; disclosures of private and sensitive information in telephone conversations with third parties, the content then illegally used by Barresi; forced relocation from Washington, DC

to Florida; professional reputation attacked; speech and freedom curtailed through manufactured crises; continued suffering from prolonged extortion scheme

- **Magda Jenicki, Esq.** (Attorney) - Privileged communications disclosed

- **Daniel Brummitt** - Associated with Barresi's illegal telephone recording of Adam Waldman, while also previously supporting a former client of his

- **Charles Fox** - Anthony Fox's brother; illegally recorded; conversations about Anthony's disappearance disclosed; missing case not resolved despite multiple individuals pointing to Schindler

- **Constance Fox** - Anthony Fox's daughter; illegally recorded; family conversations disclosed; missing case not resolved despite multiple individuals pointing to Schindler

- **Ed Shaw** - Viper Room witness, River Phoenix death

- **Christina Taft** - Interested in assisting entertainers, artists, and ultra-high-net-worth individuals (ethics and luxury combined); illegal telephone recordings disclosed; lost property due to Barresi's manipulation and extortionary tactics; forced to leave residence; continued suffering; speech and freedom severely curtailed through retaliation whenever she attempted to reveal exploitation of Adam and Johnny; mother Victoria brought into exploitation; false statements made about her and her family

- **Victoria Taft** (Deceased) - Christina Taft's mother; close friends with Lori Mattix and Michelle Diamond (who dated Stallone); did publicity for The Doors; associated with A-listers and sophisticated social circles including ultra-high-net-worth people; tarnished and controlled in death by Barresi through false statements exploiting illegal recordings

- **Johnny Depp** - Central target of exploitation scheme; sympathetic with charities and humanitarian causes; spent tens of millions to improve his image; friends, relationships, and donations continually investigated and exploited by Barresi; unable to get his circle out from Barresi's manipulation; sister Christi had Lori Mattix do fashion buying; hasn't been able to move forward or be fully restored

despite wanting renewal; Adam Waldman is a genuine friend of his who tried to protect him

- **Anthony Fox** - Co-owner of the Viper Room with Johnny Depp, sadly deceased since a lawsuit related to company Trouser Trumpet, trademark licensing funds, and Does like Paul Schindler; subject of illegal recordings of his family members

- **River Phoenix** (Deceased) - Death exploited through illegal disclosure of telephone recording of Ed Shaw (Viper Room bouncer)

- **More previously named people – including Supporters of Johnny and/or Amber**

- **Supporters or Witnesses for Adam Waldman and/or plaintiff**

This pattern demonstrates a systematic scheme built on Barresi's illegal wiretapping and commercial exploitation involving harm to vulnerable individuals, manufacturing false disputes, and weaponizing private conversations.

---

I believe that there can be forgiveness, warmth, and freedom involved. Please respond so we can move forward and provide restoration to everyone and those vulnerable, yet also help you and Johnny. As said, my family and I were brought into this middle area. Supporting you and Johnny Depp, and supporters or witnesses sympathetic to Johnny, at the time brought me substantial risk from Barresi – please provide resolution.

We can have charity, work, and renewal.

I genuinely hope for brighter days – without being marooned into the Caribbean from witnessing abuse, exploitation, and extortion against both men and women – especially when declaring support for you and Johnny – that both of you were harmed by Barresi.

---

I declare under the penalty of perjury that the foregoing is true and correct, and this is related to the Third Amended Complaint and resolving these matters.

November 1, 2025 in Cannes, France

*Christina Taft*

Christina Taft