# EXHIBITS SUPPORTING WITNESS REQUEST TO SUPPORT ADAM WALDMAN AND HIS SYMPATHY A-1 to A-4

Barresi's Illegal Telephone Recordings and Disclosures of Witness Adam Waldman (Naming Plaintiff and her mother Victoria), Telephone Recordings Disclosures of Anthony Fox's Family, Telephone Recording Disclosure of Ed Shaw, Viper Room, Telephone recording disclosure of Florida-based Lawyer Magda Janicki about Adam Waldman, and to connect and exploit Johnny Depp





## Daniel Brummitt (@_d_a_n_i_e_l_b) / Twitter - FRAUD

**Paul Barresi** — 621 subscribers — Subscribe — 16 — Share — Download — Clip — ...

274 views • Feb 12, 2023
Twitter twit Daniel Brummitt calls himself an artist and a childrens book writer when his greatest passion is teaming up with the severely mentally ill to attack Johnny Depp witnesses.

### Transcript

Follow along using the transcript.

Show transcript

**Paul Barresi**
621 subscribers

Videos | About

Show less

### 2 Comments — Sort by

Add a comment…

**@annarosen9706** 2 years ago
Gonna look up this Daniel character. They're def CHARACTERS. (Criminals) Not saying all ppl who commit crimes are "bad".. but harassing, revenge, grudges, filing false shit, rambling to the police incessantly—-so abnormal. Not to mention the so skewed perceptions of REALITY. Some ppl are so disconnected from themselves & seem addicted to inflicting pain/harm. Just causing a ruckus. And once people are targeted, the obsessive & compulsive behavior seems endless. Feed the need over & over & over. …

1 — Reply

---

**Sidebar videos:**

- Prince Andrew stripped of Royal titles, surrenders residence — Channel 4 News — 169K views • 18 hours ago — New
- Andrew stripped of 'prince' title and will move out of Royal … — BBC News — 1.1M views • 18 hours ago — New
- Kitchen Smarts — Emily Winston (PILOT reference) — brandon mcculloch — 9 views • 7 hours ago — New
- Prince Andrew Stripped of 'Prince' Title: Royal Scandal … — Lorraine — 8.9K views • 3 hours ago — New
- Pete Davidson on Fame REGRETS and Stepping Back … — Entertainment Tonight — 9.3K views • 1 day ago — New
- Virginia Roberts Giuffre's brothers want the Epstein files… — ABC News In-depth — 134K views • 4 days ago — New
- Virginia Giuffre called terrified after Prince Andrew meeting: … — 60 Minutes Australia — 88K views • 10 hours ago — New
- Fresh FM interview with Katy Perry — Corus Radio — 16K views • 11 years ago
- EXCLUSIVE INTERVIEW! Britney Spears Ex-Manager EXPOSES … — Popcorned Planet — 136K views • 3 days ago — New
- Ellen Really Shared Embarrassing Facebook Posts… — TheEllenShow — 150K views • 5 months ago
- The Redditors Blamed for the Death of YouTube's Most … — Spill — 194K views • 3 months ago
- Best Animals News Bloopers Of The Decade (so far) — News Be Funny — 1.4M views • 3 months ago
- Paul Barresi Edits Ben Chew & Witness Viper Room Call Audi… — Viper Room Witnesses — 221 views • 2 years ago
- Charlie Sheen: Oliver Stone's betrayal when casting Tom … — Graham Bensinger — 47K views • 22 hours ago — New
- This Wild Crow Visits His Rescuer Every Day For Coffee — Tail Friends — 62K views • 7 days ago
- Why King Charles decided to strip Andrew of his title of … — BBC News — 79K views • 7 hours ago — New
- A Stray Cat Jumped on My Car and Asked Me to Take Her … — Tiny Kittens - Rescue Center — 698K views • 9 months ago
- We Pranked America's Most Racist Town — MindSquire — 5.9M views • 2 months ago
- Charlie Sheen: Full Interview — Graham Bensinger — 43K views • 1 day ago — New
- When Wild Animals Act Totally Weird 😂 — BRAIN TIME — 112K views • 10 days ago



## Stop Now - Talk Show (Christina Taft) FRAUD

**Paul Barresi** — 621 subscribers — Subscribe — 16 👍 👎 — Share — Download — Clip — ...

258 views  Jan 13, 2023
AMBER HEARD'S OBSESSED FAN CHRISTINA TAFT SERVES ONLY TO MAKE AH THE SUBJECT OF MORE UNWANTED SCANDAL. STOP CHRISTINA TAFT FROM PARADISE CA. NOW.

