# Index of Exhibits

# Motion for Supporting Adam Waldman as a Witness, and Friend of Witness Johnny Depp, truly and ethically in Taft v Barresi et al

PART 1 ...................................................................................................3

EXHIBIT A Conversation with Olivia Barash (sympathy, peacebuilding, liberation themes) ...........................................................................3

EXHIBIT B Plaintiff's October 16, 2025 email to Adam Waldman titled "Moving Forward – Filing Today to Free Adam, Johnny, and the Viper Room." .......................................................................................4

EXHIBIT C Sympathetic text to Ed Shaw ("Big Ed") and reference to Defendant Barresi's disclosures of telephone call recording. ......................5

EXHIBIT D Outreach texts to Adam Waldman (sympathy, concern about illegal telephone call recording of him, birthday wishes)………………… 6

EXHIBIT E Email dated October 12, 2025 to Adam Waldman (Request to Notify Constance Fox). ..............................................................7

EXHIBIT F Email dated October 8, 2025 to Adam Waldman (Corrected Notice to Gina Deuters with Declaration on Exploitation)………………..8

EXHIBIT G Email dated October 7, 2025 to Adam Waldman (New Notice Subpoena Isaac Baruch)..................................................................9

EXHIBIT H Email dated October 9, 2025 to Adam Waldman (Corrected Declaration regarding Justin and Barresi).................................................10

EXHIBIT I Photograph with Claudia Jamisen from Viper Room at restaurant (Macy's Day parade, Dior accessory). ......................................11

EXHIBIT J Adam Waldman's publication "Hollywood Math" (July 23, 2023). ....................................................................................12

PART 2 ...................................................................................................13

EXHIBIT K Emails/documents from Mario George Nitrini III forwarding Barresi on Weiss of Viper Room on Johnny's finances (May 27, 2022)..   13

EXHIBIT L Adam Waldman's Substack post "$SCAMS by Adam Waldman" (March 20, 2023)........................................................14

EXHIBIT M Adam Waldman's Twitter/X post (June 19, 2025, 8:44 PM) denouncing illegal surveillance ................................................15

**EXHIBIT N Adam Waldman's Twitter/X post (June 19, 2025, 8:24 PM) on tactics used against him and Johnny Depp's circle** .....................................16

**EXHIBIT O Photograph (June 26, 2024) of Palm Beach shopping district (Gucci store, sports cars, symbolic watch)** ....................................................17

**EXHIBIT P Paul Barresi's Twitter/X post (March 11, 2023, 3:28 PM) mocking attorney Dennis Wasser** ................................................................18

**EXHIBIT Q Photograph (June 2025) of subpoena showing Adam Waldman's DC home address (from Feb. 2021 subpoena)** .......................19

**- Exhibit of Positivity from Mr. Adam Waldman in Florida on August 6, 2025 after Plaintiff's efforts of peacebuilding**……………………………..…...20

# PART 1: EXHIBITS IN MOTION FOR FREEING ADAM WALDMAN
# (Supporting reconciliation and collaboration)

# Freeing the Viper Room

## PART 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRISTINA TAFT,

Plaintiff,

vs.

PAUL BARRESI, et al.,

Defendants.

Case No.: 5:24-cv-01930-TJH-DTB

## EXHIBIT A

Conversation with Olivia Barash demonstrating sympathy and peacebuilding, noting she is free to reach out to Adam Waldman. I encouraged positivity and overcoming challenges, including liberation related to the Viper Room, charity, and Johnny.

8:12

**Olivia Barash**
last seen Mon at 10:28 PM

AW  Contact Photo & Poster

mobile *RECENT*
(202) 550-4507

FaceTime

Notes

Send Message

Johnny's friend Adam's phone number: (202) 550-4507
awaldman@theendeavorgroup.com

Please message me here! And I hope Adam replies warmly to you. You've known Johnny's circle for decades ❤️

Edited 10:07 PM ✓✓

Olivia,

It was so wonderful to talk with you! Your energy and warmth always lift my spirits.

I'm wishing you the best day - I really feel like the stars are aligning for you right now!

Thank you. It means the world to me, and I'm so happy to support you too. We're in this together.

Sending you lots of love,
Christina

10:09 PM ✓✓

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRISTINA TAFT,

Plaintiff,

vs.

PAUL BARRESI, et al.,

Defendants.

Case No.: 5:24-cv-01930-TJH-DTB

**EXHIBIT B**

Email from Plaintiff to Adam Waldman, dated October 16, 2025, entitled "Moving Forward – Filing Today to Free Adam, Johnny, and the Viper Room." This email demonstrates Plaintiff's good-faith effort at reconciliation and clarifies her recognition of Mr. Waldman's role as a witness who can represent other witnesses from Johnny Depp's circle.

 **Gmail**

Christina Taft <taftchristina.ceo@gmail.com>

---

## Moving Forward - Filing Today To Free Adam, Johnny, & Viper Room

**Christina Taft** <taftchristina.ceo@gmail.com>                                        Thu, Oct 16, 2025 at 9:42 PM
To: Adam Waldman <awaldman@theendeavorgroup.com>, "Braga, Stephen" <stephen.braga@bracewell.com>

Hi Adam,

I hope this message finds you well and in good spirits.
I wanted to reach out to let you know that I'm filing the motion today. It will correctly name you as a witness and address the illegal telephone recordings and extortion that have affected you, Johnny, the Viper Room circle, and myself.

My sincere hope is that this marks a turning point—that you, Johnny, and everyone in the Viper Room circle, along with all your friends, will finally be free from Barresi and Justin from here forward.

You deserve peace, and I'm hopeful that brighter, more positive days are ahead for all of us. Wishing you good health and positivity as we move into this next chapter.

I requested about Constance Fox and Charles Fox, Anthony Fox's family, that they were illegally recorded on the telephone by Barresi and that Johnny's charity, generosity, and sympathy to unique individuals was exploited. I hope for freedom.

Put in a good word for Lori Mattix and Olivia Barash.
I hope I can talk with you for sympathy, charity, and goodness.
If you can extend any sympathy to me as I'm giving to you with this, I'd be grateful.

Take care,
Christina Taft

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*

3:13

◀ App Store

#Fireworks #Boston #Independence #4thofJuly
pic.x.com/73uiHy3gMa

 6w

竹中先生叩き絶許のフルマックシャ ✅ liked your post

Boston Fireworks in the harbor tonight!!! I love Massachusetts!!! Here's the show for 4th of July Independence Day.

#Fireworks #Boston #Independence #4thofJuly
pic.x.com/73uiHy3gMa

 7w

Adam Waldman ✅ liked your post

Over three years, Barresi confiscated our communications to prevent unification to see Barresi harms both Johnny and Amber, leaving my family and I "caught in the middle" unwantingly.

