# CERTIFICATE OF SERVICE
CHRISTINA TAFT v. PAUL BARRESI, et al.
5:24-cv-01930-TJH-DTB

I, the undersigned, certify and declare that I am at least 18 years of age. I am a resident of the United States.

On November 1, 2025, I served a true copy of;

**(1) Request to Issue Witness Subpoena Supporting Adam Robert Waldman, Friend of Johnny Depp - Request for Collaboration to End Barresi's Illegal Telephone Recordings, Exploitation of Vulnerable Individuals Including of Ultra-High-Net-Worth Johnny Depp, and Restore Freedom to All – Exhibit A to Produce Documents, Information, or Objects;**
**(2) Exhibits to Exhibit A of Request to Support Witness Adam Waldman – Illegal Recordings; (3) Part 2 of Exhibits Supporting Witness Adam Waldman and Viper Room for Restoration, Declaring, and Individuals to Communicate;**

**PROOF OF SERVICE**

__X__ (By Electronic Transmission) I caused the document(s) described herein to be electronically transmitted and served via the Pacer system. The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(E)

__X__ (By Delivery) I caused the document(s) described herein to be delivered to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

| | |
|---|---|
| Melissa Yaffa Lerner<br>Megan Scott Mallonee<br>Lavely & Singer Professional Corporation<br>Attorneys At Law<br>2049 Century Park East, Suite 2400<br>Los Angeles, California 90067-2906 | *Attorneys for Defendant(s),*<br>Paul Barresi |

I declare under oath and penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated in Cannes, France on **November 1, 2025**.

*Christina Taft*

Christina Taft

*Plaintiff in Pro Per*

Page 1
Request to Issue Witness Subpoena Supporting Adam Robert Waldman, Friend of Johnny Depp, and from Exploitation; Supporting Communicating, Restoration, Collaboration, and Viper Room circle