# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

#### CIVIL MINUTES--GENERAL

Case No.  **5:24-cv-01930-TJH (DTB)**                    Date: **November 4, 2025**

Title: **Christina Taft v. Paul Barresi, et al.**
========================================================

## DOCKET ENTRY
========================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:           ATTORNEYS PRESENT FOR DEFENDANT(S):
       None present                                 None present


**PROCEEDINGS: (IN CHAMBERS) ORDER STRIKING PORTIONS OF PLAINTIFF'S NOTICE OF NON-OPPOSITON AND SUPPORT FOR ANGELA MEADOR (INTERVENOR-PLAINTIFF); DECLARATION IN SUPPORT OF SPEECH [DOCKET NO. 134]**

On October 20, 2025, the Court ordered Plaintiff to file either an Opposition to the Motion to Intervene or a Notice of Non-Opposition to the Motion to Intervene. (Docket No. 128). On October 31, 2025, Plaintiff filed a 40-page document entitled "Notice of Non-Opposition and Support for Angela Meador (Intervenor-Plaintiff); Declaration in Support of Speech" ("Non-Opposition"). (Docket No. 134).

The Court has reviewed Plaintiff's Non-Opposition, the majority of which is irrelevant. Accordingly, the Court hereby STRIKES the same with the exception of the Notice page (page 1), page 2 (lines 1 through 4), page 14 (lines 7 through 9, lines 19 through 25), and Docket No. 134-2 (Certificate of Service).


**IT IS SO ORDERED.**