Christina Taft
Plaintiff in Propria Persona
16 Mitchell Street
Boston, Massachusetts 02127
Phone: 215-787-1805
Email: Ceo.Taft@Rescue-Social.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| CHRISTINA TAFT<br><br>    Plaintiff,<br>vs.<br><br>PAUL BARRESI, et al, inclusive,<br><br>    Defendants. | Case No.: 5:24-cv-01930-TJH-DTB<br><br>[Hon. David T. Bristow, Magistrate Judge; Hon. Terry J. Hatter, Jr, District Judge]<br><br>**DECLARATION REGARDING MEET AND CONFER FOR RECONSIDERATION TO UNSEAL THE SECOND AMENDED COMPLAINT; OBJECTION SUPPORTING LEGAL PRECEDENT AND ABOUT HOLLYWOOD FIGURES**<br><br>*[Filed concurrently with Exhibit 1 of Meet and Confer; Motion for Reconsideration to Unseal Second Amended Complaint and Objection; Proposed Order Granting Unsealing Second Amended Complaint Including Hollywood Figures; and Certificate of Service]*<br><br>Date: 19th November, 2025<br>Time: *Under submission* |

1

Declaration Regarding Meet and Confer for Reconsideration to Unseal the Second Amended Complaint; Objection Supporting Legal Precedent and About Hollywood Figures

**Declaration Regarding Meet and Confer for Reconsideration to Unseal the Second Amended Complaint; Objection Supporting Legal Precedent and About Hollywood Figures**

I, Christina Taft, declare under penalty of perjury as hereto:

1. I am the Plaintiff in this action appearing in propria persona against Defendant Barresi.

2. Pursuant to Local Rule 7-3, I attempted to contact opposing counsel on November 19, 2025, to discuss this Motion for Reconsideration to Unseal the Second Amended Complaint; Objection Supporting Legal Precedent and About Hollywood Figures.

3. Due to the 14-day deadline under Local Rule 7-18 for filing motions for reconsideration (which expires today, November 19, 2025, as the sealing order was entered on or about November 5, 2025), I attempted meet-and-confer process required by Local Rule 7-3.

4. I made the following good faith efforts to contact opposing counsel on November 19, 2025:

   - I sent an email to Melissa Lerner (mglass@lavelysinger.com) and Megan Mallonee (mmallonee@lavelysinger.com) at 12:11 PM Pacific Time on November 19, 2025, providing notice of this motion and requesting their position.
   - A true and correct copy of this email is attached hereto as Exhibit 1.
   - As of the time of filing this motion, I have not received a response from opposing counsel.

5. The nature of this motion concerns a judicial error in the sealing of the Second Amended Complaint, which implicates constitutional rights of public access under the First Amendment and California Constitution Article I, Section 3(b)(1), as well as controlling Ninth Circuit precedent requiring specific findings before any complaint may be sealed. This motion also addresses matters of significant public concern regarding Hollywood figures, systemic exploitation practices impacting more than forty individuals within the entertainment industry, and cultural ideologies with widespread impact.

6. This motion raises four independent procedural defects requiring vacatur: (1) the sealing order is not narrowly tailored; (2) the order contains no specific findings supporting sealing; (3) I never gave express written consent to sealing; and (4) the sealing request was overbroad and non-specific.

7. The Second Amended Complaint documents patterns of exploitation and illicit telephone recording practices involving both public figures (including Johnny Depp and Adam Waldman), the Plaintiff, and vulnerable individuals in the "middle area" who are connected to Hollywood controversies but lack the resources, influence, or public credibility to protect themselves. Public access is essential to understanding these systemic dynamics and how intermediaries exploit multiple parties simultaneously.

8. Plaintiff earlier received responses from the counsel of Johnny Depp and Isaac Baruch - who are not opposing counsel - after I expressed support for them as fairly as I could. Their response was gladly received, although it demonstrates the inability to have faith to stop exploitation, even as an ultra-wealthy beloved movie figure or friends of them. It's well-documented of the exploitation conducted against them by Barresi's exploitation and his phone recordings of Adam Waldman - who can reasonably oppose him while supporting individuals who have reached out for help against such practices.

9. I made every reasonable effort under the circumstances to provide notice to opposing counsel of Defendant Barresi's about unsealing the SAC and content supporting that while respecting the mandatory 14-day filing deadline for motions for reconsideration. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 19, 2025.

*Christina Taft*

Christina Taft

Plaintiff Pro Per

3

Declaration Regarding Meet and Confer for Reconsideration to Unseal the Second Amended Complaint; Objection Supporting Legal Precedent and About Hollywood Figures

# EXHIBIT 1

11/19/25, 9:11 PM                Gmail - Meet and Confer Re: Motion for Reconsideration to Unseal Second Amended Complaint About Hollywood Figures

Case 5:24-cv-01930-TJH-DTB    Document 147-1    Filed 11/19/25    Page 5 of 5    Page ID #:6152

 Christina Taft <taftchristina.ceo@gmail.com>

## Meet and Confer Re: Motion for Reconsideration to Unseal Second Amended Complaint About Hollywood Figures

**Christina Taft** <taftchristina.ceo@gmail.com>                                    Wed, Nov 19, 2025 at 9:11 PM
To: Melissa Lerner <mlerner@lavelysinger.com>, Megan Mallonee <mmallonee@lavelysinger.com>, mglass@lavelysinger.com

Dear Ms. Glass and Ms. Mallonee:

I am filing today, November 19, 2025, a Motion for Reconsideration to Unseal the Second Amended Complaint; Objection Supporting Legal Precedents and Public Interests About Hollywood Figures pursuant to Local Rule 7-18 in this action against Defendant Paul Barresi.

Due to the mandatory 14-day deadline under L.R. 7-18 (which expires today), I was unable to complete the 7-day advance meet-and-confer required by L.R. 7-3. I am providing this notice to satisfy my good faith obligation.

**Grounds for Motion:**

    1. The sealing order lacks the specific findings required under Ninth Circuit precedent (*Kamakana*, *Foltz*, *Pintos*).

    2. The Court did not balance public interest as required before sealing a complaint.

    3. The order is overbroad—it seals the entire 180-page complaint without considering redaction.

    4. I never provided written consent to sealing.

    5. The SAC raises significant public concerns involving:

- More than forty individuals in the entertainment industry
- Systemic exploitation practices impacting Hollywood figures including Johnny Depp, Adam Waldman, the Plaintiff, and vulnerable individuals connected to them
- Patterns of double-sided manipulation where intermediaries exploit both public figures and ordinary individuals simultaneously
- Cultural ideologies that normalize misconduct in Hollywood

    6. Continued sealing violates First Amendment and California Constitution public access rights.

**Your Position:**

Please advise whether you oppose, support, or do not intend to respond to this motion.

I am available at Ceo.Taft@Rescue-Social.com.

If I do not hear from you before filing, I will note in my declaration that I made good faith efforts to meet and confer but was unable to complete the process due to the deadline.

Respectfully,

Christina Taft
Plaintiff in Pro Per

*Egalitarian, Humanitarian*