Christina Taft
Plaintiff in Propria Persona
16 Mitchell Street
Boston, Massachusetts 02127
Phone: 215-787-1805
Email: Ceo.Taft@Rescue-Social.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINA TAFT<br><br>　　　Plaintiff,<br>vs.<br><br>PAUL BARRESI, et al, inclusive,<br><br>　　　Defendants. | Case No.: 5:24-cv-01930-TJH-DTB<br><br>[Hon. David T. Bristow, Magistrate Judge; Hon. Terry J. Hatter, Jr, District Judge]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION AND UNSEALING THE SECOND AMENDED COMPLAINT**<br><br>Date: November____, 2025<br>Time: _____ |

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION AND UNSEALING THE SECOND AMENDED COMPLAINT

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION AND UNSEALING THE SECOND AMENDED COMPLAINT**

Plaintiff Christina Taft's Motion for Reconsideration to Unseal the Second Amended Complaint came before the Court. Having considered the motion, the supporting papers, and the applicable law, and finding good cause shown, the Court hereby ORDERS:

1. Plaintiff's Motion for Reconsideration is GRANTED.
2. The Court's prior order sealing the Second Amended Complaint is VACATED.
3. The Second Amended Complaint shall be filed publicly in full, without redaction, because no portion of the SAC satisfies the "compelling reasons" standard required for sealing under Ninth Circuit or California law.
4. The Clerk of Court is directed to restore the Second Amended Complaint to the public docket immediately upon entry of this Order.

**IT IS SO ORDERED.**

**Dated:** _____

Honourable Judge