# EXHIBIT B

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 5:24-cv-01930-TJH-DTB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* JOHNNY DEPP AKA JOHN C. DEPP II

on *(date)* October 27, 2025 ·

☒ I served the subpoena by delivering a copy to the named person as follows: John Doe. Person in charge of the Home - Security Team.  ▇▇▇ North Sweetzer Avenue. Los Angeles, CA 90069

12:55.pm on *(date)* 11/6/2025  ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: November 21, 2025

*Server's signature*

Jorge Rivera, Los Angeles, CA Registration No.: 4690
*Printed name and title*

K.N.R ATTORNEY SERVICE
2511 WEST 3RD STREET. #210. LOS ANGELES, CA 90057
TEL-213-272-0521
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 5:24-cv-01930-TJH-DTB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* ISAAC BARUSH
on *(date)* October 27, 2025

☒ I served the subpoena by delivering a copy to the named person as follows: ISAAC BARUSH
███ North Sweetzer Avenue. Los Angeles, CA 90069

1:31.pm on *(date)* 10/28/2025 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: November 21, 2025

*Server's signature*

Jorge Rivera, Los Angeles, CA Registration No.: 4690
*Printed name and title*

K.N.R ATTORNEY SERVICE
2511 WEST 3RD STREET. #210. LOS ANGELES, CA 90057
TEL-213-272-0521
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 5:24-cv-01930-TJH-DTB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* GINA DEUTERS

on *(date)* October 29, 2025

☒ I served the subpoena by delivering a copy to the named person as follows: ISAAC BRUCE
▇▇▇ North Sweetzer Ave. Los Angeles, CA 90069

1:31.p.m.  on *(date)* 10/28/2025  ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: November 21, 2025

*Server's signature*

Jorge Rivera, Los Angeles, CA Registration No.: 4690
*Printed name and title*

K.N.R ATTORNEY SERVICE
2511 WEST 3RD STREET. #210. LOS ANGELES, CA 90057
TEL-213-272-0521

*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 5:24-cv-01930-TJH-DTB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* AMBER HEARD on *(date)* October 29, 2025

☒ I served the subpoena by delivering a copy to the named person as follows: WHITNEY HEARD HENRIQUEZ Sister to Amber Heard. ██████████████ CA 91709

7:10.am. on *(date)* 11/6/2025 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: November 21, 2025

*Server's signature*

Jorge Rivera, Los Angeles, CA Registration No.: 4690
*Printed name and title*

K.N.R ATTORNEY SERVICE
2511 WEST 3RD STREET. #210. LOS ANGELES, CA 90057
TEL-213-272-0521
*Server's address*

Additional information regarding attempted service, etc.:

# EXHIBIT C

Case 5:24-cv-01930-TJH-DTB   Document 150-2   Filed 11/27/25   Page 7 of 7   Page
Case 5:24-cv-01930-TJH-DTB   Document 112-2   Filed 10/12/25   Page 1 of 44   Page ID
#:5036

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

CHRISTINA TAFT
*Plaintiff*
v.
PAUL BARRESI, et al.
*Defendant*

Civil Action No. 5:24-cv-01930-TJH-DTB

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: CONSTANCE FOX

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
SEE EXHIBIT A ATTACHED FOR WITNESS SUBPOENA: [Anthony Fox of Johnny's Viper Room] Communication Regarding Ultra-High-Net-Worth Scams and Barresi's Telephone Recordings Exploitation

| Place: Email: Ceo.Taft@Rescue-Social.com or TaftChristina.Ceo@gmail.com or TaftChristina.Life@gmail.com | Date and Time: 12/15/2025 5:30 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: OCT 31 2025

*CLERK OF COURT*

Signature RENICO SMITH Deputy Clerk

OR

*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
Plaintiff Christina Taft                                            , who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).