# CERTIFICATE OF SERVICE
### CHRISTINA TAFT v. PAUL BARRESI, et al.
### 5:24-cv-01930-TJH-DTB

I, the undersigned, certify and declare that I am at least 18 years of age. I have a residency in the United States. On November 27, 2025, I served a true copy of;

(1) **Notice of Subpoena to Witness Adam Robert Waldman to Produce Documents, Information, or Objects: Detailed Notice to the Parties Supporting Adam Waldman as a Witness Regarding Reconciliation, Respect, and Recognition of Shared Circumstances Affecting Ultra-High-Net-Worth Individuals;**

(2) **Hand-Signed Clerk Witness Subpoena to Mr. Adam Waldman Request, Friend of Johnny Depp**;

(3) **Exhibits B-C Hollywood Returns of Services to Witnesses Johnny Depp, Isaac Baruch, Gina Deuters, Whitney for Amber Heard and Constance Fox witness subpoena;**

**PROOF OF SERVICE**

__X__ (By Electronic Transmission) I caused the document(s) described herein to be electronically transmitted and served via the Pacer system. The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(E)

__X__ (By Delivery) I caused the document(s) described herein to be delivered to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

| | |
|---|---|
| Melissa Yaffa Lerner<br>Megan Scott Mallonee<br>Lavely & Singer Professional Corporation<br>Attorneys At Law<br>2049 Century Park East, Suite 2400<br>Los Angeles, California 90067-2906 | *Attorneys for Defendant,*<br>Paul Barresi |

I declare under oath and penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Dated in Cannes, France on November 27, 2025.

*Christina Taft* (signature)

Christina Taft
Plaintiff in Pro Per

---

1

NOTICE TO THE PARTIES SUPPORTING ADAM WALDMAN AS A WITNESS REGARDING RECONCILIATION, RESPECT, AND RECOGNITION OF SHARED CIRCUMSTANCES AFFECTING ULTRA-HIGH-NET-WORTH INDIVIDUALS