UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CHRISTINA TAFT,

    Plaintiff,

  v.

PAUL BARRESI, et al.,

    Defendants.

Case No. 5:24-cv-01930-TJH (DTB)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

/ / /

1

IT THEREFORE IS ORDERED that defendant Paul Barresi's Motion to Dismiss (Docket No. 82) is granted.

IT IS FURTHER ORDERED that: (1) Plaintiff's state law claims alleged in the Second Amended Complaint are dismissed without prejudice and with leave to amend; (2) Plaintiff's RICO claim alleged in the Second Amended Complaint is dismissed with prejudice and without leave to amend; and (3) if Plaintiff still desires to pursue this action, she is to file a Third Amended Complaint within thirty (30) days of this Order.

Dated:   January 20, 2026

TERRY J. HATTER, JR.
United States District Judge

2