### Transcript
Follow along using the transcript.

**Show transcript**

**Paul Barresi** — 621 subscribers

Videos   About

Show less

**1 Comment**   Sort by

Add a comment...

**@shelly7909** 2 years ago
Paul just remember that even though Amber did not get arrested for the deformation case against Johnny that she lost is forever in a file in the court of law archives,the fact is that Amber does need to be stopped because #AmberHeard and #EveBarlow and her supporters have crossed so many boundaries that there is no comeback for her in the entertainment business she is most hated woman because she does not care,and for any of her supporters who continue to encourage and gaslight her is basically making it worse off for her and themselves . For those supporters who believe that it is okay to mocking and getting of on so many actors and musicians through the fact of them being hurt badly critically even to the point of a death . She and eve ant kat has pushed them selfs more into a tighter corner ,there's gonna be a lot of hate not just from actors but also musicians who trust me are definitely not gonna be any where close into wanting to be in the same room as her because those who amber and her supporters forget that these people have family and friends who are praying and grieving,to eve Barlow mocking the Holocaust to mocking Queen Elizabeth II to encourage supporters of all ages including under the age of 16 to self harm in a protest against #johnnydepp and believe that is perfectly  acceptable, to continue to aid  her is only making it harder for the real victims and survivors of emotional physical and mental abuse as well as rape and attack even us women who support Johnny,so because we do not follow we are therefore discriminated against and are not able as human beings to be treated with respect and dignity and empathy so are not intitled to receive the same amount of support basically we're denied because we choose to respect and support Johnny and will continue to do so wether she likes it or not even though that we should all be treated the same by the aclu, but they chose to put her the abuser above all others ! The #metoo movement is no longer a respectable movement for any genders including women but more so especially for men this goes way past boundaries Amber is a dangerous woman scorned against Johnny and a massive grudge against all men no matter what  who or what ever , whether they're innocent or not these women who claim to be feminist,Do not really understand what being a feminist means ,they're out for blood , they are no longer just extremist but are becoming home made terrorist let's just put it this way there's a lot of bad people out there who would not be bothered by doing life this is why the fbi  needs to step in ASAP before it reaches to that point .the  people all over the world can not deal with her we want her completely blacklisted ,for all those mothers and fathers who support her who have sons what you choose to do now could  change the way towards how much impact it may or may not  have aimed at your sons this behaviour needs to change even us women survivors and victims are not amune  from her toxic actions towards us a real victim does not go attacking real victims and survivors because they know what it feels like there's empathy love a mutual understanding and kindness towards each other regardless who they support,amber and eve don't have any respect sympathy empathy love kindness dignity that is because she never went through any of it, it's time now for the media to stop embracing and covering up for her to be honest she's making it exsreamly hard for them to keep up with her lies, at least then the public may start to buy there news papers ect and even regain some self respect back I mean come on she attacked everyone the law the recordings the donations the, child the the dogs people the judge and jury the police reianna johhny Jason m #elonmusk #jamesfranko lawyers #warnerbro #disney #DC #insurence #fbi #socialmedia #australia company's old friends @media's  @aclu  @ALCH  Jeff jimmy  new friends Whitney her exes witness her supporters Johnny Depp supporters she is in so over her head it's about time actors and musicians start shouting out on her behaviour I would definitely have her sectioned with out hesitation and call up the #childprotectionservice as to me and many others as I could never forgive myself if something was to happen,the list is endless,Johnny was never found guilty of anything  she was proven to be the aggressor she is a danger to Johnny the public and her child? And herself enough is enough even Paul is not safe because she hired him and fired him as her pi all because he could not deliver anything to her because there was nothing on Johnny to find ,and yet not one penny has she paid through all of this intire case that why there's got to be a point where her being sued is not making any difference harsher penalties need to now be a jail sentence it's the only way to show that the law shows that actions will be taken @Britain @America @Australia looks like a joke which only encourages others to do the same I leave my prayers for Jeffs family and friends who will be deeply missed by so many and that they are given the respect to grieve in peace for their loved one privately rip Jeff and to those who o kill remind yourself of how you would feel seeing others laugh over someone you love and how hurtful that would be,shame on you, tv Paul sorry if to long xxx 🙏 💯 GBGBGB 🦋🐝⚡🌍❤️🌹