Defendant has fixated on Adam Waldman…
Defendant Barresi illegally recorded Waldman and pic.x.com/9s16NzY7pd

 7w

〰️ Phaistos 〰️ ✅ liked 2 of your posts

That's great! It's sunny in Greece and France 🌞 🌞 🌅

Show all



〰️ Phaistos 〰️ ✅ @1821_crying · 8/5/25
Replying to @XTinaTaft_Film

I certainly will, thank you 🙏

💬 1          ↻          ❤️ 1          📊 37

🏠    🔍    ⊘    🔔    ✉️

8w

Hazel ✅ followed you

3:13

◄ App Store



**Christina Taft**
480 posts

**Posts**   Replies   Highlights   Videos   Photos   Article

**Christina Taft** ✔ @XTinaTaft_Film · 8/5/25

Over three years, Barresi confiscated our communications to prevent unification to see Barresi harms both Johnny and Amber, leaving my family and I "caught in the middle" unwantingly.

Defendant has fixated on Adam Waldman... Defendant Barresi illegally recorded Waldman and forced disputes.

I supportively told Adam Waldman that he should be against financial abuse and exploitation, and he wrote publicly after silence from March 2023 to present –
which coincides to Defendant Barresi's enforcement.

Adam appeared to rebuke unconsented recordings of him publicly and against media.
#HappyBirthdayAdamWaldman



**seedoftruth** ✖ @seedoftruth1 · 8/4/21

Happy Birthday Adam!! \
you on Twitterland. Have
day :)

ank you!!

This makes me so happy
#HappyBirthdayAdamWaldma
n

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


CHRISTINA TAFT,

Plaintiff,

vs.

PAUL BARRESI, et al.,

Defendants.


Case No.: 5:24-cv-01930-TJH-DTB


**EXHIBIT C**

Sympathetic text to Ed Shaw ("Big Ed") expressing sympathy for what he endured. Two years ago (December 8, 2023 from Nitrini with "Something is coming and it's coming soon. The complete unedited audio tape recording of Johnny Depp's head-of-security Big Ed Shaw"), I received a telephone recording of his discussion with another Viper Room employee and I ask if he'd like this telephone recording removed from its disclosures.



8:14

ES

Ed ›

iMessage
Monday 2:44 PM

Hey Big Ed,
I hope you're feeling well today and that
good energy is flowing your way.
A mutual friend from the Viper Room
suggested we connect a few years
back, and I've been meaning to reach
out. A couple years ago, I received a
telephone recording of a conversation
between you and this colleague
discussing some alleged events. I
wanted to let you know about this and
ask if you'd like it taken down or
removed.
I just wanted to express my sympathy
for whatever you went through during
that time. I hope things are in a better
place for you now, and I'm sending
positive vibes your direction.
If you're open to connecting, I'd
welcome the conversation.
All the best,
Christina

Delivered • Edited

iMessage

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


CHRISTINA TAFT,

Plaintiff,

vs.

PAUL BARRESI, et al.,

Defendants.


Case No.: 5:24-cv-01930-TJH-DTB

**EXHIBIT D**

Outreach texts to Adam Waldman expressing sympathy that he was illegally telephone recorded by Barresi and extending "Happy Birthday" wishes.

8:09

AW

Adam >

Thursday 2:07 PM

Hi Adam, bonne journee, I'm motioning to help take you out of the "et al" portion - also I'm going to ask to redact about your Porsche, house so on, SSN 4 digits to protect your financial information.

I'm in a luxury program and trying to educate myself to survive this. No one in the USA even has a luxury program, so this is very cultural.
Before I do this I have to declare one more time about the illegal telephone recordings by Barresi of Constance Fox and Fox's brother as part of his financial scams.
You are right in your book on Hollywood Math - there are others being paid without written contracts (fake people on the payroll, I heard from what's his name too before your rationality) and are exploiting Johnny's finances, sympathy, generosity, and lack of organization.

I'm still going through extortion myself and his false manufactured accusations. I also wanted to correct PR news wire to say "Connect" Depp not benefit as he falsely claimed himself- I'm sure they all claim that while siphoning funds. I didn't know the public would continue to believe Barresi's lies and enable extreme harm due to them. It's really terrible. I just want freedom.

iMessage

8:10



AW

Adam ›

Also Olivia and everyone has been welcoming and sympathetic, receptive. I hope there's a way to survive

Thursday 3:08 PM

Hi Adam, Bonne journee

Barresi should be sanctioned for his illegal phone practices doing extortion and to manufacture false accusations.

Maybe one day I can ask you about your Prada suits?

I wish we could have had him get stopped for his harm instead of the public listening to his lies just because he uses names that don't want him. I did speak with  Johnson, Sylvester Stallone's lawyer and he claimed Barresi didn't have assets to sue but he certainly does.

As said, in 2023 I just wanted to sue Barresi, not you. You can see what even happened when I said business without going into timeline details.
Also I reported Juan Brooks when he siphoned my bank account and didn't give documentation on how Barresi harmed you and Johnny.

Then I was pushed to not even say I bought a Dior item because I was being sarcastic because of the pressuring about my mother and Barresi's continual

iMessage

8:07

AW

Adam ›

I wish it didn't become this way. I think Johnny (when Barresi isn't after me) doesn't want retaliation to people and would rather continue his life as would you?
Barresi is misrepresenting figures while publicists took down that ABC article on him harming Stallone

I changed my phone number again and it's a Pennsylvania phone number
Christina Taft

Mon, Jul 21 at 7:03 PM

Hi Adam, you have a great blog! I'm reading it and I recall seeing in March 2023 that you tried starting it.
I thought maybe you wanted to show the true story then Barresi went deranged and derailed everything.

I could only base what was occurring from what was being shown to me, and Barresi's stalking. You know about speculation and conclusory from legal training. I'm happy to read your blog and the elegance of its writing providing relatable details.
Further against illegal recording.

Sincerely,
Christina Taft

Thu, Jul 24 at 8:19 PM

Adam, the activity by Barresi must

iMessage

8:09

AW

Adam

Tue, Sep 30 at 4:30 PM

Adam, I'm being extorted and it's horrific. I'm at risk of losing everything, and this started right when I began saying the telephone recording disclosures by Barresi are illegal.

I saw the "Depp Declassified" threats in between telephone releases of your phone call with Barresi—with pressure onto Isaac and Johnny. In August 2023 it was clearly all about him pressuring you and Johnny. It continued, and then he turned onto me Oct–January when Juan Brooks told him he was investigated and Juan likes Johnny. And the lady he wanted me to think of was Amber, so he then used Justin, to create this terrible space.
All I've been is being used and destroyed for my sympathy for larger players who respond to Barresi—who is doing this extortion.
Everything my mom Vicki gave me is gone. It's planned illegally to take everything from me.