Show less   Reply





## Mysterious Disappearance of Johnny Depp business partner Anthony Fox The Unheard Tapes - Part I

**Paul Barresi** — 212 subscribers

1,556 views · Jun 20, 2023

Johnny Depp business partner Anthony Fox vanished Dec 19, 2001. He was officially deemed missing in early January 2002. The endangered missing persons case remains open with the Ventura California Police Department. Three years ago, detectives reached out to Hollywood sleuth Paul Barresi. What Barresi learned was information that changed completely what we thought we knew about Anthony Fox's disappearance, and suggests that the circumstances of his disappearance was a covered up.

**People mentioned** — 2 people



- **Johnny Depp** — American actor (born 1963)
- **Amber Heard** — American actress (born 1986)

### Transcript
Follow along using the transcript.

Show transcript

**Paul Barresi** — 212 subscribers — Videos · About

Show less

### 6 Comments — Sort by

**@marciabishop4257** — 2 years ago
Thank you for sharing this.

**@LisaCypher** — 2 years ago
Anybody ever think maybe he went into the witness protection program?
3 likes

**@rosebloem2474** — 5 months ago
Kijk naar deze clip
Translate to English

**@cynthiasummers8238** — 2 years ago (edited)
I have a good friend who worked at the Viper Room from 1995 on. He mentioned Anthony's disappearance but said JD had nothing to do with it. I used to live in Hollywood ( the last time from 89 to 2007 ). While his substance abuse problems were common knowledge, I never heard of him being abusive in any way with women.
1 like

**@rosebloem2474** — 5 months ago
Waarom werd johnny gearresteerd in arizona jaren geleden
Translate to English

**@rosebloem2474** — 5 months ago
Johnny depp weet ongetweifeld meer
Translate to English





1:08 / 4:08

**HELL IN PARADISE CHRISTINA TAFT C E O ATTACKS ON JOHNNY DEPP WITNESSES CALLED OUT BY ADAM WALDMAN**

Paul Barresi
621 subscribers

Subscribe    45    Share    Download    Clip    ...

621 views  Dec 17, 2022
CHRISTINA TAFT inherited fortune after heartlessly abandoning her blind mom Victoria Taft to die alone in worst fire in California history. What did she do with all that money? She dedicates her life fighting for Amber Heard's cause, victimizing innocent Johnny Depp witnesses. Mom would be turning over in her grave, but all that was left of her was a few charred bones, and her teeth and her heart. Christina Taft, not a more vile, evil human has ever breathed air.

**Transcript**
Follow along using the transcript.

Show transcript

Paul Barresi
621 subscribers

Videos    About

Show less

7 Comments    Sort by

Add a comment...

**@writernella** 2 years ago
Get rid of her then evil is coming out more n more they can't hide in the darkness of the shadows anymore
2    Reply
∧  • 2 replies

**@paulbarresi705** 2 years ago
I will be slapping that bitch so hard with a lawsuit after the New Year it'll make her stupid head spin round and round.
Reply

**@paulbarresi705** 2 years ago
Christina Taft's legacy will always be for the rest of her life, leaving her mother to burn alive in the worst fire in California history.
Reply

**@teresamcmud2605** 7 months ago
@paulbarresi705 wow you seem unhinged. This makes me believe her more. Thanks!
Reply

**@teresamcmud2605** 7 months ago
Is that how Waldman sounds?!?? 😂😂😂
Reply

**@2009jadeorchid** 2 years ago
she is pure evil   i didn't believe she was really sad about her mother   jmho  i just was not seeing sincerity in documentaries she was cold
Reply





### CHRISTINA TAFT C.E.O. - DESPICABLE ACTS OF VENGEANCE

**Paul Barresi** — 621 subscribers

399 views  Dec 16, 2022
Christina Taft C.E.O. obsessed Amber Heard stalker, abandoned her blind mother to burn to death in he worst fire in California history; was subsequently awarded millions in a wrongful death lawsuit, then used the money to go after witnesses for Johnny who helped lead him to victory at the VA trial.

**Transcript**
Follow along using the transcript.

Show transcript

**Paul Barresi** — 621 subscribers

Videos   About

Show less

0 Comments   Sort by

Add a comment...