This is a nightmare and it's sensitive private information. It has nothing to do with "Johnny or Amber is right" but how Barresi can exploit them in his obsession and any other Hollywood actor or person.... It's a scam.

Why isn't there any mercy towards me? What am I supposed to think when I get

iMessage



8:09

AW

Adam

Thursday 2:07 PM

Hi Adam, bonne journee, I'm motioning to help take you out of the "et al" portion - also I'm going to ask to redact about your Porsche, house so on, SSN 4 digits to protect your financial information.

I'm in a luxury program and trying to educate myself to survive this. No one in the USA even has a luxury program, so this is very cultural.
Before I do this I have to declare one more time about the illegal telephone recordings by Barresi of Constance Fox and Fox's brother as part of his financial scams.
You are right in your book on Hollywood Math - there are others being paid without written contracts (fake people on the payroll, I heard from what's his name too before your rationality) and are exploiting Johnny's finances, sympathy, generosity, and lack of organization.

I'm still going through extortion myself and his false manufactured accusations. I also wanted to correct PR news wire to say "Connect" Depp not benefit as he falsely claimed himself- I'm sure they all claim that while siphoning funds. I didn't know the public would continue to believe Barresi's lies and enable extreme harm due to them. It's really terrible. I just want freedom.

iMessage

8:07

**AW**

Adam >

Tue, Aug 5 at 5:56 PM

Hi Adam, hope you're doing well.
Could you help me get Justin's full
name? I'd like to focus on him instead of
involving you, since I think you and
Johnny have been caught up in Barresi's
recording issues unfairly.

Thanks for staying out of the complaint
situation - that was probably the smart
move. I keep trying to move forward but
things seem to escalate whenever I
make progress.
Would love to put this behind us and
move on. If you're willing, I could use
some help updating my complaint.

Also hoping to get my mom's tribute
article restored on AP - it got taken
down after some publicity issues, but it
was just about her standard workplace
case. Nothing controversial.

Let me know if you can help with
Justin's info when you get a chance.
Thanks

Also Happy Birthday, Adam!
From France
If you could review my questions about
Justin's full name and Barresi I would
appreciate it.

Edited

Tue, Sep 30 at 4:30 PM

iMessage 



8:08

AW

Adam >

training. I'm happy to read your blog and
the elegance of its writing providing
relatable details.
Further against illegal recording.

Sincerely,
Christina Taft

Thu, Jul 24 at 8:19 PM

Adam, the activity by Barresi must
cease immediately as it is financial
abuse – which I thought your blog was
very much against. I'm also against
financial abuse and exploitation, and my
years of charity have nearly ended me.
He schemed and ran me out of the city
finally, and I'm very sick.

I have to extend time to you that Barresi
illegally recorded you. As with others,
his practices force people to do what he
says and directs. This has to stop.

I know you care about Johnny, but as
soon as my Amendment ends, whatever
he did to you and him will be cemented.
Further taking the compassions to
witnesses, victims, and people.
I'm worried for my own life now and he'll
continue.

Christina Taft
Propria Persona

Edited

Tue, Aug 5 at 5:56 PM

 iMessage 

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


CHRISTINA TAFT,

Plaintiff,

vs.

PAUL BARRESI, et al.,

Defendants.


Case No.: 5:24-cv-01930-TJH-DTB

**EXHIBIT E**

Email dated October 12, 2025, to Adam Waldman notifying him of my Request to Notify Constance Fox regarding motion to dismiss him as defendant ("Request to Notify Constance Fox - Fwd: Activity in Case 5:24-cv-01930-TJH-DTB Christina Taft v. Paul Barresi et al Subpoena Request (AO 88)").

10/15/25, 8:28 AM                    Gmail - Request to Notify Constance Fox - Fwd: Activity in Case 5:24-cv-01930-TJH-DTB Christina Taft v. Paul Barresi et al Subpo…

Case 5:24-cv-01930-TJH-DTB    Document 140-2    Filed 11/01/25    Page 21 of 61    Page
ID #:5789



Christina Taft <taftchristina.ceo@gmail.com>

---

## Request to Notify Constance Fox - Fwd: Activity in Case 5:24-cv-01930-TJH-DTB Christina Taft v. Paul Barresi et al Subpoena Request (AO 88)

**Christina Taft** <taftchristina.ceo@gmail.com>                    Sun, Oct 12, 2025 at 10:08 AM
To: Adam Waldman <awaldman@theendeavorgroup.com>

Greetings Adam,
Request to notify Constance Fox --- We'll be doing a motion soon about taking you off of et al.

[Quoted text hidden]
[Quoted text hidden]

---

**3 attachments**

 **Filed Request to Issue Notice- Constance Fox.pdf**
3437K

 **Filed Exhibits to Request to Issue Notice- Constance Fox.pdf**
2726K

**Filed Certificate of Service for Request to Issue Notice- Constance Fox.pdf**
180K

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


CHRISTINA TAFT,

Plaintiff,

vs.

PAUL BARRESI, et al.,

Defendants.


Case No.: 5:24-cv-01930-TJH-DTB

**EXHIBIT F**

Email dated October 8, 2025, to Adam Waldman filing Corrected Notice to Gina Deuters with Declaration on Exploitation by Defendant Barresi ("Filed Corrected Notice to Gina and Exploitation Both Sides - Fwd: Activity in Case 5:24-cv-01930-TJH-DTB Christina Taft v. Paul Barresi et al Notice (Other)").

10/15/25, 8:28 AM Gmail - Filed Corrected Notice to Gina and Exploitation Both Sides - Fwd: Activity in Case 5:24-cv-01930-TJH-DTB Christina Taft v…

Case 5:24-cv-01930-TJH-DTB Document 140-2 Filed 11/01/25 Page 23 of 61 Page ID #:5791

 **Gmail**

Christina Taft <taftchristina.ceo@gmail.com>

---

## Filed Corrected Notice to Gina and Exploitation Both Sides - Fwd: Activity in Case 5:24-cv-01930-TJH-DTB Christina Taft v. Paul Barresi et al Notice (Other)

**Christina Taft** <taftchristina.ceo@gmail.com>
To: Adam Waldman <awaldman@theendeavorgroup.com>

Wed, Oct 8, 2025 at 6:34 PM

Bon journee Adam -

Filed Corrected Notice to Gina Deuters - with Declaration on Exploitation by Defendant Barresi of "both sides" and [allegedly] Johnny and Adam's sympathy. Shows the extortion by illegal recordings and Barresi's fixations (harm to ultra-high-net-worth individuals)

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

---

**4 attachments**

 **110-1.pdf**
287K

 **110-2.pdf**
178K

 **110.pdf**
278K

 **1 A Corrected Notice to Gina Deuters - NOTICE WITNESS TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS.pdf**
251K

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


CHRISTINA TAFT,

Plaintiff,

vs.

PAUL BARRESI, et al.,

Defendants.


Case No.: 5:24-cv-01930-TJH-DTB

**EXHIBIT G**

Email dated October 7, 2025, to Adam Waldman filing New Notice Subpoena Isaac Baruch ("New Notice Subpoena Isaac Baruch - Fwd: Activity in Case 5:24-cv-01930-TJH-DTB Christina Taft v. Paul Barresi et al Notice (Other)").

10/15/25, 8:28 AM Gmail - New Notice Subpoena Isaac Baruch - Fwd: Activity in Case 5:24-cv-01930-TJH-DTB Christina Taft v. Paul Barresi et al Not…

Case 5:24-cv-01930-TJH-DTB Document 140-2 Filed 11/03/25 Page 25 of 61 Page ID #:5793

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

## New Notice Subpoena Isaac Baruch - Fwd: Activity in Case 5:24-cv-01930-TJH-DTB Christina Taft v. Paul Barresi et al Notice (Other)

**Christina Taft** <taftchristina.ceo@gmail.com>                    Tue, Oct 7, 2025 at 7:27 AM
To: Adam Waldman <awaldman@theendeavorgroup.com>

Hi Adam,

For your consideration!

---------- Forwarded message ---------
[Quoted text hidden]

---

**4 attachments**

📄 **107-3.pdf**
179K

📄 **107.pdf**
201K

📄 **107-1.pdf**
272K

📄 **107-2.pdf**
6783K

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRISTINA TAFT,

Plaintiff,

vs.

PAUL BARRESI, et al.,

Defendants.

Case No.: 5:24-cv-01930-TJH-DTB

**EXHIBIT H**

Email dated October 9, 2025, to Adam Waldman filing Corrected Declaration regarding Justin and Barresi's harmful exploitation ("Corrected Declaration-- Justin-Barresi Wealthy harm - Fwd: Activity in Case 5:24-cv-01930-TJH-DTB Christina Taft v. Paul Barresi et al Notice (Other)").

10/15/25, 8:28 AM — Gmail - Corrected Declaration-- Justin-Barresi Wealthy harm - Fwd: Activity in Case 5:24-cv-01930-TJH-DTB Christina Taft v. Paul ...

Case 5:24-cv-01930-TJH-DTB    Document 140-2    Filed 11/01/25    Page 27 of 61    Page
ID #:5795

 Gmail

Christina Taft <taftchristina.ceo@gmail.com>

---

## Corrected Declaration-- Justin-Barresi Wealthy harm - Fwd: Activity in Case 5:24-cv-01930-TJH-DTB Christina Taft v. Paul Barresi et al Notice (Other)

**Christina Taft** <taftchristina.ceo@gmail.com>                    Thu, Oct 9, 2025 at 5:33 PM
To: Adam Waldman <awaldman@theendeavorgroup.com>

Adam,

I have to use education n ultra-high-net-worth as individuals to survive this.

I can't believe they're doing this again with Justin in EM's circle. This already happened before and it was reported to the company Tesla. I am in so much danger and Barresi did this.

We both were set up and it doesn't even make sense.

Why defend a horrible extortionist exploiter like Barresi? This cannot go on to focus on you just to control the situation of press or antagonism like Machavielli.

I'm not supposed to be talking to you, but I was taught by Mark that we are supposed to talk to alleged opposition and help the potential client countersue of their property is being wrongly taken.

That value wasn't upheld because of manufacturing false accusations for execution!

*Founder & Entrepreneur | Innovator | Egalitarian, Humanitarian*
*LinkedIn*
[Quoted text hidden]

---

**4 attachments**

 **Notice Correction with Declaration on Exploitation.pdf**
250K

 **Corrected Clerk Signed Subpoena to AH.pdf**
276K

 **Filed Exhibits to Notice to Ah witnessing declaration.pdf**
5900K

**certificate of service to notice ah declaration, exhibits, clerk.pdf**
178K

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRISTINA TAFT,

Plaintiff,

vs.

PAUL BARRESI, et al.,

Defendants.

Case No.: 5:24-cv-01930-TJH-DTB

**EXHIBIT I**

Photograph of myself with Claudia Jamisen from the Viper Room taken after the Macy's Day parade, showing Dior accessory, demonstrating Barresi's obsessive fixations on luxury items, charitable connections, and financial information related to ultra-high-net-worth individuals and their circles.



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


CHRISTINA TAFT,

Plaintiff,

vs.

PAUL BARRESI, et al.,

Defendants.


Case No.: 5:24-cv-01930-TJH-DTB

**EXHIBIT J**

Witness Adam Waldman's "Hollywood Math" publication from July 23, 2023, demonstrating his sophisticated understanding of exploitation schemes targeting ultra-high-net-worth individuals through manufactured disputes and coercive financial demands. (https://adamwaldman.substack.com/p/hollywood-math)

# Hollywood Math



**ADAM WALDMAN**

JUL 23, 2025

♥ 326    💬 193    🔁 31    Share    ⋯

*"You've got a lot of nerve*

*To say you are my friend."*

*-Bob Dylan*

Two days later, on Friday, November 4, 2016, I set up office in a shaded corner booth at the Beverly Hills Hotel pool. Larry Leavitt from Ed White's office called and breathlessly said, "Joel Mandel filed to foreclose on Johnny's home!" "Johnny's home" actually meant four luxury properties in West Hollywood that he had acquired over the years, including his castle that I had just visited. This action came out of nowhere. I asked Larry to send me the papers.

In all that came next, it would never be remembered that Johnny hadn't even launched the wars. The fuses were lit from the start by his opponents.

And when I received the filing, the Mandels claimed they had loaned Johnny $5 million. This raised doubts in my mind. If there were any financial improprieties, why would they be loaning Johnny money?

I called Johnny and told him his home was being foreclosed on. He was shocked to speechlessness. I filled the silence: "why did the Mandels loan you $5 million?"

"Huh?"

He said he had no idea that they had loaned him anything. Frankly, at that moment, I did not believe him. This made zero sense.

But I now needed to hire some California real estate lawyers to defend against the foreclosure. This accelerated matters considerably with the Mandels. I had planned to call Mandel to establish the facts, but I wanted to do more digging first. Now I would have to rush ahead with the call. I texted Johnny for permission to approach Mandel.

Johnny texted me November 10: "Hey, Adam … Good hearing from you!!! I've been worried that Joel is gonna catch us with our pants down!!! As to question 1 – YES, PLEASE!!! BY ALL MEANS, CALL MANDEL AND CONVEY TO HIM THAT WE ARE GOING TO HAND HIM HIS ASS!!!!! Respect … Johnny D."

I remembered the Stalin statue in Johnny's office. Did Mandel know when he gave it to Johnny that Stalin killed all of his advisors?

For the moment, the ass-handing was coming our way. To Johnny, the foreclosure action was a direct attack on his children and their future ownership of the home they grew up in. I wrote back proposing a different strategy for the Mandel call, opting instead to put Mandel at ease and hear his story. Johnny approved: "If you feel that is the way to approach him … fine. I'm not so sure that the guy has anything to rely on but the wind from his own bad breath against a fortified sandcastle!!!!!"

It took a few more days to obtain the papers. But when I did, the worm turned in my mind again. The Mandel brothers' loan of $5 million was secured by more than $60 million worth of Johnny's houses. Johnny never received the independent legal advice about the "loan" required by law for business managers and especially lawyers to loan money to their client. Johnny had the most powerful lawyers in Hollywood working for him. How was it possible that this multi-million dollar loan, with his homes as collateral, had not been reviewed by any of them? How could the Mandels have given him so much money without mentioning it to him? Why would they? Another odd feature of the loan was that it had language saying if Johnny ever fired or sued the Mandels, it would accelerate the loan and make it immediately due and payable. It appeared the

https://adamwaldman.substack.com/p/hollywood-math?r=no1j7&utm_campaign=post&utm_medium=web&triedRedirect=true

Mandels had borrowed the money themselves from City National Bank, before loaning it to Johnny. What was going on here?

On November 10, 2016, sitting in an armchair at the Crosby Hotel in New York, I left a voicemail on Joel Mandel's cell phone that I was Johnny Depp's lawyer, and I was interested in discussing his situation and claims against Johnny. I put the phone in my lap and stared straight ahead. It took 90 seconds for my phone to ring.

It began friendly and remained that way until it wasn't. I told Mandel that I was a fixer, not a fighter. A deal lawyer, not a litigator. I was calling to see what the problems were between him and Johnny, and to see if I could help find a resolution. "If there is a deal to be done, I'm here to help make it," was the message. Then I let greed and the hustle take over.

Hearing what he wanted, Joel Mandel assumed I was there to negotiate a settlement of his threats. With his opening monologue, he began to dig his own grave.

Joel Mandel's basic cover story was that Johnny didn't make as much as he spent. He said, "Let me give you some Hollywood math," and must have liked that turn of phrase because he repeated "Hollywood math" constantly. Mandel proceeded to explain how Johnny had "over 40 employees" (he had 12), flew everywhere on private planes (generally paid for by the Hollywood studios as part of his movie contracts), had a massive security apparatus, recklessly bought luxury real estate and fine art (just before luxury real estate and fine art markets skyrocketed in value) and was an impulsive wastrel. I understood this to be a defensive narrative, a victim-blaming "cover story." I wanted to determine quickly whether there was a contract.

After an hour where Mandel did 95% of the talking, I said "we don't need to solve this in one phone call." I wanted to keep him at the card table. I asked him nonchalantly to help me prepare for our next discussion and get up to speed by sending me a few of the key documents just to get my bearings. For example,

could he shoot me Mandel's, Johnny's agent Tracey Jacobs' and Jake Bloom's contracts? I held my breath.

"We never had any contract with Johnny."

"None of you? Not even his lawyer Jake Bloom?"

"No. Never. That's not how it's done in Hollywood," he sneered.

"Any chance Jake Bloom had a contract with Johnny that you didn't know about?"

He laughed: "No chance. I deal with Jake Bloom almost every day. For decades. We have clients in common. Jake's a close friend. We talk constantly. He's great." Mandel wasn't interested in my contract question, he wanted to get back to talking about "his" money. "Johnny owes me $5 million and I want my money. Jake has his hands on everything, and he knows about everything. You should talk to Jake. He knew I was going to foreclose on Johnny's home, but there was nothing he could do. That idiot new business manager Ed White refused to pay."

"You told Jake Bloom in advance that you were going to foreclose on Johnny's home?"

"Of course. He knows about everything. You should talk to Jake."

This perked up my ears. Johnny's own legendary lawyer Jake Bloom knew in advance Johnny's former business manager was preparing to foreclose and didn't warn him? Why would Jake Bloom hide something like that from a client? It suggested that the terminated business manager was somehow more important to Jake Bloom than his own client Johnny Depp. It didn't make sense.

"You also need to talk to Christi." Christi Dembrowski was Johnny's sister. "Everything came and went through Christi. Christi is Johnny."

I immediately understood where Mandel was going with this. He was working an "alter ego" narrative, trying to suggest that Christi stood in the shoes of Johnny and possessed Johnny's authority. He did not mention that he possessed power of attorney granting him total control over all finances.

Now was the time for the one point I wanted to communicate. "Joel, you have a dispute with Johnny. He also has some concerns with you about a few things. Including that he didn't even know you were loaning him that money that he never asked you for and using his homes as loan collateral. But nobody wants to have a discussion with a gun to their head. You need to put the gun down."

He knew I meant the foreclosure action. "Nah! Forget it! I'm not dropping it. I filed that action so somebody would show up on the other end of the line. And here you are." He added hopefully, "And I'm glad you're here." I made a mental note that he had not disputed Johnny's ignorance about the $5 million loan.

"I would be here anyway. I'm not suggesting you drop anything. I'm suggesting you postpone the foreclosure action while we talk, which you can always pick up again later." The 90-day clock was ticking on the foreclosure itself. Johnny would lose his homes soon. "You will only have lost one business day so far, and you can restart the clock again any time."

"Nah. I'm not dropping it."

"What about the taxes, Joel? We have a report that you didn't pay Johnny's taxes on time for 17 straight years. And that he paid almost $10 million in tax penalties alone as a consequence."

He exploded. "That's bullshit! We always paid his taxes on time!! And to the extent there was ever a late tax payment, that's because he never had enough money to pay the taxes on time!"

"For 17 straight years?"

"Never!"

Hmm. First, he just said it was "bullshit" they didn't pay the taxes. Then he implied it was sometimes true, with an excuse. Then he admitted that he never paid the taxes on time. Three different answers in 10 seconds on what turned out to be at least an $8.3 million issue. His story was that Johnny Depp made $650 million but never had enough to pay his taxes for 17 straight years? How did that Hollywood Math make sense?

Mandel and I had two more calls over the following few days. I paced around my house listening to his spin. It was pretty much a carbon copy of the first discussion, but as Mandel's confidence grew with me, so did his yarns. I would politely ask him to drop his foreclosure action, and he would refuse.

He peppered our discussion with increasingly picturesque illustrations of "Hollywood Math," and groused about what a crazed overspender Johnny was. I thought but didn't say: If you were his business manager, and he was spending more than he made to the point of depletion over 17 years, you had an obligation to provide advice and guidance in return for the $35 plus million you paid yourself as "business manager." So there must have been a lot of email and other evidence reflecting those interventions. Yet Ed White said there were no files, that Mandel claimed he kept all the financial files "in my head." If Mandel and Bloom were in touch with each other every day, what was the dynamic here? What had happened over those 17 years to $650 million, and what role did these Hollywood suits - Mandel and Bloom - play?

On November 16 Johnny texted: "I've had a lightbulb go off and I have an idea of a person who should have quite a LOT of very pertinent information!!! Super important!!!"

The person Johnny had in mind, a guy who worked at his production company Infinitum Nihil, didn't turn out to have lots of information. He had one critical piece.

On November 21, I called this guy, who told me there was a woman named Janine Rayburn who had worked for Joel Mandel's firm The Management Group

("TMG") on Johnny's account. He thought Janine might have been Johnny's day-to-day account manager. She was frequently complaining about bad practices towards Johnny. He vaguely recollected, although it was misty after a few years, that Janine was fired for these complaints, and might have been paid "hush money" on the way out.

Too good to be true, I thought.

As November 2017 drew to a close, I began to speak with Johnny every day over FaceTime. Sometimes our video calls lasted hours. He was an unusual combination of Bohemian and southern gentleman. He revered his recently passed mother, although she had savagely beaten him (and his father) throughout his childhood, and he said she was "the meanest woman I ever met." He never spoke unkindly about any woman and rhapsodized tenderly about his former partners - from Kate Moss to "Noni" (Winona Ryder) to Vanessa Paradis - in what he termed his "serial monogamy." He had lived an eventful life and he seemed nostalgic for it. He certainly didn't seem to fit the profile of a wifebeater. He was as interesting as a person could be, and I liked everything about him. We were becoming friends.

I was putting the pieces of Johnny together mentally. A shy man who had been beaten and damaged as a child by his violent mother. An accidental movie star who never wanted to be famous. A multi-millionaire with no interest in money or its machinery. Searching and finding in Marlon Brando and Hunter S. Thompson missing father figures, and in Keith Richards a surrogate musical brother. Uncritical judgments about people, to a fault. He seemed to me an easy mark as a victim - inattentive, artistic prey that an apex predator would cut from the pack. He did not metaphorically cut his own lawn nor did he monitor those who did. Infinitely more important than my psychological profile was evidence. I needed to look at his emails and texts. And I understood that a man who had lived most of his life hiding from the public would not like my rummaging through his data. I didn't blame him, but it was necessary.

"I can't help you if I can't see the evidence."

"Only you," he said in agreement. "No one but you."

This was a burden for me. I would have to look at tens of thousands of communications myself, a job usually reserved for young lawyers who catalogue and then flag the most important ones – "hot docs" - for their seniors. But I agreed.

Soon I could see why he was shy about them. There were deeply personal communications from those closest to him. He was certainly guilty of salty language and the purplest of prose. But I did not see any communications that cast him in an unflattering light. People came to him for money, for advice, and for his creative inputs. He always said yes.

A Washington lawyer named Ben Chew had been my closest friend for over 25 years; he had been best man at my wedding and was Godfather to my youngest daughter. Professionally, Ben was going through a rough patch and had bounced around firms. After getting fired from his last firm, he had recently joined a California-based law firm called Manatt Phelps. Ben was a tall, moppy-haired tennis player; an aww shucks kind of Washington, DC native. I played tennis with him a few times a week. He was also my personal lawyer. Because I trusted Ben, I hired him and Manatt Phelps, the third-largest law firm in California, to simply manage the straightforward real-estate aspects of the foreclosure action and to advise me so I could advise Johnny on our real estate issues. Marty Singer, Johnny's other famous Hollywood lawyer, kept trying to push his way into the case. I texted Johnny suggesting we resist this.

In addition to needing his firm to serve as emergency California real estate counsel, I thought Ben might be helpful arms and legs to whatever direction the Mandel matter went. I viewed Ben as a "judge whisperer," the kind of guy who exasperatedly says "goodness!" in court when the other side is being nasty and whom Judges liked, which was a useful advantage in litigation. Above all, I

thought he was loyal and would follow my instructions, as he had done faithfully for decades.

When a great Washington, DC athlete with young children that Ben and I knew was struck and rendered quadriplegic by a car that crushed him against a double-parked UPS truck, Ben took the case against UPS. It was unwinnable. Except Ben was a judge whisperer and UPS' lawyers started lying lies they didn't need to lie. Ben won a settlement that saved the financial security of the victim's family. It made an impression on me.

I brought Ben in on many of my cases over the years. He was a self-described "ham and egg litigator," not a high-profile lawyer. My referrals represented a significant percentage of his book of business. Ben's greatest strength was that I could trust him.

---



**Recommend $CAM$ by Adam Waldman to your readers**

Recommend

---

 326 Likes · 31 Restacks

← Previous

## Discussion about this post

Comments    Restacks



Write a comment...

**Ap175** Jul 23

❤️ Liked by Adam Waldman

This is heartbreaking, but a story that must be told. I feel like you've just lit the wick on an Adam bomb of epic proportions and I am here for it! Thank you, Mr. Waldman!

♡ LIKE (53)   💬 REPLY                                    ⬆ SHA

**Rosie** Jul 23

❤️ Liked by Adam Waldman

Just reading this chapter gives a lot of information to process, never mind the people actually being in this situation! I can't imagine paying people to run your affairs, thinking they are totally trustworthy, fc 17 years only to find out they were stealing you blind! Unfathomable! Thanks to you and Ed White, things were starting to change!

♡ LIKE (44)   💬 REPLY                                    ⬆ SHA

> **1 reply**

**191 more comments...**

© 2025 Adam Waldman · Privacy · Terms · Collection notice

Substack is the home for great culture

# PART 2: EXHIBITS DEMONSTRATING DEFENDANT BARRESI'S PATTERN OF EXPLOITATION AGAINST WITNESS ADAM WALDMAN AND ADAM'S UHNW FRIEND JOHNNY DEPP

## Motion Supporting Witness Adam Waldman in Taft v Barresi et al

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRISTINA TAFT,

Plaintiff,

vs.

PAUL BARRESI, et al.,

Defendants.

Case No.: 5:24-cv-01930-TJH-DTB

**EXHIBIT O**

Photograph from June 26, 2024, of Palm Beach shopping district showing luxury sports cars (including Gucci store visible) and Florida's privacy protections, demonstrating my desire to free Adam and my symbolic purchase of a 'cat' Gucci watch referencing "To Catch a Thief" (it's not the cat). Adam's relocation to Palm Beach was discovered later when serving him.

6:31

**Palm Beach**
June 26, 2024  2:25 PM

◎ LIVE ⌄





## $CAM$ by Adam Waldman

Home   **Archive**   About

Latest   Top   Discussions

### Hollywood Math
"You've got a lot of nerve
JUL 23 • ADAM WALDMAN

### We Meet Again
A few days after the dinner with Johnny and his accountants at Ed White's house, despite my agreement to investigate the...
JUL 21 • ADAM WALDMAN

### Pirates in the Caribbean
"The law of the jungle and the sea are your only teachers."
JUL 20 • ADAM WALDMAN

### The First Supper
My plane landed at LAX and I rushed to the Beverly Hills Hotel, ten minutes from Johnny Depp's new business manager Ed...
JUL 19 • ADAM WALDMAN

### $cam$
By Adam Waldman
JUL 18 • ADAM WALDMAN

**MARCH 2023**

### Coming soon
This is $CAM$ by Adam Waldman.
MAR 20, 2023 • ADAM WALDMAN

© 2025 Adam Waldman · Privacy · Terms · Collection notice

🚀 Start your Substack    Get the app

Substack is the home for great culture

## PART 2

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


CHRISTINA TAFT,

Plaintiff,

vs.

PAUL BARRESI, et al.,

Defendants.


Case No.: 5:24-cv-01930-TJH-DTB

## EXHIBIT K

Emails and documents from Mario George Nitrini III dated May 27, 2022, forwarding
communications from Paul Barresi discussing Chuck E. Weiss's statements about Johnny Depp
and the Viper Room, and email from Mario George Nitrini III dated May 27, 2022, forwarding
Paul Barresi communication to Dylan Howard of American Media Inc./Empire Media Group
with selective disclosure of sensitive information and manufacturing of culpability ("RADAR
EXCLUSIVE: Paul Barresi's email to Dylan Howard. The OJ Simpson Case"), demonstrating
Barresi's fixations on luxury items, charitable giving, generosity, and ultra-high-net-worth
individuals (Note: This was discovered from Nitrini's subpoena in January 2025).



2:20   5G 42

Mario George Nitrini 111   Jan 5
to me

Mario George Nitrini 111
------
The OJ Simpson Case

---------- Forwarded message ---------
From: <paulbarresi@aol.com>
Date: Fri, May 27, 2022, 3:56 PM
Subject: FINAL DRAFT confidential
To: marionit111@gmail.com <marionit111@gmail.com>

# HOLLYWOOD FIXER'S INTERVIEW WITH SONGWRITER, VIPER ROOM CO OWNER CHUCK E. WEISS SUPPORTS JOHNNY DEPP'S CLAIM THAT IT WAS NOT HIM WHO SENT ABUSIVE TEXTS TO AMBER BUT LIKELY SOMEONE ELSE

↩ Reply      ➦ Forward      ☺

Weiss said, "I warned Johnny about all these people on the take." He went so far as to say that they rely on his addiction to drugs and alcohol to cloud his head and prevent him from seeing them take his stuff."

I asked Weiss what kind of stuff. Weiss said, "Stuff like valuable artifacts, fine art, jewelry, money, whatever they can grab."

Weiss recalled one night, Johnny couldn't find his favorite hat. "I knew somebody snatched it but I didn't want to say anything." Weiss said, "There was another time when Johnny noticed that several of his rings were missing. I think he knew it was one of his friends who took them."

Weiss said, "When I suggested he file a report with the police, it pissed him off and Johnny told me, what do you want me to do, launch an all-out investigation."

Weiss said, " I told Johnny years ago that when he offers career moochers like like Isaac Baruch an easy life for free, it serves only to encourage grown men like him to continue taking advantage of his

2:21

5G 42

## Fwd: RADAR EXCLUSIVE: Paul Barresi's email to Dylan Howard. The OJ Simpson Case 📨 Inbox

**Mario George Nitrini 111**  Jan 5
to me ⌄

Mario George Nitrini 111
-----
The OJ Simpson Case

---------- Forwarded message ---------
From: <paulbarresi@aol.com>
Date: Fri, May 27, 2022, 7:01 PM
Subject: Fwd: RADAR EXCLUSIVE:
To: marionit111@gmail.com <marionit111@gmail.com>

**FINAL DRAFT: CONFIDENTIAL**

-----Original Message-----
From: paulbarresi@aol.com
To: dh@empiremediagroup.com <dh@empiremediagroup.com>
Sent: Fri, May 27, 2022 6:59 pm
Subject: RADAR EXCLUSIVE:

# WHOSE TEXT IS IT ANYWAY? DEPP V. HEARD BOMBSHELL

 Reply     Forward    

 Gmail

**Christina Taft <taftchristina.ceo@gmail.com>**

---

## BIG ED SHAW ON TAPE (2) (4).amr

**Mario Nitrini** <nitrinimario@gmail.com>                                    Fri, Dec 8, 2023 at 4:28 AM
To: Christina Taft <taftchristina.ceo@gmail.com>

Something is coming and it's coming soon.

The complete unedited audio tape recording of Johnny Depp's head-of-security Big Ed Shaw

Mario George Nitrini 111

-----

The OJ Simpson Case

---

 **BIG ED SHAW ON TAPE  (2) (4).amr**
5875K

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


CHRISTINA TAFT,

Plaintiff,

vs.

PAUL BARRESI, et al.,

Defendants.


Case No.: 5:24-cv-01930-TJH-DTB

**EXHIBIT M**

Adam Waldman's Twitter/X post-dated June 19, 2025 (8:44 PM), denouncing illegal surveillance after his home was burgled and bugged, with photographs showing surveillance equipment discovered in his residence.

7:17

**Post**

Adam Waldman ✓
@adam_waldman

**Follow**

Why does getting doxxed, and then having the New Yorker twist it around matter?

My home was burglarized and bugged – the bug was built into a piece of furniture just six inches away from my pillow.



8:44 PM · Jun 19, 2025 · **75.4K** Views

💬 162     🔁 150     ♡ 742     🔖 59     ⬆️

Dr Truthseeker @Truthse10335075 · Jun 19
Complete madness. Just how deep does this hoax run ??!!

💬 5     🔁 1     ♡ 121     📊 4.1K

Adam Waldm... ✓ @adam_waldm... · Jun 19
Deep

🏠     💬 12     🔍     🔁 4     193     🔔 5.7K     ✉️

x.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


CHRISTINA TAFT,

Plaintiff,

vs.

PAUL BARRESI, et al.,

Defendants.


Case No.: 5:24-cv-01930-TJH-DTB

**EXHIBIT N**

Adam Waldman's Twitter/X post-dated June 19, 2025 (8:24 PM), pointing out tactics being used against him and Johnny Depp's circle related to private information disclosures, expressing pain and longing related to his family home, which as discovered in this litigation extended to Barresi's engagement with Justin, and presumably other individuals, causing severe harm without protection.

7:18

← **Post**



**Adam Waldman** ✓                    **Follow**   ⊘   •••
@adam_waldman

This reimagination of history just out in the New Yorker – Claiming AH's and her friends' and family's personal info were leaked online.

In this case, accusations were actually confessions.

Back in reality, who that actually happened to was me (re my family home at that time)



friends, was leaked on online forums. In the end, the court determined that Heard and Depp had defamed each other, but Heard was ordered to pay a larger amount. "I defended my truth and in doing so my life as I knew it was destroyed," she wrote on Instagram. The musician Marilyn Manson sued the actress Evan Rachel Wood, his ex-fiancée, for defamation after she accused him of drugging and raping her during a music-video shoot. He denied wrongdoing and claimed that she was seeking attention and trying to smear him. She soon became the target of online harassment. Manson eventually dropped the suit and agreed to pay Wood's legal fees. But Wood told a podcast,

8:24 PM · Jun 19, 2025 · **14.7K** Views

💬 50          ⇄ 80          ♡ 527          🔖 24          ↑



**ReemDepp – Johnny De...** ✓  @R... · Jun 19
Thank you for continuing to speak truth, Adam.

🏠    🔍    ⊘    🔔    ✉

x.com    ↻

←    →    ⬆    📖    ⬜

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


CHRISTINA TAFT,

Plaintiff,

vs.

PAUL BARRESI, et al.,

Defendants.


Case No.: 5:24-cv-01930-TJH-DTB

**EXHIBIT P**

Paul Barresi's Twitter/X post dated March 11, 2023 (3:28 PM), mocking attorney Dennis Wasser's evacuation to protect his client Tom Cruise, demonstrating Barresi's systematic pattern of targeting attorneys who protect ultra-high-net-worth clients.

4:31        5G 25⚡

← **Tweet**     Open app



**Paul Barresi** ...
@PaulBarresi1

NY Times reporter Allison Weiner's notes left on my coffee table show when Tom Cruise divorce lawyer Dennis Wasser, who boasts he's not intimated by anyone & won't settle cases out of weakness, saw Pellicano was heading to prison, he was ready to turncoat & run for high ground.



3:28 PM · Mar 11, 2023 · **245** Views

**7** Likes

💬     ⟲     ♡     ↑

🏠     🔍     🔔     ✉

AA     🔒 twitter.com     ↻

4:33

📶 5G 30⚡

← **Paul Barresi**
458 Tweets

**Follow**

Tweets     **Replies**     Media     Likes

 **Paul Barresi** @PaulBarresi1 · 1h    •••

NY Times reporter Allison Weiner's notes left on my coffee table show when Tom Cruise divorce lawyer Dennis Wasser, who boasts he's not intimated by anyone & won't settle cases out of weakness, saw Pellicano was heading to prison, he was ready to turncoat & run for high ground.

💬        ⟲        ♡ 7        ⬆️

 **Paul Barresi** @PaulBarresi1 · 2h    •••

After NY Times reporter Allison Weiner interviewed me in 2006 she left her not
disclosing FBI told Linda Doucett at res
while looking for something [cases Pellic
worked] for MJ, her name came up [in file] re,

🏠        🔍        🔔        ✉️



AA    🔒 twitter.com    ↻

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


CHRISTINA TAFT,

Plaintiff,

vs.

PAUL BARRESI, et al.,

Defendants.


Case No.: 5:24-cv-01930-TJH-DTB


**EXHIBIT L**

Adam Waldman's Substack post titled "$SCAMS by Adam Waldman" dated March 20, 2023, showing "Coming soon" with the description "This is $SCAMS by Adam Waldman," demonstrating Adam's attempt to expose scams and exploitation before going silent from March 2023 through July 2025, coinciding with Barresi's escalating fixations onto Adam and Johnny.



# Coming soon

**ADAM WALDMAN**
MAR 20, 2023

♡ 160        ⟲ 2                                    Share    •••

This is $CAM$ by Adam Waldman.

✓ Subscribed

**Recommend $CAM$ by Adam Waldman to your readers**

Recommend

160 Likes · 2 Restacks

♡ 160        ⟲ 2                                    Share    •••

Next →

© 2025 Adam Waldman · Privacy · Terms · Collection notice

🔶 Start your Substack    Get the app

Substack is the home for great culture

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


CHRISTINA TAFT,

Plaintiff,

vs.

PAUL BARRESI, et al.,

Defendants.


Case No.: 5:24-cv-01930-TJH-DTB

**EXHIBIT Q**

Photograph posted by Adam Waldman in June 2025 of witness subpoena from February 2021 to him showing his DC family home address at 5163 Tilden St., NW, Washington, DC 20016, shared after my polite and sympathetic outreach to him for peacebuilding, clearly demonstrating the prolonged disputes and tactics being used against him (Note: February 2021 coincided with more media and audio recording releases).

7:30

✕                                          •••

fairfaxcounty.gov



**SUBPOENA FOR WITNESS (CIVIL) –**          Case No.        CL-2019-0002911
**ATTORNEY ISSUED**                FILED                      9.00 am
Commonwealth of Virginia          CIVIL PROCESSING
VA CODE §§ 8.01-407, 16.1-265, Supreme Court Rules 1.4, 4.5                          HEARING DATE AND TIME
                                  2021 FEB 22 PM 2: 35                       Court
                                  4110 Chain Bridge Road, Fairfx, VA 22030
                                  CLERK, ADDRESS OF COURT                   t
          John C. Depp, II         v./*In re:*          Amber Laura Heard
**TO THE PERSON AUTHORIZED BY LAW TO SERVE THIS PROCESS:**
You are commanded to summon

                         Adam Waldman
                              NAME

                         5163 Tilden St , NW
                              STREET ADDRESS

          Washington                              DC                    20016
CITY                              STATE                                  ZIP

**TO the person summoned: You are commanded to appear**

[ ] in the                                                              Court

☒ at          1100 Connecticut Ave., N W., Suite 950, Washington, D C. 20036
                              ADDRESS (DEPOSITION USE IN CIRCUIT COURT ONLY)

on          April 6          ,          2021          at          9 00 am          to testify in the above-named case.

          This subpoena is issued by the attorney for and on behalf of

                         Amber Laura Heard
                              PARTY NAME

          David E. Murphy                              90938
          NAME OF ATTORNEY                   VIRGINIA STATE BAR NUMBER

11260 Roger Bacon Dr., Suite 201                (703) 318-6800
          OFFICE ADDRESS                   TELEPHONE NUMBER OF ATTORNEY

          Reston, VA 20190                     (703) 318-6803
          OFFICE ADDRESS                   FACSIMILE NUMBER OF ATTORNEY

          February 22, 2021
          DATE DATED

**Notice to Recipient:** See page two for further information.

**RETURN OF SERVICE (see page two of this form)**

FORM DC-467 (MASTER, PAGE ONE OF TWO) 04/13



💬 50          🔁 80          ♡ 527          �archart 14K          ⬆

x.com

‹          ›                    ⬆          📖          ⧉

